UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, No. 10-932

### QUANTA INDEMNITY COMPANY'S MOTION TO DROP PARTIES IMPROPERLY JOINED PURSUANT TO RULES 20 AND 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Quanta Indemnity Company has been sued in this case as the alleged commercial general liability insurer of two Louisiana homebuilders and eight Florida homebuilders. The plaintiffs suing Quanta over the Florida homebuilders' policies have been improperly joined with the plaintiffs suing Quanta over the Louisiana homebuilders' policies. The Florida plaintiffs do not satisfy the requirements for permissive joinder set forth in Rule 20(a)(1) because (A) their claims do not arise our of the same transaction, occurrence or series of transactions or occurrences as the claims of the Louisiana plaintiffs; and (B) there is no question of law or fact common to both sets of plaintiffs that will arise in this particular action. Because the Florida plaintiffs are misjoined, Quanta moves this court to drop them as parties pursuant to Rule 21.

This motion is brought in the alternative to the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure, in which Quanta joins. If that motion is granted, this motion will be moot and there will be no need for the Court to consider this motion.

Respectfully submitted,
*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)

JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Quanta Indemnity Company's Motion to Drop Parties Improperly Joined Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
　　　　MADELEINE FISCHER

{N2273335.2}　　　　2