UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

THIS CAUSE came before the Court on Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC's Motion to Join in the Banner Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and this Court's Order to File Profile Forms [ECF No. 7892].

**IT IS HEREBY ORDERED** that Banner Supply Company Port St. Lucie, LLC's request is **GRANTED** and said Defendant is allowed to join in the Banner Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and this Court's Order to File Profile Forms.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana this 22nd day of March, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE