FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAR 21 PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH ABEL, individually, and on behalf
of all others similarly situated, *et al.*

        Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD, f/k/a
SHANDONG TAIHE DONGXIN CO, LTD, *et al.*

        Defendants.
_____/

Case No.: 11-080
Sect. L MAG 2

## SUGGESTION OF BANKRUPTCY

MC-Ft. Myers Associates, Ltd. (the "Debtor"), through undersigned counsel, hereby files this Suggestion of Bankruptcy under Chapter 7 of the United States Bankruptcy Code, and states:

1.    A Voluntary Bankruptcy Petition (the "Petition") was filed by MC-Ft. Myers Associates, Ltd. on March 15, 2011.

2.    The caption and number of the Chapter 7 case is as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: MC-Ft. Myers Associates, Ltd.
Case No.: 11-16725-BKC-LMI

3.    Pursuant to 11 U.S.C. § 362, the filing of the Petition operates as a stay of the commencement or continuation of these proceedings.

4.    The filing of this Suggestion does not constitute a notice of appearance in this action.

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No._____

TABAS, FREEDMAN, SOLOFF MILLER & BROWN, P.A. • ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 • (305) 375-8171

Case No.: 11-080

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail and E-mail this 15th day of March, 2011 to: **Russ M. Herman and Leonard A. Davis**, 820 O'Keefe Avenue, New Orleans, LA 70113, [rherman@hhkc.com]; [ldavis@hhkc.com].

_____
Joel L. Tabas
Fla. Bar No.: 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
*Attorneys for MC-Ft. Myers Associates, Ltd.*
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
jtabas@tabasfreedman.com

2