UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### TRAVELERS MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR LACK OF PERSONAL JURISDICTION

Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, and The Standard Fire Insurance Company ("Travelers"), through their undersigned counsel, and pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against Travelers because this Court lacks personal jurisdiction over Travelers. In further support of this Motion, Travelers is contemporaneously filing a Memorandum of Law, which is incorporated in full herein.[1]

**WHEREFORE**, for all the foregoing reasons and the reasons contained in the Memorandum of Law, Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, and

---

[1] This motion is being filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which allows for the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Travelers is filing several other Rule 12(b) motions addressing other issues contemporaneously with the filing of this motion. Travelers incorporates and joins all of those motions here to the extent necessary. Travelers

The Standard Fire Insurance Company, respectfully request that this Court enter an order:  (1) granting this Motion; (2) dismissing all claims against them for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

        Respectfully submitted by,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone:  (504) 568-1990
Fax:  (504) 310-9195
Email:  rhubbard@lawla.com
       sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
       daniel.feinberg@snrdenton.com
       anthony.eliseuson@snrdenton.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, and The Standard Fire Insurance Company*

---

expressly reserves all its rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such defenses or motions.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Travelers Motion to Dismiss Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure** been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

    /s/ Seth A. Schmeeckle
Seth A. Schmeeckle