UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, No. 10-932

### QUANTA INDEMNITY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

Quanta Indemnity Company has been sued in *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 as the alleged insurer of ten entities. As to three of those entities, Northstar Homebuilders, Inc., Northstar Homes, Inc. and Sterling Communities Realty, Inc., Quanta has no policy. Accordingly, there being no genuine issue of material fact, Quanta moves for summary judgment dismissing the claims of the following plaintiffs against Quanta as a matter of law:

**Plaintiffs suing Quanta as insurer of Northstar Homebuilders, Inc.**

Gonzalez, Luis and Caridad
2944 NE 3rd Drive
Homestead, FL 33033

Segundo, Rafael & Ana
PO Box 771498
Miami, FL 33177

**Plaintiffs suing Quanta as insurer of Northstar Homes, Inc.**

Felicetti, Steven & Gayle
9941 Cobblestone Creek Drive
Boynton Beach, FL 33472

**Plaintiffs suing Quanta as insurer of Sterling Communities Realty, Inc.**

Fallmann, James & Barbara
11063 Pacifica Street

{N2275350.1}

Wellington, FL 33449

Miller, Bradley & Tricia
11134 Pacifica Street
Wellington, FL 33449

This motion is filed pursuant to this Court's Order of March 3, 2011 permitting a "lack of a policy" motion to be filed on or before March 24, 2011 (Doc. 7793).

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Quanta Indemnity Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
MADELEINE FISCHER