## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, **No. 10-932**

### STATEMENT OF UNDISPUTED MATERIAL FACTS SUPPORTING QUANTA INDEMNITY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

1. Quanta Indemnity Company issued no policy of insurance at any time to the following three entities: Northstar Homebuilders, Inc., Northstar Homes, Inc., and Sterling Communities Realty, Inc. See Declaration of John Manzi attached.

2. None of the following three entities are named as additional insureds under any policy issued by Quanta Indemnity Company: Northstar Homebuilders, Inc., Northstar Homes, Inc., and Sterling Communities Realty, Inc. See Declaration of John Manzi attached.

Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

{N2275350.1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Undisputed Material Facts Supporting Quanta Indemnity Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
MADELEINE FISCHER

{N2275350.1}