## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, **No. 10-932**

### DECLARATION OF JOHN MANZI

Pursuant to 28 U.S.C. § 1746, John Manzi states under penalty of perjury as follows:

1.      I am employed by Quanta Indemnity Company ("QIC"). I am over the age of 21. I am competent and qualified to make this Declaration.

2.      My position with QIC is Vice President, Policyholder Services. In that capacity I have personal knowledge of the facts contained in this Declaration.

3.      QIC issued no policy of insurance at any time to any of the following three entities: Northstar Homebuilders, Inc., Northstar Homes, Inc., and Sterling Communities Realty, Inc.

4.      None of the following three entities are named as additional insureds under any policy issued by QIC: Northstar Homebuilders, Inc., Northstar Homes, Inc., and Sterling Communities Realty, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2011.

_____
John Manzi