**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, No. 10-932

**MEMORANDUM IN SUPPORT OF**
**QUANTA INDEMNITY COMPANY'S MOTION FOR PARTIAL**
**SUMMARY JUDGMENT FOR LACK OF A POLICY**
**FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011**

Quanta Indemnity Company has been sued in *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 as the alleged insurer of ten entities. As to three of those entities, Northstar Homebuilders, Inc., Northstar Homes, Inc. and Sterling Communities Realty, Inc., Quanta has no policy. None of these entities is a named or additional insured in any Quanta policy. This is attested to in the declaration of John Manzi, Vice President, Policyholder Services.

Thus, plaintiffs' allegations that Quanta insured any of these companies are simply mistaken and the premise of their complaint against Quanta as to these three entities is entirely wrong. As a matter of law claims of plaintiffs suing Quanta on the basis of policies allegedly issued to these three companies must be dismissed. They are:

**Plaintiffs suing Quanta as insurer of Northstar Homebuilders, Inc.**

Gonzalez, Luis and Caridad
2944 NE 3rd Drive
Homestead, FL 33033

Segundo, Rafael & Ana
PO Box 771498
Miami, FL 33177

**Plaintiffs suing Quanta as insurer of Northstar Homes, Inc.**

{N2275350.1}

Felicetti, Steven & Gayle
9941 Cobblestone Creek Drive
Boynton Beach, FL 33472

**Plaintiffs suing Quanta as insurer of Sterling Communities Realty, Inc.**

Fallmann, James & Barbara
11063 Pacifica Street
Wellington, FL 33449

Miller, Bradley & Tricia
11134 Pacifica Street
Wellington, FL 33449

Quanta has timely filed profile forms stating that it does not insure any of these three entities. Further Quanta has timely filed profile forms stating which entities it does insure, and has provided copies of those policies with the profile forms so that plaintiffs can view the policies for themselves. As plaintiffs are aware from review of those forms, Quanta insures certain entities with names that are somewhat similar to these, but they are not the same companies. Quanta does not seek summary judgment as to any similarly-named company which is actually named in a Quanta policy, but only as to these three companies who are not named and are not Quanta insureds.

On the basis of the undisputed facts Quanta Indemnity Company is entitled to summary judgment as a matter of law dismissing the claims of the foregoing named plaintiffs against it.

Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com

{N2275350.1}

E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Quanta Indemnity Company's Memorandum in Support of Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
        MADELEINE FISCHER