UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *Dean and Dawn Amato, individually and on behalf of all others similarly situated v. Liberty Mutual Insurance Company* Case No. 10-0932 | * * * * * * * * | MAG: WILKINSON |

**MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (V) FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND MISNOMER OF NAMED DEFENDANT**

Defendants AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY and SOUTHERN-OWNERS INSURANCE COMPANY (collectively referred to as "Auto-Owners Entities")[1] respectfully move this Honorable Court pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiffs' claims against the Auto-Owners Entities in the above-styled cause. A Memorandum in support of this motion is filed contemporaneously herewith. As grounds for this motion, the Auto-Owners Entities show unto this Court the following:

1. The Auto-Owners Entities are not residents of the state of Louisiana and this Court has no grounds for the exercise of personal jurisdiction over the Auto-Owners Entities. The Auto-Owners Entities have no ties to the state of Louisiana, do not do business in the state

---

[1] This Motion is being filed pursuant to the Court's March 2, 2011 Order [Rec. Doc. 7793], which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions that raise other issues at a later time. Accordingly, the Auto-Owners Entities expressly reserve all their rights to assert different Rule 12(b) motions at a later time and do not intend to waive any such defenses.

of Louisiana, do not solicit business in the state of Louisiana, and are not licensed to write insurance in the state of Louisiana.  (See Affidavit of Kathleen Lopilato attached as Exhibit A and deposition transcript excerpts of Auto-Owners Insurance Company attached as Exhibit B).

2. To the extent an action is asserted against "Right Way Finishing, Inc." as included in "Schedule 1," Auto-Owners has never insured, and does not insure, an entity named "Right Way Finishing, Inc."  The policies identified as insuring Right Way Finishing are Georgia insurance policies issued to an unrelated Georgia corporation, Rightway Drywall, Inc.

3. Because the Auto-Owners Entities are not residents of, are not incorporated in and have no contacts with the state of Louisiana, and because the acts or omissions alleged in the Amended Omnibus Class Action Complaint (V) have no connection with the state of Louisiana, this Court cannot exercise personal jurisdiction over the Auto-Owners Entities and the Auto-Owners Entities are due to be dismissed from this action.

4. Alternatively, because this Court lacks jurisdiction over the Auto-Owners Entities, venue is improper in the Eastern District of Louisiana under 28 U.S.C. § 1391. Accordingly, Plaintiffs' Amended Omnibus Class Action Complaint (V) is due to be dismissed under 28 U.S.C. § 1406(a).

WHEREFORE, these premises considered, the Auto-Owners Entities respectfully move this Court to dismiss Plaintiffs' Amended Omnibus Class Action Complaint (V) for lack of personal jurisdiction and/or for improper venue.

Respectfully submitted:

                                        **LEAKE & ANDERSSON, L.L.P.**

                                        */s/ Amanda W. Vonderhaar*
                                        _____

**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775

**-AND-**

**MORROW, ROMINE & PEARSON P.C.**

 */s/ Roger S. Morrow*
_____
**ROGER S. MORROW** (pro hac vice)
**rsmorrow@mrplaw.com**
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

*Attorneys for Auto-Owners Insurance Company, Owners Insurance Company and Southern-Owners Insurance Company, Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (V) for Lack of Personal Jurisdiction, Improper Venue and Misnomer of Named Defendant** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*/s/ Amanda W. Vonderhaar*
_____
AMANDA W. VONDERHAAR