STATE OF MICHIGAN  )
COUNTY OF EATON    )

Before me, the undersigned authority, personally appeared KATHLEEN LOPILATO, who after being by me duly sworn, did depose and state as follows:

1. My name is Kathleen Lopilato. I am over the age of nineteen years and I am a resident of the State of Michigan. I am employed by the Home Office Legal Department of Auto-Owners Insurance Company (hereinafter "AUTO-OWNERS") headquartered in Lansing Michigan. I have been employed by AUTO-OWNERS since May 1999 and I currently hold the title of Senior Attorney. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by AUTO-OWNERS and its wholly-owned subsidiaries in the regular course of business.

2. AUTO-OWNERS is a mutual insurance company and wholly owns OWNERS INSURANCE COMPANY and SOUTHERN-OWNERS INSURANCE COMPANY.

3. None of the AUTO-OWNERS companies have a certificate of authority to write business, and none of them are writing business, in the State of Louisiana.

4. None of the AUTO-OWNERS companies have an office in the State of Louisiana.

5. None of the AUTO-OWNERS companies have agents in the State of Louisiana.

6. None of the AUTO-OWNERS companies have telephones in the State of Louisiana.

7. None of the AUTO-OWNERS companies solicit business in the State of Louisiana.

8. None of the AUTO-OWNERS companies do business in the State of Louisiana.



9. None of the AUTO-OWNERS companies write Louisiana insurance policies.

10. None of the AUTO-OWNERS companies are Louisiana corporations.

11. AUTO-OWNERS has its principal place of business in Lansing, Michigan. OWNERS INSURANCE COMPANY is an Ohio corporation with a principal place of business in Michigan. SOUTHERN OWNERS INSURANCE COMPANY is a Michigan corporation with its principal place of business in Michigan.

_____
Kathleen Lopilato, Senior Attorney
Auto-Owners Insurance Company
Home Office Legal Department

Sworn to before me this
22 day of March 2011

_____
Notary Public

AMY S. BRUGAM
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires Mar. 7, 2015
Acting in the County of Eaton