Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | MDL NO. 2047 |
| CHINESE-MANUFACTURED | § | SECTION: L |
| DRYWALL PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | § | |
| PATE v. AMERICAN INTERNATIONAL | § | MAG. JUDGE |
| SPECIALTY LINES INSURANCE | § | WILKINSON |
| COMPANY, ET AL (09-7791) | § | |

SEPTEMBER 16, 2010

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

DISCOVERY TESTIMONY

- - -

30(b)(6) Deposition of Auto-Owners Insurance Company, by and through its authorized representative, KATHLEEN LOPILATO, ESQUIRE held at the offices of LEAKE & ANDERSSON, LLP, 1100 POYDRAS STREET, SUITE 1700, New Orleans, Louisiana, commencing at 9:14 a.m., on the above date, before Dixie B. Vaughan, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com



EXHIBIT C

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 50

1     although we -- and I understand we're not talking
2     about securities, correct?
3         Q.    Well, we're not talking about --
4         A.    Or are you?
5         Q.    If you have -- I didn't see in here
6     where the firm -- I call it the firm. I should
7     call it your corporation -- is investing in
8     individual companies. And I guess the question
9     would be, if you are, are you investing in
10    individual companies in Louisiana, securities or
11    otherwise, directly versus a mutual fund?
12        A.    There is one security that I'm aware of
13    in Louisiana. And other than that, nothing.
14        Q.    And that is an investment by Auto-Owners
15    Insurance Company that you're aware of, correct?
16        A.    It's part of our portfolio. I don't
17    know that you'd call it -- it's part of the
18    investment department and -- but it involves a
19    security, so you're asking me -- I'm a little
20    outside of my comfort zone to know the difference
21    between a security and let's say having an
22    ownership interest in a company in Louisiana.
23        Q.    I understand. You have no ownership
24    interest in companies in Louisiana?

Confidential - Subject to Further Confidentiality Review

Page 51

1     A. We do not.
2   MR. STECKLER:
3     Let me take a quick break real quick, if
4   we'll go off the record.
5     (Discussion off the record.)
6 BY MR. STECKLER:
7     Q. You indicated that Auto-Owners does own
8 a security in a Louisiana company. Are you a
9 significant shareholder in that company?
10     A. We're not a shareholder at all.
11     Q. You just own stock in the company or an
12 interest -- or why don't you tell me your
13 understanding of it?
14     A. We bought debt.
15     Q. Okay. And what company did you buy debt
16 in?
17     A. It's a power company.
18     Q. In which power company in Louisiana did
19 you buy debt?
20     A. PC&G or E or something like that.
21 Sorry, I don't remember the exact name.
22     Q. And do you recall whether it was a
23 significant amount of debt that you all had
24 bought?

Golkow Technologies, Inc. - 1.877.370.DEPS

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 149

| | |
|---|---|
| 1 | CERTIFICATE |
| 2 | I, DIXIE B. VAUGHAN, Certified Court |
| 3 | Reporter (LA), NCRA Registered Professional |
| 4 | Reporter and Certified LiveNote™ Reporter, do |
| 5 | hereby certify that prior to the commencement of |
| 6 | the examination, KATHLEEN LOPILATO was duly |
| 7 | sworn by me to testify to the truth, the |
| 8 | whole truth and nothing but the truth. |
| 9 | I DO FURTHER CERTIFY that the foregoing |
| 10 | is a verbatim transcript of the testimony as taken |
| 11 | stenographically by and before me at the time, |
| 12 | place and on the date hereinbefore set forth, to |
| 13 | the best of my ability. |
| 14 | I DO FURTHER CERTIFY that I am neither a |
| 15 | relative nor employee nor attorney nor counsel of |
| 16 | any of the parties to this action, and that I am |
| 17 | neither a relative nor employee of such attorney or |
| 18 | counsel, and that I am not financially interested |
| 19 | in the action. |
| 20 | |
| 21 | _____ |
| 22 | DIXIE B. VAUGHAN<br>Certified Court Reporter (LA)<br>Registered Professional Reporter |
| 23 | Certified LiveNote™ Reporter |
| 24 | |

Golkow Technologies, Inc. - 1.877.370.DEPS

5b1e676c-dd2f-47f6-a36d-c5832a09da6e