UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE: FALLON |
| This Document Relates to: *Dean and Dawn Amato, individually and on behalf of all others similarly situated v. Liberty Mutual Insurance Company* | * * * * * * * | MAG: WILKINSON |
| Case No. 10-0932 | * | |

**AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY AND SOUTHERN OWNERS INSURANCE COMPANY'S NOTICE OF SUBMISSION OF MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (V) FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND MISNOMER OF NAMED DEFENDANT**

Please take notice that Defendants Auto-Owners Insurance Company, Owners Insurance Company and Southern Owners Insurance Company submit for decision their Motion To Dismiss For Lack of Personal Jurisdiction and Improper Venue to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, as of April 13, 2011 at 9:00 a.m.

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____

**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775

**-AND-**

**MORROW, ROMINE & PEARSON P.C.**

 */s/ Roger S. Morrow*
_____

**ROGER S. MORROW** (pro hac vice)
**rsmorrow@mrplaw.com**
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

*Attorneys for Auto-Owners Insurance Company, Owners Insurance Company and Southern-Owners Insurance Company, Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Submission of Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (V) for Lack of Personal Jurisdiction, Improper Venue and Misnomer of Named Defendant** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

> */s/ Amanda W. Vonderhaar*
> _____
> AMANDA W. VONDERHAAR