UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE FALLON |
| DEAN AND DAWN AMATO, ET AL | * * | MAG. WILKINSON |
| VERSUS | * * | |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL | * | 2010-00932 |

*************************************************************************

## MOTION AND ORDER TO DISMISS ENDURANCE SPECIALTY INSURANCE LTD. FOR LACK OF PERSONAL JURISDICTION

The motion of Defendant, Endurance Specialty Insurance Ltd. (hereinafter referred to as "Endurance Specialty"), appearing herein through undersigned counsel of record, request that all claims asserted against Endurance Specialty Insurance Ltd. in the above numbered and entitled cause be dismissed by this Honorable Court pursuant to Fed. R. Civ. Proc. 12(b)(2) on grounds that the court lacks personal jurisdiction over mover herein.

Respectfully submitted,

s/ JAMES ERIC JOHNSON (#23800)
**JAMES ERIC JOHNSON (#23800)**
**BRYAN J. HAYDEL, JR. (#27500)**
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
E-Mail: ejohnson@phjlaw.com
*Counsel for Endurance Specialty Insurance Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing *Motion and Order of Dismissal for Lack of Personal Jurisdiction* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this **24th** day of **March, 2011.**

                                              s/ JAMES ERIC JOHNSON (#23800)
                                              **JAMES ERIC JOHNSON (#23800)**