UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | MAG. WILKINSON |
| DEAN AND DAWN AMATO, ET AL | * | |
| | * | |
| VERSUS | * | |
| | * | 2010-00932 |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL | | |

*************************************************************************

## ORDER OF DISMISSAL

**IT IS ORDERED** that all claims related to the above numbered and entitled cause asserted against Endurance Specialty Insurance Ltd. be and the same are hereby dismissed on grounds that the court lacks personal jurisdiction, with prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT COURT**