PEMBROKE PARISH       :

BERMUDA       :

<u>AFFIDAVIT OF JAMES McNAMARA</u>

Before me, the undersigned authority, personally appeared JAMES McNAMARA, who after being duly sworn, did execute the affidavit set forth herein below.

Affiant is the Senior Vice-President of Claims for Endurance Specialty Insurance Ltd. ("Endurance Specialty"). In said capacity, affiant has personal knowledge of relevant facts and has reviewed relevant business records of Endurance Specialty and is thereby fully competent to testify to the following:

1.

Endurance Specialty is named as a third-party liability insurer defendant in the class action litigation currently pending before Judge Eldon Fallon of the United States District Court for the Eastern District of Louisiana captioned *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*, No. 2010-00932 (E.D.La), MDL No. 2047.

2.

Endurance Specialty is an insurance company formed under the laws of the British Territory of Bermuda with its principal place of business located in Pembroke, Bermuda.

3.

Endurance Specialty is a wholly owned subsidiary of Endurance Specialty Holdings Ltd.



4.

Endurance Specialty Holdings Ltd. is formed under the laws of the British Territory of Bermuda with its principal place of business located at Wellesley House, 90 Pitts Bay Road, Pembroke MH 08, Bermuda. None of the subsidiaries of Endurance Specialty Holdings Ltd. are formed under the laws of the State of Louisiana.

5.

Endurance Specialty is not licensed by the State of Louisiana to write insurance coverage in the State of Louisiana.

6.

Endurance Specialty does not maintain any offices nor does it have any employees in the State of Louisiana.

7.

Endurance Specialty does not advertise on any radio or television stations located in the State of Louisiana, in any periodical published in the State of Louisiana, nor does it solicit business directly from residents of the State of Louisiana.

8.

Endurance Specialty has not taken any affirmative steps to appoint an agent for service of process in the State of Louisiana.

9.

The *Amato* lawsuit alleges that various defendants are responsible for acts and omissions causing damage to named plaintiffs and proffered class members.  Endurance Specialty insures on an excess basis

only defendants whose businesses are believed to be incorporated in or domiciled in the State of Florida and whose only potential liability to any plaintiff yet identified arises out of activities occurring in the State of Florida. The Endurance Specialty insureds believed to be defendants in *Amato* are M/I Homes, Inc.; Beazer Homes USA; and Lennar Corporation.

10.

During the years 2006 through 2010, the premiums derived from insureds with headquarters believed to be located in the State of Louisiana expressed as a percentage of the total net premiums received by Endurance Specialty is as follows:

| | |
|------|---------|
| 2006: | 0.3019% |
| 2007: | 0.0303% |
| 2008: | 0.0810% |
| 2009: | 0.0000% |
| 2010: | 0.0000% |

At least one-half of the premium income quantified above for the years 2006, 2007 and 2008 was generated from reinsurance accounts.

JAMES McNAMARA
Senior Vice-President
Endurance Specialty Insurance Ltd.

Sworn to and subscribed before me, Notary Public this __18th__, day of March, 2011.

NOTARY PUBLIC
Notarial #: _____
My Commission or License Expires: __N/A__