UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * MAG. WILKINSON |
| DEAN AND DAWN AMATO, ET AL | * <br> * |
| VERSUS | * <br> * 2010-00932 |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the following motion with be submitted before the HONORABLE JUDGE, Eldon E. Fallon, one of the Judges of the above-styled Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana, on **Wednesday, April 13, 2011 at 9:00 a.m. central time**, or as soon thereafter as same may be submitted:

**Defendant, ENDURANCE SPECIALTY INSURANCE, LTD.'S Motion to Dismiss for Lack of Personal Jurisdiction.**

                                              Respectfully submitted,

                                              s/ JAMES ERIC JOHNSON (#23800)
                                              **JAMES ERIC JOHNSON (#23800)**
                                              **BRYAN J. HAYDEL, JR. (#27500)**
                                              PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
                                              343 Third Street, Suite 202
                                              Baton Rouge, Louisiana 70801-1309
                                              Telephone: (225) 383-8900
                                              Facsimile: (225) 383-7900
                                              E-Mail: ejohnson@phjlaw.com
                                              *Counsel for Endurance Specialty Insurance Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion and Order of Dismissal for Lack of Personal Jurisdiction* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this **24th** day of **March, 2011.**

                                           s/ JAMES ERIC JOHNSON (#23800)
                                           **JAMES ERIC JOHNSON (#23800)**