UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO DISMISS BASED ON LACK OF POLICY

Defendant The Standard Fire Insurance Company ("Standard Fire"), through its undersigned counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against it because the alleged insurance policy which purportedly gives rise to the claims at issue is non-existent. In further support of this Motion, Standard Fire is contemporaneously filing a Memorandum of Law, which is incorporated in full herein.[1]

**WHEREFORE**, for all the foregoing reasons and the reasons contained in the Memorandum of Law, Defendant The Standard Fire Insurance Company, respectfully request that this Court enter an order: (1) granting this Motion; (2) dismissing all claims against it for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

---

[1] This motion is being filed pursuant to the Court's March 2, 2011 Order (R. Doc. No. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Standard Fire expressly reserve all their rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such motions.

1

Respectfully submitted by,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone:  (504) 568-1990
Fax:  (504) 310-9195
Email:  rhubbard@lawla.com
           sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
           daniel.feinberg@snrdenton.com
           anthony.eliseuson@snrdenton.com

*Attorneys for Defendant The Standard Fire Insurance Company*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Dismiss Based on Lack of Policy has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                                                                         /s/ Seth A. Schmeeckle
                                                                         Seth A. Schmeeckle