UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, | ) | |
| No. 2:10-cv-00932) | ) | MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant The Standard Fire Insurance
Company will bring their Motion to Dismiss Based on Lack of Policy for hearing before
the Honorable Eldon E. Fallon on April 13, 2011 at 9:00 a.m. or as soon thereafter as
counsel may be heard.

Respectfully submitted by,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone:  (504) 568-1990
Fax:  (504) 310-9195
Email:  rhubbard@lawla.com
         sschmeeckle@lawla.com

And

1

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
      daniel.feinberg@snrdenton.com
      anthony.eliseuson@snrdenton.com


*Attorneys for Defendant The Standard Fire Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.


    /s/ Seth A. Schmeeckle
    Seth A. Schmeeckle


2