UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION TO DISMISS CLAIMS OF CERTAIN PLAINTIFFS PURSUANT TO RULE 12(B)(1) OF AMERICAN ZURICH INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY

Defendants American Zurich Insurance Company ("AZIC") and Zurich American Insurance Company ("ZAIC") hereby move to dismiss the claims against them made by certain Non-Louisiana Plaintiffs in the above-referenced action ("Non-Louisiana Claims") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. A list of these Non-Louisiana Claims subject to dismissal is attached (*Exhibit A hereto*). There is no subject-matter jurisdiction over these Non-Louisiana Claims because none of them involve either Louisiana properties affected by Chinese-Manufactured Drywall ("CDW") or liability insurance policies that were delivered, issued, or written in Louisiana. Thus the plaintiffs do not have the right to bring these claims as a Direct Action under Louisiana law. Nor does any other state law potentially applicable to the CDW-related claims against these two companies provide for a Direct Action procedure. Accordingly, this Court has no subject-matter jurisdiction over the listed Non-Louisiana Claims, and should dismiss them pursuant to Fed.R.Civ.P. 12(b)(1).[1]

---

[1] For further support of this Motion, the Zurich Companies refer to their Memorandum in Support filed herewith, and also refer to the Insurer Steering Committee's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ _____

**THOMAS L. GAUDRY, JR., (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Zurich Insurance Company and Zurich American Insurance Company

**AND**

**J. STEPHEN BERRY, GA. Bar No. 053106**
**J. RANDOLPH EVANS, GA. Bar No. 252336**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Zurich Insurance Company and Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Dismiss Claims of Certain Plaintiffs Pursuant to Rule 12(B)(1) of American Zurich Insurance Company and Zurich American Insurance Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

_____
Wade A. Langlois, III, LSBA #17681