# EXHIBIT A

Exhibit "A" – List of Non-Louisiana Claims Subject to Dismissal

| Plaintiff | Insured Defendant | Insurance Company Defendant |
|---|---|---|
| Petone, Anthony Peter<br>910 Maple Street<br>Waveland, MS  39576 | 84 Lumber Co. | Zurich American Insurance Co. |
| Brennan, John & Barbara<br>875 39th Avenue NW<br>Naples, FL  34120 | 84 Lumber Co. LP | Zurich American Insurance Co. |
| Polk, Donna<br>330 Lang Avenue<br>Pass Christian, MS  39571 | 84 Lumber Co. LP | Zurich American Insurance Co. |
| Alva, Alicia<br>3860 72nd Avenue NE<br>Naples, FL  34120 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Bilski, Walter & Tracey<br>2071 High Meadow Lane<br>Lock Haven, PA  17745 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL  33862 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Campbell, Thomas & Kelli<br>25504 Antler Street<br>Christmas, FL  32709 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL  34994 | USG Corp. | American Zurich Insurance Co. |
| Lefton, David & Garcia, Michelle<br>106 SW Milburn Circle<br>Port St. Lucie, FL  34953 | USG Corp. | American Zurich Insurance Co. |
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA  30008 | USG Corp. | American Zurich Insurance Co. |
| Gody, Anthoney & Candace<br>10842 Tiberio Drive<br>Fort Myers, FL  33913 | USG Corp. | American Zurich Insurance Co. |