**ZURICH-AMERICAN** INSURANCE GROUP

# TOTAL POLLUTION
# EXCLUSION ENDORSEMENT

| POLICY NO. | EFF. DATE OF POL. | EXP. DATE OF POL. | EFF. DATE OF END. | AGENCY NO. | ADD'L PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Named Insured:**

**Address (including ZIP code):**

---

This endorsement modifies insurance provided by the following:

**Commercial General Liability Coverage Part**

---

A.  Exclusion f. under COVERAGE A. (Section I.) is deleted.

B.  The following exclusion is added to the policy:

**POLLUTION**

This insurance does not apply to:

1.  Any injury or damage which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2.  Any loss, cost or expense arising out of any:
    a.  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or
    b.  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

Countersigned: _____
         Authorized Representative



# Knowledge of Occurrence Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| GLO 9302293-04 | 1/1/2006 | 1/1/2007 | 1/1/2006 | 12188-000 | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**
**Railroad Protective Liability Coverage Part**
**Liquor Liability Coverage Part**
**Product/Completed Operations Coverage Part**
**Business Auto Coverage Part**
**Truckers Liability Coverage Part**
**Garage Coverage Part**
**Farm Liability Coverage Part**

1. The Duties In The Event Of Accident, Occurrence, Offense, Injury, Claim Or Suit condition is amended per the following:

   It is agreed that knowledge of an "accident", "occurrence", offense, "injury", claim, or "suit" by your agent, servant, or "employee" will not in itself be considered to be your knowledge of the "accident", "occurrence", offense, "injury" claim, or "suit" unless the individual(s) in the following positions(s) or department shall have received such notice from the agent, servant, or "employee":

   **Position or Department:**

   RISK MANAGER

2. If a claim is made or "suit" is brought against any insured, you or the individual(s) in the Position or Department above must:

   a. Immediately record the specifics of the claim or "suit" and the date received; and

   b. Notify us and see that we receive written notice of the claim or "suit" as soon as practicable.

# Waiver Of Subrogation (Blanket) Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following is added to the Transfer Of Rights Of Recovery Against Others To Us Condition:

If you are required by a written contract or agreement, which is executed before a loss, to waive your rights of recovery from others, we agree to waive our rights of recovery. This waiver of rights applies only with respect to the above contract(s) and shall not be construed to be a waiver with respect to any other operations in which the insured has no contractual interest.



**ZURICH**

## Self Insured Retention Endorsement
### (Excluding Defense Costs - All Defense Costs Are Paid By You)

| Policy No. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Addl. Prem. | Return Prem. |
|---|---|---|---|---|---|
| GLO 9302293-04 | 1/1/2007 | 1/1/2006 | 12188-000 | | |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the policy.

---

### SCHEDULE
### Self Insured Retention Amounts

**$500,000** _____ **Per Occurrence** (Excluding Defense Costs - All Defense Costs Are Paid By You )

**$**_____ **Per Claim** (Excluding Defense Costs - All Defense Costs Are Paid By You)

**$NOT APPLICABLE**_____ **Aggregate** (Excluding Defense Costs - All Defense Costs Are Paid By You Up To Aggregate Amount)

**Periodic Reporting Requirement QUARTERLY**_____

**Claim Service Provider  GAB**_____

---

The insurance provided by this policy is subject to the following additional provisions, which in the event of conflict with any other provisions elsewhere in the policy, shall control the application of the insurance to which this endorsement applies:

I.  **Self Insured Retention - Your Obligations**

   A.  The "self insured retention" amounts stated in the Schedule of this endorsement apply as follows:

      1.  If a Per Occurrence Self Insured Retention Amount is shown in the Schedule of this endorsement, you shall be responsible for payment of all damages as they are incurred for each "occurrence", until you have paid damages equal to the Per Occurrence Amount shown in the Schedule, subject to the provisions of A. 3. below, if applicable. The Per Occurrence Amount is the most you will pay for damages arising out of any one "occurrence", regardless of the number of persons or organizations making claims or bringing suits because of the "occurrence".

      2.  If a Per Claim Self Insured Retention Amount is shown in the Schedule of this endorsement, you shall be responsible for payment of all damages as they are incurred until you have paid damages for each claim equal to the Per Claim Amount shown in the Schedule, subject to the provisions of A. 3. below, if applicable. The Per Claim Amount is the most you will pay for each claim brought by each person or organization making a claim or bringing a suit as a result of any one "occurrence".

      3.  If the Self Insured Retention Aggregate Amount is shown in the Schedule of this endorsement, the Aggregate Amount is the most you will pay for all damages incurred under this policy. If this Amount is exceeded in your payment of damages, then the policy terms and conditions at that time continue to apply as

U-GL-XXX-A CW (03/02)

written, but your obligation for any further payment of damages or "defense costs" under this Self Insured Retention Endorsement is no longer applicable. This Amount applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of this policy.

If no entry appears in the Schedule of this endorsement as Aggregate, then your obligation for payment of damages applies in accordance with the Per Occurrence or Per Claim "self insured retention" provisions, whichever is applicable.

**B. Defense Costs**

Except for any "defense costs" that we may elect to pay, you shall pay all "defense costs", both within and excess of the Per Occurrence or Per Claim Self Insured Retention Amount, subject to application of the Aggregate Amount, if applicable.

**C. Settlement of Claim**

**1. Within Self Insured Retention**

If any final judgment or settlement is less than the "self insured retention" amount indicated in the Schedule of this endorsement above, you shall have the right and obligation to settle all such claims or suits under this policy.

**2. Excess of Self Insured Retention**

You may not settle any claim or suit which exceeds any "self insured retention" amount indicated in the Schedule of this endorsement without our written permission to do so. If you fail to obtain such written permission, we shall have no obligation to provide coverage for that claim or suit under this policy.

**D. Authorized Claim Service Provider**

1. You shall employ a claim service provider acceptable to us for the purpose of providing claim services for settlement of losses within the "self insured retention" amounts. You shall pay all fees, charges and costs of the claim service provider in addition to the "self insured retention" amounts, without any reimbursement from us.

2. In the event of cancellation, expiration or revision of the claims service contract between you and the claim service provider, you shall notify us within (10) days of such change and shall replace the claim service provider with another claim service provider that is acceptable to us.

**E. Notification of Potential Penetration**

1. You or the authorized claim service provider must notify us promptly of an "occurrence"

which may result in a claim under this policy. Notice must include:

a. How, when and where the "occurrence" took place;

b. The names and addresses of any injured persons and witnesses; and

c. The nature and location of any injury or damage arising out of the "occurrence".

2. You or the authorized claim service provider must notify us promptly, per E.1. above, in the event of any "occurrence", without regard to liability, which results in any of the following injuries:

a. Death;

b. Brain damage;

c. Paraplegic or quadriplegic impairment;

d. Amputation or serious functional impairment of any major limb;

e. Severe burns involving more than 25% of the body or causing serious disfigurement;

f. Sensory impairment (sight, hearing, taste or smell);

g. Severe internal body organ damage or loss;

h. Multiple fractures involving more than one body part;

i. Permanent and total disability;

j. Sexual abuse or molestation; or

k. Significant psychological / neurological involvement; or

Where exposure, loss reserve or potential judgment initiates or changes or where suit is filed per the following:

l. Potential exposure equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

m. Loss reserve established equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

n. Potential judgment, if the claim prevails, without regard to liability, equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

o.  A suit is filed. We shall have the right to appoint defense counsel, even if the amount claimed in the suit is unspecified or less than the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies.

## F.  Reporting - Self Insured Retention

You must report claims or suits to our Claim Department per the following:

1.  You or the authorized claim service provider must monitor the cumulative losses (and "defense costs" if a Self Insured Retention Aggregate Amount applies) sustained during the policy period and report those total amounts to us in accordance with the frequency of report indicated in the Periodic Reporting Requirement of the Schedule of this endorsement. However, if the total of all incurred losses should at any time during the policy period attain a total amount equal to 75% of the Self Insured Retention Aggregate Amount, if indicated in the Schedule of this endorsement, you are required in that event to make an immediate report to us as to total incurred losses and "defense costs" sustained at that time.

    The Periodic Report that you send to us must be in a format that is acceptable to us, and include an accounting of all individual losses incurred (and "defense costs" if applicable) as of the date of the Report.

2.  Within forty-five (45) days after the end of the policy term, you must give us a listing of all existing claims or suits within the "self insured retention" amounts. At a minimum, such listing will include the following for each claim or suit:

    i.   a description of each claim or suit;

    ii   the date of the "occurrence";

    iii. the amounts paid and reserved for future payments for loss; and

    iv.  the current status of the claim or suit.

3.  Quarterly thereafter, you are required to give us an updated listing of the status of all claims or suits, both paid and reserved, until all claims or suits for the reporting period are closed or settled.

## G.  Representations

By acceptance of this policy you agree that you will not procure insurance for all or any part of the "self insured retention" amounts shown in the Schedule of this endorsement. If such insurance is procured, there will be no coverage under this policy.

## H.  Compliance

Your compliance with the requirements set forth in this endorsement is a condition precedent to coverage. You acknowledge that in the event of non-compliance, we shall not be required to establish prejudice resulting from the non- compliance, but shall be automatically relieved of liability with respect to any claim.

## II.  Our Rights and Obligations Excess of the Self Insured Retention

### A.  Self Insured Retention/Defense Costs – Your Failure to Respond

In the event of your refusal to respond to your obligations for the payment of "self insured retention" amounts or "defense costs" for any reason, we shall not make payments for you, nor in any event shall we be required to substitute for you as respects your responsibility for payment of these "self insured retention" amounts or "defense costs".

### B.  Damages Excess of Self Insured Retention – Per Occurrence or Per Claim

We shall be liable only for the amount of damages in excess of the "self insured retention" amounts, as applicable, shown in the Schedule above, up to the Limits of Insurance shown in the Declarations of this policy.

### C.  Damages Excess of Self Insured Retention – Aggregate

1.  If the Self Insured Retention Aggregate Amount (if selected) shown in the Schedule of this endorsement is exceeded in your payment of damages, we will at that time assume your obligations for payment of all subsequent damages and "defense costs" subject to the Limits of Insurance provisions of this policy.

2.  In the event of a midterm cancellation of this policy, the Self Insured Retention Aggregate Amount shown in the Schedule of this endorsement is not subject to any pro rata reduction. Such Aggregate Amount will apply as if the policy term had not been shortened.

### D.  Settlement of Claims

1.  **Within Self Insured Retention**

    We shall have, at our option, the right but not the obligation or duty to negotiate the settlement of any claim within the applicable "self insured retention" amount, which in our opinion is deemed expedient. But we shall obtain your consent prior to entering into any settlement of any claim which is equal to or less than the "self insured retention" amount. If, however, you shall refuse to consent to any such settlement recommended by us within the

U-GL-XXX-A CW (03/02)

"self insured retention" amount and shall elect to contest the claim or continue with any legal proceedings in connection with such claim, our liability for that claim shall not exceed the amount determined by subtracting the "self insured retention" amount from the amount for which the claim could have been settled at the date of such refusal. And we shall have no liability with respect to such claim if that difference is zero or negative.

2. **Excess of Self Insured Retention**

With respect to any claim under this insurance which has been tendered to us and which may exceed the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies, we have the right and duty to negotiate the settlement of such claim and may pay any or all damages and "defense costs" on your behalf, both within and excess of the "self insured retention" amount. Any such payments made by us for damages within the "self insured retention" amount or for "defense costs" (if no Aggregate is applicable) shall be reimbursed promptly by you.

3. **Excess of Self Insured Retention Aggregate**

If during the policy period we assume responsibility for your obligations after you have exceeded the policy Self Insured Retention Aggregate Amount _(if selected) in your payment of damages, we shall at that time have the right and duty to defend "suits" and settle existing and new losses and claims as we deem expedient and without your consent for the remainder of the policy period.

This insurance does not apply to, nor are we under any obligation or duty to pay for "de-fense costs", except as may apply excess of the Self Insured Retention Aggregate Amount.

III. **Definitions**

A "Self insured retention" means:

the amount or amounts which you or any insured must pay for all compensatory damages which you or any insured shall become legally obligated to pay because of damages arising from any coverage included in the policy.

B. "Defense Costs" means:

expenses directly allocable to specific claims and shall include but not be limited to all Supplementary payments as defined under the policy(ies); all court costs, fees   and expenses; costs for all    attorneys, witnesses, experts, depositions, reported  or recorded statements, summonses,    service    of    process, legal transcripts  or  testimony ,  copies  of  any public records;  alternative  dispute resolution; interest;       investigative      services, medical examinations,     autopsies,    medical costs containment; declaratory         judgment, subrogation and any other fees, costs or expenses reasonably chargeable to the investigation, negotiation, settlement or defense of a claim or a loss under the policy(ies).

C. "Occurrence", for purposes of this endorsement only, means an "occurrence", offense, accident, act, error or omission or any other such similar event, as defined or used in our policy, that must occur in order to initiate payment of covered losses under the policy terms and conditions.

## IMPORTANT POLICYHOLDER INFORMATION
### (Arkansas)

Inquiries concerning your policy should be directed to your insurance agent or to our "policyholder/customer service" unit. The name, address and telephone number of your agent, if one is involved, and the address and phone number of our "policyholder/customer service" unit are shown on the policy and/or in the material accompanying the policy or as follows if not shown elsewhere:

If you require additional information you may contact the Arkansas Insurance Department at either the following address or phone number:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201-1904
Telephone: 1-800-852-5494

UG 108a (6-96)



# Important Notice to Florida Policyholders

In the event you need to contact someone about this policy, for any reason, please contact your agent.  If you have additional questions, you may contact the Zurich U.S. Office which issued this policy at the following address and telephone number:

If you have been unable to contact or obtain satisfaction from your agent or company, you may contact the Florida  Department of Insurance at:

**Florida Department of Insurance**
**The State**
**Tallahassee, FL  32399-3146**

**Telephone:  (850) 922-3146**
**Fax:  (850) 922-3865**

ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of the attached document.



**ZURICH**

# Commercial Property And Casualty
# Risk Management Plans -Florida

Florida Regulation § 4-166.040 requires that we develop guidelines for risk management plans and make them available to our insureds. Guidelines for risk management plans are descriptive instructions and criteria for the establishment of risk management plans. The guidelines deal with one or more aspects of risk handling appropriate to one or more insureds.

Within 60 days of your request, Zurich Services Corporation will develop and provide you with guidelines for a risk management plan. Zurich Services Corporation can also work with you to design a risk management plan as needed.

In addition to furnishing you with guidelines for risk management plans, other services may be available to you which include:

General Surveys are designed to assist you in analyzing and reducing loss exposures through a review of your operations, products, liability, and the environment.

Special Surveys are similar to the General Surveys except they differ in scope and degree. They also are designed to assist your risk management efforts in areas of occupational health, environmental, property, products, and liability.

Seminars to provide training in safety management techniques and safety management counseling services.

Workshops designed to train your managers and supervisors on the materials needed to train your employees.

Maintaining a safe workplace is your non-delegable obligation. Neither we nor Zurich Services Corporation undertakes to relieve you of that obligation. However, we and Zurich Services Corporation may provide you with tools that may assist you to fulfill your obligations.

If you would like to receive guidelines for a risk management plan, please contact the Zurich Services Corporation Risk Engineering Manager.

Bruce Radaker
Risk Engineering
Zurich Services Corporation
3003 Summit Blvd., Suite 1800
Atlanta, GA 30319
(404) 851-3390



# Illinois Consumer Complaint Notice

Any complaints concerning this insurance can be directed to the Company at the following address:

Consumer Relations Department
Zurich-American Insurance Group
Zurich Towers
1400 American Lane
Schaumburg, IL 60196-1056

The address of the consumer complaint section of the Illinois Department of Insurance is:

Illinois Department of Insurance
Consumer Services Section
Springfield, IL 62767

**NEW JERSEY IMPORTANT NOTICE: THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III — LIMITS OF INSURANCE FOR DETAILS.**

UL 100a (Ed. 8-97) Uniform Printing & Supply, Inc.

# Oregon Insurance Guaranty Association Surcharge

**ZURICH**

**Policy Disclosure**

Most insurers doing business in Oregon are required to participate in the Oregon Insurance Guaranty Association.

In the event an insurer fails, the Association settles unpaid claims on behalf of consumers.

Oregon law requires that policies be surcharged directly to recover the costs of handling those claims.

If your policy is surcharged, the term *surcharge* along with an indicated dollar amount will be displayed on the Common Policy Declarations or Information Page.

# Important Information To Policyholders
# South Carolina



**ZURICH**

In the event you need to contact someone about this policy for any reason, please contact your agent.  If you have additional questions, you may contact the Zurich U.S. Company indicated below which issued this policy at the following address and telephone number:

☐ Zurich American Insurance Company
☐ American Guarantee and Liability Insurance Company
☐ American Zurich Insurance Company
☐ Zurich American Insurance Company of Illinois

Zurich Towers
1400 American Lane
Schaumburg, IL 60196-1056
(847) 605-6000

The following is our resident insurance adjustor in South Carolina:

Larry Haussmann
Crawford and Company
121 Executive Center Drive
Congaree Building, Suite 220
Columbia, South Carolina 29210

P.O. Box 21096
Columbia, SC 29221
(803) 772-9192

Written correspondence is preferable so that a record of your inquiry may be maintained.  When contacting your agent, company or resident insurance adjustor, have your policy number available.



# Tennessee Important Notice to Policyholders

In the event you would like to contact someone about this policy, please contact the Zurich-American Insurance Group company which issued this policy at the following address and telephone number:

Written correspondence is generally preferable so that a record of your inquiry may be maintained.  When contacting your agent or insurance company, please have your policy number available.

**ZURICH**

**POLICYHOLDER
SERVICE OFFICE
(APPLICABLE TO
TENNESSEE)**

**ZURICH NORTH AMERICA
3003 SUMMIT BLVD.
SUITE 1800
ATLANTA, GA 30319**

**(404) 851-3200, (800) 553-2671**

*U-GU-295-C (TN)   (4/97)*



# Important Notice

**Important Notice to Texas Customers:**

To obtain information or make a complaint:

You may call Zurich U.S.'s toll-free telephone number for information or to make a complaint at:

    1-800-382-2150 (Monday through Friday, 9a.m.- 4 p.m.)

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at :

    1-800-252-3439

You may write the Texas Department of Insurance:

    P.O. Box 149104
    Austin, TX 78714-9104
    Fax number (512) 475-1771

**Premium or claim disputes:**

Should you have a dispute concerning your premium or about a claim, you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**Attach this Notice to your Policy:**

This notice is for information only and does not become a part or condition of the attached document.



# Important Information to Policyholders

In the event you need to contact someone about this policy for any reason, please contact your agent. If you have additional questions, you may contact the Zurich, North America office that issued this policy at the following address and telephone number:

If you have been unable to contact or obtain satisfaction from your agent or company, you may contact the Virginia Bureau of Insurance at:

**Bureau of Insurance**
**Box 1157**
**Richmond, VA 23218**

The telephone number in Virginia is:   1-800-552-7945
Out-of-state policyholders may call:    1-804-371-9741

Written correspondence is preferable so that a record of your inquiry may be maintained. When contacting your agent, company, or Bureau of Insurance, have your policy number available.

 **ZURICH-AMERICAN** INSURANCE GROUP

**IMPORTANT NOTICE**

Notice To Wisconsin Policyholders/Certificateholders

### KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

PROBLEMS WITH YOUR INSURANCE? If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Zurich-American Insurance Group
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois   60196-1056
1-800-382-2150 (Normal Business Hours)

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance
Complaints Department
P. O. Box 7873
Madison, WI   53707-7873

or you can call 1-800-236-8517 outside of Madison or 266-0103 in Madison, and request a complaint form.



# West Virginia

## Notice Of Consumer Cost Savings
## (Civil Justice Reforms)

YOUR COSTS FOR THIS POLICY HAVE NOT BEEN REDUCED BECAUSE OF CIVIL JUSTICE
REFORMS ENACTED BY THE WEST VIRGINIA LEGISLATURE IN 2005 AND SIGNED INTO LAW
BY THE GOVERNOR.



**ZURICH**

# West Virginia

## Notice Of Consumer Cost Savings
## (Premium Surcharge Reduction)

YOUR COST FOR THIS POLICY HAS BEEN REDUCED BY .45% BECAUSE OF PREMIUM SURCHARGE
REDUCTIONS ENACTED BY THE WEST VIRGINIA LEGISLATURE IN 2005 AND SIGNED INTO LAW BY
THE GOVERNOR.

**Policy Number**
**GLO 9302293-04**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   001

## ZURICH AMERICAN INSURANCE COMPANY

Named Insured    84 LUMBER COMPANY

Effective Date:  04-24-06
12:01 A.M., Standard Time

Agent Name    MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION -- Coverage parts affected by this change as indicated by ☒ below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

| | |
|---|---|
| [ ] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Deductibles |
| [ ] Covered Property/Location Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

THE POLICY IS AMENDED AS FOLLOWS:

ADDITIONAL INSURED - AUTOMATIC - OWNERS, LESSEES OR CONTRACTORS -
BROAD FORM U-GL-1175-A CW (9/03) IS ADDED PER THE ATTACHED.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| | | | Return |
|---|---|---|---|
| [☒] No Changes | [ ] To be Adjusted at Audit | Additional | |

**Tax and Surcharge Changes**

| | Return |
|---|---|
| Additional | |

Countersigned By: _____

_____
AUTHORIZED AGENT

U-GU-614-A CW (10/02)

**ZURICH**

# Additional Insured – Automatic - Owners, Lessees Or Contractors - Broad Form

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| GLO 9302293-04 | 1/1/2006 | 1/1/2007 | 4/24/2006 | 12188-000 | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**A.** **WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization whom you are required to add as an additional insured on this policy under a written contract or written agreement.

**B.** The insurance provided to additional insureds applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B,  PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

    1.  The "bodily injury" or  "property damage" results from your negligence; and

    2.  The "bodily injury",  "property damage"  or "personal and advertising injury" results directly from:

        a.  Your ongoing operations; or

        b.  "Your work" completed as included in the "products-completed operations hazard",

        performed for the additional insured, which is the subject of the written contract or written agreement.

**C.** However, regardless of the provisions of paragraphs **A.** and **B.** above:

    1.  We will not extend any insurance coverage to any additional insured person or organization:

        a.  That is not provided to you in this policy; or

        b.  That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

    2.  We will not provide Limits of Insurance to any additional insured person or organization that exceed the lower of:

        a.  The Limits of Insurance provided to you in this policy; or

        b.  The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured person or organization does not apply to:

    1.  "Bodily injury",  "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

U-GL-1175-A CW (9/03)

   2. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

      a. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

      b. Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

   1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

   2. We receive written notice of a claim or "suit" as soon as practicable; and

   3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to any additional insured person or organization unless the other insurance is provided by a contractor other than you for the same operations and job location.  Then we will share with that other insurance by the method described in paragraph **4.c.** of **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS.**


Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

**Policy Number**
**GLO 9302293-04**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   002

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured   84 LUMBER COMPANY

Effective Date:   12-01-06
12:01 A.M., Standard Time

Agent Name   MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by [x] below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

| | |
|---|---|
| [ ] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Deductibles |
| [ ] Covered Property/Location Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Exposure/Insurance |

is (are) changed to read **{See Additional Page(s)}**

THE POLICY IS AMENDED AS FOLLOWS:

ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION
FORM CG 20 26 11 85 IS ADDED PER THE ATTACHED.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| [X] No Changes | [ ] To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

Additional                                            Return

Countersigned By:

_____
AUTHORIZED AGENT

U-GU-614-A CW (10/02)

**Policy #GLO 9302293-04**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

RylandHomes

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

**Policy Number**
**GLO 9302293-04**

**THIS ENDORSEMENT CHANGES THE POLICY.**
**PLEASE READ IT CAREFULLY.**
**COMMON POLICY CHANGE ENDORSEMENT**

Endorsement No.   003

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured    84 LUMBER COMPANY

Effective Date:  01-01-06
12:01 A.M., Standard Time

Agent Name    MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION – Coverage parts affected by this change as indicated by ☒ below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

| | |
|---|---|
| [ ] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Deductibles |
| [ ] Covered Property/Location Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Exposure/Insurance |

is (are) changed to read {**See Additional Page(s)**}

THE POLICY IS AMENDED AS FOLLOWS:

PREMIUM AND REPORTS AGREEMENT – COMPOSITE RATED POLICIES
FORM U-GL-872-A CW (10/96) IS REVISED PER THE ATTACHED.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | [ ] To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By: _____

_____
AUTHORIZED AGENT

U-GU-614-A CW (10/02)

**GLO 9302293-04**



**ZURICH**

# Premium And Reports Agreement – Composite Rated Policies

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:
**Commercial General Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**

Schedule

1. **Unit of Exposure (Check One):**

   ☐ per 1000 gallons          ☐ per **licensed "auto"**          ☒ per $1,000 **gross sales**

   ☐ per $1,000 **payroll**          ☐ per **other:** _____

2. **Coverage Unit of Exposure**     **Rate(s)**     **Estimated Premium(s)**

   $4,300,000,000.     .0856     $368,080.

3. **Deposit Premium:**     $INCL_____

4. **Minimum Premium:**     $N/A_____

Condition **5**, **Premium Audit**, of Section **IV**, **Commercial General Liability Conditions**, is replaced by the following:

5. **Premium Audit**

   a. We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

   b. For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

   c. Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of the 80% of the estimated annual premium or the Minimum Premium shown in the Schedule.

   d. The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

   e. The units of exposure shown in the Schedule are defined as follows:

      1) **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gases.

      2) **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

      3) **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

      4) **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

      5) **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.