# EXHIBIT J

COMMERCIAL INSURANCE

## COMMON POLICY DECLARATIONS

Policy Number GLO 9302293-05

Renewal of Number  GLO 9302293-04

Named Insured and Mailing Address

84 LUMBER COMPANY
(SEE ENDORSEMENT U-GU-621-ACW)
1019 Route 519
EIGHTY FOUR PA 15330

Producer and Mailing Address

MAGGIE'S MANAGEMENT LLC
1019 ROUTE 519
EIGHTY FOUR PA 15330-2813

Producer Code 12188-000

Policy Period:  Coverage begins   01-01-07   at 12:01 A.M.;   Coverage ends   01-01-08   at 12:01 A.M.

The named insured is   ☐ Individual      ☐ Partnership     ☒ Corporation
                       ☐ Other:

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group.  The company that provides coverage is designated on each Coverage Part Common Declarations.  The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our.  The address of the companies of the Zurich-American Insurance Group are provided on the next page.

### THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S):

GENERAL LIABILITY COVERAGE              PREMIUM  $    421,869.00
 issued by ZURICH AMERICAN INSURANCE COMPANY

KY PUBLIC SERVICE SURCHARGE                      $       152.61
NJ GUARANTY FUND SURCHARGE                       $       100.91

*Florida Hurricane Cat Fund*                     $        47.88

THIS IS A TRUE AND EXACT COPY OF POLICY GLO 9302293-05.

*Sandra Dubick*                   *8-4-10*
NAME                              DATE

Subscribed and sworn to before me this  4ᵗʰ day of *Aug* , 20 *11*.

*Kathleen Zilles*
Notary Public

> NOTARIAL SEAL
> KATHLEEN A ZILLES
> Notary Public
> GREEN TREE BORO., ALLEGHENY COUNTY
> My Commission Expires Jun 15, 2013

| THIS PREMIUM MAY BE SUBJECT TO AUDIT. This premium does not include Taxes and Surcharges. | TOTAL  $    421,869.00 SEE INSTALLMENT SCHEDULE |
|---|---|
| Taxes and Surcharges | TOTAL  $       253.52 SEE INSTALLMENT SCHEDULE |

The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the **SCHEDULE of FORMS and ENDORSEMENTS.**

Countersigned this      day of

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**ZURICH**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY.
THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS
AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM
# (RELATING TO TERRORISM RISK INSURANCE ACT)

### SCHEDULE*

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines subject to TRIA:<br>$4,219.00 |

*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure of Premium**
In accordance with the federal Terrorism Risk Insurance Act of 2002 ("TRIA"), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of your premium attributable is shown in the Schedule of this endorsement or in the Declarations.

**B.  Disclosure of Federal Participation in Payment of Terrorism Losses**
The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention (85% for acts of terrorism in 2007).

**C.  Limitation of Liability and Termination of the Program**
The Act currently provides for no insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year.  The federal program established by the Act is scheduled to terminate at the end of December 31, 2007 unless extended by the federal government.

**D.  Availability**
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and

limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.    Definition of Act of Terrorism**
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
1.  to be an act of terrorism;
2.  to be a violent act or an act that is dangerous to human life, property or infrastructure;
3.  to have resulted in damage within the United States, or outside of the United States in the case of  an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4.  to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
But, no act shall be certified by the Secretary as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.

# Florida Hurricane Catastrophe Fund (FHCF)
# Emergency Assessment - 2005 Hurricanes



The Florida legislature created the FHCF in order to provide capacity to the personal and commercial residential property insurance market. In accordance with Florida law, deficits of the FHCF are funded through emergency assessments on direct premiums for certain property and casualty lines of business in the state of Florida.

As a result of the 2005 hurricane season, the FHCF anticipates a deficit of approximately $1.2 billion. In order to fund this deficit, policies effective on or after January 1, 2007 are subject to an emergency assessment of 1% of premium for the following lines of business:

Fire, Allied Lines, Multi-Peril Crop, Farmowners Multi-Peril, Homeowners Multi-Peril, Commercial Multi-Peril (liability and non-liability), Mortgage Guaranty, Ocean Marine, Inland Marine, Financial Guaranty, Earthquake, Other Liability, Products Liability, Private Passenger Auto No-Fault, Other Private Passenger Auto Liability, Commercial Auto No-Fault, Other Commercial Auto Liability, Private Passenger Auto Physical Damage, Commercial Auto Physical Damage, Aircraft, Fidelity, Surety, Burglary and Theft, Boiler and Machinery, and Credit.

The FHCF emergency assessment applicable to this policy is not subject to premium taxes, fees, or commissions.

ISSUING OFFICE COPY

# Important Notice - In Witness Clause

In return for the payment of premium and subject to all the terms of the policy, we agree with you to provide insurance as stated in this policy.  This policy shall not be valid unless countersigned by the duly authorized Representative of the Company.

**In Witness Whereof,** this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly authorized Representative.

President                                                    Corporate Secretary

Zurich American Insurance Company
American Guarantee and Liability Insurance Company
American Zurich Insurance Company
Zurich American Insurance Company of Illinois
    Administrative Offices
    Zurich Towers
    1400 American Lane
    Schaumburg, Illinois 60196-1056

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich North America
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois 60196-1056
**1-800-382-2150** (Business Hours:  8 a.m. - 4 p.m. [CT])

---

ISSUING OFFICE COPY

## INSTALLMENT PREMIUM SCHEDULE

The total premium shown in the Declarations of this policy is made payable in installments, on the dates and in the amounts shown below.

| NAMED INSURED | POLICY NUMBER |
|---|---|
| 84 LUMBER COMPANY | GLO 9302293-05 |

| PAYMENT DUE | SUBJECT PREMIUM | TAXES PREPAID | TOTAL PREMIUM |
|---|---|---|---|
| 01/01/07 | $  105,468.00 | $   253.52 | $   105,721.52 |
| 04/01/07 | $  105,467.00 |  | $   105,467.00 |
| 07/01/07 | $  105,467.00 |  | $   105,467.00 |
| 10/01/07 | $  105,467.00 |  | $   105,467.00 |
| TOTAL | $  421,869.00 | $   253.52 | $   422,122.52 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

U-GU-406-A (07/94)

PAGE 1 OF 1

**Policy Number**
**GLO 9302293-05**

SCHEDULE OF FORMS AND ENDORSEMENTS

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | 84 LUMBER COMPANY | Effective Date: | 01-01-07 |
| | | | 12:01 A.M., Standard Time |
| Agent Name | MAGGIE'S MANAGEMENT LLC | Agent No. | 12188-000 |

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GU-630-B | 01-06 | DISCLOSURE OF PREMIUM (RELATING TO TRIA) |
| U-GU-726-A FL | 07-06 | FL HURRICANE CAT FUND EMERGENCY ASSESSMT |
| U-GU-D-310-A | 01-93 | COMMON POLICY DECLARATIONS |
| U-GU-319-E | 05-96 | IN WITNESS CLAUSE |
| U-GU-406-A | 07-94 | INSTALLMENT PREMIUM SCHEDULE |
| U-GU-619-A CW | 10-02 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-621-A CW | 10-02 | SCHEDULE OF NAMED INSURED(S) |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 07-02 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 02 46 | 07-02 | PENNSYLVANIA CHANGES-CANC & NONRENL |
| U-GU-298-A CW | 02-92 | CANCELLATION BY US |
| IL 00 03 | 07-02 | CALCULATION OF PREMIUM |
| IL 09 10 | 07-02 | PENNSYLVANIA NOTICE |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CG 00 62 | 12-02 | WAR LIABILITY EXCLUSION |
| U-GL-919-B CW | 12-01 | KNOWLEDGE OF OCCURRENCE ENDORSEMENT |
| UGL1171ACW | 07-03 | FUNGI OR BACTERIA EXCLUSION |
| U-GL-1175ACW | 09-03 | ADD'L INSD-AUTO-OWNERS LESSEES CONTRACTR |
| U-GL-1178ACW | 07-03 | ASBESTOS EXCLUSION ENDORSEMENT |
| U-GL-D-1115-B CW | 09-04 | COMMERCIAL GL COVERAGE PART DECLARATIONS |
| UGLD849ACW | 07-96 | EMPLOYEE BENEFITS LIAB DEC - CLAIMS MADE |
| CG 00 01 | 12-04 | COMMERCIAL GENERAL LIABILITY COV FORM |
| U-GL-1114-A CW | 10-02 | MANUSCRIPT ENDORSEMENT |
| CG 32 34 | 01-05 | CALIFORNIA CHANGES |
| UGL872A | 10-96 | PREMIUM & REPORTS AGREEMENT-COMP. RATED |
| CG 02 00 | 07-05 | IL CHANGES - CANC & NONRENL |
| U-GL-587-B PA | 09-94 | PA ASBESTOS EXCLUSION ENDORSEMENT |
| CG 00 67 | 03-05 | EXCL-VIOL OF STATS THAT GOVERN EMAIL FAX |
| CG 20 11 | 01-96 | ADDL INSD-MANAGERS/LESSORS OF PREMISES |
| CG 21 35 | 10-01 | EXCL-COV C-MEDICAL PAYMENTS |
| CG 21 47 | 07-98 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 67 | 04-02 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 86 | 12-04 | EXCL-EXTERIOR INSULATION & FINISH SYSTEM |
| CG 24 17 | 10-01 | CONTRACTUAL LIABILITY - RAILROADS |
| UGL849ACW | 07-96 | EMPLOYEE BENEFITS LIAB - CLAIMS MADE COV |
| UGL850ACW | 07-96 | DEDUCTIBLE ENDORSEMENT CLAIMS-MADE |
| U-GL-921-A CW | 12-97 | AMENDMENT OF REPRESENTATIONS CONDITION |
| CG 20 10. | 10-01 | ADDITIONAL INSURED |
| CG 20 15. | 11-88 | ADDITIONAL INSURED - VENDORS |
| CG 20 26. | 11-85 | ADDITIONAL INSURED - DES PERSON OR ORG |
| CG 20 28. | 11-85 | ADDITIONAL INSURED LESSOR OF LEASED EQUI |
| UGL1195BCW | 04-04 | FUNGI/BACTERIA EXCLUSION DISCLOSURE |
| UGL562A — *delete* | 12-93 | TOTAL POLLUTION EXCLUSION ENDT |
| UGL925ACW | 12-97 | WAIVER OF TRANSFER OF RIGHTS TO RECOVERY |
| UGLXXXA | 08-01 | SELF INSURED RETENTION ENDORSEMENT |

U-GU-619-A CW (10/02)

**Policy Number**
**GLO 9302293-05**

SCHEDULE OF NAMED INSURED(S)

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | 84 LUMBER COMPANY | Effective Date: | 01-01-07 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | MAGGIE'S MANAGEMENT LLC | Agent No. | 12188-000 |

NAMED INSURED

84 LUMBER COMPANY
A PENNSYLVANIA LIMITED
PARTNERSHIP

HARDY HOLDINGS, LLC

MARGARET HARDY MAGERKO
6/30/97 TRUST

MARGARET HARDY MAGERKO
3/14/91 TRUST

MARGARET HARDY MAGERKO
1992 IRTA

84 ASSOCIATES

JOSEPH A. HARDY AND ASSOCIATES
A PENNSYLVANIA LIMITED
PARTNERSHIP

84 ASSOCIATES, INC.
A PENNSYLVANIA S CORPORATION

PIERCE HARDY LIMITED
PARTNERSHIP, A PENNSYLVANIA
LIMITED PARTNERSHIP

PETER JON CO.,
A PENNSYLVANIA BUSINESS TRUST

HARDY MANAGEMENT COMPANY,
PA CORPORATION

EXECUJET, INC. PA S. CORP.

HARDY CREDIT CO.,
A PENNSYLVANIA BUSINESS TRUST

84 ASSOCIATES, INC.

JOSEPH A. HARDY RTA 1/16/91

JOSEPH A. HARDY III

MARGARET HARDY MAGERKO CORP.

84 COMPONENTS COMPANY

MARGARET HARDY MAGERKO

PETER JON MAGERKO

MAGGIES MANAGEMENT, LLC

U-GU-621-A CW (10/02)

**Policy Number**
**GLO 9302293-05**

SCHEDULE OF NAMED INSURED(S)

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | 84 LUMBER COMPANY | Effective Date: | 01-01-07 |
|---|---|---|---|

12:01 A.M., Standard Time

| Agent Name | MAGGIE'S MANAGEMENT LLC | Agent No. | 12188-000 |
|---|---|---|---|

NAMED INSURED

MARGARET A. HARDY MAGERKO
1991 RTA

HARDY CA, INC.

84 Properties, LLC

ISSUING OFFICE COPY

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

     Copyright, Insurance Services Office, Inc., 1998         ▯

ISSUING OFFICE COPY

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

IL 00 21 07 02                    © ISO Properties, Inc.,  2001                    Page 1 of 2

IL 02 46 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   **a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   **b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   **c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

© ISO Properties, Inc., 2001

ISSUING OFFICE COPY

**ZURICH-AMERICAN** INSURANCE GROUP

**COMMERCIAL INSURANCE**

---

**CANCELLATION BY US**

---

**This endorsement changes the policy.  Please read it carefully.**

This endorsement modifies insurance provided by the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Number of Days' Notice** _____60_____

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2. of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

ISSUING OFFICE COPY

IL 00 03 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

  © ISO Properties, Inc.,  2001

ISSUING OFFICE COPY

IL 09 10 07 02

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;

2. Consultation or advice; or

3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or

3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

| Instruction to Policy Writers |
|---|
| Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania. |

© ISO Properties, Inc., 2001

ISSUING OFFICE COPY

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I — Coverage A — Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused,  arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I — Coverage B — Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I — Coverage C — Medical Payments** does not apply.  Medical payments due to war are now subject to Exclusion **g.** of  Paragraph **2., Exclusions** of **Section I — Coverage C — Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

© ISO Properties, Inc.,  2002

ISSUING OFFICE COPY

# Knowledge of Occurrence Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**
**Railroad Protective Liability Coverage Part**
**Liquor Liability Coverage Part**
**Product/Completed Operations Coverage Part**
**Business Auto Coverage Part**
**Truckers Liability Coverage Part**
**Garage Coverage Part**
**Farm Liability Coverage Part**

1. The Duties In The Event Of Accident, Occurrence, Offense, Injury, Claim Or Suit condition is amended per the following:

   It is agreed that knowledge of an "accident", "occurrence", offense, "injury", claim, or "suit" by your agent, servant, or "employee" will not in itself be considered to be your knowledge of the "accident", "occurrence", offense, "injury" claim, or "suit" unless the individual(s) in the following positions(s) or department shall have received such notice from the agent, servant, or "employee":

   **Position or Department:**

   RISK MANAGER

2. If a claim is made or "suit" is brought against any insured, you or the individual(s) in the Position or Department above must:

   a.   Immediately record the specifics of the claim or "suit" and the date received; and

   b.   Notify us and see that we receive written notice of the claim or "suit" as soon as practicable.

# Fungi Or Bacteria Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to paragraph **2. Exclusions** of **Section I. – Coverage A – Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability**:

**2.    Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

A.    "Bodily injury", "property damage" or "personal and advertising injury " caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

  1.    "Fungi"or "bacteria"; or

  2.     Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".

B.    Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

C.    For the purposes of this exclusion, the following definitions are added:

  1.    "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or byproducts produced or released by fungi.

  2.    "Spores" means reproductive bodies produced by or arising out of  "fungi".

  3.    "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

This exclusion does not apply to any "fungi"or "bacteria" that are, are on, or are contained in, an edible good or edible product intended for human or animal consumption.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
ISSUING OFFICE COPY

# Additional Insured – Automatic - Owners, Lessees Or Contractors - Broad Form

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

A. **WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B. The insurance provided to additional insureds applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY,** but only if:

    1. The "bodily injury" or "property damage" results from your negligence; and

    2. The "bodily injury", "property damage" or "personal and advertising injury" results directly from:

        a. Your ongoing operations; or

        b. "Your work" completed as included in the "products-completed operations hazard",

        performed for the additional insured, which is the subject of the written contract or written agreement.

C. However, regardless of the provisions of paragraphs **A.** and **B.** above:

    1. We will not extend any insurance coverage to any additional insured person or organization:

        a. That is not provided to you in this policy; or

        b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

    2. We will not provide Limits of Insurance to any additional insured person or organization that exceed the lower of:

        a. The Limits of Insurance provided to you in this policy; or

        b. The Limits of Insurance you are required to provide in the written contract or written agreement.

D. The insurance provided to the additional insured person or organization does not apply to:

    1. "Bodily injury", "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

U-GL-1175-A CW (9/03)
Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ISSUING OFFICE COPY

# Asbestos Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B - Personal And Advertising Injury Liability:**

**2.  Exclusions**

This insurance does not apply to:

**Asbestos**

**A.**  "Bodily injury", "property damage" or "personal and advertising injury" arising out of or which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to the injury or damage; or

**B.**  Any sums that any insured or other entity must pay, repay or reimburse because of any:

    **1.**  Request, demand, order, statutory or regulatory requirement, direction or determination  that any insured or others  test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

    **2.**  Claim  or "suit"  for damages arising out of or relating in any way to any request, demand, order, statutory or regulatory requirement, direction or determination  that any insured or  others  test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

**C.**  Any other loss, cost or expense arising out of or relating in any way to asbestos.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy Number: GLO 9302293-05

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured 84 LUMBER COMPANY

Policy Period: Coverage begins 01-01-07 at 12:01 A.M.; Coverage ends 01-01-08 at 12:01 A.M.

Producer Name: MAGGIE'S MANAGEMENT LLC          Producer No. 12188-000

**Item 1.** Business Description:

**Item 2.** Limits of Insurance

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT | $ | 3,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 3,000,000 |
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ | 100,000 Any one premises |
| MEDICAL EXPENSE LIMIT | $ | NOT COVERED Any one person |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ | 1,000,000 Any one person or organization |

**Item 3.** Retroactive Date  **(CG 00 02 ONLY)**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" offense which occurs before the Retroactive Date, if any, shown here:  NONE

(Enter Date or "None" if no Retroactive Date applies)

**Item 4.** Form of Business and Location Premises

Form of Business: CORPORATION

Location of All Premises You Own, Rent or Occupy: **See Schedule of Locations**

**Item 5.** Schedule of Forms and Endorsements

Form(s) and Endorsement(s) made a part of this Policy at time of issue:
**See Schedule of Forms and Endorsements**

**Item 6.** Premiums

| | | |
|---|---|---|
| Coverage Part Premium: | $ | 421,869.00 |
| Other Premium: | | |
| Total Premium: | $ | 421,869.00 |

U-GL-D-1115-B CW (9/04)

**EMPLOYEES BENEFITS LIABILITY COVERAGE
DECLARATIONS - CLAIMS-MADE**

**Policy Number:** GLO 9302293-05

**Limits of Insurance:**

$    750,000          **Aggregate Limit**

$    750,000          **Each Claim Limit**

**Form of Business:**

Individual          Partnership          Joint Venture          Corporation   X

Other

**Premium Schedule:**

| Code No. | Premium Basis (Estimated Number of Employees) | Rate | | Advance Premium |
|---|---|---|---|---|
| | | | Per Employee | INCL |
| | | INCL | Flat Charge | |

**Total Advance Premium For This Coverage Part:**  INCL

**Audit Period:**   Annual   X          Semi-annual          Quarterly          Monthly

**Forms and Endorsements Applicable To This Coverage Part:**

**SEE SCHEDULE OF FORMS AND ENDORSEMENTS**

Retroactive Date:

010198          (Enter date or "NONE" if no Retroactive Date applies)

This insurance does not apply to damages caused by an act, error, or omission which occurred before the Retroactive Date, if any, shown above.