"insured" because of injury to which this insurance may also apply.

4. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**C. Legal Action Against Us**

No person or organization has a right:

1. To join us as a party or otherwise bring us into a "suit" asking for damages from an "insured"; or

2. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an "insured" obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the "insured", and the claimant or the claimant's legal representative.

**D. Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this Coverage Part, our obligations are limited as follows:

1. **Primary Insurance**

This insurance is primary except when **2.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **3.** below.

2. **Excess Insurance**

This insurance is excess over any other insurance whether primary, excess, contingent, or on any other basis that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to an act, error, or omission on other than a claims-made basis, if:

a. No Retroactive Date is shown in the Declarations of this insurance; or

b. The other insurance has a policy period which continues after the Retroactive Date, if any, shown in the Declarations of this insurance.

When this insurance is excess, we will have no duty to defend any "claim" or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

a. The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

b. The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

3. **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E. Separation of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

1. As if each Named Insured were the only Named Insured; and

2. Separately to each "insured" against whom "claim" is made or "suit" is brought.

**F. Transfer Of Rights Of Recovery Against Others To Us**

If the "insured" has rights to recover all or part of any payment we made under this Coverage Part, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**IV. Definitions**

A. "Administration" means:

U-GL-849-A CW (7/96)
Page 3 of 4

**DEDUCTIBLE ENDORSEMENT CLAIMS-MADE**

**This endorsement changes policy number** GLO 9302293-05 . **Please read it carefully.**

This endorsement modifies insurance provided under the:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

It is agreed that the following deductible provisions are added to the policy as respects the Employee Benefit Liability Coverage Part:

**Deductible: $** 500,000

1. The deductible amount stated above shall be deducted from the amount of all "claims" arising out of the same act, error, or omission. We shall be liable only for the difference between such deductible amount and the amount of insurance otherwise applicable on a per "claim" basis. The Aggregate Limit will not be reduced by the application of such deductible.

2. The terms of this Coverage Part apply regardless of the application of the deductible amount. This includes those terms with respect to:

   a. Our rights and duties with respect to the defense of "suits"; and

   b. The "insured's" duties in the event of an act, error, or omission or a "claim" or "suit".

3. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit". You shall promptly reimburse us for such part of the deductible amount as has been paid by us after we notify you of our action.

U-GL-850-A CW (7/96)
Page 1 of 1

## AMENDMENT OF REPRESENTATIONS CONDITION ENDORSEMENT

| POLICY NO. | EFF. DATE OF POL. | EXP. DATE OF POL. | EFF. DATE OF END. | AGENCY NO. | ADD'L PREM. | RETURN PREM. |
|---|---|---|---|---|---|---|
| | | | | | | |

**This endorsement changes the policy.  Please read it carefully.**

**Named Insured:**

**Address:  (including ZIP Code)**

This endorsement modifies insurance provided under the:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to the Representations Condition of Section IV - Commercial General Liability Conditions:

Coverage will continue to apply if you:

* unintentionally fail to disclose all hazards existing at the inception of this policy, or

* unintentionally make an error, omission, or improper description of premises or other statement of information stated in this policy.

You must notify us as soon as possible after the discovery of any hazards or any other information that was not provided to us prior to the acceptance of this policy.

U-GL-921-A CW (12/97)
Page 1 of 1

POLICY NUMBER:  GLO 9302293-05

COMMERCIAL GENERAL LIABILITY
CG 20 10 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name of Person or Organization: |
|---|
| **ONLY THOSE REQUIRED BY WRITTEN CONTRACT.** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

B. With respect to the insurance afforded to these additional insureds, the following exclusion is added:

2. **Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

(2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2000

POLICY NUMBER:  GLO 9302293-05

COMMERCIAL GENERAL LIABILITY
CG 20 10 10 01

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name of Person or Organization:** |
| **Lennar Corporation, including all of its division, subsidiaries, partners, partnerships, shareholders, affiliated companies, successors and assigns, officers, directors, agents, servants and employees.** |
| **Insurance Compliance Department** |
| **P. O. Box 12020-LC** |
| **Hemet, CA  92546-8010** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.  **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

B.  With respect to the insurance afforded to these additional insureds, the following exclusion is added:

 **2.  Exclusions**

 This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1)  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

(2)  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2000

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CG 20 15 11 88

# ADDITIONAL INSURED—VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

Policy Number:  GLO 9302293-05

Name of Person or Organization (Vendor):
ONLY THOSE WHERE REQUIRED BY WRITTEN CONTRACT.

Your Products: ALL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as vendor) shown in the Schedule, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor.

   d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of the products;

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CG 20 26 11 85

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

RylandHomes

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

Copyright, Insurance Services Office, Inc., 1984

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CG 20 28 11 85

# ADDITIONAL INSURED—LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

**ONLY THOSE REQUIRED BY WRITTEN CONTRACT.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply:

1. To any "occurrence" which takes place after the equipment lease expires;

2. To "bodily injury" or "property damage" arising out of the sole negligence of the person or organization shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1984

# Fungi/Bacteria Exclusion Disclosure Notice



**ZURICH**

This insurance does not apply to or provides limited coverage as respects fungi or bacteria. You should refer to the specific fungi or bacteria endorsements indicated below for determination of specific terms and conditions as respects exclusion of any fungi or bacteria exposures that you may have. The following fungi or bacteria endorsements that are checked ☒ apply in the indicated areas of the "coverage territory":

<u>ISO FORM CG 00 01</u>

☒ Fungi or Bacteria Exclusion Endorsement
U-GL-1171 A CW

All states in the "coverage territory" except:
AK; NY; VA;

☐ Fungus Exclusion Endorsement
U-GL-1063 A CW; **or**
☐ Limited Fungus Exclusion Endorsement
U-GL-1046 A CW

Applicable in the following states:

☒ Fungi or Bacteria Exclusion
ISO form CG 2167

Applicable in the following states:
VA

☐ Georgia Limited Fungi or Bacteria Coverage - Small Businesses
CG 32 01*
☐ Other
_____

GA

Applicable in the following states:

_____

*Applicable only to risks with less than 25 employees or annual revenues less than $2.5 million.

 **ZURICH-AMERICAN** INSURANCE GROUP

**TOTAL POLLUTION
EXCLUSION ENDORSEMENT**

| POLICY NO. | EFF. DATE OF POL. | EXP. DATE OF POL. | EFF. DATE OF END. | AGENCY NO. | ADD'L PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Named Insured:**

**Address (including ZIP code):**

> This endorsement modifies insurance provided by the following:
>
> **Commercial General Liability Coverage Part**

A.  Exclusion f. under COVERAGE A. (Section I.) is deleted.

B.  The following exclusion is added to the policy:

**POLLUTION**

This insurance does not apply to:

1.  Any injury or damage which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

    b.  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

Countersigned: _____

_Authorized Representative_

*delete*

*Replaced w/ CG2149*

U-GL-562-A (CW)   (12/93)

# Waiver Of Subrogation (Blanket) Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following is added to the Transfer Of Rights Of Recovery Against Others To Us Condition:

If you are required by a written contract or agreement, which is executed before a loss, to waive your rights of recovery from others, we agree to waive our rights of recovery.  This waiver of rights applies only with respect to the above contract(s) and shall not be construed to be a waiver with respect to any other operations in which the insured has no contractual interest.



**ZURICH**

## Self Insured Retention Endorsement

(Excluding Defense Costs - All Defense Costs Are Paid By You)

| Policy No. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Addl. Prem. | Return Prem. |
|---|---|---|---|---|---|
| GLO 9302293-05 | 1/1/2008 | 1/1/2007 | 12188-000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the policy.

---

### SCHEDULE

### Self Insured Retention Amounts

**$500,000**_____  **Per Occurrence** (Excluding Defense Costs - All Defense Costs Are Paid By You )

**$**_____  **Per Claim** (Excluding Defense Costs - All Defense Costs Are Paid By You)

**$NOT APPLICABLE**_____  **Aggregate** (Excluding Defense Costs - All Defense Costs Are Paid By You Up To Aggregate Amount)

**Periodic Reporting Requirement QUARTERLY**_____

**Claim Service Provider  GAB**_____

---

The insurance provided by this policy is subject to the following additional provisions, which in the event of conflict with any other provisions elsewhere in the policy, shall control the application of the insurance to which this endorsement applies:

I. **Self Insured Retention - Your Obligations**

    A. The "self insured retention" amounts stated in the Schedule of this endorsement apply as follows:

        1. If a Per Occurrence Self Insured Retention Amount is shown in the Schedule of this endorsement, you shall be responsible for payment of all damages as they are incurred for each "occurrence", until you have paid damages equal to the Per Occurrence Amount shown in the Schedule, subject to the provisions of A. 3. below, if applicable. The Per Occurrence Amount is the most you will pay for damages arising out of any one "occurrence", regardless of the number of persons or

organizations making claims or bringing suits because of the "occurrence" .

        2. If a Per Claim Self Insured Retention Amount is shown in the Schedule of this endorsement, you shall be responsible for payment of all damages as they are incurred until you have paid damages for each claim equal to the Per Claim Amount shown in the Schedule, subject to the provisions of A. 3. below, if applicable. The Per Claim Amount is the most you will pay for each claim brought by each person or organization making a claim or bringing a suit as a result of any one "occurrence".

        3. If the Self Insured Retention Aggregate Amount is shown in the Schedule of this endorsement, the Aggregate Amount is the most you will pay for all damages incurred under this policy. If this Amount is exceeded in your payment of damages, then the policy terms and conditions at that time continue to apply as

U-GL-XXX-A CW (03/02)

written, but your obligation for any further payment of damages or "defense costs" under this Self Insured Retention Endorsement is no longer applicable. This Amount applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of this policy.

If no entry appears in the Schedule of this endorsement as Aggregate, then your obligation for payment of damages applies in accordance with the Per Occurrence or Per Claim "self insured retention" provisions, whichever is applicable.

B. **Defense Costs**

Except for any "defense costs" that we may elect to pay, you shall pay all "defense costs", both within and excess of the Per Occurrence or Per Claim Self Insured Retention Amount, subject to application of the Aggregate Amount, if applicable.

C. **Settlement of Claim**

1. **Within Self Insured Retention**

If any final judgment or settlement is less than the "self insured retention" amount indicated in the Schedule of this endorsement above, you shall have the right and obligation to settle all such claims or suits under this policy.

2. **Excess of Self Insured Retention**

You may not settle any claim or suit which exceeds any "self insured retention" amount indicated in the Schedule of this endorsement without our written permission to do so. If you fail to obtain such written permission, we shall have no obligation to provide coverage for that claim or suit under this policy.

D. **Authorized Claim Service Provider**

1. You shall employ a claim service provider acceptable to us for the purpose of providing claim services for settlement of losses within the "self insured retention" amounts. You shall pay all fees, charges and costs of the claim service provider in addition to the "self insured retention" amounts, without any reimbursement from us.

2. In the event of cancellation, expiration or revision of the claims service contract between you and the claim service provider, you shall notify us within (10) days of such change and shall replace the claim service provider with another claim service provider that is acceptable to us.

E. **Notification of Potential Penetration**

1. You or the authorized claim service provider must notify us promptly of an "occurrence"

which may result in a claim under this policy. Notice must include:

a. How, when and where the "occurrence took place;

b. The names and addresses of any injured persons and witnesses; and

c. The nature and location of any injury or damage arising out of the "occurrence".

2. You or the authorized claim service provider must notify us promptly, per E.1. above, in the event of any "occurrence", without regard to liability, which results in any of the following injuries:

a. Death;

b. Brain damage;

c. Paraplegic or quadriplegic impairment;

d. Amputation or serious functional impairment of any major limb;

e. Severe burns involving more than 25% of the body or causing serious disfigurement;

f. Sensory impairment (sight, hearing, taste or smell);

g. Severe internal body organ damage or loss;

h. Multiple fractures involving more than one body part;

i. Permanent and total disability;

j. Sexual abuse or molestation; or

k. Significant psychological / neurological involvement; or

Where exposure, loss reserve or potential judgment initiates or changes or where suit is filed per the following:

l. Potential exposure equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

m. Loss reserve established equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

n. Potential judgment, if the claim prevails, without regard to liability, equals or exceeds 25% of the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies; or

o. A suit is filed. We shall have the right to appoint defense counsel, even if the amount claimed in the suit is unspecified or less than the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies.

### F. Reporting - Self Insured Retention

You must report claims or suits to our Claim Department per the following:

1. You or the authorized claim service provider must monitor the cumulative losses (and "defense costs" if a Self Insured Retention Aggregate Amount applies) sustained during the policy period and report those total amounts to us in accordance with the frequency of report indicated in the Periodic Reporting Requirement of the Schedule of this endorsement. However, if the total of all incurred losses should at any time during the policy period attain a total amount equal to 75% of the Self Insured Retention Aggregate Amount, if indicated in the Schedule of this endorsement, you are required in that event to make an immediate report to us as to total incurred losses and "defense costs" sustained at that time.

   The Periodic Report that you send to us must be in a format that is acceptable to us, and include an accounting of all individual losses incurred (and "defense costs" if applicable) as of the date of the Report.

2. Within forty-five (45) days after the end of the policy term, you must give us a listing of all existing claims or suits within the "self insured retention" amounts. At a minimum, such listing will include the following for each claim or suit:

   i. a description of each claim or suit;

   ii the date of the "occurrence";

   iii. the amounts paid and reserved for future payments for loss; and

   iv. the current status of the claim or suit.

3. Quarterly thereafter, you are required to give us an updated listing of the status of all claims or suits, both paid and reserved, until all claims or suits for the reporting period are closed or settled.

### G. Representations

By acceptance of this policy you agree that you will not procure insurance for all or any part of the "self insured retention" amounts shown in the Schedule of this endorsement. If such insurance is procured, there will be no coverage under this policy.

### H. Compliance

Your compliance with the requirements set forth in this endorsement is a condition precedent to coverage. You acknowledge that in the event of non-compliance, we shall not be required to establish prejudice resulting from the non- compliance, but shall be automatically relieved of liability with respect to any claim.

## II. Our Rights and Obligations Excess of the Self Insured Retention

### A. Self Insured Retention/Defense Costs – Your Failure to Respond

In the event of your refusal to respond to your obligations for the payment of "self insured retention" amounts or "defense costs" for any reason, we shall not make payments for you, nor in any event shall we be required to substitute for you as respects your responsibility for payment of these "self insured retention" amounts or "defense costs".

### B. Damages Excess of Self Insured Retention – Per Occurrence or Per Claim

We shall be liable only for the amount of damages in excess of the "self insured retention" amounts, as applicable, shown in the Schedule above, up to the Limits of Insurance shown in the Declarations of this policy.

### C. Damages Excess of Self Insured Retention – Aggregate

1. If the Self Insured Retention Aggregate Amount (if selected) shown in the Schedule of this endorsement is exceeded in your payment of damages, we will at that time assume your obligations for payment of all subsequent damages and "defense costs" subject to the Limits of Insurance provisions of this policy.

2. In the event of a midterm cancellation of this policy, the Self Insured Retention Aggregate Amount shown in the Schedule of this endorsement is not subject to any pro rata reduction. Such Aggregate Amount will apply as if the policy term had not been shortened.

### D. Settlement of Claims

1. **Within Self Insured Retention**

   We shall have, at our option, the right but not the obligation or duty to negotiate the settlement of any claim within the applicable "self insured retention" amount, which in our opinion is deemed expedient. But we shall obtain your consent prior to entering into any settlement of any claim which is equal to or less than the "self insured retention" amount. If, however, you shall refuse to consent to any such settlement recommended by us within the

"self insured retention" amount and shall elect to contest the claim or continue with any legal proceedings in connection with such claim, our liability for that claim shall not exceed the amount determined by subtracting the "self insured retention" amount from the amount for which the claim could have been settled at the date of such refusal.  And we shall have no liability with respect to such claim if that difference is zero or negative.

2. **Excess of Self Insured Retention**

With respect to any claim under this insurance which has been tendered to us and which may exceed the "self insured retention" amount shown in the Schedule of this endorsement for Per Occurrence or Per Claim, whichever applies, we have the right and duty to negotiate the settlement of such claim and may pay any or all damages and "defense costs" on your behalf, both within and excess of the "self insured retention" amount.  Any such payments made by us for damages within the "self insured retention" amount or for "defense costs" (if no Aggregate is applicable) shall be reimbursed promptly by you.

3. **Excess of Self Insured Retention Aggregate**

If during the policy period we assume responsibility for your obligations after you have exceeded the policy Self Insured Retention Aggregate Amount  (if selected) in your payment of damages, we shall at that time have the right and duty to defend "suits" and settle existing and new losses and claims as we deem expedient and without your consent for the remainder of the policy period.

This insurance does not apply to, nor are we under any obligation or duty to pay for "defense costs", except as may apply excess of the Self Insured Retention Aggregate Amount.

III. **Definitions**

A "Self insured retention" means:

the amount or amounts which you or any insured must pay for all compensatory damages which you or any insured shall become legally obligated to pay because of damages arising from any coverage included in the policy.

B. "Defense Costs" means:

expenses directly allocable to specific claims and shall include but not be limited to all Supplementary payments as defined under the policy(ies); all court costs, fees  and expenses; costs for all  attorneys, witnesses, experts, depositions, reported  or recorded statements, summonses, service of  process, legal transcripts or testimony , copies of any public records;  alternative  dispute resolution; interest;  investigative  services, medical examinations,  autopsies,  medical costs containment; declaratory  judgment, subrogation and any other fees, costs or expenses reasonably chargeable to the investigation, negotiation, settlement or defense of a claim or a loss under the policy(ies).

C. "Occurrence", for purposes of this endorsement only, means an "occurrence", offense, accident, act, error or omission or any other such similar event, as defined or used in our policy, that must occur in order to initiate payment of covered losses under the policy terms and conditions.

**Policy Number**
**GLO 9302293-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   001

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured   84 LUMBER COMPANY

Effective Date:  01-01-07
12:01 A.M., Standard Time

Agent Name   MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by [X] below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

| | |
|---|---|
| [ ] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Deductibles |
| [ ] Covered Property/Location Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

THE POLICY IS AMENDED AS FOLLOWS:

PREMIUM AND REPORTS AGREEMENT - COMPOSITE RATED POLICIES
FORM U-GL-872-A CW (10/96) IS REVISED PER THE ATTACHED.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| [X] No Changes | [ ] To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By:

_____
AUTHORIZED AGENT

U-GU-614-A CW (10/02)



**ZURICH**

# Premium And Reports Agreement –
# Composite Rated Policies

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:
**Commercial General Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**

### Schedule

1. **Unit of Exposure (Check One):**

   ☐ per 1000 gallons          ☐ per **licensed "auto"**          ☒ per $1,00O **gross sales**

   ☐ per $1,000 **payroll**          ☐ per other: _____

2. **Coverage Unit of Exposure**          **Rate(s)**          **Estimated Premium(s)**

   **$4,200,000,000**          **$.1004**          **$421,869.**

3. **Deposit Premium:**          $421,869._____

4. **Minimum Premium:**          $400,776._____

Condition **5, Premium Audit,** of Section **IV, Commercial General Liability Conditions,** is replaced by the following:

**5. Premium Audit**

   a. We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

   b. For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

   c. Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of the 80% of the estimated annual premium or the Minimum Premium shown in the Schedule.

   d. The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

   e. The units of exposure shown in the Schedule are defined as follows:

      1) **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gases.

      2) **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

      3) **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

      4) **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

      5) **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.

**Policy Number**
**GLO 9302293-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   002

## ZURICH AMERICAN INSURANCE COMPANY

Named Insured   84 LUMBER COMPANY

Effective Date:   01-01-07
12:01 A.M., Standard Time

Agent Name   MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ⊠ below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

| | |
|---|---|
| [ ] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Deductibles |
| [ ] Covered Property/Location Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Exposure/Insurance |

is (are) changed to read {See Additional Page(s)}

THE POLICY IS AMENDED AS FOLLOWS:

FLORIDA HURRICANE CATASTROPHE FUND (FHCF)
EMERGENCY ASSESSMENT - 2005 HURRICANES
FORM U-GU-726-A FL (07/06)
AN ASSESSMENT OF $47.88 IS ADDED.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ⊠ No Changes | [ ] To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | Return |
|---|---|

Countersigned By: _____

_____
AUTHORIZED AGENT

U-GU-614-A CW (10/02)

# Florida Hurricane Catastrophe Fund (FHCF)
# Emergency Assessment - 2005 Hurricanes



The Florida legislature created the FHCF in order to provide capacity to the personal and commercial residential property insurance market.  In accordance with Florida law, deficits of the FHCF are funded through emergency assessments on direct premiums for certain property and casualty lines of business in the state of Florida.

As a result of the 2005 hurricane season, the FHCF anticipates a deficit of approximately $1.2 billion.  In order to fund this deficit, policies effective on or after January 1, 2007 are subject to an emergency assessment of 1% of premium for the following lines of business:

Fire, Allied Lines, Multi-Peril Crop, Farmowners Multi-Peril, Homeowners Multi-Peril, Commercial Multi-Peril (liability and non-liability), Mortgage Guaranty, Ocean Marine, Inland Marine, Financial Guaranty, Earthquake, Other Liability, Products Liability, Private Passenger Auto No-Fault, Other Private Passenger Auto Liability, Commercial Auto No-Fault, Other Commercial Auto Liability, Private Passenger Auto Physical Damage, Commercial Auto Physical Damage, Aircraft, Fidelity, Surety, Burglary and Theft, Boiler and Machinery, and Credit.

The FHCF emergency assessment applicable to this policy is not subject to premium taxes, fees, or commissions.

**Policy Number
GLO 9302293-05**

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   003

## ZURICH AMERICAN INSURANCE COMPANY

Named Insured   84 LUMBER COMPANY

Effective Date:   04-25-07
12:01 A.M., Standard Time

Agent Name   MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]

The following item(s):

- [ ] Insured's Name
- [ ] Policy Number
- [ ] Effective/Expiration Date
- [ ] Payment Plan
- [ ] Additional Interested Parties
- [ ] Limits/Exposures
- [ ] Covered Property/Location Description
- [ ] Rates
- [ ] Insured's Mailing Address
- [ ] Company
- [ ] Insured's Legal Status/Business of Insured
- [ ] Premium Determination
- [ ] Coverage Forms and Endorsements
- [ ] Deductibles
- [ ] Classification/Class Codes
- [ ] Underlying Exposure/Insurance

is (are) changed to read {**See Additional Page(s)**}

THE POLICY IS AMENDED AS FOLLOWS:

THE NAMED INSURED SCHEDULE IS AMENDED TO INCLUDE THE FOLLOWING:

84 PROPERTIES, LLC

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | | Return | |
|---|---|---|---|

Countersigned By:

_____

AUTHORIZED AGENT

U-GU-614-A CW (10/02)

| | Policy Number |
|---|---|
| | **GLO 9302293-05** |

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.
COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   004

## ZURICH AMERICAN INSURANCE COMPANY

Named Insured    84 LUMBER COMPANY

Effective Date:  01-01-07
12:01 A.M., Standard Time

Agent Name    MAGGIE'S MANAGEMENT LLC

Agent No.   12188-000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION – Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property

☐ Commercial General Liability

☐ Commercial Crime

☐ Commercial Inland Marine

☐

☐

The following item(s):

| | | | |
|---|---|---|---|
| ☐ Insured's Name | | ☐ Insured's Mailing Address | |
| ☐ Policy Number | | ☐ Company | |
| ☐ Effective/Expiration Date | | ☐ Insured's Legal Status/Business of Insured | |
| ☐ Payment Plan | | ☐ Premium Determination | |
| ☐ Additional Interested Parties | | ☐ Coverage Forms and Endorsements | |
| ☐ Limits/Exposures | | ☐ Deductibles | |
| ☐ Covered Property/Location Description | | ☐ Classification/Class Codes | |
| ☐ Rates | | ☐ Underlying Exposure/Insurance | |

is (are) changed to read **{See Additional Page(s)}**

THE POLICY IS AMENDED AS FOLLOWS:


TOTAL POLLUTION EXCLUSION ENDORSEMENT
FORM U-GL-562-A (CW) (12/93) IS DELETED.

TOTAL POLLUTION EXCLUSION ENDORSEMENT
FORM CG 21 49 09 99 IS ADDED.

The above amendments result in a change in the premium as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional | | Return |
|---|---|---|

Countersigned By:

_____

AUTHORIZED AGENT

U-GU-614-A CW (10/02)

**Policy Number**
**GLO 9302293-05**

COMMON POLICY CHANGE ENDORSEMENT

Endorsement No.   004

# ZURICH AMERICAN INSURANCE COMPANY

| | |
|---|---|
| Named Insured    84 LUMBER COMPANY | Effective Date:   01-01-07 |
| | 12:01 A.M., Standard Time |
| Agent Name    MAGGIE'S MANAGEMENT LLC | Agent No.   12188-000 |

**POLICY CHANGES ENDORSEMENT DESCRIPTION** (CONT'D)

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal.  Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed.  This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-A CW (10/02)

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Copyright, Insurance Services Office, Inc.,  1998