# EXHIBIT K



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

Date: 3/21/2011

**Business Entity Filing History**
(Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| 84 LUMBER COMPANY | Current Name |

### Limited Partnership - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 2671257 |
| **Status:** | Active |
| **Entity Creation Date:** | 12/22/1995 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 200 ROUTE 519<br>EIGHTY FOUR PA 15330-0<br>Washington |
| **Mailing Address:** | No Address |

### Partners

| | |
|---|---|
| **Name:** | **Hardy Holdings Inc** |
| **Title:** | **General Partner** |
| **Address:** | 1019 Route 519 building #5<br>Eighty Four PA 15330 |



Home

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement