UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

## NOTICE OF SUMISSION

**TAKE** NOTICE that Defendants American Zurich Insurance Company ("AZIC") and Zurich American Insurance Company ("ZAIC") will bring on for submission its *Motion to Dismiss Certain Plaintiffs Pursuant to Rule 12(B)(1)* on April 13, 2011, at 9:00 a.m.

Respectfully submitted,

/s/ signature

**THOMAS L. GAUDRY, JR., (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Zurich Insurance Company and Zurich American Insurance Company

**AND**

**J. STEPHEN BERRY, GA. Bar No. 053106**
**J. RANDOLPH EVANS, GA. Bar No. 252336**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com

Lead counsel for American Zurich Insurance Company and Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission of Motion to Dismiss Claims of Certain Plaintiffs Pursuant to Rule 12(B)(1) of American Zurich Insurance Company and Zurich American Insurance Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

_____
Wade A. Langlois, III, LSBA #17681