UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**TRAVELERS MOTION TO DISMISS PURSUANT TO
RULE 12(b)(7) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company ("Travelers"), through their undersigned counsel, and pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against Travelers because some or all of the defendants alleged to be the insureds of Travelers are not subject to the personal jurisdiction of this Court and Rule 19 requires their addition with regard to the claims asserted against Travelers. In further support of this Motion, Travelers is contemporaneously filing a Memorandum of Law, which is incorporated in full herein.[1]

---

[1] This motion is being filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Travelers expressly reserves all its rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such defenses.

**WHEREFORE**, for all the foregoing reasons and the reasons contained in the Memorandum of Law, Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company, respectfully request that this Court enter an order: (1) granting this Motion; (2) dismissing all claims against them for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

        Respectfully submitted by,

        /s/ Seth A. Schmeeckle_____
        Ralph S. Hubbard III, T.A., La. Bar 7040
        Seth A. Schmeeckle, La. Bar 27076
        LUGENBUHL, WHEATON, PECK, RANKIN
        & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Phone: (504) 568-1990
        Fax: (504) 310-9195
        Email: rhubbard@lawla.com
                sschmeeckle@lawla.com

        And

        Donna J. Vobornik
        Daniel E. Feinberg
        Anthony T. Eliseuson
        SNR DENTON US LLP
        233 South Wacker Drive
        Suite 7800
        Chicago, IL 60606-6404
        Phone: (312) 876-8000
        Fax: (312) 876-7934
        Email: donna.vobornik@snrdenton.com
                daniel.feinberg@snrdenton.com
                anthony.eliseuson@snrdenton.com

>*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Travelers Motion to Dismiss Pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure** been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

>  /s/ Seth A. Schmeeckle
> Seth A. Schmeeckle