UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

## MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) FOR IMPROPER DIRECT ACTION ON BUILDERS RISK POLICIES OF ASSURANCE COMPANY OF AMERICA

Defendant Assurance Company of America ("Assurance") hereby moves to dismiss all claims against it in the above-referenced action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. A list of claimants with relevant claims is attached (*Exhibit A hereto*).

This Court has no subject-matter jurisdiction with regard to any claims in the *Amato* Amended Complaint against Assurance. According to the *Amato* Amended Complaint, the only basis for subject-matter jurisdiction over the claims involving Assurance is the Louisiana Direct Action Statute. However, that statute applies only to third-party liability policies, and the only policies identified in the *Amato* Amended Complaint are first-party property ("Builders Risk") policies. None of the Plaintiffs in the *Amato* Amended Complaint are insureds under the policies issued by Assurance. Thus the Plaintiffs do not have the right to bring a Direct Action against Assurance under Louisiana law. Accordingly, all claims against Assurance should be dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

In support of this Motion, Assurance refers to its Memorandum of Law filed herewith, and also refers to the Insurer Steering Committee's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/*

THOMAS L. GAUDRY, JR., (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Assurance Company of America

**AND**

**J. STEPHEN BERRY, GA. Bar No. 053106**
**J. RANDOLPH EVANS, GA. Bar No. 252336**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Assurance Company of America

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Dismiss Pursuant to Rule 12(B)(1) for Improper Direct Action on Builders Risk Policies of Assurance Company of America,* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

_____
Wade A. Langlois, III, LSBA #17681