# EXHIBIT A

Exhibit A – List of Relevant Claimants

| Plaintiff | Insured Defendant |
|---|---|
| Cunningham, Dennis & Susan<br>288 Penn Mill Lakes Boulevard<br>Covington, LA  70435 | Sun Construction, LLC d/b/a Sunrise Homes |
| Donaldson, Malcom & Kelli<br>460 Lotus Drive North<br>Mandeville, LA  74071 | Sun Construction, LLC d/b/a Sunrise Homes |
| Dorsey, Glenda F.<br>39085 Pirougue Avenue<br>Gonzales, LA  70737 | Sun Construction, LLC d/b/a Sunrise Homes |
| Fisher, Steve & Corrinn<br>405 North Tyler Street<br>Covington, LA  70433 | Sun Construction, LLC d/b/a Sunrise Homes |
| Gardette, Michael & Rhonda<br>276 Penn Mill Lakes<br>Convington, LA  70435 | Sun Construction, LLC d/b/a Sunrise Homes |
| Hidalgo, Tony & Sidney<br>273 Penn Mill Lakes Boulevard<br>Covington, LA  70435 | Sun Construction, LLC d/b/a Sunrise Homes |
| Perry, Timothy & Tracey<br>15190 Westin Cove<br>Gulfport, MS  39503 | Sun Construction, LLC d/b/a Sunrise Homes<br>Sun Construction & Development, LLC |
| Robbins, Margaret & Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA  70737 | Sun Construction, LLC d/b/a Sunrise Homes |
| Rogers, Brad & Cassandra<br>516 Mare Court<br>Covington, LA  70435 | Sun Construction, LLC d/b/a Sunrise Homes |
| Taylor, David Jason & Amanda B.<br>3216 Joy Lane<br>Ocean Springs, MS  36564 | Sun Construction, LLC d/b/a Sunrise Homes |
| Wayne, William & Kelly<br>419 W. Suncrest Loop<br>Covington, LA  70458 | Sun Construction, LLC d/b/a Sunrise Homes |
| William, Diana & Terry<br>520 Mare Court<br>Covington, LA  70435 | Sun Construction, LLC d/b/a Sunrise Homes |
| Shelton, Michael & Leslie<br>568 Huseman Lane<br>Covington, LA  70435 | Sun Construction & Development, LLC |
| Tedesco, Caroline & Robert<br>709 Simpson Way<br>Covington, LA  70435 | Sun Construction & Development, LLC |

| | |
|---|---|
| Young, Linda & Raymond<br>577 Huseman Lane<br>Covington, LA  70435 | Sun Construction & Development, LLC |
| Amaud, Lester & Catherine<br>17504 Rosemont Drive<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction<br>Sunrise Construction & Development LLC<br>Sunrise Homes |
| Boquet, Edwin<br>P.O. Box 773<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction |
| Brumfield, Ollie & Andriene<br>608 Huseman Lane<br>Covington, LA  70435 | Sunrise Homes/Sun Construction |
| Conrad, Formica & Fayard, Crystal<br>3216 Rachael Lane<br>Ocean Springs, MS  39564 | Sunrise Homes/Sun Construction |
| Duhon, Christopher & Kimberly<br>17496 Rosemont Drive<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction |
| Ledet, Trisha & Darryl<br>12479 Highland Drive<br>Geismer, LA  70734 | Sunrise Homes/Sun Construction |
| Matus, Aldo & Ghedy<br>41299 Tulip Hill Avenue<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction<br>Sunrise Construction<br>Sunrise Construction & Development LLC<br>Sunrise Homes |
| Nunez, Ernest & Marie<br>612 Huseman Lane<br>Covington, LA  70435 | Sunrise Homes/Sun Construction |
| Quividia, Joseph Todd<br>P.O. Box 1377<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction |
| Spencer, Patricia<br>3637 Edgewood Court<br>Avondale, LA  70094 | Sunrise Homes/Sun Construction |
| Turner, Tyrone C.<br>17447 Rosemont Drive<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction<br>Sunrise Construction<br>Sunrise Construction & Development, LLC<br>Sunrise Homes |
| Wheeler, Don & Agnes<br>41311 Tulip Hill Avenue<br>Prairieville, LA  70769 | Sunrise Homes/Sun Construction<br>Sunrise Construction<br>Sunrise Construction & Development, LLC<br>Sunrise Homes |
| Gardette, Michael A. and Nicole<br>268 Penn Mill Lakes Boulevard<br>Covington, LA  70435 | Sunrise Custom Homes & Construction, LLC |

| | |
|---|---|
| Roberts, Jeffrey D.<br>285 Penn Mill Lakes<br>Covington, LA  70435 | Sunrise Custom Homes & Construction LLC |
| Hankins, Lee & Barbara<br>14369 Autumn Chase<br>Gulfport, MS  39503 | Sun Construction, LLC |
| Riggio, Brenda & Ignatius<br>636 Huseman Lane<br>Covington, LA  70435 | Sun Construction, LLC |
| Dinnette, Rodney & Geraldine<br>573 Huseman Lane<br>Covington, LA  70435 | Sunrise Construction & Development, LLC |
| LeBlanc, Steven & Dana<br>572 Huseman Lane<br>Covington, LA  70435 | Sunrise Construction & Development, LLC |
| Zamora, Hope<br>713 Simpson Way<br>Covington, LA  70435 | Sunrise Construction & Development, LLC |
| Collins, John & Brenda<br>69271 3rd Avenue<br>Covington, LA  70433 | Velvet Pines Construction, LLC |