# EXHIBIT C

## COMMERCIAL INLAND MARINE COVERAGE PART
## RENEWAL ENDORSEMENT

### ATTACH THIS ENDORSEMENT TO YOUR POLICY

| POLICY NO.<br>BR 62619301 | COMPANY<br>Assurance Company of America |
|---|---|
| NAMED INSURED<br>Velvet Pines Developers<br>19214 Wymer Road<br><br>Covington, LA 70435 | PRODUCER    02117778<br>The Hartwig Moss Insurance Agency, Ltd<br>2626 Canal St Fl 3<br>New Orleans, LA 70119-6410 |
| POLICY PERIOD:   From:   10/ 27 / 2006 | To: One Year From Effective Date<br>12:01 A.M. Standard Time at your Mailing Address Shown Above. |

IN RETURN FOR THE PAYMENT OF THE PREMIUM SHOWN BELOW, AND SUBJECT TO ALL THE TERMS OF THIS POLICY UNLESS OTHERWISE SPECIFIED, THE ABOVE NUMBERED POLICY IS RENEWED FOR THE TERM SHOWN ABOVE. CHANGES, IF ANY:

ALL TERMS AND CONDITIONS REMAIN THE SAME.
AMOUNT OF INSURANCE: $180,000.00
RATE: .53
DEDUCTIBLE: $1,000.00


THIS IS A CERTIFIED COPY OF THE POLICY THAT THE
COMPANY RECEIVED WHEN THE AGENT ISSUED THE POLICY.

RENEWAL PREMIUM $ 954      Payable: $ _____    at anniversary: $ _____

*Barbara Rachele Holden*   8-4-10

BARBARA RACHELE HOLDEN
MY COMMISSION # DD 840651
EXPIRES: March 20, 2013
Bonded Thru Notary Public Underwriters

Authorized Representative Signature                                                      Date

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change Number

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| BR 62619301 | 01/24/2007 | Assurance Company of America |
| NAMED INSURED<br><br>Velvet Pines Developers | | AUTHORIZED REPRESENTATIVE<br><br>02117778<br>The Hartwig Moss Insurance Agenc |

COVERAGE PARTS AFFECTED

CHANGES

Insured Mailing Address Change:
69160 Highway 59
Suite 1
Mandeville, LA 70471-7781

_____
Authorized Representative Signature

IL 12 01 11 85     Copyright, Insurance Services Office, Inc., 1983
                   Copyright, ISO Commercial Risk Services, Inc., 1983

| | |
|---|---|
| The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: **BR 62619301** INLAND MARINE DECLARATIONS | **BUILDERS RISK PLAN** **ZURICH** |

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

ASSURANCE COMPANY OF AMERICA
NEW YORK, NEW YORK 10038
A Stock Company

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
**THIS IS A COINSURANCE CONTRACT.** Please read your policy.

**1. Named Insured and Mailing Address:**
Velvet Pines Developers
19214 Wymer Road

Covington, LA 70435

**3. Policy Period – From Effective Date Of:** 10  27  2005
to (check one): ☐ Continuous Reporting  ☒ One Year From Effective Date
12:01 a.m. Standard Time at your mailing address above.

**2. Producer Information** (complete A-E)
A) Name:
The Hartwig Moss Insurance Agency, Ltd
2626 Canal St Fl 3
New Orleans, LA 70119-6410

B) Telephone #: 5045259901
C) Fax #: 5045699900
D) Zurich Producer #: 02117778
E) Field Office Name: LOUISIANA
F) Field Office Code: SJ

**4. Form of Business:** ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Joint Venture  ☐ Other
**5. Limits of Insurance** (select *either* One-Shot *or* Reporting Form option below)

| ☐ Reporting Form (continuous policy) | | ☒ One-Shot (non-reporting form/single structure policy) HBIS-1 |
|---|---|---|
| ☐ Annual Rate  ☐ Monthly Rate (HBIS-4) ☐ Including Existing Building or Structure (HBIS-37) | | ☒ 1-12 Family Dwelling   ☐ Commercial Structure ☐ Including Existing Building or Structure (HBIS-37) Property Location 69267 3rd Ave Covington, LA 70435 |
| A) Any one structure* | $ 1500000 | A) Any one structure   $ 180000 |
| B) Property temporarily at any other premises | $ 10,000 | B) Property temporarily at any other premises   $ 10,000 |
| C) Property in transit | $ 25,000 | C) Property in transit   $ 25,000 |
| D) All covered property at all locations | $ 5,000,000 | D) All covered property at all locations (same as A unless otherwise noted)   $ 180000 |
| E) Development/Subdivision Fences/Walls or Signs | Per Report | E) Development/Subdivision Fences/Walls or Signs   $ 0 |
| F) Rate | Per Report | F) Rate   $ 0.4 |
| G) Premium | Per Report | G) Premium   $ 720 |
| H) Tax (applicable in KY only) | Per Report | H) Tax (applicable in KY only)   $ 0 |
| I) **Total Fully Earned Policy Premium** * Subject to underwriting guidelines | Per Report | I) **Total Fully Earned Policy Premium** (minimum premium applicable)   $ 720 |

**6. Deductible** (minimum $500 unless otherwise indicated): ☒ $1,000   ☐ $2,500   ☐ $5,000   ☐ Other _____

**7. Forms Applicable To All Coverage Parts:**
☒ 40471     Builders Risk Coverage Form
☒ 47681     Comm. Inland Marine Coverage Part
☒ CM0001   Comm. Inland Marine Conditions
☒ IL0017    Common Policy Conditions (IL0146 in WA)
☐ HBIS-58   Development/Subdivision Walls/Fences/Signs
☐ 9H0003   Florida Builders Risk Declarations
☐ HBIS-35   Windstorm or Hail Exclusion
☐ HBIS-37   Existing Building(s) or Structure(s)

☐ HBIS-42   Florida Fraud Statement
☐ HBIS-43   Windstorm Percentage Deductible
☐ HBIS-44   New York Fraud Statement
**Other Forms:** (list other applicable state and/or HBIS forms; all required state forms applicable)
HBIS-55, IL0277, U-GU-630-A, HBIS-67, HBIS-61, HBIS-64LA

Countersigned: _____   By: _____
                    Date                        Authorized Representative
FM 170001 Rev. 07/00

**INSURED COPY     MORTGAGEES COPY     AGENT COPY     BUILDERS RISK PLAN COPY**

| | | |
|---|---|---|
| The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: **BR 62619301** | INLAND MARINE DECLARATIONS | **ZURICH** |

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

ASSURANCE COMPANY OF AMERICA
NEW YORK, NEW YORK 10038
A Stock Company

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
**THIS IS A COINSURANCE CONTRACT. Please read your policy.**

1. **Named Insured and Mailing Address:**
   Velvet Pines Developers
   19214 Wymer Road

   Covington, LA 70435

3. Policy Period – From Effective Date Of: __10__ __27__ __2005__
   to (check one): ☐ Continuous Reporting  ☒ One Year From Effective Date
   12:01 a.m. Standard Time at your mailing address above.

2. **Producer Information** (complete A-E)
   A) Name:
   The Hartwig Moss Insurance Agency, Ltd
   2626 Canal St Fl 3
   New Orleans, LA 70119-6410
   B) Telephone #: 5045259901
   C) Fax #: 5045699900
   D) Zurich Producer #: 02117778
   E) Field Office Name: LOUISIANA
   F) Field Office Code: SJ

---

**ANSWER ALL UNDERWRITING INFORMATION ON THE CONTRACTOR**

8. Contractors Name (if different than named insured): _____

9. Business Description: ☒ Residential Contractor ☐ Remodeler*
   ☐ Commercial General Contractor
   * If remodeler, any work involving foundations, structural changes or movement of load bearing walls? ☐ Yes ☐ No
   If Yes, complete Renovation Questionnaire HBIS-24

10. Does contractor have at least 2 years of experience?
    ☒ Yes ☐ No  If no, not eligible for coverage

11. Is any value reported a coverage request for both the existing structure and the remodeling work on that same structure?
    ☐ Yes ☐ No  If yes, attach HBIS-37

12. Number of structures built/remodeled during the past 12 months?
    ☐ 1-2  ☒ 3-50
    If more than 50, indicate the number _____

13. Number of structures projected for the next 12 months? ☐ 1-2  ☒ 3-50
    If more than 50, indicate number _____
14. Protection Class: ☒ 1-8 ☐ 9-10  Rate 0.4
15. Property located in:

    LA           ST. TAMMANY         70435
    (state)        (county)          (zip code)

16. Loss experience for last 3 years? Indicate cause of loss for claims over $5,000. Do not leave blank
    ☒ None

---

**THIS AREA FOR COMPANY USE ONLY**

| | | |
|---|---|---|
| Date: _____ | Pymt Schedule: ☐ Monthly ☐ Annual | Fire Code: _____ |
| State: _____ | X-Wind: _____ | Discretionary/Lrg Bldr Cr: _____ |
| Primary Seg: _____ | Earthquake: _____ | Negotiated Rate: _____ |
| Secondary Seg: _____ | Flood: _____ | On Demand Floater (ME): _____ |

FM 170001 Rev. 07/00

AGENT COPY      BUILDERS RISK PLAN COPY

## LOUISIANA AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE BUILDER'S RISK COVERAGE FORM. PLEASE READ IT CAREFULLY.

A. **B. EXCLUSIONS**, paragraph 1. is replaced by the following:

We will not pay for *loss* or damage caused directly or indirectly by any of the following. Such *loss* or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. However, if an excluded cause of *loss* or damage results in a *Specified Cause of Loss*, we will pay that portion of the *loss* or damage that directly results from such *Specified Cause of Loss*.

B. **SECTION B. EXCLUSIONS**, paragraph 2.g.4. is replaced by the following:

(4) Corrosion, rust, rot;

C. The following is added to **SECTION B.1. EXCLUSIONS:**

f. *Fungus*, Wet Rot, Dry Rot and Bacteria

Presence, growth, proliferation, spread or any activity of *fungus*, wet or dry rot or bacteria.

This exclusion does not apply:

1. When *fungus*, wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For *Fungus*, Wet Rot, Dry Rot and Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

D. The following is added to **SECTION A. 4. ADDITIONAL COVERAGE:**

j. Limited Coverage For *Fungus*, Wet Rot, Dry Rot And Bacteria

1. The coverage described in **j.2.** to **j.5.** only applies when the *fungus*, wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a. A *specified cause of loss* other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by *fungus*, wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property by *fungus*, wet or dry rot or bacteria, including the cost of removal of the *fungus*, wet or dry rot or bacteria.

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the *fungus*, wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that *fungus*, wet or dry rot or bacteria are present.

3. The coverage described under **j.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay the total of all loss or damage arising out of all occurrences of *specified causes of loss* (other than fire or lightning) and Flood which takes place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in *fungus*, wet or dry rot or bacteria, we will not pay more than $15,000 even if the *fungus*, wet or dry rot or bacteria continues to be present or active, or recurs in a later policy period.

4. The coverage provided in this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by *fungus*, wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by *fungus*, wet or dry rot or bacteria, loss payment will not be limited by the terms of the Limited Coverage, except to the extent that *fungus*, wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **A.4.a.** (ADDITIONAL COVERAGE – Collapse).

E. **SECTION E. ADDITIONAL CONDITIONS**, paragraph 12. RIGHTS OF RECOVERY is replaced by the following:

12. To the extent that benefits are provided or paid under this policy, we shall be subrogated to all rights of recovery which any Covered Insured may acquire against any other covered party for the recovery of the amount paid under this policy, however our right of subrogation is secondary to the right of the Covered Insured to be fully compensated for his damages. The Covered Insured agrees to deliver all necessary documents or papers, to execute and deliver all necessary instruments, to furnish information and assistance, and to take any action we may require to facilitate enforcement of our right of subrogation. We agree to pay our portion of the Insured Person's attorneys' fees or other costs associated with a claim or lawsuit to the extent that we recover any portion of the benefits paid under this policy pursuant to our right of subrogation.

    But you may waive your rights against another party in writing:

    a. Prior to a *loss* to your Covered Property.

    b. After a *loss* to your Covered Property only if, at time of *loss*, that party is one of the following:

        1. Someone insured by this insurance;

        2. A business firm:

            (a) Owned or controlled by you; or

            (b) That owns or controls you;

        3. Your employee or employer;

        4. The owner, lessor or tenant of the:

            (a) Described premises; or

            (b) Premises where the *loss* or damage occurred;

            including their employees, partners or stockholders; or

        5. Your relative by blood or marriage.

    To the extent that benefits are provided or paid under this policy, the Covered Insured agrees that if he fully recovers his damages from a third party, then he will reimburse Us the portion of the damages recovered for the expenses incurred by the Covered Insured that were provided or paid by Us. We agree to

pay our portion of the Insured Person's attorneys' fees or other costs associated

F. The following are added to **SECTION F. DEFINITIONS**:

8. *Specified Causes of Loss* means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action, falling objects; weight of snow, ice or sleet; water damage.

    1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of *loss* does not include:

        a. The cost of filling sinkholes; or

        b. Sinking or collapse of land into man-made underground cavities.

    2. Falling objects does not include *loss* or damage to:

        a. Personal property in the open; or

        b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

9. *Fungus* means any type of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by-products produced or released by fungi.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

\* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A) or public employee dishonesty (Coverage Forms O and P).

A. Paragraphs **2.** and **5.** of the CANCELLATION Common Policy Condition are replaced by the following:

   2. **NOTICE OF CANCELLATION**

   a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

   If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

   (1) Cancellation for nonpayment of premium

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

   (2) Cancellation for any other reason

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

   b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

   If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

   (3) Activities or omissions by you which change or increase any hazard insured against;

   (4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

   (5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

   (6) The insured's violation or breach of any policy terms or conditions; or

Page 1 of 2

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94

(7) Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under this item **2.b.**, to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 20 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. **PREMIUM REFUND**

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph f. of the MORTGAGE HOLDERS Condition in the Businessowners Policy and Commercial Property Coverage Part and paragraph 4.(f) of the Mortgage Holders Condition in the Farm Coverage Part is replaced by the following:

If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation, if we cancel for any other reason.

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

   a. We or another company within our insurance group have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94

# Commercial Inland Marine Coverage Part Quick Reference

READ YOUR POLICY CAREFULLY

## DECLARATIONS PAGE
   Names Insured and Mailing Address
   Policy Period
   Description of Business and Location
   Coverages and Limits of Insurance

## COVERAGE FORM(S)

A. COVERAGE
   1) Covered Property
   2) Property Not Covered
   3) Covered Causes of Loss
   4) Additional Coverage -- Collapse
   5) Coverage Extensions (if applicable)

B. EXCLUSIONS
   - Earthquake (if applicable)
   - Governmental Action
   - Nuclear Hazard
   - War and Military Action
   - Water (if applicable)
   - Other Exclusions

C. LIMITS OF INSURANCE
D. DEDUCTIBLE (if applicable)
E. ADDITIONAL CONDITIONS
F. DEFINITIONS

## ENDORSEMENTS (if applicable)

## COMMERCIAL INLAND MARINE CONDITIONS

LOSS CONDITIONS
A. Abandonment
B. Appraisal
C. Duties in the Event of Loss
D. Insurance Under Two or More Coverages
E. Loss Payment
F. Other Insurance
G. Pair, Sets or Parts
H. Privilege to Adjust With Owner
I. Recoveries
J. Reinstatement of Limit After Loss
K. Transfer of Rights of Recovery Against Others to Us

GENERAL CONDITIONS
A. Concealment, Misrepresentation or Fraud
B. Legal Action Against Us
C. No Benefit to Bailee
D. Policy Period
E. Valuation

## COMMON POLICY CONDITIONS
   A. Cancellation
   B. Changes
   C. Examination of Your Books and Records
   D. Inspection and Surveys
   E. Premiums
   F. Transfer of Your Rights and Duties Under This Policy

Copyright, Insurance Services Office, Inc., 1982, 1984

47681 Rev. 9-93

## NON REPORTING ENDORSEMENT

This endorsement changes the Builder's Risk Coverage Form. Please read it carefully.

- E. **ADDITIONAL CONDITIONS** 3. WHEN COVERAGE BEGINS AND ENDS, paragraph e. is replaced by the following:

    e. Upon expiration of the policy.

- E. **ADDITIONAL CONDITIONS** 4. REPORTING PROVISIONS is replaced by the following:

    4. REPORTING PROVISIONS

        a. The premium charged is fully earned and no refund is due you when coverage ends.

        b. You will keep accurate construction records regarding property we cover under this policy. This includes the total estimated completed value (labor, overhead and materials and when included *profit*) of the property and a record of all contracts of sale dealing with the property.

- E. **ADDITIONAL CONDITIONS** 8. COINSURANCE is replaced by the following:

    8. COINSURANCE

        If the limit of insurance is less than the total estimated completed value of the property insured, you will bear a portion of any *loss*. The amount we will pay is determined by the following steps:

        a. Divide the limit of insurance by the total estimated completed value of the Covered Property;

        b. Multiply the total amount of the covered *loss*, before the application of any deductible, by the percentage determined in step "a";

        c. Subtract the deductible from the figure determined in "b".

- E. **ADDITIONAL CONDITIONS** 9. CANCELLATION Paragraph a. is deleted.

All other terms and conditions of this policy remain unchanged.

HBIS - 1
Rev. 11-2002

COMMERCIAL INLAND MARINE
CM 00 01 06 95

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an appraisal of the "loss." In the event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they can not agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
  1. Pay its chosen appraiser; and
  2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:
  1. Notify the police if a law may have been broken.
  2. Give us prompt notice of the "loss." Include a description of the property involved.
  3. As soon as possible, give us a description of how, when and where the "loss" occurred.
  4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.
  5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent
  6. Permit us to inspect the property and records proving "loss."
  7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.
  8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
  9. Promptly send us any legal papers or notices received concerning the "loss."
  10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:
  1. We reach agreement with you;
  2. The entry of final judgement; or
  3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will pay the excess whether you can collect on the other insurance or not.

### G. PAIR, SETS OR PARTS

1. Pair or Set. In case of "loss" to any part of a pair or set we may:
   a. Repair or replace any part to restore the pair or set to its value before the "loss;" or
   b. Pay the difference between the value of the pair or set before and after the "loss."
2. Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### H. PRIVILEGE TO ADJUST WITH OWNER

In the event of "loss" involving property of others in your care, custody or control, we have the right to:
1. Settle the "loss" with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.
2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

### I. RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

### J. REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

### K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

## GENERAL CONDITIONS

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:
1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

### B. LEGAL ACTION AGAINST US

No one may bring legal action against us under this Coverage Part unless:
1. There has been full compliance with all the terms of this Coverage Part; and
2. The action is brought within two years after you first have knowledge of the "loss."

### C. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

### D. POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

### E. VALUATION

The value of property will be the least of the following amounts:
1. The actual cash value of that property;
2. The cost of reasonably restoring that property to its condition immediately before "loss;" or
3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of the property will be determined as of the time of "loss."


ZURICH

## THIS IMPORTANT DISCLOSURE NOTICE IS PART OF YOUR POLICY

We are making the following informational disclosures in compliance with The Terrorism Risk Insurance Act of 2002. No action is required on your part.

### Disclosure of Terrorism Premium

The premium charge for risk of loss resulting from acts of terrorism (as defined in the Act) under this policy is $ __waived__ . This amount is reflected in the total premium for this policy.

### Disclosure of Availability of Coverage for Terrorism Losses

As required by the Terrorism Risk Insurance Act of 2002, we have made available to you coverage for losses resulting from acts of terrorism (as defined in the Act) with terms, amounts, and limitations that do not differ materially as those for losses arising from events other than acts of terrorism.

### Disclosure of Federal Share of Insurance Company's Terrorism Losses

The Terrorism Risk Insurance Act of 2002 establishes a mechanism by which the United States government will share in insurance company losses resulting from acts of terrorism (as defined in the Act) after an insurance company has paid losses in excess of an annual aggregate deductible. For 2002, the insurance company deductible is 1% of direct earned premium in the prior year; for 2003, 7% of direct earned premium in the prior year; for 2004, 10% of direct earned premium in the prior year; and for 2005, 15% of direct earned premium in the prior year. The federal share of an insurance company's losses above its deductible is 90%. In the event the United States government participates in losses, the United States government may direct insurance companies to collect a terrorism surcharge from policyholders. The Act does not currently provide for insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year.

### Definition of Act of Terrorism

The Terrorism Risk Insurance Act defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:

1. to be an act of terrorism;
2. to be a violent act or an act that is dangerous to human life, property or infrastructure;
3. to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of title 49, United 17 States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4. to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

But, no act shall be certified by the Secretary as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.

These disclosures are informational only and do not modify your policy or affect your rights under the policy.

Copyright Zurich American Insurance Company 2002

Z-Disc-P
U-GU-630-A    (11/02)

## DEDUCTIBLE AMENDATORY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE BUILDER'S RISK COVERAGE FORM. PLEASE READ IT CAREFULLY.

**SECTION D. DEDUCTIBLE replaced by the following:**

**D. DEDUCTIBLE**

We will not pay for *loss* in any one occurrence until the amount of covered *loss* exceeds the Deductible shown in the Declarations. We will then pay the amount of covered *loss* which exceeds the Deductible, up to the Limit of Insurance. This Deductible applies separately to each building or structure, described in the Declarations or reported to us, if two or more location(s) sustain *loss*.

HBIS - 67
Ed. 11-2002

## BUILDER'S RISK COVERAGE FORM

This form is subject to the information in the Declarations and the Policy Conditions, Schedules and Endorsements.

Throughout this policy, the words *you* and *your* refer to the Named Insured shown in the Declarations. The words *we*, *us* and *our* refer to the Company providing this insurance.

Words and phrases that appear in *italics* have special meaning. Refer to Section F. DEFINITIONS.

### A. COVERAGE

We will pay for direct physical *loss* to Covered Property from any Covered Cause of Loss described in this Coverage Form.

1. COVERED PROPERTY, as used in the Coverage form means:

    a. Property which has been installed, or is to be installed in any commercial structure and/or any single family dwelling, private garage, or other structures that will be used to service the single family dwelling at the location which you have reported to us. This includes:

    (1) Your property;

    (2) Property of others for which you are legally responsible;

    (3) Paving, curbing, fences and outdoor fixtures;

    (4) Trees, shrubs, plants and lawns installed by you or on your behalf;

    (5) Completed single family dwelling(s) which is being used as a Model Home when reported to us as such on monthly reports with an amount shown; and

    (6) Foundations of buildings and foundations of structures in the course of construction.

2. PROPERTY NOT COVERED

    Covered Property does not include:

    a. Existing building or structure to which an addition, alteration, improvement, or repair is being made, unless specifically endorsed;

    b. Plans, blueprints, designs or specifications, except as provided in Additional Coverage section of this Coverage Form;

    c.    Land and water;

    d.    *Existing Inventory*, unless specifically endorsed;

    e.    Contractors tools and equipment.

3    COVERED CAUSE OF LOSS

Covered Cause of Loss means risk of direct physical *loss* to Covered Property, except those causes of *loss* listed in the Exclusions.

4.    ADDITIONAL COVERAGE

    a.    Collapse

We will pay for direct physical *loss* to Covered Property, caused by collapse of all or part of a building or structure insured under this Coverage Form, if the collapse is caused by one of more of the following:

(1)    Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riots; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; *water damage*; but only if the causes of *loss* are otherwise covered in this coverage Form;

(2)    Hidden decay;

(3)    Hidden insect or vermin damage;

(4)    Weight of people or personal property;

(5)    Weight of rain that collects on a roof;

(6)    Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

    b.    Scaffolding, Construction Forms and Temporary Structures

(1)    We will pay for direct physical *loss* which is caused by or results from a Covered Cause of Loss, to scaffolding, construction forms and temporary structures (including office and tool trailers), but only while they are at a construction site you have reported to us. The most we will pay for *loss* to scaffolding, construction forms and temporary structures

is $20,000.

  (2) We will also pay for the cost of re-erection of the scaffold if the *loss* of the scaffolding is caused by or results from a Covered Cause of Loss. However, the most we will pay for the re-erection of scaffolding is $10,000.

No deductible applies to this Additional Coverage.

c. Debris Removal

We will pay your expenses to remove debris of Covered Property. This debris must result from a *loss* that we cover under this Coverage Form. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical *loss*. If the sum of the *loss* and debris removal expenses exceeds the limit of insurance applicable to the property, we will pay an additional amount of debris removal expenses you incur in excess of the limit of insurance applicable to the property up to, but not exceeding $20,000.

This Additional Coverage does not apply to costs to:

(1) Extract *pollutants* from land or water; or

(2) Remove, restore or replace polluted land or water.

No deductible applies to this Additional Coverage.

d. Back-up or overflow of Sewers, Drains or Sumps

We will pay for *loss* to Covered Property caused by water that backs up or overflows from a sewer, drain or sump from within the reported location.

The most we will pay for *loss* caused by water that backs up or overflows from a sewer, drain or sump is $5,000.

No deductible applies to this Additional Coverage.

e. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $10,000 for your liability for fire department service charges which are:

(1) Assumed by contract or agreement prior to *loss*; or

(2) Required by local ordinance.