No deductible applies to this Additional Coverage.

f.      Valuable Papers and Records

We will pay for *loss* to which is caused by or results from a Covered Cause of Loss that applies to your costs to Valuable Papers and Records meaning inscribed, printed or written documents, records including deeds, drawings, maps, mortgages and includes those which exist on electronic or magnetic media.

We will pay the cost of blank materials for reproducing and labor to transcribe or copy when there is a duplicate.

We will pay your cost to research, replace or restore the lost information on lost or damaged valuable papers or records for which duplicates do not exist.

The most we will pay under this Additional Coverage is $20,000.

No deductible applies to this Additional Coverage.

g.      *Pollutant* Clean-up and Removal

We will pay your expense to extract *pollutants* from land or water at locations reported to us if the discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of *pollutants*.  But, we will pay for testing which is performed in the course of extracting the *pollutants* from land or water.

The most we will pay under this Additional Coverage is $15,000 for the sum of all expenses which are incurred as a result of all Covered Causes of Loss during each separate 12 month period from the effective date of the policy.

No deductible applies to this Additional Coverage.

h.      Ordinance or Law – Direct Damage

1.      Coverage for *Loss* to Undamaged Portion of the Building or Structure

(a)     If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay for *loss* to the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

undamaged portion of the property as a consequence of enforcement of any ordinance or law that:

    (1)    Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

    (2)    Regulates the construction or repair of property, or establishes zoning or land use requirements at the construction site; and

    (3)    Is in force at the time of *loss*.

    (b)    Coverage for *loss* to the undamaged portion of the structure is included within the applicable limit of insurance for that location at the construction site.

**This only applies when the ordinance or law went into effect after the start of the construction of the structure or dwelling.**

2.    Demolition Cost Coverage

    (a)    If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay the cost to demolish and clear the construction site of undamaged parts of the property, caused by enforcement of building, zoning or land use ordinance or law.

3.    Increased Cost of Construction Coverage

    (a)    If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay for the increased cost necessary to repair or reconstruct the damaged portions of that Covered Property when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law. If the Covered Property is repaired or rebuilt, it must be intended for the same occupancy as the property prior to the *loss*, unless otherwise required by zoning or land use ordinance or law.

    (b)    If the ordinance or law requires relocation to another site, we will pay the increased cost of construction at the new site as set forth below in h. 4.

4.    The most we will pay for Demolition Cost Coverage and Increased Cost of Construction Coverage is the lesser of the following;

    (a)    the amount of the *loss*;

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc 1995

        (b)     the applicable limit of insurance; or

        (c)     $1,000,000 in any one *loss*.

5.    We will not pay under this Coverage for Loss to the Undamaged Portion of the Building or Structure, Demolition Cost Coverage, or Increased Cost of Construction Coverage for costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants*.

6.    In the event that this policy is endorsed to provide coverage for existing building(s) or structure(s), or the policy covers renovation, remodeling or other work being done on such building(s) or structure(s), this Additional Coverage shall not apply to such building(s) or structure(s).

i.    Preservation of Property

If it is necessary to move Covered Property from the location reported to us or described on the Declarations Page, to preserve it from *loss* by a Covered Cause of Loss, we will pay for any direct physical *loss* to that property:

1    While it is being moved or while temporarily stored at another location; and

2    Only if the *loss* occurs within 30 days after the property is first moved.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance applicable to the Covered Property.

**B.    EXCLUSIONS**

1.    We will not pay for a *loss* caused directly or indirectly by any of the following. Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss*.

a.    Governmental Action

Seizure or destruction of property by order of any governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if that fire would be covered under this Coverage Form.

b.    Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the *loss* caused by that fire.

c.     War and Military Action

    (1)    War, including undeclared or civil war;

    (2)    Warlike action by a military force, including action hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

    (3)    Insurrection, rebellion, revolution, usurped power or action taken by government authority in hindering or defending against any of these.

d.     Earth Movement

    (1)    Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting.  But if earth movement results in fire or explosion, we will pay for the *loss* caused by that fire or explosion.

    (2)    Volcanic Action

        Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action,  we will pay  for the *loss* caused by that fire, building glass breakage or Volcanic Action.

        Volcanic Action means direct *loss* resulting from the eruption of a volcano when the *loss* is caused by:

        (a)    Airborne volcanic blast or airborne shock waves;

        (b)    Ash, dust or particulate matter; or

        (c)    Lava flow.

        All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

        Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical *loss* to the described property.

This exclusion does not apply to Covered Property while in transit.

e.     Water

40471
Rev. 11-2002

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

Page  7 of 18

    (1)    Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray, all whether driven by wind or not;

    (2)    The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        (a)    The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        (b)    The *loss* is caused by or results from thawing of snow, sleet or ice on the building or structure.

    (3)    Mudslide or mudflow;

    (4)    Water that backs up or overflows from a sewer, drain or sump, except as provided in the Additional Coverages section in this Coverage Form;

    (5)    Water under the ground surface pressing on, or flowing or seeping through:

        (a)    Foundations, walls, floors or paved surfaces;

        (b)    Basements, whether paved or not; or

        (c)    Doors, windows or other openings.

But if water, as described in e.(1) through e.(5) above, results in fire, explosion or sprinkler leakage, we will pay for the *loss* caused by that fire, explosion or sprinkler leakage.

2.    We will not pay for a *loss* caused by or resulting from any of the following:

    a.    Delay, loss of use, or loss of market. This does not include *profit* if reported in compliance with the Reporting Provision section of this Coverage Form;

    b.    Dishonest or criminal act by you, any of your partners, employees or leased employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.

        This exclusion applies:

        (1)    while acting alone or in collusion with others; or

        (2)    whether or not occurring during the hours of employment.

40471
Rev. 11-2002

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

Page 8 of 18

> This exclusion does not apply to acts of destruction by your employees or leased employees; but theft by employees or leased employees is not covered.
>
> This exclusion does not apply to Covered Property while it is entrusted to others who are carriers for hire.

   c.   Unexplained or mysterious disappearance except for property in custody of a carrier for hire.

   d.   Shortage of property found on taking inventory.

   e.   Penalties for noncompliance with contract conditions.

   f.   Collapse, except as provided in the Additional Coverage section in this Coverage Form.

   g.   (1)  Wear and tear;

         (2)  Any quality in the property itself that causes it to damage or destroy itself; or that causes gradual deterioration;

         (3)  Insects, vermin, rodents;

         (4)  Corrosion, rust, fungus, mold, **mildew**, rot;

         (5)  Dampness, changes in or extremes of temperatures, freezing;

            However, we will cover freezing *loss* to property in the building reported to us, if you have shut off the water supply and drained the plumbing systems and appliances or made a reasonable effort to maintain heat in the building.

         (6)  Settling, cracking, shrinking, or expansion to any Covered Property.

   h.   Rain, snow, sleet, sand, dust if Covered Property is in the open.  This does not apply to Covered Property in the custody of a carrier for hire.

   i.   Artificially generated electrical current; mechanical breakdown; rupturing or bursting caused by centrifugal force.

3.   We will not pay for a *loss* caused by or resulting from any of the following.  But if *loss* by a Covered Cause of Loss results, we will pay for the resulting *loss* caused by that Covered Cause of Loss.

   a.   Weather conditions which contribute in any way to a cause or event excluded in paragraph 1. above to produce the *loss*.

      b.    Acts or decisions, including the failure to act or decide, of any person, group, or organization representing a governmental, regulatory or controlling body.

      c.    Faulty, inadequate or defective:

          (1)    Planning, zoning, development, surveying, siting;

          (2)    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

          (3)    Materials used in repair, construction, renovation or remodeling; or

          (4)    Maintenance;

          of all or part of any Covered Property wherever located.

      d.    The discharge, dispersal, seepage, migration, release or escape of *pollutants,* except as provided under Additional Coverages.

## C.    LIMITS OF INSURANCE

The most we will pay for *loss* to any one building or structure is the lesser of the Limit of Insurance shown in the Declarations for that one building or structure or the *total estimated completed value* that was reported to us for that one building or structure. The most we will pay for *loss* in any one occurrence is the limit shown in the Inland Marine Declarations for all Covered Property at all locations.

## D.    DEDUCTIBLE

We will not pay for *loss* in any one occurrence until the amount of covered *loss* exceeds the Deductible shown in the Declarations. We will then pay the amount of covered *loss* which exceeds the Deductible, up to the applicable Limit of Insurance.

## E.    ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1.    COVERAGE TERRITORY

The coverage territory is United States of America (including its territories and possessions) and Canada

### 2.    WHERE COVERAGE APPLIES

This coverage applies to Covered Property while within the Coverage Territory while:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copyright, Insurance Services Office, Inc 1995

    a.    At any construction site you have reported;

    b.    Temporarily at other premises, if the property has been designated to be installed at a location you have reported to us; or

    c.    In transit except imports or exports while ocean marine coverage applies.

3.    **WHEN COVERAGE BEGINS AND ENDS**

We will cover risk of *loss* from the time when you are legally responsible for the Covered Property on or after the effective date of this policy if all other conditions are met.  Coverage will end at the earliest of the following:

    a.    Once your interest in the Covered Property ceases;

    b.    Ninety days after initial occupancy of the Covered Property unless:

        (1)    that building is being used as a Model Home;

        (2)    that building is being remodeled and is a single family dwelling; or

        (3)    that building is being used as a *Model Home Leaseback*.

    c.    When the Covered Property is leased to or rented to others

        (1)    for a single family dwelling, when the building is leased or rented to others;

        (2)    for a multiple family dwelling, when 50% or more of the units in the structure are leased to or rented to others; or

        (3)    for a commercial structure, when 75% or more of the square footage space is leased to or rented to others);

    This does not apply to pre-leases established prior to construction.

    d.    When you abandon the reported location with no intention to complete it;

    e.    At the end of 12 months from the month when you first reported the location to us unless you report the location again and pay an additional premium.  If the location is reported again and the additional premium is paid, coverage will end at the end of 12 months from the month when you re-reported the location to us as described in the reporting provision below.  You have the option to report the same location a third time at the end of the second 12 month period, provided the required additional premium is paid.  Coverage for this third 12

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

month term will end at the end of 12 months from the month you re-reported the location for a third term;

**Coverage for Existing Buildings or Structures that are being or have been remodeled:**

**At the end of 12 months from the month when you first reported the location to us unless you report the location again and pay an additional premium. If the location is reported again and the additional premium is paid, coverage will end at the end of 12 months from the month when you re-reported the location to us as described in the reporting provision below. There is no option to report a third year.**

 f. When permanent property insurance applies; or

 g. Once the Covered Property is accepted by the owner or buyer.

4. REPORTING PROVISIONS

 a. Each month you must report to us the *total estimated completed values* of all Covered Property for each location started during the previous month.  This report must be made on the form we provide.

  For the purpose of these reports, a location is started when you first put any building materials (including the foundation) on the construction site.

  If your policy is endorsed to provide coverage for existing structures that you are renovating and/or adding onto and for which you seek coverage, a location is started on the earlier of the following:

  (1) when you first put any building materials (which includes any new, altered or expanded foundation) on the site; or

  (2) when you acquire title to the existing structure.

 b. You must pay premiums based on the *total estimated completed value* of the Covered Property using the rate we furnish.  You must send your premium payment with the report for the reported locations to be covered. **We must receive your report and the accompanying premium payments at the address designated in our form by the last business day of the month in which the report is due, or the report is late.**

 c. **If a report is received late, coverage begins on the day the report is received, and there is no coverage for any *loss* that occurred before that report was received.** Our acceptance of a report of values and premium payment does not waive or change any part of this policy nor stop us from asserting any right we have under the terms of this policy.

40471
Rev. 11-2002

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

Page  12 of 18

    d.       The premium charged is fully earned and no refund is due you when coverage ends.

    e.       A dwelling being used as a Model Home must be reported and should be identified as a Model Home.

    f.       You will keep accurate construction records regarding property we cover under this policy.  This includes the *total estimated completed value* of the Covered Property and a record of all contracts of sale dealing with the Covered Property.

    g.       If at the end of 12 months from the time you first reported a start to us, you still have that location in your inventory, you may report that location to us a second time.  If at the end of the second 12 months from the time you first reported a start to us and you still have that location in your inventory, you may report that location to us a third time.

               **Coverage for Existing Buildings or Structures that are being or have been remodeled:**

               **If at the end of 12 months from the time you first reported a start to us, you still have that location in your inventory, you may report that location to us a second time.  There is no option to report a third time (year).**

5.      MORTGAGE HOLDERS CLAUSE

    a.       The term mortgage holder includes trustees.

    b.       We will pay for covered *loss* to buildings or structures to each mortgage holder shown on a Certificate of Insurance issued by the current Agent of Record.

    c.       The mortgage holder has the right to receive *loss* payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

    d.       If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive *loss* payment if the mortgage holder:

          (1)     Pays any premium due under this Coverage Part at our request if you have failed to do so;

          (2)     Submits a signed, sworn proof of *loss* within 60 days after receiving notice from us of your failure to do so;

          (3)     Has notified us of any change in ownership, occupancy or substantial

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

    e.    If we pay the mortgage holder for any *loss* and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        (1)    The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        (2)    The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    f.    If we cancel this policy, we will endeavor to give written notice to the mortgage holder at least:

        (1)    10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

        (2)    30 days before the effective date of cancellation if we cancel for any other reason.

    g.    We will not notify the mortgage holder if:

        (1)    You cancel this policy, or

        (2)    Coverage ends for any reason other than if we cancel the policy.

6.    VALUATION

General Conditions E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

In the event of *loss*, the value of the property will be determined as of the time of the *loss*.

    a.    The value of the property will not be more than the amount necessary to replace the structure or repair the structure, whichever is less, to the same point of completion that had been achieved immediately before the *loss*.

    b.    If the *loss* involves building materials which have not been installed, the value

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

of the property will not be more than the amount necessary to replace the materials with comparable type or quality.

7.    WAIVER OF COINSURANCE

If there is a *loss* to Covered Property and the cost to repair or replace such property is less than or equal to $25,000 we will **adjust** the *loss* without regard to SECTION E. ADDITIONAL CONDITIONS 8. COINSURANCE

8.    COINSURANCE

If the reported value is less than the *total estimated completed value*, you will bear a portion of any *loss*.  The amount we will pay is determined by the following steps:

a.    Divide the reported value by the *total estimated completed value* of the Covered Property;

b.    Multiply the total amount of the covered *loss* before the application of any deductible by the percentage determined in step "a";

c.    Subtract the deductible from the figure determined in step "b".

**Example No. 1**

(This example assumes there is no penalty for underinsurance.)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| *Total Completed Estimated Value* | $100,000 |
| Amount of *loss* | $60,000 |

A.    Reported Value/*Total Estimated Completed Value*
       $100,000/$100,000 = 1.00

B.    Amount of *Loss* x Percentage in A

       $60,000 x 1.00 = $60,000

C.    Deductible Amount Subtracted from results of B

       $60,000 - $1,000 = $59,000

       Total Amount of *Loss* Payable = $59,000

**Example No. 2**

(This example assumes there is a penalty for underinsurance)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| Total Estimated Completed Value | $120,000 |
| Amount of Loss | $60,000 |

A.    Reported Value/Total Estimated Completed Value

$100,000/$120,000 = .833

B.    Amount of Loss x Percentage in A

$60,000 x .833 = $49,980

C.    Deductible Amount Subtracted from results of B

$49,980 - $1,000 = $48,980

Total Amount of Loss Payable = $48,980

9      CANCELLATION

a.     The following is added to the Cancellation Condition in the Common Policy Conditions and applies only to the coverage provided in this Coverage Form:

Cancellation of this policy will not affect the insurance in force on any location which you have reported to us or on any location which started before the effective date of the cancellation notice if that location is reported on the report due and premium payment is made.  However, you cannot report any location currently in your inventory a second time after the effective date of cancellation.

However, coverage may be canceled on any location if notice is given in writing in accordance with the cancellation provision in the Common Policy Conditions, or state amendatory endorsements.

b.     Common Policy Conditions IL0017 Section A Cancellation Paragraph 5 is replaced by the following:

5.     The premium for this coverage is fully earned and no refund is due when the policy is canceled.

10.    LIBERALIZATION CLAUSE

If we adopt any revision, which would broaden the coverage under this Coverage Form without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

11.   INTEREST OF SUBCONTRACTORS, SUB-SUBCONTRACTORS, SUPPLIERS

We cover the interest, which your subcontractors, your sub-subcontractors and your suppliers have in the Covered Property, but only while such property is situated at construction sites you have reported to us.  This condition does not impair any right of subrogation we would otherwise have.

12.   TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after *loss* to impair them.  But you may waive your rights against another party in writing:

a.   Prior to *loss* to your Covered Property.

b.   After a *loss* to your Covered Property only if, at time of *loss*, that party is one of the following:

   1.   Someone insured by this insurance;

   2.   A business firm:

      (a)   Owned or controlled by you; or

      (b)   That owns or controls you;

13.   UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Your failure to disclose all hazards existing as of the inception date of the policy shall not affect the coverage afforded by this policy, provided such failure to disclose all hazards is not intentional and the hazard is reported to us as soon as practicable after you learn about it.

14.   REWARD

At our discretion, we may pay up to $10,000 as a reward for information which leads to a conviction in connection with a covered *loss*.  The Named Insured and their employees are not eligible for this reward.  Any reward payment we make should not affect the Limits of Insurance.

F.   **DEFINITIONS**

1.   *Existing Inventory* means buildings or structures where construction was started or completed prior to the inception date of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

2.  *Loss* means accidental loss and accidental damage.

3.  *Model Home Leaseback* means a dwelling purchased from the Insured and is then leased back to the Insured, by the purchaser, to be used by the Insured as a Model Home until the purchaser occupies the dwelling as a residence.

4.  *Overhead* means those business expenses, other than materials and labor, incurred either directly or indirectly due to the construction of a dwelling or structure including soft costs.

5.  *Pollutants* mean any solid, liquid, gaseous or thermal irritant or contaminant. This includes, but is not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemical and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

6.  *Profit* means the difference between the selling price of the land and completed structure and your cost of the land and the completed structure. If you do not have a signed contract for the sale of the completed structure and land, the allowance for *profit* will not exceed 20%.

7.  *Total Estimated Completed Value* means all costs associated with the building and designing of the Covered Property including labor, *overhead* and materials and if included, *profit*.

8.  *Water Damage* means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT
CAREFULLY.

# LOUISIANA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

A.  Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following,
which  applies unless paragraph **B.** of this endorsement applies.

2. NOTICE OF CANCELLATION

   a.  CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS WHICH
   ARE NOT RENEWALS

   If this policy has been in effect for fewer than 60 days and is not a renewal of a policy
   we issued, we may cancel this policy for any reason, subject to the following:

   (1)  Cancellation for nonpayment of premium

   We may cancel this policy by mailing or delivering to the first Named Insured
   written notice of cancellation at least 10 days before the effective date of
   cancellation.

   (2)  Cancellation for any other reason

   We may cancel this policy by mailing or delivering to the first Named Insured
   written notice of cancellation at least 60 days before the effective date of
   cancellation.

   b.  CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60
   DAYS OR MORE

   If this policy has been in effect for 60 days or more, or is a renewal of a policy we
   issued, we may cancel only for one or more of the following reasons:

   (1)  Nonpayment of premium;

   (2)  Fraud or material misrepresentation made by you or with your knowledge with the
   intent to deceive in obtaining the policy, continuing the policy, or in presenting a
   claim under the policy;

   (3)  Activities or omissions by you which change or increase any hazard insured
   against;

   (4)  Change in the risk which increases the risk of loss after we issued or renewed this
   policy including an increase in exposure due to regulation, legislation, or court
   decision;

   (5)  Determination by the Commissioner of Insurance that the continuation of this policy
   would jeopardize our solvency or would place us in violation of the insurance laws
   of this or any other state;

   (6)  The insured's violation or breach of any policy terms or conditions; or

   (7)  Any other reasons that are approved by the Commissioner of Insurance.

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

We will mail or deliver written notice of cancellation under Paragraph **A.2.b.**, to the first Named Insured at least:

    (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (b) 30 days before the effective date of cancellation if we cancel for a reason described in **A.2.b.(2)** through **(7)** above.

We will provide the first Named Insured with a written statement setting forth the reason for cancellation upon written request by the named insured. When we provide the written statement for cancellation, you agree to hold us harmless from liability for any communication giving notice of or specifying the reasons for a cancellation or for any statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation.

B. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments

    **2. Notice of Cancellation**

      a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **B.2.b.** and **B.2.c.**

      b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

      c. The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

C. Paragraph **5.** of the **Cancellation** Common Policy condition is replaced by the following:

    **5. PREMIUM REFUND**

    If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **C.5.a**, **C.5.b**, and **C.5.d.** The cancellation will be effective even if we have not made or offered a refund.

      a. If we cancel, the refund will be pro rata.

      b. If the first Named Insured cancels, the refund may be less than pro rata, and will be returned within 30 days after the effective date of cancellation.

      c. We will send the refund to the First Named Insured unless Paragraph **C.5.d.** applies.

      d. If we cancel based on Paragraph **B.2.** of this endorsement, we will return the premium due, if any, within ten days after the expiration of the 10-day period to referred to in B.2.c If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

D. The **Premiums** Common Policy Condition is replaced by the following:

    **Premiums**

    1. The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 2 of 4

2. We will pay return premiums, if any, to the first Named Insured, unless another person or entity is entitled to be the payee in accordance with Paragraph C. of this endorsement.

E. Paragraph f. of the MORTGAGE HOLDERS clause in the Builders Risk Coverage Form is replaced by the following:

If we cancel this policy, that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 60 days before the effective date of cancellation, if we cancel for any other reason.

If we cancel this policy, that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation, if we cancel for any other reason.

F. The following is added and supersedes any other provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

   a. We or another company within our insurance group have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

   c. If we provide notice as required in Paragraph **F.1.** and subsequently extend the policy for 90 days or less, an additional notice is not required with respect to the extension.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. Such notice to the insured shall include the insured's loss run information for the period the policy has been in force, but not to exceed, the last three years of coverage.

G. The following is added and supersedes any other provision to the contrary:

WRITTEN NOTICE OF RATE INCREASE, CHANGE IN DEDUCTIBLE, OR REDUCTION IN LIMITS OR COVERAGE

1. If we elect to renew this policy with rates that have increased, deductibles that have changed, or a reduction in limits or coverage, we will mail or deliver written notice of the rate increase, change in deductible, or reduction in limits or coverage to the first Named Insured at least 30 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. a. If we fail to provide notice as required in Paragraph **G.1.**, we will provide coverage at the expiring policy's rates, terms, and conditions until the earliest of:

   (1) notice is given or;

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 3 of 4

(2)  the first Named Insured obtains replacement coverage.

b.  If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the current or previous year's rate.  If the first Named Insured accepts the renewal, the premium increase, if any, and other changes will be effective the day following the prior policy's expiration or anniversary date.

3.  Paragraph **G.** does not apply to:

   a.  Changes in a rate or plan filed with the insurance rating commission and applicable to an entire rating class;

   b.  Changes based upon the altered nature or extent of the risk insured;

   c.  Changes in policy forms filed and approved with the commissioner and applicable to an entire class of business; or

   d.  Changes requested by the insured.

4.  Any notice of rate increase, change in deductible, or reduction in limits or coverage will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc.
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 4 of 4

## LOUISIANA AMENDATORY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE COMMERCIAL INLAND MARINE CONDITIONS.
### PLEASE READ IT CAREFULLY.

A.   Paragraph **B. APPRAISAL** of the **LOSS CONDITIONS** Commercial Inland Marine Conditions is replaced by the following

**A. APPRAISAL**

If we and you disagree on the value of the property, the amount of *loss*, or the net income and operating expenses, either party may, by mutual consent, make written demand for an appraisal of the loss.   In this event, each party will select a competent and impartial appraiser.   The two appraisers will select an umpire.   If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.   The appraisers will state separately the value of the property and amount of *loss*.   If they fail to agree, they will submit their differences to the umpire.   Each party will:

a.   Pay its chosen appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

B.   Paragraph **A. CONCEALMENT, MISREPRESENTATION OR FRAUD** of the **GENERAL CONDITIONS** Commercial Inland Marine Conditions is replaced by the following:

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any *loss* or damage in any case of fraud , intentional concealment or misrepresentation of a material fact by you or any other insured, at any time, concerning:

a.   This insurance;

b.   The Covered Property;

c.   Your interest in the Covered Property; or

d.   A claim under this insurance.

C.   Paragraph **C. LEGAL ACTION AGAINST US** of the **GENERAL CONDITIONS** Commercial Inland Marine Conditions is replaced by the following:

Includes copyrighted material of Insurance Services office, Inc., with its permission
Copyright, Insurance Services Office, Inc. 1995

## C. LEGAL ACTION AGAINST US

A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability by us, the insured and the claimant or the claimant's legal representative.