UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Assurance Company of America ("Assurance") will bring for submission its *Motion to Dismiss Pursuant to Rule 12(B)(1) for Improper Direct Action on Builders Risk Policies* on April 13, 2011, at 9:00 a.m.

Respectfully submitted,

_____
THOMAS L. GAUDRY, JR., (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Assurance Company of America

AND

J. STEPHEN BERRY, GA. Bar No. 053106
J. RANDOLPH EVANS, GA. Bar No. 252336
McKENNA, LONG & ALDRIDGE, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Assurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission on Motion to Dismiss Pursuant to Rule 12(B)(1) for Improper Direct Action on Builders Risk Policies of Assurance Company of America,* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ Wade A. Langlois
Wade A. Langlois, III, LSBA #17681