UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Northstar Holdings, Inc., et al. v. General Fidelity Insurance Company, et al.*, **No. 10-384**

## DECLARATION OF JOHN MANZI

Pursuant to 28 U.S.C. § 1746, John Manzi states under penalty of perjury as follows:

1. I am employed by Quanta Indemnity Company ("QIC"). I am over the age of 21. I am competent and qualified to make this Declaration.

2. My position with QIC is Vice President, Policyholder Services. In that capacity I have personal knowledge of the facts contained in this Declaration.

3. QIC issued no policy of insurance at any time to Northstar Homes, Inc.

4. Northstar Homes, Inc. is not named as additional insured under any policy issued by QIC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2011.

_____
John Manzi

{N2275743.1}