# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Northstar Holdings, Inc., et al. v. General Fidelity Insurance Company, et al.*, **No. 10-384**

## MEMORANDUM IN SUPPORT OF QUANTA INDEMNITY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

Quanta Indemnity Company has been sued in *Northstar Holdings, Inc., et al. v. General Fidelity Insurance Company, et al.*, No. 10-384, a declaratory judgment action, as the alleged insurer of three entities. As to one of those entities, Northstar Homes, Inc., Quanta has no policy. Northstar Homes, Inc. is not a named or additional insured in any Quanta policy. This is attested to in the declaration of John Manzi.

Thus, plaintiffs' allegation that Quanta insured Northstar Homes, Inc. is simply mistaken and the premise of their complaint against Quanta as to Northstar Homes, Inc. is entirely wrong. As a matter of law claims of Northstar Homes, Inc. Quanta on the basis of policies allegedly issued to it must be dismissed.

Quanta has timely filed a profile form stating that it does not insure Northstar Homes, Inc.. Further Quanta has timely filed profile forms stating which entities it does insure, and has provided copies of those policies with the profile forms so that plaintiffs can view the policies for themselves. As plaintiffs are aware from review of those forms, Quanta insures certain entities with names that are somewhat similar to Northstar Homes, Inc., but they are different companies.

{N2275438.1}

Quanta does not seek summary judgment as to any similarly-named company which is actually named in a Quanta policy, but only as to Northstar Homes, Inc. who is not named and is not a Quanta insured.

On the basis of the undisputed facts Quanta Indemnity Company is entitled to summary judgment as a matter of law dismissing the claims of Northstar Homes, Inc. against it.

Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Quanta Indemnity Company's Memorandum in Support of Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
MADELEINE FISCHER

{N2275438.1}