UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**TRAVELERS MOTION TO DISMISS PURSUANT TO RULE 12(b)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE BASED ON IMPROPER VENUE**

Defendants The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois ("Travelers"), through its undersigned counsel, and pursuant to Rules 12(b)(3) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against Travelers because the claims asserted against Travelers were filed in an improper venue. In further support of this Motion, Travelers is contemporaneously filing a Memorandum of Law, which is incorporated in full herein.[1]

**WHEREFORE**, for all the foregoing reasons and the reasons contained in the Memorandum of Law, Defendants The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, respectfully request that this Court enter an order: (1) granting this Motion; (2)

---

[1] This motion is being filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Travelers expressly reserves all its rights to assert different Rule 12(b) motions at a later time and does not intend to waive

1

dismissing all claims against them for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

                Respectfully submitted by,

                /s/ Seth A. Schmeeckle
                Ralph S. Hubbard III, T.A., La. Bar 7040
                Seth A. Schmeeckle, La. Bar 27076
                LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
                601 Poydras Street, Suite 2775
                New Orleans, Louisiana 70130
                Phone:  (504) 568-1990
                Fax:  (504) 310-9195
                Email:  rhubbard@lawla.com
                        sschmeeckle@lawla.com

                And

                Donna J. Vobornik
                Daniel E. Feinberg
                Anthony T. Eliseuson
                SNR DENTON US LLP
                233 South Wacker Drive
                Suite 7800
                Chicago, IL  60606-6404
                Phone:  (312) 876-8000
                Fax:  (312) 876-7934
                Email:  donna.vobornik@snrdenton.com
                        daniel.feinberg@snrdenton.com
                        anthony.eliseuson@snrdenton.com

                *Attorneys for Defendants The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois*

---

any such defenses.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Travelers Motion to Dismiss Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure for Improper Venue** been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                                                        /s/ Seth A. Schmeeckle
                                                        Seth A. Schmeeckle