UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE,** that Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company ("Travelers") will bring their Motion to Dismiss Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure based on Improper Venue for hearing before the Honorable Eldon E. Fallon on April 13, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

        Respectfully submitted by,

        /s/ Seth A. Schmeeckle_____
        Ralph S. Hubbard III, T.A., La. Bar 7040
        Seth A. Schmeeckle, La. Bar 27076
        LUGENBUHL, WHEATON, PECK, RANKIN
        & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Phone:  (504) 568-1990
        Fax:  (504) 310-9195
        Email:  rhubbard@lawla.com
               sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
          daniel.feinberg@snrdenton.com
          anthony.eliseuson@snrdenton.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

       /s/ Seth A. Schmeeckle
      Seth A. Schmeeckle