UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION <br><br> (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | CASE NO. 2:09-MD-02047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)
AND THIS COURT'S ORDER OF DECEMBER 16, 2010
OF ASSURANCE COMPANY OF AMERICA**

Defendant Assurance Company of America ("Assurance") hereby moves to dismiss all claims against it in the above-referenced action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Court has already found that the "Corrosion" and "Faulty Materials" Exclusions in first-party property policies exclude coverage for claims involving property damage caused by Chinese-Drywall ("CDW Claims"). *Order and Reasons, December 16, 2010 (R. 6670)* ("Order and Reasons"). The four policies issued by Assurance that are identified in the *Amato* Amended Complaint ("the Assurance Policies") contain the same exclusions. Accordingly, the Court should dismiss all claims against Assurance in the *Amato* Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because they fail to state a claim upon which relief can be granted.

In support of this Motion, Assurance refers to its Memorandum of Law filed herewith, the Order and Reasons, and the ten Motions to Dismiss and Memoranda in Support referred to in the Order And Reasons (R. 4462, 4472, 4651, 4459, 4494, 4464, 4467, 4503, 4515, 3251).

Respectfully submitted,

*/s/ /s/*

THOMAS L. GAUDRY, JR., (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Assurance Company of America

AND

J. STEPHEN BERRY, GA. Bar No. 053106
J. RANDOLPH EVANS, GA. Bar No. 252336
McKENNA, LONG & ALDRIDGE, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Assurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Dismiss Pursuant to Rule 12(B)(1) and This Court's Order of December 16, 2010 of Assurance Company of America*, has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __24th__ day of March, 2011.

_____
Wade A. Langlois, III, LSBA #17681

ATLANTA:5292090.1