# COMMERCIAL INLAND MARINE COVERAGE PART
# RENEWAL ENDORSEMENT

## ATTACH THIS ENDORSEMENT TO YOUR POLICY

| POLICY NO.<br>BR  62619129 | COMPANY<br>**Assurance Company of America** |
|---|---|

| NAMED INSURED<br><br>Velvet Pines Developers<br>19214 Wymer Road<br><br>Covington, LA  70435 | PRODUCER      02117778<br><br>The Hartwig Moss Insurance Agency, Ltd<br>2626 Canal St Fl 3<br>New Orleans, LA  70119-6410 |
|---|---|

POLICY PERIOD:        From:    10/ 27 / 2006      To:  One Year From Effective Date
12:01 A.M. Standard Time at your Mailing Address Shown Above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM SHOWN BELOW, AND SUBJECT TO ALL THE TERMS OF THIS POLICY UNLESS OTHERWISE SPECIFIED, THE ABOVE NUMBERED POLICY IS RENEWED FOR THE TERM SHOWN ABOVE. CHANGES, IF ANY:

ALL TERMS AND CONDITIONS REMAIN THE SAME.
AMOUNT OF INSURANCE: $180,000.00
RATE: .53
DEDUCTIBLE: $1,000.00

THIS IS A CERTIFIED COPY OF THE POLICY THAT THE
COMPANY RECEIVED WHEN THE AGENT ISSUED THE POLICY.

RENEWAL PREMIUM $_954_____        Payable: $ _____        at anniversary: $ _____

*Barbara Rachele Holden*   8-4-10

BARBARA RACHELE HOLDEN
MY COMMISSION # DD 840651
EXPIRES: March 20, 2013
Bonded Thru Notary Public Underwriters

_____          _____
Authorized Representative Signature                    Date

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| BR 62619129 | 01/24/2007 | Assurance Company of America |
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE |
| Velvet Pines Developers | | 02117778 |
| | | The Hartwig Moss Insurance Agenc |

COVERAGE PARTS AFFECTED

CHANGES

Insured Mailing Address Change:
69160 Highway 59
Suite 1
Mandeville, LA 70471-7781

_____

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

INLAND MARINE DECLARATIONS

The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: **BR 62619129**

BUILDERS RISK PLAN — RESIDENTIAL · COMMERCIAL

**ZURICH**

**ASSURANCE COMPANY OF AMERICA**
**NEW YORK, NEW YORK 10038**
**A Stock Company**

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. **THIS IS A COINSURANCE CONTRACT.** Please read your policy.

**1. Named Insured and Mailing Address:**
Velvet Pines Developers
19214 Wymer Road

Covington, LA 70435

**3. Policy Period – From Effective Date Of:** __10__ __27__ __2005__
to (check one): ☐ Continuous Reporting   ☒ One Year From Effective Date
12:01 a.m. Standard Time at your mailing address above.

**2. Producer Information (complete A-E)**
A) Name:

The Hartwig Moss Insurance Agency, Ltd
2626 Canal St Fl 3
New Orleans, LA 70119-6410

B) Telephone #: 5045259901
C) Fax #: 5045699900
D) Zurich Producer #: 02117778
E) Field Office Name: LOUISIANA
F) Field Office Code: SJ

**4. Form of Business:** ☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Joint Venture   ☐ Other
**5. Limits of Insurance** (select *either* One-Shot *or* Reporting Form option below)

| ☐ Reporting Form (continuous policy) | | | ☒ One-Shot (non-reporting form/single structure policy) HBIS-1 | | |
|---|---|---|---|---|---|
| ☐ Annual Rate   ☐ Monthly Rate (HBIS-4) | | | ☒ 1-12 Family Dwelling   ☐ Commercial Structure | | |
| ☐ Including Existing Building or Structure (HBIS-37) | | | ☐ Including Existing Building or Structure (HBIS-37) | | |
| | | | Property Location 69271 3rd Ave | | |
| A) Any one structure* | $ | 1500000 | Covington, LA 70435 | | |
| B) Property temporarily at | | | A) Any one structure | $ | 180000 |
| any other premises | $ | 10,000 | B) Property temporarily at | | |
| C) Property in transit | $ | 25,000 | any other premises | $ | 10,000 |
| D) All covered property | | | C) Property in transit | $ | 25,000 |
| at all locations | $ | 5,000,000 | D) All covered property | | |
| | | | at all locations (same | | |
| | | | as A unless otherwise noted) | $ | 180000 |
| E) Development/Subdivision Fences/Walls | | | E) Development/Subdivision Fences/Walls | | |
| or Signs | | Per Report | or Signs | $ | 0 |
| F) Rate | | Per Report | F) Rate | $ | 0.4 |
| G) Premium | | Per Report | G) Premium | $ | 720 |
| H) Tax (applicable in KY only) | | Per Report | H) Tax (applicable in KY only) | $ | 0 |
| I) Total Fully Earned Policy Premium | | Per Report | I) **Total Fully Earned Policy Premium** | $ | 720 |
| * Subject to underwriting guidelines | | | (minimum premium applicable) | | |

**6. Deductible** *(minimum $500 unless otherwise indicated)*: ☒ $1,000   ☐ $2,500   ☐ $5,000   ☐ Other _____

**7. Forms Applicable To All Coverage Parts:**
☒ 40471   Builders Risk Coverage Form
☒ 47681   Comm. Inland Marine Coverage Part
☒ CM0001   Comm. Inland Marine Conditions
☒ IL0017   Common Policy Conditions (IL0146 in WA)
☐ HBIS-58   Development/Subdivision Walls/Fences/Signs
☐ 9H0003   Florida Builders Risk Declarations
☐ HBIS-35   Windstorm or Hail Exclusion
☐ HBIS-37   Existing Building(s) or Structure(s)

☐ HBIS-42   Florida Fraud Statement
☐ HBIS-43   Windstorm Percentage Deductible
☐ HBIS-44   New York Fraud Statement
Other Forms: (list other applicable state and/or HBIS forms; all required state forms applicable)
HBIS-55, IL0277, U-GU-630-A, HBIS-67, HBIS-61,
HBIS-64LA

Countersigned: _____
Date

By: _____
Authorized Representative

FM 170001 Rev. 07/00

INSURED COPY        MORTGAGEES COPY        AGENT COPY        BUILDERS RISK PLAN COPY

The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: **BR 62619129**

### INLAND MARINE DECLARATIONS

**ZURICH**

**ASSURANCE COMPANY OF AMERICA**
NEW YORK, NEW YORK 10038
A Stock Company

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
**THIS IS A COINSURANCE CONTRACT.** Please read your policy.

1. **Named Insured and Mailing Address:**
   Velvet Pines Developers
   19214 Wymer Road

   Covington, LA 70435
3. **Policy Period – From Effective Date Of:** _10   27   2005_
   to (check one): ☐ Continuous Reporting  ☒ One Year From Effective Date
   12:01 a.m. Standard Time at your mailing address above.

2. **Producer Information** (complete A-E)
A) Name:

The Hartwig Moss Insurance Agency, Ltd
2626 Canal St Fl 3
New Orleans, LA 70119-6410

B) Telephone #: 5045259901
C) Fax #: 5045699900
D) Zurich Producer #: 02117778
E) Field Office Name: LOUISIANA
F) Field Office Code: SJ

---

### ANSWER ALL UNDERWRITING INFORMATION ON THE CONTRACTOR

8. Contractors Name (if different than named insured):
   _____

9. **Business Description:** ☒ Residential Contractor  ☐ Remodeler*
   ☐ Commercial General Contractor
   * If remodeler, any work involving foundations, structural changes or movement of load bearing walls? ☐ Yes  ☐ No
   **If Yes, complete Renovation Questionnaire HBIS-24**
10. Does <u>contractor</u> have at least 2 years of experience?
    ☒ Yes  ☐ No   If no, not eligible for coverage
11. Is any value reported a coverage request for both the existing structure and the remodeling work on that same structure?
    ☐ Yes  ☐ No   If yes, attach HBIS-37
12. Number of structures built/remodeled during the past 12 months?
    ☐ 1-2  ☒ 3-50
    If more than 50, indicate the number _____

13. **Number of structures projected for the next 12 months?** ☐ 1-2  ☒ 3-50
    If more than 50, indicate number _____
14. **Protection Class:** ☒ 1-8  ☐ 9-10  Rate _0.4_
15. Property located in:

    | LA | ST. TAMMANY | 70435 |
    |---|---|---|
    | (state) | (county) | (zip code) |

16. Loss experience for last 3 years? Indicate cause of loss for claims over $5,000. Do not leave blank
    ☒ None
    _____
    _____
    _____
    _____

---

### THIS AREA FOR COMPANY USE ONLY

| | | |
|---|---|---|
| Date: _____ | Pymt Schedule: ☐ Monthly ☐ Annual | Fire Code: _____ |
| State: _____ | X-Wind: _____ | Discretionary/Lrg Bldr Cr: _____ |
| Primary Seg: _____ | Earthquake: _____ | Negotiated Rate: _____ |
| Secondary Seg: _____ | Flood: _____ | On Demand Floater (ME): _____ |

FM 170001 Rev. 07/00

AGENT COPY        BUILDERS RISK PLAN COPY

LOUISIANA AMENDATORY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE BUILDER'S RISK COVERAGE FORM.
PLEASE READ IT CAREFULLY.**

A. **B. EXCLUSIONS**, paragraph 1. is replaced by the following:

We will not pay for *loss* or damage caused directly or indirectly by any of the following.  Such *loss* or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.  However, if an excluded cause of *loss* or damage results in a *Specified Cause of Loss,* we will pay that portion of the *loss* or damage that directly results from such *Specified Cause of Loss.*

B. **SECTION B. EXCLUSIONS**, paragraph 2.g.4. is replaced by the following:

(4) Corrosion, rust, rot;

C. The following is added to **SECTION B.1. EXCLUSIONS:**

f. *Fungus*, Wet Rot, Dry Rot and Bacteria

Presence, growth, proliferation, spread or any activity of *fungus*, wet or dry rot or bacteria.

This exclusion does not apply:

1. When *fungus,* wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For *Fungus*, Wet Rot, Dry Rot and Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

D. The following is added to **SECTION A. 4. ADDITIONAL COVERAGE:**

j. Limited Coverage For *Fungus*, Wet Rot, Dry Rot And Bacteria

1. The coverage described in **j.2.** to **j.5.** only applies when the *fungus*, wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a. A *specified cause of loss* other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by *fungus*, wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property by *fungus*, wet or dry rot or bacteria, including the cost of removal of the *fungus*, wet or dry rot or bacteria.

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the *fungus*, wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that *fungus*, wet or dry rot or bacteria are present.

3. The coverage described under **j.2.** of this Limited Coverage is limited to $15,000,  Regardless of the number of claims, this limit is the most we will pay the total of all loss or damage arising out of all occurrences of *specified causes of loss* (other than fire or lightning) and Flood which takes place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in *fungus*, wet or dry rot or bacteria, we will not pay more than $15,000 even if the *fungus*, wet or dry rot or bacteria continues to be present or active, or recurs in a later policy period.

4. The coverage provided in this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by *fungus*, wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by *fungus*, wet or dry rot or bacteria, loss payment will not be limited by the terms of the Limited Coverage, except to the extent that  *fungus*, wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **A.4.a.** (ADDITIONAL COVERAGE – Collapse).

E. **SECTION E. ADDITIONAL CONDITIONS**, paragraph 12. RIGHTS OF RECOVERY is replaced by the following:

12. To the extent that benefits are provided or paid under this policy, we shall be subrogated to all rights of recovery which any Covered Insured may acquire against any other covered party for the recovery of the amount paid under this policy, however our right of subrogation is secondary to the right of the Covered Insured to be fully compensated for his damages. The Covered Insured agrees to deliver all necessary documents or papers, to execute and deliver all necessary instruments, to furnish information and assistance, and to take any action we may require to facilitate enforcement of our right of subrogation. We agree to pay our portion of the Insured Person's attorneys' fees or other costs associated with a claim or lawsuit to the extent that we recover any portion of the benefits paid under this policy pursuant to our right of subrogation.

But you may waive your rights against another party in writing:

a. Prior to a *loss* to your Covered Property.

b. After a *loss* to your Covered Property only if, at time of *loss*, that party is one of the following:

   1. Someone insured by this insurance;

   2. A business firm:

      (a) Owned or controlled by you; or

      (b) That owns or controls you;

   3. Your employee or employer;

   4. The owner, lessor or tenant of the:

      (a) Described premises; or

      (b) Premises where the *loss* or damage occurred;

      including their employees, partners or stockholders; or

   5. Your relative by blood or marriage.

To the extent that benefits are provided or paid under this policy, the Covered Insured agrees that if he fully recovers his damages from a third party, then he will reimburse Us the portion of the damages recovered for the expenses incurred by the Covered Insured that were provided or paid by Us. We agree to

pay our portion of the Insured Person's attorneys' fees or other costs associated

F.  The following are added to **SECTION F. DEFINITIONS**:

    8.  *Specified Causes of Loss* means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

        1.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This cause of *loss* does not include:

            a.  The cost of filling sinkholes; or

            b.  Sinking or collapse of land into man-made underground cavities.

        2.  Falling objects does not include *loss* or damage to:

            a.  Personal property in the open; or

            b.  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    9.  *Fungus* means any type of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by-products produced or released by fungi.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

\* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A) or public employee dishonesty (Coverage Forms O and P).

A. Paragraphs **2.** and **5.** of the CANCELLATION Common Policy Condition are replaced by the following:

2. **NOTICE OF CANCELLATION**

a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

(1) Cancellation for nonpayment of premium

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

(2) Cancellation for any other reason

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Activities or omissions by you which change or increase any hazard insured against;

(4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

(5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

(6) The insured's violation or breach of any policy terms or conditions; or

Page 1 of 2

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94

(7) Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under this item **2.b.**, to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 20 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. **PREMIUM REFUND**

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph **f.** of the MORTGAGE HOLDERS Condition in the Businessowners Policy and Commercial Property Coverage Part and paragraph **4.(f)** of the Mortgage Holders Condition in the Farm Coverage Part is replaced by the following:

If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation, if we cancel for any other reason.

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

a. We or another company within our insurance group have offered to issue a renewal policy; or

b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94

# Commercial Inland Marine Coverage Part Quick Reference

READ YOUR POLICY CAREFULLY

---

**DECLARATIONS PAGE**
> Names Insured and Mailing Address
> Policy Period
> Description of Business and Location
> Coverages and Limits of Insurance

---

**COVERAGE FORM(S)**

A. COVERAGE
> 1) Covered Property
> 2) Property Not Covered
> 3) Covered Causes of Loss
> 4) Additional Coverage -- Collapse
> 5) Coverage Extensions (if applicable)

B. EXCLUSIONS
- Earthquake (if applicable)
- Governmental Action
- Nuclear Hazard
- War and Military Action
- Water (if applicable)
- Other Exclusions

C. LIMITS OF INSURANCE
D. DEDUCTIBLE (if applicable)
E. ADDITIONAL CONDITIONS
F. DEFINITIONS

---

**ENDORSEMENTS** (if applicable)

---

**COMMERCIAL INLAND MARINE CONDITIONS**

LOSS CONDITIONS
A. Abandonment
B. Appraisal
C. Duties In the Event of Loss
D. Insurance Under Two or More Coverages
E. Loss Payment
F. Other Insurance
G. Pair, Sets or Parts
H. Privilege to Adjust With Owner
I. Recoveries
J. Reinstatement of Limit After Loss
K. Transfer of Rights of Recovery Against Others to Us

GENERAL CONDITIONS
A. Concealment, Misrepresentation or Fraud
B. Legal Action Against Us
C. No Benefit to Bailee
D. Policy Period
E. Valuation

---

**COMMON POLICY CONDITIONS**
A. Cancellation
B. Changes
C. Examination of Your Books and Records
D. Inspection and Surveys
E. Premiums
F. Transfer of Your Rights and Duties Under This Policy

Copyright, Insurance Services Office, Inc., 1982, 1984

47681 Rev. 9-93

## NON REPORTING ENDORSEMENT

This endorsement changes the Builder's Risk Coverage Form.  Please read it carefully.

**E.**   **ADDITIONAL CONDITIONS** 3. WHEN COVERAGE BEGINS AND ENDS, paragraph e. is replaced by the following:

e.   Upon expiration of the policy.

**E.**   **ADDITIONAL CONDITIONS** 4. REPORTING PROVISIONS is replaced by the following:

4.   REPORTING PROVISIONS

a.   The premium charged is fully earned and no refund is due you when coverage ends.

b.   You will keep accurate construction records regarding property we cover under this policy.  This includes the total estimated completed value (labor, overhead and materials and when included *profit*) of the property and a record of all contracts of sale dealing with the property.

**E.**   **ADDITIONAL CONDITIONS** 8. COINSURANCE is replaced by the following:

8.   COINSURANCE

If the limit of insurance is less than the total estimated completed value of the property insured, you will bear a portion of any *loss*.  The amount we will pay is determined by the following steps:

a.   Divide the limit of insurance by the total estimated completed value of the Covered Property;

b.   Multiply the total amount of the covered *loss*, before the application of any deductible, by the percentage determined in step "a";

c.   Subtract the deductible from the figure determined in "b".

**E.**   **ADDITIONAL CONDITIONS** 9. CANCELLATION Paragraph a. is deleted.

All other terms and conditions of this policy remain unchanged.

HBIS - 1
Rev. 11-2002

COMMERCIAL INLAND MARINE
CM 00 01 06 95

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an appraisal of the "loss." In the event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they can not agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the "loss." Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the "loss" occurred.
4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.
5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent

6. Permit us to inspect the property and records proving "loss."
7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.
8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Promptly send us any legal papers or notices received concerning the "loss."
10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1. We reach agreement with you;
2. The entry of final judgement; or
3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will pay the excess whether you can collect on the other insurance or not.

Copyright, Insurance Services Office, Inc., 1994

## G.  PAIR, SETS OR PARTS

1.  Pair or Set.  In case of "loss" to any part of a pair or set  we may:

    a.  Repair or replace any part to restore the pair or set to its value before the "loss;" or

    b.  Pay the difference between the value of the pair or set before and after the "loss."

2.  Parts.  In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H.  PRIVILEGE TO ADJUST WITH OWNER

In the event of "loss" involving property of others in your care, custody or control, we have the right to:

1.  Settle the "loss" with the owners of the property.  A receipt for payment from the owners of that property will satisfy any claim of yours.

2.  Provide a defense for legal proceedings brought against you.  If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

## I.  RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

## J.  REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

## K.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

## GENERAL CONDITIONS

## A.  CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you  or any other insured, at any time, concerning:

1.  This Coverage Part;

2.  The Covered Property;

3.  Your interest in the Covered Property; or

4.  A claim under this Coverage Part.

## B.  LEGAL ACTION AGAINST US

No one may bring legal action against us under this Coverage Part unless:

1.  There has been full compliance with all the terms of this Coverage Part; and

2.  The action is brought within two years after you first have knowledge of the "loss."

## C.  NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

## D.  POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

## E.  VALUATION

The value of property will be the least of the following amounts:

1.  The actual cash value of that property;

2.  The cost of reasonably restoring that property to its condition immediately before "loss;" or

3.  The cost of replacing that property with substantially identical property.

In the event of "loss," the value of the property will be determined as of the time of "loss."



**ZURICH**

## THIS IMPORTANT DISCLOSURE NOTICE IS PART OF YOUR POLICY

We are making the following informational disclosures in compliance with The Terrorism Risk Insurance Act of 2002. No action is required on your part.

### Disclosure of Terrorism Premium

The premium charge for risk of loss resulting from acts of terrorism (as defined in the Act) under this policy is $ _____waived_____ . This amount is reflected in the total premium for this policy.

### Disclosure of Availability of Coverage for Terrorism Losses

As required by the Terrorism Risk Insurance Act of 2002, we have made available to you coverage for losses resulting from acts of terrorism (as defined in the Act) with terms, amounts, and limitations that do not differ materially as those for losses arising from events other than acts of terrorism.

### Disclosure of Federal Share of Insurance Company's Terrorism Losses

The Terrorism Risk Insurance Act of 2002 establishes a mechanism by which the United States government will share in insurance company losses resulting from acts of terrorism (as defined in the Act) after an insurance company has paid losses in excess of an annual aggregate deductible. For 2002, the insurance company deductible is 1% of direct earned premium in the prior year; for 2003, 7% of direct earned premium in the prior year; for 2004, 10% of direct earned premium in the prior year; and for 2005, 15% of direct earned premium in the prior year. The federal share of an insurance company's losses above its deductible is 90%. In the event the United States government participates in losses, the United States government may direct insurance companies to collect a terrorism surcharge from policyholders. The Act does not currently provide for insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year.

### Definition of Act of Terrorism

The Terrorism Risk Insurance Act defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:

1. to be an act of terrorism;

2. to be a violent act or an act that is dangerous to human life, property or infrastructure;

3. to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of title 49, United 17 States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

But, no act shall be certified by the Secretary as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.

**These disclosures are informational only and do not modify your policy or affect your rights under the policy.**

Copyright  Zurich  American  Insurance  Company  2002

Z-Disc-P
U-GU-630-A   (11/02)

# DEDUCTIBLE AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE BUILDER'S RISK COVERAGE FORM. PLEASE READ IT CAREFULLY.

**SECTION D. DEDUCTIBLE replaced by the following:**

**D. DEDUCTIBLE**

We will not pay for *loss* in any one occurrence until the amount of covered *loss* exceeds the Deductible shown in the Declarations. We will then pay the amount of covered *loss* which exceeds the Deductible, up to the Limit of Insurance. This Deductible applies separately to each building or structure, described in the Declarations or reported to us, if two or more location(s) sustain *loss*.

## BUILDER'S RISK COVERAGE FORM

This form is subject to the information in the Declarations and the Policy Conditions, Schedules and Endorsements.

Throughout this policy, the words *you* and *your* refer to the Named Insured shown in the Declarations.  The words *we*, *us* and *our* refer to the Company providing this insurance.

Words and phrases that appear in *italics* have special meaning.  Refer to Section F. DEFINITIONS.

A.   **COVERAGE**

We will pay for direct physical *loss* to Covered Property from any Covered Cause of Loss described in this Coverage Form.

1.   COVERED PROPERTY, as used in the Coverage form means:

a.   Property which has been installed, or is to be installed in any commercial structure and/or any single family dwelling, private garage, or other structures that will be used to service the single family dwelling at the location which you have reported to us.  This includes:

(1)   Your property;

(2)   Property of others for which you are legally responsible;

(3)   Paving, curbing, fences and outdoor fixtures;

(4)   Trees, shrubs, plants and lawns installed by you or on your behalf;

(5)   Completed single family dwelling(s) which is being used as a Model Home when reported to us as such on monthly reports with an amount shown; and

(6)   Foundations of buildings and foundations of structures in the course of construction.

2.   PROPERTY NOT COVERED

Covered Property does not include:

a.   Existing building or structure to which an addition, alteration, improvement, or repair is being made, unless specifically endorsed;

b.   Plans, blueprints, designs or specifications, except as provided in Additional Coverage section of this Coverage Form;

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc 1995

c.     Land and water;

d.     *Existing Inventory*, unless specifically endorsed;

e.     Contractors tools and equipment.


3      COVERED CAUSE OF LOSS

Covered Cause of Loss means risk of direct physical *loss* to Covered Property, except those causes of *loss* listed in the Exclusions.

4.     ADDITIONAL COVERAGE

a.     Collapse

We will pay for direct physical *loss* to Covered Property, caused by collapse of all or part of a building or structure insured under this Coverage Form, if the collapse is caused by one of more of the following:

(1)    Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riots; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; *water damage*; but only if the causes of *loss* are otherwise covered in this coverage Form;

(2)    Hidden decay;

(3)    Hidden insect or vermin damage;

(4)    Weight of people or personal property;

(5)    Weight of rain that collects on a roof;

(6)    Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

b.     Scaffolding, Construction Forms and Temporary Structures

(1)    We will pay for direct physical *loss* which is caused by or results from a Covered Cause of Loss, to scaffolding, construction forms and temporary structures (including office and tool trailers), but only while they are at a construction site you have reported to us.  The most we will pay for *loss* to scaffolding, construction forms and temporary structures

40471
Rev. 11-2002

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

Page 2 of 18

is $20,000.

    (2)    We will also pay for the cost of re-erection of the scaffold if the *loss* of the scaffolding is caused by or results from a Covered Cause of Loss. However, the most we will pay for the re-erection of scaffolding is $10,000.

No deductible applies to this Additional Coverage.

c.    Debris Removal

We will pay your expenses to remove debris of Covered Property. This debris must result from a *loss* that we cover under this Coverage Form. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical *loss*. If the sum of the *loss* and debris removal expenses exceeds the limit of insurance applicable to the property, we will pay an additional amount of debris removal expenses you incur in excess of the limit of insurance applicable to the property up to, but not exceeding $20,000.

This Additional Coverage does not apply to costs to:

    (1)  Extract *pollutants* from land or water; or

    (2)  Remove, restore or replace polluted land or water.

No deductible applies to this Additional Coverage.

d.    Back-up or overflow of Sewers, Drains or Sumps

We will pay for *loss* to Covered Property caused by water that backs up or overflows from a sewer, drain or sump from within the reported location.

The most we will pay for *loss* caused by water that backs up or overflows from a sewer, drain or sump is $5,000.

No deductible applies to this Additional Coverage.

e.    Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $10,000 for your liability for fire department service charges which are:

    (1)    Assumed by contract or agreement prior to *loss*; or

    (2)    Required by local ordinance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

No deductible applies to this Additional Coverage.

f.    Valuable Papers and Records

We will pay for *loss* to which is caused by or results from a Covered Cause of Loss that applies to your costs to Valuable Papers and Records meaning inscribed, printed or written documents, records including deeds, drawings, maps, mortgages and includes those which exist on electronic or magnetic media.

We will pay the cost of blank materials for reproducing and labor to transcribe or copy when there is a duplicate.

We will pay your cost to research, replace or restore the lost information on lost or damaged valuable papers or records for which duplicates do not exist.

The most we will pay under this Additional Coverage is $20,000.

No deductible applies to this Additional Coverage.

g.    *Pollutant* Clean-up and Removal

We will pay your expense to extract *pollutants* from land or water at locations reported to us if the discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of *pollutants*.  But, we will pay for testing which is performed in the course of extracting the *pollutants* from land or water.

The most we will pay under this Additional Coverage is $15,000 for the sum of all expenses which are incurred as a result of all Covered Causes of Loss during each separate 12 month period from the effective date of the policy.

No deductible applies to this Additional Coverage.

h.    Ordinance or Law -- Direct Damage

1.    Coverage for *Loss* to Undamaged Portion of the Building or Structure

(a)    If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay for *loss* to the

undamaged portion of the property as a consequence of enforcement of any ordinance or law that:

(1)   Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

(2)   Regulates the construction or repair of property, or establishes zoning or land use requirements at the construction site; and

(3)   Is in force at the time of *loss*.

(b)   Coverage for *loss* to the undamaged portion of the structure is included within the applicable limit of insurance for that location at the construction site.

**This only applies when the ordinance or law went into effect after the start of the construction of the structure or dwelling.**

2.   Demolition Cost Coverage

(a)   If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay the cost to demolish and clear the construction site of undamaged parts of the property, caused by enforcement of building, zoning or land use ordinance or law.

3.   Increased Cost of Construction Coverage

(a)   If a Covered Cause of Loss occurs to Covered Property at the construction site reported to us, we will pay for the increased cost necessary to repair or reconstruct the damaged portions of that Covered Property when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law. If the Covered Property is repaired or rebuilt, it must be intended for the same occupancy as the property prior to the *loss*, unless otherwise required by zoning or land use ordinance or law.

(b)   If the ordinance or law requires relocation to another site, we will pay the increased cost of construction at the new site as set forth below in h. 4.

4.   The most we will pay for Demolition Cost Coverage and Increased Cost of Construction Coverage is the lesser of the following;

(a)   the amount of the *loss*;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

    (b)    the applicable limit of insurance; or

    (c)    $1,000,000 in any one *loss*.

5.    We will not pay under this Coverage for Loss to the Undamaged Portion of the Building or Structure, Demolition Cost Coverage, or Increased Cost of Construction Coverage for costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants*.

6.    In the event that this policy is endorsed to provide coverage for existing building(s) or structure(s), or the policy covers renovation, remodeling or other work being done on such building(s) or structure(s), this Additional Coverage shall not apply to such building(s) or structure(s).

i.    Preservation of Property

If it is necessary to move Covered Property from the location reported to us or described on the Declarations Page, to preserve it from *loss* by a Covered Cause of Loss, we will pay for any direct physical *loss* to that property:

1    While it is being moved or while temporarily stored at another location; and

2    Only if the *loss* occurs within 30 days after the property is first moved.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance applicable to the Covered Property.

## B.   EXCLUSIONS

1.    We will not pay for a *loss* caused directly or indirectly by any of the following.  Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss*.

a.    Governmental Action

Seizure or destruction of property by order of any governmental authority.  But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if that fire would be covered under this Coverage Form.

b.    Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the *loss* caused by that fire.

c.    War and Military Action

    (1)    War, including undeclared or civil war;

    (2)    Warlike action by a military force, including action hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

    (3)    Insurrection, rebellion, revolution, usurped power or action taken by government authority in hindering or defending against any of these.

d.    Earth Movement

    (1)    Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the *loss* caused by that fire or explosion.

    (2)    Volcanic Action

    Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the *loss* caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct *loss* resulting from the eruption of a volcano when the *loss* is caused by:

    (a)    Airborne volcanic blast or airborne shock waves;

    (b)    Ash, dust or particulate matter; or

    (c)    Lava flow.

    All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical *loss* to the described property.

This exclusion does not apply to Covered Property while in transit.

e.    Water

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

(1)    Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray, all whether driven by wind or not;

(2)    The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    (a)    The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    (b)    The *loss* is caused by or results from thawing of snow, sleet or ice on the building or structure.

(3)    Mudslide or mudflow;

(4)    Water that backs up or overflows from a sewer, drain or sump, except as provided in the Additional Coverages section in this Coverage Form;

(5)    Water under the ground surface pressing on, or flowing or seeping through:

    (a)    Foundations, walls, floors or paved surfaces;

    (b)    Basements, whether paved or not; or

    (c)    Doors, windows or other openings.

But if water, as described in e.(1) through e.(5) above, results in fire, explosion or sprinkler leakage, we will pay for the *loss* caused by that fire, explosion or sprinkler leakage.

2.    We will not pay for a *loss* caused by or resulting from any of the following:

    a.    Delay, loss of use, or loss of market. This does not include *profit* if reported in compliance with the Reporting Provision section of this Coverage Form;

    b.    Dishonest or criminal act by you, any of your partners, employees or leased employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.

    This exclusion applies:

    (1)    while acting alone or in collusion with others; or

    (2)    whether or not occurring during the hours of employment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

This exclusion does not apply to acts of destruction by your employees or leased employees; but theft by employees or leased employees is not covered.

This exclusion does not apply to Covered Property while it is entrusted to others who are carriers for hire.

c.    Unexplained or mysterious disappearance except for property in custody of a carrier for hire.

d.    Shortage of property found on taking inventory.

e.    Penalties for noncompliance with contract conditions.

f.    Collapse, except as provided in the Additional Coverage section in this Coverage Form.

g.    (1)    Wear and tear;

(2)    Any quality in the property itself that causes it to damage or destroy itself; or that causes gradual deterioration;

(3)    Insects, vermin, rodents;

(4)    Corrosion, rust, fungus, mold, **mildew**, rot;

(5)    Dampness, changes in or extremes of temperatures, freezing;

However, we will cover freezing *loss* to property in the building reported to us, if you have shut off the water supply and drained the plumbing systems and appliances or made a reasonable effort to maintain heat in the building.

(6)    Settling, cracking, shrinking, or expansion to any Covered Property.

h.    Rain, snow, sleet, sand, dust if Covered Property is in the open.  This does not apply to Covered Property in the custody of a carrier for hire.

i.    Artificially generated electrical current; mechanical breakdown; rupturing or bursting caused by centrifugal force.

3.    We will not pay for a *loss* caused by or resulting from any of the following.  But if *loss* by a Covered Cause of Loss results, we will pay for the resulting *loss* caused by that Covered Cause of Loss.

a.    Weather conditions which contribute in any way to a cause or event excluded in paragraph 1. above to produce the *loss*.

b.   Acts or decisions, including the failure to act or decide, of any person, group, or organization representing a governmental, regulatory or controlling body.

c.   Faulty, inadequate or defective:

(1)   Planning, zoning, development, surveying, siting;

(2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)   Materials used in repair, construction, renovation or remodeling; or

(4)   Maintenance;

of all or part of any Covered Property wherever located.

d.   The discharge, dispersal, seepage, migration, release or escape of *pollutants,* except as provided under Additional Coverages.

## C.   LIMITS OF INSURANCE

The most we will pay for *loss* to any one building or structure is the lesser of the Limit of Insurance shown in the Declarations for that one building or structure or the *total estimated completed value* that was reported to us for that one building or structure. The most we will pay for *loss* in any one occurrence is the limit shown in the Inland Marine Declarations for all Covered Property at all locations.

## D.   DEDUCTIBLE

We will not pay for *loss* in any one occurrence until the amount of covered *loss* exceeds the Deductible shown in the Declarations. We will then pay the amount of covered *loss* which exceeds the Deductible, up to the applicable Limit of Insurance.

## E.   ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1.   COVERAGE TERRITORY

The coverage territory is United States of America (including its territories and possessions) and Canada

2.   WHERE COVERAGE APPLIES

This coverage applies to Covered Property while within the Coverage Territory while:

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc 1995

a.    At any construction site you have reported;

b.    Temporarily at other premises, if the property has been designated to be installed at a location you have reported to us; or

c.    In transit except imports or exports while ocean marine coverage applies.

3.    WHEN COVERAGE BEGINS AND ENDS

We will cover risk of *loss* from the time when you are legally responsible for the Covered Property on or after the effective date of this policy if all other conditions are met.  Coverage will end at the earliest of the following:

a.    Once your interest in the Covered Property ceases;

b.    Ninety days after initial occupancy of the Covered Property unless:

(1)    that building is being used as a Model Home;

(2)    that building is being remodeled and is a single family dwelling; or

(3)    that building is being used as a *Model Home Leaseback.*

c.    When the Covered Property is leased to or rented to others

(1)    for a single family dwelling, when the building is leased or rented to others;

(2)    for a multiple family dwelling, when 50% or more of the units in the structure are leased to or rented to others; or

(3)    for a commercial structure, when 75% or more of the square footage space is leased to or rented to others);

This does not apply to pre-leases established prior to construction.

d.    When  you abandon the reported location with no intention to complete it;

e.    At the end of 12 months from the month when you first reported the location to us unless you report the location again and pay an additional premium.  If the location is reported again and the additional premium is paid, coverage will end at the end of 12 months from the month when you re-reported the location to us as described in the reporting provision below.  You have the option to report the same location a third time at the end of the second 12 month period, provided the required additional premium is paid.  Coverage for this third 12

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

month term will end at the end of 12 months from the month you re-reported the location for a third term;

**Coverage for Existing Buildings or Structures that are being or have been remodeled:**

**At the end of 12 months from the month when you first reported the location to us unless you report the location again and pay an additional premium. If the location is reported again and the additional premium is paid, coverage will end at the end of 12 months from the month when you re-reported the location to us as described in the reporting provision below. There is no option to report a third year.**

f.   When permanent property insurance applies; or

g.   Once the Covered Property is accepted by the owner or buyer.

4.   REPORTING PROVISIONS

a.   Each month you must report to us the *total estimated completed values* of all Covered Property for each location started during the previous month. This report must be made on the form we provide.

For the purpose of these reports, a location is started when you first put any building materials (including the foundation) on the construction site.

If your policy is endorsed to provide coverage for existing structures that you are renovating and/or adding onto and for which you seek coverage, a location is started on the earlier of the following:

(1)   when you first put any building materials (which includes any new, altered or expanded foundation) on the site; or

(2)   when you acquire title to the existing structure.

b.   You must pay premiums based on the *total estimated completed value* of the Covered Property using the rate we furnish. You must send your premium payment with the report for the reported locations to be covered. **We must receive your report and the accompanying premium payments at the address designated in our form by the last business day of the month in which the report is due, or the report is late.**

c.   **If a report is received late, coverage begins on the day the report is received, and there is no coverage for any *loss* that occurred before that report was received.** Our acceptance of a report of values and premium payment does not waive or change any part of this policy nor stop us from asserting any right we have under the terms of this policy.

    d.    The premium charged is fully earned and no refund is due you when coverage ends.

    e.    A dwelling being used as a Model Home must be reported and should be identified as a Model Home.

    f.    You will keep accurate construction records regarding property we cover under this policy.  This includes the *total estimated completed value* of the Covered Property and a record of all contracts of sale dealing with the Covered Property.

    g.    If at the end of 12 months from the time you first reported a start to us, you still have that location in your inventory, you may report that location to us a second time.  If at the end of the second 12 months from the time you first reported a start to us and you still have that location in your inventory, you may report that location to us a third time.

    **Coverage for Existing Buildings or Structures that are being or have been remodeled:**

    **If at the end of 12 months from the time you first reported a start to us, you still have that location in your inventory, you may report that location to us a second time.  There is no option to report a third time (year).**

5.    MORTGAGE HOLDERS CLAUSE

    a.    The term mortgage holder includes trustees.

    b.    We will pay for covered *loss* to buildings or structures to each mortgage holder shown on a Certificate of Insurance issued by the current Agent of Record.

    c.    The mortgage holder has the right to receive *loss* payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

    d.    If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive *loss* payment if the mortgage holder:

        (1)    Pays any premium due under this Coverage Part at our request if you have failed to do so;

        (2)    Submits a signed, sworn proof of *loss* within 60 days after receiving notice from us of your failure to do so;

        (3)    Has notified us of any change in ownership, occupancy or substantial

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any *loss* and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

   At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will endeavor to give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. We will not notify the mortgage holder if:

   (1) You cancel this policy, or

   (2) Coverage ends for any reason other than if we cancel the policy.

6. VALUATION

General Conditions E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

In the event of *loss*, the value of the property will be determined as of the time of the *loss*.

a. The value of the property will not be more than the amount necessary to replace the structure or repair the structure, whichever is less, to the same point of completion that had been achieved immediately before the *loss*.

b. If the *loss* involves building materials which have not been installed, the value

of the property will not be more than the amount necessary to replace the materials with comparable type or quality.

7.    WAIVER OF COINSURANCE

If there is a *loss* to Covered Property and the cost to repair or replace such property is less than or equal to $25,000 we will **adjust** the *loss* without regard to SECTION E. ADDITIONAL CONDITIONS 8. COINSURANCE

8.    COINSURANCE

If the reported value is less than the *total estimated completed value*, you will bear a portion of any *loss*.  The amount we will pay is determined by the following steps:

a.    Divide the reported value by the *total estimated completed value* of the Covered Property;

b.    Multiply the total amount of the covered *loss* before the application of any deductible by the percentage determined in step "a";

c.    Subtract the deductible from the figure determined in step "b".

**Example No. 1**

(This example assumes there is <u>no</u> penalty for underinsurance.)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| *Total Completed Estimated Value* | $100,000 |
| Amount of *loss* | $60,000 |

A.    Reported Value/*Total Estimated Completed Value*
         $100,000/$100,000 = 1.00

B.    Amount of *Loss* x Percentage in A

         $60,000 x 1.00 = $60,000

C.    Deductible Amount Subtracted from results of B

         $60,000 - $1,000 = $59,000

Total Amount of *Loss* Payable = $59,000

**Example No. 2**

(This example assumes there is a penalty for underinsurance)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| *Total Estimated Completed Value* | $120,000 |
| Amount of *Loss* | $60,000 |

A.    Reported Value/*Total Estimated Completed Value*

      $100,000/$120,000 = .833

B.    Amount of *Loss* x Percentage in A

      $60,000 x .833 = $49,980

C.    Deductible Amount Subtracted from results of B

      $49,980 - $1,000 = $48,980

    Total Amount of *Loss* Payable = $48,980

9    CANCELLATION

    a.    The following is added to the Cancellation Condition in the Common Policy Conditions and applies only to the coverage provided in this Coverage Form:

        Cancellation of this policy will not affect the insurance in force on any location which you have reported to us or on any location which started before the effective date of the cancellation notice if that location is reported on the report due and premium payment is made.  However, you cannot report any location currently in your inventory a second time after the effective date of cancellation.

        However, coverage may be canceled on any location if notice is given in writing in accordance with the cancellation provision in the Common Policy Conditions, or state amendatory endorsements.

    b.    Common Policy Conditions IL0017 Section A Cancellation Paragraph 5 is replaced by the following:

        5.    The premium for this coverage is fully earned and no refund is due when the policy is canceled.

10.    LIBERALIZATION CLAUSE

If we adopt any revision, which would broaden the coverage under this Coverage Form without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

11.    INTEREST OF SUBCONTRACTORS, SUB-SUBCONTRACTORS, SUPPLIERS

We cover the interest, which your subcontractors, your sub-subcontractors and your suppliers have in the Covered Property, but only while such property is situated at construction sites you have reported to us.  This condition does not impair any right of subrogation we would otherwise have.

12.    TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after *loss* to impair them.  But you may waive your rights against another party in writing:

a.    Prior to *loss* to your Covered Property.

b.    After a *loss* to your Covered Property only if, at time of *loss*, that party is one of the following:

1.    Someone insured by this insurance;

2.    A business firm:

(a)    Owned or controlled by you; or

(b)    That owns or controls you;

13.    UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Your failure to disclose all hazards existing as of the inception date of the policy shall not affect the coverage afforded by this policy, provided such failure to disclose all hazards is not intentional and the hazard is reported to us as soon as practicable after you learn about it.

14.    REWARD

At our discretion, we may pay up to $10,000 as a reward for information which leads to a conviction in connection with a covered *loss*.  The Named Insured and their employees are not eligible for this reward.  Any reward payment we make should not affect the Limits of Insurance.

F.    **DEFINITIONS**

1.    *Existing Inventory* means buildings or structures where construction was started or completed prior to the inception date of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc 1995

2.    *Loss* means accidental loss and accidental damage.

3.    *Model Home Leaseback* means a dwelling purchased from the Insured and is then leased back to the Insured, by the purchaser, to be used by the Insured as a Model Home until the purchaser occupies the dwelling as a residence.

4.    *Overhead* means those business expenses, other than materials and labor, incurred either directly or indirectly due to the construction of a dwelling or structure including soft costs.

5.    *Pollutants* mean any solid, liquid, gaseous or thermal irritant or contaminant. This includes, but is not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemical and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

6.    *Profit* means the difference between the selling price of the land and completed structure and your cost of the land and the completed structure. If you do not have a signed contract for the sale of the completed structure and land, the allowance for *profit* will not exceed 20%.

7.    *Total  Estimated Completed Value* means all costs associated with the building and designing of the Covered  Property including labor, *overhead* and materials and if included, *profit*.

8.    *Water Damage* means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT
CAREFULLY.

# LOUISIANA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

A. Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following, which applies unless paragraph **B.** of this endorsement applies.

2. NOTICE OF CANCELLATION

    a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS WHICH ARE NOT RENEWALS

    If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

    (1) Cancellation for nonpayment of premium

        We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

    (2) Cancellation for any other reason

        We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

    b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

    If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

    (1) Nonpayment of premium;

    (2) Fraud or material misrepresentation made by you or with your knowledge with the intent to deceive in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

    (3) Activities or omissions by you which change or increase any hazard insured against;

    (4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

    (5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

    (6) The insured's violation or breach of any policy terms or conditions; or

    (7) Any other reasons that are approved by the Commissioner of Insurance.

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

We will mail or deliver written notice of cancellation under Paragraph A.2.b., to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 30 days before the effective date of cancellation if we cancel for a reason described in **A.2.b.(2)** through **(7)** above.

We will provide the first Named Insured with a written statement setting forth the reason for cancellation upon written request by the named insured.  When we provide the written statement for cancellation, you agree to hold us harmless from liability for any communication giving notice of or specifying the reasons for a cancellation or for any statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation.

B. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments

2. **Notice of Cancellation**

a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **B.2.b.** and **B.2.c.**

b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

c. The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

C. Paragraph **5.** of the **Cancellation** Common Policy condition is replaced by the following:

5. **PREMIUM REFUND**

If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **C.5.a, C.5.b,** and **C.5.d**.  The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be returned within 30 days after the effective date of cancellation.

c. We will send the refund to the First Named Insured unless Paragraph **C.5.d.** applies.

d. If we cancel based on Paragraph **B.2.** of this endorsement, we will return the premium due, if any, within ten days after the expiration of the 10-day period to referred to in B.2.c If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

D. The **Premiums** Common Policy Condition is replaced by the following:

**Premiums**

1. The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 2 of 4

2.   We will pay return premiums, if any, to the first Named Insured, unless another person or entity is entitled to be the payee in accordance with Paragraph **C.** of this endorsement.

E.   Paragraph **f.** of the MORTGAGE HOLDERS clause in the Builders Risk Coverage Form is replaced by the following:

If we cancel this policy, that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1)   10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2)   60 days before the effective date of cancellation, if we cancel for any other reason.

If we cancel this policy, that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1)   10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2)   30 days before the effective date of cancellation, if we cancel for any other reason.

F.   The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1.   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2.   We need not mail or deliver this notice if:

a.   We or another company within our insurance group have offered to issue a renewal policy; or

b.   You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

c.   If we provide notice as required in Paragraph **F.1.** and subsequently extend the policy for 90 days or less, an additional notice is not required with respect to the extension.

3.   Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

4.   Such notice to the insured shall include the insured's loss run information for the period the policy has been in force, but not to exceed, the last three years of coverage.

G.   The following is added and supersedes any other provision to the contrary:

**WRITTEN NOTICE OF RATE INCREASE, CHANGE IN DEDUCTIBLE, OR REDUCTION IN LIMITS OR COVERAGE**

1.   If we elect to renew this policy with rates that have increased, deductibles that have changed, or a reduction in limits or coverage, we will mail or deliver written notice of the rate increase, change in deductible, or reduction in limits or coverage to the first Named Insured at least 30 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2.   a. If we fail to provide notice as required in Paragraph **G.1.**, we will provide coverage at the expiring policy's rates, terms, and conditions until the earliest of:

(1)   notice is given; or

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 3 of 4

(2)  the first Named Insured obtains replacement coverage.

b.  If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the current or previous year's rate.  If the first Named Insured accepts the renewal, the premium increase, if any, and other changes will be effective the day following the prior policy's expiration or anniversary date.

3.  Paragraph **G.** does not apply to:

a.  Changes in a rate or plan filed with the insurance rating commission and applicable to an entire rating class;

b.  Changes based upon the altered nature or extent of the risk insured;

c.  Changes in policy forms filed and approved with the commissioner and applicable to an entire class of business; or

d.  Changes requested by the insured.

4.  Any notice of rate increase, change in deductible, or reduction in limits or coverage will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

HBIS 61 LA
Ed 8-2000

Includes copyrighted material of Insurance Services Office, Inc
Copyright, Insurance Services Office, Inc., 1997
Copyright, 2000, Maryland Casualty Company as to additional text and revisions

Page 4 of 4

**LOUISIANA AMENDATORY ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE COMMERCIAL INLAND MARINE CONDITIONS.**
**PLEASE READ IT CAREFULLY.**

A.    Paragraph **B. APPRAISAL** of the **LOSS CONDITIONS** Commercial Inland Marine Conditions is replaced by the following

**A. APPRAISAL**

If we and you disagree on the value of the property, the amount of *loss*, or the net income and operating expenses, either party may, by mutual consent, make written demand for an appraisal of the loss.   In this event, each party will select a competent and impartial appraiser.   The two appraisers will select an umpire.   If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.   The appraisers will state separately the value of the property and amount of *loss*.   If they fail to agree, they will submit their differences to the umpire. Each party will:

a.    Pay its chosen appraiser; and

b.    Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

B.    Paragraph **A. CONCEALMENT, MISREPRESENTATION OR FRAUD** of the **GENERAL CONDITIONS** Commercial Inland Marine Conditions is replaced by the following:

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any *loss* or damage in any case of fraud , intentional concealment or misrepresentation of a material fact by you or any other insured, at any time, concerning:

a.    This insurance;

b.    The Covered Property;

c.    Your interest in the Covered Property; or

d.    A claim under this insurance.

C.    Paragraph **C. LEGAL ACTION AGAINST US** of the **GENERAL CONDITIONS** Commercial Inland Marine Conditions is replaced by the following:

### C. LEGAL ACTION AGAINST US

A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability by us, the insured and the claimant or the claimant's legal representative.