UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE,** that Defendants The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, (collectively "Travelers") will bring their Motion to Dismiss Pursuant to Rule 12(b)(1) for hearing before the Honorable Eldon E. Fallon on April 13, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

                                              Respectfully submitted by,

                                              /s/ Seth A. Schmeeckle_____
                                              Ralph S. Hubbard III, T.A., La. Bar 7040
                                              Seth A. Schmeeckle, La. Bar 27076
                                              Lugenbuhl, Wheaton, Peck, Rankin
                                              & Hubbard
                                              601 Poydras Street, Suite 2775
                                              New Orleans, Louisiana 70130
                                              Phone:  (504) 568-1990
                                              Fax:  (504) 310-9195
                                              Email:  rhubbard@lawla.com
                                                            sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
         daniel.feinberg@snrdenton.com
         anthony.eliseuson@snrdenton.com

Counsel for The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, (collectively "Travelers")

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

   /s/ Seth A. Schmeeckle
Seth A. Schmeeckle