**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION**<br><br>**This document relates to:**<br><br>**DEAN and DAWN AMATO,** *et al.*<br>v.<br>**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*<br>**Civil Action No. 10-0932** | **MDL NO. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAJ. JUDGE WILKINSON** |

**MOTION TO DISMISS**
**FILED BY XL INSURANCE COMPANY LIMITED AND**
**XL INSURANCE COMPANY LIMITED AS SUCCESSOR TO XL EUROPE LIMITED**

**NOW INTO COURT**, through undersigned counsel, come Defendants XL Insurance Company Limited and XL Insurance Company Limited as successor to XL Europe Limited who move this Court to dismiss all claims against them with prejudice and at plaintiffs' sole cost, for the reasons set forth in the attached Memorandum in Support. In the alternative, defendants pray that these claims be dismissed without prejudice and at plaintiffs' sole cost.

**WHEREFORE** Defendants XL Insurance Company Limited and XL Insurance Company Limited as successor to XL Europe Limited pray that this Court dismiss all claims against them with prejudice and at plaintiffs' sole cost. In the alternative, defendants pray that these claims be dismissed without prejudice and at plaintiffs' sole cost.

Respectfully submitted,

*Martin A. Stern*
MARTIN A. STERN, T.A. (#17154)
JEFFREY E. RICHARDSON (#2323)
CHRISTINE S. FORTUNATO (#30505)
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
Martin.Stern@arlaw.com
Jeff.Richardson@arlaw.com
Christine.Fortunato@arlaw.com

STEPHEN M. MARCELLINO
RICHARD S. OELSNER
JENNIFER ALAMPI
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Stephen.Marcellino@wilsonelser.com
Richard.Oelsner@wilsonelser.com
Jennifer.Alampi@wilsonelser.com

***Attorneys For XL Insurance Company Limited and XL Insurance Company Limited as successor to XL Europe Limited***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON