UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION<br><br>This document relates to:<br><br>DEAN and DAWN AMATO, *et al.*<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY, *et al.*<br>Civil Action No. 10-0932 | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAJ. JUDGE WILKINSON |

### AFFIDAVIT OF SEAN GORDON WASTIE IN SUPPORT OF MOTION TO DISMISS FILED BY XL INSURANCE COMPANY LIMITED AND XL INSURANCE COMPANY LIMITED AS SUCCESSOR TO XL EUROPE LIMITED

SEAN GORDON WASTIE, being duly sworn, deposes and says:

1. I submit this affidavit based upon personal knowledge and the records maintained by XL Insurance Company Limited ("XL Insurance Company") in its regular course of business and in support of the motion to dismiss submitted by XL Insurance Company on its own behalf and by XL Insurance Company as successor to XL Europe Limited for an order dismissing the action as against each based, in part, upon lack of personal jurisdiction over each. This affidavit also is submitted in support of that branch of the motion seeking dismissal because plaintiffs failed to properly serve the summons and complaint upon XL Insurance Company and XL Insurance Company as successor to XL Europe Limited.

2. I am the Company Secretary for XL Insurance Company. In that capacity, I am responsible for maintaining all corporate records and statutory compliance. I am familiar with the company's operations and its corporate status as well as the operations

1



and corporate status of XL Europe Limited. I am also the Senior Compliance officer for XL Insurance Company and in that role I am responsible for regulatory compliance.

3. XL Europe Limited merged into XL Insurance Company as of January 1, 2009.

4. Prior to its merger, XL Europe Limited was a corporation organized and existing under the laws of Ireland.

5. Prior to its merger, XL Europe Limited had its principal place of business and its registered office in Dublin, Ireland.

6. XL Insurance Company is a corporation organized and existing under the laws of England and Wales.

7. XL Insurance Company is a corporation in good standing under the laws of England and Wales.

8. At all relevant times, XL Europe Limited and XL Insurance Company:

   a. Were not registered, licensed or qualified to do business in Louisiana;

   b. Did not hold licenses issued by Louisiana;

   c. Did not own or rent offices or other facilities in Louisiana;

   d. Did not maintain a telephone number listed on an exchange in Louisiana;

   e. Did not have employees in Louisiana;

   f. Did not have officers or directors domiciled in Louisiana;

   g. Did not conduct any meetings of their board of directors or shareholders in Louisiana;

   h. Did not have underwriting offices in Louisiana;

3136778.1

  i. Did not have any bank accounts in Louisiana;

  j. Did not own, rent or lease any real or personal property in Louisiana;

  k. Did not advertise or solicit business on their behalf in publications directed primarily to residents of Louisiana;

  l. Were not admitted to write insurance in Louisiana;

  m. Were not approved surplus lines insurers in Louisiana;

  n. Did not authorize any insurance agent to write any business on their behalf in Louisiana;

  o. Did not issue or deliver insurance policies in Louisiana;

  p. Did not appoint the Secretary of State of Louisiana to accept service on their behalf;

  q. Did not have a registered agent for service of process in Louisiana.

9. From 2004 to the time XL Europe Limited merged into XL Insurance Company as of January 1, 2009, XL Europe Limited issued one policy on a directly procured basis through brokers outside Louisiana to a company located in Louisiana. The policy was issued for a one year period, September 30, 2007 to September 30, 2008.

10. From 2004 to the present, XLICL issued two policies on a directly procured basis through brokers outside Louisiana to two companies located in Louisiana. One policy was issued for a one year period, November 1, 2010 to November 1, 2011. The other policy was issued for a one year period, September 1, 2010 to September 1, 2011.

3136778.1

11. Plaintiffs attempted to effectuate service on XL Europe Limited through the Louisiana Secretary of State. See Exhibit "A". Process was sent by the Louisiana Secretary of State via regular mail to XL Europe Limited in London.

12. Plaintiffs attempted to effectuate service on XL Insurance Company Ltd through XL Insurance America, Inc. through the Louisiana Secretary of State. See Exhibit "B". Process was sent by the Louisiana Secretary of State via regular mail to XL Insurance America, Inc. located at 70 Seaview Avenue, Stamford, CT.

13. XL Europe Limited and XL Insurance Company never appointed the Louisiana Secretary of State to accept service on their respective behalf. XL Europe Limited and XL Insurance Company do not, and did not, transact any business in Louisiana that would serve as a basis for the Louisiana Secretary of State to accept service on their respective behalf.

14. XL Insurance America, Inc. is a separate corporate entity from XL Insurance Company. XL Insurance America, Inc. is not authorized to accept service on behalf of XL Insurance Company.

Dated: March 23, 2011

_____
Sean Gordon Wastie

England & Wales
City of London

IN WITNESS HEREOF:

_____ (HENRIETTA NELSON)

CMS Cameron McKenna LLP
100 Leadenhall Street
London EC3A 3BP

4

3136778.1