Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
APS International  
1-800-328-7

Aug 4 2010
11:00AM

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--XL Europe Ltd., through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: **LOUISIANA** ) ss.
~~County~~ PARISH of: **LIVINGSTON**

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave., city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
XL Europe Ltd., through the Louisiana Secretary of State
By delivering them into the hands of an officer or managing agent whose name and title is
Julie Neseitt, Legal Department/Supervisor

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair
Approx. Age 45 ; Approx. Height 5'06" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
*(signature)*
Signature of Server

Subscribed and sworn to before me this 22 day of July, 2010
*(signature)* 4/29/13
Notary Public    (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-157

**EXHIBIT B**

## Suit Details

| | |
|---|---|
| Entity Name: | XL EUROPE LTD |
| Contact: | |
| Address: | 70 GRACECHURCH STREET |
| | LONDON, UK, EC3V0XL |
| City, State, Zip: | |

## Status Details

| | |
|---|---|
| Suit Number: | 10932 |
| Suit Status: | Complete |
| Date Received: | 7/19/2010 |
| Date Mailed: | 7/20/2010 |
| Certified Mail Receipt: | |

## Court Details

| | |
|---|---|
| Court Name: | UNITED STATE DISTRICT COURT |
| Court Location: | EASTERN DISTRICT OF LOUISIANA |
| Plaintiff: | DEAN AMATO, ET AL |
| Defendant: | LIBERTY MUTUAL INS., ET AL |

[ Back to Search Results ]   [ New Search ]

Service of Process by
APS International 
1-800-328-7



Aug 4 2010
11:02AM

Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--XL Insurance Company Ltd., aka XL Insurance America, Inc., through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

State of: __LOUISIANA__  ) ss.
~~County~~ Parish of: __LIVINGSTON__  )

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave., city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
XL Insurance Company Ltd., aka XL Insurance America, Inc., through the Louisiana Secretary of State
By delivering them into the hands of an officer or managing agent whose name and title is
Julie Neseitt, Legal Department/Supervisor

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  brown ; Facial Hair ___
Approx. Age  45 ; Approx. Height  5'06" ; Approx. Weight  175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25TH day of JULY, 20 10

Notary Public    (Commission Expires) 4/29/13

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-158

**Suit Details**

| | |
|---|---|
| Entity Name: | XL INSURANCE AMERICA, INC. |
| Contact: | ATTN: TONI ANN PERKINS, VICE PRES, SEC. |
| Address: | XL AMERICA, INC. |
| | 70 SEAVIEW AVENUE |
| City, State, Zip: | STAMFORD, CT 06902-6040 |

**Status Details**

| | |
|---|---|
| Suit Number: | 10932 |
| Suit Status: | Complete |
| Date Received: | 7/19/2010 |
| Date Mailed: | 7/20/2010 |
| Certified Mail Receipt: | 70100290000131092506 |

**Court Details**

| | |
|---|---|
| Court Name: | UNITED STATE DISTRICT COURT |
| Court Location: | EASTERN DISTRICT OF LOUISIANA |
| Plaintiff: | DEAN AMATO, ET AL |
| Defendant: | LIBERTY MUTUAL INS., ET AL |

[ Back to Search Results ]   [ New Search ]