# **XL** INSURANCE

## HOMEBUILDERS UMBRELLA
*Issued by*
**XL Europe Limited**
La Touche House, International Financial Services Centre, Dublin 1

**Commercial Umbrella Liability Policy**

### DECLARATIONS

---

**POLICY NUMBER:** IE00012802LI05A

**RENEWAL OF:** XLEOCC-05149

**ITEM 1. NAMED INSURED:** Lennar Corporation and its Subsidiary(ies) and Affiliate(s)

**MAILING ADDRESS:** 700 NW 107th Ave Ste 400, Miami, Florida

**ITEM 2. POLICY PERIOD:** FROM: 1 November, 2005    TO: 1 November 2008
(At 12:01 A.M., standard time, at the address of the Named Insured stated above.)

**ITEM 3. LIMITS OF INSURANCE**

The Limits of Insurance, subject to the terms of this policy, are:

A.    20,000,000 Each Occurrence
B.    20,000,000 General Aggregate (in accordance with Section IV. Limits of Insurance)
C.    20,000,000 Products-Completed Operations Aggregate (in accordance with
      Section IV. Limits of Insurance)

These Limits Reinstate on Each Policy Anniversary But Will Not Carry Forward in Addition To The Reinstated
Limits. The limits specified are eroded by Defense Costs and Indemnity

**ITEM 4. SELF-INSURED RETENTION** — See Self-Insured Retention Schedule

**ITEM 5. SCHEDULED UNDERLYING INSURANCE** — See Schedule of Underlying Insurance

**ITEM 6. APPROVED COUNSEL SELF-INSURED RETENTION CREDIT:** Not Applicable

**ITEM 7. MINIMUM & DEPOSIT PREMIUM (Gross) :** 
(35 % Minimum Earned Premium at Inception)
**MINIMUM & DEPOSIT PREMIUM (Net) :** 

**ITEM 8. THIS POLICY INCLUDES THESE ENDORSEMENTS AT INCEPTION DATE:** SEE ATTACHED SCHEDULE

**INSURED'S REPRESENTATIVE:** JLT Risk Solutions
**ADDRESS:** 6 Crutched Friars, London, EC3N 2PH

By:      Robert J Patten
Title:   Casualty Underwriting Manager
Date:    May 19th, 2006



**EXHIBIT**

**E**

## FORMS SCHEDULE

**Named Insured:**     Lennar Corporation and its Subsidiary (ies) and Affiliate (s)

**Policy Number:**     IE00012802LI05A

**Effective 12.01AM**     1 November 2005

| Endt No | Form Name |
|---------|-----------|
| 1 | Schedule of Underlying Insurance |
| 2 | Schedule of Self Insured Retentions |
| 3 | Arbitration Clause |
| 4 | Silica Exclusion |
| 5 | Premium Calculation Endorsement |
| 6 | Amendment to Article VI Exclusions, Item A |
| 7 | Wrap-Up Endorsement |
| 8 | Broad Form Named Insured Endorsement |
| 9 | Endorsement Deleting Exclusions G & H |
| 10 | Cancellation Amendment |

**XL INSURANCE**

Insured:          Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.        IE00012802LI05A
Endorsement No:  1
Effective Date:    1 November 2005

## SCHEDULE OF UNDERLYING INSURANCE

| TYPE OF COVERAGE | CARRIER | LIMITS OF LIABILITY |
|---|---|---|
| General Liability | San Felipe Indemnity Co. Ltd. | USD7, 500,000 each Occurrence<br>USD7, 500,000 Annual Aggregate<br>USD10, 000,000 **Products-Completed Operations Aggregate** |

The limits specified are eroded by Defence Costs and Indemnity

Excess of:

| | | |
|---|---|---|
| Employers Liability | Old Republic | USD2, 000,000 each Accident<br>USD2, 000,000 Disease Policy Limit<br>USD2, 000,000 Disease each employee |
| Automobile Liability<br>(Hired and non-owned vehicles) | CNA | USD 1,000,000 per **Occurrence/Aggregate** |
| Automobile Liability<br>(Hired and non-owned vehicles) | RSUI | USD 6,500,000 per **Occurrence/Aggregate**<br>in excess of Primary CNA Policy above |
| Aviation Liability<br>(Scheduled Aircraft) | American Alternative Insurance Corpn.<br>(& others) | USD300,000,000 Per **Occurrence** |

The Policies specified are renewable annually and continued coverage under this Policy is dependent upon renewal of these policies on each anniversary throughout the three year term of this Policy.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

XL EUROPE LTD

By: _____
    Robert J Patten

Title:   Casualty Underwriting Manager - Ireland

Date:  May 19th, 2006.

**XL** INSURANCE

Insured:          Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.        IE00012802LI05A
Endorsement No:   2
Effective Date:   1 November 2005

## SCHEDULE OF SELF INSURED RETENTIONS

General Liability and **Products-Completed Operations**

In the event of erosion of Scheduled Underlying Insurance only the following **Self Insured Retention** will apply.

i)      USD1,000,000  each **Occurrence** (eroded by Defense Costs and Indemnity)

It is further noted and agreed that Article II. Self Insured Retention, Item C is amended to read:

The **Self Insured Retention** applies only in the event that insurance purchased by the **Insured**, as detailed in Endorsement 1 Schedule of Underlying Insurance, has been exhausted by payment of **Loss**.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

XL EUROPE LTD

By:_____
   Robert J Patten

Title:    Casualty Underwriting Manager - Ireland

Date:    May 19th, 2006


**XL**INSURANCE

Insured:           Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.         IE00012802LI05A
Endorsement No.    3
Effective Date:    1 November 2005

## ARBITRATION CLAUSE

It is hereby understood and agreed that the following is added to Section VII. **Conditions** of this Policy:

**T. Arbitration**

(1)  Any dispute, controversy or claim arising out of or relating to this Policy or the breach, termination or invalidity thereof shall be finally and fully determined in London, England under the provisions of the Arbitration Acts of 1950, 1975 and 1979 and/or any statutory modifications or amendments thereto, for the time being in force, by a Board composed of three arbitrators to be selected for each controversy as follows:

> Any party may, in the event of such a dispute, controversy or claim, notify the other party or parties to such dispute, controversy or claim of its desire to arbitrate the matter, and at the time of such notification the party desiring arbitration shall notify any other party or parties of the name of the arbitrator selected by it. The other party who has been so notified shall within thirty (30) calendar days thereafter select an arbitrator and notify the party desiring arbitration of the name of such second arbitrator. If the party notified of a desire for arbitration shall fail or refuse to nominate the second arbitrator within thirty (30) calendar days following the receipt of such notification, the party who first served notice of a desire to arbitrate will, within an additional period of thirty (30) calendar days, apply to a judge of the High Court of Justice of England and Wales for the appointment of a second arbitrator and in such a case the arbitrator appointed by such a judge shall be deemed to have been nominated by the party or parties who failed to select the second arbitrator. The two arbitrators, chosen as above provided, shall within thirty (30) calendar days after the appointment of the second arbitrator choose a third arbitrator. In the event of the failure of the first two arbitrators to agree on a third arbitrator within said thirty (30) calendar day period, either of the parties may within a period of thirty (30) calendar days thereafter, after notice to the other party or parties, apply to a judge of the High Court of Justice of England and Wales for the appointment of a third arbitrator and in such case the person so appointed shall be deemed and shall act as the third arbitrator. Upon acceptance of the appointment by said third arbitrator, the Board of Arbitration for the controversy in question shall be deemed fixed. All claims, demands, denials of claims and notices pursuant to this Condition T. shall be given in accordance with Condition G. of this Policy.

(2)  The Board of Arbitration shall fix, by a notice in writing to the parties involved, a reasonable time and place for the hearing and may prescribe reasonable rules and regulations governing the course and conduct of the arbitration proceeding, including without limitation discovery by the parties.

(3)  The Board shall, within ninety (90) calendar days following the conclusion of the hearing, render its decision on the matter or matters in controversy in writing and shall cause a copy thereof to be served on all the parties thereto. In case the Board fails to reach a unanimous decision, the decision of the majority of the members of the Board shall be deemed to be the decision of the Board and the same shall be final and binding on the parties thereto. Such decision shall be a complete defence to any attempted appeal or litigation of such decision in the absence of fraud or collusion. Without limiting the foregoing, the parties waive any right to appeal to, and/or seek collateral review of the decision of the Board of Arbitration by, any court or other body to the fullest extent permitted by applicable law.

**XL** INSURANCE

Insured:             Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.           IE00012802LI05A
Endorsement No.      3
Effective Date:      1 November 2005

## ARBITRATION CLAUSE (cont'd)

(4)   Any order as to the costs of the arbitration shall be in the sole discretion of the Board, who may direct to whom and by whom and in what manner they shall be paid.

(5)   XL Europe Ltd and the Insured agree that in the event that claims for indemnity or contribution are asserted in any action or proceeding against us by any of your other insurers in any jurisdiction or forum other than that set forth in this Condition, you will in good faith take all reasonable steps requested by us to assist us in obtaining a dismissal of these claims (other than on the merits) and will, without limitation, undertake to the court or other tribunal to reduce any judgment or award against such other insurers to the extent that the court or tribunal determines that we would have been liable to such insurers for indemnity or contribution pursuant to this Policy. You shall be entitled to assert claims against us for coverage under this Policy, including, without limitation, for amounts by which the Insured reduced its judgment against such other insurers in respect of such claims for indemnity or contribution, in an arbitration between XL Europe Ltd and the Insured pursuant to this Condition, which arbitration may take place before, concurrently with and/or after the action or proceeding involving such other insurers; provided, however, that XL Europe Ltd in such arbitration in respect of such reduction of any judgment shall be entitled to raise any defences under this Policy and any other defences (other than jurisdictional defences) as it would have been entitled to raise in the action or proceeding with such insurers (and no determination in any such action or proceeding involving such other insurers shall have collateral estoppel, res judicata or other issue preclusion or estoppel effect against us in such arbitration, irrespective of whether or not we remained a party to such action or proceeding).

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this **Policy** otherwise remain unchanged.

XL EUROPE LTD

By:

Robert J Patten

Title:   Casualty Underwriting Manager - Ireland

Date:    May 19th, 2006

 INSURANCE

Insured:          Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.        IE00012802LI05A
Endorsement No.   4
Effective Date:   1 November 2005

---

## SILICA EXCLUSION

Notwithstanding any other provision of this Policy, it is hereby agreed that this Policy shall not apply to, and we shall have no liability hereunder (including, but not limited to, as respects any injury, damage, expense, cost, loss, demand, claim, or legal obligation) in respect of any actual or alleged **Personal Injury** arising out of, resulting from, caused by, or related to, crystalline silica or crystalline silica-containing materials.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

XL EUROPE LTD

By: _____
    Robert J Patten

Title:   Casualty Underwriting Manager - Ireland

Date:    May 19th, 2006

**XL**INSURANCE

Insured: Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No. IE00012802LI05A
Endorsement No. 5
Effective Date: 1 November 2005

## PREMIUM CALCULATION ENDORSEMENT

It is hereby noted and agreed that the premium, as set out in Item 7 of the Declarations, is a minimum and deposit premium subject to adjustment at the end of Each Annual Period.

The premium is adjustable when the number of homes closing escrow in any one annual period exceeds the following;

2005/2006 Year – 52,000 Homes Closing Escrow

2006/2007 Year – 56,600 Homes Closing Escrow

2007/2008 Year – 62,000 Homes Closing Escrow

In this eventuality, the premium will be adjusted at a rate of $99 per home and will occur annually, within 60 days of each anniversary.

Any adjustment of premium is in an upwards direction only.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

XL EUROPE LTD

By:
Robert J Patten

Title: Casualty Underwriting Manager - Ireland

Date: May 19th, 2006

**XL** INSURANCE

Insured:           Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.         IE00012802LI05A
Endorsement No.    6
Effective Date:    1 November 2005

---

## AMENDMENT TO ARTICLE VI, ITEM A ENDORSEMENT

It is hereby noted and agreed that Article VI, Exclusions, Item A is amended to read as follows :-

This insurance does not apply to **Bodily Injury** or **Property Damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any **Insured**. Use includes operation and loading and unloading.

This exclusion applies even if the claims against any **Insured** allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that **Insured**, if the **Occurrence** which caused the **Bodily Injury** or **Property Damage** involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any **Insured**.

However, this exclusion does not apply to a watercraft you do not own that is less than 26 feet long and not being used to carry persons or property for a charge.

Furthermore, this exclusion does not apply to liability for **Property Damage** to third parties or **Personal Injury** arising out of or allegedly arising out of **Industrial Aid Aircraft Use**, but in respect of any **Occurrence** arising out of **Industrial Aid Aircraft Use** the per **Occurrence** retention amount shall be the greater of the amount set forth in the Schedule of Underlying Insurance under Endorsement No. 1 of US$300,000,000 (or equivalent).  **Property Damage** to third parties" shall include only damage to other **Aircraft** or to tangible property on the ground occurring upon the physical impact of the **Aircraft** owned, leased or chartered by the **Insured** or the debris thereof with such other **Aircraft** or property on the ground (as well as associated debris removal) but shall not include, without limitation, **Property Damage** to the hull or any other portion of the **Aircraft**, owned, used, leased or chartered by the **Insured** or to its cargo or other contents.

For the purpose of this Endorsement, **Industrial Aid Aircraft Use** is defined as follows:

"**Industrial Aid Aircraft Use**" means use by the **Insured** of any owned, non-owned, leased or chartered **Aircraft** principally for the transportation of officers and employees of the **Insured** and invited guests having a seating capacity (exclusive of cockpit crew but inclusive of cabin crew) of no more than 20 persons (whether or not all such seats are occupied) but shall not include:

(1)   use of any **Aircraft** for any commercial or charter passenger and/or cargo airline, any other **Aircraft** charter operation, any flight school or aviation training business or any other operations by which the **Insured** for compensation (other than cost reimbursement) makes available **Aircraft** owned, operated or used by it or aviation transportation services to others;

(2)   use of any **Aircraft** held in inventory or otherwise for sale, lease, charter or delivery to another person by an **Insured** in the business of manufacture, sale, lease or charter of **Aircraft**;

(3)   use of **Aircraft** for product testing or demonstration purposes;



Insured: Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No. IE00012802LI05A
Endorsement No. 6
Effective Date: 1 November 2005

## INDUSTRIAL AID AIRCRAFT ENDORSEMENT

(4) use of **Aircraft** owned by a party other than the **Insured** which is being
serviced, maintained, fuelled or tested or otherwise is in the temporary care,
custody or control of the **Insured** in connection with any business operations
of the **Insured** relating to **Aircraft** servicing, maintenance, fuelling, testing,
storage or associated or similar matters; or

(5) use of any **Aircraft** giving rise to liability of the **Insured** arising out of the
**Insured's Products**.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this
Policy otherwise remain unchanged.

XL EUROPE LTD

By: _____
Robert J Patten

Title: Casualty Underwriting Manager - Ireland

Date: May 19th, 2006



Insured:           Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.         IE00012802LI05A
Endorsement No:    7
Effective Date:    1 November 2005

## WRAP-UPS ENDORSEMENT

It is hereby noted and agreed that section VI, EXCLUSIONS, DD, "Wrap-Ups" is amended to read as follows:

### DD. "Wrap-Ups"

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of any project that is insured under any other policy providing "wrap-up" coverage or under any similar rating plan.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

**XL EUROPE LTD**

By: _____
       Robert J Patten

Title:  Casualty Underwriting Manager - Ireland
        XL Europe Ltd

Date:  May 19th, 2006

**XL** INSURANCE

Insured:            Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.          IE00012802LI05A
Endorsement No.     8
Effective Date:     1 November 2005

## BROAD FORM NAMED INSURED ENDORSEMENT

It is hereby agreed that the **Named Insured** appearing on the Commercial Umbrella Liability
Policy DECLARATIONS page is amended to include the following:

Any owned, controlled. associated, affiliated or subsidiary companies, corporations, limited
liability companies, partnerships or joint ventures that have been or are now or hereinafter
constituted or acquired or for which any **Named Insured** had, has or will have management
responsibility or the responsibility to provide insurance.

It is further agreed that coverage provided under this Policy is extended to include the
**Insured's** interest in any partnership, joint venture, or other business entity into which the
**Insured** or its subsidiaries or affiliates may enter. We agree to pay on behalf of the **Insured**
all losses within the scope of this Policy sustained by the **Insured** as a result of the **Insured's**
participation in such partnership, joint venture or other business entity.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this
Policy otherwise remain unchanged.

XL EUROPE LTD

By

Robert J Patten

Title:   Casualty Underwriting Manager - Ireland

Date:   May 19th, 2006


XL INSURANCE

Insured: Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No. IE00012802LI05A
Endorsement No: 9
Effective Date: 1 November 2005

## ENDORSEMENT DELETING EXCLUSIONS G & H

It is hereby noted and agreed that **Exclusion G. Damage to Your Product** and **Exclusion H. Damage To Your Work** are hereby deleted.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this Policy otherwise remain unchanged.

**XL EUROPE LTD**

By: _____

Robert J Patten

Title: Casualty Underwriting Manager - Ireland
XL Europe Ltd

Date: May 19th, 2006

 XL INSURANCE

Insured:              Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No.            IE00012802LI05A
Endorsement No.      10
Effective Date:      1 November 2005

## CANCELLATION AMENDMENT

We agree to waive our rights to cancel this Policy except for the following reasons ;
Non-payment of premium, material change in exposure or operations or fraud or material
misrepresentation by the Insured in obtaining this coverage.

If we elect to cancel coverage for any of the reasons cited above we will send, by certified
return receipt mail to the first Named Insured at the address appearing on the declarations, a
90 day notice of such cancellation except in case of cancellation for non- payment of premium
which shall be a 15 day notice.

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this
Policy otherwise remain unchanged.

XL EUROPE LTD

By

Robert J Patten

Title:    Casualty Underwriting Manager - Ireland

Date:    May 19th, 2006


**XL**INSURANCE

Insured:      Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No:      IE00012802L105A
Endorsement No: 12.A.
Policy Period: 1st November 2005 to 1st September 2009

Effective date of Endorsement: 1st November 2008

This Policy is amended in that Item 2. Policy Period of the Declarations is amended to read:

ITEM 2.      POLICY PERIOD:      FROM 1 November, 2005      TO 1 SEPTEMBER 2009
(at 12.01 A.M., standard time, at the address of the Named
Insured stated above)

Insured:          Lennar Corporation and its Subsidiary (ies) and Affiliate (s)
Policy No:        IE00012802L105A
Endorsement No: 15
Policy Period: 1ˢᵗ November 2005 to 1ˢᵗ September 2009

Effective date of Endorsement: 1ˢᵗ November 2005

This Policy is amended in that Endorsement 2 is deleted in it's entirety and replaced as follows:

## SCHEDULE OF SELF INSUREDS

General Liability and products-Completed Operations

In the event of the total erosion of Scheduled Underlying Insurance only the following Self Insured Retention will apply to all and any subsequent Losses

i)          USD 1,000,000 (eroded by Defense Costs and Indemnity)

It is further noted and agreed that Article II. Self Insured Retention, Item C is amended to read:

The Self Insured Retention applies only to subsequent Losses following the total exhaustion, by payment of Loss, of the Schedule of Underlying Insurance as detailed in Endorsement 1

The terms, declarations, insuring agreements, definitions, exclusions and conditions of this policy otherwise remain unchanged.



# HOME BUILDERS UMBRELLA

COMMERCIAL UMBRELLA LIABILITY POLICY
*Issued by*
XL Europe Limited,
La Touche House, IFSC, Dublin 1, Ireland

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this Policy. The words "we", "us" and "our" refer to the company issuing this insurance shown on the Declarations page.

The word Insured means any person or organization qualifying as such under Section V. Definitions.

Other words and phrases that appear in bold print have special meaning. See Section V. Definitions.

---

In consideration of the payment of the premium and in reliance upon the statements in the Declarations, we agree to provide coverage as follows:

| I. INSURING AGREEMENT: EXCESS LIABILITY OVER INSURED'S SELF INSURED RETENTION AND SCHEDULED UNDERLYING INSURANCE |
|---|

A. We will pay on behalf of the Insured those sums in excess of the Self-Insured Retention that the Insured becomes legally obligated to pay as damages by reason of liability imposed by law because of Bodily Injury, Property Damage, or Personal Injury and Advertising Injury to which this insurance applies or because of Bodily Injury or Property Damage to which this insurance applies assumed by the Insured under an Insured Contract, provided that:

1. the Bodily Injury or Property Damage is caused by an Occurrence that takes place anywhere, and the Bodily Injury or Property Damage occurs during the Policy Period; or

2. the Bodily Injury or Property Damage occurred after the end of the Policy Period and within the applicable statute of limitations or within fifteen (15) years from the common area transfer of title or from the Unit close of escrow, whichever is less, and arising out of a Unit or Common Area, the deed or title to which was recorded in the name of the original third party purchaser with the county clerk during the Policy Period; or

3. the Personal Injury and Advertising Injury is caused by an Occurrence arising out of your business, but only if the Occurrence was committed during the Policy Period; or at any time, following the expiration or cancellation date of the Policy, until all applicable Statutes of Limitations or Repose expire or 15 years after close of escrow, whichever is earliest; or

4. prior to the Policy Period, no Insured defined in definition I. of Section V, no manager in your risk management, insurance or legal department and no employee who was authorized by you to give or receive notice of an Occurrence, claim or Suit, knew that Bodily Injury or Property Damage had occurred, in whole or in part or that an Occurrence had been committed that caused Personal Injury and Advertising Injury. If such an Insured, manager or authorized employee knew, prior to the Policy Period, that the Bodily Injury or Property Damage had occurred or that an Occurrence had been committed that caused Personal Injury and Advertising Injury, then any continuation, change or resumption of such Bodily Injury, Property Damage or Personal Injury and Advertising Injury during or after the Policy Period will be deemed to have been known prior to the Policy Period.

Page 1 of 26



5. **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** will be deemed to have been known to have occurred at the earliest time when any **Insured** defined in definition I. of Section V, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit**:

   a. reports all, or any part, of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** to us or any other insurer;

   b. receives a written or verbal demand or claim for damages because of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury**; or

   c. becomes aware by any other means that **Bodily Injury** or **Property Damage** has occurred or has begun to occur or an **Occurrence** has been committed that has caused or may cause **Personal Injury and Advertising Injury**.

6. Coverage under this Paragraph A will be provided on the terms, definitions, conditions and exclusions of this Policy.

B. We will pay on behalf of the **Insured** those sums in excess of the total applicable limits of **Scheduled Underlying Insurance** that the **Insured** becomes legally obligated to pay as damages provided the damages would be covered by **Scheduled Underlying Insurance**, except for exhaustion of the total applicable limits of **Scheduled Underlying Insurance** by the payment of **Loss**.

Coverage under this Paragraph B will follow the terms, definitions, conditions and exclusions of **Scheduled Underlying Insurance**, subject to the **Policy Period**, Limits of Insurance, premium and all other terms, definitions, conditions and exclusions of this Policy. If any provisions of **Scheduled Underlying Insurance** conflict with any provisions of this Policy, the provisions of this Policy will apply.

C. If we are prevented by law or statute from paying damages on behalf of the **Insured**, then we will indemnify the **Insured** for those sums in excess of the **Self-Insured Retention** or **Scheduled Underlying Insurance**.

D. We will not pay a **Loss**, unless the **Self-Insured Retention** or **Scheduled Underlying Insurance** has been exhausted by the payment of such **Loss**.

E. The amount we will pay for damages is limited as described in Section IV. Limits of Insurance.

## II. SELF INSURED RETENTION

A. This insurance applies only in excess of the **Self-Insured Retention** and only for those coverages listed in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations.

B. The each **Occurrence Self-Insured Retention** and Aggregate **Self-Insured Retention**, if any, shown in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations will only be reduced or exhausted by the payment of **Loss**.

C. The **Self-Insured Retention** applies whether or not there is any available **Other Insurance**. If there is insurance purchased by the **Insured** applicable to a **Loss**, amounts received through such insurance for payment of the **Loss** may be applied to reduce or exhaust the each **Occurrence Self-Insured Retention** shown in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations. However, in no event will amounts received through such insurance for the payment of expenses to defend any **Suit** or to investigate any claim reduce the each **Occurrence Self-Insured Retention**.

D. The each **Occurrence Self-Insured Retention** shown in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss** with respect to any one covered **Occurrence**.



E. The Aggregate **Self-Insured Retention**, if any, shown in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss**.

## III. DEFENSE PROVISIONS

A. We will have the right but not the duty to defend any **Suit** against the **Insured** that seeks damages covered under this Policy when the **Self-Insured Retention** has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

B. We will have the right and duty to defend any **Suit** against the **Insured** that seeks damages covered under this Policy when the total applicable limits of **Scheduled Underlying Insurance** has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

C. When we assume the defense of any **Suit**, we will:

1. defend, investigate, negotiate and settle the **Suit** as we deem expedient; and

2. pay the following:

   a. premiums on bonds to release attachments for amounts not exceeding the applicable Limits of Insurance of this Policy, but we are not obligated to apply for or furnish any such bond;

   b. premiums on appeal bonds required by law to appeal the **Suit**, but we are not obligated to apply for or furnish any such bond;

   c. all court costs taxed against the **Insured** in the **Suit**;

   d. pre-judgment interest awarded against the **Insured** on that part of the judgment we pay. If we make a settlement offer within the applicable Limits of Insurance of this Policy that is acceptable to the claimant, we will not pay any pre-judgment interest accruing after we make such offer;

   e. post-judgment interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court that part of the judgment that is within the applicable Limits of Insurance of this Policy; and

   f. the **Insured's** expenses incurred with our express written consent.

D. Except as provided in Paragraph B above, we will have no duty to defend any **Suit** against the **Insured**. We will, however, have the right, but not the duty, to participate in the defense of any **Suit** and the investigation of any claim to which this Policy may apply. If we exercise any of these rights, we will do so at our own expense.

E. We will not defend any **Suit**, or pay any attorney fees or litigation expenses including, without limitation, the expenses described in Paragraph C above that accrue after the applicable Limits of Insurance of this Policy have been exhausted by the payment of **Loss** and we will have the right to withdraw from the further defense of such **Suit** by tendering control of said defense to the **Insured**.

## IV. LIMITS OF INSURANCE

A. The Limits of Insurance shown in Item 3 of the Declarations and the rules below state the most we will pay regardless of the number of:

1. **Insureds**;

2. claims made or **Suits** brought against any or all **Insureds**;

3. persons or organizations making claims or bringing **Suits**; or



4. coverages provided under this Policy.

B. The General Aggregate Limit shown in Item 3B of the Declarations is the most we will pay for all damages, except for damages included in the Products-Completed Operations Hazard.

C. The Products-Completed Operations Aggregate Limit shown in Item 3C of the Declarations is the most we will pay for all damages included in the Products-Completed Operations Hazard.

D. Subject to Paragraphs B and C above, the Each Occurrence Limit stated in Item 3A of the Declarations is the most we will pay for the sum of all damages arising out of any one Occurrence.

E. Subject to Paragraphs B and C above, the most we will pay for damages under this Policy on behalf of any person or organization to whom you are obligated by written Insured Contract to provide insurance such as is afforded by this Policy is the lesser of the Limits of Insurance shown in Item 3 of the Declarations or the Limits of Insurance you agreed to procure in such written Insured Contract.

F. If the Self-Insured Retention or limits of Scheduled Underlying Insurance are reduced or exhausted by the payment of Loss, we will:

1. in the event of reduction, pay excess of the remaining limits of Self-Insured Retention or Scheduled Underlying Insurance; and,

2. in the event of exhaustion, continue in force as excess of the exhausted Self-Insured Retention or Scheduled Underlying Insurance.

G. Paragraph B applies only in excess of the total applicable limits of Scheduled Underlying Insurance. If, however, a Policy shown in the Schedule of Underlying Insurance referenced in Item 5 of the Declarations has a limit of insurance:

1. greater than the amount shown in such schedule, this Policy will apply in excess of the greater amount; or

2. less than the amount shown in such schedule, this Policy will apply in excess of the amount shown in such schedule.

H. Expenses incurred to defend any Suit or to investigate any claim will reduce the applicable Limits of Insurance of this Policy.

I. The Limit of Insurance of this Policy as respects to Item 3B of the Declarations, General Aggregate, applies separately to each consecutive annual period and to any remaining period of less than twelve (12) months, beginning with the inception date of the Policy Period, unless the Policy Period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance of this Policy.

J. The Limit of Insurance of this Policy as respects Item 3C of the Declarations, Products-Completed Operations Aggregate, applies for a period of fifteen (15) years after the end of each consecutive annual period or the applicable statute of limitations has expired, whichever occurs first. This limit shall not reinstate annually.

---

## V.  DEFINITIONS

A. Advertisement means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

1. notices that are published include material placed on the Internet or on similar electronic means of communication; and



   2. regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

B. **Auto** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. **Auto** does not include **Mobile Equipment.**

C. **Bodily Injury** means bodily injury, sickness or disease sustained by any person, including death or mental anguish resulting from any of these at any time.

D. **Common Area** means:

   1. **Improvements** to real estate, regardless of ownership, which are not part of, attached to or conveyed with a **Unit** and are contained within the geographical boundaries and are an integral part of the **Project.**

   2. Common Area shall include, but not be limited to, any roads, curbs, retaining or decorative walls, berms, recreation amenities of any kind, sewer and water mains, athletic facilities, common rooms or recreation facilities, fire roads and breaks, utility access easements and any other **Improvement** given, conveyed, sold, or otherwise transferred by the **Insured** to any government entity or homeowners association, by whatever name.

E. **Fungus(i), Mold(s) and Spore(s)** means:

   1. **Fungus(i)** includes, but is not limited to, any of the plants or organisms belonging to the major group Fungi, lacking chlorophyll, and including molds, rusts, mildews, smuts and mushrooms;

   2. **Mold(s)** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce molds;

   3. **Spore(s)** means any dormant or reproductive body produced by or arising or emanating out of any **Fungus(i), Mold(s),** mildew, plants, organisms or microorganisms.

F. **Hostile Fire** means a fire that becomes uncontrollable or breaks out from where it was intended to be.

G. **Impaired Property** means tangible property, other than **Your Product** or **Your Work,** that cannot be used or is less useful because:

   1. it incorporates **Your Product** or **Your Work** that is known or thought to be defective, deficient, inadequate or dangerous; or

   2. you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   1. the repair, replacement, adjustment or removal of **Your Product** or **Your Work;** or

   2. your fulfilling the terms of the contract or agreement.



H. **Improvement** means an addition to real property, whether permanent or not; especially one that increases its value or utility or that enhances its appearance.

I. **Insured** means:

1. the **Named Insured**;

2. If you are designated in the Declarations as:

   a. an individual, you and your spouse are **Insureds**, but only with respect to the conduct of a business of which you are the sole owner;

   b. a partnership or joint venture, you are an **Insured**. Your members and your partners are also **Insureds**, but only with respect to the conduct of your business;

   c. a limited liability company, you are an **Insured**. Your members are also **Insureds**, but only with respect to the conduct of your business. Your managers are **Insureds**, but only with respect to their duties as your managers;

   d. an organization other than a partnership, joint venture or limited liability company, you are an **Insured**. Your executive officers and directors are **Insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **Insureds**, but only with respect to their liability as stockholders;

   e. a trust, you are an **Insured**. Your trustees are also **Insureds**, but only with respect to their duties as trustees;

3. your employees other than your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

4. your volunteer workers only while performing duties related to the conduct of your business;

5. any person or organization (other than your employee or volunteer worker) while acting as your real estate manager;

6. any person or organization to whom you are obligated by a written **Insured Contract** to provide insurance such as is afforded by this Policy, but only with respect to their liability arising out of operations conducted by you or on your behalf.

7. any person or organization that you have agreed by contract or agreement to add as an **Insured** under this Policy but only with respect to liability arising out of such person's or organization's operations or work for you at any of your project sites. However,

   (a) Coverage under this provision is limited to work or operations performed under that contract or agreement;

   (b) Coverage does not apply to **Bodily Injury** or **Property Damage** that occurred before you entered into that contract or agreement;

   (c) Coverage does not apply to **Personal and Advertising Injury** arising out of an offence committed before you entered into that contract or agreement.

Notwithstanding any of the above, no person or organization is an **Insured** with respect to the conduct of any current, past or newly formed partnership, joint venture or limited liability company that is not designated as a **Named Insured** in Item 1 of the Declarations.

J. **Insured Contract** means that part of any contract or agreement pertaining to your business under which any **Insured** assumes the tort liability of another party to pay for **Bodily Injury** or **Property Damage** to a third

Page 6 of 26



person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Insured Contract does not include that part of any contract or agreement:

1. that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   a. preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   b. giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

2. under which the Insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the Insured's rendering or failure to render professional services, including those listed in subparagraph 2 above and supervisory, inspection, architectural or engineering activities.

K. Loss means those sums actually paid as judgments and settlements that would be covered by this Policy. Expenses incurred to defend any Suit or to investigate any claim will reduce the applicable Limits of Insurance of this Policy.

L. Mobile Equipment means any of the following types of land vehicles, including any attached machinery or equipment:

   1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   2. vehicles maintained for use solely on or next to premises you own or rent;

   3. vehicles that travel on crawler treads;

   4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      a. power cranes, shovels, loaders, diggers or drills; or

      b. road construction or resurfacing equipment such as graders, scrapers or rollers;

   5. vehicles not described in Paragraph 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      a. air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment; or

      b. cherry pickers and similar devices used to raise or lower workers;

   6. vehicles not described in Paragraph 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not Mobile Equipment, but will be considered Autos:

   a. equipment designed primarily for:

      i) snow removal;

      ii) road maintenance, but not construction or resurfacing; or

      iii) street cleaning;

 INSURANCE

    b. cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment mounted on automobile or truck chassis.

M. **Named Insured** means:

    1. any person or organization designated in item 1 of the Declarations;

    2. any organization in which you maintain an interest of more than fifty percent (50%) as of the effective date of this Policy and to which more specific insurance does not apply, provided that this Policy does not apply to any **Bodily Injury** or **Property Damage** that occurred or any **Personal Injury and Advertising Injury** that was caused by an **Occurrence** that was committed before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

    3. any organization, except for a partnership or a joint venture, that you acquire or form during the **Policy Period** in which you maintain an interest of more than fifty percent (50%) and to which more specific insurance does not apply, provided that:

        a. this Policy does not apply to any **Bodily Injury** or **Property Damage** that occurred, or any **Personal Injury** or **Advertising Injury** that was caused by an **Occurrence** that was committed, before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

        b. you give us notice within ninety (90) days of such acquisition or formation of such organization.

    A partnership or a joint venture that you acquire or form during the **Policy Period** may be added as an **Insured** only by a written endorsement that we make a part of this Policy.

    We may, at our option, make an additional premium charge for any organization that you acquire or form during the **Policy Period**.

N. **Occurrence** means:

    1. As respects **Bodily Injury**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in **Bodily Injury** neither expected nor intended from the standpoint of any **Insured**.

    In the event of continuing or progressively deteriorating damage over any length of time, such damage shall be one **Occurrence** and shall be deemed to occur only when such damage first commences.

    2. as respects **Property Damage**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions. All such exposure to substantially the same general harmful conditions will be deemed to arise out of one **Occurrence**.

    3. as respects **Personal Injury and Advertising Injury**, an offense arising out of your business that causes **Personal Injury and Advertising Injury**. All damages that arise from the same, related or repeated injurious material or act will be deemed to arise out of one **Occurrence**, regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

O. **Other Insurance** means a Policy of insurance providing coverage for damages covered in whole or in part by this Policy.

    However, **Other Insurance** does not include the **Self-Insured Retention, Scheduled Underlying Insurance**, or any Policy of insurance specifically purchased to be excess of this Policy affording coverage that this Policy also affords.



P. **Personal Injury and Advertising Injury** means injury arising out of your business including consequential **Bodily Injury** arising out of one or more of the following offenses:

   1. false arrest, detention or imprisonment;

   2. malicious prosecution;

   3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   4. oral or written publication, in any manner, of material that slanders or libels a person or organization, or disparages a person's or organization's goods, products or services;

   5. oral or written publication, in any manner, of material that violates a person's right of privacy;

   6. the use of another's advertising idea in your **Advertisement**; or

   7. infringement upon another's copyright, trade dress or slogan in your **Advertisement**.

Q. **Policy Period** means the period of time from the inception date shown in Item 2 of the Declarations to the earlier of the expiration date shown in Item 2 of the Declarations or the effective date of termination of this Policy.

R. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

S. **Products-Completed Operations Hazard** means all **Bodily Injury** and **Property Damage** occurring away from premises you own or rent and arising out of **Your Product** or **Your Work** or the work of others for whom you are legally liable except:

   1. products that are still in your physical possession; or

   2. work that has not yet been completed or abandoned. However, **Your Work** will be deemed completed at the earliest of the following times:

      a. when all of the work called for in your contract has been completed; or

      b. when all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

      c. when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   Products-Completed Operations Hazard does not include Bodily Injury or Property Damage arising out of:

   1. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you and that condition was created by the loading or unloading of that vehicle by any insured; or

   2. the existence of tools, uninstalled equipment or abandoned or unused materials.

 INSURANCE

T.  **Property Damage** means:

1.  physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2.  loss of use of tangible property that is not physically injured.  All such loss of use will be deemed to occur at the time of the **Occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

U.  **Scheduled Underlying Insurance** means:

1.  the Policy or policies of insurance and limits of insurance listed in the **Schedule of Underlying Insurance** forming a part of this Policy; and

2.  automatically any renewal or replacement of any Policy in Paragraph 1 above, provided that such renewal or replacement provides equivalent coverage to and affords limits of insurance equal to or greater than the Policy being renewed or replaced.

**Scheduled Underlying Insurance** does not include a Policy of insurance specifically purchased to be excess of this Policy affording coverage that this Policy also affords.

V.  **Self-Insured Retention** means the amount applicable to each **Occurrence** for which the **Insured** is responsible that is shown in the **Self-Insured Retention** Schedule referenced in Item 4 of the Declarations.

W.  **Suit** means a civil proceeding in which damages because of **Bodily Injury**, **Property Damage**, or **Personal Injury** or **Advertising Injury** to which this Policy applies are alleged.  **Suit** includes:

1.  an arbitration proceeding in which such damages are claimed and to which an **Insured** must submit or does submit with our consent; or

2.  any other alternative dispute resolution proceeding in which such damages are claimed and to which an **Insured** submits with our consent.

X.  **Unit** means a home, townhouse, or condominium, built by an **Insured** or financed by an **Insured** and sold to an unrelated third party.

Y.  **Your Product** means:

1.  any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    a.  you; or

    b.  others trading under your name; or

    c.  a person or organization whose business or assets you have acquired.

2.  containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

 INSURANCE

**Your Product** includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **Your Product**; and

2. the providing of or failure to provide warnings or instructions.

**Your Product** does not include vending machines or other property rented to or located for the use of others but not sold.

Z. **Your Work** means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

**Your Work** includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **Your Work**; and

2. the providing of or failure to provide warnings or instructions.

## VI. EXCLUSIONS

### A. Aircraft and Watercraft

This insurance does not apply to **Bodily Injury** or **Property Damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any **Insured**. Use includes operation and loading and unloading.

This exclusion applies even if the claims against any **Insured** allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that **Insured**, if the **Occurrence** which caused the **Bodily Injury** or **Property Damage** involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any **Insured**.

This exclusion does not apply to a watercraft you do not own that is less than 26 feet long and not being used to carry persons or property for a charge.

### B. Asbestos

This insurance does not apply to any liability arising out of:

1. the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos containing products or materials, asbestos fibers or asbestos dust;

2. any obligation of the **Insured** to indemnify any party because of damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust; or

3. any obligation to defend any **Suit** or claim against the **Insured** that seeks damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

 INSURANCE

### C. Chromium Copper Arsenate

This insurance does not apply to:

1. any liability arising out of manufacture, installation, use, sale, handling, removal, distribution of; or

2. any **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** arising out of inhalation, consumption of, or exposure to

any chemical or product containing Chromium Copper Arsenate (CCA) or which has the same chemical formulary, or which is generally known in the chemical trade as having a substantially similar formulation, structure, or function by whatever name manufactured, formulated, structured, sold or distributed.

### D. Contractual Liability

This insurance does not apply to Bodily Injury or Property Damage for which the **Insured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1. that the **Insured** would have in the absence of a contract or agreement; or

2. assumed in an **Insured Contract**, provided the **Bodily Injury** or **Property Damage** occurs subsequent to the execution and prior to the termination of the **Insured Contract**. Solely for the purposes of liability assumed in an **Insured Contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an **Insured** are deemed to be damages because of **Bodily Injury** or **Property Damage**, provided:

   a. liability to such party for, or for the cost of, that party's defense has also been assumed in the same **Insured Contract**; and

   b. such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this Policy applies are alleged.

### E. Damage to Impaired Property

This insurance does not apply to any **Property Damage** to **Impaired Property** or property that has not been physically injured, arising out of:

1. a defect, deficiency, inadequacy or dangerous condition in **Your Product** or **Your Work**; or

2. a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to loss of use of other property arising out of sudden and accidental physical injury to **Your Product** or **Your Work** after it has been put to its intended use.

### F. Damage to Property

This insurance does not apply to any **Property Damage** to:

1. property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

2. premises you sell, give away or abandon if the **Property Damage** arises out of any part of those premises;

3. property loaned to you;

Page 12 of 26



4. personal property in the care, custody or control of any Insured;

5. that particular part of real property on which you or any contractors working directly or indirectly on your behalf are performing operations if the **Property Damage** arises out of those operations; or

6. that particular part of any property that must be restored, repaired or replaced because **Your Work** was incorrectly performed on it.

Paragraph 2 of this exclusion does not apply if the premises are **Your Work**

Paragraphs 3, 4, 5 and 6 of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6 of this exclusion does not apply to any **Property Damage** included in the **Products-Completed Operations Hazard.**

## G. Damage to Your Product

This insurance does not apply to any **Property Damage** to **Your Product** arising out of it or any part of it.

## H. Damage to Your Work

This insurance does not apply to any **Property Damage** to **Your Work** arising out of it or any part of it and included in the **Products-Completed Operations Hazard.**

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

## I. Electronic Chatrooms or Bulletin Boards

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of an electronic chatroom or bulletin board the **Insured** hosts, owns, or over which the **Insured** exercises control.

## J. Employees and Volunteers

This insurance does not apply to liability of any employee or volunteer with respect to **Bodily Injury** or **Personal Injury and Advertising Injury:**

1. to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to an employee of yours while in the course of his or her employment or performing duties related to the conduct of your business, or to another volunteer of yours while performing duties related to the conduct of your business;

2. to the spouse, child, parent, brother or sister of such injured employee or volunteer as a consequence of subparagraph 1 above;

3. for which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in subparagraphs 1 or 2 above; or

4. arising out of his or her providing or failing to provide professional health care services.

## K. Employment Practices

This insurance does not apply to any liability arising out of:

1. wrongful dismissal, discharge, or termination, including breach of an implied contract;
2. coercion or harassment, including quid pro quo, hostile work environment, or other sexual harassment;



3. discrimination;

4. retaliation, including lockouts;

5. employment related misrepresentations;

6. employment related libel, slander, humiliation, defamation, or invasion of privacy;

7. wrongful failure to employ or promote;

8. wrongful deprivation of career opportunity, wrongful demotion or negligent employee evaluation, including the giving of negative or defamatory statements in connection with an employee reference;

9. wrongful discipline any of your employees or applicants for employment with you;

10. failure to grant tenure to any of your employees;

11. failure to provide or enforce adequate or consistent corporate policies and procedures relating to any employment practice;

12. violation of an individual's civil rights relating to any of the above.

This exclusion applies:

1. whether the **Insured** may be liable as an employer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

L. **Expected or Intended**

This insurance does not apply to any **Bodily Injury** or **Property Damage** expected or intended from the standpoint of any **Insured**. However, this exclusion does not apply to **Bodily Injury** or **Property Damage** resulting from the use of reasonable force to protect persons or property.

M. **Exterior Insulation and Finish Systems**

This insurance does not apply to **Property Damage** actually or allegedly resulting from, arising out of, or in any way related to the application or manufacture of any exterior insulation finish system ("EIFS"), or any product that is a component of an EIFS system.

EIFS consists of the following components:

- Insulation board, made of polystyrene or polyisacyanurate foam, which is secured to the exterior wall surface with a specially formulated adhesive and/or mechanical attachment.

- A durable, water-resistant base coat, which is applied on top of the insulation and reinforced with fiberglass mesh for added strength.

- An attractive and durable finish coat – using acrylic co-polymer technology – which is both colourfast and crack resistant.



N. **Fungus (i), Mold(s) and Spore(s)**

This insurance does not apply to **Bodily Injury**, or **Personal Injury and Advertising Injury** or any other **Loss**, injury, damage, cost or expense, including, but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

1. Any **Fungus(i)**, **Molds(s)**, mildew or yeast; or

2. Any **Spore(s)** or toxins created or produced by or emanating from such **Fungus(i)**, **Mold(s)**, mildew or yeast; or

3. Any substance, vapor, gas, or other emission or organic or inorganic body or substance produced by or arising out of any **Fungus(i)**, **Mold(s)**, mildew or yeast; or

4. Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any **Fungus(i)**, **Mold(s)**, mildew, yeast, or **Spore(s)** or toxins emanating therefrom,

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that **Loss**, injury, damage, cost or expense.

O. **Infringement of Copyright, Patent, Trademark or Trade Secret**

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **Advertisement**, of copyright, trade dress or slogan.

P. **Media and Internet Type Businesses**

This insurance does not apply to **Personal Injury and Advertising Injury** committed by any **Insured** whose business is:

1. advertising, broadcasting, publishing or telecasting;

2. designing or determining content of web-sites for others; or

3. an Internet search, access, content or service provider.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

Q. **"No-Fault", "Uninsured Motorist" or "Underinsured Motorist" Laws**

This insurance does not apply to any obligation of the **Insured** under any "No-Fault", "Uninsured Motorist" or "Underinsured Motorist" law.

Page 15 of 26



R. **Nuclear Liability**

This insurance does not apply to:

1. any liability:

   a. with respect to which the **Insured** is also an **Insured** under a nuclear energy liability Policy issued by the Nuclear Energy Liability-Property Insurance Association, Mutual Atomic Energy Liability Underwriters or the Nuclear Insurance Association of Canada, or would be an **insured** under any such Policy but for its termination upon exhaustion of its limit of liability;

   b. resulting from the hazardous properties of nuclear material and with respect to which (1) any person or any organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the **Insured** is, or had this Policy not been available would be, entitled to indemnity from the United States of America or any agency thereof under any agreement entered into by the United States of America or an agency thereof with any person or organization;

   c. resulting from the hazardous properties of nuclear material if:

      i) the nuclear material (1) is at any nuclear facility owned by the **Insured** or operated by the **Insured** or on the **Insured's** behalf or (2) has been discharged or dispensed therefrom;

      ii) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by the **Insured** or on the **Insured's** behalf; or

      iii) the injury or damage arises out of the furnishing by the **Insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion iii applies only to **Property Damage** to such nuclear facility and any property thereat.

2. As used in this exclusion:

   a. "hazardous properties" includes radioactive, toxic or explosive properties;

   b. "nuclear material" means source material, special nuclear material or by-product material;

   c. "source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or any law amendatory thereof;

   d. "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

   e. "waste" means any waste material (1) containing by-product material and (2) resulting from the operation by any person or organization of a nuclear facility included within the definition of nuclear facility below;

   f. "nuclear facility" means:

      i) any nuclear reactor;

      ii) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel or (3) handling, processing or packaging wastes;

Page 16 of 26



iii) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the Insured's custody at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

iv) any structure, basin, excavation, premises or place prepared or used for storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

g. "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

h. **Property Damage** includes all forms of radioactive contamination of property.

### S. Pollution

This insurance does not apply to:

1. "**Bodily Injury**", "**Property Damage**" or "**Personal Injury**" arising out of the actual or threatened discharge, dispersal, seepage, migration, release or escape of pollutants anywhere in the world;

2. Any loss, cost or expense arising out of any governmental direction or request that we, the Insured or any other persons or organization test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or assess the effects of pollutants; or

3. Any loss, cost or expense including but not limited to costs of investigation or attorney's fees, incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify, or neutralize pollutants.

As used in this exclusion, pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

Provided, however, subject to the limits stated in the Declarations Page, this Exclusion above does not apply to the following as respects:

1. Discharge, dispersal, release or escape directly caused by hostile fire. As used in this Exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

2. "**Bodily Injury**", "**Property Damage**" or "**Personal Injury**" which is within the "**Products-Completed Operations Hazard**".

3. Any other discharge, dispersal, seepage, migration, release or escape of pollutants which meets all of the following conditions:

   a) It was accidental and neither expected nor intended by the Named Insured. This condition would not serve to deny coverage for a specific incident where such discharge, dispersal, seepage, migration, release or escape of pollutants was a result of an attempt by the Insured to mitigate or avoid a situation where substantial third party "Bodily Injury", "Property Damage" or "Personal Injury" could occur; and
   b) It was demonstrable as having commenced on a specific date during the term of this Policy; and
   c) Its commencement became known to the Named Insured within thirty (30) calendar days and was further reported to the Risk Management Department within a reasonable time frame; and
   d) Its commencement was reported in writing to us within ninety (90) calendar days of becoming known to the Risk Management Department; and
   e) Reasonable effort was expended by the Named Insured to terminate the situation as soon as conditions permitted.

Page 17 of 26



4. The application of pesticides, herbicides or fertilizers to soil, if such operations meet all the standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations.

However, nothing contained in this endorsement shall operate to provide any coverage with respect to:

1. Any site or location principally used by the **Insured**, or by others on the **Insured's** behalf, for the handling, storage, disposal, dumping, processing or treatment of waste material;

2. Any fines or penalties;

3. Any clean-up costs ordered by the Superfund Program or any federal, state or local governmental authority. However, this specific exclusion 3. shall not serve to deny coverage for third part clean-up costs otherwise covered by this endorsement simply because of the involvement of a governmental authority;

4. Acid Rain;

5. Clean-up, removal, containment, treatment, detoxification or neutralization of pollutants situated on premises the **Insured** owns, rents or occupies at the time of the actual discharge, dispersal, seepage, migration, release or escape of said pollutants; or

6. Water pollution caused by oil or its derivatives.

### T. Pre-Existing Damages and/or Defects

This insurance does not apply to **Bodily Injury, Property Damage, or Personal Injury and Advertising Injury** arising out of, based on, or involving, the continuation of, during the **Policy Period**, any pre-existing damages and/or defects known to any **Insured** before the effective date of this Policy.

This exclusion shall apply whether or not the **Insured's** legal obligation to pay for such pre-existing damages and/or defects was established before the effective date of this Policy.

### U. Prior Units

This insurance does not apply to **Bodily Injury, Property Damage, Personal Injury and Advertising Injury** included in the **Products - Completed Operations Hazard** arising out of a **Unit**, the deed or title to which was recorded in the name of a third party prior to the inception of the Policy.

### V. Professional Services

This insurance does not apply to **Bodily Injury, Property Damage, or Personal Injury and Advertising Injury** arising out of any professional services performed by or on behalf of any **Insured**, including but not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs, or specifications, and any supervisory, inspections or engineering work.

This exclusion shall not apply to liability to the extent such liability arises out of "**Bodily Injury**" or "**Property Damage**" to (or destruction of) tangible property.

### W. Recall of Products, Work or Impaired Property

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1. **Your Product;**



2. **Your Work**; or

3. **Impaired Property**;

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### X. Securities

This insurance does not apply to any liability arising out of:

1. any violation of any securities law, whether statutory or common law, or any regulation promulgated thereunder;

2. the purchase, sale, offer of sale or solicitation of any security, debt, insurance Policy, bank deposit or financial interest or instrument;

3. any representations made at any time in relation to the price or value of any security, debt, insurance Policy, bank deposit or financial interest or instrument; or

4. any depreciation or decline in price or value of any security, debt, insurance Policy, bank deposit or financial interest or instrument.

### Y. Unauthorized Use of Another's Name or Product

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### AA. Various Personal Injury and Advertising Injury

This insurance does not apply to **Personal Injury and Advertising Injury**:

1. caused by or at the direction of the **Insured** with the knowledge that the act would violate the rights of another and would inflict **Personal Injury and Advertising Injury**;

2. arising out of oral, written or electronic publication of material if done by or at the direction of any **Insured** with knowledge of its falsity;

3. arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the **Policy Period**;

4. arising out of a criminal act committed by or at the direction of the **Insured**;

5. for which the **Insured** has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the **Insured** would have in the absence of the contract or agreement;

6. arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your **Advertisement**;

7. arising out of the wrong description of the price of goods, products or services stated in your **Advertisement**.

### BB. Various Laws

This insurance does not apply to any obligation of the **Insured** under any of the following:

1. the Employee Retirement Income Security Act of 1974 (including amendments relating to the Consolidated Omnibus Budget Reconciliation Act of 1985), and including any amendment or revision thereto, or any similar common or statutory law of the United States, Canada or any state or jurisdiction anywhere in the



world; or

2. any workers' compensation, unemployment compensation or disability benefits law, or under any similar law.

## CC. War

This Insurance does not apply to any **Bodily Injury** or **Property Damage** due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

## DD. "Wrap-Ups"

This Insurance does not apply to **Bodily Injury**, **Property Damage**, or **Personal Injury and Advertising Injury** arising out of any project insured under a "wrap-up" or any similar rating plan.

| VII. CONDITIONS |
|---|

## A. Appeals

If any **Insured** or any **Insured's** underlying insurers do not appeal a judgment in excess of the **Self-Insured Retention** or the **Schedule of Underlying Insurance**, we may elect to exercise our right to do so. If we appeal, we will be liable for, in addition to the applicable Limits of Insurance of this Policy, all costs, expenses incurred and interest on that amount of any judgment which does not exceed the applicable Limits of Insurance of this Policy incidental to such an appeal.

## B. Audit

We may audit and examine your books and records as they relate to this Policy at any time during the **Policy Period** and for up to three (3) years after the expiration or termination of this Policy.

## C. Bankruptcy or Insolvency

Your bankruptcy, insolvency or inability to pay or the bankruptcy, insolvency or inability to pay of any of your underlying insurers will not relieve us from the payment of **Loss** covered by this Policy. But under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down, replace or assume any obligation under the **Self-Insured Retention** or **Schedule of Underlying Insurance**.

## D. Cancellation

1. You may cancel this Policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this Policy. If we cancel because of non-payment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than fifteen (15) days advance written notice stating when the cancellation is to take effect, mailing that notice to you at your mailing address shown in Item 1 of the Declarations will be sufficient to prove notice.

3. The **Policy Period** will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this Policy was in force. Final Premium will not be less than the pro rata share of the Minimum & Deposit Premium shown in Item 7 of the Declarations.

Page 20 of 26



5. If you cancel, final premium will be more than pro rata; it will be based on the time this Policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the short rate share of the Minimum & Deposit Premium shown in Item 7 of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if we have not made or offered any refund of unearned premium. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item 1 of the Declarations will act on behalf of all other Insureds with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this Policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this Policy is changed by this statement to comply with that law.

### E. Change In Control

If during the Policy Period:

1. the first Named Insured designated in Item 1 of the Declarations consolidates with or merges into, or sells all or substantially all of its assets to any person or entity; or

2. any person or entity acquires an amount of the outstanding ownership interests representing more than 50% of the voting or designation power for the election of directors of the first Named Insured designated in Item 1 of the Declarations, or acquires the voting or designation rights of such an amount of ownership interests;

this Policy will continue in full force and effect subject to any modifications to the terms and conditions of this Policy that we may require as set forth in a written endorsement that we make to this Policy, provided however, that 90 days prior to the effective date of such transaction, you provide us with full particulars of such transaction and agree to any additional premiums and modifications to the terms of this Policy.

If prior to the effective date of such transaction, we do not agree that this Policy will continue in full force and effect or you do not pay any additional premium that may be required, this Policy will be deemed cancelled by you.

### F. Changes

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or change in any part of this Policy. This Policy can be changed only by a written endorsement that we make to this Policy.

### G. Duties In the Event of an Occurrence, Claim or Suit

1. You must see to it that we are notified in writing as soon as practicable of an Occurrence that may result in a claim or Suit under this Policy. To the extent possible, notice should include:

   a. how, when and where the Occurrence took place;

   b. the names and addresses of any injured persons and any witnesses; and

   c. the nature and location of any injury or damage arising out of the Occurrence.



Written notice should be mailed or delivered to:

> Claims Department
> XL Europe Limited
> La Touche House
> International Financial Services Centre
> Dublin 1, Ireland
> Telephone: (353) 1 6075300
> Telecopier: (353) 1 6075321

2. You must notify us not later than sixty (60) days after you receive notice of any **Occurrence** that may result in a claim or **Suit** under this Policy involving any of the following:

   a. a fatality;

   b. severe burns;

   c. traumatic brain injury;

   d. dismemberment or amputation;

   e. paralysis;

   f. loss or impairment of eyesight or hearing;

   g. a sexual assault or battery, including, but not limited to, rape, molestation, or sexual abuse; or

   h. any **Occurrence**, claim or **Suit**, which in the reasonable opinion of you or any principal of yours may result in a **Loss** that is equal to or greater than 25% of the **Self-Insured Retention** or **Schedule of Underlying Insurance**.

3. You and any other involved **Insured** must:

   a. immediately send us copies of any reports, notices, summonses or legal papers received or prepared by you or any person or organization acting on your behalf in connection with the claim or **Suit**;

   b. authorize us to obtain records and other information;

   c. cooperate with us in the investigation, settlement or defense of the claim or **Suit**;

   d. assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to an **Insured** because of injury or damage to which this insurance may also apply;

   e. immediately send us copies of title company or other escrow agent statement evidencing the **Unit** close of escrow for all properties forming a part of or at issue in the **Occurrence**, claim or **Suit**.

4. No **Insureds** will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

5. Failure to comply with this Condition G shall result in a forfeiture of coverage under this Policy.

H. **Headings**

The descriptions in the headings of this Policy are solely for convenience and form no part of the terms and conditions of coverage.



I.   **Inspection**

We have the right, but not the obligation, to inspect your premises and operations at any time. Our inspections are not safety inspections.   They relate only to the insurability of your premises and operations and the premiums to be charged.  We may give you reports on the conditions that we find.  We may also recommend changes. We do not, however, undertake to perform the duty of any person or organization to provide for the health or safety of your employees or the public.  We do not warrant the health and safety conditions of your premises or operations or represent that your premises or operations comply with laws, regulations, codes or standards.

J.   **Knowledge of Occurrence or Claim**

Knowledge of an **Occurrence**, claim or **Suit** by your agent, servant or employee will not in itself constitute knowledge by you, unless any **Insured** defined in Paragraph I of Section V Definitions, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit** will have received notice of such **Occurrence**, claim or **Suit** from said agent, servant or employee.

K.   **Legal Actions Against Us**

No person or organization has a right under this Policy:

1.   to join us as a party or otherwise bring us into a **Suit** asking for damages from an **Insured**; or

2.   to sue us under this Policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an **Insured**; but we will not be liable for damages that are not payable under this Policy or that are in excess of the applicable Limits of Insurance of this Policy.  An **agreed settlement** means a settlement and release of liability signed by us, the **Insured** and the claimant or the claimant's legal representative.

L.   **Maintenance of Scheduled Underlying Insurance**

You agree that during the **Policy Period**:

1.   you will keep **Scheduled Underlying Insurance** in full force and effect;

2.   the terms, definitions, conditions and exclusions of **Scheduled Underlying Insurance** will not materially change;

3.   the total applicable limits of **Scheduled Underlying Insurance** will not decrease, except for any reduction or exhaustion of aggregate limits by payment of **Loss**; and

4.   any renewals or replacements of **Scheduled Underlying Insurance** will provide equivalent coverage to and afford limits of insurance equal to or greater than the Policy being renewed or replaced.

If you fail to comply with these requirements, we will be liable only to the same extent that we would have, had you fully complied with these requirements.

M.   **Other Insurance**

If other valid and collectible insurance applies to damages that are also covered by this Policy, this Policy will apply excess of the **Other Insurance**.  However, this provision will not apply if the **Other Insurance** is specifically written to be excess of this Policy.

Page 23 of 26



N. **Premium**

The first **Named Insured** designated in Item 1 of the Declarations will be responsible for payment of all premiums when due.

The premium for this Policy will be computed on the basis set forth in Item 7 of the Declarations. At the beginning of the **Policy Period**, you must pay us the Minimum & Deposit Premium shown in Item 7 of the Declarations.

When this Policy expires or if it is cancelled, we will compute the earned premium for the time this Policy was in force. If this Policy is subject to audit adjustment, the actual exposure base will be used to compute the earned premium. If the earned premium is greater than the Minimum & Deposit Premium, you will promptly pay us the difference. If the earned premium is less than the Minimum & Deposit Premium, we will return the difference to you. But in any event, we will retain the Minimum & Deposit Premium as shown in Item 7 of the Declarations for each twelve months of the Policy **Period**.

O. **Separation of Insureds**

Except with respect to the Limits of Insurance of this Policy and rights or duties specifically assigned to the first **Named Insured** designated in Item 1 of the Declarations, this insurance applies:

1.  as if each **Insured** were the only **Insured**; and

2.  separately to each **Insured** against whom claim is made or **Suit** is brought.

P. **Transfer of Rights of Recovery**

1.  If any **Insured** has rights to recover all or part of any payment we have made under this Policy, those rights are transferred to us. The **Insured** must do nothing after loss to impair these rights and must help us enforce them.

2.  Any recoveries will be applied as follows:

    a.  any person or organization, including the **Insured**, that has paid an amount in excess of the applicable Limits of Insurance of this Policy will be reimbursed first;

    b.  we then will be reimbursed up to the amount we have paid; and

    c.  lastly, any person or organization, including the **Insured** that has paid an amount over which this Policy is excess is entitled to claim the remainder.

    Expenses incurred in the exercise of rights of recovery will be apportioned among the persons or organizations, including the **Insured**, in the ratio of their respective recoveries as finally settled.

3.  If, prior to the time of an **Occurrence**, you and the insurer of **Scheduled Underlying Insurance** waive any right of recovery against a specific person or organization for injury or damage as required under an **Insured Contract** we will also waive any rights we may have against such person or organization.

Q. **Transfer of Your Rights and Duties**

Your rights and duties under this Policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first **Named Insured** designated in Item 1 of the Declarations and mailed to the address shown in this Policy will be sufficient notice to effect cancellation of this Policy.



R. **Unintentional Failure to Disclose**

Your failure to disclose all hazards existing as of the inception date of the Policy will not prejudice you with respect to the coverage afforded by this Policy, provided that any such failure or omission is not intentional.

S. **When Damages Are Payable**

We will not make any payment under this Policy unless and until the Self-Insured Retention or Schedule of Underlying Insurance has been exhausted by the payment of **Loss**.

When the amount of **Loss** has finally been determined, we will promptly pay on behalf of the **Insured** the amount of such **Loss** within the applicable Limits of Insurance of this Policy.

**IN WITNESS WHEREOF**, we have caused this Policy to be executed and attested, but this Policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

By: Robert J. Patten
Title: Casualty Underwriting Manager
Date: May 19ᵗʰ, 2006

Page 25 of 26

**XL** INSURANCE