UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.:  10-932 | JUDGE:  FALLON<br><br>MAGISTRATE: WILKINSON |

## ORDER

Upon consideration of the motion of defendant Hanover American Insurance Company

for an Order dismissing it from this action with prejudice, it is hereby Ordered that the motion is

granted.

New Orleans, Louisiana, this ____ day of _____, 2011

_____
Eldon E. Fallon
U.S. District Judge