UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.: 10-932 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant Hanover American Insurance Company ("Hanover") will bring its motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for hearing before the Honorable Eldon E. Fallon on April 13, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ John P. Malloy*
John P. Malloy
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Fax: (860) 275-8299
jmalloy@rc.com

Attorneys for Hanover American Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ John P. Malloy
John P. Malloy