UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**TRAVELERS MOTION TO SEVER PURSUANT TO
RULES 20 AND 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company ("Travelers"), through its undersigned counsel, and pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to sever the claims in the *Amato* Complaint and require Plaintiffs to file separate independent actions. In further support of this Motion, Travelers is contemporaneously filing a Memorandum of Law, which is incorporated in full herein.[1]

**WHEREFORE**, for all the foregoing reasons and the reasons contained in the Memorandum of Law, Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St.

---

[1] This motion is being filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Travelers expressly reserves all its rights to assert different Rule 12(b) motions at a later time and does not intend to waive

Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company, respectfully request that this Court enter an order:  (1) granting this Motion; (2) severing all claims against them for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

        Respectfully submitted by,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
L̲ugenbuhl, W̲heaton, P̲eck, R̲ankin
& H̲ubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone:  (504) 568-1990
Fax:  (504) 310-9195
Email:  rhubbard@lawla.com
       sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR D̲enton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Email:  donna.vobornik@snrdenton.com
       daniel.feinberg@snrdenton.com
       anthony.eliseuson@snrdenton.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

---

any such defenses.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Travelers Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil Procedure** been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

    /s/ Seth A. Schmeeckle
Seth A. Schmeeckle