**ENDORSEMENT #006**

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**ASBESTOS EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

This policy does not apply to liability for any injury including "bodily injury", "property damage", "personal and advertising injury" any of which arise out of asbestos, including but not limited to:

1) inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

2) the use of asbestos from any goods, products or structures; or

3) the removal of asbestos in constructing or manufacturing any goods, products or structures; or

4) the manufacture, transportation, storage, handling, distribution, sale, application, mining, consumption, or disposal of asbestos or goods or products containing asbestos.

All other terms and conditions remain unchanged.

XIL 401 0605
© 2005, XL America, Inc.

GU207
(7/99)

## ENDORSEMENT #007

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

## CONTINUING OR PROGRESSIVE BODILY INJURY, PROPERTY DAMAGE OR PERSONAL INJURY ENDORSEMENT

*This endorsement changes the policy. Please read it carefully.*

This endorsement modifies insurance provided under the following:
Commercial General Liability Policy

In Section V, Definitions, the following amendments are made:

1.  Definition 13. "Occurrence" is amended to include the following provision:

    In the event of continuing or progressive Bodily Injury or Property Damage over any length of time, such Bodily Injury or Property Damage shall be deemed to be one Occurrence and shall be deemed to occur only when such Bodily Injury or Property Damage first commenced.

    In the event of continuing or progressive Personal Injury over any length of time, such Personal Injury or damage shall be deemed to be one Occurrence or offense and shall be deemed to occur or be committed only when such Personal Injury first commenced.

It is further agreed that Section 1 coverage 1b is amended to include the following provisions:

1.  In the event of continuing or progressive Bodily Injury, Property Damage or Personal Injury over any length of time, we will have no duty to defend or investigate any Occurrence, offense, claim or suit unless:

    a.  Such Bodily Injury, Property Damage or Personal Injury first commenced during the policy period; and

    b.  The applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other underlying insurance providing coverage to the Insured have been exhausted by payment of claims to which this policy applies.

2.  This insurance does not apply to Bodily Injury, Property Damage or Personal Injury which is continuing or progressive and which first commenced prior to the inception date of this policy. This exclusion shall apply whether or not the Insured's legal obligation to pay for damages for Bodily Injury, Property Damage or Personal Injury was established before the inception date of this policy.

3.  The following conditions are added:

    P.   Obligations of Other Insurers.

Nothing herein shall be interpreted to relieve any other insurer from obligations under policies issued to any Insured which provide coverage for all or part of any continuing or progressive Bodily Injury, Property Damage or Personal Injury.

Q.    Defects and Deficiencies in Buildings and Real Property.

With respect to any alleged defects or deficiencies in buildings or real property, this endorsement applies separately to each alleged defect or deficiency.

_____

Authorized Representative

GU207
(7/99)

## ENDORSEMENT #008

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SUBSIDENCE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

This insurance does not apply to actual or alleged liability directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by the subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting, or any other movements of land or earth, if any of the foregoing emanates from, or is attributable to, any operations of the Insured.

All other terms and conditions remain the same.

_____
Authorized Representative

GU207
(7/99)

### ENDORSEMENT #009

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

### SILICOSIS EXCLUSION

This endorsement modifies insurance provided under the following:

Commercial General Liability

This insurance shall not apply to and does not cover any actual or alleged liability, whatsoever for any claim in respect of loss or losses directly or indirectly (exclusively or partially) arising out of, resulting from or in consequence of, or in any way involving adverse health effects or diseases caused by Crystalline Silica, or caused by any material containing Crystalline Silica in whatever form or quantity.

However, this exclusion shall apply only with respect to "bodily injury" to:

1. An employee of the insured arising out of and in the course of employment by the insured; or

2. The spouse, child, parent, brother, or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity;

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury

(3) To any liability assumed by the insured under contract.

All other terms and conditions remain the same.

_____
Authorized Representative

GU207
(7/99)

### ENDORSEMENT #010

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC.  by Greenwich Insurance Company.

This endorsement changes the policy. Please read it carefully.

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

### CHROMATED COPPER ARSENATE EXCLUSION

COMMERCIAL GENERAL LIABILITY

Tthis policy is amended as follows:

Section 1V. Exclusions are amended to include the following additional exclusion:

This insurance does not apply to any liability:

1.   Arising our of manufacture, installation, use, sale, handling, removal, distribution of; or

2.   Arising our of the inhalation, consumption of, or exposure to

Any chemical or product containing chromated copper arsenate (cca) or which has the same chemical formulary, or which is generally known in the chemical trade as having a substantially similar formulation, structure, or function by whatever name manufactured, formulated, structured, sold or distributed.

_____

Authorized Representative

GU207
(7/99)

## ENDORSEMENT #011

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

## EIFS/DEFS EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY

This policy does not apply to Bodily Injury, Property Damage or Personal Injury and Advertising Injury arising directly or indirectly out of "your EIFS/DEFS product "or "your EIFS/DEFS work" as defined below.

A.   "Your EIFS/DEFS product" means the following goods or products manufactured, sold, handled, distributed or disposed of by you, others trading under your name, or by any other person or entity directly or indirectly for you or on your behalf:

   1.   "Exterior insulation and finish system" defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

       a.   a rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

       b.   the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

       c.   a reinforced base coat, or base coat and mesh; and

       d.   a finish coat, providing a surface texture, to which coat color may be added.

   2.   "Direct exterior finish system" defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

       a.   sheathing applied to a structure's framing or substrate;

       b.   a reinforced base coat, or base coat and mesh; and

       c.   a finish coat providing surface texture, to which coat color may be added.

"Your EIFS/DEFS product" includes:

   1.   Warranties or representations made at any time with respect to the fitness, quality, durability or performance of "your EIFS/DEFS product"; and

   2.   the providing of or failure to provide warnings or instructions.

B.    "Your EIFS/DEFS work" means the following work or operations performed by you or by any person or entity working directly or indirectly for you or on your behalf:

    1.    The design, manufacture, construction, fabrication, preparation, installation, application, maintenance, repair, including remodeling, service, correction or replacement of an "Exterior insulation and finish system" or a "Direct exterior finish system", or an part of either system, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

    2.    Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation finish system" or a "direct exterior finish system" is used on any part of that structure.

_____
Authorized Representative

GU207
(7/99)

### ENDORSEMENT #012

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### ANY PRE-EXISTING PROPERTY DAMAGE OR DEFECT KNOWN TO ANY INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

This insurance does not apply to Bodily Injury, Property Damage Personal Injury or Advertising Injury arising out of, based on or involving the continuation of in the period of this policy, any pre-existing property damage and/or defects known to any insured before the effective date of this policy as shown in item 2. of the Declarations. This exclusion shall apply whether or not the insured's legal obligation to pay for such pre-existing property damage and/or defects was established after the effective date of this policy. This exclusion shall be applicable to all known or unknown pre-existing property damage and/or defects.

Solely for the purpose of this endorsement, insured shall mean the Named Insured, its officers, directors, partners, risk managers or any other person acting in similar capacities.

All other terms and conditions remain unchanged.

_____

Authorized Representative

**ENDORSEMENT #013**

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC.  by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**RADIOACTIVE MATTER EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

In consideration of the premium charged, it is agreed that such coverage as is afforded under this policy for liability arising out of "bodily injury", "property damage", "personal and advertising injury" including any defense costs or expenses incurred, shall NOT apply to "bodily injury", "property damage", "personal and advertising injury" arising from the actual, alleged or threatened exposure of any person(s) or property to any radioactive matter.

All other terms and conditions remain unchanged.

XIL 402 0605
©, 2005, XL America, Inc.

GU207
(7/99)

## ENDORSEMENT #014

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC.  by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THIS POLICY.  PLEASE READ IT CAREFULLY.

## AIRCRAFT PRODUCTS AND GROUNDING EXCLUSION

This insurance does not apply to Bodily Injury or Property Damage arising out of the Products-Completed Operations Hazard relating to:

1.   Aircraft (including missiles or spacecraft) and any ground support or control equipment used therewith:

2.   Any other goods or products manufactured, sold, handles or distributed by the Insured or any services provided or recommended by the Insured or by others trading under the Insured's name for use in the manufacture, repair, operation or use of any aircraft; or

3.   Any articles furnished by the Insured or by others trading under the Insured's name and installed in aircraft or used in connection with aircraft or for spare parts for aircraft including but not limited to ground handling tools and equipment, training aids, instructions, manuals, blueprints, engineering or other advice or service relating to aircraft and any labor relating to such aircraft or articles.

It is further agreed that this insurance does not apply to Bodily Injury or Property Damage arising out of the grounding of any aircraft.

For the purposes of this endorsement, "grounding" means the withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft by reason of the existence of or alleged or suspected existence of any defect, fault or condition in such aircraft, or any part thereof sold, handled or distributed by the Insured or manufactured, assembled or processed by any other person or organization according to specifications, plans, suggestions, orders or drawings of the insured or with tools, machinery or other equipment furnished to such persons or organizations by the Insured, whether such aircraft so withdrawn are owned or operated by the same or different persons, organizations or corporations.  A grounding shall be deemed to commence on the date of an occurrence which discloses such condition or on the date an aircraft is first withdrawn from service on account of such condition, whichever occurs first.

All other terms and conditions remain the same.

_____
Authorized Representative

**ENDORSEMENT #015**

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

This endorsement modifies Insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

It is agreed that **SECTION IV – Representations** is amended to include the following:

d.      Your failure to disclose all hazards existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy, provided such failure to disclose all hazards is not intentional.

However this endorsement does not affect our right to collect additional premium or exercise our right of cancellation or nonrenewal

All other terms and conditions of this policy remain unchanged.

XIL 427 0605
©, 2005, XL America, Inc.

**ENDORSEMENT #016**

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**INCIDENTAL MALPRACTICE COVERAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement, effective 12:01 A.M. Standard Time: | March 1, 2007 |
| Policy No.: | RGD9437292 |
| Named Insured: | TAYLOR WOODROW, INC. |
| Countersigned by: | (Authorized Representative) |

It is agreed that subject to all other provisions of the policy to which this endorsement is attached:

1. **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is amended to include bodily injury arising out of the rendering or failure to render professional services by any pharmacist, physician, dentist, nurse, medical director or x-ray technician (medical provider) while employed by the named insured to provide such professional services.

2. **SECTION II – WHO IS AN INSURED,** Paragraph 2. (a) 1. (d) is deleted in its entirety.

3. The inclusion of the aforementioned additional interests shall not operate to increase the limit of the company's liability.

4. Except as specifically provided all other terms, conditions and exclusion shall continue to apply.

5. Notwithstanding the Other Insurance clause in the policy, coverage under this endorsement shall be excess over any other valid and collectible insurance.

All other terms and conditions of this policy remain unchanged.

XIL 417 0605
©, 2005, XL America, Inc.

GU207
(7/99)

## ENDORSEMENT #017

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### NON-OWNED WATERCRAFT EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, Item **2. Exclusions**, Exclusion **g. Aircraft, Auto Or Watercraft**, paragraph (2)(a) is deleted and replaced by the following:

    (a)    Less than fifty (50) feet long; and

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

GU207

(7/99)

**ENDORSEMENT #018**

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC.  by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**
**RAILROAD PROTECTIVE LIABILITY COVERAGE FORM**

## SCHEDULE

| Coverage | Deductible Amount Each Occurrence or Offense |
|---|---|
| Bodily Injury and Property Damage Liability | $    1,000,000 |
| Personal and Advertising Injury Liability | $    1,000,000 |
| Products/Completed Operations Liability | $    1,000,000 |
| Aggregate Deductible | $         or         per  $100  of audited payroll, whichever is greater |
| Maximum Loss Content (See Schedule of Policies) | $         or         per  $100  of audited payroll, whichever is greater |

**Allocated Loss Adjustment Expenses - Responsibility Selection**

1.  ☐    100 % of the total "allocated loss adjustment expenses" up to the deductible amount. The most you are responsible to pay for damages and "allocated loss adjustment expense" shall not exceed the deductible amount

2.  ☒    100% of the total "allocated loss adjustment expense".

3.  ☐    A percentage of the total "allocated loss adjustment expenses".  The percentage will be determined by dividing the smaller of: (1) the applicable limit of insurance, or (2) the total amount of damages up to the limit of insurance, by the larger of: (1) the limits

of insurance, or the total amount of damages up to the limit of insurance.

To clarify application of the forgoing formula: if we pay no damages you are responsible for all "allocated loss adjustment expenses" up to the applicable limit of insurance and 100% of all remaining "allocated loss adjustment expense".

4. ☐ No "allocated loss adjustment expense." We will pay all "allocated loss adjustment expense."

5. ☐ "Allocated loss adjustment expense" will be applied to use up the Limits of Insurance in addition to amount paid for all damages and medical expense for all "bodily injury" and "property damage" and "personal and advertising injury".

(If no entry appears above, information required to complete this endorsement will be shown in the Declaration as applicable to this endorsement.)

APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductible applies to all damages and medical expense for all "bodily injury" and "property damage" and "personal and advertising injury".)

A. Our obligation to pay damages or medical expense on your behalf applies only to the amount of damages in excess of any deductible amount stated in the Schedule above as applicable to such coverages.

B. The deductible amount stated in the Schedule above as Combined applies to the sum of all damages and medical expense because of bodily injury" and "property damage" and "personal and advertising injury" arising out of any one "occurrence" or offense regardless of the number of:

1. Insureds;

2. Claims made or "suits" brought; or

3. Persons or organizations making claims or bringing "suits".

C. The terms of this insurance, including those with respect to:

1. Our right and duty to defend an insured against any "suits" seeking those damages; and

2. Your duties in the event of an "occurrence", claim, or "suit" apply irrespectively of the application of the deductible amount.

D. The applicable limits of insurance shall be reduced by the amount of any damages or medical expense included within the deductible amount.

E. Once the applicable limit of insurance has been used up in the payment of judgments or settlements including any amounts subject to this deductible that you pay or reimburse us, we will not be obligated to pay for any further amounts.

F. The Transfer of Rights of Recovery Against Others Condition is amended by added the following:

Any recoveries of all or part of any payments made by you or us under any coverage will be applied in the following order:

1.      to any insured that may have paid any amount with respect to liability in excess of the limit of our liability hereunder arising out of any judgment or settlement; then if any recovery remains

2.      to us for the any amount we may have paid as damages, medical expenses or "allocated loss adjustment expenses" including any amounts subject to the deductible for which we have not been reimbursed; and then if any recovery remains

3.      to any insured who has made any payments subject to this deductible.

Reasonable expenses incurred in seeking recoveries will be apportioned between you, any insured and us in the ratio of the recoveries received by each.

G.  We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken; you shall promptly reimburse us for any part of the deductible amount that we paid.

If you fail to reimburse us for any amounts as required by this endorsement, we may cancel this policy as set forth in the Common Policy Conditions provision for cancellation for nonpayment of premium.

H.  "Allocated Loss Adjustment Expenses" ("ALAE")

We will pay "allocated loss adjustment expenses" for any claim that we investigate or settle, or for any "suit" against an insured that we defend.  You are responsible for the percentage of "allocated loss adjustment expenses" as shown by the election indicated by an "X" in the Schedule.  If no election is indicated, election 1 shall apply.  If we make any payments for "ALAE" you will promptly reimburse us for any amounts within your elected percentage.  If election 5 is indicated by an "X" in the Schedule, any payments for "ALAE" whether made by you or by us will reduce the Limits of Insurance.

Your duty to pay for "allocated loss adjustment expenses" applies separately to damages and medical expense because of bodily injury" and "property damage" and "personal and advertising injury" arising out of any one "occurrence" or offense.

1.      "Allocated loss adjustment expense" - ALAE" means the expenses incurred in connection with adjusting, investigating, defending or settling any claim or any "suit" against an insured including payments under Supplementary Payments – Coverages A and B incurred by us or an insured, or expenses incurred in seeking contribution, subrogation or other recovery of damages or other payments made by us or an insured and covered by this policy.  These expenses may include by way of example:

a.  Fees of attorneys or other authorized representatives where permitted for legal services.

b.  Court, alternate dispute resolution and other specific items of expense, including but not limited to:

1)  Medical examinations of a claimant to determine the extent of our liability, degree of permanency or length of disability;

2)  Expert medical or other testimony;

3)  Autopsy;

4)  Witnesses and summonses;

5)  Copies of documents such as birth and death certificates and medical treatment records;

6)  Arbitration fees;

7)  Fees or costs for surveillance or other professional investigations;

8) fees or costs for rehabilitation nurses or other nurses that are not a part of any settlement or judgment;

9) Appeal bond costs and appeal filing fees.

c. Medical cost containment expenses incurred with respect to a particular claim, whether incurred as third party fees or as determined by us to be the cost for our employees activities in controlling "ALAE", to ensure that only reasonable and necessary costs of services are paid. The expenses may include by way of example:

1) Bill auditing expenses for any medical or vocational services rendered, including hospital bills (inpatient or outpatient), nursing home bills, physician bills, chiropractic bills, medical equipment charges, pharmacy charges, physical therapy bills, medical or vocational rehabilitation vendor bills.

2) Hospital and other treatment utilization reviews, including pre-certification/pre-admission, concurrent or retrospective reviews.

3) Preferred provider Network/Organization expenses.

4) Medical fee review panel expenses.

d. Expenses required to be incurred by statute or regulation.

2. The following shall not be included as "allocated loss adjustment expense":

Costs incurred by us in connection with estimating the amount of losses, recording and maintaining claims files; or general clerical, supervisory or executive salaries.

I. The Aggregate Deductible Limit stated the Schedule is the most you must reimburse us for the sum of all amounts subject to any deductible. All or a portion of the "Allocated Loss Adjustment Expenses" may be subject to the Aggregate Deductible depending upon the option selected by you, as indicated in the Schedule. The aggregate will not be reduced if this endorsement is issued for a term of less than (1) year, or if the policy or this endorsement is cancelled for any reason by you or us before the end of the policy period.

J. As an alternative to an Aggregate Deductible Limit, you agree to the multiple line/multiple policy Maximum Loss Content as shown in the Schedule. Under this arrangement the maximum amount of payments by you for any reimbursement within a deductible, loss limit or retained limit for any policy listed in the Schedule below, shall be limited to the amount specified as the maximum loss content in the Schedule. The Maximum Loss Content may be stated as a negotiated rate of final audited payroll or other exposure base or as a percentage of standard premium specified on the Schedule, subject to a negotiated minimum aggregate.

### Schedule of Policies to which Maximum Loss Content Applies:

|  |  |
|--|--|
|  |  |
|  |  |
|  |  |

All other terms and conditions remain unchanged.

GU207
(7/99)

### ENDORSEMENT #019

This endorsement, effective 12:01 a.m., March 1, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT OF AGGREGATE LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

The last paragraph of Section III – Limits of Insurance is deleted and replaced with:

Except for the General Aggregate Limit and the Products-Completed Operations Aggregate Limit, the Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations. The General Aggregate Limit and the Products-Completed Operations Aggregate Limit apply to the entire policy period. For all Limits of Insurance including the General Aggregate Limit and the Products-Completed Operations Aggregate Limit, if the policy period is extended after issuance for an additional period of less than 12 months, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

All other terms and conditions remain the same.

_____
Authorized Representative

GU207
(7/99)

ENDORSEMENT # 020

This endorsement, effective on March 1, 2007   at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                         of the Greenwich Insurance Company

Issued to  Taylor Woodrow, Inc.


It is agreed that the insured's city is amended to read:  Bradenton


_____
Authorized Representative

# NOTICE TO POLICYHOLDERS

## FRAUD NOTICE

| | |
|---|---|
| **Arkansas** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Colorado** | It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claiming with regard to a settlement or award payable for insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies. |
| **District of Columbia** | WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| **Florida** | Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| | **Workers Compensation:** An injured employee or other party shall provide his signature in acknowledgement of the following statement: "Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree." If the injured party refuses to sign the document attesting that he/she has reviewed, understands, and acknowledges the statement, benefits, or payments under this chapter shall be suspended until such signature is obtained. |
| **Hawaii** | "For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both. |
| **Kentucky** | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| **Louisiana** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Maine** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| **New Jersey** | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |

**Company Copy**

# NOTICE TO POLICYHOLDERS

**New Mexico**   Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York**   **All commercial insurance forms, except as provided for automobile insurance:**
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be
subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation."

**Automobile insurance forms**
"Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits
a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.

**Fire Insurance:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime. The proposed insured affirms that the foregoing information is true and agrees that these applications shall constitute a part of any policy issued whether attached or not and that any willful concealment or misrepresentation of a material fact or circumstances shall be grounds to rescind the insurance policy."

**Ohio**   Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma**   WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania**   Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Auto:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and the payment of a fine of up to $15,000.

# NOTICE TO POLICYHOLDERS

| | |
|---|---|
| **Puerto Rico** | Any person who knowingly and with the intention to defraud includes false information in an application for insurance or file, assist or abet in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousands dollars ($5,000), not to exceed ten thousands dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years. |
| **Rhode Island** | **Property Insurance, Real Or Personal:** The insurance application form shall indicate the existence of a criminal penalty for failure to disclose a conviction of arson |
| **Tennessee** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| | **Workers Compensation:**  It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits. |
| **Virginia** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |

# NOTICE TO POLICYHOLDERS

### PRIVACY POLICY

The XL America, Inc. insurance group (the "Companies"), believes personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality. For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies to all of our companies. For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way. In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

## Our Privacy Promise

Your privacy and the confidentiality of your business records are important to us. Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products. We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;
2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;
3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;
4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;
5. We will not disclose information about you or your business to any organization outside the XL insurance group of Companies or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;
6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;
7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and
8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

## Collection and Sources of Information

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b) administering the product or service obtained, and (c) advising the customer about our products and services. The information we collect generally comes from the following sources:

- Submission – During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;
- Quotes – We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you. The information we collect will vary with the type of insurance you seek;
- Transactions – We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;
- Claims – If you obtain insurance from us, we will maintain records related to any claims that may be made under your policies. The investigation of a claim necessarily involves collection of a broad range of information

about many issues, some of which does not directly involve you. We will share with you any facts that we collect about your claim unless we are prohibited by law from doing so. The process of claim investigation, evaluation, and settlement also involves, however, the collection of advice, opinions, and comments from many people, including attorneys and experts, to aid the claim specialist in determining how best to handle your claim. In order to protect the legal and transactional confidentiality and privileges associated with such opinions, comments and advice, we will not disclose this information to you; and

- Credit and Financial Reports – We may receive information about you and your business regarding your credit. We use this information to verify information you provide during the submission and quote processes and to help underwrite and provide to you the most accurate and cost-effective insurance quote we can provide.

Retention and Correction of Personal Information

We retain personal information only as long as required by our business practices and applicable law. If we become aware that an item of personal information may be materially inaccurate, we will make reasonable effort to re-verify its accuracy and correct any error as appropriate.

Storage of Personal Information

We have in place safeguards to protect data and paper files containing personal information.

Sharing/Disclosing of Personal Information

We maintain procedures to assure that we do not share personal information with an unaffiliated third party for marketing purposes unless such sharing is permitted by law. Personal information may be disclosed to an unaffiliated third party for necessary servicing of the product or service or for other normal business transactions as permitted by law.

We do not disclose personal information to an unaffiliated third party for servicing purposes or joint marketing purposes unless a contract containing a confidentiality/non-disclosure provision has been signed by us and the third party. Unless a consumer consents, we do not disclose "consumer credit report" type information obtained from an application or a credit report regarding a customer who applies for a financial product to any unaffiliated third party for the purpose of serving as a factor in establishing a consumer's eligibility for credit, insurance or employment. "Consumer credit report type information" means such things as net worth, credit worthiness, lifestyle information (piloting, skydiving, etc.) solvency, etc. We also do not disclose to any unaffiliated third party a policy or account number for use in marketing. We may share with our affiliated companies information that relates to our experience and transactions with the customer.

Policy for Personal Information Relating to Nonpublic Personal Health Information

We do not disclose nonpublic personal health information about a customer unless an authorization is obtained from the customer whose nonpublic personal information is sought to be disclosed. However, an authorization shall not be prohibited, restricted or required for the disclosure of certain insurance functions, including, but not limited to, claims administration, claims adjustment and management, detection, investigation or reporting of actual or potential fraud, misrepresentation or criminal activity, underwriting, policy placement or issuance, loss control and/or auditing.

Access to Your Information

Our employees, employees of our affiliated companies, and third party service providers will have access to information we collect about you and your business as is necessary to effect transactions with you. We may also disclose information about you to the following categories of person or entities:

- Your independent insurance agent or broker;
- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;
- Persons or organizations that conduct scientific studies, including actuaries and accountants;
- An insurance support organization;
- Another insurer if to prevent fraud or to properly underwrite a risk;
- A state insurance department or other governmental agency, if required by federal, state or local laws; or
- Any persons entitled to receive information as ordered by a summons, court order, search warrant, or subpoena.

PN CW 02 0505
NBUT 04/17/2007

Page 2

Company Copy

Violation of the Privacy Policy

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

For more information or to address questions regarding this privacy statement, please contact your broker.

# NOTICE TO POLICYHOLDERS

## U.S TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Policyholder Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Policyholder Notice carefully.**

OFAC administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous

- Foreign agents
- Front organizations
- Terrorists
- Terrorist organizations
- Narcotics traffickers

as "Specially Designated Nationals and Blocked Persons". This list can be found on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance will be immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, neither payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

PN CW 05 0106      Includes copyrighted material of Insurance Services Office, Inc., with its permission
NBUT  04/17/2007

**Company Copy**

# NOTICE TO POLICYHOLDERS

FLORIDA


FOR INFORMATION, OR
TO MAKE A COMPLAINT, CALL:
1-800-688-1840
XL INSURANCE
SEAVIEW HOUSE
70 SEAVIEW AVENUE
STAMFORD, CT  06902-6040


PN FL 03 0405
NBUT  04/17/2007

**Company Copy**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – THROWING OBJECTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of the throwing, launching or propelling of any object or person by any insured or by any performer, including but not limited to any performer throwing himself or herself as part of any performance or rehearsal.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESTAURANT, BAR, TAVERN, NIGHT CLUBS, FRATERNAL AND SOCIAL CLUBS LIMITATION

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

This insurance does not apply to any claim or "suit" or any liability arising out of:

1. Any "bodily injury" to, or, any damage to any property of, any entertainer, stage hand, crew or independent contractor who participates in or is a part of any athletic event, demonstration, exhibition, contest, competition, performance, or game;

2. Any mechanical rides, pits, rings, props, slides, docks, piers, wharves;

3. The use of any pyrotechnic devices, lasers, or other similar apparatus;

4. The failure of the insured to meet any safety codes or ordinances as respects ingress or egress accessibility, lighting, directions, signs or displays relating to premises emergency exits;

5. Failure of the insured to provide access to any premises emergency exit;

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – THROWING OBJECTS/PERSONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of the throwing, launching or propelling of any object or person by any insured, any entertainer, stage hand, crew or independent contractor as part of any performance, rehearsal or audition.  This includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any insured, entertainer, stage hand, crew or independent contractor jumping or intentionally falling off of any structure or equipment as part of any performance, rehearsal or audition.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

GU207
(7/99)

## ENDORSEMENT #021

This endorsement, effective 12:01 a.m., October 31, 2007, forms a part of Policy No. RGD9437292 issued to TAYLOR WOODROW, INC. by Greenwich Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

It is understood and agreed effective 10/31/07, the following entities are hereby added to this policy.

Morrison Homes of Arizona, Inc.
Morrison Homes, Inc.
Morrison Homes, Inc.
Morrison Homes of Colorado, Inc.
Morrison Homes Realty of Florida, Inc.
Morrison Homes, Inc.
Morrison Homes, Inc.
Morrison Homes, Inc.
Morrison Homes Capital Corporation
Rivermead Homes, Inc.
Wimply Commercial, Inc.
Morrison Homes of Nevada, LLC
Morrison Homes of Texas, Inc.
Morrison Homes Realty of Texas, Inc.
Morrison Homes, Inc.

Premium subject to audit.

_____
Authorized Representative

POLICY NUMBER: RGD9437292

COMMERCIAL GENERAL LIABILITY

CG 20 26 07 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
| --- |
| County of Orange and Orange County Flood Control District |
| It is agreed that any insurance maintained by the County of Orange and Orange Flood Control District will apply in excess of, and not contribute with, insurance provided by this policy." |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004

GU207
(7/99)

ENDORSEMENT # 022

This endorsement, effective on   3/1/2008  at 12:01 A.M. standard time, forms a part of

Policy No. RGD9437292                          of the Greenwich Insurance Company

Issued to   Taylor Morrison, Inc.

## AMENDATORY ENDORSEMENT

It is agreed that:

The Policy Declarations GIC-CPD2 (02/03) are amended as follows:

Named Insured:  Taylor Morrison, Inc.

Endorsement #021  is hereby deleted.

Endorsement #002  is hereby deleted.

IL 09 85 01 08       Disclosure Pursuant to Terrorism Risk Insurance Act is hereby added.

PN 300 01 08 TR   Notice to Policyholders is hereby added.

_____
Authorized Representative

GU207 (7/99)

POLICY NUMBER:  RGD9437292

**COMMERCIAL GENERAL LIABILITY**
CG 20 10 07 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| Innovative Structures | 5222 Pirrone Ct., Ste. 301 Salida, CA  95368 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 07 04

© ISO Properties, Inc., 2004

**Page 1 of 1**

☐

POLICY NUMBER: RGD9437292

**COMMERCIAL GENERAL LIABILITY**
CG 20 10 07 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| Eastern Municipal Water District | 37111 High Vista Dr., Murrieta CA |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or
2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 07 04

© ISO Properties, Inc., 2004

Page 1 of 1

GU207
(7/99)

ENDORSEMENT # 023

This endorsement, effective on  3/1/2008  at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                         of the Greenwich Insurance Company

Issued to   Taylor Morrison, Inc.

# AMENDMENT OF LIMITS OF INSURANCE

In consideration of an additional premium of $█████(flat), it is agreed the policy limits are amended as listed below.  The above premium includes an amount of $████ for Certified Acts of Terrorism.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| | Limits Of Insurance | |
|---|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 1,000,000 | |
| Products-Completed Operations Aggregate Limit (Products-Completed Operations) | $ 2,000,000 | |
| Personal & Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit (Other than Products-Completed Operations) | $ 1,000,000 | |
| Each Occurrence Limit (Products-Completed Operations) | $ 2,000,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ | Any One Person |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The limits of insurance shown in the Declarations are replaced by the limits designated in the Schedule or in the Declarations as subject to this endorsement with respect to which an entry is made.

_____

Authorized Representative

GU207 (7/99)

GU207
(7/99)

ENDORSEMENT # 024

This endorsement, effective on  3/1/2008  at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                    of the Greenwich Insurance Company

Issued to    Taylor Morrison, Inc.


It is agreed that endorsement #18 Deductible Liability Insurance Endorsement is amended as follows:

**SCHEDULE**

| Coverage | Deductible Amount Each Occurrence or Offense |
|---|---|
| Products/Completed Operations Liability | $     2,000,000 |

All other terms and conditions remain unchanged.


_____
Authorized Representative

OK JJ

GU207 (7/99)

ENDORSEMENT #025

This endorsement, effective 12:01 a.m.,          March 1, 2008          , forms a part of

Policy No.   RGD9437292                    issued to Taylor Morrison, Inc.

by Greenwich Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.


NAMED INSURED ENDORSEMENT


This endorsement modifies insurance provided under the following:


COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM


It is agreed that **NAMED INSURED** of the policy declarations page, is amended to include the following:

**Addison Reserve Realty, Inc.** (a Florida corporation)
**Addison Reserve Realty, Ltd**. (a Florida limited partnership)
**Alaqua Lakes Community Association, Inc.**
**Alaqua Lakes Realty, Inc**. (a Florida corporation)
**Altessa At Vasari Village Association, Inc.**
**Altessa I At Vasari Condominium Association, Inc.**
**Altessa II At Vasari Condominium Association, Inc.**
**Altessa III At Vasari Condominium Association, Inc.**
**Andalusia At Mirasol Property Owners Association, Inc.**
**Aquatica Realty, L.L.C.** (a Florida limited liability company)
**AS Village, LLC** (a Florida limited liability company)
**ASV Holdings, LLC** (a Florida limited liability company)
**Avalon Community Association, Inc.** (a Texas corporation)
**Beleza On Venice Beach Condominium Association, Inc.** (a Florida corporation)
**Beneva Indemnity Company** (a Vermont corporation)
**Bianca At Mirasol Property Owners Association, Inc.**
**Brendisi at Mediterra Condominium Association, Inc.**
**Cabreo At Mediterra Neighborhood Association, Inc.**
**Canyon Trails Unit 3 Homeowners Association**, (an Arizona corporation
**Canyon Trails Unit 4 Homeowners Association**, (an Arizona corporation
**Capri At Mirasol Property Owners Association, Inc.**
**Cassia At Vasari Condominium Association, Inc.**

XIL 404 0605
© 2005, XL America, Inc.

CFM Community Development District
Channing Park Property Owners Association, Inc. (a Florida corporation)
Cobblestone At Artisan Lakes Homeowners Association, Inc., (a Florida corporation)
Coplen Estates Homeowners Association, (an Arizona corporation
Cottonflower-Goodyear Community Association (an Arizona corporation)
Del Rio Ranch Homeowners Association, (an Arizona corporation
Diplomat Oceanfront Residences Condominium Association, Inc., (a Florida corporation)
Esperanza At Mirasol Property Owners Association, Inc.
Estates at the Spectrum Homeowners Association (an Arizona corporation)
Firenze At Vasari Condominium Association, Inc.
Graycliff At Lucaya Condominium Association, Inc., (a Florida corporation)
Hamilton At Lucaya Condominium Association, Inc.
I.B. Holdings, L.L.C.
Indigo Beach, L.L.C.
Ladera Community Association, Inc., (a Florida corporation)
Laredo Ranch Homeowners Association, (an Arizona corporation
Lucaya Community Development District
Lucaya Master Property Owners Association, Inc., (a Florida corporation)
Madrid Place Homeowners Association (an Arizona corporation)
Magdalena At Mirasol Property Owners Association, Inc.
Magnolia Bay Club Master Association, Inc., (a Florida corporation)
Magnolia Bay Club Neighborhood Association, Inc., (a Florida corporation)
Magnolia Landing Master Association, Inc., (a Florida corporation)
Matera II At Vasari Condominium Association, Inc.
Matera III At Vasari Condominium Association, Inc.
Matera IV At Vasari Condominium Association, Inc.
Matera at Vasari Village Association, Inc.
Meridian At the Oaks Preserve Commons Maintenance Association, Inc.
Meridian III At the Oaks Preserve Condominium Association, Inc.
Meridian IV At the Oaks Preserve Condominium Association, Inc.
Meridian V At the Oaks Preserve Condominium Association, Inc.
Meridian VI At the Oaks Preserve Condominium Association, Inc.
Mirasol Club Realty, L.L.C.
Mirasol Club, Inc.
Mirasol Club, Inc. d/b/a Mirasol Club
Mirasol Master Maintenance Association, Inc.
Monarch Club, Inc. (a Florida corporation)
Monarch Communities of Texas
Monarch Country Club, Inc. (a Florida corporation) (50% interest)
Monarch Developments of Georgia, Inc. (a Georgia corporation)
Monarch Developments of Texas, Inc. (a Texas corporation)
Monarch Holdings (USA), Inc. (a Delaware corporation)
Monarch Homes of Florida, Inc. (a Florida corporation)
Montana Blanca Estates Property Owners Association (an Arizona corporation)
Monte Carlo At Mirasol Property Owners Association, Inc. (Parcel 24)
Monterosso At Mediterra Neighborhood Association, Inc.
Monterosso III At Mediterra Condominium Association, Inc.
New Hometown At Winthrop Homeowners Association, Inc., (a Florida corporation)
North Ridge Properties of St. Johns County, LLC (a Florida limited liability company)
Oaks Meridian, Ltd. (a Florida limited partnership)
Oaks Preserve Realty, Inc. (a Florida corporation)
Orange Park Country Club Owners Association, Inc.
Orangewood 88, LLC (an Arizona limited liability company)
Palacio At Mirasol Property Owners Association, Inc.
Palma Sola Trace Community Development District
Palma Sola Trace Condominium Association, Inc., (a Florida corporation)

XIL 404 0605

©, 2005, XL America, Inc.

Palma Sola Trace Master Association, Inc., (a Florida corporation)
Pecan Creek Community Association (an Arizona corporation)
Playa Rienta At Mirasol Property Owners Association, Inc.
Porta Vecchio At Mediterra Neighborhood Association, Inc. (a Florida corporation)
Porta Vecchio I At Mediterra Condominium Association, Inc. (a Florida corporation)
Porta Vecchio II At Mediterra Condominium Association, Inc. (a Florida corporation)
Porta Vecchio III At Mediterra Condominium Association, Inc. (a Florida corporation)
Portico Community Development District
Portico Master Property Owners Association, Inc.
Porto Vecchio At Mirasol Property Owners Association, Inc.
Riviera At Mirasol Property Owners Association, Inc.
Q-Park Utility Company (a Texas corporation)
Quantera At Mirasol Property Owners Association, Inc.
San Remo At Mirasol Property Owners Association, Inc.
Santaluz, LLC (a Delaware limited liability company)
Sawgrass Commercial Park, Inc. (a Florida corporation)
Sawgrass Community Association, Inc.
Sereno Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Bay Woods I Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Bay Woods II Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Bay Woods III Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Bay Woods Neighborhood Association, Inc. (a Florida corporation)
Shadow Wood Preserve Creekside Neighborhood Association, Inc. (a Florida corporation)
Shadow Wood Preserve Parkside Neighborhood Association, Inc. (a Florida corporation)
Shadow Wood Preserve Sandalwood I Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Sandalwood II Condominium Association, Inc. (a Florida corporation)
Shadow Wood Preserve Sandalwood Neighborhood Association, Inc. (a Florida corporation)
Shamrock Estates Community Association, (an Arizona corporation
Sierra Montana Homeowners Association (an Arizona corporation)
Sierra Verde Community Association (an Arizona corporation)
Siesta At Mirasol Property Owners Association, Inc.
Sonsette At Lucaya Condominium Association, Inc.
Spectrum Community Association (an Arizona corporation)
St. Johns Forest Community Development District
St. Johns Forest Master Property Owners Association, Inc.
Steiner Ranch Commercial Community, Inc.
Steiner Ranch Golf Club GP, LLC (a Texas limited liability company)
Steiner Utility Company, Inc. (a Texas corporation)
Stratland Shadows Community Association, (an Arizona Corporation
Sun Groves Homeowners Association, (an Arizona corporation
Sycamore Estates Parcel 13 Community Association, (an Arizona Corporation
Talavera At Mirasol Property Owners Association, Inc. (Parcel 11)
Taylor Woodrow Communities – League City, Ltd (a Texas limited partnership)
Taylor Woodrow Communities (a Florida general partnership)
Taylor Woodrow Communities At Artisan Lakes, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At Belmont Ranch, LLC (a Delaware limited liability company)
Taylor Woodrow Communities At Heron's Glen, LLC
Taylor Woodrow Communities At Heron's Glen, LLC dba The Golf Club at Magnolia Landing
Taylor Woodrow Communities At Med 113, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At Med 119, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At Med 121, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At Mirasol, Ltd. (a Florida limited partnership)
Taylor Woodrow Communities At Portico, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At Seven Meadows, Ltd., a Texas limited partnership
Taylor Woodrow Communities At Shadow Wood Preserve, L.L.C. (a Florida limited liability company)
Taylor Woodrow Communities At St. Johns Forest, L.L.C. (a Florida limited liability company)

©, 2005, XL America, Inc.

**Taylor Woodrow Communities At Vasari, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Communities of Texas, L.P.** (a Delaware limited partnership)
**Taylor Woodrow Communities/Steiner Ranch, Ltd.** (a Texas limited partnership)
**Taylor Woodrow Construction Corporation** (a New York corporation)
**Taylor Woodrow Development Holdings, L.L.C.**
**Taylor Woodrow Developments of Florida, L.L.C.**
**Taylor Woodrow Georgia, L.L.C.** (a Georgia limited liability company)
**Taylor Woodrow Holdings (USA), Inc.** (a Delaware corporation)
**Taylor Woodrow Holdings/Arizona, Inc.** (an Arizona corporation)
**Taylor Woodrow Homes – Austin Division, Ltd.**
**Taylor Woodrow Homes – Central Florida Division, L.L.C.**
**Taylor Woodrow Homes – Houston Division, Ltd.**
**Taylor Woodrow Homes – Southeast Florida Division, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Homes – Southwest Florida Division, L.L.C.**(fka Taylor Woodrow Communities at Med 121, L.L.C.)
**Taylor Woodrow Homes Florida Inc.** (a Florida corporation)
**Taylor Woodrow Homes Houston (GP), L.L.C.**
**Taylor Woodrow Homes of Texas, Ltd.** (a Texas limited partnership)
**Taylor Woodrow Homes Southwest LLC** (a Delaware limited liability corporation)
**Taylor Woodrow Insurance Services, Inc.** (a Delaware corporation)
**Taylor Woodrow Investments, Inc.** (a Delaware corporation)
**Taylor Woodrow Mortgage Holdings, L.L.C.** (a Delaware limited liability company)
**Taylor Woodrow Mortgage Holdings, L.L.C.** (a Delaware limits company)
**Taylor Woodrow Mortgage LLC** (an Arizona limited liability company)
**Taylor Woodrow Nominee, L.L.C.**
**Taylor Woodrow Realty – Austin, L.L.C.,** (a Texas limited liability company)
**Taylor Woodrow Realty – Central Florida, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Realty – Florida Developments, L.L.C.** (a Florida limited liability company)
d/b/a Herons Glen Realty/Herons Glen Realty Sales/ The Club At Herons Glen Realty
**Taylor Woodrow Realty – Houston, L.L.C.** (a Texas limited liability company)
**Taylor Woodrow Realty – Southeast Florida, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Realty – Southwest Florida, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Realty – SW, L.L.C.** (a Florida limited liability company)
**Taylor Woodrow Tower Realty, Inc.** (a Florida corporation) (f/k/a Oaks Preserve Realty, Inc. - Name change effective 12/05/03)
**Taylor Woodrow U.S. Tower, Inc.** (a Delaware corporation)
**Taylor Woodrow, Inc.** (a Delaware corporation)
**Taylor Woodrow/Arizona, Inc.**(an Arizona corporation)
**Taylor Woodrow/Kenco, Ltd.** (a Florida limited partnership)
**Taylor-Woodrow/St. Regis Acquisition, LLC,** a Delaware limited liability company
**Taywood–Dermody Partnership** (a Nevada general partnership)
**Terra Linda At Mirasol Property Owners Association, Inc.**
**The Beach Residences Condominium Association, Inc.** (a Florida corporation)
**The Beach Residences, L.L.C.** (a Florida limited liability company)
**The Country Club At Mirasol Community Association, Inc.**
**The Legacy Club At Alaqua Lakes, Ltd.** (a Florida limited partnership)
**The Legacy Club, Inc.**
**The Oaks Preserve Management Association, Inc.,** a Florida corporation
**The Sun Groves Homeowners Association** (an Arizona corporation)
**The University Of Texas Golf Club, Ltd.** (f/k/a Steiner Ranch Golf Club, Ltd.)  (a Texas limited partnership)
**Toscana At Vasari Village Association, Inc.**
**Toscana I At Vasari Condominium Association, Inc.**
**Toscana II At Vasari Condominium Association, Inc.**
**Toscana III At Vasari Condominium Association, Inc.**
**Thompson Ranch Homeowners Association,** (an Arizona corporation)

XIL 404 0605
©, 2005, XL America, Inc.

Tierra Rosa Homeowners Association (an Arizona corporation)
Total Florida Title, Inc.
Townhomes of New Hometown At Winthrop Owners Association, Inc., (a Florida corporation)
Tranquilla at Mirasol Property Owners Association, Inc. (Parcel)
Trieste At Vasari Village Association, Inc.
Trieste I At Vasari Condominium Association, Inc.
Trieste II at Vasari Condominium Association, Inc.
TW Acquisitions, Inc. (a Florida corporation)
TW Homes/Arizona, Inc. (an Arizona corporation)
TW Indigo, LLC (a Delaware limited liability company)
TW Oaks Meridian, Inc. (a Florida corporation)
TW/Beach Residences – Clearwater, L.L.C. (a Florida limited liability company)
TW/Beach Residences - Holiday, L.L.C. (a Florida limited liability company)
TW/Beach Residences – Hollywood, L.L.C.
TW/Beach Residences - Madeira, L.L.C. (a Florida limited liability company)
TW/Beach Residences – Pompano, L.L.C. (a Florida limited liability company)
TW/Beach Residences – Singer Island, L.L.C. (a Florida limited liability company)
TW/Beach Residences – Venice Beach, L.L.C. (a Florida limited liability company)
TW/Olson Holdings, LLC
TW/Olson Realty L.L.C.
TW/Olson Venture Management, L.L.C.
TW/Olson-Indrio, LLC
TW/Olson-Magnolia, LLC
TW/Olson-Thomas Drive, L.L.C.
TWC/Falconhead West, LLC (a Texas limited liability company)
TWC/Mirasol, Inc. (a Florida corporation)
TWC/Seven Meadows, L.L.C. (a Texas limited liability company)
TWC/Steiner Ranch, L.L.C. (a Texas limited liability company)
TWC/Texas Homes, L.L.C. (a Texas limited liability company)
TWC of Texas, L.L.C. (a Delaware limited liability company)
TWCF, Inc. (a Florida corporation)
TWH Mortgage, a series of Countrywide Mortgage Ventures, LLC(TWH has 50% interest, but Countrywide is obligated to maintain insurance for this entity)
TWKC, Inc. (a Florida corporation)
Vasari Community Development District
Vasari Country Club Master Association, Inc.
Vercelli At Treviso Bay Neighborhood Association, Inc.
Via Verde At Mirasol Property Owners Association, Inc.
Villa Vasari At Mirasol Condominium Association, Inc.
Villalago At Mediterra Neighborhood Association, Inc.
Vizcaya At Mirasol Property Owners Association, Inc.
Waterchase Community Development District
Waterchase Master Property Owners Association, Inc.
WF/TW Mortgage Venture, LLC
Wimpey Commercial, Inc.
Artisan at Chino Hills Maintenance Association (a California, mutual benefit corporation)
Beacon Hill II Heritage Owners Association, (a CA, mutual benefit corporation)
Bellafina Community Association, (a CA, mutual benefit corporation)
Carmela Maintenance Association (a CA, mutual benefit corporation)
Citrus Springs Neighborhood Association, (a CA, mutual benefit corporation)
Cliffhaven Maintenance Corporation, (a CA, mutual benefit corporation)
Creekside Station at Berryessa Owners Association, (a CA, mutual benefit corporation)
Crystal Cove Community Association, (a CA, mutual benefit corporation)
Dos Lagos Maintenance Corporation, (a CA, mutual benefit corporation)
Fairbanks Highlands LLC (a California limited liability company)
JCC-190th Street, LLC, a California limited liability company

XIL 404 0605

© 2005, XL America, Inc.

La Viña Maintenance Corporation, (a CA, mutual benefit corporation)
Larkspur Maintenance Association (a California, mutual benefit corporation)
Laurel Place Owners Association, (a CA, mutual benefit corporation)
Los Arboles Maintenance Association, (a CA, mutual benefit corporation)
Marburg Owners Association, (a CA, mutual benefit corporation)
Market Street Community Association, (a CA, mutual benefit corporation)
Monarch Communities of California (a California corporation)
Monarch Holdings (USA), Inc. (a Delaware corporation)
Pacific Ridge Maintenance Association, (a CA, mutual benefit corporation)
Palazzo at Renaissance Plaza Maintenance Association, (a CA, mutual benefit corporation)
Santaluz Maintenance Association (a California, mutual benefit corporation)
Santaluz Marketing, LLC (a California limited liability company)
Santaluz, LLC (a Delaware limited liability company)
Shady Grove Neighborhood Association (a CA, mutual benefit corporation)
Spanish Walk Community Association, (a CA, mutual benefit corporation)
Spyglass Hill Owners Association, (a CA, mutual benefit corporation)
Sterling Square at Civic Park Owners Association, (a CA, mutual benefit corporation)
Summit at Turtle Ridge Community Association, (a CA, mutual benefit corporation)
Sycamore Estates Parcel 13 Community Association, (an Arizona Corporation
Sycamore Heights Community Association (a California, mutual benefit corporation)
Taylor Woodrow Homes, Inc. (a California corporation)
Taylor Woodrow Mortgage Holdings, L.L.C. (a Delaware limited liability company)
Taylor Woodrow/Arciero Partners (a California limited partnership)
Taywood–Dermody Partnership (a Nevada general partnership)
Temescal Heights at Dos Lagos Neighborhood Association, (a CA, mutual benefit corporation)
The Ned's Way Garden Homes, LLC (a California limited liability company)
TW Gaffey St., LLC, (a California limited liability company) (100% ownership interest)
TWH/Normandie, LLC, a California limited liability company
Valencia TM LLC (a California limited liability company)
Vantage Town Home Association (a California, mutual benefit corporation)
Woodbury Maintenance Corporation, (a CA, mutual benefit corporation)

All other terms and conditions remain unchanged.

_____
Authorized Representative

XIL 404 0605
©, 2005, XL America, Inc.

*3*

GU207
(7/99)

ENDORSEMENT # 026

This endorsement, effective on   3/1/2009   at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                    of the Greenwich Insurance Company

Issued to   Taylor Morrison, Inc.


It is agreed the premium for the policy period 3/1/2009 to 3/1/2010 is $ ▮▮▮▮▮   The above premium includes an amount of $ ▮▮▮ for Certified Acts of Terrorism.


All other terms and conditions remain unchanged.




_____

Authorized Representative

POLICY NUMBER: RGD9437292
Effective 3/1/08-09

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

Terrorism Premium (Certified Acts) $     1,337
**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

**Additional information, if any, concerning the terrorism premium:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

IL 09 85 01 08

© ISO Properties, Inc., 2007

Page 1 of 1

## GENERAL LIABILITY TERRORISM NOTICE TO POLICYHOLDERS FOR USE WITH: CG 21 70/CU 21 30 (CAP ENDORSEMENT)

This Notice has been prepared in conjunction with the implementation of changes related to coverage of terrorism under your policy.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to revised provisions in the terrorism endorsement in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

### CHANGE IN THE DEFINITION OF CERTIFIED ACTS OF TERRORISM
### AND
### INFORMATION ON LIMITATIONS ON FEDERAL AND INSURER LIABILITY

Under the federal Terrorism Risk Insurance Program Reauthorization Act of 2007, the definition of "certified acts of terrorism" (which is more fully defined in the endorsement) no longer requires that the act of terrorism be committed by or on behalf of a foreign interest. Therefore, coverage for "certified acts of terrorism" now encompasses, for example, an act committed against the United States government by a United States citizen, when the act is determined by the federal government to be a "certified act of terrorism" under the terms of the federal Terrorism Risk Insurance Program. Coverage is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions.

The government may participate in paying for some of the losses from a "certified act of terrorism". However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. Further, this coverage is subject to a limit on our liability pursuant to the federal law, that is, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Refer to the terrorism endorsement for the definition of "certified acts of terrorism". Refer to the endorsement, and to the rest of the insurance contract, for provisions that govern coverage for, or that exclude coverage for, losses arising from terrorism.

PN300 0108 TR             © ISO Properties, Inc., 2008

GU207
(7/99)

ENDORSEMENT # 027

This endorsement, effective on   3/1/2009   at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                      of the Greenwich Insurance Company

Issued to    Taylor Morrison, Inc.

It is agreed that form CG 20 37 07 04 Additional Insured – Owners, Lesees or Contractors – Completed Operations for the City of Turlock is hereby added to the policy.

All other terms and conditions remain unchanged.

_____
Authorized Representative

POLICY NUMBER:
RGD9437292

COMMERCIAL GENERAL LIABILITY
CG 20 37 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| City of Turlock | 700 W. Main Street Turlock, CA  95380 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

© ISO Properties, Inc., 2004

GU207
(7/99)

ENDORSEMENT # 028

This endorsement, effective on   9/28/2009   at 12:01 A.M. standard time, forms a part of

Policy No.  RGD9437292                        of the Greenwich Insurance Company

Issued to    Taylor Morrison, Inc.

It is agreed that forms CG 20 37 07 04 Additional Insured – Owners, Lessees or Contractors–
Completed Operations and CG 24 04 10 93 Waiver of Transfer of Rights of Recovery Against
Others to Us  for The Cannery Project Owner, LLC are hereby added to the policy.

All other terms and conditions remain unchanged.

_____
Authorized Representative

GU207 (7/99)

POLICY NUMBER: RGD9437292

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 10 93**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

The Cannery Project Owner, LLC

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section **IV** – COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**CG 24 04 10 93**          Copyright, Insurance Services Office, Inc.,  1992          **Page 1 of 1**     □

POLICY NUMBER: RGD9437292

**COMMERCIAL GENERAL LIABILITY**
CG 20 37 07 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| The Cannery Project Owner, LLC | 14.5 acres of real property that comprises of a portion of Tract 7613, City of Hayward, County of Alameda, State of California |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

© ISO Properties, Inc., 2004