**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION**<br><br>**This document relates to:**<br><br>**DEAN and DAWN AMATO,** *et al.*<br>**v.**<br>**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*<br>**Civil Action No. 10-0932** | **MDL NO. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAJ. JUDGE WILKINSON** |

## LOCAL RULE 7.2 NOTICE OF SUBMISSION

TO:   Plaintiffs, through their Liaison Counsel
      Russ Herman
      Herman, Herman, Katz & Cotlar
      820 O'Keefe Ave.
      New Orleans, LA

Please take notice that the Motion to Dismiss filed by Defendant Greenwich Insurance Company is noticed for submission on April 13, 2011, or on such other date that will be set by Judge Fallon.

                      Respectfully submitted,

                      *Martin A. Stern*
                      MARTIN A. STERN, T.A. (#17154)
                      JEFFREY E. RICHARDSON (#2323)
                      CHRISTINE S. FORTUNATO (#30505)
                      ADAMS AND REESE LLP
                      One Shell Square
                      701 Poydras Street, Suite 4500
                      New Orleans, LA 70139
                      Telephone:  (504) 581-3234
                      Facsimile:  (504) 566-0210
                      Martin.Stern@arlaw.com
                      Jeff.Richardson@arlaw.com
                      Christine.Fortunato@arlaw.com

                    STEPHEN M. MARCELLINO
                    RICHARD S. OELSNER
                    JENNIFER ALAMPI
                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                    DICKER LLP
                    3 Gannett Drive
                    White Plains, NY 10604-3407
                    Telephone:  (914) 323-7000
                    Facsimile:  (914) 323-7001
                    Stephen.Marcellino@wilsonelser.com
                    Richard.Oelsner@wilsonelser.com
                    Jennifer.Alampi@wilsonelser.com

*Attorneys For Greenwich Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                    *Jeffrey E. Richardson*
                    JEFFREY E. RICHARDSON