**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION**<br><br>**This document relates to:**<br><br>**DEAN and DAWN AMATO,** *et al.*<br>v.<br>**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*<br>**Civil Action No. 10-0932** | **MDL NO. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAJ. JUDGE WILKINSON** |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendant Greenwich Insurance Company hereby requests oral argument on its Motion to Dismiss filed this date.

Respectfully submitted,

*Martin A. Stern*
MARTIN A. STERN, T.A. (#17154)
JEFFREY E. RICHARDSON (#2323)
CHRISTINE S. FORTUNATO (#30505)
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Martin.Stern@arlaw.com
Jeff.Richardson@arlaw.com
Christine.Fortunato@arlaw.com

        STEPHEN M. MARCELLINO
        RICHARD S. OELSNER
        JENNIFER ALAMPI
        WILSON, ELSER, MOSKOWITZ, EDELMAN &
        DICKER LLP
        3 Gannett Drive
        White Plains, NY 10604-3407
        Telephone:  (914) 323-7000
        Facsimile:  (914) 323-7001
        Stephen.Marcellino@wilsonelser.com
        Richard.Oelsner@wilsonelser.com
        Jennifer.Alampi@wilsonelser.com

*Attorneys For Greenwich Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

        *Jeffrey E. Richardson*
        JEFFREY E. RICHARDSON