# EXHIBIT A

Exhibit A – List of Non-Louisiana Plaintiffs

| Plaintiff | Insured Defendants | Insurance Company Defendant |
|---|---|---|
| Hanlon, Patrick & Ann<br>3407 W Oakellar Avenue<br>Tampa, FL  33611 | Black Bear Gypsum Supply, Inc. | Maryland Casualty Co. |
| Durrance, Barry & Denise<br>108030 Driftwood Lane<br>Lutz, FL  33558 | Black Bear Gypsum Supply, Inc. | Maryland Casualty Co. |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, FL  33556 | Black Bear Gypsum, LLC | Maryland Casualty Co. |
| Wilcox, Eric & Karen<br>14117 Stowbridge Avenue<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Carciato, Lisa<br>13471 Little Gem Circle<br>Ft. Myers, FL  33913 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Gill, Ted & Pamela<br>13464 Little Gem Circle<br>Ft. Myers, FL  33913 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Kapalin, Daniel & Danielle<br>14115 Stowbridge Avenue<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Morris, Robert<br>14123 Stilton Street<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Brazon, Kevin & Jennifer<br>9326 River Rock Lane<br>Riverview, FL  33569 | M/I Homes, Inc. | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Corell, Roberto & Angela<br>11416 Dutch Iris Drive<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Martineau, Bill & Cynthia<br>9312 River Rock Lane<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Minafri, Steven<br>2511 Yukon Cliff Drive<br>Ruskin, FL  33570 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Stanley, Duke<br>2517 Yukon Cliff Drive<br>Ruskin, FL  33570 | M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |