| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| | | | | | | NONE |
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | |

1151

| BRANCH | BRANCH TBD - NC | | | | | RP   EFF 08/29/2003 |



## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| AUTOMOBILE<br><br>CA9944          1293 | LOSS PAYABLE CLAUSE<br><br>GMAC<br>INSURANCE SERVICE CENTER<br>P.O. BOX 2525<br>HUDSON          OH 44236<br><br>LOC #: 001 VEH #: 006 LOAN #: |

**COMMERCIAL AUTOMOBILE**

9S5008 Ed. 3-00

INSURED'S COPY

05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| D | PAS 41145096 | | 02063568 | 150 | M012539435-001-00001 | NONE |

1152

BRANCH      BRANCH TBD - NC                                          RP   EFF 08/29/2003


**ZURICH**

## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| AUTOMOBILE | LOSS PAYABLE CLAUSE |
| CA9944          1293 | GMAC<br>INSURANCE SERVICE CENTER<br>P.O. BOX 2525<br>HUDSON          OH 44236<br><br>LOC #: 001 VEH #: 007 LOAN #: |

COMMERCIAL AUTOMOBILE

9S5008 Ed. 3-00

INSURED'S COPY

05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | NONE |

1153

| BRANCH | BRANCH TBD - NC | | | | | RP   EFF 08/29/2003 |

## Z ZURICH

# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| AUTOMOBILE<br><br>CA9944            1293 | LOSS PAYABLE CLAUSE<br><br>COMMERCIAL LEASING CORP<br>8300 HALL ST, # 200<br>SHAWNEE MSN            KS 66219<br><br>LOC #: 001 VEH #: 001 LOAN #: |

COMMERCIAL AUTOMOBILE

9S5008 Ed. 3-00

INSURED'S COPY                                      05/02/2010

4. 4. 7

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | NONE |

1154

BRANCH        BRANCH TBD - NC

RP   EFF 08/29/2003



**ZURICH**

### PRECISION PORTFOLIO POLICY
### SUPPLEMENTAL DECLARATIONS
### PRECISION AMERICA
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|---|
| AUTOMOBILE | | LOSS PAYABLE CLAUSE |
| | | LOSS PAYEE |
| CA9944 | 1293 | V.F.S.U.S. LLC |
| | | 7025 ALBERT RICK ROAD |
| | | GREENSBORO        NC 27409-9539 |
| | | |
| | | LOC #: 001 VEH #: 008 LOAN #: |

COMMERCIAL AUTOMOBILE

9S5008 Ed. 3-00

1155

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

Page 1 of 2

Copyright, Insurance Services Office, Inc., 1996

CA 99 03 07 97

1156

7.  "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8.  "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

### D.  Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

### E.  Changes In Conditions

The Conditions are changed for Auto Medical Payments Coverage as follows:

1.  The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2.  The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

### F.  Additional Definitions

As used in this endorsement:

1.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2.  "Occupying" means in, upon, getting in, on, out or off.

Copyright, Insurance Services Office, Inc., 1996

CA 99 03 07 97

1157

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payments to the loss payee, we will obtain his or her rights against any other party.

CA 99 44 12 93     Copyright, Insurance Services Office, Inc., 1993    

1158

COMMERCIAL AUTO

PLEASE READ CAREFULLY

# POLICYHOLDER NOTICE

**TO OUR FLORIDA POLICYHOLDERS:**

As required by the State of Florida, every insurer shall include a provision in its policy for personal injury protection benefits for binding arbitration of any claims dispute involving medical benefits arising between the insurer and any person providing medical services or supplies if that person has agreed to accept assignment of personal injury protection benefits.

The provisions of chapter 682, Florida Statutes, relating to binding arbitration applies. The prevailing party shall be entitled to attorney's fees and costs as allowed by Florida statute.

ZURICH COMMERCIAL / ZURICH SMALL BUSINESS

9C3504 Ed. 11—98

1159

COMMERCIAL AUTO
CA 01 28 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. **Physical Damage Coverage** is changed as follows:

1. No deductible applies under Specified Causes of Loss or Comprehensive coverage for "loss" to glass used in the windshield.

2. The "Diminution In Value" exclusion does not apply.

3. All other **Physical Damage Coverage** provisions will apply.

4. Paragraph 1. of Loss Conditions, Appraisal For Physical Damage Loss, is replaced by the following:

   1. **Appraisal For Physical Damage Loss**

      If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a. Pay its chosen appraiser; and

      b. Bear the other expenses of the appraisal and umpire equally.

      If we submit to an appraisal, we will still retain our right to deny the claim.

B. The following condition is added to the General Conditions:

B. **Mediation**

1. In any claim filed by an "insured" with us for:

   a. "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

   b. "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

   c. "Loss" to a covered "auto" or its equipment, in any amount.

   either party may make a written demand for mediation of the claim prior to the institution of litigation.

2. A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

3. The request must state:

   a. Why mediation is being requested.

   b. The issues in dispute, which are to be mediated.

CA 01 28 10 01

Copyright, ISO Properties, Inc., 2000

Page 1 of 2

1160

4. The Florida Department of Insurance will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

Copyright, ISO Properties, Inc., 2000

1161

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to the Coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. Paragraph **A.2.b.** of the Common Policy Conditions, **CANCELLATION**, is changed to read as follows:

b. 45 days before the effective date of cancellation if we cancel for any other reason. The notice of cancellation will state the reason(s) for the cancellation.

B. The following is added to paragraph **A.** of the Common Policy Conditions, **CANCELLATION:**

7. If this policy provides Personal Injury Protection and Liability Coverage in accordance with Section 627.7275 of the Florida Insurance Law, and:

a. It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days following the date of issuance or renewal, except for one of the following reasons:

(1) The covered "auto" is completely destroyed such that it is no longer operable;

(2) Ownership of the covered "auto" is transferred; or

(3) The "named insured" has purchased another policy covering

the motor vehicle insured under this policy.

b. It is a new policy, we may not cancel for nonpayment of premium during the first 60 days following the date of policy issuance unless a check used to pay us is dishonored for any reason.

C. The following Condition is added:

**NONRENEWAL**

1. If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

2. If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

3. Notice of Nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

CA 02 67 10 94

Copyright, Insurance Services Office, Inc., 1994

1162

POLICY NUMBER:

COMMERCIAL AUTO
CA 22 10 07 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

## SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $_____

is applicable to ☐ the following "named insured" only:_____

      ☐ each "named insured" and each dependent − "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent − "family member" does not apply

| Benefits | Limit Per Person |
|---|---|
| Total aggregate limit | Up to $10,000 |
| Death Benefits | $5,000 (included in aggregate) |
| Medical expenses | 80% of medical expenses subject to total aggregate limit |
| Work loss | 60% of work loss subject to total aggregate limit |
| Replacement services expense | Subject to total aggregate limit |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Copyright, Insurance Services Office, Inc., 2000

1163

## A. Coverage

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No−Fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the schedule, these Personal Injury Protection benefits consist of the following:

### 1. Medical Expense

All reasonable expenses for necessary medical, surgical, x−ray, dental, ambulance, hospital, professional nursing and rehabilitative services, for prosthetic devices and for necessary remedial treatment and services recognized and permitted under the laws of the state for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious beliefs;

### 2. Replacement Services Expenses

With respect to the period of disability of the injured person all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

### 3. Work Loss

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

### 4. Death Benefits

## B. Who Is An Insured

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

## C. Exclusions

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Sustained by any person:

   a. Caused by his or her own intentional act; or

   b. While committing a felony.

4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No−Fault Law;

7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

## D. Limit Of Insurance

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No−Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000, provided that payment for Death benefits included within the total aggregate, shall be $5,000.

2. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits, under the Florida Motor Vehicle No−Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall b entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

Copyright, Insurance Services Office, Inc., 2000

1164

4. The deductible amount shown in the Schedule will be deducted from the lesser of:

   a. The total benefits otherwise payable under this insurance to any one person in any one "accident"; or

   b. The applicable limit of our liability.

   The total benefits otherwise payable means the total amount of medical expenses, work loss, and replacement services expenses after the application of any percentage limitation set forth in the Schedule. The deductible does not apply to the death benefit.

E. **Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss**

   In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

2. **Legal Action Against Us** is changed by adding the following:

   No one may bring a legal action against us under this insurance until 30 days after the required notice of "accident" and reasonable proof of claim have been filed with us.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle".

F. **Additional Conditions**

The following Conditions are added:

1. **Mediation**

   a. In any claim filed by an "insured" with us for:

      (1) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

      (2) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

      (3) "Loss" to a covered "auto" or its equipment, in any amount,

      either party may make a written demand for mediation of the claim prior to the institution of litigation.

   b. A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

   c. The request must state:

      (1) Why mediation is being requested.

      (2) The issues in dispute, which are to be mediated.

   d. The Florida Department of Insurance will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for

CA 22 10 12 00

Copyright, Insurance Services Office, Inc., 2000

Page 3 of 5

1165

mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

e.  Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f.  The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

2.  **Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

3.  **Proof of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making claim shall give to us written proof of claim, under oath if required, which may include full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist us in determining the amount due and payable. Such person shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to an examination, we will not be liable for subsequent personal injury protection benefits. Whenever a person making claim is charged with committing a felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

4.  **Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to Sections 627.730 through 627.7415 (1988) of the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

5.  **Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement, the personal injury protection afforded under the lessor's policy shall be primary, unless the face of the agreement contains, in at least 10-point type, the following language:

> The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by Section 627.736, Florida Statutes.

6.  **Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

a.  In the state of Florida;

b.  As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c.  As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of

Copyright, Insurance Services Office, Inc., 2000

1166

Florida but within the United States of America, its territories or possessions or Canada.

G. **Additional Definitions**

As used in this endorsement:

1. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

   However, "motor vehicle" does not include:

   a. A mobile home;

   b. Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

2. "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured".

3. "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

   a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

   b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

   c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing issuance.

6. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

Copyright, Insurance Services Office, Inc., 2000

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|-----------------|-------|
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | NONE |

1167

| BRANCH | BRANCH TBD - NC | | | | | RP   EFF 08/29/2003 |



## ZURICH

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|------|------|------|------|-----|--------------------------|
| * | 760061 | 0100 | | | | | IMPORTANT NOTICE TO FLORIDA POLICYHOLDERS |
| * | 46019 | 0992 | | | X | | FLORIDA OPTIONS OFFERING |
| * | 740276 | 0502 | | | | | WHOLESALE JACKET |
| * | 9S5217 | 0501 | | | | | POLICY COVER PAGE - MARYLAND CASUALTY COMPANY |
| * | 9S5015 | 0300 | | | | | POLICY INDEX - PROPERTY, LIABILITY AND AUTOMOBILE COVERAGE PARTS |
| * | 9S5007 | 0300 | | | | | COMMON POLICY DECLARATIONS |
| * | 9S5008 | 0300 | X | X | X | | SUPPLEMENTAL DECLARATIONS |
| * | IL0017 | 1198 | X | X | X | | COMMON POLICY CONDITIONS |
| * | 9C0034 | 0599 | | | | | AMENDATORY ENDORSEMENT - POLICY TERM |
| * | 47781 | 1287 | X | X | X | | DIVIDEND PROVISIONS - PARTICIPATING COMPANIES |
| * | 9S1016 | 0300 | X | | | | PROPERTY DECLARATION |
| * | 9S1017 | 0300 | X | | | | BUILDING AND PERSONAL PROPERTY SCHEDULE |
| * | 9S1001 | 0499 | X | | | | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| * | 9S1220 | 0701 | X | | | | EXCLUSION FOR SOFTWARE AND DATA-RELATED LOSSES |
| * | 9S2102 | 0601 | | X | | | ELECTRONIC DATA LIABILITY AMENDMENT ENDORSEMENT |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

INSURED'S COPY

05/02/2010

6. 1. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | NONE |

1168

BRANCH   BRANCH TBD - NC                                    RP   EFF 08/29/2003



# ZURICH

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION AMERICA
## MARYLAND CASUALTY COMPANY
### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|---|------|------|------|-----|--------------------------|
| * | 9S1052 | 0499 | X | | | | PROPERTY CHANGES |
| * | 9S1002 | 1092 | X | | | | CRIME COVERAGE FORM |
| * | CP0321 | 0695 | X | | | | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| * | 9S1035 | 0696 | X | | | | WINDSTORM WAITING PERIOD DEDUCTIBLE – BUSINESS INCOME COVERAGE |
| * | 9S1054 | 0499 | X | | | | TENANTS LEASE PROTECTION |
| * | IL0175 | 0702 | X | | | | FLORIDA CHANGES – LEGAL ACTION AGAINST US |
| * | IL0255 | 0702 | X | | | | FLORIDA CHANGES – CANCELLATION AND NONRENEWAL |
| * | CP0125 | 0695 | X | | | | FLORIDA CHANGES |
| * | EMPATF | 0593 | X | | | | FLORIDA PROPERTY SURCHARGE ENDORSEMENT |
| * | 9S2008 | 0300 | | X | | | COMMERCIAL GENERAL LIABILITY DECLARATIONS |
| * | 9S2009 | 0300 | | X | | | COMMERCIAL GENERAL LIABILITY SCHEDULE |
| * | 9S2001 | 0499 | | X | | | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| * | 9S2092 | 0499 | | X | | | PREMIUM AUDIT WAIVER |
| * | 15153 | 0989 | X | X | | | ABSOLUTE ASBESTOS EXCLUSION |
| * | CG2133A | 1185 | | X | | | EXCLUSION–DESIGNATED PRODUCTS |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

COMMON
9S5009 Ed. 3-00

INSURED'S COPY

05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 41145096 | | 02063568 | 150 | MO12539435-001-00001 | NONE |

1169

| BRANCH | BRANCH TBD - NC | | | | | RP   EFF 08/29/2003 |



## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION AMERICA
## MARYLAND CASUALTY COMPANY
### (CONTINUED)

| FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|-------------|------|------|------|------|-----|--------------------------|
| * | CG0057 | 0999 | | X | | | AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE |
| * | 9S2540 | 0101 | | X | | | FUNGUS EXCLUSION |
| * | CG2404 | 1093 | | X | | | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| * | CG2147 | 0798 | | X | | | EMPLOYMENT–RELATED PRACTICES EXCLUSION |
| * | CG0220 | 0398 | | X | | | FLORIDA CHANGES – CANCELLATION AND NONRENEWAL |
| * | 9S3001 | 0300 | | | X | | COMMERCIAL AUTOMOBILE DECLARATIONS |
| * | 9S3002 | 0300 | | | X | | COMMERCIAL AUTOMOBILE SCHEDULE |
| * | IL0021 | 0498 | | X | X | | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| * | CA9903 | 0797 | | | X | | AUTO MEDICAL PAYMENTS COVERAGE |
| * | CA9944 | 1293 | | | X | | LOSS PAYABLE CLAUSE |
| * | 9C3504 | 1198 | | | X | | POLICYHOLDER NOTICE |
| * | CA0128 | 1001 | | | X | | FLORIDA CHANGES |
| * | CA0267 | 1094 | | | X | | FLORIDA CHANGES – CANCELLATION AND NONRENEWAL |
| * | CA2210 | 1200 | | | X | | FLORIDA PERSONAL INJURY PROTECTION |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

INSURED'S COPY

05/02/2010

1170

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

**COMPANY NAME** MARYLAND CASUALTY COMPANY

| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02  212-19356 | EFFECTIVE DATE 08/30/2002 |
|---|---|---|

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 1999 | MAKE/MODEL INTERNATION   F5070 | VEHICLE IDENTIFICATION NUMBER 1HTTNADT6XJ001931 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE
08/30/2003      NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90      FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

**COMPANY NAME** MARYLAND CASUALTY COMPANY

| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02  212-19356 | EFFECTIVE DATE 08/30/2002 |
|---|---|---|

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 1999 | MAKE/MODEL INTERNATION   F5070 | VEHICLE IDENTIFICATION NUMBER 1HTTNADT6XJ001931 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE
08/30/2003      NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90      FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

1171

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

1172

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

| COMPANY NAME | MARYLAND CASUALTY COMPANY | |
|---|---|---|
| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02   212-19356 | EFFECTIVE DATE 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 2000 | MAKE/MODEL STERLING     LT9500 | VEHICLE IDENTIFICATION NUMBER 2FZXEWEB9YAH42609 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003     NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90     FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

| COMPANY NAME | MARYLAND CASUALTY COMPANY | |
|---|---|---|
| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02   212-19356 | EFFECTIVE DATE 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 2000 | MAKE/MODEL STERLING     LT9500 | VEHICLE IDENTIFICATION NUMBER 2FZXEWEB9YAH42609 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003     NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90     FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

1173

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1.  Name and address of each driver, passenger and witness;
2.  Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3.  License number of vehicles involved;
4.  Report the accident at once to the State Police or other designated authority;
5.  Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1.  Name and address of each driver, passenger and witness;
2.  Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3.  License number of vehicles involved;
4.  Report the accident at once to the State Police or other designated authority;
5.  Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

Case 2:09-md-02047-EEF-MBN   Document 9360-48   Filed 06/24/11   Page 24 of 35

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

1174

COMPANY NAME   MARYLAND CASUALTY COMPANY

POLICY NUMBER   PAS 41145096    COMPANY NAIC NO.   02   212-19356    EFFECTIVE DATE   08/30/2002

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY   [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

YEAR 2000   MAKE/MODEL STERLING   LT9513   VEHICLE IDENTIFICATION NUMBER 2FZXKWDB7YAF15512

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777    PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003   NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90   FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

COMPANY NAME   MARYLAND CASUALTY COMPANY

POLICY NUMBER   PAS 41145096    COMPANY NAIC NO.   02   212-19356    EFFECTIVE DATE   08/30/2002

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY   [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

YEAR 2000   MAKE/MODEL STERLING   LT9513   VEHICLE IDENTIFICATION NUMBER 2FZXKWDB7YAF15512

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777    PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003   NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90   FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

1175

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

1176

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

| COMPANY NAME | MARYLAND CASUALTY COMPANY | | |
|---|---|---|---|
| POLICY NUMBER  PAS 41145096 | COMPANY NAIC NO.  02    212-19356 | | EFFECTIVE DATE  08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR  2001 | MAKE/MODEL  STERLING    LT9500 | VEHICLE IDENTIFICATION NUMBER  2FZHAZAN91AH60860 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE  (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE  08/30/2003    NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90    FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

| COMPANY NAME | MARYLAND CASUALTY COMPANY | | |
|---|---|---|---|
| POLICY NUMBER  PAS 41145096 | COMPANY NAIC NO.  02    212-19356 | | EFFECTIVE DATE  08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR  2001 | MAKE/MODEL  STERLING    LT9500 | VEHICLE IDENTIFICATION NUMBER  2FZHAZAN91AH60860 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE  (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE  08/30/2003    NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90    FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

1177

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

ANY ALTERATIONS WILL VOID THIS CARD

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

ANY ALTERATIONS WILL VOID THIS CARD

1178

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

COMPANY NAME  MARYLAND CASUALTY COMPANY

| POLICY NUMBER | COMPANY NAIC NO. | | EFFECTIVE DATE |
|---|---|---|---|
| PAS 41145096 | 02 | 212-19356 | 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR | MAKE/MODEL | | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2001 | CHEVY | C2500 | 1GCHC24U31E189959 |

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE
08/30/2003     NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90     FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

COMPANY NAME  MARYLAND CASUALTY COMPANY

| POLICY NUMBER | COMPANY NAIC NO. | | EFFECTIVE DATE |
|---|---|---|---|
| PAS 41145096 | 02 | 212-19356 | 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR | MAKE/MODEL | | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2001 | CHEVY | C2500 | 1GCHC24U31E189959 |

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE
02063568

EXPIRATION DATE
08/30/2003     NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL
Ed. 10/90     FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

1179

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

### ANY ALTERATIONS WILL VOID THIS CARD

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

**NOTE:** This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

### ANY ALTERATIONS WILL VOID THIS CARD

Case 2:09-md-02047-EEF-MBN   Document 1306-10 Filed 02/24/10   Page 1 of 35
1180

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

| COMPANY NAME | MARYLAND CASUALTY COMPANY | | |
|---|---|---|---|
| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02   212-19356 | | EFFECTIVE DATE 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY   [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 2000 | MAKE/MODEL CHEVY   S10 | VEHICLE IDENTIFICATION NUMBER 1GCCS1951Y8257726 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003   NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90   FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

COMPANY NAME   MARYLAND CASUALTY COMPANY
POLICY NUMBER PAS 41145096   COMPANY NAIC NO. 02   212-19356   EFFECTIVE DATE 08/30/2002

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY   [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

YEAR 2000   MAKE/MODEL CHEVY   S10   VEHICLE IDENTIFICATION NUMBER 1GCCS1951Y8257726

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003   NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90   FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

1181

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE: This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE: This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

Case 2:09-md-02047-EEF-MBN   Document 22380-6   Filed 12/02/19   Page 32 of 35

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

1182

**COMPANY NAME**  MARYLAND CASUALTY COMPANY

| POLICY NUMBER | COMPANY NAIC NO. | EFFECTIVE DATE |
|---|---|---|
| PAS 41145096 | 02   212-19356 | 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

**INSURED NAME AND ADDRESS**
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR | MAKE/MODEL | | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2000 | CHEVY | S10 | 1GCCS1956Y8273954 |

**PRODUCER NAME/ADDRESS**
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE
02063568

| EXPIRATION DATE | |
|---|---|
| 08/30/2003 | NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE |

| 1151FL Ed. 10/90 | FOLD CARD IN HALF AND PLACE IN YOUR WALLET |
|---|---|
| | SEE IMPORTANT MESSAGE ON REVERSE SIDE |

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERATORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCIDENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

**COMPANY NAME**  MARYLAND CASUALTY COMPANY

| POLICY NUMBER | COMPANY NAIC NO. | EFFECTIVE DATE |
|---|---|---|
| PAS 41145096 | 02   212-19356 | 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

**INSURED NAME AND ADDRESS**
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR | MAKE/MODEL | | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2000 | CHEVY | S10 | 1GCCS1956Y8273954 |

**PRODUCER NAME/ADDRESS**
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200

PHONE  (727) 522-7777

PRODUCER CODE
02063568

| EXPIRATION DATE | |
|---|---|
| 08/30/2003 | NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE |

| 1151FL Ed. 10/90 | FOLD CARD IN HALF AND PLACE IN YOUR WALLET |
|---|---|
| | SEE IMPORTANT MESSAGE ON REVERSE SIDE |

**MISREPRESENTATION OF INSURANCE IS A
FIRST DEGREE MISDEMEANOR
THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND**

1183

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1.  Name and address of each driver, passenger and witness;
2.  Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3.  License number of vehicles involved;
4.  Report the accident at once to the State Police or other designated authority;
5.  Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:  **This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.**

ANY ALTERATIONS WILL VOID THIS CARD

**MISREPRESENTATION OF INSURANCE IS A
FIRST DEGREE MISDEMEANOR
THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND**

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1.  Name and address of each driver, passenger and witness;
2.  Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3.  License number of vehicles involved;
4.  Report the accident at once to the State Police or other designated authority;
5.  Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:  **This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.**

ANY ALTERATIONS WILL VOID THIS CARD

Case 2:09-md-02047-EEF-MBN   Document      Filed        Page 34 of 35

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

1184

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

| COMPANY NAME | MARYLAND CASUALTY COMPANY | | |
|---|---|---|---|
| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02   212-19356 | | EFFECTIVE DATE 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 2002 | MAKE/MODEL STERLING    L9500 | VEHICLE IDENTIFICATION NUMBER 2F2HA2A852AJS6053 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003    NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90    FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

---

THIS IS YOUR INSURANCE IDENTIFICATION CARD. PLEASE DETACH AND KEEP IN YOUR VEHICLE AT ALL TIMES. YOU WILL BE REQUIRED TO SUPPLY THE INFORMATION ON YOUR IDENTIFICATION CARD WHEN YOU REGISTER YOUR AUTOMOBILE.

---

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

IT IS IMPORTANT THAT THE ID CARD(S) PROVIDED BE CARRIED BY YOU (AND HOUSEHOLD OPERA-TORS) AT ALL TIMES. INFORMATION CONTAINED ON THE ID CARD WILL BE NEEDED IN CONNECTION WITH VEHICLE INSPECTION AND ACCI-DENT INVOLVEMENT. AT SUCH TIMES, SUCH EVIDENCE OF INSURANCE WILL BE SUBJECT TO VERIFICATION AS TO WHETHER OR NOT THE INSURANCE REQUIRED BY LAW HAS BEEN MAINTAINED.

| COMPANY NAME | MARYLAND CASUALTY COMPANY | | |
|---|---|---|---|
| POLICY NUMBER PAS 41145096 | COMPANY NAIC NO. 02   212-19356 | | EFFECTIVE DATE 08/30/2002 |

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY    [X] BODILY INJURY LIABILITY

INSURED NAME AND ADDRESS
BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

| YEAR 2002 | MAKE/MODEL STERLING    L9500 | VEHICLE IDENTIFICATION NUMBER 2F2HA2A852AJS6053 |
|---|---|---|

PRODUCER NAME/ADDRESS
WALLACE, WELCH, WILLINGHAM, INC.
300 1ST AVE S FL 5
SAINT PETERSBURG FL 33701-4200
PHONE (727) 522-7777

PRODUCER CODE 02063568

EXPIRATION DATE 08/30/2003    NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

1151FL Ed. 10/90    FOLD CARD IN HALF AND PLACE IN YOUR WALLET
SEE IMPORTANT MESSAGE ON REVERSE SIDE

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

1185

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**

## MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
## THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

"RENTAL CAR COVERAGE IS PROVIDED, SEE OUTLINE OF COVERAGE."

**IN CASE OF ACCIDENT: Obtain the following information:**

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved. Request to see the other driver's ID card;
3. License number of vehicles involved;
4. Report the accident at once to the State Police or other designated authority;
5. Report the accident immediately to your agent and/or Insurance Company; For claim service contact your agent or broker and the nearest claim office listed under "Insurance" in the Yellow Pages of the Telephone Directory.

NOTE:   This card must be made available upon demand to a law enforcement officer of the State or any subdivision thereof, or agent of the Department or to another person involved in an accident.

**ANY ALTERATIONS WILL VOID THIS CARD**