# EXHIBIT D



# ZURICH

## Verification of Policy Records

The attached record constitutes documents relevant to the contents of policy PAS 01131278, 08/30/2004 reprinted as of 08/29/2005 generated from computer data maintained by the issuing company.  Cosmetic changes not affecting coverage may have occurred to the format of the policy over time.

_____
                                                    Name

**Jenean Braxton**
*Records Management*

_____
            5|4|10
                                                    Date

## Zurich NA

## RICOH

Records Management
600 Red Brook Blvd, Ste 600
Owings Mills, Maryland  21117
USA
Phone 410-559-8394
Fax 410-559-8908



# ZURICH

# precision portfolio policy



Zurich North America
Small Business

wholesale
INSURANCE PROGRAM

740276 (Ed. 5-02)

1347

# IMPORTANT NOTICE TO FLORIDA POLICYHOLDERS

In the event you need to contact someone about this policy for any reason, please contact your agent. If you have additional inquiries about any issue, including coverage or resolving complaints, you may contact the insurance company issuing the policy at:

Zurich Small Business
P.O. Box 31045
Tampa, FL  33631
800-633-2344

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company, or the Department of Insurance, have your policy number available.

760061 Ed. 1-00

1348

# NOTICE TO POLICYHOLDER

**COVERAGE CHANGE**

**NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION IN YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL</u>.**

**THIS NOTICE HAS BEEN PREPARED IN CONJUNCTION WITH THE IMPLEMENTATION OF CHANGES TO YOUR POLICY.**

Your policy has been converted from a term policy with an effective date and an expiration date to a continuous policy that will automatically renew on each policy anniversary date unless cancelled or nonrenewed.

Therefore, your policy will be deemed to expire annually on the anniversary of its inception. We may non-renew the policy effective upon any anniversary date of policy inception subject to any notification requirements imposed by law. We may condition the continuance of coverage beyond any anniversary date of policy inception upon increase in premium, change in limits, change in type of coverage, elimination, reduction or restriction of coverage or increased deductible subject to any notification requirements imposed by law.

If we have not issued notice of nonrenewal effective upon an anniversary date of policy inception, the policy will renew automatically without any lapse in coverage provided timely payment of premium is received. If we condition the continuation of coverage as described above beyond an anniversary of policy inception and you accept the condition(s) by timely payment of premium, the policy will renew automatically without any lapse in coverage.

9C0518 Ed. 11-99

1349

# Notice to Our Customers

## Virtual Consulting Report

When you purchase insurance from Zurich North America, you are insured by one of the leading insurance carriers. We are always working to improve our products and offer our agents and their clients a little extra. This notice is to advise you of a new offering we hope you will find helpful in your business. We joined forces with our Risk Engineering team to develop a new service called Virtual Consulting. Virtual Consulting is a program designed to give you valuable information on risk improvement and loss prevention. By using basic policy information you provided, we are able to generate industry specific loss prevention suggestions including, exposure information, major causes of loss and recommendations to prevent losses.

The document is a detailed report which identifies causes of loss and discusses possible control strategies you can immediately use in your business. Implementing some of the suggestions has the potential to lead to less workplace accidents and less employee time off.

This service is provided free of charge and available from your agent. Please contact them and they will be able to print or email the document to you. Your agent has also received a notice, asking that they contact you. Make sure you're in contact with your agent to examine the document.

We urge you to take advantage of this service. We are certain you will find this program is a value added feature.

Contact your agent to find out more about Virtual Consulting.

The information provided through this service is compiled from sources believed to be reliable. We make no guarantee of results and assume no liability in connection with the information, methods or safety suggestions offered. Moreover, Zurich North America reminds you that this service cannot be assumed to contain every acceptable safety and compliance procedure or that additional procedures might not be required by abnormal or unusual circumstances.

9S5087 ed. 10/03

# 135Commercial Property And Casualty Risk Management Plans - Florida



**ZURICH**

Florida Regulation 4-166.040 requires that we develop guidelines for risk management plans and make them available to our insureds. Guidelines for risk management plans are descriptive instructions and criteria for the establishment of risk management plans. The guidelines deal with one or more aspects of risk handling appropriate to one or more insureds.

Within 60 days of your request, Zurich Services Corporation will develop and provide you with guidelines for a risk management plan. Zurich Services Corporation can also work with you to design a risk management plan as needed.

In addition to furnishing you with guidelines for risk management plans, other services may be available to you which include:

General Surveys are designed to assist you in analyzing and reducing loss exposures through a review of your operations, products, liability, and the environment.

Special Surveys are similar to the General Surveys except they differ in scope and degree. They also are designed to assist your risk management efforts in areas of occupational health, environmental, property, products, and liability.

Seminars to provide training in safety management techniques and safety management counseling services.

Workshops designed to train your managers and supervisors on the materials needed to train your employees.

Maintaining a safe workplace is your non-delegable obligation. Neither we nor Zurich Services Corporation undertakes to relieve you of that obligation. However, we and Zurich Services Corporation may provide you with tools that may assist you to fulfill your obligations.

If you would like to receive guidelines for a risk management plan, please contact the Zurich Services Corporation Risk Engineering Manager.

Bruce Radaker
Risk Engineering
Zurich Services Corporation
3003 Summit Blvd., Suite 1800
Atlanta, GA 30319
(404) 851-3390

1351

# FLORIDA FRAUD STATEMENT

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.**

9S5066 Ed. 4-96                                         Page 1

1352

# Z

# ZURICH

## MARYLAND CASUALTY COMPANY

### ADMINISTRATIVE OFFICES
### 1400 AMERICAN LANE
### SCHAUMBURG, ILLINOIS   60196

## PRECISION PORTFOLIO POLICY

### For

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

### By

NORTHEAST UNDERWRITERS, INC
4790 1ST ST N
SAINT PETERSBURG FL 33703-3000

In witness whereof, the MARYLAND CASUALTY COMPANY, a stock company, has caused this policy to be signed by its President and its Secretary at Baltimore, Maryland, and countersigned on the declarations page by a duly authorized representative of the Company.

*Nancy D. Mueller*

President

*Donald Kenny*

Secretary

9S5217 Ed. 05-01

1353



# ZURICH

## PRECISION PORTFOLIO POLICY INDEX

**YOUR POLICY CONSISTS OF THE FOLLOWING SECTIONS AND COVERAGE PARTS:**

### Common Policy Materials

- Common Declarations
- Supplemental Declarations, if necessary
- Common Policy Conditions
- Common Policy Forms and Endorsements, if necessary

### Commercial Property Coverage Part

- Property Declarations
- Building and Personal Property Schedule
- Special Schedules of Property, if necessary
- Supplemental Declarations, if necessary
- Building and Personal Property Coverage Form
- Commercial Crime Coverage Form
- Commercial Property Endorsements, if necessary

### Commercial General Liability Coverage Part

- Commercial General Liability Declarations
- General Liability Schedule
- Supplemental Declarations, if necessary
- Commercial General Liability Coverage Form
- Commercial General Liability Endorsements, if necessary

### Forms and Endorsements Applicable (list)

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1354

**BRANCH** ST  BRANCH TBD – NC                                                                RP  EFF 08/29/2005



# MARYLAND CASUALTY COMPANY
## PRECISION PORTFOLIO POLICY - COMMON DECLARATIONS
## PRECISION AMERICA
## WHOLESALE PROGRAM

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

### NAMED INSURED AND MAILING ADDRESS

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD, STE 300
CLEARWATER FL 33762-4753

### AGENCY NAME AND SERVICING ADDRESS

NORTHEAST UNDERWRITERS, INC
4790 1ST ST N
SAINT PETERSBURG FL 33703-3000
(727) 521-4253

### BRANCH NAME AND SERVICING ADDRESS

BRANCH TBD – NC
P.O. BOX 10197
JACKSONVILLE, FL 32247-0197
(800) 800-3907

### POLICY PERIOD

| FROM | TO |
|---|---|
| 08/30/2004 | UNTIL CANCELLED/ |
| 12:01 a.m. | NON-RENEWED |

**BUSINESS ENTITY:**   CORPORATION

### POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY AND GENERAL LIABILITY | $ 19,956.00 |
| TOTAL TAXES AND SURCHARGES | $ 19.00 |
| PREMIUM SIZE CREDIT | $ 1,222.00- |
| TERRORISM PREMIUM | $ 399.00 |
| **TOTAL ANNUAL PREMIUM** | $ 19,152.00 |

Countersigned by _____  _____
                                Authorized Representative                              Date

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984.
Copyright, Maryland Casualty Company, 1992.

**COMMON**
9S5007 Ed. 09-02

INSURED'S COPY

05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1355

BRANCH  ST   BRANCH TBD - NC                                                 RP   EFF 08/29/2005



# ZURICH

### MARYLAND CASUALTY COMPANY
### PRECISION PORTFOLIO POLICY - COMMON DECLARATIONS
### PRECISION AMERICA
### WHOLESALE PROGRAM

| TAXES AND SURCHARGES | |
|----------------------|--|
| FIRE COLLEGE SURCHARGE | $   19.00 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984.
Copyright, Maryland Casualty Company, 1992.

**COMMON**
9S5007 Ed. 09-02

INSURED'S COPY

05/02/2010

1356

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

IL 00 17 11 98

Copyright, Insurance Services Office, Inc., 1998

1357

**F.   Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98

Copyright, Insurance Services Office, Inc., 1998

1358

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT - POLICY TERM

This endorsement modifies provisions in the following forms:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> COMMERCIAL UMBRELLA COVERAGE PART
> COMMON POLICY CONDITIONS
> CONTRACTORS EQUIPMENT COVERAGE PART

If your policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception. We may non-renew the policy effective upon any anniversary date of policy inception subject to any notification requirements imposed by law. We may condition the continuance of coverage beyond any anniversary date of policy inception upon increase in premium, change in limits, change in type of coverage, elimination, reduction or restriction of coverage or increased deductible subject to any notification requirements imposed by law.

If we have not issued notice of nonrenewal effective upon an anniversary of policy inception, the policy will continue without any lapse in coverage provided timely payment of premium is received. If we condition the continuation of coverage beyond an anniversary of policy inception and you accept the conditions by timely payment of premium, the policy will continue without any lapse in coverage.

9C0034 Ed. 5-99

1359

COMMERCIAL PROPERTY
COMMERCIAL GENERAL LIABILITY
COMMERCIAL AUTO

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DIVIDEND PROVISION - PARTICIPATING COMPANIES

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

You shall participate in the earnings of the Company to such an extent and upon such conditions as shall be determined by the Board of Directors of the Company in accordance with the law and as made applicable only to the Commercial General Liability, Commercial Automobile, and the Commercial Property Coverage Parts when these Coverage Parts are attached to this policy, provided you have complied with all the terms of this policy with respect to the payment of premium.

47781 Ed. 12-87

1360

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT–RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

1361

facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a)  Any "nuclear reactor";

(b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

1362

IL 01 75 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, ISO Properties, Inc., 2001

1363

IL 02 55 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES-
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

a. If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with underwriting requirements established by the insurer.

b. We may not cancel:

(1) On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(2) On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

(a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

(b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

B. The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) There has been a failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

Copyright, ISO Properties, Inc., 2001

1364

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(7) On the basis of filing of claims for partial loss caused by sinkhole damage, or on the basis of the risk associated with the occurrence of such a claim, if:

    (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

    (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

    (b) This policy does not cover a residential structure or its contents; or

(3) 90 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

    (b) This policy covers a residential structure or its contents.

C. The following is added:

**NONRENEWAL**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    a. 90 days prior to the expiration of the policy if this policy covers a residential structure or its contents; or

    b. 45 days prior to the expiration of the policy for all other policies.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

    a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

    b. On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

        (1) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

        (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

Copyright, ISO Properties, Inc., 2001

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1365

BRANCH  ST  BRANCH TBD - NC                                          RP   EFF 08/29/2005



# ZURICH

## PRECISION PORTFOLIO POLICY
## COMMERCIAL PROPERTY DECLARATIONS

## PRECISION AMERICA
## WHOLESALE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

For descriptions of premiums, see the attached buildings and personal property schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in this declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| SCHEDULED PERSONAL PROPERTY | $1,000 | SEE SCHEDULE |
| PEAK SEASON PERSONAL PROPERTY INCREASE | NONE | 50% OF LIMIT |
| | | |
| | | |
| | | |
| | | |
| | | |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| ACCOUNTS RECEIVABLE* | NONE | $25,000 |
| ANTENNAE AND SATELLITES* | $1,000 | $1,000 |
| BI & EE - DEPENDENT PROPERTIES - 30 DAYS | NONE | ACTUAL LOSS SUSTAINED |
| BI & EE - NEWLY ACQUIRED PROPERTIES - 180 DAYS | NONE | $250,000 |
| DEBRIS REMOVAL - EACH LOCATION | NONE | $10,000 |
| DEFERRED PAYMENTS | NONE | $5,000 |
| EDP EQUIPMENT AND MEDIA - BLANKET | $1,000 | $50,000 |
| EMPLOYEE DISHONESTY* | NONE | $10,000 |
| FINE ARTS - BLANKET* | $1,000 | $10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 |
| FIRE EXTINGUISHING EQUIPMENT RECHARGE | NONE | $1,000 |
| FORGERY OR ALTERATION* | NONE | $10,000 |
| FREE-STANDING FENCES & WALLS* | $1,000 | $2,500 |
| INSTALLATION* | $1,000 | $2,500 |

\* The limits for these coverages may be increased. Contact your agent.

**COMMERCIAL PROPERTY**

9S1016 Ed. 3-00                          INSURED'S COPY                          05/02/2010

2. 1. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1366

BRANCH  ST  BRANCH TBD - NC                                   RP   EFF 08/29/2005



## PRECISION PORTFOLIO POLICY
## COMMERCIAL PROPERTY DECLARATIONS
## PRECISION AMERICA
## WHOLESALE PROGRAM

| ADDITIONAL COVERAGES   Continued | DEDUCTIBLE | LIMITS |
|----------------------------------|------------|--------|
| INVENTORY AND APPRAISAL | NONE | $5,000 |
| LEASEHOLD INTEREST* | NONE | $10,000 |
| LOCK AND KEY REPLACEMENT | NONE | $1,000 |
| MONEY & SECURITIES – INSIDE THE PREMISES/OUTSIDE THE PREMISES* | NONE | $10,000/   $2,500 |
| MONEY ORDERS & COUNTERFEIT CURRENCY – $1,000 MAX. EACH ITEM | NONE | $5,000 |
| OFF-PREMISES POWER OR WATER FAILURE* | $1,000 | $10,000 |
| PATTERNS, DIES & MOLDS* | $1,000 | $5,000 |
| PERSONAL EFFECTS AND PERSONAL PROPERTY OF EMPLOYEES | $1,000 | $2,500 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED OR CONST. BLDGS. – 180 DAYS | $1,000 | $250,000 |
| PERSONAL PROPERTY AT OTHER LOCATIONS (INCLUDING EXHIBITIONS)* | $1,000 | $25,000 |
| PERSONAL PROPERTY IN TRANSIT | $1,000 | $15,000 |
| POLLUTION CLEAN-UP AND REMOVAL – EACH LOCATION | $1,000 | $10,000 |
| SALESPERSONS SAMPLES – $2,500 MAX. EACH EMPLOYEE | $1,000 | $10,000 |
| SIGNS* | $1,000 | $5,000 |
| SPOILAGE* | $1,000 | $5,000 |
| TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES – BLANKET | $1,000 | $50,000 |
| TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES – SCHEDULED | $1,000 | SEE SCHEDULE |
| TREES, SHRUBS, PLANTS AND LAWNS – $1,000 MAX. EACH ITEM | $1,000 | $10,000 |
| UNAUTHORIZED BUSINESS CARD USE – $1,000 MAX. PER OCCURRENCE | NONE | $5,000 |
| VALUABLE PAPERS & RECORDS* | NONE | $25,000 |

* The limits for these coverages may be increased. Contact your agent.

Mortgagees and Loss Payees are listed on the Commercial Property Supplemental Declarations by building.

**COMMERCIAL PROPERTY**

9S1016 Ed. 3-00                    INSURED'S COPY                    05/02/2010

2. 1. 2

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | NONE |

BRANCH    ST  BRANCH TBD - NC                                           RP  EFF 08/29/2005



# ZURICH

## PRECISION PORTFOLIO POLICY
## BUILDINGS AND PERSONAL PROPERTY SCHEDULE
### PRECISION AMERICA

LOCATION   01 BUILDING #   01  13000 AUTOMOBILE BLVD. STE 300          CLEARWATER          FL  33762-4753

**PREMISES** PRIMARY
**OCCUPANCY:** BUILDING MATERIAL DISTRIBUTORS
**INSURED'S INTEREST:** TENANT
**CONSTRUCTION:** MASONRY NON-COMBUSTIBLE                         **PROTECTION CLASS:** 003

| | | DEDUCTIBLE | LIMIT |
|---|---|---|---|
| SCHEDULED PERSONAL PROPERTY | REPLACEMENT COST | $1,000 | $1,000,000 |
| BACK-UP OF SEWERS & DRAINS | | $1,000 | $25,000 |
| EQUIPMENT BREAKDOWN | | $1,000 | INCLUDED |

**PROTECTIVE DEVICES CONDITION APPLIES TO:**

**COMMERCIAL PROPERTY**
9S1017 Ed. 6-01                          INSURED'S COPY                          05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| 1368 D | PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | NONE |
| BRANCH  ST   BRANCH TBD - NC | | | | | | RP   EFF 08/29/2005 |

**Z**

# ZURICH

## PRECISION PORTFOLIO POLICY
## SPECIAL SCHEDULES OF PROPERTY

### TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES

| ITEM # | SCHEDULED ITEM DESCRIPTION | | ITEM VALUE |
|---|---|---|---|
| 0001 | 1996 HYSTER FORKLIFT H90XLS | G005D09332T | $   25,161 |
| 0002 | 2000 HYSTER FORKLIFT  H100XM | K005D05728Y | $   43,408 |
| 0003 | YALE FORKLIFT MODEL GLP100MJNGBE #E813V01862BE813V01862B | | $   44,287 |
| 0004 | 2004 PRINCETON-FORKLIFT PN—DOUBLEREACH | TP-89194803 | $   49,291 |
| 0006 | 2000 MOFFIT-FORKLIFT M5000 | 20675 | $   37,000 |
| 0007 | 1992 MOFFIT-FORKLIFT M500 | 2844 | $   12,500 |
| | | TOTAL VALUES ON THIS SCHEDULE | $  211,647 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**COMMERCIAL PROPERTY**
9S1018 Ed. 3-00

INSURED'S COPY

05/02/2010

2. 2. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| | | | | | | NONE |
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | |

1369

BRANCH  ST  BRANCH TBD – NC                                    RP   EFF 08/29/2005



# PRECISION PORTFOLIO POLICY
# SUPPLEMENTAL DECLARATIONS
# PRECISION AMERICA
# WHOLESALE PROGRAM

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>CP0321          0695 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE<br>LOC.#  BLDG.#  WINDSTORM OR HAIL PERCENTAGE  DEDUCTIBLE<br>01      01                                    1% |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

INSURED'S COPY

05/02/2010



| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------| ---|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1370

BRANCH        BRANCH TBD - NC                                              RP   EFF 08/29/2005



# PRECISION PORTFOLIO POLICY
# SUPPLEMENTAL DECLARATIONS
# PRECISION AMERICA

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>9S1001          0499 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM<br>LOSS PAYEE:<br>LOCATION #:  001      BUILDING #:  001<br>1ST FINANCIAL<br>COMMERCIAL LEASING CORP<br>6300 NALL AVE., SUITE 200<br><br>MISSION            KS 66202-4334    LOAN #: |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

INSURED'S COPY                                05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | MO15296231-001-00001 | NONE |

1371

BRANCH    BRANCH TBD - NC                        RP  EFF 08/29/2005



# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
### PRECISION AMERICA
#### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>9S1001        0499 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM<br>LOSS PAYEE:<br>LOCATION #:  001      BUILDING #:  001<br>ADM VENTURES INC DBA YALE INDUSTRIAL<br>TRKS-GULF/ATLANTIC<br>2230 N US HWY 301<br><br>TAMPA             FL 33619      LOAN #: |

COMMERCIAL PROPERTY

9S5008 Ed. 3-00

INSURED'S COPY

05/02/2010

1372

COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form.

---

## QUICK REFERENCE

| SECTION OF THIS FORM | BEGINS ON PAGE |
|---|---|
| Coverage | 1 |
|     Covered Property | 1 |
|     Covered Causes of Loss | 7 |
| Additional Coverages | 13 |
| Limits of Insurance | 18 |
| Deductible | 18 |
| Commercial Property Conditions | 18 |
|     Loss Conditions | 18 |
|     General Conditions | 22 |
| Definitions | 24 |

---

## COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

I. **COVERED PROPERTY**

The following items are Covered Property in this policy if shown in the Declarations along with a Limit of Insurance.

A. **Building**, meaning buildings and structures scheduled in the Declarations at a "described premises".

B. The following property if within 1000 feet of the "described premises":

1. Completed additions;

2. Permanently installed fixtures, machinery and equipment;

3. Indoor and outdoor equipment and other personal property used to maintain or service the "described premises";

4. Unless covered by other insurance:

(a) Incomplete additions and their component parts; and

(b) Materials, equipment, supplies and temporary structures to be used in completing those additions.

C. However, Covered Property does not include:

1. Land, water, growing crops, bridges, unattached retaining walls, patios or paved surfaces;

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1001 Ed. 4-99

1373

2. Foundations of buildings, supports, structures, machinery or boilers if the foundations are below:

   (a) The lowest basement floor; or

   (b) The surface of the ground, if there is no basement.

3. Property that is more specifically insured in this or another insurance policy.

D. **Newly Acquired or Constructed Buildings.**

If you acquire or commence construction on non–scheduled buildings after the inception date of this policy, such building(s) are Covered Property. However, this Coverage ends for each such building upon the earlier of:

1. The expiration of this policy;

2. The day you report the new property to us; or

3. The 180th day after you acquire the building(s) or commence construction on the building(s).

We will charge additional premium for new values reported from the date you acquire the property or the date construction begins.

E. **Personal Property.**

1. Personal Property located in, on or within 1000 feet of the "described premises" including:

   a. Business personal property owned by you and used in your business;

   b. Personal property of others in your care, custody or control, including the cost of labor, materials or services furnished or arranged by you on that property;

   c. Leased personal property which you have a contractual responsibility to insure; and

   d. "Improvements and betterments".

2. However, Covered Property does not include:

   a. Land, water or growing crops;

   b. Bullion, money or securities;

   c. Contraband, or property in the course of illegal transportation or trade;

   d. Shipments imported into the United States prior to discharge from an aircraft or ocean vessel;

   e. Shipments exported from the United States after being loaded on an aircraft or ocean vessel;

   f. Animals, except:

      (1) Animals owned by others and boarded by you; or

      (2) Animals owned by you and held for sale;

   g. Personal property of employees or personal effects of others;

   h. Aircraft;

   i. Self–propelled watercraft while afloat;

   j. (1) Vehicles or self–propelled machines that are:

      (a) Licensed for use on public roads; or

      (b) Operated principally away from the "described premises".

    (2) But we will cover vehicles or self–propelled machines you:

      (a) Manufacture, process or warehouse; or

      (b) Hold for sale, except for automobiles; or

   k. Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

F. **Personal Property at Newly Acquired or Constructed Buildings.** Personal Property Coverage extends to Personal Property at newly acquired or constructed buildings. But this Coverage ends for each newly acquired or constructed building upon the earlier of:

1. The expiration of this policy;

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1374

2. The day you report the new prop-
erty to us; or

3. The 180th day after you acquire the
property or begin the construction.

We will charge additional premium for
new values reported from the date you
acquire the property or the date con-
struction begins.

G. **Personal Property at Other Locations,**
meaning your Personal Property that is
at any premises more than 1000 feet
from the "described premises".

1. This Coverage includes property at:

a. A location you own or occupy
that is not a "described premises";
or

b. The premises of a fair or exhi-
bition.

2. This Coverage does not include
property:

a. In the course of transportation;
or

b. That is more specifically insured
while off-premises in this or
another insurance policy.

H. **Patterns, Dies and Molds,** located any-
where in the Coverage Territory, including
at exhibitions.

1. Patterns are forms or models for
imitation, or models for making molds
for forming or casting molten met-
als.

2. Dies are devices that impart desired
shapes or finishes to materials. They
may be devices that stamp or cut
objects. They may also be devices
through which metal, plastics or other
materials are extruded.

3. Molds are frames around which
objects are constructed, or contain-
ers in which objects are shaped.

I. **Personal Effects and Personal Property
of Employees,** in your care, custody or
control while in, on or within 1000 feet
of the "described premises". This insur-
ance is excess over any other valid and
collectible insurance available to the
owner of the property.

J. **Salespersons Samples,** while more than
1000 feet from the "described pre-
mises", including in transit. This Cover-
age applies to samples of goods or

products you own while in the custody
of a salesperson or any employee who
travels with sales samples.

Salespersons Samples does not include:

1. Property that has been sold;

2. Property shipped by mail; or

3. Drugs, jewelry, costume jewelry,
furs, fur garments or garments
trimmed with fur.

The most we will pay for loss of or
damage to property in the custody of
any one salesperson or employee in any
one occurrence is $2500.

The following exclusions in **EXCLUSIONS**
(Section II.A.) do not apply to this cov-
erage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking,
shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infesta-
tion, or discharge or release of waste
products by insects, birds, rodents
or other animals.

K. **Free Standing Fences and Walls,** at the
"described premises" and not attached
to buildings or other structures. This
Coverage does not include retaining walls
that are used to contain water.

L. **Antennae and Satellite Dishes,** meaning
radio or television satellite dishes and
antennae, including their lead-in wiring,
masts and towers within 1000 feet of
a "described premises."

M. **Signs,** wherever located in the Cover-
age Territory. This Coverage applies to
signs:

1. Owned or rented by you; or

2. Owned by others but in which you
have a financial interest.

N. **Outdoor Trees, Shrubs, Plants and Lawns,**
at the "described premises", other than
"stock". This Coverage includes debris
removal expense. However, we will only
pay for loss or damage caused by the
following Causes of Loss:

1. Fire;

2. Lightning;

3. Explosion;

4. Riot or Civil Commotion; or

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1375

5.   Aircraft.

The most we will pay for loss or damage to any one tree, shrub or plant is $1000.

O.   **Personal Property in Transit,** meaning personal Property you own and are picking up from others, or are delivering to others.

1.   This Coverage applies only to property while it is in transit more than 1000 feet from the "described premises" and:

a.   In or on a vehicle owned, leased or operated by you; or

b.   In the custody of a common carrier, contract carrier or registered mail carrier while in transit between points in the Coverage Territory. When title to a shipment passes to the consignee, if the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this insurance.

2.   However, this coverage does not apply to:

a.   Cargo that belongs to others that you are transporting for a fee, other than incidental delivery charges;

b.   Cargo on your vehicle if that cargo has been stationary with no intent to move it within the next 72 hours;

c.   Cargo while it is waterborne, unless it is on a barge on inland waterways within the continental United States;

d.   Freight charges;

e.   Live animals; or

f.   Salespersons samples.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1)   Exclusion **1.b.** Earth Movement.

(2)   Exclusion **1.g.** Water.

(3)   Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(4)   Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste

products by insects, birds, rodents or other animals.

P.   **Installation Property.**

1.   This Coverage applies to Personal Property being installed by you in work you are performing while at a job site or temporarily warehoused elsewhere anywhere in the Coverage Territory:

a.   Awaiting and during installation or testing; and

b.   Awaiting acceptance by the buyer.

If your Installation coverage limit is sufficient, coverage also extends to temporary structures at the job site as well as site preparation costs.

As used in this coverage, the term job site means a premises where you are installing, repairing or erecting property. However, It does not include the construction site of a dam, tunnel, flood control project, bridge, overpass, pier, wharf or dock.

2.   This coverage does not apply to personal property that is not a part of or intended to become a part of the installation.

3.   This coverage ends at any job site at the earliest of the following:

a.   Your interest in the property ceases;

b.   The buyer accepts the property; or

c.   This policy terminates.

Q.   **Tools and Equipment, Including Communication Devices.**

1.   This Coverage applies to the following property located anywhere in the Coverage Territory:

a.   Your tools and tools belonging to your employees, including spare parts and accessories;

b.   Contractors equipment you own or for which you may be legally liable; and

c.   Mobile communications equipment not permanently installed in a vehicle.

2.   This Coverage does not include:

a.   Automobiles, motor trucks, tractors, trailers or other vehicles

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1376

designed and principally used for highway transportation;

b. Aircraft or watercraft, or property while airborne or waterborne;

c. Property located underground; or

d. Contraband or property in the course of illegal transportation or trade.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy.

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.b.** Earth Movement.

**Extension – Newly Acquired Equipment.** If you acquire new contractors equipment during the Policy Period of a type already covered in this policy by this Coverage, we will automatically cover that property up to 180 days, but not beyond the end of the policy period. The most we will pay in any one occurrence under this extension is $250,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

**Insurance to Value.** All owned property included in this Coverage must be insured for at least 80% of its value at the time of loss or damage. If it is not, you will incur a penalty. The penalty is that we will only pay the proportion of the loss or damage that the Limit of Insurance for this Coverage bears to 80% of the value of the owned property at the time of loss or damage.

R. **Accounts Receivable,** meaning the money due you that you are unable to collect from your customers as a result of loss of or damage to your records of accounts receivable.

1. This coverage applies to:

a. Evidences of debt in connection with credit or charge cards;

b. Interest charges on any loan that you secure to offset amounts you are unable to collect pending our payment of these amounts;

c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

d. Other reasonable expenses you incur to re-establish your records of accounts receivable.

2. This coverage does not apply to:

a. Contraband or property in the course of illegal transportation or trade; or

b. Electronic data processing media or software.

3. Accounts Receivable loss payment will be determined as follows:

a. When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the amount will be computed as follows:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(2) Adjust that total for any normal fluctuation in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b. We will deduct from the total amount of accounts receivable, however that amount is established:

(1) The amount of the accounts for which there is no loss or damage;

(2) The amount of the accounts that you are able to re-establish or collect;

(3) An amount to allow for probable bad debts that you are normally unable to collect; and

(4) All unearned interest and service charges.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1377

c. If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

S. **Fine Arts,** meaning property that is rare or has historic or artistic value, such as paintings, etchings, drawings, rare books, rugs, tapestries, art glass, stained glass, murals, decoratively painted walls and other bona fide works of art or rarity that you own or are in your care, custody or control. This coverage applies to property located anywhere in the Coverage Territory except:

1. On exhibition at fairgrounds; or

2. On the premises of any national or international exposition.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy. Scheduled items will be valued at the amount shown in the Declarations. All other items will be valued at actual cash value.

**Extension — Newly Acquired Property.** If you acquire new Fine Arts during the Policy Period, we will automatically cover that property up to 180 days, but not beyond the end of the Policy Period. The most we will pay in any one occurrence under this extension is the lesser of 25% of the total limits for Fine Arts in this policy or $10,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

The following exclusions in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **1.g.** Water.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

T. **Electronic Data Processing Equipment and Media,** meaning data processing, and word processing and telephone systems and software you own or are in your care, custody or control.

1. This Coverage includes:

a. Equipment, component parts and related peripheral equipment such as cables, modems, telephone handsets and fax machines;

b. Media such as punch cards, tapes, discs, drums, or other magnetic recording or storage devices including the information stored on the media; and

c. Software programs and documentation used to operate the systems.

2. This Coverage does not include property

a. You hold for sale, distribute or manufacture; or

b. That cannot be duplicated or replaced with similar property of equal quality, unless it is scheduled in the Declarations.

The most we will pay for loss of or damage to any data processing item under this Coverage is $5000, except for any item specifically scheduled with a higher limit in the Declarations of this policy.

With respect to the above coverage, the term data processing item means an individual hardware component or peripheral (including related cards and cables), software program or media used with a specific software program.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1378

products by insects, birds, rodents or other animals.

(4) Exclusion **2.c.(6)(b)** Changes or extremes of temperature.

U. **Valuable Papers and Records,** meaning inscribed, printed or written documents, manuscripts or records including abstracts, books, deeds, drawings, films, negatives, transparencies, tapes, maps, mortgages or credit card records. We will pay the cost incurred to research, replace or restore the information on lost or damaged Valuable Papers and Records.

This Coverage does not include:

1. Electronic data processing media or software;

2. Money or securities;

3. Valuable papers and records that cannot be replaced with others of like kind and quality;

4. Property held as samples or for delivery after sale;

5. Property in storage away from the "described premises"; or

6. Contraband, or property in the course of illegal transportation or trade.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

II. **COVERED CAUSES OF LOSS**

RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE unless the loss or damage is excluded or limited as described below:

A. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance or Law** –

(1) The enforcement of any ordinance or law:

   (a) Regulating the construction, use or repair of any property; or

   (b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

b. **Earth Movement**

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

c. **Governmental Action** – Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1985
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1379

from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard** — Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Service Failure** — The failure of power or other utility service supplied to the "described premises", however caused, if the failure occurs away from the "described premises." But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(4) Water that backs up or overflows from a sewer, drain or sump but only if Back-Up of Sewers and Drains is shown as "Excluded" in the Declarations.

But if water, as described in **A.1.g.(1)** through **(4)** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Delay, loss of use or loss of market.

b. Smoke, vapor or gas from agricultural smudging or industrial operations.

c. (1) Wear and tear.

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

(3) Smog.

(4) Settling, cracking, shrinking, expansion.

(5) Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

(6) The following causes of loss to Personal Property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.c.(1)** through **(6)** results in building glass breakage or a "specified cause of loss," we will pay for the building glass breakage or the loss or damage

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1380

caused by that "specified cause of loss."

d. Explosion or mechanical break-down of steam boilers, steam pipes, steam engines, steam turbines, or their accessories or components, owned or leased by you or operated under your control. But we will pay for:

  (1) Any loss or damage caused by fire or combustion explosion that results from explosion of steam boilers, steam pipes, steam engines or steam turbines; or

  (2) Any loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

f. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  (1) You do your best to maintain heat in the building or structure; or

  (2) You drain the equipment and shut off the supply if the heat is not maintained.

g. (1) Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    (a) Acting alone or in collusion with others; or

    (b) Whether or not occurring during the hours of employment.

  (2) This exclusion does not apply to:

    (a) Acts of destruction by your employees, except that theft by employees is not covered; or

    (b) Acts committed by carriers for hire or anyone claiming to be a carrier for hire.

h. Rain, snow, ice or sleet to personal property in the open.

i. Collapse. But

  (1) If collapse results in a Covered Cause of Loss at the "described premises", we will pay for the loss or damage caused by that Covered Cause of Loss.

  (2) We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

    (a) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

    (b) Hidden decay;

    (c) Hidden insect or vermin damage;

    (d) Weight of people or personal property;

    (e) Weight of rain that collects on a roof;

    (f) Use of defective material or methods if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in (2)(a) through (e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1381

contributes to the collapse.

(3) If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

    (a) The personal property which collapses is inside a building insured under this policy; and

    (b) The collapse was caused by a cause of loss listed in **(2)(a)** through **(2)(f)** above.

(4) With respect to the following property:

    (a) Satellite dishes and outdoor radio or television antennae, including their lead-in wiring, masts or towers;

    (b) Awnings;

    (c) Gutters and downspouts;

    (d) Yard fixtures;

    (e) Outdoor swimming pools;

    (f) Fences;

    (g) Piers, wharves and docks;

    (h) Beach or diving platforms or appurtenances;

    (i) Retaining walls;

    (j) Walks, roadways and other paved surfaces.

If the collapse is caused by a cause of loss listed in **(2)(b)** through **(2)(f)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

j. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss:

    a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

    b. Acts or decisions, including the failure to act or decide, of any person, group, or organization representing a governmental or regulatory or controlling body.

    c. Faulty, inadequate or defective:

        (1) Planning, zoning, development, surveying, siting;

        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3) Materials used in repair, construction, renovation or remodeling; or

        (4) Maintenance

    of part or all of any property on or away from the "described premises".

4. **Special Exclusions**. The following exclusions apply only to the Covered Property or Additional Coverage specified:

    a. **Tools and Equipment, Including Communications Devices** − We will not pay for any loss or damage caused by or resulting from:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

