1382

(1) The weight of a load or lift exceeding the manufacturer-rated lifting capacity of the equipment under operating conditions at the time of loss or damage; or

(2) Collapse or collision of booms or jibs unless directly caused by one of the "specified causes of loss".

b. **Accounts Receivable** – We will not pay for any loss or damage caused by or resulting from:

(1) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding.

(2) Bookkeeping, accounting or billing errors or omissions, or for any loss that requires an audit of records or an inventory computation to prove its factual existence.

c. **Fine Arts** – We will not pay for loss or damage caused by or resulting from:

(1) Breakage of statuary, glassware, bric-a-brac, marbles, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by fire, lightning, explosion, windstorm, earthquake, flood, vandalism, aircraft, rioters, strikers, theft, attempted theft or by accident to the vehicle carrying the property.

(2) Any repairing, restoration or retouching of the Fine Arts.

d. **Valuable Papers and Records** – We will not pay for any loss or damage caused by or resulting from errors or omissions in processing or copying the papers and records. But we will pay for loss or damage caused by a resulting fire or explosion.

e. **Business Income and Extra Expense** – We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to "extra expense".

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennae, or satellite dishes, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons;

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration"; or

(4) Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, leases or contract beyond the "period of restoration".

(5) Any increase of loss of Net Income caused by or resulting from improvement(s) in business conditions subsequent to the time of loss.

(6) Any other consequential loss.

f. **Leasehold Interest** – We will not pay for any loss caused by:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1001 Ed. 4-99

1383

(1) Your canceling the lease;

(2) The suspension, lapse or cancellation of any license; or

(3) Any other consequential loss.

B. **LIMITATIONS**

1. We will not pay for loss of or damage to:

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers and equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure (unless held for sale by you) if the loss is caused by or results from theft. This Limitation does not apply to Installation.

   e. Property that is missing, where the only evidence of the loss is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

   g. Property that has been transferred to a person or to a place outside the "described premises" on the basis of unauthorized instructions.

2. We will not pay more for loss of or damage to glass that is part of a building or structure than $500 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $1000 for all loss of or damage to building glass that occurs at one time.

   This Limitation does not apply:

   a. To loss or damage by the "specified causes of loss," except vandalism; or

   b. If Full Glass Breakage is shown as "Included" for the "described premises" in the Declarations.

   Full Glass Breakage does not apply to stained glass or art glass.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   a. $2500 for furs, fur garments and garments trimmed with fur.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1384

b. $2500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $250 for stamps, letters of credit and tickets, including lottery tickets held for sale.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

6. We will not pay the cost of excavations.

## III. ADDITIONAL COVERAGES

The following Additional Coverages apply only if they are indicated in the Declarations:

A. **Business Income and Extra Expense** — We will pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" during the "period of restoration," but not to exceed 12 consecutive months. The suspension must be caused by direct physical loss of or damage to property at the "described premises," including personal property in the open, or in a vehicle, within 1000 feet, caused by or resulting from a Covered Cause of Loss.

We will also pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance, except for the Newly Acquired Properties Extension.

Extensions:

1. **Business Income From Dependent Properties** — We will also pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" caused by direct physical loss of or damage by a Covered Cause of Loss to "dependent property" at a premises you do not own, lease or operate.

   a. We will only pay for loss of "business income" that occurs within the lesser of:

      (1) The "period of restoration" at the "dependent property" where the direct loss or damage occurs; or

      (2) 30 days.

   b. We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations", in whole or in part, by using any other available:

      (1) Source of materials; or

      (2) Outlet for your products.

2. **Newly Acquired Properties** — We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary suspension of "operations" during the "period of restoration" caused by direct physical loss or damage by a Covered Cause of Loss to your property at newly acquired buildings, including personal property in the open, or in a vehicle, within 1000 feet. But this Coverage ends for each newly acquired location upon the earlier of:

   a. The expiration of this policy;

   b. The day you report the new property to us; or

   c. The 180th day after you acquire the property or begin the construction.

   We will pay up to the Limit for this Extension shown in the Declarations.

3. **Extended Period of Indemnity** — We will pay for the actual loss of "business income" you sustain due to the impairment of "operations" during the period that:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1385

a. Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

b. Ends on the earlier of:

(1) The date you could restore "operations" with reasonable speed to the condition that would have existed if no direct physical loss or damage occurred; or

(2) 30 consecutive days after the date determined in a. above.

This period is in addition to, and not a part of, the 12-month limitation applicable to this Additional Coverage.

The loss of "business income" must be caused by direct physical loss or damage at the "described premises" caused by or resulting from a Covered Cause of Loss.

4. **Civil Authority** — We will pay for the actual loss of "business income" you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the "described premises" due to direct physical loss of or damage to property, other than at the "described premises," caused by or resulting from any Covered Cause of Loss.

This coverage will begin after the action by civil authority for a period of up to three consecutive weeks after coverage begins.

B. **Deferred Payments.** We will pay for your interest in lost or damaged Personal Property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

When a total loss to that property occurs, deferred payments are valued on the amount shown on your books as due from the buyer.

When partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as follows:

1. If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

2. If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

When a partial loss occurs and the buyer continues to pay you, there will be no loss payment.

C. **Off-Premises Power or Water Failure** —

1. We will pay for:

a. Direct physical loss or damage to Covered Property caused by an interruption of electrical power or water supply services to the "described premises". The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the "described premises":

(1) Water mains, pipes, aqueducts and other similar means of transporting water or steam;

(2) Generating plants;

(3) Switching stations, substations or pumping stations;

(4) Transformers; and

(5) Transmission lines, except for overhead transmission lines.

b. The actual loss of "business income" and necessary "extra expense" you sustain as a result of a power or water supply services failure described in paragraph a. above. But this paragraph b. does not apply unless Business Income and Extra Expense is covered in this Coverage Part.

2. This Additional Coverage does not apply to loss or damage:

a. To perishable "stock"; or

b. You incur during the first 12 consecutive hours after the direct loss or damage to utility supply equipment.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1001 Ed. 4-99

1386

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.e.** Utility Service Failure.

D. **Building Ordinance or Law** — If there is an ordinance or law in effect at the time of loss that regulates zoning, land use or construction of a covered building, and if enforcement of that ordinance or law affects the repair or rebuilding of that building following damage by a Covered Cause of Loss:

1. We will pay:

   a. The value of undamaged portions of the building if they must be demolished due to the enforcement of building ordinance or law;

   b. Costs to demolish and clear the site of those undamaged portions;

   c. Increased costs to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is the consequence of enforcement of building, zoning or land use ordinance or law.

      However, this coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   d. The actual loss of "business income" and "extra expense" you sustain solely because the building ordinance or law was enforced. But this paragraph **d.** does not apply unless Business Income and Extra Expense is covered in this Coverage Part.

   The limit for **a.** above is included in the Building limit. The limit for covered losses payable under **b.** and **c.** above are shown in the Declarations.

2. We will not pay more under paragraphs **1.a.** and **1.b.** above than if the repaired or replaced building were rebuilt:

   a. At the same location, as soon as reasonably possible;

   b. With the least expensive building materials and construction methods of comparable material and quality;

   c. In the same style and of the same size; and

   d. For the same type of occupancy as the one it replaces

   to the extent permitted by the law or ordinance.

If you do not repair or replace the damaged building, we will pay only to demolish and clear the site of the undamaged portions of the building.

This Additional Coverage does not apply to the costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any other way respond to or assess the effects of "pollutants."

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.a.** Ordinance or Law.

E. **Spoilage** —

1. We will pay for loss or damage to Personal Property that is perishable "stock" within the "described premises" caused by:

   a. Change in temperature or humidity resulting from:

      (1) Breakdown of machinery; or

      (2) Failure of refrigerating, cooling or humidity control equipment

      if such machinery or equipment is located at the "described premises";

   b. Contamination by refrigerant; or

   c. Change in temperature or humidity resulting from complete or partial interruption of electrical power due to conditions beyond your control.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1001 Ed. 4-99

1387

2. We will not pay under this Additional Coverage for loss caused by or resulting from:

a. Disconnecting any refrigerating, cooling or humidity control system from its power source, except when done to avoid or reduce another loss covered by this Coverage Part;

b. Deactivating electrical power due to the manipulation of any switch or other device used to control the flow of electrical current;

c. The inability of a utility company or other power source to provide sufficient power due to:

(1) Lack of fuel; or

(2) Governmental order;

d. The inability of a power source at the "described premises" to provide sufficient power due to lack of generating capacity to meet demand; or

e. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

F. **Fire Department Service Charge** – When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay your liability for fire department charges:

1. Assumed by contract or agreement prior to loss; or

2. Required by local ordinance.

G. **Fire Extinguishing Equipment Recharge** – We will pay for the cost to recharge or refill any fire protective equipment when discharged:

1. To prevent or control a loss;

2. Accidentally; or

3. As a result of malfunction of the equipment.

H. **Lock and Key Replacement** – We will pay the cost of:

1. Premises entry key replacement, if keys are stolen; or

2. Premises entry lock repair or replacement made necessary by theft or attempted theft at the "described premises".

I. **Inventory and Appraisal** – We will pay for the following expenses you incur at our request, as required by this Coverage Part, to prepare a claim:

1. The cost of taking inventories;

2. The cost of making appraisals; and

3. The cost of preparing a statement of loss and other supporting exhibits.

We will not pay for any expenses billed by and payable to independent or public insurance adjusters or for expenses to prepare claims not covered by this Coverage Part.

J. **Pollutant Clean-Up and Removal** – We will pay your expenses to extract "pollutants" from land or water at the "described premises" if the release, discharge, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing performed in the course of extracting "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is the limit shown in the Declarations for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

K. **Debris Removal** – We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

1. The most we will pay under this Additional Coverage is 25% of:

a. The amount we pay for the direct physical loss or damage to Covered Property; plus

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1001 Ed. 4-99

1388

b. The deductible in this policy applicable to that loss or damage.

2. But if:

a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance for the Covered Property; or

b. The debris removal expense exceeds the amount payable under the 25% limitation

we will pay up to the additional amount shown in the Declarations for Debris Removal for each location in any one occurrence.

3. This coverage does not apply to costs to:

a. Extract "pollutants" from land or water; or

b. Remove, restore or replace polluted land or water.

L. **Preservation of Property** – If it is necessary to move Covered Property from the "described premises" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

1. While it is being moved or while temporarily stored at another location; and

2. Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance applicable to the Covered Property.

M. **Damage By Water, Other Liquid, Powder or Molten Material** – If loss or damage caused by or resulting from water or other liquid, powder or molten material damage loss occurs, we will pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Additional Coverage is part of, and not in addition to the Limit of Insurance for Building.

N. **Leasehold Interest** – We will pay for loss of "net leasehold interest" you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss or damage at the "described premises" caused by or resulting from a Covered Cause of Loss.

1. We will not pay more than the total "net leasehold interest" at the time of the cancellation of the lease. But if your lease is cancelled and your landlord lets you continue to use your premises under a new lease, we will not pay more than:

a. The rent you will pay under the new lease; minus

b. The rent you now pay.

2. We will not pay under this Additional Coverage if:

a. The premises where the lease is cancelled has been vacant for more than 60 consecutive days; and

b. You have not entered into an agreement to sublease the premises.

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.a.** Ordinance or Law.

O. **Arson or Fraud Reward** – In the event that a covered loss was a result of arson or fraud, we will, at our discretion, reimburse you up to $5,000 for rewards you pay for information leading to arrest and conviction for that act of arson or fraud.

P. **Equipment Breakdown** – We will pay for loss or damage caused by or resulting from risks of direct physical loss due to:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices and appliances.

But this additional coverage does not apply to the following types of property:

Steam pipes, steam engines, steam turbines, including their accessories and components

We will pay up to $25,000 for any additional expenses you incur for:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1389

(1) Cleanup;

(2) Repair or replacement; or

(3) Disposal

of covered property that is damaged, contaminated or polluted as a result of an "accident" by a substance declared by a governmental agency to be hazardous to health. This limitation does not apply to damage, contamination or pollution caused by ammonia.

## LIMITS OF INSURANCE

A. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance for each coverage shown in the Declarations, except as provided below.

B. **Automatic Building Increase**

1. The Limits of Insurance for covered Buildings will automatically increase by the Automatic Building Increase percentage shown in the Declarations.

2. The percentage applies proportionally throughout each year. The actual amount of increase available on the day of loss or damage will be:

   a. The last limit fixed for the property in this policy, at inception, at anniversary or as subsequently endorsed; times

   b. The Automatic Building Increase percentage from the Declarations; times

   c. The number of days since the limit was last fixed; divided by

   d. 365.

C. **Peak Season Personal Property Increase**

1. The Limits of Insurance for covered Personal Property will automatically increase by 50% to provide for seasonal variations.

2. The increase will apply only if the Limit of Insurance shown for Personal Property in the Declarations is at least 90% of your average monthly values during the lesser of:

   a. The 12 months immediately preceding the date of loss or damage occurs; or

   b. The period of time you have been in business as of the date the loss or damage occurs.

## DEDUCTIBLE

We will not pay for loss or damage incurred in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**Separate Deductibles.** Certain Coverages are subject to separate Deductibles as shown in the Declarations.

**Multiple Deductibles.** More than one Deductible may apply to loss or damage arising out of a single occurrence covered by this Coverage Part. If so, we will not deduct more from the entire amount of loss or damage than the largest Deductible applying to the occurrence.

## COMMERCIAL PROPERTY CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

IV. **LOSS CONDITIONS**

A. **Abandonment** – There can be no abandonment of any property to us.

B. **Appraisal** – If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

C. **Duties In The Event Of Loss Or Damage** –

1. In the event of loss or damage to Covered Property, you must

   a. Notify the police if a law may have been broken.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1390

b. Give us prompt notice of the loss or damage. Include a description of the property involved.

c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

d. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination.

e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

g. Send us a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

h. Cooperate with us in the investigation or settlement of the claim.

2. If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible. If you:

a. Do not resume "operations"; or

b. Do not resume "operations" as quickly as possible;

we will pay for loss of "business income," if covered in this policy, based on the length of time it would have taken to resume "operations" as quickly as possible.

3. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

D. **Loss Adjustment** –

1. This condition is intended to facilitate payment of insurance proceeds in the event of loss of or damage to Covered Property from a Covered Cause of Loss that is covered by:

a. This Commercial Property Coverage Part; and

b. Boiler and Machinery insurance.

It applies when there is a disagreement between the insuring companies as to the amount of loss to be paid by each company.

2. The provisions of paragraph **3.** of this condition apply only if all of the following requirements are met:

a. The Boiler and Machinery insurance carried by the Named Insured and insuring the Covered Property contains a provision with substantially the same requirements, procedures and conditions as stated here.

b. The damage to the Covered Property was caused by a loss for which both we and the Boiler and Machinery insurer admit to some liability for payment under the respective policies.

c. The total amount of the loss is agreed to by you, the Boiler and Machinery insurer and us.

d. We and the Boiler and Machinery insurer disagree as to the amount of loss that each of us should pay that is attributable to:

(1) A Covered Cause of Loss under this Coverage Part; and

(2) An "accident" covered under the Boiler and Machinery insurance as defined in that policy.

3. If the requirements listed in paragraph **2.** above are satisfied, we and

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1391

the Boiler and Machinery insurer will make payments as follows:

a.  At your written request:

(1)  We will pay the entire amount of loss that we have agreed as being covered by this Commercial Property coverage and one-half the amount of loss that is in disagreement.

(2)  The Boiler and Machinery insurer will pay the entire amount of loss that they have agreed as being covered by the Boiler and Machinery insurance and one-half the amount of loss that is in disagreement.

b.  The amount in disagreement to be paid by us under this condition will not exceed the amount payable under the equivalent Loss Adjustment provisions of the Boiler and Machinery insurer.

c.  The amount to be paid under this condition will not exceed the amount we would have paid had no Boiler and Machinery insurance been in effect at the time of loss.

d.  Acceptance by you of sums paid under this insurance does not alter, waive or surrender any other rights against us.

e.  The Boiler and Machinery insurer and we agree to submit our differences to arbitration within 90 days after loss payment made under these terms.

f.  You agree to cooperate with any arbitration procedures. There will be three arbitrators. We will appoint one and the Boiler and Machinery insurer will appoint another. The two arbitrators will select a third arbitrator. If they cannot agree, either may request that a judge of a court having jurisdiction make selection. A decision agreed to by two of the three arbitrators will be binding on both parties. Judgment on any award can be entered in any court that has jurisdiction.

E.  **Loss Payment** –

1.  In the event of loss or damage covered by this Coverage Part, at our option we will either:

a.  Pay the value of lost or damaged property;

b.  Pay the cost of repairing or replacing the lost or damaged property;

c.  Take all or any part of the property at an agreed or appraised value; or

d.  Repair, rebuild or replace the property with other property of comparable kind and quality.

2.  We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

3.  We will not pay you more than your financial interest in the Covered Property.

4.  We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

5.  We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

6.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

a.  We have reached agreement with you on the amount of loss; or

b.  An appraisal award has been made.

F.  **Pair, Sets or Parts** – In case of loss of or damage to:

1.  Any part of a pair or set, we may:

a.  Repair or replace any part or set to its value before the loss or damage; or

b.  Pay the difference between the value of the pair or set before and after the loss or damage.

9S1001 Ed. 4-99

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1392

2. Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

G. **Recovered Property** – If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

H. **Reinstatement After Loss** – The Limits of Insurance will not be reduced by the payment of any claim, except for total loss of a scheduled item, in which event we will refund the unearned premium on that item.

I. **Vacancy** –

   1. Description of Terms

      a. As used in this Vacancy Condition, the term building and the term vacant have meanings set forth in **a.(1)** and **a.(2)** below:

         (1) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

         (2) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

            (a) Is not rented; or

            (b) Is not used to conduct customary operations.

      b. Buildings under construction or renovation are not considered vacant.

   2. Vacancy Provisions

      If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage:

         a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            (1) Vandalism;

            (2) Sprinkler leakage, unless you have protected the system against freezing;

            (3) Building glass breakage;

            (4) Water damage;

            (5) Theft; or

            (6) Attempted theft.

         b. With respect to Covered Causes of Loss other than those listed in **2.a.(1)** through **2.a.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

J. **Valuation** –

   1. For property valued on a Replacement Cost Basis, we will determine the value of Covered Property in the event of loss or damage at the cost to replace the lost or damaged property with new property:

      a. Of comparable kind and quality;

      b. On the same premises (regardless of where the rebuilding actually occurs); and

      c. Intended for the same occupancy or use

   without deduction for depreciation. But if the damaged or destroyed property is not repaired or replaced, we will not pay more than its actual cash value at the time of loss or damage.

   You may make a preliminary claim for loss or damage covered by this insurance on an Actual Cash Value Basis. In the event you do, you may still make a claim on a Replacement Cost Basis if you notify us of your intent to do so within 180 days after the loss or damage.

   2. **Penalty for Underinsurance** – If the property is covered on a Replacement Cost Basis and the value shown in the Declarations for the Covered Property is less than 80% of its replacement cost value at the time of loss or damage, we will value the

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1393

property at its actual cash value instead. This condition applies to **Coverages A, B, C and D of SECTION I – COVERED PROPERTY.**

3. **Special Valuations** – Regardless of the method of valuation shown in the Declarations, we will value the types of property shown below as follows:

 a. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

 b. Glass, other than art glass, at the cost of replacement with safety glazing material if required by law plus the cost to replace lettering and ornamentation. Building glass valuation will also include:

  (1) Attached frames; and

  (2) The portions of burglar alarms, accessories and devices that are attached to or incorporated within the glass, up to a maximum of $1,000 in any one occurrence.

 c. "Improvements and betterments" at:

  (1) Actual cash value or replacement cost, whichever applies to personal property at the same building, if you make repairs promptly.

  (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

   (a) Divide the number of days from the loss or damage to the end of the lease by the number of days from the installation of the "improvements and betterments" to the end of the lease; and

   (b) Multiply the result of **(a)** by the original cost.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in paragraph **(a)** above.

  (3) Nothing if others pay for repairs or replacement.

 d. Valuable Papers and Records, including negatives, transparencies, tapes and prints, at the cost of:

  (1) Blank materials for reproducing the materials; plus

  (2) Labor to transcribe or copy the records when there is a duplicate.

 e. Prepackaged software programs and electronic data processing equipment that cannot be replaced, at the cost of functionally equivalent software and hardware.

 f. Precious metals such as gold, silver and platinum, at the average market cost of replacement on the date of loss, or the actual cost of replacement, if less.

 g. Property that cannot be replaced with new property, at actual cash value.

## GENERAL CONDITIONS

A. **Concealment, Misrepresentation And Fraud** – This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

 1. This Coverage Part;

 2. The Covered Property;

 3. Your interest in the Covered Property; or

 4. A claim under this Coverage Part.

B. **Contract Of Sale** – If you have entered into a contract for the sale of Covered Property with a Loss Payee shown in the Declarations, for the property that is the subject of that sale:

 1. We will adjust losses with you and pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

 2. The word "you" in the Other Insurance condition below includes the Loss Payee.

C. **Control Of Property** – Any act or neglect of any person other than you beyond your control will not affect this insurance.


Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1394

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition **does not exist**.

D. **Insurance Under Two Or More Coverages** — If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

E. **Legal Action against Us** — No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

F. **Liberalization** — If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will automatically apply to this Coverage Part.

G. **Loss Payable** — For Covered Property in which both you and a Loss Payee shown in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

H. **Mortgage Holders, Including Lender's Loss Payable** —

1. In this condition, the term "lienholder" includes:

   a. Mortgage holders or trustees of real property; and

   b. Creditors or trustees with whom you have entered into a contract for the sale of personal property and whose interest in that property is established by such written contracts as:

      (1) Warehouse receipts;

      (2) A contract for a deed;

      (3) Bills of lading; or

      (4) Financing statements.

2. For Covered Property in which both you and a lienholder have an insurable interest:

a. We will pay for covered loss of or damage to Covered Property to each lienholder shown in the Declarations in their order of precedence, as their interests may appear.

b. The lienholder has the right to receive loss payment even if the lienholder has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the lienholder will still have the right to receive loss payment if the lienholder:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the lienholder.

   All of the terms of this Coverage Part will then apply directly to the lienholder.

d. If we pay the lienholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The lienholder's rights will be transferred to us to the extent of the amount we pay; and

   (2) The lienholder's rights to recover the full amount of the lienholder's claim will not be impaired.

   At our option, we may pay to the lienholder the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we elect to cancel this policy, we will give written notice to the lienholder at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

---

**9S1001 Ed. 4—99**

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1395

b.  30 days before the effective date of cancellation if we cancel for any other reason.

4.  If we elect not to renew this policy, we will give written notice to the lienholder at least 10 days before the expiration of this policy.

I.  **No Benefit to Bailee** – No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

J.  **Other Insurance** –

1.  You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2.  If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

K.  **Policy Period, Coverage Territory** – Under this Coverage Part:

1.  We cover loss or damage commencing:

a.  During the Policy Period shown in the Declarations; and

b.  Within the Coverage Territory.

2.  The Coverage Territory is:

a.  The United States of America (including its territories and possessions);

b.  Puerto Rico; and

c.  Canada.

d.  With respect to equipment covered under the Electronic Data Processing Equipment and Media blanket limit in the Declarations, the Coverage Territory is Anywhere in the World.

L.  **Transfer Of Rights Of Recovery Against Others To Us** – If any person or organization to or for whom we make payment under this Coverage Part has rights to recover dam-

ages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a.  Someone insured by this insurance;

b.  A business firm:

(1)  Owned or controlled by you; or

(2)  That owns or controls you; or

c.  Your tenant.

This will not restrict your insurance.

**DEFINITIONS**

A.  "Accident" means a sudden and accidental breakdown of any:

1.  Fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents;

2.  Refrigerating or air conditioning system, piping and its accessory equipment; and

3.  Mechanical or electrical machine or apparatus used for the generation, transmission or utilization of mechanical or electrical power.

At the time the breakdown occurs, it must become apparent by physical damage that requires repair or replacement of the equipment or a part of the equipment.

If covered electrical equipment requires drying out as a result of flood, the drying out will be considered an "accident".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" at any one location that become apparent at the same time and are the result of the same cause will be considered one "accident".

B.  "Business Income" means the:

1.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

2.  Continuing normal operating expenses incurred, including payroll if there had been no direct physical loss or damage.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1396

C. "Dependent Property" means premises op-
erated by others on whom you depend to:

1. Deliver materials or services to you, or
to others for your account (not includ-
ing water, communication or power
supply services);

2. Accept your products or services;

3. Manufacture products for delivery to
your customers under contract of sale;
or

4. Attract customers to your business.

D. "Described Premises" means the locations
described in the Building and Personal Prop-
erty Schedule. If you are a tenant, "described
premises" means the portions of the build-
ing which you rent, lease or occupy, including
all routes within the building to gain access
to the described premises.

E. "Extra Expense" means necessary costs in-
curred to:

1. Avoid or minimize the suspension of
business and continue "operations":

a. At the "described premises"; or

b. At replacement premises or tempo-
rary locations, including:

(1) Relocation expenses; and

(2) Costs to equip and operate the
re-placement or temporary lo-
cations.

2. Minimize the suspension of business if
you cannot continue "operations".

3. a. Repair or replace any property; or

b. Research, replace or restore the lost
information on damaged Valuable
Papers and Records

to the extent it reduces the amount of loss
that otherwise would be payable under para-
graphs 1. and 2. above, or as "business in-
come".

F. "Gross Leasehold Interest" means:

1. The monthly rental value of the premises
you lease on the date the direct physical
loss or damage occurs; minus

2. The actual monthly rent you pay, includ-
ing taxes, insurance, janitorial or other
service you pay as part of the rent.

Example:

| Rental value of your leased premises | $500 |
|---|---|
| Monthly rent including taxes, insurance, janitorial or other services that you pay for as part of the rent | –400 |
| "Gross Leasehold Interest" | $100 |

G. "Improvements and Betterments" means fix-
tures, alterations, installations or additions:

1. Made a part of a building or structure
you occupy but do not own; and

2. You acquired or made at your expense
but cannot legally remove.

H. "Monthly Leasehold Interest" means the origi-
nal costs you made for:

1. Bonus Payments – Money you originally
paid to acquire your lease, but not in-
cluding rent, prepaid rent or security;
and

2. Prepaid Rent – Advance rent you paid
that will not be refunded to you, other
than periodic rental payments

divided by the number of months left in your
lease at the time of the expenditure.

Example:

| Original cost of Bonus Payment and/or Prepaid Rent | $4,000 |
|---|---|
| With 20 months left in the lease at time of payment | /20 |
| "Monthly Leasehold Interest" | $200 |

I. "Net Leasehold Interest" means the sum of:

1. The net present value of your "gross
leasehold interest" for each remaining
month of your lease discounted at the
Prime Rate prevailing on the date the
direct physical loss or damage occurs,
rounded to the nearest whole number;
plus

2. Your "monthly leasehold interest" times
the number of months left in your lease
on the date the direct physical loss or
damage occurs, rounded to the nearest
whole number.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

1397

Example:

With 20 months left in lease and 10% prime rate:

| "Gross Leasehold Interest" | $100 |
|---|---|
| NPV Factor for 20 months | x 18.419 |
| Subtotal (A) | $1,842 |
| "Monthly Leasehold Interest" | $200 |
| With 20 months left in lease | x20 |
| Subtotal (B) | $4,000 |
| "Net Leasehold Interest" Subtotal (A) + Subtotal (B) | $5,842 |

J. "Operations" means your business activities occurring at the "described premises".

K. "Period of Restoration" means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the "described premises"; and

2. Ends on the earlier of:

   a. The date when the property at the "described premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   b. The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair, or requires the tearing down of any property; or

2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

   The expiration date of this policy will not cut short the "period of restoration".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Specified Causes of Loss" means:

1. Fire;

2. Lightning;

3. Explosion;

4. Windstorm or hail;

5. Aircraft or vehicles;

6. Riot or civil commotion;

7. Vandalism;

8. Leakage from fire extinguishing equipment;

9. Sinkhole collapse, meaning the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities;

10. "Volcanic action";

11. Falling objects, which does not include loss of or damage to:

   a. Personal property in the open; or

   b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object;

12. Weight of snow, ice or sleet; or

13. Water damage, meaning accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

N. "Stock" means merchandise held in storage or for sale, raw materials and in-processed or finished goods, including supplies used in their packing or shipping.

O. "Volcanic action" means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

1. Airborne volcanic blast or airborne shock waves;

2. Ash, dust or particulate matter; or

3. Lava flow.

   "Volcanic action" does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the "described premises."

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions




1398

COMMERCIAL PROPERTY

# COMMERCIAL CRIME COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form and the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, except as noted below.

---

### QUICK REFERENCE

| Section of this Form | Begins on Page |
|---|---|
| I. Coverage | 1 |
| II. Exclusions | 2 |
| III. Limits of Insurance | 3 |
| IV. Deductible | 3 |
| V. Crime Conditions | 3 |
| VI. Definitions | 6 |

---

## I. COVERAGE

We will pay for the following for which a limit is shown in the Declarations:

A. **Employee Dishonesty** – Loss of, and direct loss from damage to, "money," "securities" and "property other than money and securities" resulting directly from employee dishonesty.

Employee dishonesty means dishonest acts committed by an "employee" acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

1. Cause you to sustain loss; and also

2. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

   a. The "employee"; or

   b. Any person or organization intended by the "employee" to receive that benefit.

**Extension – Employees Outside Coverage Territory.** Employee Dishonesty Coverage includes loss caused by an "employee" while temporarily outside the Coverage Territory for a period of 90 days or less.

B. **Money And Securities** – Loss of "money" and "securities" resulting directly from "theft," disappearance or destruction.

1. Separate limits apply to loss to property that is:

   a. **Inside The Premises:** Inside the "premises" or a "banking premises."

   b. **Outside The Premises:** Outside the "premises" while in the care and custody of:

      (1) A "messenger"; or

      (2) An armored motor vehicle company.

2. **Extensions:**

   a. **Containers** – We will pay for loss of, or loss from damage to, "containers" resulting directly from actual or attempted:

      (1) "Theft" of; or

      (2) Unlawful entry into

      those "containers."

---

Page 1 of 6

9S1002 Ed. 10–92    Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1994
Copyright, 1992, Maryland Casualty Company, as to additional text and revisions

1399

**b. Premises Damage** – We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of your "money" or "securities" if you are the owner of the "premises" or liable for damage to it.

The amount we will pay under these Extensions is included in the Limit of Insurance for Inside the Premises.

**C. Forgery Or Alteration** – Loss of a "covered instrument" resulting directly from forgery or alteration of, on or in the "covered instrument."

**Extension – Legal Expenses.** If you are sued for refusing to pay any "covered instrument" on the basis that it has been forged or altered and you have our written consent to defend against the suit, we will pay any reasonable legal expenses you incur and pay in that defense. If we pay or offer to pay the Limit of Insurance for this Coverage, our obligation to pay legal expenses ceases. The amount we pay under this Extension is in addition to the Limit of Insurance for Forgery or Alteration Coverage.

**D. Money Orders And Counterfeit Currency** – Loss of "money," "securities" or "property other than money and securities" resulting directly from the acceptance in good faith of:

1. A post office or express money order or bank certified check; or

2. Counterfeit United States or Canadian paper currency.

The most we will pay due to the acceptance of any one item under this Coverage is $1000.

**E. Unauthorized Business Card Use** – Loss of "money" resulting directly from "theft," forgery or unauthorized use of credit, debit or charge cards issued in your name, including:

1. Fund transfer cards;

2. Charge plates; and

3. Telephone cards.

The most we will pay for all loss under this Coverage during each 12 month period of this policy (including any extension of less than one year), is $5000.

**II. EXCLUSIONS**

**A. Applicable To All Coverages:**

We will not pay for:

1. **Acts Committed By You Or Your Partners** – Loss resulting from any dishonest or criminal act committed by you or any of your partners, whether acting alone or in collusion with other persons.

2. **Acts Of Employees, Directors, Trustees Or Representatives** – Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

   a. Acting alone or in collusion with others; or

   b. While performing services for you or otherwise.

   This Exclusion does not apply to acts by "employees" that are covered by Employee Dishonesty Coverage.

3. **Governmental Action** – Loss resulting from seizure or destruction of property by order of governmental authority.

4. **Indirect Loss** – Any indirect result of an act or "occurrence" including but not limited to:

   a. Your inability to realize income that you would have realized had there been no loss, or loss from damage to, "money," "securities" or "property other than money and securities."

   b. Payment of damages of any type for which you are legally liable. But we will pay compensatory damages arising directly from a covered loss.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or amount of loss.

5. **Legal Expenses** – Expenses related to any legal action. This Exclusion does not apply to Forgery Or Alteration Coverage.

6. **Nuclear** – Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

1400

7. **War And Similar Actions** – Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

B. **Applicable Only to Employee Dishonesty Coverage:**

We will not pay for:

1. **Employee Cancelled Under Prior Insurance** – Loss caused by any "employee" for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

2. **Inventory Shortages** – Loss as to which the proof of its existence or amount is dependent upon:

   a. An inventory computation; or

   b. A profit and loss computation.

C. **Applicable Only to Money And Securities Coverage:**

We will not pay for:

1. **Accounting Or Arithmetical Errors Or Omissions** – Loss resulting from accounting or arithmetical errors or omissions.

2. **Exchanges Or Purchases** – Loss resulting from the giving or surrendering of property in any exchange or purchase.

3. **Fire** – Loss from damage to the "premises" resulting from fire, however caused.

4. **Money Operated Devices** – Loss of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

5. **Transfer Or Surrender Of Property** –

   a. Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

      (1) On the basis of unauthorized instructions; or

      (2) As a result of a threat to do bodily harm to any person or damage to any property.

   b. But this exclusion does not apply to loss of property while in the care and custody of a "messenger" if you:

      (1) Did not know of any threat at the time the conveyance began; or

      (2) Did know of a threat at the time the conveyance began, but the loss had nothing to do with that threat.

6. **Vandalism** – Loss from damage to the "premises," its exterior, or "containers" by vandalism or malicious mischief.

D. **Applicable Only to Unauthorized Business Card Use Coverage:**

We will not pay for:

**Personal Credit Cards** – Loss resulting from the use of any credit, debit or charge card issued in the name of anyone other than you, whether or not customarily used in your business.

III. **LIMITS OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance for each Coverage shown in the Declarations.

IV. **DEDUCTIBLE**

We will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**Multiple Deductibles.** More than one Deductible may apply to loss or damage arising out of a single "occurrence" covered by this Coverage Part. If so, we will not deduct more from the entire amount of loss or damage than the largest Deductible applying to the "occurrence."

V. **CRIME CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions, except as noted:

A. **Consolidation – Merger** –

1. Subject to paragraph 2. below, through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

1401

b. You acquire the use and control of any additional "premises"

any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises."

2. Paragraph 1. above applies only if you:

a. Give us written notice within 180 days of the addition; and

b. Pay us an additional premium.

B. **Discovery Period For Loss** – We will pay only for covered loss discovered no later than one year from the end of the Policy Period.

C. **Duties In The Event Of Loss** – The following supersedes the Commercial Property Duties in the Event of Loss or Damage Loss Condition (COMMERCIAL PROPERTY CONDITIONS Section, Paragraph I.C. of the Building and Personal Property Coverage Form).

After you discover a loss or a situation that may result in a loss of, or loss from damage to, covered property, you must:

1. Notify us as soon as possible.

For losses under Unauthorized Business Card Use Coverage, you must also immediately notify the issuers of any lost or stolen cards.

2. Submit to examination under oath at our request and give us a signed statement of your answers.

3. Give us a detailed, sworn proof of loss within 120 days.

For losses under Forgery Or Alteration Coverage or Money Orders And Counterfeit Currency Coverage, you must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit stating the amount and cause of loss.

4. Cooperate with us in the investigation and settlement of any claim.

D. **Joint Insured** –

1. If more than one insured is named in the Declarations, the first Named Insured will act for itself and for every other insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

2. If any insured or partner or officer of that insured had knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every insured.

3. An "employee" of any insured is considered to be an "employee" of every insured.

4. If this insurance or any of its coverages is cancelled or terminated as to any insured, loss sustained by that insured is covered only if discovered no later than one year from the date of that cancellation or termination.

5. We will not pay more for loss sustained by more than one insured than the amount we would pay if all the loss had been sustained by one insured.

E **Loss Sustained During Prior Insurance** –

1. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

a. This insurance became effective at the time of cancellation or termination of the prior insurance; and

b. The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

2. The insurance under paragraph 1. above is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

a. This insurance as of its effective date; or

b. The prior insurance had it remained in effect.

3. If any loss is covered:

a. Partly by this insurance; and

1402

b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

F. **Non–Accumulation Of Limit Of Insurance** – Regardless of the number of years this insurance remains in force or the number of premiums paid, the Limits of Insurance do not accumulate from year to year or period to period.

G. **Ownership Of Property; Interests Covered** – The property covered under this insurance is limited to property:

1. That you own or hold; or

2. For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

H. **Records** – You must keep records of all property so that we can verify the amount of any loss.

I. **Recoveries** –

1. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

a. To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible amount, if any;

b. Then to us, until we are reimbursed for the settlement made;

c. Then to you for any remainder.

2. Recoveries do not include any recovery:

a. From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

b. Of original "securities" after duplicates of them have been issued.

J. **Valuation – Settlement** – We will determine the value of:

1. "Money" at its face value. At our option, we may value "money" issued by any country other than the United States of America in the US dollar equivalent determined by the rate of exchange on the day the loss was discovered.

2. "Securities" at their value on the close of business on the day the loss was discovered. At our option, we may:

a. Replace the "securities" in kind. If we do, you must assign to us all your rights, title and interest in and to those "securities"; or

b. Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities." But we won't pay more than the cost of a bond having a penalty of the lesser of:

(1) The value of the "securities" at the close of business on the day the loss was discovered; or

(2) The Limit of Insurance.

3. "Property other than money and securities" at its actual cash value on the day the loss was discovered. At our option, we may pay the cost of:

a. Repairing the property; or

b. Replacing the property with other property of comparable kind and quality.

K. **Applicable Only to Employee Dishonesty Coverage** – Cancellation As To Any Employee – Employee Dishonesty Coverage is cancelled as to any "employee":

1. Immediately upon discovery by:

a. You; or

b. Any of your partners, officers or directors not in collusion with the "employee"

of any prior dishonest act committed by that "employee" whether before or after becoming employed by you.

2. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

The mailing of notice to you at the last known address will be sufficient proof of notice. Delivery of notice is the same as mailing.

L. **Applicable Only to Forgery Or Alteration Coverage** –

1. **Facsimile Signature** – We will treat mechanically reproduced facsimile sig-

1403

natures the same as handwritten signatures.

2. **Coverage Territory** – We will cover loss you sustain anywhere in the world.

VI. **DEFINITIONS**

A. "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

B. "Container" means a locked safe, vault, cash register, cash box or cash drawer located in the "premises."

C. "Covered Instrument" means a check, draft, promissory note or similar written promise, order or direction to pay a sum certain in "money" that is:

1. Made or drawn by or drawn upon you; or

2. Made or drawn by one acting as your agent

or that is purported to have been so made or drawn.

D. 1. "Employee" means any natural person:

   a. While in your service and for 30 days after termination of service;

   b. Whom you compensate directly by salary, wages or commissions; and

   c. Whom you have the right to direct and control while performing services for you.

2. "Employee" also means any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you. This does not include any such person who has care and custody of property outside the "premises."

3. But "employee" does not mean any:

   a. Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   b. Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

E. "Messenger" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

F. "Money" means:

1. Currency, coins and bank notes in current use and having a face value; and

2. Travelers checks, register checks and money orders held for sale to the public.

G. "Occurrence" means:

1. For Employee Dishonesty Coverage, all loss caused by or involving one or more "employees," whether the result of a single act or a series of acts.

2. For Forgery Or Alteration Coverage, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

3. For all other Coverages:

   a. An act or series of related acts involving one or more persons; or

   b. An event, or a series of related events not involving any person.

H. "Premises" means the interior of that portion of any building you occupy in conducting your business.

I. "Property Other Than Money And Securities" means any tangible property other than "money" and "securities" that has intrinsic value.

J. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

1. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

2. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you

but does not include "money."

K. "Theft" means any act of stealing.

1404

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION FOR SOFTWARE AND DATA-RELATED LOSSES

This endorsement modifies provisions in the following forms:

      COMMERCIAL PROPERTY COVERAGE PART

**The following additional exclusion supersedes any policy provision to the contrary.**

1. Except as specifically provided for in 2. of this endorsement, we will not pay for any **Software Loss**. This exclusion does not apply if the **Software Loss** results solely from direct physical loss of, or direct physical damage to, the equipment, hardware, media or device on which the program, computer software or operating systems, programming instructions, or data are transported, processed or contained.

   **Software Loss** means loss of or damage to any program(s), computer software or operating system(s), programming instruction(s) or data arising out of or resulting from any failure, malfunction, deficiency, fault, **Virus**, deletion or corruption. **Software loss** includes, but is not limited to, loss or damage resulting from any authorized or unauthorized access in, of or to any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, any program, computer software or operating systems, programming instructions or data.

2. This exclusion does not apply to direct physical loss or direct physical damage to tangible property that results from a **Software Loss**. For the purposes of this endorsement, program(s), computer software or operating system(s), programming instruction(s) and data are not tangible property.

3. **Virus** means software, data or code that affects the operation or functionality of any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, program, computer software or operating systems, programming instructions or data including, but not limited to, any destructive program, computer code, computer virus, worm, logic bomb, denial of service attack, smurf attack, vandalism, Trojan Horse or any other data introduced into any electronic system causing deletion, destruction, degradation, corruption, malfunction or compromise to your data, software or electronic business systems.

**All other terms, conditions and limitations of this Policy remain unchanged.**

9S1220 Ed. 07–01

Copyright, ISO Insurance Services, Inc., with its permission
Copyright, Insurance Services Office, Inc., 2000
Copyright, Maryland Casualty Company as to additional text and revisions

Page 1 of 1

1405

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PROPERTY CHANGES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

I.   In **Section I. COVERED PROPERTY**, the first sentence of Paragraph **A. Building** is amended as follows:

A.   **Building**, meaning buildings and structures at a "described premises".

II.  In **Section IV. LOSS CONDITIONS**, Paragraph **J.2. Penalty For Underinsurance** does not apply.

9S1052 Ed. 4-99

Copyright, 1999, Maryland Casualty Company

Page 1 of 1

1406

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM WAITING PERIOD DEDUCTIBLE - BUSINESS INCOME COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

In the DEFINITIONS Section, Paragraph K., "Period of Restoration," is replaced by the following:

K.  "Period of Restoration" means the period of time that:

1.  Begins:

a.  72 hours after the time of direct physical loss or damage for Business Income coverage; or

b.  Immediately after the time of direct physical loss or damage for Extra Expense coverage,

caused by or resulting from loss caused by or resulting from windstorm or hail at the "described premises"; and

2.  Ends on the date when the property at the "described premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1.  Regulates the construction, use or repair, or requires the tearing down of any property; or

2.  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration."

9S1035 Ed. 6-96

Copyright, 1995, Maryland Casualty Company

1407

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENANTS LEASE PROTECTION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Subject to all the provisions of the Commercial Property Coverage Part which do not conflict with any of the provisions of this Endorsement, we will pay for:

**Tenants Lease Protection:**

A. **COVERAGE**

If you are a tenant and your lease is canceled due to direct physical loss resulting from a covered cause of loss at the "described premises", we will pay for:

1. **Your Lost Lease Interest,** meaning the difference between the rent you pay at the "described premises" and rental value of the "described premises" that you lease, up to the lesser of:

   (a) Your Lost Lease Interest for the 12 months following the "period of restoration"; or

   (b) Your Lost Lease Interest for the period beginning with the end of the "period of restoration" and ending with the normal expiration date of the canceled lease;

   whichever is less.

   This coverage for Lost Lease Interest is not limited by the expiration date of this policy.

2. **Bonus Payments,** meaning the unamortized portion of a cash bonus that will not be refunded to you. A cash bonus is money that you paid to acquire your lease. It does not include rent, prepaid rent, or security deposit.

   (a) Determine your Monthly Bonus Payments Leasehold Interest by dividing your original costs of Bonus Payments by the number of months remaining in your lease at the time the Bonus Payments were made.

   Example:

   | Original cost of Bonus Payments | $12,000 |
   |---|---|
   | With 24 months left in the lease at the time of the Bonus Payment | $12,000 / 24 |
   | Monthly Bonus Payments Leasehold Interest | $500 |

   (b) Determine the amount we will pay by multiplying the Monthly Bonus Payments Leasehold Interest by the number of months remaining in your lease.

   Example:

   | Monthly Bonus Payments Leasehold Interest | $500 |
   |---|---|
   | With 10 months left in lease | $500 × 10 |
   | We will pay | $5,000 |

3. **Prepaid Rent,** meaning the unamortized portion of advance rent you paid that will not be refunded to you. This does not include the customary rent due at period intervals.

Copyright, 1999, Maryland Casualty Company

1408

(a) Determine your Monthly Prepaid Rent Leasehold Interest by dividing your original cost of Prepaid Rent by the number of months remaining in your lease at the time that the Prepaid Rent is made.

Example:

| | |
|---|---|
| Original cost of Prepaid Rent | $6,000 |
| With 24 months left in the lease at the time of the Prepaid Rent | $6,000 / 24 |
| Monthly Prepaid Rent Leasehold Interest | $250 |

(b) Determine the amount we will pay by multiplying the Monthly Prepaid Rent Leasehold Interest by the number of months left in the lease.

Example:

| | |
|---|---|
| Monthly Prepaid Rent Leasehold Interest | $250 |
| With 6 months left in lease | $250 x 6 |
| We will pay | $1,500 |

## B. LIMITS OF INSURANCE

The most we will pay for all loss due to any one occurrence under this coverage is the limit shown in the schedule of this endorsement.

Copyright, 1999, Maryland Casualty Company

1409

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| | | |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

A. All Policies

1. A Deductible is calculated separately for, and applies separately to:

   a. Each building, if two or more buildings sustain loss or damage;

   b. The building and to personal property in that building, if both sustain loss or damage;

   c. Personal property at each building, if personal property at two or more buildings sustains loss or damage;

   d. Personal property in the open.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition — Need for Adequate Insurance or Additional Condition — Need for Full Reports.

3. When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

CP 03 21 06 95

Copyright, ISO Commercial Risk Services, Inc., 1995

1410

the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

B. Calculation of the Deductible − Specific Insurance Other than Builders Risk

1. Property Not Subject to Value Reporting Forms

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. Property Subject to Value Reporting Forms

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

C. Calculation of the Deductible − Blanket Insurance Other than Builders Risk

1. Property Not Subject to Value Reporting Forms

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

2. Property Subject to Value Reporting Forms

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

D. Calculation of the Deductible − Builders Risk Insurance

1. Builders Risk Other than Reporting Form

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. Builders Risk Reporting Form

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

## EXAMPLES − APPLICATION OF DEDUCTIBLE

**Example #1 − Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

CP 03 21 06 95        Copyright, ISO Commercial Risk Services, Inc., 1995

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

| | | | |
|---|---|---|---|
| Step (1): | $70,000 ÷ $80,000 | = | .875 |
| Step (2): | $60,000 x .875 | = | $52,500 |
| Step (3): | $70,000 x 1% | = | $700 |
| Step (4): | $52,500 − $700 | = | $51,800 |

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (steps (1) and (2)) and the application of the Deductible (steps (3) and (4)).

### Example #2 − Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

| | | | |
|---|---|---|---|
| Step (1): | $80,000 x 2% | = | $1,600 |
| Step (2): | $60,000 − $1,600 | = | $58,400 |

**Business Personal Property**

| | | | |
|---|---|---|---|
| Step (1): | $64,000 x 2% | = | $1,280 |
| Step (2): | $40,000 − $1,280 | = | $38,720 |

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

### Example #3 − Blanket Insurance (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2 and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

**Building #1**

| | | | |
|---|---|---|---|
| Step (1): | $500,000 x 2% | = | $10,000 |
| Step (2): | $40,000 − $10,000 | = | $30,000 |

**Building #2**

| | | | |
|---|---|---|---|
| Step (1): | $500,000 x 2% | = | $10,000 |
| Step (2): | $20,000 − $10,000 | = | $10,000 |

The most we will pay is $40,000. That portion of the total loss not covered due to application of the Deductible is $20,000.

### Example #4 − Blanket Insurance (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%.

**Building**

| | | | |
|---|---|---|---|
| Step (1): | $500,000 x 5% | = | $25,000 |
| Step (2): | $95,000 − $25,000 | = | $70,000 |

**Business Personal Property**

| | | | |
|---|---|---|---|
| Step (1): | $250,000 x 5% | = | $12,500 |

The loss, $5,000, does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

Copyright, ISO Commercial Risk Services, Inc., 1995

CP 03 21 06 95

1412

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GLASS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Under **COVERAGE** Section I. **COVERED PROPERTY**, Paragraph E. **Personal Property**, the following is added to Subparagraph 1.:

   e.  Building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or you must be legally responsible to insure the glass under the terms of your lease.

Under **COVERAGE** Section II. **COVERED CAUSES OF LOSS**, Paragraph B. **LIMITATIONS**, Subparagraph 2. is replaced by the following:

2.  We will not pay more for loss or damage to glass that is part of a building or structure than $1000 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $2000 for all loss of or damage to building glass that occurs at one time.

   This limitation does not apply:

   a.  To loss or damage by the "specified causes of loss", except vandalism; or

   b.  If Full Glass Breakage is shown as "Included" for the "described premises" in the Declarations.

   Full Glass Breakage does not apply to stained glass or art glass.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

9S1103 Ed. 3-02                                                     Page 1 of 1

1413

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Co-insurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C. The following is added:

If loss or damage to Covered Property is caused by or results from Windstorm, the following exclusion applies in:

1. Broward County;
2. Dade County;
3. Martin County;
4. Monroe County;
5. Palm Beach County; and
6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:
   a. Indian River; and
   b. St. Lucie.

**Windstorm Exterior Paint and Waterproofing Exclusion**

We will not pay for loss or damage to:

1. Paint; or
2. Waterproofing material;

applied to the exterior of Buildings.

We will not include the value of paint or waterproofing material to determine:

   a. The amount of the Windstorm or Hail Deductible; or
   b. The value of Covered Property when applying the Coinsurance Condition.

D. The LOSS PAYMENT Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage part, we will pay for covered loss or damage:

   (1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

   (2) Within 30 days after we receive the sworn proof of loss and:

      (a) There is an entry of a final judgment; or

      (b) There is a filing of an appraisal award with us.

E. Sinkhole Collapse

1. Paragraph **A.10.**, SINKHOLE COLLAPSE, of the Causes of Loss – Basic Form and the Causes of Loss – Broad Form;

2. Paragraph **A.2.c.(8)** of COVERED CAUSES OF LOSS of the Mortgageholders Errors and Omissions Coverage Form; and

3. Paragraph **A.3.h.**, SINKHOLE COLLAPSE, of the Standard Property Policy

are replaced by the following:

Copyright, ISO Commercial Risk Services, Inc., 1994

CP 01 25 06 95

1414

**Sinkhole Collapse**, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into manmade underground cavities.

F. Paragraph **F.1.** of DEFINITIONS of the Causes of Loss – Special Form is replaced by the following:

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into manmade underground cavities.

Copyright, ISO Commercial Risk Services, Inc., 1994

CP 01 25 06 95

1415

# ENDORSEMENT

**FLORIDA PROPERTY SURCHARGE:**

A $4.00 surcharge is hereby added to the policy in accordance with the Florida Department of Revenue and the Florida Emergency Management, Preparedness and Assistance Trust Fund.

The information contained below is required only when this endorsement is issued subsequent to the preparation of the policy.

| TRANS. | This endorsement forms a part of POLICY NO. | Issued to |
|--------|---------------------------------------------|-----------|
|        | PAS 00131278                                | BLACK BEAR GYPSUM SUPPLY, INC. |

| And is effective on and after | Term | Effective Date | Expiration Date |
|-------------------------------|------|----------------|-----------------|
|                               |      | 08/30/2004     | 08/30/2005      |

| Co. | B.O. | Producer | Branch Office | Agent |
|-----|------|----------|---------------|-------|
|     | ST   | 02240265 | BRANCH TBD – NC | NORTHEAST UNDERWRITERS, INC |

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limits or conditions of the policy, except as herein set forth.

Authorized Representative

EMPATF Tax (0593)

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT | |
|------|---------------|-----|-----------------|-----|-----------------|-------|-----|
| 1416 | D   PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | NONE | |
| | BRANCH  ST   BRANCH TBD - NC | | | | | RP   EFF 08/29/2005 | |

**Z** **ZURICH**

## PRECISION PORTFOLIO POLICY
## COMMERCIAL GENERAL LIABILITY DECLARATIONS
## PRECISION AMERICA
## WHOLESALE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

### COVERAGES AND LIMITS OF INSURANCE

Some of these coverages are sublimits or are subject to aggregate limits. Refer to your policy to determine how they apply.

| | |
|---|---|
| GENERAL AGGREGATE | $2,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| EACH OCCURRENCE | $1,000,000 |
| TENANTS LEGAL LIABILITY | $1,000,000 |
| MEDICAL EXPENSES - EACH PERSON | $   10,000 |
| PERSONAL INJURY AND ADVERTISING INJURY | $1,000,000 |

**COMMERCIAL GENERAL LIABILITY**

9S2008 Ed. 3-00

INSURED'S COPY

05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | NONE |

1417

BRANCH  ST  BRANCH TBD - NC                                                    RP   EFF 08/29/2005



# ZURICH

### PRECISION PORTFOLIO POLICY
### COMMERCIAL GENERAL LIABILITY DECLARATIONS
### (CONTINUED)
### PRECISION AMERICA
### WHOLESALE PROGRAM

## EXCLUSIONS AND LIMITATIONS

ABSOLUTE ASBESTOS EXCLUSION
ABUSE & MOLESTATION EXCLUSION
FUNGUS EXCLUSION

**COMMERCIAL GENERAL LIABILITY**

9S200B Ed. 3-00                                    INSURED'S COPY                          05/02/2010

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | NONE |

1418

BRANCH  ST  BRANCH TBD – NC                                RP   EFF 08/29/2005



**ZURICH**

## PRECISION PORTFOLIO POLICY
## COMMERCIAL GENERAL LIABILITY SCHEDULE

## PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|-------|------------|-----------------------------------------------------|--------------|-----------------|
| 01 | | 13000 AUTOMOBILE BLVD, STE 300<br>CLEARWATER          FL<br>ZIP CODE:          33762-4753 | | |
| | 50311 | BUILDING MATERIAL DISTRIBUTORS | NOT APPLICABLE | INCLUDED |

**COMMERCIAL GENERAL LIABILITY**

9S2009 Ed. 3-00

INSURED'S COPY                                    05/02/2010

3. 2. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| | | | | | | NONE |
| D | PAS 00131278 | | 02240265 | 150 | M015296231-001-00001 | |

1419
BRANCH ST BRANCH TBD - NC                                          RP  EFF 08/29/2005



# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
## WHOLESALE PROGRAM

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br><br>CG2404          1093 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US<br>NAME OF PERSON OR ORGANIZATION:<br>BEAZER HOMES<br>DESCRIPTION OF CONTRACT OR PROJECT:<br>DELIVERY OF METAL & DRYWALL<br>COST OF CONTRACT OR PROJECT:<br>    $10,000 |
| LIABILITY<br><br>9S2008          0300 | CERTIFICATE OF INSURANCE RECIPIENTS<br>NAME OF PERSON OR ORGANIZATION:<br>1ST FINANCIAL<br>COMMERCIAL LEASING CORP.<br>6300 NALL AVE., SUITE 200<br><br>MISSION                KS 66202 |
| LIABILITY<br><br>9S2008          0300 | CERTIFICATE OF INSURANCE RECIPIENTS<br>NAME OF PERSON OR ORGANIZATION:<br>ADM VENTURES INC DBA YALE<br>INDUSTRIAL TRKS-GULF/ATLANTIC<br>2230 N US HWY 301<br><br>TAMPA                FL 33619 |
| LIABILITY<br><br>9S2008          0300 | CERTIFICATE OF INSURANCE RECIPIENTS<br>NAME OF PERSON OR ORGANIZATION:<br>M/I SCHOTTENSTEIN HOMES, INC. & ALL<br>SUBSIDIARIES AND/OR DIVISIONS<br>4904 EISENHOWER BLVD.<br><br>TAMPA                FL 33615 |
| | |

COMMERCIAL GENERAL LIABILITY
9S500B Ed. 3-00                          INSURED'S COPY                          05/02/2010