# EXHIBIT E



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                Entity Name Search

Events    No Name History                                          [Submit]

## Detail by Entity Name
### Florida Limited Liability Company
BLACK BEAR GYPSUM, LLC

### Filing Information
Document Number    L09000044438
FEI/EIN Number     NONE
Date Filed         05/06/2009
State              FL
Status             INACTIVE
Last Event         ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed   09/24/2010
Event Effective Date NONE

### Principal Address
2050 TALL PINES DRIVE
STE B
LARGO FL 33771

### Mailing Address
2050 TALL PINES DRIVE
STE B
LARGO FL 33771

### Registered Agent Name & Address
MILINOVICH, GINA
2050 TALL PINES DRIVE
STE B
LARGO FL 33771

### Manager/Member Detail
**Name & Address**

Title MGRM

MILINOVICH, GINA
2050 TALL PINES DRIVE
LARGO FL 33771

### Annual Reports
No Annual Reports Filed

### Document Images
05/06/2009 -- Florida Limited Liability    [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                                    Entity Name Search

Events              **No Name History**                                                 [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search

Events    No Name History                                              [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation
BLACK BEAR GYPSUM SUPPLY, INC.

### Filing Information

Document Number   P00000025516
FEI/EIN Number    593636004
Date Filed        03/10/2000
State             FL
Status            INACTIVE
Last Event        ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed  09/25/2009
Event Effective Date NONE

### Principal Address

2050 TALL PINES DRIVE
SUITE B
LARGO FL 33771

Changed 04/30/2008

### Mailing Address

2050 TALL PINES DRIVE
SUITE B
LARGO FL 33771

Changed 04/30/2008

### Registered Agent Name & Address

MILINOVICH, GINA
2050 TALL PINES DRIVE
SUITE B
LARGO FL 33771 US

Address Changed: 04/30/2008

### Officer/Director Detail

**Name & Address**

Title P

MILINOVICH, GINA
2050 TALL PINES DRIVE, SUITE B
LARGO FL 33771

### Annual Reports

Report Year  Filed Date

| | |
|---|---|
| 2006 | 04/20/2006 |
| 2007 | 04/20/2007 |
| 2008 | 04/30/2008 |

## Document Images

| | |
|---|---|
| 04/30/2008 -- ANNUAL REPORT | View image in PDF format |
| 05/09/2007 -- Off/Dir Resignation | View image in PDF format |
| 04/20/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/20/2002 -- ANNUAL REPORT | View image in PDF format |
| 10/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2000 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                 Entity Name Search

Events    **No Name History**                                       Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State