# EXHIBIT F



# Following Form Excess Liability Policy

Zurich U.S.
Insurance is provided by the company designated on the declarations page of this policy.

The addresses of the Zurich U.S. companies are shown below:

ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS
1400 American Lane
Schaumburg, Illinois 60196-1056

AMERICAN ZURICH INSURANCE COMPANY
1400 American Lane
Schaumburg, Illinois 60196-1056

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
One Liberty Plaza, 165 Broadway
New York, New York 10006

Administrative Offices of all Zurich U.S. companies are
located at 1400 American Lane, Schaumburg, Illinois 60196-1056

# Following Form Excess Liability Policy
## Declarations


**ZURICH**

AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY      X
AMERICAN ZURICH INSURANCE COMPANY
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS

Policy Number:  CEO 3991382-01                Renewal of Number:  CEO 3991382-00

1. **Named Insured:**    Beazer Homes USA, Inc.           **Producer:**     Marsh, Inc. of GA
2. **Mailing Address:**   400 Northpark Town Center              3475 Piedmont Rd., Ste 1200
                    1000 Abernathy Rd., NE, Ste 1200          Atlanta, GA  30305-2988
                    Atlanta, GA  30328

*4-1-09 See End. 4*

3. **Policy Period:**    FROM:    04-01-2006      TO:    04-01-2008
                    at 12:01 A.M. Standard Time at the address of the Named Insured.

4. **Limits Of Insurance:**        A.    $25,000,000                     Occurrence
                            B.    $50,000,000                     Other Aggregate
                                                            Products/Completed
                            C.    $65,000,000                     Operations Aggregate

5. **Policy Premium:**
      **Advance Premium**              $4,744,237
      **Policy Minimum Earned Premium**     $

6. **Underlying Insurance:**

**REINSURANCE**
*06-08 ONLY*

   A. **Controlling Underlying Policy:**

      Insurance Company:      SEE U-EXS-150-A CW 01
      Policy Number:         SEE U-EXS-150-A CW 01
      Policy Period:      From:          To:
      Limits Of Insurance:    $ SEE U-EXS-150-A CW 01          Occurrence
                        $ SEE U-EXS-150-A CW 01          Other Aggregate
                                                    Products/Completed
                        $ SEE U-EXS-150-A CW 01          Operations Aggregate

   B. **Total Limits Of All Underlying Insurance, Including The Controlling Underlying Policy Which This Policy Applies Excess Of:**

                        $ SEE U-EXS-150-A CW 01          Occurrence
                        $ SEE U-EXS-150-A CW 01          Other Aggregate
                                                    Products/Completed
                        $ SEE U-EXS-150-A CW 01          Operations Aggregate

7. **Endorsements Attached:**    See Attached Schedule Of Forms And Endorsements

Signed by: _____          _____5-4-2010_____
          Authorized Representative            Date

THIS IS A CERTIFIED COPY, THIS DUPLICATE
COPY SHALL NOT BE CONSTRUED AS
GRANTING ADDITIONAL INSURANCE BUT
MERELY INDICATES THE COVERAGE AS
ORIGINALLY WRITTEN.

*5/4/2010*

U-EXS-D-100-A CW
Pr

# Named Insured Wording Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA  30328

**Producer:**

Marsh, Inc. of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NAMED INSURED WORDING**

Beazer Homes et al including any and all affiliates, divisions or subsidiary corporations thereof; and any other legal entity in which you have more than fifty percent ownership or over which you exercise management or financial control or have contractually agreed to provide insurance for; and any trust or foundation operated, maintained or administered by the Named Insured.

t is agreed that any affiliates, divisions or subsidiary corporations hereafter acquired shall be covered effective on the date of acquisition.  This policy shall apply as excess insurance over any other insurance available to any such organization.

It is further agreed that Beazer's interest in all partnerships or joint ventures heretofore existing, now existing or hereafter created will be covered, but this policy shall apply as excess of any other valid and collectible insurance available to the partnership or joint venture.   However, all partnerships and joint ventures, including limited liability companies, are Insureds, but only with respect to Beazer's interes

Signed by:_____       _____
      Authorized Representative                                    Date

# Schedule of Underlying Insurance



**ZURICH**

Endorsement #

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd. NE, Ste 1200
Atlanta, GA 30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA 30305-2988

| Company, Policy No. and Term | Coverage | Applicable Limits |
|---|---|---|
| A.  Company Liberty Mutual<br>Policy No: AS2651004147-031<br>Term: 04-01-2001 TO 04-01-2002<br><br>Company Liberty Mutual<br>Policy No: AS2651004147-032<br>Term: 04-01-2002 TO 04-01-2003<br><br>Company Liberty Mutual<br>Policy No: AS2651004147-033<br>Term: 04-01-2003 TO 04-01-2004<br><br>Company Liberty Mutual<br>Policy No: AS2651004147-03<br>Term: 04-01-2006 TO 04-01-2007 | AUTOMOBILE | $1,000,000   Combined Single Limit |
| B.  Company  Liberty Mutual<br>Policy No: WA2651004147-081<br>Term: 04-01-2001 TO 04-01-2002<br>Company Liberty Mutual<br>Policy No: WA2651004147-082<br>Term: 04-01-2002 TO 04-01-2003<br>Company  Liberty Mutual<br>Policy No: WA2651004147-083<br>Term: 04-01-2003 TO 04-01-2004<br><br>Company  Liberty Mutual<br>Policy No: WA265D004147-081<br>Term: 04-01-2006 TO 04-01-2007 | EMPLOYERS LIABILITY | Bodily Injury by Accident<br>$1,000,000 Each Accident<br>Bodily Injury by Disease<br>$1,000,000 Policy Limit<br>Bodily Injury by Disease<br>$1,000,000 Each Employee |

Signed by: _____
           Authorized Representative

_____
Date

U-EXS-



# Schedule of Underlying Insurance Cont'd

| | | |
|---|---|---|
| C. Company  Liberty Mutual<br>Policy No:  RG26510047147-021<br>Term:  04-01-2001 TO 04-01-2002<br><br>Company  Liberty Mutual<br>Policy No:  RG26510047147-022<br>Term:  04-01-2002 TO 04-01-2003<br><br>Company  Liberty Mutual<br>Policy No:  RG2651004147-023<br>Term:  04-01-2003 TO 04-01-2004 | GENERAL LIABILITY | $1,000,000 Each Occurrence<br>$2,000,000 General Aggregate<br>$2,000,000 Products Aggregate<br>$100,000 Fire Legal Liability<br>$10,000 Medical Payments |
| Company  Liberty Mutual<br>Policy No:  RG2651004338-013<br>Term:  02-14-2003 TO 02-14-2006 | WRAP UP PROGRAM | $3,000,000 Each Occurrence<br>$6,000,000 General Aggregate<br>$6,000,000 Products Aggregate |
| D. Company  Steadfast Insurance Company<br>Policy No:  HBP 3991380-01<br>Term:  04-01-2006 TO 04-01-2008 | HOME BUILDERS<br>PROTECTIVE LIABILITY | $250,000 Each Occurrence<br>    Cov A & B<br>$250,000 Each Occurrence<br>    Cov C, D & E<br>$32,331,823 Annual Aggregate<br>Retention SIR/Deductible Adjustable<br>per $1,000 Revenue at a rate of 5.30 |

# Deductible Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | $-0- | $-0- |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Ctr
1000 Abernathy Rd., NE, Ste 1200
Atlant, GA  30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

*Amended End #005*

## DEDUCTIBLE ENDORSEMENT

This endorsement applies between you and us.  You will reimburse for the deductible amounts that we pay on your behalf.  This endorsement will remain in effect on renewals of this policy unless specifically not made part of such renewal or replaced by a similar deductible endorsement.

This endorsement and its individual sections which include Deductible Amounts, How this Deductible Applies, Effect of Deductible on Limits of Liability, Definitions and Conditions apply only with respect to the deductibles which are the subject of this endorsement.

**SCHEDULE**

COVERAGE:
"Property Damage" or "Construction Defects"

DEDUCTIBLE AMOUNT/BASIS:
$4,000,000 each "occurrence", or "construction occurrence"

**ALLOCATED LOSS ADJUSTMENT EXPENSE (ALAE)**

A.  How this deductible applies.

You agree to reimburse for each "occurrence" or "construction occurrence", up to the Deductible Amount shown in the Schedule above, for all sums payable for "damages" and "ALAE".

B.  Effect of Deductible on Limits of Liability.

Our obligation under the Home Builders Limited Warranty Liability and Construction Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

While "ALAE" erodes the Deductible, neither "ALAE" nor any payments made within the Deductible erode the Limit of Liability.

C.  Definitions

"ALAE" – Allocated loss adjustment expenses is an expense directly allocable to a specific claim an shall include all supplementary payments as defined in Section I – Coverages – Supplementary Payments – Coverages A, B, C and D – of this policy.  "ALAE" shall not include the fees, charges or costs of subrogation or salvage or of a third party administrator engaged to provide such a claim service or related services.

D.  Conditions

  1).  The terms of this insurance, including those with respect to:

     (a)  Our right and duty to defend any "suits" seeking those damages; and

     (b)  your duties in the event of an "occurrence", "construction occurrence", claim or suit

   apply irrespective of the application of the deductible amount.

  2).  We may pay any part or all of the deductible amount to effect Settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount that has been paid by us.

Signed by: _____          _____
              Authorized Representative                                    Date

# Schedule of Forms and Endorsements



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | | |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA  30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA  30305-2988

### Schedule of Forms and Endorsements

| | |
|---|---|
| LIABILITY JACKET | U-EXS-218-A CW |
| EXCESS LIABILITY POLICY DECLARATIONS | U-EXS-D-100-A CW |
| SCHEDULE OF UNDERLYING INSURANCE | U-EXS-150-A CW 01 |
| NAMED INSURED WORDING | U-EXS-150-A CW 02 |
| SCHEDULE OF FORMS AND ENDORSEMENT | U-EXS-215-A CW |
| IN WITNESS CLAUSE WITHOUT COUNTERSIGNATURE | U-EXS-216-A CW |
| DEDUCTIBLE ENDORSEMENT | U-EXS-150-A CW 03 |
| RATE ENDORSEMENT | U-EXS-150-A CW 04 |
| EXTENDED REPORTING PERIOD | U-EXS-150-A CW 05 |
| POLLUTION COVERAGE EXCLUSION | U-EXS-150-A CW 06 |
| SECTION III - DEFENSE | U-EXS-150-A CW 07 |
| ARIZONA CHANGES | U-EXS-177-A AZ |
| CALIFORNIA CHANGES CANCELLATION/NONRENEWAL | U-EXS-178-A CA |
| COLORADO CHANGES | U-EXS-207-A CO |
| DISTRICT OF COLUMBIA CHANGES CANCELLATION/NONR | U-EXS-179-A DC |
| GEORGIA CHANGES | U-EXS-180-A GA |
| MARYLAND CHANGES NONRNEWAL | U-EXS-190-A MD |
| NORTH CAROLINA CHANGES | U-EXS-195-A NC |
| OHIO CHANGES | U-EXS-196-A OH |
| PENNSYLVANIA CHANGES | U-EXS-200-A PA |
| TENNESSEE CHANGES CANCELLATION/NONRENEWAL | U-EXS-202-A TN |
| TEXAS CHANGES | U-EXS-212-A TX |
| VIRGINIA CHANGES | U-EXA-228-A VA |

*Disclosure of Premium (TRIA)*                    *UGU 630D*

Signed by: _____          _____
              Authorized Representative              Date

# In Witness Clause



**ZURICH**

In return for the payment of premium, and subject to all the terms of the policy, we agree with you to provide insurance as stated in this policy.

**In Witness Whereof,** this Company has executed and attested these presents, and where required by law, has caused this policy to be countersigned by its duly authorized Representative.

**President**
American Guarantee and Liability Insurance Company
American Zurich Insurance Company
Zurich American Insurance Company of Illinois
   Administrative Offices
   Zurich Towers
   1400 American Lane
   Schaumburg, Illinois   60196-1056

**Corporate Secretary**

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance. Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich U.S.
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])

# Rate Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

Named Insured and Mailing Address:

Beazer Homes USA, Inc.
400 Northpark Town Ctr
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA 30328

Producer:

Marsh USA, Inc.
2475 Piedmont Rd., Ste 1200
Atlanta, GA 30305-2988

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EXPOSURE
$6,100,342,857

RATE PER 1,000 REVENUE
$ .77

ESTIMATED PREMIUM
$4,697,264.

TRIA 1% of Estimated Premium

*Amended end #5*

Signed by: _____        Date _____
         Authorized Representative

# Extended Reporting Period



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd. NE, Ste 1200
Atlanta, GA 30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA 30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided by the following:

**FOLLOW FORM EXCESS LIABILITY POLICY**

This policy will apply to claims, which arise from "occurrences" or offenses after April 1, 2001 but prior to April 1, 2004, but only to the extent that such claims were not known or asserted prior to April 1, 2004.

AMENDED BY ENDT #5

Signed by: _____        _____
                    Authorized Representative                              Date

# Pollution Coverage Exclusion Endorsement



ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA  30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

In consideration of no change in premium it is hereby agreed that the Pollution Coverage Exclusion will be provided on a follow form basis of the underlying coverage.

Signed by: _____          _____
　　　　　Authorized Representative                              Date

# Section III – Defense Endorsement


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA  30328

**Producer:**

Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Section III – Defense of U-EXS-100-A CW – Following Form Excess Liability Policy is deleted in it's entirery.

*DELETED BY ENDT #5*

Signed by: _____      _____
        Authorized Representative                Date

# Arizona Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|------------|-------------------|-------------------|-------------------|----------|-------------|--------------|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA 30328

**Producer:**

**Marsh Inc. of GA**

**3475 Piedmont Rd., Ste 1200**

**Atlanta, Ga 30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CONDITION, C. Cancellation**, paragraph **2.**, is deleted and replaced with the following:

2.   If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy for one or more of the following reasons:

   **a.**   Nonpayment of premium;

   **b.**   Any insured's conviction of a crime arising out of acts increasing the hazard insured against;

   **c.**   Acts or omissions by any insured or any insured's representative constituting fraud or material misrepresentation in the procurement of this policy, in continuing this policy or in presenting a claim under this policy;

   **d.**   Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen that change or contemplated the risk in writing the contract;

   **e.**   Substantial breach of contractual duties or conditions;

   **f.**   Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

   **g.**   Determination by the Director of Insurance that the continuation of the policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

   **h.**   Acts or omissions by any insured or any insured's representative which materially increase the hazard insured against.

If we cancel this policy for nonpayment of premium, we will mail or deliver to you not less than ten (10) days advance written notice when the cancellation is to take effect. If we cancel for any other reason stated above, we will mail or deliver to you not less than sixty (60) days advance written notice stating when the cancellation is to take effect.

Mailing notice to you at your mailing address shown in Item **2.** of the Declarations will be sufficient to prove notice.

Signed by: _____

       Authorized Representative                 Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1989

# California Changes
# Cancellation/Nonrenewal



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA  30328

**Producer:**

Marsh,  Inc. of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CONDITION C. **Cancellation** is deleted and replaced in its entirety by the following:

*Amended end 005*

**C.   Cancellation and Nonrenewal**

   **Cancellation**

1.   You may cancel this policy by mailing or delivering to us advance written notice of when cancellation shall be effective. Such notice shall be deemed to have been given by all insureds.

2.   If this policy has been in effect for 60 days or less and it is not a renewal of a policy we issued, we may cancel this policy for any reason. A written notice of cancellation will be given, as provided in paragraph **5.** of this endorsement, at least;

   **a.**   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.**   60 days before the effective date of cancellation if we cancel for any reason other than nonpayment of premium.

3.   If this policy has been in effect for 60 days or more or if it is a renewal of a policy we issued, we may cancel this policy only for:

   **a.**   Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

   **b.**   Discovery of fraud or material misrepresentation by:

      **(1)**   Any insured or his or her representative in obtaining this insurance; or

      **(2)**   Any insured or his or her representative in pursuing a claim under this policy.

   **c.**   A judgment by a court or an administrative tribunal that any insured has violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

   **d.**   Discovery of willfully or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by any insured or his or her representative, which materially increase any of the risks insured against.

   **e.**   Failure by any insured or his or her representative to implement reasonable loss control requirements, agreed to as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

   **f.**   A determination by the Commissioner of Insurance that the:

      **(1)**   Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

      **(2)**   Continuation of the policy coverage would:

         **(a)**   Place us in violation of California law or the laws of the state where we are domiciled; or

         **(b)**   Threaten our solvency.

    **g.**  A change by any insured or his or her representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased, or changed risk is included in the policy.

    If we cancel for reason **C.3.a.** or **C.3.b.** above, written notice of cancellation will be given at least 10 days before the effective date of the cancellation. If we cancel for one or more of the reasons **C.3.c.** through **C.3.g.** above, written notice of cancellation will be given at least 60 days before the effective date of the cancellation. Notice will be given as provided in paragraph **5.** of this endorsement.

**4.**  If we cancel for nonpayment of premium, you may continue coverage and avoid the effect of the cancellation by payment in full at any time prior to the effective date of cancellation.

**5.**  The written notice of cancellation:

    **a.**  Will be mailed or delivered to you and the producer of record at the mailing address(es) last known to us. Proof of mailing will be deemed sufficient proof of notice. Mailing or delivery of the notice of cancellation to you shall be deemed to have been given to all insureds.

    **b.**  Will state the reason(s) for cancellation.

    **c.**  Will state the effective date of cancellation. The policy period will end on that date.

**6.**  If this policy is canceled, any premium refund due will be sent to you for the account of all interests. Any premium refund due will be on a prorated basis if we cancel. If you cancel, the premium refund will be 90% of the prorated amount except when the minimum premium provision applies. Cancellation will be effective even if we have not offered a refund. The notice of cancellation will state that the excess of premium (if not tendered) will be refunded on demand.

**Nonrenewal**

**1.**  If we elect not to renew this policy, we will mail or deliver notice of nonrenewal at least 60 days, but not more than 120 days, before the expiration or anniversary date of this policy. Such notice will be mailed or delivered to you, and the producer of record, at the address(es) last known to us. Proof of mailing will be sufficient proof of notice. Mailing or delivery of the notice of nonrenewal to you shall be deemed to have been given to all insureds.

    We are not required to send notice of nonrenewal in any of the following situations:

    **a.**  If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

    **b.**  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with **Nonrenewal** paragraph **1.**

    **c.**  If you have obtained replacement coverage, or if you have agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

    **d.**  If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

    **e.**  If you request a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy.

    **f.**  If we have made a written offer to you, in accordance with the time frames shown in the first paragraph of this provision, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

**2.**  The notice of nonrenewal:

    **a.**  Will state the reason(s) for nonrenewal.

    **b.**  Will state the effective date of nonrenewal.

Signed by: _____

        Authorized Representative                    Date

# Colorado Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA 30328

**Producer:**

Marsh Inc. of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA 30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A.** **CONDITION C. Cancellation,** paragraphs **2., 3.** and **4.** are deleted and replaced by the following:

    **2.** We may cancel this policy by mailing through first class mail to you at your last mailing address known to us written notice of cancellation:

        **a.** Stating the effective date of cancellation;

        **b.** Stating the actual reason for cancellation;

        **c.** Giving at least 10 days notice before the effective date of cancellation if we cancel for nonpayment of premium;

        **b.** Giving at least 45 days notice before the effective date of cancellation if we cancel for any other reason.

    **3.** We may only cancel this policy based on one of the following reasons:

        **a.** Nonpayment of premium;

        **b.** A false statement knowingly made by the insured on the application for insurance; or

        **c.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless you have notified us of the change and we accept such change.

    **4.** Our return premium adjustment will be made from the effective date of cancellation or as soon thereafter as possible, but return of unearned premium is not a condition of cancellation. The return premium, if any, will be sent to you for the account of all interests.

    **5.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.** The following **CONDITIONS** are added and supersede any other provisions to the contrary:

**Nonrenewal**

If we decide not to renew this policy, we will mail through first class mail to you written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**Increase in Premium or Decrease in Coverage**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first class mail written notice of our intention, including the actual reason, to your last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

1.   Nonpayment of premium;

2.   A false statement knowingly made by the insured on the application for insurance; or

3.   A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless you have notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

Signed by: _____

           Authorized Representative                    Date

# District Of Columbia Changes
# Cancellation/Nonrenewal



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA  30328

**Producer:**

Marsh, Inc. of  GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**A.**  **CONDITION C. Cancellation,** paragraph **2.,** is deleted in its entirety and replaced with the following:

  **2.**  We may cancel this policy by mailing or delivering to you written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to you, we will notify the agent, or broker, if any, who wrote the policy.

  If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

  If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   **a.**  You have refused or failed to pay a premium due under the terms of the policy;

   **b.**  Any insured has made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

   **c.**  Any insured has transferred his or her property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

   **d.**  The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.**  The following is added and supersedes any other provision to the contrary:

  **Nonrenewal**

  We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to your last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to you, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of notice will be the same as mailing.

Signed by: _____

        Authorized Representative                    Date

# Georgia Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA  30328

**Producer:**

Marsh, Inc., of  GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDITION C. Cancellation** is amended per the following:

If we elect to:

1.   Cancel or not renew this policy;

    Increase the premium by more than 15% of the current policy premium, not due to change in risk or exposure; or

3.   Change any policy provision which would limit or restrict coverage;

then:

1.   We will mail or deliver notice of our action to you at the last mailing address known to us. We will mail or deliver this notice at least 45 days before the expiration date of this policy.

2.   If notice is mailed, a receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service will be sufficient proof of notice.

Signed by: _____

        Authorized Representative                       Date

# Maryland Changes
# Nonrenewal


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE. Ste 1200

Atlanta, GA  30328

**Producer:**

Marsh Inc. of  GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

The following **CONDITION** is added and supersedes any other provision to the contrary:

**When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to you written notice of nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this policy will terminate:

   On the expiration date if:

   **a.** You fail to perform any of your obligations in connection with the payment of premium for the policy or the renewal of the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

   **b.** We have indicated our willingness to renew this policy to you or your representative;

   **c.** You have notified us or our agent that you do not want to renew this policy; or

**2.** On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this policy, with respect to insurance to which both policies apply.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

Signed by:_____

   Authorized Representative                                    Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1986

# North Carolina Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, STE 1200

Atlanta, GA  30328

**Producer:**

**Marsh, Inc. of GA**

**3475 Piedmont Rd., Ste 1200**

**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDITION C. Cancellation,** paragraph **2.** is deleted and replaced by the following:

**C.  Cancellation**

1.  If this policy has been in effect for less than 60 days and it is not a renewal of a policy we issued, we may cancel this policy for any reason. A written notice of cancellation will be mailed or delivered to you at least;

    a.  15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b.  60 days before the effective date of cancellation if we cancel for any reason other than nonpayment of premium.

2.  If this policy has been in effect for 60 days or more or if it is a renewal of a policy we issued, we may cancel this policy prior to the:

    a.  Expiration of the policy; or

    b.  Anniversary date, stated in the policy only for one or more of the following reasons:

        (1)  Nonpayment of premium;

        (2)  An act or omission by any insured or any insured's representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining this policy, continuing this policy or presenting a claim under this policy;

        (3)  Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of the risk;

        (4)  Substantial breach of contractual duties, conditions or warranties that materially affects the insurability of the risk;

        (5)  A fraudulent act against us by any insured or any insured's representative that materially affects the insurability of the risk;

        (6)  Willful failure by any insured or any insured's representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us;

        (7)  Loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in G.S.58-41-30;

        (8)  Any insured's conviction of a crime arising out of acts that materially affect the insurability of the risk;

        (9)  A determination of the Commissioner of Insurance that the continuation of the policy would place us in violation of the laws of North Carolina; or

        (10) The insured fails to meet the requirements contained in our corporate charter, articles of incorporation or bylaws when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

We will mail or deliver written notice of cancellation to you at least

    (i)   15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (ii)   60 days before the effective date of cancellation if we cancel for one or more of the reasons **b. (2)** through **b.(10)** above.

**3.**    Cancellation for nonpayment of premium will not become effective if you pay the premium due before the effective date of cancellation.

**4.**    We may also cancel this policy for any reason not stated above provided we obtain your prior written consent.

**B.**    The following provisions are added and supersede any other provisions to the contrary:

**1.**    Nonrenewal

    **a.**    If we elect not to renew this policy, we will mail or deliver to you written notice of nonrenewal at least 45 days prior to the:

        **(1)**    Expiration of the policy if this policy has been written for one year or less; or

        **(2)**    Anniversary date of the policy if this policy has been written for more than one year or for an indefinite term.

    **b.**    We need not mail or deliver the notice of nonrenewal if you have:

        **(1)**    Insured property covered under this policy under any other insurance policy;

        **(2)**    Accepted replacement coverage; or

        **(3)**    Requested or agreed to nonrenewal of this policy.

    **c.**    If notice is mailed, proof of mailing will be sufficient proof of notice.

**2.**    The written notice of cancellation or nonrenewal will:

    **a.**    Be mailed or delivered to you and any designated mortgagee or loss payee at their address shown in the policy, or if not indicated in the policy, at their last known addresses; and

    **b.**    State the reason or reasons for cancellation or nonrenewal.

**3.**    Knowledge by our agent of any fact which breaches a condition of the policy shall be considered knowledge known by us if such fact is known to the agent at the time the policy is issued or an application made or thereafter becomes known to the agent in the course of his or her dealings as an agent with you. Any fact which breaches a condition of the policy and is known to the agent prior to loss shall not void the policy or defeat a recovery thereon in the event of loss.

Signed by: _____

    Authorized Representative                        Date

# Ohio Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA 30328

**Producer:**

Marsh, Inc., of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA 30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CONDITION C. Cancellation** is amended to include the following:

1.  **Cancellation of Policies in Effect for 90 Days or More**

    If this policy has been in effect for 90 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

    a.  Nonpayment of premium;

    b.  Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

    c.  Discovery of willful or reckless acts or omissions on the part of any insured which increase any hazard insured against;

    d.  The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer should reasonably have foreseen the change or contemplated the risk in writing the contract;

    e.  A determination by the Director of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public;

    f.  Loss of applicable reinsurance or a substantial decrease in applicable reinsurance; or

    g.  Any insured's failure to correct material violations of safety codes or to comply with reasonable written loss control recommendations.

    If we cancel this policy based on one or more of the above provisions, we will mail or deliver a written notice including the reason for cancellation to you and your agent or broker, 60 days before the effective date of cancellation except for nonpayment of premium.

    When cancellation is for nonpayment of premium, we will provide a notice at least 10 days before the effective date of cancellation.

2.  **Nonrenewal**

    We may elect not to renew this policy by mailing or delivering to you and your agent or broker, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 30 days before the expiration date. If notice is mailed or delivered less than 30 days before the expiration date, this policy will remain in effect until 30 days after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rate based on the previous year's premium.

3.  **Renewal With Altered Terms**

a.   Any renewal that is conditioned on a substantial increase in premium shall have notice of such mailed to you at least 30 days prior to expiration.

b.   If notice is mailed less than 30 days before expiration, your coverage remains in effect until 30 days after mailing of the notice. If you elect not to renew, the premium due will be calculated based on the rates of the expiring policy. If you elect to renew, the renewal is effective immediately following the normal expiration of the old policy.

4.   If notice is mailed, proof of mailing will be sufficient proof of notice.

Signed by: _____

       Authorized Representative                      Date

# Pennsylvania Changes



## ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE Ste

Atlanta, Ga  30328

**Producer:**

**Marsh, Inc. of Ga**

**3475 Piedmont Rd/. Ste 1200**

**Atlanta, Ga  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**A.** **CONDITION C. Cancellation** is deleted in its entirety and replaced by the following:

**Cancellation**

1. You may cancel this policy by writing or giving notice of cancellation.

2. If this policy has been in effect for less than 60 days and it is not a renewal of a policy we issued, we may cancel this policy for any reason. A written notice of cancellation will be given, at least;

    a. 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 60 days before the effective date of cancellation if we cancel for any reason other than nonpayment of premium.

3. If this policy has been in effect for 60 days or more or if it is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

    a. Any insured has made a material misrepresentation which affects the insurability of the rik.

    b. You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit.

    c. A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period.

    d. Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in force policies.

    e. Material failure to comply with policy terms, conditions or contractual duties.

    f. Other reasons that the Insurance Commissioner may approve.

    We will mail or deliver written notice of cancellation to you at least:

    (1) 15 days before the effective date of cancellation if we cancel for one or more of the reasons **3.a.** or **3.b.** above; or

    (2) 60 days before the effective date of cancellation if we cancel for one or more of the reasons **3.c.** through **3.f.** above.

    This policy may also be canceled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to your last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is canceled, we will send you any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If you cancel, the refund may be less than pro rata

and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following provisions are added and supersede any other provisions to the contrary:

1. **Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to you at least 60 days before the expiration date of the policy.

2. **Increase of Premium**

If we increase your renewal premium, we will mail or deliver to you written notice of our intent to increase premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to your last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

Signed by: _____
          Authorized Representative                    Date

# Tennessee Changes
# Cancellation/Nonrenewal



## ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, Ga 30328

**Producer:**

Marsh, Inc. of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**A.  CONDITION C. Cancellation,** is deleted in its entirety and replaced with the following:

**Cancellation**

1. You may cancel this policy by delivering the policy to us or any of our authorized agents, or by sending us written notice stating when the future cancellation will take effect. Cancellation will become effective the date of delivery of the policy or written notice to us or upon such future date requested by your written notice.

2. Cancellation of policies in effect for less than 60 days.

   We may cancel this policy by mailing or delivering to you written notice of cancellation at least:

   **a.** Ten (10) days before the effective date of cancellation if we cancel because of nonpayment of premium; or

   **b.** Sixty (60) days before the effective date of cancellation if we cancel for any other reason.

3. Cancellation of policies in effect for 60 days or more.

   If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium, including any additional premium, calculated in accordance with our current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

   **b.** Any insured's conviction of a crime increasing any hazard insured against;

   **c.** Discovery of fraud or material misrepresentation on the part of either of the following:

      (1) Any insured or any insured's representative on obtaining this insurance; or

      (2) Any insured in pursuing a claim under this policy.

   **d.** Failure to comply with written loss control recommendations;

   **e.** Material change in the risk which increases the risk of loss after we issued or renewed insurance coverage;

   **f.** Determination by the insurance commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of Tennessee or any other state;

   **g.** Any insured's violation or breach of any policy terms or conditions;

   **h.** Other reasons that are approved by the insurance commissioner.

4. We will mail or deliver our notice to your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation.

6. If this policy is canceled, we will send you any premium refund due and payment to you is payment for the account of all interests. If we cancel, the refund will be pro rata. If you cancel, the refund will be 90% of pro rata. The cancellation will be effective even if we have not made or offered any refund of unearned premium.

7. If notice is mailed, proof of mailing will be sufficient proof of notice. Notice of cancellation by us to you will serve as notice to all insureds under this policy.

**B.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to you and your agent, at least 60 days before the expiration date unless:

   **a.** We have offered to issue a renewal policy; or

   **b.** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

2. Any notice of nonrenewal will be mailed or delivered to your and your agent's address shown in the policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

Signed by:_____

　　　　　　Authorized Representative　　　　　　　　　　　　Date

# ˈexas Changes



## ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE Ste 1200

Atlanta, Ga 30328

**Producer:**

Marsh, Inc. of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**A.  CONDITION C. Cancellation,** paragraphs **2., 3.** and **4.** are deleted and replaced by the following:

We may cancel this policy by mailing or delivering to you written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

    **a.**  If this policy has been in effect for 60 days or less, we may cancel for any reason except that under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

    **b.**  If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

        **(1)**  Fraud in obtaining coverage;

        **(2)**  Failure to pay premiums when due;

        **(3)**  An increase in hazard within the control of the insured which would produce an increase in rate;

        **(4)**  Loss of our reinsurance covering all or part of the risk covered by the policy; or

        **(5)**  If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

    **c.**  Notice to you is deemed to be notice to all insureds.

    **d.**  Return of unearned premium is not a condition of cancellation.

**B.**  The following **CONDITION** is added and supersedes any provision to the contrary:

**Nonrenewal**

  **1.**  We may elect not to renew this policy except, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

  **2.**  If we elect not to renew this policy, we may do so by mailing or delivering to you, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date.

If notice is mailed or delivered less than 60 days before expiration, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

  **3.**  If notice is mailed, proof of mailing will be sufficient proof of notice.

4.   The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

5.   Notice to you is deemed to be notice to all insureds.

Signed by:_____
        Authorized Representative                       Date

# Virginia Changes



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CEO 3991382-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**Named Insured and Mailing Address:**

Beazer Homes USA, Inc.

400 Northpark Town Center

1000 Abernathy Rd., NE, Ste 1200

Atlanta, GA 30328

**Producer:**

Marsh, Inc., of GA

3475 Piedmont Rd., Ste 1200

Atlanta, GA 30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

A. **CONDITION C. Cancellation,** paragraph **2.** is deleted and replaced by the following:

    **2.** We may cancel this policy by sending written notice of cancellation by registered or certified mail or by delivering written notice to the named insured, including the reason for cancellation, at least:

        **a.** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

        **b.** 60 days before the effective date of cancellation if we cancel for any other reason.

    **3.** We will mail or deliver our notice to the named insured's last mailing address known to us.

B. The following **CONDITIONS** are added and supersede any other provisions to the contrary:

**Nonrenewal**

If we decide not to renew this policy, we will send written notice of nonrenewal by registered or certified mail or by delivering written notice to the named insured, at the mailing address shown in this policy, including the reason for nonrenewal, at least:

    **1.** 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

    **2.** 45 days before the expiration date if the nonrenewal is for any other reason.

**Sole Agent**

The named insured shown in Item **1.** of the Declarations is authorized to act on behalf of all insureds with respect to receiving refunds and agreeing to any changes in this policy.

However, it is agree that any notices of cancellation or nonrenewal that we send out will be sent to all named insureds.

Signed by: _____

      Authorized Representative                 Date

# Following Form Excess Liability Policy



There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such in the Controlling Underlying Policy, but only to the extent and within the scope for which such "insureds" qualify for coverage in the Controlling Underlying Policy.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations and in accordance with the provisions of this policy we agree with you to provide coverage as follows:

**Insuring Agreements**

## SECTION I.  COVERAGE

**A.** We will pay on behalf of the insured the sums in excess of the total Underlying Limits of Insurance shown in Item **6.B.** of the Declarations that the insured becomes legally obligated to pay as damages.

**B.** This insurance applies only to damages covered by the Controlling Underlying Policy as shown in Item **6.A.** of the Declarations. Except as otherwise provided by this policy, the coverage follows the definitions, terms, conditions, limitations, and exclusions of the Controlling Underlying Policy in effect at the inception of this policy.

**C.** The amount we will pay for damages is limited as described in **SECTION II. LIMITS OF INSURANCE.**

## SECTION II.  LIMITS OF INSURANCE

**A.** The Limits of Insurance shown in the Declarations and the rules below describe the most we will pay regardless of the number of:

    **1.** Insured's;

    **2.** Claims made or suits brought; or

    **3.** Persons or organizations making claims or bringing suits.

**B.** The Limits of Insurance of this policy will apply as follows:

    **1.** This policy applies only in excess of the Underlying Limits of Insurance shown in Item **6.B.** of the Declarations.

    **2.** If our Limits of Insurance stated in Item **4.** of the Declarations are less than the total Limits of Insurance stated in Item **4.,** the limits of our liability shall be that proportion of all damages which our Limits of Insurance bear to the total Limits of Insurance in Item **4.** and which is in excess of the total underlying insurance limits as stated in Item **6.B.** of the Declarations.

    **3.** Subject to Paragraph **B. 2.** above, the Occurrence Limit stated in Item **4.A.** of the Declarations is the most we will pay for all damages arising out of any one occurrence to which this policy applies.

    **4.** Subject to Paragraphs **B.2.** and **B.3.** above, the limit stated in Item **4.C.** of the Declarations for the Products/Completed Operations Aggregate is the most we will pay for all damages during our policy period under the products/ completed operations hazard.

    **5.** Subject to Paragraphs **B.2.** and **B.3.** above, the Other Aggregate Limit stated in Item **4.B.** of the Declarations is the most we will pay for all damages, except for damages covered under the products/completed operations hazard, that are subject to an aggregate limit provided by the Controlling Underlying Policy. The Other Aggregate Limit applies separately and in the same manner as the aggregate limits provided by the Controlling Underlying Policy.

    **6.** Subject to Paragraphs **B.2., B.3., B.4.** and **B.5.** above, if the underlying Limits of Insurance stated in Item **6.** of the Declarations are reduced or exhausted solely by payment of damages to which this policy applies, such insurance provided