# EXHIBIT G



# Georgia Secretary of State
# Brian P. Kemp

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

Search
- By Business Name
- By Control No
- By Officer
- By Registered Agent
  Verify
- Verify Certification
  New Filing
- Click here to file online for:
- New Limited Liability Company (LLC)
- New Business Corporation
- New Non-Profit Corporation
- New Professional Corporation (PC)
  Annual Registration
- Annual Registration
  Name Reservation
- File Name Reservation Online
  Online Orders
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

## View Filed Documents

Date: 3/21/2011    (Annual Registration History etc.)

### File Annual Registration Online
### or
### Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Annual Registrations**
The Georgia Code only requires the Office of Secretary of State to retain annual registrations for a period of five years from the date in which it was filed. Annual registrations older than five years may no longer be available for certification or viewing on the web.

## Business Name History

| Name | Name Type |
|---|---|
| BEAZER HOMES CORP. | Current Name |
| BEAZER HOMES CORP. (TN) | PRIOR NAME |

## Profit Corporation - Foreign - Information

| | |
|---|---|
| Control No.: | K610640 |
| Status: | Active/Compliance |
| Entity Creation Date: | 3/29/1996 |
| Jurisdiction: | TN |
| Principal Office Address: | 1000 ABERNATHY RD, STE 1200 ATLANTA GA 30328 |
| Last Annual Registration Filed Date: | 2/24/2011 |
| Last Annual Registration Filed: | 2011 |

## Registered Agent

| | |
|---|---|
| Agent Name: | CORPORATION SERVICE COMPANY |
| Office Address: | 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS GA 30092 |
| Agent County: | GWINNETT |

## Officers

| | |
|---|---|
| Title: | CEO |
| Name: | IAN J. MCCARTHY |
| Address: | 1000 ABERNATHY ROAD, STE 1200 ATLANTA GA 30328 |

| | |
|---|---|
| Title: | **CFO** |
| Name: | **ALLAN MERRILL** |
| Address: | 1000 ABERNATHY ROAD, STE 1200<br>ATLANTA GA 30328 |
| Title: | **Secretary** |
| Name: | **KENNETH KHOURY** |
| Address: | 1000 ABERNATHY ROAD, STE 1200<br>ATLANTA GA 30328 |