**EMPLOYEE BENEFITS LIABILITY COVERAGE PART- OCCURRENCE DECLARATIONS**

Policy Number: HBP 9383583-01

Named Insured: M/I HOMES, INC.

Policy Period: Coverage begins   04/01/2009 at 12:01 A.M.; Coverage ends   04/01/2010 at 12:01 A.M.

Producer Name:  MARSH USA, INC.                    Producer No. 10466-000

**Item 1.** Limits of Insurance

$1,000,000      Aggregate Limit
$1,000,000      Each Act, Error or Omission Limit

**Item 2.** Form of Business:

☐ Individual        ☐ Partnership        ☐ Joint Venture        ☐ Corporation
☒ Other (Organization (Other than Partnership or Joint Venture)

**Item 3.** Premium Schedule:

| Code No. | Premium Basis (Estimated Number of Employees) | Rate | | Advance Premium |
|----------|-----------------------------------------------|------|---|-----------------|
| 92100 | Flat Charge | $_____ | Per Employee | $_____ |
| | | $Included____ | Flat Charge | $Included_____ |

Total Advance Premium For This Coverage Part: $ Included

Audit Period:  ☐ Annual    ☐ Semi-annual    ☐ Quarterly    ☐ Monthly    ☒ Not-Applicable

**Forms And Endorsements Applicable To This Coverage Part:**

See STF-GL-10087-B CW (02/07)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

### 90 DAYS NOTICE OF NONRENEWAL

In consideration of no charge in premium, **Section V- HOME BUILDERS PROTECTIVE CONDITIONS**, Paragraph **I. When we Do Not Renew** is deleted in its entirety and replaced with the following:

If we decide not to renew this Policy, we will mail or deliver to the first Named Insured shown in the Declarations, written notice of the non-renewal not less than 90 days before the expiration date.

If such notice is mailed, proof of mailing will be sufficient proof of notice.



# Home Builders Protective Policy Endorsement

**ZURICH**®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
M/I HOMES, INC.
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH 43219

Producer:
MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA 19103

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

Home Builders Protective Policy

**CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT**

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 7. "CONSTRUCTION OCCURRENCE"** MEANS: IS AMENDED TO:

    a.  UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.  UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.  UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

    (1)  ARE IN THE SAME SUBDIVISION OR CONSTRUCTED AS PART OF THE SAME CONSTRUCTION PROJECT; AND

    (2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or

    (3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### INSURED CONTRACT DEFINITION AMENDMENT

It is agreed that **SECTION VI – DEFINITIONS, 18. "INSURED CONTRACT"**, item c. is amended to read:

c.  Any easement or license agreement.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**PERSONAL INJURY DEFINITION AMENDMENT**

IT IS UNDERSTOOD AND AGREED UNDER **SECTION VI – DEFINITIONS, 23. "PERSONAL AND ADVERTISING INJURY"**, IS AMENDED TO INCLUDE THE FOLLOWING:

LIBEL, SLANDER, MALICIOUS PROSECUTION, INVASION OF PRIVACY, DISCRIMINATION OR HUMILIATION THAT RESULTS IN INJURY TO THE FEELINGS OR REPUTATION OF A NATURAL PERSON, BUT ONLY IF SUCH DISCRIMINATION OR HUMILIATION IS:

    A.  NOT DONE INTENTIONALLY BY OR AT THE DIRECTION OF ANY INSURED; AND
    B.  NOT DIRECTLY OR INDIRECTLY RELATED TO THE EMPLOYMENT, PROTECTIVE EMPLOYMENT OR TERMINATION OF EMPLOYMENT OF ANY PERSON OR PERSONS BY ANY INSURED.

IT IS FURTHER AGREED THAT EXCLUSION e: **Contractual Liability**, UNDER **COVERAGE B. PERSONAL INJURY AND ADVERTISING LIABILITY** IS DELETED IN ITS ENTIRETY.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
M/I HOMES, INC.
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH  43219

Producer:
MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA  19103

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## BLANKET ADDITIONAL INSURED

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS. THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.



# Home Builders Protective Policy Endorsement

**ZURICH**®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

**BLANKET WAIVER OF SUBROGATION**

IT IS AGREED THAT **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS,  PARAGRAPH 1. ITEM k** IS AMENDED TO ADD THE FOLLOWING:

IF YOU ARE REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT, WHICH IS EXECUTED BEFORE A LOSS, TO WAIVE YOUR RIGHTS OF RECOVERY FROM OTHERS, WE AGREE TO WAIVE OUR RIGHTS OF RECOVERY. THIS WAIVER OF RIGHTS APPLIES ONLY WITH RESPECT TO THE ABOVE CONTRACT(S) AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO ANY OTHER OPERATIONS IN WHICH THE INSURED HAS NO CONTRACTUAL INTEREST.

# Home Builders Protective Policy Endorsement



**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### BROAD FORM NAMED INSURED

THE NAMED INSURED SHOWN IN THE DECLARATIONS INCLUDES ANY CORPORATION, SUBSIDIARY, FIRM, ORGANIZATION, PARTNERSHIP OR ANY OTHER ENTITY AS EXISTED, AS NOW EXISTS, OR MAY HERE AFTER BE CONTROLLED, FORMED OR ACQUIRED WHERE THE NAMED INSUREDS SHOWN IN THE DECLARATIONS HAS OWNERSHIP AND/OR MANAGEMENT CONTROL FOR PROVIDING INSURANCE.  THE NAMED INSUREDS SHALL NOT INCLUDE ANY CORPORATION, SUBSIDIARY, FIRM, ORGANIZATION, PARTNERSHIP OR ANY OTHER ENTITY THAT MAINTAINS SEPARATE AND DISTINCT GENERAL LIABILITY INSURANCE.



# Home Builders Protective Policy Endorsement

**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### PREMIUM AND REPORTS AGREEMENT – COMPOSITE RATED POLICIES

**Schedule**

1.  **Unit of Exposure (Check One):**

    ___ per 1,000 **gallons**          ___ per **licensed "auto"**          ___ per $1,000 **gross sales**

    ___ per $1,000 **payroll**          _X_ per **other:**$1,000 of revenue

2.  **Coverage Unit of Exposure**          **Rate(s)**          **Estimated Premium(s)**

    Revenue   $499,535,000          $2.03*          $1,014,056

    *Composite rate does not include 1% TRIA

3.  **Deposit Premium:**   $1,024,197 ($1,014,056 + $10,141 TRIA)

4.  **Minimum Premium:**   $ 409,678 ($  405,622 + $  4,056 TRIA)

**SECTION V – HOME BUILDERS PROTECTION CONDITIONS, Condition h, Premium Audit,** is replaced by the following:

**h.  Premium Audit**

(1) We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

(3) Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of 25% of the estimated policy premium or the Minimum Premium shown in the Schedule.

(4) The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

(5) The units of exposure shown in the Schedule are defined as follows:

    a. **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gases.

    b. **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

    c. **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

    d. **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

    e. **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ZURICH**

# Employee Benefits Liability - Occurrence Coverage Form

**This Coverage Form provides** *occurrence* **coverage. Please read the entire form carefully.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us", and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotes have special meaning. Refer to the Definitions Section.

## Section I. Coverage - Employee Benefit Liability

### 1. Insuring Agreement

**A.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error, or omission of the "insured" in the "administration" of the "insured's" "employee benefit programs". We will have the right and duty to defend the "insured" against any suit seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages for any act, error, or omission for which this insurance does not apply. We may, at our discretion, investigate any claim and settle any "suit" that may result; but:

   **1.** The amount we pay for damages is limited as described in Section II. - Limits of Insurance of this Coverage Part; and

   **2.** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Employee Benefit Liability coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments of this Coverage Part.

**B.** This insurance applies to an act, error or omission only if:

   **1.** The act, error, or omission takes place in the "coverage territory";

   **2.** The "insured" had no knowledge of and could not have reasonably foreseen any circumstances which might result in a claim or "suit"; and

   **3.** The act, error, or omission occurs during the policy period.

### 2. Exclusions

This insurance does not apply to any:

**A.** "Bodily injury", "property damage" or "personal and advertising injury";

**B.** Any "claim" or "suit" arising out of any dishonest, fraudulent, criminal or malicious act;

**C.** Any "claim" or "suit" arising out of discrimination or humiliation;

**D.** Any "claim" or "suit" arising out of an insurer's or other provider's failure to perform its contract;

**E.** Any "claim" or "suit" arising out of your failure to comply with any workers compensation, unemployment insurance, social security, or disability benefits law;

**F.** Any "claim" or "suit" arising out of the failure of any of your "employee benefit plans" to meet obligations due to insufficient funds;

**G.** Any "claim" or "suit" arising out of:

   **a.** Advice given to any person to participate or not participate in a plan or program included in "employee benefit programs";

   **b.** The appointment of, or failure to appoint, any investment manager, administrator, trustee, actuary, advisor, counsel, accountant, custodian, or consultant;

   **c.** Any investment activity, including the management, administration, or disposition of assets of your "employee benefit programs"; or

   **d.** Failure of any investment to perform as represented by any "insured".

**H.** Any "claim" or "suit" arising out of an "Insured's" liability as a fiduciary under:

   **a.** The Employee Retirement Income Security Act of 1974 (PL93-406) and its amendments; or

**b.** The Internal Revenue Code of 1986 (including the Internal Revenue Code of 1954) and its amendments.

**3. Supplementary Payments**

We will pay, in addition to the applicable Limits of Insurance, with respect to any claim we investigate or settle or "suit" we defend:

**A.** All expenses incurred by us, all costs taxed against the "insured" in any "suit" defended by us, and all interest on the full amount of any judgment which accrues after entry of the judgment and before we have paid or tendered or deposited in court, that part of the judgment which does not exceed the limit of our liability.

**B.** Premiums on appeal bonds required and on bonds to release attachments in any "suit". We do not have to furnish these bonds.

**C.** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**D.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**II. Limits of Insurance**

**A.** The Limits of Insurance shown in the Declarations and the rules below establish the most we will pay regardless of the number of:

(1) "Insureds";

(2) Claims made or "suits" brought; or

(3) "Employees" or dependents or beneficiaries of "employees" making claims or bringing "suits".

**B.** The Aggregate Limit is the most we will pay for all damages because of all "claims" or "suits" arising from the "administration" of your "employee benefit programs" during the policy period.

**C.** Subject to the Aggregate Limit provisions in **B.** above, the Each Act, Error, or Omission Limit is the most we will pay for all damages sustained by any one "employee", including the "employee's" dependents and beneficiaries, because of acts, errors, or omissions committed in the "administration" of your "employee benefit programs".

**D.** The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for

an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**III. Conditions**

**A. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of our obligations.

**B. Duties in the Event of an Act, Error, Omission, Claim or Suit**

(1) Regardless of whether the loss exceeds any applicable deductible amount, you must see to it that we are notified as soon as practicable of any act, error, or omission which may result in a claim. To the extent possible, notice should include:

    **a.** How, when, and where the act, error, or omission took place;

    **b.** The names and addresses of any injured "employee", dependents, or beneficiaries of any "employee" and witnesses.

(2) If a claim is received by any "insured", you must:

    **a.** Immediately record the specifics of the claim and the date received; and

    **b.** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

(3) You and any other involved "insured" must:

    **a.** Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

    **b.** Authorize us to obtain records and other information;

    **c.** Cooperate with us in the investigation, settlement, or defense of the claim or "suit"; and

    **d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of injury to which this insurance may also apply.

(4) No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**C. Legal Action Against Us**

No person or organization has a right:

(1) To join us as a party or otherwise bring us into a "suit" asking for damages from an "insured"; or

(2) To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an "insured" obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the "insured", and the claimant or the claimant's legal representative.

**D.  Other Insurance**

(1) This Coverage Part is primary insurance, except when stated, to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which applies to the loss on an excess or contingent basis, the amount of our liability under this Coverage Part shall not be reduced because of such other insurance.

(2) When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess, or contingent, we shall not be liable for a greater proportion of the loss than that stated in the applicable contribution provision below:

**a.  Contribution by Equal Shares**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**b.  Contribution by Limits**

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E.  Separation of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

(1) As if each Named Insured were the only Named Insured; and

(2) Separately to each "insured" against whom claim is made or "suit" is brought.

**F.  Transfer Of Rights Of Recovery Against Others To Us**

If the "insured" has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**IV.  Definitions**

**A.  "Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

(1) Notices that are published include material placed on the Internet or on similar electronic means of communication; and

(2) Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**B.  "Administration"** means:

(1) Counseling "employees", including their dependents and beneficiaries, with respect to "employee benefit programs";

(2) Handling records in connection with "employee benefit programs"; or

(3) Effecting or terminating an "employee's" participation in a plan included in "employee benefit programs".

**C.  "Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**D.  "Coverage territory"** means:

(1) The United States of America (including its territories and possessions), Puerto Rico, and Canada; or

(2) All parts of the world if the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **D. (1)** above, or in a settlement to which we agree.

**E.  "Employee"** means:

Your officers and employees, whether actively employed, disabled, or retired.

**F.  "Employee benefit programs"** mean:

Group life insurance, group accident or health insurance, profit sharing plans, pension plans, employee stock subscription plans, workers compensation, unemployment insurance, salary continuation plans, social security, disability benefits insurance, savings plans, vacation plans, or any other similar plans or programs.

**G.** "Insured" means:

You and any of your partners, executive officers, directors, members, stockholders or "employees", provided such "employee" is authorized to act in the "administration" of your "employee benefit programs".

**H.** "Personal and advertising injury" means:

Injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**(1)** False arrest, detention, or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from wrongful entry into, or invasion of the right of private occupancy of, a room, dwelling, or premises that a person occupies by or on behalf of its owner, landlord, or lessor;

**(4)** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or

**(5)** Oral or written publication,' in any manner, of material that violates a person's right of privacy;

**(6)** The use of another's advertising idea in your "advertisement"; or

**(7)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**I.** "Property damage" means:

**(1)** Physical injury to tangible property, including all resulting loss of use of that property.

**(2)** Loss of use of tangible property that is not physically injured.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications, software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**J.** "Suit" means:

A civil proceeding in which damages to which this insurance applies is alleged. "Suit" includes:

**(1)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**(2)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.



**ZURICH**

# Deductible Endorsement - Occurrence

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/012010 | | 10466-000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Employee Benefits Liability Coverage Part**

It is agreed that the following deductible provisions are added to the policy as respects the Employee Benefit Liability Coverage Part:

**Deductible:     $1,000**

1. The deductible amount stated above shall be deducted from the amount of all claims arising out of the same act, error, or omission. We shall be liable only for the difference between such deductible amount and the amount of insurance otherwise applicable on a per act, error, or omission basis. The Aggregate Limit will not be reduced by the application of such deductible.

2. The terms of this Coverage Part apply regardless of the application of the deductible amount. This includes those terms with respect to:

   a. Our rights and duties with respect to the defense of "suits"; and

   b. The "insured's" duties in the event of an act, error, or omission or a claim or "suit."

3. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit". You shall promptly reimburse us for such part of the deductible amount as has been paid by us after we notify you of our action.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH 43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA 19103**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

### SCHEDULE

DESCRIPTION OF OPERATIONS:

**Tree Pruning / Landscape Gardening / Pest Control Services / Dusting / Spraying Operations Incidental to Residential development by or on behalf of the Insured.**

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

With respect to the operations shown in the Schedule, Paragraph **(4)** of Exclusion 2. **Common Exclusions – Coverage A & D – Bodily Injury and Property damage Liability and Construction Damage Liability,** and Exclusions m. and n. of **Coverage B., Personal and Advertising Injury Liability,** does not apply if:

1. The operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government having application to those operations.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

**Named Insured / Mailing Address:**
M/I HOMES, INC.
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH  43219

**Producer:**
MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA  19103

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT

IF WE NON RENEW THIS POLICY, THE POLICY EXPIRATION DATE SHALL BE EXTENDED ON THE PROJECT (S) SHOWN IN THE SCHEDULE BELOW FOR ALL WORK THAT HAS COMMENCED DURING THE YEAR PRIOR TO <u>01/01/2010</u>, UNTIL THE EARLIER OF (A) CLOSE OF ESCROW ON ALL SUCH HOMES/UNITS/STRUCTURES OR (B) <u>04/01/2011</u>. AS SET FORTH IN THE POLICY, THE LIMITS OF INSURANCE SHALL ALSO APPLY TO THE HOME BUILDER'S LIMITED WARRANTY ISSUED TO THOSE OWNERS OF HOMES/UNITS/STRUCTURES CLOSED DURING THE EXTENSION TERM.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

### SCHEDULE

PROJECT: ALL PROJECTS THAT HAVE STARTED VERTICAL CONSTRUCTION ON OR BEFORE <u>01/01/2010</u>.

# Home Builders Protective Policy Endorsement



**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## EXTENDED BODILY INJURY FOR "YOUR WORK"

1.  THIS ENDORSEMENT APPLIES ONLY IN THE EVENT THAT THIS POLICY IS NOT RENEWED.

2.  THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES SOLELY TO "BODILY INJURY" ARISING OUT OF THE "PRODUCTS-COMPLETED OPERATION HAZARD" OCCURRING DURING THE EXTENDED COMPLETED OPERATION COVERAGE PERIOD AND ARISING OUT OF "YOUR WORK" THAT YOU SELL, GIVE AWAY OR OTHERWISE TRANSFER TITLE TO DURING THE POLICY PERIOD.

3.  THIS EXTENDED COMPLETED OPERATIONS COVERAGE SHALL BE IN EFFECT FOR 10 YEARS AFTER THE COMPLETION OF EACH PROJECT OR THE EXPIRATION OF THIS POLICY, INCLUDING ANY EXTENSION THEREOF.

    THE COVERAGE AFFORDED BY THIS ENDORSEMENT SHALL BE PART OF THE COMPLETED OPERATIONS AGGREGATE LIMIT OF THE LAST YEAR OF THE ACTUAL POLICY TERM-IF THIS WAS A MULTIPLE YEAR POLICY.

4.  THE EXTENDED COMPLETED OPERATIONS COVERAGE AFFORDED BY THIS ENDORSEMENT DOES NOT APPLY TO ANY INSURED FOR ANY PRODUCT MANUFACTURED, ASSEMBLED OR OTHERWISE WORKED UPON, AWAY FROM THE "COVERAGE TERRITORY".

5.  IT IS AGREED THAT THE FIRST PARAGRAPH OF PART 1.N. OF SECTION V – OTHER INSURANCE IS DELETED AND REPLACED BY THE FOLLOWING:

    IS INSURANCE IS EXCESS OVER ANY AND ALL OF THE OTHER INSURANCE, WHETHER PRIMARY, EXCESS, JNTINGENT OR ON ANY OTHER BASIS WHICH IS AVAILABLE TO THE NAMED INSURED AS A NAMED INSURED OR AS AN ADDITIONAL INSURED ON SOMEONE ELSE'S INSURANCE POLICY.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices – 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## UNIT OF EXPOSURE

The Units of Exposure for "per **other**" as shown in the Premium and Reports Agreement – Composite Rated Policies endorsement are defined as follows:

**Revenue**

The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:

1. All goods, services, or products sold or distributed;
2. Operations performed during the policy period
3. Rentals; and
4. Dues or fees

**Construction Cost**

The total cost of all work let or sublet in connection with each project including:

1. The cost of all labor, materials, and equipment furnished, used, or delivered for use in the execution of the work; and

2. All fees, bonuses or commissions made, paid, or due

**Land Sales**

The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for All land sales.



# Home Builders Protective Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/10/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
M/I HOMES, INC.
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH 43219

Producer:
MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA 19103

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### ADDITIONAL INSURED – AUTOMATIC – OWNERS, LESSEES OR CONTRACTORS

**A.** **WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization who you are required to add as an additional insured on this policy under a written contract or written agreement.

**B.** The insurance provided to the additional insured person or organization applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I - Coverage A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and **Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY,** and **Section I – Coverage D – Construction Damage Liability,** but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

    1.  Your acts or omissions; or

    2.  The acts or omissions of those acting on your behalf; and resulting directly from:

        a.  Your ongoing operations performed for the additional insured, which is the subject of the written contract or written agreement; or

        b.  "Your work" completed as included in the "products-completed operations hazard",

           performed for the additional insured, which is the subject of the written contract or written agreement.

**C.** However, regardless of the provisions of paragraphs **A**. and **B**. above:

    1.  We will not extend any insurance coverage to any additional insured person or organization:

   a.  That is not provided to you in this policy; or

   b.  That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

  2.  We will not provide Limits of Insurance to any additional insured person or organization that exceed the lower of:

    a.  The Limits of Insurance provided to you in this policy; or

    b.  The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.**  The insurance provided to the additional insured person or organization does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

    1.  The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    2.  Supervisory, inspection, architectural or engineering activities.

**E.**  The additional insured must see to it that:

    1.  We are notified as soon as practicable of an "occurrence", "construction occurrence" or offense that may result in a claim:

    2.  We receive written notice of a claim or "suit" as soon as practicable; and

    3.  A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity. This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**F.**  For the coverage provided by this endorsement:

    1.  The following paragraph is added to Paragraph **1.n.(1)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

      This insurance is primary insurance as respects our coverage to the additional insured person or organization, where the written contract or written agreement requires that this insurance be primary and non-contributory. In that event, we will not seek contribution from any other insurance policy available to the additional insured on which the additional insured person or organization is a Named Insured.

    2.  The following paragraph is added to Paragraph **1.n.(2)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

      This insurance is excess over:

      Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**G.**  This endorsement does not apply to an additional insured which has been added to this policy by an endorsement showing the additional insured in a Schedule of additional insureds, and which endorsement applies specifically to that identified additional insured.

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH 43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA 19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## RESULTING DAMAGE TO YOUR WORK

**Coverage D -- Construction Damage Liability, 1. Insuring Agreement** is deleted and replaced by the following:

## COVERAGE D – CONSTRUCTION DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to or arising out of "your work".  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "construction occurrence" and settle any claim or "suit" that may result.  But:

    **(1)** The amount we will pay for damages is limited as described in **Section III – Limits of Insurance**; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages A, B or D**, "repair costs" under **Coverage C** or medical expenses under **Coverage E.**

**b.** This insurance applies to "property damage" only if:

    **(1)** The "property damage" is caused by a "construction occurrence" that takes place in the "coverage territory"; and

    **(2)** The "property damage" is to or arises out of "your work" that:

        **(a)** you sell, give away or otherwise transfer title to during the policy period; or

        **(b)** first qualifies within the "products-completed operations hazard" during the policy period and is never owned by you.

**c.** Damages because of "property damage" include damages the insured becomes legally obligated to pay because of "property damage" to or arising out of "your work" and shall be deemed to be caused by a "construction occurrence", but only if:

    **(1)** The "property damage" is the result of work performed on your behalf by your subcontractor(s) ;

    **(2)** The work performed by the subcontractor(s) is within the "products-completed operations hazard"; and

    **(3)** The "property damage" is unexpected and not intended from the standpoint of the insured.

**d.** No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments – Coverages  A, B, C** and **D.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23**RD **FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**SELF INSURED RETENTION AMOUNTS**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated above.

**Self Insured Retention**

| | |
|---|---|
| Each "Occurrence" / Offense (Coverage's A & B): | $250,000 |
| Each "Construction Occurrence" (Coverage's C, D & E): | $7,500,000 |
| Each "Occurrence" / Offense – Third Party Over Action | $1,000,000 |
| Each Project Aggregate Self Insured Retention for "Construction Occurrences" | $N/A |
| Annual Aggregate Self Insured Retention | *$15,000,000 |
| Maintenance Self Insured Retention (Each "Occurrence"/Offense/ "Construction Occurrence") | $100,000 |

*Annual Aggregate Self Insured Retention are MINIMUMS, will be adjustable (upwards only) at a rate of $30.03.

*If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A)   **Item 4** of the **Declarations Page** is amended to the above.
   **Section IV – SELF INSURED RETENTION,**  paragraph **2. A.** is replaced with the following:

A.   The "self insured retention" amounts stated above apply as follows:

   **a.**   The Each "Occurrence" / Offense amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence" or offense.

   **b.**   The Each "Construction Occurrence" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "construction occurrence".

   **c.**   The Each Project Aggregate "Self Insured Retention" for "Construction Occurrence" amounts shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "construction occurrences" for any one project.  If no value is shown, then the Each Project "self insured retention" Aggregate shall be unlimited.

   **d.**   The Annual Aggregate "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "occurrences", offenses, or "construction occurrences".  If no value is shown, then the Annual "self insured retention" Aggregate shall be unlimited.

   **e.**   The Maintenance "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence"/"construction occurrence"/offense in the event you have reached either an Each Project Aggregate "Self Insured Retention" or the Annual Aggregate "Self Insured Retention" Amount listed above.  If no value is shown, then the Maintenance "Self Insured Retention" amount does not apply.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the Each Project Aggregate "self insured retention" or the Annual  Aggregate "self insured retention", if any.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

## ADDITIONAL  INSURED – LESSOR OF LEASED EQUIPMENT – AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

A.  **Section II – Who Is An Insured** is amended to include as an additional insured any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.  Such person or organization is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

B.  With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy. No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | | 10466-000 | | |

Named Insured / Mailing Address:
**M/I HOMES, INC.**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH  43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA  19103**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
Home Builders Protective Policy

## KNOWLEDGE AND NOTICE OF OCCURRENCE ENDORSEMENT

IT IS UNDERSTOOD AND AGREED THAT THE FOLLOWING IS ADDED TO PARAGRAPH 2 OF THE HOME BUILDERS PROTECTIVE INSURACE POLICY CONDITIONS (SECTION V):

(5)   KNOWLEDGE OF AN "OCCURRENCE, CLAIM, OR SUIT" BY AN AGENT, SERVANT OR
EMPLOYEE OR ANY INSURED SHALL NOT IN ITSELF CONSTITUTE ACTUAL KNOWLEDGE OF THE INSURED
UNLESS INDIVIDUALS IN THE FOLLOWING POSITIONS SHALL HAVE RECEIVED SUCH ACTUAL NOTICE
FROM THE AGENT, SERVANT OR EMPLOYEE:


POSITION(S) AND/OR DEPARTMENTS: RISK MANAGEMENT AND/OR ANY OFFICER OF THE COMPANY


(6)   IT IS FURTHER AGREED THAT KNOWLEDGE OF AN OCCURRENCE BY ONE OR MORE
NAMED INSURED OR INSUREDS SHALL NOT CONSTITUTE ACTUAL KNOWLEDGE OF SUCH OCCURRENCE
BY ANY OTHER NAMED INSURED OR INSUREDS, AND NOTICE OF ANY OCCURRENCE GIVEN TO THE
COMPANY OR ANY OF ITS AUTHORIZED AGENTS BY ONE NAMED INSURED SHALL CONSTITUTE SUCH
NOTICE BY ALL NAMED INSURED AND INSUREDS.

STF-GL-113-A-CW 03 (11/06)



**ZURICH**

### THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

**1% of Premium**

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure of Premium**
In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA.  That portion of premium attributable is shown in the Schedule above.  The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B.  Disclosure of Federal Participation in Payment of Terrorism Losses**
The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the insurer retention.  The insurer retention equals 20% of the insurer's prior calendar year direct earned premium associated with lines of insurance subject to TRIA.  TRIA is scheduled to expire on December 31, 2014.

**C.  Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a Program Year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D.  Availability**
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.   Definition of Act of Terrorism under TRIA**
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
    1.  to be an act of terrorism;
    2.  to be a violent act or an act that is dangerous to human life, property or infrastructure;
    3.  to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
    4.  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2007 Zurich American Insurance Company
Includes copyrighted material of ISO Properties, Inc. with its permission

# Home Builders Protective Policy Endorsement


**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

ENDORSEMENT #001

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | 04/01/2009 | 10466-000 | -0- | -0- |

Named Insured / Mailing Address:
**M/I HOMES, INC**
**(SEE STF-GL-10102-A CW)**
**3 EASTON OVAL, SUITE 500**
**COLUMBUS, OH 43219**

Producer:
**MARSH USA, INC.**
**TWO LOGAN SQUARE, 23RD FLOOR**
**PHILADELPHIA, PA 19103**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of no change in premium, effective 04/01/2009, the policy is amended as follows:

The following form is deleted and no longer forms a part of this policy:

- STF-GL-10093-B CW, (02/07), Construction Occurrence Definition Amendment

The following form is added to this policy, per the attached.

- STF-GL-113-A CW 04, (11/06), Construction Occurrence Definition Amendment

All other terms and conditions remain unchanged.

STF-GL-113-A CW (11/06)



# Home Builders Protective Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 9383583-01 | 04/01/2009 | 04/01/2010 | 04/01/2009 | 10466-000 | -0- | -0- |

Named Insured / Mailing Address:
M/I HOMES, INC
(SEE STF-GL-10102-A CW)
3 EASTON OVAL, SUITE 500
COLUMBUS, OH  43219

Producer:
MARSH USA, INC.
TWO LOGAN SQUARE, 23RD FLOOR
PHILADELPHIA, PA  19103

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

his endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS: IS AMENDED TO:

   a.  UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

   b.  UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

   c.  UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

   (1)  ARE IN THE SAME DIVISION AS DEFINED BELOW IN THIS ENDORSEMENT ; AND
   (2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
   (3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

STF-GL-413-A CW 04 (11/06)

DIVISION MEANS: TAMPA, FL
ORLANDO,FL
COLUMBUS, OH
CINCINNATI, OH
INDIANAPOLIS, IN
CHICAGO, IL
CHARLOTTE, NC
RALEIGH, NC
WASHINGTON, DC

Includes copyrighted material of Insurance Services Office, Inc. with its permission.