# EXHIBIT J

# JON HUSTED
## Ohio Secretary of State



Home | About | Businesses | Voter Services | Candidates | Elections & Ballot Issues | Other Records | Better Lives | Publications | Media Center

**BUSINESS FILINGS**

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Help

Business Name
Business Name - Exact
Number Search
Agent/Contact Name
Prior Business Name
Church Name

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 807732 |
| Business Name | M/I HOMES, INC. |
| Filing Type | CORPORATION FOR PROFIT |
| Status | Active |
| Original Filing Date | 11/22/1991 |
| Expiry Date | |
| Location: COLUMBUS | County: FRANKLIN    State: OHIO |

### Agent / Registrant Information

CT CORPORATION SYSTEM
1300 EAST NINTH STREET
CLEVELAND, OH 44114
Effective Date: 12/24/2007
Contact Status: Active

### Incorporator Information

RICHARD W HOLZ

### Share Information

| Type | Par Value | Total |
|---|---|---|
| PAR VALUE COMMON | 0.01 | 38000000 |
| PAR VALUE PREFERRED | 0.01 | 2000000 |

### Filings

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| DOMESTIC ARTICLES/FOR PROFIT | 11/22/1991 | H243_0349 |
| DOMESTIC/AMENDED RESTATED ARTICLES | 09/08/1993 | H685_0182 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 09/08/1993 | H685_0182 |
| DOMESTIC CONTINUED EXISTENCE LETTER | 09/09/1993 | 000000319150 |
| DOMESTIC/AMENDMENT TO ARTICLES | 10/21/1993 | 9303_0358 |
| MISCELLANEOUS FILING | 11/08/1993 | 9305_1498 |
| DOMESTIC/AMENDED RESTATED ARTICLES | 11/08/1993 | 9305_1498 |
| MERGER/DOMESTIC | 11/08/1993 | 9305_1498 |
| MISCELLANEOUS FILING | 11/08/1993 | 9305_1488 |
| DOMESTIC/AMENDMENT TO ARTICLES | 11/08/1993 | 9305_1488 |
| TRADE NAME/ASSIGNMENT | 11/13/1993 | 9502_0602 |
| TRADE NAME RENEWAL | 11/13/1993 | 9502_0602 |
| TRADE NAME/BUSINESS ADDRESS CHANGE | 11/13/1993 | 9502_0602 |
| DOMESTIC CONTINUED EXISTENCE | 02/01/1994 | 000000319151 |
| MISCELLANEOUS FILING | 04/11/1995 | 5119_0657 |
| MISCELLANEOUS FILING | 04/11/1995 | 5119_0662 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 06/12/1995 | 5182_1015 |
| TRADE MARK RENEWAL | 03/08/1996 | 5455_0480 |
| TRADE MARK/BUSINESS ADDRESS CHANGE | 03/08/1996 | 5455_0085 |
| TRADE MARK RENEWAL | 03/08/1996 | 5455_0080 |
| TRADE MARK/BUSINESS ADDRESS CHANGE | 03/08/1996 | 5455_0480 |
| TRADE MARK/BUSINESS ADDRESS CHANGE | 03/08/1996 | 5455_0080 |
| TRADE MARK RENEWAL | 03/08/1996 | 5455_0085 |
| TRADE NAME RENEWAL | 07/10/1998 | 199819500998 |
| TRADE NAME RENEWAL | 11/18/1998 | 199832300526 |
| AGENT NAME/ADDRESS TAX UPDATE | 04/07/1999 | AGNTUPDT |
| TRADE NAME RENEWAL | 09/30/2003 | 200327500224 |
| DOMESTIC/AMENDMENT TO ARTICLES | 01/12/2004 | 200401201522 |
| TRADE NAME/ORIGINAL FILING | 02/19/2004 | 200405400308 |
| DOMESTIC AGENT ADDRESS CHANGE | 04/19/2005 | 200511802274 |
| TRADE MARK RENEWAL | 08/18/2006 | 200623401706 |
| DOMESTIC/AMENDMENT TO ARTICLES | 03/13/2007 | 200707300032 |
| DOMESTIC AGENT ADDRESS CHANGE | 12/24/2007 | 200736000642 |
| DOMESTIC AGENT ADDRESS CHANGE | 12/24/2007 | 200736000024 |
| TRADE NAME RENEWAL | 12/11/2008 | 200835200234 |
| TRADE NAME RENEWAL | 01/13/2009 | 200901401760 |

| Old Names | |
|---|---|
| Effective Date | Old Name |
| 09/08/1993 | KING AVENUE PROPERTIES, INC. |
| 11/08/1993 | M/I SCHOTTENSTEIN HOMES OF OHIO, INC. |
| 01/12/2004 | M/I SCHOTTENSTEIN HOMES, INC. |

[ Return To Search Page ] [ Return To Search List ] [ Printer Friendly Report ]