# EXHIBIT K



# Home Builders Protective Policy

*Steadfast Insurance Company*

# STEADFAST INSURANCE COMPANY

Dover, Delaware
Administrative Offices — 1400 American Lane, Schaumburg, Illinois 60196-1056

## HOME BUILDERS PROTECTIVE INSURANCE POLICY

## DECLARATIONS

Policy number: HBP 3991380-01

Renewal of: HBP 3991380-00

**Item 1.** Named Insured and Mailing Address
Beazer Homes USA, Inc.
400 Northpark Town Center
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA  30328

Producer and Mailing Address
Marsh, Inc. of GA
3475 Piedmont Rd., Ste 1200
Atlanta, GA  30305-2988

Producer Code: 18-418-000

The named insured is :
- [ ] Individual
- [ ] Other:
- [ ] Partnership
- [X] Corporation

**Item 2.** Policy Period:  From (effective date) 04-01-2006
To: 04-01-2008
at 12:01 A.M. standard time at the above mailing address.

| Item 3. | Limits of Insurance | |
|---|---|---|
| General Aggregate Limit (Other than Products - Completed Operations) | $ | 1,000,000 |
| Products - Completed Operations Aggregate Limit | $ | 1,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence/ Construction Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You - Any One Fire | $ | 100,000 |
| Fungus Medical Expense Coverage - Per Person | $ | 25,000 |

| Item 4. | Self Insured Retention | |
|---|---|---|
| Each Occurrence \ Offense Cov A & B | | See STF GL 113 A CW 04 |
| Construction Occurrence \ Offense Cov C, D & E including Third Party Action Over Claims | | See STF GL 113 A CW 04 |
| Per Project Self Insured Retention Aggregate | | See STF GL 113 A CW 04 |

**Item 5.** Home Builders Warranty Service Organization:

**Professional Warranty Service Corp.**
P O Box 800
Annandale, VA  22003-0800
Phone 1-800-850-2799

**Item 6.** Premiums
Estimated Policy Premium                                                $616,134
This amount is adjustable annually at audit at a rate of $ 0.10 per $1,000 of revenue.
The premium does not include taxes or surcharges.

Signed: 6-14-06

Authorized representative: _Michael J Hogan_

HBP Dec Page

STF-GL-D 620-A

THIS IS A CERTIFIED COPY, THIS DUPLICATE
COPY SHALL NOT BE CONSTRUED AS
GRANTING ADDITIONAL INSURANCE BUT
MERELY INDICATES THE COVERAGE AS
ORIGINALLY WRITTEN.
5/4/2010



# Home builders protective insurance policy

## Service of suit

In the event of our failure to pay any amount to be due under this policy, at your request, we will submit to the jurisdiction of a court of competent jurisdiction within the United States.  Nothing in this condition constitutes or should be understood to constitute a waiver of our right to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or any state in the United States.  It is agreed that service of process in such suit may be made upon our General Counsel, Law Department, Steadfast Insurance Company, 1400 American Lane, Schaumburg, Illinois 60196-1056, or his or her representative, and we will abide by the final decision of such court or of any appellate court in the event of an appeal of any suit initiated against us under this policy.

If any statute of any state, territory or district of the United States requires service of process be made upon an officer of the state, we designate the Superintendent, Commissioner, or Director of Insurance, or other officer specified for this purpose in the statute, as our true and lawful attorney whom may be served any lawful process instituted by you or on your behalf, or any beneficiary, arising out of this policy.  We designate our General Counsel as the person to whom the officer is authorized to mail such process.

## In witness clause

In return for the payment of premium, and subject to the terms of this policy, we agree to provide insurance as stated in this policy. This policy shall not be valid unless countersigned by our duly authorized representative.

In Witness Whereof, we have executed this policy, and, where required, have had it countersigned by our duly authorized representative.

**President**
**Steadfast Insurance Company**

**Corporate Secretary**
**Steadfast Insurance Company**

STF-GL-620-A (3/01)

# HOME BUILDERS PROTECTIVE INSURANCE POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI – Definitions.

## SECTION I – COVERAGES

## COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages A, B** or **D,** "repair costs" under **Coverage C** or medical expenses under **Coverage E.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments – Coverages A, B C** and **D.**

  **b.** This insurance applies to "bodily injury" or "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph 1. of **Section II - Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change, or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

STF-GL-624-A CW (10/04)

e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2.  **Exclusions**

In addition to **Common Exclusions** applying to **Coverages A & D**, and **Common Exclusions** applying to all **Coverages**, the following exclusions apply to **Coverage A**:

This insurance does not apply to:

a.  **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

(1)  That the insured would have in the absence of the contract or agreement; or

(2)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.  Solely for the purposes of liability assumed in an insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a)  Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b)  Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

b.  **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1)  Causing or contributing to the intoxication of any person;

(2)  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

c.  **Workers' Compensation and Similar Law**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

d.  **Employer's Liability**

"Bodily injury" to:

(1)  An "employee" of the insured arising out of and in the course of:

(a)  Employment by the insured; or

(b)  Performing duties relating to the conduct of the insured's business; or

(2)  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(i)  Whether the insured may be liable as an employer or in any other capacity; and

(ii)  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

e.  **Damage to Property**

"Property damage" to:

(1)  Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

2

STF-GL-624-A CW (10/04)

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven (7) or fewer consecutive days. A separate limit of insurance applies to Damage to Premises Rented to You as described in Section **III** – Limits of Insurance.

Paragraphs **(3)**, **(4)** and **(5)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

**f.   Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**g.   Damage To Your Work or Arising Out Of Your Work**

"Property damage" to "your work" or "property damage" arising out of "your work" and included in the "products-completed operations hazard."

**h.   Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" after it has been put to its intended use.

**i.   Personal and Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**j.   Employment Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at the person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

(i) Whether the insured may be liable as an employer or in any other capacity; and

(ii) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Exclusions **b.** through **h.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits of Insurance.

**COVERAGE B: PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and

3                           STF-GL-624-A CW (10/04)

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages A** or **B** or **D**, "repair costs" under **Coverage C** or medical expenses under **Coverage E**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A**, **B**, **C** and **D**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

In addition to **Common Exclusions** applying to all **Coverages**, the following exclusions apply to **Coverage B**:

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of any publication in any media, if done by or at the direction of the insured with knowledge of its falsity;

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of any publication in any media of material whose first publication took place before the beginning of the policy period;

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of any insured;

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed the liability in a contract or agreement.  This exclusion does not apply to

liability for damages that the insured would have in the absence of the contract or agreement;

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **23. a.**, **b.** and **c.** of "personal and advertising injury" in Section **VI -Definitions**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the internet, is not by itself, considered the business of advertising, broadcasting publishing or telecasting.

4

STF-GL-624-A CW (10/04)

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution - Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirements that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**O. Employment Related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at the person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(i)** Whether the insured may be liable as an employer or in any other capacity; and

**(ii)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**COVERAGE C: HOME BUILDERS LIMITED WARRANTY**

**1. Insuring Agreement**

**a.** We will pay those sums you are contractually obligated to pay as "repair costs" for "construction defects" under "Home Builders Limited Warranty" agreements issued by you or on your behalf. We will have the right and duty to defend you against any "suit" seeking those "repair costs". However, we will have no duty to defend you against any "suit" seeking "repair costs" for "construction defects" to which this insurance does not apply. We may, at our discretion, investigate any "construction defect" and settle or arbitrate any claim or "suit" that may result. But:

**(1)** The amount we will pay for "repair costs" is limited as described in Section **III** – Limits of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A, B** or **D**, "repair costs" under Coverage **C** or medical expenses under **Coverage E.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments- Coverages **A, B, C** and **D.**

**b.** This insurance applies to "repair costs" for "construction defects" only if the "repair costs":

**(1)** Are caused by a "construction occurrence"; and

**(2)** Arise from "Home Builders Limited Warranty" agreements on "homes" or "common elements" that you sell, trade, give away or otherwise transfer title to during the policy period.

STF-GL-624-A CW (10/04)

## 2. Exclusions

In addition to **Common Exclusions** applying to all **Coverages**, the following exclusions apply to **Coverage C**:

This insurance does not apply to:

**a. Normal Customer Service Expenses**

Any "repair costs" for a "construction defect" which first arises within twelve (12) months of the first sale of a "home". However, this exclusion does not apply to "repair costs" incurred for a "construction defect" arising from:

**(1)** A structural failure in the home that threatens the structural integrity of the home;

**(2)** The use of materials that subsequent to the construction of the home are determined to be defective; or

**(3)** A design flaw that threatens the structural integrity of the home.

**b. Punch List Items**

"Construction defects" noted:

**(1)** At the time of a homeowner walkthrough; and

**(2)** On the six month punchlist.

**c. Expected or Intended Construction Defect**

"Repair costs" arising from an "construction defect" that is intended or reasonably expected from the standpoint of the insured.

**d. Contractual Liability**

"Repair costs" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement other than a Home Builders Limited Warranty.

**e. Failing to Complete the Home**

Any costs arising out of or relating to your failure to complete the "home".

**f. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

**g. Excluded Causes**

Any "construction defect" excluded from coverage in the "Home Builders Limited Warranty" issued by you or on your behalf.

## COVERAGE D – CONSTRUCTION DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to  or arising out of "your work". We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "construction occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B** or **D**, "repair costs" under Coverage **C** or medical expenses under **Coverage E.**

**b.** This insurance applies to "property damage" only if:

**(1)** The "property damage" is caused by a "construction occurrence" that takes place in the "coverage territory"; and

**(2)** The "property damage" is to or arises out of "your work" that you sell, give away or otherwise transfer title to during the policy period.

**c.** No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – **Coverages A, B, C** and **D.**

### 2. Exclusions

In addition to **Common Exclusions** applying to **Coverages A** & **D**, and **Common Exclusions** applying to all **Coverages**, the following exclusions apply to **Coverage D**:

6        STF-GL-624-A CW (10/04)

This insurance does not apply to:

**a.   Normal Customer Service Expenses**

Any expenses incurred by you for any customer care program that you provide to the buyer(s) of a "home".

**b.   Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**1)**   A defect, deficiency, inadequacy or dangerous condition in "your work" or

**2)**   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your work" after it has been put to its intended use.

## COMMON EXCLUSIONS - COVERAGES A & D

**1.   Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**2.   Pollution**

**a.**   "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)**   At or from any premises, site or location, which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(a)**   "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building's occupants or their guests;

**(b)**   "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned, or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(c)**   "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(2)**   At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(3)**   Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(a)**   any insured; or

**(b)**   any person or organization for whom you may be legally responsible; or

**(4)**   At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(a)**   "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed

STF-GL-624-A CW (10/04)

or released as part of the operations being performed by such insured, contractor or subcontractor;

**(b)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(c)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(5)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, detoxify or neutralize, or in any other way respond to, or assess the effects of "pollutants".

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**3. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**a.** "Your product";

**b.** "Your work"; or

**c.** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**4. Offsite Operations of Subcontractors**

"Bodily injury" or "property damage" arising out of operations that are performed by any subcontractor at a location other than your worksite, regardless of whether such operations are performed for you or on your behalf.

**5. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

**6. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**a.** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**b.** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**7. Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

STF-GL-624-A CW (10/04)

**(1)** Less that 26 feet long; a

**(2)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(1)** The operation of machinery or equipment that is attached to, or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(2)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

As respects **Coverage A.** only, **Exclusions 2.**, **3.**, **6** and **7** above do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits of Insurance.

## COVERAGE E: FUNGI RELATED MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by a "construction occurrence" at any "home" or "common element" that you sell, give away or otherwise transfer title to during the policy period, if:

**(1)** The "construction occurrence" is caused by a "construction defect" which results in the presence of a harmful "fungi" in the "home" or "common element";

**(2)** The expenses are reported to us within one year from the time when the expenses are incurred and are incurred within the Home Builder Limited Warranty period;

**(3)** The injured person(s) submits to an examination, at our expense, by physicians of

our choice as often as we reasonably request; and

**(4)** The "bodily injury" results from exposure to "fungi".

**b.** We will make these payments for medical expenses regardless of fault. However, these payments will not exceed the applicable limit of insurance and will be made only with respect to reasonable expenses that are incurred for:

**(1)** First aid administered at the time of an "construction occurrence";

**(2)** Necessary medical, surgical and x-ray services; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions:**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Workers Compensation and Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**d. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**e. Coverage A Exclusions**

Excluded under Coverage A.

## COMMON EXCLUSIONS – All Coverages

**1. Asbestos**

**a.** "Bodily injury", "property damage", personal and advertising injury" or "repair costs" arising out of or which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event,

STF-GL-624-A CW (10/04)

material or product contribu    concurrently or in any sequence to the injury or damage; or

**b.** Any sums that any insured or other entity must pay, repay or reimburse because of any:

**(1)** Request, demand, order, statutory or regulatory requirement, direction or determination that any insured or others test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

**(2)** Claim or "suit" for damages arising out of or relating in any way to any request, demand, order, statutory or regulatory requirement, direction or determination that any insured or others test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

**(3)** Any other loss, cost or expense arising out of or relating in any way to asbestos.

**2. War**

"Bodily injury", "property damage", "personal and advertising injury" or "repair costs", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**3. Fungi or Bacteria**

"Bodily injury" or "personal and advertising injury" caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

**a.** "Fungi" or "bacteria"; or

**b.** Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria";

but this exclusion does not apply:

**(i)** to any "fungi" or "bacteria" that are, are on, or are contained in, an edible good or edible products intended for human or animal consumption; or

**(ii)** to the ext    that coverage is provided for "fungi" related medical payments by **Coverage E.** of this policy.

As respects **Coverage A.** only, **Exclusion 2.** above does not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits of Insurance.

**SUPPLEMENTARY PAYMENTS – COVERAGES A, B, C AND D**

We will pay, with respect to any claim we investigate or settle, any "suit" in which we defend an insured, or any "Request for Warranty Performance" we respond to:

**1.** All expenses we incur.

**2.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

**3.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

**4.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claims or "suit" including actual loss of earnings up to $250 a day because of time off from work.

**5.** All costs of the court taxed against the insured in a "suit".

**6.** Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**7.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

STF-GL-624-A CW (10/04)

**a.** An Individual, you and your ⌐use are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers and directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured under **Coverages A, B & D**:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

   **(1)** "Bodily injury" or "personal and advertising injury" :

   **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

   **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

   **(c)** For which there is any obligation to share damages with or repay someone else

wh· ⌐ must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

   **(d)** Arising out of his or her providing or failing to provide professional health care services.

   **(2)** "Property damage" to property:

   **(a)** Owned, occupied or used by;

   **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

   you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of the property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any person or organization that you have agreed by written contract or written agreement to add as an insured under this coverage part is an insured. However:

**a.** Coverage under **Coverage A** and **Coverage B**, is limited to liability which both:

   **(1)** Arises out of your ongoing operations; and

   **(2)** Arises out of "your work" performed for the Named Insured.

**b.** **Coverage A** does not apply to "bodily injury" or "property damage" that occurred before you entered into that written contract or written agreement;

STF-GL-624-A CW (10/04)

c. **Coverage B** does not ap   to "personal and advertising injury" arising out of an offense committed before you entered into that written contract or written agreement;

d. **Coverage D** does not apply to "property damage":

   (1) To that particular portion of "your work" performed on your behalf by the person or organization you have agreed by written contract or written agreement to add as an insured; and

   (2) That occurred before you entered into that written contract or written agreement.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, with respect to the coverage afforded to any such organization:

   a. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed that organization;

   b. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed by that organization before you acquired or formed that organization;

   c. Coverage C does not apply to "repair costs" arising out of "construction defect" in "homes" sold, given away or abandoned by that organization before you acquired or formed that organization; and

   d. Coverage D does not apply to "property damage" to "your work" that occurred before you acquired or formed that organization.

   The coverage with respect to such organization is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

5. No person or    organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of :

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   b. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A** because of "bodily injury" and "property damage" included in the "products-completed operations hazard";

   b. "Repair costs" under Coverage **C** because of "construction defects";

   c. Damages under Coverage **D**; and

   d. Medical expenses under Coverage **E**.

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence/Construction Occurrence Limit is the most we will pay for damages under:

   a. Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence";

   b. Coverage **C** because of all "repair costs" arising out of any one "construction occurrence";

STF-GL-624-A CW (10/04)

c. Coverage **D** because of ' ,perty damage" to "your work" arising out of any one "construction occurrence"; and

d. Coverage **E** because of medical expenses due to "bodily injury" arising out of any one "construction occurrence".

In the event that any one covered loss under this policy is both an "occurrence" under **Coverage A** and a "construction occurrence" under **Coverages C, D** or **E**, or any combination of **Coverages C, D** or **E**, all such damages are deemed to be a single "occurrence"/"construction occurrence", subject to the Each Occurrence/Construction Occurrence Limit shown on the Declarations page of the policy.

6. Subject to **5.** above, the Damage to Premises Rented to You Limit is the most we will pay under **Coverage A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with the permission of the owner.

7. Subject to **5.** above, the Fungus Medical Expense Limit is the most we will pay under Coverage **E** for all medical expense because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Policy apply separately to ach consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the applicable Limits of Insurance.

## SECTION IV – SELF INSURED RETENTION

1. Our obligations under **SECTION I – COVERAGES** to pay damages, "defense expenses" or "repair costs" applies only to the amount of damages, "defense expenses" or "repair costs" in excess of any Self Insured Retention amounts stated in the **Declarations**.

2. If you do not pay the applicable "self insured retention" amount with respect to any claim or "suit" for damages or "defense expenses" under **Coverages A, B,** or **D**, "repair costs" under **Coverage C** or medical expense under **Coverage E**, the insurance provided by this policy will not replace the "self insured retention" amount.

3. **Self Insured Retention Amounts**

a. The Each \_.ccurrence/Construction Occurrence / Offense Amount shown under Item 4. **Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence"/"construction occurrence" or offense.

b. The Self-Insured Retention Aggregate Amount shown under Item 4. **Self Insured Retention** of the Declarations page is the most you will pay for all "self insured retention" amounts under this policy. If no value is shown, then the "self insured retention" aggregate shall be unlimited.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the "self insured retention" aggregate, if any.

4. **Settlement of Claim, "Suit" or "Repair Costs"**

a. Any amount necessary to settle any claim, "suit" or "repair costs" exceeding the Self Insured Retention Amount, shown in Item 4. of the Declarations page, may not be agreed to without our written permission.

b. We may defend and pay any claim, "suit" or "repair cost" that may exceed any of the applicable Self Insured Retention Amounts shown in the Declarations. You will reimburse us promptly for the amounts we pay within the applicable "self insured retention" amount.

5. **Authorized Claim Service Provider**

a. You shall employ a claim service provider acceptable to us for the purpose of providing claims services for settlement of losses within the "self insured retention" amounts. You shall pay all fees, charges and costs of the claim service provider in addition to the "self insured retention" amounts, without any reimbursement from us.

b. In the event of cancellation, expiration or revision of the claims service contract between you and the claim service provider, you shall notify us within (10) days of such change and shall replace the claims service provider with another claim service provider that is acceptable to us.

6. **Claim Reporting - Self Insured Retention**

STF-GL-624-A CW (10/04)

**a.** You or the authorized claim ~~service~~ provider must monitor the cumulative "self insured retention" losses sustained during the policy period. If the total amounts should at any time during the policy period exceed 50% of the applicable Self Insured Retention Amount, you are required in that event to make an immediate report to us as to total "self insured retention" amounts sustained at that time.

**b.** Regardless of the reporting requirements noted in paragraph 6. a. above, you or the authorized claim service provider must notify us immediately in the event of any "occurrence", "construction occurrence" or offense which results in any of the following:

(1) Death;
(2) Brain damage;
(3) Permanent and total disability;
(4) Paraplegic or quadriplegic impairment;
(5) Amputation or serious functional impairment of any major limb;
(6) Severe burns involving more than 25% of the body or causing serious disfigurement;
(7) Severe internal body organ damage or loss;
(8) Multiple fractures involving more than one body part;
(9) Sexual abuse or molestation; or
(10) Damages involving more than 10 homes, regardless of the estimated "repair cost".

**c.** Within forty-five (45) days after the end of the policy term, you must give us a listing of all existing claims or "suits" within the "self insured retention" amounts. At a minimum, such listing will include the following for each claim or "suit":

(1) a description of each claim or "suit";
(2) the date of the "occurrence", "construction occurrence" or offense;
(3) The amounts paid and reserved for future payments for loss; and
(4) The current status of the claim or "suit".

# SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS

## 1. Common Policy Conditions

All coverages included in this policy are subject to the following conditions.

### a. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

### b. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made part of this policy.

### c. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### d. Inspections and Surveys

(1) We have the right to:

(a) Make inspections and surveys at any time;

(b) Give you reports on the conditions we find; and

(c) Recommend changes.

(2) We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(a) Are safe or healthful; or

(b) Comply with laws, regulations, codes or standards.

(3) Paragraphs (1) and (2) of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization that makes insurance inspections, surveys, reports or recommendations.

(4) Paragraph (2) of this condition does not apply to any inspections, surveys, reports or recommendations we make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### e. Premiums

STF-GL-624-A CW (10/04)

The first Named Insure, shown in the Declarations:

**1)** Is responsible for the payment of all premiums, deductible amounts or Self Insured Retention Amounts; and

**2)** Will be the payee for any return premiums we pay.

**f. Legal Action Against Us**

No person or organization has a right under this policy:

**(1)** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**(2)** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**g. Transfer of Rights and Duties**

Your rights, duties and interests under this policy cannot be transferred or assigned without our advance written consent.

**h. Premium Audit**

**(1)** We will compute all premiums for this policy in accordance with our rules and rates.

**(2)** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**(3)** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**i. Representations**

By accepting this policy, you agree that:

**(1)** The statements in the **Declarations** are accurate and complete;

**(2)** Those statements are based upon representations you have made to us;

**(3)** We have issued this policy in reliance upon your representations; and

**(4)** You will not directly procure insurance for all or any part of the Self Insured Retention Amounts shown in the **Declarations**.

**j. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights and duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**(1)** As if each Named Insured were the only Named Insured; and

**(2)** Separately to each insured against whom claim is made or "suit" is brought.

**k. Transfer of Rights of Recovery Against Others to Us**

If the insured has a right to recover all or part of any payment we make under this policy, those rights are transferred to us. The insured must do nothing after a loss to impair those rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**l. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**m. Cancellation**

**(1)** You may cancel this policy by delivering or mailing to us either the policy or a written notice stating when the cancellation shall be effective.

STF-GL-624-A CW (10/04)

(2) After the 90th day this policy has been in effect, we may only cancel this policy for nonpayment of:

(a) Premiums;

(b) Audit premiums from prior policy periods; or

(c) Amounts due us under the Self Insured Retention shown on the **Declarations**.

We will cancel this policy by delivering or mailing to you at the address shown in the **Declarations** a written notice of cancellation not less than 15 days before the effective date of the cancellation.

**n. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A**, **B**, **C** or **D** of this policy; our obligations are limited as follows:

**(1) Primary Insurance**

This insurance is primary except when **(2)** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **(3)** below.

**(2) Excess Insurance**

This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

  i. That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

  ii. That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

  iii. That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

  iv. If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject

) Exclusion **7.** of Section I – **Common Exclusions - Coverages A and D**; or

(b) That is any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A**, **B**, **C** or **D** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

  (i) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

  (ii) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the **Declarations** of this policy.

**(3) Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**2. Conditions that apply only to Coverages A , B, D and E**

16

a. **Duties in the Event of Occurrence, Construction Occurrence, Offense, Claim or Suit-**

(1) You must see to it that we are notified as soon as practicable of an "occurrence", "construction occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    (a) How, when and where the "occurrence, "construction occurrence" or offense took place;

    (b) The names and addresses of any injured persons and witnesses; and

    (c) The nature and location of any injury or damage arising out of the "occurrence", "construction occurrence" or offense.

(2) If a claim is made or "suit" is brought against any insured, you must:

    (a) Immediately record the specifics of the claim or "suit" and the date received; and

    (b) Notify us as soon as practicable.

We have no duties under this policy until the notice is received. You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

(3) You and any other involved insured must:

    (a) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    (b) Authorize us to obtain records and other information;

    (c) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    (d) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

(4) No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Conditions Specific to Coverage C – Home Builders Warranty**

a. **Notify us of Home Builders Warranty on Each Specific Home**

You shall submit all required documents in a form specified by and to the designated warranty service company at the address shown in **Item 5.** in the **Declarations.**

b. **Duties in the Event of a Request for Warranty Performance Relative to a Construction Defect**

When you receive a "Request for Warranty Performance" from a homeowner to which a "Home Builder's Limited Warranty" was issued by you or on your behalf that is subject to this insurance, you shall:

(1) Repair or otherwise resolve the "construction defect" if the "repair costs" are less than $10,000 a "home" without notifying us; or

(2) Notify us if:

    (a) The "repair costs" are likely to exceed $10,000 for any one "home" or 50% of the applicable Self Insured Retention Amount shown in the **Declarations** before you repair the "construction defect"; or

    (b) You decline to repair the "construction defect" for any reason.

(3) Maintain such records and accounts that may be required to identify and document the costs you have incurred relating to the "repair costs" incurred with respect to the "construction defect".

c. **Duties in the Event of Construction Defect – Notices Other Than Request for Warranty Performance**

You must see to it that we are notified as soon as practicable of any demand, claim, request (other than a "Request for Warranty Performance"), summons, "suit" or proceedings related to a "construction defect" to which "a Home Builder's Limited Warranty" was issued by you or on your behalf.

**SECTION VI – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for

17           STF-GL-624-A CW (10/04)

the purpose of attracting custo..ers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

"Bodily Injury" means physical injury including resulting mental anguish, mental injury, shock and humiliation, or sickness or disease sustained by a person, including death resulting from any of these at any time.

**5.** "Common element" means the definition of "common element" as stated in the "Home Builder's Limited Warranty" issued by you or on your behalf to a homeowner.

**6.** "Construction occurrence" means:

**a.** Under Coverage **C**, an event or happening including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** Under Coverage **D**, an accident including continuous or repeated exposure to substantially the same general harmful conditions; or

**c.** Under Coverage **E**, an accident, event or happening including continuous or repeated exposure to substantially the same general harmful conditions.

For the purposes of this policy, all "construction occurrences" that affect more than one "home" shall

be deemed ... constitute a single "construction occurrence" if all such "homes":

**1)** Are in the same subdivision or constructed as part of the same construction project; and

**2)** Under coverage **C**, have been affected by the same or substantially the same "construction defect" or "construction defects"; or

**3)** Under coverage **D**, have been affected by the same or substantially the same general harmful conditions.

**7.** "Construction defect" means the definition of "construction defect" as stated in the "Home Builder's Limited Warranty" issued by you or on your behalf to a homeowner.

**8.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if the injury or damage arises out of:

**1)** Goods or products made or sold by you in the territory described in **a.** above;

**2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**9.** "Defense expenses" means:

legal defense expenses directly allocable to specific claims, including all court costs, fees and expenses; costs for all attorneys, witnesses, experts, depositions, reported or recorded statement, summonses, service of process, legal transcripts or testimony, copies of any public records; alternative dispute resolution; interest; investigative services, medical examinations, autopsies, medical costs

STF-GL-624-A CW (10/04)

containment; declaratory judgm..., subrogation and any other fees, costs or expenses reasonably chargeable to the investigation, negotiation, settlement, or defense of a claim or a loss under the policy.

10. "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

11. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

12. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

13. "Fungi" means:

   a. any form or type of mold, mushroom or mildew;

   b. any other fungal structure; and

   c. any volatile organic compounds, mycotoxins, allergenic proteins or other substances or gases produced by or arising out of any mold, mushroom, mildew, fungal structure or "spores(s)".

14. "Home" means the definition of "home" as stated in the "Home Builder's Limited Warranty" issued by you or on your behalf to a homeowner.

15. "Home Builder's Limited Warranty" means the express limited warranty administered by the warranty service company that is shown in **Item 5.** on the **Declarations** and issued by you or on your behalf for a "home" or "common element" covered under this policy.

16. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

17. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

if such propen... can be restored to use by:

   (1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

   (2) Your fulfilling the terms of the contract or agreement.

18. "Insured Contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications;

STF-GL-624-A CW (10/04)

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3) Under which the insured, if an architect, engineer, or surveyor, assumes liability for any injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above, or any supervisory, inspection, architectural or engineering activities.

19. "Leased worker" means a person leased to you by a labor leasing firm, under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

20. "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading and unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

21. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

1) Power cranes, shovels, loaders, diggers or drills; or

2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

2) Cherry pickers and similar devices used to raise and lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

22. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

23. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

20