**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Any publication in any media, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Any publication in any media,  of material that violates a person's right to privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**24.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

**25.** "Products-completed operations hazard":

**a.** Includes all "bodily injury", and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**1)** Products that are still in your physical possession; or

**2)** Work that has not yet been completed or abandoned.  However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**3)** Products or operations for which the classifications listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**26.** "Property damage":

a. For purposes of Coverage **A** only, means:

**1)** Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**2)** Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

b. For purposes of Coverage **D** only, means:

Physical injury to tangible property that is to or arises out of "your work", including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it.

c. For the purposes of this insurance, "electronic data" is not tangible property.

**27.** "Repair costs" means the cost to repair or replace or otherwise resolve a "construction defect".  It includes all costs covered by the "Home Builder's Limited Warranty".

**28.** "Request for Warranty Performance" means a written notification to you from or on behalf of a homeowner requesting you to respond to an alleged "construction defect".

**29.** "Self insured retention" means the amount you or any insured must pay for:

STF-GL-624-A CW (10/04)

**a.** All amounts which you beco... legally obligated to pay as damages or "repair costs" as defined in this policy; and

**b.** "Defense expenses".

**30.** "Spore" means any reproductive body produced by or arising out of any "fungus".

**31.** "Suit" means a civil proceeding in which damages or "repair costs" to which this insurance applies are alleged. "Suit" also includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent.

**32.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short term workload conditions.

**33.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**1)** You;

**2)** Others trading under your name; or

**3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**34.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing or failure to provide warnings or instructions.

STF-GL-624-A CW (10/04)



ZURICH

# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:** Beazer Homes USA, Inc. (See Named Insured Schedule)
**ADDRESS:** 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

### SCHEDULE OF FORMS AND ENDORSEMENT

| | |
|---|---|
| HOME BUILDERS PROTECTIVE INSURANCE POLICY DECLARATIONS | STF GL D620A |
| HOME BUILDERS PROTECTIVE INSURANCE POLICY FORM | STF GL 624 A |
| HOME BUILDERS PROTECTIVE POLICY COVERAGE SHEET | STF GL 620 A |
| HOME BUILDERS PROTECTIVE POLICY IN WITNESS CLAUSE | STF GL 620 A |
| SCHEDULE OF FORMS AND ENDORSEMENTS | STF GL 113 A CW |
| NAMED INSURED | STF GL 113 A CW 01 |
| PREMIUM AND REPORTS AGREEMENT | STF GL 113 A CW 02 |
| CONSTRUCTION OCCURRENCE REDEFINED | STF GL 113 A CW 03 |
| SELF INSURED RETENTION AMOUNTS | STF GL 113 A CW 04 |
| DEDUCTIBLE ENDORSEMENT | STF GL 113 A CW 05 |
| BLANKET WAIVER OF SUBROGATION | STF GL 113 A CW 06 |
| CANCELLATION CONDITIONS AMENDMENT | STF GL 113 A CW 07 |
| ADDITIONAL INSURED – AUTOMATIC – OWNERS, LESSEES OR | STF GL 113 A CW 08 |
| ADDITIONAL INSURED – VOLUNTEER WORKERS | STF GL 113 A CW 09 |
| CONTRACTUAL LIABILITY – RAILROADS | STF GL 113 A CW 10 |
| EXTENDED REPORTING PERIOD | STF GL 113 A CW 11 |
| AMENDMENT OF NOTIFICATION REQUIREMENTS | STF GL 113 A CW 12 |
| AMENDMENT OF SECTION IV, 6.b.10 | STF GL 113 A CW 13 |
| ALAE WITHIN THE LIMITS OF LIABILITY | STF GL 113 A CW 14 |
| AMENDMENT OF SECTION I, COVERAGE C.2. EXCLUSIONS | STF GL 113 A CW 15 |
| ADDITIONAL INSURED – SCHEDULED- OWNERS, LESSEES OR | STF GL 113 A CW 16 |
| UNIT OF EXPOSURE | STF GL 113 A CW 17 |
| EXTENDED BODILY INJURY ENDORSEMENT | STF GL 113 A CW 18 |
| TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT | STF GL 113 A CW 19 |
| BLANKET ADDITIONAL INSURED | STF GL 113 A CW 20 |
| DISCLOSURE OF PREMIUM (RELATING TO DISPOSITION OF TRIA) | U GU 692 A CW |

*Fellow Employee Coverage*
*AI – Grantor of Licenses*

*STFGL113A?#21*
*STFGL113ACW22*

Countersigned this _____ of _____, _____ Authorized Representative _____

STF-GL-113-A-CW (1/97)



## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

NAMED INSURED:  Beaser Homes USA, Inc.
ADDRESS:  1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

### Endorsement

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

### NAMED INSURED WORDING

Beazer Homes et al including any and all affiliates, divisions or subsidiary corporations thereof; and any other legal entity in which you have more than fifty percent ownership or over which you exercise management or financial control or have contractually agreed to provide insurance for; and any trust or foundation operated, maintained or administered by the Named Insured.

It is agreed that any affiliates, divisions or subsidiary corporations hereafter acquired shall be covered effective on the date of acquisition.  This policy shall apply as excess insurance over any other insurance available to any such organization.

It is further agreed that Beazer's interest in all partnerships or joint ventures heretofore existing, now existing or hereafter created will be covered, but this policy shall apply as excess of any other valid and collectible insurance available to the partnership or joint venture.  However, all partnerships and joint ventures, including limited liability companies, are Insureds, but only with respect to Beazer's interest.

Countersigned this ____ of _____, _____ Authorized Representative_____



# Premium And Reports Agreement –
# Composite Rated Policies

**ZURICH**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:
Home Builders Protective Coverage Part
Products/Completed Operations Liability Coverage Part

### Schedule

1.  **Unit of Exposure (Check One):**
    ☐ per 1000 gallons          ☐ per licensed "auto"          ☐ per $1,000 gross sales
    ☐ per $1,000 **payroll**    ☒ per other:   Revenue

2.  **Coverage Unit of Exposure**      **Rate(s)**      **Estimated Premium(s)**
    **$6,100,344,047**                  $.10             $610,034. excluding TRIA

3.  **Deposit Premium:**      $   616,134

4.  **Minimum Premium:**      $   N/A

Condition **h, Premium Audit,** of Section **V, Home Builders Protective Conditions,** is replaced by the following:

h.  **Premium Audit**

(1) We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

(2) For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period. The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

(3) Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived. We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of the 80% of the estimated annual premium or the Minimum Premium shown in the Schedule.

(4) The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

(5) The units of exposure shown in the Schedule are defined as follows:

A.  **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gasses.

B.  **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

C.  **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

D.  **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

E.  **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.

STF-GL-113-A 02 CW(1/97)



# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | -0- | -0- |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS:  400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

Endorsement

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

### CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS IS AMENDED TO:

    a.   UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.   UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.   UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1)  ARE IN THE SAME REGION OR CONSTRUCTED AS PART OF THE SAME CONSTRUCTION PROJECT; AND
(2)  UNDER COVERAGE **C.** HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3)  UNDER COVERAGE **D.** HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

Countersigned this _____ of _____, _____ Authorized Representative_____ _____


**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS:  400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

| This endorsement modifies insurance provided by the following: |
|---|
| **Home Builders Protective Insurance Policy Form** |

# SELF INSURED RETENTION AMOUNTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated above.

### SCHEDULE

## Self Insured Retention

| | |
|---|---|
| Each Occurrence \ Offense (Coverage's A & B): | $250,000 |
| Each Construction Occurrence (Coverage's C, D & E) Including Third Party Action Over Claims | $250,000 |
| Each Project Aggregate Self Insured Retention for Construction Occurrences | $N/A |
| Annual Aggregate Self Insured Retention – All Coverage's | $32,331,823 |
| Insured's Maintenance Self Insured Retention – All Coverage's | $100,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A)   **Item 4** of the **Declarations Page** is amended to the above.
B)   **Section IV – SELF INSURED RETENTION,** paragraph **3. Self Insured Retention Amounts**  is replaced with the following:

**3.   Self Insured Retention Amounts**

Countersigned this ____ of _____, _____ Authorized Representative_____

STGL-113-A-CW 04 (1/97)

**a.** The Each Occurrence \ Offense amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence" or offense.

**b.** The Each Construction Occurrence amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "construction occurrence".

**c.** The Each Project Aggregate "Self Insured Retention" for "Construction Occurrence" amounts shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any all "construction occurrence" for any one project.  If no value is shown, then the Each Project "self insured retention" Aggregate shall be unlimited.

**d.** The Annual Aggregate "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "occurrences", offenses, or "construction occurrences".  If no value is shown, then the Annual "self insured retention" Aggregate shall be unlimited.

**e.** The Maintenance "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" in the event you have reached either a Each Project Aggregate "Self Insured Retention" or the Annual Aggregate "Self Insured Retention" Amount listed above.  If no value is shown, then the Maintenance "Self Insured Retention" amount does not apply.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the Each Project Aggregate "self insured retention" or the Annual Aggregate "self insured retention", if any.

Countersigned this _____ of _____, _____ Authorized Representative_____

STGL-113-A-CW 04 (1/97)



**ZURICH**

# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328**

### Endorsement

| This endorsement modifies insurance provided by the following:<br>Home Builders Protective Insurance Policy Form |
|---|

### DEDUCTIBLE ENDORSEMENT

This endorsement changes the policy – please read it carefully.

This endorsement applies between you and us.  You will reimburse for the deductible amounts tat we pay on your behalf.  This endorsement will remain in effect on renewal of this policy unless specifically not made part of such renewal or replaced by a similar deductible endorsement.

This endorsement and its individual sections which include Deductible Amounts, How this Deductible Applies, Effect of Deductible on Limits of Liability, Definitions and Conditions apply only with respect to the deductibles which are the subject of this endorsement.

## SCHEDULE

| Coverage | Deductible Amount/Basis |
|---|---|
| All Coverages in Section I – "Bodily Injury", "Property Damage", "Construction defects", or "Personal and Advertising Injury" | $1,000,000 each "occurrence", "construction occurrence" or offense excess of the SIR. |

## ALLOCATED LOSS ADJUSTMENT EXPENSE (ALAE)

A.  How this deductible applies.

You agree to reimburse us for each "occurrence", "construction occurrence" or offense, up to the Deductible Amount shown in the Schedule above, for all sums payable for "damages", "repair costs" and "ALAE" excess of the SIR.

B.  Effect of the Deductible on Limits of Liability.

The limits of insurance applicable to each "occurrence", "construction occurrence" or offense for such coverages and coverage aggregates as defined in Section III – Limits of Insurance, will be reduced by the amount of such deductible.

Countersigned this ____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW 05 (1/97)

C.  Definitions.

"ALAE" – Allocated loss adjustment expenses is an expense directly allocable to a specific claim and shall include all supplementary payments as defined in Section I– Coverages – Supplementary Payments– Coverages A, B, C, and D – of this policy.  "ALAE" shall not include the fees, charges or costs of subrogation or salvage or of a third party administrator engaged to provide such a claim service or related services.

D.  Conditions

1).  The terms of this insurance, including those with respect to:
(a)  Our right and duty to defend any "suites" seeking those damages; and
(b)  Your duties in the event of an "occurrence", "construction occurrence", claim or suit
apply irrespective of the application of the deductible amount.

2).  We may pay any part or all of the deductible amount to effect Settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount that has been paid by us.

STF-GL-113-A-CW 05 (1/97)


ZURICH

# Home builders protective insurance policy endorsement
Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380 01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS: 1000  Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

Endorsement

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

**BLANKET WAIVER OF SUBROGATION**

THE FOLLOWING IS ADDED TO THE "TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US" CONDITION:

IF YOU ARE REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT, WHICH IS EXECUTED BEFORE A LOSS, TO WAIVE YOUR RIGHTS OF RECOVERY FROM OTHERS, WE AGREE TO WAIVE OUR RIGHTS OF RECOVERY.  THIS WAIVER OF RIGHTS APPLIES ONLY WITH RESPECT TO THE ABOVE CONTRACT(S) AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO ANY OTHER OPERATIONS IN WHICH THE INSURED HAS NO CONTRACTUAL INTEREST.

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380 01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

NAMED INSURED:  BEAZER HOMES USA, INC.
ADDRESS: 1000 ABERNATHY RD., NE, STE 1200, ATLANTA, GA  30328

Endorsement

| This endorsement modifies insurance provided by the following:<br>Home Builders Protective Insurance Policy Form |
|---|

# Additional Insured – Automatic - Owners, Lessees Or Contractors - Broad Form

**A.** **WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization whom you are required to add as an additional insured on this policy under a written contract or written agreement.

**B.** The insurance provided to additional insureds applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B,  PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

  1. The "bodily injury" or  "property damage" results from your negligence; and

  2. The "bodily injury",  "property damage"  or "personal and advertising injury" results directly from:

    a.  Your ongoing operations; or

    b.  "Your work" completed as included in the "products-completed operations hazard",

    performed for the additional insured, which is the subject of the written contract or written agreement.

**C.** However, regardless of the provisions of paragraphs A. and B. above:

  1. We will not extend any insurance coverage to any additional insured person or organization:

    a.  That is not provided to you in this policy; or

    b.  That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

Countersigned this ____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW 08 (1/97)



## Home Builders Protective Insurance Policy Endorsement

 2. We will not provide Limits of Insurance to any additional insured person or organization that exceed the lower of:

    a. The Limits of Insurance provided to you in this policy; or

    b. The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured person or organization does not apply to:

 1. "Bodily injury", "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

    2. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

        a. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        b. Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

 1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

 2. We receive written notice of a claim or "suit" as soon as practicable; and

 3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to any additional insured person or organization unless the other insurance is provided by a contractor other than you for the same operations and job location. Then we will share with that other insurance by the method described in paragraph **1.n.(3).** of **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS.**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

**Home Builders Protective Insurance Policy Endorsement**

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

NAMED INSURED:  Beazer Homes USA, Inc.
ADDRESS:  1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – VOLUNTEER WORKERS

Section II—Who Is An Insured is amended to include as an insured any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you. However, none of these volunteer worker(s) are insureds for:

1. "Bodily injury" or "personal and advertising injury":

   a. To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to your other volunteer worker(s) or to your "employees" arising out of and in the course of their duties for you;

   b. To the spouse, child, parent, brother or sister of your volunteer worker(s) or your "employees" as a consequence of paragraph **1.a.** above;

   c. For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **1.a.** or **b.** above; or

   d. Arising out of his or her providing or failing to provide professional health care services.

2. "Property damage" to property:

   a. Owned, occupied, or used by,

   b. Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

   you, any of your other volunteer workers, your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

Countersigned this ____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

NAMED INSURED:  Beazer Homes USA, Inc.
ADDRESS:  1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

Endorsement

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTUAL LIABILITY – RAILROADS

### SCHEDULE

| Scheduled Railroad: | Designated Job Site: |
|---|---|
| As required by contract | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to operations performed for, or affecting, a Scheduled Railroad at a Designated Job Site, the definition of "insured contract" in the Definitions section is replaced by the following:

**9.** "Insured Contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Countersigned this _____ of _____, _____ Authorized Representative_____

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

STF-GL-113-A-CW 10 (1/97)


**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328**

### Endorsement

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

### Extended Reporting Period

Coverage A and Coverage B will apply to claims, which arise from "occurrences" or offenses after April 1, 2001 but prior to April 1, 2004, but only to the extent that such claims were not known or asserted prior to April 1, 2004.

This extension of coverage does not apply to any claim arising out of the "products completed operations hazard".

This endorsement applies excess over any other valid and collectible primary insurance.

Countersigned this _____ of _____, _____ Authorized Representative_____



## Home Builders Protective Insurance Policy Endorsement
Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328**

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following: <br> Home Builders Protective Insurance Policy Form |

# Amendment of Notification Requirements

Section V. **Home Builders Protective Conditions,** paragraph 3. **Conditions Specific to Coverage C – Home Builders Warranty,** Item b. is replace with the following:

**b.  Duties in the Event of a Request for Warranty Performance Relative to a Construction Defect**

When you receive a "Request for Warranty Performance" from a homeowner to which a "Home Builder's Limited Warranty" was issued by you or on your behalf that is subject to this insurance, you shall:

(1)  Repair or otherwise resolve the "construction defect" if the "repair costs" are less than $50,000 a "home" without notifying us; or
(2)  Notify us if"
    (a)  The "repair costs" are likely to exceed $50,000 for any on "home" or $500,000 any one "construction Occurrence" before you repair the "construction defect"; or
    (b)  You decline to repair the "construction defect" for any reason/
(3)  Maintain such records and accounts that may be required to identify and document the costs you have incurred relating to the "repair costs" incurred with respect to the "construction defect".

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS:  1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328**

Endorsement

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## AMENDMENT SECTION IV, 6.b.10

This endorsement changes the policy.  Please read it carefully.

Section IV – **Self Insured Retention**, Paragraph 6. **Claim Reporting – Self Insured Retention**, subparagraph b., item (10) is hereby removed in its entirety.

Countersigned this ____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

NAMED INSURED:  Beazer Homes USA, Inc.
ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form |

## ALAE WITHIN THE LIMITS OF LIABILITY

Section I – **Coverages** – **Supplementary Payments** – **Coverages A, B, C and D** is replaced with the following:

**SUPPLEMENTARY PAYMENTS – COVERAGES A, B, C AND D**

We will pay, with respect to any claim we investigate or settle, any "suit" in which we defend an insured, or any "Request for Warranty Performance" we respond to:

1. All expenses we incur.
2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising our of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.
3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.
4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claims or "suit" including actual loss of earnings up to $250 a day because of time off from work.
5. All costs of the court taxed against the insured in a "suit".
6. Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.
7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments reduce the limits of insurance.

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:** Beazer Homes USA, Inc.
**ADDRESS:** 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328

| Endorsement # |
|---|
| This endorsement modifies insurance provided by the following: |
| Home Builders Protective Insurance Policy Form |

## Amendment of Section I-Coverage C. 2. Exclusions

Coverage C – Home Builders Limited Warranty, Section 2.a.b. & c. is hereby deleted and replaced with the following:

2.   **Exclusions**

This insurance does not apply to:

a.   **Normal Customer Service Expenses**

Any expenses incurred by you for any customer care program, defined as the first $1,000 per home in warranty expenses, for repairs that do not meet definition of "construction defect" that you provide to the buyers of a home.

Countersigned this _____ of _____, _____ Authorized Representative_____



# Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

**NAMED INSURED:** Beazer Homes USA, Inc.
**ADDRESS:** 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

**Endorsement #**

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## Additional Insured – Scheduled - Owners, Lessees or Contractors - Broad Form

## SCHEDULE

**Name of Person or Organization**
The City of Folsom, it officers, agents and employees
50 Natomas St.
Folsom, CA  95630

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A.   **WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the **SCHEDULE** above whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.   The insurance provided to the additional insured applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

1.   The "bodily injury" or  "property damage"  results from your negligence; and

2.   The "bodily injury",  "property damage" or "personal and advertising injury" results directly from:

a.   Your ongoing operations; or

b.   "Your work" completed as included in the "products-completed operations hazard",

performed for the additional insured, which is the subject of the written contract or written agreement.

C.   However, regardless of the provisions of paragraphs A. and B. above:

Countersigned this _____ of _____, _____ Authorized Representative_____

1. We will not extend any insurance coverage to the additional insured person or organization:

   a. That is not provided to you in this policy; or

   b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

2. We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

   a. The Limits of Insurance provided to you in this policy; or

   b. The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured does not apply to:

1. "Bodily injury",  "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

2. "Bodily injury",  "property damage"  or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

   a. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

   b. Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

2. We receive written notice of a claim or "suit" as soon as practicable; and

3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to the person or organization shown in the Schedule unless the other insurance is provided by a contractor other than you for the same operations and job location.  Then we will share with that other insurance by the method described in paragraph **1.n.(3)** of **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this _____ of _____, _____ Authorized Representative_____


**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:** Beazer Homes USA, Inc.
**ADDRESS:** 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

Endorsement #

| This endorsement modifies insurance provided by the following:<br>Home Builders Protective Insurance Policy Form |
|---|

# Additional Insured – Scheduled - Owners, Lessees or Contractors - Broad Form

### SCHEDULE

Name of Person or Organization
   The City of Elk Grove, its officers, employees, boards, commissions and volunteers
   8400 Laguna Palms Way
   Elk Grove, CA  95758

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A.  **WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the **SCHEDULE** above whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.  The insurance provided to the additional insured applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

   1.  The "bodily injury" or  "property damage"  results from your negligence; and

   2.  The "bodily injury",  "property damage" or "personal and advertising injury" results directly from:

      a.  Your ongoing operations; or

      b.  "Your work" completed as included in the "products-completed operations hazard",

Countersigned this ____ of _____, _____ Authorized Representative_____

performed for the additional insured, which is the subject of the written contract or written agreement.

**C.** However, regardless of the provisions of paragraphs **A.** and **B.** above:

    1.   We will not extend any insurance coverage to the additional insured person or organization:

        a.   That is not provided to you in this policy; or

        b.   That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

    2.   We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

        a.   The Limits of Insurance provided to you in this policy; or

        b.   The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured does not apply to:

    1.   "Bodily injury", "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

    2.   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

        a.   The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        b.   Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

    1.   We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

    2.   We receive written notice of a claim or "suit" as soon as practicable; and

    3.   A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to the person or organization shown in the Schedule unless the other insurance is provided by a contractor other than you for the same operations and job location. Then we will share with that other insurance by the method described in paragraph **1.n.(3)** of **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this   ____  of  _____,  _____ Authorized Representative_____