

**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

NAMED INSURED: Beazer Homes USA, Inc.
ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328

Endorsement #

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

# Additional Insured – Scheduled - Owners, Lessees or Contractors - Broad Form

## SCHEDULE

Name of Person or Organization
   Eastern Municipal Water District
   Attn:  Field Engineering
   P.O. Box 8300
   Perris, CA  92572-8300

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.  **WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the **SCHEDULE** above whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.  The insurance provided to the additional insured applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

   1.  The "bodily injury" or  "property damage"  results from your negligence; and

   2.  The "bodily injury",  "property damage" or "personal and advertising injury" results directly from:

      a.  Your ongoing operations; or

      b.  "Your work" completed as included in the "products-completed operations hazard",

      performed for the additional insured, which is the subject of the written contract or written agreement.

Countersigned this _____ of _____, _____ Authorized Representative_____

**C.** However, regardless of the provisions of paragraphs A. and B. above:

    1.   We will not extend any insurance coverage to the additional insured person or organization:

        a.   That is not provided to you in this policy; or

        b.   That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

    2.   We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

        a.   The Limits of Insurance provided to you in this policy; or

        b.   The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured does not apply to:

    1.   "Bodily injury", "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

    2.   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

        a.   The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        b.   Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

    1.   We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

    2.   We receive written notice of a claim or "suit" as soon as practicable; and

    3.   A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to the person or organization shown in the Schedule unless the other insurance is provided by a contractor other than you for the same operations and job location. Then we will share with that other insurance by the method described in paragraph **1.n.(3)** of **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this _____ of _____, _____ Authorized Representative_____


**ZURICH**

# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS: 1000 Abernathy Rd., NE, St 1200, Atlanta, GA  30328**

Endorsement

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

### UNIT OF EXPOSURE

The units of exposure for "per Other" shown in the Premium and Reports Agreement are defined as follows:

**REVENUE** means

The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:
a.  All goods, services, or products sold or distributed;
b.  Operations performed during the policy period
c.  Rentals; and
d.  Dues or fees

2.  Inclusions
The following items shall not be deducted:
    a.  Trade or cash discounts
    b.  Bad debts; and
    d.  Repossession of items sold on installments (amount actually collected)

Countersigned this _____ of _____, _____ Authorized Representative_____



# Home builders protective insurance policy endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

### EXTENDED BODILY INJURY FOR "YOUR WORK"

1. THIS ENDORSEMENT APPLIES ONLY IN THE EVENT THAT "YOU" OR "WE" ELECT TO NOT RENEW THIS POLICY.

2. THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES SOLELY TO "BODILY INJURY" ARISING OUT OF THE "PRODUCTS-COMPLETED OPERATION HAZARD" OCCURRING DURING THE EXTENDED COMPLETED OPERATION COVERAGE PERIOD AND ARISING OUT OF "YOUR WORK" THAT YOU SELL, GIVE AWAY OR OTHERWISE TRANSFER TITLE TO DURING THE POLICY PERIOD.

3. THIS EXTENDED COMPLETED OPERATIONS COVERAGE SHALL BE IN EFFECT FOR 10 YEARS AFTER THE COMPLETION OF EACH PROJECT OR THE EXPIRATION OF THIS POLICY, INCLUDING ANY EXTENSION THEREOF.

   THE COVERAGE AFFORDED BY THIS ENDORSEMENT SHALL BE PART OF THE COMPLETED OPERATIONS AGGREGATE LIMIT OF THE LAST YEAR OF THE ACTUAL POLICY TERM-IF THIS WAS A MULTIPLE YEAR POLICY.

4. THE EXTENDED COMPLETED OPERATIONS COVERAGE AFFORDED BY THIS ENDORSEMENT DOES NOT APPLY TO ANY INSURED FOR ANY PRODUCT MANUFACTURED, ASSEMBLED OR OTHERWISE WORKED UPON, AWAY FROM THE "COVERAGE TERRITORY".

5. IT IS AGREED THAT THE FIRST PARAGRAPH OF PART 1.N. OF SECTION V – OTHER INSURANCE IS DELETED AND REPLACED BY THE FOLLOWING:

   THIS INSURANCE IS EXCESS OVER ANY AND ALL OF THE OTHER INSURANCE, WHETHER PRIMARY, EXCESS, CONTINGENT OR ON ANY OTHER BASIS WHICH IS AVAILABLE TO THE NAMED INSURED AS A NAMED INSURED OR AS AN ADDITIONAL INSURED ON SOMEONE ELSE'S INSURANCE POLICY.

Countersigned this _____ of _____, _____ Authorized Representative _____



# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

### Endorsement

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

### TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT

IF WE NON RENEW THIS POLICY, THE POLICY EXPIRATION DATE SHALL BE EXTENDED ON THE PROJECT (S) SHOWN IN THE SCHEDULE BELOW FOR ALL WORK THAT HAS COMMENCED DURING THE YEAR PRIOR TO **01-01-2008**, UNTIL THE EARLIER OF (A) CLOSE OF ESCROW ON ALL SUCH HOMES/UNITS/STRUCTURES OR (B) **04-01-2009**. AS SET FORTH IN THE POLICY, THE LIMITS OF INSURANCE SHALL ALSO APPLY TO THE HOME BUILDER'S LIMITED WARRANTY ISSUED TO THOSE OWNERS OF HOMES/UNITS/STRUCTURES CLOSED DURING THE EXTENSION TERM.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

### SCHEDULE

PROJECT: ALL PROJECTS THAT HAVE STARTED VERTICAL CONSTRUCTION ON OR BEFORE **01-01-2008**.

Countersigned this_____ day of_____, 2003 Authorized Representative_____



# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

NAMED INSURED: Beazer Homes USA, Inc. (See Named Insured Schedule)
ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA 30328

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following: |
| Home Builders Protective Insurance Policy Form |

### BLANKET ADDITIONAL INSURED

IT IS AGREED THAT SECTION II – WHO IS AN INSURED, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED. INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU. THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS, THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

Countersigned this _____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW 20 (1/97)


ZURICH

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY.
THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS
AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM
# (RELATING TO DISPOSITION OF TRIA)

### SCHEDULE*

| |
|---|
| **(1)** Premium attributable to risk of loss from certified acts of terrorism through the end of the policy period based on the extension of the Terrorism Risk Insurance Act of 2002 ("TRIA"):<br><br>$6,100<br><br>If TRIA terminates, the portion of this premium attributable to the remaining part of the policy period, as modified by any change shown in **(2)** of this Schedule, applies to the risk of loss from terrorism after the termination of TRIA. |
| **(2)** Premium change upon termination of TRIA or upon applicability of a Conditional Endorsement:<br><br>   No change unless one of the following is completed<br><br>   Return Premium:   Additional Premium: |
| If we notify you of an additional premium charge, the additional premium will be due as specified in such notice. |

*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act of 2002 ("TRIA"), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act. That portion of your premium attributable is shown in the Schedule of this endorsement or in the Declarations.

**B.  Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The Act currently provides for no insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year.  The federal program established by the Act is scheduled to terminate at the end of 12/31/05 unless extended by the federal government.

**C.  Possibility of Additional or Return Premium**

The premium attributable to the risk of loss from certified acts of terrorism coverage is calculated based on the coverage (if any) in effect at the beginning of your policy for certified acts of terrorism.  If your policy contains a Conditional Endorsement, the termination of TRIA or extension of the federal program with certain modifications (as explained in that endorsement) may modify the extent of coverage (if any) your policy provides for terrorism. If TRIA terminates or the Conditional Endorsement becomes applicable to your policy, the return premium (if any) or additional premium (if any) shown in **(2)** of the Schedule will apply. If the level or terms of federal participation change, the premium shown in **(1)** of the Schedule attributable to that part of the policy period extending beyond such a change may not be appropriate and we will notify you of any changes in your premium.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright Zurich American Insurance Company 2004

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

Endorsement #016

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2008 | 18-418-000 | $N/A | $N/A |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

In consideration of no change in premium, effective 04-01-2008 the following form(s) and endorsement(s) is hereby added
to the policy:

Resulting Damage to Your Work          STF-GL-10163-B-CW (08/08)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2008 | 18-418-000 | N/A | N/A |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

### RESULTING DAMAGE TO YOUR WORK

**Coverage D -- Construction Damage Liability, 1.  Insuring Agreement** is deleted and replaced by the following:

## COVERAGE D – CONSTRUCTION DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to or arising out of  "your work".  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "construction occurrence" and settle any claim or "suit" that may result.  But:

      **(1)**  The amount we will pay for damages is limited as described in **Section III – Limits of Insurance**; and

      **(2)**  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages**  A, B or D, "repair costs" under **Coverage C** or medical expenses under **Coverage E.**

STF-GL-10163-B-CW (08/08)
Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement

**ZURICH**®

**b.** This insurance applies to "property damage" only if:

    **(1)** The "property damage" is caused by a "construction occurrence" that takes place in the "coverage territory"; and

    **(2)** The "property damage" is to or arises out of "your work" that:

        **(a)** you sell, give away or otherwise transfer title to during the policy period; or

        **(b)** first qualifies within the "products-completed operations hazard" during the policy period and is never owned by you.

**c.** Damages because of "property damage" include damages the insured becomes legally obligated to pay because of "property damage" to or arising out of "your work" and shall be deemed to be caused by a "construction occurrence", but only if:

    **(1)** The "property damage" is the result of work performed on your behalf by your subcontractor(s) ;

    **(2)** The work performed by the subcontractor(s) is within the "products-completed operations hazard"; and

    **(3)** The "property damage" is unexpected and not intended from the standpoint of the insured.

**d.** No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments – Coverages A, B, C** and **D.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement


**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

Endorsement #015

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2007 | 18-418-000 | $N/A | $151,473.00 |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

In consideration of a return premium including 1% TRIA, subject to final audit, effective 04-01-2007 the following changes are made.

In consideration of a return premium of $151,473 including 1% TRIA, the exposure for the 2007 to 2008 policy term is amended to $2,767,516,000 at a rate of $0.10 per $1,000 of revenue.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**®

steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**Endorsement #014**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2008 | 18-418-000 | -0- | - 0- |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.
(See Named Insured Schedule)
400 Northpark Town Center
1000 Abernathy Rd., NE, Ste 1200
Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA
3475 Piedmont Rd., Ste 100
Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of no change, effective 04-01-2008 the following form is hereby added to  the policy:

ADDITIONAL INSURED – SCHEDULED        STF-GL-10096-A CW (11/06)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2008 | 18-418-000 | -0- | -0- |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA 30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA 30305-2998**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

## ADDITIONAL INSURED ---- SCHEDULED

**Name of Person or Organization:**

Riverside County Flood Control and Water Conservation District , City of Moreno Valley, County of Riverside, and their respective directors, officers, board of supervisors, elected officials, employees, agents, and representatives

1995 Market Street, Riverside, CA 92501

RE; Moreno MDP Line I, Stages 5 and 6, Project Nos. 4-0-00762-05 and 4-0-00762-06; Moreno – Cold Creek Court Storm Drain, Project No. 4-0-00961; Tract Nos. 32834 & 32836

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED. INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU. THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS. THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

Endorsement #013

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2008 | 18-418-000 | $N/A | $178,188.00 |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

In consideration of a return premium including 1% TRIA, subject to final audit, effective 04-01-2008 the following changes are made.

In consideration of a return premium of $178,188 including 1% TRIA, the exposure for the 2008 to 2009 policy term is amended to $2,503,009,904 at a rate of $0.10 per $1,000 of revenue.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# Home Builders Protective Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

Endorsement #01

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 01-23-2008 | 18-418-000 | STA | STA |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

In consideration of any change in premium, subject to audit, effective 01-23-2008 the following form is hereby added to the policy:

ADDITIONAL INSURED – SCHEDULED          STF-GL-113-A-CW 23 (11/06)

# Home Builders Protective Policy Endorsement


**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 01-23-2008 | 18-418-000 | STA | STA |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

Home Builders Protective Policy

**ADDITIONAL INSURED – SCHEDULED**

**Name of Person or Organization:**

The City of Simi Valley and it's respective boards, districts, officers, agents and employees
2929 Tapo Canyon Rd.
Simi Valley, CA  93063

**IT IS AGREED THAT SECTION II – WHO IS AN INSURED, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS,  THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.**

AuTHoRized Representative; *Michael J. Hopper*

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**Endorsement #011**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 ~~2009~~ | 04-01-2006 | 18-418-000 | $N/A | $139,756.00 |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA 30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA 30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

In consideration of a return premium including 1% TRIA, subject to final audit, effective 04-01-2006 the following changes are made.

In consideration of a return premium of $139,756 including 1% TRIA, the exposure for the 2006 to 2007 policy term is amended to $4,716,605,000 at a rate of $0.10 per $1,000 of revenue.



# Home Builders Protective Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

Endorsement #010

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2007 | 18-418-000 | $861,984.00 | $N/A |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
3475 Piedmont Rd., Ste 100
Atlanta, GA  30305-2988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of an additional premium including 1% TRIA, effective 04-01-2007 the following changes are made.

In consideration of an additional premium of $430,992 including 1% TRIA, the exposure for the 2007 to 2008 policy term is added in the amount of $4,267,249,707 at a rate of $0.10 per $1,000 of revenue.

In consideration of an additional premium of $430,992 including 1% TRIA **due 04-01-2008**, the policy expiration date is amended to 04-01-2009 with additional exposure for the 2008 to 2009 policy term of $4,267,249,707 at a rate of $0.10 per $1,000 of Revenue

The following form is hereby amended as per the attached:

Term Extension – Designated Project Endorsement  STF-GL-113-A-CW 19



# Home builders protective insurance policy endorsement
### Steadfast Insurance Company
### Dover, Delaware
#### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of  End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2009 | 04-01-2007 | 18-418-000 | -0- | -0- |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS:  400 Northpark town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**
Endorsement #010

| This endorsement modifies insurance provided by the following: Home Builders Protective Insurance Policy Form |
|---|

### TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT

IF WE NON RENEW THIS POLICY, THE POLICY EXPIRATION DATE SHALL BE EXTENDED ON THE PROJECT (S) SHOWN IN THE SCHEDULE BELOW FOR ALL WORK THAT HAS COMMENCED DURING THE YEAR PRIOR TO <u>01-01-2009</u>, UNTIL THE EARLIER OF (A) CLOSE OF ESCROW ON ALL SUCH HOMES/UNITS/STRUCTURES OR (B) <u>04-01-2010</u>. AS SET FORTH IN THE POLICY, THE LIMITS OF INSURANCE SHALL ALSO APPLY TO THE HOME BUILDER'S LIMITED WARRANTY ISSUED TO THOSE OWNERS OF HOMES/UNITS/STRUCTURES CLOSED DURING THE EXTENSION TERM.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

### SCHEDULE

PROJECT: ALL PROJECTS THAT HAVE STARTED VERTICAL CONSTRUCTION ON OR BEFORE <u>01-01-2009</u>.

Countersigned this_____ day of_____, 2003 Authorized Representative_____

STF-GL-113-A-CW (1/97)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

Endorsement #009

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | $ N/A | $N/A |

Named Insured / Mailing Address:
**Beazer Homes USA, Inc.**
**(See Named Insured Schedule)**
**400 Northpark Town Center**
**1000 Abernathy Rd., NE, Ste 1200**
**Atlanta, GA  30328**

Producer:
**Marsh, Inc. of GA**
**3475 Piedmont Rd., Ste 100**
**Atlanta, GA  30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of no change in premium, effective 04-01-2006 the following changes are made.

The following forms are hereby amended as per the attached:

   Construction Occurrence Definition Amendment  STF-GL-113-A CW 03

   Self Insured Retention Amounts  STF-GL-113-A-CW 04

The following forms are hereby deleted and are longer a part of the policy:

   Extended Reporting Period STF-GL-113-A-CW 11





# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328**

Endorsement #009

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS: IS AMENDED TO:

    a.  UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.  UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.  UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1)  ARE IN THE SAME REGION; AND
(2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

REGION MEANS: **SOUTH REGION:**   ATLANTA, JACKSONVILLE, FT MYERS, ORLANDO, TAMPA, CHARLESTON, COLUMBIA, CHARLOTTE, MEMPHIS, MYRTLE BEACH, NORTHWEST FLORIDA, NASHVILLE, RALEIGH, SAVANNAH

                 **EAST REGION:**   DELAWARE, MARYLAND, NEW JERSEY, VIRGINIA, CINCINNATI, DAYTON, COLUMBUS, INDIANAPOLIS, LEXINGTON, NEW YORK

                 **WEST REGION:**   DENVER, DALLAS, HOUSTON, LAS VEGAS, PHOENIX, NEW MEXICO, LOS ANGELES, ORANGE, NORTHERN CALIFORNIA

Countersigned this _____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW 03 (1/97)


**ZURICH**

## Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-1 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | -0- | -0- |

NAMED INSURED:  Beazer Homes USA, Inc.
ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA  30328
Endorsement #009

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## SELF INSURED RETENTION AMOUNTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated above.

### SCHEDULE

### Self Insured Retention

| | |
|---|---|
| Each Occurrence \ Offense (Coverage's A & B): | $250,000 |
| Each Construction Occurrence (Coverage's C, D & E) Including Third Party Action Over Claims | $250,000 |
| Each Project Aggregate Self Insured Retention for Construction Occurrences | $N/A |
| Annual Aggregate Self Insured Retention/Deductible  – All Coverage's *Adjustable based on Audited Revenues at a rate of $5.30 per $1,000 of revenue | $___* |
| Insured's Maintenance Self Insured Retention – All Coverage's | $100,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A)   Item 4 of the **Declarations Page** is amended to the above.
B)   **Section IV – SELF INSURED RETENTION,**  paragraph **3. Self Insured Retention Amounts**  is replaced with the following:

3.   **Self Insured Retention Amounts**

Countersigned this _____ of _____, _____  Authorized Representative_____

STGL-113-A-CW 04(1/97)

**a.** The Each Occurrence \ Offense amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence" or offense.

**b.** The Each Construction Occurrence amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "construction occurrence".

**c.** The Each Project Aggregate "Self Insured Retention" for "Construction Occurrence" amounts shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any all "construction occurrence" for any one project.  If no value is shown, then the Each Project "self insured retention" Aggregate shall be unlimited.

**d.** The Annual Aggregate "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "occurrences", offenses, or "construction occurrences".  If no value is shown, then the Annual "self insured retention" Aggregate shall be unlimited.

**e.** The Maintenance "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" in the event you have reached either a Each Project Aggregate "Self Insured Retention" or the Annual Aggregate "Self Insured Retention" Amount listed above.  If no value is shown, then the Maintenance "Self Insured Retention" amount does not apply.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the Each Project Aggregate "self insured retention" or the Annual Aggregate "self insured retention", if any.

STGL-113-A-CW 04(1/97)

# Home Builders Protective Policy Endorsement


**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2008 | 01/01/2007 | 18418-000 | -0- | -0- |

Endorsement #008

| Named Insured / Mailing Address:<br>**BEAZER HOMES, INC.**<br>**(PER NAMED INSURED SCHEDULE)**<br>**400 NORTHPARK TOWN CENTER**<br>**1000 ABERNATHY RD., NE, STE 1200**<br>**ATLANTA, GA 30328** | Producer:<br>**MARSH, INC. OF GA**<br>**3475 PIEDMONT RD., STE 100**<br>**ATLANTA, GA 30305-2988** |
|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

IN CONSIDERATION OF NO ADDITIONAL PREMIUM, EFFECTIVE 01/01/2007, THE FOLLOWING FORM IS ADDED PER THE ATTACHED:

**STF-GL-113-A-CW 22    ADDITIONAL INSURED – GRANTOR OF LICENSES**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



### ZURICH®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2008 | 01/01/2007 | 18418-000 | | |

| Named Insured / Mailing Address: | Producer: |
|---|---|
| **BEAZER HOMES, INC.**<br>**(PER NAMED INSURED SCHEDULE)**<br>**400 NORTHPARK TOWN CENTER**<br>**1000 ABERNATHY RD., NE, STE 1200**<br>**ATLANTA, GA 30328** | **MARSH, INC. OF GA**<br>**3475 PIEDMONT RD., STE 100**<br>**ATLANTA, GA 30305-2988** |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## Additional Insured – Grantor of Licenses
### SCHEDULE

**INSURED – Trinity Homes, LLC**

**Name of Person(s) or Organization(s):  The Consolidated City of Indianapolis**

**License #C6698700**

**604 N. Sherman Drive**

**Indianapolis, IN 46201**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

**Section II – Who Is An Insured** is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a license to you.

STF-GL-113-A-CW 22 (09/06)

Page 1 of 1

Includes copyrighted material of Insurance Service Office, Inc. with its permission