# Home Builders Protective Policy Endorsement



## ZURICH®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2008 | 04/01/2006 | 18418-000 | -0- | -0- |

**Revised Endorsement #007**

Named Insured / Mailing Address:
**BEAZER HOMES, INC.
(PER NAMED INSURED SCHEDULE)
400 NORTHPARK TOWN CENTER
1000 ABERNATHY RD., NE, STE 1200
ATLANTA, GA 30328**

Producer:
**MARSH, INC. OF GA
3475 PIEDMONT RD., STE 100
ATLANTA, GA 30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

IN CONSIDERATION OF NO ADDITIONAL PREMIUM, EFFECTIVE 04/01/2006, THE FOLLOWING FORM IS
AMENDED PER THE ATTACHED:

**STF-GL-113-A-CW 03    CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT**


**ZURICH**

# Home builders protective insurance policy endorsement
### Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA 30328**

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following:<br>**Home Builders Protective Insurance Policy Form** |

**CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT**

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS IS AMENDED TO:

    a.   UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.   UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.   UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1)  ARE IN THE SAME REGION; AND
(2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

Countersigned this _____ of _____, _____ Authorized Representative_____

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2008 | 04/01/2006 | 18418-000 | -0- | -0- |

Endorsement #007

Named Insured / Mailing Address:
**BEAZER HOMES, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH, INC. OF GA**
**3475 PIEDMONT RD., STE 100**
**ATLANTA, GA 30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

IN CONSIDERATION OF NO ADDITIONAL PREMIUM, EFFECTIVE 04/01/2006, THE FOLLOWING FORM IS AMENDED PER THE ATTACHED:

**STF-GL-113-A-CW 03    CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT**



# Home builders protective insurance policy endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

### Endorsement

| This endorsement modifies insurance provided by the following: Home Builders Protective Insurance Policy Form |
|---|

## CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS IS AMENDED TO:

a.   UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

b.   UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

c.   UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1)  ARE IN THE SAME SUBDIVISION OR ARE IN THE SAME REGION; AND
(2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

**Countersigned this _____ of _____, _____ Authorized Representative_____**

# Home Builders Protective Policy Endorsement



**ZURICH**®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2006 | 04/01/2006 | 18418-000 | -0- | -0- |

Endorsement #006

Named Insured / Mailing Address:
**BEAZER HOMES, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH, INC. OF GA**
**3475 PIEDMONT RD., STE 100**
**ATLANTA, GA 30305-2988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

**In consideration of no additional premium, effective 04/01/2006, the following form is added to the policy:**

**STF-GL-113-A-CW 21 (09/06) FELLOW EMPLOYEE COVERAGE ENDORSEMENT**

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04/01/2006 | 04/01/2008 | 04/01/2006 | 18418-000 | -0- | -0- |

Named Insured / Mailing Address:

**BEAZER HOMES USA, INC.**

**400 NORTHPARK TOWN CENTER**

**ABERNATHY RD., NE, STE 1200**

**ATLANTA, GA 30328**

Producer:

**MARSH, INC. OF GA**

**3475 PIEDMONT RD., STE 100**

**ATLANTA, GA 30305-2988**

**IS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## FELLOW EMPLOYEE COVERAGE ENDORSEMENT

1.   It is agreed that paragraph **2. a. (1)** of **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

(1)  "Bodily injury" or "personal and advertising injury":

(a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company);

(b)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) (a) above; or

(c)  Arising out of his or her providing or failing to provide professional health care services.

STF-GL-113-A-CW 21 (09/06)

Page 1 of 1

Includes copyrighted material of Insurance Service Office, Inc. with its permission



**ZURICH**

# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18418-000 | | |

**NAMED INSURED: Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328**

Endorsement #005

| This endorsement modifies insurance provided by the following: Home Builders Protective Insurance Policy Form |
|---|

In consideration of no change in premium, effective 04-01-2006, the following endorsements have been amended per the attached:

| | |
|---|---|
| SCHEDULE OF FORMS AND ENDORSEMENTS | STF GL 113 A CW |
| PREMIUM AND REPORTS AGREEMENT | STF GL 113 A CW 02 |
| CONSTRUCTION OCCURRENCE REDEFINED | STF GL 113 A CW 03 |
| SELF INSURED RETENTION AMOUNTS | STF GL 113 A CW 04 |
| CANCELLATION CONDITIONS AMENDMENT | STF GL 113 A CW 07 |
| EXTENDED BODILY INJURY ENDORSEMENT | STF GL 113 A CW 18 |
| TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT | STF GL 113 A CW 19 |
| BLANKET ADDITIONAL INSURED | STF GL 113 A CW 20 |

Countersigned this _____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW  (1/97)



**ZURICH**

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:** Beazer Homes USA, Inc. (See Named Insured Schedule)
**ADDRESS:** 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328

**Endorsement**

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## Premium and Reports Agreement – Composite Rated Policies

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**Schedule**

1. Unit of Exposure (Check One):

   per 1,000 **gallons**        per **licensed "auto"**        per $1,000 **gross sales**

   per $1,000 **payroll**     X  per **other** $1,000 Revenue

2. Coverage Unit of Exposure        Rate(s)        Estimated Premium(s)

   $6,100,344,047        $.10        $610,034 (excl TRIA)

3. Deposit Premium:        $616,134

4. Minimum Premium:        $

Condition h, **Premium Audit**, of Section V, **Home Builders Protective Conditions**, is replaced by the following:

h. **Premium Audit**

   (1) We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

   (2) For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period. The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

Countersigned this _____ of _____, _____ Authorized Representative_____

(3)  Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.

(4)  The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

(5)  The units of exposure shown in the Schedule are defined as follows:

    **a.**  **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gases.

    **b.**  **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

    **c.**  **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

    **d.**  **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

    **e.**  **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.

Countersigned this _____ of _____, _____ Authorized Representative_____


**ZURICH**

# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS:  400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following: |
| Home Builders Protective Insurance Policy Form |
| Amended |

## CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS IS AMENDED TO:

    a.   UNDER COVERAGE **C,** AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.   UNDER COVERAGE **D,** AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.   UNDER COVERAGE **E,** AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1)  ARE IN THE SAME REGION OR CONSTRUCTED AS PART OF THE SAME CONSTRUCTION PROJECT; AND
(2)  UNDER COVERAGE **C.** HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3)  UNDER COVERAGE **D.** HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

Countersigned this _____ of _____, _____ Authorized Representative_____


**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)
ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |
| Amended |

## SELF INSURED RETENTION AMOUNTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated above.

### SCHEDULE

### Self Insured Retention

| | |
|---|---|
| Each Occurrence \ Offense (Coverage's A & B): | $250,000 |
| Each Construction Occurrence (Coverage's C, D & E) Including Third Party Action Over Claims | $250,000 |
| Each Project Aggregate Self Insured Retention for Construction Occurrences | $N/A |
| Annual Aggregate Self Insured Retention – All Coverage's | $32,331,823 |
| Insured's Maintenance Self Insured Retention – All Coverage's | $100,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A)   **Item 4** of the **Declarations Page** is amended to the above.

B)   **Section IV – SELF INSURED RETENTION,**   paragraph **3. Self Insured Retention Amounts**   is replaced with the following:

Countersigned this  ____  of  _____,  _____  Authorized Representative_____

STGL-113-A-CW 04 (1/97)

3. **Self Insured Retention Amounts**

   a. The Each Occurrence \ Offense amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence" or offense.

   b. The Each Construction Occurrence amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "construction occurrence".

   c. The Each Project Aggregate "Self Insured Retention" for "Construction Occurrence" amounts shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any all "construction occurrence" for any one project. If no value is shown, then the Each Project "self insured retention" Aggregate shall be unlimited.

   d. The Annual Aggregate "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "occurrences", offenses, or "construction occurrences". If no value is shown, then the Annual "self insured retention" Aggregate shall be unlimited.

   e. The Maintenance "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" in the event you have reached either a Each Project Aggregate "Self Insured Retention" or the Annual Aggregate "Self Insured Retention" Amount listed above. If no value is shown, then the Maintenance "Self Insured Retention" amount does not apply.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the Each Project Aggregate "self insured retention" or the Annual Aggregate "self insured retention", if any.

Countersigned this _____ of _____, _____ Authorized Representative_____

STGL-113-A-CW 04 (1/97)



# Home builders protective insurance policy endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)
ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328

Endorsement

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

Amended

CANCELLATION CONDITIONS AMENDMENT

IT IS AGREED THAT PART 2.  OF CONDITION M – CANCELLATION, IS DELETED AND REPLACED BY THE FOLLOWING:

2.   WE MAY CANCEL, NON-RENEW OR MAKE MATERIAL CHANGES TO THIS POLICY BY MAILING OR DELIVERING TO THE FIRST NAMED INSURED WRITTEN NOTICE OF CANCELLATION AT LEAST:

A.   10 DAYS BEFORE THE EFFECTIVE DATE OF CANCELLATION IF WE CANCEL FOR NON-PAYMENT OF PREMIUM OR NON-COMPLIANCE WITH LOSS CONTROL RECOMMENDATIONS;

B.   90 DAYS BEFORE THE EFFECTIVE DATE OF CANCELLATION, NON-RENEWAL OR MATERIAL CHANGES IF WE CANCEL FOR ANY OTHER REASON;

C.   90 DAYS NOTICE WILL BE PROVIDED BEFORE THE EFFECTIVE DATE OF CANCELLATION FOR ALL CERTIFICATE HOLDERS, EXCEPT FOR NON-PAYMENT OF PREMIUM, AS REQUIRED BY WRITTEN CONTRACT

ALL OTHER TERMS, CONDITIONS AND AGREEMENTS REMAIN THE SAME.

Countersigned this ____ of _____, _____ Authorized Representative_____



# Home builders protective insurance policy endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |
| Amended |

## EXTENDED BODILY INJURY FOR "YOUR WORK"

1.  THIS ENDORSEMENT APPLIES ONLY IN THE EVENT THAT "YOU" OR "WE" ELECT TO NOT RENEW THIS POLICY.

2.  THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES SOLELY TO "BODILY INJURY" ARISING OUT OF THE "PRODUCTS-COMPLETED OPERATION HAZARD" OCCURRING DURING THE EXTENDED COMPLETED OPERATION COVERAGE PERIOD AND ARISING OUT OF "YOUR WORK" THAT YOU SELL, GIVE AWAY OR OTHERWISE TRANSFER TITLE TO DURING THE POLICY PERIOD.

3.  THIS EXTENDED COMPLETED OPERATIONS COVERAGE SHALL BE IN EFFECT FOR 10 YEARS AFTER THE COMPLETION OF EACH PROJECT OR THE EXPIRATION OF THIS POLICY, INCLUDING ANY EXTENSION THEREOF.

    THE COVERAGE AFFORDED BY THIS ENDORSEMENT SHALL BE PART OF THE COMPLETED OPERATIONS AGGREGATE LIMIT OF THE LAST YEAR OF THE ACTUAL POLICY TERM-IF THIS WAS A MULTIPLE YEAR POLICY.

4.  THE EXTENDED COMPLETED OPERATIONS COVERAGE AFFORDED BY THIS ENDORSEMENT DOES NOT APPLY TO ANY INSURED FOR ANY PRODUCT MANUFACTURED, ASSEMBLED OR OTHERWISE WORKED UPON, AWAY FROM THE "COVERAGE TERRITORY".

5.  IT IS AGREED THAT THE FIRST PARAGRAPH OF PART 1.N. OF SECTION V – OTHER INSURANCE IS DELETED AND REPLACED BY THE FOLLOWING:

    THIS INSURANCE IS EXCESS OVER ANY AND ALL OF THE OTHER INSURANCE, WHETHER PRIMARY, EXCESS, CONTINGENT OR ON ANY OTHER BASIS WHICH IS AVAILABLE TO THE NAMED INSURED AS A NAMED INSURED OR AS AN ADDITIONAL INSURED ON SOMEONE ELSE'S INSURANCE POLICY.

Countersigned this _____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW 18 (1/97)



# Home builders protective insurance policy endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

| Endorsement |
|---|
| This endorsement modifies insurance provided by the following: Home Builders Protective Insurance Policy Form |
| Amended |

### TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT

IF WE NON RENEW THIS POLICY, THE POLICY EXPIRATION DATE SHALL BE EXTENDED ON THE PROJECT (S) SHOWN IN THE SCHEDULE BELOW FOR ALL WORK THAT HAS COMMENCED DURING THE YEAR PRIOR TO <u>01-01-2008</u>, UNTIL THE EARLIER OF (A) CLOSE OF ESCROW ON ALL SUCH HOMES/UNITS/STRUCTURES OR (B) <u>04-01-2009</u>.  AS SET FORTH IN THE POLICY, THE LIMITS OF INSURANCE SHALL ALSO APPLY TO THE HOME BUILDER'S LIMITED WARRANTY ISSUED TO THOSE OWNERS OF HOMES/UNITS/STRUCTURES CLOSED DURING THE EXTENSION TERM.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

### SCHEDULE

PROJECT: ALL PROJECTS THAT HAVE STARTED VERTICAL CONSTRUCTION ON OR BEFORE <u>01-01-2008</u>.

Countersigned this_____ day of_____, 2003 Authorized Representative_____


ZURICH

## Home builders protective insurance policy endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | | 18418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

**Endorsement**

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

**Amended**

### BLANKET ADDITIONAL INSURED

IT IS AGREED THAT SECTION II – WHO IS AN INSURED, IS AMENDED TO INCLUDE, AS AN
ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN
CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR
ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF
LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO
LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY
OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE
OF ANY LOSS,  THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS
CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF
INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

Countersigned this ____ of _____, _____ Authorized Representative_____



**ZURICH**

## Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18-418-000 | | |

**NAMED INSURED:  Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 400 Northpark Town Center, 1000 Abernathy Rd. NE, Ste 1200, Atlanta, GA  30328**

**Endorsement**

| This endorsement modifies insurance provided by the following:<br>Home Builders Protective Insurance Policy Form |
|---|

# Additional Insured – Automatic - Owners, Lessees Or Contractors - Broad Form

A. **WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B. The insurance provided to additional insureds applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B,  PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

   1. The "bodily injury" or  "property damage" results from your negligence; and

   2. The "bodily injury",  "property damage"  or "personal and advertising injury" results directly from:

      a. Your ongoing operations; or

      b. "Your work" completed as included in the "products-completed operations hazard",

      performed for the additional insured, which is the subject of the written contract or written agreement.

C. However, regardless of the provisions of paragraphs **A**. and **B**. above:

   1. We will not extend any insurance coverage to any additional insured person or organization:

      a. That is not provided to you in this policy; or

      b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

   2. We will not provide Limits of Insurance to any additional insured person or organization that exceed the lower of:

Countersigned this 1ˢᵗ of April , 2006 Authorized Representative _(signature)_



## Home Builders Protective Insurance Policy Endorsement

    a.   The Limits of Insurance provided to you in this policy; or

    b.   The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.**  The insurance provided to the additional insured person or organization does not apply to:

1.   "Bodily injury", "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

2.   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

    a.   The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    b.   Supervisory, inspection, architectural or engineering activities.

**E.**  The additional insured must see to it that:

1.   We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

2.   We receive written notice of a claim or "suit" as soon as practicable; and

3.   A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.**  The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to any additional insured person or organization unless the other insurance is provided by a contractor other than you for the same operations and job location. Then we will share with that other insurance by the method described in paragraph **1.n.(3).** of **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS.**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this 1st of April, 2006 Authorized Representative _Ruth J. Durnier_



# Home builders protective insurance policy endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 04-01-2006 | 18418-000 | STA | STA |

**NAMED INSURED: Beazer Homes USA, Inc. (See Named Insured Schedule)**
**ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328**

Endorsement #004

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## SCHEDULE

**Name of Person or Organization**

The County of Los Angeles and any public entity or special district for which the Los Angeles County Board of Supervisors is the Governing Body, and their agents, officers and employees, shall be additional insured(s) while acting within the scope of their duties against all claims arising out of or in connection with the work being performed.

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

IT IS AGREED THAT SECTION II – WHO IS AN INSURED, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, THE PERSON OR ORGANIZATION SHOWN IN THE **SCHEDULE** ABOVE WHOM YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED. INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS.  THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

# Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380 01 | 04-01-2006 | 4-01-2008 | 04-01-2006 | 18418-000 | STA | STA |

**NAMED INSURED:  Beazer Homes USA, Inc.**
**ADDRESS:  1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328**

Endorsement #003

| This endorsement modifies insurance provided by the following: |
|---|
| **Home Builders Protective Insurance Policy Form** |

In consideration of no change in premium, Endorsement #002 adding The County of Los Angeles as an additional Insured, is considered null and void.

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380 01 | 04-01-2006 | 4-01-2008 | 04-01-2006 | 18418-000 | | |

NAMED INSURED:  BEAZER HOMES USA, INC.
ADDRESS:  1000 ABERNATHY RD., NE, STE 1200, ATLANTA, GA 30328

Endorsement #002

| This endorsement modifies insurance provided by the following: |
|---|
| Home Builders Protective Insurance Policy Form |

## Additional Insured – Scheduled - Owners, Lessees or Contractors - Broad Form

### SCHEDULE

Name of Person or Organization:  The County of Los Angeles and any public entity or special district for which the Los Angeles county Board of Supervisors is the Governing Body, and their agents, officers and employees, shall be additional Insured(s) while acting within the scope of their duties against all claims arising out of or in connection with the work to be performed.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.  **WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the **SCHEDULE** above whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.  The insurance provided to the additional insured applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

1.  The "bodily injury" or "property damage"  results from your negligence; and

2.  The "bodily injury",  "property damage" or "personal and advertising injury" results directly from:

  a.  Your ongoing operations; or

  b.  "Your work" completed as included in the "products-completed operations hazard",

  performed for the additional insured, which is the subject of the written contract or written agreement.

Countersigned this _____ of _____, _____ Authorized Representative_____

STF-GL-113-A-CW (1/97)
Page 1 of 2

**C.** However, regardless of the provisions of paragraphs **A.** and **B.** above:

    1. We will not extend any insurance coverage to the additional insured person or organization:

        a. That is not provided to you in this policy; or

        b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

    2. We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

        a. The Limits of Insurance provided to you in this policy; or

        b. The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured does not apply to:

    1. "Bodily injury",  "property damage" or "personal and advertising injury" that results solely from negligence of the additional insured; or

    2. "Bodily injury",  "property damage"  or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

        a. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        b. Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

    1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim:

    2. We receive written notice of a claim or "suit" as soon as practicable; and

    3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured also has rights as an insured or additional insured.

**F.** The insurance provided by this endorsement is primary insurance and we will not seek contribution from any other insurance available to the person or organization shown in the Schedule unless the other insurance is provided by a contractor other than you for the same operations and job location.  Then we will share with that other insurance by the method described in paragraph **1.n.(3)** of **SECTION  V – HOME BUILDERS PROTECTIVE CONDITIONS**

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Countersigned this _____ of _____, _____ Authorized Representative_____



# Home Builders Protective Insurance Policy Endorsement

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 06-07-2006 | 18-418-000 | $N/C | |

NAMED INSURED: Beazer Homes USA, Inc.
ADDRESS: 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328

### Endorsement #001

| This endorsement modifies insurance provided by the following: Home Builders Protective Insurance Policy Form |
|---|

In consideration of no change in premium, effective 06-07-2006 the following is added as an Additional Insured per the attached form:

    The Town of Hamptonburgh

Countersigned this _____ of _____, _____ Authorized Representative_____



**ZURICH**

# Home Builders Protective Insurance Policy Endorsement
### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer Code | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-01 | 04-01-2006 | 04-01-2008 | 06-07-2006 | 18-418-000 | -0- | -0- |

**NAMED INSURED:** Beazer Homes USA, Inc.
**ADDRESS:** 1000 Abernathy Rd., NE, Ste 1200, Atlanta, GA 30328

**Endorsement #001**

This endorsement modifies insurance provided by the following:
Home Builders Protective Insurance Policy Form

## Additional Insured – Scheduled - Owners, Lessees or Contractors - Broad Form

### SCHEDULE

**Name of Person or Organization**
   The Town of Hamptonburgh
   18 Bull Road
   Campbell Hall, NY  10916

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.   **WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the **SCHEDULE** above whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.   The insurance provided to the additional insured applies only to "bodily injury",  "property damage" or "personal and advertising injury" covered under **Section I, Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **Coverage B, PERSONAL AND ADVERTISING INJURY LIABILITY**, but only if:

   1.   The "bodily injury" or  "property damage"  results from your negligence; and

   2.   The "bodily injury",  "property damage" or "personal and advertising injury" results directly from:

      a.   Your ongoing operations; or

      b.   "Your work" completed as included in the "products-completed operations hazard",

      performed for the additional insured, which is the subject of the written contract or written agreement.

C.   However, regardless of the provisions of paragraphs **A.** and **B.** above:

Countersigned this _____ of _____, _____ Authorized Representative_____