d. Any publication in any media, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Any publication in any media, of material that violates a person's right to privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

24. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

25. "Products-completed operations hazard":

a. Includes all "bodily injury", and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

1) Products that are still in your physical possession; or

2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

1) The transportation of property, unless the injury or damage arises out of a condition in or

on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

3) Products or operations for which the classifications listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

26. "Property damage":

a. For purposes of **Coverage A** only, means:

1) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2) Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

b. For purposes of **Coverage D** only, means:

Physical injury to tangible property that is to or arises out of "your work", including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it.

c. For the purposes of this insurance, "electronic data" is not tangible property.

27. "Repair costs" means the cost to repair or replace or otherwise resolve a "construction defect". It includes all costs covered by the "Home Builder's Limited Warranty".

28. "Request for Warranty Performance" means a written notification to you from or on behalf of a homeowner requesting you to respond to an alleged "construction defect".

29. "Self insured retention" means the amount you or any insured must pay for:

a. All amounts which you become legally obligated to pay as damages or "repair costs" as defined in this policy; and

b. "Defense expenses".

23                STF-GL-624-A CW (10/06)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

30. "Silica" means:

   **a.** Any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica missed or combined with dust or other particles, or

   **b.** Synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica-flour

31. "Spore" means any reproductive body produced by or arising out of any "fungus".

32. "Suit" means a civil proceeding in which damages or "repair costs" to which this insurance applies are alleged. "Suit" also includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent.

33. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short term workload conditions.

34. "Your product" means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **1)** You;

   **2)** Others trading under your name; or

   **3)** A person or organization whose business or assets you have acquired; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **b.** The providing or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

35. "Your work" means:

   **a.** Work or operations performed by you or on your behalf; and

   **b.** Materials, parts or equipment furnished in connection with such work or operations.

   "Your work" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   **b.** The providing or failure to provide warnings or instructions.

STF-GL-624-A CW (10/06)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ZURICH**

# IMPORTANT NOTICE
## Service of Suit and In Witness Clause

**Service of Suit**

In the event an action or proceeding arises under the contract, it is agreed that the Company, at your request, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver or limitation of the right to arbitration as set forth herein or to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or any state in the United States. It is further agreed that service of process in such suit may be made upon Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703. In any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, other officer specified for that purpose in the statute, or his successors in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured of any beneficiary hereunder arising out of this policy of insurance and hereby designates the above named Illinois Corporation Service Company as the entity to whom the said officer is authorized to mail such process or a true copy thereof.

**In Witness Clause**

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President

Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?** Your agent or broker is best equipped to provide information about your insurance. Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email: info.source@zurichna.com**

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

›me **Builders Protective Policy**

## SCHEDULE OF FORMS AND ENDORSEMENT

| | |
|---|---|
| HOME BUILDERS PROTECTIVE POLICY POLICY JACKET | STF-GL-10128-A-CW (11/06) |
| HOME BUILDERS PROTECTIVE INSURANCE POLICY DECLARATIONS | STF-GL10124-B-CW (02/07) |
| HOME BUILDERS PROTECTIVE INSURANCE POLICY FORM | STF-GL-624-A-CW (10/06) |
| HOME BUILDERS PROTECTIVE POLICY SERVICE OF SUITS CLAUSE | STF-GU-199-B (11/06) |
| SCHEDULE OF FORMS AND ENDORSEMENTS | STF-GL-10087-B-CW (02/07) |
| 90 DAY NOTICE OF NON-RENEWAL | STF-GL-10092-A-CW (11/06) |
| INSURED CONTRACT DEFINITION AMENDMENT | STF-GL-10094-A-CW (11/06) |
| PERSONAL INJURY DEFINITION AMENDMENT | STF-GL-10095-B-CW (02/07) |
| BLANKET ADDITIONAL INSURED | STF-GL-10096-A-CW (11/06) |
| ADDITIONAL INSURED – SCHEDULED | STF-GL-10096-A-CW (11/06) |
| BLANKET WAIVER OF SUBROGATION | STF-GL-10097-A-CW (11/06) |
| SELF INSURED RETENTION | STF-GL-10104-B-CW (02/07) |
| TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT | STF-GL-10105-A-CW (11/06) |
| EXTEND BODILY INJURY FOR "YOUR WORK" | STF-GL-10113-A-CW (11/06) |
| ADDITIONAL INSURED – SCHEDULED – OWNERS, LESSEES OR | STF-GL-10117-D-CW (04/08) |
| RESULTING DAMAGE TO YOUR WORK | STF-GL-10163-B-CW (07/08) |
| PREMIUM AND REPORTS AGREEMENT | STF-GL-113-A-CW 01(11/06) |
| UNIT OF EXPOSURE | STF-GL-113-A-CW 02(11/06) |
| NAMED INSURED WORDING | STF-GL-113-A-CW 03(11/06) |
| CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT | STF-GL-113-A-CW 04(11/06) |
| FELLOW EMPLOYEE COVERAGE ENDORSEMENT | STF-GL-113-A-CW 05(11/06) |
| AMENDMENT SECTION IV, 2.G.2.m | STF-GL-113-A-CW 06(11/06) |
| AMENDMENT OF SECTION I-COVERAGE C. 2. EXCLUSIONS | STF-GL-113-A CW 07(11/06) |
| AMENDMENT OF NOTIFICATION REQUIREMENTS | STF-GL-113-A-CW 08(11/06) |
| ADDITIONAL INSURED – VOLUNTEER WORKERS | STF-GL-113-A-CW 09(11/06) |

**SCHEDULE OF FORMS AND ENDORSEMENT Cont'd**

| | |
|---|---|
| ADDITIONAL INSURED – GRANTOR OF LICENSES | STF-GL-113-A-CW 10(11/06) |
| REDUCED SELF INSURED RETENTION AND INDEMNITY AGREEMENT | STF-GL-113-A-CW 11(11/06) |
| SCHEDULE OF DESIGNATED WRAP-UPS | STF-GL-113-A-CW 12(11/06) |
| DISCLOSURE OF PREMIUM (RELATING TO DISPOSITION OF TRIA) | U-GU-630-C (12/07) |

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

· **Home Builders Protective Policy**

## 90 DAYS NOTICE OF NONRENEWAL

In consideration of no charge in premium, **Section V- HOME BUILDERS PROTECTIVE CONDITIONS**, Paragraph **I.**
**When we Do Not Renew** is deleted in its entirety and replaced with the following:

If we decide not to renew this Policy, we will mail or deliver to the first Named Insured shown in the Declarations, written
notice of the non-renewal not less than 90 days before the expiration date.

If such notice is mailed, proof of mailing will be sufficient proof of notice.

# Home Builders Protective Policy Endorsement


**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**)me Builders Protective Policy**

**INSURED CONTRACT DEFINITION AMENDMENT**

It is agreed that **SECTION VI – DEFINITIONS, 18. "INSURED CONTRACT"**, item c. is amended to read:

   c.  Any easement or license agreement.

STF-GL-10094-A-CW (11/06)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ɔme Builders Protective Policy

## PERSONAL INJURY DEFINITION AMENDMENT

IT IS UNDERSTOOD AND AGREED UNDER **SECTION VI – DEFINITIONS, 23. "PERSONAL AND ADVERTISING INJURY",** IS AMENDED TO INCLUDE THE FOLLOWING:

LIBEL, SLANDER, MALICIOUS PROSECUTION, INVASION OF PRIVACY, DISCRIMINATION OR HUMILIATION THAT RESULTS IN INJURY TO THE FEELINGS OR REPUTATION OF A NATURAL PERSON, BUT ONLY IF SUCH DISCRIMINATION OR HUMILIATION IS:

    A.  NOT DONE INTENTIONALLY BY OR AT THE DIRECTION OF ANY INSURED; AND
    B.  NOT DIRECTLY OR INDIRECTLY RELATED TO THE EMPLOYMENT, PROTECTIVE EMPLOYMENT OR TERMINATION OF EMPLOYMENT OF ANY PERSON OR PERSONS BY ANY INSURED.

IT IS FURTHER AGREED THAT EXCLUSION e: **Contractual Liability**, UNDER  **COVERAGE B. PERSONAL INJURY AND ADVERTISING LIABILITY** IS DELETED IN ITS ENTIRETY.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ɔme **Builders Protective Policy**

## BLANKET ADDITIONAL INSURED

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS.  THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**»me Builders Protective Policy**

### ADDITIONAL INSURED – SCHEDULED

**Name of Person or Organization:**

Riverside County Flood Control and Water conservation District, City of Moreno Valley, County of Riverside, and their
respective directors, officers, board of supervisors, elected officials, employees, agents, and representatives
1995 Market Street
Riverside, CA  92501

RE:  Moreno MDP Line I, Stages 5 and 6, Project Nos. 4-0-00762-05 and 4-0-00762-06; Moreno – Cold Creek Court
Storm Drain, Project 4-0-00961; Tract Nos. 32834 & 32836

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL
INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN
ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE
EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY
WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY
OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS.
THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE
LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS
POLICY.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

**Named Insured / Mailing Address:**
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

**Producer:**
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**`ome Builders Protective Policy**

## ADDITIONAL INSURED – SCHEDULED

**Name of Person or Organization:**

The County of Los Angeles and any public entity or special district for which the Los Angeles County Board of Supervisors is the Governing Body, and their agents, officers and employees, shall be additional insured(s) while acting within the scope of their duties against all claims arising out of or in connection with the work being performed.

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED.  INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU.  THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS. THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

# Home Builders Protective Policy Endorsement



**ZURICH**®

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA 30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ome Builders Protective Policy

**ADDITIONAL INSURED – SCHEDULED**

**Name of Person or Organization:**

The City of Simi Valley and it's respective boards, districts, officers, agents and employees
2929 Tapo Canyon Rd.
Simi Valley, CA 93063

IT IS AGREED THAT **SECTION II – WHO IS AN INSURED**, IS AMENDED TO INCLUDE, AS AN ADDITIONAL INSURED, ANY PERSON OR ORGANIZATION YOU ARE REQUIRED BY WRITTEN CONTRACT TO INCLUDE AS AN ADDITIONAL INSURED. INSURANCE FOR THESE PERSONS OR ORGANIZATIONS SHALL BE LIMITED TO THE EXTENT OF THE COVERAGE AND LIMITS OF LIABILITY REQUIRED BY THE WRITTEN CONTRACT AND ONLY WITH RESPECT TO LIABILITY ARISING OUT OF "YOUR WORK" WHETHER PERFORMED FOR THAT INSURED BY OR FOR YOU. THE WRITTEN CONTRACT MUST BE EXECUTED PRIOR TO THE OCCURRENCE OF ANY LOSS. THE EXTENT OF COVERAGE AND THE LIMITS OF LIABILITY OF THIS CONTRACT SHALL NOT INCREASE THE LIMITS STATED IN SECTION III – LIMITS OF INSURANCE, OF THE EXTENT OF COVERAGE STATED IN THIS POLICY.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Home Builders Protective Policy**

## BLANKET WAIVER OF SUBROGATION

IT IS AGREED THAT **SECTION V – HOME BUILDERS PROTECTIVE CONDITIONS,  PARAGRAPH 1. ITEM k** IS AMENDED TO ADD THE FOLLOWING:

IF YOU ARE REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT, WHICH IS EXECUTED BEFORE A LOSS, TO WAIVE YOUR RIGHTS OF RECOVERY FROM OTHERS, WE AGREE TO WAIVE OUR RIGHTS OF RECOVERY. THIS WAIVER OF RIGHTS APPLIES ONLY WITH RESPECT TO THE ABOVE CONTRACT(S) AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO ANY OTHER OPERATIONS IN WHICH THE INSURED HAS NO CONTRACTUAL INTEREST.



# Home Builders Protective Policy Endorsement

**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ıme **Builders Protective Policy**

### SELF INSURED RETENTION AMOUNTS

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated above.

### Self Insured Retention

| | |
|---|---|
| Each "Occurrence" / Offense (Coverage's A & B): | <u>$250,000</u> |
| Each "Construction Occurrence" (Coverage's C, D & E)- See Schedule of Designated Wrap-Up Projects, STF-GL-113-A-CW (11/06) | <u>$500,000</u> |
| Each "Construction Occurrence" (Coverage's C, D & E) – All Other | <u>$5,000,000</u> |
| Each "Occurrence" / Offense – Third Party Over Action  - All Other | <u>$1,000,000</u> |
| Each "Occurrence" / Offense – Third Party Over Action - See Schedule of Designated Wrap-Up Projects, STF-GL-113-A-CW (11/06) | <u>$500,000</u> |
| Each Project Aggregate Self Insured Retention for "Construction Occurrences" | <u>$Not Applicable</u> |
| Annual Aggregate Self Insured Retention  *Adjustable upward based on Audited Revenues at a rate of $8.68 per $1,000 Revenue | <u>*$10,000,000 Minimum</u> |
| ʌaintenance Self Insured Retention (Each "Occurrence"/Offense/ "Construction Occurrence") | <u>$100,000</u> |

STF-GL-10104-B-CW (02/07)

no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A)  **Item 4** of the **Declarations Page** is amended to the above.

B)  **Section IV – SELF INSURED RETENTION,** paragraph **2. A.** is replaced with the following:

A.  The "self insured retention" amounts stated above apply as follows:

    **a.**  The Each "Occurrence" / Offense amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence" or offense.

    **b.**  The Each "Construction Occurrence" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "construction occurrence".

    **c.**  The Each Project Aggregate "Self Insured Retention" for "Construction Occurrence" amounts shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "construction occurrences" for any one project.  If no value is shown, then the Each Project "self insured retention" Aggregate shall be unlimited.

    **d.**  The Annual Aggregate "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of all "occurrences", offenses, or "construction occurrences".  If no value is shown, then the Annual "self insured retention" Aggregate shall be unlimited.

    **e.**  The Maintenance "Self Insured Retention" amount shown under **Item 4. Self Insured Retention** of the **Declarations** page is the most you will pay for all "self insured retention" amounts arising out of any one "occurrence"/"construction occurrence"/offense in the event you have reached either an Each Project Aggregate "Self Insured Retention" or the Annual Aggregate "Self Insured Retention" Amount listed above.  If no value is shown, then the Maintenance "Self Insured Retention" amount does not apply.

The "self insured retention" amounts of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last proceeding period for purposes of determining the Each Project Aggregate "self insured retention" or the Annual  Aggregate "self insured retention", if any.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ᴊme Builders Protective Policy

### TERM EXTENSION – DESIGNATED PROJECT ENDORSEMENT

IF WE NON RENEW THIS POLICY, THE POLICY EXPIRATION DATE SHALL BE EXTENDED ON THE PROJECT (S) SHOWN IN THE SCHEDULE BELOW FOR ALL WORK THAT HAS COMMENCED DURING THE YEAR PRIOR TO **01/01/2010**, UNTIL THE EARLIER OF (A) CLOSE OF ESCROW ON ALL SUCH HOMES/UNITS/STRUCTURES OR (B) **04/01/2011**. AS SET FORTH IN THE POLICY, THE LIMITS OF INSURANCE SHALL ALSO APPLY TO THE HOME BUILDER'S LIMITED WARRANTY ISSUED TO THOSE OWNERS OF HOMES/UNITS/STRUCTURES CLOSED DURING THE EXTENSION TERM.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY REMAIN UNCHANGED.

### SCHEDULE

PROJECT: ALL PROJECTS THAT HAVE STARTED VERTICAL CONSTRUCTION ON OR BEFORE **01/01/2010.**

STF-GL-10105-A-CW (11/06)

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**EXTENDED BODILY INJURY FOR "YOUR WORK"**

1.   THIS ENDORSEMENT APPLIES ONLY IN THE EVENT THAT THIS POLICY IS NOT RENEWED.

2.   THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES SOLELY TO "BODILY INJURY" ARISING OUT OF THE "PRODUCTS-COMPLETED OPERATION HAZARD" OCCURRING DURING THE EXTENDED COMPLETED OPERATION COVERAGE PERIOD AND ARISING OUT OF "YOUR WORK" THAT YOU SELL, GIVE AWAY OR OTHERWISE TRANSFER TITLE TO DURING THE POLICY PERIOD.

3.   THIS EXTENDED COMPLETED OPERATIONS COVERAGE SHALL BE IN EFFECT FOR 10 YEARS AFTER THE COMPLETION OF EACH PROJECT OR THE EXPIRATION OF THIS POLICY, INCLUDING ANY EXTENSION THEREOF.

   THE COVERAGE AFFORDED BY THIS ENDORSEMENT SHALL BE PART OF THE COMPLETED OPERATIONS AGGREGATE LIMIT OF THE LAST YEAR OF THE ACTUAL POLICY TERM-IF THIS WAS A MULTIPLE YEAR POLICY.

4.   THE EXTENDED COMPLETED OPERATIONS COVERAGE AFFORDED BY THIS ENDORSEMENT DOES NOT APPLY TO ANY INSURED FOR ANY PRODUCT MANUFACTURED, ASSEMBLED OR OTHERWISE WORKED UPON, AWAY FROM THE "COVERAGE TERRITORY".

5.   IT IS AGREED THAT THE FIRST PARAGRAPH OF PART 1.N. OF SECTION V – OTHER INSURANCE IS DELETED AND REPLACED BY THE FOLLOWING:

THIS INSURANCE IS EXCESS OVER ANY AND ALL OF THE OTHER INSURANCE, WHETHER PRIMARY, EXCESS, CONTINGENT OR ON ANY OTHER BASIS WHICH IS AVAILABLE TO THE NAMED INSURED AS A NAMED INSURED OR AS AN ADDITIONAL INSURED ON SOMEONE ELSE'S INSURANCE POLICY.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

᠌me Builders Protective Policy

## ADDITIONAL INSURED – SCHEDULED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

### SCHEDULE

NAME OF PERSON(S) OR ORGANIZATION(S):

**THE CITY OF FOLSOM, IT'S OFFICERS, AGENTS AND EMPLOYEES**
**50 NATOMAS ST.**
**FOLSOM, CA**

LOCATION AND DESCRIPTION OF COVERED OPERATIONS:

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A.  **Section II - WHO IS AN INSURED**  is amended to include as an insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement.

The insurance provided to the additional insured person or organization applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I - Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and **Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY,** and

STF-GL-10117-D-CW (04/08)

**Section I – Coverage D – Construction Damage Liability**, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf; and resulting directly from:

    a. Your ongoing operations performed for the additional insured at the location designated and described in the Schedule; or

    b. "Your work" completed as included in the "products-completed operations hazard", performed for the additional insured at the location designated and described in the Schedule.

C. However, regardless of the provisions of paragraphs **A.** and **B.** above:

1. We will not extend any insurance coverage to the additional insured person or organization:

    a. That is not provided to you in this policy; or

    b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

2. We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

    a. The Limits of Insurance provided to you in this policy; or

    b. The Limits of Insurance you are required to provide in the written contract or written agreement.

D. The insurance provided to the additional insured person or organization does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

1. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

2. Supervisory, inspection, architectural or engineering activities.

E. The additional insured must see to it that:

1. We are notified as soon as practicable of an "occurrence" , "construction occurrence" or offense that may result in a claim:

2. We receive written notice of a claim or "suit" as soon as practicable; and

3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

F. With respect to the insurance provided by this endorsement:

1. The following paragraph is added to **1.n.(1)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions:**

    This insurance is primary insurance as respects our coverage to the additional insured person or organization, where the written contract or agreement requires that this insurance be primary and non-contributory. In that event, we will not seek contribution from any other insurance policy available to the additional insured on which the additional insured person or organization is a Named Insured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2.  The following paragraph is added to Paragraph **1.n.(2)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ᴐme Builders Protective Policy

## ADDITIONAL INSURED – SCHEDULED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

### SCHEDULE

NAME OF PERSON(S) OR ORGANIZATION(S):

**THE CITY OF ELK GROVE, IT'S OFFICERS, EMPLOYEES, BOARDS, COMMISSION AND VOLUNTEERS**
**8400 LAGUNA PALMS WAY**
**ELK GROVE, CA  95758**

LOCATION AND DESCRIPTION OF COVERED OPERATIONS:

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A. **Section II - WHO IS AN INSURED**  is amended to include as an insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement.

The insurance provided to the additional insured person or organization applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I - Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and **Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY,** and

STF-GL-10117-D-CW (04/08)

**Section I – Coverage D – Construction Damage Liability**, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf; and resulting directly from:

   a. Your ongoing operations performed for the additional insured at the location designated and described in the Schedule; or

   b. "Your work" completed as included in the "products-completed operations hazard", performed for the additional insured at the location designated and described in the Schedule.

C. However, regardless of the provisions of paragraphs **A.** and **B.** above:

   1. We will not extend any insurance coverage to the additional insured person or organization:

      a. That is not provided to you in this policy; or

      b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

   2. We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

      a. The Limits of Insurance provided to you in this policy; or

      b. The Limits of Insurance you are required to provide in the written contract or written agreement.

D. The insurance provided to the additional insured person or organization does not apply to:

   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

   1. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

   2. Supervisory, inspection, architectural or engineering activities.

E. The additional insured must see to it that:

   1. We are notified as soon as practicable of an "occurrence" , "construction occurrence" or offense that may result in a claim:

   2. We receive written notice of a claim or "suit" as soon as practicable; and

   3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

F. With respect to the insurance provided by this endorsement:

   1. The following paragraph is added to **1.n.(1)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions:**

      This insurance is primary insurance as respects our coverage to the additional insured person or organization, where the written contract or agreement requires that this insurance be primary and non-contributory. In that event, we will not seek contribution from any other insurance policy available to the additional insured on which the additional insured person or organization is a Named Insured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2.   The following paragraph is added to Paragraph **1.n.(2)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

ıme **Builders Protective Policy**

**ADDITIONAL INSURED – SCHEDULED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

**SCHEDULE**

NAME OF PERSON(S) OR ORGANIZATION(S):

**EASTERN MUNICIPAL WATER DISTRICT**
**ATTN:  FIELD ENGINEERING**
**P.O. BOX 8300**
**PERRIS, CA  92572-8300**

LOCATION AND DESCRIPTION OF COVERED OPERATIONS:

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A.  **Section II - WHO IS AN INSURED** is amended to include as an insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement.

B.  The insurance provided to the additional insured person or organization applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I - Coverage A, BODILY INJURY AND PROPERTY**

STF-GL-10117-D-CW (04/08)

**DAMAGE LIABILITY,** and **Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY,** and **Section I – Coverage D – Construction Damage Liability,** but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf; and resulting directly from:

   a. Your ongoing operations performed for the additional insured at the location designated and described in the Schedule; or

   b. "Your work" completed as included in the "products-completed operations hazard", performed for the additional insured at the location designated and described in the Schedule.

**C.** However, regardless of the provisions of paragraphs **A.** and **B.** above:

1. We will not extend any insurance coverage to the additional insured person or organization:

   a. That is not provided to you in this policy; or

   b. That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

2. We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

   a. The Limits of Insurance provided to you in this policy; or

   b. The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.** The insurance provided to the additional insured person or organization does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

1. The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

2. Supervisory, inspection, architectural or engineering activities.

**E.** The additional insured must see to it that:

1. We are notified as soon as practicable of an "occurrence" , "construction occurrence" or offense that may result in a claim;

2. We receive written notice of a claim or "suit" as soon as practicable; and

3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity. This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**F.** With respect to the insurance provided by this endorsement:

1. The following paragraph is added to **1.n.(1)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions:**

   This insurance is primary insurance as respects our coverage to the additional insured person or organization, where the written contract or agreement requires that this insurance be primary and non-contributory. In that event, we will not seek contribution from any other insurance policy available to the additional insured on which the additional insured person or organization is a Named Insured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.