2.  The following paragraph is added to Paragraph **1.n.(2)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address
**BEAZER HOMES USA, INC.
400 NORTHPARK TOWN CENTER
1000 ABERNATHY RD., NE, STE 1200
ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA
3475 PIEDMONT RD., STE 1200
ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**ne Builders Protective Policy**

**ADDITIONAL INSURED – SCHEDULED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

**SCHEDULE**

NAME OF PERSON(S) OR ORGANIZATION(S):

**THE TOWN OF HAMPTONBURGH
18 BULL ROAD
CAMPBELL HALL, NY  10916**

LOCATION AND DESCRIPTION OF COVERED OPERATIONS:

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

A.  **Section II - WHO IS AN INSURED**  is amended to include as an insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement.

The insurance provided to the additional insured person or organization applies only to "bodily injury", "property damage" or "personal and advertising injury" covered under **Section I - Coverage A, BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and **Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY,** and

STF-GL-10117-D-CW (04/08)

**Section I – Coverage D – Construction Damage Liability**, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1.  Your acts or omissions; or

2.  The acts or omissions of those acting on your behalf; and resulting directly from:

    a.  Your ongoing operations performed for the additional insured at the location designated and described in the Schedule; or

    b.  "Your work" completed as included in the "products-completed operations hazard", performed for the additional insured at the location designated and described in the Schedule.

**C.**  However, regardless of the provisions of paragraphs **A**. and **B**. above:

1.  We will not extend any insurance coverage to the additional insured person or organization:

    a.  That is not provided to you in this policy; or

    b.  That is any broader coverage than you are required to provide to the additional insured person or organization in the written contract or written agreement; and

2.  We will not provide Limits of Insurance to the additional insured person or organization that exceed the lower of:

    a.  The Limits of Insurance provided to you in this policy; or

    b.  The Limits of Insurance you are required to provide in the written contract or written agreement.

**D.**  The insurance provided to the additional insured person or organization does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

1.  The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

2.  Supervisory, inspection, architectural or engineering activities.

**E.**  The additional insured must see to it that:

1.  We are notified as soon as practicable of an "occurrence" , "construction occurrence" or offense that may result in a claim:

2.  We receive written notice of a claim or "suit" as soon as practicable; and

3.  A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**F.**  With respect to the insurance provided by this endorsement:

1.  The following paragraph is added to **1.n.(1)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions:**

    This insurance is primary insurance as respects our coverage to the additional insured person or organization, where the written contract or agreement requires that this insurance be primary and non-contributory. In that event, we will not seek contribution from any other insurance policy available to the additional insured on which the additional insured person or organization is a Named Insured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2.  The following paragraph is added to Paragraph **1.n.(2)** of the Other Insurance Condition of **Section V – Home Builders Protective Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

Any provisions in this Coverage Part not changed by the terms and conditions of this endorsement continue to apply as written.

STF-GL-10117-D-CW (04/08)
Page 3 of 3

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.
400 NORTHPARK TOWN CENTER
1000 ABERNATHY RD., NE, STE 1200
ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA
3475 PIEDMONT RD., STE 1200
ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**me Builders Protective Policy**

## RESULTING DAMAGE TO YOUR WORK

**Coverage D -- Construction Damage Liability, 1. Insuring Agreement** is deleted and replaced by the following:

## COVERAGE D – CONSTRUCTION DAMAGE LIABILITY

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to or arising out of  "your work".  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "construction occurrence" and settle any claim or "suit" that may result.  But:

        **(1)** The amount we will pay for damages is limited as described in **Section III – Limits of Insurance**; and

        **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages  A, B or D**, "repair costs" under **Coverage C** or medical expenses under **Coverage E.**

**b.** This insurance applies to "property damage" only if:

   **(1)** The "property damage" is caused by a "construction occurrence" that takes place in the "coverage territory"; and

   **(2)** The "property damage" is to or arises out of "your work" that:

   **(a)** you sell, give away or otherwise transfer title to during the policy period; or

   **(b)** first qualifies within the "products-completed operations hazard" during the policy period and is never owned by you.

**c.** Damages because of "property damage" include damages the insured becomes legally obligated to pay because of "property damage" to or arising out of "your work" and shall be deemed to be caused by a "construction occurrence", but only if:

   **(1)** The "property damage" is  the result of work performed on your behalf by your subcontractor(s) ;

   **(2)** The work performed by the subcontractor(s) is within the "products-completed operations hazard"; and

   **(3)** The "property damage" is unexpected and not intended from the standpoint of the insured.

**d.** No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments – Coverages  A, B, C** and **D.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

me **Builders Protective Policy**

## PREMIUM AND REPORTS AGREEMENT – COMPOSITE RATED POLICIES

### Schedule

1. **Unit of Exposure (Check One):**

    ___ per 1,000 **gallons**         ___ per **licensed "auto"**         ___ per $1,000 **gross sales**

    ___ per $1,000 **payroll**        _X_ per **other:**  _$1,000 Revenue_

2. **Coverage Unit of Exposure**

| Coverage Unit of Exposure | | Rate(s) | Estimated Premium(s) |
|---|---|---|---|
| Revenue – All Other | $1,125,601,885 | $2.13* | $2,397,532 |
| Revenue – Wrap Ups | $26,134,000 | $4.10* | $  107,149 |

    (Per Schedule of Designated Wrap-Ups per STF-GL-113-A-CW (11/06)

**\*COMPOSITE RATE DOES NOT INCLUDE 1% TRIA CHARGE**

3. **Deposit Premium:**      $ 2,529,728 ($2,504,681 + $25,047 TRIA)

4. **Minimum Premium:**     $ 1,391,350($1,377,575 + $13,775 TRIA)

**SECTION V – HOME BUILDERS PROTECTION CONDITIONS, Condition h, Premium Audit,** is replaced by the follow-

n.  **Premium Audit**

**(1)** We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule above or attached hereto.

**(2)** For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

**(3)** Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit and any interim adjustment premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of 55% of the estimated policy premium or the Minimum Premium shown in the Schedule.

**(4)** The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

**(5)** The units of exposure shown in the Schedule are defined as follows:

    **a.** **Gallons** means the total number of gallons of liquefied petroleum gasses invoiced on any basis to any customer, whether or not the insured actually takes possession of such gases.

    **b.** **Gross sales** means gross sales invoiced, before discounts, but does not include taxes collected for any governmental unit.

    **c.** **Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

    **d.** **Other** means the unit of exposure defined in the Unit of Exposure endorsement attached to this policy.

    **e.** **Payroll** means total remuneration for all "employees" of the insured as defined in our rating manuals.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
   **me Builders Protective Policy**

## UNIT OF EXPOSURE

The Units of Exposure for "per **other**" as shown in the Premium and Reports Agreement – Composite Rated Policies endorsement are defined as follows:

**Revenue**
The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:

   a.  All goods, services, or products sold or distributed;

   b.  Operations performed during the policy period

   c.  Rentals; and

   d.  Dues or fees


2.  Inclusions
The following items shall not be deducted:

   a. Trade or cash discounts

   b. Bad debts; and

   c. Repossession of items sold on installments(amount actually collected)

# Home Builders Protective Policy Endorsement



**ZURICH**®

Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## NAMED INSURED WORDING

Beazer Homes et al including any and all affiliates, divisions or subsidiary corporations thereof; and any other legal entity in which you have more than fifty percent ownership or over which you exercise management or financial control or have contractually agreed to provide insurance for; and any trust or foundation operated, maintained or administered by the Named Insured.

It is agreed that any affiliates, divisions or subsidiary corporations hereafter acquired shall be covered effective on the date of acquisition.  This policy shall apply as excess insurance over any other insurance available to any such organization.

It is further agreed that Beazer's interest in all partnerships or joint ventures heretofore existing, now existing or hereafter created will be covered, but this policy shall apply as excess of any other valid and collectible insurance available to the partnership or joint venture.   However, all partnerships and joint ventures, including limited liability companies, are Insureds, but only with respect to Beazer's interest.

STF-GL-113-A-CW (11/06)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.
400 NORTHPARK TOWN CENTER
1000 ABERNATHY RD., NE, STE 1200
ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA
3475 PIEDMONT RD., STE 1200
ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT**

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE"** MEANS: IS AMENDED TO:

    a.   UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.   UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.   UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

(1) ARE IN THE SAME REGION; AND
(2) UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
(3) UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

REGION MEANS: **REGION 3:**   ATLANTA, JACKSONVILLE, FT MYERS, ORLANDO, TAMPA, CHARLESTON, COLUMBIA, CHARLOTTE, MYRTLE BEACH, NORTHWEST FLORIDA, SAVANNAH

                 **REGION 2:**   DELAWARE, MARYLAND, NEW JERSEY, VIRGINIA, CINCINNATI, COLUMBUS, INDIANAPOLIS, RALEIGH, LEXINGTON, NEW YORK, NASHVILLE, WEST VIRGINIA,

# Home Builders Protective Policy Endorsement



|  |  |
|---|---|
| **REGION 1:** | PENNSYLVANIA |
|  | DENVER, DALLAS, HOUSTON, LAS VEGAS, PHOENIX, NEW MEXICO, LOS ANGELES, ORANGE, NORTHERN CALIFORNIA |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Home Builders Protective Policy Endorsement



**ZURICH**®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**FELLOW EMPLOYEE COVERAGE ENDORSEMENT**

It is agreed that paragraph **2. a. (1)** of **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

(1)  "Bodily injury" or "personal and advertising injury":

    (a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company);

    (b)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) (a) above; or

    (c)  Arising out of his or her providing or failing to provide professional health care services.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**AMENDMENT SECTION IV, 2.G.2.m**

Section IV – **Self Insured Retention, 2.G.2. Notification of Potential Penetration**, subparagraph m. is hereby removed in its entirety.

# Home Builders Protective Policy Endorsement



## ZURICH®

**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
MARSH USA, INC. OF GA
3475 PIEDMONT RD., STE 1200
ATLANTA, GA  30305-3988

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**AMENDMENT OF SECTION I-COVERAGE C. 2. EXCLUSIONS**

**Coverage C – Home Builders Limited Warranty, Section 2.a.b. & c. is hereby deleted and replaced with the following:**

**2.  Exclusions**

This insurance does not apply to:

a.  **Normal Customer Service Expenses**

Any expenses incurred by you for any customer care program, defined as the first $1,000 per home in warranty expenses, for repairs that do not meet definition of "construction defect" that you provide to the buyers of a home.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

## AMENDMENT OF NOTIFICATION REQUIREMENTS

Section V. **Home Builders Protective Conditions,** paragraph 3. **Conditions Specific to Coverage C – Home Builders Warranty,** Item b. is replaced with the following:

b. **Duties in the Event of a Request for Warranty Performance Relative to a Construction Defect**

When you receive a "Request for Warranty Performance" from a homeowner to which a "Home Builder's Limited Warranty" was issued by you or on your behalf that is subject to this insurance, you shall:

(1) Repair or otherwise resolve the "construction defect" if the "repair costs" are less than $50,000 a "home" without notifying us; or
(2) Notify us if"
    (a) The "repair costs" are likely to exceed $50,000 for any one "home" or $500,000 any one "construction Occurrence" before you repair the "construction defect"; or
    (b) You decline to repair the "construction defect" for any reason/
(3) Maintain such records and accounts that may be required to identify and document the costs you have incurred relating to the "repair costs" incurred with respect to the "construction defect".

STF-GL-113-A-CW (11/06)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

**ADDITIONAL INSURED – VOLUNTEER WORKERS**

Section II—Who Is An Insured is amended to include as an insured any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you. However, none of these volunteer worker(s) are insureds for:

1.  "Bodily injury" or "personal and advertising injury":
    a.  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to your other volunteer worker(s) or to your "employees" arising out of and in the course of their duties for you;
    b.  To the spouse, child, parent, brother or sister of your volunteer worker(s) or your "employees" as a consequence of paragraph **1.a.** above;
    c.  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **1.a.** or **b.** above; or
    d.  Arising out of his or her providing or failing to provide professional health care services.
2.  "Property damage" to property:
    a.  Owned, occupied, or used by,
    b.  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your other volunteer workers, your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

STF-GL-113-A-CW (11/06)

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA 30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

### ADDITIONAL INSURED – GRANTOR OF LICENSES

### SCHEDULE

**INSURED – Trinity Homes, LLC**

**Name of Person(s) or Organization(s):  The Consolidated City of Indianapolis**

**License #C6698700**

**604 N. Sherman Drive**

**Indianapolis, IN 46201**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

**Section II – Who Is An Insured** is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a license to you.



# Home Builders Protective Policy Endorsement

**Steadfast Insurance Company**
**Dover, Delaware**
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

￢me Builders Protective Policy

### REDUCED SELF INSURED RETENTION AND INDEMNITY AGREEMENT ENDORSEMENT

**SCHEDULE:  "ALL ACTIVE HOME OWNER ASSOCIATES(HOA) CLOSING CERTIFICTAE HOLDERS, AS ON FILE"**

It is understood and agreed that if a claim is made or "suit" is brought against the insured by any person or organization to whom an evidence of insurance document has been issued for the above schedule projects, which specifies a "self insured retention" amount that is less than the "self insured retention" amount specified in item 4. of the Declaration of this policy, then the "self insured retention" applicable to such claim or "suit" shall be the lesser amount.  However, the insured agrees to indemnify us for the difference between the lesser "self insured retention" amount shown in the evidence of insurance document and the "self insured retention" amount shown in item 4. of the Declarations and to promptly reimburse us for any "self insured retention" amounts we may incur in enforcing this indemnity agreement.

All other terms and conditions of this policy remain unchanged.

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA 30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA 30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**me Builders Protective Policy**

## SCHEDULE OF DESIGNATED WRAP-UP PROJECTS

Discovery Collection
3121 Tolliver St.
Sacramento, CA  95833

Iris Landing
26029 Iris Avenue
Moreno Valley, CA  92555

Stoneridge/Rockcliffe
Nason & Eucalyptus
Moreno Valley, CA  92555

Foothill Walk/Upland 72
1489 West Foothill Blvd.
Upland, CA  91786

Fusion at Natomas Fields
3900 E. Commerce Way
Sacramento, CA  95834

Fusion at Capital Village
3124 Bridgeway Dr.
Rancho Cordova, CA  95670

Villas at Capital Village
3124 Bridgeway Dr
Rancho Cordova, CA  95670

Dover Place
(Condos – 4437 Dover StraightSt.;
Townhomes – 5121 Dubris Dr.)
Las Vegas, NV  89115

STE CL 113-A CW (11/06)



**ZURICH**

THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| **1% of Premium** |

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**
In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**
The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the insurer retention. The insurer retention equals 20% of the insurer's prior calendar year direct earned premium associated with lines of insurance subject to TRIA. TRIA is scheduled to expire on December 31, 2014.

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a Program Year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
1. to be an act of terrorism;
2. to be a violent act or an act that is dangerous to human life, property or infrastructure;
3. to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2007 Zurich American Insurance Company
Includes copyrighted material of ISO Properties, Inc. with its permission

# Home Builders Protective Policy Endorsement



Steadfast Insurance Company
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

## ENDORSEMENT #002

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | 04/01/2009 | 18418/000 | -0- | -0- |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of no change in premium, effective 04/01/2009 the Construction Occurrence Definition Amendment - STF-GL-113-A-CW is amended as per the attached.

All other terms and conditions remain unchanged.

STF-GL-113-A-CW (11/06)

# Home Builders Protective Policy Endorsement



### Steadfast Insurance Company
### Dover, Delaware
### Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | 04/01/2009 | 18418-000 | | |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

~~me Builders Protective Policy

### CONSTRUCTION OCCURRENCE DEFINITION AMENDMENT

IT IS AGREED THAT **SECTION VI – DEFINITIONS, 6. "CONSTRUCTION OCCURRENCE" MEANS:** IS AMENDED TO:

    a.  UNDER COVERAGE **C**, AN EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    b.  UNDER COVERAGE **D**, AN ACCIDENT INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS; OR

    c.  UNDER COVERAGE **E**, AN ACCIDENT, EVENT OR HAPPENING INCLUDING CONTINUOUS OR REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

FOR PURPOSES OF THIS POLICY, ALL "CONSTRUCTION OCCURRENCES" THAT AFFECT MORE THAN ONE "HOME" OR "COMMON ELEMENT" SHALL BE DEEMED TO CONSTITUTE A SINGLE "CONSTRUCTION OCCURRENCE" IF ALL SUCH "HOMES" OR "COMMON ELEMENTS":

    (1)  ARE IN THE SAME REGION; AND
    (2)  UNDER COVERAGE **C**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME "CONSTRUCTION DEFECT" OR "CONSTRUCTION DEFECTS;" or
    (3)  UNDER COVERAGE **D**, HAVE BEEN AFFECTED BY THE SAME OR SUBSTANTIALLY THE SAME GENERAL HARMFUL CONDITIONS.

REGION MEANS:  **REGION 3:**  ATLANTA, JACKSONVILLE, FT MYERS, ORLANDO, TAMPA, CHARLESTON, COLUMBIA, CHARLOTTE, MYRTLE BEACH, NORTHWEST FLORIDA, SAVANNAH

                **REGION 2:**  DELAWARE, MARYLAND, NEW JERSEY, VIRGINIA, CINCINNATI, COLUMBUS, INDIANAPOLIS, RALEIGH, LEXINGTON, NEW YORK, NASHVILLE, WEST VIRGINIA,

STF-GL-113-A-CW (11/06)



# Home Builders Protective Policy Endorsement

PENNSYLVANIA

**REGION 1:** DENVER, DALLAS, HOUSTON, LAS VEGAS, PHOENIX, NEW MEXICO, SOUTHERN CALIFORNIA, NORTHERN CALIFORNIA

# Home Builders Protective Policy Endorsement



**Steadfast Insurance Company**
**Dover, Delaware**
**Administrative Offices - 1400 American Lane, Schaumburg, Illinois  60196-1056**

# 001

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| HBP 3991380-02 | 04/01/2009 | 04/01/2010 | 04/01/2009 | 18418/000 | -0- | -0- |

Named Insured / Mailing Address:
**BEAZER HOMES USA, INC.**
**400 NORTHPARK TOWN CENTER**
**1000 ABERNATHY RD., NE, STE 1200**
**ATLANTA, GA  30328**

Producer:
**MARSH USA, INC. OF GA**
**3475 PIEDMONT RD., STE 1200**
**ATLANTA, GA  30305-3988**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Home Builders Protective Policy**

In consideration of no change in premium, effective 04/01/2009 the policy expiration date is amended to 04/01/2010.

All other terms and conditions remain unchanged.

STF-GL-113-A-CW (11/06)