IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | :MDL NO. 2047 :Section L : |
| This Document Relates to | :JUDGE FALLON |
| Germano, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.) | :MAG. JUDGE WILKINSON |

<u>**VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S NOTICE OF ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO.**</u>

TO:
**Taishan Gypsum Co., Ltd.**
**f/k/a Shandong Taihe Dongxin Co.**
Through its attorney
Richard C. Stanley, Esq.
Stanley Reuter Ross Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Please take notice that Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, pursuant to Rule 30(b)(6) and the Federal Rules of Civil Procedure, will take the deposition of Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., beginning on Monday, April 4, 2011, and to continue for the entirety of the week until the deposition can be concluded, starting 9:00 a.m. (Hong Kong Time) each day, at 3 Pedder Street, Central, Hong Kong, #852 2480 2710, or at another location mutually agreed upon by the

1

parties. Pursuant to Fed. R. Civ. P. 30(b)(6), Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., concerning the topics identified in Schedule A attached to the PSC's Amended Re-Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. Pro. 30(b)(6) directed at Taishan Gypsum Co., Ltd., dated March 22, 2011 ("Re-Notice").

The notice and instructions to other parties set forth in the Re-Notice are incorporated herein by reference.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is a deposition in the above mentioned action with respect to jurisdiction and corporate structures, and may be used for other purposes as authorized by the Rules or by agreement of the parties.

This the 24th day of March, 2011.

Respectfully submitted,

By: _____/s/_____

Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

_____/s/_____

Kenneth F. Hardt