UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY,
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, AMERICAN
ZURICH INSURANCE COMPANY, AND ZURICH AMERICAN INSURANCE COMPANY'S
MOTION TO SEVER PURSUANT TO RULE 20
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants Maryland Casualty Company ("MCC"), Steadfast Insurance Company ("Steadfast"), American Guarantee and Liability Insurance Company ("AGLIC"), American Zurich Insurance Company ("AZIC"), and Zurich American Insurance Company ("ZAIC") (collectively, "the Zurich Companies") hereby move to dismiss all of the Non-Louisiana claims against their insureds ("the Non-Louisiana Claims") (*Exhibit A hereto*) because the *Amato* Amended Complaint improperly joined these listed claims to other claims for which jurisdiction may exist. For support of this Motion, the Zurich Companies refer to their Memorandum in Support of this Motion, filed herewith, and incorporate by reference the Travelers' Memorandum of Law in Support of Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil Procedure. Further, the Zurich Companies move to dismiss the Non-Louisiana claims because this Court is the improper venue, and joins and incorporates by reference Quanta Indemnity Company's Motion to Dismiss for Improper Venue and Memorandum in Support and Quanta

Indemnity Company's Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil
Procedure.

Respectfully submitted,

THOMAS L. GAUDRY, JR., (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION,
LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466  Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Guarantee and Liability
Insurance Company; Steadfast Insurance Company;
American Zurich Insurance Company, Zurich American
Insurance Company and Maryland Casualty Company

**AND**

J. STEPHEN BERRY, GA. Bar No. 053106
J. RANDOLPH EVANS, GA. Bar No. 252336
McKENNA, LONG & ALDRIDGE, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Guarantee and Liability
Insurance Company; Steadfast Insurance Company;
American Zurich Insurance Company, Zurich American
Insurance Company and Maryland Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Maryland Casualty Company, Steadfast Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company and Zurich America Insurance Company's Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil Procedure,* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

Wade A. Langlois, III, LSBA #17681