# EXHIBIT A

Exhibit A - Claims Subject to Dismissal

| Plaintiff | Insured Defendant | Insurance Company Defendant |
|---|---|---|
| Petone, Anthony Peter<br>910 Maple Street<br>Waveland, MS  39576 | 84 Lumber Co. | Zurich American Insurance Co. |
| Brennan, John & Barbara<br>875 39th Avenue NW<br>Naples, FL  34120 | 84 Lumber Co. LP | Zurich American Insurance Co. |
| Polk, Donna<br>330 Lang Avenue<br>Pass Christian, MS  39571 | 84 Lumber Co. LP | Zurich American Insurance Co. |
| Alva, Alicia<br>3860 72nd Avenue NE<br>Naples, FL  34120 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Bilski, Walter & Tracey<br>2071 High Meadow Lane<br>Lock Haven, PA  17745 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL  33862 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Campbell, Thomas & Kelli<br>25504 Antler Street<br>Christmas, FL  32709 | L&W Supply Corp. d/b/a Seacoast Supply | American Zurich Insurance Co. |
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL  34994 | USG Corp. | American Zurich Insurance Co. |
| Lefton, David & Garcia, Michelle<br>106 SW Milburn Circle<br>Port St. Lucie, FL  34953 | USG Corp. | American Zurich Insurance Co. |
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA  30008 | USG Corp. | American Zurich Insurance Co. |
| Gody, Anthoney & Candace<br>10842 Tiberio Drive<br>Fort Myers, FL  33913 | USG Corp. | American Zurich Insurance Co. |
| Hanlon, Patrick & Ann<br>3407 W Oakellar Avenue<br>Tampa, FL  33611 | Black Bear Gypsum Supply, Inc. | Maryland Casualty Co. |
| Durrance, Barry & Denise<br>108030 Driftwood Lane<br>Lutz, FL  33558 | Black Bear Gypsum Supply, Inc. | Maryland Casualty Co. |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, FL  33556 | Black Bear Gypsum, LLC | Maryland Casualty Co. |

| | | |
|---|---|---|
| Wilcox, Eric & Karen<br>14117 Stowbridge Avenue<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Carciato, Lisa<br>13471 Little Gem Circle<br>Ft. Myers, FL  33913 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Gill, Ted & Pamela<br>13464 Little Gem Circle<br>Ft. Myers, FL  33913 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Kapalin, Daniel & Danielle<br>14115 Stowbridge Avenue<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Morris, Robert<br>14123 Stilton Street<br>Tampa, FL  33626 | Beazer Homes Corp. | Steadfast Insurance Co.<br>AGLIC |
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Brazon, Kevin & Jennifer<br>9326 River Rock Lane<br>Riverview, FL  33569 | M/I Homes, Inc. | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Corell, Roberto & Angela<br>11416 Dutch Iris Drive<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Martineau, Bill & Cynthia<br>9312 River Rock Lane<br>Riverview, FL  33578 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Minafri, Steven<br>2511 Yukon Cliff Drive<br>Ruskin, FL  33570 | M/I Homes, Inc.<br>M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |
| Stanley, Duke<br>2517 Yukon Cliff Drive<br>Ruskin, FL  33570 | M/I Homes of Tampa, LLC | Steadfast Insurance Co.<br>Zurich American Insurance Co. |