UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendants Maryland Casualty Company ("MCC"), Steadfast Insurance Company ("Steadfast"), American Guarantee and Liability Insurance Company ("AGLIC"), American Zurich Insurance Company ("AZIC"), and Zurich American Insurance Company ("ZAIC") (collectively, "the Zurich Companies") will bring on for submission their *Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil Procedure* on April 13, 2011, at 9:00 a.m.

Respectfully submitted,

_____
THOMAS L. GAUDRY, JR., (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466  Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Guarantee and Liability Insurance Company; Steadfast Insurance Company; American Zurich Insurance Company, Zurich American Insurance Company and Maryland Casualty Company

**AND**

                **J. STEPHEN BERRY, GA. Bar No. 053106**
                **J. RANDOLPH EVANS, GA. Bar No. 252336**
                **McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Guarantee and Liability Insurance Company; Steadfast Insurance Company; American Zurich Insurance Company, Zurich American Insurance Company and Maryland Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission of Maryland Casualty Company, Steadfast Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company and Zurich America Insurance Company's Motion to Sever Pursuant to Rule 20 of the Federal Rules of Civil Procedure,* has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*/s/ Wade A. Langlois*
Wade A. Langlois, III, LSBA #17681