# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION<br><br>**This document relates to:**<br><br>DEAN and DAWN AMATO, *et al.*<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY, *et al.*<br>Civil Action No. 10-0932 | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAJ. JUDGE WILKINSON |

## LOCAL RULE 7.2 NOTICE OF SUBMISSION

TO: Plaintiffs, through their Liaison Counsel
     Russ Herman
     Herman, Herman, Katz & Cotlar
     820 O'Keefe Ave.
     New Orleans, LA

     Please take notice that the Motion to Stay Pending Arbitration filed by Defendants XL Insurance Company Limited and XL Insurance Company Limited as successor to XL Europe Limited is noticed for submission on April 13, 2011, or on such other date that will be set by Judge Fallon.

                                        Respectfully submitted,

                                        *Martin A. Stern*
                                        MARTIN A. STERN, T.A. (#17154)
                                        JEFFREY E. RICHARDSON (#2323)
                                        CHRISTINE S. FORTUNATO (#30505)
                                        ADAMS AND REESE LLP
                                        One Shell Square
                                        701 Poydras Street, Suite 4500
                                        New Orleans, LA 70139
                                        Telephone: (504) 581-3234
                                        Facsimile: (504) 566-0210
                                        Martin.Stern@arlaw.com
                                        Jeff.Richardson@arlaw.com
                                        Christine.Fortunato@arlaw.com

>STEPHEN M. MARCELLINO
>RICHARD S. OELSNER
>JENNIFER ALAMPI
>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>3 Gannett Drive
>White Plains, NY 10604-3407
>Telephone:  (914) 323-7000
>Facsimile:  (914) 323-7001
>Stephen.Marcellino@wilsonelser.com
>Richard.Oelsner@wilsonelser.com
>Jennifer.Alampi@wilsonelser.com
>
>*Attorneys For XL Insurance Company Limited and XL Insurance Company Limited as successor to XL Europe Limited*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

>*Jeffrey E. Richardson*
>JEFFREY E. RICHARDSON