UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>) | MDL No. 20477<br>Section L |
|  | ) |  |
| This Document Relates to: | )<br>) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Dean and Dawn Amato, et al., v.*<br>*Liberty Mutual Insurance Co., et al.*<br>*Case No. 10-932* | )<br>)<br>) |  |
|  | ) |  |

## AFFIDAVIT OF PAUL S. DE GIULIO

I, Paul S. DeGiulio, under penalty of perjury, being first duly sworn on oath, depose and state that I am of legal age, am under no disability, and based upon personal knowledge, that the following facts are true and correct to the best of my knowledge:

1) I respectfully submit this affidavit in support of the motion of defendant Allied World Assurance Company, Ltd ("Allied World Bermuda") to dismiss plaintiffs' Complaint in the United States District Court for the Eastern District of Louisiana, Civil Action No.: 10-932.

2) I am Vice President Claims Officer of Allied World Bermuda. I have been employed by Allied World Bermuda as Vice President Claims Officer since July 1, 2004.

3) During my tenure with Allied World Bermuda, I have had the opportunity to acquire considerable knowledge of Allied World Bermuda's operations and have intimate knowledge of Allied World Bermuda's organization and business pursuits.

4) Allied World Bermuda is a Bermuda company, organized and existing as an insurance company under the laws of Bermuda and headquartered at 27 Richmond Road, Pembroke, HM 08,

1

CH/367341v1

**EXHIBIT A**

Bermuda.  Its principal place of business is in Pembroke, Bermuda.  It does not maintain any offices in the United States or its territories.

5)    Allied World Bermuda is a wholly-owned subsidiary of Allied World Assurance Company Holdings, AG, a Swiss company with its principal place of business located in Zug, Switzerland.

6)    An applicant seeking insurance coverage from Allied World Bermuda must approach, solicit and conduct any and all business transactions with Allied World Bermuda in Bermuda through Bermuda-based or London-based insurance brokers.  Any and all Allied World Bermuda policies are issued and delivered to Bermuda-based insurance brokers in Bermuda or London-based insurance brokers in London.

7)    Premiums to Allied World Bermuda are paid only in Bermuda through Bermuda-based or London-based insurance brokers.

8)    Allied World Bermuda has never been authorized, licensed, registered or otherwise qualified to sell insurance or to conduct any other type of business in Louisiana or anywhere else in the United States.  Allied World Bermuda is not subject to any regulation by any United States-based insurance regulatory authority.

9)    Allied World Bermuda does not have any officers, agents, employees or other representatives within the State of Louisiana or elsewhere in the United States for the transaction of any business.

10)    Allied World Bermuda does not negotiate any insurance policies in Louisiana or elsewhere in the United States.

11)    Allied World Bermuda does not underwrite insurance from any location in Louisiana, nor does it underwrite any business through any agents located or domiciled in Louisiana or anywhere else in the United States.

12)     Allied World Bermuda does not currently solicit, nor has it ever solicited, the sale of any products or services in the State of Louisiana or elsewhere in the United States.

13)     Allied World Bermuda has never maintained any office, place of business, mailing address, bank account or telephone listing in the State of Louisiana or anywhere else in the United States.

14)     Allied World Bermuda has never had any subsidiary corporation that has maintained any office, place of business, mailing address, bank account or telephone listing in the State of Louisiana or anywhere else in the United States.

15)     Allied World Bermuda has never had any interest in, used, leased or possessed any real or personal property of any kind in the State of Louisiana.

16)     Allied World Bermuda does not hold any assets or financial accounts in the State of Louisiana.

17)     Allied World Bermuda has never appointed or had a registered agent for service of process or otherwise in the State of Louisiana.

FURTHER AFFIANT SAYETH NOT

Dated this _13_ of March, 2011.

_____
Name

Sworn before me
this _23_ day of March, 2011
at _HAMILTON, BERMUDA_

_____
Notary Public

ROBIN J MAYOR
NOTARY PUBLIC
HAMILTON, BERMUDA

CH/367341v1

3