UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>This Document Relates to: )<br>)<br>*Dean and Dawn Amato, et al., v.* )<br>*Liberty Mutual Insurance Co., et al.* )<br>*Case No. 10-932* )<br>_____ ) | MDL No. 2047<br>Section L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**DEFENDANT ALLIED WORLD ASSURANCE COMPANY, LTD'S NOTICE OF SUBMISSION OF MOTION TO  DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Please take notice that Defendant Allied World Assurance Company, Ltd, improperly sued as Allied World Assurance Company, submits for decision its Motion To Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(5) of the Federal Rules of civil Procedure to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, as of April 13, 2011 at 9:00 a.m.

Respectfully submitted,

**ALLIED WORLD ASSURANCE COMPANY, LTD**

\_\_\_\_\_*/s/ Thomas P. Anzelmo*_____
Thomas P. Anzelmo, Esq.
McCRANIE, SISTRUNK, ANZELMO, HARDY,
   McDANIEL & WELCH LLC
3445 N. Causeway Boulevard, Suite 800
Metarie, LA 70002
Telephone No. (504) 831-0946
Facsimile No. (504) 831-2492

1

2

Of Counsel
James D. Wangelin, Esq.
Michael B. Satz, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841
(312) 641-9050