UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (This Document Relates to: *Amato v. Liberty Mutual Ins.* No. 2:10-cv-00932) | ) ) ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

TAKE NOTICE that the Court will take Defendants, American Home Assurance Company, Chartis Specialty Insurance Company, and The Insurance Company of the State of Pennsylvania's Motion to Dismiss under submission on April 13, 2011 at 9:00 a.m.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A. (# 22549)**
**JOSE L. BARRO, III (# 30857)**
**SARAH J. MURPHY (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 910-9539
E-mail: eparkinson@mcglinchey.com
jbarro@mcglinchey.com
smurphy@mcglinchey.com

WARREN LUTZ
PAUL D. SMOLINSKY
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
              psmolinsky@jackscamp.com

**Attorneys for Defendants:**
(1) **American Home Assurance Company** as alleged insurer of Gryphon Construction, Gryphon Construction, LLC and Gryphon Corporation;
(2) **The Insurance Company of the State of Pennsylvania** as alleged insurer of Sun Construction, LLC, Sun Construction, LLC d/b/a Sunrise Homes, Sunrise Custom Homes & Construction, LLC, Sunrise Construction & Development, LLC, Sunrise Homes/Sunrise Construction, Sunrise Construction and Sunrise Homes, Centerline Homes at Delray, Inc., Centerline Homes at Georgetown, LLC, Centerline Port St. Lucie, Ltd., Centerline Homes at Port St. Lucie, LLC, Centerline Homes at Tradition, LLC, Centerline Homes at Vizcaya, Inc., Centerline Homes Construction, Inc., Centerline Homes, Inc. and Completed Communities II, LLC (successor by merger to Centerline Homes at B&A, LLC, Centerline Homes at Tradition, LLC, and Centerline Port St. Lucie, Ltd.);
(3) **Chartis Specialty Insurance Company (Chartis Specialty) f/k/a American International Specialty Lines Insurance Co.** as alleged insurer of Taylor Morrison of Florida, Inc., Taylor Morrison, Inc., Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc., Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company and Taylor Woodrow, Inc., and WCI Communities, Inc.; and
(4) **American International Surplus Lines Agency, Inc. n/k/a Chartis Insurance Agency, Inc.**, which is not an insurance company and issued no insurance policies, as alleged insurer of Taylor Morrison of Florida, Inc., Taylor Morrison, Inc.,

- 2 -

>Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc., Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company and Taylor Woodrow, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011

>s/Erin Fury Parkinson
>**ERIN FURY PARKINSON, T.A.  (# 22549)**
>**JOSE L. BARRO, III   (# 30857)**
>**SARAH J. MURPHY  (#31893)**
>MCGLINCHEY STAFFORD, PLLC
>601 Poydras Street, 12th Floor
>New Orleans, Louisiana  70130
>Telephone:  (504) 586-1200
>Facsimile:  (504) 910-9539
>E-mail:   eparkinson@mcglinchey.com
>           jbarro@mcglinchey.com
>           smurphy@mcglinchey.com