**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **CASE NO. 2:09-MD-02047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE FALLON** |
| **(Relates to** *Amato v. Liberty Mutual Ins.*, **No.** | ) | |
| **2:10-cv-00932)** | ) | **MAG. JUDGE WILKINSON** |

**MOTION FOR LEAVE TO FILE CINCINNATI INSURANCE COMPANY'S**
**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**
**PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, Cincinnati Insurance Company ("CIC"), respectfully requests an Order from this Honorable Court granting leave to file CIC's Supplemental Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (proposed pleading attached), for the reasons set forth more fully in the Memorandum in Support filed contemporaneously herewith.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER & WEINSTOCK**

s/Paul J. Verlander
_____

**GARY M. ZWAIN (#13809)**
**GUYTON H. VALDIN, JR. (#20621)**
**PAUL J. VERLANDER (#19196)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     (504) 832-3700
pverlander@duplass.com
**Counsel for Defendant, Cincinnati Insurance Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion for Leave to File Cincinnati Insurance Company Supplemental Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

s/Paul J. Verlander
_____

PAUL J. VERLANDER
pverlander@duplass.com