## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| | ) | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE CINCINNATI INSURANCE COMPANY'S SUPPLEMENTAL MEMORANDUM

Defendant, Cincinnati Insurance Company ("CIC"), in support of its motion for leave to file its Supplemental Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) (proposed pleading attached), shows that CIC seeks leave pursuant to instructions from the Clerk of Court and consistent with the directives of the Court's Order signed on March 2, 2011, and filed on March 3, 2011, Document No. 7793.  CIC has joined the Insurer's Steering Committee Motion to Dismiss, and seeks to file this supplemental memorandum to apprise the Court of the particular facts and law applicable to CIC and the Alabama plaintiffs who have sought to claim against CIC.

WHEREFORE, Defendant, Cincinnati Insurance Company, prays that its motion for leave to file supplemental memorandum in support be allowed and filed.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Paul J. Verlander
_____
**GARY M. ZWAIN (#13809)**
**GUYTON H. VALDIN, JR. (#20621)**
**PAUL J. VERLANDER (#19196)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     (504) 832-3700

00139907-1

pverlander@duplass.com
**Counsel for Defendant, Cincinnati Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Cincinnati Insurance Company's Supplemental Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

s/Paul J. Verlander
_____
PAUL J. VERLANDER
pverlander@duplass.com

00139907-1