# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **CASE NO. 2:09-MD-02047** <br><br> **SECTION L** |
| | ) | **JUDGE FALLON** |
| **(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932)** | ) ) | **MAG. JUDGE WILKINSON** |

## ORDER

Considering Cincinnati Insurance Company's Motion for Leave to File Supplemental Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and the Memorandum in Support of the Motion for Leave,

**IT IS HEREBY ORDERED** that Cincinnati Insurance Company is granted leave to file its Supplemental Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
J U D G E

00139897-1