UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company* (C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### MID-CONTINENT CASUALTY COMPANY'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendant, Mid-Continent Casualty Company, moves to dismiss the Amended Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). Mid-Continent Casualty Company expressly reserves all rights to assert additional defenses by Rule 12(b) Motions at a later time and this Motion is not intended to waive any such defenses. The reasons in support of this Motion are set forth more fully in the Memorandum concurrently filed with this Motion.

**WHEREFORE,** defendant, Mid-Continent Casualty Company, respectfully prays that this Honorable Court dismiss Plaintiffs' Amended Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and award Mid-Continent Casualty Company all other relief to which it is entitled.

Respectfully submitted,

**LARZELERE PICOU WELLS
     SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:    /s/ Lee M. Peacocke
       **MORGAN J. WELLS, JR. (La. No. 18499)**
            mwells@lpwsl.com
       **LEE M. PEACOCKE (La. No. 18374)**
            lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
       rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
       phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Mid-Continent Casualty Company's Motion to Dismiss Complaint for Lack of Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                              /s/ Lee M. Peacocke
                              LEE M. PEACOCKE