UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company*<br>(C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, submits its Motion to Dismiss Complaint for Lack of Personal Jurisdiction for decision to the Honorable Eldon E. Fallon, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana on April 13, 2011 at 9:00 a.m.

1

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
        Two Lakeway Center - Suite 1100
        3850 North Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 834-6500
        Facsimile:  (504) 834-6565

BY:    */s/ Lee M. Peacocke*
        **MORGAN J. WELLS, JR. (La. No. 18499)**
           mwells@lpwsl.com
        **LEE M. PEACOCKE (La. No. 18374)**
           lpeacocke@lpwsl.com

        AND

        **HINSHAW & CULBERTSON LLP**
        **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
           rkammer@hinshawlaw.com
        **PEDRO E. HERNANDEZ (Fl. No. 30365)**
           phernandez@hinshawlaw.com
        9155 S. Dadeland Blvd., Suite 1600
        Miami, Florida  33156
        Telephone: (305) 428-5100
        Facsimile: (305) 577-1063
        **ATTORNEYS FOR DEFENDANT,**
        **MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

            /s/ Lee M. Peacocke
            LEE M. PEACOCKE