# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mut. Ins.*, et al. (2:10-cv-00932) (E.D. La.) | ) | |

### FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO EXCEED PAGE LIMIT

NOW COME FCCI Commercial Insurance Company and FCCI Insurance Company (collectively, "FCCI"), and file this Request to Exceed Page Limits. FCCI requests permission to exceed the 25-page limit in its forthcoming memoranda of law in support of FCCI Commercial Insurance Company and FCCI Insurance Company's Motion to Dismiss Pursuant to the Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(5).

In support of FCCI's Motion, and in anticipation of similar motions to be filed by multiple insurer defendants, for the benefit of the Court's organization, FCCI has prepared and will file three (3) separate memoranda of law, one each for the separate 12(b)(2), 12(b)(3), and 12(b)(5) issues. FCCI cannot address these separate substantive issues adequately within the twenty-five page limit of Local Rule 7.7. Together, FCCI's memoranda exceed the page limit set by Local Rule 7.7. In order to address these and other issues adequately, FCCI requests permission to exceed the page limit. A proposed order to that effect is attached to this Request.

This 24th day of March, 2011.

    Respectfully submitted,

    GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
    Attorneys for FCCI COMMERCIAL INSURANCE
    COMPANY and FCCI INSURANCE COMPANY

BY:   /s/ ROBERT M. DARROCH
       ROBERT M. DARROCH
       GA State Bar No.: 205490
       STEPHANIE F. GLICKAUF
       GA State Bar No.: 257540
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       Phone: (404) 264-1500
       Fax:  (404) 264-1737
       rdarroch@gmlj.com
       sglickauf@gmlj.com

    AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:   /s/ PATRICK E. COSTELLO
       PATRICK E. COSTELLO (#26619)
       JACQUES P. DeGRUY (#29144)
       4250 One Shell Square
       701 Poydras Street
       New Orleans, Louisiana 70139
       Telephone: 504-595-3000
       Facsimile: 504-522-2121
       pcostello@mblb.com
       jdegruy@mblb.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis

- 3 -

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com