# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mut. Ins.*, et al.<br>(2:10-cv-00932) (E.D. La.) | ) | |

### FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF THE INSURER STEERING COMMITTEE'S MOTION TO DISMISS PURSUANT TO RULE 12 (B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, (hereinafter "FCCI"), by and through their undersigned counsel of record, and hereby move this Honorable Court for the entry of an Order granting FCCI leave to file a supplemental brief in support the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12 (b)(1) of the Federal Rules of Civil Procedure ("ISC's Motion"). FCCI is one of the insurers that filed the ISC Motion and accompanying Memorandum of Law in Support of the ISC's Motion; thus, FCCI's arguments are outlined in that Memorandum of Law in (see Exhibit A of the ISC's Motion). However, FCCI requests leave to file the supplemental brief attached hereto so that it may include the choice of law analysis specific to FCCI.

WHEREFORE, Defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY respectfully request their Motion be GRANTED, and that this Court enter an Order granting FCCI leave to file a supplemental brief and awarding to these

Defendants such other and further relief as this Court deems proper and just under the circumstances.

This 24th day of March, 2011.

        Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY

BY:   /s/ ROBERT M. DARROCH
       ROBERT M. DARROCH
       GA State Bar No.: 205490
       STEPHANIE F. GLICKAUF
       GA State Bar No.: 257540
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       Phone: (404) 264-1500
       Fax: (404) 264-1737
       rdarroch@gmlj.com
       sglickauf@gmlj.com

       AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:   /s/ PATRICK E. COSTELLO
       PATRICK E. COSTELLO (#26619)
       JACQUES P. DeGRUY (#29144)
       4250 One Shell Square
       701 Poydras Street
       New Orleans, Louisiana 70139
       Telephone: 504-595-3000
       Facsimile: 504-522-2121
       pcostello@mblb.com
       jdegruy@mblb.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com