UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br>Section L |
| This Document Relates to<br>ALL CASES and specifically<br>AMATO v. LIBERTY MUTUAL INS. CO., et al<br>(OMNI V) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DEFENDANT MARKEL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

Comes now Defendant Markel Insurance Company ("Markel"), by and through its undersigned counsel, and pursuant to Rule 56, Fed. R. Civ. P., files this its Motion for Summary Judgment. Markel makes this Motion without waiving any other defenses it may have, including lack of personal jurisdiction and/or lack of subject matter jurisdiction. As grounds therefor, Markel alleges as follows:

1. "Markel Insurance Company" is identified as an insurer/defendant in ¶577 of the Amended Complaint.

2. In ¶428 of the Amended Complaint, it is alleged that specific insured entities and their respective insurers can be found in Omni V Schedule 2.

3. On page 28 of Schedule 2, "Markel Insurance" is identified as an excess carrier of Mayeaux Construction Company. No other information is given with respect to Markel.

4.  Markel did not issue a policy of insurance to Mayeaux as alleged in Schedule 2, nor does Mayeaux claim that Markel ever issued such a policy. Markel is not aware of any factual basis for the allegation regarding the existence of a Markel policy.

5.  Markel is separately filing the affidavit of Mary Rowe on behalf of Markel, in which she states that after a thorough search of Markel's records, no policy issued to Mayeaux Construction was found to exist.

6.  There being no genuine factual dispute that Markel insured Mayeaux, Markel is entitled to Summary Judgment dismissing it as a party to this litigation.

WHEREFORE, Defendant Markel Insurance Company requests that this Court enter Final Summary Judgment in its favor, dismissing Markel as a party to this case with prejudice, and awarding Markel its costs and such further relief as the Court may deem just and proper.

Respectfully submitted:

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM
FL Bar No. 0179043
rappelbaum@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(fax)(813) 281-0900

CARIN DORMAN BROCK , ESQ.
LA Bar. No. 28339
cbrock@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801
(fax)(251) 338-3805
Attorneys for Defendant, Markel Insurance Co.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Summary Judgment has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                              Respectfully submitted,

                              s/ Rebecca C. Appelbaum
                              REBECCA C. APPELBAUM, ESQ