UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br>Section L |
| This Document Relates to<br>ALL CASES and specifically<br>AMATO v. LIBERTY MUTUAL INS. CO., et al<br>(OMNI V) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### STATEMENT OF UNDISPUTED MATERIAL FACTS SUPPORTING DEFENDANT MARKEL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

Pursuant to Local Rule 56.1, Defendant, Markel Insurance Company, hereby submits this statement of material facts:

1. Markel Insurance Company issued no policy of insurance at any time to Mayeaux Construction Company. See Affidavit of Mary Rowe attached hereto.

Respectfully submitted:

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM
FL Bar No. 0179043
rappelbaum@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(fax)(813) 281-0900

CARIN DORMAN BROCK , ESQ.
LA Bar. No. 28339
cbrock@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801
(fax)(251) 338-3805
Attorneys for Defendant, Markel Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Undisputed Material Facts Supporting Defendant, Markel Insurance Company's, Motion for Summary Judgment for Lack of a Policy Filed Pursuant to Court Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

Respectfully submitted,

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ