UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  　　MDL No.    2047
PRODUCTS LIABILITY LITIGATION  　　　　　　　　Section L

This Document Relates to  　　　　　　　　　　　JUDGE FALLON
ALL CASES and specifically  　　　　　　　　　　MAG.          JUDGE
WILKINSON
AMATO v. LIBERTY MUTUAL INS. CO., et al
(OMNI V)

## AFFIDAVIT IN SUPPORT OF MARKEL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

STATE OF NEW JERSEY
COUNTY OF MONMOUTH

BEFORE ME, the undersigned authority, personally appeared MARY ROWE who, 1. I am employed by Markel Service, Incorporated as the Construction Defects Claims Manager. Markel Service, Incorporated is the claims service administrator for Markel Insurance Company ("Markel").

2. As such, I have access to Markel's records as they are kept in the ordinary course of business with respect to policies issued by Markel.

3. I have conducted a thorough search of those records of and have not located any policy issued to Mayeaux Construction or any other entity with a similar name.

4. Based on this search, Markel did not issue a policy of insurance to Mayeaux Construction as alleged in Omni V Schedule 2 pg. 28 of the Amended Complaint in *Amato et al v. Liberty Mutual et al*, Case No. 2:10-cv-00932 (E.D. La.)

which is part of the litigation entitled *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Section L, in the United State District Court for the Eastern District of Louisiana.

5. On information and belief, Mayeaux does not claim to have ever obtained a policy of general liability insurance from Markel or any coverage under any policy issued by Markel.

**FURTHER AFFIANT SAYETH NAUGHT.**

*[signature: Mary Rowe]*
Mary Rowe,
Claims Manager
MARKEL INSURANCE COMPANY

**STATE OF NEW JERSEY)**
**COUNTY OF MONMOUTH)**

The foregoing instrument was sworn to before me this 24TH day of MARCH, 2011, by Mary Rowe, who is personally known to me or who has produced _____ (type of identification) as identification and who did take an oath.

*[signature: Jacqueline Flanagan]*
(Name of officer notarizing document
typed, printed or stamped)
My Commission Expires: ~~~~~~~~

Jacqueline Flanagan
Notary Public of New Jersey
My Comm. Expires 4-17-2015

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No.    2047<br>Section L |
| This Document Relates to<br>ALL CASES and specifically<br>AMATO v. LIBERTY MUTUAL INS. CO., et al<br>(OMNI V) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Markel Insurance Company, has filed the attached Motion for Summary Judgment.  Markel Insurance Company is identified as an excess carrier of Mayeaux Construction Company in Plaintiff's Amended Complaint. PLEASE TAKE FURTHER NOTICE that the Motion will be submitted on April 13, 2011 at 9:00 a.m. before the Honorable Eldon E. Fallon.

> Respectfully submitted:
>
> s/ Rebecca C. Appelbaum
> REBECCA C. APPELBAUM
> FL Bar No. 0179043
> rappelbaum@butlerpappas.com
> Butler Pappas Weihmuller Katz Craig LLP
> 777 S. Harbour Island Boulevard, Suite 500
> Tampa, Florida 33602
> (813) 281-1900
> (fax)(813) 281-0900
>
> CARIN DORMAN BROCK , ESQ.
> LA Bar. No. 28339
> cbrock@butlerpappas.com
> Butler Pappas Weihmuller Katz Craig LLP
> Post Office Box 16328
> Mobile, Alabama 36616
> (251) 338-3801
> (fax)(251) 338-3805
> Attorneys for Defendant, Markel Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

Respectfully submitted,

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ