# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mut. Ins.*, et al. ) (2:10-cv-00932) (E.D. La.) | |

## FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2), (3) AND (5)

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, (collectively, "FCCI"), and file this Motion to Dismiss in *Amato* for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), and insufficiency of service of process pursuant to Federal Rule of Civil Procedure 12(b)(5). In support of this Motion, FCCI relies on the three attached memoranda of law, one each for the separate 12(b)(2), 12(b)(3), and 12(b)(5) issues. FCCI also joins the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the memorandum of law in support thereof.

WHEREFORE, FCCI respectfully requests that this Court GRANT FCCI's Motion to Dismiss, and that this Court enter an Order dismissing FCCI from the instant action and awarding such other and further relief as this Court deems proper and just.

This 24th day of March, 2011.

       Respectfully submitted,

       GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
       Attorneys for FCCI COMMERCIAL INSURANCE
       COMPANY and FCCI INSURANCE COMPANY

   BY:  /s/ ROBERT M. DARROCH
       ROBERT M. DARROCH
       GA State Bar No.: 205490
       STEPHANIE F. GLICKAUF
       GA State Bar No.: 257540
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       Phone: (404) 264-1500
       Fax: (404) 264-1737
       rdarroch@gmlj.com
       sglickauf@gmlj.com

       AND

      MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

   By:  /s/ PATRICK E. COSTELLO
       PATRICK E. COSTELLO (#26619)
       JACQUES P. DeGRUY (#29144)
       4250 One Shell Square
       701 Poydras Street
       New Orleans, Louisiana 70139
       Telephone: 504-595-3000
       Facsimile: 504-522-2121
       pcostello@mblb.com
       jdegruy@mblb.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis

- 3 -

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ Patrick E. Costello
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
