# EXHIBIT A

# State of Louisiana
## Secretary of State

07/20/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

FCCI INSURANCE COMPANY
6300 UNIVERSITY PARKWAY
SARASOTA, FL 34240

Civil Action No.: 10932
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEAN AMATO, ET AL
vs
LIBERTY MUTUAL INS., ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on:  JAY DARDENNE
Served by:  CAROL CASSISA

SUIT

Date: 07/19/2010
Title: PROCESS SERVER

No: 817126



MS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated )
)
*Plaintiff* )
)
v. ) Civil Action No. 10-932 Section L Mag 2
)
Liberty Mutual Ins., et al )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FCCI Insurance Company
6300 University Parkway
Sarasota, FL 34240
through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

SERVED ON
JAY DARDENNE

JUL 15 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date:  May 21, 2010

*Signature of Clerk or Deputy Clerk*

# State of Louisiana
## Secretary of State

07/20/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

FCCI COMMERCIAL INSURANCE COMPANY
6300 UNIVERSITY PARKWAY
SARASOTA, FL  34240

Civil Action No.: 10932
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEAN AMATO, ET AL
vs
LIBERTY MUTUAL INS., ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on:  JAY DARDENNE
Served by:  CAROL CASSISA
SUIT

Date: 07/19/2010
Title:  PROCESS SERVER

No: 817108



MS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated
*Plaintiff*

v.

Liberty Mutual Ins., et al
*Defendant*

Civil Action No. 10-932 Section L Mag 2

SERVED ON
JAY DARDENNE

JUL 19 [illegible]

SECRETARY OF STATE
COMMERCIAL DIVISION

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FCCI Commercial Insurance Company
6300 University Parkway
Sarasota, FL 34240
through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date: May 21, 2010

*Signature of Clerk or Deputy Clerk*