## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mut. Ins.*, et al. ) (2:10-cv-00932) (E.D. La.) | |

### FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S NOTICE OF SUBMISSION OF THEIR MOTION TO DISMISS FOR IMPROPER VENUE, INSUFFICIENT SERVICE OF PROCESS, AND LACK OF PERSONAL JURISDICTION

Please take notice that FCCI Insurance Company and FCCI Commercial Insurance Company submit for decision their Motion to Dismiss for Improper Venue, Insufficient Service of Process, and Lack of Personal Jurisdiction to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section L, as of April 13, 2011 at 9:00 a.m.

This 24th day of March, 2011.

        Respectfully submitted,

        GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
        Attorneys for FCCI COMMERCIAL INSURANCE
        COMPANY and FCCI INSURANCE COMPANY

BY:    /s/ ROBERT M. DARROCH
           ROBERT M. DARROCH
           GA State Bar No.: 205490
           STEPHANIE F. GLICKAUF
           GA State Bar No.: 257540
           3340 Peachtree Road NE, Suite 2100
           Atlanta, GA 30326-1084
           Phone: (404) 264-1500

          Fax: (404) 264-1737
          rdarroch@gmlj.com
          sglickauf@gmlj.com

          AND

          MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:   /s/ PATRICK E. COSTELLO
       PATRICK E. COSTELLO (#26619)
       JACQUES P. DeGRUY (#29144)
       4250 One Shell Square
       701 Poydras Street
       New Orleans, Louisiana 70139
       Telephone: 504-595-3000
       Facsimile: 504-522-2121
       pcostello@mblb.com
       jdegruy@mblb.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

          /s/ PATRICK E. COSTELLO
          PATRICK E. COSTELLO (#26619)
          pcostello@mblb.com