UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: *Amato, et al v. Liberty Mutual Insurance Company, et al* (10-932) | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## DEFENDANT, OLD DOMINION INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2) and 12(b)(3)

Defendant, Old Dominion Insurance Company, respectfully moves to dismiss the Plaintiffs' Amended Omnibus Class Action Complaint (V) for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3)[1]. As grounds for this motion, the defendant, Old Dominion Insurance Company incorporates by reference as though fully set forth herein the attached Memorandum of Law and Affidavit of Brian J. Brennan.

**WHEREFORE**, for the foregoing reasons and the reasons contained in the accompanying Memorandum of Law, Old Dominion Insurance Company respectfully requests that this Court enter an Order granting this Motion; dismissing Plaintiffs' Amended Omnibus Class Action Complaint (V) for lack of personal jurisdiction pursuant to Federal Rule of Civil

---

[1] Defendant, Old Dominion Insurance Company is also moving to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) as advanced in the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to which Old Dominion Insurance Company is included as a moving party. These Motions are being filed pursuant to the Court's March 2, 2011 Order (R.Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions that raise other issues at a later time. Old Dominion expressly reserves all of its rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such motions.

Procedure 12(b)(2) and for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3); and granting any other relief this Court deems necessary and proper.

        Respectfully submitted,

        <u>/s/ Sarah B. Christie</u>
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

DATED: March 24, 2011        **ATTORNEYS FOR DEFENDANT,
OLD DOMINION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **DEFENDANT, OLD DOMINION INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2) and 12(b)(3)** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                                                  */s/ Sarah B. Christie*
                                                  Sarah B. Christie, Esquire