# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: *Amato, et als v. Liberty Mutual Insurance Company, et al* (10-932) | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

### AFFIDAVIT OF BRIAN J. BRENNAN

Now comes Brian J. Brennan, who after being duly sworn, deposes and states as follows:

1. I give this affidavit based upon my own personal knowledge and upon records prepared, kept and maintained by Old Dominion Insurance Company in its regular course of business.

2. I am employed by Main Street America Group, Inc. as a corporate claims consultant.

3. Old Dominion Insurance Company, a Florida corporation with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246, is a wholly owned subsidiary of Main Street America Financial Corporation. Main Street America Financial Corporation is a New Hampshire corporation and a wholly owned subsidiary of NGM Insurance Company, a Florida corporation with its principal place of business in Jacksonville, Florida. NGM Insurance Company is a Florida stock insurer and is a wholly owned subsidiary of Main Street America Group, Inc., a Florida corporation that is a domestic insurance holding company with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246.

4. Main Street America Group Mutual Holdings, Inc. is a Florida corporation which owns 94.2% of Main Street America Group, Inc. The remaining shares of Main Street America Group, Inc. are owned by White Mountains Insurance Group (4.9%) and Newco Financial Holdings (0.9%).

5. Old Dominion Insurance Company is not and has never been licensed to write any business in Louisiana, is not and has never been authorized to write any coverage in Louisiana and has never written any coverage in Louisiana.

6. Old Dominion Insurance Company has never had any rates on file with the Louisiana Department of Insurance and is not registered with the Louisiana Department of Insurance.

7. Old Dominion Insurance Company has never collected any premiums for insurance written in Louisiana.

8. Old Dominion Insurance Company has never authorized any insurance agent to write any business on its behalf in Louisiana.

9. Old Dominion Insurance Company does not maintain an office in Louisiana and has no employees in Louisiana.

10. Old Dominion Insurance Company does not have a registered agent for service in the State of Louisiana.

11. Old Dominion Insurance Company does not issue or deliver insurance policies in the State of Louisiana.

12. Old Dominion Insurance Company does not directly advertise or market their insurance policies in the State of Louisiana.

13. Old Dominion Insurance Company issued a commercial general liability policy to RJL Drywall, Inc. RJL Drywall, Inc. is a Florida corporation. The subject policy was delivered to RJL Drywall, Inc. at a Florida address and billing for the policy was sent to a Florida address. An insurance agent in Florida was utilized.

Signed under the pains and penalties of perjury this 24th day of March, 2011.

_____
Brian J. Brennan

On this 24th day of March 2011, before me, the undersigned officer, personally appeared, Brian J. Brennan, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_____
Cynthia Y. Brown
Notary Public
My Commission Expires 02-11-14

NOTARY PUBLIC-STATE OF FLORIDA
Cynthia Y. Brown
Commission #DD961007
Expires: FEB. 11, 2014
BONDED THRU ATLANTIC BONDING CO., INC.