UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document relates to: *Amato, et als v. Liberty Mutual Insurance Company, et al* (10-932) | JUDGE FALLON MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE Defendant, Old Dominion Insurance Company's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3) will be submitted before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130 on the 13th day of April, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Sarah B. Christie
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
OLD DOMINION INSURANCE COMPANY**

Dated: March 24, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **OLD DOMINION INSURANCE COMPANY'S NOTICE OF SUBMISSION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Sarah B. Christie*
Sarah B. Christie, Esquire