UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| This Document relates to:<br>*Amato, et als v. Liberty Mutual Insurance Company, et al* (10-932) | ) ) ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**REQUEST FOR ORAL ARGUMENT**

Counsel for Old Dominion Insurance Company, pursuant to Uniform Local Rule 78.1E, respectfully requests oral argument on its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3).

Old Dominion Insurance Company believes that oral argument will assist the Court in its ruling on this matter.

**WHEREFORE** Old Dominion Insurance Company prays that the Court grant oral argument on its Motion to Dismiss.

Respectfully submitted,

/s/ Sarah B. Christie
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
OLD DOMINION INSURANCE COMPANY**

Dated: March 24, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **OLD DOMINION INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ Sarah B. Christie
Sarah B. Christie, Esquire