UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company*<br>(C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### GRANADA INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Granada Insurance Company ("Granada")[1], pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss all claims for relief asserted against it for lack of personal jurisdiction for the reasons more fully set forth in the Memorandum filed in support of this Motion.

**WHEREFORE**, Granada Insurance Company respectfully requests this Honorable Court enter an order granting its Motion to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure; and any other relief this Court deems necessary and proper.

---

[1] Granada expressly reserves all rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such defenses.

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

BY:  /s/ Lee M. Peacocke
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
GRANADA INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Complaint Pursuant to Rule 12(B)(2) of the Federal Rules of Civil Procedure Law has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedure established in MDL 2047, on this 24th day of March, 2011.

/s/ Lee M. Peacocke
LEE M. PEACOCKE