IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to | : JUDGE FALLON<br>: MAG.JUDGE WILKINSON |
| DEAN and DAWN AMATO, et al.,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br>(2:10-cv-932) (E.D. La.) | |

## AFFIDAVIT OF CARMEN DIAZ-PADRON

Carmen Diaz-Padron, first being duly sworn, testifies as follows:

1.  I am employed by Granada Insurance Company ("Granada"). I am over the age of 21, and this Affidavit is based on my personal knowledge.

2.  My current position is Chief Financial Officer. My job duties as the Chief Financial Office include knowledge of the underwriting, marketing and agency relations operations of the Company. Included in these responsibilities is the determination of Granada's annual revenue on a state-by-state basis and the location of agents who sell insurance for Granada.

3.  Granada is a Florida corporation with its principal place of business in Miami, Florida. This is Granada's only office and where it handles claims and from which it issues insurance policies. Granada is a wholly owned subsidiary of Hattbert Holdings, Inc. ("Hattbert") which is also a Florida Corporation with its principle place of business in Miami, Florida. Hattbert also has no office, or property, in Louisiana nor does it engage in any business in Louisiana.

4.  Granada is not authorized to conduct business in Louisiana

EXHIBIT "A"

5. Granada has not authorized any representative of the state of Louisiana to accept service on its behalf.

6. Granada does not maintain any files, bank accounts or own, occupy or lease other property in Louisiana.

7. Granada does not maintain an office or have any employees in Louisiana. In addition, no entity owned or operated by Granada maintains an office in Louisiana.

8. Granada does not have any agreements with agents located in the State of Louisiana who are authorized to sell insurance on Granada's behalf in Louisiana.

9. Granada has not issued any insurance policies to any business located in Louisiana.

10. Granada has not paid taxes to the state of Louisiana

11. All of the policies issued to Siesta Bay Custom Homes, LLC by Granada were issued in Florida to a Florida corporation. The policies were delivered to these insureds in Florida for the construction of projects located in Florida.

12. Granada has not collected any insurance premiums in Louisiana for the past five years.

13. Granada does not directly sell or market insurance policies in the State of Louisiana, nor has Granada submitted forms for approval or rate filings in Louisiana.

14. Granada has not paid any claim to a Louisiana insured or claimant in the past 5 years.

15. Granada has not initiated any lawsuit in the state of Louisiana in the past 5 years. Other than this case, Granada has not been sued in Louisiana during the past 5 years.

16. Granada has not retained any lawyer or claims service in Louisiana to in the past 5 years.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Carmen Diaz-Padron

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

SWORN TO AND SUBSCRIBED BEFORE ME this 24 day of March, 2011 by Michael Coon, ☐who is personally known to me or ☐who has produced his Drivers License as identification and who ☐did ☐did not take an oath.

_____
Notary Public, State of Florida at Large

Type or Print
Name: ROMEO LOBO

[Notary Seal: ROMEO LOBO / MY COMMISSION # DD 774433 / EXPIRES: August 1, 2012 / Bonded Thru Notary Public Underwriters]

My Commission Expires: