UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company*<br>(C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

**GRANADA INSURANCE COMPANY'S NOTICE OF SUBMISSION OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

**PLEASE TAKE NOTICE THAT** Defendant, Granada Insurance Company, submits its Motion to Dismiss Complaint for Lack of Personal Jurisdiction for decision to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J., on April 13, 2011 at 9:00 a.m.

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

BY:   /s/ Lee M. Peacocke
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

AND

HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)
rkammer@hinshawlaw.com
PEDRO E. HERNANDEZ (Fl. No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

ATTORNEYS FOR DEFENDANT,
GRANADA INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedure established in MDL 2047, on this 24th day of March, 2011.

/s/ Lee M. Peacocke
LEE M. PEACOCKE