# EXHIBIT A -- Insurance Company Defendants Joining The Motion

1. ACE Fire Underwriters Insurance Company.
2. Allied World Assurance Company, Ltd.
3. American Guarantee and Liability Insurance Company.
4. American Zurich Insurance Co.
5. Amerisure Mutual Insurance Company.
6. Amerisure Insurance Company.
7. Assurance Co. of America.
8. Auto-Owners Insurance Company.
9. Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.).
10. Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company.
11. Chubb Custom Insurance Company.
12. Cincinnati Insurance Company.
13. Citizens Insurance Co. of America (improperly named as Hanover Insurance Company).
14. Continental Casualty Company.
15. Endurance American Specialty Insurance Company.
16. Endurance Specialty Insurance Ltd.
17. Essex Insurance Company.
18. FCCI Insurance Company.
19. FCCI Commercial Insurance Company.
20. Federal Insurance Company (improperly identified as Chubb Group of Insurance Companies).
21. Fireman's Fund Insurance Company.

22. First National Insurance Company of America, improperly named as "Safeco Insurance Company of America."

23. General Fidelity Insurance Company.

24. General Security Indemnity Insurance Company of Arizona.

25. Granada Insurance Company.

26. Greenwich Insurance Company.

27. Hanover American Insurance Co.

28. Hanover Insurance Company.

29. Harleysville Mutual Insurance Company.

30. Illinois National Insurance Company.

31. Landmark American Insurance Company.

32. Lexington Insurance Company.

33. Liberty Mutual Insurance Company.

34. Maryland Casualty Co.

35. Mid-Continent Casualty Company.

36. Mt. Hawley Insurance Company.

37. National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh and National Union Fire Insurance Company.

38. Nationwide Mutual Insurance Company.

39. Nationwide Mutual Fire Insurance Company.

40. Nationwide Property & Casualty Insurance Company.

41. National Surety Corporation, erroneously named as Fireman's Fund Insurance Company.

42. Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200.

43. Old Dominion Insurance Company.

44. Owners Insurance Company.

45. Quanta Indemnity Company.

46. Scottsdale Insurance Company.

47. Southern-Owners Insurance Company.

48. State Farm Fire and Casualty Company.

49. Steadfast Insurance Co.

50. The Travelers Indemnity Company of Connecticut.

51. Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois.

52. Vinings Insurance Company.

53. Wesco Insurance Company.

54. Westchester Surplus Lines Insurance Company.

55. XL Insurance Company Limited.

56. XL Insurance Company Limited as successor to XL Europe.

57. Zurich American Insurance Co.