## EXHIBIT B -- Claims Subject To Dismissal

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Dinitto, Patrick and Hevanilson Magalhaes<br>28474 Altessa Way, Unit 102<br>Bonita Springs, FL 34135 | ACE Fire Underwriters Insurance Company |
| Dodge, Dale and Beverly<br>3632 101st Avenue East<br>Parrish, FL 34219 | ACE Fire Underwriters Insurance Company |
| Knight, Christopher and Rosemary<br>21311 Morning Mist Way<br>Land O Lakes, FL 34639 | ACE Fire Underwriters Insurance Company) |
| Mottolo, Gene<br>3608 101st Avenue E<br>Parrish, FL 34219 | ACE Fire Underwriters Insurance Company |
| Burke, Richard and Rebecca<br>4551 Mapletree Loop<br>Wesley Chapel, FL33544 | ACE Fire Underwriters Insurance Company |
| Lee, Kevin<br>13712 Trinity Leaf Place<br>Riverview, FL 33579 | ACE Fire Underwriters Insurance Company |
| Hay, Robert and Maria<br>7173 50th Avenue Circle East<br>Palmetto, FL 34221 | ACE Fire Underwriters Insurance Company |
| Herbet, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | ACE Fire Underwriters Insurance Company |
| Reid, Grant and Kathryn<br>7208 53rd Place East<br>Palmetto, FL 34221 | ACE Fire Underwriters Insurance Company |
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL 33578 | Allied World Assurance Company, Ltd |
| Brazon, Kevin and Jennifer<br>9326 River Rock Lane<br>Riverview, FL 33569 | Allied World Assurance Company, Ltd |
| Corell, Roberto and Angela<br>11416 Dutch Iris Drive<br>Riverview, FL 33578 | Allied World Assurance Company, Ltd |
| Martineau, Bill and Cynthia<br>9312 River Rock Lane<br>Riverview, FL 33578 | Allied World Assurance Company, Ltd |
| Minafri, Steven<br>2511 Yukon Cliff Drive<br>Ruskin, FL 33570 | Allied World Assurance Company, Ltd |

---

[1] The address listed reflects the location of the alleged CDW home as alleged in the body of the Amended Complaint.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Stanley, Duke<br>2517 Yukon Cliff Drive<br>Ruskin, FL 33570 | Allied World Assurance Company, Ltd |
| Alva, Alicia<br>3860 72nd Avenue NE<br>Naples, FL 34120 | American Zurich Insurance Co. |
| Bilski, Walter & Tracey<br>2071 High Meadow Lane<br>Lock Haven, PA 17745 | American Zurich Insurance Co. |
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL 33862 | American Zurich Insurance Co. |
| Campbell, Thomas & Kelli<br>25504 Antler Street<br>Christmas, FL 32709 | American Zurich Insurance Co. |
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL 34994 | American Zurich Insurance Co. |
| Lefton, David & Garcia, Michelle<br>106 SW Milburn Circle<br>Port St. Lucie, FL 34953 | American Zurich Insurance Co. |
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA 30008 | American Zurich Insurance Co. |
| Gody, Anthoney & Candace<br>10842 Tiberio Drive<br>Fort Myers, FL 33913 | American Zurich Insurance Co. |
| Bissoon, Suresh and Oma<br>12608 SW 44th Street<br>Miramar, FL 33021 | Amerisure Insurance Company |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| Mackoff, Arlene & Charles<br>15582 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| Rizzo, Jack & Luz<br>15578 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| Semrau, Terrance Scott & Deborah<br>15435 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| Albano, Carol<br>1401 NW 36th Way<br>Lauderhill, FL 33311 | Amerisure Insurance Company |
| Auerbach, Suely<br>2206 Hollywood Blvd.<br>Hollywood, FL 33020 | Amerisure Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Braithwaite, Judy<br>4846 N. University Drive #341<br>Lauderhill, FL 33381 | Amerisure Insurance Company |
| Crawford, Monique and Elaine<br>3609 NW 14th Court<br>Lauderhill, FL 33311 | Amerisure Insurance Company |
| James, Janelle<br>3606 NW 14th Court<br>Lauderhill, FL 33311 | Amerisure Insurance Company |
| Pryce, Hazel & Smith, Dionne<br>1068 North West Leonard Circle<br>Point Saint Lucie, FL 34896 | Amerisure Insurance Company |
| Bissoon, Suresh and Oma<br>12608 SW 44th Street<br>Miramar, FL 33021 | Amerisure Insurance Company |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| De Los Santos, Rosibel and Brian<br>973 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Boxe, Kevin and Roxann<br>1104 Northwest Leonardo Circle<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Mosley, Shawn<br>10751 SW West Park Ave.<br>Port St. Lucie, FL 34987 | Amerisure Insurance Company |
| Promenade at Tradition<br>Community Association, Inc.<br>430 NW Lake Whitney Place<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Cucci, Jacqueline<br>3555 Wading River Road<br>Manorville, NY 11949 | Amerisure Insurance Company |
| Ristovski, Van<br>5180 East 81st Avenue<br>Merrillville, IN 46410 | Amerisure Insurance Company |
| Watson, Patrick and Paula<br>978 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Williams, Margret<br>Wakeland, Angella and Nicholas<br>967 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Albano, Carol<br>1401 NW 36th Way<br>Lauderhill, FL 33311 | Amerisure Insurance Company |
| Auerbach, Suely<br>2206 Hollywood Blvd.<br>Hollywood, FL 33020 | Amerisure Insurance Company |
| Bissoon, Suresh and Oma<br>12608 SW 44th Street<br>Miramar, FL 33021 | Amerisure Insurance Company |
| Albano, Carol<br>1401 NW 36th Way<br>Lauderhill, FL 33311 | Amerisure Insurance Company |
| Bissoon, Suresh and Oma<br>12608 SW 44th Street<br>Miramar, FL 33021 | Amerisure Insurance Company |
| Braithwaite, Judy<br>4846 N. University Drive #341<br>Lauderhill, FL 33381 | Amerisure Insurance Company |
| Casey, Hugh<br>8112 SE Double Tree Drive<br>Hobe Sound, FL 33455 | Amerisure Insurance Company |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Amerisure Insurance Company |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Promenade at Tradition<br>Community Association, Inc.<br>430 NW Lake Whitney Place<br>Port St. Lucie, FL 34986 | Amerisure Insurance Company |
| Real Property Resolutions Group, LLC | Amerisure Insurance Company |
| Godwin, Franklin and Veronica<br>10440 Stephanie Way, #205<br>Port St. Lucie, FL 34987 | Amerisure Insurance Company |
| McLendon, Brian and Stephanie<br>11317 Bridge Pine Drive<br>Riverview, FL 33569 | Amerisure Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Goddard, Alan and Annette<br>17865 Monte Vista Drive<br>Boca Raton, FL 33496 | Amerisure Mutual Insurance Company |
| Cunningham, Dennis & Susan<br>288 Penn Mill Lakes Boulevard<br>Covington, LA 70435 | Assurance Co. of America |
| Donaldson, Malcom & Kelli<br>460 Lotus Drive North<br>Mandeville, LA 74071 | Assurance Co. of America |
| Dorsey, Glenda F.<br>39085 Pirougue Avenue<br>Gonzales, LA 70737 | Assurance Co. of America |
| Fisher, Steve & Corrinn<br>405 North Tyler Street<br>Covington, LA 70433 | Assurance Co. of America |
| Gardette, Michael & Rhonda<br>276 Penn Mill Lakes<br>Convington, LA 70435 | Assurance Co. of America |
| Hidalgo, Tony & Sidney<br>273 Penn Mill Lakes Boulevard<br>Covington, LA 70435 | Assurance Co. of America |
| Perry, Timothy & Tracey<br>15190 Westin Cove<br>Gulfport, MS 39503 | Assurance Co. of America |
| Robbins, Margaret & Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA 70737 | Assurance Co. of America |
| Rogers, Brad & Cassandra<br>516 Mare Court<br>Covington, LA 70435 | Assurance Co. of America |
| Taylor, David Jason & Amanda B.<br>3216 Joy Lane<br>Ocean Springs, MS 36564 | Assurance Co. of America |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Wayne, William & Kelly<br>419 W. Suncrest Loop<br>Covington, LA 70458 | Assurance Co. of America |
| William, Diana & Terry<br>520 Mare Court<br>Covington, LA 70435 | Assurance Co. of America |
| Shelton, Michael & Leslie<br>568 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Tedesco, Caroline & Robert<br>709 Simpson Way<br>Covington, LA 70435 | Assurance Co. of America |
| Young, Linda & Raymond<br>577 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Amaud, Lester & Catherine<br>17504 Rosemont Drive<br>Prairieville, LA 70769 | Assurance Co. of America |
| Boquet, Edwin<br>P.O. Box 773<br>Prairieville, LA 70769 | Assurance Co. of America |
| Brumfield, Ollie & Andriene<br>608 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Conrad, Formica & Fayard, Crystal<br>3216 Rachael Lane<br>Ocean Springs, MS 39564 | Assurance Co. of America |
| Duhon, Christopher & Kimberly<br>17496 Rosemont Drive<br>Prairieville, LA 70769 | Assurance Co. of America |
| Ledet, Trisha & Darryl<br>12479 Highland Drive<br>Geismer, LA 70734 | Assurance Co. of America |
| Matus, Aldo & Ghedy<br>41299 Tulip Hill Avenue<br>Prairieville, LA 70769 | Assurance Co. of America |
| Nunez, Ernest & Marie<br>612 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Quividia, Joseph Todd<br>P.O. Box 1377<br>Prairieville, LA 70769 | Assurance Co. of America |
| Spencer, Patricia<br>3637 Edgewood Court<br>Avondale, LA 70094 | Assurance Co. of America |
| Turner, Tyrone C.<br>17447 Rosemont Drive<br>Prairieville, LA 70769 | Assurance Co. of America |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Wheeler, Don & Agnes<br>41311 Tulip Hill Avenue<br>Prairieville, LA 70769 | Assurance Co. of America |
| Gardette, Michael A. and Nicole<br>268 Penn Mill Lakes Boulevard<br>Covington, LA 70435 | Assurance Co. of America |
| Roberts, Jeffrey D.<br>285 Penn Mill Lakes<br>Covington, LA 70435 | Assurance Co. of America |
| Hankins, Lee & Barbara<br>14369 Autumn Chase<br>Gulfport, MS 39503 | Assurance Co. of America |
| Riggio, Brenda & Ignatius<br>636 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Dinnette, Rodney & Geraldine<br>573 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| LeBlanc, Steven & Dana<br>572 Huseman Lane<br>Covington, LA 70435 | Assurance Co. of America |
| Zamora, Hope<br>713 Simpson Way<br>Covington, LA 70435 | Assurance Co. of America |
| Collins, John & Brenda<br>69271 3rd Avenue<br>Covington, LA 70433 | Assurance Co. of America |
| Hanlon, Patrick & Ann<br>3407 W. Oakellar Avenue<br>Tampa, FL 33611 | Auto-Owners Insurance Company[2]<br>NO POLICY BY THIS COMPANY |
| Nevels, Susan<br>11390 Salix Court<br>Fort Myers, FL 33960 | Auto-Owners Insurance Company |
| Dinitto, Patrick and Hevanilson Magalhaes<br>28474 Altessa Way, Unit 102<br>Bonita Springs, FL 31435 | Chubb Custom Insurance Company[3] |
| Dodge, Dale and Beverly<br>3632 101st Avenue East<br>Parrish, FL 34219 | Chubb Custom Insurance Company |
| Knight, Christopher and Rosemary<br>21311 Morning Mist Way<br>Land O Lakes, FL 34639 | Chubb Custom Insurance Company |

---

[2] Auto-Owners Insurance Company has never insured or issued a policy of insurance to Hinkle Drywall, Inc. Plaintiffs' counsel has been made aware of this error and corrected the error in the *Pate* litigation but not in *Amato*.

[3] The Amended Complaint at Schedule 2 correctly identifies the Chubb Custom Insurance Company policy at issue. Schedule 1 to the Amended Complaint flips the policy information of Chubb Custom Insurance Company and Federal Insurance Company. Schedule 2 matches the Insurer Profile Forms submitted by Chubb Custom Insurance Company and Federal Insurance Company on these issues.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Mottolo, Gene<br>3608 101st Avenue E<br>Parrish, FL 34219 | Chubb Custom Insurance Company |
| Burke, Richard and Rebecca<br>4551 Mapletree Loop<br>Wesley Chapel, FL 33544 | Chubb Custom Insurance Company |
| Lee, Kevin<br>13712 Trinity Leaf Place<br>Riverview, FL 33579 | Chubb Custom Insurance Company |
| Hay, Robert and Maria<br>7173 50th Avenue Circle East<br>Palmetto, FL 34221 | Chubb Custom Insurance Company |
| Herbet, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Chubb Custom Insurance Company |
| Reid, Grant and Kathryn<br>7208 53rd Place East<br>Palmetto, FL 34221 | Chubb Custom Insurance Company |
| Samuel Ledford<br>10308 Renfroe Road<br>Alpine, Alabama 35014 | Cincinnati Insurance Company |
| Danny and Cathy Headley<br>5313 County Road 24<br>Verbena, Alabama 36091 | Cincinnati Insurance Company |
| Jeremy Macon<br>346 Korreckt Lane<br>Lincoln, Alabama 35096 | Cincinnati Insurance Company |
| Brenda Owens<br>2105 Lane Avenue<br>Birmingham, Alabama 35217 | Cincinnati Insurance Company |
| Stanley and April Thornton<br>336 County Road 703<br>Jemison, Alabama 35085 | Cincinnati Insurance Company |
| Booth, Neil<br>483 Tranquil Drive<br>Winder, GA 30680 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Walker, Demetra<br>485 Tranquil Drive<br>Winder, GA 30680 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, VA 23602 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, VA 23320 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, VA 23456 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Atkins, Taddarreio and Mattea<br>955 Hollymeade Circle<br>Newport News, VA 23602 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Atwell, Roger<br>5516 Brixton Road<br>Williamsburg, VA 23185 | Citizens Insurance Co. of America (improperly named as Hanover Insurance Company) and Hanover Insurance Company |
| Ledford, Samuel<br>10308 Renfroe Road<br>Alpine, AL | Continental Casualty Company |
| Headley, Danny and Cathy<br>5313 County Road 24<br>Verbana, AL 36091 | Continental Casualty Company |
| Macon, Jeremy<br>346 Korreckt Lane<br>Lincoln, AL 35096 | Continental Casualty Company |
| Owens, Brenda<br>2105 Lane Avenue<br>Birmingham, AL 35217 | Continental Casualty Company |
| Thornton, Stanley and April<br>336 County Road 703<br>Jemison, AL 35085 | Continental Casualty Company |
| Alava, Alicia<br>3860 72nd Avenue, NE<br>Naples, FL, 34120 | Endurance American Specialty Insurance Company |
| Bilski, Walter/Tracy<br>2071 High Meadow Lane<br>Lock Haven, PA, 17745; *and/or*<br>99 Vivante Blvd., #9936<br>Punta Gorda, FL, 33950 | Endurance American Specialty Insurance Company |
| Bound, Brenda<br>112 Jackson St.<br>Lake Placid, FL, 33862 | Endurance American Specialty Insurance Company |
| Campbell, Thomas/Kelli<br>25504 Antler St.<br>Christmas, FL, 32709 | Endurance American Specialty Insurance Company |
| Gody, Anthoney/Candace<br>10842 Tiberio Dr.<br>Fort Myers, FL, 33913 | Endurance American Specialty Insurance Company |
| Lefton, David and Michelle Garcia<br>106 Southwest Milburn Circle<br>Port St. Lucie, FL, 34953 | Endurance American Specialty Insurance Company |
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA, 30008 | Endurance American Specialty Insurance Company |