| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Peterson, Derrick/Robin<br>518 SW California Ave.<br>Stuart, FL, 34994 | Endurance American Specialty Insurance Company |
| Austin, John<br>9318 River Rock Lane<br>Riverview FL, 33578 | Endurance Specialty Insurance Ltd. |
| Baginski, Andrea<br>20095 Larino Loop<br>Estero, FL, 33928 | Endurance Specialty Insurance Ltd. |
| Brazon, Kevin/Jennifer<br>9326 River Rock Lane<br>Riverview, FL, 33569 | Endurance Specialty Insurance Ltd. |
| Carciato, Lisa<br>13471 Little Gem Circle<br>Ft. Myers, FL, 33913 | Endurance Specialty Insurance Ltd. |
| Corell, Roberto/Angela<br>11416 Dutch Iris Dr.<br>Riverview, FL, 33578 | Endurance Specialty Insurance Ltd. |
| Egan, Michelle/ Giancario<br>10860 SW 136 Street<br>Miami, FL, 33176; *and/or*<br>12923 SW 135 Terrace<br>Miami, FL, 33186 | Endurance Specialty Insurance Ltd. |
| Elliott, William/ Mary Ann<br>2926 NE 2nd Drive<br>Homestead, FL, 33033 | Endurance Specialty Insurance Ltd. |
| Farmer, Richard, Connie and Tracie<br>5912 French Creek Ct.<br>Ellenton, FL, 34222 | Endurance Specialty Insurance Ltd. |
| Fernandez, Julio<br>7110 SW 103rd Place<br>Miami, FL, 33173; *and/or*<br>11327 SW 236 Lane<br>Homestead, FL, 33032 | Endurance Specialty Insurance Ltd. |
| Gamboa, Hernan<br>523 Cascading Creek Lane<br>Winter Gardens, FL, 34787; *and/or*<br>12991 SW 134 Terrace<br>Miami, FL, 33186 | Endurance Specialty Insurance Ltd. |
| Garcia, Jesus<br>2801 SW 18th Street<br>Miami, FL, 33145; *and/or*<br>11327 SW 236 Lane<br>Homestead, FL, 33032 | Endurance Specialty Insurance Ltd. |
| Gill, Ted/Pamela<br>13464 Little Gem Circle<br>Ft. Myers, FL, 33913 | Endurance Specialty Insurance Ltd. |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Gonzales, Miguel Angel<br>2908 NE 2nd Drive<br>Homestead, FL, 33033 | Endurance Specialty Insurance Ltd. |
| Hernandez, Marla<br>11475 Southwest 238 Street<br>Homestead, FL, 33032 | Endurance Specialty Insurance Ltd. |
| Kapalin, Daniel/Danielle<br>14115 Stowbridge Ave.<br>Tampa, FL, 33626 | Endurance Specialty Insurance Ltd. |
| Martineau, Bill/Cynthia<br>9312 River Rock Lane<br>Riverview, FL, 33578 | Endurance Specialty Insurance Ltd. |
| Minafri, Steven<br>2511 Yukon Cliff Dr.<br>Ruskin, FL, 33570 | Endurance Specialty Insurance Ltd. |
| Morris, Robert<br>14123 Stilton St.<br>Tampa, FL, 33626 | Endurance Specialty Insurance Ltd. |
| Stanley, Duke<br>2517 Yukon Cliff Dr.<br>Ruskin, FL, 33570 | Endurance Specialty Insurance Ltd. |
| Wilcox, Eric/Karen<br>14117 Stowbridge Ave.<br>Tampa, FL, 33626 | Endurance Specialty Insurance Ltd. |
| Wilson, Teresa<br>3945 Rollingsford Circle<br>Lakeland, FL, 33810 | Endurance Specialty Insurance Ltd. |
| Wooley, Scott<br>7050 Montauk Point Crossing<br>Bradentown, FL, 34212 | Endurance Specialty Insurance Ltd. |
| Elliot Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Essex Insurance Company |
| Brian & Lauren Elsenberg<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Essex Insurance Company |
| Svyatoslaw Feler<br>Yelena Smolyanskaya<br>10150 Bayou Grande Avenue<br>Seminole, FL 33772 | Essex Insurance Company. |
| Steven & Gayle Felicetti<br>9941 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Essex Insurance Company. |
| Bob Frenchman<br>10133 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Essex Insurance Company |
| Luis & Caridad Gonzalez<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | Essex Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Charles & Molly Johnson<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Essex Insurance Company. |
| George & Amy Metcalfe<br>106 NW Willow Grove Avenue<br>Port St. Lucie, FL 34986 | Essex Insurance Company. |
| Michael & Jennine Mizne<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Essex Insurance Company. |
| Carmela Nunez<br>3000 Stanfort Road<br>West Palm Beach, FL 33405 | Essex Insurance Company. |
| Paul & Terese Petkin<br>213 Treasure Beach Rd.<br>St. Augustine, FL 32080 | Essex Insurance Company. |
| Rafael & Ana Segundo<br>2964 NE 3 Drive<br>Homestead, FL 33033 | Essex Insurance Company. |
| Durrance, Barry and Denise<br>18030 Driftwood Lane<br>Lutz, Florida 33558 | FCCI Commercial Insurance Company[4] |
| Hanlon, Patrick and Ann<br>3407 West Oakellar Avenue<br>Tampa, Florida 33611 | FCCI Commercial Insurance Company[4] |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, Florida 33556 | FCCI Commercial Insurance Company[4] |
| George, Christopher<br>Vacca, Natlie<br>126 North West 3rd Avenue<br>Cape Coral, Florida 33993 | FCCI Insurance Company[5] |
| McKenzie, James and Elizabeth<br>20209 Heritage Point Drive<br>Tampa, Florida 33674 | FCCI Insurance Company[5] |
| Perga, Anthony and Marcia<br>13932 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company[5] |
| Hoffman, Hannelore<br>Lengel, Donna<br>13964 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company[5] |
| Evans, Donald and Barbar<br>13944 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company |

---

[4] Please note that although the Amato Complaint lists Black Bear Gypsum Supply, Inc. as an FCCI Commercial Insurance Company insured, after diligent search, we have been unable to locate any FCCI Commercial Insurance Company policies for Black Bear Gypsum Supply, Inc.

[5] Incorrectly noted as FCCI Insurance Company in the Amato Complaint.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Lau, Donald<br>13936 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company[5] |
| Nord, John<br>13960 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company[5] |
| Seddon, Robert and Joan<br>13946 Clubhouse Drive<br>Tampa, Florida 33618 | FCCI Insurance Company[5] |
| Sullivan, William and Sheila<br>12623 20th Street East<br>Parisha, Florida 34219 | FCCI Insurance Company[5] |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Archer, Steven and Anja<br>2832 St. Barts Square<br>Vero Beach, Florida 32967 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Corr, Thomas Leo, III Marchetti, Shawn<br>2823 St. Parts Square<br>Vero Beach, Florida 32967 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471[6] | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Harmon, Dennis and Nancy<br>2816 St. Bart's Square<br>Vero Beach, FL 32967 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |
| Casey, Hugh<br>10440 SW Stephanie Way, Unit 206<br>Port St. Lucie, Florida 34987 | FCCI Insurance Company<br><br>FCCI Commercial Insurance Company |

---

[6] The Dauterives' profile form demonstrates that their claims are not properly asserted against Banner Supply (or any affiliated entities) but rather Interior Exterior Building Supply.

Case 2:09-md-02047-EEF-MBN   Document 8366-4   Filed 03/24/11   Page 5 of 10

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL 33578 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies)[7] |
| Branzon, Kevin and Jennifer<br>9326 River Rock Lane<br>Riverview, FL 33569 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies) |
| Correll, Roberto and Angela<br>11416 Dutch Iris Drive<br>Riverview, FL 33578 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies) |
| Martineau, Bill and Cynthia<br>9312 River Rock Lane<br>Riverview, FL 33578 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies) |
| Minafri, Steven<br>2511 Yukon Cliff Dr.<br>Ruskin, FL 33570 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies) |
| Stanley, Duke<br>2517 Yukon Cliff Dr.<br>Ruskin, FL 33570 | Federal Insurance Company<br>(improperly identified as Chubb Group of Insurance Companies) |
| Boothe, Neil<br>483 Tranquill Drive<br>Winder, GA 30680 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Walker, Demetra<br>485 Tranquill Drive<br>Winder, GA 30680 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, VA 23602 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, VA 23320 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, VA 23456 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, VA 23602 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, VA 23320 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, VA | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |

---

[7] The Amended Complaint at Schedule 2 correctly identifies the Federal policy at issue, but mistakenly identifies the insurer as "Chubb Group of Insurance Companies." Schedule 1 to the Amended Complaint flips the policy information of Chubb Custom Insurance Company and Federal Insurance Company. Schedule 2 matches the Insurer Profile Forms submitted by Chubb Custom Insurance Company and Federal Insurance Company on these issues.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Atkins, Taddarreio and Mattca<br>955 Hollymeade Circle<br>Newport News, VA 23602 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Atwell, Roger<br>5516 Brixton Road<br>Williamsburg, VA 23185 | Fireman's Fund Insurance Company ;<br>National Surety Corporation, erroneously named as Fireman's Fund Insurance Company |
| Hanlon, Patrick and Ann<br>3407 West Oakellar Avenue<br>Tampa, FL 33611 | First National Insurance Company of America, improperly named as "Safeco Insurance Company of America" |
| Durrance, Barry and Denise<br>18030 Driftwood Lane<br>Lutz, FL 33558 | First National Insurance Company of America, improperly named as "Safeco Insurance Company of America" |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, FL 33556 | First National Insurance Company of America, improperly named as "Safeco Insurance Company of America" |
| David W. Orlowski, II<br>2722 S.W. 10th Avenue<br>Cape Coral, Florida 33914 | Granada Insurance Company |
| Dwight & Christine Getting<br>3525 Surfside Blvd.<br>Cape Coral, Florida 33914 | Granada Insurance Company |
| Joseph E. Ferrigno<br>3713 Embers Parkway W.<br>Cape Coral , Florida 33991 | Granada Insurance Company |
| Edward & Gail Johnson<br>2724 S.W. 36th Lane<br>Cape Coral, Florida 33991 | Granada Insurance Company |
| Judalyne Brown<br>1414 SE Ladner Street<br>Port St. Lucie, FL 34983 | General Fidelity Insurance Company |
| Elliot Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | General Fidelity Insurance Company |
| Brian & Lauren Elsenberg<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | General Fidelity Insurance Company |
| James & Barbara Fallmann<br>11063 Pacifica Street<br>Wellington, FL 33449 | General Fidelity Insurance Company[8] |

---

[8] With respect to the Fallmann Putative Class Members and the Miller Putative Class Members, General Fidelity Insurance Company ("General Fidelity") is erroneously alleged to have insured Sterling Communities Realty, Inc. In addition, with respect to the Gonzalez Putative Class Members and the Segundo Putative Class Members, General Fidelity is erroneously alleged to have insured Northstar Homebuilders, Inc. General Fidelity is separately addressing that issue in its Motion to Dismiss but includes those Putative Class Members in this motion because even accepting the allegations in the Amato Complaint as true, the Fallmann, Miller, Gonzalez and Segundo Putative Class Members lack standing to pursue a direct action against General Fidelity for the reasons set forth in this motion.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Steven & Gayle Felicetti<br>9941 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | General Fidelity Insurance Company |
| Bob Frenchman<br>10133 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | General Fidelity Insurance Company |
| Luis & Caridad Gonzalez<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | General Fidelity Insurance Company[9] |
| Charles & Molly Johnson<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | General Fidelity Insurance Company |
| Bradley & Tricia Miller<br>11134 Pacificia Street<br>Wellington, FL 33449 | General Fidelity Insurance Company[10] |
| Michael & Jennine Mizne<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | General Fidelity Insurance Company |
| Anne M. O'Hear<br>2354 SE Avalon Road<br>Port St. Lucie, FL 34952 | General Fidelity Insurance Company |
| David Orlowski<br>2722 SW 10th Avenue<br>Cape Coral, FL 33914 | General Fidelity Insurance Company |
| Peter Plotkin<br>Diane McNeel<br>1906 Scarlet Avenue<br>Northport, FL 34289 | General Fidelity Insurance Company |
| Peter Plotkin<br>Diane McNeel<br>1908 Scarlet Avenue<br>Northport, FL 34289 | General Fidelity Insurance Company |
| Peter Plotkin<br>Diane McNeel<br>1910 Scarlet Avenue<br>North Port, FL 34289 | General Fidelity Insurance Company |
| Peter Plotkin<br>Diane McNeel<br>1914 Scarlet Avenue<br>North Port, FL 34289 | General Fidelity Insurance Company |
| Vincent L. Randolph<br>5602 Birch Drive<br>Ft. Pierce, FL 34982 | General Fidelity Insurance Company |
| Rafael & Ana Segundo<br>2964 NE 3 Drive<br>Homestead, FL 33033 | General Fidelity Insurance Company[11] |

---

[9] *See, supra*, n. 8
[10] *See, supra*, n. 8

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Andrea Baginski<br>20095 Larino Loop<br>Estero, FL 33928 | General Security Indemnity Co. of Arizona |
| Connie Farmer, Richard Farmer, and Tracy Farmer<br>5912 French Creek Court<br>Ellenton, FL 34222 | General Security Indemnity Co. of Arizona |
| Herman and Ana Gamboa<br>12991 SW 134 Terrace<br>Miami, FL 33186 | General Security Indemnity Co. of Arizona |
| Jesus Garcia and Julio Fernandez<br>11327 SW 236 Lane<br>Miami, FL 33032 | General Security Indemnity Co. of Arizona |
| Miguel Angel Gonzalez<br>2908 NE 2nd Drive<br>Homestead, FL 33033 | General Security Indemnity Co. of Arizona |
| Scott Wooley<br>7050 Montauk Point Crossing<br>Bradenton, FL 34212 | General Security Indemnity Co. of Arizona |
| Teresa Wilson<br>3945 Rollingsford Circle<br>Lakeland, FL 33810 | General Security Indemnity Co. of Arizona |
| Mary Ann Fryc and William Elliot<br>2926 NE 2nd Drive<br>Homestead, FL 33033 | General Security Indemnity Co. of Arizona |
| Marla Hernandez<br>11475 SW 238 Street<br>Homestead, FL 33032 | General Security Indemnity Co. of Arizona |
| Christine and Robert Akers<br>11019 Carrara Court, #201<br>Bonita Springs, FL 34135 | Greenwich Insurance Company |
| Larry and Rene Galvin<br>11019 Carrara Court, #202<br>Bonita Springs, FL 34135 | Greenwich Insurance Company |
| Allan Neumann<br>11019 Carrara Court, #101<br>Bonita Springs, FL 34135 | Greenwich Insurance Company |
| Jim Tarzy<br>28479 Altessa Way, #101<br>Bonita Springs, FL 34135 | Greenwich Insurance Company |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Hanover American Insurance Co. |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | Hanover American Insurance Co. |

---

[11] *See, supra*, n. 8

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | Hanover American Insurance Co. |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | Hanover American Insurance Co. |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | Hanover American Insurance Co. |
| Archer, Steven and Anja<br>2832 St. Barts Square<br>Vero Beach, FL 32967 | Hanover American Insurance Co. |
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | Hanover American Insurance Co. |
| Casey, Hugh<br>10440 SW Stephanie Way, Unit 206<br>Port St. Lucie, FL 34987 | Hanover American Insurance Co. |
| Corr, Thomas Leo, III<br>2823 St. Barts Square<br>Vero Beach, FL 32967 | Hanover American Insurance Co. |
| Harmon, Dennis and Nancy<br>2816 St. Bart's Square<br>Vero Beach, FL | Hanover American Insurance Co. |
| Alava, Alicia<br>3860 72nd Avenue, NE<br>Naples, FL 34120 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Bilski, Walter and Tracey<br>99 Vivante Blvd, Unit 9936<br>Punta Gorda, FL 33950 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |

- 18 -

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL 33862 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Campbell, Thomas/Kelli<br>25504 Antler Street<br>Christmas, FL 32709 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL 34994 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Lefton, David and Garcia, Michelle<br>106 Southweat Milburn Circle<br>Port St. Lucie, FL 34953 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |