| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Gody, Anthoney and Candace<br>10842 Tiberio Drive<br>Fort Meyers, FL 33913 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Landmark American Insurance Company[12] |
| Galvin, Larry & Rene<br>11019 Carrara Court #202<br>Bonita Springs, FL 34134 | Landmark American Insurance Company |
| Neumann, Allan<br>11019 Carrara Court #101<br>Bonita Springs, FL 34135 | Landmark American Insurance Company |
| Tarzy, Jim<br>28479 Altessa Way #101<br>Bonita Springs, FL 34135 | Landmark American Insurance Company |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Liberty Mutual Insurance Company |
| Galvin, Larry and Rene<br>11019 Carrar Court, #202<br>Bonita Springs, FL 34135 | Liberty Mutual Insurance Company |
| Neumann, Allan<br>11019 Carrara Court, #101<br>Bonita Springs, FL 34135 | Liberty Mutual Insurance Company |

---

[12] Landmark American Insurance Company would like to bring it to the Court's attention that the policy in question is a first party policy and not a CGL policy. Landmark reserves its rights to bring an additional motion to dismiss at a later point in time.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Tarzy, Jim<br>28479 Altessa Way, #101<br>Bonita Springs, FL 34135 | Liberty Mutual Insurance Company |
| Hanlon, Patrick & Ann<br>3407 W Oakellar Avenue<br>Tampa, FL 33611 | Maryland Casualty Co. |
| Durrance, Barry & Denise<br>108030 Driftwood Lane<br>Lutz, FL 33558 | Maryland Casualty Co. |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, FL 33556 | Maryland Casualty Co. |
| Thomas and Rene Tenney<br>3470 Kentia Palm Court<br>North Port, Florida 34288 | Mid-Content Casualty |
| Marcos and Carmen Santiago<br>7446 Palmer Glen Circle<br>Sarasota, Florida 34240 | Mid-Content Casualty |
| Richard and Tamara Janssen<br>2328 Silver Palm Road<br>North Port, Florida 34288 | Mid-Content Casualty |
| Jeffrey and Cynthia Kottkamp<br>4511 Randag Drive<br>North Fort Myers, Florida 33903 | Mid-Content Casualty |
| Alexander and Irina Rekhels<br>1344 SW Sultan Drive<br>Port St. Lucie, Florida 34953 | Mid-Content Casualty |
| John and Stephanie Peace<br>123 SW 29th Street<br>Cape Coral, Florida 33914 | Mid-Content Casualty |
| Transland, LLC<br>34 NE 4th Street<br>Cape Coral, Florida 33909 | Mid-Content Casualty |
| Andrew and Rachel Penny<br>1814 NW 22nd Place<br>Cape Coral, Florida 33993 | Mid-Content Casualty |
| William and Carmen Mercedes<br>845 SW 17th Street<br>Cape Coral, Florida 33991 | Mid-Content Casualty |
| Christopher and Jessica Kelly<br>2836 NW 25th Terrace<br>Cape Coral, Florida 33993 | Mid-Content Casualty |
| Samuel Montalvo Jr.<br>1133 Nelson Road North<br>Cape Coral, Florida 33993 | Mid-Content Casualty |
| Suresh and Oma Bissoon<br>1056 NW Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Monique and Elaine Crawford<br>3609 NW 14th Court<br>Lauderhill, Florida 33311 | Mid-Content Casualty |
| Janelle James<br>3606 NW 14th Court<br>Lauderhill, Florida 33311 | Mid-Content Casualty |
| Hazel Pryce and Dionne Smith<br>1068 North West Leonard Circle<br>Port St. Lucie, Florida 34896 | Mid-Content Casualty |
| Rosibel and Brian De Los Santos<br>973 NW Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Kevin and Roxanne Boxe<br>1104 Northwest Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Gina Gaita (Promenade)<br>10440 SW Stephanie Way<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Debra Houston (Promenade)<br>10440 SW Stephanie Way<br>Port St. Lucie, Florida 34987 | Mid-Content Casualty |
| Shawn Mosely<br>10440 SW Stephanie Way, Unit 203<br>Port St. Lucie, Florida 34987 | Mid-Content Casualty |
| Promenade at Tradition Community Assn.<br>430 NW Lake Whitney Place<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Jacqueline Cucci<br>1038 North West Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Van Ristovski<br>961 Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Patrick and Paula Watson<br>978 NW Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Margret Williams<br>967 NW Leonardo Circle<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |
| Hugh Casey<br>10440 SW Stephanie Way, Unit 206<br>Port St. Lucie, Florida 34987 | Mid-Content Casualty |
| Steven and Gayle Felicetti<br>9941 Cobblestone Creek Drive<br>Boynton Beach, Florida 33472 | Mid-Content Casualty |
| George and Amy Metcalf<br>106 NW Willow Grove Avenue<br>Port St. Lucie, Florida 34986 | Mid-Content Casualty |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Andrew and Ina Bloom<br>17847 Monte Vista Drive<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Gertrude Byrne<br>17926 Monte Vista Drive<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Anna and Mark Eskenazi<br>17878 Monte Vista Drive<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Robin Novello<br>9407 Bridgebrook Drive<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Michael Rosen<br>17538 Middlebrook Way<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Alan and Annette Goddard<br>17865 Monte Vista Drive<br>Boca Raton, Florida 33496 | Mid-Content Casualty |
| Barragan, Fernando & Barbara<br>8935 SW 228th Lane<br>Cutler Bay, FL 33190 | Mt. Hawley Insurance Company |
| Flores, David and<br>Vasquez, Monica<br>8936 SW 228th Lane<br>Cutler Bay, FL 33190 | Mt. Hawley Insurance Company |
| Helmick, Timothy & Maria<br>8931 SW 228th Lane<br>Cutler Bay, FL 33190 | Mt. Hawley Insurance Company |
| Restrepo, Socorro<br>8932 SW 228 Lane<br>Cutler Bay, FL 33190 | Mt. Hawley Insurance Company |
| Rookery Park Estates, LLC<br>KOL Ventures, LLC<br>1400 E. Oakland Park Blvd.<br>Suite 111<br>Oakland Park, FL | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company |
| Brown, Judalyne<br>1414 SE Ladner Street<br>Port St. Lucie, FL 34983 | Nationwide Mutual Fire Insurance Company |
| Randolph, Vincent L.<br>5602 Birch Drive<br>Fort Pierce, FL 34982 | Nationwide Mutual Fire Insurance Company |
| O'Hear, Anne M.<br>2354 SE Avalon Road<br>Port St. Lucie, FL 34952 | Nationwide Mutual Fire Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Edmonds, Rick<br>801 Holly Street<br>Richmond, VA 23220 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| Berry, Keith and Elizabeth<br>607 Mansion Road<br>Yorktown, VA 23693 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust<br>609 Mansion Road<br>Yorktown, VA 23693 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| Page, Dwight and Psyche<br>102 Overlook Point<br>Yorktown, VA 23693 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| Vest, Hugh and Tracy<br>111 Eston's Run<br>Yorktown, VA 23693 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| Wood, Bryan and Kimberly<br>603 Mansion Road<br>Yorktown, VA 23693 | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property & Casualty Insurance Company |
| James, Jason and Jessica<br>3850 NW 32 Place<br>Cape Coral, FL 33993 | Old Dominion Insurance Company |
| Kottkamp, Jeffrey and Cynthia<br>4511 Randag Drive<br>North Fort Myers, FL 33903 | Old Dominion Insurance Company |
| Mercado, Juan and Irena<br>1226 NE 10th Lane<br>Cape Coral, FL 33909 | Old Dominion Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Mullen, Thomas and Kathleen<br>1130 and 1132 Bari Street East<br>Lehigh Acres, FL 33936 | Old Dominion Insurance Company |
| Nichols, James and Kathleen<br>1217 NE 7th Place<br>Cape Coral, FL 33909 | Old Dominion Insurance Company |
| Carmela Nunez<br>3000 Stanfort Road<br>West Palm Beach, FL 33405 | Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200[13] |
| Brown, Judalyne<br>1414 SE Ladner Street<br>Port St. Lucie, FL 34983 | Owners Insurance Company |
| O'Hear, Anne M.<br>2354 SE Avalon Road<br>Port St. Lucie, FL 34952 | Owners Insurance Company |
| Randolph, Vincent<br>5602 Birch Drive<br>Fort Pierce, FL 34982 | Owners Insurance Company |
| Prichard Housing Authority<br>503 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>504 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>505 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>506 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>507 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>508 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>509 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>703 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |

---

[13] These entities were improperly named in the Complaint and Amended Complaint as "Underwriters at Lloyd's, London."

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Prichard Housing Authority<br>705 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>707 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>709 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>800 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>803 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>804 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>805 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>806 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>807 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>808 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>810 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>811 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>812 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>814 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>818 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>820 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Prichard Housing Authority<br>821 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>823 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>824 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>825 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Prichard Housing Authority<br>826 Sgt. Harrison Brown<br>Prichard, AL 36610 | Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Guidry, Christopher & Jerene<br>5396 Courtyard Drive<br>Gonzales, LA 70737 | Owners Insurance Company[14]<br>NO POLICY<br>Auto-Owners Insurance Company<br>NO POLICY |
| Macmurdo, William & Cornelia<br>6553 Antoch Crossing<br>Baton Rouge, LA 70817 | Owners Insurance Company[14]<br>NO POLICY<br>Auto-Owners Insurance Company<br>NO POLICY |
| Peace, Stephanie & John<br>123 SW 29th Street<br>Cape Coral, FL 33914 | Quanta Indemnity Company |
| Transland, LLC<br>34 NE 4th Street<br>Cape Coral, Florida 33909 | Quanta Indemnity Company |
| Kelly, Christopher & Jesica<br>2836 NW 25th Terrace<br>Cape Coral, Florida 33993 | Quanta Indemnity Company |
| Mercedes, William and Carmen<br>845 SW 17lh Street<br>Cape Coral, Florida 33991 | Quanta Indemnity Company |
| Montalvo, Samuel, Jr.<br>1133 Nelson Road North<br>Cape Coral, Florida 33993 | Quanta Indemnity Company |
| Penny, Andrew and Rachel<br>1814 NW 22nd Place<br>Cape Coral, Florida 33993 | Quanta Indemnity Company |

---

[14] Owners Insurance Company, Auto-Owners Insurance Company and/or Southern-Owners Insurance Company did not insure or issue policies of insurance to Right Way Finishing, Inc. The Auto-Owners Group of Insurance Companies do not insure properties in the State of Louisiana and do not do business in the State of Louisiana. The complaint incorrectly identifies policies issued to Rightway Drywall, Inc, a Georgia corporation, as insuring Right Way Finishing, Inc., a Louisiana corporation that is not related in any way to Rightway Drywall, Inc. Rightway Drywall, Inc. is not named as a defendant in this action. Plaintiffs' counsel has been advised on more than one occasion of this error and has been requested to correct this error.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Quanta Indemnity Company |
| Eisenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Quanta Indemnity Company |
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | Quanta Indemnity Company |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Quanta Indemnity Company |
| Mizne, Michael and Jeannine<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Quanta Indemnity Company |
| Gonzalez, Luis and Caridad<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | Quanta Indemnity Company |
| Segundo, Rafael & Ana<br>2964 NE 3 Drive<br>Homestead, FL 33033 | Quanta Indemnity Company |
| Felicetti, Steven & Gayle<br>9941 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Quanta Indemnity Company |
| Plotkin, Peter<br>McNeel, Diane<br>1906 Scarlet Avenue, 1908 Scarlet Avenue, 1910 Scarlet Avenue, and 1914 Scarlet Avenue<br>North Port, Florida, 34289 | Quanta Indemnity Company |
| Fallmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Quanta Indemnity Company |
| Fallmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Quanta Indemnity Company |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Quanta Indemnity Company |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Quanta Indemnity Company |
| Orlowski, David<br>2722 SW 10th Avenue<br>Cape Coral, FL 33914 | Quanta Indemnity Company |
| Joan Patterson<br>1934 Rowland Drive<br>Odessa, Florida 33556 | Scottsdale Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Patrick and Ann Hanlon<br>3407 West Oakellar Avenue<br>Tampa, Florida 33611 | Scottsdale Insurance Company |
| Barry and Denise Durrance<br>1803 Driftwood Lane<br>Lutz, Florida 33558 | Scottsdale Insurance Company |
| Saggese, Thomas & Joy<br>709 Vocelle Avenue<br>Sebastian, FL 32958 | Southern-Owners Insurance Company |
| Santiago, Marcos & Carmen<br>7446 Palmer Glen Circle<br>Sarasota, FL 34240 | Southern-Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Tenny, Thomas & Rene<br>3470 Kentia Palm Court<br>North Port, FL 34288 | Southern-Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Janssen, Richard & Tamara<br>2328 Silver Palm Road<br>North Port, FL 34288 | Southern-Owners Insurance Company<br><br>Auto-Owners Insurance Company |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, Virginia 23602 | State Farm Fire and Casualty Company |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, Virginia 23320 | State Farm Fire and Casualty Company |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, Virginia 23456 | State Farm Fire and Casualty Company |
| Atkins, Taddarreio and Mattea<br>955 Hollymeade Circle<br>Newport News, Virginia 23602 | State Farm Fire and Casualty Company |
| Atwell, Roger<br>5516 Brixton Road<br>Williamsburg, Virginia 23185 | State Farm Fire and Casualty Company |
| Wilcox, Eric & Karen<br>14117 Stowbridge Avenue<br>Tampa, FL 33626 | Steadfast Insurance Co.<br><br>American Guarantee and Liability Insurance Company |
| Carciato, Lisa<br>13471 Little Gem Circle<br>Ft. Myers, FL 33913 | Steadfast Insurance Co.<br><br>American Guarantee and Liability Insurance Company |
| Gill, Ted & Pamela<br>13464 Little Gem Circle<br>Ft. Myers, FL 33913 | Steadfast Insurance Co.<br><br>American Guarantee and Liability Insurance Company |
| Kapalin, Daniel & Danielle<br>14115 Stowbridge Avenue<br>Tampa, FL 33626 | Steadfast Insurance Co.<br><br>American Guarantee and Liability Insurance Company |
| Morris, Robert<br>14123 Stilton Street<br>Tampa, FL 33626 | Steadfast Insurance Co.<br><br>American Guarantee and Liability Insurance Company |