| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL 33578 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Brazon, Kevin & Jennifer<br>9326 River Rock Lane<br>Riverview, FL 33569 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Corell, Roberto & Angela<br>11416 Dutch Iris Drive<br>Riverview, FL 33578 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Martineau, Bill & Cynthia<br>9312 River Rock Lane<br>Riverview, FL 33578 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Minafri, Steven<br>2511 Yukon Cliff Drive<br>Ruskin, FL 33570 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Stanley, Duke<br>2517 Yukon Cliff Drive<br>Ruskin, FL 33570 | Steadfast Insurance Co.<br><br>Zurich American Insurance Co. |
| Brewton, III, I.D. & Sonia<br>8804 Jernigan Road<br>Pensacola, Florida 32514 | Travelers Property Casualty Company of America |
| Durrance, Barry and Denise<br>18030 Driftwood Lane<br>Lutz, Florida 33558 | Travelers Property Casualty Company of America |
| Hanlon, Patrick and Ann<br>3407 West Oakellar Avenue<br>Tampa, Florida 33611 | Travelers Property Casualty Company of America |
| Patterson, Joan<br>1934 Rowland Drive<br>Odessa, Florida 33556 | Travelers Property Casualty Company of America |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Salter, Kenneth & Cindy<br>5484 Inwood Drive<br>Drive Pace, Florida 32571 | Travelers Property Casualty Company of America |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company[15] |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Archer, Steven and Anja<br>25 Wheelwright Circle St.<br>Simmons Island, GA 31522 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |

---

[15] As explained in the Chartis Insurers' Joinder to the Insurer Steering Committee's Brief, Plaintiffs allege policy number BE 3954862 was issued by Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company to Banner Supply Co Inc., but this policy was flat cancelled on January 1, 2007 and was never issued.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Casey, Hugh<br>10440 SW Stephanie Way<br>Unit 206<br>Port St. Lucie, Florida 34987 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Corr, Thomas Leo, III Marchetti, Shawn<br>2823 St. Barts Square<br>Vero Beach, Florida 32967 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471[16] | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Harmon, Dennis and Nancy<br>2816 St. Bart's Square<br>Vero Beach, FL 32967 | Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois<br><br>The Travelers Indemnity Company of Connecticut<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Peace, Stephanie & John<br>123 SW 29th Street<br>Cape Coral, FL 33914 | Vinings Insurance Company |
| Transland, LLC<br>34 NE 4th Street<br>Cape Coral, Florida 33909[17] | Vinings Insurance Company |
| Kelly, Christopher & Jesica<br>2836 NW 25th Terrace<br>Cape Coral, Florida 33993 | Vinings Insurance Company |
| Mercedes, William and Carmen<br>845 SW 17lh Street<br>Cape Coral, Florida 33991 | Vinings Insurance Company |
| Montalvo, Samuel, Jr.<br>1133 Nelson Road North<br>Cape Coral, Florida 33993 | Vinings Insurance Company |

---

[16] As explained in Travelers joinder to the Insurer Steering Committee's Brief, the Dauterives' profile form demonstrates that their claims are not properly asserted against Banner Supply (or any affiliated entities) but rather Interior Exterior Building Supply.

[17] Although this plaintiff lists its home address in the Virgin Islands, it is suing over "real property located at 34 NE 4th Street, Cape Coral, Florida 33909." Doc. 3132, ¶ 399, p. 76 of 85.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Penny, Andrew and Rachel<br>1814 NW 22nd Place<br>Cape Coral, Florida 33993 | Vinings Insurance Company |
| Fallmann, James & Barbara[18]<br>11063 Pacifica Street<br>Wellington, FL 33449 | Vinings Insurance Company |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Vinings Insurance Company |
| Orlowski, David<br>2722 SW 10th Avenue<br>Cape Coral, FL 33914 | Vinings Insurance Company |
| Kottkamp, Jeffrey and Cynthia<br>Buttonwood Harbor<br>4511 Randag Drive<br>North Ft. Myers, Florida | Vinings Insurance Company |
| Rekhels, Alexander and Irina<br>1344 SW Sultan Drive<br>Port St. Lucie, Florida 33903 | Vinings Insurance Company |
| Samuel Ledford<br>10308 Renfroe Road<br>Alpine, AL  35014 | Wesco Insurance Company<br><br>Harleysville Mutual Insurance Company |
| Danny & Cathy Headley<br>5313 County Road 24<br>Verbena, AL  36091 | Wesco Insurance Company<br><br>Harleysville Mutual Insurance Company |
| Jeremy Macon<br>346 Korreckt Lane<br>Lincoln, AL  35096 | Wesco Insurance Company<br><br>Harleysville Mutual Insurance Company |
| Brenda Owens<br>2105 Lane Avenue<br>Birmingham, AL  35217 | Wesco Insurance Company<br><br>Harleysville Mutual Insurance Company |
| Stanley & April Thornton<br>336 County Road 703<br>Jemison, AL  35085 | Wesco Insurance Company<br><br>Harleysville Mutual Insurance Company |
| Dinitto, Patrick and Hevanilson Magalhaes<br>28474 Altessa Way, Unit 102<br>Bonita Springs, FL 34135 | Westchester Surplus Lines Insurance Company |
| Dodge, Dale and Beverly<br>3632 101st Avenue East<br>Parrish, FL 34219 | Westchester Surplus Lines Insurance Company |
| Knight, Christopher and Rosemary<br>21311 Morning Mist Way<br>Land O Lakes, FL 34639 | Westchester Surplus Lines Insurance Company) |

---

[18] With respect to the Fallmann Plaintiffs and the Miller Plaintiffs, Vinings Insurance Company ("Vinings") is erroneously alleged to have insured Sterling Communities Inc. and Sterling Communities Realty. Vinings is separately addressing that issue by Motion for Summary Judgment but includes those plaintiffs in this motion because even accepting the allegations in the Amato Complaint as true, the Fallmann Plaintiffs and Miller Plaintiffs lack standing to pursue a direct action against Vinings for the reasons set forth in this motion.

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Mottolo, Gene<br>3608 101st Avenue E<br>Parrish, FL 34219 | Westchester Surplus Lines Insurance Company |
| Burke, Richard and Rebecca<br>4551 Mapletree Loop<br>Wesley Chapel, FL 33544 | Westchester Surplus Lines Insurance Company |
| Lee, Kevin<br>13712 Trinity Leaf Place<br>Riverview, FL 33579 | Westchester Surplus Lines Insurance Company |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | Westchester Surplus Lines Insurance Company |
| Herbet, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Westchester Surplus Lines Insurance Company |
| Reid, Grant and Kathryn<br>7208 53rd Place East<br>Palmetto, FL 34221 | Westchester Surplus Lines Insurance Company |
| Akers, Christine and Robert<br>11019 Carrara Court #201<br>Bonita Spring, FL 34135 | Westchester Surplus Lines Insurance Company |
| Galvin, Larry and Rene<br>11019 Carrara Court #202<br>Bonita Spring, FL 34135 | Westchester Surplus Lines Insurance Company |
| Nuemann, Allan<br>11019 Carrara Court #101<br>Bonita Spring, FL 34135 | Westchester Surplus Lines Insurance Company |
| Tarzy, Jim<br>28479 Altessa Way, #101<br>Bonita Springs, FL 34135 | Westchester Surplus Lines Insurance Company |
| Lisa Carciato<br>13471 Little Gem Circle<br>Ft. Myers, FL 33913 | XL Insurance Company Limited |
| Ted and Pamela Gill<br>13471 Little Gem Circle<br>Ft. Myers, FL 33913 | XL Insurance Company Limited |
| Daniel and Danielle Kapalin<br>14115 Stowbridge Ave.<br>Tampa, FL 33626 | XL Insurance Company Limited |
| Robert Morris<br>14123 Stilton Street<br>Tampa, FL 33626 | XL Insurance Company Limited |
| Eric and Karen Wilcox<br>14117 Stowbridge Ave.<br>Tampa, FL 33626 | XL Insurance Company Limited |
| Andrea Baginski<br>20095 Larino Loop<br>Estero, FL 33928 | XL Insurance Company Limited as successor to XL Europe Limited |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Richard and Rebecca Burke<br>4551 Mapletree Loop<br>Wesley Chapel, FL 33544 | XL Insurance Company Limited as successor to XL Europe Limited |
| Dale and Beverly Dodge<br>3632 101st Avenue East<br>Parrish, FL 34219 | XL Insurance Company Limited as successor to XL Europe Limited |
| Michelle and Giancario Lee Egan<br>12923 SW 135 Terrace<br>Miami, FL 33186 | XL Insurance Company Limited as successor to XL Europe Limited |
| Dezman Elliot<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | XL Insurance Company Limited as successor to XL Europe Limited |
| Richard, Connie and Tracie Farmer<br>5912 French Creek Ct.<br>Ellenton, FL 34222 | XL Insurance Company Limited as successor to XL Europe Limited |
| Hernan Gamboa<br>12991 SW 134 Terrace<br>Miami, FL 33186 | XL Insurance Company Limited as successor to XL Europe Limited |
| Jesus Garcia and Julio Fernandez<br>11327 SW 236 Lane<br>Homestead, FL 33032 | XL Insurance Company Limited as successor to XL Europe Limited |
| Miguel Angel Gonzalez<br>2908 NE 2nd Drive<br>Homestead, FL 33033 | XL Insurance Company Limited as successor to XL Europe Limited |
| Robert and Maria Hay<br>7173 50th Avenue Circle East<br>Palmetto, FL 34221 | XL Insurance Company Limited as successor to XL Europe Limited |
| Jason and Shanique Herbert<br>7207 53rd PL E<br>Palmetto, FL 34221 | XL Insurance Company Limited as successor to XL Europe Limited |
| Marla Hernandez<br>11475 Southwest 238 Street<br>Homestead, FL 33032 | XL Insurance Company Limited as successor to XL Europe Limited |
| Christopher and Rosemary Knight<br>21311 Morning Mist Way<br>Land O Lakes, FL 34639 | XL Insurance Company Limited as successor to XL Europe Limited |
| Kevin Lee<br>13712 Trinity Leaf Place<br>Riverview, FL 33579 | XL Insurance Company Limited as successor to XL Europe Limited |
| Patrick Dinitto and Hevanilson Magalhaes<br>28474 Altessa Way, Unit 102<br>Bonita Springs, FL 34135 | XL Insurance Company Limited as successor to XL Europe Limited |
| Gene Mottolo<br>3608 101st Avenue East<br>Parrish, FL 34219 | XL Insurance Company Limited as successor to XL Europe Limited |
| Grant and Kathryn Reid<br>7208 53rd Place East<br>Palmetto, FL 34221 | XL Insurance Company Limited as successor to XL Europe Limited |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendants |
|---|---|
| Transland, LLC<br>34 NE 4th Street<br>Cape Coral, FL 33909 | XL Insurance Company Limited as successor to XL Europe Limited |
| Teresa Wilson<br>3945 Rolingsford Circle<br>Lakeland, FL 33810 | XL Insurance Company Limited as successor to XL Europe Limited |
| Scott Woolley<br>7050 Montauk Point Crossing<br>Bradenton, FL 34212 | XL Insurance Company Limited as successor to XL Europe Limited |