UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL            MDL No. 2047
           PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
                                          MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance*
*Company, et al.*, Civil Action No. 2:10-cv-00932

---

**AFFIDAVIT OF SETH V. JACKSON IN SUPPORT OF THE
NATIONWIDE DEFENDANTS' MOTION TO DISMISS DUPLICATIVE
CLAIMS UNDER THE FIRST-FILED DOCTRINE AND FURTHER TO DISMISS
CLAIMS AGAINST NATIONWIDE FOR IMPROPER VENUE, MISJOINDER, AND
LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULES
OF CIVIL PROCEDURE 12(B)(1), 20, 21 AND 12(B)(3)**

I, Seth V. Jackson, being of full age and under oath, state as follows:

1.      I am an associate of the law firm of Zelle Hofmann Voelbel & Mason LLP. My office is at 950 Winter Street, Suite 1300, Waltham, MA 02451. I am counsel of record for Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property & Casualty Insurance Company ("Nationwide") in the above-captioned lawsuit. I make this affidavit based on my own personal knowledge unless otherwise noted.

2.      I submit this affidavit in support of Nationwide's motion to dismiss.

3.      Attached as Exhibit 1 is a true and accurate copy of the Complaint for Declaratory Judgment filed on January 19, 2010 in *Nationwide Mutual Insurance Company, et al. v. The Overlook, LLC, et al.*, Case No. 4:10-cv-69 (E.D. Va.) ("Virginia *Overlook* Lawsuit).

4.      The Virginia *Overlook* Lawsuit is also related to a second lawsuit pending in Virginia, which involves alleged defective Chinese Drywall at a different building development and involves a different insured, Stony Point Townhomes, but that insured is related to Overlook.

*See Nationwide Mutual Insurance Company, et al. v. CG Stony Point Townhomes LLC, et al.*, Case No. 4:10-cv-70 (E.D. Va.). Both the parties and the Court have informally coordinated the Virginia *Overlook* and *Stony Point* Lawsuits for efficiency in addressing overlapping discovery and parallel legal issues.

5.      In the Virginia *Overlook* Lawsuit, the parties have exchanged discovery, and cross-motions for summary judgment on issues relating to application of the pollution exclusion have been briefed and argued to the Court.

6.      Attached as Exhibit 2 is a true and accurate copy of a Memorandum Opinion written by Magistrate Judge Dohnal in *Overlook, LLC*, Case No. 4:10-cv-69 (E.D. Va.) dated June 17, 2010.

7.      Attached as Exhibit 3 is a true and accurate copy of excerpts of the allegations from the *Amato* Complaint relating to the claims against Nationwide.

8.      Attached as Exhibit 4 is a true and accurate copy of the Plaintiff Profile Form submitted by Ricky L. Edmonds, 801 Holly Street, Richmond, VA 23220 on August 18, 2010 (EdmondsR00001 to 11).

9.      Attached as Exhibit 5 is a true and accurate copy of the Plaintiff Profile Form submitted by Keith and Elizabeth Berry, 607 Mansion Road, Yorktown, VA 23693 on August 5, 2010 (BerryKE000001 to 17).

10.     Attached as Exhibit 6 is a true and accurate copy of the Plaintiff Profile Form submitted by Kenneth and Jeri Johnson, 609 Mansion Road, Yorktown, VA 23693 on August 4, 2010 (JohnsonKJ000001 to 33).

11.     Attached as Exhibit 7 is a true and accurate copy of the Plaintiff Profile Form submitted by Dwight and Psyche Page, 102 Overlook Point, Yorktown, VA 23693 on August 4, 2010 (PageDP000001 to 19).

12.     Attached as Exhibit 8 is a true and accurate copy of the Plaintiff Profile Form submitted by Hugh and Tracy Vest, 111 Eston's Run, Yorktown, VA 23693 on August 18, 2010 (VestH00001 to 18).

13.     Attached as Exhibit 9 is a true and accurate copy of the Amended Plaintiff Profile Form submitted by Bryan and Kimberly Wood, 603 Mansion Road, Yorktown, VA 23693 on January 21, 2011 (WoodB000001 to 15).

14.     Attached as Exhibit 10 is a true and accurate copy of the First Amended Complaint in *Berry v. Overlook Point, LLC et al.*, Case No. CL10-0035 (Va. Cir. Ct.) filed on February 7, 2011.

15.     Attached as Exhibit 11 is a true and accurate copy of the Plaintiff Profile Form submitted by Judalyne Brown, 1414 SE Ladner Street, Port St. Lucie, FL 34983 on December 3, 2009 (BrownJ00001 to 12).

16.     Attached as Exhibit 12 is a true and accurate copy of the Plaintiff Profile Form submitted by Vincent L. Randolph, 5602 Birch Drive, Fort Pierce, FL 34982 on December 4, 2009 (RandolphV00001 to 8).

17.     Attached as Exhibit 13 is a true and accurate copy of the Plaintiff Profile Form submitted by Anne M. O'Hear, 2354 SE Avalon Road, Port St. Lucie, FL 34952 on December 5, 2009 (O'HearA00001 to 6).

*18.*     Attached as Exhibit 14 is a true and accurate copy of the Judicial Panel on Multidistrict Litigation's Order Denying Transfer of the Virginia *Overlook* Lawsuit to *In Re*

*Chinese-Manufactured Prods. Liability Litig.*, MDL No. 2047 dated February 3, 2011.

DATED: March 24, 2011

_____
SETH V. JACKSON

Subscribed and Sworn To
Before Me this 24th day of
March, 2011

_____
Notary Public
My Commission Expires: April 29, 2016

LINDA M. WHITTEMORE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 29, 2016

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Affidavit of Seth V. Jackson in Support of The Nationwide Defendants' Motion to Dismiss Duplicative Claims Under the First-Filed Doctrine and Further to Dismiss Claims Against Nationwide for Improper Venue, Misjoinder, and Lack of Subject Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(B)(1), 20, 21 and 12(B)(3)** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*s/ Catherine M. Colinvaux*
Catherine M. Colinvaux
