# *EXHIBIT 8 (PART A)*

**Plaintiff Profile Form - Residential Properties**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       MDL NO. 2047
PRODUCTS LIABILITY LITIGATION             SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES        JUDGE FALLON
                                           MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Hugh and Tracy Vest
Address of Affected Property: 111 Estons Run, Yorktown, VA 23693
Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental
Name of Person Completing this Form: Hugh Vest
Is above your primary residence? (•) Yes   No ( )
Mailing Address (if different): N/A
Phone: (757) 240-5626
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant
Represented By: Law Offices of Richard J. Serpe, P.C.
Address: 580 E. Main Street, Suite 310, Norfolk, VA 23510
Phone: (757) 233-0009
Case No. /Docket Info: 2:10-cv-00361

### Section II. Insurance Information

Homeowner/ Renter Insurer: State Farm Insurance Companies
Policy #: 46-LM-9210-5
Agent: Scott W. Miller
Address: 1500 State Farm Blvd., Charlottesville, VA 22909
Phone: (757) 874-8900

+ Attach Copy of Insurance Declaration Page - See Attached

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Hugh Vest | 06/23/06 | / / | M | 10/25/64 | Yes | Owner-Occupant |
| Tracy Vest | 06/23/06 | / / | F | 02/08/70 | Yes | Owner-Occupant |
| Delaney Vest | 06/23/06 | / / | F | 02/02/98 | Yes | Occupant or Renter Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

VestH00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes *  ☐ No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Peter Fallon, Atlantic Homes, LLC

   1.2. When did the inspection take place? 11/24/09   Arthur Greason  1/12/10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes  ☐ No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Peter Fallon, Atlantic Homes, LLC

   2.2. When was this determination made? 11/24/09   Engineering Systems, Inc.  1/12/10

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum | MFG Taihe China | Throughout |
|  | Venture Supply |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 2715 |
| Estimated Sq. Ft. of Drywall | Unknown |
| Height of Interior Walls | Varies |
| Number of Bedrooms: | 5 |
| Number of Bathrooms: | 3.5 |

| | Yes | No |
|---|---|---|
| Occupied | ☒ | ☐ |
| Year-round | ☒ | ☐ |
| Summer | ☐ | ☐ |
| Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☐ | ☒ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | No | | |
| Dates: N/A | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☐ | ☒ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: N/A | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper - See Attached

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | - / - /06 | Completion Date | 06 /23 /06 |
|---|---|---|---|
| Move In Date: | 06 /23 /06 | Date Acquired Home | 06 /23 /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | - / - / - | Completion Date | - / - / - |
|---|---|---|---|
| Move In Date: | - / - / - | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: Atlantic Homes, LLC
109 Nat Turner Boulevard
Newport, News VA 23606

Phone: (757) 596 - 8800

+ Attach Copy of Construction/Renovation Contract  See Attached
+ Attach Copy of New Home Warranty Declaration  See Attached

### Section IX. Drywall Installer

Drywall Installer's Name:

Address: Porter-Blaine Corp.
1140 Azalea Garden Road
Norfolk, VA 23502

Phone: (757) 857 - 0282

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502

Phone: (757) 855 - 5433

* Yes - screening inspection. Testifying experts and reports will be disclosed in accordance with the Court's schedule.

Case 2:09-md-02047-EEF-MBN   Document 8367-10   Filed 03/24/11   Page 4 of 9
Case 2:09-md-02047-EEF-JCW   Document 168   Filed 08/17/2009   Page 26 of 28
Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____    08/18/10         _Tracy F. Vest_____    08/18/10
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed
HUGH S. VEST


_____    _____        _____        _____
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed


_____    _____        _____        _____
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed

VestH00003



**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois

*1500 State Farm Blvd.*
*Charlottesville, VA 22909-0001*

**Named Insured**

G-07-2656-F213 F H

VEST, HUGH & TRACY F
111 ESTONS RUN
YORKTOWN VA  23693-2663

**DECLARATIONS PAGE**   AMENDED DEC 21 2006

| Policy Number | 46-LM-9210-5 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | JUN 23 2006 | JUN 23 2007 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 1135285
Mortgagee
TAYLOR BEAN & WHITAKER
MORTGAGE CORP
ITS SUCC AND/OR ASSIGNS ATIMA
MAIL STOP S
1417 N MAGNOLIA AVE
OCALA FL  34475-9078

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Your policy is amended DEC 21 2006
HOME ALERT CHANGED

| Coverages & Property | Limits of Liability |
|---|---|
| **SECTION I** | |
| A Dwelling | $ 357,000 |
|   Dwelling Extension    up to | $  35,700 |
| B Personal Property | $ 267,750 |
| C Loss of Use | Actual Loss Sustained |
| **SECTION II** | |
| L Personal Liability | $ 500,000 |
|   (Each Occurrence) | |
|   Damage to Property | |
|   of Others | $     500 |
| M Medical Payments to | |
|   Others (Each Person) | $   5,000 |

Inflation Coverage Index: 202.0
**Deductibles - Section I**

| All Losses | $ 1,000 |
|---|---|

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy              FP-7155.5
Building Ordinance or Law      FE-5296
Jewelry and Furs $1,500 Each   Option JF
  Article/$2,500 Aggregate
Increase Dwlg Up to $ 71,400   Option ID

**Endorsement Premium**
DECREASE                                $     45.36

Discounts Applied:
 Home Alert
 Utility Rating Cr
 Claim Free

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7001.6C

2054   251 I
N             Prepared   DEC 26 2006

SCOTT MILLER
757-874-8900

555-7020        555-7020.1 Rev. 10-2002 (o1f039fc)

VestH00004



State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

1500 State Farm Blvd.
Charlottesville, VA 22909-0001

**Named Insured**

G-07-2656-F213 F H

VEST, HUGH & TRACY F
111 ESTONS RUN
YORKTOWN VA  23693-2663

## DECLARATIONS PAGE

| Policy Number | 46-LM-9210-5 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | JUN 23 2006 | JUN 23 2007 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 1135285
Mortgagee
TAYLOR, BEAN & WHITAKER
MORTGAGE CORPORATION,
ISAOA/ATIMA
1417 N MAGNOLIA AVE
OCALA FL  34475-9078

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

| Coverages & Property | Limits of Liability |
|---|---|
| **SECTION I** | |
| A Dwelling | $ 357,000 |
|   Dwelling Extension   up to | $  35,700 |
| B Personal Property | $ 267,750 |
| C Loss of Use | Actual Loss Sustained |
| **SECTION II** | |
| L Personal Liability | $ 500,000 |
|   (Each Occurrence) | |
|   Damage to Property | |
|   of Others | $     500 |
| M Medical Payments to | |
|   Others (Each Person) | $   5,000 |

Inflation Coverage Index: 202.0
**Deductibles - Section I**

| All Losses | $  1,000 |
|---|---|

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy                          FP-7155.5
Building Ordinance or Law                  FE-5296
Jewelry and Furs $1,500 Each               Option JF
  Article/$2,500 Aggregate
Increase Dwlg Up to $ 71,400               Option ID

Total Premium                              $    900.00
Discounts Applied:
  Utility Rating Cr
  Claim Free

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7001.6C

2921   251  I
N K,S7,1S           Prepared   JUL 03 2006

SCOTT MILLER
757-874-8900

555-7020                555-7020.1 Rev. 10-2002 (o1f039fc)

VestH00005



**State Farm Fire and Casualty Company**
1500 State Farm Blvd.
Charlottesville, VA 22909-0001

**RENEWAL CERTIFICATE**
POLICY NUMBER    46-LM-9210-5
Homeowners Policy
JUN 23 2007 to JUN 23 2008    THE POLICY PERIOD BEGINS AND ENDS AT 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

G-07-2656-F213 F  H

7857
VEST, HUGH & TRACY F
111 ESTONS RUN
YORKTOWN VA  23693-2663

**TO BE PAID BY MORTGAGEE**

**Coverages and Limits**
Section I
A  Dwelling                                   $369,200
   Dwelling Extension    Up To        36,920
B  Personal Property                    276,900
C  Loss of Use                          Actual Loss Sustained

**Deductibles - Section I**
All Losses                                    1,000

Location:  Same as Mailing Address

**Section II**
L  Personal Liability                   $500,000
   Damage to Property of Others           500
M  Medical Payments to Others           5,000
   (Each Person)

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
Homeowners Policy                    FP-7155.5
Increase Dwlg up to $73,840          OPT  ID
Jewelry and Furs $1,500/$2,500       OPT  JF
Building Ordinance or Law            FE-5296
Telecommuter Coverage              * FE-5912

**Annual Premium**                            $861.00

*Effective: JUN 23 2007

**Premium Reductions**
Utility Rating Credit                   310.00
Home Alert Discount                      72.00
Claim Free Discount                      54.00

Inflation Coverage Index:   208.8

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

*Thanks for letting us serve you...*

7857    401B   I
N *  K,S7,S8

**Agent** SCOTT MILLER
**Telephone** (757) 874-8900

*If you have moved, please contact your agent.*
*See reverse side for important information.*

REB           Prepared   VestH000067 / MAY 03 2007



**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois

1500 State Farm Blvd.
Charlottesville, VA 22909-0001

Named Insured

AT 1       E-07-2656-F213      H  F
     001188
VEST, HUGH & TRACY F
111 ESTONS RUN
YORKTOWN VA  23693-2663

**DECLARATIONS PAGE**                AMENDED MAR 13 2009

| Policy Number | 46-LM-9210-5 | |
|---|---|---|
| Policy Period | Effective Date | Expiration Date |
| 12 Months | JUN 23 2008 | JUN 23 2009 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 812221800
Mortgagee
PENTAGON FEDERAL CREDIT UNION
ITS SUCC &/OR ASSIGNS ATIMA
PO BOX 320610
ALEXANDRIA VA  22320

## HOMEOWNERS POLICY

Automatic Renewal - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Your policy is amended MAR 13 2009
1ST MORTGAGEE LOAN NUMBER CHANGED
1ST MORTGAGEE NAME/ADDRESS CHANGED

| Coverages & Property | Limits of Liability | |
|---|---|---|
| **SECTION I** | | |
| A Dwelling | $ | 383,300 |
|   Dwelling Extension  up to | $ | 38,330 |
| B Personal Property | $ | 287,475 |
| C Loss of Use | | Actual Loss Sustained |
| **SECTION II** | | |
| L Personal Liability | $ | 500,000 |
|   (Each Occurrence) | | |
|   Damage to Property | | |
|   of Others | $ | 500 |
| M Medical Payments to | | |
|   Others (Each Person) | $ | 5,000 |

Inflation Coverage Index: 216.8
Deductibles - Section I
All Losses                    $    1,000

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

Loss Settlement Provision (See Policy)
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy              FP-7155.5
Telecommuter Coverage          FE-5912
Ordinance or Law Coverage      FE-5296
Jewelry and Furs $1,500 Each   Option JF
  Article/$2,500 Aggregate
Increase Dwlg Up to $ 76,660   Option ID

Endorsement Premium                 NONE

Discounts Applied:
 Home Alert
 Utility Rating Cr
 Claim Free

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7001.6C

3346  251  I
N              Prepared   MAR 16 2009

SCOTT MILLER
757-874-8900

555-7020            555-7020.1 Rev. 10-2002 (o1f039fc)

VestH00007

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

1500 State Farm Blvd
Charlottesville, VA 22909-0001

Named Insured

AT1　　　　　　　　　　　E-07-2656-F213　　　H  F
　　　　　　000259
VEST, HUGH & TRACY F
111 ESTONS RUN
YORKTOWN VA   23693-2663

**DECLARATIONS PAGE**　　AMENDED DEC 8 2009

| Policy Number | 46-LM-9210-5 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | JUN 23 2009 | JUN 23 2010 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 812221800
Mortgagee
PENTAGON FEDERAL CREDIT UNION
ITS SUCC &/OR ASSIGNS ATIMA
PO BOX 320610
ALEXANDRIA VA   22320

## HOMEOWNERS POLICY

**Automatic Renewal** - If the policy period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Your policy is amended DEC 8 2009
SECTION II COVERAGE LIMITS CHANGED

| Coverages & Property | Limits of Liability |
|---|---|
| **SECTION I** | |
| A  Dwelling | $   410,600 |
|    Dwelling Extension   up to | $    41,060 |
| B  Personal Property | $   307,950 |
| C  Loss of Use | Actual Loss Sustained |
| **SECTION II** | |
| L  Personal Liability (Each Occurrence) | $ 1,000,000 |
|    Damage to Property of Others | $       500 |
| M  Medical Payments to Others (Each Person) | $    10,000 |

Inflation Coverage Index: 232.2
Deductibles - Section I

| All Losses | $  1,000 |
|---|---|

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy　　　　　　　　FP-7155.5
Ordinance or Law Coverage　　　　FE-5296
Telecommuter Coverage　　　　　　FE-5912
Motor Vehicle Endorsement　　　　FE-5430
Amendatory Debris Removal　　　　FE-5490
Jewelry and Furs $1,500 Each　　 Option JF
  Article/$2,500 Aggregate
Increase Dwlg Up to $  82,120　  Option ID

Endorsement Premium
INCREASE　　　　　　　　　　　　　　$    12.89

Discounts Applied:
 Home Alert
 Utility Rating Cr

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7001.6C

1155　 151  I
N　　　　　　Prepared   DEC 11 2009

SCOTT MILLER
757-874-8900

VestH00008

555-7020　　555-7020.1 Rev. 10-2002 (o1f039fc)