# EXHIBIT 11

Print Form

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | Date Received |
| | MAG. JUDGE WILKINSON | |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Judalyne Brown |
| Address of Affected Property | 1414 SE Ladner Street |
| | Port St. Lucie, FL 34983 |
| Is this Property:* | ☒ Residential  ☐ Commercial  ☐ Governmental |
| Name of Person Completing this Form | Judalyne "Judy" Brown |
| Is above your primary residence? | ⦿ Yes   No ◯ |
| Mailing Address (if different) | Same |
| Phone: | (954) 562 - 8681 |

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant  ☐ Owner Only  ☐ Renter-Occupant

| | |
|---|---|
| Represented By: | Barrios, Kingsdorf & Casteix |
| Address: | 701 Poydras Street |
| | Suite 3650 |
| | New Orleans, LA 70139 |
| Phone: | (504) 524 . 3300 |
| Case No. /Docket Info: | 2:09cv07628 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Universal Property & Casualty |
| Policy #: | 592-225-366 |
| Agent: | J. Michael Dick |
| Address: | 50 SW Albany Avenue |
| | Stuart, FL 34994 |
| Phone: | (772) 221 - 9797 |

**+ Attach Copy of Insurance Declaration Page** See attached

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Judalyne Brown | / / | / / | M / ☒ | / / | ⦿ Yes   No | Owner-Occupant |
| | / / | / / | M / F | / / | ◯ Yes   No | |
| | / / | / / | M / F | / / | ◯ Yes   No | |
| | / / | / / | M / F | / / | ◯ Yes   No | |
| | / / | / / | M / F | / / | ◯ Yes   No | |
| | / / | / / | M / F | / / | ◯ Yes   No | |
| | / / | / / | M / F | / / | ◯ Yes   No ◯ | |
| | / / | / / | M / F | / / | ◯ Yes   No ◯ | |
| | / / | / / | M / F | / / | ◯ Yes   No ◯ | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**  ⊙ Yes   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   John Heaning / Heaning Home Inspections

1.2. When did the inspection take place?   11 / 19 / 09

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**   ⊙ Yes   No ○

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   John Heaning / Heaning Home Inspections

2.2. When was this determination made?   11 / 19 / 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | Entire Home |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 1931 |
| Estimated Sq. Ft. of Drywall | unknown |
| Height of Interior Walls | varies |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 2 |

| | Yes | No |
|---|---|---|
| Occupied | ☒ | ☐ |
| Year-round | ☒ | ☐ |
| Summer | ☐ | ☐ |
| Winter | ☐ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | NO | | |
| Dates: N/A | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | ☐ |
| Dates: N/A | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper** See attached

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | 10 /27/ 07 |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**

Vincent Montalto

Address:   Montalto Construction Company
1759 SW Biltmore Street
Port St. Lucie, FL 34984

Phone:   (772 ) 336  - 5882

**+ Attach Copy of Construction/Renovation Contract**

**+ Attach Copy of New Home Warranty Declaration** See attached

### Section IX. Drywall Installer

**Drywall Installer's Name:**   Unknown

Address:

Phone:   (     )     -

### Section X. Drywall Supplier

**Drywall Supplier's Name:**   Unknown

Address:

Phone:   (     )     -

BrownJ00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| _Judalyne Brown_ 12-3-09 | | |
| Claimant's Signature    Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature    Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature    Date Signed | Claimant's Signature | Date Signed |

BrownJ00003

**Universal Property and Casualty Insurance**
c/o Universal Risk Advisors
**1110 W. COMMERCIAL BLVD.**
**SUITE 300**
**FORT LAUDERDALE FL 33309**
**TOLL FREE: 800-425-9113**

Homeowners (HO3)
**Declaration Effective**
01/03/2007
(Amended)



1110 W. Commercial Blvd.  Suite □ Fort Lauderdale, FL

Claims: 1-800-218-3206

Service: Contact your Agent Listed Below

| 592-225-366 | 10/27/2006 | 10/27/2007 | 12:01 AM Standard Time | | 9C69 |
|---|---|---|---|---|---|

**Named Insured and Address**
Juda Brown
1414 SE Ladner St
Port St Lucie  FL  34983

(954) 562-8681

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

**Premium Summary**

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,007 | $18 | | $43.00 | $1,068.00 |

**Location 001**

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO3 | Masonry | 2006 | N | 1 | Y | 5 | 562 | 99 |

| County | Dwelling Replacement Cost | Home Updated | Protective Device Credits Burglar | Fire | Sprinkler | Shutter | Wind / Hail Exclusion |
|---|---|---|---|---|---|---|---|
| Saint Lucie | Y | Y | N | N | N | Y | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage -A- Dwelling | $150,000 | $1,007 | Coverage -E- Personal Liability | $ 300,000 | $18 |
| Coverage -B- Other Structures | $15,000 | | Coverage -F- Medical Payments | $1,000 | |
| Coverage -C- Personal Property | $75,000 | | | | |
| Coverage -D- Loss of Use | $30,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: **$1,238**

### Section 1 coverages subject to $1,000 non-hurricane deductible per loss.
### Section 1 coverages subject to $3,000 hurricane deductible per calendar year.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.

**If there are hurricane losses in a calendar year on more than one UPCIC policy, the hurricane deductible will be the highest amount stated in any one of the policies. If you have a hurricane loss and choose a lower deductible at policy renewal, the lower deductible will not take effect until January 1 of the following year.**

DESCRIBED LOCATION – The Described Location covered by this policy is at the above address unless otherwise stated:
1414 SE LADNER ST , PORT ST LUCIE, FL  34983

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

| Countersignature | Date | President |
|---|---|---|

UPCIC HO606 (01/02)

BrownJ00004

| **Universal Property and Casualty Insurance**<br>c/o Universal Risk Advisors<br>**1110 W. COMMERCIAL BLVD.**<br>**SUITE 300**<br>**FORT LAUDERDALE FL 33309**<br>**TOLL FREE: 800-425-9113** | **Homeowners (HO3)**<br>**Declaration Effective**<br>01/03/2007<br>(Amended)  |
|---|---|
| | 1110 W. Commercial Blvd.  Suite ☐ Fort Lauderdale, FL |
| Claims: 1-800-218-3206 | Service: Contact your Agent Listed Below |

| | | | | |
|---|---|---|---|---|
| 592-225-366 | 10/27/2006 | 10/27/2007 | 12:01 AM Standard Time | 9C69 |

Mortgagee / Additional Interest: 01

Agent Name and Address
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

( ) -

---

**Additional Interest**

Mortgagee / Additional Interest  01    Mortgagee / Additional Interest  02    Mortgagee / Additional Interest  03

( ) -                              ( ) -                                       ( ) -

Loan #                             Loan #                                      Loan #

---

### Policy Forms and Endorsements Applicable to this Policy

| NUMBER EDITION | DESCRIPTION | | LIMITS | PREMIUMS |
|---|---|---|---|---|
| | | | | $1,007.00 |
| HO 00 03 (04/91) | Homeowners 3 Special Form | | | |
| HO 04 96 (04/91) | No Coverage for Home Day Care Business | | | |
| UPCIC 3 (01/98) | Outline of your Homeowner Policy | | | |
| UPCIC 15 (01/96) | Loss Assessment Coverage | | $1,000 | |
| UPCIC 19 (01/96) | Windstorm Protective Devices | | | |
| UPCIC 22 (01/02) | Special Provisions - Florida | | | |
| UPCIC 24 (01/98) | Hurricane Deductible | | | |
| HO FL3 (09/03) | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | Section I - $10,000/$20,000; Section II - $50,000 | | |
| | Personal Liability Increase Endorsement | | $300,000 | $18.00 |
| | MGA FEE | | | $25.00 |
| | EMERGENCY MANAGEMENT PREPAREDNESS ASSISTANCE TRUST FUND SURCHARGE | | | $2.00 |
| | FIGA ASSESSMENT | | | $16.00 |

This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO803 (01/02)      Print Date: 12/07/2006 02:20:03 PM                    Page 2 of 2

BrownJ00005

| Universal Property and Casualty Insurance<br>c/o Universal Risk Advisors<br>**1110 W. COMMERCIAL BLVD.**<br>**SUITE 300**<br>**PORT LAUDERDALE FL 33309**<br>**TOLL FREE: 800-425-9113** | Homeowners (HO3)<br>**Declaration Effective**<br>10/27/2007  |
|---|---|

1110 W. Commercial Blvd. Suite ☐ Fort Lauderdale, FL

**Claims: 1-800-218-3206** | Service: Contact your Agent Listed Below

| 592-225-366 | 10/27/2007 | 10/27/2008 | 12:01 AM Standard Time | 9C69 |
|---|---|---|---|---|

**Named Insured and Address**
Juda Brown
1414 SE Ladner St
Port St Lucie FL 34983

(954) 562-8681

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

**Premium Summary**

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $856 | $18 | | $50.00 | $924.00 |

**Location 001**

| Form<br>HO3 | Construction<br>Masonry | Year<br>2006 | Townhouse/<br>Rowhouse<br>N | Number of<br>Families<br>1 | Occupied<br>Y | Protection<br>Class<br>5 | Territory<br>562 | BCEG<br>99 |
|---|---|---|---|---|---|---|---|---|
| County<br>Saint Lucie | Dwelling<br>Replacement Cost<br>Y | | Home Updated<br>Y | | Protective Device Credits:<br>Burglar  Fire  Sprinkler  Shutter<br>N    N    N    Y | | Wind / Hail<br>Exclusion<br>N | |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.
If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period
subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy
will expire.
Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of
this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage -A- Dwelling | $161,000 | $856 | Coverage -E- Personal Liability | $300,000 | $18 |
| Coverage -B- Other Structures | $16,100 | | Coverage -F- Medical Payments | $1,000 | |
| Coverage -C- Personal Property | $80,500 | | | | |
| Coverage -D- Loss of Use | $32,200 | | | | |

**NOTE: The portion of your premium for hurricane coverage is:  $550**

### Section 1 coverages subject to $1,000 non-hurricane deductible per loss.
### Section 1 coverages subject to $3,220 hurricane deductible per calendar year.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.

**If there are hurricane losses in a calendar year on more than one UPCIC policy, the hurricane deductible will be the highest amount stated in any one of the policies. If you have a hurricane loss and choose a lower deductible at policy renewal, the lower deductible will not take effect until January 1 of the following year.**

DESCRIBED LOCATION - The Described Location covered by this policy is at the above address unless otherwise stated:
1414 SE LADNER ST , PORT ST LUCIE, FL  34983

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

*Bradley S. Meier*

| Countersignature | Date | President |
|---|---|---|

UPCIC HO003 (01/02)

BrownJ00006

| Universal Property and Casualty Insurance<br>c/o Universal Risk Advisors<br>**1110 W. COMMERCIAL BLVD.**<br>**SUITE 300**<br>**FORT LAUDERDALE FL 33309**<br>**TOLL FREE: 800-425-9113** | Homeowners (HO3)<br>**Declaration Effective**<br>10/27/2007  |
|---|---|

1110 W. Commercial Blvd. Suite □ Fort Lauderdale, FL
Service: Contact your Agent Listed Below

Claims: 1-800-218-3206

| 592-225-366 | 10/27/2007 | 10/27/2008 | 12:01 AM Standard Time | 9C69 |
|---|---|---|---|---|

Mortgage / Additional Interest 01

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

( ) -

| Mortgagee / Additional Interest 01 | Mortgagee / Additional Interest 02 | Mortgagee / Additional Interest 03 |
|---|---|---|
| ( ) - | ( ) - | ( ) - |
| Loan # | Loan # | Loan # |

**Policy Forms and Endorsements Applicable to this Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| | | | $856.00 |
| HO 00 03 (04/91) | Homeowners 3 Special Form | | |
| HO 04 96 (04/91) | No Coverage for Home Day Care Business | $1,000 | |
| UPCIC 16 (01/98) | Loss Assessment Coverage | | |
| UPCIC 19 (01/98) | Windstorm Protective Devices | | |
| UPCIC 23 01 02 (06-07) | Special Provisions - Florida | | |
| UPCIC 25 01 96 (06-07) | Hurricane Deductible | | |
| UPCIC 00 07 (07-07) | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage   Section I - $10,000/$20,000; Section II - $50,000 | | $18.00 |
| HO FL3 (06/07) | Personal Liability Increase Endorsement | $300,000 | $25.00 |
| | MGA FEE | | $2.00 |
| | EMERGENCY MANAGEMENT PREPAREDNESS ASSISTANCE TRUST FUND SURCHARGE | | $5.00 |
| | FHCF ASSESSMENT | | $12.00 |
| | CITIZENS EMERGENCY ASSESSMENT | | $2.00 |
| | EIGA ASSESSMENT | | |

BrownJ00007

**Universal Property and Casualty Insurance**
c/o Universal Risk Advisors
**1110 W. COMMERCIAL BLVD.**
**SUITE 300**
**FORT LAUDERDALE FL 33309**
**TOLL FREE: 800-425-9113**

Homeowners (HO3)
**Declaration Effective**
10/27/2008



| | | 1110 W. Commercial Blvd.  Suite ☐ Fort Lauderdale, FL |
|---|---|---|
| | | Service: Contact your Agent Listed Below |

Claims: 1-800-218-3206

| | | | | 9C69 |
|---|---|---|---|---|
| 592-225-366 | 10/27/2008 | 10/27/2009 | 12:01 AM Standard Time | |

**Named Insured and Address**
Juda Brown
1414 SE Ladner St
Port St Lucie FL  34983

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

(954) 562-8681

**Premium Summary**

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $904 | $18 | | $60.47 | $982.47 |

**Location 001**

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO3 | Masonry | 2006 | N | 1 | Y | 5 | 562 | 99 |

| | County | | Dwelling Replacement Cost | Home Updated | Protective Device Credits: Burglar  Fire  Sprinkler  Shutter | | | Wind / Hail Exclusion |
|---|---|---|---|---|---|---|---|---|
| | Saint Lucie | | Y | Y | N    N    N      Y | | | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage -A-  Dwelling | $173,500 | $904 | Coverage -E-  Personal Liability | $ 300,000 | $18 |
| Coverage -B-  Other Structures | $17,350 | | Coverage -F-  Medical Payments | $1,000 | |
| Coverage -C-  Personal Property | $86,750 | | | | |
| Coverage -D- Loss of Use | $34,700 | | | | |

**NOTE: The portion of your premium for hurricane coverage is:**     **$600**

## Section 1 coverages subject to $1,000 non-hurricane deductible per loss.
## Section 1 coverages subject to $3,470 hurricane deductible per calendar year.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.

If there are hurricane losses in a calendar year on more than one UPCIC policy, the hurricane deductible will be the highest amount stated in any one of the policies. If you have a hurricane loss and choose a lower deductible at policy renewal, the lower deductible will not take effect until January 1 of the following year.

DESCRIBED LOCATION - The Described Location covered by this policy is at the above address unless otherwise stated:
1414 SE LADNER ST , PORT ST LUCIE, FL  34983

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

_Bradley I. Meier_

| Countersignature | Date | President |
|---|---|---|

UPCIC HO003 (01/02)

Page 1 of 2

BrownJ00008

**Universal Property and Casualty Insurance**
c/o Universal Risk Advisors
**1110 W. COMMERCIAL BLVD.**
**SUITE 300**
**FORT LAUDERDALE FL 33309**
**TOLL FREE: 800-425-9113**

Homeowners (HO3)
**Declaration Effective**
10/27/2009



1110 W. Commercial Blvd.  Suite ☐ Fort Lauderdale, FL
Service: Contact your Agent Listed Below

Claims: 1-800-218-3206

| 592-225-366 | 10/27/2009 | 10/27/2010 | 12:01 AM Standard Time | | 9C69 |

Mortgagee / Additional Interest 01

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

( ) -

Additional Interest
Mortgagee / Additional Interest 02

Mortgagee / Additional Interest 03

Mortgagee / Additional Interest 01

( ) -

( ) -

( ) -

Loan #

Loan #

Loan #

Policy Forms and Endorsements Applicable to this Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| | | | $2,623.00 |
| HO 00 03 (04/91) | Homeowners 3 Special Form | | |
| HO 04 96 (04/91) | No Coverage for Home Day Care Business | $1,000 | |
| UPCIC 16 (01/98) | Loss Assessment Coverage | | -1,511.00 |
| UPCIC 19 (01/98) | Windstorm Protective Devices | | |
| UPCIC 23 01 02 (06-07) | Special Provisions - Florida | | |
| UPCIC 25 01 98 (06-07) | Hurricane Deductible | | |
| UPCIC 00 07 (07-07) | Sinkhole Coverage | | |
| UPCIC 03 33 07 08 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage   Section I – $10,000/$20,000; Section II – $50,000 | | -$18.00 |
| | Personal Liability Increase Endorsement | $300,000 | $25.00 |
| | MGA FEE | | $2.00 |
| | EMERGENCY MANAGEMENT PREPAREDNESS ASSISTANCE TRUST FUND SURCHARGE | | $0.11 |
| | CITIZEN'S HIGH RISK ACCOUNT DEFICIT ASSESSMENT | | $11.30 |
| | FHCF ASSESSMENT | | $15.82 |
| | CITIZEN'S EMERGENCY ASSESSMENT | | $1.13 |
| | FIGA ASSESSMENT | | $3.28 |
| | 2007 FLORIDA INSURANCE GUARANTY ASSOCIATION | | |

LAW AND ORDINANCE COVERAGE IS AN IMPORTANT
COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU
MAY ALSO NEED TO CONSIDER THE PURCHASE OF
FLOOD INSURANCE FROM THE NATIONAL FLOOD
INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU
MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS
THESE COVERAGES WITH YOUR INSURANCE AGENT.

COINSURANCE CONTRACT: THIS POLICY CONTAINS A
CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-
POCKET EXPENSES TO YOU.

BrownJ00009

This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

Universal Property and Casualty Insurance
c/o Universal Risk Advisors
**1110 W. COMMERCIAL BLVD.**
**SUITE 300**
**FORT LAUDERDALE FL 33309**
**TOLL FREE: 800-425-9113**

Homeowners (HO3)
**Declaration Effective**
10/27/2009


UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY

1110 W. Commercial Blvd. Suite ☐ Fort Lauderdale, FL
Claims: 1-800-218-3206 | Service: Contact your Agent Listed Below

| Policy Number | Policy Period FROM | TO | | Agent Code |
|---|---|---|---|---|
| 592-225-366 | 10/27/2009 | 10/27/2010 | 12:01 AM Standard Time | 9C69 |

**Named Insured and Address**
Juda Brown    *Judalyne*
1414 SE Ladner St
Port St Lucie FL 34983

(954) 562-8681

**Agent Name and Address**
J. Michael Dick & Associates
50 SW Albany Ave
Stuart FL 34994
(772) 221-9797

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,623 | $18 | ( $1,511) | $58.64 | $1,188.64 |

### Location 001

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO3 | Masonry | 2006 | N | 1 | Y | 5 | 562 | 99 |

| County | Dwelling Replacement Cost | Home Updated | | Protective Device Credits: Burglar  Fire  Sprinkler  Shutter | | | | Wind / Hail Exclusion |
|---|---|---|---|---|---|---|---|---|
| Saint Lucie | Y | Y | | N   N   N   Y | | | | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage -A- Dwelling | $185,000 | $2,623 | Coverage -E- Personal Liability | $ 300,000 | $18 |
| Coverage -B- Other Structures | $18,500 | | Coverage -F- Medical Payments | $1,000 | |
| Coverage -C- Personal Property | $92,500 | | | | |
| Coverage -D- Loss of Use | $37,000 | | | | |

**NOTE: The portion of your premium for hurricane coverage is:    $702**

## Section 1 coverages subject to $1,000 non-hurricane deductible per loss.
## Section 1 coverages subject to $3,700 hurricane deductible per calendar year.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.

**If there are hurricane losses in a calendar year on more than one UPCIC policy, the hurricane deductible will be the highest amount stated in any one of the policies. If you have a hurricane loss and choose a lower deductible at policy renewal, the lower deductible will not take effect until January 1 of the following year.**

DESCRIBED LOCATION - The Described Location covered by this policy is at the above address unless otherwise stated:
1414 SE LADNER ST , PORT ST LUCIE, FL  34983

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

*Bradley J. Meier*

| Countersignature | Date | President |
|---|---|---|

UPCIC HO003 (01/02)

BrownJ00010

Page 1 of



LOURAN BUILDERS INC.

MODEL HOME: 1941 S.W. BAYSHORE BLVD.
PORT ST. LUCIE, FL 34984

Original Card

NEW CARD

**Vincent Montalto Construction, Inc.**

Remodeling • Alterations • Repairs

**1759 SW Biltmore St.** ◦ Port St. Lucie, FL 3498_
Office: (772) 336-5882 ◦ Fax: (772) 336-584_
Licensed & Insured                                    LIC # RR-006_

# The Amanda

AREA TABULATIONS
LIVING        1376
GARAGE        364
ENTRY         31

TOTAL         1771
PORCH         160

TOTAL         1931 SQ.FT.

BrownJ00011

Print Date    10/25/2006

# 2-10 Home Buyers Warranty
## *Certificate of Warranty Coverage*
### *Warranty*  FL256592



Home Buyers Warranty
America's Choice

Home Owner:

VINCENT MARINO *Sold to Judalyne Brown 10-27-06*

1414 SOUTHEAST LADNER STREET
PORT SAINT LUCIE, FL 34983

Insured by:
National Home Insurance
Company (A Risk Retention

Your builde   **Vincent Montalto Construction Inc.**          HBW Builder    **8800-8818**
has completed the enrollment process.  Your home has now been enrolled in the following
warranty program with an effective date of warranty of **09/07/06**

**One Year Workmanship/Two Year Systems/Ten Year Structural.**
**Warranty Limit: $110,900.00**

The Address and legal description of the home which has been accepted for enrollment is:

1414 SOUTHEAST LADNER STREET          20 309

PORT SAINT LUCIE, FL 34983          PSL SEC 2

The Home Buyers Warranty Limited Warranty Booklet          1/17/2006 HBW 307
enclosed is dated

The Builder Application for Home Enrollment that you signed with your Builder prior to your
home being enrolled in the HBW program, this Certificate of Warranty Coverage and the
enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract.
No Party will be bound by any other representations or agreements made by any persons.

**Notice: Any modifications, alterations or revisions made to this document will void the
warranty coverage.**

HBW 320 5/03

BrownJ00012

HOMEBUYER(S)