# EXHIBIT 12

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

For Internal Use Only  
File Number  
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Vincent L. Randolph  
Address of Affected Property: 5602 Birch Drive  
Fort Pierce, FL 34982  

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental  
Name of Person Completing this Form: Vincent L. Randolph  
Is above your primary residence? (•) Yes   ( ) No  
Mailing Address (if different): N/A  

Phone: (772) 528 - 6224  
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.  
Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant  
Represented By: Barrios Kingsdorf & Casteix  
Address: 701 Poydras Street  
Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524 - 3300  
Case No./Docket Info: 2:09cv07628

### Section II. Insurance Information

Homeowner/Renter Insurer: St. Johns Insurance Company  
Policy #: SJ30253890  
Agent: Ellwood Insurance Agency  
Address: 3047 S Fed Hwy  
Ft. Pierce, FL 34982  
Phone: (772) 464 - 3944  

+ Attach Copy of Insurance Declaration Page    See attached

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Vincent L. Randolph | 07/21/08 | -- / -- / -- | M / F (M) | 07/04/85 | Yes  No (•) | Owner-Occupant |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

RandolphV00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ☒ Yes  ☐ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Kross Inspectors

1.2. When did the inspection take place?  11/30/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ☒ Yes  ☐ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Kross Inspectors

2.2. When was this determination made?  11/30/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | Entire Home |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ☒ | ☐ |
| Height of Interior Walls | varies | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | | No | |
| Dates: N/A | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: N/A | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper   See attached

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | /   / | Completion Date | /   / |
|---|---|---|---|
| Move in Date: | 07/21/08 | Date Acquired Home | 07/21/08 |

Date Range for Renovations: (Month/Day/Year)  N/A

| Start Date: | -- /-- /-- | Completion Date | -- /-- /-- |
|---|---|---|---|
| Move in Date: | -- /-- /-- | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:  Louran Builders, Inc.
c/o Vincent C. Montalto, Jr.
414 SW Dalton Circle
Port St. Lucie, FL 34593

Phone:  (772) 336 - 5882

+ Attach Copy of Construction/Renovation Contract  N/A
+ Attach Copy of New Home Warranty Declaration  N/A

### Section IX. Drywall Installer

Drywall Installer's Name:  Unknown

Address: _____

Phone:  (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:  Unknown

Address: _____

Phone:  (   )   -

Page 2

RandolphV00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____ , _12-4-09_ , _____ , _____ ,
Claimant's Signature        Date Signed        Claimant's Signature        Date Signed

_____ , _____ , _____ , _____ ,
Claimant's Signature        Date Signed        Claimant's Signature        Date Signed

_____ , _____ , _____ , _____ ,
Claimant's Signature        Date Signed        Claimant's Signature        Date Signed

RandolphV00003

Page 3

06/18/09   A8

| St. Johns Insurance Company | | RENEWAL OFFER REMINDER | | |
|---|---|---|---|---|
| **Policy Number** | **Policy Type** | **Due Date** | **Policy Effective** | **Policy Expiration** |
| SJ30253890 | Homeowners | 07/18/09 | 07/18/09 | 07/18/10 |
| **Statement Mailed To** | | **Agent** | | |
| VINCENT RANDOLPH<br>5602 BIRCH DR<br>FORT PIERCE  FL 34982-4804 | | ELLCO 2 INC<br>ELLWOOD INSURANCE AGENCY<br>3047 S FED HWY<br>FT PIERCE  FL 34982 | | 7713818<br><br>Phone # 772-464-3944 |

Dear Valued Customer:

Payment of your renewal premium has not been received.  Your current policy will expire on the date below at 12:01am.  If payment is remitted BEFORE the due date shown, coverage will be in force. All premium payments must be made in U.S. Dollars and drawn on a U.S. financial institution.
Thank you for choosing our company for your insurance needs.

**Your Expiration Date is 07/18/09   12:01 AM   STANDARD TIME.**

| | |
|---|---:|
| Previous Amount: | $.00 |
| Renewal Premium: | $577.00 |
| TOTAL PREMIUM NOW DUE: | $577.00 |

Please keep the upper portion of this statement for your records.

IMPORTANT:  Detach and return the notice below, along with your payment, in the envelope provided.
Please be sure to include your policy number on your check.

---



St. Johns Insurance Company                                   RENEWAL OFFER REMINDER

* This is not a Bill *

| Policy Number | Full Payment | | | Amount Enclosed | Payment Due Date |
|---|---|---|---|---|---|
| SJ30253890 | $577.00 | | | | 07/18/09 |

A8   06/18/09                    SJ30253890            Please enter amount enclosed.
                                                        $577.00

Policyholder:                                  Please send check in USD to:

VINCENT RANDOLPH
5602 BIRCH DR
FORT PIERCE  FL 34982-4804

ST. JOHNS INSURANCE COMPANY
POLICY PROCESSING CENTER
PO BOX 1779
COLUMBIA  SC 29202 - 1779

SJ-B04

Bill/Statement Mailed to: Mortgagee on record

*0201SJ302538906480*

Insured Copy

RandolphV00004

## Allstate Insurance Company
PO Box 2964 Shawnee Mission, KS 66201-1364

**FLOOD INSURANCE APPLICATION PART 1 (OF 2)**

- ☒ New Business
- ☐ Rollover
- ☐ Renewal

Current Policy Number:

### Direct Bill Instructions
- ☒ Bill Insured
- ☐ Bill First Mortgagee
- ☐ Bill Second Mortgagee
- ☐ Bill Disaster Agency
- ☐ Bill Loss Payee
- ☐ Bill Agency
- ☐ Bill Other

Policy Period is from **07/18/2008** to **07/18/2009**
12:01 a.m. Local Time at the Insured Property Location
Waiting Period:  ☐ Standard 30 Day
Initial purchase of flood insurance related to:
☒ Loan - No Waiting
☐ Map Rev. (Zone change from Non-SFHA to SFHA) - One Day.

App Submission Date: **07/11/2008**
Loan Activity Date: **07/18/2008**

### Insurance Agent/Broker   Agency ID: 013818
CLAY ELLWOOD
3047 S US HWY 1
FT. PIERCE, FL 34982

TEL: 772-464-3944

### Name and Mailing Address of Insured
VINCENT RANDOLPH
5602 Birch Dr
Fort Pierce, FL 34982-4804

TEL: 772-528-6224

Is insurance required for disaster assistance?  ☐ Yes  ☒ No
Case Number:
If yes, check the government agency:  ☐ SBA  ☐ FEMA  ☐ FHA  ☐ HHS  ☐ Other:

### Name and Address of First Mortgagee
NATIONAL CITY BANK Its Successors And Or Assigns
PO BOX 1024
DAYTON, OH 45401

Loan #: 0006054423

### Name and Address of Second Mortgagee
FLORIDA HOUSING FINANCE CORP.
PO BOX 7298
SPRINGFIELD, OH 45501

Loan #: 2271815

Is insured property location same as insured's mailing address?
☒ Yes  ☐ No - If No, enter property address. If rural, describe property location (do not use P.O. Box).

County or Parish:
Located in an unincorporated area of the county?  ☐ Yes  ☒ No
Community No./Panel No. and Suffix for Location of Property Insured: **120285  0281  G**
Is building in special flood hazard area?  ☒ Yes  ☐ No
Flood Insurance Rate Map Zone: **AHB**   Flood Zone Certificate ID: **0807279303**
Community Program Type:  ☒ Regular  ☐ Emergency

### Building occupancy:
- ☒ Single Family
- ☐ 2-4 Family
- ☐ Other Residential
- ☐ Non-Residential (including Hotel/Motel)

### Basement or enclosure below an elevated building?
- ☒ None
- ☐ Finished basement
- ☐ Finished enclosure
- ☐ Unfinished basement
- ☐ Unfinished enclosure

Does insured qualify as a small business risk?  ☐ Yes  ☒ No

Number of floors in entire building (include basement or enclosed area, if any), or building type:
- ☒ 1 Floor  ☐ 2 Floors
- ☐ 3 or more  ☐ Split Level
- ☐ Townhouse/Rowhouse (RCBAP Lowrise Only)
- ☐ Manufactured (Mobile) Home on Foundation

If NOT a single family dwelling, the number of occupancies (units) is: 0

Condo coverage is for:
☐ Unit  ☐ Entire Building

Residential Condominium Building Association Policy only. Total number of units:
**0** (Include Non-Res)
☐ High-Rise  ☐ Low-Rise

Estimated Replacement Cost
Amount $ **125,000**

Is building insured's principal residence?  ☒ Yes  ☐ No

Is the building in the course of construction?  ☐ Yes  ☒ No

Deductible
☒ Building    $500
☒ Contents    $500
Deductible Buyback?  ☐ Yes  ☒ No

Is building elevated?  ☐ Yes  ☒ No
If building is elevated, complete Part 2 of this Application.
If yes, area below is:
☐ Free of Obstruction
☐ With Obstruction

If NOT 1-4 family dwelling, describe building and use:
For manufactured (mobile) homes, complete Part 2, Section III.

Is insured property owned by state government?  ☐ Yes  ☒ No

### Contents Location:
- ☐ Basement/enclosure only
- ☐ Basement/enclosure and above
- ☒ Lowest floor only above ground level
- ☐ Lowest floor only above ground level and higher
- ☐ Above ground level more than one full floor
- ☐ Manufactured (Mobile) Home

Is personal property household contents?  ☒ Yes  ☐ No - If No, please describe:

Note: If single family, contents are rated throughout the building.

Application ID: 465302   Create Date: 07/11/2008   Created By: CLAY ELLWOOD   PDA (10/04)

RandolphV00005

# FLOOD INSURANCE APPLICATION PART 1 - CONT.

**VINCENT RANDOLPH**

☒ New Business
☐ Rollover
☐ Renewal

Current Policy Number:

Construction, Placement or Substantial Improvement Date: **10/25/2006**
Pick One: ☐ Building Permit Date   ☒ Date of Construction   ☐ Substantial Improvement Date
☐ Manufactured (mobile) home located in a mobile home park/subdivision, construction date of park or subdivision facilities
☐ Manufactured (mobile) home outside a mobile home park/subdivision, date of permanent placement

Is building Post-FIRM Construction? ☒ Yes ☐ No    Building Diagram Number: **1**    Lowest Adjacent Grade (LAG): **17.1**
Highest Adjacent Grade (HAG): **17.5**

IF POST-FIRM CONSTRUCTION IN ZONES A, A1-A30, AE, AO, AH, V, V1-V30, VE, OR IF PRE-FIRM CONSTRUCTION IS ELEVATION RATED, ATTACH CERTIFICATION.
Lowest Floor Elevation: **17.1**   (-) Base Flood Elevation: **17**   (=) Difference (+ or -) To Nearest Foot: **0**

In Zones V, V1-V30 and VE only, does Base Flood Elevation include effects of Wave Action? ☐ Yes ☒ No
Is building Flood-Proofed? ☐ Yes ☒ No  - (See Flood Insurance Manual for suggested certificate form.)   Elevation Certification Date: **07/07/2008**

Coverage Requested:   ☒ Building and Contents   ☐ Building Only   ☐ Contents Only

| Coverage | Basic Limits | | | Additional Limits (Regular Program only) | | | Deductible | Basic and Additional | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Amount of Insurance | Rate | Annual Premium | Amount of Insurance | Rate | Annual Premium | Adjustment +/- | Total Amount Of Insurance | |
| Building | 50,000 | .28 | 140 | 75,000 | .08 | 60 | .00 | 125,000 | 200 |
| Contents | 20,000 | .37 | 74 | 55,000 | .13 | 72 | .00 | 75,000 | 146 |

Rate Type: (One building per policy - blanket coverage not permitted)
☒ Manual    ☐ Submit for Rating    ☐ FEMA Rates
☐ Alternative    ☐ V-Zone Rating Form
☐ MPPP Rating    ☐ Optional Post 1981 V Zone Rating
☐ Provisional Rating    ☐ Tentative Rating
☐ Underinsured Condominium Master Policy

Payment Type:   Amount
☐ Check
☐ Credit Card
☐ ACH

Product Type:
☒ Standard Flood    ☐ Mortgage Portfolio Protection Program (MPPP)
☐ Residential Condo Bldg Assoc Policy (RCBAP)    ☐ Scheduled Building

| | |
|---|---|
| Annual Subtotal | $ 346 |
| ICC Premium | 6 |
| Subtotal | 352 |
| CRS Premium Discount    10% | -35 |
| Subtotal | 317 |
| Probation Surcharge | 0 |
| Expense Constant | 0 |
| Federal Policy Fee | 35 |
| Total Prepaid Amount | $ 352 |

THE PREMIUM PROVIDED IS SUBJECT TO VERIFICATION OR ADJUSTMENT BY THE COMPANY.
NO COVERAGE IS PROVIDED OR IMPLIED BY THIS DOCUMENT.

THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT ANY FALSE STATEMENTS MAY BE PUNISHABLE BY FINE OR IMPRISONMENT UNDER APPLICABLE FEDERAL LAW.

_____   1/11/08         _____   7/11/08
Agent/Broker Signature        Date             Insured Signature          Date
                           (mm/dd/yy)             (Optional)            (mm/dd/yy)

Application ID: **465302**   Create Date: **07/11/2008**   Created By: **CLAY ELLWOOD**   PDA (10/04)

RandolphV00006




## PROPERTY RECORD CARD

Vincent L Randolph   Record: 1 of 1    <<Prev   Next >>   Spec.Assmnt   Taxes   Exemptions  Permits  Home  Print

### Property Identification

| | | | |
|---|---|---|---|
| Site Address: | 5602 Birch Dr | ParcelID: | 3402-609-0195-000-5 |
| Sec/Town/Range: | 11 :36S :40E | Account #: | 37749 |
| Map ID: | 34/11N | Land Use: | SF Res |
| Zoning: | RS-4 | City/Cnty: | St Lucie County |

### Ownership and Mailing
Owner: Vincent L Randolph
Address: 5602 Birch Dr
Fort Pierce FL 34982

### Legal Description
INDIAN RIVER ESTATES-UNIT-08- BLK 57 LOT 17 (MAP 34/11N) (OR 2998-313)

### Sales Information

| Date | Price | Code | Deed | Book/Page |
|---|---|---|---|---|
| 7/21/2008 | 99900 | 00 | WD | 2998 / 0313 |
| 5/27/2008 | 75000 | 01 | SP | 2981 / 0282 |
| 7/13/2007 | 100 | 01 | CT | 2850 / 0833 |
| 5/5/2005 | 52000 | 00 | WD | 2241 / 0021 |
| 7/19/2004 | 36500 | 00 | WD | 2024 / 2489 |
| 6/1/2004 | 26000 | 00 | WD | 1997 / 1341 |
| 3/21/1996 | 0 | 01 | PB | 1005 / 1605 |
| 2/27/1995 | 100 | 01 | QC | 0948 / 0006 |
| 12/29/1987 | 100 | 01 | QC | 0570 / 2403 |
| 6/27/1963 | 0 | 01 | WD | 0066 / 0598 |

### Assessment 2009 TRIM
2009 TRIM: 86900
Assessed: 86900
Ag.Credit: 0
Exempt: 50000
Taxable: 36900
Taxes: 921.02

### Total Land and Building
Land Value: 15200   Acres: 0.23
Building Value: 71700
Finished Area: 1200 SqFt

## BUILDING INFORMATION




### Exterior Features
| | | | | | |
|---|---|---|---|---|---|
| View: | - | RoofCover: | SD - Dim Shingle | RoofStruct: | HP - Hip |
| ExtType: | HC - HC | YearBlt: | 2006 | Frame: | - |
| Grade: | C - C | EffYrBlt: | 2006 | PrimeWall: | BS - CB Stucco |
| StoryHght: | 0010 - 1 Story | No.Units: | 1 | SecWall: | - |

### Interior Features
| | | | | | |
|---|---|---|---|---|---|
| BedRooms: | 3 | Electric: | MX - MAXIMUM | PrmIntWall: | DW - Drywall |
| FullBath: | 2 | HeatType: | FHA - FrcdHotAir | AvgHt/Fl: | |
| 1/2Bath: | 0 | HeatFuel: | ELEC - Electric | Prm.Flors: | CU - Carpet |
| %A/C: | 100 | %Heated: | 100 | %Sprinkled: | 0 |

### Special Features and Yard Items

| Type | Y/S | Qty. | Units | Qual. | Cond. | YrBlt |
|---|---|---|---|---|---|---|
| DWC – Driv-Concret | Y | 1 | 736 | AV | AV | 2006 |

### Land Information

| No. | Land Use | Type | Measure | Depth |
|---|---|---|---|---|
| 1 | 0100-SF Res | 215 -Front Ft | 80 | 125 |

THIS INFORMATION IS BELIEVED TO BE CORRECT AT THIS TIME BUT IT IS SUBJECT TO CHANGE AND IS NOT WARRANTED.

RandolphV00008