# EXHIBIT 13

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Anne O'Hear
Address of Affected Property: 2354 SE Avalon Road
Port St. Lucie, FL 34952

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental
Name of Person Completing this Form: Anne O'Hear
Is above your primary residence? (X) Yes  ( ) No
Mailing Address (if different): N/A

Phone: (772) 335 - 1764

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant
Represented By: Barrios Kingsdorf & Casteix
Address: 701 Poydras Street
Suite 3650
New Orleans, LA 70139
Phone: (504) 524 - 3300
Case No. /Docket Info: 2:09cv07628

### Section II. Insurance Information

Homeowner/ Renter Insurer: St. Johns Insurance Company
Policy #: SJ 302-49170
Agent: C & C Agency
Address: P.O. Box 7070
Port St. Lucie, FL

Phone: (772) 337 - 1250

+ Attach Copy of Insurance Declaration Page   See attached

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Anne O'Hear | 11/20/06 | --/--/-- | F | 11/20/38 | Yes | Owner-Occupant |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

O'HearA00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   ☒ Yes   ☐ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Steve Rubin

1.2. When did the inspection take place?   04/27/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ☒ Yes   ☐ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Steve Rubin

2.2. When was this determination made?   04/27/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | CHINA | Entire Home |
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1335 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ☒ | ☐ |
| Height of Interior Walls | 9 Feet | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | NO | | |
| Dates: N/A | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☒ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: N/A | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper   See attached

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | --/08/05 | Completion Date | --/08/06 |
|---|---|---|---|
| Move In Date: | 11/20/06 | Date Acquired Home | --/08/06 |

Date Range for Renovations: (Month/Day/Year)   N/A

| Start Date: | --/--/-- | Completion Date | --/--/-- |
|---|---|---|---|
| Move In Date: | --/--/-- | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Louran Builders, Inc.

Address:   c/o Mr. Vincent C. Montalto, Jr.
414 SW Dalton Circle
Port St. Lucie, FL 34593

Phone:   (772) 344 - 3312   or 772-879-7008

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration   See attached

### Section IX. Drywall Installer

Drywall Installer's Name:   Unknown

Address:

Phone:   (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:   Unknown

Address:

Phone:   (   )   -

Page 2

O'HearA00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| *[signed]* | 12/5/09 | | |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

O'HearA00003



**St. Johns Insurance Company**
6675 Westwood Blvd., Suite 360
Orlando, FL 32821

Customer Service: 1-800-748-2030

Homeowners
Renewal Ext Dec
and Premium Invoice
EFFECTIVE  7/25/09

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| SJ30249170 | 7/25/09 | 7/25/10 | 12:01 AM STANDARD TIME | 9900424 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| ANNE O'HEAR<br>2354 SE AVALON RD<br>PORT ST LUCIE    FL 34952-6505<br><br>PHONE #: 772-335-1764 | C & C INSURANCE AGENCY INC<br>P.O. BOX 7070<br>PORT ST LUCIE    FL 34985<br><br>PHONE #: 772-337-1250 |

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | ASSESSMENTS | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $558.00 | $193.00 | | $27.00 | $20.00 | $798.00 |

---------- LOCATION 001 ----------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $1000 | HO-3 | MA | N | 12-2006 | 1 | Owner |

HURRICANE DEDUCTIBLE    2% =    $3,700

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 03 | 562 | 111 | Primary |

---------------- COVERAGE LIMITS AND PREMIUMS - SECTION I ----------------

| | | |
|---|---|---|
| Coverage -A- (Dwelling) | $185,000 | $1,564.00 |
| Coverage -B- (Other Structures) | $3,700 | Incl |
| Coverage -C- (Personal Property) | $92,500 | Incl |
| Coverage -D- (Loss of Use) | $18,500 | Incl |

---------------- COVERAGE LIMITS AND PREMIUMS - SECTION II ----------------

| | | |
|---|---|---|
| Coverage -E- (Personal Liability) | $300,000 | $18.00 |
| Coverage -F- (Medical Payments) | $1,000 | Incl |

---------------- POLICY CHARGES AND CREDITS ----------------

| | |
|---|---|
| 2% Hurricane Deductible          $3,700 | Incl |
| Mitigation Device Credit | $1,024.00- |
| MGA Policy Fee | $25.00 |
| Emergency Management Trust Fund Surcharge | $2.00 |
| Florida Hurricane Catastrophe Fund | |
| Regular Assessment (1%) | $8.00 |
| Citizens Property Insurance Corporation 2005 | |
| High Risk Account Emergency Assessment (1.4%) | $11.00 |
| Florida Insurance Guaranty Association | |
| 2006 Emergency Assessment (.06%) | $1.00 |
| Total Premium for Endorsements | $193.00 |
| Total Policy Premium | $798.00 |
| Hurricane Premium =   $471.00     Non-Hurricane Premium = | $280.00 |

---------------- LOCATION(S) OF PROPERTY INSURED ----------------

2354 SE AVALON RD
PORT ST LUCIE    FL 34952-6505

---------------- POLICY FORMS AND ENDORSEMENTS ----------------

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|
| HO 03 34 | 05-03 | Limited Fungi,Wet/Dry Rot | | |

SJDECI   06/01/2008

*1614SJ3024917062B0*

PAGE  1 OF  3

O'HearA00004

Insured Copy



**St. Johns Insurance Company**
6675 Westwood Blvd., Suite 360
Orlando, FL 32821

*Homeowners*
*New Business Declaration*

*EFFECTIVE  7/25/08*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| SJ30249170 | 7/25/08 | 7/25/09 | 12:01 AM STANDARD TIME | 9900424 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| ANNE O'HEAR<br>2354 SE AVALON RD<br>PORT ST LUCIE    FL 34952-6505 | C & C INSURANCE AGENCY INC<br>P.O. BOX 7070<br>PORT ST LUCIE    FL 34985<br><br>PHONE # 772-337-1250 |

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | ASSESSMENTS | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $521.00 | $266.00 | | $27.00 | $27.00 | $841.00 |

------------------------------- LOCATION 001 -------------------------------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $1000 | HO-3 | MA | N | 12-2006 | 1 | Owner |

HURRICANE DEDUCTIBLE    2% =    $3,700

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 03 | 562 | 111 | Primary |

------------------ COVERAGE LIMITS AND PREMIUMS - SECTION I ------------------

| | | |
|---|---|---|
| Coverage -A- (Dwelling) | $185,000 | $1,480.00 |
| Coverage -B- (Other Structures) | $3,700 | Incl |
| Coverage -C- (Personal Property) | $92,500 | Incl |
| Coverage -D- (Loss of Use) | $18,500 | Incl |
| Hurricane Premium -------- $712 | | Incl |

------------------ COVERAGE LIMITS AND PREMIUMS - SECTION II ------------------

| | | |
|---|---|---|
| Coverage -E- (Personal Liability) | $300,000 | $18.00 |
| Coverage -F- (Medical Payments) | $1,000 | Incl |

------------------------ POLICY CHARGES AND CREDITS ------------------------

| | | |
|---|---|---|
| 2% Hurricane Deductible | $3,700 | Incl |
| Mitigation Device Credit | | $977.00- |
| MGA Policy Fee | | $25.00 |
| Emergency Management Trust Fund Surcharge | | $2.00 |
| Florida Hurricane Catastrophe Fund | | |
| Regular Assessment (1%) | | $8.00 |
| Citizens Property Insurance Corporation 2005 | | |
| High Risk Account Emergency Assessment (1.4%) | | $11.00 |
| Florida Insurance Guaranty Association | | |
| 2007 Regular Assessment (1%) | | $8.00 |

---------------------- LOCATION(S) OF PROPERTY INSURED ----------------------

2354 SE AVALON RD
PORT ST LUCIE   FL 34952-6505

------------------------- POLICY FORMS AND ENDORSEMENTS -------------------------

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|
| *HO 03 34 | 05-03 | Limited Fungi,Wet/Dry Rot | | |
| *IL P 001 | 01-04 | OFAC Advisory Notice | | |
| *OIR-B1-1655 | 07-07 | Hurricane Loss Mitigation | | |

O'HearA00005

SJDECI    10/15/2007                        Insured Copy

*S736SJS02491704S80*                  PAGE  1 OF  3



36 X 62

C.O. #2

ADD closet
MOVE W/D

wall

DOORS FOIL SANIBEL MAPLE
RAISED PANEL

O'HearA00006

Print Date:    10/16/2006



# 2-10 Home Buyers Warranty
## Certificate of Warranty Coverage
### Warranty   FL255630

Home Owner:

**ANNE O'HEAR**

**2354 SOUTHEAST AVALON ROAD**
**PORT SAINT LUCIE, FL 34952**

Insured by:
National Home Insurance
Company (A Risk Retention

Your builde    Vincent Montalto Construction Inc.        HBW Builder    8800-8818

has completed the enrollment process. Your home has now been enrolled in the following warranty program with an effective date of warranty of **07/28/06**

**One Year Workmanship/Two Year Systems/Ten Year Structural.**

**Warranty Limit: $118,900.00**

The Address and legal description of the home which has been accepted for enrollment is:

**2354 SOUTHEAST AVALON ROAD            25 1505**
**PORT SAINT LUCIE, FL 34952**

The Home Buyers Warranty Limited Warranty Booklet            1/17/2006 HBW 307
enclosed is dated

The Builder Application for Home Enrollment that you signed with your Builder prior to your home being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract. No Party will be bound by any other representations or agreements made by any persons.

**Notice: Any modifications, alterations or revisions made to this document will void the warranty coverage.**

O'HearA00006

HBW 320 5/03

HOMEBUYER(S)