UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>            PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932

### NOTICE OF SUBMISSION

Please take notice that the foregoing motion to dismiss on behalf of **Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property and Casualty Insurance Company** will be brought on for hearing before the Honorable Eldon E. Fallon on April 13, 2011 at 9:00 a.m., or as soon thereafter as may be heard.

Dated: March 24, 2011              Respectfully submitted,

              */s/ Catherine M. Colinvaux*
Catherine M. Colinvaux (Mass. Bar No. 557935)
Seth V. Jackson (Mass. Bar No. 658669)
**ZELLE HOFMANN VOELBEL & MASON LLP**
950 Winter Street
Suite 1300
Waltham, MA 02451
Tel: (781) 466-0700
Fax: (781) 466-0701
E-mail: ccolinvaux@zelle.com
E-mail: sjackson@zelle.com

- and -

Scott J. Ryskoski (Tex. Bar No. 24038306)
**RYSKOSKI LAW, P.L.L.C.**
556 Silicon Drive
Suite 100
Southlake, TX 76092
Tel: 817-310-3527
Fax: 817-310-0141
E-mail: sjr@ryskoskilaw.com

*Attorneys for Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

               *s/ Catherine M. Colinvaux*
               Catherine M. Colinvaux