UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL DOCKET NO. 2047 SECTION "L" |
| This Document Relates To: | * * | JUDGE FALLON |
| DEAN AMATO, ET AL | * | MAGISTRATE JUDGE WILKINSON |
| VERSUS | * * | |
| LIBERTY MUTUAL INS., ET AL | * | |
| Case No. 10-932 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS BY SWISS RE INTERNATIONAL SE PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant, Swiss Re International SE (hereinafter "Swiss Re"), hereby moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss all of the non-Louisiana claims asserted against it for lack of subject matter jurisdiction.[1]  In support of this Motion, Swiss Re relies on the Memorandum of Law filed in connection with this Motion and the

---

[1] This Motion, like the Motion by the Insurer Steering Committee, is filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other 12(b) motions raising other issues at a later time.  Accordingly, Swiss Re expressly reserves the right to assert different Rule 12(b) motions at a later time and does not intend to waive any such motions, defenses or issues.

Memorandum of Law submitted by the Insurer Steering Committee in support of a substantially similar Motion to Dismiss filed on behalf of 54 "Insurance Company Defendants."

WHEREFORE, for all the foregoing reasons, the reasons contained in the accompanying Memorandum of Law, and the Memorandum of Law filed by the Insurer Steering Committee, Swiss Re respectfully requests that the Court enter an order granting this Motion; dismissing all non-Louisiana claims asserted against it for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure; and granting any other relief this Court deems necessary and proper.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

        BY:   /s/ *Stephen P. Hall*
               Stephen P. Hall (La. Bar No. 1934)
               Jonathan B. Womack (La. Bar No. 30801)
               Marne Jones (La. Bar No. 32522)
               Canal Place
               365 Canal Street • Suite 2000
               New Orleans, Louisiana 70130-6534
               Telephone: (504) 566-1311
               Telecopier: (504) 568-9130
               Email: halls@phelps.com
                      jonathan.womack@phelps.com
                      marne.jones@phelps.com

        **ATTORNEYS FOR**
        **SWISS RE INTERNATIONAL SE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Stephen P. Hall*
STEPHEN P. HALL (La. Bar No. 01934)
JONATHAN B. WOMACK (La. Bar No. 30801)
MARNE A. JONES (La. Bar No. 32522)
Counsel for Swiss Re International SE