UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL DOCKET NO. 2047  SECTION "L" |
| This Document Relates To: | * * | JUDGE FALLON |
| DEAN AMATO, ET AL | * | MAGISTRATE JUDGE WILKINSON |
| VERSUS | * * | |
| LIBERTY MUTUAL INS., ET AL | * | |
| Case No. 10-932 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### SWISS RE INTERNATIONAL SE NOTICE OF SUBMISSION OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Please take notice that Defendant, Swiss Re International SE, submits for decision its Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, as of April 13, 2011 at 9:00 a.m.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ *Stephen P. Hall*
Stephen P. Hall (La. Bar No. 1934)
Jonathan B. Womack (La. Bar No. 30801)
Marne Jones (La. Bar No. 32522)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: halls@phelps.com
jonathan.womack@phelps.com
marne.jones@phelps.com

**ATTORNEYS FOR
SWISS RE INTERNATIONAL SE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Stephen P. Hall*
STEPHEN P. HALL (La. Bar No. 01934)
JONATHAN B. WOMACK (La. Bar No. 30801)
MARNE A. JONES (La. Bar No. 32522)
Counsel for Swiss Re International SE