UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

## MOTION FOR LEAVE TO FILE ADDITIONAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT through undersigned counsel, comes defendant, Wesco Insurance Company ("Wesco"), who respectfully requests leave to file an Additional Memorandum in Support of the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed on behalf of the Insurer Steering Committee and 57 Moving Insurer Defendants. In support of this motion, Wesco asserts the following good grounds:

1.

On March 24, 2011, the Insurer Steering Committee ("ISC"), joined by 57 moving Insurance Company Defendants, including Wesco, filed a Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Docket No. unknown at this time).

2.

Wesco is a joining party to the ISC Motion to Dismiss as noted in Exhibit A attached thereto.

3.

Wesco requests leave to file its Additional Memorandum in order to present a full and balanced review of the issues specific to Wesco to this Court.

4.

The filing of this Additional Memorandum will not prejudice any party or delay the progress of this litigation. Therefore, Wesco Insurance Company respectfully request that it be granted leave to file the attached Additional Memorandum in Support of the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by the Insurer Steering Committee and joined by the 57 moving Insurance Company Defendants, including Wesco.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Virginia Y. Trainor
      Marshall M. Redmon, Bar Roll No. 18398
      Virginia Y. Trainor, Bar Roll No. 25275
      City Plaza II • 400 Convention Street • Suite 1100
      Baton Rouge, Louisiana 70802
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Facsimile:  (225) 381-9197
      Email:  trainorg@phelps.com
              redmonm@phelps.com


      -AND-

      Pablo Gonzalez, Bar Roll No. 29215
      365 Canal Street – Suite 2000
      New Orleans, Louisiana  70130-6534
      Telephone: (504) 566-1311
      Facsimile:  (504) 568-9130
      Email: gonzalep@phelps.com

      ATTORNEYS FOR DEFENDANT WESCO INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Wesco Insurance Company's Motion for Leave to File Additional Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Wesco Insurance Company
Phelps Dunbar LLP
II City Plaza
400 Convention street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com