UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

### MOTION FOR LEAVE TO FILE MEMORANDUM OF ADDITIONAL SUPPORT ON MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT through undersigned counsel, come defendants, Chubb Custom Insurance Company ("CCIC") and Federal Insurance Company (improperly named in the Amended Amato Complaint as "Chubb Group of Insurance Companies" and hereinafter referred to as "Federal") (CCIC and Federal collectively referred to as "Chubb"), who respectfully request leave to file Memorandum of Additional Support on the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed on behalf of the Insurer Steering Committee and 57 Moving Insurer Defendants. In support of this motion, Chubb asserts the following good grounds:

1.

On March 24, 2011, the Insurer Steering Committee ("ISC"), joined by 57 moving Insurance Company Defendants, including CCIC and Federal, filed a Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Docket No. unknown at this time).

2.

CCIC and Federal are both joining parties to the ISC Motion to Dismiss as noted in Exhibit A attached thereto.

3.

CCIC and Federal requests leave to file their Additional Memorandum in order to present a full and balanced review of the issues specific to CCIC and Federal to this Court.

4.

The filing of this Additional Memorandum will not prejudice any party or delay the progress of this litigation. Therefore, Chubb Custom Insurance Company and Federal Insurance Company (improperly named in the Amended Amato Complaint as "Chubb Group of Insurance Companies") respectfully request that it be granted leave to file the attached Memorandum of Additional Support on the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by the Insurer Steering Committee and joined by the 57 moving Insurance Company Defendants, including Chubb Custom Insurance Company and Federal Insurance Company.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY: /s/ Virginia Y. Trainor
Marshall M. Redmon, Bar Roll No. 18398
Virginia Y. Trainor, Bar Roll No. 25275
City Plaza II • 400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: trainorg@phelps.com
redmonm@phelps.com


-AND-

Pablo Gonzalez, Bar Roll No. 29215
365 Canal Street – Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

2

Facsimile: (504) 568-9130
Email: gonzalep@phelps.com

-AND-

Joseph A. Ziemianski, (S.D. Tx. Bar No. 25915) (Tx. Bar No. 00797732)
**COZEN O'CONNOR**
One Houston Center
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
Email: jziemianski@cozen.com


ATTORNEYS FOR DEFENDANTS CHUBB
CUSTOM INSURANCE COMPANY AND
FEDERAL INSURANCE COMPANY,
IMPROPERLY NAMED AS CHUBB GROUP OF
INSURANCE COMPANIES

PD.4882794.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Chubb's Motion for Leave to File Additional Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Chubb Custom Insurance Company
and Federal Insurance Company, Improperly
Named as Chubb Group of Insurance Companies
Phelps Dunbar LLP
II City Plaza
400 Convention street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com

PD.4882794.1