UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

### MOTION FOR LEAVE TO FILE MEMORANDUM OF ADDITIONAL SUPPORT ON MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT through undersigned counsel, come defendants, Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958, and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200, improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London" (and hereinafter referred to as "Underwriters"), who respectfully request leave to file a Memorandum of Additional Support on the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed on behalf of the Insurer Steering Committee and 57 Moving Insurer Defendants. In support of this motion, Underwriters assert the following good grounds:

1.

On March 24, 2011, the Insurer Steering Committee ("ISC"), joined by 57 moving Insurance Company Defendants, including Underwriters, filed a Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Docket No. unknown at this time).

2.

Underwriters are joining parties to the ISC Motion to Dismiss as noted in Exhibit A attached thereto.

3.

Underwriters request leave to file their Memorandum of Additional Support in order to present a full and balanced review of the issues specific to Underwriters to this Court.

4.

The filing of this Memorandum of Additional Support will not prejudice any party or delay the progress of this litigation. Therefore, Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200 respectfully request that they be granted leave to file the attached Memorandum of Additional Support on Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by the Insurer Steering Committee and joined by the 57 moving Insurance Company Defendants, including Omega Dedicated Ltd (UK) and Argo Underwriting Agency, Ltd.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Virginia Y. Trainor
Marshall M. Redmon, Bar Roll No. 18398
Virginia Y. Trainor, Bar Roll No. 25275
City Plaza II • 400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: trainorg@phelps.com
         redmonm@phelps.com

-AND-

Pablo Gonzalez, Bar Roll No. 29215
365 Canal Street – Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

Facsimile: (504) 568-9130
Email: gonzalep@phelps.com

ATTORNEYS FOR OMEGA DEDICATED LTD (UK), THE SOLE UNDERWRITING MEMBER OR "NAME" FOR SYNDICATE 958, AND ARGO UNDERWRITING AGENCY, LTD., THE SOLE UNDERWRITING MEMBER OR "NAME" FOR SYNDICATE 1200, IMPROPERLY IDENTIFIED IN THE AMENDED AMATO COMPLAINT AS "UNDERWRITERS AT LLOYD'S, LONDON"

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Underwriters Motion for Leave to File Additional Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958, and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200, improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London"
Phelps Dunbar LLP
II City Plaza

3

400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com

4

PD.4882982.1