UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum of Additional Support on Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee:

IT IS HEREBY ORDERED that defendants, Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 and Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200 are granted leave to file their Memorandum of Additional Support on Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee and joined by 57 moving Insurance Company Defendants, including Omega Dedicated Ltd (UK) and Argo Underwriting Agency, Ltd., improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London".

Signed this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
Judge, United States District Court
Eastern District of Louisiana