UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO**<br>*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### RSUI GROUP INC.'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

RSUI Group Inc. has been sued in *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 as the alleged insurer of Interior/Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC. RSUI Group did not issue any policies of insurance to Interior Exterior Building Supply, L.P nor Interior Exterior Enterprises, LLC.[1] RSUI Group, Inc. does not issue or write policies of insurance. Accordingly, there being no genuine issue of material fact, RSUI Group, Inc. moves for summary judgment dismissing the claims of the claims of the plaintiffs against RSUI Group, Inc. as a matter of law.[2]

This motion is filed pursuant to this Court's Order of March 3, 2011 permitting a "lack of a policy" motion to be filed on or before March 24, 2011 (Doc. 7793).

*Signature Block Follows*

---

[1] Landmark American Insurance Company, an affiliated and subsidiary company of RSUI Group, Inc., did issue second layer excess CGL insurance policies to Interior Exterior.

[2] The plaintiffs who brought claims against RSUI Group, Inc. in its alleged capacity as an insurer for Interior Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC, are set forth in Exhibits 1 and 2 to the Memorandum in Support of RSUI Group Inc.'s Motion for Summary Judgment for Lack of Policy File Pursuant to Court Order of March 3, 2011.

**Respectfully submitted:**
/s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com

*Counsel for RSUI Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that RSUI Group, Inc's. Motion for Summary Judgment For Lack of A Policy Filed Pursuant to March 3, 2011 Court Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/*Melissa M. Swabacker*

MELISSA M. SWABACKER