UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## STATEMENT OF UNDISPUTED MATERIAL FACTS SUPPORTING RSUI GROUP INC.'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011

1. RSUI Group, Inc. did not issue any policies of insurance at any time to either Interior Exterior Building Supply, L.P., nor Interior Exterior Enterprises, LLC. See, Declaration of William G. Dupre, attached hereto as Exhibit A.

2. Neither Interior Exterior Building Supply, L.P. nor Interior Exterior Enterprises, LLC are named as additional insureds under any policy of insurance issued directly by RSUI Group, Inc. as RSUI Group, Inc. does not issue or write policies of insurance. *See, Id.*

**Respectfully submitted:**

   /s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans LA 70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com
*Counsel for RSUI Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Undisputed Material Facts Supporting RSUI Group, Inc.'s Motion for Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Melissa M. Swabacker*
MELISSA M. SWABACKER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DECLARATION OF WILLIAM G. DUPRE

Pursuant to 28 U.S.C. § 1746, William G. Dupre states under penalty of perjury as follows:

1. I am employed by RSUI Group, Inc. as the Vice President of RSUI Group, Inc. I am over the age of 21. I am competent and qualified to make this Declaration.

2. In my capacity as Vice President of RSUI Group, Inc., I have personal knowledge of the facts contained within this Declaration.

3. RSUI Group, Inc. has never issued a policy of insurance to either Interior Exterior Building Supply, L.P. nor Interior Exterior Enterprises, LLC.

4. RSUI Group, Inc. does not issue or write policies of insurance.

5. Landmark American Insurance Company, an affiliated and subsidiary company of RSUI Group, Inc., did issue second layer CGL excess policies to Interior Exterior Building Supply, L.P. and/or Interior Exterior Enterprises, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2011.

_____
William G. Dupre

**EXHIBIT A**