**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO** *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | |

**MEMORANDUM IN SUPPORT OF**
**RSUI GROUP INC.'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF A**
**POLICYFILED PURSUANT TO COURT ORDER OF MARCH 3, 2011**

RSUI Group, Inc. has been sued in Amato v. Liberty Mutual Insurance Co., No. 10-932,

as the alleged insurer of Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises,

LLC. RSUI Group did not issue any policies of insurance to Interior Exterior Building Supply,

L.P nor Interior Exterior Enterprises, LLC (collectively, "Interior Exterior" hereinafter).

Landmark American Insurance Company, a subsidiary company of RSUI Group, Inc., issued

second layer excess CGL insurance policies to Interior Exterior. RSUI Group, Inc. does not

write or issue policies of insurance. This is attested to in the declaration of William G. Dupre,

Vice President of RSUI Group, Inc., attached as Exhibit A to the concurrently filed Statement of

Undisputed Material Facts.

Thus, plaintiffs' allegations that RSUI Group, Inc. insured Interior Exterior is simply

mistaken and the premise of their complaint as it pertains to RSUI Group, Inc. is entirely wrong.

As a matter of law, the claims of plaintiffs suing RSUI Group, Inc. on the basis of policies

allegedly issued to Interior Exterior must be dismissed. A full and complete list of the plaintiffs

suing RSUI Group, Inc. in its capacity as insurer for Interior Exterior Building Supply, L.P. is

attached hereto as Exhibit 1. A full and complete list of the plaintiffs suing RSUI Group, Inc. in

its capacity as insurer for Interior Exterior Enterprises, LLC is attached hereto as Exhibit 2.

Landmark American Insurance Company, the entity that did insurer Interior Exterior, has timely filed profile forms stating as much and has provided copies of the Landmark American Insurance Company policies with the profile forms, so that the plaintiffs can view the policies themselves.  As plaintiffs are aware from a review of the forms and from simultaneously pending litigation both in this Honorable Court and various state courts, Landmark American Insurance Company insured Interior Exterior, not RSUI Group, Inc.[1]

On the basis of the undisputed facts discussed *supra,* RSUI Group, Inc. is entitled to summary judgment as a matter of law dismissing the claims of the foregoing named plaintiffs against it.

Respectfully submitted:

/s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com

*Counsel for RSUI Group, Inc.*

---

[1] An Insurer Profile Form for Landmark American Insurance Company was submitted to all liaison counsel on or about June 7, 2010.  Exhibit 1 to Landmark's Insurer Profile Form, its corporate disclosure statement, clearly sets forth the relationship between Landmark American Insurance Company and RSUI Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing RSUI Group, Inc.'s Memorandum in Support of Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Melissa M. Swabacker*
MELISSA M. SWABACKER