**Plaintiffs suing RSUI Group, Inc. as an insurer of**
**Interior/Exterior Building Supply, LP**

Patricia and Donald Rohan
17407 Popcorn Avenue
Vancleave, MS 39565

1100 Valencia LLC
1100 Valencia Avenue
Coral Gables, FL 33134

Dean and Dawn Amato
18615 Bellingrath Lakes
Greenwell Springs, LA 70739

Amy Louise Amerson
515 Hewitt Road
Hammond, LA 70403

Chris and Lilah Ancira
1207 Jena Street
New Orleans, LA 70115

John and Heather Barone
297 Rue Piper
Slidell, LA 70461

Antoine and Nicole Barreca
3312 Karen Drive
Chalmette, LA 70043

Corinne Barreca
3312 Karen Drive
Chalmette, LA 70043

Clarence and Marion Barrow
3170 St. Bernard Avenue
New Orleans, LA 70119

Wavi Lee
40145 Taylor's Trail, Apt. 1005
Slidell, LA 70461

Carol Borne
835 Montgomery Street
Mandeville, LA 70448

**EXHIBIT 1**

Donna M. Borrello and Thomas W. Stallings
5939 Argonne Blvd.
New Orleans, LA 70124

Virginia Boudreaux
209 Cottage Green Lane
Covington, LA 70435

Lucille Bourdon
15074 Pamela Drive
Covington, LA 70433

Richard and Gail Bourgeois
5960 Siegen Lane, Apt. 9208
Baton Rouge, LA 70809

Jimmy and Louise Bradley
19405 Kelly Wood Court
Baton Rouge, LA 10809

David and Heather Bronaugh
2323 Sunset Blvd.
Slidell, LA 70461

Ollie and Andreienne Brumfield
608 Husseman Lane
Covington, LA 70435

Jules and Barbara Burke
1744 Ashland Avenue
Zachary, LA 70791

Hilliard and Sheral Butler
5026 Par Four Drive
New Orleans, LA 70128

James and Jocelyn Butler
5720 Wright Road
New Orleans, LA 70128

Daniel Carter
261 W. Robert E. Lee
New Orleans, LA 70124

Jordan and Brande Cassagne
209 Place Street Jean
Covington, LA 70433

Carolyn Cathcart
132 Timberwood Drive
Madisonville, LA 70447

Ronald and Sharon Ceruti
745 Spring Thyme
Belle Chasse, LA 70037

Funell and Gail Chatman
4918 Bancroft Drive
New Orleans, LA 70117

Kevin and Karen Chiappetta
727 Arctic Fox Run
Madisonville, LA 70447

Richard and SusanColby
P.O. Box 576
Prairieville, LA 70769

Gregory and Jean Cordier
7441 Eastmore Road
New Orleans, LA 70126

Sidney and Diane Cotlar
4532 Transcontinental Drive
Metairie, LA 70006

Dennis and Susan Cunningham
288 Penn Mill Lakes Blvd.
Covington, LA 70435

Valliere, Maragret and Savoy
Dauterive
Ann Dauterive
1209 Rue Degas
Mandeville, LA 70471

Patrick and Kathleen Dennis
517 Snead Court
Slidell, LA 70458

Douglas Diez in his capacity as
Agent/member Pelican Point Properties, LLC
Pelican Point Properties LLC
6473 Hwy. 44, Ste. 201
Gonzales, LA 70737

Malcolm & Kelli Donaldson
460 Lotus Drive
North Mandeville, LA 70737

Christopher and Kimberly Duhon
17496 Rosemont Drive
Praireville, LA 70769

Cullen and Mary Dupuy
15246 Campanile Court
Baton Rouge, LA 70810

Mitchell J. Franatovich
2251 3rd Street
Mandeville, LA 70471

Bernadette Galatas
255 Carriage Pines Lane
Covington, LA 70435

James and Cynthia Galloway
40145 Taylors Trail, Unit 1001
Slidell, LA 70461

Dr. Dan Gammage
1206 Magnolia Alley
Mandeville, LA 70417

Renee Ganucheau
6465 Louis XIV
New Orleans, LA 70124

Michael and Rhonda Gardette
276 Penn Mills Lakes
Covington, LA 70435

4

Phillip and Courtney Garrett
6050 General Diaz Drive
New Orleans, LA 70124

Maxi Gaussiran
39762 Kellywood Blvd.
Ponchatoula, LA 70454

Karen Genovese
123 Beau Arbre Court
Covington, LA 70433

Ramona Gerica
7371 Northgate Drive
New Orleans, LA 70128

William and Maureen Gillane
108 N. Magnolia Drive
Covington, LA 70433

Herman and Deborah Gleason
329 Brighton Lane
Slidell, LA 70458

Dustin and Korie Gotreaux
192 Oakwood Lane
Denham Springs, LA 70726

Vincent Greco
70461 11th Street
Covington LA 70433

Paul and Andrea Gremillion
530 Twin River
Covington, LA 70433

Darlyn Guerra
738 Loque Place
New Orleans, LA 70124

Christopher and Jerene Guidry
5396 Courtyard Drive
Gonzales, LA 70737

Rochelle Fraizer Harkins
850 River Oaks Drive
Covington, LA 70433

Joshua and Kelly Heck
85002 Horatio Sharp Rd.
Bush, LA 70431

Val and Audrey Hufft
71225 Sloope Place
Abita Springs, LA 70420

Charles and Sarah Hulsey
701 Arctic Fox Run
Madisonville, LA 70447

Senora B Jackson
40145 Taylor's Trace, Unit 1004
Slidell, LA 70461

Florence Jastremski
5314 Courtyard Drive
Gonzales, LA 70737

Molly Kehoe[1]
220 Bellingrath Place
Madisonville, LA

David and Amanda Kessler
385 Brown Thraser Loop
Madisonville, LA 70435

Jim LaCroix
1429 Natchez Loop
Covington, LA 70433

Gerard Landry and J. Leatrice Kiefer (homeowner)
Decker and Julia Landry (landowner)
1921 Bayou Road
St. Bernard, LA 70085

---

[1] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

6

Joe and Amy Lang[2]
101 Rue Merlot
Abita Springs, LA 70420

Rebecca Langlois and Robert Roth
7706 N. Jefferson Place Circle, Apartment A
Baton Rouge, LA 70809

C.W. and Margaret Lartique
4305 Clearly Avenue
Metairie, LA 70002

Calvin and Sara LeBlance
40145 Taylor's Trail, Unit 1003
Slidell, LA 70461

Michael and Melissa LeJeune
608 Silverthorne Lane
Covington, LA 70433

William and Cornelia Macmurdo
6553 Antoch Crossing
Baton Rouge, LA 70817

Georges and Janice Maillot
9 Tupelo Trace
Mandeville, LA 70471

Michael Martin
320 Leslie Lane
New Orleans, LA 70124

William and Deborah Methvin
2800 Debouchel Blvd.
Meraux, LA 70075

Jeannete Mills
11052 Shoreline Drive
Baton Rouge, LA 70809

Mark and Maureen Morici
6555 Avenue B
New Orleans, LA 70124

---

[2] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

7

Richard and Michele Musgrave
6864 Colbert Street
New Orleans, LA 70124

Craig and Roberta Naden
5263 Courtyard Drive
Gonzales, LA 70737

Ernest and Marie Nunez
612 Hussman Lane
Covington, LA 70435

Frederick and Lisa Nunez
123 Dominion Blvd.
Madisonville, LA 70447

Olaf A and Wanda G. Olson
61880 Shady Pine Road
Lacombe, LA 70445

Albert and Judith Orduna
4109 Jasper Street
Metairie, LA 70002

Judith Ellen Pasentine
2360 5th Street
Mandeville, LA 70471

Danielle Patin
5012 Pauger Street
New Orleans, LA 70122

Sean and Beth Payton
53 Preserve Lane
Mandeville, LA 70471

Ronald Peters
76600 S. Fitzmorris Road
Covington, LA 70435

Charles and Marcia Petrey
4 Finch Lane
Mandeville, LA 70471

Jan and Neil Pierson
348 Jade Court
Madisonville, LA 70447

Randy and Jeanne Piwetz
19635 Sunshine Avenue
Covington, LA 70433

Joshua and Kimberlea Price
117 Rue Merlot
Abita Springs, LA 70420

Donald and Marcelyn Puig
302 Tallow Creek Blvd.
Covington, LA 70433

William and Maxine Quick
4610 Frenchmen Street
New Orleans, LA 70122

Sandra Quilio[3]
225 Carriage Pines Lane
Covington, LA 70835

George and Raffy Rigney
42166 Autumn Run Drive
Hammond, LA 70403

Alexander Robair
39058 Bayou View Avenue
Gonzales, LA 70737

Toni Rodosta
1219 Rue Degas
Mandeville, LA 70471

Dufrene and Ernest Rosetta
166 Emerald Oaks Drive
Covington, LA 70433

Kevin and Dorothy Ruesch
7860 Highland Road
Baton Rouge, LA 70808

---

[3] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

9

Leah and Todd Schmitt
Anne Hammond
Pam Cangelosi
663 Solomon Drive
Covington, LA 70433

Mark and Victoria Segreto
36 W. Park Place
New Orleans, LA 70124

Michael and Leslie Shelton
568 Huseman Lane
Covington, LA 70435

Austin Sicard, Jr.
31112 Lloyds Avenue
Chalmette, LA 70043

Susan W. Silvestri
154 Islander Drive
Slidell, LA 70458

Enrica Singleton
11413 Longview Drive
New Orleans, LA 70128

Clinton and Kelly Smith
211 Oakmont Drive
New Orleans, LA 70128

Patricia Spencer
3637 Edgewood Ct.
Avondale, LA  70094

Juneau St. Martin
47801 Demontlutin St.
New Orleans, LA  70122

Steven St. Martin
4780 DeMontluzin St.
New Orleans, LA  70122

Jason and Peny Steele
2321 Maureen Lane
Meraux, LA  70072

Edward & Emmilou
4712 Reich Street
Metairie, LA 70006

Darlene and James Thomas
17152 Jo Boy Road
Prairieville, LA 70769

Richard and Jean Tiemann
3613 Lake Providence
Harvey, LA 70058

Nikolaos Toras
3621 Lime St.
Metairie, LA 70006

Matthew and Mary Torrance
4240 Tupello St.
Baton Rouge, LA 70808

Ronnie and Anne Van Winkle
70304 8th Street
Covington, LA 70433

Jacques and Nicole Waguespack
1325 West Causeway Approach
Mandeville, LA 70471

Amy and Truman Ward
5367 Courtyard Drive
Gonzales, LA 70737

William and Kelly Wayne
419 W. Suncrest Loop
Covington, LA 70458

John and Lorraine Wenzel
80190 Red Hawk Lane
Bush, LA 70431

Robert and Dana Whitaker[4]
104 Squaw Court
Covington, LA 70435

---

[4] Listed three times as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

Diana and Terry Williams
520 Mare Court
Covington, LA  70435

Dr. Cassandra Youmans
5201 Chamberlain Dr.
New Orleans, LA  70122

Linda & Raymond Young
577 Huseman Lane
Covington, LA  70435

Andrew and Nicole Allen
3704 Clifford Drive
Metairie, LA  70002

Thomas G. and Nicole P. Anders
2042 High Pointe
Zachary, LA  70791

Jack and Claire Benjamin
12 Pelham
Metairie, LA  70005

Jesse and Angela Cassard
1768 Ashland Drive
Zachary, LA  70791

Randy and Lisa Clague
4416 Halter Ln.
Hammond, LA  70403

Vernon and JoAnn Fernandez
41555 C.C. Road
Ponchatoula, LA  70454

Philip & Courtenay Garrett
6050 General Diaz Dr.
New Orleans, LA  70124

Dustin & Korie Gotreaux
192 Oakwood Lane
Denham Springs, LA  70726

John and Diane E. Hernandez
144 20th Street
New Orleans, LA  70124

Margie Hewitt
600 Sunrise Court
Biloxi, MS  39532

Dean and Dena Hopper
81149 Osprey Drive
Bush, LA  70431

Joseph Fernandez
967 Weatherby St. S
Saraland, AL  36571

William & Deborah Methvin
2800 Debouchel Blvd.
Meraux, LA  70075

Lawrence and Elizabeth Meyer
29310 Laurel Drive
Lacombe, LA  70445

Ralph and Paula Morlas
2 South Court Ville Drive
Mandeville, LA  70476

Charles and Rachael Parker
963 Weatherby St. S
Saraland, AL  36571

Danielle Patin
5012 Pauger Street
New Orleans, LA  70122

Tony and Kathy Peres
4825 Tracy Street
Violet, LA  70092

Brent & Lisa Petagna
2619 Octavia St.
New Orleans, LA  70115

Sandra Quilio
225 Carriage Pines Lane
Covingtoon, LA 70835

Alexander Robair
39058 Bayou View Avenue
Ganzales, LA 70737

Larry Schields
808 W. Harbour Court
Ocoee, FL 34761

Helena Skinner
29300 Laurel Drive
Lacombe, LA 70445

Clinton & Kelly Smith
211 Oakmont Dr.
New Orleans, LA 70128

Jason and Peny Steele
2321 Maureen Lane
Meraux, LA 70072

Edward & Emmilou Tabor
4712 Reich Street
Metairie, LA 70006

Sharon Watts
29284 Laurel Drive
Lacombe, LA 70445

Cindy Carrol
1220 Magnolia Alley
Mandeville, LA 70471

Jamie Lynn Evans
7505 Mercury Drive
Violet, LA 70092

Jon Scott McLain
82401 Heintz Jenkins Road
Bush, LA 70431

Lana Alonzo
3205 Maureen Lane
Meraux, LA 70075

Shawnee and John Anderson
601 Autum Wind Lane
Mandeville, LA 70471

Charles and Mary Back
1215 Magnolia Alley
Mandeville, LA 70471

Regine and John Barlow
2644 Pelican Bay Blvd.
Marrero, LA 70072

Angeles Blalock
2400 Napoleon Ave.
New Orleans, LA 70125

John and Rachelle Blue
422 28th Street
New Orleans, LA 70124

Barry and Mary Borne
1217 Magnolia Alley
Mandeville, LA 70471

Don and Michael Robinson Boutte
11051 Shoreline Drive
Baton Rouge, LA 70809

Holly Braselman
1206 Magnolia Alley
Mandeville, LA 70471

Gary & Michelle Callais
14 Callasis Lane
St. Bernard, LA 70085

Bertoule and Joan Cheramie
266 Carriage Pines
Covington, LA 70435

Jill Donaldson and Jared Oertling
18 Log Cabin Lane
Pearl River, LA 70452

Nicole and Connie Fineshi
1200 Magnolia Alley
Mandeville, LA 70471

Cheryl and David Gross
400 Hay Place
New Orleans, LA 70124

Allie and Jeanie Jones
212 16th Street
New Orleans, LA 70124

Edward and Jacqueline Mayo
5803 Winchester Park Drive
New Orleans, LA 70125

Ralph Morlas[5]
4091 Brown Thrasher Loop
Madisonville, LA 70447

Mary M. Niswonger
77451 N. Fitzmorris Road Ext.
Covington, LA 70435

Karen Reynolds
3509-3511 Sinclar Street
Chalmette, LA 70043

Rickey Ryckman
4820 Janice Avenue
Kenner, LA 70065

---

[5] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

16

Dana and Marcus Staub
1208 Magnolia Alley
Mandeville, LA 70471

Thomas and Lauren Stone
2316 Gallant
Chalmette, LA 70043

Avery & Tjaynell Theard
6271 Eastover Drive
New Orleans, LA 70128

Louis Velez
5427 Parish Avenue
New Orleans, LA 70122

Rosanne Wilfer
1202 Magnolia Alley
Mandeville, LA 70471

Robert Wischler
3387 Desaix Blvd.
New Orleans, LA 70119

Brenda Cooper
1812-14 Mazant St.
New Orleans, LA 70117

Harry and Melissa Darby
623 Bellingrath Lane
Slidell, LA 70453

Charlotte Dejan[6]
4635 Evangaline
New Orleans, LA 70127

Leroy and Ann Dejan[7]
4624 Chantilly Drive
New Orleans, LA 70127

---

[6] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

[7] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint with reference to Interior Exterior Building Supply, L.P.

Patrick and Tina Donahoe
106 Mary Kate Court
Montz, LA 70068

Vernon Leroy Fernandez and
JoAnn Cross
41555 CC Road
Ponchatoula, LA 70454

Kenneth Guice
6331 South Johnson
New Orleans, LA 70118

Gary and Vicki Kelly
61286 Gitz Dr.
Lacombe, LA 70445

Kenneth & Julie Kustenmacher
28464 Lapont Dr.
Lacombe, LA 70445

Clyde and Ira McCoy
114 S. St. Andrew Circle
New Orleans, LA 70128

Pelican Point Properties, L.L.C.
(A Maryland Limited Liability Company)
547 Courtyard Dr.
Gonzales, LA 70737

Joyce W. Rogers
675 Solomon Drive
Covington, LA 70433

Brian Huckaby
4031 Monte Vista Drive
Addis, LA 70710

Maragaret & Glenwood Robbins
39130 Old Bayou Ave.
Gonzales, LA 70737