**Plaintiffs suing RSUI Group, Inc. as an insurer of**
<u>**Interior/Exterior Enterprises LLC**</u>

Dean and Dawn Amato
18615 Bellingrath Lakes
Greenwell Springs, LA 70739

Antoine and Nicole Barreca
3312 Karen Drive
Chalmette, LA 70043

Corinne Barreca
3312 Karen Drive
Chalmette, LA 70043

Virginia Boudreaux
209 Cottage Green Lane
Covington, LA 70435

Richard and Gail Bourgeois
5960 Siegen Lane, Apt. 9208
Baton Rouge, LA 70809

Jimmy and Louise Bradley
19405 Kelly Wood Court
Baton Rouge, LA 10809

Hilliard and Sheral Butler
5026 Par Four Drive
New Orleans, LA 70128

Ada and Hillary Brown
812 Cole Court
Covington, LA 70433

Darren and Tracy Buxton
4331 Wilderness Run
Zachary, LA 70791

Gregory and Jean Cordier
7441 Eastmore Road
New Orleans, LA 70126

Sidney and Diane Cotlar
4532 Transcontinental Drive
Metairie, LA 70006

**EXHIBIT 2**

Dennis and Susan Cunningham
288 Penn Mill Lakes Blvd.
Covington, LA 70435

Bernadette Galatas
255 Carriage Pines Lane
Covington, LA 70435

Dr. Dan Gammage
1206 Magnolia Alley
Mandeville, LA 70417

Michael and Rhonda Gardette
276 Penn Mills Lakes
Covington, LA 70435

Phillip and Courtney Garrett
6050 General Diaz Drive
New Orleans, LA 70124

Karen Genovese
123 Beau Arbre Court
Covington, LA 70433

Herman and Deborah Gleason
329 Brighton Lane
Slidell, LA 70458

Dustin and Korie Gotreaux
192 Oakwood Lane
Denham Springs, LA 70726

Candace and Todd Hakenjo
820 Cole Court
Covington, LA 70433

Jesse and Sheila Hart
15174 Highway 959
Clinton, LA 70722

Wendy Hubbell
Christy Camo
802 Cole Court
Covington, LA 70433

Cory and Monique Kitts
3123 Riverlanding Drive
Addis, LA 70710

Molly Kehoe[1]
220 Bellingrath Place
Madisonville, LA

Joe and Amy Lang[2]
101 Rue Merlot
Abita Springs, LA 70420

Paul Lasserre
14442 Samantha Drive
Port Vincent LA 70726

C.W. and Margaret Lartique
4305 Clearly Avenue
Metairie, LA 70002

William and Deborah Methvin[3]
2800 Debouchel Blvd.
Meraux, LA 70075

Jeannete Mills
11052 Shoreline Drive
Baton Rouge, LA 70809

Mark and Maureen Morici
6555 Avenue B
New Orleans, LA 70124

Michael and Megan Middleton
18725 Tall Oaks Court
Baton Rouge, LA 70817

Craig and Roberta Naden
5263 Courtyard Drive
Gonzales, LA 70737

---

[1] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.
[2] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.
[3] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.

Frederick and Lisa Nunez
123 Dominion Blvd.
Madisonville, LA 70447

Olaf A and Wanda G. Olson
61880 Shady Pine Road
Lacombe, LA 70445

Albert and Judith Orduna
4109 Jasper Street
Metairie, LA 70002

Judith Ellen Pasentine
2360 5th Street
Mandeville, LA 70471

Danielle Patin
5012 Pauger Street
New Orleans, LA 70122

Shelly and Kelly Parr
683 Solomon Drive
Covington, LA 70433

Mary Louise Pentecost
17834 East Augusta Drive
Baton Rouge, LA 70810

Charles and Marcia Petrey
4 Finch Lane
Mandeville, LA 70471

Jan and Neil Pierson
348 Jade Court
Madisonville, LA 70447

Randy and Pamela Raborn
31650 Tickfaw Acre Road
Holden, LA 70744

Enrica Singleton
11413 Longview Drive
New Orleans, LA 70128

Jason and Peny Steele[4]
2321 Maureen Lane
Meraux, LA  70072

Edward & Emmilou Tabor
4712 Reich Street
Metairie, LA  70006

Amy and Truman Ward
5367 Courtyard Drive
Gonzales, LA  70737

John and Lorraine Wenzel
80190 Red Hawk Lane
Bush, LA  70431

Robert and Dana Whitaker[5]
104 Squaw Court
Covington, LA  70435

Dr. Cassandra Youmans
5201 Chamberlain Dr.
New Orleans, LA  70122

Thomas G. and Nicole P. Anders
2042 High Pointe
Zachary, LA  70791

Jesse and Angela Cassard
1768 Ashland Drive
Zachary, LA  70791

Randy and Lisa Clague
4416 Halter Ln.
Hammond, LA  70403

Philip & Courtenay Garrett
6050 General Diaz Dr.
New Orleans, LA  70124

---

[4] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.
[5] Listed three times as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.

Dustin & Korie Gotreaux
192 Oakwood Lane
Denham Springs, LA 70726

Margie Hewitt
600 Sunrise Court
Biloxi, MS 39532

Joseph Fernandez
967 Weatherby St. S
Saraland, AL 36571

Charles and Rachael Parker
963 Weatherby St. S
Saraland, AL 36571

Danielle Patin
5012 Pauger Street
New Orleans, LA 70122

Brent & Lisa Petagna
2619 Octavia St.
New Orleans, LA 70115

Sandra Quilio[6]
225 Carriage Pines Lane
Covingtoon, LA 70835

Alexander Robair[7]
39058 Bayou View Avenue
Ganzales, LA 70737

Larry Schields
808 W. Harbour Court
Ocoee, FL 34761

Clinton & Kelly Smith[8]
211 Oakmont Dr.
New Orleans, LA 70128

---

[6] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.
[7] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.
[8] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.

Edward & Emmilou Tabor
4712 Reich Street
Metairie, LA 70006

Cindy Carrol
1220 Magnolia Alley
Mandeville, LA 70471

Jamie Lynn Evans
7505 Mercury Drive
Violet, LA 70092

Jon Scott McLain
82401 Heintz Jenkins Road
Bush, LA 70431

Lana Alonzo
3205 Maureen Lane
Meraux, LA 70075

Shawnee and John Anderson
601 Autum Wind Lane
Mandeville, LA 70471

Charles and Mary Back
1215 Magnolia Alley
Mandeville, LA 70471

Regine and John Barlow
2644 Pelican Bay Blvd.
Marrero, LA 70072

Angeles Blalock
2400 Napoleon Ave.
New Orleans, LA 70125

John and Rachelle Blue
422 28th Street
New Orleans, LA 70124

Barry and Mary Borne
1217 Magnolia Alley
Mandeville, LA 70471

Don and Michael Robinson Boutte
11051 Shoreline Drive
Baton Rouge, LA 70809

Holly Braselman
1206 Magnolia Alley
Mandeville, LA 70471

Gary & Michelle Callais
14 Callasis Lane
St. Bernard, LA 70085

Bertoule and Joan Cheramie
266 Carriage Pines
Covington, LA 70435

Jill Donaldson and Jared Oertling
18 Log Cabin Lane
Pearl River, LA 70452

Nicole and Connie Fineshi
1200 Magnolia Alley
Mandeville, LA 70471

Cheryl and David Gross
400 Hay Place
New Orleans, LA 70124

Allie and Jeanie Jones
212 16th Street
New Orleans, LA 70124

Edward and Jacqueline Mayo
5803 Winchester Park Drive
New Orleans, LA 70125

Ralph Morlas[9]
4091 Brown Thrasher Loop
Madisonville, LA 70447

Mary M. Niswonger
77451 N. Fitzmorris Road Ext.
Covington, LA 70435

---

[9] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.

Karen Reynolds
3509-3511 Sinclar Street
Chalmette, LA 70043

Rickey Ryckman
4820 Janice Avenue
Kenner, LA 70065

Dana and Marcus Staub
1208 Magnolia Alley
Mandeville, LA 70471

Thomas and Lauren Stone
2316 Gallant
Chalmette, LA 70043

Avery & Tjaynell Theard
6271 Eastover Drive
New Orleans, LA 70128

Louis Velez
5427 Parish Avenue
New Orleans, LA 70122

Rosanne Wilfer
1202 Magnolia Alley
Mandeville, LA 70471

Robert Wischler
3387 Desaix Blvd.
New Orleans, LA 70119

Brenda Cooper
1812-14 Mazant St.
New Orleans, LA 70117

Harry and Melissa Darby
623 Bellingrath Lane
Slidell, LA 70453

Charlotte Dejan[10]
4635 Evangaline
New Orleans, LA 70127

---

[10] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.

Leroy and Ann Dejan[11]
4624 Chantilly Drive
New Orleans, LA 70127

Patrick and Tina Donahoe
106 Mary Kate Court
Montz, LA 70068

Vernon Leroy Fernandez and
JoAnn Cross
41555 CC Road
Ponchatoula, LA 70454

Kenneth Guice
6331 South Johnson
New Orleans, LA 70118

Gary and Vicki Kelly
61286 Gitz Dr.
Lacombe, LA 70445

Kenneth & Julie Kustenmacher
28464 Lapont Dr.
Lacombe, LA 70445

Clyde and Ira McCoy
114 S. St. Andrew Circle
New Orleans, LA 70128

Pelican Point Properties, L.L.C.
(A Maryland Limited Liability Company)
547 Courtyard Dr.
Gonzales, LA 70737

Joyce W. Rogers
675 Solomon Drive
Covington, LA 70433

Brian Huckaby
4031 Monte Vista Drive
Addis, LA 70710

---

[11] Listed twice as a plaintiff with the same property in Schedule A to the 5/11/10 version of the *Amato* Omnibus Complaint.