UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that RSUI Group, Inc., through undersigned counsel, submits for decision its Motion for Summary Judgment for Lack of Policy Filed Pursuant to Court Order of March 3, 2011 to the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana as of April 13, 2011 at 9:00 a.m.

**Respectfully submitted:**

/s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com

*Counsel for RSUI Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/Melissa M. Swabacker

MELISSA M. SWABACKER