UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL                    MDL No. 2047
            PRODUCTS LIABILITY LITIGATION

                                                        SECTION: L

THIS DOCUMENT RELATES TO:                               JUDGE FALLON
                                                        MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance*
*Company, et al.*, Civil Action No. 2:10-cv-00932

_____

## NATIONWIDE'S MOTION TO JOIN LEGAL ARGUMENTS IN QUANTA INDEMNITY COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DROP PARTIES IMPROPERLY JOINED PURSUANT TO RULES 20 AND 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, and Nationwide Property and Casualty Insurance Company ("Nationwide") hereby move to join, insofar as they pertain to Nationwide, the legal arguments set forth in Quanta Indemnity Company's Memorandum of Law in Support of its Motion to Drop Parties Improperly Joined Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure filed on March 24, 2011 (Docket No. 8328) ("Quanta Memorandum").[1]

In support of this Motion to Join, Nationwide states that it has, today, separately filed its Motion to Dismiss Duplicative Claims Under the First-Filed Doctrine and Further to Dismiss the Lawsuit for Improper Venue, Misjoinder, and Lack of Subject Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1), 20, 21 and 12(b)(3) ("Nationwide Motion to Dismiss"). The Memorandum of Law filed in support of Nationwide's Motion to Dismiss includes facts and arguments supporting dismissal based, among other arguments, on misjoinder

_____

[1]       Pursuant to the Court's Order dated March 2, 2011, this motion is submitted without prejudice to and reserving Nationwide's additional Rule 12(b) defenses including, but not limited to, lack of personal jurisdiction and the plaintiffs' failure to state a claim against Nationwide. Nationwide does not concede personal jurisdiction by filing this motion as required by the Court.

of claims pursuant to Rule 20 of the Federal Rules of Civil Procedure. Legal arguments contained in the Quanta Memorandum further support the Nationwide Motion to Dismiss.

Rather than burden the Court with unnecessarily lengthy or duplicative briefing, Nationwide, therefore, moves to join the legal arguments set forth in the Quanta Memorandum in further support of the arguments contained in Nationwide's own filing.

WHEREFORE, Nationwide respectfully requests that this Court grant its motion to join the legal arguments set forth in the Quanta Memorandum.

Dated: March 24, 2011                          Respectfully submitted,

                                               _____/s/ Catherine M. Colinvaux_____
                                               Catherine M. Colinvaux (Mass. Bar No. 557935)
                                               Seth V. Jackson (Mass. Bar No. 658669)
                                               **ZELLE HOFMANN VOELBEL & MASON LLP**
                                               950 Winter Street
                                               Suite 1300
                                               Waltham, MA 02451
                                               Tel: (781) 466-0700
                                               Fax: (781) 466-0701
                                               E-mail: ccolinvaux@zelle.com
                                               E-mail: sjackson@zelle.com

                                               - and -

                                               Scott J. Ryskoski (Tex. Bar No. 24038306)
                                               **RYSKOSKI LAW, P.L.L.C.**
                                               556 Silicon Drive
                                               Suite 100
                                               Southlake, TX 76092
                                               Tel: 817-310-3527
                                               Fax: 817-310-0141
                                               E-mail: sjr@ryskoskilaw.com

                                               *Attorneys for Nationwide Mutual Insurance*
                                               *Company, Nationwide Mutual Fire Insurance*
                                               *Company and Nationwide Property & Casualty*
                                               *Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **Nationwide's Motion to Join in Quanta Indemnity Company's Memorandum of Law in Support of Its Motion to Drop Parties Improperly Joined Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*s/ Catherine M. Colinvaux*
Catherine M. Colinvaux
