UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL No. 2047
 PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:  JUDGE FALLON
 MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932

### ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, and Nationwide Property and Casualty Insurance Company's Motion to Join in Quanta Indemnity Company's Memorandum of Law in Support of Its Motion to Drop Parties Improperly Joined Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

By the Court,

HONORABLE ELDON E. FALLON
U.S. District Judge