UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON |
| **This document relates to:** | * * |
| AMATO, ET AL. v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * * MAGISTRATE WILKINSON * * * |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * * |

******************************************* *

**EX PARTE MOTION OF THE CHARTIS INSURERS FOR AN
ORDER GRANTING THE CHARTIS INSURERS' JOINDER TO
INSURER STEERING COMMITTEE'S MOTION TO DISMISS PURSUANT
TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW INTO COURT, through undersigned counsel, comes Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) ("Chartis Select") as the alleged insurer of L&W Supply Corporation d/b/a Seacoast Supply Company and USG Corporation (collectively, "USG"); Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company ("Chartis Specialty") as the alleged insurer of Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company

Tampa, LLC; and Banner Supply International, LLC (collectively "Banner"); Illinois National Insurance Company ("Illinois National") as the alleged insurer of Banner and USG; Lexington Insurance Company ("Lexington") as the alleged insurer of USG; and National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh ("National Union") as the alleged insurer of F. Vicino and Company, Inc., Banner, and USG, (collectively, the "Chartis Insurers"), which hereby move this Court for an Order in the form submitted herewith, permitting them to join in the relief sought in the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [Rec. Doc. 8366], and to file the Chartis Insurers' Joinder to Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, attached hereto.

WHEREFORE, the Chartis Insurers prays that this Court grant the relief sought herein.

March 24, 2011

Respectfully submitted:

s/Thomas E. Schwab
Thomas E. Schwab
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Phone: (504) 595-3370
Fax: (504) 595-3355
E-mail: tschwab@barkleythompson.com

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
Phone: (312) 784-5454
Fax: (312) 784-5494
E-mail:   jhinkhouse@hww-law.com
          sgattie@hww-law.com

**Attorneys for Defendants: CHARTIS SELECT INSURANCE COMPANY (as alleged insurer of L&W Supply Corp. and USG Corp.); CHARTIS SPECIALTY INSURANCE COMPANY (as alleged insurer of Banner Supply entities); ILLINOIS NATIONAL INSURANCE COMPANY (as alleged insurer of Banner Supply entities, L&W Supply Corp. and USG Corp.); LEXINGTON INSURANCE COMPANY (as alleged insurer of L&W Supply Corp. and USG Corp.); NATIONAL UNION FIRE INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (as alleged insurer of F. Vicino & Company, Inc., Banner Supply entities, L&W Supply Corp. and USG Corp.)**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joinder to Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

        /s/Thomas E. Schwab
**Attorneys for Defendants, Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) ("Chartis Select") as the alleged insurer of L&W Supply Corporation d/b/a Seacoast Supply Company and USG Corporation (collectively, "USG"); Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company ("Chartis Specialty") as the alleged insurer of Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner"); Illinois National Insurance Company ("Illinois National") as the alleged insurer of Banner and USG; Lexington Insurance Company ("Lexington") as the alleged insurer of USG; and National Union**

**Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh ("National Union") as the alleged insurer of F. Vicino and Company, Inc., Banner, and USG