# EXHIBIT A -- Claims Subject To Dismissal

| Plaintiffs and Address | Moving Chartis Insurers |
|---|---|
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Archer, Steven and Anja<br>25 Wheelwright Circle St.<br>Simmons Island, GA 31522 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |

| Plaintiffs and Address | Moving Chartis Insurers |
|---|---|
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Casey, Hugh<br>8112 SE Double Tree Drive<br>Hobe Sound, FL 33455 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Corr, Thomas Leo, III Marchetti, Shawn<br>1265 Little Harbour Ln.<br>Vero Beach, FL | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Harmon, Dennis and Nancy<br>2816 St. Bait's Square<br>Vero Beach, FL 32967 | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Illinois National Insurance Company<br><br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |

| **Plaintiffs and Address** | **Moving Chartis Insurers** |
|---|---|
| Alava, Alicia<br>3860 72nd Avenue, NE<br>Naples, FL 34120 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Bilski, Walter and Tracey<br>99 Vivante Blvd, Unit 9936<br>Punta Gorda, FL 33950 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL 33862 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Campbell, Thomas/Kelli<br>25504 Antler Street<br>Christmas, FL 32709 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |

| Plaintiffs and Address | Moving Chartis Insurers |
|---|---|
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL 34994 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Lefton, David and Garcia, Michelle<br>106 Southweat Milburn Circle<br>Port St. Lucie, FL 34953 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| People, Debra<br>1350 Park Brooke Circle<br>Marietta, GA | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Gody, Anthoney and Candace<br>10842 Tiberio Drive<br>Fort Meyers, FL 33913 | Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company of Pittsburgh<br><br>Lexington Insurance Company<br><br>Chartis Select Insurance Company, individually and successor-in-interest to AIG Exchess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Rookery Park Estates, LLC<br>KOL Ventures, LLC<br>1400 E. Oakland Park Blvd.<br>Suite 111<br>Oakland Park, FL | National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company |

4840-1593-9081, v. 1