UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**INTERSTATE FIRE & CASUALTY COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Interstate Fire & Casualty Company[1] hereby moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss all of the non-Louisiana claims that have been filed directly against it for lack of subject matter jurisdiction.[2] In further support of this Motion, Interstate Fire & Casualty Company is contemporaneously filing a Memorandum of Law and exhibit, which is incorporated in full herein.

**WHEREFORE,** for all the foregoing reasons and the reasons contained in the accompanying Memorandum of Law, Interstate Fire & Casualty Company respectfully requests that this Court enter an order granting this Motion; dismissing all of the non-Louisiana claims for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure; and granting any other relief this Court deems necessary and proper.

---

[1] Sometimes also referred to as Interstate Fire and Casualty Company.

[2] This motion and memorandum are being filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, Interstate Fire & Casualty Company expressly reserves all its rights to assert different Rule 12(b) motions at a later time and do not intend to waive any such defenses.

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
***Attorneys for Interstate Fire & Casualty Company***
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Interstate Fire & Casualty Company's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/S/ Gary J. Russo
GARY J. RUSSO

{L0142254.1}