## EXHIBIT A -- Claims Subject To Dismissal

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendant | Alleged Insured Defendants |
|---|---|---|
| Bissoon, Suresh and Oma<br>1056 NW Leonard Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Delray, Inc. |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes at Delray, Inc. |
| Mackoff, Arlene & Charles<br>15582 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes at Delray, Inc. |
| Rizzo, Jack & Luz<br>15578 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes at Delray, Inc. |
| Semrau, Terrance Scott & Deborah<br>15435 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes at Delray, Inc. |
| Albano, Carol<br>1404 NW 36th Way<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes at Georgetown, LLC |
| Auerbach, Suely<br>3596 NW 14th Court<br>Lauderhill, FL 33331 | Interstate Fire & Casualty Company | Centerline Homes at Georgetown, LLC |
| Braithwaite, Judy<br>NW 14th Court<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes at Georgetown, LLC |
| Crawford, Monique and Elaine<br>3609 NW 14th Court<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes at Georgetown, LLC |
| James, Janelle<br>3606 NW 14th Court<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes at Georgetown, LLC |
| Pryce, Hazel & Smith, Dionne<br>1068 North West Leonard Circle<br>Port Saint Lucie, FL 34896 | Interstate Fire & Casualty Company | Centerline Homes at Port St. Lucie, LLC |
| Bissoon, Suresh and Oma<br>1056 NW Leonard Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Port St. Lucie, Ltd |

---

[1] The address listed reflects the location of the alleged CDW home as alleged in the body of the Amended Complaint.

{L0142251.1}

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendant | Alleged Insured Defendants |
|---|---|---|
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes at Port St. Lucie, Ltd |
| De Los Santos, Rosibel and Brian<br>973 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Port St. Lucie, Ltd |
| Boxe, Kevin and Roxann<br>1104 Northwest Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Tradition, LLC |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Tradition, LLC |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Tradition, LLC |
| Mosley, Shawn<br>10440 SW Stephanie Way, Unit 203<br>Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Centerline Homes at Tradition, LLC |
| Promenade at Tradition<br>Community Association, Inc.<br>430 NW Lake Whitney Place<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Tradition, LLC |
| Cucci, Jacqueline<br>1038 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Vizcaya, Inc. |
| Ristovski, Van<br>961 Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes at Vizcaya, Inc. |
| Watson, Patrick and Paula<br>978 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes Construction, Inc. |
| Williams, Margret<br>Wakeland, Angella and Nicholas<br>967 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes Construction, Inc. |
| Albano, Carol<br>1404 NW 36th Way<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes Construction, Inc. |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendant | Alleged Insured Defendants |
|---|---|---|
| Auerbach, Suely<br>3596 NW 14th Court<br>Lauderhill, FL 33331 | Interstate Fire & Casualty Company | Centerline Homes Construction, Inc. |
| Bissoon, Suresh and Oma<br>1056 NW Leonard Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes Construction, Inc. |
| Albano, Carol<br>1401 NW 36th Way<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes, Inc. |
| Bissoon, Suresh and Oma<br>1056 NW Leonard Circle<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Centerline Homes, Inc. |
| Braithwaite, Judy<br>NW 14th Court<br>Lauderhill, FL 33311 | Interstate Fire & Casualty Company | Centerline Homes, Inc. |
| Casey, Hugh<br>10440 SW Stephanie Way, Unit 206<br>Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Centerline Homes, Inc. |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Interstate Fire & Casualty Company | Centerline Homes, Inc. |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Promenade at Tradition Community Association, Inc.<br>430 NW Lake Whitney Place<br>Port St. Lucie, FL 34986 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Real Property Resolutions Group, LLC; 10560 SW Stephanie Way, Units 1-102, 1-106, 1-201, 1-211, 1-212, Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Real Property Resolutions Group, LLC; 10440 SW Stephanie Way, Units 4-104, 4-204, Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Completed Communities II, LLC |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendant | Alleged Insured Defendants |
|---|---|---|
| Real Property Resolutions Group, LLC; 10360 SW Stephanie Way, Unit 6-208, Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Godwin, Franklin and Veronica 10440 Stephanie Way, #205 Port St. Lucie, FL 34987 | Interstate Fire & Casualty Company | Completed Communities II, LLC |
| Baginski, Andrea 20095 Larino Loop Estero, FL 33928 | Interstate Fire & Casualty Company | Lennar Corporation |
| Farmer, Richard, Connie & Tracie 5912 French Creek Ct. Ellenton, FL 34222 | Interstate Fire & Casualty Company | Lennar Corporation |
| Hernandez, Marla 11475 Southwest 238 Street Homestead, FL 33032 | Interstate Fire & Casualty Company | Lennar Corporation |
| Wilson, Teresa 3945 Rollingsford Circle Lakeland, FL 33810 | Interstate Fire & Casualty Company | Lennar Corporation |
| Woolley, Scott 7050 Montauk Point Crossing Bradenton, FL 34212 | Interstate Fire & Casualty Company | Lennar Corporation |
| Egan, Michelle and Giancario Lee 12923 SW 135 Terrace Miami, FL 33186 | Interstate Fire & Casualty Company | Lennar Homes, LLC |
| Elliott, William & Mary Ann Frye 2926 NE 2nd Dr. Homestead, FL 33033 | Interstate Fire & Casualty Company | Lennar Homes, LLC |
| Gamboa, Hernan 12991 SW 134 Terrace Miami, FL 33186 | Interstate Fire & Casualty Company | Lennar Homes, LLC |
| Garcia, Jesus & Fernandez, Julio 11327 SE 236 Lane Homestead, FL 33032 | Interstate Fire & Casualty Company | Lennar Homes, LLC |
| Gonzalez, Miguel Angel 2908 NW 2nd Drive Homestead, FL 33033 | Interstate Fire & Casualty Company | Lennar Homes, LLC |
| Byrne, Gertrude 17926 Monte Vista Drive Boca Raton, FL 33496 | Interstate Fire & Casualty Company | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |
| Eskenazi, Anna and Mark 17878 Monte Vista Drive Boca Raton, FL 33496 | Interstate Fire & Casualty Company | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |

| Putative Plaintiffs and Address[1] | Moving Insurance Company Defendant | Alleged Insured Defendants |
|---|---|---|
| Laraque, Jean & Gueldie<br>17911 Monte Vista Drive<br>Boca Raton, FL 33496 | Interstate Fire & Casualty Company | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Interstate Fire & Casualty Company | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |
| Roseman, Robert & Linda<br>99 Vivante Blvd., Unit 213<br>Punta Gorda, FL 33950 | Interstate Fire & Casualty Company | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |