# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932)  ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION FOR
## INTERSTATE FIRE & CASUALTY COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Please take notice that Defendant Interstate Fire & Casualty Company submits for decision its Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, as of April 13, 2011 at 9:00 a.m.

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
***Attorneys for Interstate Fire & Casualty Company***
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

{L0142398.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission for Interstate Fire & Casualty Company's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

                                                    /S/ Gary J. Russo
                                                    GARY J. RUSSO