UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by Interstate Fire & Casualty Company;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion is GRANTED, and the non-Louisiana claims against Interstate Fire & Casualty Company by Plaintiffs listed in Exhibit "A" to Interstate Fire & Casualty Company's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

{L0142573.1}