UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | | MAG. JUDGE WILKINSON |

### HARLEYSVILLE MUTUAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AN ADDITIONAL MEMORANDUM OF LAW IN SUPPORT OF THE INSURANCE STEERING COMMITTEE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW Harleysville Mutual Insurance Company and requests leave of this Court to file the attached Memorandum of Law in Support of the Insurance Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

/s/ James M. Smith
James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:   (205) 879-9954
Fax:   (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on Plaintiffs' Liaison Counsel, Russ Herman, (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, (kmiller@frilot.com), by U.S. Mail, and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:  (205) 879-9954
Fax:  (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com