# Exhibit "A"
# Part 2

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL**
**GENERAL LIABILITY POLICY**
**GL 3J2174**



**Harleysville.**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12 01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Reason for Issue** | Renewal Reissue |

Named Insured

**MAZER'S DISCOUNT HOME CENTER**
**MAZER FAMILY LLC & MAZER FLP**
**ATTN MIKE MAZER**
**#2 SOUTH 41ST ST**
**BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

**(Agent Code 01-1896)**

---

Message:   Amending Payroll Per Update Application

Type Of Entity:         Corporation
Business Description:  Stores

In return for the payment of the premium and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.  If you request cancellation of this policy, there is a minimum premium retention of    $500.

This policy consists of the following coverage part(s).  The premium may be subject to adjustment.

|  | Annual Premium |
|---|---|
| Commercial General Liability | $62,402.00 |
| | (Minimum Premium) |
| Total: | $62,402.00 |



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

# Harleysville™

| Policy Term | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

## SCHEDULE OF LOCATIONS/PREMISES

This schedule is for address information only.  Refer to attached coverage part(s) to determine application of coverage.

| Loc No | Location Description |
| --- | --- |
| 001 | 2 South 41st St          Birmingham AL 35222 |

## FORMS AND ENDORSEMENTS

The following are applicable to all coverage parts:

| Number | Edition | Title |
| --- | --- | --- |
| *PJ0001 | 0205 | Policy Jacket |
| IL0003 | 0702 | Calculation of Premium |
| IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
| --- | --- | --- |
| ST7115 | 0900 | Premium Audit Notice |
| *ST7511 | 1204 | Exclusion - Unsolicited Faxes, Telephone Calls and Emails Important Notice to Policyholders |
| *ST7531 | 1004 | Potential Restrictions Of Terrorism Coverage Notice To Policyholders |
| *ST7541 | 1204 | 2004 General Liability Multistate Forms Revision Policyholder Notice |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money! |

* Indicates a new or replacement form.

## RENEWAL INSURING AGREEMENT

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By:    Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

# Harleysville™

| Policy Term | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
|---|---|
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
Effective Date:  11/03/05

## SCHEDULE OF COVERAGES

### Limits of Insurance
| | | |
|---|---|---|
| Each Occurrence Limit | | $1,000,000 |
| Damage to Premises Rented to You Limit | Any one premises | $100,000 |
| Medical Expense Limit | Any one person | $5,000 |
| Personal and Advertising Injury Limit | Any one person or organization | $1,000,000 |
| General Aggregate Limit<br>(Other than Products-Completed Operations) | | $2,000,000 |
| Products/Completed Operations Aggregate Limit | | $2,000,000 |

## SCHEDULE FOR COMMERCIAL GENERAL LIABILITY CLASSIFICATIONS

| Location/<br>Bldg or<br>Premises | Classification<br>Premium Base | All<br>Other<br>(Class Code) | Products/<br>Completed<br>Operations |
|---|---|---|---|
| 000/000 | Employee Benefits Liability<br>Number of Employees          Premium Base =<br>Employee Benefits Retro Date 11/03/04<br>Deductible          $1,000 per Employee | 92100<br>195 | Not Applicable |
| 001/001 | Appliance Stores- Household Type<br>Gross Sales          Premium Base =  6,700,000 | 10042 | 10042 |
| 001/001 | Building Material Dealers<br>Gross Sales          Premium Base =  7,000,000 | 10255 | 10255 |
| 001/001 | Floor Covering Stores<br>Gross Sales          Premium Base =  3,600,000 | 12805 | 12805 |
| 001/001 | Furniture Stores - Other Than Not-For-Profit<br>Gross Sales          Premium Base = 15,000,000 | 13351 | 13351 |
| 001/001 | Paint, Wallpaper Or Wallcovering Stores<br>Gross Sales          Premium Base =  If Any | 15991 | 15991 |
| 001/001 | Stores- No Food Or Drink - Other Than Not-For-<br>Profit<br>Gross Sales          Premium Base =  If Any | 18437 | 18437 |

## SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

# Harleysville.

| Policy Term | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

Employee Benefits Liability Coverage Form
Limits of Insurance
$1,000,000   Each Employee
$2,000,000   Aggregate

General Liability Enhancement Endorsement          Loc 001 Bldg 001

## FORMS AND ENDORSEMENTS

| | | | Loc/<br>State Bldg |
|---|---|---|---|
| *CG0001 | 1204 | Commercial General Liability Coverage Form | |
| *CG0435 | 0305 | Employee Benefits Liability Coverage | |
| CG2147 | 0798 | Employment-Related Practices Exclusion | |
| *CG2167 | 1204 | Fungi Or Bacteria Exclusion | |
| CG2172 | 1202 | Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Terrorism); Cap On Losses From Certified Acts Of Terrorism | |
| CG2176 | 1102 | Exclusion Of Punitive Damages Related To A Certified Act Of          Terrorism | |
| *CG2187 | 0504 | Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act Of 2002) | |
| CG7108 | 1201 | Exclusion - Asbestos, Silica, or Talc | |
| CG7149 | 0901 | Lead Liability Exclusion | |
| CG7186 | 0904 | General Liability Enhancement Endorsement | AL  001001 |
| CG7195 | 0901 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems | |
| CG7248 | 1204 | Exclusion - Unsolicited Faxes, Telephone Calls And Emails | |
| IL0021 | 0702 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | |

* Indicates a new or replacement form.  Retain listed forms not replaced.

01402S

0001J3J2174

3J 21 74

This endorsement applies to all coverages provided by the following including all forms and endorsements attached thereto:

**GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL AUTO COVERAGE PART**
**COMMERCIAL UMBRELLA COVERAGE PART**
**COMMERCIAL CRIME COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL OUTPUT PROGRAM**
**COMMERCIAL PROPERTY COVERAGE PART**
**DELUXE GARAGE OWNERS POLICY**
**BASIC BUSINESS OWNERS POLICY**
**DELUXE BUSINESS OWNERS POLICY**
**CONTRACTORS BUSINESS OWNERS POLICY**

IL-7156
(Ed. 9-04)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ENDORSEMENT NOTICE OF TERRORISM INSURANCE COVERAGE

In accordance with the Terrorism Risk Insurance Act of 2002 (the "Act"), you are hereby notified that you have insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. Section 102(1) of the Act defines the term "act of terrorism" to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage under your policy may be affected as follows:

ANY IN-FORCE TERRORISM EXCLUSIONS FOR ACTS OF TERRORISM, AS DEFINED IN THE ACT, CONTAINED IN YOUR POLICY OR INCLUDED IN AN ENDORSEMENT ARE NULLIFIED AS OF NOVEMBER 26, 2002. Any terrorism exclusions for acts of terrorism not defined in Section 102(1) of the Act included in your policy or included in an endorsement are valid and apply to your policy.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY ACTS OF TERRORISM, AS DEFINED IN THE ACT, IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY US. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

THE ADDITIONAL PREMIUM FOR COVERAGE FOR LOSSES CAUSED BY ACTS OF TERRORISM, AS DEFINED IN THE ACT, IS WAIVED FOR THIS POLICY PERIOD.



IL-7156 (Ed. 9-04)

Page 1 of 1

3J  21  74

ST-7511
(Ed. 12-04)

# EXCLUSION – UNSOLICITED FAXES, TELEPHONE CALLS AND EMAILS

## IMPORTANT NOTICE TO POLICYHOLDERS

Your renewal policy has a new form titled Exclusion-Unsolicited Faxes, Telephone Calls and Emails attached to it.  This represents a reduction in coverage.

The form excludes personal and advertising injury arising from unsolicited faxes, telephone calls or emails and other similar acts and practices which are subject to and prohibited by any state or federal law, rule or regulation governing the abuses associated with unsolicited faxes, telephone calls or emails and other similar acts and practices including but not limited to:

a.  the Federal Telephone Consumer Protection Act;
b.  the Federal Telemarketing and Consumer Fraud and Prevention Act;
c.  the Federal Controlling the Assault of Non-Solicited Pornography and Marketing Act ("CAN-SPAM Act");
d.  federal and state do-not-call laws, rules, registries and regulations;
e.  federal and state securities laws;
f.  any similar state or federal statute or any amendment to any of the above; and
g.  any rule or regulation promulgated by the Federal Communication Commission; Federal Trade Commission; Federal Securities and Exchange Commission or other Federal or State agency pursuant to any of the above laws.

PLEASE READ YOUR POLICY AND ITS ENDORSEMENTS CAREFULLY.  IF THERE IS ANY CONFLICT BETWEEN THIS NOTICE AND THE POLICY AND ITS ENDORSEMENTS, THE PROVISIONS OF THE POLICY AND ITS ENDORSEMENTS SHALL PREVAIL.

3J 21 74

ST-7531
(Ed. 10-04)

## POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

### NOTICE TO POLICYHOLDERS

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates, or is extended with certain changes, during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does not form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

**YOUR POLICY AT START OF NEW POLICY TERM:**
The terrorism endorsement in this policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). This coverage is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if the event qualified as a nuclear event or if the event qualified under certain circumstances as a biological or chemical event. With respect to "certified acts of terrorism" and "other acts of terrorism", policy exclusions (for example, the war liability exclusion) and other policy provisions continue to apply.

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

**A new endorsement is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

>> If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government.); or

>> If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

>> If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or



ST-7531

3J 21 74

>> If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible in 2004 is 10% of the total of our previous year's direct earned premiums. In 2005, that figure is 15%. The government's share is 90% of the terrorism losses paid by us above the deductible.

**The new endorsement treats terrorism as follows:**

Coverage for injury or damage arising out of a terrorism incident is excluded only if:

>> The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

>> Fifty or more persons sustain death or serious physical injury; or
(*To determine whether the threshold for property damage ($25 million) and persons injured (fifty) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.*)

>> The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

>> The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or

>> The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

>> The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

**See the definition of terrorism for purposes of the terrorism exclusion.**

3J 21 74

ST-7541
(Ed. 12-04)

# 2004 GENERAL LIABILITY MULTISTATE
# FORMS REVISION
# POLICYHOLDER NOTICE

This is a summary of the major changes to your policy.  PLEASE READ YOUR POLICY AND ITS ENDORSE-MENTS CAREFULLY.  IF THERE IS ANY CONFLICT BETWEEN THIS NOTICE AND THE POLICY AND ITS ENDORSEMENTS, THE PROVISIONS OF THE POLICY AND ITS ENDORSEMENTS SHALL PREVAIL.

---

## COVERAGE FORM CHANGES

---

## *REDUCTIONS IN COVERAGE*

**REVISED MOBILE EQUIPMENT COVERAGE:**

CG 00 01 12 04 -- Commercial General Liability Coverage Form (Occurrence Version)

CG 00 02 12 04 -- Commercial General Liability Coverage Form (Claims-Made Version)

CG 00 09 12 04 -- Owners And Contractors Protective Liability Coverage Form

CG 00 37 12 04 -- Products/Completed Operations Liability Coverage Form (Occurrence Version)

CG 00 38 12 04 -- Products/Completed Operations Liability Coverage Form (Claims-Made Version)

CG 00 39 12 04 -- Pollution Liability Coverage Form (Designated Sites)

CG 00 40 12 04 -- Pollution Liability Limited Coverage Form (Designated Sites)

The definitions of "mobile equipment" and "auto" have been revised. Any land vehicle that had been classi-fied as a piece of mobile equipment under your previous policy, will now be considered an auto if that vehi-cle is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.  With this change, coverage is no longer provided for these types of land vehicles since they are now defined to be autos rather than mobile equipment and subject to the Aircraft, Auto and Watercraft exclusion in your policy.  However, the operation of machinery or equipment that is at-tached to, or part of, such a vehicle will still be covered by your policy.

If you wish to obtain coverage, for land vehicles subject to compulsory or financial responsibility laws or other motor vehicle insurance laws you should consider a Commercial Automobile policy.

## ELECTRONIC DATA EXCLUSION

CG 00 01 12 04 -- Commercial General Liability Coverage Form (Occurrence Version)

CG 00 02 12 04 -- Commercial General Liability Coverage Form (Claims-Made Version)

CG 00 09 12 04 -- Owners And Contractors Protective Liability Coverage Form

CG 00 37 12 04 -- Products/Completed Operations Liability Coverage Form (Occurrence Version)

CG 00 38 12 04 -- Products/Completed Operations Liability Coverage Form (Claims-Made Version)

CG 00 39 12 04 -- Pollution Liability Coverage Form (Designated Sites)



3J 21 74

CG 00 40 12 04 -- Pollution Liability Limited Coverage Form (Designated Sites)

CG 00 42 12 04 -- Underground Storage Tank Policy (Designated Tanks)

An exclusion for Electronic Data has been added to these policies to reinforce that coverage for electronic data is not intended to be provided under these policies. This may be considered a reduction in coverage.

## MEDICAL PAYMENTS - ATHLETICS ACTIVITIES EXCLUSION

CG 00 01 12 04 -- Commercial General Liability Coverage Form (Occurrence)

CG 00 02 12 04 -- Commercial General Liability Coverage Form (Claims-Made)

The Athletics Activities exclusion under Coverage C - Medical Payments has been revised to more clearly express what types of athletic activities are excluded with respect to medical payments. Medical expenses are not intended to be provided to a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests. This may be considered a reduction in coverage.

## OTHER INSURANCE

CG 00 01 12 04 -- Commercial General Liability Coverage Form (Occurrence Version)

CG 00 02 12 04 -- Commercial General Liability Coverage Form (Claims-Made Version)

Prior to this revision, if you were added as an additional insured to another policy, the policy would be excess over that insurance for damages arising out of the premises or operations. The Other Insurance Condition has been revised so that now if you are added as an additional inured to another policy this policy is excess over that insurance for damages arising out of both the premises or operations AND the products and completed operations.

## LIQUOR LICENSE NOT IN EFFECT EXCLUSION

CG 00 33 12 04 -- Liquor Liability Coverage Form (Occurrence)

CG 00 34 12 04 -- Liquor Liability Coverage Form (Claims-Made)

Prior to this revision, this exclusion precluded coverage when your liquor license was suspended, expired, cancelled or revoked. The exclusion has been revised so that now it applies if your liquor license was suspended, expired, cancelled, revoked OR not in effect

## *Existing Endorsements*

## CG 04 36 12 04 -- Limited Product Withdrawal Expense Endorsement

Deductible and Participation Percentage provisions have been added to the endorsement. If a deductible and/or participation percentage are indicated in the Schedule of the endorsement, you will be required to participate in the loss. Also, product withdrawal expenses will no longer be provided for trade dress infringement. In addition, any fines, penalties, punitive or exemplary damages, or pollution-related expenses arising out of a product withdrawal will be excluded. A Concealment Or Fraud provision has been added to the endorsement which states that no coverage will be provided if you or any other insured engage in fraudulent conduct or intentionally conceal or misrepresent a material fact related to a product withdrawal or product withdrawal expenses incurred by you.

3J 21 74

### CG 21 66 12 04- Exclusion - Volunteer Workers

If you previously had volunteer workers who operated autos, aircraft or watercraft not owned by, or rented or loaned to any insured, liability arising out of the ownership, maintenance or entrustment to others of any aircraft, auto or watercraft operated by volunteer workers will no longer be covered under your policy.

## New Endorsements

### CG 21 86 12 04 -- Exclusion - Exterior Insulation And Finish Systems
### CG 31 66 12 04 -- Exclusion - Exterior Insulation And Finish Systems
### CG 31 67 12 04 -- Exclusion - Exterior Insulation And Finish Systems

When this endorsement is attached to your policy, any liability arising out of, caused by, or attributable to EIFS, will be excluded. To the extent that current policy exclusions do not already apply to EIFS-related liability, attachment of this endorsement will result in a reduction of coverage.

### CG 23 01 12 04 -- Exclusion - Real Estate Agents Errors Or Omissions

When this endorsement is attached to your policy, the professional services of a real estate agent will be excluded. To the extent that professional services of real estate agents may be covered under your policy, attachment of this endorsement may result in a reduction of coverage.

### CG 31 68 12 04 -- Exclusion - Coverage A - Product Withdrawal Expense

When this endorsement is attached to your Product Withdrawal Coverage Form, no coverage will be provided for product withdrawal expenses that you occur as a result of a product withdrawal.

### CG 31 69 12 04 -- Exclusion - Coverage B - Product Withdrawal Liability

When this endorsement is attached to your Product Withdrawal Coverage Form, no liability coverage will be provided for damages resulting from product withdrawal expenses incurred by a third-party because of a product withdrawal that you initiate.

### CG 31 70 12 04 -- Exclusion - Product Tampering

When this endorsement is attached to your Product Withdrawal Coverage Form, no coverage will be provided for a product withdrawal which results from known or suspected product tampering.

### CG 31 71 12 04 -- Exclusion - Product Replacement, Repair Or Repurchase

When this endorsement is attached to your Product Withdrawal Coverage Form, the costs of replacing, repairing or repurchasing of your product after a product withdrawal will not be covered as product withdrawal expenses.

### CG 31 74 12 04 -- Exclusion Of Newly Acquired Organizations As Insureds

When this endorsement is attached to your Product Withdrawal Coverage Form, a product withdrawal initiated by an organization that you newly acquire or form will not be covered under your policy.



3J 21 74

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2003

3J 21 74

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".



3J 21 74

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

014030

00010G12174

3J 21 74

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing; treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;



3J 21 74

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

3J 21 74

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.



3J 21 74

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3J 21 74

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I − Coverage A − Bodily Injury And Property Damage Liability**, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II − WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.



3J 21 74

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

3J 21 74

2. The General Aggregate Limit is the most we will pay for the sum of:

 a. Medical expenses under Coverage C;

 b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

 c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

 a. Damages under Coverage A; and

 b. Medical expenses under Coverage C

 because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

 a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

 (1) How, when and where the "occurrence" or offense took place;

 (2) The names and addresses of any injured persons and witnesses; and

 (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

 b. If a claim is made or "suit" is brought against any insured, you must:

 (1) Immediately record the specifics of the claim or "suit" and the date received; and

 (2) Notify us as soon as practicable.

 You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

 c. You and any other involved insured must:

 (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

 (2) Authorize us to obtain records and other information;

 (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

 (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

 d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

 a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or



3J 21 74

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

00010J-2/174    01A03A

3J 21 74

### 6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in a. above;

(2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or



3J 21 74

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

© ISO Properties, Inc., 2003

00010J2174     014035

3J 21 74

(1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   (a) When all of the work called for in your contract has been completed.

   (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or



3J 21 74

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

3J 21 74

POLICY NUMBER:                                    **COMMERCIAL GENERAL LIABILITY**
                                                 **CG 04 35 03 05**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

### THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
### PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | Deductible | Premium |
|---|---|---|---|
| Employee Benefits Programs | $          each employee | $ | $ |
| | $          aggregate | | |
| Retroactive Date: | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to damages only if:

    **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

    **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

    **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

    **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or



 © ISO Properties, Inc., 2004

3J 21 74

**(2)** When we make settlement in accordance with Paragraph **1.a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and **Employee Benefits Liability**.

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

0000103J2174   014037

3J 21 74

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

   a. The Limits of Insurance shown in the Schedule and the rules below, fix the most we will pay regardless of the number of:

     (1) Insureds;

     (2) "Claims" made or "suits" brought;

     (3) Persons or organizations making "claims" or bringing "suits";

     (4) Acts, errors or omissions; or

     (5) Benefits included in your "employee benefit program".

   b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

     (1) An act, error or omission; or

     (2) A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

     (1) Our right and duty to defend any "suits" seeking those damages; and

     (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.



3J 21 74

E. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of **Section IV – Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

  **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

  **(1)** What the act, error or omission was and when it occurred; and

  **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

  **b.** If a "claim" is made or "suit" is brought against any insured, you must:

  **(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

  **(2)** Notify us as soon as practicable.

  You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

  **c.** You and any other involved insured must:

  **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

  **(2)** Authorize us to obtain records and other information;

  **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

  **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

  **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

  **a. Primary Insurance**

  This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

  **b. Excess Insurance**

  **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

  **(a)** No Retroactive Date is shown in the Schedule of this insurance; or

  **(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

  **(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

  **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

  **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

04408

0001032174

**CG 04 35 03 05** | © ISO Properties, Inc., 2004 | **Page 4 of 6**

3J 21 74

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.



3J 21 74

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

3J 21 74

**COMMERCIAL GENERAL LIABILITY**
**CG 21 67 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.



CG 21 67 12 04

© ISO Properties, Inc., 2003

Page 1 of 1

3J 21 74

COMMERCIAL GENERAL LIABILITY
CG 21 87 05 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

CG 21 87 05 04

© ISO Properties, Inc., 2004

Page 1 of 2

3J 21 74

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. or C.6. are exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.



CG 21 87 05 04                © ISO Properties, Inc., 2004                Page 2 of 2

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**



# Harleysville™

Named Insured:

**MAZER'S DISCOUNT HOME**
**HOME CENTER INC**
**#2 SOUTH 41ST ST**
**BIRMINGHAM AL 35222-1929**

| | |
|---|---|
| Account | 3J2174 |
| Policy Term | 11/03/05 to 11/03/06 |
| | 12:01 A.M. Standard Time |
| Issue Date | 10/13/05 |
| Reason for Issue | Renewal Reissue |

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at 205-414-8100

**(Agent Code 01-1896)**

---

```
Message:  Amending The Vehicle Schedule Per Renewal App
Form Of Business:    Corporation
Business Description:  Stores

In return for the payment of the premium and subject to all the terms of this
policy, we agree to provide the insurance as stated in this policy.  If you
request cancellation of this policy, there is a minimum premium retention
of      $100.

This policy consists of the following coverage part(s).  The premium may be
subject to adjustment.
```

| | Annual Premium |
|---|---|
| Commercial Auto | $46,465.00 |
| TOTAL: | $46,465.00 |

## SCHEDULE OF NAMED INSUREDS

| Name | Type Of Entity |
|---|---|
| Mazer's Discount Home Home Center Inc | Corporation |
| Mazer Family LLC | |
| Mazer Flp | Corporation |



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

# Harleysville™

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

## SCHEDULE OF LOCATIONS/PREMISES

This schedule is for address information only.  Refer to attached coverage part(s) to determine application of coverage.

| Loc No | Address | |
|---|---|---|
| 01 | #2 South 41st St | Birmingham AL 35222 |

## FORMS AND ENDORSEMENTS

The following are applicable to all coverage parts:

| Number | Edition | Title |
|---|---|---|
| CA7117 | 0391 | Named Driver Exclusion |
| *PJ0001 | 0205 | Policy Jacket |
| IL0003 | 0702 | Calculation of Premium |
| IL0017 | 1198 | Common Policy Conditions |
| IL0021 | 0702 | Nuclear Energy Liability Exclusion Endorsement |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| Number | Edition | Title |
|---|---|---|
| ST7171 | 0303 | Preferred Repair Program |
| *ST7529 | 0105 | Notice to Policyholders Potential Restrictions of Terrorism Coverage |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money |

*  Indicates a new or replacement form.

## RENEWAL INSURING AGREEMENT

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned by :  ........................
                    Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

# Harleysville

**MAZER'S DISCOUNT HOME**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

---

## COMMERCIAL AUTO COVERAGE PART

Coverage Part Effective Date: 11/03/05

### ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides those coverages shown below.  Each of these coverages will apply only to those "Autos" shown as Covered "Autos".  "Autos" are shown as Covered "Autos" for a particular coverage by the entry of one or more of the symbols from the covered auto section of the Business Auto Coverage form next to the name of the coverage.

| Coverages | Covered "Autos" | Limit |
|---|---|---|
| Liability | 1 | $1,000,000 |
| Auto Medical Payments | 3 | $5,000 |
| Uninsured Motorists | 2 | $1,000,000 |
| Comprehensive | 7,8 | Refer To Section III Of The Coverage Form. See Item Four For Hired Or Borrowed "autos". |
| Collision | 7,8 | Refer To Section III Of The Coverage Form. See Item Four For Hired Or Borrowed "autos". |

### ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

C=Commercial      F=Farm      P=Personal      R=Retail      S=Service

| Veh/ Loc | Yr | Description | Veh ID Number | GVW/GCW (Seats) | Terr | Rad | Use | Cost/ Symbol | Class |
|---|---|---|---|---|---|---|---|---|---|
| 001/01 | 95 | FORD F700 | 1FDNF70JXSVA09327 | 45,000 | AL-101 | 50 | R | 24,000 | 32499 |
| 002/01 | 99 | FORD F250 | 1FTNF20L3XEC61937 | 10,000 | AL-101 | 50 | S | 21,058 | 01499 |
| 003/01 | 00 | LINCOLN T'CA | 1LNCHM82W1Y914306 | | AL-101 | | C | 38,700 | 7398 |
| 004/01 | 02 | INT'L 4300 | 1HTMMAAM62H386301 | 45,000 | AL-101 | 50 | R | 50,133 | 32499 |
| 005/01 | 02 | INTERN'L 430 | 1HTMMAAM82H386302 | 45,000 | AL-101 | 50 | R | 50,133 | 32499 |
| 006/01 | 02 | INT'L 4300 | 1HTMMAAM32H534906 | 45,000 | AL-101 | 50 | R | 47,454 | 32499 |
| 007/01 | 02 | VOLVO V70 | YV1SW58DX2118166l | | AL-101 | | C | 40,408 | 7398 |
| 008/01 | 02 | INT'L 4300 | 1HTMMAAM43H556317 | 45,000 | AL-101 | 50 | R | 50,133 | 32499 |
| 009/01 | 03 | FORD F350 | 1FTSS34F33HA59682 | 10,000 | AL-101 | 50 | S | 32,000 | 01499 |
| 010/01 | 03 | INT'L 4700 | 3HTMMAAM83N582795 | 45,000 | AL-101 | 50 | R | 48,000 | 32499 |
| 011/01 | 05 | INT'L 4300 | 1HTMMAAL25H689841 | 45,000 | AL-101 | 50 | R | 57,000 | 32499 |
| 012/01 | 05 | BMW 545I | WBANB33565CN63940 | | AL-101 | | C | 63,182 | 7398 |
| 013/01 | 05 | BUICK LESABR | 1G4H54K05U200910 | | AL-101 | | C | 28,867 | 7398 |
| 014/01 | 04 | INTERN'L 340 | 18TMMAAL35H149390 | 45,000 | AL-101 | 50 | R | 47,000 | 32499 |
| 015/01 | 05 | INTL 4300 | 1HTMMAAL75V149389 | 45,000 | AL-101 | 50 | R | 59,658 | 32499 |
| 016/01 | 06 | INTL 4300 | 1HTMMSSL56H250175 | 45,000 | AL-101 | 50 | R | 62,558 | 32499 |
| 017/01 | 06 | INTL 4300 | 1HTMMAL56H250174 | 45,000 | AL-101 | 50 | R | 62,558 | 32499 |
| 018/01 | 06 | INTL 4300 | 1HTMMAAL56H250175 | 45,000 | AL-101 | 50 | R | 62,558 | 32499 |
| 019/01 | 05 | INTERN'L | 1HTMMAL35H149387 | 45,000 | AL-101 | 50 | R | 59,658 | 32499 |
| 020/01 | 00 | RIVER FORCE | 4X4FCKC25YK082764 | | AL-101 | 50 | C | 25,497 | 68499 |



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

# Harleysville™

| | |
|---|---|
| Policy Term | **11/03/05 to 11/03/06** 12:01 A.M. Standard Time |
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

## Owned Auto Coverages and Deductibles

This policy provides only those coverages indicated by an "X" or deductible amount.

| Veh | Liab | Basic PIP/FPB | Added PIP/FPB | EMB | Med Pay | UM | UIM | Comprehensive Deductible | Spec Causes | Collision Deductible | Tow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | X | | | | X | X | | $1000 | | $1000 | |
| 002 | X | | | | X | X | | $1000 | | $1000 | |
| 003 | X | | | | X | X | | $1000 | | $1000 | |
| 004 | X | | | | X | X | | $1000 | | $1000 | |
| 005 | X | | | | X | X | | $1000 | | $1000 | |
| 006 | X | | | | X | X | | $1000 | | $1000 | |
| 007 | X | | | | X | X | | $1000 | | $1000 | |
| 008 | X | | | | X | X | | $1000 | | $1000 | |
| 009 | X | | | | X | X | | $1000 | | $1000 | |
| 010 | X | | | | X | X | | $1000 | | $1000 | |
| 011 | X | | | | X | X | | $1000 | | $1000 | |
| 012 | X | | | | X | X | | $1000 | | $1000 | |
| 013 | X | | | | X | X | | $1000 | | $1000 | |
| 014 | X | | | | X | X | | $1000 | | $1000 | |
| 015 | X | | | | X | X | | $1000 | | $1000 | |
| 016 | X | | | | X | X | | $1000 | | $1000 | |
| 017 | X | | | | X | X | | $1000 | | $1000 | |
| 018 | X | | | | X | X | | $1000 | | $1000 | |
| 019 | X | | | | X | X | | $1000 | | $1000 | |
| 020 | X | | | | X | X | | $1000 | | $1000 | |

## Loss Payee(s)

| Veh | Name | Address |
|---|---|---|
| 004 | Southland Idealease Universal Underwriters | P O Box 11390 Shawnee Mission KS 66207 |
| 005 | Southland Idealease Universal Underwriters | P O Box 11390 Shawnee Mission KS 66207 |
| 006 | Southland Idealease Universal Underwriters | P O Box 11390 Shawnee Mission KS 66207 |
| 009 | Southland Idealease Universal Underwriters | P O Box 11390 Shawnee Mission KS 66207 |
| 010 | Southland Idealease Universal Underwriters | P O Box 11390 Shawnee Mission KS 66207 |
| 015 | Southland Idealease | P O Box 11390 Shawnee Mission KS 66207 |
| 016 | Southland Idealease | P O Box 11390 Shawnee Mission KS 66207 |
| 017 | Southland Idealease | P O Box 11390 Shawnee Mission KS 66207 |

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**



| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

018     Southland Idealease          P O Box 11390
                                      Shawnee Mission KS 66207

**ITEM FOUR - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE**

| | Liability | |
|---|---|---|
| **State**<br>AL | **Estimated Cost of Hire**<br>If Any<br>Physical Damage | **Premium**<br>$incl |

| **Coverage** | **Limit**<br>(The most we will pay) | **Deductible** |
|---|---|---|
| Comprehensive | $50,000 | $100 |
| Collision | $50,000 | $1,000 |

| **State**<br>AL | **Coverage**<br>Comprehensive<br>Collision | **Estimated Annual**<br>**Cost of Hire**<br>If Any<br>If Any | **Premium**<br>$incl<br>$incl |
|---|---|---|---|

**ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY**

Other Than Social Service Agency
Number Of Employees   195

                              Premium    $incl

**SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS**

**Additional Insured - Lessor**

**Designation or Description**                          **Additional Insured**
**of Leased "Autos"**                                   **(Lessor)**
004 02 INT'L 4300    1HTMMAAM62H386301    SOUTHLAND IDEALEASE
                                          UNIVERSAL UNDERWRITERS
                                          P O BOX 11390
                                          SHAWNEE MISSION KS 66207

005 02 INTERN'L 430 1HTMMAAM82H386302    SOUTHLAND IDEALEASE
                                          UNIVERSAL UNDERWRITERS
                                          P O BOX 11390
                                          SHAWNEE MISSION KS 66207

006 02 INT'L 4300    1HTMMAAM52H554906    SOUTHLAND IDEALEASE
                                          UNIVERSAL UNDERWRITERS
                                          P O BOX 11390
                                          SHAWNEE MISSION KS 66207

009 03 FORD F550     1FTSS34F53HA59682    SOUTHLAND IDEALEASE
                                          UNIVERSAL UNDERWRITERS
                                          P O BOX 11390

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# COMMERCIAL AUTO POLICY
## BA 3J2174

# Harleysville™

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

## MAZER'S DISCOUNT HOME

SHAWNEE MISSION KS 66207

010 03 INT'L 4700   3HTMMAAM83N582795

SOUTHLAND IDEALEASE
UNIVERSAL UNDERWRITERS
P O BOX 11390
SHAWNEE MISSION KS 66207

014 04 INTERN'L 340 18TMMAAL35H149390

SOUTHLAND IDEALEASE
P O BOX 11390
SHAWNEE MISSON KS 66207

### Drive Other Car Coverage-Broadened Coverage for Named Individuals

| Name of Individual | Coverage | Premium |
|---|---|---|
| 001 Jb & Lynette Mazer | Liability | $Incl |
| | Auto Medical Payments | $Incl |
| | Uninsured Motorists | $Incl |
| | Comprehensive | $Incl |
| | Collision | $Incl |

### Named Driver Exclusion
Charles P Johanson
Dob 04-03-65

### Supplemental Information Schedule
RYDER TRUCK RENTAL INC       6000 WINDWARD PARKWAY
ALLPHARETTA GA 30005

0001132174

014044

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

| | |
|---|---|
| Policy Term | 11/03/05 to 11/03/06 |
| | 12:01 A.M. Standard Time |
| Issue Date | 10/13/05 |
| Agent Code | 01-1896 |

# Harleysville.

**MAZER'S DISCOUNT HOME**

---

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| CA0001 | 1001 | Business Auto Coverage Form |
| CA0038 | 1202 | War Exclusion |
| ✻CA0051 | 1204 | Changes in Coverage Forms - Mobile Equipment Subject to Motor Vehicle Insurance Laws |
| ✻CA2001 | 1001 | Lessor-Additional Insured and Loss Payee |
| ✻CA2159 | 1202 | Alabama Uninsured Motorists Coverage |
| CA2359 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other than Certified Acts of Terrorism); Cap on Losses from Certified Acts of Terrorism |
| CA2362 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| ✻CA2376 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| ✻CA7142 | 1294 | Uninsured Motorists Coverage Selection/Rejection Form |
| ✻CA9903 | 0797 | Auto Medical Payments Coverage |
| CA9910 | 0902 | Drive Other Car Coverage-Broadened Coverage For Named Individuals |
| ✻CA9944 | 1293 | Loss Payable Clause |

✻ Indicates a new or replacement form.





Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

## PREMIUM INFORMATION SHEET

### Coverage Part: Commercial Auto

**Veh 001      Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 42 | | .140 | | | .75 | | | | 1.000 | 1.000 | 32 |
| COLL | 137 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 103 |
| | | | | | | | | | | | Total: | 2443 |

**Veh 002      Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.67 | 500 | 1.00 | | | | .990 | 1.000 | 1234 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 52 | | .140 | | | 1.00 | | | | 1.000 | 1.000 | 52 |
| COLL | 178 | | .130 | | | 1.00 | | | .000 | 1.000 | 1.000 | 178 |
| | | | | | | | | | | | Total: | 1614 |

**Veh 003      Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 572 | | | 1.68 | 389 | 1.00 | | | | .990 | 1.000 | 952 |
| MPAY | 35 | | | | | 1.00 | | | | .990 | 1.000 | 36 |
| UM | 96 | | | | | | | | | | 1.000 | 96 |
| COMP | 59 | | .180 | | | 1.00 | | | | 1.000 | 1.000 | 59 |
| COLL | 243 | | .120 | | | 1.00 | | | .000 | 1.000 | 1.000 | 243 |
| | | | | | | | | | | | Total: | 1386 |

**Veh 004      Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | 1.04 | | | .990 | 1.000 | 2245 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 76 | | .140 | | | .75 | | | | 1.000 | 1.000 | 57 |
| COLL | 423 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 317 |
| | | | | | | | | | | | Total: | 2769 |

**Veh 005      Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | 1.04 | | | .990 | 1.000 | 2245 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |

0001132174      01405

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

# Harleysville™

| | |
|---|---|
| Policy Term | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 76 | | .140 | | | .75 | | | | 1.000 | 1.000 | 57 |
| COLL | 423 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 317 |
| | | | | | | | | | | | Total: | 2769 |

### Veh 006          Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | 1.04 | | | .990 | 1.000 | 2245 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 76 | | .140 | | | .75 | | | | 1.000 | 1.000 | 57 |
| COLL | 423 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 317 |
| | | | | | | | | | | | Total: | 2769 |

### Veh 007          Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 572 | | | 1.68 | 389 | 1.00 | | | | .990 | 1.000 | 952 |
| MPAY | 35 | | | | | 1.00 | | | | .990 | 1.000 | 36 |
| UM | 96 | | | | | | | | | | 1.000 | 96 |
| COMP | 90 | | .180 | | | 1.00 | | | | 1.000 | 1.000 | 90 |
| COLL | 392 | | .120 | | | 1.00 | | | .000 | 1.000 | 1.000 | 392 |
| | | | | | | | | | | | Total: | 1566 |

### Veh 008          Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 76 | | .140 | | | .75 | | | | 1.000 | 1.000 | 57 |
| COLL | 423 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 317 |
| | | | | | | | | | | | Total: | 2682 |

### Veh 009          Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.67 | 500 | 1.00 | 1.04 | | | .990 | 1.000 | 1283 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 73 | | .140 | | | 1.00 | | | | 1.000 | 1.000 | 73 |
| COLL | 294 | | .130 | | | 1.00 | | | .000 | 1.000 | 1.000 | 294 |
| | | | | | | | | | | | Total: | 1800 |

### Veh 010          Loc 01

| | Ded | Ded | | Inc | Clas | Addl | Spec | | | Pro | |
|---|---|---|---|---|---|---|---|---|---|---|---|



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

## COMMERCIAL AUTO POLICY
## BA 3J2174

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

| Cov | Base | Base | Fact | ILF | Amt | Fact | Ins | Type | Misc | RMF# | Rate | Premium |
|-----|------|------|------|-----|-----|------|-----|------|------|------|------|---------|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | 1.04 | | | .990 | 1.000 | 2245 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 80 | | .140 | | | .75 | | | | 1.000 | 1.000 | 60 |
| COLL | 450 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 338 |
| | | | | | | | | | | | Total: | 2793 |

**Veh 011       Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|-----|------|----------|----------|-----|---------|-----------|----------|-----------|------|------|----------|---------|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

**Veh 012       Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|-----|------|----------|----------|-----|---------|-----------|----------|-----------|------|------|----------|---------|
| LIAB | 572 | | | 1.68 | 389 | 1.00 | | | | .990 | 1.000 | 952 |
| MPAY | 35 | | | | | 1.00 | | | | .990 | 1.000 | 36 |
| UM | 96 | | | | | | | | | | 1.000 | 96 |
| COMP | 95 | | .180 | | | 1.00 | | | | 1.000 | 1.000 | 95 |
| COLL | 461 | | .120 | | | 1.00 | | | .000 | 1.000 | 1.000 | 461 |
| | | | | | | | | | | | Total: | 1640 |

**Veh 013       Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|-----|------|----------|----------|-----|---------|-----------|----------|-----------|------|------|----------|---------|
| LIAB | 572 | | | 1.68 | 389 | 1.00 | | | | .990 | 1.000 | 952 |
| MPAY | 35 | | | | | 1.00 | | | | .990 | 1.000 | 36 |
| UM | 96 | | | | | | | | | | 1.000 | 96 |
| COMP | 70 | | .180 | | | 1.00 | | | | 1.000 | 1.000 | 70 |
| COLL | 374 | | .120 | | | 1.00 | | | .000 | 1.000 | 1.000 | 374 |
| | | | | | | | | | | | Total: | 1528 |

**Veh 014       Loc 01**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|-----|------|----------|----------|-----|---------|-----------|----------|-----------|------|------|----------|---------|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | 1.04 | | | .990 | 1.000 | 2245 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2855 |

**Veh 015       Loc 01**

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# Harleysville™

**COMMERCIAL AUTO POLICY**
**BA 3J2174**

| | |
|---|---|
| Policy Term | **11/03/05 to 11/03/06** 12 01 A.M. Standard Time |
| Issue Date | **10/13/05** |
| Agent Code | **01-1896** |

**MAZER'S DISCOUNT HOME**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

### Veh 016      Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

### Veh 017      Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

### Veh 018      Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

### Veh 019      Loc 01

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.77 | 574 | 1.65 | | | | .990 | 1.000 | 2158 |
| MPAY | 78 | | | | | ---- | | | | .990 | 1.000 | 77 |
| UM | 72 | | | | | | | | | | 1.000 | 73 |
| COMP | 84 | | .140 | | | .75 | | | | 1.000 | 1.000 | 63 |
| COLL | 529 | | .130 | | | .75 | | | .000 | 1.000 | 1.000 | 397 |
| | | | | | | | | | | | Total: | 2768 |

### Veh 020      Loc 01

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL AUTO POLICY**
**BA 3J2174**


**Harleysville.**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

| Cov | Base | Ded Base | Ded Fact | ILF | Inc Amt | Clas Fact | Addl Ins | Spec Type | Misc | RMF# | Pro Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIAB | 746 | | | 1.68 | 507 | .10 | | | | .990 | 1.000 | 124 |
| COMP | 62 | | .140 | | | .50 | | | | 1.000 | 1.000 | 31 |
| COLL | 242 | | .130 | | | .50 | | | .000 | 1.000 | 1.000 | 121 |
| | | | | | | | | | | | Total: | 276 |

### Hired Auto Liability

| State | Base Rate | Ded Base | Ded Fact | ILF | Misc | RMF# | = | Final Rate | Cost x /$100 = | If Any | Annual Prem | x | Pro Rate | = | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 1.18 | | | 1.68 | | .990 | | 1.96 | If Any | | 118MP | | 1.000 | | 118 |
| | | | | | | | | | | | | | TOTAL: | | 118 |

### Hired Auto Physical Damage

| State | Coverage | Base Rate | x RMF# | = | Final Rate | Cost/ $100 = | Annual Premium | x | Pro Rate | = | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | COMPREHENSIVE | .50 | 1.000 | | .51 | If Any | 15MP | | 1.000 | | 15 |
| | COLLISION | .70 | 1.000 | | .71 | If Any | 10MP | | 1.000 | | 10 |
| | | | | | | | | | TOTAL: | | 25 |

### Nonownership Liability (AL)

| Type | Base Prem | Cov Fact | Adj Fact | Ded Base | Ded Fact | ILF | Num | Ext Fact | RMF# | = | Annual Prem | x | Pro Rate | = | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPL | 401 | | | | | 1.68 | 195 | | .990 | | INCL | | | | |
| | | | | | | | | | | TOTAL: | 668 | | 1.000 | | 668 |

### Drive Other Car

| Oper/Loc | Cov | Base Prem | Adj Fact | Ded Base | Ded Fact | ILF | RMF# | = | Annual Prem | x | Pro Rate | = | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001/01 | LIAB | 60 | | | | 1.68 | .990 | | 100 | | 1.000 | | 100 |
| | MPAY | 3 | | | | | .990 | | 4 | | 1.000 | | 4 |
| | UM | 9 | | | | | | | 9 | | 1.000 | | 9 |
| | COMP | 6 | | | | | 1.000 | | 7 | | 1.000 | | 7 |
| | COLL | 36 | | | | | 1.000 | | 36 | | 1.000 | | 36 |
| | | | | | | | | | | | TOTAL: | | 156 |

LIABILITY: (TIP / COMM / OTHER) * (SCH / COMM / OTHER) * EXP = RMF#
          1.000  1.000  1.000     .990  1.000  1.000   1.000   .990

PHYS DAM: (TIP / COMM / OTHER) * (SCH / COMM / OTHER) * EXP = RMF#
          1.000  1.000  1.000    1.000  1.000  1.000   1.000  1.000

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL**
**GENERAL LIABILITY POLICY**
**GL 3J2174**



## Harleysville™

Named Insured:

**MAZER'S DISCOUNT HOME CENTER**
**MAZER FAMILY LLC & MAZER FLP**
**ATTN MIKE MAZER**
**#2 SOUTH 41ST ST**
**BIRMINGHAM AL 35222-1929**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Reason for Issue** | Renewal Reissue |

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at 205-414-8100

**(Agent Code 01-1896)**

---

Message:   Amending Payroll Per Update Application

Type Of Entity:          Corporation
Business Description:  Stores

In return for the payment of the premium and subject to all the terms of this
policy, we agree to provide the insurance as stated in this policy.  If you
request cancellation of this policy, there is a minimum premium retention
of    $500.

This policy consists of the following coverage part(s).  The premium may be
subject to adjustment.

```
                                                      Annual
                                                     Premium
     Commercial General Liability                   $62,402.00
                                                 (Minimum Premium)
                                        Total:    $62,402.00
```



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

# Harleysville™

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

## MAZER'S DISCOUNT HOME

## SCHEDULE OF LOCATIONS/PREMISES

This schedule is for address information only.  Refer to attached coverage part(s) to determine application of coverage.

| Loc No | Location Description | |
|---|---|---|
| 001 | 2 South 41st St | Birmingham AL 35222 |

## FORMS AND ENDORSEMENTS

The following are applicable to all coverage parts:

| Number | Edition | Title |
|---|---|---|
| *PJ0001 | 0205 | Policy Jacket |
| IL0003 | 0702 | Calculation of Premium |
| IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| ST7115 | 0900 | Premium Audit Notice |
| *ST7511 | 1204 | Exclusion - Unsolicited Faxes, Telephone Calls and Emails Important Notice to Policyholders |
| *ST7531 | 1004 | Potential Restrictions Of Terrorism Coverage Notice To Policyholders |
| *ST7541 | 1204 | 2004 General Liability Multistate Forms Revision Policyholder Notice |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money! |

\* Indicates a new or replacement form.

## RENEWAL INSURING AGREEMENT

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By: . . . . . . . . . .

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**



| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
Effective Date:  11/03/05

### SCHEDULE OF COVERAGES

**Limits of Insurance**

| | | |
|---|---|---|
| Each Occurrence Limit | | $1,000,000 |
| Damage to Premises Rented to You Limit | Any one premises | $100,000 |
| Medical Expense Limit | Any one person | $5,000 |
| Personal and Advertising Injury Limit | | $1,000,000 |
| | Any one person or organization | |
| General Aggregate Limit | | |
| (Other than Products-Completed Operations) | | $2,000,000 |
| Products/Completed Operations Aggregate Limit | | $2,000,000 |

### SCHEDULE FOR COMMERCIAL GENERAL LIABILITY CLASSIFICATIONS

| Location/ Bldg or Premises | Classification Premium Base | All Other | Products/ Completed Operations (Class Code) |
|---|---|---|---|
| 000/000 | Employee Benefits Liability | 92100 | Not Applicable |
| | Number of Employees | 195 | |
| | Employee Benefits Retro Date 11/03/04 | | |
| | Deductible  $1,000 per Employee | | |
| 001/001 | Appliance Stores- Household Type | 10042 | 10042 |
| | Gross Sales      Premium Base = 6,700,000 | | |
| 001/001 | Building Material Dealers | 10255 | 10255 |
| | Gross Sales      Premium Base = 7,000,000 | | |
| 001/001 | Floor Covering Stores | 12805 | 12805 |
| | Gross Sales      Premium Base = 3,600,000 | | |
| 001/001 | Furniture Stores - Other Than Not-For-Profit | 13351 | 13351 |
| | Gross Sales      Premium Base = 15,000,000 | | |
| 001/001 | Paint, Wallpaper Or Wallcovering Stores | 15991 | 15991 |
| | Gross Sales      Premium Base = If Any | | |
| 001/001 | Stores- No Food Or Drink - Other Than Not-For-Profit | 18437 | 18437 |
| | Gross Sales      Premium Base = If Any | | |

### SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS



Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

# Harleysville℠

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

Employee Benefits Liability Coverage Form
               Limits of Insurance
               $1,000,000   Each Employee
               $2,000,000   Aggregate

General Liability Enhancement Endorsement      Loc 001 Bldg 001

## FORMS AND ENDORSEMENTS

| | | | Loc/<br>State Bldg |
|---|---|---|---|
| *CG0001 | 1204 | Commercial General Liability Coverage Form | |
| *CG0435 | 0305 | Employee Benefits Liability Coverage | |
| CG2147 | 0798 | Employment-Related Practices Exclusion | |
| *CG2167 | 1204 | Fungi Or Bacteria Exclusion | |
| CG2172 | 1202 | Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Terrorism); Cap On Losses From Certified Acts Of Terrorism | |
| CG2176 | 1102 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism | |
| *CG2187 | 0504 | Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act Of 2002) | |
| CG7108 | 1201 | Exclusion - Asbestos, Silica, or Talc | |
| CG7149 | 0901 | Lead Liability Exclusion | |
| CG7186 | 0904 | General Liability Enhancement Endorsement | AL  001001 |
| CG7195 | 0901 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems | |
| CG7248 | 1204 | Exclusion - Unsolicited Faxes, Telephone Calls And Emails | |
| IL0021 | 0702 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | |

* Indicates a new or replacement form.  Retain listed forms not replaced.

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL
GENERAL LIABILITY POLICY
GL 3J2174**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

# Harleysville™

**MAZER'S DISCOUNT HOME**

---

```
Premium Information Sheet                    GL Class Code:    13351
Coverage Part: Commercial General Liability  Pro Rate Factor:  1.000
                                             Subject To Audit

Loc 000 Bldg 000 State 01 Terr 999

Class 92100        Employee Ben-All Other Coverage/Prem Base-Each      /Lmt ID

Base Rate * P/O Adj * Dev * Cap Factor * Dep  -+XCU * Fringe * Med * Lead *
 Various

     EBL                        Final    Prem          TRANS
(ILF-Ded) * C/M Fctr* Pkg * RMF# = Rate    Base    * Adj      = Annual Prem
 1.56      .91    1.000   .998   ---       195              $350.00 MP

Loc 001 Bldg 001 State 01 Terr 001

Class 10042        Appliance St-All Other Coverage/Prem Base-Sales     /Lmt ID 1

Base Rate * P/O Adj * Dev * Cap Factor * Dep  -+XCU * Fringe * Med * Lead *
 0.860     1.000   1.380

                              Final    Prem          TRANS
Cov Adj * (ILF-Ded) * Pkg * RMF# = Rate    Base    * Adj      = Annual Prem
 1.28      1.000   .998   1.516   6,700,000           $10,157.00

Class 10042        Appliance St-Products Coverage/Prem Base-Sales      /Lmt ID A

Base Rate * P/O Adj * Dev * Cap Factor * Dep  -+XCU * Fringe * Med * Lead *
 0.410             1.430

                              Final    Prem          TRANS
Cov Adj * (ILF-Ded) * Pkg * RMF# = Rate    Base    * Adj      = Annual Prem
 1.31      1.000   .998   0.767   6,700,000           $5,139.00

Class 10255        Building Mat-All Other Coverage/Prem Base-Sales     /Lmt ID 2

Base Rate * P/O Adj * Dev * Cap Factor * Dep  -+XCU * Fringe * Med * Lead *
 0.600     1.000   1.380

                              Final    Prem          TRANS
Cov Adj * (ILF-Ded) * Pkg * RMF# = Rate    Base    * Adj      = Annual Prem
 1.46      1.000   .998   1.206   7,000,000           $8,442.00

Class 10255        Building Mat-Products Coverage/Prem Base-Sales      /Lmt ID B

Base Rate * P/O Adj * Dev * Cap Factor * Dep  -+XCU * Fringe * Med * Lead *
 0.237             1.430

                              Final    Prem          TRANS
Cov Adj * (ILF-Ded) * Pkg * RMF# = Rate    Base    * Adj      = Annual Prem
 1.56      1.000   .998   0.528   7,000,000           $3,696.00
```

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL**
**GENERAL LIABILITY POLICY**
**GL 3J2174**

## Harleysville℠

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** 12:01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

Loc 001 Bldg 001

Class 12805        Floor Coveri-All Other Coverage/Prem Base-Sales        /Lmt ID 1

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  1.040      1.000    1.380

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.28            1.000  .998   Rate   Base   Adj      $6,599.00
                                1.833  3,600,000

Class 12805        Floor Coveri-Products Coverage /Prem Base-Sales        /Lmt ID B

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  0.360            1.430

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.56            1.000  .998   Rate   Base   Adj      $2,884.00
                                0.801  3,600,000

Class 13351        Furniture St-All Other Coverage/Prem Base-Sales        /Lmt ID 2

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  0.660      1.000    1.380

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.46            1.000  .998   Rate   Base   Adj      $19,905.00
                                1.327  15,000,000

Class 13351        Furniture St-Products Coverage /Prem Base-Sales        /Lmt ID A

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  0.183            1.430

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.31            1.000  .998   Rate   Base   Adj      $5,130.00
                                0.342  15,000,000

Class 15991        Paint, Wallp-All Other Coverage/Prem Base-Sales        /Lmt ID 2

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  0.750      1.000    1.380

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.46            1.000  .998   Rate   Base   Adj
                                1.508  If any

Class 15991        Paint, Wallp-Products Coverage /Prem Base-Sales        /Lmt ID B

Base Rate ✱ P/O Adj ✱ Dev ✱ Cap Factor ✱ Dep  -+XCU ✱ Fringe ✱ Med ✱ Lead ✱
  0.820            1.430

Cov Adj ✱ (ILF-Ded) ✱ Pkg ✱ RMF# = Final ✱ Prem ✱ TRANS = Annual Prem
  1.56            1.000  .998   Rate   Base   Adj
                                1.826  If any

014050

0300113J2174

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

██████████████████████████

## COMMERCIAL
## GENERAL LIABILITY POLICY
### GL 3J2174



**Harleysville**™

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** <br> 12 01 A.M. Standard Time |
| **Issue Date** | **10/13/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

---

Loc 001 Bldg 001

Class 18437          Stores- No F-All Other Coverage/Prem Base-Sales          /Lmt ID 1

Base Rate ✕ P/O Adj ✕ Dev ✕ Cap Factor ✕ Dep  -+XCU ✕ Fringe ✕ Med ✕ Lead ✕
   1.270      1.000   1.380

                              Final      Prem          TRANS
Cov Adj ✕ (ILF-Ded) ✕ Pkg ✕ RMF# = Rate  ✕  Base    ✕  Adj      = Annual Prem
   1.28       1.000   .998    2.239      If any

Class 18437 A Rate Stores- No F-Products Coverage /Prem Base-Sales          /Lmt ID B

Base Rate ✕ P/O Adj ✕ Dev ✕ Cap Factor ✕ Dep  -+XCU ✕ Fringe ✕ Med ✕ Lead ✕
   0.270           1.430                   1.000

                              Final      Prem          TRANS
Cov Adj ✕ (ILF-Ded) ✕ Pkg ✕ RMF# = Rate  ✕  Base    ✕  Adj      = Annual Prem
   1.56       1.000   .998    0.601      If any

 The Millenni   CG7186                                     Annual Prem
                                                             $100.00

                  Estimated Total Annual Premium:      $62,402.00

# (TIP /Comm /Other) ✕ (SCH /Comm /Other) ✕ Exp ✕ LOSSF ✕ SEC = RMF
  1.000 1.000 1.000       .998 1.000 1.000   1.000   1.000   1.000  .998

