# Exhibit "B"
# Part 1

☒ Harleysville Mutual Insurance Company
☐ Harleysville Insurance Company of Ohio*
☐ Harleysville-Atlantic Insurance Company
☐ Harleysville Insurance Company of New Jersey
☐ Harleysville Preferred Insurance Company*
☐ Harleysville Lake States Insurance Company*
☐ Harleysville Insurance Company*
☐ Harleysville Insurance Company of New York*
☐ Harleysville Pennland Insurance Company*
☐ Harleysville Worcester Insurance Company*

# LETTER OF CERTIFICATION

November 4, 2009

Derrick Harris
Southeast Claims Service Center

This is to certify that to the best of my knowledge and belief the attached is a true and correct copy of:

BE 3J2174, all policy terms from 11/3/04 to 11/3/06,

insofar as it relates to the insurance afforded hereunder at the following location:

#2 South 41st Street, Birmingham, AL, 35222-1929, to the Named Insured: Mazer's Discount Home Center Inc,

Mazer's Family LLC,

on the date of loss 1/1/06, and purchased in Alabama.

David McDonnell
Resident Vice President

*These companies changed their name effective July 1, 2001: Harleysville Insurance Company of Ohio f/k/a Great Oaks Insurance Company; Harleysville Preferred Insurance Company f/k/a Huron Insurance Company; Harleysville Lake States Insurance Company f/k/a Lake States Insurance Company; Harleysville Insurance Company f/k/a

U-523 (Ed. 7-09)

Minnesota Fire and Casualty Company; Harleysville Insurance Company of New York f/k/a New York Casualty Insurance Company; Harleysville Pennland Insurance Company f/k/a Pennland Insurance Company; and Harleysville Worcester Insurance Company f/k/a Worcester Insurance Company.

**Penn Mutual obligations have been assumed by Harleysville Mutual Insurance Company.

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY**

**UMBRELLA POLICY**

**BE 3J2174**



**Harleysville.**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **11/08/06** |
| **Reason for Issue** | **Non-Renewal** |
| **Change Effective** | **11/03/06** |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER,
INC MAZER'S FAMILY LLC
#2 SOUTH 41ST STREET
BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

**(Agent Code 01-1896)**

---

Non-Renewal Memorandum

This Policy Is To Be Non-Renewed

for the following reason:

Company's Request

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# COMMERCIAL LIABILITY
# UMBRELLA POLICY
# BE 3J2174

# Harleysville™

Named Insured:

**MAZER'S DISCOUNT HOME CENTER,
INC MAZER'S FAMILY LLC
#2 SOUTH 41ST STREET
BIRMINGHAM AL 35222-1929**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **05/01/06** |
| **Reason for Issue** | Policy Change #05 |
| **Change Effective** | 11/03/05 |

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

**(Agent Code 01-1896)**

---

Message: Adding The Underlying Work Compensation Per The Attached.

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

```
                              Annual Premium:   $24,696.00
                                 Additional:        $0.00
```

Limits of Insurance:

```
  Each Occurrence Limit (Liability Coverage)     $10,000,000
  Personal and Advertising Injury Limit          $10,000,000 any one person or org.
  Aggregate Limit (Liability Coverage) (except   $10,000,000
      with respect to "covered autos")
```

Retained Limit:         $0

## SCHEDULE OF UNDERLYING INSURANCE

```
  Policy #  BA 3J2174                 Policy Period: 11/03/05 To 11/03/06
  Comm. Auto/Garage Liability    $1,000,000 Each Accident
  Insurer:  Harleysville Mutual Insurance Company


  Policy #            1215          Policy Period: 11/03/05 To 11/03/06
  Employers' Liability           $1,000,000 BI Ea Acc.
                                 $1,000,000 BI(Dis.)-Ea Employee
                                 $1,000,000 BI(Dis.)- Policy Limit
  Insurer: Liability Midwest Employers


  Policy #  GL 3J2174                 Policy Period: 11/03/05 To 11/03/06
  Comm. General Liability        $2,000,000 General Aggregate
    ☒    Occurrence              $2,000,000 Products-Completed Operations Aggr
                                 $1,000,000 Personal Injury & Advertising Injury
                                 $1,000,000 Each Occurrence
  Insurer:  Harleysville Mutual Insurance Company
```

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY**

**BE  3J2174**



**Harleysville**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **05/01/06** |
| **Change Effective** | **11/03/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME CENTER,**

---

## SCHEDULE OF NAMED INSURED

Name
Mazer's Discount Home Center,
Inc Mazer's Family LLC
Mazer Flp

Type of Enity
Limited Liability Comp

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| PJ0001 | 0205 | Policy Jacket |
| CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| CU2112 | 0900 | Abuse or Molestation Exclusion |
| CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |
| CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| CU2127 | 1204 | Fungi or Bacteria Exclusion |
| CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism) ; Cap on Losses From Certified Acts of Terrorism |
| CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| CU7118 | 0104 | Exclusion-Lead Liability |
| CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| IL0017 | 1198 | Common Policy Conditions |
| IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

\*  Indicates a new or replacement form.

Countersigned By:

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY**

**UMBRELLA POLICY**

**BE  3J2174**



**Harleysville™**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **01/11/06** |
| **Reason for Issue** | **Policy Change #04** |
| **Change Effective** | **11/03/05** |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER,
INC MAZER'S FAMILY LLC
#2 SOUTH 41ST STREET
BIRMINGHAM AL  35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at 205-414-8100

**(Agent Code 01-1896)**

---

Message:   Correcting The Named Insured.

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

Annual Premium:  $24,696.00
Additional:        $0.00

Limits of Insurance:

Each Occurrence Limit (Liability Coverage)        $10,000,000
Personal and Advertising Injury Limit             $10,000,000 any one person or org.
Aggregate Limit (Liability Coverage) (except      $10,000,000
    with respect to "covered autos")

Retained Limit:        $0

## SCHEDULE OF UNDERLYING INSURANCE

Policy #  BA 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. Auto/Garage Liability      $1,000,000 Each Accident
Insurer:  Harleysville Mutual Insurance Company

Policy #  GL 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. General Liability          $2,000,000 General Aggregate
☒    Occurrence                  $2,000,000 Products-Completed Operations Aggr
                                 $1,000,000 Personal Injury & Advertising Injury
                                 $1,000,000 Each Occurrence
Insurer:  Harleysville Mutual Insurance Company

## SCHEDULE OF NAMED INSURED

Name                             Type of Enity
Mazer's Discount Home Center,    Limited Liability Comp
Inc Mazer's Family LLC
Mazer Flp

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY**

**BE  3J2174**


# Harleysville.

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **01/11/06** |
| **Change Effective** | **11/03/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME CENTER,**

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| PJ0001 | 0205 | Policy Jacket |
| CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| CU2112 | 0900 | Abuse or Molestation Exclusion |
| CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |
| CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| CU2127 | 1204 | Fungi or Bacteria Exclusion |
| CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism |
| CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| CU7118 | 0104 | Exclusion-Lead Liability |
| CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| IL0017 | 1198 | Common Policy Conditions |
| IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

*  Indicates a new or replacement form.

Countersigned By:

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# COMMERCIAL LIABILITY
## UMBRELLA POLICY
### BE 3J2174


# Harleysville™

| | |
|---|---|
| Account | 3J2174 |
| Policy Term | 11/03/05 to 11/03/06 |
| | 12:01 A.M. Standard Time |
| Issue Date | 11/09/05 |
| Reason for Issue | Renewal Reissue |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER
#2 SOUTH 41ST STREET
BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

(Agent Code 01-1896)

---

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

Annual Premium:    $24,696.00

Limits of Insurance:

| | | |
|---|---|---|
| Each Occurrence Limit (Liability Coverage) | $10,000,000 | |
| Personal and Advertising Injury Limit | $10,000,000 | any one person or org. |
| Aggregate Limit (Liability Coverage) (except with respect to "covered autos") | $10,000,000 | |

Retained Limit:      $0

## SCHEDULE OF UNDERLYING INSURANCE

Policy #  BA 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. Auto/Garage Liability      $1,000,000 Each Accident
Insurer:  Harleysville Mutual Insurance Company

Policy #  GL 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. General Liability        $2,000,000 General Aggregate
☒    Occurrence          $2,000,000 Products-Completed Operations Aggr
                         $1,000,000 Personal Injury & Advertising Injury
                         $1,000,000 Each Occurrence
Insurer:  Harleysville Mutual Insurance Company

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| *PJ0001 | 0205 | Policy Jacket |
| *CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| *CU2112 | 0900 | Abuse or Molestation Exclusion |
| *CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY
BE 3J2174**



**Harleysville**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **11/09/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME CENTER**

---

| | | |
|---|---|---|
| *CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| *CU2127 | 1204 | Fungi or Bacteria Exclusion |
| *CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism |
| *CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| *CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| *CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| *CU7118 | 0104 | Exclusion-Lead Liability |
| *CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| *ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| *ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

* Indicates a new or replacement form.

## RENEWAL INSURING AGREEMENT

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By:

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# COMMERCIAL LIABILITY
# UMBRELLA POLICY
# BE 3J2174

# Harleysville

| | |
|---|---|
| **Account** | 3J2174 |
| **Policy Term** | 11/03/05 to 11/03/06 |
| | 12:01 A.M. Standard Time |
| **Issue Date** | 11/08/05 |
| **Reason for Issue** | Renewal Reissue |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER**
**#2 SOUTH 41ST STREET**
**BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

(Agent Code 01-1896)

---

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

In return for the payment of the premium and subject to all the terms of this
policy, we agree with you to provide the insurance as stated in this policy.

Annual Premium:   $23,760.00

Limits of Insurance:

| | |
|---|---|
| Each Occurrence Limit (Liability Coverage) | $10,000,000 |
| Personal and Advertising Injury Limit | $10,000,000 any one person or org. |
| Aggregate Limit (Liability Coverage) (except with respect to "covered autos") | $10,000,000 |

Retained Limit:      $0

## SCHEDULE OF UNDERLYING INSURANCE

Policy #  BA 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. Auto/Garage Liability      $1,000,000 Each Accident
Insurer:  Harleysville Mutual Insurance Company


Policy #  GL 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. General Liability          $2,000,000 General Aggregate
☒    Occurrence              $2,000,000 Products-Completed Operations Aggr
                             $1,000,000 Personal Injury & Advertising Injury
                             $1,000,000 Each Occurrence
Insurer:  Harleysville Mutual Insurance Company

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| *PJ0001 | 0205 | Policy Jacket |
| *CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| *CU2112 | 0900 | Abuse or Molestation Exclusion |
| *CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY
BE 3J2174**



| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **11/08/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME CENTER**

| | | |
|---|---|---|
| *CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| *CU2127 | 1204 | Fungi or Bacteria Exclusion |
| *CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism) ; Cap on Losses From Certified Acts of Terrorism |
| *CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| *CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| *CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| *CU7118 | 0104 | Exclusion-Lead Liability |
| *CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information. Please read it carefully.

| | | |
|---|---|---|
| *ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| *ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

\* Indicates a new or replacement form.

## RENEWAL INSURING AGREEMENT

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium. The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By:

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY**

**UMBRELLA POLICY**

**BE 3J2174**



**Harleysville™**

| | |
|---|---|
| **Account** | **3J2174** |
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **11/07/05** |
| **Reason for Issue** | Renewal Reissue |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER
#2 SOUTH 41ST STREET
BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

**(Agent Code 01-1896)**

---

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

In return for the payment of the premium and subject to all the terms of this
policy, we agree with you to provide the insurance as stated in this policy.

Annual Premium:   $25,971.00

Limits of Insurance:

| | | |
|---|---|---|
| Each Occurrence Limit (Liability Coverage) | $10,000,000 | |
| Personal and Advertising Injury Limit | $10,000,000 | any one person or org. |
| Aggregate Limit (Liability Coverage) (except with respect to "covered autos") | $10,000,000 | |

Retained Limit:      $0

SCHEDULE OF UNDERLYING INSURANCE

Policy #  BA 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. Auto/Garage Liability      $1,000,000 Each Accident
Insurer:  Harleysville Mutual Insurance Company

Policy #  GL 3J2174                    Policy Period: 11/03/05 To 11/03/06
Comm. General Liability         $2,000,000 General Aggregate
  ☒    Occurrence           $2,000,000 Products-Completed Operations Aggr
                            $1,000,000 Personal Injury & Advertising Injury
                            $1,000,000 Each Occurrence
Insurer:  Harleysville Mutual Insurance Company

FORMS AND ENDORSEMENTS

| Number | Edition | Title |
|---|---|---|
| *PJ0001 | 0205 | Policy Jacket |
| *CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| *CU2112 | 0900 | Abuse or Molestation Exclusion |
| *CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY**

**BE 3J2174**



**Harleysville**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **11/07/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME CENTER**

| | | |
|---|---|---|
| *CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| *CU2127 | 1204 | Fungi or Bacteria Exclusion |
| *CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism |
| *CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| *CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| *CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| *CU7118 | 0104 | Exclusion-Lead Liability |
| *CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| *ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| *ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

*  Indicates a new or replacement form.

**RENEWAL INSURING AGREEMENT**

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By:

Authorized Representative

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY**
**UMBRELLA POLICY**
**BE 3J2174**

# Harleysville™

| Account | 3J2174 |
| --- | --- |
| Policy Term | 11/03/05 to 11/03/06 |
| | 12:01 A.M. Standard Time |
| Issue Date | 09/16/05 |
| Reason for Issue | Renewal Certificate |

Named Insured:

**MAZER'S DISCOUNT HOME CENTER**
**#2 SOUTH 41ST STREET**
**BIRMINGHAM AL 35222-1929**

For assistance please contact your agent
**COBBS ALLEN AND HALL INC**
at **205-414-8100**

(Agent Code 01-1896)

Form Of Business:  Limited Liability Company
Business Description:  Furniture Store

In return for the payment of the premium and subject to all the terms of this
policy, we agree with you to provide the insurance as stated in this policy.

                                Annual Premium:   $25,221.00

Limits of Insurance:

    Each Occurrence Limit (Liability Coverage)     $9,000,000
    Personal and Advertising Injury Limit          $9,000,000 any one person or org.
    Aggregate Limit (Liability Coverage) (except   $9,000,000
        with respect to "covered autos")

Retained Limit:        $0

## SCHEDULE OF UNDERLYING INSURANCE

    Policy #  BA 3J2174              Policy Period: 11/03/05 To 11/03/06
    Comm. Auto/Garage Liability    $1,000,000 Each Accident
    Insurer:  Harleysville Mutual Insurance Company


    Policy #  GL 3J2174              Policy Period: 11/03/05 To 11/03/06
    Comm. General Liability         $2,000,000 General Aggregate
    ☒    Occurrence                 $2,000,000 Products-Completed Operations Aggr
                                    $1,000,000 Personal Injury & Advertising Injury
                                    $1,000,000 Each Occurrence
    Insurer:  Harleysville Mutual Insurance Company

## FORMS AND ENDORSEMENTS

| Number | Edition | Title |
| --- | --- | --- |
| *PJ0001 | 0205 | Policy Jacket |
| *CU0001 | 1204 | Commercial Liability Umbrella Coverage Form |
| *CU2112 | 0900 | Abuse or Molestation Exclusion |
| *CU2118 | 0900 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL LIABILITY
UMBRELLA POLICY
BE 3J2174**


**Harleysville**

| | |
|---|---|
| **Policy Term** | **11/03/05 to 11/03/06** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **09/16/05** |
| **Agent Code** | **01-1896** |

**MAZER'S DISCOUNT HOME**

| | | |
|---|---|---|
| *CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| *CU2127 | 1204 | Fungi or Bacteria Exclusion |
| *CU2132 | 1202 | Nuclear, Biological or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism |
| *CU2136 | 1102 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| *CU2144 | 0504 | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| *CU7107 | 0104 | Exclusion-Asbestos, Silica Or Talc |
| *CU7118 | 0104 | Exclusion-Lead Liability |
| *CU7145 | 1204 | Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *IL0017 | 1198 | Common Policy Conditions |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

The following material contains important information.  Please read it carefully.

| | | |
|---|---|---|
| *ST7511 | 1204 | Important Notice to Policyholders-Exclusion-Unsolicited Faxes, Telephone Calls, and Emails |
| *ST7531 | 1004 | Notice to Policyholders (Potential Restrictions of Terrorism Coverage) |
| *ST7549 | 1204 | Commercial Umbrella 2004 Multistate Forms Revision Important Notice to Policyholders |

*   Indicates a new or replacement form.

**RENEWAL INSURING AGREEMENT**

We renew this policy for the period stated on the renewal declarations in return for your payment of the premium.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declaration.

Renewal offer requires payment for prior policy term.

Countersigned By:

Authorized Representative

# Harleysville Mutual Insurance Company



**Harleysville.**

355 Maple Avenue
Harleysville, Pennsylvania 19438

This policy jacket with the policy provisions, declarations or information page, and endorsements, if any, completes this policy.

We will provide insurance described in this policy in return for the premium and compliance with all applicable policy  provisions.

**Mutual Conditions**

This policy is non-assessable. Upon acceptance of this policy, the insured becomes a member of the Company but such membership shall terminate if and when the policy of insurance shall be terminated, without renewal, for any reason whatsoever. The insured shall participate in the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provision of law.

**Annual Meeting**

As a member of the Company the insured is entitled to vote either in person or by proxy at any and all meetings of the said Company. The Annual Meeting is held in the Company's home office, Harleysville, Pennsylvania on the fourth Wednesday of April in each year at 11:00 o'clock a.m. The inclusion of this notice in this policy shall constitute notice of the time and place of the Annual Meeting.

In Witness Whereof, the Company has caused this policy to be executed and attested.


*Michael L. Browne*
President & Chief Executive Officer

*Robert A. Kauffman*
Secretary

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** –Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

**f. Auto Coverages**

**(1)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

**(2)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

**g. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**h.  Employment-Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

    (a)  Refusal to employ that person;

    (b)  Termination of that person's employment; or

    (c)  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i.  Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

(2) "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

**j.  Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a)  Less than 50 feet long; and

    (b)  Not being used to carry persons or property for a charge;

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

(4) The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

(5) Aircraft that is:

    (a)  Chartered by, loaned to, or hired by you with a paid crew; and

    (b)  Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any pre-arranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

**(a)** You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

**(b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b)**, **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s.  Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)**  Legal, accounting or advertising services;

**(2)**  Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)**  Engineering services, including related supervisory or inspection services;

**(4)**  Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)**  Any health or therapeutic service treatment, advice or instruction;

**(6)**  Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)**  Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)**  Body piercing services;

**(9)**  Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(10)**  Law enforcement or firefighting services; and

**(11)**  Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1.  Insuring Agreement**

**a.**  We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)**  The amount we will pay for the "ultimate net loss" is limited as described in Section III – Limits Of Insurance; and

**(2)**  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless expressly provided for under Supplementary Payments – Coverages A and B.

**b.**  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(a)** Liability for damages that the insured would have in the absence of the contract or agreement.

**(b)** Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10) Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-Related Practices**

To:

**(a)** A person arising out of any:

**(i)** Refusal to employ that person;

**(ii)** Termination of that person's employment; or

**(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i)**, **(ii)**, or **(iii)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

**(a)** Legal, accounting or advertising services;

**(b)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(c)** Engineering services, including related supervisory or inspection services;

**(d)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(e)** Any health or therapeutic service treatment, advice or instruction;

**(f)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(g)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(h)** Body piercing services;

**(i)** Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(j)** Law enforcement or firefighting services; and

**(k)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**(16) War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**b.** "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

**a.** All expenses we incur.

**b.** Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

3. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments, or settlements, or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. Except for liability arising out of the ownership, maintenance, or use of "covered autos":

   a. If you are designated in the Declarations as:

      (1) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

      (2) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

      (3) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

      (4) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

      (5) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**b.** Each of the following is also an insured:

**(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(a)** "Bodily injury" or "personal and advertising injury":

**(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(ii)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

**(iii)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

**(b)** "Property damage" to property:

**(i)** Owned, occupied or used by,

**(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

**(a)** With respect to liability arising out of the maintenance or use of that property; and

**(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance, or use of "covered autos":

**a.** You are an insured.

**b.** Anyone else while using with your permission a "covered auto" you own, hire, or borrow is also an insured except:

**(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semi-trailer connected to a "covered auto" you own.

**(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

**(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made, "suits" brought, or number of vehicles involved; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

**a.** Coverage **A,** except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

**b.** Coverage **B.**

**3.** Subject to **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – CONDITIONS**

**1. Appeals**

If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and postjudgment interest and disbursements.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy Of Underlying Insurer**

Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**3. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

a. This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

b. When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

**6. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**7. Representations Or Fraud**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us;

c. We have issued this policy in reliance upon your representations; and

d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

**8. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**9. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**10. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

**12. Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will co-operate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**13. Maintenance Of Underlying Insurance**

The "underlying insurance" listed in the schedule of "underlying insurance" in the declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement, or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect.

**14. Expanded Coverage Territory**

**a.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**b.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**c.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

**d.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

      However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs f. and g. do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   (3) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

 © ISO Properties, Inc., 2003

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft or watercraft;

   **b.** While it is in or on an aircraft or watercraft; or

   **c.** While it is being moved from an aircraft or watercraft to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft or watercraft.

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Pollution cost or expense" means any loss, cost or expense arising out of any:

a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

With respect to "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the declarations under the schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      (2) The providing of or failure to provide warnings or instructions.

COMMERCIAL LIABILITY UMBRELLA
CU 21 27 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL LIABILITY UMBRELLA
CU 21 44 05 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part; or

   b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

   The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

© ISO Properties, Inc., 2004

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

a. Physical injury that involves a substantial risk of death; or

b. Protracted and obvious physical disfigurement; or

c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part.