UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO**<br>*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) FOR IMPROPER DIRECT ACTION ON FIRST PARTY PROPERTY POLICY OF LANDMARK AMERICAN INSURANCE COMPANY**

Defendant, Landmark American Insurance Company, respectfully requests that this Honorable Court dismiss all claims against it in the above referenced action pursuant to Federal Rule of Civil Procedure 12(b)(1). A list of claimants with relevant claims is attached to the concurrently filed Memorandum in Support as Exhibit A.

Respectfully, this Court lacks subject matter jurisdiction with regard to any claims in the *Amato* Amended Complaint with respect to Landmark American Insurance Company. According to the *Amato* Amended Complaint, the only basis for subject matter jurisdiction over the claims against Landmark is the Louisiana Direct Action Statute. However, the Louisiana Direct Action Statute only applies to third party liability policies, and the only policy identified in the *Amato* Amended Complaint with respect to Landmark is a first party commercial property excess policy. None of the plaintiffs in the *Amato* Amended Complaint are insureds under the Landmark policy issued to Taylor Woodrow. Thus, the plaintiffs do not have the right to bring a Direct Action against Landmark under Louisiana law. Accordingly, all claims against Landmark American Insurance Company should be dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

*Signature Block Follows*

Respectfully submitted:

/s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans LA 70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com

*Counsel for Landmark American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Pursuant to Rule 12(B)(1) for Improper Direct Action on First Party Property Policy of Landmark American Insurance Company has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Melissa M. Swabacker*
MELISSA M. SWABACKER

2