# EXHIBIT A
## Landmark American Insurance Company Claims Subject to Dismissal

| Plaintiffs and Address |
| --- |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 |
| Galvin, Larry & Rene<br>11019 Carrara Court #202<br>Bonita Springs, FL 34134 |
| Neumann, Allan<br>11019 Carrara Court #101<br>Bonita Springs, FL 34135 |
| Tarzy, Jim<br>28479 Altessa Way #101<br>Bonita Springs, FL 34135 |

