UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| **This document relates to:**<br>***Dean and Dawn Amato***<br>***v. Liberty Mutual, et al.***<br>No. 2:10:0932 | MAG. JUDGE WILKINSON |

## LANDMARK AMERICAN INSURANCE COMPANY'S
## PRE-TRIAL ORDER #23 INSURER PROFILE FORM

**I.   IDENTIFICATION AND CONTACT INFORMATION**

    A.   Insurer Name: Landmark American Insurance Company

    B.   Principal Place of Business: Atlanta, Georgia

    C.   State of Incorporation: Oklahoma

    D.   Registered Agent for Service of Process: Louisiana Secretary of State

    E.   FRCP 7.1 Corporate Disclosure Statement attached as Exhibit 1.

**II.   COUNSEL OF RECORD FOR INSURER**

    A.   Name:   James W. Hailey, III

1



EXHIBIT
B
tabbies

Melissa M. Swabacker

B.     Firm:       Deutsch, Kerrigan & Stiles, LLP

C.     Address:      755 Magazine Street, New Orleans, LA 70130

D.     Phone Number: (504) 581-5141

E.     Fax Number:     (504) 566-4035

F.     Email: jhailey@dkslaw.com; mswabacker@dkslaw.com

## III.     LIABILITY INSURANCE

A.     Name Insured: Taylor Woodrow, Inc.

B.     Policy Number: LHD340232

C.     Policy Period: 3/31/2006 to 3/31/2007

D.     Type of Policy: Commercial Property

E.     Policy attached as Exhibit 2.

## IV.     CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746, that all information provided in this Insurer Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in the insurance company's possession, custody or control.

Date:   July 27, 2010

By:     /s/James W. Hailey, III
       JAMES W. HAILEY, III,
       *Counsel for Landmark American Insurance Company*

# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| | JUDGE FALLON |
| **This document relates to:** *Dean and Dawn Amato v. Liberty Mutual, et al.* **No. 2:10-cv-0932** | MAG. JUDGE WILKINSON |

**LANDMARK AMERICAN INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Landmark American Insurance Company, incorrectly named as RSUI Group, Inc., provides the following Corporate Disclosure Statement, pursuant Fed. R. Civ. Pro. 7.1:

Landmark American Insurance Company is a wholly owned subsidiary of RSUI Indemnity Company, which is a wholly owned subsidiary of RSUI Group, Inc. RSUI Group, Inc., is a wholly owned subsidiary of Allegheny Insurance Holdings, LLC.

Allegheny Insurance Holdings LLL is a wholly owned subsidiary of Allegheny Corporation. Allegheny Corporation is a publicly traded company on the New York Stock Exchange. It's ticker symbol is "Y."

1

Allegheny Corporation has approximately a 33% interest in Homesite Insurance Group, a 38% ownership interest in ORX Exploration, and wholly owns Allegheny Properties Holdings, LLC and its subsidiaries.

Respectfully submitted,

/s/ James W. Hailey, III
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans LA 70130
Phone: 504-581-5141
Fax: 504-566-1201
jhailey@dkslaw.com
*Counsel for Landmark American Insurance Co.*

2

# EXHIBIT 2

**COMMON POLICY DECLARATIONS**

(RSUI)

**COMPANY NAME:**   Landmark American Insurance Company

**BRANCH ADDRESS:**   945 E. Paces Ferry Rd., #1800, Atlanta, GA 30326

**POLICY NO.**   LHD340232                          **RENEWAL OF:**   LHD334658

**NAMED INSURED AND MAILING ADDRESS:**          **PRODUCER:**

THIS IS A TRUE AND
CERTIFIED COPY OF
POLICY# _LHD340232_

Taylor Woodrow, Inc
(Name Incomplete - As per Primary Policy)
8430 Enterprise Circle
Suite 100
Bradenton, FL 34202

**POLICY PERIOD: From**   03/31/2005   **To**   03/31/2006   12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | PREMIUM | | COMM. |
|---|---|---|---|
| ☒ Commercial Property | Excluding TRIA | $ | |
| ☐ Commercial General Liability | | $ | |
| ☐ Crime and Fidelity | | $ | DO |
| ☐ Commercial Inland Marine | | $ | NOT |
| ☐ Boiler and Machinery | | $ | WRITE |
| ☐ Commercial Automobile | | $ | IN |
| ☐ Farm | | $ | TINTED |
| ☐ | | $ | AREA |
| ☐ | | $ | |
| ☐ Premium is payable in installments: | TOTAL POLICY PREMIUM | $ | |
| | Premium Excluding TRIA | $ | |
| | TRIA Premium | $ | |

**FORMS APPLICABLE TO ALL COVERAGE PARTS: (Show numbers)**
RSG 94062 0304
RSG 91002 0304, RSG 94005 0304, RSG 94011 0903, RSG 94027 0304, RSG 94030 1003, RSG 94038 0204
RSG 94059 0304, RSG 96004 0903, RSG 96012 1003, RSG 96014 0504, RSG 96020 0404
IL 0017 1198, IL 0255 0702

**BUSINESS DESCRIPTION:** Residential Home Builder

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS,
COVERAGE FORMS(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT
OF INSURANCE.

Countersigned   06/08/2005      By:   _James A. Dixon_
                    Date      klw               Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

RSG 40003 0205                                          A member of Alleghany Insurance Holdings LLC



LANDMARK AMERICAN INSURANCE COMPANY

*This Endorsement Changes The Policy.  Please Read It Carefully*

Return Premium Excluding TRIA: ▬▬▬▬▬

Return TRIA Premium: ▬▬▬▬

Total Return Premium Due This Endorsement: ▬▬▬▬▬

In consideration of the return premium shown above, it is agreed in accordance with the terms and conditions of Reporting Endorsement form RSG94038 0204, the annual adjustment for the policy period of 3/31/05 to 3/31/06 has been completed.

*Calculations on file with Company*

▬▬▬▬▬ *Deposit Premium*

▬▬▬▬▬ *Earned Premium*

All other terms, conditions and warranties remaining unchanged.

This endorsement effective  03/31/2006
forms part of Policy Number  LHD340232
issued to  Taylor Woodrow Inc
Authorized Representative

Endorsement No.: 1
Date Processed   : 06/02/2006

*James A. Dign*



*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCESS PHYSICAL DAMAGE SCHEDULE

**Item**

1.   Named Insured:   Taylor Woodrow, Inc

(Name Incomplete - As per Primary Policy)

2.   Addresses of Insured Premises:    Various - As per Schedule submitted to the Company on 3/30/2005

3.   Perils Covered:    All Risk Including Flood and Earthquake, except Excluding Flood at specified locations as per RSG 96020 0404

4.   Property Covered:    Building, Personal Property, Business Income, Builder's Risk, Accounts Receivable, Contractor's Equipment

5.   Primary Insurers and Policy Numbers:    Ace USA

Policy # I20729442002

6.   Primary Limits and Underlying Excess Limits:   $20,000,000 per occurrence and annual aggregate each as respects Flood and Earthquake

7.   Limit Insured:    $20,000,000 per occurrence and annual aggregate each as respects Flood and Earthquake, California Earthquake is further sublimited within the Earthquake annual aggregate to $5,000,000

8.   Notification of Claims to:    RSUI Group, Inc.
945 East Paces Ferry Road
Suite 1800
Atlanta, GA 30326
Attn: Claims Department

RSG 94062 0304



*This Endorsement Changes The Policy.  Please Read It Carefully.*

## EXCESS PHYSICAL DAMAGE COVERAGE FORM

**1.  INSURING CLAUSE:**

Subject to the limitations, terms and conditions contained in this Policy or added hereto, the Company agrees to indemnify the Insured named in the schedule herein in respect of direct physical loss or damage to the property described in the schedule while located or contained as described in the schedule, occurring during the period stated in the schedule and caused by any of such perils as are set forth in Item 3 of the schedule, and which are also covered by and defined in the policy(ies) specified in the schedule and issued by the "Primary Insurer(s) stated therein.

**2.  LIMIT:**

Provided always that liability attaches to the Company only after the primary and underlying excess insurer(s) have paid or have admitted liability for the full amount of their respective ultimate net loss liability as set forth in Item 6 of the schedule and designated "Primary and Underlying Excess Limit(s)" and then the limits of the Company's liability shall be those set forth in Item 7 under the designation "Limit Insured" and the Company shall be liable to pay the ultimate net loss up to the full amount of such "Limit Insured."

**3.  DEFINITIONS:**

(a)  **Loss:** The word "loss" shall mean a loss or series of losses arising out of one event or occurrence.

(b)  **Ultimate Net Loss:**  The words "ultimate net loss" shall mean the loss sustained by the Insured as a result of the happening of the perils covered by this Policy after making deductions for all salvages, recoveries and other valid and collectible insurance [other than recoveries under the policy(ies) of the primary and underlying excess insurer(s)].

**4.  APPLICATION OF RECOVERIES:**

All salvages, recoveries or payments recovered or received subsequent to a loss settlement under this Policy shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between the Insured and the Company; provided always that nothing in this Policy shall be construed to mean that losses under this Policy are not recoverable until the Insured's ultimate net loss has been fully ascertained.

There is no recovery under this excess policy as respects those coverages which are sublimited within the primary and/or underlying excess policy(ies) to amounts less than or equal to the amount indicated in item 6 of the Excess Physical Damage Schedule, however, the Insurers to this excess policy recognize that the primary and underlying excess policy limits can be eroded or exhausted, wholly or partially, by application of said sublimits.

**5.  MAINTENANCE OF PRIMARY INSURANCE:**

In respect of the perils hereby insured against, this Policy is subject to the same warranties, terms and conditions (except as regards the premium, the amount and limits of liability other than the deductible or self-insurance provision where applicable, and the renewal agreement, if any; and EXCEPT AS OTHERWISE PROVIDED HEREIN) as are contained in or as may be added to the policy(ies) of the primary insurer(s) prior to the happening of a loss for which claim is made hereunder, and should any alteration be made in the premium for the policy(ies) of the primary insurer(s), then the premium hereon shall be adjusted accordingly.

It is a condition of this Policy that the policy(ies) and underlying excess insurer(s) shall be maintained in full effect during the currency of this Policy.

**6.  CANCELLATION:**

This Insurance may be cancelled by the Insured at any time by written notice or by surrender of this policy.

This insurance may also be cancelled by or on behalf of the Company by delivering to the Insured or by mailing to the Insured, by registered, certified or other first class mail, at the Insured's address as shown on this insurance, written notice stating when, not less than 30 days (10 for non-payment of premium) thereafter, the cancellation shall be effective.

---

RSG 91002 0304                                                                                          Page 1 of 2

The mailing of such notice as aforesaid shall be sufficient proof of notice and this insurance shall terminate at the date and hour specified in such notice.

If this insurance shall be cancelled by the Insured, the Company shall retain the customary short rate proportion of the premium hereon except that if this insurance is on an adjustable basis, the Company shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein, whichever is the greater.

If this insurance shall be cancelled by or on behalf of the Company, the Company shall retain the pro rata proportion of the premium hereon, except that if this insurance is on an adjustable basis, the Company shall receive the earned premium hereon or the pro rata proportion of any minimum stipulated therein, whichever is greater.

Payment or tender of any unearned premium by the Company shall not be a condition precedent to the effectiveness of cancellation, but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

7.  **NOTIFICATION OF CLAIMS:**

The Insured, upon knowledge of any occurrence likely to give rise to a claim hereunder, shall give immediate written notice thereof to the person(s) or firm named for the purpose in the schedule.

8.  **POLLUTION EXCLUSION:**

This policy does not cover loss or damage caused by or resulting from release, discharge or dispersal of contaminants or pollutants or the cost of cleaning up polluting and contaminating substances.

RSG 91002 0304

*This Endorsement Changes The Policy.  Please Read It Carefully.*

## CERTIFICATES OF INSURANCE

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

Holders of Certificates of Insurance issued against this policy that are shown as Additional Insureds, Mortgagees, or Loss Payees are added to this policy as interest may appear as respects the property listed on the certificate.

RSG 94005 0304



*This Endorsement Changes The Policy.  Please Read It Carefully.*

## SERVICE OF SUIT

It is agreed that in the event of the failure of this Company to pay any amount claimed to be due hereunder, this Company, at the request of the Insured, will submit to the jurisdiction of any Court of Competent Jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the highest one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located, and that in any suit instituted against it upon this contract this Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.  The one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located is hereby authorized and directed to accept service of process on behalf of this Company in any such suit and/or upon the Insured's request to give a written undertaking to the Insured that they will enter a general appearance upon this Company's behalf in the event such a suit shall be instituted.

RSG 94011 0903



*This Endorsement Changes The Policy.  Please Read It Carefully.*

## MINIMUM EARNED PREMIUM CLAUSE - PERCENTAGE

This endorsement modifies insurance provided under the following:

### ALL COVERAGE PARTS

In the event of cancellation of this policy by the insured, a minimum premium of <u>25</u>% of the original policy premium shall become earned; any conditions of the policy to the contrary notwithstanding.

Failure of the insured to make timely payment of premium shall be considered a request by the insured for the Company to cancel. In the event of such cancellation by the Company for non-payment of premium, the minimum premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if the insured remits the full premium due within 10 days of receiving it.

In the event of any other cancellation by the Company, the earned premium shall be computed pro rata, not subject to the minimum premium.

RSG 94027 0304



*This Endorsement Changes The Policy. Please Read It Carefully.*

# EXCLUSION AND LIMITED ADDITIONAL COVERAGE ELECTRONIC DATA

This endorsement modifies insurance provided under the following:

## ALL COVERAGE PARTS

It is agreed that, except as provided in Additional Coverages, below, this policy does not cover Electronic Data.

Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This Paragraph does not apply to your "stock" of prepackaged software.

**Additional Coverages**

Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

This additional coverage applies only if caused by any of the following causes of loss and only in the event that the applicable cause of loss is not otherwise excluded by this policy:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; earthquake; flood.

    a.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        (1)  The cost of filling sinkholes; or

        (2)  Sinking or collapse of land into man-made underground cavities.

    b.  Falling objects does not include loss or damage to property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

This additional coverage also applies to loss caused by a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

The most we will pay under this Additional Coverage – Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

RSG 94030 1003

*This Endorsement Changes The Policy. Please Read It Carefully.*

# REPORTING ENDORSEMENT

This endorsement modifies insurance provided under the following Coverage Form:

| Deposit Premium | Rate | Minimum Annual Premium |
|---|---|---|
| ▬▬▬ | ▬▬▬ | ▬▬▬ |

| Reporting Period | Premium Adjustment Period | Premium Base |
|---|---|---|
| ☐ Monthly | ☐ Monthly | ☐ "Gross Receipts" |
| ☒ Quarterly | ☐ Quarterly | ☐ Gross Sales |
| ☐ Semi-annually | ☐ Semi-annually | ☐ Shipments |
| ☐ Annually | ☒ Annually | ☐ Values at Risk Locations |
| | | ☐ Other – Indicate Type |
| | | _____ |

Special REPORTING ENDORSEMENT Provisions, if any:

The following Reports and Premium condition is added to the Additional Conditions Section of the Coverage Form(s) to which this Reporting Endorsement applies. If the applicable Coverage Form contains a Coinsurance Condition, it is deleted and replaced by this Reports and Premium condition.

## REPORTS AND PREMIUM

1. **Deposit Premium.**

   The Deposit Premium is due as of the policy inception date and applies to each annual policy period.

2. **Reports.**

   Within 30 days after the end of each Reporting Period, you will report to us the amount of the Premium Base.

3. **Rates and Premium.**

   a. Premium Computation.

   The computed premium will be determined as of each Premium Adjustment Period by applying the Rate to the amount of Premium Base reported.

   b. Premium Adjustment.

   (1) When the Premium Adjustment Period is Annual, we will compare the total computed premium to the Deposit Premium. If it is more than the Deposit Premium, you will pay us the difference. If it is less than the Deposit Premium, we will pay you the difference.

RSG 94038 0204

Page 1 of 2

(2) When the Premium Adjustment Period is other than Annual, we will apply the computed premium to the Deposit Premium until it is used up. You will pay us all premiums that exceed the Deposit Premium.

c. **Minimum Premium.**

You must pay the Minimum Annual Premium when:

(1) The total computed premium is less than the Minimum Annual Premium; or

(2) You cancel this Coverage Form.

d. If this coverage is cancelled:

(1) When the Premium Base is Values at Risk at Locations, you will report the amount of values as of the date of cancellation. We will compute the premium for less than a full adjustment period on a pro rata basis.

(2) When the Premium Base is other than Values at Risk at Locations, you will report the amount of the Premium Base up to and including the date of cancellation.

4. **Full Reporting of Premium Base.**

If as of the time of loss or damage:

a. You have not submitted any required reports, we will not pay more than 90% of the amount that we would otherwise have paid.

b. Your last report prior to loss or damage is less than the amount you are required to report, we will pay only that proportion of the loss damage that the reported amount bears to the total amount of the Premium Base as of the time of the last report.

5. **Report of Values at Risk at Locations and Limit of Insurance.**

a. If you have failed to submit the required reports of value as of the time of loss or damage, we will not pay more than the amount included in your last report of value.

b. Although the reported value will be used in computing premium, we will not pay more than the applicable Limit of Insurance shown in the Coverage Form Declarations to which this Reporting Endorsement applies.

6. **Annual Rerating.**

This coverage will be rerated at each anniversary. The coverage will be changed to reflect the rates then in effect. You agree to furnish us with information we require for rerating purposes within 30 days after each anniversary.

7. **Definitions of Gross Receipts.**

a. Gross Receipts means the total amount, whether collected or uncollected, of the charges to which you are entitled for the work or services performed in the conduct of your business.

b. Except if the Coverage Form is Motor Truck Cargo Liability, Gross Receipts means the total amount, whether collected or uncollected, for the charges to which you are entitled for the packing, loading, unloading and transportation of Covered Property regardless of whether you or any other carrier originated the transportation.

No deduction will be made for any payment you make to others for either the lease of equipment to you or the transportation of property under your operating authority.

All other terms and conditions remain unchanged.

RSG 94038 0204

Page 2 of 2

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCESS LIMIT OF LIABILITY "DROP DOWN" CLAUSE

This endorsement modifies insurance provided under the following:

## EXCESS PHYSICAL DAMAGE COVERAGE FORM

It is agreed that in the event of reduction or exhaustion of the underlying aggregate limit or limits, such insurance as is afforded by this Policy shall apply in excess of the reduced underlying limit, or if such limit is exhausted, shall apply as underlying insurance, notwithstanding anything to the contrary in the terms and conditions of this Policy.

It is further understood that, in the event of exhaustion of the underlying aggregate limit or limits, the deductible applicable to coverage provided by this Policy for the peril(s) for which underlying limit(s) have been exhausted shall be the same as the deductible(s) stated in the primary policy.

In no event, however, shall this Company be liable for more than the limits of liability, as specified in Item 7 of the Excess Physical Damage Schedule.

It is a condition of this Policy that the Policy(ies) of the primary and underlying excess insurers shall be maintained in full effect during the currency of this Policy except for any reduction or exhaustion of the aggregate limits contained therein solely by payment of losses during the Policy year.

It is further understood and agreed that sublimited coverages provided in the primary may contribute to the exhaustion of the primary limit of liability, but the excess layer does not drop down over or expand these sublimited amounts.

RSG 94059 0304



*This Endorsement Changes The Policy. Please Read It Carefully.*

# EXCLUSION AND LIMITED ADDITIONAL COVERAGE FOR FUNGUS

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

A.  The following Exclusion is added:

**EXCLUSION – "Fungus", Wet Rot, Dry Rot And Bacteria**

We will not pay for loss or damage caused directly or indirectly by the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But if "fungus", wet or dry rot or bacteria results in a "covered cause of loss", we will pay for the loss or damage caused by that "covered cause of loss".

This exclusion does not apply:

1.  When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2.  To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

B.  The following Additional Coverage is added:

**ADDITIONAL COVERAGE - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1.  This limited coverage applies only when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence, and only if any loss resulting from the following is reported to us within 60 days of the occurrence.

    a.  A "covered cause of loss" other than fire or lightning; or

    b.  Flood, if the Flood Coverage Endorsement applies to the affected premises.

2.  Under conditions described in item B.1. above, we will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a.  Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b.  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c.  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3.  The coverage provided under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

RSG 96004 0903

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

C.   The following Definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

*This Endorsement Changes The Policy.  Please Read It Carefully.*

## SUBLIMIT DEFINITION

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

Limits referred to as "sublimits" are part of, not in addition to, the Limit of Insurance applicable to the Covered Property as shown in the Declarations.

RSG 96012 1003



*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCLUSION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

The following exclusion is added:

We will not pay for loss or damage caused directly or indirectly by the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

However, if both A. and B. below apply, we will pay up to a maximum of $10,000 for any and all claims for such loss or damage arising out of events occurring within the term of this policy:

A.  The pathogenic or poisonous biological or chemical materials are normally kept at or brought onto your premises, with your consent, for use in your business operations at your premises; and

B.  The discharge, dispersal, seepage, migration, release, escape or application of the pathogenic or poisonous biological or chemical materials is accidental and is not the result of a willful or malicious act against any persons, organizations, or property of any nature.

RSG 96014 0504

*This Endorsement Changes The Policy.  Please Read It Carefully.*

## FLOOD EXCLUSION – SPECIFIED LOCATIONS

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

We will not pay for loss or damage caused directly or indirectly by Flood at any location selected below, in a Flood Hazard Zone selected below, or at any location situated in a 100 Year Flood Plain as delineated by the Flood Insurance Rate Map for the community in which the location is situated.  Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

☒ Zones beginning with A

☐ Zones beginning with V

☐ Zone B

☐ Zone X

☐ Shaded Zone X

☐ Zone X500

☐

The Flood Insurance Rate Map is published by the National Flood Insurance Program and is available from the Federal Emergency Management Agency.

RSG 96020 0404

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 02 55 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART

A. Paragraph 2. of the Cancellation Common Policy Condition is replaced by the following:

2. **Cancellation For Policies In Effect 90 Days Or Less**

a. If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with underwriting requirements established by the insurer.

b. We may not cancel:

(1) On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(2) On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

(a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

(b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

B. The following is added to the Cancellation Common Policy Condition:

7. **Cancellation For Policies In Effect For More Than 90 Days**

a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) There has been a failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

IL 02 55 07 02                    © ISO Properties, Inc., 2001                    Page 1 of 2



(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(7) On the basis of filing of claims for partial loss caused by sinkhole damage, or on the basis of the risk associated with the occurrence of such a claim, if:

    (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

    (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for non-payment of premium; or

(2) 45 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in 7.a.(2) through 7.a.(7) above; and

    (b) This policy does not cover a residential structure or its contents; or

(3) 90 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in 7.a.(2) through 7.a.(7) above; and

    (b) This policy covers a residential structure or its contents.

C. The following is added:

**NONRENEWAL**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    a. 90 days prior to the expiration of the policy if this policy covers a residential structure or its contents; or

    b. 45 days prior to the expiration of the policy for all other policies.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

    a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

    b. On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

        (1) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

        (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

© ISO Properties, Inc., 2001

IL 02 55 07 02

| | |
|---|---|
| Policy Number: | LHD340232 |
| Insurer: | Landmark American Insurance Company |
| Named Insured: | Taylor Woodrow, Inc |

## NOTICE - DISCLOSURE OF TERRORISM PREMIUM

In accordance with the federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown below.

### DISCLOSURE OF PREMIUM

The portion of your premium for the policy term attributable to coverage for terrorist acts certified under the Act is $

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

### Possibility of Additional Or Return Premium

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act of 2002. The federal program established by the Act is scheduled to terminate at the end of 12/31/05 unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown above may not be appropriate.

If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium above and will charge additional premium or refund excess premium, if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

RSG 49002 1204                    Includes copyrighted material of Insurance Services Office, Inc.
                                              with its permission.



## *IMPORTANT NOTICE*

**IMPORTANT INFORMATION TO FLORIDA POLICYHOLDERS**

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

**QUESTIONS ABOUT YOUR INSURANCE?** - If you have any inquiries, need to obtain coverage information or need assistance in resolving complaints, please do not hesitate to contact your insurance company or agent.

**FOR COMMERCIAL INSURANCE CONTACT:**

RSUI Group, Inc.
945 East Paces Ferry Road
Suite 1800
Atlanta, GA  30326

Call Collect        (404) 231-2366

RSG 99003 0803

## State Fraud Statements
### Fraud Statements – Signature Required for New York Only

### ARKANSAS, LOUISIANA, RHODE ISLAND, WASHINGTON AND WEST VIRGINIA FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

### COLORADO FRAUD STATEMENT

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

### DISTRICT OF COLUMBIA FRAUD STATEMENT

WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment, fines and denial of insurance benefits.

### FLORIDA FRAUD STATEMENT

Any person who knowingly and with intent to injure, defraud or deceive any insurer, files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

### HAWAII FRAUD STATEMENT

**Motor Vehicle Insurance:**

For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment or both.

### KENTUCKY FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

### MAINE FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

### MINNESOTA FRAUD STATEMENT

A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### NEW JERSEY FRAUD STATEMENT

Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

### NEW MEXICO FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

RSG 99022 0105

A member of Alleghany Insurance Holdings LLC

 

### OHIO FRAUD STATEMENT

Any person who, with the intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing false or deceptive statement is guilty of insurance fraud.

### OKLAHOMA FRAUD STATEMENT

Any Person who knowingly and with intent to injure, defraud, or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

### OREGON FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents materially false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison.

### PENNSYLVANIA FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

### TENNESSEE AND VIRGINIA FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

### SIGNATURE REQUIRED

### NEW YORK FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

_____

Insured/Applicant/Claimant

_____

By (Authorized Representative)

_____

Title

_____

Date

RSG 99022 0105

A member of Alleghany Insurance Holdings LLC