**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | | |

**FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011**

Fireman's Fund Insurance Company ("Fireman's Fund") has been incorrectly sued in *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 as the alleged insurer of certain entities pursuant to policy number XTM69242113 (the "Porter-Blaine policy") and policy number SHX99073488 (the "INEX policy"). As to the Porter-Blaine policy, which allegedly applies to 3 of those entities, The Porter-Blaine Corporation, Venture Supply Company and Venture Supply, Inc., Fireman's Fund did not issue that policy.[1] As to the INEX policy, which allegedly applies to 2 of those entities, Interior/Exterior Building Supply, LP and Interior Exterior Enterprises, LLC, Fireman's Fund did not issue that policy. Both the Porter-Blaine policy and the INEX policy were issued by National Surety Corporation.

---

[1] Note that the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by various insurers, including the erroneously named Fireman's Fund Insurance Company as related to the Porter-Blaine policy. Rec. Doc. 8366. If the Court grants that motion, it need not consider this Motion for Partial Summary Judgment to the extent that it involves the Porter-Blaine policy. That 12(b)(1) motion does not, however, address the issues related to the INEX policy, so this Motion for Partial Summary Judgment should be ruled on regardless of this Court's ruling related to the 12(b)(1) motion.

Accordingly, because there is no genuine issue of material fact, for the foregoing reasons, and for the reasons set forth in the attached memorandum and exhibits, all of which are attached hereto and made a part hereof, Fireman's Fund moves for partial summary judgment dismissing the claims of the Plaintiffs detailed in attached Exhibit "B"[2] against Fireman's Fund as it concerns the Porter-Blaine policy and the INEX policy as a matter of law.[3]

This motion is filed pursuant to this Court's Order of March 3, 2011 permitting a "lack of a policy" motion to be filed on or before March 24, 2011 (Doc. 7793).

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**Attorneys for Fireman's Fund Insurance Company**
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

---

[2] See attached Exhibit "B", which lists the names and addresses of the Plaintiffs improperly suing Fireman's Fund, the Policy related to each Plaintiffs' claim, and the Alleged Insured Defendants.

[3] Alternatively, Plaintiffs should be ordered to amend their petition to name the proper entity, National Surety Corporation, in place of Fireman's Fund Insurance Company concerning all claims related to the Porter-Blaine policy and the INEX policy.

{L0142338.1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Fireman's Fund Insurance Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/S/ Gary J. Russo
GARY J. RUSSO

{L0142338.1}