**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **CASE NO. 2:09-MD-02047** **SECTION L** **JUDGE FALLON** |
| **(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932)** | ) ) | **MAG. JUDGE WILKINSON** |

**STATEMENT OF UNDISPUTED MATERIAL FACTS SUPPORTING FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF A POLICY FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011**

1. Fireman's Fund Insurance Company did not issue the policy of insurance numbered XTM69242113. National Surety Corporation issued policy XTM69242113. See attached Exhibit "A", Declaration of Carol Raymond.

2. Fireman's Fund Insurance Company did not issue the policy of insurance numbered SHX99073488. National Surety Corporation issued policy SHX99073488. See attached Exhibit "A", Declaration of Carol Raymond.

{L0142540.1}

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
***Attorneys for Fireman's Fund Insurance Company***
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Statement of Undisputed Material Facts Supporting Fireman's Fund Insurance Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/S/ Gary J. Russo
GARY J. RUSSO