**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **CASE NO. 2:09-MD-02047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE FALLON** |
| **(Relates to *Amato v. Liberty Mutual Ins.*, No.** | ) | |
| **2:10-cv-00932)** | ) | **MAG. JUDGE WILKINSON** |

**MEMORANDUM IN SUPPORT OF**
**FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR PARTIAL**
**SUMMARY JUDGMENT FOR LACK OF A POLICY**
**FILED PURSUANT TO COURT ORDER OF MARCH 3, 2011**

Fireman's Fund Insurance Company ("Fireman's Fund") has been incorrectly sued in

*Amato v. Liberty Mutual Insurance Co.*, No. 10-932 as the alleged insurer of certain entities

pursuant policy number XTM69242113 (the "Porter-Blaine policy") and policy number

SHX99073488 (the "INEX policy").  As to the Porter-Blaine policy, which allegedly applies to 3

of those entities, The Porter-Blaine Corporation, Venture Supply Company and Venture Supply,

Inc., Fireman's Fund did not issue that policy.[1]  As to the INEX policy, which allegedly applies

to 2 of those entities, Interior/Exterior Building Supply, LP and Interior Exterior Enterprises,

---

[1]   Note that Fireman's Fund Insurance Company did issue policy numbers SHX-000-8854-0364 and SHX-000-7858-1931, as listed in the *Amato* suit.

Note that the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by various insurers, including the erroneously named Fireman's Fund Insurance Company as related to the Porter-Blaine policy. Rec. Doc. 8366.  If the Court grants that motion, it need not consider this Motion for Partial Summary Judgment to the extent that it involves the Porter-Blaine policy.  That 12(b)(1) motion does not, however, address the issues related to the INEX policy, so this Motion for Partial Summary Judgment should be ruled on regardless of this Court's ruling related to the 12(b)(1) motion.

{L0142541.1}

LLC, Fireman's Fund did not issue that policy. Both the Porter-Blaine policy and the INEX policy were issued by National Surety Corporation.[2]

Thus, Plaintiffs' allegations that Fireman's Fund issued the Porter-Blaine policy and the INEX policy are simply mistaken and the premise of their complaint against Fireman's Fund as to these two policies is wrong. As a matter of law the claims of Plaintiffs suing Fireman's Fund on the basis of the Porter-Blaine policy and the INEX policy must be dismissed.[3] These Plaintiffs are detailed in attached Exhibit "B".[4]

National Surety Corporation, the entity that should have been named as the issuer of the Porter-Blaine policy and the INEX policy, timely filed profile forms stating that it is the insurer that issued the Porter-Blaine policy and the INEX policy.[5] These profile forms included copies of the Porter-Blaine policy and the INEX policy, which state that each policy was issued by National Surety Corporation, and do not list Fireman's Fund Insurance Company as the insurer.

---

[2]   *See* Exhibit "A", Declaration of Carol Raymond.

[3]   Alternatively, Plaintiffs should be ordered to amend their petition to name the proper entity, National Surety Corporation, in place of Fireman's Fund Insurance Company concerning all claims related to the Porter-Blaine policy and the INEX policy.

[4]   See attached Exhibit "B", which lists the names and addresses of the Plaintiffs improperly suing Fireman's Fund, the Policy related to each Plaintiffs' claim, and the Alleged Insured Defendants.

[5]   *See* Exhibit "A".

{L0142541.1}

On the basis of these undisputed facts, Fireman's Fund Insurance Company is entitled to summary judgment as a matter of law dismissing all claims related to policy XTM69242113 and policy SHX99073488 of the foregoing named Plaintiffs against it.[6]

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
***Attorneys for Fireman's Fund Insurance
Company***
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Fireman's Fund Insurance Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/S/ Gary J. Russo
GARY J. RUSSO

---

[6]   Alternatively, Plaintiffs should be ordered to amend the pleadings to name the proper entity, National Surety Corporation, in place of Fireman's Fund Insurance Company concerning all claims related to policy XTM69242113 and policy SHX99073488.

{L0142541.1}