UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) )<br>) | MAG. JUDGE WILKINSON |

### DECLARATION OF CAROL RAYMOND

Pursuant to 28 U.S.C. § 1746, Carol Raymond states under penalty of perjury as follows:

1. I am a paralegal at Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. I am over the age of 21. I am competent and qualified to make this Declaration.

2. I have obtained and reviewed the policy of insurance numbered XTM69242113, issued by National Surety Corporation to named insured The Porter-Blaine Corporation, policy period 11/15/2005 – 11/15/2006.

3. The policy described in No. 2 above was not issued by Fireman's Fund Insurance Company. It was issued by National Surety Corporation.

4. I have obtained and reviewed the policy of insurance numbered SHX99073488, issued by National Surety Corporation, to named insured Interior Exterior Building Supply, L.P.; Interior Exterior Enterprises, LLC; South Cortez LLC; 639 N. Dupre Street, LLC, policy period 01/01/2007 – 01/01/2008.

5. The policy described in No. 4 above was not issued by Fireman's Fund Insurance Company. It was issued by National Surety Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2011.

_____
Carol Raymond



EXHIBIT
A

{L0142555.1}                                1