## EXHIBIT B -- Claims Subject To Dismissal

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Boothe, Neil<br>483 Tranquill Drive<br>Winder, GA 30680 | XTM6924211 | Venture Supply Company |
| Walker, Demetra<br>485 Tranquill Drive<br>Winder, GA 30680 | XTM6924211 | Venture Supply Company |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, VA 23602 | XTM6924211 | Venture Supply, Inc. |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, VA 23320 | XTM6924211 | Venture Supply, Inc. |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, VA 23456 | XTM6924211 | Venture Supply, Inc. |
| Allen, Philip and Clarine<br>907 Eastfield Lane<br>Newport News, VA 23602 | XTM6924211 | The Porter-Blaine Corporation |
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, VA 23320 | XTM6924211 | The Porter-Blaine Corporation |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, VA | XTM6924211 | The Porter-Blaine Corporation |
| Atkins, Taddarreio and Mattca<br>955 Hollymeade Circle<br>Newport News, VA 23602 | XTM6924211 | The Porter-Blaine Corporation |
| Atwell, Roger<br>5516 Brixton Road<br>Williamsburg, VA 23185 | XTM6924211 | The Porter-Blaine Corporation |
| Rohan, Patricia and Donald<br>17404 Popcorn Ave.<br>Vancleave, MS 39565 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| 1100 Valencia, LLC<br>1100 Valencia Avenue<br>Coral Gables, FL 33134 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |

---

[1]   The address listed reflects the location of the alleged CDW home as alleged in the body of the Amended Complaint.

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Amato, Dean and Dawn<br>18615 Bellingrath Lakes<br>Greenwell Springs, LA 70739 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Amerson, Amy Louise<br>515 Hewitt Rd.<br>Hammond, LA 70403 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Ancira, Chris and Lilah<br>1207 Jena Street<br>New Orleans, LA 70115 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Barone, John and Heather<br>297 Rue Piper<br>Slidell, LA 70461 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Barreca, Antoine and Nicole<br>3312 Karen Drive<br>Chalmette, LA 70043 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Barreca, Corinne<br>3312 Karen Drive<br>Chalmette, LA 70043 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Barrow, Clarence and Marion<br>3170 St. Bernard Avenue<br>New Orleans, LA 70119 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Bonnecarrere, Wavi Lee<br>40145 Taylor's Trail, Apt. 1005<br>Slidell, LA 70461 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Borne, Carol<br>835 Montgomery Street<br>Mandeville, LA 70448 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Borrello, Donna M. and<br>Thomas W. Stallings<br>5939 Argonne Blvd.<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Boudreaux, Virginia R.<br>209 Cottage Green Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Bourdon, Lucille<br>15074 Pamela Drive<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Bourgeois, Richard and Gail<br>5960 Siegen Lane, Apt. 9208<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Bradley, Jimmy and Louise<br>19405 Kelly Wood Court<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Bronaugh, David and Heather<br>2323 Sunset Boulevard<br>Slidell, LA 70461 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Brumfield, Ollie and Andreienne<br>608 Husseman Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Burke, Jules and Barbara<br>1744 Ashland Avenue<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Butler, Hilliard and Sheral<br>5026 Par Four Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Butler, James and Joycelyn<br>5720 Wright Road<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Carter, Daniel<br>261 W. Robert E. Lee<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Cassagne, Jordan and Brande<br>209 Place Street Jean<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Cathcart, Carolyn<br>132 Timberwood Drive<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Ceruti, Ronald and Sharon<br>745 Spring Thyme<br>Belle Chasse, LA 70037 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Chatman, Funell and Gail<br>4918 Bancroft Dr.<br>New Orleans, LA 70117 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Chiappetta, Kevin and Karen<br>727 Arctic Fox Run<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Colby, Richard and Susan<br>P.O. Box 576<br>Prairieville, LA 70769 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Cordier, Gregory and Jean<br>7441 Eastmore Road<br>New Orleans, LA 70126 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Cotlar, Sideny & Diane<br>4532 Transcontinental Drive<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Cunningham, Dennis and Susan | SHX99073488 | Interior/Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 288 Penn Mill Lakes Blvd. Covington, LA 70435 | | Supply, LP |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive 1209 Rue Degas Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Dejan, Charlotte 4635 Evangeline Street New Orleans, LA 70127 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Dejan, Leroy and Ann 4624 Chantilly Drive New Orleans, LA 70127 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Dennis, Patrick and Kathleen 517 Snead Court Slidell, LA 70458 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Diez, Mr. Douglas (agent/member and Pelican Point Properties, LLC) Pelican Point Properties, LLC (A Maryland Limited Liability Company) 6473 Hwy. 44, Ste. 201 Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Donaldson, Malcom and Kelli 460 Lotus Drive North Mandeville, LA 74071 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Duhon, Christopher and Kimberly 17496 Rosemont Dr. Prairieville, LA 70769 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Dupuy, Cullen and Mary 15246 Campanile Court Baton Rouge, LA 70810 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Franatovich, Mitchell J. 2251 3rd Street Mandeville, LA 70741 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Galatas, Bernadette 255 Carriage Pines Lane Covington, LA 70435 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Galloway, James and Cynthia 40145 Taylors Trail, Unit 1001 Slidell, LA 70461 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Gammage, Dr. Dan 1206 Magnolia Alley Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Ganucheau, Renee<br>6465 Louis XIV<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gardette, Michael and Rhonda<br>276 Penn Mill Lakes<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Garrett, Philip and Courtney<br>6050 General Diaz Drive<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gaussiran, Maxi<br>39768 Kellywood Blvd.<br>Ponchatoula, LA 70454 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Genovese, Karen<br>123 Beau Arbre Court<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gerica, Ramona<br>7371 Northgate Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gillane, William and Maureen<br>108 N. Magnolia Dr.<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gleason, Herman and Deborah<br>329 Brighton Lane<br>Slidell, LA 70458 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gotreaux, Dustin and Korie<br>192 Oakwood Lane<br>Denham Springs, LA 70726 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Greco, Vincent<br>70461 11th Street<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gremillion, Paul and Andrea<br>530 Twin River<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Guerra, Darlyn<br>738 Loque Place<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Guidry, Christopher and Jerene<br>5396 Courtyard Dr.<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Harkins, Rochelle Frazier<br>850 River Oaks Drive<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Heck, Joshua and Kelly | SHX99073488 | Interior/Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 85002 Horatio Sharp Rd.<br>Bush, LA 70431 | | Supply, LP |
| Hufft, Val and Audrey<br>71225 Sloope Place<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Hulsey, Charles and Sarah<br>701 Arctic Fox Run<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Jackson, Senora B.<br>40145 Taylor's Train – Unit 1004<br>Slidell, LA 70461 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Jastremski, Florence<br>5314 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Kessler, David and Amanda<br>385 Brown Thrasher Loop<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| King, David and Mary<br>18015 Highway 40<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| LaCroix, Jim<br>1429 Natchez Loop<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Landry, Gerard and J. Leatrice Kiefer<br>(homeowner)<br>Landry, Decker and Julia (landowner)<br>1921 Bayou Road<br>St. Bernard, LA 70085 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Lang, Joe and Amy<br>101 Rue Merlot<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Langlois, Rebecca and Robert Roth<br>7706 N. Jefferson Place Circle – Apt.<br>A<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Lartigue, C.W. and Margaret<br>4305 Cleary Avenue<br>Metairie, LA 70002 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| LeBlance, Calvin and Sara<br>40145 Taylor's Trail – Unit 1003 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Slidell, LA 70461 | | |
| LeJeune, Michael and Melissa<br>680 Silverthorne Lane<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Macmurdo, William and Cornelia<br>6553 Antoch Crossing<br>Baton Rouge, LA 70817 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Maillot, Georges and Janice<br>9 Tupelo Trace<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Martin, Michael<br>320 Leslie Lane<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Methvin, William and Deborah<br>2800 Debouchel Blvd.<br>Meraux, LA 70075 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Mills, Jeannete<br>11052 Shoreline Drive<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Morici, Mark and Maureen<br>6555 Avenue B<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Musgrave, Richard and Michele<br>6864 Colbert Street<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Naden, Craig and Roberta<br>5263 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Nunez, Ernest and Marie<br>612 Hussman Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Nunez, Frederick and Lisa<br>123 Dominion Blvd.<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Olson, Olaf A. and Wanda G.<br>61880 Shady Pine Road<br>Lacombe, LA 70445 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Orduna, Albert and Judith<br>4109 Jasper Street<br>Metairie, LA 70002 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Pasentine, Judith Ellen<br>2360 5th Street<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Patin, Danielle<br>5012 Pauger Street<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Payton, Sean and Beth<br>53 Preserve Lane<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Peters, Ronald<br>76600 S. Fitzmorris Road<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Petrey, Charles and Marcia<br>4 Finch Lane<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Pierson, Jan and Neil<br>348 Jade Court<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Piwetz, Randy and Jeanne<br>19635 Sunshine Avenue<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Price, Joshua and Kimberlea<br>117 Rue Merlot<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Puig, Donald and Marcelyn<br>302 Tallow Creek Blvd.<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Quick, William and Maxine<br>4610 Frenchmen St.<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Quilio, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Rigney, George and Raffy<br>42166 Autumn Run Dr.<br>Hammond, LA 70403 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Robair, Alexander<br>39058 Bayou View Avenue<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Rodosta, Toni<br>1219 Rue Degas<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Rosetta, Dufrene and Ernest<br>166 Emerald Oaks Drive<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Ruesch, Kevin and Dorothy | SHX99073488 | Interior/Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 7860 Highland Road<br>Baton Rouge, LA 70808 | | Supply, LP |
| Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam<br>663 Solomon Drive<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Segreto, Mark and Victoria<br>36 W. Park Pl<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Shelton, Michael & Leslie<br>568 Huseman Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Sicard, Austin Jr.<br>3112 Lloyds Avenue<br>Chalmette, LA 70043 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Silvestri, Susan W.<br>154 Islander Drive<br>Slidell, LA 70458 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Singleton, Enrica<br>11413 Longview Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Smith, Clinton & Kelly<br>211 Oakmont Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Spencer, Patricia<br>3637 Edgewood Ct.<br>Avondale, LA 70094 | SHX99073488 | Interior/Exterior Building Supply, LP |
| St. Martin, Janeau<br>47801 Demontlutin Street<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |
| St. Martin, Steven<br>4780 DeMontluzin St.<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Steele, Jason and Peny<br>2321 Maureen Lane<br>Meraux, LA 70072 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Tabor, Edward and Emmilou<br>4712 Reich Street<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Thomas, Darlene and James<br>17152 Jo Boy Road<br>Prairieville, LA 70769 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Tiemann, Richard and Jean | SHX99073488 | Interior/Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 3613 Lake Providence<br>Harvey, LA 70058 | | Supply, LP |
| Toras, Nikolas<br>3621 Lime St.<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Torrance, Matthew and Mary<br>4240 Tupello St.<br>Baton Rouge, LA 70808 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Van Winkle, Ronnie and Anne<br>70304 8th Street<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Waguespack, Jacques and Nicole<br>1325 West Causeway Approach<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Ward, Amy and Truman<br>5367 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Wayne, William and Kelly<br>419 W. Suncrest Loop<br>Covington, LA 70458 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Wenzel, John and Lorraine<br>80190 Red Hawk Lane<br>Bush, LA 70431 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Williams, Diana and Terry<br>520 Mare Court<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Youmans, Dr. Cassandra<br>5201 Chamberlain Drive<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Young, Linda and Raymond<br>577 Huseman Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Allen, Andrew and Nicole<br>3704 Clifford Drive<br>Metairie, LA 70002 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Anders, Thomas G. and Nicole P.<br>2042 High Pointe<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Benjamin, Jack and Claire<br>12 Pelham | SHX99073488 | Interior/Exterior Building<br>Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Metairie, LA 70791 | | |
| Cassard, Jesse and Angela<br>1768 Ashland Drive<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Clague, Randy and Lisa<br>4416 Halter Lane<br>Hammond, LA 70403 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Fernandez, Vernon and JoAnn<br>41555 C.C. Road<br>Ponchatoula, LA 70454 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Garrett, Philip and Courtney<br>6050 General Diaz Drive<br>New Orleans, LA | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Gotreaux, Dustin and Korie<br>192 Oakwood Lane<br>Denham Springs, LA 70726 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Hernandez, John and Diane E.<br>144 20th Street<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Hewitt, Margie<br>600 Sunrise Court<br>Biloxi, MS 39532 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Hopper, Dean and Dena<br>81149 Osprey Drive<br>Bush, LA 70431 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Joseph Fernandez<br>967 Weatherby St. S<br>Saraland, AL 36571 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Lang, Joe and Amy<br>101 Rue Merlot<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Methvin, William and Deborah<br>2800 Debouchel Blvd.<br>Meraux, LA 70075 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Meyer, Lawrence and Elizabeth<br>29310 Laurel Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Morlas, Ralph and Paula<br>2 South Court Ville Drive<br>Mandeville, LA 70476 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |
| Parker, Charles and Rachael<br>963 Weatherby St. S<br>Saraland, AL 36571 | SHX99073488 | Interior/Exterior Building<br>Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Patin, Danielle<br>5012 Pauger Street<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Peres, Tony and Kathy<br>4825 Tracy Street<br>Violet, LA 70092 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Petagna, Brent and Lisa<br>2619 Octavia St.<br>New Orleans, LA 70115 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Quillo, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Robair, Alexander<br>39058 Bayou View Avenue<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Schields, Larry<br>808 W. Harbour Court<br>Ocoee, FL 34761 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Skinner, Helena<br>29300 Laurel Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Smith, Clinton and Kelly<br>211 Oakmont Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Steele, Jason and Peny<br>2321 Maureen Lane<br>Meraux, LA 70072 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Tabor, Edward and Emmilou<br>4712 Reich Street<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Watts, Sharon<br>29284 Laurel Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Carrol, Cindy<br>1220 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Building Supply, LP |
| Evans, Jamie Lynn<br>7505 Mercury Drive<br>Violet, LA 70092 | SHX99073488 | Interior/Exterior Building Supply, LP |
| McLain, Jon Scott | SHX99073488 | Interior/Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 82401 Heintz Jenkins Road<br>Bush, LA 70431 | | Supply, LP |
| Alonzo, Lana<br>3205 Maureen Lane<br>Meraux, LA 70075 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Anderson, Shawnree and John<br>601 Autumn Wind Lane<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Back, Charles and Mary – FL Citizens<br>Own Property at:<br>1215 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Barlow, Regine and John<br>2644 Pelican Bay Blvd.<br>Marrero, LA 70072 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Blalock, Angeles<br>3400 Napoleon Avenue<br>New Orleans, LA 70125 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Blue, John and Rachelle<br>422 28th Street<br>New Orleans, LA 70124 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Borne, Barry and Mary<br>1217 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Boutte, Don and Michael Robinson<br>11051 Shoreline Drive<br>Baton Rouge, LA 70809 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Braselman, Holly<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Callais, Gary and Michelle<br>14 Callais Lane<br>St. Bernard, LA 70085 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Cheramie, Bertoule and Joan<br>266 Carriage Pines<br>Covington, LA 70435 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Donaldson, Jill and Oertling, Jared<br>18 Log Cabin Lane<br>Pearl River, LA 70452 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Fineschi, Nicola and Connie<br>1200 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Gross, Cheryl and David | SHX99073488 | Interior Exterior Building |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 400 Hay Place<br>New Orleans, LA 70124 | | Supply, LP |
| Jones, Allie and Jeanie<br>212 16th Street<br>New Orleans, LA 70124 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Mayo, Edward and Jacqueline<br>5803 Winchester Park Drive<br>New Orleans, LA 70126 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Morlas, Ralph<br>4091 Brown Thrasher Loop<br>Madisonville, LA 70447 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Niswonger, Mary M.<br>77451 N. Fitzmorris Road Ext.<br>Covington, LA 70435 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Reynolds, Karen<br>3509-3511 Sinclair Street<br>Chalmette, LA 70043 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Ryckman, Rickey<br>4820 Janice Avenue<br>Kenner, LA 70065 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Staub, Dana and Marcus<br>1208 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Stone, Thomas and Lauren<br>2316 Gallant<br>Chalmette, LA 70043 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Theard, Avery and Tjaynell<br>6271 Eastover Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Velez, Louis<br>5427 Paris Avenue<br>New Orleans, LA 70128 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Wilfer, Rosanne<br>1202 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Wischler, Robert<br>3387 Desaix Boulevard<br>New Orleans, LA 70119 | SHX99073488 | Interior Exterior Building<br>Supply, LP |
| Cooper, Brenda<br>1812-14 Mazant Street | SHX99073488 | Interior Exterior Building<br>Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| New Orleans, LA 70117 | | |
| Darby, Harry and Melissa<br>623 Bellingrath Lane<br>Slidell, LA 70453 | SHX99073488 | Interior Exterior Building Supply, LP |
| Dejan, Charlotte<br>4635 Evangaline<br>New Orleans, LA 70127 | SHX99073488 | Interior Exterior Building Supply, LP |
| Dejan, Leroy and Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70127 | SHX99073488 | Interior Exterior Building Supply, LP |
| Donahue, Patrick and Tina<br>106 Mary Kate Court<br>Montz, LA 70068 | SHX99073488 | Interior Exterior Building Supply, LP |
| Fernandez, Vernon Leroy and JoAnn Cross<br>41555 C.C. Road<br>Ponchatoula, LA 70454 | SHX99073488 | Interior Exterior Building Supply, LP |
| Guice, Kenneth<br>6331 South Johnson<br>New Orleans, LA 70118 | SHX99073488 | Interior Exterior Building Supply, LP |
| Kelly, Gary and Vicki<br>61286 Gitz Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior Exterior Building Supply, LP |
| Kustenmacher, Kenneth and Julie<br>28464 Lapont Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior Exterior Building Supply, LP |
| McCoy, Clyde and Ira<br>11417 S. St. Andrew Circle<br>New Orleans, LA 70128 | SHX99073488 | Interior Exterior Building Supply, LP |
| Morlas, Ralph<br>4091 Brown Thrasher Loop<br>Madisonville, LA 70447 | SHX99073488 | Interior Exterior Building Supply, LP |
| Pelican Point Properties, LLC<br>(A Maryland Limited Liability Company)<br>5347 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior Exterior Building Supply, LP |
| Rogers, Joyce W.<br>675 Solomon Drive<br>Covington, LA 70433 | SHX99073488 | Interior Exterior Building Supply, LP |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70433 | SHX99073488 | Interior Exterior Building Supply, LP |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Amato, Dean and Dawn<br>18615 Bellingham Lakes<br>Greenwell Springs, LA 70739 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Barreca, Antoine and Nicole<br>3312 Karen Drive<br>Chalmette, LA 70043 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Barreca, Corinne<br>3312 Karen Drive<br>Chalmette, LA 70043 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Barrow, Clarence and Marion<br>3170 St. Bernard Avenue<br>New Orleans, LA 70119 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Boudreaux, Virginia R.<br>209 Cottage Green Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Bourgeois, Richard and Gail<br>5960 Siegen Lane (Apt. 9208)<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Bradley, Jimmy and Louise<br>19405 Kelly Wood Court<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Brown, Ada and Hillary<br>812 Cole Ct.<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Butler, Hilliard and Sheral<br>5026 Par Four Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Buxton, Darren and Tracey<br>4331 Wilderness Run<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Cordier, Gregory and Jean<br>7441 Eastmore Road<br>New Orleans, LA 70126 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Cotlar, Sideny and Diane<br>4532 Transcontinental Drive<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Cunningham, Dennis and Susan<br>288 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Dejan, Charlotte<br>4635 Evangeline Street<br>New Orleans, LA 70127 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Dejan, Leroy and Ann | SHX99073488 | Interior/Exterior |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 4624 Chantilly Drive<br>New Orleans, LA 70127 | | Enterprises, LLC |
| Dupre, Ross and Marlo<br>2063 Rosedale Road<br>Port Allen, LA 70767 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Durham, Scott and Heather<br>4329 Tupello Street<br>Baton Rouge, LA 70808 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Galatas, Bernadette<br>255 Carriage Pines Lane<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Gammage, Dr. Dan<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Gardette, Michael and Rhonda<br>276 Penn Mill Lakes<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Garrett, Philip and Courtney<br>6050 General Diaz Drive<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Genovese, Karen<br>123 Beau Arbre Court<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Gleason, Herman and Deborah<br>329 Brighton Lane<br>Slidell, LA 70458 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Gotreaux, Dustin and Korie<br>192 Oakwood Lane<br>Denham Springs, LA 70726 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Hakenjo, Candace and Todd<br>820 Cole Court<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Hart, Jesse and Sheila<br>15174 Hwy 959<br>Clinton, LA 70722 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Hubbell, Wendy<br>Cimo, Christy<br>802 Cole Court<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Kitts, Corey and Monique | SHX99073488 | Interior/Exterior |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 3123 Riverlanding Drive<br>Addis, LA 70710 | | Enterprises, LLC |
| Lang, Joe and Amy<br>101 Rue Merlot<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Lartigue, C.W. and Margaret<br>4305 Cleary Avenue<br>Metairie, LA 70002 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Lasserre, Paul<br>14442 Samantha Drive<br>Port Vincent, LA 70726 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Methvin, William and Deborah<br>2800 Debouchel Blvd.<br>Meraux, LA 70075 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Middleton, Michael and Meghan<br>18725 Tall Oaks Court<br>Baton Rouge, LA 70817 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Mills, Jeannete<br>11052 Shoreline Drive<br>Baton Rouge, LA 70809 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Morici, Mark and Maureen<br>6555 Avenue B<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Naden, Craig and Roberta<br>5263 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Nunez, Frederick and Lisa<br>123 Dominion Blvd.<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Olson, Olaf A. and Wanda G.<br>61880 Shady Pine Road<br>Lacombe, LA 70045 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Orduna, Albert and Judith<br>4109 Jasper Street<br>Metairie, LA 70002 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Parr, Shelly and Kelly<br>683 Solomon Drive<br>Covington, LA 70433 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Pasentine, Judith Ellen<br>2360 5th Street<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Patin, Danielle<br>5012 Pauger Street | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| New Orleans, LA 70122 | | |
| Pentecost, Mary Louise<br>17834 E. Augusta Drive<br>Baton Rouge, LA 70810 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Petrey, Charles and Marcia<br>4 Finch Lane<br>Mandeville, LA 70471 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Pierson, Jan and Neil<br>348 Jade Court<br>Madisonville, LA 70447 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Quilio, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Raborn, Randy and Pamela<br>31650 Tickfaw Acre Road<br>Holden, LA 70744 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Robair, Alexander<br>39058 Bayou View Avenue<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Singleton, Enrica<br>11413 Longview Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Smith, Clinton and Kelly<br>211 Oakmont Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Steele, Jason and Peny<br>2321 Maureen Lane<br>Meraux, LA 70072 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Tabor, Edward and Emmilou<br>4712 Reich Street<br>Metairie, LA 70006 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Ward, Amy and Truman<br>5367 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Wenzel, John and Lorraine<br>80190 red Hawk Lane<br>Bush, LA 70431 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70435 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Youmans, Dr. Cassandra<br>5201 Chamberlain Drive<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Anders, Thomas G. and Nicole P.<br>2042 High Pointe<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Cassard, Jesse and Angela<br>1768 Ashland Drive<br>Zachary, LA 70791 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Clague, Randy and Lisa<br>4416 Halter Lane<br>Hammond, LA 70403 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Garrett, Philip and Courtney<br>6050 General Diaz Drive<br>New Orleans, LA 70124 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Gotreaux, Dustin and Korie<br>192 Oakwood Lane<br>Denham Springs, LA 70726 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Hewitt, Margie<br>600 Sunrise Court<br>Biloxi, MS 39532 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Joseph Fernandez<br>967 Weatherby St. S<br>Saraland, AL 36571 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Lang, Joe and Amy<br>101 Rue Merlot<br>Abita Springs, LA 70420 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Methvin, William and Deborah<br>2800 Debouchel Blvd.<br>Meraux, LA 70075 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Parker, Charles and Rachael<br>963 Weatherby St. S<br>Saraland, Al 36571 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Patin, Danielle<br>5012 Pauger Street<br>New Orleans, LA 70122 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Petagna, Brent and Lisa<br>2619 Octavia St.<br>New Orleans, LA 70115 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Quilio, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Robair, Alexander<br>39058 Bayou View Avenue<br>Gonzales, LA 70737 | SHX99073488 | Interior/Exterior<br>Enterprises, LLC |
| Schields, Larry | SHX99073488 | Interior/Exterior |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 808 W. Harbour Court, Ococee, FL 34761 | | Enterprises, LLC |
| Smith, Clinton and Kelly 211 Oakmont Drive New Orleans, LA 70128 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Steele, Jason and Peny 2321 Maureen Lane Meraux, LA 70072 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Tabor, Edward and Emmilou 4712 Reich Street Metairie, LA 70006 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Whitaker, Robert and Dana 104 Squaw Court Covington, LA 70435 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Carrol, Cindy 1220 Magnolia Alley Mandeville, LA 70471 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Evans, Jamie Lynn 7505 Mercury Drive Violet, LA 70092 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| McLain, Jon Scott 82401 Heintz Jenkins Road Bush, LA 70431 | SHX99073488 | Interior/Exterior Enterprises, LLC |
| Alonzo, Lana 3205 Maureen Lane Meraux, LA 70075 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Anderson, Shawnree and John 601 Autumn Wind Lane Mandeville, LA 70471 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Back, Charles and Mary – FL Citizens Own Property At: 1215 Magnolia Alley Mandeville, LA 70471 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Barlow, Regine and John 2644 Pelican Bay Blvd. Marrero, LA 70072 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Blalock, Angeles 3400 Napoleon Avenue New Orleans, LA 70125 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Blue, John and Rachelle 422 28th Street New Orleans, LA 70124 | SHX99073488 | Interior Exterior Enterprises, LLC |
| Borne, Barry and Mary | SHX99073488 | Interior Exterior |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| 1217 Magnolia Alley<br>Mandeville, LA 70471 | | Enterprises, LLC |
| Boutte, Don and Michael Robinson<br>11051 Shoreline Drive<br>Baton Rouge, LA 70809 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Braselman, Holly<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Callais, Gary and Michelle<br>14 Callais Lane<br>St. Bernard, LA 70085 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Cheramie, Bertoule and Joan<br>266 Carriage Pines<br>Covington, LA 70435 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Donaldson, Jill and Oertling, Jared<br>18 Log Cabin Lane<br>Pearl River, LA 70452 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Fineschi, Nicola and Connie<br>1200 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Gross, Cheryl and David<br>400 Hay Place<br>New Orleans, LA 70124 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Jones, Allie and Jeanie<br>212 16th Street<br>New Orleans, LA 70124 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Mayo, Edward and Jacqueline<br>5803 Winchester Park Drive<br>New Orleans, LA 70126 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Morlas, Ralph<br>4091 Brown Thrasher Loop<br>Madisonville, LA 70447 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Niswonger, Mary M.<br>77451 N. Fitzmorris Road Ext.<br>Covington, LA 70435 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Reynolds, Karen<br>2309-3511 Sinclair Street<br>Chalmette, LA 70043 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Ryckman, Rickey<br>4820 Janice Avenue | SHX99073488 | Interior Exterior<br>Enterprises, LLC |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Kenner, LA 70065 | | |
| Staub, Dana and Marcus<br>1208 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Stone, Thomas and Lauren<br>2316 Gallant<br>Chalmette, LA 70043 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Theard, Avery and Tjaynell<br>6271 Eastover Drive<br>New Orleans, LA 70128 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Velez, Louis<br>5427 Paris Avenue<br>New Orleans, LA 70122 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Wilfer, Rosanne<br>1202 Magnolia Alley<br>Mandeville, LA 70471 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Wischler, Robert<br>3387 Desaix Boulevard<br>New Orleans, LA 70119 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Cooper, Brenda<br>1812-14 Mazant Street<br>New Orleans, LA 70117 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Darby, Harry and Melissa<br>623 Bellingrath Lane<br>Slidell, LA 70453 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Dejan, Charlotte<br>4635 Evangaline<br>New Orleans, LA 70127 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Dejan, Leroy and Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70127 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Donahoe, Patrick and Tina<br>106 Mary Kate Court<br>Montz, LA 70068 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Fernandez, Vernon Leroy and JoAnn<br>Cross<br>41555 C.C. Road<br>Ponchatoula, LA 70454 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Guice, Kenneth<br>6331 South Johnson<br>New Orleans, LA 70118 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Kelly, Gary and Vicki<br>61286 Gitz Drive | SHX99073488 | Interior Exterior<br>Enterprises, LLC |

| Putative Plaintiffs and Address[1] | Policy Number | Alleged Insured Defendants |
|---|---|---|
| Lacombe, LA 70445 | | |
| Kustenmacher, Kenneth and Julie<br>28464 Lapont Drive<br>Lacombe, LA 70445 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| McCoy, Clyde and Ira<br>11417 S. St. Andrew Circle<br>New Orleans, LA 70128 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Morlas, Ralph<br>4091 Brown Thrasher Loop<br>Madisonville, LA 70447 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Pelican Point Properties, LLC<br>(A Maryland Limited Liability<br>Company)<br>5247 Courtyard Drive<br>Gonzales, LA 70737 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Rogers, Joyce W.<br>675 Solomon Drive<br>Covington, LA 70433 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70435 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Huckaby, Brian<br>4031 Monte Vista Drive<br>Addis, LA 70710 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Robbins, Margaret and Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA 70737 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |
| Huckaby, Brian<br>4031 Monte Vista Drive<br>Addis, LA 70710 | SHX99073488 | Interior Exterior<br>Enterprises, LLC |