UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 filed by Interstate Fire & Casualty Company;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion is GRANTED, and all claims related to policy number XTM69242113 and policy number SHX99073488 by Plaintiffs listed in Exhibit "B" to Interstate Fire & Casualty Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

{L0142574.1}