UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 2:09-MD-02047 |
| | SECTION L |
| | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAG. JUDGE WILKINSON |

### HARLEYSVILLE MUTUAL INSURANCE COMPANY'S
### MOTION TO DISMISS PURSUANT TO THE FEDERAL ABSTENTION DOCTRINE

COMES NOW Harleysville Mutual Insurance Company ("Harleysville") and moves this Honorable Court to issue an Order dismissing all claims made against it in the Amended Omnibus Class Action Complaint (V) (Doc. 3132 to 3132-6) pursuant to the abstention doctrine as outlined in the attached Memorandum. Specifically, the federal abstention doctrine dictates that this Court dismiss Harleysville from the present action in light of a previously filed and currently pending Alabama state court declaratory judgment action involving the same parties and the same issues.

WHEREFORE, Harleysville respectfully requests that this Honorable Court dismiss it from this action pursuant to the federal abstention doctrine.

/s/ James M. Smith
James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:   (205) 879-9954
Fax:   (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, (kmiller@frilot.com), by U.S. Mail, and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:   (205) 879-9954
Fax:   (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com

2