**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE – MANUFACTURED       MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:       JUDGE FALLON

*DEAN and DAWN AMATO, et al*
*vs.*
*LIBERTY MUTUAL INS., et al*
Case No. 2:10-cv-932-EEF-JCW       MAG. WILKINSON
_____/

<u>**DEFENDANT VININGS' INSURANCE COMPANY'S**</u>
<u>**MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

      Pursuant to Federal Rule of Civil Procedure 56(a), Defendant Vinings Insurance

Company ("Vinings"), by and through its undersigned counsel, hereby moves for partial

summary judgment[1] as to the claims asserted against it in this action by plaintiffs James

and Barbara Fallmann (hereafter, collectively, the "Fallmann Plaintiffs") and Bradley and

Tricia Miller (hereafter, collectively the "Miller Plaintiffs").  The undisputed facts establish

that Vinings does not insure Defendants Sterling Communities, Inc. or Sterling

Communities Realty, Inc., the entities which allegedly built the Fallman plaintiffs and Miller

plaintiffs' homes.  Because there is no contractual relationship between Vinings and

Defendants Sterling Communities, Inc. or Sterling Communities Realty, Inc., the Fallmann

plaintiffs' and Miller plaintiffs' claims in Counts I and XIV[2] of the Amended Complaint in this

---

[1] This Motion is filed pursuant to the Court's March 2, 2011 Order (R. Doc. 7793), which expressly allows
the filing of motions addressed to the absence of an insured-insurer relationship without waiving any right
to assert Rule 12(b) motions that raise other issues at a later time.  Vinings has also moved to dismiss the
claims of the Fallmann Plaintiffs and Miller Plaintiffs, pursuant to Fed. R. Civ. P. 12(b)(1).  Accordingly,
Vinings expressly reserves all its rights to assert different Rule 12(b) motions at a later time and does not
intend to waive any such defenses.

[2] Count XIV alleges a claim for "Equitable and Injunctive Relief and Medical Monitoring" against all of the

action fail.    In support of this motion, Vinings relies on the memorandum of law, Declaration of R. Douglas Huffman, and exhibits filed herewith.

Respectfully submitted,

s/ Lisa A. Oonk
LISA A. OONK, ESQ.
Florida Bar No. 006238
MICHAEL K. MCCAFFREY, ESQ.
Florida Bar No. 069940
Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL  33609
Tel.:   813.289.0690
Fax:   813.289.0692
Email: Oonk@litchfieldcavo.com
Email: Mccaffrey@litchfieldcavo.com
Attorneys    for    Defendant    Vinings
Insurance Company

---

Insurer Defendants.  (Am. Compl. at ¶¶ 761-73.)  It is unclear if the PSC's attempt to assert this against all of the Insurer Defendants was a scrivener's error or intentional.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Motion for Partial Summary Judgment was served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6., and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

   /s/ Lisa A. Oonk
LISA A. OONK, ESQUIRE
Florida Bar No. 006238