# SCHEDULE 1



EXHIBIT
(Composite)
A

| Plaintiffs/Current Address | Insured Defendants | Insurance Company Defendants | Subclass #'s |
|---|---|---|---|
| Nevels, Susan<br>5492 Harbour castle Drive<br>Fort Myers, FL 33907 | Siesta Bay Custom Homes, LLC | Auto Owners Insurance Company<br>Bankers Insurance Comapny<br>Granada Insurance Company | 19<br>21<br>45 |
| Fahlmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Inc | General Fidelity Insurance Company<br>North American Specialty Insurance Company<br>Quanta Indemnity Company<br>Builders Insurance Company<br>Vinings Insurance Company | 43<br>68<br>75<br>23<br>92 |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Inc | General Fidelity Insurance Company<br>North American Specialty Insurance Company<br>Quanta Indemnity Company<br>Builders Insurance Company<br>Vinings Insurance Company | 43<br>68<br>75<br>23<br>92 |
| Fahlmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Realty, Inc. | General Fidelity Insurance Company<br>North American Specialty Insurance Company<br>Quanta Indemnity Company<br>Builders Insurance Company<br>Vinings Insurance Company | 43<br>68<br>75<br>23<br>92 |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Realty Inc. | General Fidelity Insurance Company<br>North American Specialty Insurance Company<br>Quanta Indemnity Company<br>Builders Insurance Company<br>Vinings Insurance Company | 43<br>68<br>75<br>23<br>92 |
| Orlowski, David<br>2722 SW 10th Avenue<br>Cape Coral, FL 33914 | The Sterling Collection, Inc. | General Fidelity Insurance Company<br>North American Specialty Insurance Company<br>Quanta Indemnity Company<br>Builders Insurance Company<br>Vinings Insurance Company | 43<br>68<br>75<br>23<br>92 |
| Bonnecarrere, Wavi Lee<br>40145 Taylor's Trail, Apt. 1005<br>Slidell, LA 70461 | Summit Contractors, Inc. | Standard Fire Insurance Company<br>Nautilus Insurance Company | 1<br>67 |
| Chure, Lily Rose<br>40145 Taylor's Trail #905<br>Slidell, LA 70461 | Summit Contractors, Inc. | Standard Fire Insurance Company<br>Nautilus Insurance Company | 83<br>67 |