UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE – MANUFACTURED      MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:     JUDGE FALLON

DEAN and DAWN AMATO, et al
vs.
LIBERTY MUTUAL INS., et al
Case No. 2:10-cv-932-EEF-JCW     MAG. WILKINSON
_____/

### DECLARATION OF R. DOUGLAS HUFFMAN

Before me, the undersigned officer, duly authorized to administer oaths, personally appeared R. Douglas Huffman, as stated upon his oath and under penalty of perjury, after being duly sworn by me, deposes and says that he has personal knowledge of the following:

1. I am over the age of 18 years and competent to make this Declaration.

2. I am Director of Underwriting for Vinings Insurance Company ("Vinings"), which is incorporated in Delaware and headquartered in Georgia. In that capacity, I am the custodian of all underwriting files and insurance policies issued and maintained by Vinings.

3. I was asked to review Vinings records to determine if Vinings has ever issued insurance to an entity identified as "Sterling Communities, Inc." and/or "The Sterling Communities Realty, Inc." I was also asked to review Vinings records, which also list information about the corporate officers of Vinings' insureds to determine if Vinings has ever issued insurance to any entity identifying Paul W. Asfahl as an officer or director.



EXHIBIT B

4. My search of Vinings' electronic database did not reveal that Vinings has ever issued a policy of insurance to "Sterling Communities, Inc." or "Sterling Communities Realty, Inc."

5. My search of Vinings' electronic database did not reveal that Vinings has ever issued a policy of insurance to any entity which identified Paul W. Asfahl as an officer or director.

6. Based upon my research, it is my conclusion that Vinings has never issued insurance to "Sterling Communities, Inc." or "Sterling Communities Realty, Inc. or to any entity which identified Paul W. Asfahl as an officer or director.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24 day of March, 2011 at Atlanta, Georgia.

Doug Huffman