UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE – MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *DEAN and DAWN AMATO, et al vs. LIBERTY MUTUAL INS., et al* Case No. 2:10-cv-932-EEF-JCW _____/ | MAG. WILKINSON |

## DEFENDANT VININGS INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE

Defendant, VININGS INSURANCE COMPANY ("Vinings"), by and through its undersigned counsel and pursuant to Federal Rules of Evidence 201 respectfully requests that this Court take judicial notice of Florida Department of State Division of Corporation's Detail Statements for Sterling Communities, Inc. and Sterling Communities Realty, Inc., copies of which are attached hereto as Exhibit A. Vinings requests judicial notice of these materials as evidence in support of Vinings' motion for partial summary judgment, filed contemporaneously herewith. In support of this request, Vinings states as follows:

## MEMORANDUM OF LAW

Federal Rule of Evidence 201 governs judicial notice of adjudicative facts. A judicially noticed fact must be one not subject to reasonable dispute in that it is either: (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by report to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. The attached copies of the Florida Department of State Division of Corporation's Detail Statements for Sterling Communities, Inc. and Sterling

Communities Realty, Inc. set forth information about these entities which qualify as facts about these entities available from a source whose accuracy cannot reasonably be questioned.  The Detail Statements set forth, amongst other things, principal address, mailing address and officer/director information for each entity as maintained by the State of Florida, Division of Corporations.  Therefore, this Court should take judicial notice, pursuant to Fed.R.Evid. 201, of the fact that Sterling Communities, Inc. and Sterling Communities Realty, Inc. are Florida corporations, based in Boca Raton, Florida and that Paul Asfahl is the President, Treasurer, Secretary and Director of both corporations.

    Respectfully submitted,

    s/ Lisa A. Oonk
    LISA A. OONK, ESQ.
    Florida Bar No. 006238
    MICHAEL K. MCCAFFREY, ESQ.
    Florida Bar No. 069940
    Litchfield Cavo, LLP
    5201 W. Kennedy Blvd., Suite 450
    Tampa, FL  33609
    Tel.:   813.289.0690
    Fax:   813.289.0692
    Email: Oonk@litchfieldcavo.com
    Email: Mccaffrey@litchfieldcavo.com
    Attorneys for Defendant Vinings Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Request for Judicial Notice was served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6., and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

    /s/ Lisa A. Oonk
LISA A. OONK, ESQUIRE
Florida Bar No. 006238