

# Florida Department of State
## Division of Corporations

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List | Next on List | Return To List | Entity Name Search
No Events | No Name History | Submit

## Detail by Entity Name

### Florida Profit Corporation
STERLING COMMUNITIES, INC.

### Filing Information
Document Number P96000021910
FEI/EIN Number 650647055
Date Filed 03/11/1996
State FL
Status ACTIVE

### Principal Address
3090 CANTERBURY DRIVE
BOCA RATON FL 33443

Changed 05/29/2009

### Mailing Address
P.O. BOX 810337
BOCA RATON FL 33481-0337

Changed 01/16/2008

### Registered Agent Name & Address
DUBOSAR, HOWARD
120 EAST PALMETTO PARK ROAD SUITE 100
BOCA RATON FL 33432 US

Name Changed: 01/16/2008

Address Changed: 01/16/2008

### Officer/Director Detail
**Name & Address**

Title PSTD

ASFAHL, PAUL W
3090 CANTERBURY DRIVE
BOCA RATON FL 33434

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 05/29/2008 |
| 2009 | 05/29/2009 |
| 2010 | 04/09/2010 |



EXHIBIT (Composite) A





| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List                            Entity Name Search

No Events   No Name History                                                 [Submit]

## Detail by Entity Name

### Florida Profit Corporation
STERLING COMMUNITIES REALTY, INC.

### Filing Information

**Document Number** P98000004141
**FEI/EIN Number** 650808016
**Date Filed** 01/14/1998
**State** FL
**Status** ACTIVE

### Principal Address

3090 CANTERBURY DRIVE
BOCA RATON FL 33434

Changed 04/12/2010

### Mailing Address

PO BOX 810337
BOCA RATON FL 33481-0337

Changed 05/29/2008

### Registered Agent Name & Address

DUBOSAR, HOWARD
120 EAST PALMETTO PARK ROAD
SUITE 100
BOCA RATON FL 33432 US

Name Changed: 04/12/2010

Address Changed: 04/12/2010

### Officer/Director Detail

**Name & Address**

Title DPST

ASFAHL, PAUL W
3090 CANTERBURY DRIVE
BOCA RATON FL 33434

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2008 | 05/29/2008 |
| 2009 | 05/29/2009 |
| 2010 | 04/12/2010 |

## Document Images

| Date | Document | |
|---|---|---|
| 04/12/2010 | ANNUAL REPORT | View image in PDF format |
| 05/29/2009 | ANNUAL REPORT | View image in PDF format |
| 05/29/2008 | ANNUAL REPORT | View image in PDF format |
| 05/09/2007 | ANNUAL REPORT | View image in PDF format |
| 02/22/2006 | ANNUAL REPORT | View image in PDF format |
| 03/09/2005 | ANNUAL REPORT | View image in PDF format |
| 03/24/2004 | ANNUAL REPORT | View image in PDF format |
| 04/17/2003 | ANNUAL REPORT | View image in PDF format |
| 04/10/2002 | ANNUAL REPORT | View image in PDF format |
| 04/04/2001 | ANNUAL REPORT | View image in PDF format |
| 03/04/2000 | ANNUAL REPORT | View image in PDF format |
| 04/08/1999 | ANNUAL REPORT | View image in PDF format |
| 01/14/1998 | Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                                    Entity Name Search

**No Events**       **No Name History**                                                Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State