UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE – MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *DEAN and DAWN AMATO, et al*<br>*vs.*<br>*LIBERTY MUTUAL INS., et al*<br>Case No. 2:10-cv-932-EEF-JCW<br>_____/ | MAG. WILKINSON |

**DEFENDANT VININGS INSURANCE COMPANY'S NOTICE OF SUBMISSION**

Defendant, VININGS INSURANCE COMPANY ("Vinings"), by and through its undersigned counsel, hereby submits its Notice of Submission in connection with its motion for partial summary judgment. Vinings' motion for summary judgment is scheduled to be heard by Judge Fallon on April 13, 2011.

Respectfully submitted,

s/ Lisa A. Oonk
LISA A. OONK, ESQ.
Florida Bar No. 006238
MICHAEL K. MCCAFFREY, ESQ.
Florida Bar No. 069940
Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL  33609
Tel.:  813.289.0690
Fax:  813.289.0692
Email: Oonk@litchfieldcavo.com
Email: Mccaffrey@litchfieldcavo.com
Attorneys for Defendant Vinings Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Submission was served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6., and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

      /s/ Lisa A. Oonk
LISA A. OONK, ESQUIRE
Florida Bar No. 006238