UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

Plaintiffs,

v.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

Defendants.
_____/

Case No: 2:10-cv-00384

Judge: Fallon

Magistrate: Wilkinson

## DEFENDANT GENERAL FIDELITY INSURANCE COMPANY'S MOTION TO DISMISS UNDER THE FIRST-TO-FILE RULE

Defendant General Fidelity Insurance Company ("General Fidelity"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure and Local Rule for the Eastern District of Louisiana 7.1, moves this Court for the dismissal of all claims against General Fidelity. The grounds for this Motion, which are more fully discussed in the accompanying Memorandum of Law, are as follows:

1. General Fidelity filed a case with substantially similar issues first in the Southern

District of Florida.

2. On May 24, 2011, the Southern District of Florida granted General Fidelity's motion for summary judgment, finding that General Fidelity has no duty to defend or indemnify Plaintiffs Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B & A, LLC. *See* Order, attached as Exhibit A.

3. Northstar's claims against General Fidelity in the instant case involve the same insurance policies, legal issues, and parties upon which the Southern District of Florida has ruled.

WHEREFORE, General Fidelity respectfully requests that this Court dismiss all claims against General Fidelity, as well as any other relief this Court deems just and proper.

Dated: March 24, 2011

        Respectfully submitted,

        /s/ R. Steven Rawls
        R. STEVEN RAWLS, ESQ.
        Florida Bar No.: 938254
        srawls@butlerpappas.com
        RYAN K HILTON, ESQ.
        Florida Bar No.: 0304610
        rhilton@butlerpappas.com
        ROBERT J. WITMEYER, ESQ.
        Florida Bar No.: 10249
        rwitmeyer@butlerpappas.com
        BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
        777 S. Harbour Island Boulevard, Suite 500
        Tampa, FL 33602
        Tel. 813-281-1900
        Fax. 813-281-0900
        Trial Counsel for General Fidelity Insurance Company

        and

ANDREW L. PLAUCHÉ, JR., ESQ.
Louisiana Bar No.: 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Tel: 504-582-1142
Fax: 504-582-1172

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Under the First-to-File Rule has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ