UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

            Plaintiffs,

v.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

           Defendants.
_____/

Case No: 2:10-cv-00384

Judge: Fallon

Magistrate: Wilkinson

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, General Fidelity Insurance Company, has filed the attached Motion to Dismiss for Under the First-to-File Rule Pursuant to Court Order of March 3, 2011. PLEASE TAKE FURTHER NOTICE that the Motion will be submitted on April 13, 2011 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: March 24, 2011

            Respectfully submitted,

            /s/ R. Steven Rawls
            R. STEVEN RAWLS, ESQ.
            Florida Bar No.: 938254
            srawls@butlerpappas.com
            RYAN K HILTON, ESQ.
            Florida Bar No.: 0304610
            rhilton@butlerpappas.com
            ROBERT J. WITMEYER, ESQ.
            Florida Bar No.: 10249
            rwitmeyer@butlerpappas.com
            BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
            777 S. Harbour Island Boulevard, Suite 500

Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
Louisiana Bar No.: 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Tel: 504-582-1142
Fax: 504-582-1172

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum of Law in Support of Its Motion to Dismiss Under the First-to-File Rule has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2011.

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ