UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL No. 2047
PRODUCTS LIABILITY LITIGATION  : Section L

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La)  : JUDGE FALLON
  : MAG. JUDGE WILKINSON
_____/

## GENERAL FIDELITY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant General Fidelity Insurance Company ("General Fidelity"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure and Local Rule for the Eastern District of Louisiana 7.4, hereby files the following Memorandum of Law in Support of its Motion to Dismiss. This case should be dismissed for lack of subject matter jurisdiction.

General Fidelity joins in, adopts and incorporates by reference the Insurer Steering Committee's Memorandum of Law in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. [ECF No. 8366] attached as EXHIBIT A.

Dated: March 24, 2011

Respectfully submitted,

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
ROBERT J. WITMEYER, ESQ.
Florida Bar No.: 10249
rwitmeyer@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum of Law in Support of its Motion to Dismiss has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ