UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.    2047<br>Section L |
| This Document Relates to<br>ALL CASES and specifically<br>AMATO v. LIBERTY MUTUAL INS. CO., et al<br>(OMNI V) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, General Fidelity Insurance Company, has filed the attached Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Court Order of March 3, 2011.  PLEASE TAKE FURTHER NOTICE that the Motion will be submitted on April 13, 2011 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
FL Bar No. 938254
srawls@butlerpappas.com
RYAN K. HILTON, ESQ.
FL Bar No. 0304610
rhilton@butlerpappas.com
ROBERT J. WITMEYER, ESQ.
rwitmeyer@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(fax)(813) 281-0900
Trial Counsel for General Fidelity Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

Respectfully submitted,

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.