UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION           : Section L

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La)        : JUDGE FALLON
                                        : MAG. JUDGE WILKINSON

/

## GENERAL FIDELITY'S MOTION TO JOIN IN INSURER STEERING COMMITTEE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES CIVIL PROCEDURE AND INSURER STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT

Defendant General Fidelity Insurance Company ("General Fidelity"), by and through undersigned counsel, files this Motion to Join in the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Federal Procedure and the Insurer Steering Committee's Memorandum of Law in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [ECF No.8366] and in support thereof states as follows:

1.     General Fidelity joins, adopts and incorporates by reference the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Memorandum of Law In Support.

2.     General Fidelity also files its own separate Motion to Dismiss Pursuant to Rule 12(b)(1) in conjunction with joining in the Insurer Steering Committee's Motion to Dismiss Pursuant

to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Memorandum of Law In Support.

WHEREFORE, GENERAL FIDELITY INSURANCE COMPANY, respectfully requests this Court to allow General Fidelity to join the Insurer Steering Committee's Motion to Dismiss and Memorandum of Law in Support.

Dated: March 24, 2011

        Respectfully submitted,

        /s/ R. Steven Rawls
        R. STEVEN RAWLS, ESQ.
        Florida Bar No.: 938254
        srawls@butlerpappas.com
        RYAN K HILTON, ESQ.
        Florida Bar No.: 0304610
        rhilton@butlerpappas.com
        ROBERT J. WITMEYER, ESQ.
        Florida Bar No.: 10249
        rwitmeyer@butlerpappas.com
        BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
        777 S. Harbour Island Boulevard, Suite 500
        Tampa, FL 33602
        Tel. 813-281-1900
        Fax. 813-281-0900
        Trial Counsel for General Fidelity Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Join has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

        /s/ R. Steven Rawls
        R. STEVEN RAWLS, ESQ.