UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La) : JUDGE FALLON
: MAG. JUDGE WILKINSON

_____/

## ORDER

THIS CAUSE came before the Court on Defendant General Fidelity Insurance Company's Motion to Join in the Insurance Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Federal Procedure and the Insurer Steering Committee's Memorandum of Law in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [ECF No.8366].

**IT IS HEREBY ORDERED** that General Fidelity Insurance Company's motion is **GRANTED** and said Defendant is allowed to join in the Insurance Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Federal Procedure and the Insurer Steering Committee's Memorandum of Law in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [ECF No. 8366], while in conjunction General Fidelity also files its own separate Motion to Dismiss.

      **DONE AND ORDERED** in Chambers at New Orleans, Louisiana, this ____ day of March, 2011.

                                                          _____
                                                          **ELDON E. FALLON**
                                                          **UNITED STATES DISTRICT JUDGE**