UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) (Relates to *Amato v. Liberty Mutual Ins.*, No. ) 2:10-cv-00932) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

## SCOTTSDALE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Scottsdale Insurance Company ("Scottsdale"), by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment. The *Amato* "Omnibus V" Amended Complaint asserts claims against Scottsdale based, in part,[1] on an alleged commercial general liability ("CGL") policy issued to Black Bear Gypsum, LLC. However, no such policy exists. Because Scottsdale did not issue any policy to Black Bear Gypsum, LLC, all claims against Scottsdale relative to any policy issued to Black Bear Gypsum, LLC should be dismissed.

By filing this motion, Scottsdale does not waive any other defenses it may have to this action, including lack of subject matter jurisdiction.

**WHEREFORE**, for all the reasons set forth in the accompanying memorandum, Scottsdale respectfully request that this Court enter an order: (1) granting this Motion; (2)

---

[1] Plaintiff Joan Patterson is the only named plaintiff asserting a claim in connection with the alleged policy issued to Black Bear Gypsum, LLC. Scottsdale has also been sued by Plaintiffs Patrick and Ann Hanlon and Barry and Denise Durrance in connection with a Scottsdale policy issued to Black Bear Gypsum Supply, Inc. Scottsdale has moved to dismiss those claims and Ms Patterson's claims in a separate motion [Doc. Rec. 8366] because the state law governing these non-Louisiana claims prohibit direct actions by injured third parties and because the insurance coverage issues at the heart of the *Amato* Complaint are improperly included in this MDL.

PD.4882611.1

dismissing the claims against it relative to any policy issued to Black Bear Gypsum, LLC; and

(3) granting such other and further relief this Court deems necessary and proper.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

BY:   */s/ Charlotte Jane Sawyer*
        Jay Russell Sever, (La. Bar No. 23935)
        Charlotte Jane Sawyer (La. Bar No. 28493)
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email: severj@phelps.com
              sawyerc@phelps.com

- AND –

        H. Alston Johnson III, (La. Bar Roll No. 7293)
        Virginia Y. Trainor (La. Bar No. 25275)
        II City Plaza
        400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802-5618
        P.O. Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: (225) 346-0285
        Telecopier: (225) 381-9197
        Email: redmonm@phelps.com
              trainorg@phelps.com

**ATTORNEYS FOR SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Summary Judgment** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*/s/ Charlotte Jane Sawyer*
Charlotte Jane Sawyer
Louisiana Bar Roll No. 28493
Attorney for Scottsdale Insurance Company
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: sawyerc@phelps.com