UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 2:09-MD-02047 |
| | SECTION L |
| | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAG. JUDGE WILKINSON |

### SCOTTSDALE INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

### INTRODUCTION

The *Amato* "Omnibus V" Amended Complaint asserts claims against Scottsdale Insurance Company ("Scottsdale") based, in part,[1] on an alleged commercial general liability ("CGL") policy issued to Black Bear Gypsum, LLC. But as demonstrated below, no such policy exists. Because Scottsdale did not issue any policy to Black Bear Gypsum, LLC, all claims against Scottsdale relative to any policy issued to Black Bear Gypsum, LLC should be dismissed.

### BACKGROUND

Plaintiffs and the Plaintiffs' Steering Committee ("PSC") filed this "Omnibus" *Amato* Complaint on March 19, 2010. On May 11, 2010, the PSC filed the Amended Complaint, which is the operative pleading at issue in this Motion. Plaintiffs' Amended Complaint purports to join the claims of approximately 420 plaintiffs who purportedly have claims pending against

---

[1] Plaintiff Joan Patterson is the only named plaintiff asserting a claim in connection with the alleged policy issued to Black Bear Gypsum, LLC. Scottsdale has also been sued by Plaintiffs Patrick and Ann Hanlon and Barry and Denise Durrance in connection with a Scottsdale policy issued to Black Bear Gypsum Supply, Inc. Scottsdale has moved to dismiss those claims and Ms Patterson's claims in a separate motion [Doc. Rec. 8366] because the state law governing these non-Louisiana claims prohibit direct actions by injured third parties and because the insurance coverage issues at the heart of the *Amato* Complaint are improperly included in this MDL.

PD.4876617.1

approximately 94 different Insured Defendants, which are alleged to be distributors, suppliers, importers, exporters, or manufacturers of Chinese Drywall, or builders or developers that allegedly used defective Chinese Drywall. Based upon these underlying claims, the 420 Plaintiffs purport to bring a direct action against 98 insurers (including Scottsdale) that are alleged to provide commercial general liability ("CGL") coverage to the Insured Defendants. (*See generally* Am. Compl. at ¶¶ 6-622.) Plaintiffs assert a nationwide class action, and allege *99 subclasses* based on each of the 98 insurers named in the Complaint. (Am. Compl. at ¶¶ 644-647.) The Amended Complaint purports to allege fourteen separate causes of actions against various groups of Defendants. (*Id.* at ¶¶ 659-773.)

## ARGUMENT

Plaintiffs allege that Scottsdale issued a CGL policy to Black Bear Gypsum, LLC (Doc No. 3132-4 at 10; Doc. No. 3132-5 at 5), but no such policy exists. Scottsdale has conducted a full and diligent search of the records it maintains in the ordinary course of its business by policyholder name. As set forth in the attached affidavit of Sarah Costilow, those searches have not revealed any evidence indicating that Scottsdale ever issued any liability insurance policies to Black Bear Gypsum, LLC. (*See* Exhibit A, Affidavit of Sarah Costilow).

It is a clear principle of Louisiana law that party seeking to prove coverage under an insurance policy "bears the burden of proving *the existence of the policy* and coverage." *Tunstall v. Stierwald*, 2001-1765 (La. 2/26/02), 809 So. 2d 916, 921, citing *Collins v. New Orleans Public Service, Inc.*, 234 So. 2d 270, 272 (La. App. 4th Cir. 1970), *writ den.*, 236 So. 2d 503 (1970); *Johnston v. Broussard*, 41, 477 (La. App. 2 Cir. 9/20/06); 940 So.2d 79, 82 (a "written insurance contact is an essential element of the plaintiff's *prima facie* case").

As explained above, Scottsdale never issued a CGL policy to Black Bear Gypsum, LLC. Therefore, no plaintiff can possibly state a claim against Scottsdale relative to any policy issued

to Black Bear Gypsum, LLC, and such claims against Scottsdale should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Scottsdale respectfully requests that this Court enter an order: (1) granting this Motion; (2) dismissing the claims against it relative to any policy issued to Black Bear Gypsum, LLC for the reasons discussed above; and (3) granting such other and further relief this Court deems necessary and proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Charlotte Jane Sawyer*
Jay Russell Sever, (La. Bar No. 23935)
Charlotte Jane Sawyer (La. Bar No. 28493)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: severj@phelps.com
sawyerc@phelps.com

- AND –

H. Alston Johnson III, (La. Bar Roll No. 7293)
Virginia Y. Trainor (La. Bar No. 25275)
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email: redmonm@phelps.com
trainorg@phelps.com
**ATTORNEYS FOR SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum of Law in Support of Scottsdale Insurance Company's Motion for Summary Judgment** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Charlotte Jane Sawyer*
Charlotte Jane Sawyer
Louisiana Bar Roll No. 28493
Attorney for Scottsdale Insurance Company
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: sawyerc@phelps.com