# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## AFFIDAVIT OF SARAH COSTILOW

STATE OF ARIZONA

COUNTY OF MARICOPA

SARAH COSTILOW, being duly sworn, deposes and says:

1. I am over 21 years of age, am of sound mind and have personal knowledge of the facts set forth herein.

2. I am a Senior Claims Specialist at Scottsdale Insurance Company ("Scottsdale") with my principal office at 8877 N. Gainey Center Drive, Scottsdale, Arizona 85258.

3. I am familiar with and have personal experience using the technological methods employed by Scottsdale to search for policies issued by Scottsdale.

4. After a thorough search of Scottsdale's records, no policy issued to Black Bear Gypsum, LLC was found to exist.

1

*[signature]*
SARAH COSTILOW

SWORN AND SUBSCRIBED
BEFORE ME THIS 22nd DAY
OF March, 2011

*[signature]*

NOTARY PUBLIC
Commission expires 12/17/2013

SKYLER HOFF
Notary Public - Arizona
Maricopa County
My Comm. Expires Dec 17, 2013