UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 2:09-MD-02047 |
| | SECTION L |
| | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAG. JUDGE WILKINSON |

### SCOTTSDALE INSURANCE COMPAY'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Scottsdale Insurance Company ("Scottsdale") offers the following Statement of Uncontested Material Facts in Support of its Motion for Summary Judgment as required by this Court's Local Rule 56.1.

1. Scottsdale Insurance Company is identified as an insurer/defendant in ¶ 508 of the Amended Complaint [Rec. Doc. 3132-1].

2. In ¶ 428 of the Amended Complaint, it is alleged that specific insured entitled and their respective insurers can be found in Omni V Schedule 2.

3. On page 4 of Schedule 2, Scottsdale is identified as a carrier of Black Bear Gypsum, LLC. No policy number is listed for this policy.

4. On page 10 of Schedule 1, Scottsdale is again identified as a carrier of Black Bear Gypsum, LLC.

5. Scottsdale is separately filing the affidavit of Sarah Costilow on behalf of Scottsdale, in which she states that after a search of Scottsdale's records, no policy issued to Black Bear Gypsum, LLC was found to exist.

PD.4884096.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Charlotte Jane Sawyer*
　　　Jay Russell Sever, (La. Bar No. 23935)
　　　Charlotte Jane Sawyer (La. Bar No. 28493)
　　　365 Canal Street • Suite 2000
　　　New Orleans, Louisiana 70130-6534
　　　Telephone: (504) 566-1311
　　　Telecopier: (504) 568-9130
　　　Email: severj@phelps.com
　　　　　　 sawyerc@phelps.com


- AND –


　　　H. Alston Johnson III, (La. Bar Roll No. 7293)
　　　Virginia Y. Trainor (La. Bar No. 25275)
　　　II City Plaza
　　　400 Convention Street, Suite 1100
　　　Baton Rouge, Louisiana 70802-5618
　　　P.O. Box 4412
　　　Baton Rouge, Louisiana 70821-4412
　　　Telephone: (225) 346-0285
　　　Telecopier: (225) 381-9197
　　　Email: redmonm@phelps.com
　　　　　　 trainorg@phelps.com

**ATTORNEYS FOR SCOTTSDALE INSURANCE COMPANY**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically

2

filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Charlotte Jane Sawyer*
Charlotte Jane Sawyer
Louisiana Bar Roll No. 28493
Attorney for Scottsdale Insurance Company
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: sawyerc@phelps.com