UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | | |

## ORDER

Considering the foregoing Motion for Summary Judgment submitted on behalf of Defendant, Scottsdale Insurance Company;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Scottsdale Insurance Company's Motion for Summary Judgment is **GRANTED**.

Signed this \_\_\_\_ day of April, 2011 in New Orleans, Louisiana.

_____
JUDGE

PD.4883858.1