UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) CASE NO. 2:09-MD-02047 ) ) SECTION L ) ) JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, Scottsdale Insurance Company, will submit for consideration the accompanying Motion for Summary Judgment before the Honorable Eldon E. Fallon, United States District Judgment, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 13th day of April, 2011, at 9:00 a.m.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Charlotte Jane Sawyer*
Jay Russell Sever, (La. Bar No. 23935)
Charlotte Jane Sawyer (La. Bar No. 28493)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: severj@phelps.com
         sawyerc@phelps.com

- AND –

> H. Alston Johnson III, (La. Bar Roll No. 7293)
> Virginia Y. Trainor (La. Bar No. 25275)
> II City Plaza
> 400 Convention Street, Suite 1100
> Baton Rouge, Louisiana 70802-5618
> P.O. Box 4412
> Baton Rouge, Louisiana 70821-4412
> Telephone: (225) 346-0285
> Telecopier: (225) 381-9197
> Email: redmonm@phelps.com
> trainorg@phelps.com
> **ATTORNEYS FOR SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

> */s/ Charlotte Jane Sawyer*
> Charlotte Jane Sawyer
> Louisiana Bar Roll No. 28493
> Attorney for Scottsdale Insurance Company
> 365 Canal Street • Suite 2000
> New Orleans, Louisiana 70130-6534
> Telephone: (504) 566-1311
> Telecopier: (504) 568-9130
> Email: sawyerc@phelps.com