UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 09-md-2047 ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS KG, et al. Civil Action No. 09-cv-7628 | ) ) ) ) |

### 84 LUMBER COMPANY'S JOINDER IN INTERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PURSUANT TO F.R.C.P. 37(b)

84 Lumber Company joins the Interior Exterior's Motion to dismiss those claims in this matter for which the Plaintiffs, specifically Chavis and Catherine Verrett and any Plaintiffs contained within Interior Exterior's Motion who have claims against 84 Lumber Company, have violated this Court's Orders and have failed to submit a complete Profile Form as part of their required participation in the discovery process. [Rec. Doc. 8025]

Respectfully submitted,

/s/Marc T. Thirkell
S. Manoj Jegasothy, Esquire, PA ID #80084
Jeffrey R. Wilson, Esquire, PA ID #72735
John G. Ebken, Esquire, PA ID #91031
Marc T. Thirkell, Esquire, PA ID #90995
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:    412-562-1041
*Counsel for 84 Lumber Company, LP, and 84 Lumber Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Marc T. Thirkell
Marc T. Thirkell