# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIATION | MDL NO. 2047 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| DEAN and DAWN AMATO, *et al.* v. LIBERTY MUTUAL INSURANCE COMPANY, *et al.* Civil Action No. 10-0932 | MAJ. JUDGE WILKINSON |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendant Greenwich Insurance Company hereby requests oral argument on its Motion to Dismiss filed this date.

                                                 Respectfully submitted,

                                                 *Martin A. Stern*
                                                 MARTIN A. STERN, T.A. (#17154)
                                                 JEFFREY E. RICHARDSON (#2323)
                                                 CHRISTINE S. FORTUNATO (#30505)
                                                 ADAMS AND REESE LLP
                                                 One Shell Square
                                                 701 Poydras Street, Suite 4500
                                                 New Orleans, LA 70139
                                                 Telephone:  (504) 581-3234
                                                 Facsimile:  (504) 566-0210
                                                 Martin.Stern@arlaw.com
                                                 Jeff.Richardson@arlaw.com
                                                 Christine.Fortunato@arlaw.com

STEPHEN M. MARCELLINO
RICHARD S. OELSNER
JENNIFER ALAMPI
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Stephen.Marcellino@wilsonelser.com
Richard.Oelsner@wilsonelser.com
Jennifer.Alampi@wilsonelser.com

*Attorneys For Greenwich Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON