**MINUTE ENTRY**
**FALLON, J.**
**MARCH 25, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Vickers v. Knauf Gips KG*, No. 09-4117; *Payton v. Knauf Gips KG*, No. 09-7628; *Silva v. Arch Insurance Co.*, No. 09-8034.

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the class certification motions and the discovery, briefing, and hearing schedule related thereto. The Court informed the parties that it issued immediately prior to the conference a final scheduling order for the class certification motions. *See* (R. Doc. 8385). The Court also informed the parties that it would permit inspections of the fact witness homes, including modest destruction to identify the drywall manufacturer, but that any other destructive testing would be prohibited. The Court also informed the parties that it will issue shortly its written reasons on a number of homebuilders' motions to intervene in the class actions, but that it will be denying the Mitchell Company, Inc.'s motion, while granting the Taylor Morrison, Centerline, and Lennar entities' motions.

JS10(00:05)