UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | CIVIL ACTION NO. 09-2047 |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| ALL CASES | : | |

## ORDER

Considering the Knauf Defendants' request to join in Interior Exterior's Motion To Dismiss The Claims Of Certain Plaintiffs Who Have Failed To Produce Profile Forms Pursuant To F.R.C.P. Rule 37(b). [Rec. Doc. 8025],

**IT IS HEREBY ORDERED** that the Knauf Defendants' request is granted and said Defendants are allowed to join in Interior Exterior's Motion To Dismiss The Claims Of Certain Plaintiffs Who Have Failed To Produce Profile Forms Pursuant To F.R.C.P. Rule 37(b).

New Orleans, Louisiana this 24th day of March, 2011.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE