UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | MAGISTRATE JUDGE |
| ALL HOMEBUILDERS | * | WILKINSON |
| | * | |
| IN ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

On March 9, 2011, the Court entered an Order (R. Doc. 8006) regarding payment of fees and expenses of the Homebuilders' Liaison Counsel ("the Fee Order"). Certain builders have moved the Court to clarify the Fee Order to ensure that compliance with the order does not jeopardize any pending defenses and objections, including without limitation objections to the jurisdiction of this Court. *See* (R. Docs. 8317, 8318, 8319, 8320). Accordingly, the Court hereby clarifies its prior Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel as follows:

**IT IS ORDERED** that all builders shall promptly comply with the Court's Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel.

**IT IS FURTHER ORDERED** compliance by any builder with the Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel shall not constitute a waiver

of any pending defenses and objections, including without limitation objections to the jurisdiction of this Court.

**IT IS FURTHER ORDERED** all other provisions of the Fee Order shall remain in full force and effect.

**NEW ORLEANS, LOUISIANA,** this 25th day of March, 2011.

_____
**DISTRICT JUDGE**