UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | MDL 2047<br><br>SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Vickers, et al v. Knauf Gips KG, et al*<br>No. 09-4117 | * * * | MAG. JUDGE WILKINSON |
| *Payton, et al v. Knauf Gips, KG, et al*<br>No. 09-7628 | * * * | |
| *Silva, et al v. Knauf Gips, KG, et al*<br>No. 09-8034 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**
**(Scheduling Order re: Hearings for Class Certification)**

On March 25, 2011, the Court issued a Scheduling Order for the pending class certification motions in the above-captioned cases. *See* (R. Doc. 8385). Shortly after issuing this Order the Court learned of a scheduling conflict with the hearing dates selected. Accordingly, IT IS ORDERED that the current hearing dates of August 8-10, 2011, are CONTINUED to August 23-24, 2011, at 9:00 a.m. central time. All other dates and deadlines remain in effect.

New Orleans, Louisiana, this 28th day of March 2011.

_____
U.S. District Judge