UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : | MDL NO. 2047 |
| : | SECTION: L |
| THIS DOCUMENT RELATES TO: : | JUDGE FALLON |
| : | MAG. JUDGE WILKINSON |
| Case No. 11-080 : | |
| *Kenneth Abel, et al. v. Taishan Gypsum Co. Ltd., et al.* : | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Centerline Homes, Inc.,[1] Completed Communities II, LLC, Centerline Homes at Tradition, LLC[2] and Centerline Homes Construction, Inc. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

---

[1]  This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

[2]  This entity was merged into Completed Communities II, LLC, on or about December 28, 2007.

Respectfully submitted,

By: /s/ Vanessa M. Serrano
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, FL 33394
    Telephone: (954) 764-7060
    Facsimile: (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for Centerline Homes, Inc.,*
*Completed Communities II, LLC,*
*Centerline Homes at Tradition, LLC and*
*Centerline Homes Construction, Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of March, 2011.

                                                                               /s/ Vanessa M. Serrano
                                                                               Vanessa M. Serrano

4814-6495-3353.1
34720/0062