UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| David Gross, et al. vs. Knauf Gips, KG., et al. | ) ) ) ) | MAG. JUDGE WILKINSON |
| CASE NO.: 2:09-CV-6690-EEF-JCW | ) ) | |

**BOYLE LUMBER COMPANY'S MOTION TO DISMISS PLAINTIFF, RUBEN JAEN'S OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III(A)) AND PLAINTIFF MARY ANNE BENES' SUBSTITUTED AND AMENDED OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

NOW INTO COURT, through undersigned counsel, comes defendant Boyle Lumber Company ("Boyle Lumber") who moves to dismiss Plaintiff Ruben Jaen's Omnibus Class Action Complaint in Intervention (III(A)) and Plaintiff Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) for Lack of Personal Jurisdiction Under Federal Rule of Civil Procedure 12(b)(2).

        Respectfully Submitted

        s/ Glen E. Mercer_____
By:  Glen E. Mercer (#21752)
       Kourtney T. French (#26736)
       SALLEY HITE & MERCER LLC
       365 Canal Street, Suite 1710
       New Orleans, Louisiana  70130
       Tel:  (504) 566-8800
       Facsimile:  (504) 566-8828
       Attorneys for Defendant
       Boyle Lumber Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of March, 2011.

        s/ Glen E. Mercer_____
        GLEN E. MERCER