## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| David Gross, et al. vs. Knauf Gips, KG., et al. | MAG. JUDGE WILKINSON |
| CASE NO.: 2:09-CV-6690-EEF-JCW | |

### AFFIDAVIT OF KENT WILBURN

STATE OF MISSISSIPPI

COUNTY OF BOLIVAR

BEFORE ME, the undersigned authority, on this day personally appeared:

### KENT WILBURN

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the general manager of Boyle Lumber Company ("Boyle Lumber") and, as such, has personal knowledge of the following based on his personal knowledge as well as his review of records maintained by Boyle Lumber in the regular course of business.

Case 2:09-md-02047-EEF-MBN   Document 8406-2   Filed 03/28/11   Page 2 of 2

2. Boyle Lumber is a corporation organized and existing under the laws of the State of Mississippi and has its principal and only place of business in Bolivar County, Mississippi.

3. Boyle Lumber is a retail hardware store with a single location in Boyle, Mississippi.

4. Boyle Lumber has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

5. Boyle Lumber does not have an agent for service of process in Louisiana.

6. Boyle Lumber does not nor has it ever had any bank accounts in Louisiana or owned property in Louisiana.

7. Boyle Lumber does not solicit business in Louisiana nor has it ever transacted business in Louisiana.

8. Boyle Lumber has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

9. Boyle Lumber does not nor has it ever maintained an office, store, headquarters, shop, warehouse or any other facility in the State of Louisiana.

10. Boyle Lumber has never received any business from any contacts in Louisiana, whether individual customers or business customers.

_____
KENT WILBURN

Sworn to and subscribed before me this
7th day of March, 2011.

_____
NOTARY PUBLIC

[Notary seal: STATE OF MISSISSIPPI, DEBORAH B. BARFIELD, NOTARY PUBLIC, ID# 1811, Commission Expires November 14, 2013, BOLIVAR COUNTY]