UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| David Gross, et al. vs. Knauf Gips, KG., et al. | ) ) ) ) | MAG. JUDGE WILKINSON |
| CASE NO.: 2:09-CV-6690-EEF-JCW | ) ) | |

## NOTICE OF SUBMISSION

Please take notice that Boyle Lumber Company's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) will be brought on for hearing before the Honorable Eldon E. Fallon on the 13th day of April, 2011 at 9:00 AM or as soon thereafter as it may be heard.

                Respectfully Submitted

                s/ Glen E. Mercer_____
             By: Glen E. Mercer (#21752)
                Kourtney T. French (#26736)
                SALLEY HITE & MERCER LLC
                365 Canal Street, Suite 1710
                New Orleans, Louisiana 70130
                Tel: (504) 566-8800
                Facsimile: (504) 566-8828
                Attorneys for Defendant
                Boyle Lumber Company

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of March, 2011.

                s/ Glen E. Mercer_____
                GLEN E. MERCER