UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering Harleysville Mutual Insurance Company's Motion for Leave to file an Additional Memorandum of Law in Support of the Insurance Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED BY THIS COURT that Harleysville Mutual Insurance Company is granted leave of Court to file its Additional Memorandum of Law in Support of the Insurance Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and said Memorandum is deemed filed.

New Orleans, Louisiana, this the 28th day of March, 2011.

Honorable Edward E. Fallon
U.S. District Judge