# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047<br>*<br>*<br>*<br>* JUDGE FALLON |
| **This document relates to:** | *<br>* |
| AMATO, ET AL.<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | *<br>* MAGISTRATE WILKINSON<br>*<br>* |
| CASE NO. 2:10-cv-00932 (E.D. La.) | *<br>* |

******************************************* *

## ORDER GRANTING
## THE CHARTIS INSURERS' JOINDER TO INSURER
## STEERING COMMITTEE'S MOTION TO DISMISS PURSUANT TO
## RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Considering the foregoing motion of Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) ("Chartis Select") as the alleged insurer of L&W Supply Corporation d/b/a Seacoast Supply Company and USG Corporation (collectively, "USG"); Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company ("Chartis Specialty") as the alleged insurer of Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner

Supply International, LLC (collectively "Banner"); Illinois National Insurance Company ("Illinois National") as the alleged insurer of Banner and USG; Lexington Insurance Company ("Lexington") as the alleged insurer of USG; and National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh ("National Union") as the alleged insurer of F. Vicino and Company, Inc., Banner, and USG (the "Chartis Insurers);

IT IS ORDERED that the Chartis Insurers be and the same hereby are permitted to join in the relief sought in the Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [Rec. Doc. 8366]; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to file into the record the Chartis Insurers' Joinder to Insurer Steering Committee's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, attached to the Chartis Insurers' motion.

New Orleans, Louisiana this __28th__ day of ____March____, 2011.

_____
**JUDGE**