UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Kenneth Abel, et al

     Plaintiff,

v.                                      Civil Action No. 11-080 Section L

Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe
Dongxin Co., Ltd, et al

     Defendant.
_____\

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, RODNEY J. JANIS and MICHAEL W. SWITZER of Fowler White Burnett, PA, Phillips Point, West Tower, 777 South Flagler Drive, Suite 901, West Palm Beach, Florida, 33401, are designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of the following named defendant: Rosen Materials, LLC

Dated this 28 day of March, 2011

By:  /s/ Michael W. Switzer
       Rodney J. Janis, Esquire
       Fla. Bar No. 647896
       Michael W. Switzer, Esquire
       Fla. Bar No. 728268
       FOWLER WHITE BURNETT P.A.
       901 Phillips Point West
       777 South Flagler Drive
       West Palm Beach, Florida 33401
       Telephone: (561) 802-9044
       Facsimile: (561) 802-9976

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer