UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS KG, et al. Civil Action No. 09-cv-7628 | |

## ORDER OF COURT

Considering the 84 Lumber Company's request to join in Interior Exterior's Motion to dismiss those claims in this matter for which the Plaintiffs, specifically Chavis and Catherine Verrett and any Plaintiffs contained within Interior Exterior's Motion who have claims against 84 Lumber, have violated this Court's Orders and have failed to submit a complete Profile Form as part of their required participation in the discovery process, it is hereby ordered that the 84 Lumber Defendant's request is granted and said Defendant is allowed to join in Interior Exterior's Motion to dismiss claims of Plaintiffs who completely failed to comply with discovery and this Court's Order to file Profile Forms. [Rec. Doc. 8025]

New Orleans, Louisiana, this 28th day of March, 2011.

ELDON E. FALLON
U.S. DISTRICT COURT JUDGE