UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This Document relates to: | * | MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mutual Insurance* | * | |
| *Company, et al* (10-932) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION OF CANAL INDEMNITY COMPANY
### FOR LEAVE TO JOIN INSURER STEERING COMMITTEE'S
### FRCP RULE 12(b)1 MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Canal Indemnity Company, who seeks the Court's leave to join in the FRCP Rule 12(b)(1) Motion to Dismiss previously filed by the Insurer Steering Committee (R. Doc. 8366). As alleged by plaintiffs in their amended *Amato* Complaint, Case No: 2:10 cv-00932 (R. Doc. 3132), Canal is a South Carolina corporation with its principal place of business in South Carolina. The amended complaint further alleges that, of the 94 named defendants, Canal insured one (1), J.M. Interiors, Inc., an entity organized under the laws of Florida, with its principal place of business located in Florida, with a registered agent for service of process located in Florida. The amended complaint finally alleges that

J.M. Interiors installed Chinese drywall in the home of a single set of plaintiffs, Lloyd and Dina Ramsarran, whose home was located in Florida.  For all of the reasons identified and addressed in the Motion to Dismiss pursuant to Rule 12(b)1 and supporting memorandum filed by the Insurer Steering Committee, Canal is similarly entitled to dismissal for lack of subject matter jurisdiction under FRCP Rule 12(b)(1).  Canal has no additional arguments to make, and would simply join in and adopt, *in toto*, the motion and supporting memorandum of the Insurer Steering Committee.

**WHEREFORE**, defendant, Canal Indemnity Company, prays that this motion be granted, and that if be granted leave to join in the FRCP 12(b)1 motion previously filed by the Insurer's Steering Committee.

    Respectfully submitted:

    **BURGLASS & TANKERSLEY, LLC**

    */s/ Dennis J. Phayer*

    **DENNIS J. PHAYER (#10408)**
    **SCOTT O. GASPARD (#23747)**
    5213 Airline Drive
    Metairie, Louisiana 70001-5602
    Phone: (504) 836-2220
    Fax: (504) 836-2221
    dphayer@burglass.com
    sgaspard@burglass.com
    ***Counsel for defendant, Canal Indemnity Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion for Canal Indemnity Company for Leave to Join Insurer Steering Committee's FRCP Rule 12(b)(1) Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2011.

/s/ Scott O. Gaspard