UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| **This Document relates to:** | * | MAG. JUDGE WILKINSON |
| *Amato v. Liberty Mutual Insurance* | * | |
| *Company, et al* **(10-932)** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

THE FOREGOING MOTION CONSIDERED;

**IT IS ORDERED** that Canal Indemnity Company be granted leave to join the Insurer's Steering Committee Motion to Dismiss pursuant to Rule 12(b)(1) (R. Doc. 8366).

New Orleans, Louisiana, this _____ of _____, 2011.

_____
United States District Judge