UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL       MDL No. 2047
       PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                  JUDGE FALLON
                                           MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932

## ORDER

Upon consideration of Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, and Nationwide Property and Casualty Insurance Company's Motion to Join in Quanta Indemnity Company's Memorandum of Law in Support of Its Motion to Drop Parties Improperly Joined Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana this 28th day of March, 2011.

                                                HONORABLE ELDON E. FALLON
                                                U.S. District Judge