UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum of Additional Support on Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee:

IT IS HEREBY ORDERED that defendants, Chubb Custom Insurance Company and Federal Insurance Company are granted leave to file their Memorandum of Additional Support on Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee and joined by 57 moving Insurance Company Defendants, including Chubb Custom Insurance Company and Federal Insurance Company.

Signed this __28th__ day of __March__, 2011, in New Orleans, Louisiana.

_____
Judge, United States District Court
Eastern District of Louisiana

PD.4882794.1