UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Additional Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee:

IT IS HEREBY ORDERED that defendant, Wesco Insurance Company is granted leave to file its Additional Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) filed by Insurer Steering Committee and joined by 57 moving Insurance Company Defendants, including Wesco Insurance Company.

Signed this __28th__ day of __March__, 2011, in New Orleans, Louisiana.

*/s/ Eldon E. Fallon*
Judge, United States District Court
Eastern District of Louisiana

4

PD.4882319.1