UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL 2047<br>*<br>* SECTION L<br>* |
| * * * * * * * * * * * * * * * * * * * | * JUDGE FALLON<br>* |
| This document relates to: | *<br>* MAG. JUDGE WILKINSON |
| *Silva v. Interior Exterior Building Supply, LP*,<br>Case No. 09-cv-08030 (E.D. La) | * |

CASE MANAGEMENT ORDER

To expedite discovery, conserve judicial resources, and facilitate the administration of the referenced case before the Court, the Court hereby enters the following Case Management Order.

1. Answers, Third-Party Claims, Cross Claims, and Amendments to Pleadings shall be filed by March 11, 2011.

2. Defendants shall be provided with reasonable access to inspect the subject properties by March 15, 2011, and have on-going access to the properties thereafter. The parties shall coordinate to schedule the inspections at a convenient time and with as little burden as possible to the property owners.

3. All written discovery, in the form of interrogatories, requests for production and requests for admissions, will be served on or before March 11, 2011. The responses to all such written discovery shall be completed by April 1, 2011.

4. Plaintiffs shall serve list of all experts and to be used at this trial by April 1, 2011. Defendants shall serve a list of experts to be used in this trial by April 15, 2011.

5. Plaintiffs shall serve a preliminary list of witnesses to be used at trial by April 15, 2011, and Defendants shall serve a preliminary list of witnesses by April 30, 2011.

6. All dispositive motions and/or motions on the merits must be filed by April 4, 2011. Oppositions to such Motions are due by April 25, 2011. A hearing date of May 11, 2011 shall be set for such motions, and the Court shall decide whether to allow oral argument on these motions by May 4, 2011.

7. The parties are to submit proposed jury questionnaires to the Court by May 9, 2011. The Court will consider the proposals and issue a final jury questionnaire to the Jury Section the week of May 16, 2011.

8. Plaintiffs' counsel shall voluntarily produce written reports of testifying experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), including but not limited to documents or other materials relied upon by an expert, and a curriculum vitae, no later than April 15, 2011.

9. Defendant's counsel shall voluntarily produce written reports of testifying experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), including but not limited to documents or other materials relied upon by an expert, and a curriculum vitae, no later than April 29, 2011.  In the event Plaintiffs submit any expert reports passed the April 15, 2011 deadline, Defendants tasked with responding to those expert reports are hereby granted an extension of time to respond commensurate with the extension given to Plaintiffs' expert.

10. Rebuttals to expert reports, if any, shall be produced no later than May 16, 2011.  The parties agree to produce such rebuttal experts for deposition or re-deposition by June 15, 2011.

11. Counsel shall complete all depositions for trial use and all discovery shall be completed no later than June 1, 2011.

12. All *Daubert* motions shall be filed no later than June 5, 2011. Responses in opposition to all *Daubert* motions shall be filed no later than June 15, 2011. All *Daubert* motions shall be set for hearing on June 24, 2011 at 9:00 a.m.

13. All motions *in limine* shall be filed no later than July 1, 2011. Responses in opposition to such motions shall be filed no later than July 8, 2011. All motions *in limine* shall be set for hearing on July 15, 2011 at 9:00 a.m.

14. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, proposed jury charges, and a proposed jury verdict form no later than July 1, 2011.

15. Counsel for the parties shall file in the record and serve upon their opponents all objections to proposed jury charges, and proposed jury instructions no later than July 11, 2011.

16. Counsel for all parties shall file in the record and serve upon their opponents a list of all exhibits which may or will be used at trial, and all designated deposition testimony which may or will be used at trial no later than July 1, 2011.

17. Counsel for the parties shall file in the record and serve upon their opponents all objections to designated deposition testimony, and exhibits no later than July 8, 2011.

18. Counsel for the parties shall file in the record and serve upon their opponents all responses to objections to designated deposition testimony, exhibits, proposed jury charges, and proposed jury instructions no later than July 12, 2011.

19. The Court will not permit any witnesses, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits without leave of Court.

20. Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Case Management Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays.

21. A Final Pretrial Conference will be held on July 15, 2011 following the hearings on the *Daubert* motions and motions *in limine*. Courtroom training, if appropriate, will commence following the Pretrial Conference.

22. Trial will commence on July 18, 2011 WITH a jury at 8:30 a.m. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last eight (8) days.

23. Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Order and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana this 28th day of March, 2011.

_____
U.S. DISTRICT JUDGE