UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: CHINESE MANUFACTURED      MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION     SECTION: L

**This document relates to:**     JUDGE FALLON

*Kenneth Abel, et al v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 2:11-cv-00080-EEF-JCW     MAGISTRATE JUDGE WILKINSON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF LIMITED APPEARANCE AS COUNSEL

Troy A. Broussard of the law firm of Allen & Gooch, A Law Corporation, hereby enters a Notice of Appearance as counsel of record for Defendant GLM Remodeling & Building Contractors, Inc. GLM Remodeling & Building Contractors, Inc. reserves all rights to object to jurisdiction, venue and/or service as well as the right to assert any and all applicable defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and email address.

                                        ALLEN & GOOCH, A Law Corporation

                                        /s/ *Troy A. Broussard*
                                        TROY ALLEN BROUSSARD (#22280)
                                        P O Box 81129
                                        Lafayette LA 70598-1129
                                        Phone: (337) 291-1370
                                        Facsimile: (337) 291-1375
                                        Email: TroyBroussard@AllenGooch.com
                                        *Attorneys for GLM Remodeling & Building*
                                        *Contractors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Limited Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2011.

/s/ Troy A. Broussard
TROY ALLEN BROUSSARD (#22280)