

Dear Sir or Madam,

Hi! Hope this mail finds well!

We are Qingdao Yilie International Trade Co.,Ltd., one of the defendants of *Gross, et al. v. Knauf Gips KG, et al., Case No. 2: 09-cv-6690 (E. D. La.)*. We were shocked when we got documents on April 13, 2010 which shown that we are in the list of the defendants who has not respond yet. But actually, we have sent our motion to *UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, HERMAN,HERMAN,KATZ&COTLAR,LLP and Levin,Fishbein,Sedran&Berman* on Feb. 26, 2010 after we got a document from our local court. Please find the Shipment Waybill of DHL as attached for your reference. Please kindly help to check with the one who take care of the express.

In case you may lost our motion, please find it in the enclosed file for your reference.
Please kindly check it and advise your comments.

Thanks and may you all have a nice day!

Best Regards
Stone

YILIE GROUP
Tel: +86 (0)532 8388 8219
Fax: +86 (0)532 8388 8217
E-mail: stone_shi@yilie.com
Website: www.yilie.com www.yiliegroup.cn

发件人: Stone Shi / YILIE GROUP
日期: 2010年5月19日 17:57
收件人: kdavis@hhkc.com; MGauchan@lfsblaw.com
抄送: alevin@lfsblaw.com; barrios@bkc-law.com; ervin@colson.com; dbecnel@becellaw.com; bgordon@levinlaw.com; vdiaz@podhurst.com; hlambert@lambertandnelson.com; bsteckler@baronbudd.com; jr@lumpkinreeves.com; rmeunier@meunierhansen.com; rcesar@cesarandyazk.com; jserpe@serpejones.com; cwueinstein@hhnthenannie.com; npatrick@fenarickmillerlaw.com
主题: CDW-Gross, et al. v. Knauf GIPS KG, et al., PLEASE REPLY

附件: 📎 A Motion from Qingdao Yilie International Trade Co.,Ltd..pdf (278 KB)

Dear Sir or Madam,

Hi! Hope this mail finds well!

We are Qingdao Yilie International Trade Co.,Ltd., one of the defendants of *Gross, et al. v. Knauf Gips KG, et al., Case No. 2: 09-cv-6690 (E. D. La.)*.

We have sent you a motion as respond for the case by express on Feb. 26, 2010 and by mail on April 13, 2010, but we didn't get any reply from you by now! We did everything as required, but you just not respond! We really want to coordinate with you, please kindly advise what we should do for this case?

Since you ignored our motion again and again, we have no choice but to state the obvious one more time by this mail.

As you could find, we only shipped drywall twice (Sept. 4,2006 and Sept. 20, 2006), the buyer was SUPPLY IT, INC from US, which is not in the list of defendants. That means the buyer is irrelevant with this action, and due to record that we only export twice to this buyer, apparently it could be believed that we are also irrelevant with this action.

In fact, we were only as a forwarder who arrange the shipment in these two deals. The actual supplier is LinYi Hua Wei Plaster & Building Materials Co., Ltd., it's them who contact and deal with the buyer SUPPLY IT,INC all along. We never produced, sold the drywalls at any time and never contact with the buyer SUPPLY IT, INC. We just help to book the ship and arrange the transportation of the goods after they made the deals. If you have any doubts of this, you could verify with SUPPLY IT,INC. Now as both of them are not in the list of defendants, why should we?

Thanks and waiting for your comments.

Best Regards
Stone

YILIE GROUP
Tel: +86 (0)532 8388 8219
Fax: +86 (0)532 8388 8217



From Arnold Levin –

The Court will schedule the date our response is due.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Stone Shi / YILIE GROUP [mailto:stone_shi@yilie.com]
**Sent:** Wednesday, May 19, 2010 5:58 AM
**To:** ldavis@hhkc.com; Matthew Gaughan
**Cc:** Arnold Levin; barrios@bkc-law.com; ervin@colson.com; dbecnel@becnellaw.com; bgordon@levinlaw.com; vdiaz@podhurst.com; hlambert@lambertandnelson.com; bsteckler@baronbudd.com; jr@lumpkinreeves.com; gmeunier@gainsben.com; cseeger@seegerweiss.com; jerry@yourlawyer.com; sweinstein@forthepeople.cpm; ppatrick@patrickmillerlaw.com
**Subject:** CDW-Gross, et al. v. Knauf GIPS KG, et al., -PLEASE REPLY

Dear Sir or Madam,

Hi! Hope this mail finds well!

We are Qingdao Yilie International Trade Co., Ltd., one of the defendants of *Gross, et al. v. Knauf Gips KG, et al., Case No. 2: 09-cv-6690 (E. D. La.)*.

We have sent you a motion as respond for the case by express on Feb. 26, 2010 and by mail on April 13, 2010, but we didn't get any reply from you by now! We did everything as required, but you just not respond! We really want to coordinate with you, please kindly advise what we should do for this case?



Dear Debbie,

Hi! So many thanks for your reply!

Looking forward to hearing from you again!

Thanks and nice weekend!

Best Regards
Stone

YLIE GROUP
Tel: +86 (0)532 8388 8219
Fax: +86 (0)532 8388 8217
E-mail: stone_shi@ylie.com
Website: www.ylie.com www.yliegroup.cn

----- Original Message -----
**From:** Debbie Murphy
**To:** Stone Shi / YLIE GROUP ; ldavi s@hhkc.com
**Cc:** Arnold Levin ; barrios@bkc-law.com ; Matthew Gauchan ; bgordon@levinlaw.com ; ydiaz@podhurst.com ; blambert@lambertandnelson.com ; bsteckler@baronbudd.com ; jr@lumpkinreeves.com ; gneumier@ainebsn.com ; ssecer@seegerweiss.com ; ervin@colson.com ; dbecnel@becnellaw.com ; patrick@patrickmillerlaw.com ; Fred Longer ; fherman@hhkc.com
**Sent:** Friday, May 21, 2010 2:43 AM
**Subject:** RE: CDW-Gross, et al. v. Knauf GIPS KG, et al., -PLEASE REPLY

From Arnold Levin –

The Court will schedule the date our response is due.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663





发件人: Stone Shi / YILIE GROUP
日期: 2010年6月2日 18:03
收件人: Debbie Murphy; ldavis@hhkc.com; Matthew Gaughan
抄送: Arnold Levin; barrios@bkc-law.com; ervin@colson.com; dbecnel@becnellaw.com; bgordon@levinlaw.com; vdiaz@podhurst.com; hlamber@lambertandnelson.com; bsteckler@baronbudd.com; jr@lumpkinreeves.com; arnoldbrainshen.com; reaches@bcaronplastice.com; jerry@initialower.com; businessions/shownssie.com; nadri@nacricmillortuc.com; Fred Longer; sharman@hhkc.com
主题: Re: CDW-Gross, et al. v. Knauf GIPS KG, et al.,-PLEASE REPLY

Dear Debbie,

Hi! Hope you doing well!

Please kindly keep us update about our motion.

Thanks and waiting for your comments.

Best Regards
Stone

YILIE GROUP
Tel +86 (0)532 8388 8219
Fax +86 (0)532 8388 8217
E-mail stone_shi@yilie.com
Website www.yilie.com www.yiliegroup.cn

----- Original Message -----
From: Debbie Murphy
To: Stone Shi / YILIE GROUP ; ldavis@hhkc.com ; Matthew Gaughan
Cc: Arnold Levin ; barrios@bkc-law.com ; ervin@colson.com ; dbecnel@becnellaw.com ; bgordon@levinlaw.com ; vdiaz@podhurst.com ; hlamber@lambertandnelson.com ; bsteckler@baronbudd.com ; jr@lumpkinreeves.com ; gmeunier@gainsben.com ; rreaches@bcaronplastice.com ; jerry@initialower.com ; sweinstein@forthepeople.com ; ppatrick@patrickmillerlaw.com ; Fred Longer ; sharman@hhkc.com
Sent: Friday, May 21, 2010 2:43 AM
Subject: RE: CDW-Gross, et al. v. Knauf GIPS KG, et al.,-PLEASE REPLY

From Arnold Levin –

The Court will schedule the date our response is due.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663