UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L |
| **This document relates to:** | JUDGE FALLON |
| *Kenneth Abel, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 2:11-cv-00080-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

*****************************************************************

### MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER DEFENDANT PROFILE FORM

Defendant GLM Remodeling & Building Contractors, Inc. respectfully moves the Court for an additional thirty (30) days, through and including April 28, 2011, within which to serve its Builder Defendant Profile Form on liaison counsel in the above-captioned matter. This is GLM Remodeling & Building Contractors, Inc.'s first request for an extension of time in this matter. The 30-day extension will neither prejudice any party nor delay the progression of the case.

WHEREFORE, GLM Remodeling & Building Contractors, Inc. prays for an additional 30 days, through and including April 28, 2011, within which to serve its Builder Defendant Profile Form on liaison counsel in the above-captioned matter.

Respectfully submitted:

ALLEN & GOOCH, A Law Corporation

  /s/ *Troy A. Broussard*
TROY ALLEN BROUSSARD (#22280)
Attorneys for Jay 37 Construction, LLC
P O Box 81129
Lafayette LA 70598-1129
Phone: (337) 291-1370
Facsimile: (337) 291-1375
Email: TroyBroussard@AllenGooch.com
*Attorneys for GLM Remodeling & Building Contractors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Extension of Time To Submit Builder Defendant Profile Form** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2011.

/s/ Troy A. Broussard
TROY ALLEN BROUSSARD (#22280)