UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L |
| **This document relates to:** | JUDGE FALLON |

*Kenneth Abel, et al v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 2:11-cv-00080-EEF-JCW         MAGISTRATE JUDGE WILKINSON
*************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Builder Defendant Profile Form:

IT IS ORDERED that defendant, GLM Remodeling & Building Contractors, Inc., be and is hereby granted an additional thirty (30) days, through April 28, 2011, within which to serve its Builder Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE