UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### CHARLES FLETCHER

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Modern Construction Group, Inc.,("Modern Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Modern Construction in the regular course of business.

2. Modern Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Orange County, Florida.

3. Modern Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Modern Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Modern Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



6. Modern Construction does not have an agent for service of process in Louisiana.

7. Modern Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Modern Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Modern Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Modern Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Modern Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Modern Construction never anticipated it would be haled into court in Louisiana.

_____
CHARLES FLETCHER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY OF March, 2011.

_____
NOTARY PUBLIC

DARRYL G HUNSICKER
MY COMMISSION # DD701904
EXPIRES August 05, 2011
(407) 396-0153    FloridaNotaryService.com

2