UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DAVID GROSS, et al. | * | |
| vs. | * | |
| KNAUF GIPS KG, et al | * | |
| Case No. 09-6690 | * | MAG. WILKINSON (4) |

## NOTICE OF SUBMISSION

   **TAKE NOTICE** that the Court will take Defendant O'Key Homes, Inc.'s Motion to

Dismiss under submission on April 13, 2011 at 9:00 a.m.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:    504-299-3570
E-mail:        clong@kfplaw.com
E-mail:        tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
MODERN CONSTRUCTION GROUP, INC.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 29th of March, 2011, this document has been served
on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by
U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to
Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was
electronically filed with the Clerk of the Court of the United States District Court for the
Eastern District of Louisiana by using the CM/ECF System, which will send a notice of
electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG