UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
APRIL 1, 2011
<u>SUGGESTED AGENDA</u>

I. The Settlement Program

II. Lien Administrator

III. Special Master and Deputy Special Masters

IV. Class Actions

V. State/Federal Coordination -- State Liaison Committee

VI. *Pro Se* Claimants

VII. Government Actions

VIII. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IX. Fee Allocation Committee

X. Merck's Motions

XI. Appeals

XII. Next Status Conference