UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL 2047<br>*<br>* SECTION L<br>* |
| * * * * * * * * * * * * * * * * * * *<br>**This document relates to:**<br><br>*Silva v. Interior Exterior Building Supply, LP*,<br>Case No. 09-8030<br><br>*Silva v. Arch Insurance Co.*<br>Case No. 09-8034 | * JUDGE FALLON<br>*<br>* MAG. JUDGE WILKINSON<br>* |

## ORDER

On March 16, 2011, the Court held a telephone status conference in the above captioned matters to discuss the July 18, 2011 trial against Interior Exterior. *See* (R. Doc. 8167). During this conference the Court directed the parties to submit letters regarding whether the claims against Interior Exterior's excess insurers in Case No. 09-8034 should be included in the trial. The Court has since received and reviewed these letters. The Court finds based thereon that because only four individual homeowner claims against Interior Exterior will be presented for trial, there is no possibility that Interior Exterior's excess insurers will be obligated to provide insurance coverage for these claims since the primary insurance coverage has not yet been exhausted. Additionally, the Court doubts the declaratory judgment claims against the excess insurers are appropriate for a jury trial. Although the Court recognizes the excess insurers' concerns with the jury making factual findings relating to the "trigger period" in their policies, such concerns do not warrant the excess insurers participation in the trial nor a protective order because, as mentioned, the four homeowner claims do not implicate any of the excess insurance policies, and the trigger issue is sui

generis, as well as factually pregnant, and if appropriate after the July 18, 2011 trial, will be addressed on the briefs and/or at a hearing or trial in Case No. 09-8034. Accordingly, IT IS ORDERED that the only claims to be tried at the jury trial on July 18, 2011, are those of the individual homeowners against Interior Exterior in Case No. 09-8030.

New Orleans, Louisiana this 29th day of March, 2011.

_____
U.S. DISTRICT JUDGE