UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Following the February 23, 2011 Status Conference, a hearing was conducted on several motions filed by the Plaintiffs' Steering Committee including: (1) the Plaintiffs' Steering Committee's Motion for an Order Requiring an Accounting and Other Relief ("Motion for Accounting") [Record Doc. 6669]; (2) the Plaintiffs' Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Monies, or, in the Alternative, for Court Ordered Remediation and Temporary Stay of All Outside Settlement Activities ("Motion to Enjoin Settlements") [Record Doc. 6947]; and (3) the Plaintiffs' Steering Committee's Motion to Halt Entry of Voluntary Motions to Dismiss Without Prior Notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel ("Motion to Halt Dismissals") [Record Doc. 7187].  The Court denied, without prejudice to the PSC's right to re-file, the Motion for Accounting and the Motion to Enjoin Settlements in its Minute Entry of February 23, 2011 [Record Doc. 7792].  In that same Minute Entry, the Court granted in part the Motion to Halt Dismissals, "prohibiting the filing of voluntary motions or notices to dismiss claims without prior notice to the Liaison Counsel of each Steering Committee (Plaintiff, Defendant, Homebuilder, Installer, and Insurer)," but declining "to require approval from the Liaison Counsel before the dismissals may be filed."  [Record Doc. 7792]

By this Order, the Court addresses the arguments made by counsel at the hearing, and subsequent agreement of the parties, regarding the dismissal of claims pending in MDL 2047 as a result of a settlement. From the date of this Order forward, upon entry of any Order granting a motion or stipulation for the dismissal of any claim pending in MDL 2047 as a result of a settlement, the Court shall retain jurisdiction over the parties and claim – to the extent it had jurisdiction at the time the claim was pending – to address issues pertaining to the entitlement to and amount of reasonable attorneys' fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

NEW ORLEANS, LOUISIANA, this 30th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE