## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x | MAG. JUDGE WILKINSON |

## CROSS-NOTICE OF THE NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:   The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **the corporate representative of Defendant Banner Supply Co. with the most knowledge of the drywall supplied to the Bermuda Village Complex, Lorretto Avenue, Coral Gables, Florida 33146, including the dates and amount of drywall supplied, the manufacturer of any drywall supplied, the chain of distribution, the allegations of the Complaint, and the allegations contained in Banner's proposed Third Party Complaint,** will be held on **April 13, 2011** beginning at **10:00 o'clock a.m. (ET)**, at **George Hartz & Lundeen, 4800 Lejeune Road, Coral Gables, Florida,** to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

1

Primary Examiner:          A member of the PSC or its designee

This cross-notice is based on the Notice of Taking Deposition Duces Tecum (Exhibit "A" attached hereto) in *In re:  Chinese-Manufactured Drywall Products Litigation*, In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Chinese Drywall Division, Case No.:   09-200000 CA (42), THIS DOCUMENT RELATES TO:  CASE NO. 09-56362 CA 42.

Respectfully submitted,

/s/ Leonard A. Davis_____
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*HERMAN, HERMAN, KATZ & COTLAR, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**

2

Dawn M. Barrios
701 Poydras Street
Suite 3650
New Orleans, LA 70139
PH: (504) 524-3300
Fax: (504) 524-3313

Robert Josefsberg
25 Flagler Street
8th Floor
Miami, FL 33130
PH: (305) 358-2800
Fax: (305) 358-2382

Ben Gordon
316 S. Baylen Street
Suite 600
Pensacola, FL 32502
PH: (850) 435-7090
Fax: (850) 436-6091

Arnold Levin
510 Walnut Street
Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
Fax: (215) 592-4663

Jerrold Seth Parker
3301 Bonita Beach Road
Bonita Springs, FL 34134
PH: (239) 390-1000
Fax: (239) 390-0055

Christopher Seeger
One William Street
New York, NY 10004
PH: (212) 584-0700
Fax: (212) 584-0799

Scott Weinstein
12800 University Drive
Suite 600
Ft. Myers, FL 33907
PH: (239) 433-6880
Fax: (239) 433-6836
Richard J. Serpe, Esquire

Daniel E. Becnel, Jr.
425 W. Airline Highway
Suite B
LaPlace, LA 70068
PH: (985) 536-1186
Fax: (985) 536-6445

Ervin Amanda Gonzalez
255 Aragon Avenue
Cora Gables, FL 33134
PH: (305) 476-7400
Fax: 305) 476-7444

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130
PH: (504) 581-1750
Fax: (504) 529-2931

Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
Fax: (504) 528-9973

James Robert Reeves
160 Main Street
Biloxi, MS 39530
PH: (228) 374-5151
Fax: (228) 374-6630

Bruce William Steckler
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
PH: (214) 523-6674
Fax: (214) 520-1181

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431

3

Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322

## PLAINTIFFS' STEERING COMMITTEE

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Notice of Taking Deposition Duces Tecum has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

5

# EXHIBIT "A"



IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION
CASE NO.: 09-200000 CA (42)

THIS DOCUMENT RELATES TO:
CASE NO.: 09-56362 CA 42

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LITIGATION

_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

**TO: ALL COUNSEL ON ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned will take the deposition(s) of the

below-named person(s) on the date(s) and hour(s) indicated opposite his/her name:

| | |
|---|---|
| **DEPONENT:** | **Corporate Representative of Defendant Banner Supply Co. with the most knowledge of the drywall supplied to the Bermuda Village Complex, Lorretto Avenue, Coral Gables, Florida 33146, including the dates and amount of drywall supplied, the manufacturer of any drywall supplied, the chain of distribution, the allegations of the Complaint, and the allegations contained in Banner's proposed Third Party Complaint** |
| **TIME:** | **10:00 A.M.** |
| **DAY/DATE:** | **APRIL 13, 2011** |
| **LOCATION:** | **GEORGE HARTZ & LUNDEEN 4800 LEJEUNE ROAD CORAL GABLES, FLORIDA** |

upon oral examination(s) before U.S. LEGAL SUPPORT, Notary Public in and for the

State of Florida at Large, or some other officer duly authorized by law to take

depositions. The deposition(s) will continue from day to day until completed. The deposition(s) is-are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

## YOU ARE TO BRING WITH YOU ALL
## DOCUMENTS LISTED ON ATTACHED SCHEDULE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiff's Liaison Counsel, Ervin A. Gonzalez, Colson Hicks Eidson, and Defendants' Liaison Counsel, Bob Fitzsimmons, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order November 6, 2009, which will send a notice of electronic filing with the procedures established in MDL 2047, and that the foregoing was filed with the Miami Dade Clerk of Court by paper on this $\underline{24}$ day of March, 2011.

GEORGE, HARTZ & LUNDEEN
Attorneys for the Plaintiffs

By _____
CHARLES MICHAEL HARTZ
Florida Bar Number 162521
JESSICA GABRIELLE LAGOS
Florida Bar Number 60001
4800 LeJeune Road
Coral Gables, Florida 33146
Telephone (305) 662-4800

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Attorney ADA Coordinator at (305) 662-4800 no later than seven (7) days prior to the proceeding.
CC: Klein, Bury & Associates via fax.

-2-

## SCHEDULE ATTACHED TO NOTICE OF TAKING DEPOSITION DUCES TECUM
## ADDRESSED TO: CORPORATE REPRESENTATIVE OF BANNER SUPPLY

1.     All documents evidencing the amount of Chinese Drywall purchased, stored, used, sold and/or distributed by Defendant from the years of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

2.     Documents sufficient to identify batch and/or lot numbers for the Chinese drywall identified pursuant to paragraph 12.

3.     All documents identifying the entity or entities from whom Defendant ordered, purchased, imported, and/or received Chinese drywall from the years of of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

4.     All documents, including invoices, bills of lading and receipts which relate to purchases and/or receipts of Chinese drywall from the years of 2005 and 2006, including but not limited to the Chinese drywall supplied to Mavied Corporation.

5.     All communications from 2004 through 2007 between Defendant and any manufacturer, exporter, importer, broker, distributor or retailer of Chinese drywall concerning Defendant's orders, purchases, receipts, storage, use, sale, and/or distribution of Chinese drywall, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

6.     All communications in the year of 2006 between Defendant and Mavied Corporation concerning orders, purchases, receipts, storage, use, sales, and/or distribution of drywall shipped to Ponce Riviera Bermuda Village.

-3-

7.      All documents relating to any inventory control systems or procedures utilized by Defendant to track its purchases, receipts, storage, sale, distribution or transfer of Chinese drywall, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

8.      All documents and communications relating to the storage and/or warehousing of Chinese Drywall from the years of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

9.      All documents reviewed in preparation for the deposition.

GEORGE, HARTZ & LUNDEEN
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146-1819  •  TELEPHONE (305) 662-4800