UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: CHINESE MANUFACTURED          MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                            SECTION: L

**This document relates to:**           JUDGE FALLON

*Kenneth Abel, et al v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 2:11-cv-00080-EEF-JCW          MAGISTRATE JUDGE WILKINSON
*****************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Builder Defendant Profile Form:

IT IS ORDERED that defendant, GLM Remodeling & Building Contractors, Inc., be and is hereby granted an additional thirty (30) days, through April 28, 2011, within which to serve its Builder Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this 31st day of _____March_____, 2011.

_____
UNITED STATES DISTRICT JUDGE