UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CASE NO. 2:09-MD-02047<br><br>SECTION  L<br><br>JUDGE FALLON |
| This Document relates to:<br>*Amato v. Liberty Mutual Insurance Company, et al* (10-932) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

THE FOREGOING MOTION CONSIDERED;

**IT IS ORDERED** that Canal Indemnity Company be granted leave to join the Insurer's Steering Committee Motion to Dismiss pursuant to Rule 12(b)(1) (R. Doc. 8366).

New Orleans, Louisiana, this  31st  of  March , 2011.

_____
United States District Judge