UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-00361 | |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT STOCK BUILDING SUPPLY, LLC

NOTICE IS HEREBY GIVEN that A. Todd Brown of Hunton & Williams LLP and Lawrence G. Pugh, III, of Pugh Accardo Haas Radecker Carey & Hymel, LLC, herby enter their appearance as counsel for Defendant Stock Building Supply, LLC ("Stock") in the above-numbered and entitled matter. Stock expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Stock further avers that this Notice does not constitute a waiver of service.

This the 31st day of March 2011.

/s/A. Todd Brown
A. Todd Brown
North Carolina Bar No. 13806
tbrown@hunton.com
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 South Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4700
Facsimile:  (704) 378-4890

2

        Lawrence G. Pugh, III
        LA Bar No. 17351
        lpugh@pugh-law.com
        PUGH ACCARDO HAAS RADECKER
        CAREY & HYMEL, L.L.C.
        1100 Poydras Street
        Suite 3200
        New Orleans, LA 70163-1132
        Telephone: (504) 799-4500
        Facsimile: (504) 799-4520

**Attorneys for Defendant Stock Building Supply, LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March 2011.

                /s/A. Todd Brown
                A. Todd Brown