UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>MAGISTRATE: 2<br>JUDGE FALLON |

THIS DOCUMENT RELATES TO:
KENNETH ABEL, et al. v. TAISHAN
GYPSUM CO., LTD., et al.
CASE NO.: 11-080

**DEFENDANT, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S, MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (VII)**

Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), moves to dismiss the Omnibus Class Action Complaint (VII) (the "Complaint") filed by Plaintiffs, KENNETH ABEL, et al. ("Plaintiffs"), and in support thereof states as follows:

1. This Court lacks personal jurisdiction over Banner PSL pursuant to Federal Rule of Civil Procedure 12(b)(2).

2. Venue is improper in the Eastern District of Louisiana pursuant to 28 U.S.C. §§ 1404, 1406(a) and 1391(c).

3. Plaintiffs have failed to state a cause of action against Banner PSL pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. Banner PSL incorporates by reference its Memorandum in Support of its Motion to Dismiss Plaintiffs' Complaint, as well as the Affidavit of Scott Giering attached thereto as Exhibit "A."

PETERSON & ESPINO, P.A.

CASE NO.: 11-252
SECT. L MAG. 2

WHEREFORE, Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC, respectfully requests that this Court enter an Order: (1) dismissing the Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (2) dismissing the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6); (3) in the alternative, dismissing the Complaint for improper venue in accordance with Federal Rule of Civil Procedure 12(b)(3) and transferring venue of this action to the Unites States District Court for the Middle District of Florida; and (4) for such other and further relief that this Court deems just and proper.

          Respectfully submitted,

          PETERSON & ESPINO, P.A.
          Attorneys for Banner Supply Company Port St. Lucie, LLC
          10631 Southwest 88th Street, Suite 220
          Miami, Florida   33176
          Telephone:     (305) 270-3773
          Facsimile:      (305) 275-7410
          mpeterson@petersonespino.com

By:   /s/ Michael P. Peterson,
      Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss and Incorporated Memorandum of Law of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 1st day of April, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

CASE NO.:  11-252
SECT. L MAG. 2

CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1<u>st</u> day of April, 2011.

By:   /s/ Michael P. Peterson