UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>MAGISTRATE: 2<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>KENNETH ABEL, et al. v. TAISHAN GYPSUM CO., LTD., et al.<br>CASE NO.: 11-080 | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the HONORABLE JUDGE, Eldon E. Fallon, one of the Judges of the above-styled Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana, on **June 22, 2011 at 9:00 A.M.**, **central time**, or as soon thereafter as same may be heard:

**Defendant, Banner Supply Company Port St. Lucie, LLC's, Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (VII)**

    Respectfully submitted,

    PETERSON & ESPINO, P.A.
    Attorneys for Banner Supply Company Port St. Lucie, LLC
    10631 Southwest 88th Street, Suite 220
    Miami, Florida   33176
    Telephone:   (305) 270-3773
    Facsimile:    (305) 275-7410
    mpeterson@petersonespino.com

By:   /s/ Michael P. Peterson,
       Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Dismiss and Incorporated Memorandum of Law of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 1st day of April, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2011.

                                                  By:    /s/ Michael P. Peterson