

# AIA® Document A101™ – 1997

## Standard Form of Agreement Between Owner and Contractor
*where the basis of payment is a STIPULATED SUM*

**AGREEMENT** made as of the          day of          in the year of
*(In words, indicate day, month and year)*

**BETWEEN** the Owner:
*(Name, address and other information)*

JOEL B. RONKIN AND SHARI J. RONKIN
2505 PROVENCE CIRCLE
WESTON FL. 3327

and the Contractor:
*(Name, address and other information)*

DANAL HOMES DEVELOPMENT INC.
1112 WESTON ROAD # 264
WESTON FL 33326

The Project is:
*(Name and location)*

RONKIN RESIDENCE
2505 PROVENCE CIRCLE
WESTON FL. 3327

The Architect is:
*(Name, address and other information)*

SYNALOVSKI, GUTIEEREZ, ROMANICK ARCHITECTS, INC.
954-9616806

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201-1997, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

This document has been approved and endorsed by The Associated General Contractors of America.



EXHIBIT "B"

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

## ARTICLE 1  THE CONTRACT DOCUMENTS
The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 8.

## ARTICLE 2  THE WORK OF THIS CONTRACT
The Contractor shall fully execute the Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

The commencement date will be fixed in a notice to proceed: Notice of Commencement

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanic's liens and other security interests, the Owner's time requirement shall be as follows:

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than ~~240~~ 210 days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. Unless stated elsewhere in the Contract Documents, insert any requirements for earlier Substantial Completion of certain portions of the Work.)*

| Portion of Work | Substantial Completion Date |
| --- | --- |
| N/A | |

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to complete on time or for bonus payments for early completion of the Work.)*

## ARTICLE 4  CONTRACT SUM
§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be Five Hundred Fifty Five Thousand Nine Hundred    ($ 555,900.00   ), subject to additions and deductions as provided in the Contract Documents.

§ 4.2 The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires)*

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

Down Payment will be 10 % of the Contract.
Due with the approval of this Contract
Next payments will be every 30 days.

§ 4.3 Unit prices, if any, are as follows:

| Description | Units | Price ($ 0.00) |
|---|---|---|
| N/A | | |

## ARTICLE 5  PAYMENTS
### § 5.1 PROGRESS PAYMENTS

§ 5.1.1 Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ 5.1.2 The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

§ 5.1.3 Provided that an Application for Payment is received by the Architect not later than the   10   day of a month, the Owner shall make payment to the Contractor not later than the  20  day of the same month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than    (    ) days after the Architect receives the Application for Payment.

§ 5.1.4 Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ 5.1.5 Applications for Payment shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

§ 5.1.6 Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1  Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of  Zero percent ( 0.00% ). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.8 of AIA Document A201-1997;

.2  Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of  Zero percent ( 0.00% );

.3  Subtract the aggregate of previous payments made by the Owner; and

.4  Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201-1997.

§ 5.1.7 The progress payment amount determined in accordance with Section 5.1.6 shall be further modified under the following circumstances:

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects.  All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.  This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

.1   Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and
*(Section 9.8.5 of AIA Document A201-1997 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)*

.2   Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of AIA Document A201-1997.

**§ 5.1.8** Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Sections 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

N/A

**§ 5.1.9** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

### § 5.2 FINAL PAYMENT
**§ 5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

.1   the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201-1997, and to satisfy other requirements, if any, which extend beyond final payment; and

.2   a final Certificate for Payment has been issued by the Architect.

**§ 5.2.2** The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

AT C.O.

### ARTICLE 6   TERMINATION OR SUSPENSION
**§ 6.1** The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201-1997.

**§ 6.2** The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997.

### ARTICLE 7   MISCELLANEOUS PROVISIONS
**§ 7.1** Where reference is made in this Agreement to a provision of AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**§ 7.2** Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

Ten percent ( 10.00% ) per annum

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes:                                                                                       (3587738739)

4

§ 7.3 The Owner's representative is:
*(Name, address and other information)*

JOEL B. RONKIN
2505 PROVENCE CIRCLE
WESTON FL 33327

§ 7.4 The Contractor's representative is:
*(Name, address and other information)*

DAVID MIZRAHI
1112 WESTON ROAD # 264
WESTON FL. 33326

§ 7.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

§ 7.6 Other provisions:

N/A

## ARTICLE 8   ENUMERATION OF CONTRACT DOCUMENTS
§ 8.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

§ 8.1.1 The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A101-1997.

§ 8.1.2 The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

§ 8.1.3 The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated , and are as follows

| Document | Title | Pages |
|---|---|---|
|  |  |  |

§ 8.1.4 The Specifications are those contained in the Project Manual dated as in Section 8.1.3, and are as follows:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*
Title of Specifications exhibit:

*(Rows deleted)*

§ 8.1.5 The Drawings are as follows, and are dated  12/15/05 AND REVISION: 5/17/06  unless a different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*
Title of Drawings exhibit:

*(Rows deleted)*

§ 8.1.6 The Addenda, if any, are as follows:

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

| Number | Date | Pages |
|---|---|---|
| G-001/AD 101/A-101-A601/E-101-102/ P1.0-2.0/M 1.0-2.0-3.0/ S-1-S-5/ID 101-102 | 12/55/2005<br>LAST REVISION 5/17/06 | |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 8.

§ 8.1.7 Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

SCHEDULE OF VALUES OR PROPOSAL

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

OWNER *(Signature)*
JOEL B. RONKIN
SHARI J. RONKIN
*(Printed name and title)*

CONTRACTOR *(Signature)*
DAVID MIZRAHI, Pres.
Danal Homes Development, Inc.
*(Printed name and title)*

AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

# Additions and Deletions Report for
## AIA® Document A101™ – 1997

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 15:04:08 on 05/26/2006.

### PAGE 1

JOEL B. RONKIN AND SHARI J. RONKIN
2505 PROVENCE CIRCLE
WESTON FL. 3327

...

DANAL HOMES DEVELOPMENT INC.
1112 WESTON ROAD # 264
WESTON FL 33326

...

RONKIN RESIDENCE
2505 PROVENCE CIRCLE
WESTON FL. 3327

...

SYNALOVSKI, GUTIEEREZ, ROMANICK ARCHITECTS, INC.
954-9616806

### PAGE 2

The commencement date will be fixed in a notice to proceed: Notice of Commencement

...

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than 240 days from the date of commencement, or as follows:

...

    N/A

...

§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be Five Hundred Fifty Five Thousand Nine Hundred     ($ 555,900.00   ), subject to additions and deductions as provided in the Contract Documents.

### PAGE 3

Down Payment will be 10 % of the Contract.
Due with the approval of this Contract
Next payments will be every 30 days.

...

    N/A

...

§ 5.1.3 Provided that an Application for Payment is received by the Architect not later than the  10  day of a month, the Owner shall make payment to the Contractor not later than the  20  day of the  same  month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than      (    ) days after the Architect receives the Application for Payment.

...

Additions and Deletions Report for AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes:                                                                                                                                      (3587738739)

.1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of  Zero percent ( 0.00% ). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.8 of AIA Document A201-1997;

...

.2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of  Zero percent ( 0.00% );

## PAGE 4

N/A

...

AT C.O.

...

Ten percent ( 10.00% ) per annum

## PAGE 5

JOEL B. RONKIN
2505 PROVENCE CIRCLE
WESTON FL 33327

...

DAVID MIZRAHI
1112 WESTON ROAD # 264
WESTON FL. 33326

...

N/A

...

Title of Specifications exhibit:

| Section | Title | Pages |
|---------|-------|-------|

§ 8.1.5 The Drawings are as follows, and are dated  12/15/05 AND REVISION: 5/17/06  unless a different date is shown below:

...

Title of Drawings exhibit:

| Number | Title | Date |
|--------|-------|------|

## PAGE 6

| | |
|---|---|
| G-001/AD 101/A-101-A601/E-101-102/ P1.0-2.0/M 1.0-2.0-3.0/ S-1-S-5/ID 101-102 | 12/55/2005 LAST REVISION  5/17/06 |

...

SCHEDULE OF VALUES OR PROPOSAL

...

| | |
|---|---|
| JOEL  B. RONKIN | DAVID MIZRAHI, Pres. |
| SHARI  J. RONKIN | Danal Homes Development, Inc. |

...

Additions and Deletions Report for AIA Document A101™ – 1997. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991 and 1997 by The American Institute of Architects.  All rights reserved.  WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.  This document was produced by AIA software at 15:04:08 on 05/26/2006 under Order No.1000210556_1 which expires on 12/11/2006, and is not for resale.
User Notes: (3587738739)

2

**ADDENDUM TO AGREEMENT BETWEEN OWNER AND CONTRACTOR**

dated May __26__, 2006, between <u>Joel B. Ronkin and Shari J. Ronkin</u> ("Owner") and <u>Danal Homes Development, Inc.</u> ("Contractor") concerning the Project located at <u>2505 Provence Circle, Weston, Florida 33327</u> ("Property").

**Owner and Contractor agree as follows:**

1. Owner shall make Property available to Contractor on June 8, 2006. Owner may remain to reside in portion of Property unaffected by demolition until June 21, 2006.

2. Contractor shall make portions of Property unaffected by demolition available to Owner for occupancy no later than August 12, 2006. As of that date, weather permitting, the shell construction of the second story addition shall be water tight and the electrical power shall be restored to the Property.

3. With the exception of the master bathroom, all porcelain flooring shall be removed from the Property prior to Owner's return on August 12, 2006.

4. No work shall be performed in the master bedroom, master bathroom, library, and playroom until after August 12, 2006, to allow Owner to store personal belongings in those areas.

5. Contractor shall use its best efforts to secure Owner's Property and protect personal belongings.

6. After August 12, 2006, to the extent that Contractor needs to temporarily cut electrical power to the Property, Contractor shall provide twenty-four (24) hours notice in advance to Owner.

7. Contractor shall be responsible for providing Owner with choices for finishes included within the scope of the Project in a timely manner. Such choices shall reflect a standard for a luxury custom home similar to the other custom homes built in Provence in Weston Hills and be within the budget requirements set forth in the Revised Proposal dated May 19, 2006, which is attached as Exhibit A and incorporated herein by reference.

8. Upon receipt of choices from Contractor, Owner shall have ten (10) days to make a final selection of finishes. Owner's selection of finishes within this time frame shall not affect the timely completion of Contractor's obligations under the Agreement or the total cost of the Project.

9. Contractor agrees to repair any damage to existing Property or if not feasible, replace existing Property which is damaged, that was caused by the acts or omission of Contractor or third parties under its supervision or control or by

MAY-26-2006 12:05P FROM:RONKIN          954 3491122          TO:9545674753          P.2/3

Contractor's failure to adequately secure the Property.

10. In addition to the provisions set forth in paragraphs 3.8 and 6.1 of AIA Document A201-1997, the parties acknowledge that the Revised Proposal dated May 19, 2006 includes allowances for certain finishes, including but not limited to, flooring, built-in furniture, cabinetry, closet shelving, and appliances. Upon written notice to Contractor, Owner shall have the right to directly contract with third parties to provide any or all of these finishes. To the extent that Owner arranges for these finishes directly with third parties, Owner shall be entitled to a credit for the any unused portion of the allowance.

11. Owner shall obtain an all risk insurance policy to cover perils during the construction phase of the Project. Owner may either purchase such coverage directly from its homeowner's insurance company or obtain such coverage through Contractor. If Owner intends for Contractor to purchase such coverage on its behalf, Owner must notify Contractor within five (5) business days of the execution of this Addendum. Such coverage shall be reimbursed by Owner and any deductible shall be the responsibility of Owner.

12. From June 25, 2006 through August 11, 2006, any and all notices required under the Agreement shall be provided to Owner at:

    3 Forest Lane
    Scarsdale, New York 10583
    Phone  (914)713-0224 or (954)816-3131
    Fax    (914)713-1224

    With a copy to:

    Manny Synalovski
    Synalovski, Gutierrez, Romanik Architects, Inc.
    1800 Eller Drive, Suite 500
    Fort Lauderdale, Florida 33316
    Fax    (954)961-6807

13. In addition to the warranty provided in paragraph 3.5.1 of AIA Document A201-1997, Contractor expressly warrants its work performed on the Project to be of good quality and free of any defects for a period of one (1) year from the issuance of the certificate of occupancy. Any defect occurring during the one (1) year period will extend the warranty for an additional one (1) year period from the date the repairs are completed to Owner's satisfaction. In addition to the foregoing, Contractor shall assign to Owner any warranties specifically provided by any third parties, including but not limited to manufacturers, subcontractors, and suppliers, on goods and services delivered in conjunction with the Project.

14. To the extent that any provisions contained in this Addendum conflict with the terms and conditions contained in AIA Document A201-1997, the terms of this Addendum shall control.

_____          5/26/05
Contractor                                Date

_____          5/26/06
Owner                                     Date

_____          5/26/06
Owner                                     Date

# DANAL HOMES DEVELOPMENT          5/14/2006

| DESCRIPTION  RONKIN RESIDENCE | COST |
|---|---|
| **1 GENERAL CONDITIONS TOTAL** | **$38,300.00** |
| 1 PERMITS AND FEES. (B.O.) | $0.00 |
| 2 SUPERVISION | $16,800.00 |
| 3 GENERAL LABOR | $4,200.00 |
| 4 LAYOUT, SURVEYS,TESTING,ENGINEERING CERTIFICATION | $0.00 |
| 5 TEMPORARY TOILETS | $800.00 |
| 6 EQUIPMENT RENTAL-MISC | $3,000.00 |
| 7 TRASH HAULING | $10,500.00 |
| 8 DAILY AND FINAL CLEAN UP | $2,500.00 |
| 9 SOIL TREATMENT | $500.00 |
| 10 | $0.00 |
| **2 SITE WORK TOTAL** | **$14,600.00** |
| 11 DEMOLITION,PROTECTION,SHORING | $14,600.00 |
| 12 IRRIGATION SYSTEM(B.O) | $0.00 |
| 13 LANDSCAPING/SOD(B.O) | $0.00 |
| 14 PAVERS | $0.00 |
| 15 POOL | $0.00 |
| 16 | $0.00 |
| **3 CONCRETE MASONRY TOTAL** | **$13,500.00** |
| 17 CONCRETE (Includ.cutting,form,labor,pumps,finish,etc.) | $13,500.00 |
| 18 REINFORCED MASONRY SPECIAL INSPECTOR (B.O.) | $0.00 |
| 19 MASONRY | $0.00 |
| **4 METALS TOTAL** | **$6,000.00** |
| 20 STRUCTURAL STEEL | $1,500.00 |
| 21 MISCELLANEOUS METALS | $4,500.00 |
| **5 CARPENTRY/WOOD TOTAL** | **$129,800.00** |
| 22 ROUGH CARPENTRY (all lumber, labor, ,fascias, sheating, attic accesses, , bucks,main stair framing, includ.truss labor.) | $100,000.00 |
| 23 WOOD TRUSSES/JOIST(Material Only) | $9,800.00 |
| 24 FINISH CARPENTRY ( install doors,mouldings,baseboard, casing,etc | $5,500.00 |
| 25 WOOD STAIRS/IRON RAILING AND HANDRAIL | $14,500.00 |
| **6 THERMAL/MOISTURE TOTAL** | **$14,400.00** |
| 26 INSULATION | $4,600.00 |
| 27 ROOFING (MATCH EXISTING AS CLOSE AS POSSIBLE) | $9,000.00 |
| 28 CAULKING & SEALANTS | $800.00 |

| | | |
|---|---|---|
| **7** | **DOORS AND WINDOWS TOTAL** | **$27,400.00** |
| 29 | INTERIOR DOORS,BASEBOARD,CASING (MATCH EXISTING) | $6,500.00 |
| 30 | FINISH HARDWARE | $1,200.00 |
| 31 | SHOWER ENCLOSURE/DOORS(FRAMELESS) | $5,200.00 |
| 32 | ALUMINUM IMPACT WINDOWS/DOORS | $14,500.00 |
| **8** | **FINISHES TOTAL** | **$126,650.00** |
| 33 | STUCCO (incl.lath,coral foam outlookers, trim, etc.) | $19,000.00 |
| 34 | GYPSUM BOARD SYSTEMS | $37,850.00 |
| 35 | WINDOW SILLS | $1,200.00 |
| 36 | SATURNIA (ALLOW) | $15,000.00 |
| 37 | SATURNIA 12 X 12 (ALLOW) | $12,000.00 |
| 38 | MIRRORS | $1,200.00 |
| 39 | PAINTING | $12,400.00 |
| 40 | WOOD FLOORS (ALLOW) | $20,000.00 |
| 41 | CARPET (ALLOW) | $4,000.00 |
| 42 | MOSAIC (ALLOW) | $4,000.00 |
| **9** | **SPECIALTIES TOTAL** | **$61,000.00** |
| 43 | TOILET ACCESS (B.O) | $0.00 |
| 44 | CLOSETS SHELVES(ALLOW) | $2,000.00 |
| 45 | GLASS BLOCKS | $0.00 |
| 46 | PRECAST STONE AND MARBLE IN EXTERIOR WALLS | $7,500.00 |
| 47 | VANITIES,COUNTERTOPS (ALLOW) | $25,000.00 |
| 48 | APPLIANCES (ALLOW) | $1,500.00 |
| 49 | BUILT-IN WALL UNITS (ALLOW) | $25,000.00 |
| 50 | | $0.00 |
| **10** | **PLUMBING AND MECHANICAL TOTAL** | **$33,000.00** |
| 51 | PLUMBING | $16,000.00 |
| 52 | PLUMBING FIXTURES (MATCH EXISTING)(ALLOW.) | $5,000.00 |
| 53 | HVAC | $12,000.00 |
| **11** | **ELECTRIC TOTAL** | **$21,250.00** |
| 54 | ELECTRIC | $19,750.00 |
| 55 | ALARM,CENTRAL VAC.(ALLOW.) | $0.00 |
| 56 | LIGHTING FIXTURES (ALLOW) | $1,500.00 |
| 57 | | $0.00 |
| **12** | **SUBTOTAL** | **$485,900.00** |
| | OH & PROFIT | $70,000.00 |
| | **Total :** | **$555,900.00** |