# EXHIBIT A

# EXHIBIT "A"

**Omnibus Complaint I**

Insco, John and Ruth
O'Brien, Wendy
Poliard, Phares
Raventos, Antonio
Saint-Fleur, Omar

**Omnibus Complaint I (Amended)**

D'Loughy, Daniel J.

**Omnibus Complaint I(A)**

Carlton, Robert
Carroll, Gary and April
Chavez, Jorge and Elsa
Elkin, Ken and Rachel
Gombert, Paul and Aimee
Marks, Michael and Lynn
Rahman, Mohammad D. Adnan
Whitty, Charles A. and Gabriella Kincses

**Omnibus Complaint I(B)**

Block, Robert and Nancy
Carroll, Gary and April
Conway Centre, LLC
Derov, Ronald
Elkin, Ken and Rachel
Harris, Dallas L. and Miroslava
Jaen, Ruben and Angela
Kroll, Henry David and Suzanne
Marks, Michael and Lynn
Navarro, Hector
Nobile, John
Olinick, Scott and Kerri
Paiva, Russell and Diane
Pelican Coast Development, LLC
Perez, Carmen
Rivermar, LLC
Rodriguez, Antonio
Trottier, Peter and Anna
Wallace, Everton

Ward, Christopher
Zarro, Michael

## Omnibus Complaint I(C)

Alcindor, Robert
Augustine, Elena
Baldwin, Ralph V, III
Clay, Aygemang
Daley, Keith M.
Dawkins, Christine
Eckersley, Joan W.
Esparza, Hector
Estela, Michael
Grace, Anthony
Groves, Glenn
Jairaffo, James
Jenkins, Creig
Kynard, Wylie
Saito, Jun Drew
Sweat, Gwen T.
Rodriguez, Duviel