# EXHIBIT B



# SHAPIRO BLASI
# WASSERMAN GORA, P.A.
ATTORNEYS AT LAW

CORPORATE CENTRE AT BOCA RATON
SUITE 400
7777 GLADES ROAD
BOCA RATON, FLORIDA 33434

TELEPHONE (561) 477-7800
FAX (561) 477-7722
BROWARD (954) 969-8100
E-MAIL: attorneys@sbwlawfirm.com
www.sbwlawfirm.com

OF COUNSEL
BRENDA M. ABRAMS
SANFORD L. HUCHNICK
ROBIN CARAL SHAW
GARY E. SHERMAN

HOLLYWOOD OFFICE
EMERALD VILLAGE PROFESSIONAL PLAZA
3864 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021

March 4, 2011

Russell Herman, Esquire
Herman Herman Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Withdrawal of Counsel/Motion to Substitute

Dear Mr. Herman:

Please be advised that Allison Grant has terminated her employment with Shapiro Blasi Wasserman & Gora, P.A. We hereby consent to withdraw as counsel and Allison Grant, P.A. may be substituted as counsel with respect to the following clients:

- Adamson, Andre – Omni II(C)
- Block, Robert W. III – Omni I(B)
- Conway Centre, LLC – Omni I(C)
- D'Loughy, Daniel J. – Amended Omni I
- Carlton, Robert – Omni I(A)
- Carroll, Gary and Alice – Omni I(A) and I(B)
- Conway Centre, LLC – Omni II(B)
- Cushen, Mark – Omni II(C)
- Derov, Ronald – Omni I(B)
- Elkin, Ken and Rachel – Omni I(A) and I(B)
- Frelich, Kathy: Omni II(A)
- Grant, Allison and Kenneth: Omni II(B)
- Gombert, Paul and Aimee – Omni I(A)
- Harmer, Frank and Barbara: Omni II(B)
- Harris, Dallas L. and Miroslava – Omni I(B)
- Jaen, Ruben and Angela – Omni I(B)

Russell Herman, Esquire
Herman Herman Katz & Cotlar, L.L.P.
March 4, 2011
Page 2

      Kroll, Henry and Suzanne – Omni I(B)
      Marks, Michael and Lynn - Omni I(A) and Omni I(B)
      Navarro, Hector – Omni I(B) – Omni I(B)
      Noble, John – Omni I(B)
      Olinick, Scott and Kerri – Omni I(B)
      Paiva, Russell and Diane – Omni I(B)
      Pelican Coast Development, LLC – Omni I(B)
      Perez, Carmen – Omni I(B)
      Rivermar, LLC – Omni I(B)
      Rodriguez, Duviel – Omni I(C)
      Trottier, Peter and Anna – Omni I(B)
      Wallace, Everton – Omni I(B)
      Wanadoo/Reynolds - Omni III(A)
      Ward, Christopher – Omni I(B)
      Whitty, Charles A. and Gabriella Kincses – Omni I(A)
      Zarro, Michael V. – Omni I(B)

In addition, Shapiro Blasi Wasserman & Gora, P.A. withdraws as counsel and Allison Grant, P.A. may be substituted as counsel[1] with respect to the following clients:

      Alcindor, Robert - Omni IC)
      Ambroise, Donald - Omni I and IV
      Athouriste, Herold and Gauty - Omni I and IV
      Augustin, Elena - Omni I(C)
      Baldwin, Ralph V, III - Omni I(C)
      Castaneda, Juan Carlos - Omni I and IV
      Chavez, Jorge and Elsa - Omni I
      Clay, Aygemang - Omni I(C)
      Cora, Jose and Kiria - Omni IV
      Daley, Keith M.- Omni I(C)
      Dawkins, Christine - Omni I(C)
      Doreus, Gerta - Omni IV
      Eckersley, Joan W - Omni I(C)
      Ehrsam, Howard - Omni III
      Esparza, Hector - Omni I(C)
      Estela, Michael - Omni I(C)
      Fenlason, Jarred & Rochelle - Omni II
      Ghenta, Madhav - Omni III

---

[1] Note, this withdrawal has no effect on co-counsel to these cases.

SHAPIRO BLASI WASSERMAN GORA, P.A.   CORPORATE CENTRE AT BOCA RATON • SUITE 400 • 7777 GLADES ROAD • BOCA RATON, FLORIDA 33434

Russell Herman, Esquire
Herman Herman Katz & Cotlar, L.L.P.
March 4, 2011
Page 3

    Grace, Anthony - Omni I(C)
    Groves, Glenn - Omni I(C)
    Helper, Dennis - Omni III
    Insco, John and Ruth - Omni I and IV
    Jackson, Anthony - Omni IV
    Jaen, Ruben - Omni II and Omni III
    Jairaffo, James - Omni I(C)
    Jamison, Steve & Kim - Omni II and Omni III
    Jenkins, Craig - Omni I(C)
    Kessler, Andrew and Katherine - Omni II and III
    Kynard, Wylie - Omni I(C)
    Leon, Aldo and Tanya - Omni II and III
    Libertelia, Gladys and Rocco - Omni IV
    Mariani, Margaret - Omni III
    Moore, David and Deborah - Omni II and III
    Myers, Odette - Omni III
    O'brien, Wendy - Omni I and IV
    Osaiyusu, Richard - Omni IV
    Palazzolo, Jerry and Michelle - Omni III
    Polliard, Phares - Omni I and IV
    Pittman, Earnest - Omni I(C)
    Roy, Sandy J. - Omni II and III
    Serrano, Irene and Pouncey, Kenneth - Omni II and III
    Raventos, Antonio - Omni I and IV
    Saito, Jun Drew - Omni I(C)
    St. Fort, Eddy and Barosy, Regine: Omni II and III
    Saint-Fleur, Omar - Omni I and IV
    Sweat, Gwen T. - Omni I(C)

Thank you and please feel free to contact me should you have any questions.

Sincerely,

Michael S. Shapiro, Esq.

cc:    Allison Grant, Esq.
       Matthew Gaughan, Esq.