UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                   MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                        SECTION l
PAYTON, et al
vs.                                                                                         JUDGE FALLON
KNAUF GIPS, KG, et al
Case No. 09-7628                                                  MAGISTRATE JUDGE WILKINSON

_____/

## ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll/Substitute Counsel for Plaintiffs listed in Exhibit "A",

**IT IS HEREBY ORDERED** that Shapiro, Blasi, Wasserman & Gora, P. A. is removed as counsel of record; and

**IT IS FURTHER ORDERED** that Allison Grant of the law firm of Allison Grant, P.A.is substituted as counsel of record for Plaintiffs listed in Exhibit "A", in the above-captioned proceeding.

New Orleans, Louisiana, this the 1st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT "A"**

**Omnibus Complaint I**

Insco, John and Ruth
O'Brien, Wendy
Poliard, Phares
Raventos, Antonio
Saint-Fleur, Omar

**Omnibus Complaint I (Amended)**

D'Loughy, Daniel J.

**Omnibus Complaint I(A)**

Carlton, Robert
Carroll, Gary and April
Chavez, Jorge and Elsa
Elkin, Ken and Rachel
Gombert, Paul and Aimee
Marks, Michael and Lynn
Rahman, Mohammad D. Adnan
Whitty, Charles A. and Gabriella Kincses

**Omnibus Complaint I(B)**

Block, Robert and Nancy
Carroll, Gary and April
Conway Centre, LLC
Derov, Ronald
Elkin, Ken and Rachel
Harris, Dallas L. and Miroslava
Jaen, Ruben and Angela
Kroll, Henry David and Suzanne
Marks, Michael and Lynn
Navarro, Hector
Nobile, John
Olinick, Scott and Kerri
Paiva, Russell and Diane
Pelican Coast Development, LLC
Perez, Carmen
Rivermar, LLC
Rodriguez, Antonio
Trottier, Peter and Anna
Wallace, Everton

Ward, Christopher
Zarro, Michael

**Omnibus Complaint I(C)**

Alcindor, Robert
Augustine, Elena
Baldwin, Ralph V, III
Clay, Aygemang
Daley, Keith M.
Dawkins, Christine
Eckersley, Joan W.
Esparza, Hector
Estela, Michael
Grace, Anthony
Groves, Glenn
Jairaffo, James
Jenkins, Creig
Kynard, Wylie
Saito, Jun Drew
Sweat, Gwen T.
Rodriguez, Duviel