## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOHN KORN BUILDERS, LLC'S ANSWER, IN RESPONSE TO PLAINTIFFS', PHILLIP KENNEDY, *et al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(A))

Defendant, John Korn Builders, LLC (hereinafter "JKB"), through undersigned counsel, hereby files this Answer in response to Plaintiffs', Phillip Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention I(A) as follows:

### INTERVENING PLAINTIFFS

None of the allegations made by the Intervening Plaintiffs listed in the chart contained in the plaintiffs', Phillip Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention I (A) are directed to defendant JKB and, as such, no response is required. Additionally, JKB did not build any home for any Intervening Plaintiff listed in the Phillip Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention I(A). Nevertheless, to the extent a response may be necessary, defendant JKB is without knowledge regarding these allegations, and thus denies same for lack of sufficient information to justify a belief therein.

Further, to the extent the Phillip Kennedy, *et al.* Intervening Plaintiffs incorporate and adopt any substantive allegations made against defendant JKB in the *Payton* Omnibus Class

Action Complaint, defendant JKB adopts and re-alleges its denials and defenses contained in its Answer to the *Payton* Omnibus Class Action Complaint or contained in any other responsive pleading filed herein, including JKB's pending Motion for Summary Judgment.

## ALLEGATIONS REGARDING DEFENDANT KNAUF USA

1. The allegations contained in Paragraphs 1-3 of Plaintiffs' Phillip Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention I(A) are not directed to this Defendant and require no response. To the extent a response may be necessary, Defendant JKB is without knowledge of these allegations, thus they are thereby denied for lack of sufficient information to justify a belief therein.

## DEMAND FOR JURY TRIAL

Defendant, John Korn Builders, LLC, also prays for trial by jury on all issues presented herein.

## PRAYER FOR RELIEF

The allegations contained in the Intervening Plaintiffs' Phillip Kennedy, *et al.* Prayer for Relief do not require a response from defendant JKB; however, to the extent a response is required, defendant JKB denies all allegations contained in the Prayer for Relief.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, John Korn Builders, LLC, prays that this Answer be deemed good and sufficient and prays for all relief, whether legal or equitable, to which it is entitled in this action, and for trial by jury of all issues herein.

Respectfully submitted, this 1st day of April, 2011.

JOHN KORN BUILDERS, LLC

By: /s/ Kevin L. Cole
KEVIN L. COLE, LA Bar No. 04248

**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email:  agibson@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, rherman@hhkc.com and Ldavis@hhkc.com and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 1st day of April, 2011.

                                    */s/ Kevin L. Cole*
                                    KEVIN L. COLE, LA Bar No. 04248