# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al. Case No. 11-080 (E.D.La.) | : : : | |

## HERITAGE HOMES OF NORTHWEST FLORIDA, LLC'S FRCVP RULE 7.1 AND LOCAL RULE 5.6E CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Heritage Homes of Northwest Florida, LLC, ("Heritage Homes, LLC"), who files this Corporate Disclosure Statement, pursuant to Fed.R.Civ.P. 7.1 and Uniform District Court Local Rule 5.6E:

1. Heritage Homes, LLC, is a limited liability company having a single member, Heritage Homes of Mobile, Inc.; and,

2. Heritage Homes of Mobile, Inc., is a non-governmental corporate entity with no parent corporation and no publically traded company owning 10% or more of its stock.

New Orleans, Louisiana, this 1st day of April 2011.

**[SIGNATURE ON NEXT PAGE]**

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
    PATRICK & HORN, L.L.C.**


*/s/ Drew R. Ballina*
**WARREN HORN (LA BAR NO. 14380)**
**DREW R. BALLINA (LA BAR NO. 1704)**
2500 Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130-6103
Telephone:  504.299.3300
Facsimile:  504.299.3399
**Attorneys for Heritage Homes of Northwest Florida, LLC**


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Heritage Homes of Northwest Florida, LLC's FRCVP Rule 7.1 and Local Rule 5.6E Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April 2011.


*/s/ Drew R. Ballina*
**DREW R. BALLINA**