UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * | JUDGE FALLON<br><br><br><br>MAG. WILKINSON |

**ORDER GRANTING DEFENDANT MANDALAY HOMES, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Mandalay Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE