UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### BRETT DAVIS

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Mandalay Homes, Inc., ("Mandalay Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Mandalay Homes in the regular course of business.

2. Mandalay Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Pasco County, Florida.

3. Mandalay Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT "A"

4. Mandalay Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Mandalay Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Mandalay Homes does not have an agent for service of process in Louisiana.

7. Mandalay Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Mandalay Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Mandalay Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Mandalay Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Mandalay Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Mandalay Homes never anticipated it would be haled into court in Louisiana.

BRETT DAVIS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY OF September, 2010.

Jane Harvey Bentley
NOTARY PUBLIC

#DD 983336

2