## FLAT FEE CONSTRUCTION AGREEMENT

THIS AGREEMENT made by and between MANDALAY HOMES, INC., hereinafter referred to as "Contractor," and JOAN PATTERSON, hereinafter referred to as "Owner," provides as follows:

1.    **CONSTRUCTION.** The Contractor agrees to construct a single-family residential dwelling for the Owner consistent with the plans and specifications attached hereto.   The Owner acknowledges that only those items shown on the plans and specifications will be incorporated into the residence. The residence shall be constructed upon the property situated at 1920 Rowland Dr., Odessa FL 33556, described as follows:

Legal Description Attached

2.    **SELECTION OF MATERIALS.** Owner agrees to complete all selections, including, by way of illustration, flooring material, cabinetry, colors, countertops, and paints, and allowance selections, within fifteen (15) days after notification by Contractor, time being of the essence.  All selections must be in conformity with the Agreement, plans, specifications and any addenda to the Contract executed by the parties, time being of the essence.  In the event the Owner fails to make appropriate selections within the foregoing time frame, the Owner shall be responsible for any costs incurred by the Contractor in delays in construction, including, by way of illustration, the Contractor's administrative costs, costs increases in construction, and expenses.

3.    **CONSTRUCTION COST/FEE. .** In consideration thereof, the Owner shall pay to the Contractor a flat fee in the sum of Forty-eight thousand ($48,000) dollars for construction supervision, together with the actual cost of construction.  The Owner shall be responsible to pay for any and all actual costs of construction, including permits, impact fees, governmental costs, builders' risk insurance, architectural plans, lot preparation, fill, building materials, labor, cleanup expenses and any other costs associated with the construction of the home. The Contractor's flat fee as stated above shall be paid in equal amounts with each draw for the cost of construction.  Upon execution of this contract by the parties, the Owner shall pay in the following manner:

Initial deposit    .    $60,0000.00 (Construction Deposit)

$24,0000.00 (Construction Fee)

Initial Deposit held in Escrow at Fuentes & Kreischer

Balance due as expenses are incurred (payable within 10 days, upon billing from Mandalay Homes, Inc. to Joan Patterson for the construction of the new residential home)

EXHIBIT

tabbies®

"B"

5.    **ESCROW FOR DRAWS.** Inasmuch as the construction is financed through the Owner's personal funds, the Owner shall execute, prior to commencement by the Contractor and within 10 days from the date of execution of this contract, an escrow agreement in a form satisfactory to the Contractor. The terms and provisions of the escrow agreement will require the owner to deposit with the escrow agent, Fuentes and Kreischer, advance draws in the amount of 20% of the total purchase price, which funds will be replenished as funds are disbursed to the Contractor, within five (5) days after disbursement and notice thereof to Owner.

6.    **CLOSING COSTS.** The Owner shall pay any and all closing costs, if any.

7.    **ASSIGNABILITY.** The Owner may not assign this Agreement without the express written consent of Contractor.

8.    **POSSESSION.** The Owner shall not be entitled to take possession of the premises until the residence has been fully constructed and all funds due hereunder have been paid to the Contractor.

9.    **CONSTRUCTION PERMIT.** The Contractor shall be responsible to procure all permits necessary for the construction of the contemplated improvements, as well as all necessary governmental approvals incident thereto, all at the cost of the Owner.

10.    **COMPLETION OF CONSTRUCTION.** It is the intention to commence construction within _____ days of the date of this Agreement. The Contractor shall use its best efforts to complete construction of the residential dwelling, in accordance with the plans and specifications within _____, days from the start of construction (pouring of the foundation). Notwithstanding the foregoing, the Contractor shall have no responsibility for any damages sustained by the Owner in any delay in construction, regardless of the cause.

It is expressly understood and agreed that the Owner shall in no event take possession of, or enter upon the Property prior to closing and should the Owner breach this provision, the Owner consents that the Contractor shall have the right to dispossess them from the Property by summary proceedings. The Owner shall release the Contractor and its agents and employees from any and all liability for damages or injury sustained by the Owner while on the Property, and further shall hold the Contractor and its agents and employees harmless from any liability for damages or injury sustained to the Property or by a third party brought on the Property by the Owner.

11.    **ALLOWANCES.** The parties acknowledge that allowances are unnecessary as the Owner is paying all actual costs of construction.

12.    **CHANGE ORDERS.** The Owner may, during the progress of construction, order changes in the nature of alterations, deviations, additions or modifications to the final plans and specifications, all of which shall be subject to the

consent and approval of the Contractor. All changes shall be evidenced by an Addendum to the Contract signed by both parties and shall set forth the nature of the changes and cost associated with such change, it being expressly understood that such changes will become part of, but shall in no way injuriously affect or make void, this Agreement.

In each instance in which a change order is agreed to by the parties, the Owner shall, upon execution of such written change order, deposit with Contractor the entire additional consideration of the extra, alteration and/or deviation as determined in accordance with the written change order. All sums paid in connection with any change order shall be available to the Contractor for immediate use in its operations and performing Contractor's obligations under this Agreement, all change orders and all addenda thereto. In the event Owner shall fail to deposit said funds with the Contractor as provided herein above, the Contractor shall have the option to either (a) proceed with performance of this Agreement, (including all addenda and all change orders for which deposits were made if applicable, as if the extra, alteration and/or deviation had not been requested; or, (b) proceed with the requested change order, in which event the sum due as a result thereof shall become immediately due and payable and shall accrue interest at the highest rate allowed by law. Any payments received by the Contractor after the accrual of any interest shall be applied first to interest and the remaining portion of any such payment shall be applied against the sums due under this Agreement. In the event any requested change requires re-drawing or re-drafting of plans, the cost of same shall be paid by the Owner.

In no event shall the Contractor be obligated to provide the Owner with a credit for any change order executed by the parties, it being expressly agreed and understood that the contractor's fee as provided in paragraph three (3) represents the flat fee payable to the contractor for construction for the residence.

The Owner acknowledges that any requests for pricing as well as any change orders in connection therewith may result in a delay in construction and delivery of the premises to the Owner. Accordingly, the Owner acknowledges that Owner shall be responsible for any additional costs incurred as a result of a delay based upon any pricing requests and/or change orders executed relative to construction of the premises.

13.  **PLANS AND SPECIFICATIONS.** The Parties acknowledge that the plans and specifications are purchased from HousePlanGuys.com.

14.  **BROKERAGE.** The Owner warrants and represents that Owner has not consulted, dealt or negotiated in any manner concerning the construction of the dwelling with any real estate broker, salesperson, or agent.

15.  **SUBSTITUTION OF MATERIALS.** The Contractor reserves the right, in its sole discretion, to substitute materials or any other items referred to in this agreement or any addendum of substantially equivalent value to those contained in the original plans and specifications, with the consent of the Owner, at Owners' cost.

16.     **INSURANCE.** The Contractor shall provide at Owner's cost, during the course of construction, Contractor's risk insurance, which shall provide coverage in the full amount of the construction cost of the home. The Contractor shall be responsible to maintain, during the course of construction, worker's compensation insurance for all of the Contractor's employees, as well as Contractor's general liability insurance. The Owner is advised to seek legal opinion as to the advisability of Owner's public liability insurance.

18.     **ACCEPTANCE OF DWELLING.** The residence shall be deemed complete upon the issuance of a Certificate of Occupancy and final disbursement of all payments due Contractor under this Agreement shall be paid within five (5) days after such issuance.

19.     **INSPECTIONS.** The Owner shall have the right to inspect, or, at Owner's sole expense, to have the construction process inspected from time to time by persons duly licensed and insured and otherwise approved by Contractor (copies of all licenses and certificates of insurance to be provided to Contractor seven (7) days prior to any inspection) to conduct such inspections for the quality and adherence to the design specification and building code. Notwithstanding the foregoing, all inspections shall be at a time mutually agreed upon by the parties so that the Contractor may have a corporate representative in attendance at the time of such inspections. In order to discover any non-conformity in construction at the earliest possible stage of construction, the Owner or home inspector, in the event the Owner has retained a home inspector, agrees to be present at the following stages of construction:

A.     Upon pouring the slab;

B.     Upon completion of the framing and completion of underlying mechanical components; and,

C.     At the time of the final walk-through inspection of the premises, as hereinafter provided.

The Owner may make additional inspections of the premises, provided such inspections are made at a time mutually agreed upon by the parties so that the Contractor may have a corporate representative in attendance. All inspections shall be conducted in such a manner so as to not unreasonably interfere with the progress of construction, the safety of workmen on the premises, or the structural integrity of the premises. Within 2 days following such inspection, (including the final walk-through inspection), the Owner shall notify the Contractor, in writing, of any such defects or deficiencies revealed by such inspection, failing which all construction performed through the date of such inspection shall be deemed unconditionally accepted by the Owner, time being of the essence. All bona fide defects or deficiencies revealed by the inspection shall be corrected by the Contractor in a timely manner. Failure to make timely inspections in accordance with the terms of this paragraph, Owner shall be deemed to have accepted all

construction performed in the residence. Notwithstanding the foregoing, Owner shall have the opportunity to have a walk-through inspection of the premises upon completion.

In the event the Contractor deems the reported deficiencies to be unreasonable or unwarranted, the Contractor may obtain an independent inspection by persons duly licensed to make such inspections. If the independent inspection reveals that the defect reported by the home inspector is unwarranted, then the cost of such inspection shall be borne by the Owner. Furthermore, in the event the independent inspection performed by the Contractor shall require any further repairs to restore the property to its condition prior to such inspection, the cost of such repairs shall be borne by the Owner. Due to insurance regulations, it is vitally important to the Contractor to control activities conducted upon the construction site for the residence which may impact the insurability of the project and the premiums charged to the Owner. As a result thereof, Owner agrees not to enter upon the premises without the prior consent and approval of the Contractor in accordance with the provisions of this paragraph. Any entry upon the premises by the Owner without the approval or consent of the Contractor shall be considered a material default. The unscheduled entry upon the premises also impacts the work being conducted upon the site and in many instances materially delays construction. The Owner agrees to indemnify and hold the Contractor harmless from any personal injury or property damage that may occur as a result of any inspection activities conducted upon the premises.

20.     **WALK-THROUGH INSPECTION.** The parties shall, no less than seven (7) days prior to closing, (unless otherwise mutually agreed to by the parties, in writing), perform a final walk-through inspection of the premises and prepare, if necessary, a punch list setting forth any items requiring correction or repair. In the event the Owner has retained the services of a home inspector, such home inspector shall be present at such walk-through inspection. At the time of the final walk-through inspection, a punch list of all items requiring repair shall be signed by all parties. Contractor shall use reasonable efforts to complete all punch list items within 30 days from date of closing, subject to availability of parts, materials, and supplies. Upon disbursement of the final draw to the Contractor, the Owner shall be deemed to have conclusively accepted the residence and all appliances and systems contained therein in its present condition, subject only to those matters set forth in the walk-through inspection agreed upon by the parties or otherwise covered by the 2-10 Home Buyers Warranty.

21.     **AGREEMENT BINDING.** The Owner acknowledges that this construction agreement shall become binding upon the Contractor only upon execution by an authorized officer of Mandalay Homes, Inc.

22.     **WARRANTIES.** Contractor is hereby providing Owner with the warranty contained in the most recent edition of the 2-10 Home Buyers Warranty Booklet, as of the date of the execution of this Agreement. This Booklet has been made available to Owner, and is incorporated by reference, and made a part of this purchase agreement. The warranty contained in the 2-10 Home Buyers Warranty Booklet is the sole warranty provided to Owner. ANY OTHER WARRANTY OR WARRANTIES, WHETHER EXPRESS OR IMPLIED, ARE DISCLAIMED BY CONTRACTOR AND

WAIVED BY OWNER, UNLESS OTHERWISE PROHIBITED BY PARTICULAR STATE LAW.

The failure of the Owner to pay all sums due Contractor under the terms of this agreement shall relieve the Contractor from any obligations to perform any warranty work upon the premises. Nothing herein contained shall be deemed a waiver of the arbitration provision contained in this agreement.

23.    **SOIL CONDITION.** The Contractor has no knowledge of the soil or subsurface condition of the property nor has the Contractor conducted any tests to determine any soil or subsurface condition that would affect the suitability of the property for construction. **THE CONTRACTOR NEITHER EXPRESSLY NOR IMPLIEDLY WARRANTS THE HABITABILITY OF SOIL OR SUBSURFACE CONDITIONS OF THE SUBJECT PROPERTY. THE OWNER AGREES TO ACCEPT THE RISK OF ANY LOSS CAUSED BY THE SOIL OR ANY SUBSURFACE CONDITIONS.** The Owner shall have the right to conduct any tests necessary, to discover any soil or subsurface conditions that may adversely affect the property. All tests shall be conducted within 10 days from the effective date of this Agreement. Such tests shall be performed by a registered professional engineer satisfactory to Contractor, performed in accordance with accepted geotechnical engineering practices and certified by such engineer, with the seal of the engineer and registration number affixed thereto. At a minimum, the Soils Report shall contain the following information: (i) existing general soil and site conditions, (ii) a sketch or reduced plat showing boring locations which can be correlated to a plat of the Subdivision; (iii) plasticity indices and soil bearing values; and, (iv) fill placement recommendations with lift thickness and density requirements. Furthermore, the Soils Report should include boring data. Any such reports shall be delivered to Contractor within two (2) days thereafter, failing which any soil or subsurface contingency shall be deemed waived. In the event the soil tests reflect a subsurface soil condition which would render the lot unsuitable for construction of a residential dwelling, the Contractor shall have the right, but shall be under no obligation, to remedy any such soil condition. In the event the Contractor is unable or unwilling to correct any such soil condition, the Owner may terminate this Agreement by providing written notice thereof to Contractor, failing which soil conditions may be waived by the Owner.

24.    **F.S. 404.056 RADON GAS.** RADON IS A NATURALLY OCCURRING RADIOACTIVE GAS THAT, WHEN IT HAS ACCUMULATED IN A BUILDING IN SUFFICIENT QUANTITIES, MAY PRESENT HEALTH RISKS TO PERSONS WHO ARE EXPOSED TO IT OVER TIME. LEVELS OF RADON THAT EXCEED FEDERAL AND STATE GUIDELINES HAVE BEEN FOUND IN BUILDINGS IN FLORIDA. ADDITIONAL INFORMATION REGARDING RADON AND RADON TESTING MAY BE OBTAINED FROM YOUR COUNTY HEALTH DEPARTMENT. PURSUANT TO 404.056(8), FLORIDA STATUTES.

25.    **ARBITRATION OF DISPUTES.** It is hereby agreed that all claims, disputes and controversies between Owner and Contractor arising from or related to the subject home, identified herein, or to any defect in or to the subject home or the real

property on which the subject home is situated, or the sale of the subject home by Contractor, including but not limited to, any claim for breach of contract, negligent or intentional misrepresentation, nondisclosure in the inducement, execution or performance of any contract, including this arbitration agreement, and breach of any alleged duty of good faith and fair dealing, shall be submitted to binding arbitration by and pursuant to the arbitration provision contained in the most recent edition of the Warranty Booklet, as of the date of the execution of this agreement. That Booklet has been made available to Owner, and is incorporated herein by reference, and made a part of this agreement. As set forth in the Warranty Booklet, binding arbitration of disputes which arise after the close of escrow will be accomplished pursuant to the rules of Construction Arbitration Services ("CAS"), in effect at the time of the request for arbitration. This arbitration agreement shall be governed by the Federal Arbitration Act, to the exclusion of any inconsistent state law.

26.     **INSULATION.** The insulating materials recommended to be used in the subject residence are as follows: R-_____ ceiling insulation, R-_____ framed exterior walls, and R-_____ concrete block walls. Any reference to insulation shall be limited to the insulation values contained in the living area, specifically excluding the garage, patio, and non-air conditioned areas.

27.     **SECURITY SYSTEM.** Mandalay Homes, Inc. may offer as an option to the plans and specifications a security/burglar alarm system to be installed by an independent security company not affiliated with the Contractor, and the installation, subscription and further use of the system shall be at the sole option of the Owner. Any and all warranties, guarantees, failures or breakdowns of the system shall be the responsibility of the security company and any damage caused by failures in the system shall be the responsibility of the security company and the Owner. Mandalay Homes, Inc. shall not be responsible for any claims made by the manufacturer, security company, monitoring company or any other party associated in providing security service, nor shall it be responsible for any representations made by same.

28.     **AUTOMATIC IRRIGATION.** If an automatic irrigation system is a part of this contract, such automatic irrigation system is warranted to the original purchaser to be free from defects in materials and workmanship at the time of occupancy or closing, whichever occurs first.

Additional warranty is limited to the remaining term of the manufacturer's warranty, if any, on equipment. Maintenance of the system is the Owner's responsibility. The following are common items requiring homeowner maintenance and do not constitute a warranted defect:

(a)     Time setting and adjustment.

(b)     Dirt or deposits clogging system.

(c)     Pressure changes in water flow.

(d)     Insect infestation of components.

(e)     Inadequate coverage during periods of drought.

(f)     Adjustment of head height after first occupancy or closing.

(g)     Interference with coverage due to growth of plant matter or the erection of fencing or other structure.

(h)     Replacement or adjustment of components damaged by lawn equipment, vehicles, pedestrian traffic, etc.

29.     **MOTTLING.** If the improvements purchased herein include a swimming pool, Owner expressly acknowledges that pool marcite is a natural product and therefore a light gray spotting or streaking discoloration called "mottling" may occur. This is a normal condition of marcite finish and is not a defect.

30.     **REVIEWING AUTHORITIES.** If the real property upon which the subject single-family residential dwelling is to be constructed is in a deed-restricted community, the Owner hereby acknowledges that the construction of a residential dwelling by the Contractor may be subject to the review and approval of the plans, drawings, and specifications by the Architectural Review Committee established by the Declaration of Covenants, Conditions and Restrictions, as well as various governmental agencies (collectively referred to as the **"Reviewing Authorities"**). In the event the Reviewing Authorities mandate any changes to the plans, drawings, or specifications, which result in the expenditure of additional sums, the Owner shall be responsible for the payment of any additional sums associated with the implementation of any such changes. It is agreed that any additional construction costs necessitated by the implementation of any changes mandated by the Reviewing Authorities shall be added to the Purchase Price and shall be due and payable to Contractor in the same manner as a Change Order duly executed by the parties.

31.     **FACSIMILE.** A facsimile copy of this Construction Agreement ("Agreement") and any and all executed documents incident to this agreement, including but not limited to any addenda to the Agreement, selections, design modifications and any other matters incident to the construction process, shall constitute an original, and any signatures thereon shall be considered for all purposes as originals. The date of the Agreement ("Effective Date") will be the date when the last party has signed this offer.

32.     **F.S. 489.1425 FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND.** PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND

FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7960 ARLINGTON EXPRESSWAY, JACKSONVILLE, FLORIDA 32211-7467; 904/727-6530.

33.     SEVERABILITY. The provisions of this Agreement are intended to be independent. In the event any provisions hereof should be declared by a court of competent jurisdiction to be invalid, illegal or unenforceable for any reason whatsoever, such illegality, unenforceability or invalidity shall not affect the remainder of this Agreement.

34.     OTHER AGREEMENTS. No prior or present agreements or representations shall be binding upon the Owner or Contractor unless included in this Agreement. No modification or change in this Agreement shall be valid or binding upon the parties unless in writing and executed by the party or parties intended to be bound thereby.

35.     MOLD NOTICE, DISCLOSURE AND DISCLAIMER.

Mold. Lately, mold has been in the news. Mold is a type of fungus. It occurs naturally in the environment, and it is necessary for the natural decomposition of plant and other organic material. It spreads by means of microscopic spores borne on the wind; and is found everywhere life can be supported. Residential home construction is not, and cannot be, designed to exclude mold spores. If the growing conditions are right, mold can grow in your home. Most homeowners are familiar with mold growth in the form of bread mold, and mold that may grow on bathroom tile.

In order to grow, mold requires a food source. This might be supplied by items found in the home, such as fabric, carpet or even wallpaper, or by building materials, such as drywall, wood and insulation, to name a few. Also, mold growth requires a temperate climate. The best growth occurs at temperatures between 40' F and 100* F. Finally, mold growth requires moisture. Moisture is the only mold growth factor that can be controlled in a residential setting. By minimizing moisture, a homeowner can reduce or eliminate mold growth.

Moisture in the home can have many causes. Spills, leaks, overflows, condensation, and high humidity are common sources of home moisture. Good housekeeping and home maintenance practices are essential in the effort to prevent or eliminate mold growth. If moisture is allowed to remain on the growth medium, mold can develop within 24 to 48 hours.

Consequences of mold. All mold is not necessarily harmful, but certain strains of mold have been shown to have adverse health effects in susceptible persons. The most common effects are allergic reactions, including skin irritation, watery eyes, runny nose, coughing, sneezing, congestion, sore throat and headache. Individuals with suppressed immune systems may risk infections. Some experts contend that mold causes serious symptoms and diseases which may even be life threatening. However, experts

disagree about the level of mold exposure that may cause health problems, and about the exact nature and extent of the health problems that may be caused by mold. The Center for Disease Control states that a causal link between the presence *of* toxic mold and serious health conditions has not been proven.

        <u>What the Homeowner can do</u>. The homeowner can take positive steps to reduce or eliminate the occurrence of mold growth in the home, and thereby minimize any possible adverse effects that may be caused by mold. These steps include the following:

        1. Before bringing items into the home, check for signs of mold. Potted plants (roots and soil), furnishings, or stored clothing and bedding material, as well as many other household goods, could already contain mold growth.

        2. Regular vacuuming and cleaning will help reduce mold levels. Mild bleach solutions and most tile cleaners are effective in eliminating or preventing mold growth.

        3. Keep the humidity in the home low. Vent clothes dryers to the outdoors. Ventilate kitchens and bathrooms by opening the windows, by using exhaust fans, or by running the air conditioning to remove excess moisture in the air, and to facilitate evaporation of water from wet surfaces.

        4. Promptly clean up spills, condensation and other sources *of* moisture. Thoroughly dry any wet surfaces or material. Do not let water pool or stand in your home. Promptly replace any materials that cannot be thoroughly dried, such as drywall or insulation.

        5. Inspect for leaks on a regular basis. Look for discolorations or wet spots. Repair any leaks promptly. Inspect condensation pans (refrigerators and air conditioners) for mold growth. Take notice of musty odors, and any visible signs of mold.

        6. Should mold develop, thoroughly clean the affected area with a mild solution of bleach. First, test to see if the affected material or surface is color safe. Porous materials, such as fabric, upholstery or carpet should be discarded. Should the mold growth be severe, call on the services of a qualified professional cleaner.

        <u>Disclaimer and Waiver</u>. Whether or not you as a homeowner experience mold growth depend largely on how you manage and maintain your home. Our responsibility as a homebuilder must be limited to things that we can control. **Mandalay Homes, Inc. will not be responsible for any damages caused by mold, or by some other agent, that may be associated with defects in our construction, to include but not be limited to property damage, personal injury, loss of income, emotional distress, death, loss of use, loss of value, and adverse health effects, or any other effects. Any implied warranties, including an implied warranty of**

workmanlike construction, an implied warranty of habitability, or an implied warranty of fitness for a particular use, are hereby waived and disclaimed.

This notice, disclosure and disclaimer agreement is hereby appended to and made a part of the contract of sale. The consideration for this agreement shall be the same consideration as stated in the contract of sale. Should any term or provision of this agreement be ruled invalid or unenforceable by a court of competent jurisdiction, the remainder of this agreement shall nonetheless stand in full force and effect.

I acknowledge receipt of the notice, disclosure and disclaimer agreement. I have carefully read and reviewed its terms, and I agree to its provisions.

_____ (Buyer)    _____

(Date)

_____ (Buyer)    _____ (Date)

36.    F.S. 558.005(2) NOTICE OF CLAIM. CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

37.    **F.S. 713.015 CONSTRUCTION LIENS. ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID-IN-FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY**

**SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

38.   **F.S. 720.401 SUBDIVISION DISCLOSURE SUMMARY.** YOU SHOULD NOT EXECUTE ANY CONTRACT TO PURCHASE THE PROPERTY UNTIL YOU HAVE RECEIVED AND READ THIS DISCLOSURE SUMMARY AS REQUIRED BY F.S. 720.401.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY BUYER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL, WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

F.S. 190.048 COMMUNITY DEVELOPMENT DISTRICTS. THE _____ COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND ALL OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW.

MANDALAY HOMES, INC.

By: _____     Date: 12/14/05
    An Officer

OWNER:

_____     Date: 12-14-05
JOAN PATTERSON