UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| * * * * * * * * * * * * * * * * * * * | * | JUDGE FALLON |
| This document relates to: | * * | MAG. JUDGE WILKINSON |
| *Silva v. Interior Exterior Building Supply, LP*, Case No. 09-cv-08030 (E.D. La) | * | |

## AMENDED ORDER

On March 29, 2011, the Court issued a Case Management Order in the above-captioned matter. (R. Doc. 8429). The Court now amends this Order, clarifying that, as stated in paragraph 12, the *Daubert* hearing is scheduled for June 24, 2011, at 9:00 a.m. central time.

New Orleans, Louisiana, this 1st day of April 2011.

_____
U.S. District Judge