UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.

    Plaintiffs,

vs.                                                                   **CASE NO. 09-6690**

KNAUF GIPS, KG, et al.,

    Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

    NOTICE IS HEREBY GIVEN that Charles Wachter of the law firm of Holland & Knight LLP, enters his appearance as counsel of record on behalf of Defendant, First Home Builders of Florida I, LLC, ("First Home") in the above-styled cause, and requests that copies of all further pleadings, documentation or notices filed shall be provided to the undersigned counsel. In addition, because First Home-related entities First Home Builders of Florida I, Inc. and First Home Builders, Inc. are included in a list of defendants within the Complaint [SUBSTITUTED AND AMENDED OMNIBUS CLASS ACTION IN INTERVENTION (III) FILED BY PLAINTIFF, MARY ANN BENES], the undersigned, in an abundance of caution, also enters his appearance as counsel of record on their behalf. First Home does not consent to jurisdiction and preserves all of its rights. Counsel further notes that, according to Judge Fallon's Pre-Trial Order No. 1G in MDL Case No. 2047, it appears that no response to the above-referenced Complaint filed against First Home is necessary at this time. If a response needs to be filed, First Home will move to dismiss for lack of personal jurisdiction.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Charles Wachter
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
P.O. Box 1288, Tampa FL 33601-1288
100 N. Tampa St., Suite 100
Tampa FL 33602
813-227-8500
813-299-0134 fax

Counsel for Defendants First Home Builders of Florida I, LLC, First Home Builders of Florida I, Inc., and First Home Builders, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **April 1, 2011**, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/ Charles Wachter
Attorney

# 9527064_v1

2