UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH and BARBARA WILITZ, et al.,

    Plaintiffs,

vs.

BEJING NEW BUILDING MATERIALS
PUBLIC LTD. CO., et al.,

    Defendants.
_____/

**CASE NO. 10-361**
**SECT. L MAG 2**

## AMENDED NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Charles Wachter of the law firm of Holland & Knight LLP, enters his appearance as counsel of record on behalf of Defendant, FHBF Partners, LLP, f/k/a First Home Builders of Florida ("First Home") in the above-styled cause, and requests that copies of all further pleadings, documentation or notices filed shall be provided to the undersigned counsel. First Home does not consent to jurisdiction and preserves all of its rights. Counsel further notes that, according to Judge Fallon's Pre-Trial Order No. 1G in MDL Case No. 2047, it appears that no response to the Complaint filed against First Home [PLAINTIFFS', KENNETH AND CYNTHIA BURKE, et al., OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (IIA)] is necessary at this time. If a response needs to be filed, First Home will move to dismiss for lack of personal jurisdiction.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Charles Wachter
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
P.O. Box 1288, Tampa FL 33601-1288
100 N. Tampa St., Suite 100
Tampa FL 33602
813-227-8500
813-299-0134 fax

*Counsel for Defendants FHBF Partners, LLP f/k/a First Home Builders of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 1, 2011**, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/ Charles Wachter
Attorney

#10049274_v1