IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| This Document Relates to<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**DEFENDANT SHELBY HOMES, INC.'S**
**NOTICE OF INABILITY TO PAY**

Defendant Shelby Homes, Inc. ("Shelby"), reserving all rights and defenses, including specifically its objection to the jurisdiction of this Court as set forth in its Motions to Dismiss For Lack of Personal Jurisdiction [*see, e.g.* DE 4299], respectfully advises the Court of its inability to pay with respect to the Court's Orders dated March 9, 2011 [DE 8006] and March 25, 2011 [DE 8401], and further states:

Defendant Shelby is not a builder. *See* Affidavit of Jack Short at ¶ 3, attached hereto as Exhibit A. Shelby has never built a home nor has it ever sold a home. *Id.* Nonetheless, Shelby has been erroneously sued as a builder in this MDL with respect to two homes. Therefore, in accordance with the Order, it appears arguable that Shelby is required to deposit $1,650. However, Shelby does not have any open bank accounts nor any funds or other assets from which to pay the amounts due. *Id.* at ¶ 4. Indeed, Shelby does not have any ongoing business operations nor is it paying undersigned counsel. *Id.* at ¶¶ 4-5.

Accordingly, Shelby respectfully advises of its financial inability to comply with the Court's March 9, 2011 Order. *Id.* at ¶ 6.

1

Dated: April 1, 2011

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant Shelby Homes, Inc.
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Inability to Pay has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2011.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez