IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL:
PRODUCTS LIABILITY LITIGATION

MDL NO.: 2047

SECTION: L

This Document Relates to
ALL CASES

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

### AFFIDAVIT OF JACK SHORT IN SUPPORT OF DEFENDANT SHELBY HOMES, INC.'S NOTICE OF INABILITY TO PAY

BEFORE ME, the undersigned authority, on this day personally appeared **Jack Short**, who, being duly sworn, says:

1. My name is Jack Short. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the Chief Financial Officer of Shelby Homes, Inc. ("Shelby"), and submit this Affidavit in support of Shelby's Notice of Inability to Pay.

3. Shelby is not a builder. Shelby has never built a home nor has it ever sold a home.

4. Shelby does not have any open bank accounts, nor any funds or other assets. Shelby is not engaged in any ongoing business activities.

5. Shelby is not paying its counsel for its representation in this matter.

6. Shelby is financially unable to comply with the Court's March 9, 2011 Order that

appears to require it to deposit $1,650 with the Court.

                                          Jack Short
                                          Chief Financial officer
                                          Shelby Homes, Inc.

STATE OF FLORIDA                  )
                                 )SS:
COUNTY OF MIAMI-DADE     )

       The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of Florida, this ___ day of April, 2011, by Jack Short, who ✓ is personally known to me or __ has produced a Florida driver's license as identification.

                                         Printed Name: Diana Piemart
                                         Notary Public, State of
                                         My Commission Expires:

(NOTARIAL STAMP)

