UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2011 APR -1  PM 1:48

KENNETH ABEL, individually, and on behalf of all others similarly situated, *et al.*

Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD, f/k/a SHANDONG TAIHE DONGXIN CO, LTD, *et al.*

Defendants.

_____/

Case No.: 11-080
Sect. L MAG 2

## SUGGESTION OF BANKRUPTCY

Lauris Boulanger, Inc. (the "Debtor"), through undersigned counsel, hereby files this Suggestion of Bankruptcy under Chapter 7 of the United States Bankruptcy Code, and states:

1.  A Voluntary Bankruptcy Petition (the "Petition") was filed by Lauris Boulanger, Inc. on December 7, 2010.

2.  The caption and number of the Chapter 7 case is as follows:

    UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF FLORIDA
    MIAMI DIVISION

    In re: LAURIS BOULANGER, INC.
    Case No.: 10-47337-BKC-RAM

3.  Pursuant to 11 U.S.C. § 362, the filing of the Petition operates as a stay of the commencement or continuation of these proceedings.

4.  The filing of this Suggestion does not constitute a notice of appearance in this action.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Case No.: 11-080

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail and E-mail this 3rd day of March, 2011 to: **Russ M. Herman and Leonard A. Davis**, 820 O'Keefe Avenue, New Orleans, LA 70113, [rherman@hhkc.com]; [ldavis@hhkc.com].

_____
Joel L. Tabas
Fla. Bar No.: 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
*Attorneys for Lauris Boulanger, Inc.*
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
jtabas@tabasfreedman.com

2