**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION: L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to all cases** | * | |
| | * | **MAG. JUDGE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Interior Exterior Building Supply, L.P. moves this Court for leave to indefinitely file Exhibit C to its Motion for Partial Summary Judgment under seal because that exhibit includes portions of testimony which have been designated "confidential" subject to Fed. R. Civ. P. 26(c) and Pretrial Order #16.  Exhibit C of the memorandum in support consists of portions of testimony from the deposition of Isabel Knauf, and will  be filed in person, but not via electronic means.

Accordingly, good cause exists, and this Court should grant Interior Exterior Building Supply,

L.P.'s leave to file Exhibit C to its Motion for Partial Summary Judgment under seal.

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.

_____

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
bgrau@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of April, 2011.

/s/ Richard G. Duplaintier, Jr.

_____
RICHARD G. DUPLANTIER, JR.