**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED * | | MDL NO. 2047 |
| DRYWALL PRODUCTS * | | |
| LIABILITY LITIGATION * | | SECTION: L |
| * | | |
| * | | JUDGE FALLON |
| This document relates to all cases * | | |
| * | | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION**
**FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Interior Exterior Building Supply, L.P. moves this Court for leave to indefinitely file Exhibit C to its Motion for Partial Summary Judgment under seal because that exhibit includes portions of testimony which have been designated "confidential" subject to Fed. R. Civ. P. 26(c) and Pretrial Order #16. Exhibit C of the memorandum in support consists of portions of testimony from the deposition of Isabel Knauf, and will be filed in person, but not via electronic means. Accordingly, good cause exists, and this Court should grant Interior Exterior Building Supply, L.P.'s leave to file Exhibit C to its Motion for Partial Summary Judgment under seal.

seal. Accordingly, good cause exists for granting this motion and Interior Exterior prays that this Court enter an order allowing the Exhibits to be filed under seal.

                                              Respectfully submitted,

                                              /s/ Richard G. Duplantier, Jr.
                                              _____
                                              Richard G. Duplantier, Jr. #18874
                                              Lambert J. Hassinger, Jr. #21683
                                              Benjamin R. Grau #26307
                                              Carlina C. Eiselen, #28524
                                              Jeffrey P. Green #30531
                                              Galloway, Johnson, Tompkins, Burr & Smith
                                              701 Poydras Street, Suite 4040 One Shell Square
                                              New Orleans, LA 70139
                                              504 525 6802 / 504 525 2456 Fax
                                              rduplantier@gjtbs.com
                                              jhassinger@gjtbs.com
                                              bgrau@gjtbs.com
                                              ceiselen@gjtbs.com
                                              jgreen@gjtbs.com
                                              *Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

      The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of April, 2011.

                                              /s/ Richard G. Duplantier, Jr.
                                              _____
                                              RICHARD G. DUPLANTIER, JR.