UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

AFTER CONSIDERATION of the Ex Parte Motion for Leave to File Exhibits Under Seal, filed by the Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.

IT IS ORDERED that the proposed Exhibit C shall be indefinitely filed under seal.

THUS DONE THIS _____day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

1