AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:09-cv-6687

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Guardian Building Products Distribution, Inc.
was received by me on *(date)* 04/01/2011.

☑ I served the subpoena by delivering a copy to the named person as follows: Guardian Building Products Distribution, Inc. by serving CT Corporation System, Michelle Martin, Process Specialist at 2:54 pm at 1201 Peachtree Stree, Atlanta, GA 30361 on *(date)* 04/01/2011 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/01/2011

*Server's signature*

Randal L. George
*Printed name and title*

RGP Attorney Services
917 Gresham Ave., Suite 210
Marietta, GA 30060

*Server's address*

Additional information regarding attempted service, etc:
Served:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION
NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Michelle Germano, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09-cv-6687 |
| Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. ltd., et al. | ) | (If the action is pending in another district, state where: |
| Defendant | ) | Eastern District of Louisiana ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Guardian Building Products Distribution, Inc.
Through its Registered Agent CT Corporation System

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Elmore & Wall, P.A.<br>55 Beattie Place, Suite 1050<br>Greenville, SC 29601 | Date and Time:<br>04/27/2011 10:00 am |
|---|---|

The deposition will be recorded by this method: Real time court reporting and Videotape

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Schedule A

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/31/2011

CLERK OF COURT

OR

_____  _____
Signature of Clerk or Deputy Clerk    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Michelle Germano, et al.
_____, who issues or requests this subpoena, are:

Richard J. Serpe, Esquire
580 E. Main Street, Suite 310, Norfolk, VA 23510
(757) 233-0009; rserpe@serpefirm.com