# In Re:
## *Chinese Drywall MDL*

*Clayton & James Geary*
*February 05, 2010*
*Confidential – Subject to Further Confidentiality Review*

## *GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File cjg020510.txt
Min-U-Script® with Word Index

**EXHIBIT "A"**

Page 1

```
           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE:                        §
CHINESE-MANUFACTURED          §   MDL NO. 2047
DRYWALL PRODUCTS              §
LIABILITY LITIGATION          §   SECTION: L
                              §
                              §   JUDGE FALLON
This document applies         §
to all cases                  §   MAG. JUDGE WILKINSON
                              §

              FRIDAY, FEBRUARY 5, 2010

                  - CONFIDENTIAL -
         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

         Videotaped deposition of CLAYTON C.
GEARY and JAMES F. GEARY, SR., AS JOINT
30(B)(6) REPRESENTATIVES OF THE
INTERIOR/EXTERIOR BUILDING SUPPLY, LP, held
at the offices of Frilot, LLC, 3700 Energy
Centre, 1100 Poydras Street, New Orleans,
Louisiana, commencing at 9:15 a.m., on the
above date, before Michael E. Miller,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter.
            GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
```

Page 2

```
CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
              STATE OF LOUISIANA

NO. 09-8144                  DIVISION "H-12"

     PATRICK DENNIS, M.D., AND WIFE KATHLEEN
DENNIS, INDIVIDUALLY AND ON BEHALF OF THEIR
     MINOR CHILDREN, ISABELLA DENNIS AND
              GABRIELLE DENNIS

                     -VERSUS-

     INTERIOR EXTERIOR BUILDING SUPPLY, L.P.;
INTERIOR EXTERIOR ENTERPRISES, L.L.C.; RSUI
     INDEMNITY COMPANY; LANDMARK AMERICAN
 INSURANCE COMPANY; ARCH INSURANCE COMPANY;
  THE NORTH RIVER INSURANCE COMPANY; LIBERTY
 MUTUAL FIRE INSURANCE COMPANY; UNITED STATES
 FIRE INSURANCE COMPANY; BITUMINOUS FIRE AND
MARINE INSURANCE COMPANY; SAVOIE REAL ESTATE
    HOLDINGS, L.L.C.; SAVOIE REALTY, L.L.C.;
     CLARENDON AMERICAN INSURANCE COMPANY;
PRAETORIAN SPECIALTY INSURANCE COMPANY; QBE
     SPECIALTY INSURANCE COMPANY; COLONIAL
   INSPECTION SERVICES, L.L.C.; SEALS DRYWALL
        AND HERMITAGE INSURANCE COMPANY
```

Page 3

```
APPEARANCES:

    HERMAN, HERMAN, KATZ & COTLAR, LLP
    BY:  STEPHEN J. HERMAN, ESQUIRE
         sherman@hhkc.com
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    (504) 581-4892
    Counsel for MDL Plaintiffs


    LUMPKIN, REEVES & MESTAYER, PLLC
    BY:  JIM REEVES, ESQUIRE
         jrr@lumpkinreeves.com
         TOM BUSBY, ESQUIRE
         twb@lumpkinreeves.com
    160 Main Street
    Biloxi, Mississippi 39530
    (228) 374-5151
    Counsel for MDL Plaintiffs


    LAMBERT AND NELSON, PLC
    BY:  HUGH P. LAMBERT, ESQUIRE
         hlambert@lambertandnelson.com
    701 Magazine Street
    New Orleans, Louisiana 70130-3629
    (504) 581-1750
    Counsel for MDL Plaintiffs


    BECNEL LAW FIRM, LLC
    BY:  DANIEL E. BECNEL, JR., ESQUIRE
         dbecnel@becnellaw.com
    106 West Seventh Street
    Reserve, Louisiana 70084
    (985) 536-1186
    Counsel for MDL Plaintiffs
```

Page 4

```
APPEARANCES:

    LEMMON LAW FIRM, LLC
    BY:  ANDREW A. LEMMON, ESQUIRE
         andrew@lemmonlawfirm.com
    550 Poydras Street
    Suite 2335
    New Orleans, Louisiana 70130
    (504) 581-5644
    Counsel for Plaintiffs


    KANNER & WHITELEY, LLC
    BY:  MELISSA M. FUSELIER, ESQUIRE
         m.fuselier@kanner-law.com
         CYNTHIA ST. AMANT, ESQUIRE
         c.stamant@kanner-law.com
         (via teleconference)
    701 Camp Street
    New Orleans, Louisiana 70130
    (504) 524-5777
    Counsel for Dennis Plaintiffs


    GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
    BY:  RICHARD G. DUPLANTIER, JR., ESQUIRE
         rduplantier@gjtbs.com
         LAMBERT J. HASSINGER, JR., ESQUIRE
         jhassinger@gjtbs.com
    One Shell Square
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    (504) 525-6802
    Counsel for Interior/Exterior
    Building Supply, LP, et al.


    CARR ALLISON
    BY:  VINCENT A. NOLETTO, ESQUIRE
         vnoletto@carrallison.com
    6152 Monroe Street
    Suite 200
    Daphne, Alabama 36526
    (251) 626-9340
    Counsel for Interior/Exterior
    Building Supply, LP, et al.
```

Page 29

1  Distributor Profile Form?
2  A. Jim.
3  Q. Okay. And that's the other
4  person that's here to testify on behalf of
5  the company today, correct?
6  A. Yes, sir.
7     (Whereupon, Deposition Exhibit
8  INEX-30b6-3, Knauf Plasterboard Wuhu
9  Certificate of Origin, INT/EXT00084 -
10 INT/EXT00089, was marked for
11 identification.)
12    BY MR. HERMAN:
13 Q. I'm going to show you what's
14 been marked as INEX-30b6-3, previously
15 marked, with Interior/Exterior Bates numbers
16 84 to 89.
17    MR. HERMAN: Doug, you might
18 want to...
19 A. Yes, sir.
20    BY MR. HERMAN:
21 Q. Are you familiar with INEX
22 Exhibit 3?
23 A. Yes, sir.
24 Q. What is it?

Page 30

1  A. These are warranties and
2  certifications that we had required of Knauf
3  when we purchased material from them.
4  Q. And from your point of view,
5  everything that you purchased from Knauf came
6  with these certificates and warranties?
7  A. Yes, sir.
8  Q. Or certificates and warranties
9  that were substantially similar to this?
10 A. Yes.
11 Q. And why did you want these
12 certificates and warranties?
13 A. To make sure it complied with
14 certain standards that were applicable in the
15 U.S.
16 Q. Okay. Did you have some
17 concern that they wouldn't be?
18 A. Just wanted to make sure they
19 were.
20 Q. Okay. The first one, which is
21 Bates number 84, says, "Certificate of
22 Origin. We hereby certify that the following
23 gypsum boards have been shipped from
24 Shanghai, China to New Orleans, Louisiana,"

Page 31

1  and then it says, "Country of Origin:
2  China."
3     Why did you want a certificate
4  of origin?
5  A. To verify where it came from.
6  Q. Did you have some concern that
7  it might come from somewhere other than
8  China?
9  A. No. We just were under the --
10 well, we were under the understanding that
11 you had to have all the products marked that
12 they were made in China or wherever the
13 country of origin was.
14 Q. That's some type of, to your
15 knowledge, U.S. regulation?
16 A. Yes, sir.
17 Q. Okay. If we look at the second
18 one, which is -- well, let me ask you this.
19    Based on your knowledge,
20 understanding and recollection, did Knauf
21 comply with this certificate?
22 A. Yes, sir.
23 Q. Okay. Okay. Let's go to 85.
24 That's something called a mill certificate?

Page 32

1  A. Uh-huh.
2  Q. And it says, "We hereby certify
3  that the 1/2" gypsum boards were manufactured
4  in accordance to ASTM C36."
5  A. Yes, sir.
6  Q. Okay. Why did you want that
7  certificate?
8  A. Because that's the standard
9  that is the U.S. standard.
10 Q. ASTM C36 is the U.S. standard?
11 A. Yes, sir.
12 Q. And you have some concern that
13 this gypsum board might not comply with that
14 standard?
15    MR. SANDERS: Object to form.
16 A. No, we just wanted to make sure
17 it did.
18    BY MR. HERMAN:
19 Q. Okay. And if you look on the
20 stamp, it says, "Knauf Plasterboard Wuhu
21 Company, Ltd."
22 A. Yes.
23 Q. Are you familiar with that?
24 A. Yes.

Case 2:09-md-02047-EEF-MBN   Document 8478-2   Filed 04/04/11   Page 4 of 12

Chinese Drywall MDL | Confidential – Subject to Further Confidentiality Review | Clayton & James Geary
February 05, 2010

**Page 33**

1  Q. What is that, to your knowledge
2  and recollection?
3  A. We had one shipment from their
4  Wuhu plant, which is different from their
5  Tianjin plant.
6  Q. And are there similar
7  warranties and certificates and
8  representations with respect to the Knauf
9  plasterboard that you received from the
10 Tianjin plant?
11 A. Yes, we got the same warranties
12 and certifications.
13 Q. And from your point of view,
14 did Knauf comply with this certificate?
15 A. The ASTM certificate?
16 Q. Yes.
17 A. We got the certificate saying
18 that they did.
19 Q. Do you have any knowledge or
20 information at this point that some of the
21 gypsum boards might not have complied with
22 ASTM C36?
23 A. No, sir, I don't.
24 Q. Is that something you've looked

**Page 34**

1  into?
2  A. No.
3     MR. DUPLANTIER: Let me just
4  object to the form of the question.
5  To the extent that you're asking
6  information that he might have
7  obtained as part of attorney-client
8  privilege, I'm going to instruct the
9  witness not to answer what he's
10 learned from his counsel.
11    MR. HERMAN: Okay.
12    BY MR. HERMAN:
13 Q. Outside of discussions with
14 your counsel, have you looked into that?
15 A. No, sir.
16 Q. Okay. Bates number 86,
17 something called "Beneficiary Signed
18 Statement." What's a Beneficiary Signed
19 Statement?
20 A. We wanted to make sure that the
21 product was packaged correctly because it's
22 coming from overseas.
23 Q. Okay. And in terms of
24 "beneficiary," what are you the beneficiary

**Page 35**

1  of, or what is Knauf the beneficiary of, if
2  you know?
3  A. I guess they're certifying that
4  they shipped it, that they packaged it
5  properly for oceangoing shipment.
6  Q. Okay. And it says, "We hereby
7  certify that, (A), the gypsum boards goods
8  shipped were properly palletized, wrapped,
9  sealed, to protect them against damage in
10 shipment."
11    Do you see that?
12 A. Yes, sir.
13 Q. And is that something you were
14 concerned about?
15 A. Yes.
16 Q. And, to your knowledge, as we
17 sit here today, did Knauf comply with that
18 certification?
19 A. Yes.
20 Q. Okay. "(B), that the packing
21 of each 68-piece pallet consisted of wrapping
22 them with six pieces of rejected boards on
23 each side to protect against damage. Pallets
24 are constructed so as to allow for forklift

**Page 36**

1  loading."
2     Do you see that?
3  A. Yes, sir.
4  Q. And, to your knowledge, as we
5  sit here today, did Knauf comply with that
6  certificate?
7  A. Yes, sir.
8  Q. And then it says that, "Each
9  pallet was wrapped in plastic sheet and belts
10 to further protect against damage and
11 moisture. Each pallet was marked for size
12 with thickness and, (D), the gypsum boards
13 have end tape."
14    Do you see that?
15 A. Uh-huh.
16 Q. As we sit here today, do you
17 have any knowledge or information that Knauf
18 did not comply with that certificate?
19    MR. DUPLANTIER: Answer "yes"
20 or "no."
21 A. Do I have information that they
22 did not comply?
23    BY MR. HERMAN:
24 Q. Yeah.

Page 37

1  A. No.
2  Q. Okay. And why were you
3  concerned that the gypsum boards would have
4  end tape?
5  A. To mark where it came from.
6  Q. Okay. And --
7  A. The manufacturer.
8  Q. And why was that of concern?
9  A. Just to show where it came
10 from.
11 Q. From a client-customer
12 relations point of view, is it important to
13 be able to know or represent which
14 manufacturer is associated with which piece
15 of drywall?
16 A. Can you repeat that question?
17 Q. From a client-customer point of
18 view, is it important to know which
19 manufacturer is associated with which piece
20 of drywall?
21 A. There's a preference,
22 sometimes.
23 Q. On the part of customers?
24 A. Yes.

Page 38

1  Q. The next Bates number is 87.
2  It says "Certificate of Quantity, Quality and
3  Condition."
4     Do you see that?
5  A. Yes, sir.
6  Q. And it says, "Condition: In
7  good conditions."
8     You see that?
9  A. Uh-huh.
10 Q. As we sit here today, do you
11 have any knowledge or information that the
12 plasterboard that was shipped was not in good
13 condition?
14 A. As far as the packaging?
15 Q. Well, I don't know. What does
16 this mean to you?
17 A. That the product, I guess, is
18 in accordance with the ASTM standards.
19 Q. Okay. And that's all it means,
20 based on your knowledge and understanding?
21 A. The package was made towards --
22 the product was manufactured in accordance to
23 the standards, it was packaged properly, and
24 it complied with all the standards that were

Page 39

1  applicable and the warranty that was
2  applicable.
3  Q. Okay. And so above that, it
4  says, "Quality in accordance to ASTM C36,"
5  and we've covered that.
6     And then separately, it says,
7  "Condition: In good conditions." That
8  doesn't have any meaning to you, besides the
9  fact that it was packed correctly and is in
10 accordance with ASTM C36?
11 A. That there are no problems --
12 there should be no problems with the product.
13 Q. Okay. And, as we sit here
14 today, to your knowledge, are there problems
15 with the product that was shipped?
16 A. Yes, there are.
17 Q. Okay. And is it the position
18 of Interior/Exterior that Knauf breached this
19 certification?
20    MR. DUPLANTIER: Let me object
21 to the form of the question. You're
22 asking for a legal conclusion. But
23 subject to that, you can answer it.
24 A. Yes.

Page 40

1     BY MR. HERMAN:
2  Q. Okay. Then Bates number 88,
3  the next page, it says, "Certificate. We
4  hereby certify that one set to nonnegotiable
5  copies of required documents has been sent to
6  applicant by courier service at the address
7  of: 727 South Cortez Street, New Orleans,
8  Louisiana 70119."
9     What is that address?
10 A. That's where our corporate
11 office is.
12 Q. And did you, in fact, receive
13 documents from Knauf Plasterboard Wuhu at
14 that address?
15 A. I don't recall if it was at
16 that address, but we received documents from
17 them.
18 Q. And you received those
19 documents in the United States of America?
20 A. Yes, sir.
21 Q. You didn't have to go to China
22 to pick up the documents?
23 A. No, sir.
24 Q. Okay. Then Exhibit 89 is

Case 2:09-md-02047-EEF-MBN   Document 8478-2   Filed 04/04/11   Page 6 of 12

Chinese Drywall MDL | Confidential – Subject to Further Confidentiality Review | Clayton & James Geary
February 05, 2010

Page 53

1  Q. Okay. There's a date of
2  purchase in number 4 of July 5th, 2006. Do
3  you see that?
4  A. Uh-huh.
5  Q. Is that a contract date, to the
6  best of your recollection?
7  A. The best of my recollection,
8  yes.
9  Q. And would that shipment have
10 come -- or would that purchase have come on a
11 different shipment than the Knauf Tianjin
12 shipments?
13 A. Yes, it did.
14 Q. And do you know about when that
15 arrived?
16 A. I believe September, but I'm --
17 of '06, but I'm not sure.
18 Q. I understand that the other
19 Mr. Geary is the best person to address the
20 Metro Resource purchases?
21 A. Yes.
22    MR. HERMAN: If nobody minds,
23 let's just go off the record for one
24 second and we can switch up.

Page 54

1     MR. DUPLANTIER: That's fine
2  with me.
3     THE VIDEOGRAPHER: Off the
4  record, 9:39 a.m.
5     (Recess taken, 9:39 a.m. to
6  9:41 a.m.)
7     THE VIDEOGRAPHER: Stand by.
8  Back on the record, 9:41 a.m.
9     JAMES F. GEARY, SR.,
10 having been first duly sworn, testified as
11    follows:
12    EXAMINATION
13    BY MR. HERMAN:
14 Q. Could you please state your
15 name for the record?
16 A. James Geary.
17 Q. And you're also here to testify
18 on behalf of Interior/Exterior?
19 A. Yes, I am.
20    MR. HERMAN: Just as a
21 preliminary matter, I'll just state
22 for the record that we are optimistic
23 that we will reach a stipulation as to
24 the authenticity of the documents that

Page 55

1  have been produced by
2  Interior/Exterior as business records,
3  and so we're not going to waste time
4  in this deposition trying to
5  authenticate documents, except for
6  maybe some clarifications on
7  handwriting. And if we have to
8  address that, we will later; but
9  hopefully, we'll resolve it by
10 stipulation.
11    MR. DUPLANTIER: That is
12 correct.
13    MR. HERMAN: Okay.
14    BY MR. HERMAN:
15 Q. How did Interior/Exterior come
16 to start purchasing drywall from China?
17 A. Shortly after the storm, we
18 were displaced from our offices in
19 New Orleans, and we relocated to our office
20 on the north shore in Mandeville. We have a
21 warehouse, a branch warehouse over there, and
22 we have excess office, so we moved a lot of
23 our corporate people over there.
24    Sometime after the storm, when

Page 56

1  we finally got relocated, I would get
2  periodic calls from some of our vendors,
3  checking in with us, see how we did, see how
4  we were doing since the storm, you know, just
5  asking us how we made out.
6     My recollection is I got a call
7  from -- one day, from Mr. Jeff Brisley with
8  Knauf, who is an insulation vendor of ours.
9  We have bought insulation from Knauf for
10 many, many years, and he was calling to check
11 in with me to see how I was doing.
12    Prior to the storm, there was a
13 nationwide shortage of drywall. In the
14 course of our conversation, he mentioned to
15 me that Knauf overseas had manufacturing
16 facilities that produced drywall, and we then
17 discussed the possibility of us getting some
18 product from them.
19 Q. Okay.
20    MR. NICHOLAS: I didn't get his
21 last name, Steve. I'm sorry.
22    THE WITNESS: Pardon?
23    MR. DUPLANTIER: Brisley,
24 B-R-I-S-L-E-Y.

**Page 57**

1  MR. NICHOLAS: Thank you.
2  THE WITNESS: B-R-I-S-L-E-Y.
3  MR. HERMAN: Okay.
4  BY MR. HERMAN:
5  Q. And so when you say "vendors,"
6  you're talking about organizations that sold
7  product to Interior/Exterior?
8  A. Correct.
9  Q. And do you know what company
10  Mr. Brisley was with?
11  A. Yeah. Mr. Brisley is with
12  Knauf USA.
13  Q. Okay. And who was it that made
14  the suggestion or recommendation or inquiry
15  that you might seek drywall from China?
16  A. To the best of my recollection,
17  he did.
18  Q. Okay. Did you know that
19  drywall was even manufactured in China?
20  A. I don't know. I had suspicions
21  that it would be, but I don't recall if I did
22  at the time or not.
23  Q. Okay. Have you ever reviewed
24  any literature or product placement or

**Page 58**

1  advertising or marketing regarding any
2  drywall from China?
3  A. At the time, no.
4  Q. Did Mr. Brisley provide you
5  with some?
6  A. I'm trying to remember. I know
7  he sent us, via an e-mail through his local
8  sales rep, just a communication with some
9  contact information with their people in
10  China, as well as some prices.
11  Q. Okay. Did you have any
12  concerns about importing drywall from China?
13  A. No. Did not.
14  Q. Did you have any concerns that
15  your customers might have concerns about
16  buying drywall that had been manufactured in
17  China?
18  A. No, we didn't. I did not think
19  that would be an issue, because at the time
20  there was such a severe shortage of drywall,
21  we were having to turn customers down because
22  of our lack of supply. So this was an
23  attempt on us to get additional supply,
24  knowing that, additionally with the storm,

**Page 59**

1  that there would be additional demand.
2  Q. Okay. After this phone call
3  with Mr. Brisley, how did either
4  Interior/Exterior follow up or Knauf follow
5  up, in terms of actually providing drywall
6  from China to Interior/Exterior?
7  MR. SANDERS: Object to the
8  form.
9  THE WITNESS: Can you repeat
10  that? I'm not sure if I followed the
11  question.
12  BY MR. HERMAN:
13  Q. What was the next step after
14  this phone call?
15  A. The next step is, actually, I
16  kind of handed the ball off to Clay, and he
17  took it from there. And then he had the
18  communications with the Knauf folks in China.
19  Q. Okay. And my understanding is,
20  if you look at Exhibit 2, which is in front
21  of you --
22  A. Yeah.
23  Q. -- if you go to page 4, it
24  says, "Source: Metro Resources Corporation"?

**Page 60**

1  A. Yes.
2  Q. And it's my understanding that
3  you had more involvement in terms of
4  purchasing drywall from Metro Resources?
5  A. That is correct.
6  Q. How did that come about, that
7  you started purchasing drywall from Metro
8  Resources Corporation?
9  A. We came to a time where Knauf,
10  for whatever reason -- I'm trying to remember
11  the particulars, but they essentially told us
12  they could no longer provide us any drywall,
13  and we were still -- the shortage was still
14  very severe. And we were trying to get more
15  product, and so we used Metro to try and get
16  additional product.
17  Q. Do you know why Knauf couldn't
18  provide you with more?
19  A. I don't know for sure. My
20  appreciation at the time was that it was just
21  a severe supply-and-demand situation, and
22  overseas as well.
23  Q. Okay. And it says that the
24  name of the Chinese drywall manufacturer

Page 61

1  is -- I don't know if I'll pronounce it
2  right, but Taian Taishan Plasterboard
3  Company?
4  A.  Right.
5  Q.  Do you have any idea what is
6  that is?
7  A.  It's a manufacturer.
8  Q.  Okay.  But do you know any
9  other companies or governments or anything
10 that that might be associated with?
11 A.  No.
12 Q.  Did you have any concern about
13 switching from Knauf drywall to Taian Taishan
14 plasterboard?
15 A.  No, we did not.
16 Q.  It says, "Name of the Chinese
17 drywall product, if known," and I -- Taihe --
18 A.  Taihe is the brand name of the
19 drywall, just as National Gypsum, you
20 probably heard, has -- their brand name is
21 called Gold Bond.  So it's a similar deal.
22 Q.  Okay.  Had you ever heard of
23 Taihe drywall before the storm?
24 A.  No, sir, I had not.

Page 62

1  Q.  It says on number 4, "Dates of
2  Purchase," and it has a contract date and
3  then four different invoice dates.  Could you
4  kind of explain the distinction between the
5  contract date and the invoice dates?
6  A.  I believe that the invoice date
7  would -- is the time in which the letter of
8  credit or the transaction on the letter of
9  credit occurs with the bank, but I'm not
10 positive about that.
11 Q.  Okay.  Did you get four
12 different shipments of Taihe drywall?
13 A.  Yes, we did.
14 Q.  And those correspond with the
15 four different invoice dates?
16 A.  That would be my understanding,
17 yes.
18 Q.  And do you know around when the
19 Taihe drywall started coming into
20 New Orleans?
21 A.  Taihe drywall -- it's in the
22 documents.  I'm trying to recall.  It was in
23 the neighborhood of July -- no, August
24 through September.

Page 63

1  Q.  Of 2006?
2  A.  2006, yes.
3  Q.  Okay.  And at the time you
4  started selling Taihe drywall to your
5  customers, were you completely out of Knauf
6  drywall?
7  A.  No, I believe when we got the
8  Taihe, if my memory serves me right, the last
9  shipment of the Knauf was coming in.  So I
10 think that we did have some overlap, not a
11 lot, of having Knauf and Taihe at the same
12 time; but I'm not positive about that.
13 Q.  Do you know around when you ran
14 out of Knauf drywall?
15 A.  Essentially, we're not
16 positive.  We're fairly certain we ran out
17 before the end of 2006.  To err on the side
18 of caution, we're thinking that maybe we had
19 some in the early parts of 2007.
20 Q.  And do you know around when you
21 ran out of the Taihe drywall?
22 A.  About approximately the same
23 time, although we do think we had a little
24 bit that was -- had some beat-up board that

Page 64

1  was left over that didn't get out until
2  approximately May of '07.  This was product
3  that got damaged in either unloading or in
4  shipment.
5  Q.  In the earlier part of the
6  deposition, we looked at a couple of
7  certificates and warranties from the Knauf
8  companies.  Did you get a similar set of
9  certificates and warranties from either Metro
10 Resources Corporation or Taian Taishan?
11 A.  Yes, we did.
12 Q.  Okay.  And from your point of
13 view as we sit here today, did either Metro
14 or Taian Taishan comply with those
15 warranties?
16 A.  No.
17 Q.  Okay.  You mentioned some stuff
18 about some plasterboard that was damaged
19 during the shipment.  Do you believe that
20 that's because it was not packaged properly?
21 A.  No.  For the most part, it was
22 packaged well.  It came in okay.  And I think
23 a lot of the damage actually occurred with --
24 the Taihe came in on containers as opposed to

**Page 81**

1 Srinivasan, Subject: Sheetrock
2 inspection in China, INT/EXT05980, was
3 marked for identification.)
4     BY MR. HERMAN:
5 Q. Let me show you INEX-30b6-13,
6 which, for the record, is Bates number 5980.
7 It looks like you're cc'd on this?
8 A. Right.
9 Q. And if you look at the e-mail
10 trail --
11     MR. DUPLANTIER: Someone on the
12 line needs to mute their line.
13     BY MR. HERMAN:
14 Q. It looks like the beginning of
15 the e-mail trail, or at least what's provided
16 here, is from somebody at SGS North
17 America, Inc. You see that?
18 A. Yes, I do.
19 Q. What is SGS North
20 America, Inc.?
21 A. SGS, to the best of my
22 knowledge, is an international firm that does
23 inspections of manufacturing facilities. I'm
24 not certain of this, but I believe their

**Page 82**

1 primary focus of attention is for
2 import/export.
3 Q. Okay. And it looks like
4 they're receiving some type of instruction.
5 "Please proceed to inspect the product while
6 it is being produced."
7     Do you have any recollection
8 about that?
9 A. To the best of my recollection,
10 we had made some early -- or had some early
11 communications with them, when we were still
12 putting everything together, and trying to --
13 and inquiring with them as to whether or not
14 they could do some inspections for us. And
15 when I say "inspections," you know, talking
16 about the shipments.
17 Q. Well, what is it that you would
18 have hoped that SGS would have ascertained
19 about the drywall from observing the
20 production process?
21 A. It was for them to check the
22 shipments as they were being loaded onto the
23 ship from a quantity and making sure that the
24 products were in good order and not damaged.

**Page 83**

1 Q. Oh. So this doesn't mean that
2 they're supposed to inspect it during the
3 production process?
4 A. That is correct.
5 Q. Okay. Do you know whether SGS
6 ever did attempt to do any type of inspection
7 of the production process?
8 A. To my knowledge, they did not.
9 Q. Or anybody else on
10 Interior/Exterior's behalf?
11 A. We had someone from our freight
12 forwarder, J.W. Allen, who went to China to
13 observe the loading of the container ships,
14 which had a lot -- which was really why we
15 did not end up using SGS.
16 Q. Does Interior/Exterior have a
17 certain level of knowledge or sophistication
18 about how drywall is produced?
19 A. A basic understanding.
20 Q. And where does that come from?
21 A. Experience in the industry.
22 Q. Would it have been common for
23 people from Interior/Exterior to go to
24 domestic manufacturers to see how drywall is

**Page 84**

1 produced?
2 A. No. I have -- you know, we get
3 invitations from some of our manufacturers,
4 and we get our salespeople to go to these
5 facilities, just so they have an
6 understanding of how the product is made.
7 Q. And why is that important?
8 A. Just so -- just for them to
9 have an understanding that, you know, what
10 the -- what the product is.
11 Q. Okay. Did you think, when you
12 first started importing drywall from China,
13 that it was important to understand how they
14 made drywall in China, as opposed to or,
15 perhaps, similar to --
16 A. My appreciation would be that,
17 I mean, it's -- drywall is drywall, and
18 it's -- probably some variations; but for the
19 most part, it's all the same.
20 Q. That's what you believed at the
21 time?
22 A. That is correct.
23 Q. Do you still believe that now?
24 A. Obviously, there -- no.

Case 2:09-md-02047-EEF-MBN   Document 8478-2   Filed 04/04/11   Page 10 of 12

Chinese Drywall MDL | Confidential – Subject to Further Confidentiality Review | Clayton & James Geary
February 05, 2010

**Page 101**

1  about that or...
2  A.  I don't.
3  Q.  Okay. Are the Material Safety
4  Data Sheets something that Interior/Exterior
5  has available somewhere so that workers can
6  refer to them?
7  A.  Yes.
8  Q.  And do you know what the
9  purpose of that is?
10 A.  I think that, for example, say
11 if a worker got some drywall in their eye,
12 they would have procedures or instructions as
13 far as how to treat that. Some dust in their
14 eye is what I meant.
15 Q.  Yeah. In terms of how to
16 handle the --
17 A.  Yeah, the dust, or if they
18 cut -- or ingested something, some of the
19 product.
20 Q.  Is there some type of a process
21 or procedure that Interior/Exterior has when
22 employees have concerns or complaints about
23 whatever product they're handling?
24 A.  I don't ever recall having that

**Page 102**

1  situation.
2  Q.  Okay. You don't recall anybody
3  ever complaining about the drywall in any way
4  or handling it or dealing with it?
5  A.  No, sir.
6  Q.  Were you ever present when
7  drywall was being unloaded from the ship,
8  say?
9  A.  Yes, I was.
10 Q.  And did you have any
11 observations about the drywall?
12 A.  Absolutely none.
13     (Whereupon, Deposition Exhibit
14 INEX-30b6-21, BNBM Authorization to
15 Manufacture UL Marks, INT/EXT02171,
16 was marked for identification.)
17     BY MR. HERMAN:
18 Q.  Okay. I'll show you
19 INEX-30b6-21, Bates number 2171. Do you have
20 any idea what this is?
21 A.  I'm not positive, no.
22 Q.  Okay. Are you familiar with a
23 company called Beijing New Building Materials
24 Company, Ltd.?

**Page 103**

1  A.  Yes, I am.
2  Q.  And that's sometimes referred
3  to as "BNBM"?
4  A.  Yes.
5  Q.  And does BNBM have any type of
6  relationship, to your knowledge, with Taihe?
7  A.  I don't know that for sure. I
8  believe since all of this has occurred, I've
9  heard that there is some form of corporate
10 connection, but I don't know that for sure.
11 Q.  Did Interior/Exterior, at some
12 point in time, investigate importing or
13 purchasing BNBM drywall?
14 A.  Yes, we did.
15 Q.  And was there a decision made
16 not to do that?
17 A.  Clay could answer that question
18 better than I.
19     MR. HERMAN: Okay. Well, I'll
20 save that, then.
21     (Whereupon, Deposition Exhibit
22 INEX-30b6-22, 2/16/06 Test Report on
23 Gypsum Wallboard, INT/EXT01990, was
24 marked for identification.)

**Page 104**

1     BY MR. HERMAN:
2  Q.  I'm going to show you
3  INEX-30b6-22, which, for the record, is Bates
4  number 1990. Have you ever seen Exhibit 22
5  before?
6  A.  Yes, I have.
7  Q.  What is it?
8  A.  A test report, which says that
9  it -- the product conforms to the ASTM
10 standard.
11 Q.  And who is providing, to your
12 knowledge and understanding, this
13 certificate?
14 A.  I'm fairly certain I received
15 this from the gentleman with Metro Resources.
16 Q.  Okay. Do you know whether
17 similar test reports or certificates were
18 received from Knauf?
19 A.  We received -- I'm not sure.
20 Not in this form, but I believe -- I'm not
21 sure.
22 Q.  Okay. You see at the bottom --
23 well, let me ask you this.
24     Did the report come with the

Page 133

1  A.  Yes.
2  Q.  If we go back to Exhibit 15, do
3     you recall Mr. and Mrs. Wei visiting
4     New Orleans?
5  A.  I think I do recall Mr. Wei
6     coming in.
7  Q.  And was the GREAT IMMENSITY a
8     ship?
9  A.  Yes, it was.
10 Q.  Okay. And that was one of the
11    Knauf Tianjin shipments?
12 A.  I don't recall which one it
13    was.
14 Q.  Don't recall. Okay.
15 A.  But it was one of the ships.
16 Q.  Okay. And is it your
17    understanding, or would it be your
18    impression, that GWB market is the gypsum
19    wallboard market?
20 A.  Yes.
21 Q.  And what, to your
22    understanding, was Mr. Wei's relationship, if
23    any, to the Knauf entities?
24 A.  No relationship.

Page 134

1  Q.  Okay. What was, to your
2     understanding, Mr. Wei's role in helping to
3     facilitate the importation of Chinese
4     drywall?
5  A.  As I said earlier, J.W. Allen,
6     our freight forwarder, had contacted them
7     because they're based in China, or Victor Wei
8     is, and they actually inspected some of the
9     product as it was loading onto the ships,
10    took some pictures for us, made sure that
11    things were okay. And then they were the
12    ones that investigated a possible
13    relationship with BNBM for us.
14 Q.  Okay. If you go back to
15    Exhibit 14, do you know what Uni-Pac, Ltd.
16    is?
17 A.  Yes, it's a little fuzzy, but I
18    believe so. I believe this was someone who
19    had approached us about buying product, as
20    did a lot of people at the time.
21 Q.  Do you know whether they had
22    any relationship with Knauf?
23 A.  No, I don't know.
24 Q.  Do you know what type of

Page 135

1     drywall they proposed to sell or broker?
2  A.  I don't recall.
3  Q.  Do you know whether they had a
4     relationship with BNBM?
5  A.  I don't recall.
6  Q.  Or Taihe?
7  A.  I don't recall.
8  Q.  Did you ever respond to this?
9  A.  We talked to them on numerous
10    occasions, but we never did anything with
11    them.
12 Q.  Okay. It says, "In regards to
13    the stamping of the sheetrock, it will come
14    stamped 'Made in China.'"
15     Was that some kind of
16    consideration?
17 A.  We were -- we talked to a lot
18    of people, and, you know, we told them what
19    some of the, you know, conditions would have
20    to be, so that's possibly where that came
21    from.
22 Q.  And it's your understanding,
23    and I don't know if I asked you or your
24    brother before -- but it's your understanding

Page 136

1     that that's a regulatory requirement?
2  A.  Yes.
3  Q.  If you look at the fourth
4     bullet point, it says, "Your order will come
5     FOB Houston and will take four to six weeks
6     for delivery port to port."
7     What does that mean?
8  A.  That -- I assume that they
9     would pay the -- to have the product shipped
10    to Houston.
11 Q.  Okay. And then it says, "We
12    are willing to enter into an exclusive
13    arrangement with you, based on projected
14    quantities per territory."
15 A.  Uh-huh.
16 Q.  Did you ever -- do you recall
17    negotiating with them on that?
18 A.  I remember talking to them
19    about it, yes.
20 Q.  Was that a sticking point?
21 A.  They were -- they were -- I
22    think they were interested in having a person
23    who was in the industry take a big -- a large
24    volume of their business, rather than having

Case 2:09-md-02047-EEF-MBN   Document 8478-2   Filed 04/04/11   Page 12 of 12

Chinese Drywall MDL | Confidential – Subject to Further Confidentiality Review | Clayton & James Geary
February 05, 2010

Page 313

1  A.  We did not --
2     MR. DUPLANTIER: Object to the
3  form of the question. You can answer.
4  Go ahead.
5  A.  We did not provide any
6  warranties.
7     BY MR. REEVES:
8  Q.  Okay. Let me make sure I just
9  kind of understand a few things from a
10 big-picture standpoint.
11    The first shipment that y'all
12 actually received of Chinese drywall was in
13 January of '06; is that right?
14 A.  Yes.
15 Q.  And based upon your best
16 estimation in talking to your branch
17 managers, you sold through the end of that
18 year, maybe early into '07; is that your
19 testimony?
20 A.  Yes.
21 Q.  And I think we've confirmed
22 that you didn't have in place during this
23 time any sort of official complaint procedure
24 or policy to document complaints; is that

Page 314

1  correct?
2  A.  That's correct.
3  Q.  You had no certain person that
4  was designated as the contact person for
5  anybody who may have had a complaint with a
6  product you sold them; is that right?
7  A.  That's correct.
8  Q.  And I understand your testimony
9  is the first inclination or knowledge that
10 Interior/Exterior knew where they knew that
11 Chinese drywall was a problem was in January
12 of '08, or was that...
13    MR. DUPLANTIER: I'm going to
14 object to the form of his question.
15 That's not his testimony.
16    MR. REEVES: Okay.
17    BY MR. REEVES:
18 Q.  Tell me when it is.
19 A.  The first notice that we had
20 was we got an e-mail that's -- I think it was
21 January 12th from someone saying -- a Wall
22 Street Journal article, I believe it was, was
23 January 12th of '09.
24 Q.  Of '09?

Page 315

1  A.  Yeah.
2  Q.  Okay. You'd agree with me,
3  sir, as a seller of these products, that if
4  you become aware or if you have a lot of
5  complaints about a product that you're
6  selling, you ought to look into that, don't
7  you? You agree with that?
8  A.  Yes.
9  Q.  That's just common sense,
10 right?
11 A.  Yes.
12 Q.  So if you're getting systematic
13 complaints of people saying that a product is
14 inferior, that's something that a responsible
15 seller of the product ought to look into;
16 you'd agree?
17    MR. DUPLANTIER: Object to the
18 form of the question. You can answer
19 it.
20 A.  Yes.
21    BY MR. REEVES:
22 Q.  Okay. And you would certainly
23 agree with this, sir, that you shouldn't
24 continue to sell a product if you suspect

Page 316

1  it's unsafe or is an inferior product. You
2  would agree with that, wouldn't you?
3  A.  Yes.
4  Q.  And I think I heard you testify
5  earlier that, basically, in your estimation,
6  I'm paraphrasing here, that drywall was --
7  was sort of drywall and there was no
8  significant difference between any of it; is
9  that fair?
10 A.  Correct.
11 Q.  But, sir, isn't it true that as
12 early as February and March of '06, you began
13 to get specific requests from builders who
14 routinely did business with you that they
15 didn't want to use the Knauf wall; isn't that
16 true?
17 A.  We have requests -- preference
18 requests all the time. I mean, some people
19 wanted USG. Some people want National. Some
20 people wanted --
21    MR. McKENNA: I'm sorry, I
22 can't hear the answer at all.
23 A.  We always have preference
24 requests, one vendor versus another, one