UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Interior Exterior Building Supply, L.P. ("Interior Exterior") files this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment, and with respect represents:

1. In its Opposition to Interior Exterior's previously filed Motion for Partial Summary Judgment, the PSC attested:

   Plaintiffs reasonably believe that discovery will lead to competent evidence establishing (among other things) the following facts which are relevant to Interior Exterior's Motion for Partial Summary Judgment.

   A.   That Interior Exterior *knew* that the Chinese Drywall it was selling was defective. (emphasis added).[1]

2. Discovery has not led to any evidence establishing that Interior Exterior knew the drywall it was selling was defective at the time of sale.

---

[1] Rec. Doc. No. 341-2

3. Interior Exterior received its first shipment of drywall from Knauf Tianjin in January 2006.[2]

4. At or around the time of Interior Exterior's first shipment of Chinese drywall in January of 2006, the drywall supply shortage was so severe that Interior Exterior was turning numerous orders down due to lack of available product.[3]

5. The Knauf drywall Interior Exterior imported and later sold came with numerous warranties, including a Certificate of Origin, a mill certificate, an ASTM certificate, a Beneficiary Signed Statement, a certification that the sheetrock was properly packaged, a Certificate of Warranty, and a Certificate of Quality, Quantity and Condition.[4]

6. Interior Exterior sold Chinese drywall imported from Knauf until December 2006, or at the latest, early 2007.[5]

7. When the supply of Knauf drywall could no longer accommodate local demand, Interior Exterior completed one small purchase of drywall from Metro Resources Corporation, which was selling Chinese drywall imported from Taishan.[6] Interior Exterior received the same warranties from Metro Resources Corporation regarding the Taishan product as it had from Knauf.[7]

8. Interior Exterior sold out of Taishan drywall around the same time it sold its last Knauf board, in early 2007.[8]

---

[2] *See*, Exhibit A, "Geary Depo.," p. 56-58
[3] Geary Depo p. 56-58
[4] Geary Depo p. 30-40
[5] Geary Depo p.62-63
[6] Geary Depo p. 132
[7] Geary Depo p.64
[8] Geary Depo p. 63-64

9. Interior Exterior did not learn of any defects in Chinese drywall until January 12, 2009, nearly two years after it had stopped selling both Knauf and Taishan product.[9]

10. No Interior Exterior employee ever reported any defects in Chinese drywall prior to that time, nor did Interior Exterior receive any reports from customers or consumers of defects with the drywall it had sold.[10]

11. Knauf, on the other hand, learned of problems with its own product on or around December 13, 2006, when Professor Hans Hummel acknowledged reports about smell issues with regard to the drywall.[11]

12. Instead of notifying its customers like Interior Exterior, Knauf concealed its knowledge of the defect.[12]

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.

———————————————————————
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
bgrau@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

---

[9] Geary Depo p. 314
[10] Geary Depo p.101-102
[11] *See*, Exhibit C, "Isabel Knauf Depo.," p. 338-339 (under seal)
[12] Isabel Knauf Depo p. 322-329 (under seal)

3

## Certificate of Service

      The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of April, 2011.

                                           /s/ Richard G. Duplantier, Jr.
                                           _____
                                           RICHARD G. DUPLANTIER, JR.