**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. will bring their Motion for Partial Summary Judgment for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, courtroom C468, New Orleans, Louisiana, on May 11, 2011 at 9:00 a.m., or as soon thereafter.

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.
_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:  (504) 525-2456
rduplantier@gjtbs.com / jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building*
*Supply, L.P. and Interior Exterior Enterprises, LLC*

## <u>Certificate of Service</u>

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of April, 2011.

/s/ Richard G. Duplantier, Jr.

_____

RICHARD G. DUPLANTIER, JR.