UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| DAVID GROSS, et al. | * | |
| vs. | * | |
| KNAUF GIPS KG, et al | * | |
| Case No. 09-6690 | * | MAG. WILKINSON |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Jade Organization, Inc.'s Motion to Dismiss will be submitted to the Court on April 27, 2011 at 9:00 a.m.

                      KREBS, FARLEY & PELLETERI, P.L.L.C.

                      */s/ Charles B. Long*
                      CHARLES B. LONG (#22824)
                      THOMAS H. PEYTON (#32635)
                      400 Poydras Street, Suite 2500
                      New Orleans, Louisiana   70130
                      Telephone:    504-299-3570
                      E-mail:        clong@kfplaw.com
                      E-mail:        tpeyton@kfplaw.com
                      ATTORNEYS FOR DEFENDANT
                      JADE ORGANIZATION, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                      /s/*Charles B. Long*
                      CHARLES B. LONG