UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON  MAG. WILKINSON |

**ORDER GRANTING DEFENDANT
RICHARD JONES CONSTRUCTION, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Richard Jones Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE