UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| KENNETH ABEL, et al., | * * | MAG. JUDGE WILKINSON |
| Plaintiffs, | * * | |
| vs. | * * | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al., | * * * * | |
| Defendants. | * * | |
| CASE NO.: 11-080 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Valerie B. Greenberg and Samuel S. Heywood of the law firm of Akerman Senterfitt, and hereby enroll as counsel on behalf of Defendant, Breakwater Custom Homes, Inc. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

        Respectfully submitted,
        **AKERMAN SENTERFITT**

BY: /s/ Samuel S. Heywood
     Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
     Samuel S. Heywood, Esq. (Florida Bar No. 16604)
     One Southeast Third Avenue, 25th Floor
     Miami, FL  33131-1714
     Phone:  (305) 374-5600/ Fax:  (305) 374-5095
     Email:  valerie.greenberg@akerman.com
            samuel.heywood@akerman.com
     *Attorneys for Defendant Breakwater Custom Homes, Inc.*

{M3039084;1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April, 2011.

/s/ Samuel S. Heywood