UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE JUDGE WILKINSON |
| Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al (Docket No. 11-080) | * * | |

*********************************************************************************

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

GLM Remodeling & Building Contractors, Inc., through undersigned counsel, requests that Paula M. Wellons and Vicki A. Elmer of the law firm Taylor, Wellons, Politz & Duhé, APLC, be substituted as counsel of record on its behalf in place of Troy Broussard of the law firm Allen & Gooch, in the above-captioned matter.

1

Respectfully Submitted,

| ALLEN & GOOCH, A Law Corporation | TAYLOR, WELLONS, POLITZ & DUHE, APLC |
|---|---|
| s/Troy A. Broussard | s/Vicki A. Elmer |
| Troy Broussard (#22280)<br>P.O. Box 81129<br>Lafayette, Louisiana 70598-1129<br>Phone: (337) 291-1370<br>Facsimile: (337) 291-1375<br>Email:<br>TroyBroussard@AllenGooch.com | Paula M. Wellons (19028)<br>Vicki A. Elmer (28569)<br>1515 Poydras Street, Suite 1900<br>New Orleans, Louisiana 70112<br>Telephone: (504) 525-9888<br>Facsimile: (504) 525-9899<br>**Attorneys for GLM Remodeling & Building Contractors, Inc.** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Joint Motion to Substitute Counsel of Record* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April, 2011.

*s/Vicki A. Elmer*