UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al (Docket No. 11-080) | * * | |

*******************************************************************************

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record;

IT IS HEREBY ORDERED, ADJUDGED, AND DECRRED that Paula M. Wellons and Vicki A. Elmer of the law firm Taylor, Wellons, Politz & Duhé, APLC, be substituted as counsel of record on behalf of GLM Remodeling & Building Contractors, Inc. in place of Troy Broussard and the law firm of Allen & Gooch, in the above-captioned matter.

_____
DISTRICT JUDGE