## Corporate Warranty Deed

**This Indenture,** made , September 30, 2008 A.D.
  **Between**
**Devonshire Properties, Inc. ,** a corporation existing under the laws of the State of
Florida, Grantor and Keith A. Willett and Tricia Willett, husband and wife
whose post office address is: 4418 W. Vasconia Street, Tampa, Florida 33629,
Grantee,

    **Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00  ), to it in hand
paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the
following described land, situate, lying and being in the County of Hillsborough, State of Florida, to wit:

    Lot 152, less the West 29 feet and the Westerly 46 feet of Lot 151 of Bel-Mar Revised Unit No. 11, according
to the map or plat thereof as recorded in Plat Book 25, page 4, of the Public Records of Hillsborough
County, Florida.

    Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

    Parcel Identification Number: 122820.0000

    **And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all
persons whomsoever.
    **In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer
and caused its corporate seal to be affixed the day and year first above written.

Devonshire Properties, Inc.

*Signed and Sealed in Our Presence:*

By: _____
    Neil Layton
    Its: President

Witness Print Name: DONNA M. SORGENFREI

3412 w. Bay to Bay Blvd
Tampa FL 33629

Witness Print Name: KIM DAVIS

    (Corporate Seal)

State of    Florida
County of    Hillsborough

The foregoing instrument was acknowledged before me this 30th day of September, 2008, by Neil Layton, the President of Devonshire
Properties, Inc. A corporation existing under the laws of the State of Florida, on behalf of the corporation.
He/She is personally known to me or has produced driver's license as identification.

_____ (Seal)
Notary Public
Notary Printed Name: DONNA M. SORGENFREI

My Commission Expires::

Notary Public State of Florida
Donna M. Sorgenfrei
My Commission DD481128
Expires 10/25/2009

Prepared by:
Donna M. Sorgenfrei, an employee of
Tampa Title Company,
3321 Henderson Boulevard, Suite 200
Tampa, Florida 33609

File Number: 08-0306

EXHIBIT
C
tabbies®

Closer's Choice Florida Corporate Deed/Letter

## NOTICE OF TERMINATION

Prepared by:
Donna M. Sorgenfrei
Tampa Title Company
3321 Henderson Boulevard, Suite 200, Tampa, Florida  33609
File number: 08-0306

The Undersigned hereby gives Notice of Termination of the Notice of
Commencement recorded in O.R. Book 18409 page 286,
of the Public Records of Hillsborough County, Florida.

1. Description of property: Lot 152 less the West 29 feet and the Westerly 46 feet of Lot 151 of BEL-MAR REVISED
   UNIT NO. 11, according to the map or plat thereof as recorded in Plat book 25, page 4, of the Public Records of
   Hillsborough County, Florida.

2. Address: 4418 W. Vasconia Street, Tampa, Florida  33629

3. General Description of Improvements: Construction of home

4. Owner information:
   a. Name and Address:
      Devonshire Properties, Inc., 3412 W. Bay to Bay Blvd., Tampa, Florida  33629
   b. Interest in Property:  FEE SIMPLE

5. Contractor:          Devonshire Properties, Inc.

6. Surety:           n/a

7. Lender Name        :        Mercantile Bank
   Lender Address:              2307 W. Kennedy Blvd., Tmapa, Florida  33609

8. Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as
   provided by Section 713.13 (1)(1)7, Florida Statues:

9. In addition to himself, Owner designates N/A to receive a copy of the Lienor Notice as provided in Section
   713.13(1)(b), Florida Statutes.

10. Expiration of Commencement (the expiration date is One Year from recording unless a different date is specified).
    Expiration date:  09/30/2008

11. Pursuant to Florida Statutes Section 713.132, the Notice of Commencement is terminated as of 09/30/2008 (but not
    less than 30 days after the Notice of Termination is recorded.

12. This Notice of Termination applies to all real property subject to the Notice of Commencement.

13. To the best of Owner's knowledge, all lienor have been paid in full.

14. A copy of this document is being provided to the Contractor and to anyone who has provided Owner or its designee
    with a Notice to Owner as provided in Florida Statues Section 713.06(2)(c)(d).

Devonshire Properties, Inc.
by:_____          _____
Neil Layton, President
State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me September 30, 2008 by Neil Layton, President of Devonshire
Properties, Inc., who is personally known to me or who produced driver's license as identification and who did not take an
oath.

_____
Notary
Print Notary name:   DONNA M. SORGENFREI
Commission Expires:_____
Notary Seal

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481120
Expires 10/25/2009

Notice Of Termination
Closers' Choice

**NOTICE OF TERMINATION**

Prepared by:
Donna M. Sorgenfrei
Tampa Title Company
3321 Henderson Boulevard, Suite 200, Tampa, Florida 33609
File number: 08-0306

The Undersigned hereby gives Notice of Termination of the Notice of
Commencement recorded in O.R. Book 18310, Page 904
of the Public Records of Hillsborough County, Florida.

1.  Description of property: Lot 152 less the West 29 feet and the Westerly 46 feet of Lot 151 of BEL-MAR REVISED
    UNIT NO. 11, according to the map or plat thereof as recorded in Plat book 25, page 4, of the Public Records of
    Hillsborough County, Florida.

2.  Address: 4418 W. Vasconia Street, Tampa, Florida 33629

3.  General Description of Improvements: Construction of home

4.  Owner information:
    a. Name and Address:
       Devonshire Properties, Inc., 3412 W. Bay to Bay Blvd., Tampa, Florida 33629
    b. Interest in Property: FEE SIMPLE

5.  Contractor:          Devonshire Properties, Inc.

6.  Surety:          n/a

7.  Lender Name    :        Mercantile Bank
    Lender Address:         2307 W. Kennedy Blvd., Tmapa, Florida 33609

8.  Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as
    provided by Section 713.13 (1)(1)7, Florida Statues:

9.  In addition to himself, Owner designates N/A to receive a copy of the Lienor Notice as provided in Section
    713.13(1)(b), Florida Statutes.

10. Expiration of Commencement (the expiration date is One Year from recording unless a different date is specified).
    Expiration date:  09/30/2008

11. Pursuant to Florida Statutes Section 713.132, the Notice of Commencement is terminated as of 09/30/2008 (but not
    less than 30 days after the Notice of Termination is recorded.

12. This Notice of Termination applies to all real property subject to the Notice of Commencement.

13. To the best of Owner's knowledge, all lienor have been paid in full.

14. A copy of this document is being provided to the Contractor and to anyone who has provided Owner or its designee
    with a Notice to Owner as provided in Florida Statues Section 713.06(2)(c)(d).

Devonshire Properties, Inc.
by:_____            _____
Neil Layton, President
State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me September 30, 2008 by Neil Layton, President of Devonshire
Properties, Inc., who is personally known to me or who produced driver's license as identification and who did not take an
oath.

_____
Notary
Print Notary name:___DONNA M. SORGENFREI_____
Commission Expires:_____
Notary Seal

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481126
Expires 10/25/2009

Notice Of Termination
Closers' Choice

**AFFIDAVIT OF BUYER AND SELLER REGARDING CONTRACT COMPLIANCE**

State of Florida
County of Hillsborough

BEFORE ME, the undersigned authority, personally appeared, Devonshire Properties, Inc., a Florida corporation (hereby called the "Seller") and Keith A. Willett and Tricia Willett, husband and wife (hereby called the "Buyer") who, being first duly sworn deposes and says:

1.     That all of the contingencies and conditions set forth in the contract (and all addendums thereto) between the Seller and the Buyer have been satisfied, performed or waived by the Buyer and the Seller. There are not unperformed contractual obligations of the Seller or the Buyer which remain to be performed or satisfied after the closing EXCEPT the following:

2.     Seller and Buyer indemnify, release and hold Tampa Title Company, its employees, agents and underwriters harmless from any liability for claims or damages arising out of or in any way connected with any unperformed contractual obligations, contingencies or conditions, remaining to be performed or satisfied by the parties after this date.

| | |
|---|---|
| Devonshire Properties, Inc., by Neil Layton, President    - Seller | Keith A. Willett    - Buyer |
| | Tricia Willett    - Buyer |

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th day of September, 2008 by : Neil Layton, President of Devonshire Properties, Inc., a Florida corporation and Keith A. Willett and Tricia Willett, husband and wife.

WHO PRODUCED A driver's license AS IDENTIFICATION AND WHO TOOK AN OATH.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481128
Expires 10/25/2009

# COUNTY TAX PRORATION STATEMENT

FILE NUMBER: 08-0306

PROPERTY: 4418 W. Vasconia Street, Tampa, Florida 33629

DATE: September 30, 2008

LEGAL: Lot p/o 151 & 152, Bel-Mar Revised Unit No. 11, Book 25, Page 4, Hillsborough County, Florida

      It is understood between the parties hereto that the exact amount of real property taxes applicable to the subject property for the current year is unknown. The tax proration herein was therefor based upon estimated taxes in the amount of **$3,604.21**

      Should actual taxes for the current year vary from estimated taxes, each party shall have the right to demand and receive from the other a reproration of taxes and reimbursement for the prorated amount of variation thereof. Each party consents to such proration and agrees to look to the other party should a reproration become necessary, and to save and hold harmless as to such proration the mortgagee, realtors and closing attorney and/or agent.

| PURCHASERS | | SELLERS |
|---|---|---|

Keith A. Willett        - Buyer

Tricia Willett        - Buyer

Devonshire Properties, Inc., by Neil Layton,   - Seller
President

# TAX RE-PRORATION WORKSHEET

Actual bill paid equals $       divided by 365 equals $       , the daily tax rate.

$     , the daily tax rate times   274   , the number of days prorated per closing statement equals

$     , the actual proration.

    Actual tax proration                $

    LESS: Estimated tax proration      $ 2698.23

    Difference, actual vs. Estimated taxes   $

If difference is a positive number, Seller owes Buyer the difference.
If difference is a negative number, Buyer owes Seller the difference.

Closer's Choice County Tax Proration

# PAY-OFF AFFIDAVIT

State of Florida

County of Hillsborough

I/WE the undersigned, under penalties of perjury, do hereby state that we are aware that the payoff figures used by Tampa Title Company are received in good faith by our lender.

Any additional funds required by said lender, to pay loan in full, will be our sole responsibility and I/We hold Tampa Title Company and Old Republic National Title Insurance Company, harmless from any and all recourse, liability or loss arising from any shortages that may occur.

_____ - Witness

_____ - Witness

Devonshire Properties, Inc., by Neil Layton, President    - Seller

_____ - Seller

The Foregoing instrument was acknowledged before me this September 30, 2008

_____
Notary Public
State of Florida at large

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481128
Expires 10/25/2009

My Commission Expires: _____

STATE OF Florida          )       **NON-FOREIGN PERSON AFFIDAVIT**
                             )           (Corporate Seller)

COUNTY OF              )

The undersigned, as President of Devonshire Properties, Inc. (Owner), being first duly sworn, states under penalties of perjury as provided under Internal Revenue Code Section 1445(b)(2):

    1.    That Owner is the transferor of all of that certain property located in 4418 W. Vasconia Street, Tampa, Florida 33629, as more particularly described on EXHIBIT A attached hereto and made a part hereof for all purposes;

    2.    That Owners United States taxpayer identification number is __-_____; and

    3.    That Seller is not a foreign person as that term is defined in Section 1445(f)(3) of the Internal Revenue Code.

This affidavit is given for the purpose of establishing and documenting the nonforeign affidavit exemption to the withholding requirement of Section 1445 of the Internal Revenue Code.

Devonshire Properties, Inc.

_____(L.S.)
Neil Layton, President

Sworn to and subscribed
before me on September 30, 2008

_____
Notary Public

My commission expires:

(Notarial Seal)

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481128
Expires 10/25/2009

Non Foreign FRPTA - Affidavit - Corporate
Closers' Choice

Prepared by and return to:
Tampa Title Company
Donna M. Sorgenfrei
3321 Henderson Boulevard, Suite 200
Tampa, Florida 33609

File Number: 08-0306
Folio Number: 122820.0000

# CORPORATE OWNER/SELLER AFFIDAVIT

State of Florida
County of Hillsborough

The undersigned, Neil Layton, ("hereinafter Affiant) being first duly sworn, deposes and says that Affiant has personal knowledge of the following facts:

1.    I am President of Devonshire Properties, Inc. hereinafter referred to as "Entity".

2.    That Entity is not a foreign corporation, foreign partnership, foreign trust or foreign estate (as those terms are defined in the Internal Revenue Code and the Income Tax Regulations under the Internal Revenue Code).

3.    That Entity's U.S. Employer Identification Number is:

      __-_____.

4.    That Entity's Office Address is: .

5.    That Entity owns the property described as follows:

      Lot 152, less the West 29 feet and the Westerly 46 feet of Lot 151 of Bel-Mar Revised Unit No. 11, according to the map or plat thereof as recorded in Plat Book 25, page 4, of the Public Records of Hillsborough County, Florida.

      And its possession thereof has been peaceable and undisturbed and the title to said property has never been disputed or questioned to our knowledge, nor do we know of any facts by reason of which the title to, or possession of said property might be disputed or questioned, or by reason of which any claim to any said property might be asserted adversely to me.

6.    There are no tenancies, leases or occupants.

7.    No proceeding in any bankruptcy or receivership have ever been instituted by or against Entity, and we have never made an assignment for the benefit of creditors.

8.    I know of no action or proceedings relating to said property which is now pending in any State or Federal Court in the United States, nor do we know of any State or Federal Judgment or any Federal Lien of any kind or nature whatsoever, which now constitutes or could constitute a lien or charge upon the subject property.

9.    There are no judgments against us unpaid or unsatisfied of record, IRS liens and/or State Revenue Liens in any court

Affidavit - Owner - Seller - Corporate (Page 1 of 2 pages)
Closers' Choice

of this State or of the United States and said property, as far as we know is free from all leases, mortgages and other liens and encumbrances except as disclosed in Commitment No.  issued through Old Republic National Title Insurance Company.

10.     There are no loans of any kind on said property except the following:

one mortgage

11.     There are no unpaid bills or claims for labor or services performed or material furnished or delivered during the last twelve months for alterations, repair work, or new construction on said property which have not been paid for in full except those as shown on the closing statement of this transaction.

12.     There is no contract for the making of repairs or improvements on said property.

13.     There is no outstanding unrecorded contract for sale of subject property to any person or persons or corporations whatsoever, other than that certain contract to Keith A. Willett and Tricia Willett, husband and wife nor are there any chattel mortgages, security agreements, financing statements nor any other conveyance affecting the title to the property described herein except as disclosed in Commitment Number , issued through Old Republic National Title Insurance Company.

14.     There are no unpaid real estate taxes and/or tangible taxes due on subject property except as disclosed in Commitment Number , issued through Old Republic National Title Insurance Company.

15.     That there are no matters pending against Entity that could give rise to a lien that would attach to the property between the disbursing of the funds and the recording of the interest to be insured, and that the affiant has not and will not execute any instrument that would adversely affect the title or interest to be insured.

This affidavit is made and given to induce Tampa Title Company to issue a policy of title insurance.

**Devonshire Properties, Inc.**

_____

Neil Layton, President

State of Florida
County of Hillsborough

The foregoing instrument was sworn to and subscribed before me this 30th day of September, 2008, by  Neil Layton, who is personally known to me or who produced driver's license as identification and who did take an oath.

_____
Notary Public

_____
Notary Printed or Typed Name

My Commission Expires: _____

Notary Public State of Florida
Donna M Sorgenfrei
My Commission DD481128
Expires 10/25/2009

Affidavit  - Owner - Seller - Corporate (Page 2 of 2 pages)
Closers' Choice

# Home Protection Plan

## Introduction

This introduction provides a general overview of the coverage's in the Devonshire Properties, Inc. ("DPI") ("The Builder") Protection Plan, which consists of the Limited Warranty and Performance Standards. The specific details, limitations and conditions of the DPI Protection Plan are described in the Limited Warranty, which is provided to you ("The Homeowner") in this book. In general, the DPI Protection Plan is a commitment that materials and workmanship are warranted for one year from the time of closing.

Some appliances, equipment and other components included in the home are not warranted by the DPI Protection Plan, but are covered by separate warranties provided by the manufacturer or supplier. These warranties are assigned to The Homeowner at the time of closing.

**The Spirit of the Warranty** — Our warranty commitment is easy to understand and is based on COMMON SENSE. We believe The Homeowner has a right to expect a clean home complete and free of defects at the time of closing. Things should work. If there are problems because of defects in materials and workmanship, as outlined above and described in more detail later, The Builder will arrange for their repair or replacement. If a problem results from actions by occupants of the home or others, or from ordinary wear and tear, The Builder is not responsible for the resulting repair or replacement.

**The Rights of Your Home** — We view your warranty in terms of what you, as our customer, have a right to expect. We view the issue of preventative maintenance in terms of what your home has a right to expect from you. None of the materials used in the construction of your home will last forever; however, most will last for a long time if properly maintained. It is our desire to help you understand how to prolong the life of your home through regular maintenance that is appropriate for the types of material used in your home.

The following pages describe in general terms, What the Homeowner Has a Right to Expect from the Builder and What Your Home Has a Right to Expect from You. Following that are sections on the Limited Warranty, Warranty Exclusions, Limitation of Liability, Requesting Warranty Service, Detailed Warranty Information and helpful information on ways to keep your home in good condition.

## A. Your Rights and the Rights of Your Home

This section discusses, in general terms, what you can expect from The Builder in the construction of your home, and what your home should expect from you in ongoing maintenance and care. The actual coverage is described in The Warranty provided in this book.


EXHIBIT
D
tabbies

**What the Homeowner Has a Right to Expect from the Builder:**

**1. Soil Drainage** — Your home should not settle in such a way as to create structural problems during the warranty period.

**2. Concrete Surfaces** — The concrete surfaces in your home should fulfill the functions for which they were intended without excessive settlement, cracking or secondary damage, such as leaking. Since concrete is likely to crack, standards are defined in the detailed Performance Standards which follow.

**3. Structural Integrity** — since human beings using a variety of materials construct homes, small tolerances are normal. What we consider unacceptable tolerances are defined in the detailed Performance Standards that follow.

**4. Intrusion of the Elements** — Your home should not leak. Exceptions might occur such as when a driving rain forces water into vents, windows or under doors. Under normal circumstances, your home should protect you from the intrusion of the elements.

**5. Mechanical Systems** — Those systems installed in your home to provide power, water, treated air, ventilation and waste disposal should work.

**6. Finished Surfaces** — Finished surfaces should maintain uniform or characteristic appearances for a reasonable period of time. Cracks or surface deterioration should be repaired as provided in the Limited Warranty.

**7. Care & Maintenance** — Although things wear out, components in your home should last a reasonable length of time (assuming you give them appropriate care and maintenance). As time goes on, adjustments will be required.

**8. Common Elements** — If your new home is part of a multi-family development, the common elements should be in the same clean and completed condition as your unit. This includes entries, common hallways, common utility and service areas.

**What Your Home Has a Right to Expect from You:**

1. Your home and lot were designed with a particular drainage pattern, which should carry rainwater away from the foundation. Water should not be directed to the edge of the foundation, either in the form of lot drainage or the watering of flowers.

2. Concrete surfaces should be free of salts (for ice) and excessive weight such as a moving van. Yard drainage should be maintained to divert water away from concrete surfaces; if possible, to eliminate the chance it will undermine the surface and erode the bearing soil.

3. Structural alterations to the home must be performed by professionals who understand the load bearing requirements of the change. The reason that local municipalities require permits for building alterations is to make sure that the structural integrity of the home is maintained.

4. In many cases, the seal around doors and windows is caulk. This material will require annual inspection and any necessary replacement after one to two years. Water from yard and lawn watering devices should not come in contact with the structure.

5. Since the mechanical systems of your home were designed for normal usage, placing unreasonable demands upon them will present problems. Plugging several electrical devices into one circuit may cause it to overload. Loading materials into a drain may cause it to clog. Undue weight should not be placed upon pipes or showerheads because they can break. Some devices must be cleaned periodically (e.g., furnace filters) so that they can do what they were designed to do.

6. Wood requires cleaning and sealing to prevent problems associated with water penetration and continual exposure to the elements. Painted or sealed surfaces must be cleaned and refinished according to the requirements of your geographic area. If this is not done, the surface will deteriorate.

7. Instructions for care and maintenance are included with many components of your home, including finished flooring, appliances and air-handling equipment. By following these instructions you will extend the life of these components.

8. The common areas require the same care and maintenance as your home. Although your homeowner or condo association is responsible for maintenance, all residents should strive to keep these areas clean and usable.

## The Limited Warranty

### A. The Limited Warranty

The Builder's Limited Warranty relates only to "Covered Defects," which are defined as defects in material and workmanship that are either part of the structure or are elements of the home as supplied by The Builder at the date of closing. The existence of a Covered Defect does not constitute a breach of this Limited Warranty; however, The Builder is obligated to

Devonshire Properties Home_Protection_Plan-1

repair or replace the item to conform to the Performance Standards. This is not an insurance policy, nor a maintenance agreement, but a definition of what The Homeowner has a right to expect in terms of warranties.

**Summary of Coverage** — The Builder warrants the construction of the home will conform to the tolerances for materials and workmanship, as defined in the Performance Standards, for a period of one year after the closing date.

If a defect occurs in an item covered by this Limited Warranty, The Builder will repair or replace it to conform to the Performance Standards. In the case of defects in Structural Elements, The Builder will repair or replace the Structural Element to restore the load-bearing function, as designed, and make such other repairs as are necessary to return the home to a safe status. The repair of a defect will include the correction, replacement or refinishing of only those surfaces, finishes and coverings that were damaged by the defect and that were a part of the home when the title was first transferred by The Builder. The Builder will repair or replace surfaces, finishes and coverings that require removal in order for The Builder to repair or replace a defect. The extent of the repair or replacement of these surfaces, finishes and coverings will be to approximately the same condition they were in prior to the defect, but not necessarily to a "like-new" condition. The Builder cannot guarantee, nor does it warrant, exact color matches with the original surrounding area due to factors such as fading, aging or unavailability of the original materials.

The Builder assigns The Homeowner warranties for particular appliances and equipment furnished by the manufacturer to The Builder. The Builder provides no warranty on those items except where the malfunction is due to damage during installation or improper installation. If it is necessary to request warranty service in such a case, The Homeowner must make a request directly to the manufacturer. In the unlikely event that the manufacturer is not responsive to the request, The Builder will assist The Homeowner in attempting to obtain the necessary repairs or replacements from the manufacturer.

The benefits included in this Limited Warranty are only available when service is requested according to the procedures established by The Builder and included in your warranty material. In addition, The Homeowner's failure to reasonably provide access to the home during normal working hours for making repairs will relieve The Builder from its obligations under this warranty. The Builder's aggregate total liability shall not exceed the original contract price of the home.

The Builder reserves the right to use its judgment in determining the most appropriate method of repairing warranty defects. The Builder's offer to resolve an issue for which it bears no responsibility under this Limited Warranty does not create the responsibility to provide the resolution in another situation for which it bears no responsibility. Actions taken to cure defects will not extend the period of coverage specified in this Limited Warranty or any applicable statutes of limitation or repose.

## B. Warranty Exclusions

This Limited Warranty excludes any loss or damage which is not a Covered Defect, including:

1. Loss of, or damage to, any real property which is not part of the home covered by this limited warranty and which is not included in the original purchase price of the home as stated in the closing documents.
2. Any damage to the extent it is made worse by:
    a. Negligence, improper maintenance, or intentional or improper operation by anyone other than The Builder, its agents or subcontractors, including, but not limited to, damage resulting from rot, corrosion or rust.
    b. Failure by The Homeowner or anyone other than The Builder, its agents or subcontractors to comply with the warranty requirements of manufacturers of appliances, fixtures and equipment.
    c. Failure by The Homeowner to give timely notice to The Builder of any defects.
    d. Changes in the grading of the ground by anyone other than The Builder, its agents or subcontractors.
    e. Changes, alterations or additions made to the home by anyone other than The Builder, it's agents or subcontractors after the Limited Warranty commencement date.
    f. Dampness or condensation due to The Homeowner's failure to maintain adequate ventilation.
3. Loss or damage that The Homeowner has not taken timely action to minimize.
4. Any defect caused by, or resulting from, materials or work supplied by someone other than The Builder, its agents or subcontractors.
5. Normal wear and tear or normal deterioration.
6. Loss or damage not otherwise excluded under this Limited Warranty, which does not constitute a defect in the construction of the home by The Builder, its agents or subcontractors.
7. Loss or damage caused by, or resulting either directly or indirectly from, accidents, riots and civil commotion, theft, vandalism, fire, explosion, power surges or failures, smoke, water escape, falling objects, aircrafts, vehicles, acts of God, lightning, windstorm, hail, tornado, hurricane, mudslide, earthquake and volcanic eruption.
8. Loss or damage caused directly or indirectly by flood, wind-driven water, surface water, waves, tidal waves, overflow of a body of water, or spray from any of these (whether or not driven by wind), water which backs up from sewers or drains, changes in the water table which were not reasonably foreseeable at the time of construction, or water below the surface of the ground (including water which exerts pressure on, or seeps or leaks through, a building, sidewalk, driveway, foundation, swimming pool or other structure), wetlands, springs or aquifers.
9. Loss or damage caused by soil movement, including subsidence, expansion or lateral movement of the soil (excluding flood and earthquake), which is covered by any other

Devonshire Properties Home_Protection_Plan1

insurance for which compensation is granted by state or federal legislation.

10. Loss or damage to the home, persons or property directly or indirectly caused by termites, other insects, birds, vermin, rodents or other wild or domestic animals.

11. Loss or damage resulting from the use of the home for non-residential purposes.

12. Any condition which does not result in actual damage to the home, including, but not limited to, un-inhabitability or health risk due to the presence or consequence of electromagnetic fields (emfs), radon gas, mold, formaldehyde or other pollutants and contaminants; or the presence of hazardous or toxic materials.

13. Bodily injury or damage to personal property.

14. Loss or damage caused by, or resulting from, abnormal loading of Structural Elements by The Homeowner, which exceeds design loads as mandated by codes.

15. Consequential damages including, but not limited to, costs of shelter, food, transportation; moving and storage; any other expenses related to inconvenience or relocation during repairs to the home; and any diminution of the market value of the home.

1. **C. Limitation of Liability**
It is understood and agreed that the builder's liability, whether in contract, tort, statute, negligence or otherwise, is limited to the remedy provided in this Limited Warranty. The Builder's obligations under this Limited Warranty, and under the purchase agreement, are limited to repair and replacement. Under no circumstances shall the builder be liable for any special, indirect or consequential damages, including without limitation any damages based on a claimed decrease in the value of the home, even if the builder has been advised of the possibility of such damages. This Limited Warranty is the only warranty applicable to this purchase. all other warranties, expressed or implied, including, but not limited to, all implied warranties of fitness, merchantability or habitability, are disclaimed and excluded.

**D. Requesting Warranty Service**
The Builder has made submitting warranty requests very easy.  You may submit a warranty request by any one of the following methods.

1. Visiting our website devonshireproperties.com and filling out a warranty from online.
2. By mail to P.O. Box 740, Tampa, FL 33601
3. By fax to (813) 831-7194
4.  Or personally dropping a written request to our office at 3106 W. Bay to Bay Blvd., Tampa, FL 33629.  Your request must be in writing, we do not take verbal or phone requests.

## THE BUILDERS PERFORMANCE STANDARDS

This section establishes the standards by which it will be determined whether the concern you have with some element of your home is covered by this Limited Warranty and is the obligation of The Builder to correct.  Where specific standards and actions are not shown, the standard shall be the accepted industry practice for workmanship and materials.

| CATEGORY | ITEM | OBSERVATION | ACTION REQUIRED |
|---|---|---|---|
| CONCRETE SLAB | EXPANSION JOINTS | Cracks appear in the expansion joints on concrete foundation surfaces | Such action was the intent of the engineered joint. No action is required. |
| | FLOOR | Depression in floor exceeding ¼" in 32" length | The Builder will fill area to tolerance |
| | | Uneven floor area where crown exceeds ¼" in 32" length | The Builder will fill area to tolerance |
| | CONCRETE BLOCK WALLS | Cracks in the foundation walls that exceed 1/8" in width of vertical displacement | The Builder will patch voids in the wall. |
| CABINETS | KITCHEN/BATH | Cabinets separate from wall or ceiling ¼" measured diagonally | The Builder will repair. |

| | | | |
|---|---|---|---|
| | | | |
| | | Cracks in door panels | The Builder will replace. |
| | | Door warpage exceeding ¼" in height and width | Door will be replaced. |
| | | Misalignment of doors | The Builder will adjust. |
| | | Variation in stain color | Due to normal grain variations, The Builder cannot guarantee stain color. |
| CHIMNEY & FIREPLACE | CHIMNEY | Chimney separation exceeding ½" from attached structure | The Builder will determine cause of separation and correct as necessary. |

| | FIREPLACE | Smoke escapes into living area | The Builder will correct if problem caused by improper installation or design. NOTE: High winds or external factors such as trees can cause negative draft situations. Make sure damper is fully opened. |
|---|---|---|---|
| | | Water infiltration into firebox from the flue | A certain amount of rainwater can be expected under certain conditions. No action is required. |
| | MASONRY | Cracking of firebrick and mortar joints | Intense heat may cause cracking. No action is required. |
| CONCRETE | DRIVEWAYS | Depressions which retain water in excess of 1" deep | The Builder will repair. |
| | FLATWORK | Concrete surfaces settle or heave in excess of 1" where it abuts another concrete surface | The Builder will repair. |

| | | Cracks exceeding ¼" in width or vertical displacement | The Builder will repair by patching. |
|---|---|---|---|
| | GARAGE FLOORS | Disintegration of the concrete surface resulting in the appearance of course aggregate below the surface | The Builder will repair concrete surfaces unless causes by salt or chemical damage. |
| | STOOPS | Stoop settles, heaves or separates in excess of 1" from home | The Builder will repair. |
| COUNTER TOPS | KITCHEN/BATHS | Delamination of counter top material | The Builder will repair. |
| | | Open seams in counter top | The Builder will repair. |
| | | Cracks in marble or granite surfaces | The Builder will repair. |
| | | Gaps between counter top and wall in excess of 3/16" | The Builder will repair. |
| DOORS | EXTERIOR | Failure to operate properly by binding sticking; not latching or sealing | The Builder will make necessary corrections. |
| | | Shrinkage of wood door panels | Panels will shrink and expand and may expose unpainted or unstained surfaces.  No |

| | | | action is required. |
|---|---|---|---|
| | | Warping in excess of ¼" measured diagonally from corner to corner or to the extent they become inoperable or cease to be weather resistant | The Builder will correct or replace and refinish door. |
| | GARAGE | Failure to operate properly | The Builder will correct or adjust door as required. |
| | | Leak (through) or under door | The Builder will make needed adjustments if necessary.  Some entrance of the elements can be expected under high conditions. |
| DRYWALL (SHEETROCK) | INTERIOR FINISH | Cracks in drywall, nail pops | The Builder will repair any cracks, nail pops, blisters in tape, and corner bead pops on a one-time basis during first year. |
| | | Excessive waviness or seams visible un normal light | The Builder will repair cracks 1/8" or greater or obvious irregularities. The Builder cannot be responsible for color variation. |

| EXTERIOR | TRIM | Excess warping cupping, splitting or rotting of wooden members | The Builder will repair or replace as necessary. |
|---|---|---|---|
| | | Exterior trim pulls away from its surface | The Builder will re-nail and seal the material to the surface on which it is attached. |
| | | Open joints in exterior trim exceeding ¼" | The Builder will correct the problem, on a one-time basis. |
| | FLASHING | Flashing leaks | Leaks due to improperly installed flashing will be corrected. |
| | WALLS | Cracks in stucco wall | Hairline cracks in masonry is normal.  Thos 1/8" or greater will be repaired. |
| | | Siding material becomes loose or detached | Unless the problem is a result of catastrophic winds, The Builder will correct. |
| | | Siding materials show signs of deterioration and/or delamination | The Builder will hold manufacturer responsible for repairing or replacing faulty material. |
| FLOORING | CARPET | Carpet becomes | The Builder will |

|  |  | loose at edges | repair. |
|---|---|---|---|
|  |  | Carpet buckles | The Builder will re-stretch carpet on a one time basis. |
|  |  | Fading, staining, or discoloration | Manufacturer's warranty will apply if due to carpet defect. |
|  |  | Premature wearing | Manufacturer's warranty will apply. |
|  | HARDWOOD | Gaps in floor | The Builder will make a one-time repair to gaps in excess of 1/8". Hardwood floors will expand and contract due to humidity changes within your home. |
|  |  | Loose boards | The Builder will repair. |
| FOUNDATION | FLOOR SLAB | Serious cracks and/or deterioration in the foundation floor slab which cause the home to be unsafe or uninhabitable | The Builder will repair cracks and repair the finished floor. |
|  | FOOTINGS & WALLS | Serious cracks and/or deterioration in the foundation footings or foundation walls which cause the home to be unsafe | The Builder will make the necessary repairs and/or replacement to the structural elements and |

| | | or uninhabitable | related damage. |
|---|---|---|---|
| FRAMING | BEARING WALLS & BRACES | Deterioration of the bearing walls and/or braces which cause the home to be unsafe or uninhabitable | The Builder will make necessary repairs and/or replacement to the structural elements and related damage. |
| | FLOOR & ROOF SHEATHING | Deterioration of floor and/or roof sheathing which causes the home to be unsafe or uninhabitable | The Builder will make necessary repairs and/or replacement to the structural elements and related damage. |
| | STRUCTURAL FASTENERS | Failure of structural fasteners associated with the structural elements of the home which causes the home to be unsafe or uninhabitable | The Builder will make necessary repairs and/or replacement to the structural elements and related damage. |
| INSULATION | TRUSSES AND/OR JOISTS | Deterioration of floor or joists and or roof trusses or joists which causes the home to be unsafe or uninhabitable | The Builder will make necessary repairs and/or replacement to the structural elements and related damage. |
| | VENTS | Leaking through vents or louvers | The Builder will correct if there are problems with the vents or louvers, but not if the leak is from wind-driven rain or snow. |
| | WALLS/FLOORS | Crowns in walls or floors exceeding | The Builder will correct the |

| | | ¼" in 32" length | problem. |
|---|---|---|---|
| | | Delamination or deterioration of sub flooring | The Builder will repair or replace faulty material. |
| | | Depressions in walls or floors exceeding ¼" in 32" length | The Builder will correct the problem. |
| | | The floor squeaks | The Builder will take corrective action to eliminate loose flooring and minimize squeaks on a one-time basis.  The absence of squeaks cannot be guaranteed. |
| | | Wall is out of plumb over ¼" in a 32" vertical measurement | The Builder will correct the problem. |
| | WINDOWS | Condensation (or frost) | Condensation on interior window surfaces is the result of extreme temperature differences and high levels of humidity inside the home.  No action is required. |

Devonshire Properties Home_Protection_Plan 1

| | | Defects, including stress cracks or failed seals in insulated windows | The Builder will replace defective glass. Manufacturer's warranty will apply after one year. |
|---|---|---|---|
| | | Excess air infiltration | Some infiltration around windows is normal especially during high winds. The Builder will take necessary corrective action by adjusting windows or weather-stripping. |
| | | Fail to operate properly | The Builder will correct or repair as needed. |
| | INFILTRATION | Insufficient insulation | Insulation shall be installed in accordance with applicable energy and building codes. |
| INTERIOR | CERAMIC TILE | Cracks in grout | The Builder will repair. |
| | | Tile cracks or | The Builder will |

| | | loosens | repair. |
|---|---|---|---|
| | DOORS | Door is loose or rattles at latch | The Builder will repair. |
| | | Door rubs on jamb | The Builder will repair. |
| | | Split in door panel | The Builder will fill split and finish to match as close as possible. |
| | | Delamination of door frame | Manufacturer's warranty will apply. |
| | | Warping exceeds ¼" vertically or horizontally | The Builder will replace. |
| | WALL COVERING (THE BUILDER INSTALLED) | Edge mismatched | The Builder will repair. |
| | | Nails popping through wall covering | The Builder will repair. |
| | | Open seams | The Builder will repair. |
| | | Peeling of wall covering | The Builder will repair. |
| MASONRY (BRICK) | EXTERIOR FINISH | 1/8" or greater cracks | The Builder will repair cracks 1/8" or greater by refinishing joints. |
| | | Efflorescence on | The Builder will |

| | | masonry walls | correct. |
|---|---|---|---|
| | | Moisture entering home through masonry | The Builder will correct. |
| MECHANICALS | ELECTRICAL | Circuit breakers trip excessively | The Builder will correct. |
| | | Malfunction of outlets, switches or fixtures | The Builder will correct. |
| | HEATING & COOLING | Condensation lines clog up | The Builder will correct. |
| | | Ductwork separates | The Builder will correct. |
| | | Leak in refrigerant lines | The Builder will correct. |
| | | Not heating (cooling) properly | The Builder will take corrective action, if ASHRAE standards are not met. |
| | | Settling of exterior HVAC unit | The Builder will correct excessive settling of 2" or more on a one-time basis. |
| | PLUMBING | Cracks or chips in plumbing fixtures | The Builder is not responsible unless condition is noted on the final walk-through. |
| | | Defective plumbing, fixtures, fittings or | The Builder will repair or replace. |

| | | appliances | |
|---|---|---|---|
| | | Faulty water supply | The builder will make necessary corrections to improperly installed water supply systems, but cannot be held responsible for conditions beyond their control, such as municipal system problems. |
| | | Leakage from any piping (not including condensation) | The Builder will make necessary repairs in any soil, waste, vent or water pipe. |
| | | Leaky faucets | The Builder will repair as necessary. |
| | | Noisy water pipes (ex. Water hammer) | The Builder will correct as necessary. |
| | | Stopped up sewer, fixtures or drains | The Builder will assume responsibility for clogged sewers, fixtures and drains where defective construction or workmanship caused the problem. |
| PAINTING & CAULKING | EXTERIOR | Separation or deterioration of caulk | The Builder will repair. |
| | | Excessive fading or uneven fading on a wall surface | The Builder will correct. |

|  |  | Flaking, scaling of painted surfaces | The Builder will correct. |
|--|--|--|--|
|  |  | Mildew appears on painted surfaces | Fungus must be cleaned when detected by homeowner as a maintenance item. No action is required. |
|  | INTERIOR | Excessive or differential fading of painted surfaces | The Builder will repair. |
|  |  | Scaling or flaking of painted surfaces | The Builder will repair. |
|  |  | Cracking or deterioration of caulking | The Builder will repair on a one-time basis. |
| ROOFING | EXTERIOR | Roof and roof flashing leaks | The Builder will make necessary repairs. |
|  |  | Shingles blow off roof. | The Builder will reseal or replace unless caused by wind velocities exceeding manufacturers tolerances. |
|  |  | Uneven shading of roof shingles | Shade variations in shingles are normal.  No action is required. |
| SHEET METAL | GUTTERS | Gutters do not drain | The Builder will assure adequate fall to limit standing water depth to ½". Homeowner will be responsible to keep gutters |

Devonshire Properties Home_Protection_Plan

| | | | clean. |
| | | Leaking gutters | The Builder will correct as necessary. |
| SITE WORK | DRAINAGE | Improper drainage of the sit; standing water or ponding water in the yard beyond a 24 hour period (48 hours on swales) | The Builder will regrade yard or swales in 1st year if proper grades were not established initially. Homeowner is responsible for maintaining drainage of lot. No grading determination can be made during frost conditions. |
| | GRADING | Settlement of soil exceeding 6" in depth | The Builder will fill affected areas on a one-time basis, reinstalling displaced plant material if originally installed by The Builder. |
| | LANDSCAPING | Trees, shrubs and grass die after | No action will be |

| | | move-in | taken. |
|---|---|---|---|