UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENTS RELATES TO CASE 11-080 | * * * | SECTION 1 |
| KENNETH ABEL ET AL<br>Plaintiff,<br>v. | * * * * | |
| TAISHAN GYPSUM CO. LTD, ET AL<br>Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN pursuant to Pre Trial Order 1G that Scott Jones and Lawrence Boasso of the law office of Inabnet & Jones, L.L.C. enter their appearance herein as counsel of record on behalf of defendant, Flips, L.L.C. Defendant, Flips L.L.C., reserves all rights and defenses, including defenses relating to jurisdiction and venue. Defendant, Flips L.L.C., further reserves its right to file additional responsive pleadings to all Complaints and related litigation in which it has been named as a party defendant.

Respectfully Submitted:

INABNET & JONES, L.L.C.

/s/ Scott G. Jones
Scott G. Jones, Bar #14408
Lawrence J. Boasso, Bar #03179
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Fax: (985) 624-9940

ATTORNEYS FOR FLIPS, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of April, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

/s/ Scott G. Jones