UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al | * * * * | JUDGE FALLON |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

### ORDER GRANTING DEFENDANT DANAL HOMES DEVELOPMENT'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Danal Homes Development's Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __5th__ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE