UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al | * * * * | JUDGE FALLON (L) |
| Case No. 2:10-CV-362 | * | MAG. WILKINSON (2) |

## ORDER GRANTING DEFENDANT O'KEY HOMES, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant O'Key Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __5th__ day of April, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE