## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| AMATO, et al. VS. LIBERTY MUTUAL INS. CO., et al CASE NO. 10-932 | * * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**THE FOREGOING MOTION FOR LEAVE CONSIDERED**,

**IT IS HEREBY ORDERED** that North American Specialty Insurance Company be granted leave to join the Insurer's Steering Committee's Motion to Dismiss pursuant to FRCP 12(b)(1) (R. Doc. 8366).

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE