UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Kenneth Abel, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. Et al Case No. 11-080 | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for The Haskell Company ("Haskell") with respect to the claims asserted against Haskell and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  April 6, 2011.

>  */s/ Jeffrey M. Paskert*
>  JEFFREY M. PASKERT
>  Florida Bar No. 846041
>  jpaskert@mpdlegal.com
>  ADAM C. KING
>  Florida Bar No. 156892
>  aking@mpdlegal.com
>  MILLS PASKERT DIVERS
>  100 N. Tampa Street, Suite 2010
>  Tampa, Florida  33602
>  (813) 229-3500 − Telephone
>  (813) 229-3502 − Facsimile
>  *Attorneys for The Haskell Company*

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 6, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Jeffrey M. Paskert*
Attorney