UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

DAVID MIZRAHI

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Danal Homes Development, Inc., ("Danal Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Danal Homes in the regular course of business.

2. Danal Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Broward County, Florida.

3. Danal Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT "A"

4. Danal Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Danal Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Danal Homes does not have an agent for service of process in Louisiana.

7. Danal Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Danal Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Danal Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Danal Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Danal Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Danal Homes never anticipated it would be haled into court in Louisiana.

_____
David Mizrahi

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2 DAY OF Sept, 2010.

_____
NOTARY PUBLIC

DIANE LEMARIER
MY COMMISSION # DD 789314
EXPIRES: June 28, 2012
Bonded Thru Notary Public Underwriters

2