UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS KG, et al Case No. 2:10-cv-362-EEF-JCW | * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

EDWARD MICHAEL "MIKE" GALAN

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of O'Key Homes, Inc., ("O'Key Homes"), and as such, has personal knowledge of the following based on his review of records maintained by O'Key Homes in the regular course of business.

2. O'Key Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. O'Key Homes is a home builder that contracts with third party vendors for the



EXHIBIT A

construction of single-family homes and/or sells completed single-family homes.

4. O'Key Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. O'Key Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. O'Key Homes does not have an agent for service of process in Louisiana.

7. O'Key Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. O'Key Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. O'Key Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. O'Key Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. O'Key Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, O'Key Homes never anticipated it would be haled into court in Louisiana.

EDWARD MICHAEL GALAN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16TH DAY OF MARCH, 2011.

NOTARY PUBLIC



JOHN K STENSON, JR.
MY COMMISSION #DD688939
EXPIRES: JUN 25, 2011

2

# RESIDENTIAL CONSTRUCTION CONTRACT

THIS AGREEMENT is made April 22, 2005, between O'Ceey Homes, Inc. whose address 805 N.E. 7th Ter. Cape Coral, FL 33909, Florida, as the BUILDER/SELLER and: 239-283-128

NAME: Stephen DePirro   WORK PHONE: 630-820-1300
ADDRESS: _____   HOME PHONE: 630-639-8355

SUBJECT TO the following terms and conditions, PURCHASER agrees to purchase and the BUILDER/SELLER agrees to build and then sell to PURCHASER a home on the following property:

LOT ____ of BLOCK ____ of UNIT ____ of ____ as recorded in the p records of ____ County, Florida. PROPERTY ADDRESS: ____

MODEL CHOSEN: Jan        [X] CBS [ ] FRAME   2191 SQUARE FEET OF LIVING AREA

THIS HOME WILL BE BUILT TO INCLUDE THE FOLLOWING: • all fill and site work • 2 complete septic system, either (1) [ ] 2" well pump and pressure tank, water softener, 200 gallon aerator and under counter R.O. unit or (2) [ ] water meter, meter deposit and waterline from meter to house • wall to wall carpet • vinyl floor in foyer • vinyl floor in baths & kitchen • custom cabinets throughout • mirrors in baths • washable paint on walls • 16 cu. ft. refrigerator • self cleaning oven • dishwasher • _____ and sod landscaping • central heat and air • all window treatments.

SELLING PRICE OF UNIT           $ 215,500.00
PURCHASER PAID CLOSING COSTS    $ _____    TOTAL INVESTMENT           $ _____
TOTAL ACQUISITION COST          $ _____    TOTAL IN DOWNPAYMENT TODAY $ 100.00
MORTGAGE REQUEST                $ _____    APP. FEE TODAY             $ _____
PURCHASER'S TOTAL INVESTMENT    $ _____    BALANCE AT _____ Commitment $ _____
(EXCLUDING PREPAIDS)                          (EXCLUDING PREPAIDS)

[ ] FHA   [ ] VA   [ ] CONV.

• BUILDER/SELLER to pay discount points up to ____ $ of the above mortgage request. Purchaser to pay and/or finance purchaser paid closing costs as outlined on the attached addendum "A" and authorized above. PURCHASER agrees to add the ONE-TIME MORTGAGE INSURANCE PREMIUM, estimated to be $ ____ to the above MORTGAGE REQUEST.

THIS CONTRACT is conditioned upon the PURCHASER obtaining a firm commitment for financing within 60 days from today, for either (1) a variable interest rate or (2) [ ] a fixed interest rate. Either shall be at the prevailing market interest rate, term of 30 years; and in an amount of $ _____ plus the one-time F.H.A. mortgage insurance premium. PURCHASER agrees to make application for and to execute all necessary papers for a mortgage loan, and to use reasonable diligence to obtain said loan. Should PURCHASER fail to obtain same within said time, either party may cancel this contract. HOWEVER, if a firm financing commitment is obtained by PURCHASER as described above, and PURCHASER fails to close on the completed home, then all monies paid by the PURCHASER will be retained by the BUILDER/SELLER as liquidated damages and not by way of penalty or forfeiture.

THIS TRANSACTION shall be closed and the deed and other closing papers delivered within 10 days of the home being completed and certificate of occupancy attained which is estimated to be on or before the 22 day of April 2006, 19 ___, unless this home is not completed by then.

THIS HOME will be completed within 180 days, barring bad weather and material shortages after SELLER has received a building permit and construction has commenced. Regardless of when the home is completed, BUILDER/SELLER is not liable to PURCHASER in any way should the home not be completed by the estimated closing date.

THE PURCHASER will furnish hazard insurance and flood insurance as required by the lending institution at closing and thereafter, to keep the above property insured at all times after taking possession.

PUNCH-OUT WORK that does not interfere with occupancy such as but not limited to paint touch-up, caulking and plaster repair, etc., under no circumstances shall be reason for PURCHASER to delay final settlement and closing. If PURCHASER delays final settlement and closing due to punch-out work that does not interfere with occupancy then PURCHASER will be considered in default on this contract and this contract will be terminated, then all monies paid by PURCHASER will be retained by BUILDER/SELLER as liquidated and agreed damages and not as a penalty or forfeiture. All punch-out work and repairs that exist in said unit will prior to closing shall be listed on a punch-out compliance list, prior to closing, and shall be signed by PURCHASER and BUILDER/SELLER. This work will be scheduled and completed by BUILDER/SELLER as quickly as possible after final settlement and closing. Any items not so listed on said punch-out compliance list shall become the PURCHASER'S responsibility to repair or correct. Should PURCHASER move into said home, or take possession of same as evidenced by closing on this transaction with the title company prior to submitting said compliance list to BUILDER/SELLER as evidenced by BUILDER/SELLER'S signature and date of submission, it is agreed that no punch-out items exist and that owners accept their home in "AS IS" condition. Therefore BUILDER/SELLER shall not be obligated to perform any punch-out work.

PURCHASER shall not hold BUILDER/SELLER responsible to remove or moves any trees of any type, excess vegetation, dirt, rocks or any type, boulders of any type, stones of any type that remain on the property once a certificate of occupancy has been issued. PURCHASER shall not hold BUILDER/SELLER responsible to fill or backfill any low lying land whether natural or man-made after a certificate of occupancy has been issued.

THE PURCHASER agrees not to interfere with workmen during construction, and understands that all matters pertaining to the construction of this home will be discussed by the PURCHASER at the BUILDER/SELLER'S office and with such workmen.

IT IS further understood by the PURCHASER and the BUILDER/SELLER that there will not be any conditions between the PURCHASER or BUILDER/SELLER ORALLY. All agreements must be in writing.

BUILDER/SELLER GUARANTEES all workmanship and material. This guarantee is in exclusion of and in lieu of all other guarantees or warranties, and liability herein terminates one year from the date of certificate of occupancy. BUILDER/SELLER'S liability under this guarantee is limited only to the cost of repair of any defective item built or installed pursuant to this contract, except those items covered by a separate manufacturer's warranty or guaranty. All manufacturer's warranties shall continue in force and effect according to their titles. BUILDER/SELLER HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OR MERCHANTABILITY AND FITNESS OF PREMISES FOR USE FOR A PARTICULAR PURPOSE.

THERE ARE NO GUARANTEES GIVEN by the BUILDER/SELLER either written nor implied as to the interest rate of the mortgage. INSULATION IN the ceiling shall be a minimum of R-19. Insulation in the exterior walls shall be a minimum of R-11 on frame walls and R-3 on CBS walls.

ATTORNEY'S FEES and costs: In connection with any litigation including appellate proceedings arising out of this contract, the prevailing party shall be entitled to recover reasonable attorney's fees and costs.

CONTRACTORS LICENSE NUMBER IS CRC 016 013

IN WITNESS whereof, the parties to these agreements have set their hands and seals today.

Witness _____   By _____ (seal)
                                    PURCHASER
Witness _____   By _____ (seal)
                                    PURCHASER
Witness _____   By _____ (seal)
                                    BUILDER/SELLER

EXHIBIT B

O'Key Homes, Inc.
805 NE 7th Terrace
Cape Coral, FL 33909

## ADDENDUM

Between O'Key Homes, Inc. 805 NE 7th Terrace, Cape Coral, FL 33909
And
Stephen De Pizzo

1. Contingent upon financing
2. To include the following

Refrigerator – Ice/Maker
Range – Self Cleaning
Washer/Dryer
Microwave
Dishwasher
Verticals
Fans
Security System
Hurricane Shutters
Impact Fees
Lot preparation – up to 25 loads of dirt. (if more needed $ 175.00 )
8000 sq. ft. ~~Bahia~~ Sod Floratam                                  per load
Buyer to pay construction interest
Culvert if needed                                                    $ 875.00
Pool 14 x 28                                                         $ 2900.00

Prices good through _____

Purchaser: _____                O'Key Homes, Inc.

# O'KEY HOMES, INC.
### 805 NE 7TH TERRACE
### CAPE CORAL, FL 33909

## RESIDENTIAL CONSTRUCTION CONTRACT

THIS AGREEMENT is made June 10th 2005, between O'Key Homes, Inc. whose address is 805 NE 7th Terrace, Cape Coral, FL 33909

NAME: Paul S + Mary Brazezicke
HOME: 631-277-1008  WORK: use cell  CELL: 516-317-1744
ADDRESS: 78 Dartmouth Street Islip, NY 11751  is the purchaser(s) SUBJECT TO the following terms and conditions, PURCHASER agrees to purchase and the BUILDER/SELLER agree to build and then sell to PURCHASER a home on the following property:

LOTS: 17+18  OF BLOCK 1966  OF UNIT 28  OF _____ as recorded in the public records of LEE County, Florida.
PROPERTY ADDRESS: 834 SW 4th Ave Cape Coral, Fl 33991

Model Nadine
THIS HOME WILL BE BUILT TO INCLUDE THE FOLLOWING: See attached Specification Sheet.

BASE PRICE  $ 154,200.00

OPTIONS & ALLOWANCES  $ 54,191.00

TOTAL CONTRACT PRICES  $ 208,391.00

DEPOSIT $ 500.00  DATE: 6/10/05  CHECK # 9003

FINANCING:
☐ This is a cash transaction with no contingencies for financing:
☒ This Contract is contingent on Buyer obtaining approval of a loan ("LOAN APPROVAL") within _____ days
for (CHECK ONLY ONE):
☐ a fixed;
☐ an adjustable; or ☐ a fixed or adjustable rate loan in the principal amount of $ _____, at an initial interest rate not to exceed _____ %, discount and origination fees not to exceed _____ % of principal amount, and for a term of _____ years, Buyer will make application within _____ days

PURCHASER agrees to make application for and to execute all necessary papers for a mortgage loan and to use reasonable diligence to obtain said loan. Should PURCHASER fail to obtain same within said time, either party may cancel this contract. HOWEVER, if a firm financing commitment is obtained by PURCHASER as described above, and PURCHASER fails to close on the completed home, then all monies paid by the PURCHASER will be retained by the BUILDER/SELLER as liquidated damages and not by way of penalty for forfeiture.

THIS HOME will be completed within 365 days barring bad weather and material shortages after SELLER has Received a building permit and construction has commenced. Regardless of when the home is completed, BUILDER/SELLER is not liable to PURCHASER in any way should this home not be completed by the estimated closing date.

THE PURCHASER will furnish hazard insurance and flood insurance as required by the lending institution at closing and thereafter, to keep the above property insured at all times after taking possession.


EXHIBIT C

PUNCH-OUT WORK that does not interfere with occupancy such as, but not limited to paint touch-up, caulking and plaster repair, etc., under no circumstances shall be reason for PURCHASER to delay final settlement and closing. IF PURCHASER delays final settlement and closing due to punch-out work that does not interfere with occupancy then PURCHASER will be considered in default on this contract and this contract will be terminated, then all monies paid by PURCHASER will be retained by BUILDER/SELLER as liquidated and agreed damages and not as a penalty or forfeiture. All punch-out work and repairs that exist in said unit prior to closing shall be listed on a punch-out compliance list, prior to closing, and shall be signed by PURCHASER and BUILDER/SELLER. This work will be scheduled and completed by BUILDER/SELLER as quickly as possible after final settlement and closing. Any items not so listed on said punch-out compliance list shall become the PURCHASER'S responsibility to repair or correct. Should PURCHASER move into said home, or take possession of same as evidenced by closing on this transaction with the title company prior to submitting said compliance list to BUILDER/SELLER as evidenced by BUILDER/SELLER'S signature and date of submission, it is agreed that no Punch-out items exist and that owners accept their home in "AS IS" condition. Therefore BUILDER/SELLER shall not be obligated to perform any punch-out work.

PURCHASER shall not hold BUILDER/SELLER responsible to remove or move; any trees of any type, excess vegetation, dirt, rocks or any type, boulders of any type, stone of any type that remain on the property once a certificate of occupancy has been issued.

PURCHASER shall not hold BUILDER/SELLER responsible to fill or backfill any low lying land whether natural or man-made after a certificate of occupancy has been issued. THE PURCHASER agrees not to interfere with workmen during construction, and understands that all matters pertaining to the construction of this home will be discussed by the PURCHASER at the BUILDER/SELLER'S office and with such workmen. It is further understood by the PURCHASER and the BUILDER/SELLER that there will not be any conditions between the PURCHASER or BUILDER/SELLER ORALLY. All agreements must be in writing. BUILDER/SELLER GUARANTEES all workmanship and material. This guarantee is in exclusion of and in lieu of all other guarantees or warranties, and liability herein terminates one year from the date of certificate of occupancy. BUILDER/SELLER'S liability under this guarantee is limited only to the cost of repair of any defective item built or installed pursuant to this contract, except those items covered by a separate manufacturer's warranty or guaranty. All manufacturer's warranties shall continue in force and effect according to their titles. BUILDER/SELLER HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OR MERCHANTABILITY AND FITNESS OF PREMISES FOR US FOR A PARTICULAR PURPOSE.

THERE ARE NO GUARANTEES GIVEN by the BUILDER/SELLER either written nor implied as to the interest rate of the mortgage. R30  P/B.
INSULATION IN the ceiling shall be a minimum of R-19. Insulation in the exterior walls shall be a minimum of R-11 on frame walls and R3.1 CBS walls.

ATTORNEY FEES and costs: In connection with any litigation including appellate proceedings arising out of This contract, the prevailing party shall be entitled to recover reasonable attorney's fees and costs.
O'KEY HOMES, INC., CONTRACTOR'S LICENSE NUMBER IS CRC 016 013

BY _____  Dated 6/10/2005
Purchaser
BY _____  Dated 6/10/05
Purchaser
BY _____  Dated 6/10/05
O'Key Homes, Inc.

# O'KEY HOMES, INC.

805 NE 7 TH TERRACE
CAPE CORAL, FL 33909
LICENSE NUMBER #CRC-016013

### SPECIFICATION ADDENDUM TO PURCHASE AGREEMENT

In reference to Residential Construction Contract Between O'Key Homes, Inc(SELLER) and PAUL & MARY BRAZEZICKE (Purchaser)
Dated: June 10 th 2005   Covering the real property commonly known as:
834 SW 4 TH AVE. CAPE CORAL ,FL 33991

The undersigned Purchaser & Seller hereby agree to the following:

| Amount | Description |
|---|---|
| $ 3,500.00 | INSTALL CERAMIC TILE AS PER ATTACHED PRINT. |
| $ 3,500.00 | INSTALL STARON SOLID SURFACE TOPS IN KITCHEN. |
| $ 650.00 | INSTALL SOLID SURFACE UNDERMOUNT SINK. |
| $ 450.00 | CHANGE TO POCKET FRENCH DOORS IN DEN. |
| $ 450.00 | CHANGE TO DOUBLE FRENCH DOORS IN 3RD BEDROOM. |
| $ 500.00 | CHANGE TO 6' FRENCH IN MASTER BEDROOM. |
| $ 350.00 | CHANGE TO 9' POCKET SLIDER IN GREAT ROOM |
| $ 750.00 | CONSTRUCT TRAY CEILING IN MASTER BEDROOM |
| $ 75.00 | CONSTRUCT DOORWAY ARCHES 3@25.00 |
| $ 500.00 | ROUNDED CORNERS ON DRYWALL |
| $ 750.00 | CONSTRUCT TRANSITIONAL SHOWER IN MASTER BATH |
| $ 1,000.00 | INSTALL DIMENSIONAL ROOF SHINGLES |
| $ 1,500.00 | INSTALL FLORATAM SOD |
| $ 1,500.00 | INSTALL LAWN SPRINKLER SYSTEM |
| $ 350.00 | ADDITIONAL FOR SINGLE FRENCH DOOR TO LANAI |
| $ 800.00 | INSTALL R-30 INSULATION ON CEILINGS |
| $ 200.00 | INSTALL(2)ELECTRICAL BOXES AND(2) 3-WAY SWITCHES FOR COACH LIGHTS.( LIGHTS SUPPLIED BY CUSTOMER) |
| $ 100.00 | INSTALL ELECTRICAL BOX AND SWITCH FOR MOTION LIGHT ABOVE GARAGE. |
| $ 200.00 | INSTALL (2) ELECTRICAL RECEPTACLES IN GARAGE. |
| $ 150.00 | ADDITIONAL (6) LOW VOLTAGE OUTLETS 6@25.00 |
| $ 450.00 | CHANGE FROM 30" WALL CABINETS TO 42" CABINETS |

NO CHARGE TO RELOCATE EXISTING GFCI RECEPTACLE TO NEW LOCATION.

| | |
|---|---|
| $36,466.00 | 14X28 POOL PACKAGE INCLUDES<br>BABY BARRIER FENCE<br>SPRAYED LANAI<br>WATERFALL / PLANTER<br>ELECTRIC FOR POOL<br>SALT CHLORINE GENERATOR<br>EXTRA 440SQFT OF DECK AND SCREEN |

$ 54,191.00   TOTAL OPTIONS & ALLOWANCES

The herein agreement, upon its execution by both parties, herewith made an integral part Of the above-mentioned Agreement of Sale.

Additional $875.00 If Culvert Is Needed
Additional $1500.00 If new road impact fees are charged by city building department.
25 Loads Of Dirt Supplied By Builder – If More Needed $200.00 Per Load

Purchaser _____   Dated: 6/10/2005
Purchaser _____   Dated: 6/10/05
O'Key Homes, Inc _____   Dated 6/10/05