## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SEAN AND BETH PAYTON, ET AL**      \*      **CIVIL CASE NO. 09-7628**
                                     \*
**VERSUS**                           \*
                                     \*      **SECTION "L" MAG. 2**
**KNAUF GIPS KG, ET AL**             \*
                                     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER

Now into court, through its undersigned counsel, comes **LA DRYWALL** who respectfully answers the lawsuit of Sean and Beth Payton, et al, as follows:

I.

The defendant listed as LA Drywall, which is Defendant No. 2569, did not do any work of any nature whatsoever on 297 Rue Piper, Slidell, Louisiana 70461 for John Barone and Heather Barone. This includes any type of supplying of drywall, installation of drywall or any conversations concerning drywall.

II.

All allegations of this lawsuit are hereby denied by this defendant.

WHEREFORE, the defendant prays that its answer be deemed good and sufficient and that after due proceedings, that there be judgment herein in its favor dismissing this matter at the plaintiffs' costs.

/s/ P. David Carollo
P. David Carollo #3931
Attorney for LA Drywall
735 Old Spanish Trail
Slidell, LA 70458
(985) 643-8223/(985) 643-8338 - fax
pdavidcarollo@hotmail.com

File 63-10

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | **CIVIL CASE NO. 09-7628** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "L" MAG. 2** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | |

*******************************************************

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon Russ M. Herman, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this ____23rd____ day of ____March____, 2010.


/s/ P. David Carollo
P. David Carollo #3931
Attorney for LA Drywall
735 Old Spanish Trail
Slidell, LA 70458
(985) 643-8223
(985) 643-8338 - fax
pdavidcarollo@hotmail.com

2