UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.* EDLA 09-04117 | |
| _____/ | |

## FACT WITNESS LIST OF TAYLOR MORRISON SERVICES, INC. AND TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C.

TAYLOR MORRISON SERVICES, INC. f/k/a MORRISON HOMES, INC. ("**Taylor Morrison**") and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. ("**Taylor Woodrow**") (collectively, "**Taylor**"), through undersigned counsel and pursuant to this Court's Second Amended Scheduling Order re: Hearings for Class Certification, dated March 29, 2011, submits the following designation of potential fact witnesses that Taylor may call to testify at the class certification hearing, either by live testimony or deposition.

| NAME | TITLE AND/OR ADDRESS | TOPIC |
|---|---|---|
| Rick Wilmeth | Vice President, Taylor Woodrow and Taylor Morrison 501 N Cattlemen Rd Suite 100 Sarasota, FL 34232 | Experience with Chinese drywall and remediation of Chinese Drywall in Taylor homes, repair costs and payments |
| Jeff Bennett | Construction Superintendent for Taylor Morrison 501 N Cattlemen Rd Suite 100 Sarasota, FL 34232 | Remediation of Chinese Drywall in Taylor homes |
| Justin Laurie | Area Construction Manager for Taylor Morrison 501 N Cattlemen Rd Suite 100 Sarasota, FL 34232 | Remediation of Chinese Drywall in Taylor homes |

1

| | | |
|---|---|---|
| Gallo Building Services,<br>• Henry Glime<br>• Larry Buffington | 1234 Tech Blvd<br>Tampa, FL 33619 | Remediation of Taylor Morrison's homes that contained Chinese drywall |
| Cothern Construction Co. Volney Cothern or other corporate representative | 4376 Harbor Blvd.<br>Port Charlotte, FL  33952 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| Dollaway Drywall, Inc. corporate representative | 17423 Boyette Rd.<br>Lithia, FL 33547 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| Florida Style Services, Inc. corporate representative | R/A - Robert V. Fitzsimmons, Esq.<br>c/o Rumberger Kirk & Caldwell, .PA.<br>80 SW 3th Street, Suite 3000<br>Miami, FL 33130 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| NuWay Drywall LLC corporate representative | 384 Snapdragon Loop<br>Bradenton, FL 34212 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| Residential Drywall corporate representative | R/A – Andrea M. Fair<br>Fair Law Group<br>16009 North Lake Village Dr.<br>Odessa, FL 33556 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| Shirley Construction & Drywall, Inc.  corporate representative | 18440 Paulson Dr.,<br>Unit F<br>Port Charlotte, FL  33954 | Installation of Chinese drywall and receipt of drywall from Banner Supply and problems with the drywall (if any) |
| Banner Supply corporate representative | GY Corporate Services, Inc.<br>Two South Biscayne Blvd.,<br>Suite 3400<br>Miami, FL 33131 | Import and distribution of Chinese drywall |

| Fred Kunkle | Homeowner and TM employee<br>3406 61st Terrace East<br>Ellenton, FL 34222 | Chinese Drywall in home, remediation efforts, and settlement and assignment |
|---|---|---|
| Tommy Lee | Homeowner<br>11945 Avalon Preserve Blvd. Ft. Myers, FL33908 | Chinese Drywall in home, remediation efforts, and settlement and assignment |

Dated:  April 7, 2011

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
Stephen E. Walker
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598
*Attorneys for Taylor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Neal A. Sivyer
Neal A. Sivyer