UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932 | |

### MOTION FOR VOLUNTARY DISMISSALS OF AUTO-OWNERS INSURANCE COMPANY & OWNERS INSURANCE COMPANY AS THE ALLEGED INSURERS OF RIGHT WAY FINISHINGS, INC.

On motion on behalf of the Plaintiffs, William and Cornelia Macmurdo and Christopher and Jerene Guidry, advises the Court that Auto-Owners Insurance Company, Inc. and Owners Insurance Company have been improperly named and sued as the insurers of Right Way Finishing, Inc., a Louisiana company. Therefore Plaintiffs, William and Cornelia Macmurdo and Christopher and Jerene Guidry, desire to dismiss Auto-Owners Insurance Company and Owners Insurance Company, as the alleged insurers of Right Way Finishing, Inc. without prejudice.

Respectfully submitted,

Dated: April 7, 2011  /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel; MDL 2047*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Voluntary Dismissals of Auto-Owners Insurance Company & Owners Insurance Company as the Alleged Insurers of Right Way Finishings, Inc. has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047