UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932** | |

## ORDER

On Plaintiffs' Motion, it is hereby ordered, adjudged and decreed that Auto-Owners Insurance Company, Inc. and Owners Insurance Company, as the alleged insurers of Right Way Finishing, Inc., a Louisiana company, are hereby dismissed without prejudice from this litigation.

New Orleans, Louisiana, this 7th day of April, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE ELDON E. FALLON