UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR -7 AM 8:30

LORETTA G. WHYTE
CLERK

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. WILKINSON

This Document Relates to *Abel v. Taishan Gypsum Co., Ltd.*, No. 11-80

### ORDER

The Court received the attached correspondence from Mr. Michael Mosley of Mid-State Drywall, homebuilder/installer defendant in the above captioned matter. IT IS ORDERED that this correspondence and the attached documents are entered into the record. IT IS FURTHER ORDERED that Phillip Wittmann, the Homebuilders and Installers Liaison Counsel, is to review the correspondence and contact Mr. Mosley regarding the MDL litigation.

New Orleans, Louisiana, this 5th day of April 2011.

*[signature]*
U.S. District Judge

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___