# MID-STATE DRYWALL

Post Office Box 1564 ~ Dade City, FL 33526
Phone: 352-567-7613 ~ Fax: 352-521-5853
Email: MSDContracting@aol.com

*RECEIVED U.S. DISTRICT COURT DISTRICT OF LOUISIANA 2011 APR -1 PM 2:10 LORETTA G. WHYTE CLERK*

March 23, 2011

CERTIFIED MAIL

United States District Court
for the Eastern District of Louisana
500 Poydras Street
Section L
New Orleans, LA  70130

RE:  Kenneth Abel, et al       v.
     Taishan Gypsum Co., Ltd. f/k/a Shandong Tihe Dongxin Co., Ltd., et al
     Civil Action No.  11-080  Section L

Please find attached a copy of our response in the above Civil Action. I would like to request that this response be placed in the file as proof of our reply.

Thank you for your assistance.

Regards,

*[signature]*

Michael Mosley

attachments

# MID-STATE DRYWALL

Post Office Box 1564 ~ Dade City, FL 33526
Phone: 352-567-7613 ~ Fax: 352-521-5853
Email: MSDContracting@aol.com

March 22, 2011

CERTIFIED MAIL

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE: Kenneth Abel, et al       v.
Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd, et al
Civil Action No. 11-080 Section L

This letter serves as a response to the summons served to me on behalf of my corporation Mid-State Drywall, Inc. We are in receipt of the summons and hereby object to the accusation of use of Chinese drywall. In 34 years of operation, Chinese drywall has never been used nor installed on any of my corporation's projects.

Mid-State Drywall, Inc. is only listed once within the lawsuit by plaintiff #102 Paul Wasson. His home is located at 1620 Chesapeake Drive, Odessa, Florida 33556. Our supplier American Building Materials furnished the drywall installed within his home. American Building Materials is located at 30427 Commerce Drive, San Antonio, Florida 33676 and may be contacted for verification that they have never sold Chinese drywall to our company. Attached within is a copy of the invoice dated 08/24/2006 listing the materials used for the Plaintiff's home. The invoice lists the drywall supplied and does verify that it is first quality product. The Plaintiff did hire a home inspector with Lake and Country Properties to complete an inspection on the home. A representative did contact me to request a copy of the attached invoice for review. On 10/22/2010, a copy of the invoice was provided. No findings of Chinese drywall were reported back to Mid-State Drywall regarding the home.

I am hereby requesting that Mid-State Drywall, Inc. be removed from this class-action lawsuit, as there is neither proof nor connection to the use of Chinese drywall by the corporation. Please contact me directly by mail with any ongoing correspondence regarding the inclusion of my corporation within this class-action lawsuit.

Regards,

*Michael Mosley* (signature)

Michael Mosley

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Kenneth Abel, et al <br> *Plaintiff* <br> v. <br> Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd, et al <br> *Defendant* | ) <br> ) <br> ) <br> )  Civil Action No. 11-080 Section L <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mid-State Drywall, Inc.
2111 Stewart Drive
Dade City, FL 33525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Loretta G. Whyte

Date: January 18, 2011

*Signature of Clerk or Deputy Clerk*

# INVOICE

**00008308-002**

**American Building Materials Inc.**
2414 Destiny Way
ssa, FL 33556-
USA Phone: (727)376-5700

Remit To: AMERICAN BUILDING MATERIALS INC.
30427 COMMERCE DRIVE
SAN ANTONIO, FL 33576-
USA Phone: (352)588-3800

Invoice Date: 08/24/06
Account#: 107 0001
Branch: ODESSA
Phone#: (352)567-7613
Fax#:
Delivery#: 00008308-002

**BILL TO:**
MIDSTATE DRYWALL
12135 SCOTT DR
DADE CITY FL 33525

**SHIP TO:**
MIDSTATE DRYWALL
1620 CHESAPEAKE DR
LOT 1
WASSON SUBDIVISION
ODESSA FL

CREATED BY: Bshay     Page 1 of 1

| PO#: 1620 CHESAPEAKE | REF#: N/A | | JOB#: LOT 1 CHESAPEAKE DR | |
|---|---|---|---|---|
| ORDER DATE: 08/23/06 | SALES K DRUMMOND | ORDER TYPE: WH | SHIP VIA: | FRT TERM: |
| SHIP DATE: 08/23/06 | AGENTS | ORDERED BY: FAXED | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 100 | 100 | PC | DW1/2REG4X12 | 4'X12' | 4.8000 | 380.00 | /MSF | 1,824.00 |
| | | | 1/2" REGULAR 4'X12' | | | | | |
| 51 | 51 | PC | DW1/2CD4X12 | 4'X12' | 2.4480 | 410.00 | /MSF | 1,003.68 |
| | | | 1/2" INTERIOR CEILING 4'X12' | | | | | |
| 20 | 20 | PC | DW1/2EXTSOFF4X12 | 4'X12' | 0.9600 | 532.00 | /MSF | 510.72 |
| | | | 1/2" EXTERIOR SOFFIT 4'X12' | | | | | |
| 8 | 8 | PC | DW1/2PERMBASE3X5 | 3'X5' | 0.1200 | 1010.00 | /MSF | 121.20 |
| | | | 1/2 PERMA BASE 3'X5' | | | | | |
| 10 | 10 | PC | DB120SPLGALV10 | 10' | 100 | 0.23 | /LF | 23.00 |
| | | | 120 SPLAYED GALV 10' | | | | | |
| 30 | 30 | BOX | FPGBAPJTCOMPBX | BOX | 30 | 9.29 | /BOX | 278.70 |
| | | | GOLD BOND ALL PURPOSE BOX | | | | | |
| 13 | 13 | ROLL | FP250DWTAPE | RL | 13 | 1.80 | /ROLL | 23.40 |
| | | | 250' DRYWALL TAPE | | | | | |
| 1 | 1 | BOX | SC118CDW | 1-1/8" COARSE DW | 10 | 5.42 | /M | 54.20 |
| | | | 1-1/8" COARSE DW SCREWS (10M) | | | | | |
| 63 | 63 | PC | DBGALV8 | 8' | 504 | 0.15 | /LF | 75.60 |
| | | | CORNER BEAD GALV 8' | | | | | |

****** SUB-TOTAL ******     3,914.50

Fuel Surcharge     10.00

PASCO COUNTY SALES TAX     274.72

There is a 20% restocking fee

There is a $10.00 Fuel Surcharge on all deliveries

**TERMS:**
COD Due Date: 08/24/06

Balance     **4,199.22**