UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * MDL NO. 2047 * * SECTION: L * * JUDGE FALLON * MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Builder's Depot and requests the Court to enroll Tony B. Jobe, Attorney at Law, as trial counsel to represent them in the above captioned case, and that the Clerk of Court be directed to furnish him with all notices required by law in this matter.

Respectfully submitted,

*/s/ Tony B. Jobe*
Tony B. Jobe, Bar No. 7269
LAW OFFICES OF TONY B. JOBE, A.P.L.C.
500 Water Street
Madisonville, LA 70447
Telephone: (985) 845-8088
Facsimile: (985) 845-1655
Email: jobelaw@msn.com
Attorney for Builder's Depot

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed to:

Mr. Russ Herman, Esquire
Mr. Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

via U.S. Mail, postage prepaid, on this the 7th day of April, 2011.

_____
Tony B. Jobe