UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Motion to Enroll as Counsel of Record;

IT IS ORDERED that Tony B. Jobe, Attorney at Law, be allowed to enroll as counsel of record for Builder's Depot in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
DISTRICT JUDGE