UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION: L |
| This document relates to: | * * | JUDGE FALLON |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 *Payton, et al v. Knauf Gips, KG, et al* EDLA 09-07628 | * * * * | MAGISTRATE WILKINSON |

## THE BANNER ENTITIES' WITNESS LIST
## FOR CLASS CERTIFICATION

Defendants, Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC and Banner Supply International, LLC (collectively "Banner"), by and through its undersigned counsel and pursuant to this Court's Scheduling Order for Class Certification, discloses the following witnesses which may be utilized at the class certification in this matter:

1. Felix Diaz
   c/o Ervin Gonzalez, Esq.
   Colson Hicks Eidson
   255 Aragon Avenue, 2nd Floor
   Coral Gables, FL 33134-5008
   It is believed that the named Plaintiff will have knowledge of his substantive claims and his claimed adequacy as class representatives.

2. Miriam Castro
   c/o Ervin Gonzalez, Esq.
   Colson Hicks Eidson
   255 Aragon Avenue, 2nd Floor
   Coral Gables, FL 33134-5008
   It is believed that the Ms. Castro will have knowledge of the substantive claims related to her home and the claimed adequacy as class representatives.

3. Fidelity National Property & Casualty

                Agent: E&L Insurance Services, Inc.
                1241 SW 27 Avenue
                Miami, FL 33135
                Has knowledge of Diaz's claims and other related matters.

4.    Corporate Representative of ATCO Interior Corp
      13870 SW 151 Lane
      Miami, FL 33186
      Has knowledge of Diaz's claims and other related matters.

5.    Corporate Representative for United Homes Int'l
      Santa Barbara Estates
      7975 N.W. 154th Street
      Miami Lakes, FL 33016
      Has knowledge of Diaz's claims and other related matters.

6.    Steve Roberts
      c/o Ervin Gonzalez, Esq.
      Colson Hicks Eidson
      255 Aragon Avenue, 2nd Floor
      Coral Gables, FL 33134-5008
      It is believed that the named Plaintiff will have knowledge of his substantive claims and his claimed adequacy as class representatives.

7.    Jennifer Roberts
      c/o Ervin Gonzalez, Esq.
      Colson Hicks Eidson
      255 Aragon Avenue, 2nd Floor
      Coral Gables, FL 33134-5008
      It is believed that the Ms. Roberts will have knowledge of the substantive claims related to her home and the claimed adequacy as class representatives.

8.    Corporate Representative for United Property & Casualty Ins. Co.
      Agent: Keystone Financial Solutions
      2831 North Federal Highway, Suite 2
      Boca Raton, FL 33431
      Has knowledge of Roberts' claims and other related matters.

9.    Corporate Representative for Northstar Holdings
      1732 S. Congress Avenue, Suite 335
      Palm Springs, FL 33461
      Has knowledge of Roberts' claims and other related matters.

10.   Corporate Representative for Precision Drywall, Inc.
      352 Tall Pines Road, Unit E

    West Palm Beach, FL 33413
    Has knowledge of Roberts' claims and other related matters.

11. Counsel for the named Plaintiffs in this case.
    It is believed that Plaintiffs' counsel will have knowledge regarding their claimed adequacy as class counsel.

12. La Suprema Trading, Inc.
    Salamon Abadi
    2221 NE 164th, Suite #335
    Miami, FL 33160
    It is believed that La Suprema Trading, Inc. was the importer/exporter of the drywall at issue in this action and it received the drywall from China and distributed it in the United States, including to Banner Supply Co. La Suprema may have knowledge as to the costs of the drywall and the product specifications, among other things.

13. Scott Giering, Banner Supply Co.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL 33133
    Mr. Giering has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

14. Jack Landers, Banner Supply Co.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL 33133
    Mr. Landers has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

15. Donald (Micky) Coblentz, former Banner Pompano employee
    Mr. Coblentz has knowledge relating to Banner's dealings with La Suprema and Knauf in November, 2006 in connection with a complaint concerning odors from Chinese drywall.

16. Gus Cofinas, former Banner Port St. Lucie employee
    Mr. Cofinas has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

17. Corporate representative of Banner Tampa.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL  33133

18. Corporate representative of Banner Ft. Myers.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL  33133

19. Corporate Representatives of Knauf Plasterboard (Tianjin) Co., Ltd.
    North Yinhe Bridge
    East Jingjin Road
    Beichen District
    Tianjin, China 300400
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

20. Hans-Ulrich Hummel
    Knauf Gips KG
    AM Bahnhof7
    D-97343
    Iphofen, Germany
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

21. Corporate Representative of Knauf Gips KG
    AM Bahnhof7
    D-97343
    Iphofen, Germany
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

22. Corporate Representative of Rothchilt International, Ltd.
    N-510 Chia Hsin Blvd.
    Annex 96 Chunghan N. Rd. Sec. 2
    Tapei, Taiwan
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

23. David Gregory
    c/o of Knauf Plasterboard Tianjin
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

24. Michael Anthony Robinson
    c/o Knauf Plasterboard Tianjin
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

25. Isabel Knauf
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

26. Mark Norris
    c/o Knauf Plasterboard Tianjin
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

27. Tony Robson
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

28. Martin Grundke
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

29. Barry Topple
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

30. Martin Halbach
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

31. Ann Zhong
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

32. ChenJie
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

33. Wayne Studdon
    c/o Knauf
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

34. Martin Sturmer
    c/o Knauf Gips
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the drywall at issue.

35. Corporate Representative of Taishan Gypsum Co., Ltd.
    c/o Richard C. Stanley, Esq.
    Stanley Reuter Ross Thornton & Alford, LLC
    909 Poydras Street
    Suite 2500
    New Orleans, LA 70112
    Has knowledge of the allegedly defective product and is the manufacturer of the Chinese drywall.

36. Corporate Representative of Taian Taishan Plasterboard Co. Ltd.
    c/o Richard C. Stanley, Esq.
    Stanley Reuter Ross Thornton & Alford, LLC
    909 Poydras Street
    Suite 2500
    New Orleans, LA 70112
    Has knowledge of the allegedly defective product and is the manufacturer of the Chinese drywall.

37. Jia Tongchun
    c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the Chinese Drywall.

38. Peng Wenlong
    c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.
    Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the Chinese Drywall.

39. Zhang Jianchun
    c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.

      Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the Chinese Drywall.

40. Susan A. Bidigare
 c/o Alters, Boldy, Rash, Culmo, P.A.
 4141 N.E. 2nd Lane, Suite 201
 Miami, FL 33137
 It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

41. Corporate Representative for Universal Property and Casualty Insurance
 Agent: Owald Trippe and Company
 P.O. Box 60139
 Fort Myers, FL 33906
 Has knowledge of Susan Bidigare's claim and other related matters.

42. Dan Reid
 Intuitive Environmental Solutions
 13521 Eagle Ridge Drive, Suite 111
 Fort Myers, FL 33912
 Has knowledge of Susan Bidigare's claim and other related matters.

43. Dan Throgmartin
 Blue Water of Cape Coral
 175 Shadroe Cove Circle, Unit #1101
 Cape Coral, FL 33991
 Has knowledge of Susan Bidigare's claim and other related matters.

44. Corporate Representative of C.A. Steelman, Inc.
 2271 Bruner Lane, Unit 5
 Fort Myers, FL 33912
 Has knowledge of Susan Bidigare's claim and other related matters.

45. Thai D. Nguyen
 c/o Alters, Boldy, Rash, Culmo, P.A.
 4141 N.E. 2nd Lane, Suite 201
 Miami, FL 33137
 It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

46. Lieu Nguyen
 c/o Alters, Boldy, Rash, Culmo, P.A.
 4141 N.E. 2nd Lane, Suite 201
 Miami, FL 33137
 It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

47. Corporate Representative for Ark Royal Insurance

        Agent: PIGI Insurance
        7850 Ulmerton Road, #7B
        Largo, FL 33771
        Has knowledge of Nguyen's claim and other related matters.

48. Corporate Representative for Chinese Drywall Screening
        411 SW Silver Palm Cove
        Port St. Lucie, FL 34986
        Has knowledge of Nguyen's claim and other related matters.

49. Corporate Representative for Aranda Homes
        1310 SW 4th Terrace
        Cape Coral, FL 33991
        Has knowledge of Nguyen's claim and other related matters.

50. Robert W. Block, III
        c/o Allison Grant, P.A.
        950 Peninsula Corporate Circle, Suite 2011
        Boca Raton, FL 33487
        It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

51. Nancy M. Block
        c/o Allison Grant, P.A.
        950 Peninsula Corporate Circle, Suite 2011
        Boca Raton, FL 33487
        It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

52. Corporate Representative for Chartis
        Agent: Talon Insurance Agency, Ltd.
        P.O. Box 1609
        Nederland, TX 77627
        Has knowledge of Block's claim and other related matters.

53. Corporate Representative for Ocean Coast Drywall
        3431 SE 11th Street
        Deerfield Beach, FL 33442
        Has knowledge of Block's claim and other related matters.

54. Tarek Loutfy
    c/o Daniel K. Bryson
    Lewis & Roberts, PLLC
    P.O. Box 17529
    Raleigh, NC 27619-7529
    It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

55. Andrea Loutfy
    c/o Daniel K. Bryson
    Lewis & Roberts, PLLC
    P.O. Box 17529
    Raleigh, NC 27619-7529
    It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

56. Corporate Representative for University Property and Casualty Insurance
    Agent: Smith Watson Parker
    2590 Hollywood Boulevard
    Hollywood, FL 33020
    Has knowledge of Loufty's claim and other related matters.

57. Corporate Representative of BrightClaim, Inc.
    3850 Holcomb Bridge Road, Suite 410
    Norcross, GA 30092
    Has knowledge of Loufty's claim and other related matters.

58. Corporate Representative for Coastal Condominiums of Palm Beach, Inc.
    2699 S. Bayshore Drive, 7th Floor
    Miami, FL 33133
    Has knowledge of Loufty's claim and other related matters.

59. Corporate Representative for RCR Holding II, LLC
    980 N. Federal Highway, Suite 200
    Boca Raton, FL 33432
    Has knowledge of Loufty's claim and other related matters.

60. Corporate Representative for Precision Drywall, Inc.
    352 Tall Pines Road, Unit E
    West Palm Beach, FL 33413
    Has knowledge of Loufty's and Roberts' claims and other related matters.

61. Joel B. Ronkin
 c/o Ervin Gonzalez, Esq.
 Colson Hicks Eidson
 255 Aragon Avenue, 2nd Floor
 Coral Gables, FL 33134-5008
 It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

62. Shari J. Ronkin
 c/o Ervin Gonzalez, Esq.
 Colson Hicks Eidson
 255 Aragon Avenue, 2nd Floor
 Coral Gables, FL 33134-5008
 It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

63. Corporate Representative for USAA Casualty Insurance Company
 9800 Fredericksburg Road
 San Antonio, TX  78288
 Has knowledge of Ronkin's claim and other related matters.

64. Corporate Representative for Yanes Security & Investigative Services, Inc.
 P.O. Box 145486
 Miami, FL 33114
 Has knowledge of Ronkin's claim and other related matters.

65. Klept Bros Drywall, Inc.
 RA: Michael Klept
 2409 Raven Croft Court
 Orlando, FL 32837
 Has knowledge of Ronkin's claim and other related matters.

66. Danal Homes Dev.
 West Title & Escrow, Inc.
 2500 Weston Road, #404
 Weston, FL 33331
 Has knowledge of Ronkin's claim and other related matters.

67. Jack Rizzo
 c/o C. Durkee Roberts & Durkee, P.A.
 Alhambra Towers, Penthouse
 121 Alhambra Plaza, Suite 1603
 Coral Gables, FL 33134
 It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

68. Luz Rizzo

10

        c/o C. Durkee Roberts & Durkee, P.A.
Alhambra Towers, Penthouse
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

69. Corporate Representative for St. Johns Insurance
4706-C Southeast 11th Place
Cape Coral, FL 33904
Has knowledge of Rizzo's claim and other related matters.

70. Corporate Representative of Lipsey & Associates
500 Water Street
Jacksonville, FL 32202
Has knowledge of Rizzo's claim and other related matters.

71. Corporate Representative of Centerline
825 Coral Ridge Drive
Coral Springs, FL 33071
Has knowledge of Rizzo's claim and other related matters.

72. Robert Deane
c/o Ervin Gonzalez, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

73. Lois Deane
c/o Ervin Gonzalez, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

74. Corporate Representative for JR Jones & Co.
P.O. Box 901505
Homestead, FL 22090-1505
Has knowledge of Deane's claim and other related matters.

75. Corporate Representative for South Kendall Construction
888 Kingman Road

11

       Homestead, FL 33035
       Has knowledge of Deane's claim and other related matters.

76. Corporate Representative for Magdalena Gardens Condominium Association, Inc.
    240 West End Drive
    Punta Gorda, FL 33950
    Has knowledge of claims alleged by Magdalena Gardens Condominium Association, Inc., its individual units and other related matters.

77. All plaintiffs that have filed suits in the Florida state actions against Banner entities related to Chinese drywall. *See* attached list of state actions as Exhibit A.

78. The putative class members, names not known at this time.

79. All developers and builders associates with the putative and named class members, names not known at this time.

80. All installers who installed the drywall that is the subject of the putative class action, names not known at this time.

81. All witnesses who inspected and/or remediated homes of the putative and named class members, names not known at this time.

82. Any and all witnesses listed by other parties to this action, to the extent not objected to by Banner.

83. Any and all records custodians to authenticate any and all documents produced pursuant to subpoenas served in this matter or produced through discovery in this matter.

84. Any and all persons named or referred to in profile forms, discovery, including all persons named or mentioned in Answers to Requests for Production, Interrogatories, including exhibits, depositions and other discovery made or taken herein.

85. Any and all individuals and/or entities who were deposed in this matter or in the Florida state actions.

86. Any and all impeachment or rebuttal witnesses.

87. By listing these witnesses, Banner does not waive any objection as to the admissibility of such testimony at trial.

88. Any and all persons whose identities may be subsequently revealed upon the conclusion of class discovery.

89. Banner reserves the right to object to any and all witnesses listed by other parties to this action and reserve the right to amend this Witness List prior to the class certification hearing as new information may become known or discovered.

Respectfully submitted, this 8th day of April, 2011.

> **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA 30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> ***Counsel for Banner Supply Company, Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC***
>
> **PETERSON & ESPINO, P.A.**
>
> MICHAEL P. PETERSON
> 10631 S.W. 88th Street, Suite 220
> Miami, Florida 33176
> Main Phone: (305) 270-3773
> Main Fax: (305) 275-7410
> E-mail: mpeterson@petersonespino.com
> ***Counsel for Banner Supply Company Port St. Lucie, LLC***

13

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing The Banner Entities' Witness List for Class Certification has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 8th day of April, 2011.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**