# EXHIBIT A

STATE CLAIMS CHART

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 11/23/10 | Larssen-Ping, Nelly, et al v. Brightwater Community, et al. | 10-16735-CI-20 | 6th Jud Cir - (Pinellas) |
| 01/02/11 | KB Home Orlando LLC v. Central Florida Finishers, Inc./Central Florida Finishers, Inc. v. Suncoast Building Materials, etc., et al. | 53-2010CA-004265, Sec. 4 | 10th Jud Cir (Polk Cty) |
| 04/09/09 | Acuna v. Lennar Corp. | 09-029324-CA | 11th Jud Cir |
| 04/21/09 | Adams v. Lennar Corp. | 09-032057-CA | 11th Jud Cir |
| 01/27/10 | Adelky, Pena v. Banner Supply Co. | 10-005092 | 11th Jud Cir |
| 03/29/10 | Alvarez, Emilio J. v. Eastern Construction Group, Inc. | 09-071623 | 11th Jud Cir |
| 09/04/09 | Araujo v. USG Corp. | 09-066135-CA | 11th Jud Cir |
| 12/30/10 | Armelo, Aracelys & Luis G. Mejia, et al. v. Deer Creek Estates, et al. | 10-64739-CA-30 | 11th Jud Cir |
| 03/17/09 | Armeneiro v. Knauf Gips KG | 09-021657-CA | 11th Jud Cir |
| 04/20/09 | Aslanian v. Lennar Corp. | 09-031851-CA | 11th Jud Cir |
| 11/9/09 | Avello Daniel v. North Palm Estates | 09-081831 | 11th Jud Cir |
| 01/13/10 | Calvo v. Banner Supply Co | 10-003371-CA | 11th Jud Cir |
| 08/23/10 | Camposano, Francisco and Maria Del Pilar Camposano v. Knauf Gips, et al | 10-45796 | 11th Jud Cir |
| 11/09/09 | Coombs, Donald Martin v. Banner, et al. | 09-81940 | 11th Jud Cir |
| 04/21/09 | Cork v. Lennar Corp. | 09-031961-CA | 11th Jud Cir |
| 04/21/09 | Cortes v. Lennar Corp. | 09-031998-CA | 11th Jud Cir |
| 01/13/10 | Costoya v. Banner Supply Co | 10-003364-CA | 11th Jud Cir |
| 04/21/09 | Crespo v. Lennar Corp. | 09-031993-CA | 11th Jud Cir |
| 12/15/09 | DaBalsa v. Banner Supply Co | 09-090487-CA | 11th Jud Cir |
| 07/28/09 | DaBalsa v. Bauhaus Solutions Inc. | 09-055898 | 11th Jud Cir |
| 03/17/09 | Deane v. Knauf Gips KG | 09-021660-CA | 11th Jud Cir |
|  | De Leon William & Zully, Gonzalez , Roberto & Rivera, Fernandez & Marazul LLC v. Banner Supply Co. | 10-59146-CA-42 | 11th Jud Cir |
| 10/08/09 | Deutsch v. Ponce Riviera LLC | 09-072514-CA | 11th Jud Cir |
| 04/20/09 | Diaz v. Lennar Corp. | 09-031894-CA | 11th Jud Cir |
| 12/29/10 | Echevarria, Joel & Moraima v. Knauf, et al | 10-64471-CA-08 | 11th Jud Cir |
| 11/09/09 | Elzein v. La Suprema Trading | 09-081928-CA | 11th Jud Cir |
| 04/20/09 | Estrada v. Lennar Corp. | 09-031902-CA | 11th Jud Cir |
| 11/09/09 | Fernandez v. North Palm Estates Homes | 09-081830 | 11th Jud Cir |
| 11/09/09 | Garcia v. La Suprema Trading | 09-081916-CA | 11th Jud Cir |
| 04/09/09 | Garcia v. Lennar Corp. | 09-029484-CA | 11th Jud Cir |
| 04/20/09 | Garcia v. Lennar Corp. | 09-031927-CA | 11th Jud Cir |
| 09/17/10 | Gonzalez, Alberto & Yarenis Diaz, & their minor children v. Banner Supply Co. | 10-51516 | 11th Jud Cir |
| 03/02/11 | Garcia, Jose & Elizabeth v. Knauf, et al. | 11-06615-CA-01 | 11th Jud Cir |
| 09/28/10 | Gonzalez, Ronald, Akkou, Teresa, Barone, Manuel V. Puche, and others similarly situated v. Knauf, et al. | 10-50684 | 11th Jud Cir |
| 11/09/09 | Gonzalez, Victor A. v. North Palm Estates Homes | 09-081832 | 11th Jud Cir |
| 11/09/09 | Gonzalez, Victoria v. La Suprema Trading | 09-081944-CA | 11th Jud Cir |
| 11/09/09 | Guerrazzi v. La Suprema Trading | 09-081876-CA | 11th Jud Cir |
| 04/20/09 | Guerrero v. Lennar Corp. | 09-031916-CA | 11th Jud Cir |
| 04/21/09 | Guzman v. Lennar Corp. | 09-032243-CA | 11th Jud Cir |
| 02/03/09 | Harrell v. S Kendall Constr Corp. | 09-008401-CA | 11th Jud Cir |
| 05/29/09 | Hernandez v. 6250 SW 79 St LLC | 09-041648-CA | 11th Jud Cir |
| 11/24/10 | Hershoff, Jay & Nancy v. Knauf Gips KG, et al. | 10-61008-CA 42 | 11th Jud Cir |
| 11/06/09 | In Re: Chinese Drywall Litigation | 09-CA-200000 | 11th Jud Cir |
| 04/20/09 | Kebbe v. Lennar Corp. | 09-031869-CA | 11th Jud Cir |
| 04/09/09 | La Fleur v. Lennar Corp. | 09-029472-CA | 11th Jud Cir |
| 11/09/09 | Lamaa v. La Suprema Trading | 09-081910-CA | 11th Jud Cir |
| 12/30/10 | Lann, Mark; Reyes, Reward M., et al. | 10-64747-CA-13 | 11th Jud Cir |
| 01/30/09 | Lennar Homes v. Knauf Gips KG | 09-007901-CA | 11th Jud Cir |
| 04/09/09 | Lezama v. Lennar Corp. | 09-029481-CA | 11th Jud Cir |
| 06/17/09 | Litten v. Knauf Gips KG | 09-046294-CA | 11th Jud Cir |
| 04/21/09 | Llaverias v. Lennar Corp. | 09-031972-CA | 11th Jud Cir |

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 07/29/09 | Mackle v. CDC Builders Inc. | 09-056362-CA | 11th Jud Cir |
| 03/11/10 | Macario, T Juan,M. v. L P R Builders Inc. et al | 10-15985 | 11th Jud Cir |
| 11/09/09 | Mardeni v. La Suprema Trading | 09-081903-CA | 11th Jud Cir |
| 03/18/09 | Marley v. Banner Supply Co | 10-017557-CA | 11th Jud Cir |
| 06/09/10 | Martinez, Tania v. Guillermo Permuy, et al | 09-76860 | 11th Jud Cir |
| 04/21/09 | Metzl v. Lennar Corp. | 09-031980-CA | 11th Jud Cir |
| 11/09/09 | Mon, Jose Garcia v. La Suprema Trading, et al | 09-081916 | 11th Jud Cir |
| 01/27/10 | Pena v. Banner Supply Co | 10-005092-CA | 11th Jud Cir |
| 11/09/09 | Perez, Jorge v. North Palm Estates Homes | 09-081828 | 11th Jud Cir |
| 04/21/09 | Poloney v. Lennar Corp. | 09-032043-CA | 11th Jud Cir |
| 11/04/10 | Puckett v. Grove Hammocks Investments LLC, et al. | 10-26825- CA-42 | 11th Jud Cir |
| 11/18/10 | Robin v. Knauf Plasterboard (Tianjin) Co., LTD, et al. | 10-59323-CA-20 | 11th Jud Cir |
| 12/29/10 | Rodriguez, Frank & Jeannette v. Knauf, et al | 10-64481-CA-30 | 11th Jud Cir |
| 09/04/09 | Rojas v. USG Corp. | 09-066150-CA | 11th Jud Cir |
| 05/15/09 | Seifart v. Knauf Gips KG | 09-038887-CA | 11th Jud Cir |
| 10/19/09 | Solabella v. Banner Supply Co | 09-076853-CA | 11th Jud Cir |
| 04/09/09 | Usaga v. Lennar Corp. | 09-029476-CA | 11th Jud Cir |
| 11/09/09 | Villalobos v. La Suprema Trading | 09-081894-CA | 11th Jud Cir |
| 10/28/09 | Villalta v. La Suprema | 09-79411 | 11th Jud Cir |
|  | Webster, Frank J. v. United Homes International Inc., et al. | 11-00787 CA 42 | 11th Jud Cir |
| 11/10/09 | Zervos v. La Suprema | 09-82325 | 11th Jud Cir |
| 09/20/10 | Medallion Homes v. Qayoom & Greeney v. Knauf & Banner | 2006-CA-11743-SC | 12th Jud Cir (Sarasota) |
|  | Banner Supply Company Tampa LLC v. Hinkle Drywall, LLC and Minnick, Bruce T. | 10-006882 | 13th Jud Cir |
| 12/03/10 | Levy v. Emerald Greens at Carrollwood LLC - LTL Construction, Inc. v. Beijing New Building Material, PLC, etc. | 10-012855 Div I. | 13th Jud Cir |
| 04/13/09 | Maronda Homes Inc of Fl. v. Residential Drywall, Inc. | 09-CA-010159 | 13th Jud Cir |
| 06/15/10 | Maronda Homes Inc of Fl. v. Residential Drywall, Inc. | 10-CA-006976 | 13th Jud Cir |
| 03/11/10 | Rivercrest, LLC  v. Standard Pacific Homes of S Fla | 10-005757 | 13th Jud Cir |
| 12/27/10 | Siddiqui, Hassan & Frauke, Sampson, Patrick & Trista and Patalano, Nicholas & Tracey, v. Rivercrest, LLC, etc., et al. | 10-010181 | 13th Jud Cir |
| 08/11/10 | Taylor Morrison  v. Banner Supply Co. | 10-016414 | 13th Jud Cir |
| 04/23/09 | Abhaisingh v. Northstar Holdings Inc. | 09-CA-014500 | 15th Jud Cir |
| 06/19/09 | Albanese-Popkin The Oaks Development Group, LP v. Ocean Coast Drywall of South Fla | 09-CA-018540 | 15th Jud Cir |
| 06/05/09 | Anton v. Northstar Holdings, Inc. | 09-CA-019770 | 15th Jud Cir |
| 04/23/09 | Baron-Mandis v. Centerline Homes, Inc. | 09-CA-014592 | 15th Jud Cir |
| 04/23/09 | Bennett, Marlene v. Centerline Homes, Inc.<br>MASTER CASE | 09-CA-014458 | 15th Jud Cir |
| 10/05/09 | Bloom v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033639 | 15th Jud Cir |
| 04/23/09 | Boisseau v. Centerline Homes, Inc. Inc | 09-CA-014496 | 15th Jud Cir |
| 06/05/09 | Bonheur v. Centerline Homes, Inc. | 09-CA-019777 | 15th Jud Cir |
| 06/05/09 | Bowes v. Centerline Homes, Inc. | 09-CA-019751 | 15th Jud Cir |
| 03/12/10 | Brown v. Standard Pacific Homes of S Fla | 10-006964 | 15th Jud Cir |
| 06/14/10 | Carroll, Gary v. JSD Builders | 10-CA-015432 | 15th Jud Cir |
| 06/05/09 | Cherba v. Centerline Homes, Inc. | 09-CA-019749 | 15th Jud Cir |
| 08/04/09 | Ciancimino v. Centerline Homes, Inc. Inc | 09-CA-026362 | 15th Jud Cir |
| 04/23/09 | Conte v. Centerline Homes, Inc. | 09-CA-014447 | 15th Jud Cir |
| 06/05/09 | Coplin v. Northstar Holdings, Inc. | 09-CA-019775 | 15th Jud Cir |
| 04/23/09 | Delgreco v. Centerline Homes, Inc. Inc. | 09-CA-014510 | 15th Jud Cir |
| 04/23/09 | Desola v. Northstar Holdings | 09-CA-014503 | 15th Jud Cir |
| 04/23/09 | Di Falco v. Centerline Homes, Inc. Inc | 09-CA-014479 | 15th Jud Cir |
| 04/23/09 | Diamond v. Northstar Holdings Inc | 09-CA-014517 | 15th Jud Cir |
| 04/23/09 | DiFilippo v. G L Homes Of Fla | 09-CA-014589 | 15th Jud Cir |
| 04/27/10 | Elkin v. Marriott Developments, et al. | 10-CA-011532 | 15th Jud Cir |

## STATE CLAIMS CHART

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 03/30/11 | Esham, Jeffrey and Tracy v. George H. Fraker General Contractor, Inc. and Banner Supply Co. | 11-CA-004840 | 15th Jud Cir |
| 10/05/09 | Eskenazi v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033727 | 15th Jud Cir |
| 01/05/10 | Feinberg v. Promenade Developers | 10-CA-000099 | 15th Jud Cir |
| 04/23/09 | Fitzgerald, Larry & Jessica v. Centerline Homes, Inc. | 09-CA-014499 | 15th Jud Cir |
| 04/23/09 | Fleurantin v. Northstar Holdings | 09-CA-014553 | 15th Jud Cir |
| 06/05/09 | Forte v. Centerline Homes, Inc. | 09-CA-019759 | 15th Jud Cir |
| 04/23/09 | Foster v. Northstar Holdings, Inc., et al. | 09-CA-014594 | 15th Jud Cir |
| 04/23/09 | Gallacher v. Centerline Homes, Inc. | 09-CA-014459 | 15th Jud Cir |
| 04/23/09 | Galvis v. Northstar Holdings, Inc. | 09-CA-014561 | 15th Jud Cir |
| 04/23/09 | Giannetti v. Centerline Homes, Inc. | 09-CA-014528 | 15th Jud Cir |
| 06/05/09 | Glerum v. Northstar Holdings Inc | 09-CA-019757 | 15th Jud Cir |
| 06/12/09 | Goddard v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-020475 | 15th Jud Cir |
| 04/23/09 | Gonzalez v. Centerline Homes, Inc. | 09-CA-014456 | 15th Jud Cir |
| 06/05/09 | Grant v. GL Homes Of Fla Corp. | 09-CA-019746 | 15th Jud Cir |
| 04/23/09 | Gultz v. Centerline Homes, Inc. | 09-CA-014573 | 15th Jud Cir |
| 03/11/11 | Gutierrez v. Standard Pacific of South Florida GP, Inc., F. Vicino and Company, Inc. and Banner Supply Co. | 11-CA-003758 | 15th Jud Cir |
| 04/23/09 | Guy v. Northstar Holdings | 09-CA-014547 | 15th Jud Cir |
| 06/05/09 | Jaeger-Brancho v. Northstar Holdings, Inc. | 09-CA-019769 | 15th Jud Cir |
| 08/06/09 | Kaplan v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-026711 | 15th Jud Cir |
| 04/23/09 | Korentur v. Centerline Homes, Inc. | 09-CA-014550 | 15th Jud Cir |
| 04/23/09 | Lalloo v. Centerline Homes, Inc. Inc | 09-CA-014591 | 15th Jud Cir |
| 04/23/09 | Levin v. Northstar Holdings | 09-CA-014536 | 15th Jud Cir |
| 04/23/09 | Lopez v. Northstar Holdings, Inc. | 09-CA-014593 | 15th Jud Cir |
| 04/23/09 | Macias v. Northstar Holdings | 09-CA-014540 | 15th Jud Cir |
| 06/05/09 | Manzur v. Centerline Homes, Inc. | 09-CA-019768 | 15th Jud Cir |
| 04/23/09 | Marchese v. Centerline Homes, Inc. Inc | 09-CA-014522 | 15th Jud Cir |
| 04/23/09 | Martin v. Northstar Holdings, Inc. | 09-CA-014595 | 15th Jud Cir |
| 04/23/09 | Mastrosimone v. Northstar Holdings, Inc. | 09-CA-014572 | 15th Jud Cir |
| 04/23/09 | Meyer v. Knauf Gips KG | 09-CA-014529 | 15th Jud Cir |
| 06/05/09 | Morakis v. Centerline Homes, Inc. Inc | 09-CA-019773 | 15th Jud Cir |
| 10/05/09 | Novello v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033729 | 15th Jud Cir |
| 04/08/09 | Olschewski, Krzysztof and Chad Prandi et al. v Centerlines Homes Inc., et al | 09-ca-013464 | 15th Jud Cir |
| 04/23/09 | Pasion v. Northstar Holdings, Inc. | 09-CA-014587 | 15th Jud Cir |
| 04/23/09 | Patching v. GL Homes Of Fla | 09-CA-014449 | 15th Jud Cir |
| 04/23/09 | Perrin v. Centerline Homes, Inc. Inc | 09-CA-014520 | 15th Jud Cir |
| 04/23/09 | Picotte v. Centerline Homes, Inc. Inc | 09-CA-014495 | 15th Jud Cir |
| 04/23/09 | Poulsen v. Centerline Homes, Inc. | 09-CA-014464 | 15th Jud Cir |
| 04/23/09 | Prandi v. Centerline Homes, Inc. | 09-CA-014501 | 15th Jud Cir |
| 06/05/09 | Raymond v. Centerline Homes, Inc. | 09-CA-019779 | 15th Jud Cir |
| 04/23/09 | Romero v. Northstar Holdings Inc | 09-CA-014590 | 15th Jud Cir |
| 10/05/09 | Rosen, K v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033636 | 15th Jud Cir |
| 10/05/09 | Rosen, M v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033731 | 15th Jud Cir |
| 10/05/09 | Rossi v. Albanese-Popkin The Oaks Development Group, LP | 09-CA-033733 | 15th Jud Cir |
| 04/23/09 | Rothman v. GL Homes Of Fla | 09-CA-014554 | 15th Jud Cir |
| 04/23/09 | Ryczek v. Northstar Holdings, Inc. | 09-CA-014584 | 15th Jud Cir |
| 04/23/09 | Saintil v. G L Homes Of Fla Corp. | 09-CA-014512 | 15th Jud Cir |
| 02/28/10 | Satter v. Banner Supply Co | 10-CA-004868 | 15th Jud Cir |
| 04/23/09 | Schumacher v. Northstar Holdings, Inc. | 09-CA-019744 | 15th Jud Cir |
| 04/23/09 | Shikely, Ahmed and Ahmed, Shazia v. Northstar Holdings Inc | 09-CA-014467 | 15th Jud Cir |
| 04/23/09 | Shaw v. Northstar Holdings Inc | 09-CA-014492 | 15th Jud Cir |
| 04/23/09 | Siegel v. Centerline Homes, Inc. | 09-CA-014588 | 15th Jud Cir |
| 04/23/09 | Stalcup v. Centerline Homes, Inc. | 09-CA-014513 | 15th Jud Cir |
| 04/23/09 | Steiner v. Centerline Homes, Inc. | 09-CA-014487 | 15th Jud Cir |

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 10/19/10 | USO Norge Whitney, LLC v. Bovis Lend Lease, Inc. | 10-CA-026423 | 15th Jud Cir |
| 04/23/09 | Venius v. Northstar Holdings, Inc | 09-CA-014560 | 15th Jud Cir |
| 04/23/09 | Voutsinas v. Northstar Holdings | 09-CA-014466 | 15th Jud Cir |
| 05/27/09 | Wachter v. Tuscan Harvey Estate Homes, Inc. | 09-CA-018512 | 15th Jud Cir |
| 06/05/09 | Wanounou v. Northstar Holdings, Inc. | 09-CA-019753 | 15th Jud Cir |
| 03/02/10 | Wetzler v. Meyers Construction v. Banner Supply | 50-2010-CA-005636 | 15th Jud Cir |
| 04/23/09 | Wong v. Centerline Homes, Inc. | 09-CA-014451 | 15th Jud Cir |
| 01/27/10 | Ziegler, William v. West Construction | 10-CA-002246 | 15th Jud Cir |
| 04/21/09 | Abrams v. Knauf Gips KG | CACE-09-022693 | 17th Jud Cir |
| 08/20/09 | Albano, et al. v. Centerlin Homes Construction, Inc., et al. | 09-46262 | 17th Jud Cir |
| 01/28/10 | Arroyo v. Standard Pacific Homes of S Fla | CACE-10-004473 | 17th Jud Cir |
| 03/11/10 | Bell v. Banner Supply Co | CACE-10-11668 | 17th Jud Cir |
| 06/02/10 | Bennett, John v. Kenneth Edelman, et al. | 10-023371 | 17th Jud Cir |
| 01/03/11 | Bullock v. Knauf Plasterboard (Tianjin) Co., LTD., et al. | CACE-11-000078 | 17th Jud Cir |
| 10/08/09 | Byrne v. Albanese-Popkin The Oaks Development Group, LP | CACE-09-055050 | 17th Jud Cir |
| 02/10/10 | Cano v. Standard Pacific Homes of S FL | CACE-10-006325 | 17th Jud Cir |
| 04/14/10 | Crawford v. Master Builders of S Fla | CACE-10-015295 | 17th Jud Cir |
| 01/11/11 | Curbelo and Williams v. Centerline Homes Construction, Inc., et al. | CACE-10-016551 | 17th Jud Cir |
| 09/01/10 | Dolinsky, Chanel and Victor Wainstein v. East Hallandale 25, LLC, et al. | CACE-10-035835 | 17th Jud Cir |
| 06/28/10 | Doria, Vincent & Mary B. Vincent v. Banner Supply | CACE-10-26888 | 17th Jud Cir |
| 08/27/09 | Falke v. Masters Builders Of South Fl Inc | CACE-09-047546 | 17th Jud Cir |
| 02/10/10 | Ferraz v. Standard Pacific Homes of S FL | CACE-10-011426 | 17th Jud Cir |
| 08/07/09 | Ford and Pensabene v. Wilson Heights Development Inc., et al. | CACE-09-043767 | 17th Jud Cir |
| 04/21/09 | Geensburg v. Knauf Gips KG | CACE-09-022676 | 17th Jud Cir |
| 06/08/10 | Gerhardt v. Master Builders of S. Fl Inc., et al | CACE-10-024106 | 17th Jud Cir |
| 10/06/09 | Gesualdo v. Master Builders Of South Fla Inc. | CACE-09-054664 | 17th Jud Cir |
| 07/31/09 | Glickman v. Master Builders Of South Fla | CACE-09-042551 | 17th Jud Cir |
| 04/21/09 | Goldstein v. Knauf Gips KG | CACE-09-022710 | 17th Jud Cir |
| 03/23/10 | Graham and Rainner v. Centerline Homes Construction Inc., et al. | CACE-10-016601 | 17th Jud Cir |
| 03/11/10 | Hamburg, Richard, et al. v. Sixty Fifth and One LLC, et al. | CACE-10-011665 | 17th Jud Cir |
| 07/23/10 | HWB Construction and Standard Pacific of South Florida et al. v. Knauf, et al | CACE-10-030149 | 17th Jud Cir |
| 03/08/10 | Jagdeosingh, Adrian and Kerry v. Knauf Plasterboard (Tianjin) Co., et al. | CACE-10-047278 | 17th Jud Cir |
| 05/26/09 | Johnson, Andre v. GL Homes Of Fla Corp. | CACE-09-029738 | 17th Jud Cir |
| 05/07/09 | Johnson, Paul and Caron v. Oakbrook Building and Design, et al. | CACE-09-026426 | 17th Jud Cir |
| 06/10/10 | Khandwalla v. Centerline Construction Inc., et al. | CACE-10-24508 | 17th Jud Cir |
| 04/21/09 | Kupfer v. Knauf Gips KG | CACE-09-022692 | 17th Jud Cir |
| 04/21/09 | Lloyd v. Knauf Gips KG | CACE-09-022721 | 17th Jud Cir |
| 05/26/09 | Macklai v. GL Homes Of Fla Corp. | CACE-09-029735 | 17th Jud Cir |
| 02/01/10 | Maresca v. Standard Pacific Homes of S Fla | CACE-10-004478 | 17th Jud Cir |
| 06/25/10 | McCauley, Jeannette & Edward B. McCauley v. Banner Supply | 10/26685 | 17th Jud Cir |
| 04/21/09 | Morris v. Knauf Plasterboard (Tianjin) Co. | CACE-09-022664 | 17th Jud Cir |
| 03/23/10 | Mulligan v. Centerline Homes Construction Inc., et al. | 10-016607 | 17th Jud Cir |
| 03/10/10 | Neves v. Standard Pacific Homes of S Fla | CACE-10-011421 | 17th Jud Cir |
| 04/21/09 | Nolan v. Knauf Gips KG | CACE-09-022702 | 17th Jud Cir |
| 03/09/10 | Orlando, Dario v. Caliber Constr Management Co | CACE-07-017199 | 17th Jud Cir |
| 07/09/10 | Orlando, Dario, et al. v. Banner Supply Co. | CACE-10-028090 | 17th Jud Cir |
| 01/07/11 | Orue and Henriquez v. Villas at Oak Hammock, LLC | CACE-11-00173 | 17th Jud Cir |
| 09/24/09 | Raio v. Master Builder's Of South Fl Inc | CACE-09-052483 | 17th Jud Cir |
| 02/01/10 | Rendon, Alejandro & Catalina Torres v. Banner Supply Co. | CACE-10-004476 | 17th Jud Cir |
| 03/10/10 | Rosas v. Standard Pacific Homes of S Fla | CACE-10-011430 | 17th Jud Cir |
| 03/02/11 | Russo v. Knauf Plasterboard (Tianjin) Co., LTD., Banner Supply Co., et al. | CACE-11-005012 | 17th Jud Cir |
| 07/30/09 | San Filippo v. Master Builders Of South Fla | CACE-09-042256 | 17th Jud Cir |
| 02/10/10 | Scher v. Standard Pacific Homes of S FL | CACE-10-006322 | 17th Jud Cir |
| 09/08/09 | Siegel v. Master Builders of S Fla | CACE-09-049418 | 17th Jud Cir |
| 02/10/10 | Singh v. Standard Pacific Homes of S FL | CACE-10-006320 | 17th Jud Cir |

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 06/03/10 | Soska, Frank v. Kenneth Edelman, et al | CACE-10-23570 | 17th Jud Cir |
| 02/10/10 | Souss v. Standard Pacific Homes of S FL | CACE-10-006318 | 17th Jud Cir |
| 01/11/11 | St. Cyr v. Centerline Homes Construction Inc., et al. | CACE-10-017029 | 17th Jud Cir |
| 10/15/10 | Synalovski, Manuel & Lisa v. Knauf (KPT), et al. | CACE-10-41716 | 17th Jud Cir |
| 03/23/10 | Taylor and Joseph v. Centerline Homes Construction Inc., et al. | CACE-10-017028 | 17th Jud Cir |
| 06/03/10 | Terril, John, et al v. Kenneth Edelman, et a l. | 10-023568 | 17th Jud Cir |
| 04/21/09 | Urena v. Knauf Gips KG | CACE-09-022682 | 17th Jud Cir |
| 02/10/10 | Vasquez v. Standard Pacific Homes of S FL | CACE-10-006324 | 17th Jud Cir |
| 10/04/10 | Villas at Oak Hammock v. Banner Supply Co. & ATCO | CACE-10-40212 | 17th Jud Cir |
| 02/01/10 | Wallace v. Standard Pacific Homes of S Fla | CACE-10-004474 | 17th Jud Cir |
| 10/19/10 | Westchester Surplus Lines Insurance Co. a/s/o Nunno Builders, Inc. v. Knauf Gips KG, et al. | CACE-10-046310 | 17th Jud Cir |
| 10/05/09 | Wites v. Albanese-Popkin The Oaks Development Group, LP | CACE-09-054421 | 17th Jud Cir |
| 10/16/10 | Arbelo, Luis & Fatima v. Midwest Construction and Development | 09-CA-10254 | 19th Jud Cir |
| 03/08/11 | Brown, Alganon & Regina v. Cloutier Bros., Cloutier Bros. v. Banner Supply Co. PSL, etc., Coutier Bros. v. Banner Supply Co., etc. | 562009CA007310 | 19th Jud Cir (St. Lucie Cty) |
| 09/14/10 | Brumbaugh, Russell & Carol v. Oyster Bay Homes, Inc., and Banner Supply Co. | 09-CA-005611 | 19th Jud Cir |
| 08/12/09 | Casey v. Centerline Homes, Inc. | 09-CA-006486 | 19th Jud Cir |
| 10/16/10 | Decambre and Bell v. Banner Supply Co. PSL and Banner Supply Co. | 562010CA005663 | 19th Jud Cir |
| 10/16/10 | Ervin v. Banner Supply Co. PSL and Banner Supply Co. | 562010CA005665 | 19th Jud Cir |
| 12/27/10 | Griffith, Richard & Olga v. Banner Supply Co. Pt. St. Lucie, etc | 562011CA000006 | 19th Jud Cir |
| 07/16/10 | Kosakowski, Lawrence C. & Diane Kowsakowski v. Banner PSL & Banner Supply Co. | 09-CA-005356 | 19th Jud Cir |
|  | Litus, Rodney & Suze v. Meiben Home Builders, LLC, et al | 56-2010-CA-002783 | 19th Jud Cir (St. Lucie Cty) |
| 02/11/11 | Madera, Eligio & Belkis v. Banner Supply Co. PSL & Banner Supply Co. | 562011CA000427 | 19th Jud Cir |
| 10/16/10 | McCallister, Sean & Juia v. Banner Supply Co. Port St. Lucie & Banner Supply Co. | 562010CA005664 | 19th Jud Cir (St. Lucie Cty) |
| 12/10/10 | Palombi, Mark & Allison v. Hanover Homes, Inc., et al | 56 2010 CA 004832 | 19th Jud Cir |
| 02/11/11 | Perez, Yssel and Esdras I. v. Banner Supply Port St. Lucie and Banner Supply Co. | 562011CA000392 | 19th Jud Cir |
| 02/16/11 | Persuad, Thakur v. Banner Supply Port St. Lucie and Banner Supply Co. | 562011CA000412 | 19th Jud Cir |
| 12/21/09 | Shakoor v. Lumar Builders Inc | 09-CA-010086 | 19th Jud Cir |
| 01/13/11 | Acosta, Jose L. & Sofia B. | 10-CA-001851 | 20th Jud Cir (Lee Cty) |
| 11/24/10 | Albert, James & Mariamma v. Florida Style Services, et al | 10-CA-002388 | 20th Jud Cir (Lee Cty) |
| 12/30/10 | Arias v. D.R. Horton, Inc. | 10-CA-001186 | 20th Jud Cir (Lee Cty) |
| 01/13/11 | Bailey, Georgia & William v. R.J.L. Drywall Inc., etc. | 10-CA-001852 | 20th Jud Cir (Lee Cty) |
| 11/24/10 | Banks, Jeremy & Carla, et al.  V. United Framers, et al | 10-CA-002399 | 20th Jud Cir (Lee Cty) |
|  | BBL-Florida v. Banner Supply Company Ft Myers, LLC & C.A. Steelman, Inc. | 10-CA-004745 | 20th Jud Cir (Lee Cty) |
| 11/16/09 | Borgardt, David, et al. v. Hansen Homes of S. Fl. Et al | 09-CA-005144 | 20th Jud Cir (Lee Cty) |
| 06/03/09 | Borkowski v. Beazer Homes Corp. | 09-CA-002472 | 20th Jud Cir (Lee Cty) |
| 06/03/09 | Brewer v. Beazer Homes Corp. | 09-CA-002471 | 20th Jud Cir (Lee Cty) |
| 01/27/10 | Canfield, Carrie & Rodriguez,  Nicole v. Lucky Strike M.K., Inc., et al. | 10-CA-000569 | 20th Jud Cir (Collier Cty) |
| 04/22/09 | Carr v. Knauf Gips KG | 09-CA-001745 | 20th Jud Cir (Lee Cty) |
| 01/31/11 | Cegielski v. James Drywall LLC | 11-CA-000371 | 20th Jud Cir (Lee Cty) |

STATE CLAIMS CHART

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 12/02/10 | Conroy, John & Sandra v. Aranda Homes, et al. | 09-CA-005760 | 20th Jud Cir (Lee Cty) |
| 12/01/10 | Cuddapah, Prabhakara & Ramathilakam v. Aranda Homes, et al | 10-CA-001191 | 20th Jud Cir (Lee Cty) |
| 10/15/09 | DR Horton, Inc v. B&B Stucco, Inc and Banner Supply Company Fort Myers, LLC | 09-CA-004722 | 20th Jud Cir (Lee Cty) |
| 01/13/11 | Efries, Nathan & Patricia v. James Drywall, etc. | 09-CA-005608 | 20th Jud Cir (Lee Cty) |
|  | Fischer, Dirk & Svetlana v. Arizen Homes, Inc., et al. | 10-CA-004607 | 20th Jud Cir (Lee Cty) |
| 04/22/09 | Fulks v. Paul Homes Inc. | 09-CA-001747 | 20th Jud Cir (Lee Cty) |
| 11/19/10 | Geraci, Vincent and Joan v. Aranda Homes, Inc. | 09-CA-003646 | 20th Jud Cir (Lee Cty) |
| 04/05/10 | Graham v. Lucky Strike MK Inc | 10-02373 | 20th Jud Cir (Collier Cty) |
| 12/27/10 | Guilhempe, Edmund v. Aranda Homes, et al. | 11-CA-000009 | 20th Jud Cir (Lee Cty) |
| 12/14/10 | Gulf Reflections Condo., etc., et al., v. JWR Construction Services, Inc., etc., et al. (CLASS ACTION) | 10-CA-000371 | 20th Jud Cir (Lee Cty) |
| 11/05/10 | Haskell Company (The) v. C.A. Steelman, Inc., et al. | 10-CA-004622 | 20th Jud Cir (Lee Cty) |
| 11/03/10 | Henry, Michael & Joanne v. Bella Builders, Inc., et al. | 10-CA-004601 | 20th Jud Cir (Lee Cty) |
| 11/03/10 | Ivory, James and Maria v. KB Home Fort Myers, LLC, etc., et al. | 09-3274-CA | 20th Jud Cir (Charlotte Cty) |
| 05/06/10 | Kelly v. Grosse Point Development Co., et al | 10-CA-001839 | 20th Jud Cir (Lee Cty) |
| 11/24/10 | Kranz, Helene & Christina; Reed & Victoria Reilly & Peter B. Robinson v. Delacruz Drywall, et al | 10-CA-004809 | 20th Jud Cir (Lee Cty) |
| 04/22/09 | Law v. Lennar Corp. | 09-CA-001746 | 20th Jud Cir (Lee Cty) |
| 09/28/10 | Magdalena Gardens Condominium Assc. Inc., Gaylord, et al. v. Brooks & Freund, et al. | 10-CA-004011 | 20th Jud Cir (Lee Cty) |
| 11/12/10 | Meritage Homes of FL vs. Banner Supply Company Fort Myers LLC | 10-CA-004695 | 20th Jud Cir (Lee Cty) |
| 04/22/09 | Nowicki v. Hansen Homes Of South Fla | 09-CA-001744 | 20th Jud Cir (Lee Cty) |
| 09/09/09 | Patton v. USG Corp. | 09-CA-004085 | 20th Jud Cir (Lee Cty) |
| 01/25/10 | Peace, John & Stephanie v. Advantage Builders of America, Inc. Advantage Builders v. Knauf, et al. | 10-CA000313 | 20th Jud Cir (Lee Cty) |
| 08/14/09 | Pisaris-Henderson v. Francis, Douglas B | 09-CA-001280 | 20th Jud Cir (Lee Cty) |
| 12/09/10 | Rottau, Erwin & Mary Jane Cloeren v. Aranda Homes, et al. | 09-CA-005757 | 20th Jud Cir (Lee Cty) |
| 12/02/10 | Rucki, Thomas & Mary Sue v. Aranda et al. | 10-CA-000060 | 20th Jud Cir (Lee Cty) |
| 12/06/10 | Saeks, Sieglinde v. Aranda Homes, et al | 10-CA-001189 | 20th Jud Cir (Lee Cty) |
| 12/07/10 | Shaw, John & Barbara v. Aranda Homes, et al | 09-CA-005759 | 20th Jud Cir (Lee Cty) |
| 10/16/10 | Silvestri, Richard & Lorraine v. United Home Builders, Inc. et al. | 10-CA-004443 | 20th Jud Cir (Lee Cty) |
| 12/14/10 | Smith, Michael & Tatiana v. K. Hovnanian First Homes LLC, etc. | 10-CA-000056 | 20th Jud Cir (Lee Cty) |

| DATE FILED | CASE STYLE | CASE NO | JURISDICTION |
|---|---|---|---|
| 04/06/10 | Surman v. Lucky Strike | 10-CA-02373 | 20th Jud Cir (Collier Cty) |
| 01/13/11 | Talerico, Joseph v. James Drywall LLC, etc | 10-CA-002391 | 20th Jud Cir (Lee Cty) |
| 10/27/10 | Thomas, Omar & Nordia Nelson v. JD Custom Homes, et al. | 09-CA-003950 | 20th Jud Cir (Lee Cty) |
| 11/01/10 | Torres & Rodriguez v. R. Fry Holdings, et al. | 10-CA-004348 | 20th Jud Cir (Lee Cty) |
| 12/27/10 | Tucker, Jarl & Janice v. Aranda Homes, etc. | 10-CA-001190 | 20th Jud Cir (Lee Cty) |
| 09/17/10 | Whidden v. Judson Construction Group, LLC and Banner Supply Company Fort Myers LLC | 09-CA-003961 | 20th Jud Cir (Lee Cty) |