UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### BANNER SUPPLY ENTITIES' MOTION TO LIFT STAY TO FILE BANNER SUPPLY COMPANY'S MOTION FOR PROTECTIVE ORDER CONCERNING MULTIPLE 30(B)(6) DEPOSITIONS

COMES NOW Banner Supply Company ("Banner"), named Defendant in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of filing Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions.

WHEREFORE, Banner prays that this Honorable Court grant its Motion and allow the stay to be lifted for the limited purpose of filing Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions.

Respectfully submitted, this 8th day of April, 2011.

>**WEINBERG, WHEELER, HUDGINS,**
>**GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
>**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
>Georgia Bar Number: 560679
>3344 Peachtree Road, Suite 2400
>Atlanta, GA  30326
>Telephone (404)876-2700
>npanayo@wwhgd.com
>*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing **Banner Supply Entities' Motion To Lift Stay To File Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 8th day of April, 2011.

>**WEINBERG, WHEELER, HUDGINS,**
>**GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
>**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**