## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES**<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Having considered Banner Supply Company's Motion to Lift the Stay to file Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of filing Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions.

New Orleans, Louisiana, this ___ day of April, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge