UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## BANNER SUPPLY COMPANY'S MOTION FOR PROTECTIVE ORDER CONCERNING MULTIPLE 30(B)(6) DEPOSITIONS

Defendant Banner Supply Company ("Banner"), by and through their undersigned counsel, hereby file this files this Motion for Protective Order pursuant to Federal Rule of Civil Procedure 26(c) to prevent multiple 30(b)(6) depositions from proceeding and moves this Honorable Court to GRANT Banner's motion. In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

Respectfully submitted, this 8th day of April, 2011.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA 30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> *Counsel for Banner Supply Company*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 8th day of April, 2011.

                              WEINBERG, WHEELER, HUDGINS,
                              GUNN & DIAL, LLC

                              /s/ *Nicholas P. Panayotopoulos*
                              **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**