UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES**<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Considering Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions;

**IT IS SO ORDERED BY THE COURT** that Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions is GRANTED.

New Orleans, Louisiana, this ___ day of April, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge