# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br>SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Silva, et al v. Interior Exterior Building Supply*<br>EDLA 09-08030 | * * * | MAG. JUDGE WILKINSON |
| *Silva, et al v. Arch Insurance Co., et al*<br>EDLA 09-08034 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## INTERIOR EXTERIOR'S FACT WITNESS LIST REGRDING THE CLASS CERTIFICATION HEARING

Defendant, Interior Exterior Building Supply, LP, hereby discloses the following potential fact witnesses that may be called at the class certification hearing to provide testimony live or by designation of prior deposition or trial testimony:

| No. | Name | Affiliation | Topic(s) |
|---|---|---|---|
| 1 | Edward Beckendorf | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 2. | Susan Beckendorf | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 3 | Dean Amato | Putative class representative | Experience with Chinese drywall, class representation, and damages |

| | | | |
|---|---|---|---|
| 4. | Dawn Amato | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 5. | Byron Byrne | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 6. | Debra Byrne | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 7. | Donald Puig | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 8. | Marcelyn Puig | Putative class representative | Experience with Chinese drywall, class representation, and damages |
| 9. | Daniel Gammage | Putative class member | Experience with Chinese drywall, class representation, and damages |
| 10. | Jamie Evans | Putative class member | Experience with Chinese drywall, class status, and damages |
| 11. | Linda Hargrove | Putative class member | Experience with Chinese drywall, class status, and damages |
| 12. | Sidney Cotlar | Putative class member | Experience with Chinese drywall, class status, and damages |
| 13. | Gus Pelias, Jr. | Representative of Putative class member | Experience with Chinese drywall, class status, and damages |
| 14. | James Geary | Interior Exterior | Sourcing, sale, distribution, and installation of drywall |
| 15. | Clay Geary | Interior Exterior | Sourcing, sale, distribution, and installation of drywall |
| 16 | Brandon Smith | Interior Exterior | Distribution and sale of Chinese Drywall |
| 17. | Gary Meade | Interior Exterior | Distribution and sale of Chinese Drywall |

| | | | |
|---|---|---|---|
| 18. | Isabelle Knauf | Knauf Entities | Manufacture, sale and distribution of drywall and product defect |
| 19. | Mark Norris | Knauf Entities | Manufacture, sale and distribution of drywall and product defect |
| 20. | Hans-Ulrich Hummel | Knauf Entities | Manufacture, sale and distribution of drywall and product defect |
| 21. | Jeff Briskey | Knauf Entities | Knowledge of Knauf sale of drywall |
| 22 | Representative of Knauf Entities, including Knauf Plasterboard Tianjin Co,. Ltd. | | Manufacture, sale and distribution of drywall and product defect |
| 23. | Representative of Tiashan Entities, including Tiashan Plasterboard Co. | | Manufacture, sale and distribution of drywall and product defect |
| 24. | Representative of Driskall Environmental Consultant, LLC | | Inspection of homes allegedly containing Chinese drywall |
| 25. | Representative of Simpson Grumpertz & Heger | | Inspection of homes allegedly containing Chinese drywall |
| 26 | Representative of First General Services of Southwest, Louisiana | | Inspection of homes allegedly containing Chinese drywall |
| 27. | Representative of Lagrange Consulting | | Inspection of homes allegedly containing Chinese drywall |
| 28. | Representative of Berman & Wright Architecture, Engineering & Planning,LLC | | Inspection of homes allegedly containing Chinese drywall |
| 29. | Todd Nowicki | Southern Homes | Inspection of Puig home |
| 30. | Representative of Southern Homes | | Construction of Puig home |
| 31. | Representative of Graf's Drywall | | Installation of drywall in Puig home |
| 32. | Representative of Tallow Creek, LLC | | Construction of Puig home |
| 33. | Representative of Project Time & Cost Forensic Consulting Services, P.A. | | Inspection of Puig home |

| | | | |
|---|---|---|---|
| 34 | Representative of David S. Olivier & Associates, LLC | | Appraisal of Puig home |
| 35. | Representative of Savoie & Savoie III, Ltd. | | Construction of Byrne home |
| 36 | Representative of Seals Drywall Co. | | Installation of drywall in Byrne home |
| 37. | Representative of Scoggins Appraisal & Consulting, LLC | | Appraisal of Byrne home |
| 38. | Clearance May | Mayco Construction, LLC | Construction of Beckendorf home |
| 39. | Representative of Metro Appraisal Services, LLC | | Appraisal of Beckendorf home |
| 40. | Vic Gustafson | A Pro Home Inspection | Inspection of Beckendorf home |
| 41 | Leslie Levens, Jr. | Appraiser | Appraisal of Beckendorf home |
| 42. | Charles Beuter | Appraiser | Appraisal of Beckendorf home |
| 43. | Mickey Mitchell | ASAP Home Inspection | Inspection of Amato home |
| 44. | Margaret L. Musso, SRA, LLC | | Appraisal of Amato home |
| 45. | Representative of Holmes Building Material | | Sale of drywall for Amato home |
| 46. | Representative of DPW Inspection Division | | Inspection of Amato home |
| 47. | Jamie Christovich | Landis Construction | Remediation of Clement home containing Chinese drywall |
| 48. | Mary Celeste | | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |
| 49. | Paul Clement | | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |
| 50. | John Campbell | | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |

| 51. | Steven Teal | Putative class member | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |
| 52. | Gerard Landry | Putative class member | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |
| 53. | John Hernandez | Putative class member | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages |
| 54 | Patrick Sean Payton | Putative class member | Experience with Chinese drywall, remediation of home containing Chinese drywall, and damages, and class representation |

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.* _____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com / jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 8th day of April, 2011.

                                       */s/ Richard G. Duplantier, Jr.* _____
                                       RICHARD G. DUPLANTIER, JR.

.