UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:    JUDGE FALLON
MAG. JUDGE WILKINSON

*Vickers, et al. v. Knauf Gips KG, et al.*
EDLA 09-04117

_____/

## LENNAR CORPORATION, LENNAR HOMES, LLC, AND U.S. HOME CORPORATION'S FACT WITNESS LIST

Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively, "Lennar"), through undersigned counsel and pursuant to this Court's Second Amended Order (Scheduling Order re: Hearings for Class Certification), dated March 29, 2011 [D.E. 8435], hereby disclose the following potential fact witnesses Lennar may call to testify (by live testimony, deposition or prior trial testimony) at the class certification hearing:

1. Chris Marlin*
   Lennar
   c/o Hilarie Bass, Esq.
   Greenberg Traurig, P.A.
   333 Avenue of the Americas
   Miami, FL  33131.

   Topic: Experience with Chinese Drywall, repairs, repair costs and other damages.

2. Mike Southward
   Lennar
   c/o Hilarie Bass, Esq.
   Greenberg Traurig, P.A.
   333 Avenue of the Americas
   Miami, FL 33131.

   Topic: Experience with Chinese Drywall, repairs, repair costs and other damages.

*Most likely to call

3. Darin McMurray
   Lennar
   c/o Hilarie Bass, Esq.
   Greenberg Traurig, P.A.
   333 Avenue of the Americas
   Miami, FL 33131.

   Topic: Experience with Chinese Drywall, repairs, repair costs and other damages.

4. Phil Serrate
   Lennar
   c/o Hilarie Bass, Esq.
   Greenberg Traurig, P.A.
   333 Avenue of the Americas
   Miami, FL 33131.

   Topic: Experience with Chinese Drywall, repairs, repair costs and other damages.

5. Any other witnesses listed by other parties in their fact witness lists.

Dated: April 8, 2011

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar*
333 Avenue of the Americas (S.E. 2nd Ave.)
Suite 4400
Miami, Florida 33131-3238
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com

By: /s/ Hilarie Bass
HILARIE BASS
Florida Bar No. 334323
MARK A. SALKY
Florida Bar No. 058221
ADAM M. FOSLID
Florida Bar No. 682284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8th, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

Mark A. Salky