IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

**ALL ACTIONS**

## KNAUF DEFENDANTS' WITNESS LIST

**NOW COME** the Knauf Defendants, through undersigned counsel, who file their list of witnesses who may be called to testify at the class certification hearing of this matter, in accordance with the Court's March 30, 2011 Second Amended Order (Doc. 8435), as follows:

1. Dr. Matthew Perricone, Ph. D.
2. Dr. Robert Sproles, Ph. D.
3. Dr. Jerry L. Householder, Ph. D.
4. Bruce Fuselier
5. Mark Hartenstein

342937v1

1

6. Richard J. Roddewig, MAI, CRE

7. Ray Phillips

8. Merle S. Pelias

9. Jamie L. Evans

10. Dr. Daniel Gammage

11. Linda B. Hargrove

12. Sydney Cotlar

13. Diane Cotlar

14. Kelly Teal

15. Steve Teal

16. Susan Bidigare

17. Thai Nguyen

18. Lieu Nguyen

19. Representative of the Magdalena Gardens Condo Association

20. Robert Block

21. Robert Dean

22. Lois Dean

23. Tarek Loufty

24. Andrew Loufty

25. Jack Rizzo

26. Luz Rizzo

27. Joel Ronkin

28. Sharri Ronkin

29. Gary Carroll

30. April Carroll

31. Mary Celeste Schexnaydre Clement

32. Paul Edward Clement

33. Jon F. Campbell

34. Jamie Christovich

35. Representative of Landis Construction

36. Brent Driskall

37. Representative of Environ International Company

38. Any witness identified in a witness list submitted by any other party

39. Further expert witnesses in connection with the plaintiffs' claims

40. Any other persons identified throughout continuing discovery

The Knauf Defendants reserves the right to supplement and amend this list as discovery continues.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT LLC**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for Defendants Knauf Defendants

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing Witness List has been served upon Plaintiffs' Liaison Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, 8th day of April 2011.

/s/ Kyle A. Spaulding_____