UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>DOCKET NUMBER: 2:10-CV-00361<br>*Kenneth Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.–Omni II* | |

_____

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, City Salvage, Inc., who moves this Honorable Court to issue an Order dismissing the claims of the plaintiffs, *Kenneth and Barbara Wiltz, Omnibus Class Action Complaint (II)*, (Rec. Doc. 1), and any claims brought against City Salvage by plaintiffs-in-intervention, under Fed. R. Civ. Pro. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, City Salvage, Inc. is not subject to, nor have they submitted to, the jurisdiction of the Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceeds against City Salvage, Inc.

WHEREFORE, defendant, City Salvage, Inc., prays that their Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted, and that this Honorable Court dismiss the claims made in *Kenneth and Barbara Wiltz, Plaintiffs' Omnibus Class Action Complaint (II)* (Rec. Doc. 1), along with any claims by plaintiffs-in-intervention, as this Court does not have personal jurisdiction over City Salvage, Inc., and the Eastern District of Louisiana is an improper venue for any claims against City Salvage, Inc.

Respectfully submitted,

**BRINEY FORET CORRY**


BY:   /s/ Charles J. Foret
      CHARLES J. FORET-Bar Roll No. 05700
      JASON R. GARROT-Bar Roll No. 29202
      413 Travis Street, Suite 200
      Post Office Drawer 51367
      Lafayette, Louisiana 70505-1367
      Telephone:  (337) 237-4070
      Facsimile:  (337) 233-8719
      Email: foret@brineyforet.com
      Email: garrot@brineyforet.com
      ***ATTORNEYS FOR DEFENDANT,***
      ***CITY SALVAGE, INC.***

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on plaintiffs' Liaison Counsel, Russ Herman, and and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of April 2011.

                                                              /s/ Charles J. Foret