UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

SECTION: L

JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DOCKET NUMBER: 2:10-CV-00361
*Kenneth Wiltz, et al. v. Beijing New
Building Materials Public Limited
Co., et al.–Omni II*

STATE OF MISSISSIPPI

COUNTY OF JONES

### AFFIDAVIT

Before me, Notary Public, personally came and appeared:

LARRY LOFTIN

a person of the full age of majority, resident and domiciliary of Jones County, Mississippi, who, after being duly sworn, did appear and state:

1) I have personal knowledge of all of the facts set out in this affidavit.

2) I am employed as the President and Owner of City Salvage, Inc. In this capacity I am familiar with the business, including the day to day operations of City Salvage, Inc.

3) City Salvage, Inc. is a Mississippi corporation formed under the laws of the State of Mississippi. Its principle place of business is located at 804 Limbert Street, Laurel, Mississippi 39440.

4) City Salvage, Inc. does not own or maintain an office, store, shop, warehouse, or facility in the State of Louisiana. City Salvage, Inc. does not have any employees who perform work in the State of Louisiana. City Salvage, Inc. does not have a bank account located in any bank in the State of Louisiana.

5) City Salvage, Inc. does not own any property in the State of Louisiana nor is it registered to do or doing business in the State of Louisiana. City Salvage, Inc. has not derived any revenue from the State of Louisiana from any person or business entity.

6) City Salvage, Inc. does not have a business presence in the State of Louisiana.

7) I am not personally, nor in my capacity as president of the Corporation, aware of any City Salvage, Inc. product being distributed to Louisiana, making its way to Louisiana in any fashion, or being installed in any home, building, or other structure in the State of Louisiana.



DEFENDANT'S EXHIBIT A

8) City Salvage, Inc. does not and has never solicited business from any contacts in Louisiana.

9) City Salvage, Inc. has never advertised in any publications or media either targeted in the State of Louisiana, or in any way intended to draw any business from the State of Louisiana.

_____
LARRY LOFTIN
President - City Salvage, Inc.

SWORN TO AND SUBSCRIBED before me, Notary Public, this 23rd day of March, 2011.

_____
NOTARY PUBLIC
PRINT NAME: Sarah A. Walters
NOTARY NO. 93411

[Notary Seal: STATE OF MISSISSIPPI, SARAH A. WALTERS, ID No 93411, Comm Expires June 23, 2013, NOTARY PUBLIC, JONES COUNTY]