UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>DOCKET NUMBER: 2:10-CV-00361<br>*Kenneth Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.–Omni II* | |

_____

### NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Defendant, City Salvage, Inc., has filed the attached Motion to Dismiss.  **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for on April 27, 2011 at 9:00 a.m. before Honorable Eldon E. Fallon.

        Respectfully submitted,

        **BRINEY FORET CORRY**

BY:   /s/ Charles J. Foret
       CHARLES J. FORET-Bar Roll No. 05700
       JASON R. GARROT-Bar Roll No. 29202
       413 Travis Street, Suite 200
       Post Office Drawer 51367
       Lafayette, Louisiana 70505-1367
       Telephone:  (337) 237-4070
       Facsimile:  (337) 233-8719
       Email: foret@brineyforet.com
       Email: garrot@brineyforet.com
       ***ATTORNEYS FOR DEFENDANT, CITY SALVAGE, INC.***

## *CERTIFICATE OF SERVICE*

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of April 2011.

                                          /s/ Charles J. Foret