IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Silva. v. Arch Insurance. Co.*<br>Case No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

**THE NORTH RIVER INSURANCE COMPANY'S
PRELIMINARY FACT WITNESS LIST
REGARDING THE CLASS CERTIFICATION HEARING**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  The North River Insurance Company ("North River") appears herein to disclose its preliminary fact witness list regarding class certification The North River Insurance Company adopts "Interior Exterior's Amended Fact Witness List Regarding The Class Certification Hearing" [Doc. #8516] *in toto* as its own and pleads the Amended Witness List of Interior Exterior Building Supply, L.P. as if copied herein *in extenso*.

PAGE 1

Respectfully submitted,

By: ____/s Eric B. Berger_____
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
THOMPSON COE COUSINS & IRONS LLP
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

Sidney J. Angelle, Esq., La. Bar No. 1002
Eric B. Berger, Esq. La. Bar No. 26196
LOBMAN CARNAHAN BATT ANGELLE
   & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on April 11, 2011.

____/s Eric B. Berger_____
ERIC B. BERGER