UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:   JUDGE FALLON
*Vickers, et al. v. Knauf Gips, KG, et al*
EDLA 09-04117   MAG. JUDGE WILKINSON

_____/

## RESPONSE AND MEMORANDUM IN OPPOSITION TO BANNER SUPPLY CO.'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF BANNER SUPPLY CORPORATE REPRESENTATIVE

COMES NOW, Taylor Morrison Services, Inc., and Taylor Woodrow at Vasari, LLC., (collectively "Taylor Entities") and files this, it's Response and Memorandum in Opposition to the Motion for Protective Order filed by Banner Supply on April 8, 2011. In support thereof the Taylor Entities would allege as follows;

1. The MDL Court has recently allowed the Taylor Entities to intervene as class representative for the homebuilders in the Vickers' class action case now pending against Banner. The Taylor Entities are not parties to the pending actions in Miami-Dade County.

2. The Taylor Entities have not previously participated in any of the Banner depositions. Thus far Donald "Mickey" Coblentz (Banner Pompano Operating Manager); Scott Giering (controller) and Jack Landers (co-owner) have been deposed[1]. The Coblentz deposition was taken by Victor Diaz, solely in one Miami-Dade County proceeding. Mr. Diaz announced at the beginning of the deposition that he would object if any non-parties to the pending Miami-Dade County, Florida action participated and stated that they can "…protect their rights to take their own deposition in the future if they would like to…". *Id.* p. 6 During the deposition Mr.

---

[1] And former Banner employee Gus Coffinas.

Coblentz identified another Banner employee (John Graeser) who ran the Ft. Myers division. He has not been deposed.

3.	Attached hereto as Exhibit "A" is the Taylor Morrison Entities' Cross-Notice of Taking Deposition of Banner. The Notice identifies subcontractors who are customers of Banner. These subcontractors apparently dealt primarily with the Ft. Myers division of Banner. None of the prior depositions extensively addressed the Ft. Myers division or sales to these customers.

4.	The Taylor Entities did not even receive copies of documents from Banner until late in 2010 which identified when and where Banner Supply furnished drywall to subcontractors of the Taylor Entities.

5.	The deposition topics identified by the Taylor Entities relate to sales on the west coast of Florida and are not the same as those identified by other parties in these proceedings. These topics were not previously covered, at least not specifically, in the prior depositions of Banner.

6.	In addition to these areas of inquiry, the Taylor Entities wish to inquire into another area which they will identify to the Court privately if the Court so desires, as the Taylor Entities do not wish to "show their cards" to this area of inquiry. This area of inquiry was not addressed in prior depositions.

7.	Counsel for the Taylor Entities has read the prior depositions and does not intend to re-plow the ground that was previously covered. Further, the Taylor Entities have no intent to ask questions about the Bermuda Village Complex.

8.	As a party allowed to intervene in the pending MDL action, the Taylor Entities have the right to participate in the prior Banner depositions. It would duplicate efforts to repeat

this deposition at a later date. Neither the Taylor Entities nor the Homebuilders' Steering Committee has previously participated in the Banner depositions.

WHEREFORE, the Taylor Entities respectfully request that this Court deny Banner's Motion for Protective Order and let the Taylor Entities participate in the Banner depositions.

Dated: April 11, 2011

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
Stephen E. Walker
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Taylor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Neal A. Sivyer
Neal A. Sivyer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *ALL CASES* | |
| _____/ | |

## CROSS-NOTICE OF THE NOTICE OF TAKING DEPOSITION DUCES TECUM OF BANNER SUPPLY CO.

PLEASE TAKE NOTICE that TAYLOR MORRISON SERVICES, INC. f/k/a MORRISON HOMES, INC. ("Taylor Morrison") and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. ("Taylor Woodrow") (collectively, "Taylor"), cross-notice the deposition of the corporate representative of Defendant Banner Supply Co. with the most knowledge of the drywall supplied to the subcontractors identified in (Exhibit "B" attached hereto), including the dates and amount of dry supplied, the manufacturer of any drywall supplied, the chain of distribution, to be held on April 13, 2011 beginning at 10:00 o'clock a.m. (ET), at the office of George Hartz & Lundeen, 4800 LeJeune Road., Coral Gables, Florida, before a court reporter and videographer, or any other Notary Public or officer duly authorized by law to take depositions in the State of Florida.

The oral examination is to continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under Federal Rules of Civil Procedure.

This cross-notice is based on the Notice of Taking Deposition Duces Tecum (Exhibit "A" attached hereto) *In re: Chinese-Manufactured Drywall Products Litigation*, In the Circuit Court

1


EXHIBIT A

of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Chinese Drywall Division Case No.: 09-200,000 (42).

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
Stephen E. Walker
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Taylor*

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 7, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer

2

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION
CASE NO.: 09-200000 CA (42)

THIS DOCUMENT RELATES TO:
CASE NO.: 09-56362 CA 42

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LITIGATION

_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

TO: ALL COUNSEL ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the undersigned will take the deposition(s) of the below-named person(s) on the date(s) and hour(s) indicated opposite his/her name:

| DEPONENT: | Corporate Representative of Defendant Banner Supply Co. with the most knowledge of the drywall supplied to the Bermuda Village Complex, Lorretto Avenue, Coral Gables, Florida 33146, including the dates and amount of drywall supplied, the manufacturer of any drywall supplied, the chain of distribution, the allegations of the Complaint, and the allegations contained in Banner's proposed Third Party Complaint |
|---|---|
| TIME: | 10:00 A.M. |
| DAY/DATE: | APRIL 13, 2011 |
| LOCATION: | GEORGE HARTZ & LUNDEEN<br>4800 LEJEUNE ROAD<br>CORAL GABLES, FLORIDA |

upon oral examination(s) before U.S. LEGAL SUPPORT, Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take

CASE NO.: 09-56362 CA 42

depositions. The deposition(s) will continue from day to day until completed. The deposition(s) is-are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

### YOU ARE TO BRING WITH YOU ALL DOCUMENTS LISTED ON ATTACHED SCHEDULE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiff's Liaison Counsel, Ervin A. Gonzalez, Colson Hicks Eidson, and Defendants' Liaison Counsel, Bob Fitzsimmons, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order November 6, 2009, which will send a notice of electronic filing with the procedures established in MDL 2047, and that the foregoing was filed with the Miami Dade Clerk of Court by paper on this 24 day of March, 2011.

GEORGE, HARTZ & LUNDEEN
Attorneys for the Plaintiffs

By _/s/ Jessica Lagos_____
CHARLES MICHAEL HARTZ
Florida Bar Number 162521
JESSICA GABRIELLE LAGOS
Florida Bar Number 60001
4800 LeJeune Road
Coral Gables, Florida 33146
Telephone (305) 662-4800

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Attorney ADA Coordinator at (305) 662-4800 no later than seven (7) days prior to the proceeding.
CC: Klein, Bury & Associates via fax.

CASE NO.: 09-56362 CA 42

## SCHEDULE ATTACHED TO NOTICE OF TAKING DEPOSITION DUCES TECUM ADDRESSED TO: CORPORATE REPRESENTATIVE OF BANNER SUPPLY

1. All documents evidencing the amount of Chinese Drywall purchased, stored, used, sold and/or distributed by Defendant from the years of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

2. Documents sufficient to identify batch and/or lot numbers for the Chinese drywall identified pursuant to paragraph 12.

3. All documents identifying the entity or entities from whom Defendant ordered, purchased, imported, and/or received Chinese drywall from the years of of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

4. All documents, including invoices, bills of lading and receipts which relate to purchases and/or receipts of Chinese drywall from the years of 2005 and 2006, including but not limited to the Chinese drywall supplied to Mavied Corporation.

5. All communications from 2004 through 2007 between Defendant and any manufacturer, exporter, importer, broker, distributor or retailer of Chinese drywall concerning Defendant's orders, purchases, receipts, storage, use, sale, and/or distribution of Chinese drywall, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

6. All communications in the year of 2006 between Defendant and Mavied Corporation concerning orders, purchases, receipts, storage, use, sales, and/or distribution of drywall shipped to Ponce Riviera Bermuda Village.

*CASE NO.: 09-56362 CA 42*

7. All documents relating to any inventory control systems or procedures utilized by Defendant to track its purchases, receipts, storage, sale, distribution or transfer of Chinese drywall, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

8. All documents and communications relating to the storage and/or warehousing of Chinese Drywall from the years of 2005 and 2006, including but not limited to the Chinese drywall sold to Mavied Corporation and shipped to Ponce Riviera Bermuda Village.

9. All documents reviewed in preparation for the deposition.

GEORGE, HARTZ & LUNDEEN
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146-1819  •  TELEPHONE (305) 662-4800

# EXHIBIT "B"

Cothern Construction Co.
4376 Harbor Blvd.
Port Charlotte, FL 33952

Dollaway Drywall, Inc.
17423 Boyette Rd.
Lithia, FL 33547

Florida Style Services, Inc.
R/A - Robert V. Fitzsimmons, Esq.
c/o Rumberger Kirk & Caldwell, .PA.
80 SW 3th Street, Suite 3000
Miami, FL 33130

NuWay Drywall LLC
384 Snapdragon Loop
Bradenton, FL 34212

Residential Drywall
R/A – Andrea M. Fair
Fair Law Group
16009 North Lake Village Dr.
Odessa, FL 33556

Shirley Construction & Drywall, Inc.
18440 Paulson Dr.,
Unit F
Port Charlotte, FL 33954