UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| **Stephen and Isis Silva, et al** | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

**************************************

## LANDMARK AMERICAN INSURANCE COMPANY'S PRELIMINARY WITNESS LIST FOR THE CLASS CERTIFICATION HEARING

**NOW INTO COURT,** through undersigned counsel, come defendant, Landmark American Insurance Company (hereinafter, "Landmark") who adopts Interior Exterior's Amended Fact Witness List Regarding the Class Certification Hearing (E.C.F. R. Doc. 8516) *in toto,* and pleads the same as if copied herein *in extenso*.

                                                  **Respectfully submitted:**

                                            /s/*Melissa M. Swabacker*
                                          JUDY L. BURNTHORN (17496)
                                          JAMES W. HAILEY, III (23111)
                                          MELISSA M. SWABACKER (32710)
                                          **DEUTSCH, KERRIGAN & STILES LLP**
                                          755 Magazine Street
                                          New Orleans LA 70130
                                          Phone: (504) 581-5141
                                          Fax: (504) 566-4022
                                          jburnthorn@dkslaw.com
                                          mswabacker@dkslaw.com
                                          *Counsel for Landmark American Insurance Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Preliminary Witness List has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of April, 2011.

                                                      */s/Melissa M. Swabacker*
                                                      MELISSA M. SWABACKER