## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO *Kenneth Abel, et al. v. Taishan, et al* CASE NO:  2:11-CV-080 | * * * | JUDGE FALLON |
| | * * | MAG. WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF APPEARANCE

Kevin R. Tully, H. Carter Marshall and Christy L. McMannen of Christovich & Kearney, LLP hereby file this Notice of Appearance as counsel of record for Vetter Lumber Company, Inc., and request copies of all pleadings served in this case be served upon the undersigned counsel at the following office and telephone number.

/s/ *Kevin R. Tully*
**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTY L. MCMANNEN – BAR #31258**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
krtully@Christovich.com
hcmarshall@Christovich.com
clmcmannen@christovich.com
Attorneys for Vetter Lumber Company, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the EM/ECF System of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                    /s/ *Kevin R. Tully*
                                    **Kevin R. Tully**
                                    **H. Carter Marshall**
                                    **Christy L. McMannen**