# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                   SECTION l
PAYTON, et al
vs.                                                                             JUDGE FALLON
KNAUF GIPS, KG, et al
Case No. 09-7628                                              MAGISTRATE JUDGE WILKINSON

_____/

## ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll/Substitute Counsel for Jonathan Satter.

**IT IS HEREBY ORDERED** that Leopold Kuvin, P.A. is removed as counsel of record; and

**IT IS FURTHER ORDERED** that Allison Grant, Esq. of Allison Grant, P.A. is substituted as counsel of record for Jonathan Satter in the above-captioned proceeding.

New Orleans, Louisiana, this the 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE