IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH ABEL, et al., | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 11-080 Section L |
| TAISHAN GYPSUM CO., LTD, f/k/a SHANDONG TAIHE DONGXIN CO., LTD, et al. | * * | |
| Defendants. | * | |

## DEFENDANT CALIBER HOMES, LLC'S ANSWER TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT (VII)

COMES NOW the Defendant, CALIBER HOMES, LLC, (hereinafter referred to as "Defendant"), and files this his Answer to the Plaintiffs' Omnibus Class Action Complaint as follows:

1-671.   This information is unknown to Defendant and therefore denied.

672.   Admits that Defendant is an entity with its principal place of business in Bay Minette, Alabama and is organized under the laws of the State of Alabama. Denies the remaining allegations.

673-881.   This information is unknown to Defendant and therefore denied.

882-886.   This information is unknown to Defendant and therefore denied.

887-893.   Denied.

894-897.   This information is unknown to Defendant and therefore denied.

898.   No allegation as to Defendant and therefore denied.

899-907.   This information is unknown to Defendant and therefore denied.

908-910.     Denied.

## COUNTS I - VII

911-974.     Denied.

## COUNT VIII

975-981.     No allegation as to Defendant and therefore denied.

## COUNT IX

982-991.     Denied.

## COUNT X

992-1005.    No allegation as to Defendant and therefore denied.

## COUNTS XI-XIV

1006-1034.   Denied.

## AFFIRMATIVE DEFENSES

1. Defendant Caliber Homes, LLC denies any paragraph or part thereof not specifically denied above.

2. The Complaint, and each cause of action alleged therein, fails to state a claim against Caliber Homes, LLC upon which relief may be granted.

3. The Plaintiffs' claims are barred by the applicable statute of limitations.

4. The Plaintiffs' claims are barred by contributory negligence.

5. Defendant Caliber Homes, LLC's actions were not the actual or proximate cause of the claimed damages; therefore the Plaintiffs should not recover from Caliber Homes, LLC.

6. The Plaintiffs' damages are less than claimed.

7. Defendant Caliber Homes, LLC asserts the equitable defenses of waiver, laches, and unclean hands; therefore Plaintiffs should not recover.

8.  All alleged damages, if any, were caused in whole or in part by the actions of others over whom Defendant Caliber Homes, LLC had no control, and no right in control; therefore Plaintiffs should not recover from Caliber Homes, LLC.

9.  Plaintiffs have failed to mitigate their damages, if any.

## CROSS-CLAIM

Defendant Caliber Homes, LLC makes the following Cross-Claim against Defendants, Ace Home Center, Inc. and Robertsdale Ace Home Center (hereinafter collectively "Ace"):

1.  In 2005, Defendant Caliber constructed a home of a Plaintiff herein.

2.  All drywall materials were purchased in good faith from Defendants Ace.

3.  Defendant Ace provided defective and/or problematic drywall materials.

4.  Defendant Caliber seeks indemnification of any and all liability from those allegations resulting from those defective and/or problematic drywall materials.

WHEREFORE, the premises considered, Defendant Caliber Homes, LLC claims indemnity for all drywall materials purchased from Defendants Ace, from and against any claims or damages suffered as a result of the claims made by Plaintiffs in this action, and demands judgment against Defendants Ace in an amount equal to any amount which may be ultimately determined to be due the Plaintiffs in this action, plus attorneys' fees incurred in the defense of this action and the prosecution of this Cross-Claim and costs.

Respectfully submitted,

CALIBER HOMES, LLC

_____
Andrew Johnson, as  DQR        ,
PRO SE
42100 Duck Lane
Bay Minette, Alabama  36507

## CERTIFICATE OF SERVICE

I do hereby certify that on April 6, 2011, I served a copy of the foregoing on the following by placing a copy of the same in the United States mail, postage prepaid and affixed as follows:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113

CALIBER HOMES, LLC

_____
Andrew Johnson, as  DQR        ,