UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR 12 AM 8: 10

LORETTA G. WHYTE
CLERK

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. WILKINSON

This Document Relates to *Abel v. Taishan Gypsum Co., Ltd.*, No. 11-80

## ORDER

The Court received the attached correspondence, including an answer and cross-claim, from Mr. Andrew Johnson of Caliber Homes, LLC, a homebuilder defendant in the above captioned matter. IT IS ORDERED that this correspondence and the attached documents are entered into the record. IT IS FURTHER ORDERED that Phillip Wittmann, the Homebuilders and Installers Liaison Counsel, is to review the correspondence and contact Mr. Johnson regarding the MDL litigation, particularly that pro se representation of corporate entities is not permitted under applicable law.

New Orleans, Louisiana, this 11th day of April 2011.

U.S. District Judge

Clerk to Serve:
Andrew Johnson
Caliber Homes, LLC
42100 Duke Lane
Bay Minette, Alabama 36507

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____

Andrew Johnson
Caliber Homes, LLC
42100 Duke Lane
Bay Minette, Alabama 36507

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2011 APR -8 PM 3:05

LORETTA G. WHYTE
CLERK

April 6, 2011

Ms. Loretta G. Whyte, Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130-3373

    Re:    *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*
           Civil Action No. 11-080 Section L

Dear Ms. Whyte:

    Please find enclosed the original and two copies of Defendant Caliber Homes, LLC's Answer and Cross-Claim for filing in the above matter. I ask that you please return a file stamped copy in the enclosed self-addressed stamped envelope.

                           With best regards,

                           CALIBER HOMES, LLC

                           */s/ Andrew Johnson*
                           ANDREW JOHNSON

Enclosures