UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2:09-MD-02047 |
| This document relates to: | SECTION "L" |
| *David Gross, et al vs. Knauf Gips KG, et al* Case No.09-6690 | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

*************************************************************************

### PHYLLIS CATTANO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE. OF DEFENDANT, TIMBERLINE HOMES INC. ONLY.

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(I). and Exhibit "A" (Correspondence dated March 23, 2011) Plaintiff, Phyllis Cattano, hereby dismisses without prejudice all of her claims against Timberline Homes, Inc. only in Plaintiffs' Omnibus Complaint, reserving their right and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Phyllis Cattano shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein.

Dated : April 12, 2011

Respectfully submitted,
/s/ Russ Herman
Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 14190)
Stephen J. Herman, Esq. (Bar No. 23129)
Herman Herman Katz & Kotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
LDavis@hhkc.com
Plaintiff's Liason Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal was served upon Defendants' Liason Counsel, Kerry Miller, Esq., by email, or by hand delivery upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order #6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL #2047, on this 12th day of April, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)

# EXHIBIT "A"



**BARON BUDD, P.C.**   DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE | MIAMI |

800.222.2766
tel 786-837-5444
fax 786-837-5445

2665 South Bayshore Drive
Suite #220
Miami, FL 33133

March 23, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
> Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern
> District of Louisiana
> Plaintiff: Phyllis Cattano**

Dear Russ and Lenny:

My client, Phyllis Cattano, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against Defendant Timberline Homes, Inc. in the above matter.

Sincerely,

Robert B. Brown, Esq.

RBB:al