UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED     *       MDL No. 2047
DRYWALL PRODUCTS LIABILITY     *
LITIGATION     *
    *
THIS DOCUMENT RELATES TO:     *       JUDGE FALLON (L)
SEAN AND BETH PAYTON, et al     *
vs.     *
KNAUF GIPS, KG., et al     *
Case No. 2:09-CV-7628     *       MAG. WILKINSON (4)

**ORDER GRANTING DEFENDANT OYSTER BAY HOMES, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Oyster Bay Homes, Inc.'s Motion to Exceed Page Limitation

with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE