UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) | |

## MANLEY AND DIANNE FEINBERG'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT(S), PROMENADE DEVELOPERS, LTD., E.N. SUTTIN CONSTRUCTION COMPANY, AND VINTAGE PROPERTIES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Manley Feinberg and Dianne Feinberg, hereby dismiss, with prejudice, all of their claims against Defendant(s), Promenade Developers, Ltd., E.N. Suttin Construction Company, and Vintage Properties, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Manley and Dianne Feinberg shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Gregory S. Weiss, counsel for Manley and Dianne Feinberg, dated April 12, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: April 12, 2011          /s/ Russ M. Herman
                               Russ M. Herman, Esquire (Bar No. 6819)
                               Leonard A. Davis, Esquire (Bar No. 14190)
                               Stephen J. Herman, Esquire (Bar No. 23129)
                               HERMAN, HERMAN, KATZ & COTLAR, LLP
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
                               Phone: (504) 581-4892
                               Fax: (504) 561-6024
                               LDavis@hhkc.com
                               *Plaintiffs' Liaison Counsel*
                               *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of April, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"



**LEOPOLD-KUVIN** PA
CONSUMER JUSTICE ATTORNEYS

April 12, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: **Chinese Manufactured Drywall Products Liability Litigation**
      *Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09-7628

Dear Russ and Lenny:

My clients, Manley and Dianne Feinberg, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Promenade Developers, Ltd., E.N. Suttin Construction Company, and Vintage Properties, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

GREGORY S. WEISS
gweiss@leopoldkuvin.com

GSW:tw

2925 PGA Boulevard ● Suite 200 ● Palm Beach Gardens ● Florida 33410 ● 561.515.1400 ● fax 561.515.1401 ● leopoldkuvin.com