# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Kenneth and Barbara Wiltz, et al.<br>v. Beijing New Building Materials Public Limited Co., et al; Cause No. 10-361 | |

## PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
## OF ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Eddy St. Fort and Regine Barosy, hereby dismisses without prejudice all of their claims against ALL Defendants in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Bob Brown, Baron & Budd, P.C., counsel for Plaintiff, dated April 12, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: April 12, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of April, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL

2

# EXHIBIT A

| | | | |
|---|---|---|---|
| **BARON BUDD, P.C.** | | | |
| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
| | | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

April 12, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al; Cause No. 10-361, MDL-2047, Eastern District of Louisiana
Plaintiff: Eddy St. Fort and Regine Barosy**

Dear Russ and Lenny:

My clients, Eddy St. Fort and Regine Barosy, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against all Defendants in the above matter.

Sincerely,

Bob Brown