# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Silva. v. Arch Insurance. Co.* Case No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

## NATIONAL SURETY CORPORATION'S
## PRELIMINARY FACT WITNESS LIST
## REGARDING THE CLASS CERTIFICATION HEARING

**NOW INTO COURT,** through undersigned counsel, comes defendant, National Surety Corporation, ("National Surety") incorrectly referred to as Fireman's Fund Insurance Companies, who adopts "Interior Exterior's Amended Fact Witness List Regarding the Class Certification Hearing" (E.C.F. R. Doc. 8516) *in toto,* and pleads the same as if copied herein *in extenso*.

{L0146215.1}

Respectfully submitted,

/S/ Gary J. Russo
GARY J. RUSSO (La. Bar #10828)
MEGAN E. DONOHUE (La. Bar #32429)
*Attorneys for National Surety Corporation*
Jones, Walker, Waechter, Poitevent,
　Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 262-9000
Facsimile: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswaker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *"Preliminary Fact Witness List Regarding the Class Certification Hearing" filed by National Surety Corporation* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2011.

/S/ Gary J. Russo
GARY J. RUSSO

{L0146215.1}