UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

### ORDER

Having considered Banner Supply Company's Motion to Lift the Stay to file Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of filing Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions. This Motion is set for hearing following the monthly status conference on April 26, 2011. Responses to the Motion are to be filed by April 19, 2011.

New Orleans, Louisiana, this 12th day of April, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge