UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**********************************************

# ORDER

Considering the foregoing Motion to Enroll as Counsel of Record;

IT IS ORDERED that Tony B. Jobe, Attorney at Law, be allowed to enroll as counsel of record for Builder's Depot in the above captioned case.

New Orleans, Louisiana this 13th day of April, 2011.

_____
DISTRICT JUDGE