UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| AMATO, et al. VS. LIBERTY MUTUAL INS. CO., et al CASE NO. 10-932 | * * * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**THE FOREGOING MOTION FOR LEAVE CONSIDERED**,

**IT IS HEREBY ORDERED** that North American Specialty Insurance Company be granted leave to join the Insurer's Steering Committee's Motion to Dismiss pursuant to FRCP 12(b)(1) (R. Doc. 8366).

New Orleans, Louisiana, this 13th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE