

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO.: 09-2047

JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

*****************************************************************

THIS DOCUMENT RELATES TO:
*SEAN and BETH PAYTON, et al. v. KNAUF GIPS KG, et al.,*
CASE NO.: 09-7628

*****************************************************************

## AFFIDAVIT OF SAM G. LOWREY, III

STATE OF ALABAMA )

JEFFERSON COUNTY )

BEFORE ME, the undersigned authority, in for said county and state, appeared Sam G. Lowrey, III, who, after being duly sworn by me under oath, deposes and states as follows:

1. My name is Sam G. Lowrey, III, and I am the Manager of Lifescape Builders, LLC, an Alabama limited liability company ("Lifescape"). I am over the age of nineteen (19), and I have personal knowledge of the matters and facts stated herein.

2. I make this affidavit in connection with the lawsuit styled *Sean and Beth Payton, et al. v. Knauf GIPS KG, et al.,* (hereinafter the "lawsuit") filed in the United

States District Court for the Eastern Division of Louisiana as Civil Action No.: 2:09-cv-7628, and assigned MDL No.: 09-2047, Section L.

3. Lifescape is a Limited Liability Company organized and existing under the laws of the State of Alabama and its only place of business is in Jefferson County, Alabama.

4. I am a custodian of Lifescape's business records, which Lifescape maintains in the regular course of Lifescape's business.

5. Lifescape is a general contractor, and it has never had an office outside of Jefferson County, Alabama.

6. Lifescape's business records confirm that it has never purchased, sold, delivered, or supplied drywall to any person or entity in the State of Louisiana.

7. Lifescape has never sought a business license in the State of Louisiana, or been licensed to conduct business in the State of Louisiana.

8. Lifescape has never maintained a business listing, telephone number, or business address in the State of Louisiana.

9. Lifescape has never owned, built or sold any real property in the State of Louisiana.

{B1122514}

2

10. Lifescape has never maintained or operated any factories, warehouses, or offices in the State of Louisiana.

11. Lifescape has never advertised in the State of Louisiana.

12. Lifescape has never marketed or promoted sales of any products or real estate in the State of Louisiana.

13. Lifescape has never maintained bank accounts in Louisiana.

14. Lifescape has never advertised in any publications either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

15. Lifescape has never received any business from any contracts entered into in Louisiana, whether individual customers or business customers.

16. Lifescape does not and has never solicited any business or transacted any business in Louisiana.

FURTHER AFFIANT SAITH NOT.

Dated this the 2nd day of March, 2010.

Lifescape Builders, LLC

By: _____
Sam G. Lowrey, III
Manager

STATE OF ALABAMA )

JEFFERSON COUNTY )

I Pamala L. Eaton in and for said county and state, hereby certify that **Sam G. Lowrey, III** whose name as Manager of **Lifescape Builders, LLC,** is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents thereof, he, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand and official seal, this the 2nd day of March, 2010.

Pamala L. Eaton
NOTARY PUBLIC

(SEAL)

My Commission Expires: 1-10-12