IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO.:  09-2047  JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

**********************************************************************

**THIS DOCUMENT RELATES TO:**
*SEAN and BETH PAYTON, et al. v. KNAUF GIPS KG, et al.*,
**CASE NO.:  09-7628**

**********************************************************************

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendant Lifescape Builders, LLC requests oral argument on its Motion to Dismiss [Doc. No. 8547] on the grounds oral argument will better enable the parties and the Court to address the legal issues presented in the motion.

Respectfully submitted,

/s/ Philip G. Piggott
Philip G. Piggott

Attorney for Lifescape Builders, LLC.

OF COUNSEL:
Philip G. Piggott
William Anthony Davis, III
P. Andrew Laird, Jr. (#100273)
STARNES DAVIS FLORIE, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL   35259-8512
Telephone:  (205) 868-6000
Fax:  (205) 868-6099

{B1280028}1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Memorandum of Law in Support of Motion to Dismiss has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of April, 2011.

                                               /s/ Philip G. Piggott
                                               OF COUNSEL