UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) | |

## STEVE AND CATHY ETTER'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, SUNDOWN DEVELOPMENT

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Steve Etter and Cathy Etter, hereby dismiss, without prejudice, all of their claims against Defendant, Sundown Development, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Steve and Cathy Etter shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Gregory S. Weiss, counsel for Steve and Cathy Etter, dated April 14, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: April 14, 2010 /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of April, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT A



# LEOPOLD~KUVIN
### CONSUMER JUSTICE ATTORNEYS

Thursday, April 14, 2011

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *Payton, et al., v. Knauf Gips KG, et al.*, Case No.: 09-7628

Dear Russ and Lenny:

My clients, Steve and Cathy Etter, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Sundown Development, in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

GREGORY S. WEISS
gweiss@leopoldkuvin.com

GSW:tw

2925 PGA Boulevard ■ Suite 200 ■ Palm Beach Gardens ■ Florida 33410 ■ 561.515.1400 ■ fax 561.515.1401 ■ leopoldkuvin.com

CRASHWORTHINESS · MANAGED CARE ABUSE · CONSUMER CLASS ACTIONS · PERSONAL INJURY · WRONGFUL DEATH