## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                    MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                      SECTION l
GROSS, et al
vs.                                                                                    JUDGE FALLON
KNAUF GIPS, KG, et al
Case No. 09-6690                                              MAGISTRATE JUDGE WILKINSON

_____/

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Substitute Counsel for Plaintiffs listed in Exhibit "A",

**IT IS HEREBY ORDERED** that Matthews & Associates is removed as counsel of record; and

**IT IS FURTHER ORDERED** that Daniel K. Bryson of the law firm of Lewis & Roberts, PLLC is substituted as counsel of record for Plaintiffs listed in Exhibit "A", in the above-captioned proceeding.

New Orleans, Louisiana, this the 14th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

## EXHIBIT "A"

**Omnibus Complaint III**

Blaise, Ervin and Felthus Elizabeth
Brown, Joan E.
England, Charles
Hampton, Helen
Mayes, Jacqueline
Moore, Evelyn
Owens, Brenda
Robinson, Louis
Williams, Deborah M.