## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-7628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**INDIVIDUAL PLAINTIFF DORIS C. HODGSON'S STATEMENT NOTING
DEATH OF INDIVIDUAL PLAINTIFF ROBERT M. HODGSON AND
MOTION TO SUBSTITUTE PROPER PARTY**

COMES NOW, Individual Plaintiff Doris C. Hodgson by and through undersigned

counsel and in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, notes the

death during the pendency of this action of Robert M. Hodgson, an individually named plaintiff

in this action (via Complaint in Intervention I-C), and further moves the Court to substitute

"Doris C. Hodgson, Philip M. Hodgson and Kimberly Hodgson Jardine as Personal

Representatives of the Estate of Robert M. Hodgson, deceased", as the proper parties to this

action.  In support of this motion, Plaintiff states that Robert M. Hodgson died on or about

January 3, 2011, and the Probate Court of Baldwin County, Alabama issued Letters

Testamentary appointing said individuals as a Personal Representatives of the estate of the

deceased (Letters Testamentary are attached hereto as Exhibit A).

WHEREFORE, In accordance with Rule 25(a) of the Federal Rules of Civil Procedure,

Plaintiff moves the Court to substitute "Doris C. Hodgson, Philip M. Hodgson and Kimberly

Hodgson Jardine as Personal Representatives of the Estate of Robert M. Hodgson, deceased", as

the proper parties to this action in place of individually named plaintiff Robert M. Hodgson.


Respectfully submitted,

/s/R. Tucker Yance
R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)
YANCE LAW FIRM, LLC
169 Dauphin Street suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com


CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing INDIVIDUAL PLAINTIFF DORIS C. HODGSON'S STATEMENT NOTING DEATH OF INDIVIDUAL PLAINTIFF ROBERT M. HODGSON AND MOTION TO SUBSTITUTE PROPER PARTY has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2011.


/s/R. Tucker Yance
R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)