THE STATE OF ALABAMA

COUNTY OF BALDWIN

COURT OF PROBATE

CASE NO. 27967

### LETTERS TESTAMENTARY

The Will of **ROBERT M. HODGSON** having been duly admitted to record in said county, **Letters Testamentary** are hereby granted to **DORIS C. HODGSON, PHILIP M. HODGSON and KIMBERLY HODGSON JARDINE**, the Personal Representatives named in said Will, who have complied with the requisitions of the law and are authorized to administer the estate. Subject to the priorities stated in Code of Alabama (1975, as amended) § 43-8-76, the said Personal Representatives, acting prudently for the benefit of interested persons, have all the powers, without limitation, authorized in transactions under Code of Alabama (1975, as amended) § 43-2-843.

**WITNESS** my hand, and dated this 11th day of February, 2011.

/s/ Tim Russell
JUDGE OF PROBATE

**THE STATE OF ALABAMA** }
}
**BALDWIN COUNTY** }

I, **TIM RUSSELL**, Judge of Probate in and for said County and State, hereby certify that the within and foregoing is a true, correct and complete copy of the **Letters Testamentary** issued to **DORIS C. HODGSON, PHILIP M. HODGSON and KIMBERLY HODGSON JARDINE** as Personal Representatives of the Will of **ROBERT M. HODGSON**, Deceased, as the same appears of record in my office, and are still in full force and effect.

Given under my hand and seal of office, this the 11th day of February, 2011.

Tim Russell
JUDGE OF PROBATE