**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) **MDL No. 2047** ) |
| **THIS DOCUMENT RELATES TO:** | ) **SECTION: L** ) ) **JUDGE FALLON** |
| **Payton, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-7628** | ) **MAG. JUDGE WILKINSON** ) ) ) |

## NOTICE OF SUBMISSION

Please take notice that individual Plaintiff Doris C. Hodgson will bring on for submission INDIVIDUAL PLAINTIFF DORIS C. HODGSON'S STATEMENT NOTING DEATH OF INDIVIDUAL PLAINTIFF ROBERT M. HODGSON AND MOTION TO SUBSTITUTE PROPER PARTY, on May 11, 2011 at 9:00 a.m.

Respectfully submitted,

/s/R. Tucker Yance
R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)
YANCE LAW FIRM, LLC
169 Dauphin Street suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2011.

                                            /s/R. Tucker Yance
                                            R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)