UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Silva, et al v. Interior Exterior Building Supply* EDLA 09-08030 | * * * | MAG. JUDGE WILKINSON |
| *Silva, et al v. Arch Insurance Co., et al* EDLA 09-08034 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INTERIOR EXTERIOR'S EXPERT WITNESS LIST REGARDING THE BELLWETHER TRIAL

Defendant, Interior Exterior Building Supply, LP, hereby discloses the following expert witnesses that may be called at the bellwether trial to provide testimony live or by designation of prior deposition or trial testimony:

1. Tracey Dodd

2. Donald Button

3. Daniel Deimling

4. Randall Bell

5. Any fact witness who may be allowed to offer opinion testimony in accordance with the Federal Rules of Evidence.

6. Any expert, person, employee of any expert, or subcontractor necessary to authenticate or explain reports or estimates provided by any expert witness.

7. Any expert witness necessary to rebut any witness of any other party.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.* _____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com / jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 15th day of April, 2011.

*/s/ Richard G. Duplantier, Jr.* _____
RICHARD G. DUPLANTIER, JR.

.