UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L<br>Judge Fallon |
| This Document Relates to:<br>09-4120 (Minafri) | Mag. Judge Wilkinson |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Steven Minafri, John Austin, and Duke Stanley, and Defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC, hereby stipulate that the above-referenced actions and all claims in those actions as against Defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC, ONLY, shall be dismissed with prejudice. Claims against all remaining defendants in the above-referenced actions shall remain in full force and effect.

WHEREFORE, Plaintiffs herein, through their undersigned counsel, hereby dismiss, with prejudice, the above-referenced actions and all claims in those actions as against Defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC, ONLY, without costs to any party.

DATED: November 17, 2010        RESPECTFULLY SUBMITTED:

s/Jack Landskroner
JACK LANDSKRONER (Ohio Bar No. 0059227)
LANDSKRONER – GRIECO – MADDEN, LLC
1360 West 9th St., Suite 200
Cleveland, OH  44113
Telephone:  (216) 522-9000
Facsimile:  (216) 522-9007
jack@lgmlegal.com

17678928.1

s/William H. Anderson
William H. Anderson (D.C. Bar No. 502380)
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
wanderson@cuneolaw.com

*Attorneys for Plaintiff*

DATED: April 15, 2011

RESPECTFULLY SUBMITTED:

s/Jaret J. Fuente
JARET J. FUENTE (Fla. Bar No. 0146773)
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 229-4362
Facsimile: (813) 229-4133
jfuente@carltonfields.com

s/Suzanne K. Richards
SUZANNE K. RICHARDS (Ohio Bar No. 0012034)
VORYS SATER SEYMOUR AND PEASE
52 East Gay Street
Columbus, OH 43216
Telephone: (614) 464-6458
Facsimile: (614) 719-4290
skrichards@vorys.com

*Attorneys for Defendants*

17678928.1