UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.,* EDLA 09-04117 | |
| _____/ | |

### FACT WITNESS LIST OF MEADOWS OF ESTERO-BONITA SPRINGS LIMITED PARTNERSHIP

Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero"), by and through its undersigned counsel, and pursuant to this Court's Second Amended Scheduling Order re: Hearings for Class Certification, dated March 29, 2011, submits the following designations of potential fact witnesses that Meadows of Estero may call to testify at the class certification hearing, either by live testimony or deposition.

| NAME | TITLE/ADDRESS | TOPIC |
|---|---|---|
| Tracy Carver | EVP/General Counsel Hearthstone, Inc. 300 Drakes Landing Rd, Suite 269 Greenbrae, CA 94094 [please direct all communications to the undersigned counsel] | Construction and remediation of homes containing Chinese Drywall |
| Robert Shelley | Shelby Construction Group 2750 Miami Gardens Drive, 2nd Floor Aventura, FL 33180 (954) 318-1000 | Construction of homes containing Chinese Drywall, use of Chinese Drywall onsite |

| | | |
|---|---|---|
| Jack Short | Shelby Construction Group<br>2750 Miami Gardens Drive, 2nd Floor<br>Aventura, FL  33180<br>(954) 318-1000 | Construction of homes containing Chinese Drywall, use of Chinese Drywall onsite |
| Shelby Homes at Meadows, Inc. | 2750 Miami Gardens Drive, 2nd Floor<br>Aventura, FL 33180 | Construction of homes containing Chinese Drywall, use of Chinese Drywall onsite |
| Various Shelby entity representatives involved with the construction of the Meadow of Estero Condominium Project (the "Project") | 2750 Miami Gardens Drive, 2nd Floor<br>Aventura, FL 33180 | Construction of homes containing Chinese Drywall, use of Chinese Drywall onsite |
| Cindy Mancari | Sales Office<br>3510 Lansing Loop #103<br>Estero, FL 33928<br>(239)947-1600<br>[please direct all communications to the undersigned counsel] | Sale of remediated homes |
| Kelley Short | Sales Office<br>3510 Lansing Loop #103<br>Estero, FL 33928<br>(239)947-1600<br>[please direct all communications to the undersigned counsel] | Sale of remediated homes |
| Corporate Representative, Meadows of Estero | Hearthstone, Inc.<br>781 Lincoln Avenue, Suite 300<br>San Rafael, CA 94901<br>[please direct all communications to the undersigned counsel] | Construction and remediation of homes containing Chinese Drywall |

|  |  |  |
|---|---|---|
| James L. Poole, PhD, CIH | ENVIRON International Corporation<br>10150 Highland Manor Drive, Suite 440<br>Tampa, FL 33610<br>(813) 628-4325<br>[please direct all communications to the undersigned counsel] | Inspection of homes allegedly containing Chinese Drywall and remediation protocol |
| Juan Diaz-Robles, M.S. | Senior Associate<br>ENVIRON International Corporation<br>2201 NW Corporate Boulevard, Ste 105<br>Boca Raton, Florida 33431<br>Tel. 561-613-4325<br>Fax 561-826-1668<br>[please direct all communications to the undersigned counsel] | Inspection of homes allegedly containing Chinese Drywall and remediation protocol |
| Corporate Representative, ICI Homes | 2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes, and any problems with Chinese Drywall |
| Jean Ball | ICI Homes, Inc.<br>2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes, and any problems with Chinese Drywall |
| Rick Seguin | ICI Homes, Inc.<br>2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes and any problems with Chinese Drywall |
|  |  |  |

| | | |
|---|---|---|
| John Ciaffoni | ICI Homes, Inc<br>2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes and any problems with Chinese Drywall |
| Moji Babazadeh | ICI Homes, Inc<br>2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes and any problems with Chinese Drywall |
| Leroy Bishop | ICI Homes, Inc<br>2379 Beville Road<br>Daytona Beach, FL 32119<br>(386) 788-0820 | Remediation/removal of Chinese Drywall from homes and any problems with Chinese Drywall |
| Corporate Representative, L & W Supply Corporation d/b/a Seacoast Supply | 550 W. Adams Street<br>Chicago, IL  60661 | Import, distribution, supply of Chinese Drywall |
| Beta Construction, LLC formerly Beta Drywall, LLC and/or Michael Watkins | 6601 Lions Road, Suite A-3<br>Coconut Creek, FL  33073<br>(954) 429-2842 | Installation of Chinese Drywall, receipt of drywall from Banner Supply, any problems with drywall |
| Corporate Representative, Banner Supply | c/o Peter Spillis, Esq.<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Dr.,<br>Suite 850<br>Coconut Grove, FL 33133 | Import, distribution, supply of Chinese Drywall |
| Corporate Representative, Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jinghim Road<br>Beichen District<br>Tianjin, China 300400 | Knowledge of defective drywall |
| David Gregory,  Knauf | North Yinhe Bridge | Knowledge of defective |

4

| | | |
|---|---|---|
| Plasterboard (Tianjin) Co. Ltd. | East Jinghim Road<br>Beichen District<br>Tianjin, China 300400 | drywall, believed to be corporate representative |
| Michael Anthony Robinson, Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jinghim Road<br>Beichen District<br>Tianjin, China 300400 | Knowledge of defective drywall, believed to be corporate representative |
| Corporate Representative, Design Stucco, Inc. | 3231 13th Avenue, SW<br>Naples, FL 34117 | Possible Installation of Chinese Drywall, receipt of drywall |
| Kenneth King | Homeowner<br>3524 Cherry Blossom Ct., #201<br>Estero, FL 33928 | Experience with Chinese Drywall in home |
| Luis Riera | Homeowner<br>21535 Baccarat Lane, #101<br>Estero, FL 33928 | Experience with Chinese Drywall in home |
| David Stewart | Homeowner<br>21573 Baccarat Lane, 201<br>Estero, FL 33928 | Experience with Chinese Drywall in home |
| DR Drywall, Oddie Robbins | 60 Bayou Drive, #1<br>Fort Walton Beach, FL 32547 | Remediation Subcontractor for ICS, specifically Drywall |
| AC Electric, Anthony Carlone | 6017 Pine Ridge Rd. #244<br>Naples, FL 34119 | Remediation Subcontractor for ICS, specifically Electrical |
| Tranquility Plumbing, corporate representative | 4306 Kernel Circle<br>Fort Myers, FL 33916-9401 | Remediation Subcontractor for ICS, specifically plumbing |
| Balentine Builders, Jack Balentine | 11220 Metro Parkway, Unit 15<br>Fort Myers, FL 33966 | Remediation Subcontractor for ICS, specifically cabinetry |

| | | |
|---|---|---|
| Tile-it Industries, corporate representative | 475 Fentress Blvd., Suite M Daytona Beach, FL 32114 (386)257-6688 | Remediation Subcontractor for ICS, specifically tiling |
| CNR Air Conditioning, Chris Stonebridge | 3888 Mannix Dr Ste 312 Naples, FL 34114 239-455-5972 | Remediation Subcontractor for ICS, specifically air conditioning |
| Any Fact Witnesses listed by other parties to this action. | | |

Respectfully submitted,

*/s/ Jeffrey M. Paskert*
JEFFREY M. PASKERT
Florida Bar No. 846041
ADAM C. KING
Florida Bar No. 156892
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer

6

Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                                    */s/ Jeffrey M. Paskert*
                                                     Attorney