UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                           SECTION: L

THIS DOCUMENT RELATES TO

*Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.)

### PLAINTIFFS' PRELIMINARY FACT AND EXPERT WITNESS LIST

Plaintiffs may call one or more of the following fact and expert witnesses during the trial on the merits of this matter scheduled to commence on July 18, 2011:

1. Dawn Amato
2. Dean Amato
3. Edward Beckendorf
4. Susan Beckendorf
5. Byron Byrne
6. Debra Byrne
7. Donald Puig
8. Marcelyn Puig
9. Debra Acker
10. Ray Alphonse
11. Peggy Amato

12. Wayne Amato
13. William S. App, Jr.
14. Kelly Beckendorf
15. Gerald T. Becnel
16. Cornell Benjamin
17. Tara Bolin
18. Nathan Bordreaux
19. Keith Boule
20. Jeff Brisley
21. Kelly Burke
22. John Bush
23. Greg Cass
24. Aprille Chauffe Casey
25. Carlos Cisneros
26. Robert Claxton
27. Warner Collins
28. Terri Collura
29. Janice Dering
30. Guy Ditta
31. Kosasih Djohari
32. Deana Eister
33. Trey Forstall
34. Bobby Freedman

35. Rebecca Galleon

36. Christian Gambel

37. Joe Gasper

38. Charles Gay

39. Clay Geary

40. James Geary

41. Jeff Geary

42. Sid Geary

43. Jim Green

44. Joe Guerrera

45. Mike Hagar

46. Allan Hall

47. Jamie Hall

48. Patrick Hall

49. Robert Harrell

50. Rod Higgins

51. Michelle Hunn

52. Gary Hymel

53. Lisa Jones

54. Don Joseph

55. Olin Joseph

56. Joe Kazda

57. Terry Lamonte

58. Phyllis Lebeau
59. Glen Lemm
60. Terry Lowe
61. Kenny Martin
62. Robert McCay
63. Kim McDonald
64. Olivia McDonald
65. Gary Meade
66. Jimmy Montruelle
67. Mark Navo
68. Anzie Nicholson
69. Joe Morris
70. Dale Newman
71. Mark Norris
72. John Ortego
73. Mark Peterson
74. Ray Phillips (by deposition)
75. Greg Pitcher
76. Veda Redman
77. Rudy Remont
78. Marcus Rieffel
79. Donna Rogers
80. William Shelby

81. Brandyn Smith

82. Jerry Smith

83. Melissa Smith

84. Michael Stephens

85. Bill Tarleton

86. Holly Thompson

87. Russell Wahl

88. Herman Ward

89. Shellie Watson

90. Chip Williams

91. Eric Alfonso

92. Representative of Advanced Contracting Services, Inc.

93. Representative of Andrews Hardwar Co., Inc.

94. Representative of Aurora Commercial Construction

95. Representative of B & B Contracting, Inc.

96. Representative of Chilton Supply, Inc.

97. Representative of Cousins Paint and Drywall Supply

98. Representative of Cragmar Construction, LLC

99. Representative of Creola Ace Hardware

100. Representative of Custom Craft Homes, Inc.

101. Representative of Drywall Plus, LLC

102. Representative of F & M Badon Construction, Inc.

103. Representative of Leo A. Duvernay, LLC

104. Representative of Hillard Butler Construction

105. Representative of Holmes Building Materials

106. Representative of Interior/Exterior Building Supply, LP

107. Representative of J.W. Allen

108. Representative of Knauf Insulation, GmbH

109. Representative of Knauf Plasterboard (Tianjin) Co., Ltd.

110. Representative of Knauf Plasterboard (Wuhu) Co., Ltd.

111. Representative of Lanaux Construction Company

112. Representative of Lemm Drywall

113. Representative of Mayco Construction, LLC

114. Representative of Metro Resources Corp.

115. Representative of Miramon Construction

116. Representative of The Mitchell Company

117. Representative of NSH Corporation

118. Representative of Osborne Construction

119. Representative of Perfect Work Contractors

120. Representative of Retz Place Properties

121. Representative of Saia Homes

122. Representative of Schneider Construction & Restoration, Inc.

123. Representative of SGS North America, Inc.

124. Representative of Seals Drywall

125. Representative of Southern Homes

126. Representative of Tallow Creek

127. Representative of Titan Drywall

128. Rajan Srinivasan

129. Dean Rutila

130. Bradley D. Krantz

131. Donald Galler

132. Lori Streit

133. Robert Walsh

134. Alexis Mallet, Jr.

135. JC Tuthill

136. Rosemary Coates

137. Arthur Sterbcow

138. Any expert, person, employee of any expert, or subcontractor necessary to authenticate or explain reports or estimates provided by any expert witness, including Alexis Mallet, Jr., Dean Rutila or JC Tuthill;

139. Any expert witness necessary to rebut any witness of Interior Exterior Building Supply, LP.;

140. Any person identified in any of INEX's discovery responses;

141. Any present or former employee of INEX or its predecessors;

142. Any witness listed by any other party in this litigation;

143. Any person or representative deposed in this litigation.

Plaintiffs reserve the right to supplement and/or amend this witness list as discovery is ongoing and/or because plaintiffs still have not received discovery responses from INEX.

Dated: April 15, 2011

Respectfully submitted,

/s/ Leonard A. Davis_____
**Russ M. Herman** (Bar No. 6819)
rherman@hhkc.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhkc.com
Stephen J. Herman (Bar No. 23129)
sherman@hhkc.com
*HERMAN, HERMAN, KATZ & COTLAR, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Robert Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive, Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836<br>Richard J. Serpe, Esquire | |

| | |
|---|---|
| Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com<br><br>Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Plaintiffs' Preliminary Fact and Expert Witness List has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of April, 2011.

       /s/ Leonard A. Davis_____
       Leonard A. Davis
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Ave.
       New Orleans, LA  70113
       PH:  (504) 581-4892
       Fax:  (504) 561-6024
       ldavis@hhkc.com