UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON, et al.
v.
KNAUF GIPS, et al.
CASE NO.: 09-07628

## NOTICE OF APPEARANCE

The law firm of Peterson & Espino, P.A., and the undersigned attorney, Michael P. Peterson hereby makes their appearance, on behalf of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), in *Benjamin and Jennifer Abt, et al.*, Omnibus Class Action Complaint in Intervention (I(B)), United States District Court for the Eastern District of Louisiana, Case No. 09-07628, reserving all defenses to this action and objections concerning service of process, venue and/or jurisdiction, further requesting that all future papers filed in this case be served on said undersigned attorneys.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Company Port
St. Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida  33176
Telephone:     (305) 270-3773
Facsimile:       (305) 275-7410
mpeterson@petersonespino.com

By:    /s/ Michael P. Peterson,

PETERSON & ESPINO, P.A.

CASE NO.: 2:09-cv-07628-EEF-JCW

Florida Bar No. 982040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 18th day of April, 2011. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of April, 2011.

By:   /s/ Michael P. Peterson