UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, et al.,

    Plaintiffs,

v.                                      Civil Action No. 10-362 Section L

KNAUF GIPS KG, et al.,

    Defendants.

_____/

## DEFENDANT CAPE CEMENT & SUPPLY, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT IN INTERVENTION

COMES NOW Defendant, CAPE CEMENT & SUPPLY INC., by and through their undersigned attorneys and in response to Plaintiff's Complaint in Intervention states the following:

1. CAPE CEMENT & SUPPLY, INC. is not named in the Motion. They would respond that they are without specific knowledge and therefore, deny each and every one of the allegations.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to: **See attached Service List** on this _12_ day of _April_, 2011.

                          s/ **Robert Burandt**
                          Robert B. Burandt
                          Fla. Bar Number 434477
                          Attorney for Defendant Cape Cement & Supply, Inc.
                          BURANDT, ADAMSKI, GROSSMAN
                          & POWELL, PL
                          1714 Cape Coral Parkway East
                          Cape Coral, FL 33904
                          Telephone: (239)542-4733
                          Fax: (239)542-9203
                          E-mail: robert@capecoralattorney.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 15 PM 3: 36
LORETTA G. WHYTE
CLERK

___Fee _____
___Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No._____

**SERVICE LIST**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O;Keefe Avenue
New Orleans, Louisiana 70113

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite500
Philadelphia, PA 19106

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139

Gerald E. Meunier
Gainsburgh, Benjamin, David, et al.
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800

Jerrold Seth Parker
Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Fort Myers, FL 33907

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Box Drawer H
106 W. Seventh Street
Reserve, LA 70084

Victor Manuel Diaz
Podhurst Orseck, P.A.
15 Flagler Street, 8th Floor
Miami, FL 33130

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson, et al.
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, et al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130