**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

April 14, 2011

US District Court, Eastern District of Louisiana
500 Poydras Street,
Room C-151,
New Orleans, LA  70130

Re:  Kenneth and Barbara Wiltz, et al., Pltfs. vs. Beijing New Building Materials Public Limited Co., et al. including McCar Homes, Inc, Dfts.

Case No.  10-361

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Ingrid Thornhill
Process Specialist

Log# 518358983

FedEx Tracking# 796992999284

cc: Russ M. Herman
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue,
    New Orleans, LA  70113

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Kenneth and Barbara Wiltz, et al )
)
*Plaintiff* )
v. ) Civil Action No. 10-361 Section L
Beijing New Building Materials Public Ltd. Co., et al )
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**    Complaint in Intervention II(C)

To: *(Defendant's name and address)* McCAR HOMES, INC
Ct Corporation System
1200 South Pine Island Road
Plantation, FL 33324

DATE: 4-14-11   TIME: 1:30

**ERIC DEAL**   **S.P.S. #336**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

*Signature of Clerk or Deputy Clerk*

Date: _____

Jan 28, 2011