UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

**MOTION TO ALTER, AMEND OR VACATE THE
MARCH 9, 2011 AND MARCH 25, 2011 ORDERS**

COME NOW Defendants, HPH Properties, LLC and HPH Homes (hereinafter "Defendant" or "HPH") and Lifescape Builders (hereinafter "Lifescape"), and reserving all rights and defenses, including specifically their objections to the jurisdiction of this Court as set forth in their Motions to Dismiss for Lack of Personal Jurisdiction, hereby move for the Court to alter, amend or vacate the Orders of March 9, 2011 and March 25, 2011, requiring builders to pay certain sums into court for builders' liaison counsel in the above-referenced matter for the reasons more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants HPH Properties, LLC, HPH Homes and Lifescape Builders respectfully request that this Court issue an Order granting their Motion to Alter,

Amend or Vacate the Orders of March 9, 2011 and March 25, 2011, together with such other and further relief that this Court deems just, appropriate and fair.

        /s/ James A. Kee, Jr.

        /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC and
HPH Homes

OF COUNSEL:
KEE LAW FIRM
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

        /s/ Philip G. Piggott (efiled with permission)
Philip G. Piggott
Attorney for Lifescape Builders

OF COUNSEL:
STARNES, DAVIS & FLORIE, LLP
100 Brookwood Place, 7th Floor,
Birmingham, AL 35209
(205) 868-6086
(205) 868-6099 *facsimile*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Alter, Amend or Vacate the March 9, 2011 and March 25, 2011 Orders has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 19th day of April, 2011.

          /s/ Lucy W. Jordan
          OF COUNSEL