UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants HPH Properties, LLC, HPH Homes and Lifescape Builders have filed a motion to alter, amend or vacate the Orders of March 9, 2011 and March 25, 2011, and that the Motion will be heard on May 11, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted on this the  19th  day of April, 2011.

/s/ James A. Kee, Jr.

/s/ Lucy W. Jordan

        James A. Kee, Jr., KEE005
        Lucy W. Jordan, JOR037
        Attorneys for HPH Properties, LLC

OF COUNSEL:
KEE LAW FIRM
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

        /s/ Philip G. Piggott (efiled with permission)
        Philip G. Piggott
        Attorney for Lifescape Builders

OF COUNSEL:
STARNES, DAVIS & FLORIE, LLP
100 Brookwood Place, 7th Floor,
Birmingham, AL 35209
(205) 868-6086
(205) 868-6099 *facsimile*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 19th day of April, 2011.

                                                                 /s/ Lucy W. Jordan
                                                                 OF COUNSEL