# Composite Exhibit A

# Part 2

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 27 day of __October__ , 200 4 , by and between _____ Timothy Gaines

and__ Julia Gaines_____ , his wife, as Owners, whose present mailing address is: __
3720 Seneca Garden Road, Baltimore, MD 21220_____ and ARANDA HOMES, INC., as Contractor.

FIRST:     The Contractor promises and agrees to the Owners that he will for the consideration hereinafter
mentioned finish and deliver a residence on land known as:   Unit 72, Block 5044, Lots 51-52
_____5302 SW 27ᵗʰ Place, Cape Coral, FL 33914
_____17-45-23-C3-05044. 0510

situated in ___Lee_____County, State of Florida Owned by
_____Timothy Gaines_____ and __
_____Julia Gaines_____ , his wife.

SECOND:      That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of ( $  247,785.00) Two Hundred Forty Seven
Thousand Seven  Hundred  Eighty  Five Dollars XX/00

U.S. Dollars in the following manner: one percent, 1% $  2,477.85_____ Deposit, with signing of the contract
1. $ 22,300.65_____  (9%) as down payment, by check subject to collection,  prior to start of construction.
2. _____  (25%) when plumbing is roughed in and slab is poured.
3. _____  (25%) when masonry walls are complete and lintel poured.
4. _____  (25%) when sub-roof is on and electrical roughed in.
5. _____  (10%) when interior drywall is complete.
6. _____  (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about   180_____ days from start of construction.  However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed
and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda
Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and
that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final
payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners,
the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been
paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and
labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are
not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such
final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the
Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event
of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in
Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :
CILB Recovery
1940 North Monroe Street Suite #3
Tallahassee, FL 32399-1039
Tel: (850)487-1395

The above price is guaranteed to the Owners through    December 17_____ , 2004 , or
until start of construction if such start is delayed beyond this time by the Contractor.  Should start of
construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental
authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed
necessary by Builder to allow for labor or material price increases that occur between the last date of

*17-45-23-C3- 05044. 0510*
*5302  SW  27  Place*
*Cape Coral*

expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

THIRD:        The said residence to be Contractor's  _Veranda_____ home with all details of material and construction to be equal to or better than those used in the model home at  _4800 SW 24th Place, Cape Coral, FL 33914_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the                                                                                    Seller.
The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

2

titles. Purchaser may not assign this contract without the prior written consent to the Contractor.
THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED
WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF
HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED
WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY
STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement
of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800
square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
Any other driveway material selected by Owner shall be an upgrade and change order that will be priced
separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to
crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot
be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or
cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures
warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway,
cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is
included.

TWELFTH: The Contractor will connect to public water and sewer lines to a
distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners.
Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well,
and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing
connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT
BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S
GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY
GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY
INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE
EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY
MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS
CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL
MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE
NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE
GUARANTEED. SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT
LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE
NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS
713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE
MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR
PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF
YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-
SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY
REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR
PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU
FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R
PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST
YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR
CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA☐S
CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A
SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED
CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT,
YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN
PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE
ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR
DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION
DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION
DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR
OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT
DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

3

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:      This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Timothy Gaines_

Purchaser: _Julia Gaines_

ARANDA HOMES, INC.

4

ADDENDUM #1                                    DATE: 10/27/04

NAME: Timothy & Julia Gaines                  BLOCK  5044

ADDRESS: 3720 Seneca Garden Road              LOT   51-52

CITY, STATE : Baltimore, MD 21220             City: Cape Coral

TELEPHONE: (410) 335-7940                     S/D

MODEL : Veranda            TOTAL PRICE        $ 224,000.00


ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.City water hook-up | Included |
| 2. Sewer hook-up | Included |
| 3. City Of Cape Coral impact fees | Included |
| 4. Tile roof =standard colors | Included |
| 5. Tile living and dining areas | Included |
| 6. Solid surface kitchen tops | Included |
| 7. Washer and dryer | Included |
| 8. Front doors sandblasted | Included |
| 9. Security system | Included |
| 10.Fans and light fixtures | Included |
| 11. Tile deck package as model | Included |
| 12.Stamped driveway, walk, and entry | Included |
| 13.Floratam sod standard lot 80 x 125 | Included |
| 14.Sprinkler system with auto rain shutoff standard lot | Included |
| 15.Surveys | Included |
| 16.Additional two courses of stem wall or prefill allowance | 8,000.00 |
| 17.Additional fill/final grade allowance | 2,000.00 |
| 18.Third car garage | 10,500.00 |
| 19.Additional stamped driveway for third car garage | 2,390.00 |
| 20.Culvert pipe for three car garage if needed | 895.00 |


TOTAL HOME IMPROVEMENTS            $247,785.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                            PURCHASER

5

**ADDENDUM #2**

**NAME:** Timothy & Julia Gaines

**ADDRESS:** 3720 Seneca Garden Road

**CITY, STATE :** Baltimore, MD 21220

**TELEPHONE:** (410) 335-7940

**MODEL :** Veranda

**DATE:** 10/27/04

**BLOCK**   5044

LOT    51-52

City: Cape Coral

S/D

TOTAL PRICE         $ 224,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

  1. Additional floratam sod for oversize lot          250.00

2. Additional sprinkler system for oversized lot      80.00 (R) *[initials]*

 

 

TOTAL HOME IMPROVEMENTS      330.00 *[initials]*

~~$250.00~~

Total House Price     ~~$248,035.00~~ *[initials]*

$248,365 — *[initials]*

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_Timothy Gaines_
PURCHASER
_Julia Gaines_

5

**ADDENDUM #3**

**NAME: Timothy & Julia Gaines**

ADDRESS: 3720 Seneca Garden Road

CITY, STATE : Baltimore, MD 21220

TELEPHONE: (410) 335-7940

MODEL : Veranda

DATE: 11/9/04

BLOCK  5044

LOT   51-52

City: Cape Coral

S/D

TOTAL PRICE      $ 224,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Credit back from addendum #2=math error                    (250.00)

TOTAL HOME IMPROVEMENTS            ( $250.00 )

Total House Price        $248,115.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

_Timothy Gaines_
PURCHASER
_Julia Gaines_ 11/15/04

5

PROFILE SHEET

NAME: Timothy & Julia Gaines                                          Lot 51-52

Model:   Veranda                                                     Block 5044

1. Legal Description:      17-45-23-C3-05044.0510                    Unit 72
                           5302 SW 27ᵗʰ Place
2. Lot Dimension:          Cape Coral, 33914                         85 x 125

3. Seawall:                                                          N/A

4. Fill Requirements                                                T.B.D.

5. Impact Fee:                                                       City

6. Deed Restriction                                                 City

7. Well :                                                            N/A

8. Septic                                                           N/A

9. Water/ Sewer                                                     Yes

10. Culvert Pipe:                                                   T.B.D.

11. Survey                                                          Needed

12.  Financing                                                     Yes

13. Pool                   San Juan                                Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

<u>CHANGE ORDER AGREEMENT</u>

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Timothy Gaines_          Date: _10/27/04_
Customer: _Julia Gaines_            Date: _10/27/14_

6

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 31 day of Dec , 2004 , by and between Bernie Heinemann and Barbara Heinemann , his wife, as Owners, whose present mailing address is: 4545 Co. Hwy T.T. Sun Prarie, WI. 53590 and ARANDA HOMBES, INC., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 5702 S.W. 28ᵗʰ Pl. Cape Coral,Fl. _____situated in _Lee_ County, State of Florida Owned by Bernie Heinemann  and Barbara Heinemann , his wife.

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Three Hundred Two Thousand Three Hundred Sixty Four DollarsXX/100 ( $ 302,364.00  )

U.S. Dollars in the following manner: one percent, 1% $ 2,994.54  Deposit, with signing of the contract
1. $ 26,950.86 _____    (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ 78,734.15 _____    (25%) when plumbing is roughed in and slab is poured.
3. $ 77,628.25 _____    (25%) when masonry walls are complete and lintel poured.
4. $ 77,628.25 _____    (25%) when sub-roof is on and electrical roughed in.
5. $ 31,051.30 _____    (10%) when interior drywall is complete.
6. $ 15,525.65 _____    (5%) when completely finished and ready for delivery to Owners.


Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ‘180  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of Uno liens☐ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through Feb 15 , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:       The said residence to be Contractor's  Veranda home with all details of material and construction to be equal to or better than those used in the model home at 4801 S.W.24ᵗʰ Pl. Cape Coral,Fl. except for changes such as specified herein. Plans and specifications of

1

at  4800 S.W. 24th Pl. Cape Coral, Fl.  except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:  Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:  All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:  The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH:  It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:  This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:  The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: .  The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco.  Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:  The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT

2

BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:         IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, DWAYYD OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:         Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____          _____

                                                           ARANDA HOMES, INC.

Purchaser: _Barbara A. Heinemann_

Addendum #1
NAME: Heinemann
ADDRESS: 4545 Co. Hwy T.T.
CITY, STATE: Sun Prairie, WI. 53590
TELEPHONE: 608-469-0738
MODEL: Veranda

DATE: 12/09/04
BLOCK: 5016
LOT: 26
　　 UNIT: 72
CITY   Cape Coral
PRICE        $ 226,000.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Paver driveway, walkway, and entry i/l/o stamped(irregular setback | $ 4,200.00 |
| 7. Paver driveway for 3rd garage(irregular setback) | $ 4,890.00 |
| 8. 3rd car garage(recessed) | $ 14,220.00 |
| 9. Sprinkler System with auto rain shut-off for oversized | $   400.00 |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans and light fixtures per model | $  Included |
| 12. Floritam sod for oversized lot | $ 1,065.00 |
| 13. Fill (allowance) | $ 8,000.00 |
| 14. Credit tile deck pkg. | $ <1,100.00> |
| 15. Water/sewer/impact fees | $ Included |
| 16. 100Amp subpanel | $   795.00 |
| 17. Plumb to dock | $   250.00 |

### TOTAL HOME IMPROVEMENTS cont.

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
ARANDA HOMES INC.

_____
PURCHASER

_____
PURCHASER

4

Addendum #2
NAME: Heinemann
ADDRESS: 4545 Co. Hwy T.T.
CITY, STATE: Sun Prairie,WI. 53590
TELEPHONE: 608-469-0738
MODEL: Veranda

DATE: 12/09/04
BLOCK: 5016
LOT: 26
UNIT: 72
CITY   Cape Coral
PRICE          $ 226,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 18. Privacy wall 3ft. high w/screen | $  495.00 |
| 19. Manibloc plumb. I/l/o std. | $ 1,600.00 |
| 20. Master bath redesign(see plan) | $ 6,565.00 |
| 21. Office/additional lanai(see plan) | $ 27,075.00 |
| 22. Service door to be solid | $ N/C |
| 23. Bronze soffit/facia | $ N/C |
| 24. Window in garage | $ 350.00 |
| 25. Underground elec service(allowance) | $ 800.00 |
| 26. Soffit lighting w/recessed lights in master bath | $ 1,125.00 |
| 27. 4 add. Outside openings w/1 switch | $  190.00 |
| 28. Radiant barrier(allowance) | $ 2,900.00 |
| 30. Humidistat | $  99.00 |
| 31. Credit on service door | $ <465.00> |

TOTAL HOME IMPROVEMENTS $ 299,454.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____          _____
PURCHASER

_____          _____
ARANDA HOMES INC.                          Barbara A. Heinemann
                                           PURCHASER

5

Addendum # 3               DATE:       ~3/' /05

NAME: Heinemann            BLOCK      5016

ADDRESS: 4545 Co. Hwy T.T.    LOT         26

CITY, STATE: Sun Prairie,WI. 53590  UNIT       72

TELEPHONE: 608-469-0738     CITY      Cape Coral

MODEL: Veranda            PRICE     $ 226,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 32. Shower door w/fixed glass(i/l/o bypass doors) | $ 280.00 |
| 33. Shower i/l/o tub w/fixed glass (bath 2) | $ 975.00 |
| 34. Wood shelving in all closets(except master) i/l/o wire | $ 525.00 |
| 35. Tight wire mesh in pantries | $ Included |
| 36. Jandy control prewire | $ 195.00 |
| 37. Post light prewire | $ 233.00 |
| 38. Lead glass inserts for front door(allowance) | $ 1,500.00 |
| 39. 3 stucco decora windows w/ 3 openings and switch(fixture by owner) | $ 632.00 |
| 40. Delete jetts in garden tub | $ <495.00> |
| 41. Delete manabloc plumb | $ <1,600.00> |
| 42. Circulating pump w/thermostat | $ 665.00 |

TOTAL HOME IMPROVEMENTS   $ 302,364.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

WITNESS _____        _____

                                    PURCHASER

ARANDA HOMES INC.           Barbara Heinemann

                                      PURCHASER

Addendum #4                              DATE: 8/16/05
NAME: Heinemann                          BLK 5016
ADDRESS: 4545 Hwy. TT                    LOT 26
CITY, STATE: Sun Prairie, WI. 53590      UNIT 72
TELEPHONE: 608-469-0738                  CITY Cape Coral
MODEL: Veranda                           PRICE        $

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Paint up-charge ( COLOR WHEEL PAINT )          $   475.00

2. cultured marble tub deck                       $ 1,640.00

3. Bisque drop-in tub(master)                     $   120.00

4. Bisque commode(master)                         $    85.00

5. Raised panel(foil doors) in all baths          $   630.00

6. Raised panel(foil doors) in laundry room       $   420.00

7. Inserts for showers(3-10x12 35.00 each) (shampoo shelf)  $   105.00

8. Tile roof upgrade(color blend)                 $ 4,200.00

9. 50 Amp service for dock                        $   595.00

10. 2 additional ceiling fans                     $    70.00

11. Small master closet to have wood shelving(see previous addendum   $ N/C

12. Plumbing credit(see attached)                 $  <511.00>
Note:Warranty does not cover homeowner supplied items.Homeowner has the responsibility to
Provide any missing parts. Does not include any additional labor that may be applicable on home
Owner provided items. Owner to deliver items to Tri-J Plumbing


TOTAL HOME IMPROVEMENTS   $ 7,829.00


ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electricity after final payment.

_____        ___8/16/05_____
                                     PURCHASER
_____        _____
Aranda Homes, Inc.                   PURCHASER

6

Addendum #5
NAME: Heinemann
ADDRESS: 4545 Hwy. TT
CITY, STATE: Sun Prairie, WI. 53590
TELEPHONE: 608-469-0738
MODEL: Veranda

DATE: 8/27/05
BLK  5016
LOT 26
UNIT 72
CITY Cape Coral
PRICE          $

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Delete front door upgrade allowance(std. door w sandblasting inc)          $  <1,500.00>

2. Credit for metal shutters across lanai(all other shutters to be metal), homeowner
To supply roll downs for lanai                                                $  <  350.00>

3. 3-110 openings w/3 switches for elec. Shutters on lanai                    $     240.00

4. 2 additional bisque toilets for guest baths                               $     170.00

5. Central vac(see attatched-Advanced Security)                              $   1,760.00

TOTAL HOME IMPROVEMENTS  $   320.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
                                                      PURCHASER

_____                    _____
Aranda Homes, Inc.                                    PURCHASER

6

## PROFILE SHEET

| | |
|---|---|
| NAME: Heinemann | Lot 26 |
| Model: Veranda | Unit 72 |
| 1. Legal Description: | Block 5016 |
| 2. Lot Dimension: | oversized |
| 3. Seawall: | Done |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | City |
| 6. Deed Restriction | No |
| 7. Well | No |
| 8. Septic | No |
| 9. City/Water/Sewer | Yes |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | oversized |
| 12. Financing: | No |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Bernie Heinemann_   Date:

Customer: _Barbara A. Heinemann_   Date:

7

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 18 day of March _____ , 2005 , by and between Jack Maloy _____
and Louise Maloy _____ , as Owner, whose present mailing address is:
1014 Dryden Circle , Stillwater, OK 74075_____ and ARANDA
HOMES, INC., as Contractor.

FIRST:          The Contractor promises and agrees to the Owners that he will for the consideration hereinafter

mentioned finish and deliver a residence on land known as: 1328 SW 4th Ave, Cape Coral FL 33991
_____Unit 28, Block 1986, Lots 49-50       23-44-23-C3-01986.0490

situated in ___Lee_____County, State of Florida Owned by
_____Jack Maloy & Louise Malroy_____

SECOND:         That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Twelve Thousand Six  Hundred Forty  Dollars XX/00 ($ 212,640.00 ) _____ )

U.S. Dollars in the following manner: one percent, 1% $ 2,126.40 _____ Deposit, with signing of the contract
1. $ 19,137.60 _____ (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ 53,160.00 _____ (25%) when plumbing is roughed in and slab is poured.
3. $ 53,160.00 _____ (25%) when masonry walls are complete and lintel poured.
4. $ 53,160.00 _____ (25%) when sub-roof is on and electrical roughed in.
5. $ 21,264.00 _____ (10%) when interior drywall is complete.
6. $ 10,632.00 _____ (5%) when completely finished and ready for delivery to Owners.
Contingent upon plan approval. Contingent upon Financing
Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___180_____ days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.
Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda . Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of Uno liens☐ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.
Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact :
CILB Recovery
1940 North Monroe Street Suite #3
Tallahassee, FL 32399-1039
Tel: (850)487-1395
The above price is guaranteed to the Owners through ___May 2_____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the

1

28/1986/49.50

1328 SW 4 Avenue
23-44-23-C3-01986-0490

titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile testing or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturers warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners[] lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:     OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, [JWAYY[] OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:     CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. · IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA[]S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:     NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

3

**SEVENTEENTH:**          Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:**          This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Jackie Maloy_

Purchaser: _C. Louise Maloy_          ARANDA HOMES, INC.

4

ADDENDUM #1                                          DATE: 3/18/05

NAME: Jack & Louise Maloy                            BLOCK 1986

ADDRESS: 1014 N. Dryden Circle                       LOT   49-50

CITY, STATE : Stillwater, OK 74075                     City: Cape Coral

TELEPHONE: (405) 372-8878                            S/D

MODEL : Viscaya                     TOTAL PRICE        $201,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. City water hook-up | Included |
| 2. Standard septic system | Included |
| 3. Dimensional shingle roof | Included |
| 4. Tile living & dining areas | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer & dryer | Included |
| 7. Front doors sandblasted | Included |
| 8. Security system | Included |
| 9. Fans & light fixtures | Included |
| 10. Tile deck package | Included |
| 11. Stamped driveway, walk, & entry | Included |
| 12. Floratam sod for standard 80 x 125 lot | Included |
| 13. Sprinkler system with auto rain shutoff | Included |
| 14. Additional fill allowance | 8,000.00 |
| 15. Additional fill/final grade allowance | 2,000.00 |
| 16. Surveys | Included |
| 17. Windows in master bathroom shower to be obscure | Included |
| 18. Culvert pipe for standard driveway | 795.00 |
| 19. Garage door opener with two transmitters | 350.00 |
| 20. Water and electric to dock | 495.00 |
| 21. Floor outlet in great room | Included |

TOTAL HOME IMPROVEMENTS            $212,640.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                    PURCHASER

                                                     _____
                                                      PURCHASER

5

PROFILE SHEET

| | |
|---|---|
| NAME: Jack & Louise Maloy | Lot 49-50 |
| Model: __Viscaya__ | Block 1986 |
| 1. Legal Description: | Unit 28 |
| 2. Lot Dimension: | 80 X 125 |
| 3. Seawall: | Completed |
| 4. Fill Requirements | T.B.D. |
| 5. Impact Fee: | City |
| 6. Deed Restriction | City |
| 7. Well : | N/A |
| 8. Septic | Yes |
| 9. Water/ Sewer | N/A |
| 10. Culvert Pipe: | T.B.D. |
| 11. Survey | Needed |
| 12. Financing | NO |

1328 SW 4th Ave.
Cape Coral, FL 33991

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Jackie Maloy_         Date: _3-27-05_
Customer: _C. Louise Maloy_      Date: _3-27-05_

6

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this _____27th_____ day of ____May_____, 2005 by and between _____Thai D. Nguyen and Lieu Thi Nguyen_____, as Owners, whose present mailing address is _____2225 SE 2nd Street Cape Coral Fl 33990___ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as_____26 NW 6th St. Cape Coral, Fl 33993_____ _situated in_____LEE_____County, State of Florida. Owned by_____Thai D. Nguyen and Lieu Thi Nguyen_____, His Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Sixty Two Thousand Three Hundred and Forty dollars XX/100——————————,($262,340.00 )

U.S. Dollars in the following manner: One percent, 1% $ 2,623.40 Deposit, with signing of the contract.

1. $ 23,610.60    9% as down payment, by check subject to collection, prior to start of construction.
2. $                25% when plumbing is roughed in and slab is poured.
3. $                25% when masonry walls are complete and lintel poured.
4. $                25% when sub-roof is on and dried in.
5. $                10% when interior drywall is installed.
6. $                5% when completely finished and ready for delivery to Owners.

⅗ This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___180__ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through___July 12th_____, 2005 , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.  Block 2616   Lts 13-14

26 NW 6 ST.

Pool septic wtr  11-44-23-C2-02616.0130

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's ____Vista____ home with all details of material and construction to be equal to or better than hose used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which liability terminates five years from the date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish ____Concrete____ driveway of up to ____800____square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR. YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser:

Purchaser:

Aranda Homes, Inc.

**ADDENDUM #1**
NAME: Thai D. and Lieu Thi Nguyen
ADDRESS: 2225 SE 2nd Street
CITY, STATE: Cape Coral, Fl 33990
TELEPHONE: 849-2731
MODEL: Vista Plan

| | |
|---|---|
| DATE: | 05/27/05 |
| BLOCK | 2616 |
| LOT | 13-14 |
| UNIT | 37 |
| CITY | Cape Coral |

**ADDITIONS, CHANGES AND IMPROVEMENTS**     PRICE     $ 247,100.00

| | |
|---|---|
| 1. Tile Roof as per model | $ Included |
| 2. Tile floors as per model | $ Included |
| 3. Solid surface kitchen counter tops | $ Included |
| 4. All Appliances as per model | $ Included |
| 5. Front Doors sandblasted as per plan | $ Included |
| 6. Security system as per model | $ Included |
| 7. Tile deck package as per model | $ Included |
| 8. Stamped Concrete driveway, walkway and entry area | $ Included |
| 9. All Impact fees, well, aerator, softener and septic system | $ Included |
| 10. All Surveys | $ Included |
| 11. Flortam sod for Standard 80'x125' lot | $ Included |
| 12. Sprinkler system with auto rain shut-off for Standard 80'x125' lot | $ Included |
| 13. Fill allowance | $ 8,000.00 |
| 14. Add water jets to tub in master bathroom | $ 695.00 |
| 15. Add outside kitchen with jen-air cooktop, opening for refrigerator and sink | $ 2,980.00 |
| 16. Add Solid wall on patio for outdoor kitchen | $ 595.00 |
| 17. Add to corner block 16" near outdoor kitchen as per plan | $ 170.00 |
| 18. Delete Knee wall in entry area as per plan | $ <95.00> |
| 19. Frost glass for the 2 windows in master bath shower | $ No Charge |
| 20. Add Granite Kitchen Counter Tops | $ 2,500.00 |
| 21. Add Vented Micro-wave | $ 395.00 |

               **TOTAL HOME IMPROVEMENTS**     $ 262,340.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

ARANDA HOMES INC.        PURCHASER

          Pool

# *Aranda Homes Inc.*

| | | |
|---|---|---|
| ADDENDUM #2 | DATE: | 06/01/05 |
| NAME: Thai D. and Lieu Thi Nguyen | BLOCK | |
| ADDRESS: 2225 SE 2nd Street | LOT | |
| CITY, STATE: Cape Coral, Fl 33990 | UNIT | |
| TELEPHONE: 849-2731 | CITY | Cape Coral |
| MODEL: Vista Plan | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Credit back out Outdoor Kitchen from Addendum #1 | | $< 2,980.00> |
| 2. Credit back out water jets for master tub on Addendum #1 | | $ <695.00> |
| 3. Pre Plumb and Electric on patio for future outdoor kitchen as per plan | | $  610.00 |
| 4. Add Brick Pavers | | $  720.00 |
| 5. Add 3rd outside Pool Bath as per plan | | $ 14,625.00 |

Reverse Plan

| | | |
|---|---|---|
| TOTAL HOME IMPROVEMENTS | | $ 12,280.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

ARANDA HOMES INC.

PURCHASER

PURCHASER

# *Aranda Homes Inc.*

| | | |
|---|---|---|
| **ADDENDUM #3** | **DATE:** | 06/22/05 |
| NAME: Thai D. and Lieu Thi Nguyen | **BLOCK** | |
| ADDRESS: 2225 SE 2nd Street | **LOT** | |
| CITY, STATE: Cape Coral, Fl 33990 | **UNIT** | |
| TELEPHONE: 849-2731 | **CITY** | Cape Coral |
| MODEL: Vista Plan | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add hot and cold water shower on patio as per plan | | $ 495.00 |
| 2. Add 1 extra phone jack as per plan | | $ 40.00 |
| 3. Add 1 extra tv outlet as per plan | | $ 40.00 |
| 4. Add 2 motion lights with 2 switches as per plan | | $ 340.00 |
| 5. Add window to guest pool bath as per plan | | $ 360.00 |
| | TOTAL HOME IMPROVEMENTS | $ 1,275.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

ARANDA HOMES INC.

PURCHASER

PURCHASER

## PROFILE SHEET

NAME: <u>Thai D. and Lieu Thi Nguyen</u>

Model: <u>Vista  model</u>

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City Water and Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: _____

13. Swimming Pool: San Juan Pools  pool package

14. Strap number

15. Salesperson

<u>Lots</u>    13-14

<u>Subdivision</u> C.C.

<u>Unit</u>    37

<u>Block</u>   2616

<u>80x125</u>

<u>On water</u> By owner

<u>T.B.D</u>

<u>Lee County</u>

<u>Cape Coral</u>

<u>Yes</u>

<u>Yes</u>

<u>No</u>

<u>T.B.D</u>

<u>3</u>

<u>Yes</u>

<u>Yes</u>

<u> 114423c2026160130 </u>

<u>Joe</u>

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 5-27-05

Customer: _____   Date: 5/27-05