UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br><br><br>MAGISTRATE WILKINSON |

### NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Richard Jones Construction Company, Inc. will bring on for submission its Motion to Dismiss on May 11, 2011 at 9:00 a.m.

                KREBS, FARLEY & PELLETERI, P.L.L.C.

                */s/ Charles B. Long*
                CHARLES B. LONG (#22824)
                THOMAS H. PEYTON (#32635)
                400 Poydras Street, Suite 2500
                New Orleans, Louisiana   70130
                Telephone:   504-299-3570
                Facsimile:   504-299-3582
                E-mail:   clong@kfplaw.com
                E-mail:   tpeyton@kfplaw.com
                ATTORNEYS FOR DEFENDANT
                RICHARD JONES CONSTRUCTION
                COMPANY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG