UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED         :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :    SECTION:   L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :    JUDGE FALLON
                                     :
PAYTON (09-7628)                     :    MAG. JUDGE WILKINSON
------------------------------------------------------------x
```

**NOTI CE OF SUBMISSION**

PLEASE TAKE NOTICE that the Knauf Plasterboard (Tianjin) Co., Ltd., appearing through undersigned counsel, will bring the foregoing Motion for Relief from PTO 1(B) for hearing before the Honorable Eldon E. Fallon, Section "E",  of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 11th day of May, 2011 beginning at 9:00 o'clock, a.m. or as soon thereafter as counsel can be heard.

Respectfully Submitted,

By:  /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Plasterboard (Tianjin) Co., Ltd.

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, by email, and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was e-filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2011.

*/s/ Kyle A. Spaulding*_____