UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION:   L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
:
PAYTON (09-7628) : MAG. JUDGE WILKINSON
------------------------------------------------------------x

**<u>ORDER</u>**

    Considering the Motion for Expedited Hearing on Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Relief from Pre-Trial Order 1(B);

    IT IS HEREBY ORDERED that the hearing on Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Relief from Pre-Trial Order 1(B) will be held after the monthly status conference on April 26, 2011, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

                                                                             _____
                                                                             JUDGE ELDON E. FALLON