UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED          :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :    JUDGE FALLON
                                     :
PAYTON (09-7628)                     :    MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

**EX PARTE MOTION FOR EXPEDITED HEARING ON KPT'S
<u>MOTION FOR RELIEF FROM PRE-TRIAL ORDER 1(B)</u>**

**NOW COMES** Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), who moves for expedited consideration for it Motion for Relief from Pre-Trial Order 1(B). Due to the expediency with which this case is moving and the fact that the storage of the drywall that is the subject of the motion is costing Defendants a significant sum of money, it is necessary to hear the motion for relief from PTO 1(B) on an expedited basis. Thus, KPT requests an expedited hearing on its motion on April 26, 2011 following the monthly status conference.

                              Respectfully Submitted,

                              <u>By:  /s/ Kyle A. Spaulding          </u>
                              KERRY J. MILLER (#24562)
                              KYLE A. SPAULDING (#29000)
                              PAUL C. THIBODEAUX (#29446)
                              FRILOT L.L.C.
                              1100 Poydras Street
                              Suite 3700
                              New Orleans, LA 70163
                              Telephone:  (504) 599-8194
                              Facsimile:  (504) 599-8145
                              Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for Knauf Plasterboard (Tianjin) Co., Ltd.

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, by email, and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was e-filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2011.

/s/ Kyle A. Spaulding_____