UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## PSC'S RESPONSE AND MEMORANDUM IN OPPOSITION TO BANNER SUPPLY COMPANY'S MOTION FOR PROTECTIVE ORDER CONCERNING MULTIPLE 30 (B)(6) DEPOSITIONS

The Plaintiffs' Steering Committee ("PSC") hereby files its Response in Opposition to Banner Supply Company's Motion for Protective Order Concerning Multiple 30(b)(6) depositions.   In support thereof, the PSC states as follows:

Banner Supply Co. omits several material facts in its Memorandum in Support of its Motion for Protective Order.   First, the deposition at issue was noticed by a non-PSC member law firm, in a case pending in Miami-Dade County (before Judge Joseph Farina), concerning a single development, named Bermuda Villages.   The deposition is not duplicative of the Rule 30(b)(6) deposition previously taken by PSC members of Banner's corporate representatives.   Second, the PSC does not seek to rehash the Rule 30(b)(6) depositions taken of Banner in this matter, the deposition at issue merely concerns Banner's involvement in the drywall it supplied to Bermuda Villages.   Third, the PSC is not seeking to retake the Rule 30(b)(6) depositions it already conducted of Banner's corporate representatives.   The PSC simply adopted the deposition notice in the Miami-Dade County case.   Fourth, Banner ignores that PSC members have cases filed in the MDL and in Miami-Dade County that concern residents of Bermuda Villages and should be

1

permitted to ask case specific questions in the areas designated in the deposition notice.[1]   The above-referenced omissions by Banner are important.   When taking the above omissions into consideration, it is clear that the PSC has merely sought to coordinate proceedings with the Florida State court action regarding the Bermuda Villages cases filed in the MDL.   Accordingly, the PSC should be permitted to question Banner's corporate representative regarding the topics set forth in the deposition notice limited to Bermuda Villages.   Ex. A, attached hereto.

A brief review of the notice of taking deposition of Banner's corporate representative, Mr. Scott Giering, that was already taken by the PSC, clearly shows the difference between what areas have been covered with Banner's corporate representative and the subject depiction.   Ex. B, attached hereto.   For Mr. Giering's deposition that was already taken, the topics may be categorized as follows: a) Banner's relationship and with the other Defendants in the *Harrell* matter in Miami-Dade county and documents concerning the same (topics 1-12); b) Banner's general business practices regarding drywall (topics 13-16); c) specific documents, contractual relationships between Banner and other Defendants in the *Harrell* matter in Miami-Dade County and (topics 17-39); d) general policies and procedures, including quality control, testing, regarding Banner's purchase of drywall (topics 40-44); and e) specific inquiries regarding Banner's contentions in the cases regarding defective drywall and remediation, evidence preservation, discovery and pleadings (topics 45-54).

In contrast, the deposition at issue was noticed as follows:

> Corporate Representative of Defendant Banner Supply Co. with the most knowledge of the drywall supplied to the Bermuda Village

---

1  For example, PSC Member Ervin Gonzalez represents five homeowners in Bermuda Villages who have cases filed in the MDL in the first Omnibus complaint, EDLA Case No. 09-7628): 1) Mr. Jerald Bagley; 2) Mr. Henry Courtney, (intervenor in Omni I); 3) Hunting and Mary Deutsch; 4) Earnest and Pigi Caretti Turner; 5) Maria Rose Zeller and Solabella Company Ltd.

> Complex, Lorretto Avenue, Coral Gables, Florida 33146, including the dates and amount of drywall supplied, the manufacturer of any drywall supplied, the chain of distribution, the allegations of the Complaint [filed in Miami-Dade County], and the allegations contained in Banner's proposed Third Party Complaint [that will be filed in Miami-Dade County].

Ex. A, attached hereto, PSC's Notice of Taking Deposition adopting deposition notice in state court action.   As such, the deposition contemplated is case specific to Bermuda Villages and not a "second bite at the apple."   Moreover, counsel, such as PSC Member Ervin Gonzalez, who represent Bermuda Villages homeowners should be permitted to ask questions regarding their clients' homes in Bermuda Villages whose cases are filed both in the MDL and in Miami-Dade County.

Finally, Banner's citation to Federal Rule of Civil Procedure 30(a)(2)(A)(ii) for the proposition that leave of court must be granted to take a deposition twice is unavailing.   As set forth above, the subject deposition is not the same as the one previously taken of Mr. Giering. The subject deposition covers case specific concerns to Bermuda Villages and is different. Additionally, the PSC does not seek to rehash areas it has already covered with Banner's corporate representative.

WHEREFORE, the PSC, requests that the Court enter an Order denying Banner's Motion for Protective Order Concerning Multiple 30(b)(6) depositions.

Respectfully Submitted,

Dated: April 19, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

4

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsburg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsburg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA   70113
PH:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhkc.com