UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:
PAYTON, et al
vs.
KNAUF GIPS, KG, et al
Case No. 09-7628

SECTION 1

JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

_____/

## ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll/Substitute Counsel for Plaintiffs listed in Exhibit "A",

**IT IS HEREBY ORDERED** that Matthews & Associates is removed as counsel of record; and

**IT IS FURTHER ORDERED** that Daniel K. Bryson of the law firm of Lewis & Roberts, PLLC is substituted as counsel of record for Plaintiffs listed in Exhibit "A", in the above-captioned proceeding.

New Orleans, Louisiana, this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

## Omnibus Complaint I

Carter, Alexis and James
Klemann, Travis John
Elliott, William and Fryc, Mary Ann
Huckaby, Michael and Jennifer