UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT OYSTER BAY HOMES, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

    Considering Defendant Oyster Bay Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

    IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

    New Orleans, Louisiana, this __19th__ day of April, 2011.

                                                  _____
                                                  ELDON E. FALLON
                                                  UNITED STATES DISTRICT JUDGE