UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :   SECTION:    L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :   JUDGE FALLON
                                    :
ALL CASES                           :   MAG. JUDGE WILKINSON
                                    :
                                    :
------------------------------------------------------------x

## ORDER

**CONSIDERING** the Motion for Leave to File the Knauf Defendants' Motion to Enforce Settlement Agreement Under Seal;

**IT IS ORDERED** that the Knauf Defendants are granted leave of Court to file the Motion to Enforce Settlement Agreement and its accompanying Memorandum in Support under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
JUDGE ELDON E. FALLON