

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 19 2011

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :   SECTION:   L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :   JUDGE FALLON
                                    :
ALL CASES                           :   MAG. JUDGE WILKINSON
------------------------------------------------------------x

**EX PARTE MOTION FOR EXPEDITED HEARING ON KNAUF DEFENDANTS'
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**NOW COMES** the Knauf Defendants, who move for expedited consideration for its Motion to Enforce Settlement Agreement. Due to the expediency with which this case is moving and the fact that the properties in question are in danger of damage due to further vandalism, it is necessary to hear the motion to enforce the Prichard Housing Authority settlement agreement on an expedited basis. Thus, Knauf Defendants request an expedited hearing on its motion on April 26, 2011 following the monthly status conference.

Respectfully Submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, by email, and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was e-filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2011.

/s/ Kyle A. Spaulding