UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED         :       MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :       SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :       JUDGE FALLON
                                     :
ALL CASES                            :       MAG. JUDGE WILKINSON
---------------------------------------------------------------x

### ORDER

Considering the Motion for Expedited Hearing on the Knauf Defendants' Motion to Enforce Settlement Agreement;

IT IS HEREBY ORDERED that the hearing on the Knauf Defendants' Motion to Enforce Settlement Agreement will be held after the monthly status conference on April 26, 2011, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON