UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :    JUDGE FALLON
                                        :
PAYTON (09-7628)                        :    MAG. JUDGE WILKINSON
-----------------------------------------------------------------x

**<u>ORDER</u>**

Considering the Motion for Expedited Hearing on Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Relief from Pre-Trial Order 1(B);

IT IS HEREBY ORDERED that the hearing on Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Relief from Pre-Trial Order 1(B) will be held after the monthly status conference on April 26, 2011, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

New Orleans, Louisiana this 20th day of April 2011.

_____
JUDGE ELDON E. FALLON