UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Payton v. Knauf Gips KG*, **No. 09-7628**

## ORDER

Considering Plaintiff Doris C. Hodgson's Motion to Substitute Proper Party (R. Doc. 8560) filed in the above-captioned matter, IT IS ORDERED that responses in opposition to this Motion are to be filed within ten (10) days of this Order.  Thereafter, the Court will resolve the Motion on the briefs.

New Orleans, Louisiana this 20th day of April 2011.

_____
U.S. District Judge