UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Vickers v. Knauf Gips KG*, **No. 09-4117**

## ORDER

Considering Meadows of Estero-Bonita Springs Limited Partnership's Motion to Intervene as a Class Action Plaintiff (R. Doc. 8274) filed in the above-captioned matter, IT IS ORDERED that responses in opposition to this Motion are to be filed within ten (10) days of this Order. Thereafter, the Court will resolve the Motion on the briefs.

New Orleans, Louisiana this 20th day of April 2011.

_____
U.S. District Judge