UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILTY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL No. 2047<br><br><br>SECTION: L |
| This Document Relates to:<br>*Kenneth Abel, et al v. Taishan Gypsum Co. Ltd*<br>*f/k/a Shandong Taihe Dongxin Co. Ltd, et al.*<br>Docket No. 11-080 (E.D.La.) | §<br>§<br>§<br>§ | Judge Fallon<br>Mag. Judge Wilkinson |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## NOTICE OF APPEARANCE

NOW COMES Kay B. Baxter, Brandie M. Thibodeaux, Glenn L.M. Swetman, Christopher O. Massenburg, Margaret Adams Casey, and Darren M. Guillot of Swetman Baxter Massenburg LLC, and notifies this Court of their appearance as counsel for Defendant Ciara Homes LLC (improperly sued as Cierra Homes) as to Plaintiffs' Omnibus Class Action Complaint (VII) and requests that any orders, notices, motions, pleadings, and correspondence issued from this Honorable Court be forwarded to the undersigned.

- 1 -

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By: ___/Kay B. Baxter_____
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
DARREN M. GUILLOT, (LSBA No. 22938)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:  (504) 799-0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of April, 2011.

___/Kay B. Baxter_____
**KAY B. BAXTER**