

# Civil defense

Respondent: Pingyi Zhongxing Paper-faced Plasterboard Co.,Ltd.

Address: Pingyi County Industrial Park, Shandong, China

By David Gross and others v. the respondent products liability litigation, the respondent is presented below:

First, Shandong Chen Xiang Building Materials Co., Ltd. is not the main grid as a defendant.

Shandong Chen Xiang Building Material Co., Ltd, the correct name is Shandong Chen Xiang Plaster Building Material Co., Ltd..In January 23, 2003, by Pingyi development Thermal Power Co., Ltd., Pingyi Lu An Power Equipment Co., Ltd.,Seoul, Korea Machinery Industry Co., Ltd. jointly Invested in the construction.On October 17, 2008, Pingyi County People's Court had declared it bankrupt, and it have been canceled.

Second, Pingyi Zhongxing Paper-faced Plasterboard Co.,Ltd. is not even the main grid as a defendant.

Pingyi Zhongxing Paper-faced Plasterboard Co.,Ltd and Shandong Chen Xiang Building Materials Co., Ltd., the two independent companies, there is no legal relationship. Pingyi Zhongxing Paper-faced Plasterboard Co.,Ltd was founded in June 6, 2003, by five shareholders, Xian ling meng, Li kou xin, Zhi hua gao, Zheng hui zhang ,Kai xue Wang. In October 13, 2003 ,shareholders were changed as Kai xue Wang and Kaiwei wang ; in February 22, 2006, changed as Kai xue Wang and

Song xiang sun ; and in July 30, 2008, the company name was changed into Pingyi zhongxing Building Material Co., Ltd. Formed from the equity perspective, the two companies have no affiliation. The responsibilities, interests, Claims, debts of Shandong Chen Xiang Building Materials Co., Ltd. have nothing to do with Pingyin Zhongxing Paper-faced Plasterboard Co.,Ltd..It is clearly wrong that The plaintiff David Gross and others taking Shandong Chen Xiang Building Materials Co., Ltd. And Pingyin Zhongxing Paper-faced Plasterboard Co.,Ltd. as the same company.

Third, the respondent has, since it is founded, never saled its paper-faced plasterboard to the United States. So there are no sales to David Gross and others , even no damages to them.

In summary, by respondent, David Gross and others, mistaking the respondent as defendant ,it is clear that the respondent is not the main grid, and the respondent is not the justification of parties in the litigation.Please dismiss by respondent' appeals on the respondent.
Sincerely,

UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF LOUISANA
Respondent: Pingyin Zhongxing Paper-faced Plasterboard Co.,Ltd
March 24, 2011

# 民事答辩状

答辩人：平邑中兴纸面石膏板有限公司

公司地址：中国山东平邑县工业园区

因戴维·格罗斯（David Gross）等人诉答辩人产品责任赔偿一案，现提出答辩如下：

一、原告将山东晨翔建材有限公司列为被告主体不适格。

山东晨翔建材有限公司正确名称是山东晨翔石膏建材有限公司，于 2003 年 1 月 23 日，由平邑发展热电有限公司、平邑鲁安电力设备有限公司、韩国汉城机械工业株式会社共同投资兴建，于 2008 年 10 月 17 日被平邑县人民法院宣告破产，现已被注销。

二、原告将平邑中兴纸面石膏板有限公司列为被告主体更不适格。

平邑中兴纸面石膏板有限公司与山东晨翔建材有限公司是两个独立的公司，没有任何法律关系。平邑中兴纸面石膏板有限公司于 2003 年 6 月 6 日，由孟凡领、寇新利、高志华、张政辉、王开学五位股东投资成立，于 2003 年 10 月 13 日变更为王开学、王开伟两位股东，于 2006 年 2 月 22 日变更为王开学、孙宋香两位股东至今，并于 2008 年 7 月 30 日将公司名称变更为平邑中兴建材有限公司。从股权组成看，两公司没有任何隶属关系。山东

1

晨翔建材有限公司的责任、权益、债权、债务与平邑中兴纸面石膏板有限公司及变更后的平邑中兴建材有限公司无关，原告戴维·格罗斯（David Gross）等人将平邑中兴纸面石膏板有限公司与山东晨翔建材有限公司混同为一个公司显然是错误的。

三、答辩人自成立以来，从没有向美国出口销售过纸面石膏板材，更不存在销售给被答辩人戴维·格罗斯（David Gross）等人纸面石膏墙板并给其造成损失的事实。

综上，被答辩人戴维·格罗斯（David Gross）等人错误地将答辩人列为被告显然属主体不适格，答辩人非本案正当当事人。请贵院依法驳回被答辩人戴维·格罗斯（David Gross）等人对答辩人的诉求。

此致

路易斯安那州东部地区美国地区法院



答辩人：平邑中兴纸面石膏板有限公司

2011年3月24日

2

# 山东省平邑县人民法院

# 公 告

　　山东省临沂市中级人民法院于2008年3月3日裁定受理了申请人平邑发展热电有限公司、平邑金城循环水供热有限公司申请山东晨翔石膏建材有限公司破产清算的申请，并于2008年6月10日指定该案交本院审理。经审查，山东晨翔石膏建材有限公司资产总额为159979550.47元，负债总额199670098.07元，资产负债率为124%。本院认为山东晨翔石膏建材有限公司已不能清偿到期债务，并且资产不足以清偿全部债务，符合法定破产条件。2008年10月17日本院依法作出（2008）平民破字第2号民事裁定书，宣告山东晨翔石膏建材有限公司破产。



-3-

# 企业变更情况

企业名称：平邑中兴建材有限公司
注 册 号：371326228003742

| 变 更 次：1次 | 变 更 事 项（编码）：法定代表人 |
|---|---|
| 变更前内容： 孟凡领 | |
| 变更后内容： 王开学 | |
| 核 准 日 期： 2003年10月13日 | |

| 变 更 次：2次 | 变 更 事 项（编码）：董事会 |
|---|---|
| 变更前内容： ,孟凡领,,寇新利,,张政辉,,孙伟青,,高志华,,孟现新,,王开伟, | |
| 变更后内容： ,王开伟,,王开学, | |
| 核 准 日 期： 2003年10月13日 | |

| 变 更 次：2次 | 变 更 事 项（编码）：股东 |
|---|---|
| 变更前内容： ,孟凡领,40,寇新利,40,高志华,40,张政辉,40,王开学,40 | |
| 变更后内容： ,王开学,100,王开伟,100 | |
| 核 准 日 期： 2003年10月13日 | |

| 变 更 次：3次 | 变 更 事 项（编码）：行业门类 |
|---|---|
| 变更前内容： | |
| 变更后内容： 制造业 | |
| 核 准 日 期： 2005年03月19日 | |

| 变 更 次：3次 | 变 更 事 项（编码）：行业代码 |
|---|---|
| 变更前内容： | |
| 变更后内容： 水泥及石膏制品制造 | |

# 企业变更情况

企业名称：平邑中兴建材有限公司
注 册 号：371326228003742

| 变 更 次：4次 | 变更事项（编码）：自然人股东 |
|---|---|
| 变更前内容：姓名：王开学，出资额：420，百分比：84；姓名：王开伟，出资额：80，百分比：16； ||
| 变更后内容：姓名：王开学，出资额：420，百分比：84；姓名：孙宋香，出资额：80，百分比：16； ||
| 核准日期：2006年02月22日 ||

| 变 更 次：6次 | 变更事项（编码）：名称 |
|---|---|
| 变更前内容：平邑中兴纸面石膏板有限公司 ||
| 变更后内容：平邑中兴建材有限公司 ||
| 核准日期：2008年07月30日 ||

| 变 更 次：6次 | 变更事项（编码）：经营范围 |
|---|---|
| 变更前内容：纸面石膏板及相关配套产品生产销售；装饰、装修材料销售；地产中药材、农副产品（国家限制、禁止经营的除外）购销；石膏粉加工销售（仅限分公司经营），货物进出口（国家限制禁止经营的除外）。（以上范围需经许可的，凭许可证、资质证经营） ||
| 变更后内容：纸面石膏板及相关配套产品生产销售；装饰、装修材料销售；天花板、石膏粉（仅限分公司经营）加工销售，货物进出口（国家限制禁止经营的除外）。（以上范围需经许可的，凭许可证、资质证经营） ||
| 核准日期：2008年07月30日 ||

| 变 更 次：7次 | 变更事项（编码）：住所 |
|---|---|
| 变更前内容：平邑镇东阳店子村 ||
| 变更后内容：平邑工业园区创业路北（平邑晟元新型建材有限公司院西） ||
| 核准日期：2008年08月19日 ||

2008年08月21日

# 企业信息

企业名称：平邑中兴建材有限公司
注 册 号：371326228003742

| 注册号 | 371326228003742 | 公司名称 | 平邑中兴建材有限公司 |
|---|---|---|---|
| 名称预先核准通知书文号 | | | |
| 住 所 | 平邑工业园区创业路北（平邑晟元新型建材有限公司院西） | | |
| 邮政编码 | 273300 | 法定代表人（负责人） | 王开学 |
| 联系电话 | 4885797 | 注册资本（资金数额） | 500万元 |
| 企业类型 | 有限责任公司 | 企业类型编码 | 1100 |
| 行业代码 | 轻质建筑材料制造 | 经营类别 | 其他类 |
| 营业期限自 | 2003-06-06 | 营业期限至 | 2027-06-05 |
| 营业期限(年) | | 申请副本数量（个） | |
| 成立日期 | 2003-06-06 | 核准日期 | 2008-08-19 |
| 一般经营项目 | 纸面石膏板及相关配套产品生产销售；装饰、装修材料销售；天花板、石膏粉(仅限分公司经营)加工销售,货物进出口（国家限制禁止经营的除外）。（以上范围需经许可的，凭许可证、资质证经营） | | |
| 许可经营项目 | | | |
| 登记机关 | 平邑县 | 管辖单位 | 平邑县工商行政管理局平邑工商所 |
| 组建单位（投资人） | | 邮政编码 | |
| 年检结果 | 2009年度 参检 | 实收资本 | 500万元 |
| 有限合伙人数 | | | |
| 持《再就业优惠证》 | | 享受地方再就业优惠政策 | |
| 落实国家和地方再就业优惠政策免收工商管理行政性收费 | | 落实国家再就业优惠政策免收 | |
| 免收工商管理行政性收费 | | | |
| 设立方式 | | | |

| 股东(发起人)名单 | | |
|---|---|---|
| 名称 | 出资额(万元) | 出资方式 |
| 王开学 | 420 | 货币 |
| 孙宋香 | 80 | 货币 |

2010年07月30日