UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| ----------------------------------- | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

THE MITCHELL COMPANY, INC. v.
KNAUF GIPS, KG; et al.; Case No. 09-cv-4115

**OPPOSITION TO EXPEDITED HEARING ON
KNAUF DEFENDANTS' MOTION
TO ENFORCE SETTLEMENT AGREEMENT**

Comes now The Mitchell Company, Inc. ("Mitchell"), by and through its undersigned attorney, and objects to the expedited hearing on the Knauf Defendants' Motion to Enforce Settlement Agreement on the limited basis that counsel necessary to argue this matter is not available for a hearing following this Court's Status Conference on April 26, 2011 because of a previous commitment. Counsel could be available later in the afternoon of April 26, 2011, or any time April 27, 2011, at the Court's convenience.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

Attorneys for The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 21st day of April, 2011.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS