UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED          :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :      SECTION:   L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :      JUDGE FALLON
                                     :
ALL CASES                            :      MAG. JUDGE WILKINSON
------------------------------------------------------------x
```

### ORDER

Considering the Motion for Expedited Hearing on the Knauf Defendants' Motion to Enforce Settlement Agreement;

IT IS HEREBY ORDERED that the hearing on the Knauf Defendants' Motion to Enforce Settlement Agreement will be held on May 11, 2011, at 9:00 a.m.  Responses are to be filed by May 3, 2011.

New Orleans, Louisiana, this 21st day of April 2011.

_____
JUDGE ELDON E. FALLON