UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### RICHARD JONES

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of Richard Jones Construction Company, Inc., ("Richard Jones Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Richard Jones Construction in the regular course of business.

2. Richard Jones Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Broward County, Florida.

3. Richard Jones Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Richard Jones Construction has never built a residence in the State of Louisiana nor


EXHIBIT "A"

had any contracts or subcontracts with companies located in Louisiana.

5. Richard Jones Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Richard Jones Construction does not have an agent for service of process in Louisiana.

7. Richard Jones Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Richard Jones Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Richard Jones Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Richard Jones Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Richard Jones Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Richard Jones Construction never anticipated it would be haled into court in Louisiana.

_____
RICHARD JONES

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 4th DAY OF APRIL, 2011.

_____
NOTARY PUBLIC

JOSE TAVERAS
Notary Public - State of Florida
My Commission Expires Oct 30, 2011
Commission # DD 730487
Bonded Through National Notary Assn.

2