UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Shelby Homes at Meadows, Inc. ("Shelby") with respect to the claims asserted against Shelby in the Benjamin and Jennifer Abt Complaint in Intervention I(B) and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated: April 21, 2011.

                                                   s/ Adam C. King
                                                 JEFFREY M. PASKERT
                                                 Florida Bar No. 846041
                                                 jpaskert@mpdlegal.com
                                                 ADAM C. KING
                                                 Florida Bar No. 156892
                                                 aking@mpdlegal.com
                                                 MILLS PASKERT DIVERS
                                                 100 N. Tampa Street, Suite 2010
                                                 Tampa, Florida 33602
                                                 (813) 229-3500 − Telephone
                                                 (813) 229-3502 − Facsimile
                                                 *Attorneys for Shelby Homes at Meadows, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 21, 2011, this document has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Further, this document will be sent on April 22, 2011 to Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail.

s/ Adam C. King
Attorney