UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### BANNER SUPPLY COMPANY'S MOTION FOR LEAVE OF COURT TO FILE ITS REPLY TO THE PSC'S RESPONSE AND MEMORANDUM IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER CONCERNING MULTIPLE 30(B)(6) DEPOSITIONS

Banner Supply Company, ("Banner"), through its undersigned counsel, respectfully request leave of court to file its Reply to the PSC's Response and Memorandum in Opposition to Motion for Protective Order Concerning Multiple 30(b)(6) Depositions [8580].

Respectfully submitted, this 22nd day of April, 2011.

            WEINBERG, WHEELER, HUDGINS,
            GUNN & DIAL, LLC

            /s/ Stephen J. Rapp_____
            **STEPHEN J. RAPP**
            Georgia Bar Number: 103806
            3344 Peachtree Road, Suite 2400
            Atlanta, GA  30326
            Telephone (404)876-2700
            srapp@wwhgd.com
            *Counsel for Banner Supply Company*

### CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Banner Supply Company's Motion for Leave of Court to File Its Reply to the PSC's Response and Memorandum in Opposition to Motion for Protective Order Concerning Multiple 30(b)(6) Depositions has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in

accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of April, 2011.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Stephen J. Rapp* _____
        **STEPHEN J. RAPP**