UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES**<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Having considered Banner Supply Company's Motion for Leave of Court to Reply to the PSC's Response and Memorandum in Opposition to Motion for Protective Order Concerning Multiple 30(b)(6) Depositions:

IT IS HEREBY ORDERED that said Motion for Leave is Granted and the Reply should be filed into the record.

New Orleans, Louisiana, this \_\_\_ day of April, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge