**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br>**SECTION L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:<br>ALL CASES** | **MAG. JUDGE WILKINSON** |

_____/

**COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S OBJECTIONS
TO AND MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., by and through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 45, hereby objects to, and moves to quash, the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated April 12, 2011 (referred to as "Subpoena" hereafter) issued by counsel for Banner Supply, or in the alternative moves for a protective order prohibiting the production of documents, information, and objects in accordance with the Orders of this Court, and as grounds states the following:

1. On or about April 13, 2011, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. was served with the Subpoena, attached as Exhibit "A".

2. COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. is/was a home-builder and one of the named Defendant's in a Palm Beach County lawsuit involving Chinese Drywall, Case Number 50 2009CA032471XXXXMB.

3. According to paragraph 8 of Pre-Trial Order #1, dated June 9, 2009, attached as Exhibit "B," "all outstanding discovery proceedings are stayed, and **no further discovery will be initiated**" (emphasis added).

4.     The Court subsequently entered an Order regarding class certification, dated January 11, 2011, attached as Exhibit "C". Paragraph 2 of that order allowed Defendants to propound additional written discovery upon designated class representatives and take their depositions. This order did not lift the stay on other discovery requests, including the Subpoena served on COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., as it is not a potential class representative

5.     Therefore the Subpoena served on COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. is improper and is in opposition to the Orders entered by this Court and should be quashed.

6.     Additionally, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. would state that requiring it to produce these documents at this stage of the litigation, when discovery is stayed as to other similarly situated homebuilders is unjust and would be a miscarriage of justice.

7.     Further, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., objects to the Subpoena on the grounds that the voluminous documents sought put an undue burden on COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. and seem to seek documents that would be privileged and confidential and for that reason the Subpoena should be quashed. COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. would state that it does not waive any further objections to the information sought by the Subpoena and reserves the right to assert all proper objections if further response is required by the Court.

8.     If the Court does not choose to quash this Subpoena, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.. would request that this Court enter a Protective Order requiring counsel for Banner to reissue the Subpoena when the discovery stay is lifted by this

Court and in accordance with the proper procedures set forth by this Court.

9. Counsel for COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. has attempted to resolve this matter with opposing counsel, but has been unable to come to an agreement, necessitating the filing of this Motion.

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.. respectfully requests the Court to enter an Order quashing the Subpoena, or in the alternative issue a Protective Order, consistent with the Pre-Trial Order #1, forbidding the discovery, and granting any further relief this Court finds proper.

Respectfully submitted,

Dated: April 22, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 22nd day of April, 2011.

<u>/s/ Addison J. Meyers</u>
Addison J. Meyers
