# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Vickers, et al v. Knauf Gips KG, et al* | * | MAGISTRATE WILKINSON |
| EDLA 09-04117 | * | |
| *Payton, et al v. Knauf Gips KG, et al* | * | |
| EDLA 09-07628 | * | |

## THE BANNER ENTITIES' AMENDED WITNESS LIST
## FOR CLASS CERTIFICATION

Defendants, Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC and Banner Supply International, LLC (collectively "Banner"), by and through its undersigned counsel and pursuant to this Court's Scheduling Order for Class Certification, amends its witness list and discloses the following witnesses which may be utilized at the class certification in this matter:

1.    Felix Diaz
       c/o Ervin Gonzalez, Esq.
       Colson Hicks Eidson
       255 Aragon Avenue, 2nd Floor
       Coral Gables, FL 33134-5008
       It is believed that the named Plaintiff will have knowledge of his substantive claims and his claimed adequacy as class representatives.

2.    Miriam Castro
       c/o Ervin Gonzalez, Esq.
       Colson Hicks Eidson
       255 Aragon Avenue, 2nd Floor
       Coral Gables, FL 33134-5008
       It is believed that the Ms. Castro will have knowledge of the substantive claims related to her home and the claimed adequacy as class representatives.

3.     Fidelity National Property & Casualty
       Agent: E&L Insurance Services, Inc.
       1241 SW 27 Avenue
       Miami, FL 33135
       Has knowledge of Diaz's claims and other related matters.

4.     Corporate Representative of ATCO Interior Corp
       13870 SW 151 Lane
       Miami, FL 33186
       Has knowledge of Diaz's claims and other related matters.

5.     Corporate Representative for United Homes Int'l
       Santa Barbara Estates
       7975 N.W. 154th Street
       Miami Lakes, FL 33016
       Has knowledge of Diaz's claims and other related matters.

6.     Steve Roberts
       c/o Ervin Gonzalez, Esq.
       Colson Hicks Eidson
       255 Aragon Avenue, 2nd Floor
       Coral Gables, FL 33134-5008
       It is believed that the named Plaintiff will have knowledge of his substantive claims and his
       claimed adequacy as class representatives.

7.     Jennifer Roberts
       c/o Ervin Gonzalez, Esq.
       Colson Hicks Eidson
       255 Aragon Avenue, 2nd Floor
       Coral Gables, FL 33134-5008
       It is believed that the Ms. Roberts will have knowledge of the substantive claims related to
       her home and the claimed adequacy as class representatives.

8.     Corporate Representative for United Property & Casualty Ins. Co.
       Agent: Keystone Financial Solutions
       2831 North Federal Highway, Suite 2
       Boca Raton, FL 33431
       Has knowledge of Roberts' claims and other related matters.

9.     Corporate Representative for Northstar Holdings
       1732 S. Congress Avenue, Suite 335
       Palm Springs, FL 33461
       Has knowledge of Roberts' claims and other related matters.

10. Corporate Representative for Precision Drywall, Inc.
    352 Tall Pines Road, Unit E
    West Palm Beach, FL 33413
    Has knowledge of Roberts' claims and other related matters.

11. Counsel for the named Plaintiffs in this case.
    It is believed that Plaintiffs' counsel will have knowledge regarding their claimed adequacy as class counsel.

12. La Suprema Trading, Inc.
    Salamon Abadi
    2221 NE 164th, Suite #335
    Miami, FL  33160
    It is believed that La Suprema Trading, Inc. was the importer/exporter of the drywall at issue in this action and it received the drywall from China and distributed it in the United States, including to Banner Supply Co.  La Suprema may have knowledge as to the costs of the drywall and the product specifications, among other things.

13. Scott Giering, Banner Supply Co.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL  33133
    Mr. Giering has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

14. Jack Landers, Banner Supply Co.
    c/o Peter Spillis, Esq.
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    2601 S. Bayshore Drive, Suite 850
    Coconut Grove, FL  33133
    Mr. Landers has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

15. Donald (Micky) Coblentz, former Banner Pompano employee
    Mr. Coblentz has knowledge relating to Banner's dealings with La Suprema and Knauf in November, 2006 in connection with a complaint concerning odors from Chinese drywall.

16. Gus Cofinas, former Banner Port St. Lucie employee
    Mr. Cofinas has knowledge relating to the facts and circumstances surrounding Banner's involvement with Chinese drywall and the issues in this case.

17.    Corporate representative of Banner Tampa.
       c/o Peter Spillis, Esq.
       Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
       2601 S. Bayshore Drive, Suite 850
       Coconut Grove, FL  33133

18.    Corporate representative of Banner Ft. Myers.
       c/o Peter Spillis, Esq.
       Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
       2601 S. Bayshore Drive, Suite 850
       Coconut Grove, FL  33133

19.    Corporate Representatives of Knauf Plasterboard (Tianjin) Co., Ltd.
       North Yinhe Bridge
       East Jingjin Road
       Beichen District
       Tianjin, China 300400
       Has knowledge of the allegedly defective product and is believed to be the corporate
       representative manufacturer of the drywall at issue.

20.    Hans-Ulrich Hummel
       Knauf Gips KG
       AM Bahnhof7
       D-97343
       Iphofen, Germany
       Has knowledge of the allegedly defective product and is believed to be the corporate
       representative manufacturer of the drywall at issue.

21.    Corporate Representative of Knauf Gips KG
       AM Bahnhof7
       D-97343
       Iphofen, Germany
       Has knowledge of the allegedly defective product and is believed to be the corporate
       representative manufacturer of the drywall at issue.

22.    Corporate Representative of Rothchilt International, Ltd.
       N-510 Chia Hsin Blvd.
       Annex 96 Chunghan N. Rd. Sec. 2
       Tapei, Taiwan
       Has knowledge of the allegedly defective product and is believed to be the corporate
       representative manufacturer of the drywall at issue.

23.     David Gregory
        c/o of Knauf Plasterboard Tianjin
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

24.     Michael Anthony Robinson
        c/o Knauf Plasterboard Tianjin
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

25.     Isabel Knauf
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

26.     Mark Norris
        c/o Knauf Plasterboard Tianjin
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

27.     Tony Robson
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

28.     Martin Grundke
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

29.     Barry Topple
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

30.     Martin Halbach
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

31.     Ann Zhong
        c/o Knauf
        Has knowledge of the allegedly defective product and is believed to be the corporate
        representative manufacturer of the drywall at issue.

32.   ChenJie
      c/o Knauf
      Has knowledge of the allegedly defective product and is believed to be the corporate
      representative manufacturer of the drywall at issue.

33.   Wayne Studdon
      c/o Knauf
      Has knowledge of the allegedly defective product and is believed to be the corporate
      representative manufacturer of the drywall at issue.

34.   Martin Sturmer
      c/o Knauf Gips
      Has knowledge of the allegedly defective product and is believed to be the corporate
      representative manufacturer of the drywall at issue.

35.   Corporate Representative of Taishan Gypsum Co., Ltd.
      c/o Richard C. Stanley, Esq.
      Stanley Reuter Ross Thornton & Alford, LLC
      909 Poydras Street
      Suite 2500
      New Orleans, LA 70112
      Has knowledge of the allegedly defective product and is the manufacturer of the Chinese
      drywall.

36.   Corporate Representative of Taian Taishan Plasterboard Co. Ltd.
      c/o Richard C. Stanley, Esq.
      Stanley Reuter Ross Thornton & Alford, LLC
      909 Poydras Street
      Suite 2500
      New Orleans, LA 70112
      Has knowledge of the allegedly defective product and is the manufacturer of the Chinese
      drywall.

37.   Jia Tongchun
      c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.
      Has knowledge of the allegedly defective product and is believed to be the corporate
      representative manufacturer of the Chinese Drywall.

38.   Peng Wenlong
      c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.
      Has knowledge of the allegedly defective product and is believed to be the corporate
      representative manufacturer of the Chinese Drywall.

39.   Zhang Jianchun
      c/o Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.

Has knowledge of the allegedly defective product and is believed to be the corporate representative manufacturer of the Chinese Drywall.

40.   Susan A. Bidigare
c/o Alters, Boldy, Rash, Culmo, P.A.
4141 N.E. 2nd Lane, Suite 201
Miami, FL 33137
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

41.   Corporate Representative for Universal Property and Casualty Insurance
Agent:  Owald Trippe and Company
P.O. Box 60139
Fort Myers, FL 33906
Has knowledge of Susan Bidigare's claim and other related matters.

42.   Dan Reid
Intuitive Environmental Solutions
13521 Eagle Ridge Drive, Suite 111
Fort Myers, FL 33912
Has knowledge of Susan Bidigare's claim and other related matters.

43.   Dan Throgmartin
Blue Water of Cape Coral
175 Shadroe Cove Circle, Unit #1101
Cape Coral, FL 33991
Has knowledge of Susan Bidigare's claim and other related matters.

44.   Corporate Representative of C.A. Steelman, Inc.
2271 Bruner Lane, Unit 5
Fort Myers, FL 33912
Has knowledge of Susan Bidigare's claim and other related matters.

45.   Thai D. Nguyen
c/o Alters, Boldy, Rash, Culmo, P.A.
4141 N.E. 2nd Lane, Suite 201
Miami, FL 33137
It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

46.   Lieu Nguyen
c/o Alters, Boldy, Rash, Culmo, P.A.
4141 N.E. 2nd Lane, Suite 201
Miami, FL 33137
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

47.   Corporate Representative for Ark Royal Insurance

Agent: PIGI Insurance
7850 Ulmerton Road, #7B
Largo, FL 33771
Has knowledge of Nguyen's claim and other related matters.

48. Corporate Representative for Chinese Drywall Screening
411 SW Silver Palm Cove
Port St. Lucie, FL 34986
Has knowledge of Nguyen's claim and other related matters.

49. Corporate Representative for Aranda Homes
1310 SW 4th Terrace
Cape Coral, FL 33991
Has knowledge of Nguyen's claim and other related matters.

50. Robert W. Block, III
c/o Allison Grant, P.A.
950 Peninsula Corporate Circle, Suite 2011
Boca Raton, FL 33487
It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

51. Nancy M. Block
c/o Allison Grant, P.A.
950 Peninsula Corporate Circle, Suite 2011
Boca Raton, FL 33487
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

52. Corporate Representative for Chartis
Agent: Talon Insurance Agency, Ltd.
P.O. Box 1609
Nederland, TX 77627
Has knowledge of Block's claim and other related matters.

53. Corporate Representative for Ocean Coast Drywall
3431 SE 11th Street
Deerfield Beach, FL 33442
Has knowledge of Block's claim and other related matters.

54.     Tarek Loutfy
        c/o Daniel K. Bryson
        Lewis & Roberts, PLLC
        P.O. Box 17529
        Raleigh, NC 27619-7529
        It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

55.     Andrea Loutfy
        c/o Daniel K. Bryson
        Lewis & Roberts, PLLC
        P.O. Box 17529
        Raleigh, NC 27619-7529
        It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

56.     Corporate Representative for University Property and Casualty Insurance
        Agent: Smith Watson Parker
        2590 Hollywood Boulevard
        Hollywood, FL 33020
        Has knowledge of Loufty's claim and other related matters.

57.     Corporate Representative of BrightClaim, Inc.
        3850 Holcomb Bridge Road, Suite 410
        Norcross, GA 30092
        Has knowledge of Loufty's claim and other related matters.

58.     Corporate Representative for Coastal Condominiums of Palm Beach, Inc.
        2699 S. Bayshore Drive, 7th Floor
        Miami, FL 33133
        Has knowledge of Loufty's claim and other related matters.

59.     Corporate Representative for RCR Holding II, LLC
        980 N. Federal Highway, Suite 200
        Boca Raton, FL 33432
        Has knowledge of Loufty's claim and other related matters.

60.     Corporate Representative for Precision Drywall, Inc.
        352 Tall Pines Road, Unit E
        West Palm Beach, FL 33413
        Has knowledge of Loufty's and Roberts' claims and other related matters.

61. Joel B. Ronkin
    c/o Ervin Gonzalez, Esq.
    Colson Hicks Eidson
    255 Aragon Avenue, 2nd Floor
    Coral Gables, FL 33134-5008
    It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

62. Shari J. Ronkin
    c/o Ervin Gonzalez, Esq.
    Colson Hicks Eidson
    255 Aragon Avenue, 2nd Floor
    Coral Gables, FL 33134-5008
    It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

63. Corporate Representative for USAA Casualty Insurance Company
    9800 Fredericksburg Road
    San Antonio, TX  78288
    Has knowledge of Ronkin's claim and other related matters.

64. Corporate Representative for Yanes Security & Investigative Services, Inc.
    P.O. Box 145486
    Miami, FL 33114
    Has knowledge of Ronkin's claim and other related matters.

65. Klept Bros Drywall, Inc.
    RA: Michael Klept
    2409 Raven Croft Court
    Orlando, FL 32837
    Has knowledge of Ronkin's claim and other related matters.

66. Danal Homes Dev.
    West Title & Escrow, Inc.
    2500 Weston Road, #404
    Weston, FL 33331
    Has knowledge of Ronkin's claim and other related matters.

67. Jack Rizzo
    c/o C. Durkee Roberts & Durkee, P.A.
    Alhambra Towers, Penthouse
    121 Alhambra Plaza, Suite 1603
    Coral Gables, FL 33134
    It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

68. Luz Rizzo

c/o C. Durkee Roberts & Durkee, P.A.
Alhambra Towers, Penthouse
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

69. Corporate Representative for St. Johns Insurance
4706-C Southeast 11th Place
Cape Coral, FL 33904
Has knowledge of Rizzo's claim and other related matters.

70. Corporate Representative of Lipsey & Associates
500 Water Street
Jacksonville, FL 32202
Has knowledge of Rizzo's claim and other related matters.

71. Corporate Representative of Centerline
825 Coral Ridge Drive
Coral Springs, FL 33071
Has knowledge of Rizzo's claim and other related matters.

72. Robert Deane
c/o Ervin Gonzalez, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
It is believed that this Plaintiff will have knowledge of the substantive claims made by him.

73. Lois Deane
c/o Ervin Gonzalez, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

74. Corporate Representative for JR Jones & Co.
P.O. Box 901505
Homestead, FL 22090-1505
Has knowledge of Deane's claim and other related matters.

75. Corporate Representative for South Kendall Construction
888 Kingman Road

Homestead, FL 33035
Has knowledge of Deane's claim and other related matters.

76.    Corporate Representative for Magdalena Gardens Condominium Association, Inc.
240 West End Drive
Punta Gorda, FL 33950
Has knowledge of claims alleged by Magdalena Gardens Condominium Association,
Inc., its individual units and other related matters.

77.    Elizabeth Lemay
c/o Alters Boldt Brown Rash & Culmo
4141 NE 2nd Avenue, Suite 201
Miami, FL  33137
It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

78.    Petra De Haas
Marcel Broekmaat
2421 NE 65 Street
Unit 2-615
Fort Lauderdale, FL 33308
Has knowledge of Elizabeth Lemay's claim and other related matters.

79.    Corporate Representative for Citizens
Agent: Marjee Nathanneil Insurance Agency, Inc
1881 NE 26th Street, Suite 26
Wilton Manors, FL 33305
Has knowledge of Elizabeth Lemay's claim and other related matters.

80.    Corporate Representative for CJ&K Construction, Inc.
970 West McNab Road, Suite 210
Fort Lauderdale, FL 33309
Has knowledge of Elizabeth Lemay's claim and other related matters.

81.    Gary Carroll
c/o Allison Grant, P.A.
950 Peninsula Corporate Circle, Suite 2011
Boca Raton, FL 33487
It is believed that this Plaintiff will have knowledge of the substantive claims made by
him.

82.    April Carroll
c/o Allison Grant, P.A.
950 Peninsula Corporate Circle, Suite 2011
Boca Raton, FL 33487

It is believed that this Plaintiff will have knowledge of the substantive claims made by her.

83.    Corporate Representative for American Home Assurance Co.
Agent: MarketScout Corporation-IL
40 W. 222 LaFox Road, Suite Q2
St. Charles, IL 60175
Has knowledge of Carroll's claim and other related matters.

84.    Corporate Representative for J.S.D. Builders, Inc.
P.O. Box 2742
Boca Raton, FL 33427
Has knowledge of Carroll's claim and other related matters.

85.    Corporate Representative for Ocean Coast Drywall
3431 SW 11th Street
Deerfield Beach, FL 33442
Has knowledge of Carroll's claim and other related matters.

86.    Corporate Representative for Banner Supply Co
7195 NW 30th Street
Miami, FL 33122
Has knowledge of Carroll's claim and other related matters.

87.    Corporate Representative for Gregory A. Jones Architecture
2200 Corporate Boulevard, NW, Sutie 407
Boca Raton, FL 33431
 Has knowledge of Carroll's claim and other related matters.

88.    Corporate Representative for Comerica Bank
1800 Corporate Boulevard, NW
Boca Raton, FL 33431
Has knowledge of Carroll's claim and other related matters.

89.    Representative of Landis Construction
Address unknown.
Remediation of Clement home containing Chinese drywall

90.    All plaintiffs that have filed suits in the Florida state actions against Banner entities related to Chinese drywall.   *See* attached list of state actions as Exhibit A.

91.    The putative class members, names not known at this time.

92.    All developers and builders associates with the putative and named class members, names not known at this time.

93.   All installers who installed the drywall that is the subject of the putative class action, names not known at this time.

94.   All witnesses who inspected and/or remediated homes of the putative and named class members, names not known at this time.

95.   Any and all witnesses listed by other parties to this action, to the extent not objected to by Banner.

96.   Any and all records custodians to authenticate any and all documents produced pursuant to subpoenas served in this matter or produced through discovery in this matter.

97.   Any and all persons named or referred to in profile forms, discovery, including all persons named or mentioned in Answers to Requests for Production, Interrogatories, including exhibits, depositions and other discovery made or taken herein.

98.   Any and all individuals and/or entities who were deposed in this matter or in the Florida state actions.

99.   Any and all impeachment or rebuttal witnesses.

100.  By listing these witnesses, Banner does not waive any objection as to the admissibility of such testimony at trial.

101.  Any and all persons whose identities may be subsequently revealed upon the conclusion of class discovery.

102.  Banner reserves the right to object to any and all witnesses listed by other parties to this action and reserve the right to amend this Witness List prior to the class certification hearing as new information may become known or discovered.

Respectfully submitted, this 22nd day of April, 2011.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
***Counsel for Banner Supply Company, Banner Supply
Company Fort Myers, LLC; Banner Supply Company
Tampa, LLC; Banner Supply Company Pompano, LLC;
and Banner Supply International, LLC***

**PETERSON & ESPINO, P.A.**

MICHAEL P. PETERSON
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Main Phone: (305) 270-3773
Main Fax:  (305) 275-7410
E-mail:  mpeterson@petersonespino.com
***Counsel for Banner Supply Company Port St. Lucie,
LLC***


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing The Banner Entities' Amended Witness List for Class Certification has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of April, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

_/s/ Nicholas P. Panayotopoulos_
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**