UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>*Vickers, et al v. Knauf Gips KG, et al*<br>EDLA 09-04117<br>*Payton, et al v. Knauf Gips KG, et al*<br>EDLA 09-0762<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## BANNER ENTITIES' MOTION TO LIFT STAY TO FILE DEFENDANT BANNER ENTITIES' MOTION TO STRIKE HOMEBUILDERS' FACT WITNESS LISTS

COMES NOW Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner"), named Defendant in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of filing Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists.

WHEREFORE, Banner prays that this Honorable Court grant its Motion and allow the stay to be lifted for the limited purpose of filing Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists.

Respectfully submitted, this 22nd day of April, 2011.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

 /s/ Nicholas P. Panayotopoulos
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Entities' Motion To Lift Stay To File Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of April, 2011.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

 /s/ Nicholas P. Panayotopoulos
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**