**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED      MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY      SECTION: L
LITIGATION

     JUDGE FALLON
THIS DOCUMENT RELATES TO:      MAG. JUDGE WILKINSON
*Vickers, et al v. Knauf Gips KG, et al*
EDLA 09-04117
*Payton, et al v. Knauf Gips KG, et al*
EDLA 09-0762
_____/

**BANNER ENTITIES' MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT**
**STAY TO FILE DEFENDANT BANNER ENTITIES' MOTION TO STRIKE**
**HOMEBUILDERS' FACT WITNESS LISTS**

COMES NOW Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner"), named Defendant in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of filing Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists.

Various homebuilders have filed fact witness lists for class certification purposes, which contravene the Court's Order and Reasons pertaining to various homebuilders' Motions to Intervene. The fact witness lists were also tardily filed, thus violating the Court's Second Amended Order (Scheduling Order re: Hearings for Class Certification). Banner seeks to lift the Stay in this matter so that this Court may address this time sensitive issue.

Banner respectfully requests that the Court schedule a hearing on its Motion to Strike Homebuilders' Fact Witnesses at a date and time set by the Court.

Respectfully submitted, this 22nd day of April, 2011.

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Supply Entities' Memorandum in Support of Its Motion To Lift Stay To File Defendant Banner Supply Entities' Motion to Strike Homebuilders' Fact Witness Lists** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of April, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**