UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** <br> *Vickers, et al v. Knauf Gips KG, et al* <br> EDLA 09-04117 <br> *Payton, et al v. Knauf Gips KG, et al* <br> EDLA 09-0762 <br> _____/ | **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

## ORDER

Having considered Banner Entities' Motion to Lift the Stay to file Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of filing Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists.

New Orleans, Louisiana, this \_\_\_ day of April, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge