## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**

**MDL DOCKET: 2047**
**SECTION: L**

**THIS DOCUMENT RELATES TO**
*Vickers, et al v. Knauf Gips KG, et al*
EDLA 09-04117
*Payton, et al v. Knauf Gips KG, et al*
EDLA 09-0762
_____/

**JUDGE FALLON**
**MAG. JUDGE WILKINSON**

### NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel can be heard, for an order on Banner Entities' Motion to Lift Stay as to Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted, this 22nd day of April, 2011.

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 21st day of April, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

_/s/ Nicholas P. Panayotopoulos_
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**