UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO<br>*Vickers, et al v. Knauf Gips KG, et al*<br>EDLA 09-04117<br>*Payton, et al v. Knauf Gips KG, et al*<br>EDLA 09-0762<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DEFENDANT BANNER ENTITIES' MOTION TO STRIKE HOMEBUILDERS' FACT WITNESS LISTS

Defendants Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner"), by and through their undersigned counsel, hereby file this files this Motion to Strike Homebuilders' Fact Witness Lists and moves this Honorable Court to GRANT Banner's motion. In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

Respectfully submitted, this 22nd day of April, 2011.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        *Counsel for Banner Supply Company*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of April, 2011.

                                    WEINBERG, WHEELER, HUDGINS,
                                    GUNN & DIAL, LLC

                                    /s/ *Nicholas P. Panayotopoulos* _____
                                    **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**