# EXHIBIT A

## Panayotopoulos, Nicholas

**From:** Vanessa Serrano [vserrano@broadandcassel.com]
**Sent:** Wednesday, April 20, 2011 1:47 PM
**To:** Panayotopoulos, Nicholas
**Cc:** Susan Brown
**Subject:** Vickers: Banner's discovery requests to Centerline

Nick,

This will confirm that we have agreed that because Centerline intervened in <u>Vickers</u> solely for purposes of participating in settlement negotiations, it is not necessary to respond to Banner's pending discovery requests.

Regards,

Vanessa

| HOME | BIO | VCARD |

*Vanessa M. Serrano, Esq.*
100 S.E. 3RD AVENUE, SUITE 2700
FORT LAUDERDALE, FL 33394
TELEPHONE: 954.764.7060
FACSIMILE: 954.761.8135
DIRECT LINE: 954.745.5220
DIRECT FACSIMILE: 954.713.0996
E-MAIL: VSERRANO@BROADANDCASSEL.COM

BROAD AND CASSEL
ATTORNEYS AT LAW

www.broadandcassel.com

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.