**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON
_____

THIS DOCUMENT RELATES TO:
 Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

**DAVIS GENERAL CONTRACTING CORPORATION'S**
**THIRD RESTATED MOTION TO DISMISS**

DAVIS GENERAL CONTRACTING CORPORATION ("DAVIS GENERAL

CONTRACTING "), by and through undersigned counsel, pursuant to Federal Rule of Civil

Procedure 12(b)(2), makes this special limited appearance for contesting service of process and

contesting personal jurisdiction and files this its third restated Motion to Dismiss Plaintiffs'

Omnibus Class Action Complaint (IV), Plaintiffs, Kathleen and Mariss Barbee et al. Omnibus

Class Action Complaint in Intervention, Plaintiffs Roxanne Burley et al. Omnibus Class Action

Complaint in Intervention (IV(B)) and Plaintiffs', Alfons and Dawn Bucaj, et al., Omnibus Class

Action Complaint in Intervention (IV(C)) , all for Failure of Service Process and Lack of

Personal Jurisdiction as follows.  DAVIS GENERAL CONTRACTING does not and does not

intend to subject itself to the jurisdiction of this Court for any reason other than to contest this

Court's purported jurisdiction over it.

**MOTION TO DISMISS**

DAVIS GENERAL CONTRACTING moves the Court for an order dismissing claims

asserted against it in the Plaintiffs' Omnibus Class Action Complaint (IV), Plaintiffs, Kathleen

and Mariss Barbee et al. Omnibus Class Action Complaint in Intervention, and Plaintiffs',

Roxanne Burley et al. Omnibus Class Action Complaint in Intervention (IV(B)), and Plaintiffs',

Alfons and Dawn Bucaj, et al., Omnibus Class Action Complaint in Intervention (IV(C)), all for

failure of service of process and lack of personal jurisdiction.  The grounds and basis for this

motion are set forth in Davis General Contracting Corporation's Motion to Dismiss to Dismiss

Plaintiffs' Omnibus Class Action Complaint (IV) for Failure of Service of Process and Lack of

Personal Jurisdiction and supporting memorandum of law, and its restated motions to dismiss,

filed in this case on October 22, 2010, January 5, 2011 and March 9, 2011 (Docs. 6060, 6060-1,

6060-2, 6768, 6768-1, 6768-2, 7936, 7936-1, 7936-2), which documents are hereby incorporated

and restated herein by reference.

> /s/ John C. Davis
> JOHN C. DAVIS
> Fla. Bar No. 0827770
> Law Office of John C. Davis
> 623 Beard Street
> Tallahassee, FL 32303
> (850) 222-4770
> (850) 222-3119 (fax)
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's

Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry

Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A.

Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail, and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order

No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on

this 25th day of April 2011.

/s/ John C. Davis
JOHN C. DAVIS