UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:
Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

## NOTICE OF SUBMISSION

DEFENDANT DAVIS GENERAL CONTRACTING CORPORATION gives notice that its Third Restated Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (IV), Plaintiffs', Kathleen and Mariss Barbee et al., Omnibus Class Action Complaint in Intervention, Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)) and Plaintiffs', Alfons and Dawn Bucaj, et al., Omnibus Class Action Complaint in Intervention (IV(C))  all for Failure of Service of Process And Lack of Personal Jurisdiction shall be heard on **May 11, 2011 at 9:00 a.m.** in courtroom C468, United States District Court, 500 Poydras Street, New Orleans, LA 70130, before the Honorable Eldon E. Fallon, United States District Court Judge.

/s/ John C. Davis
JOHN C. DAVIS
Fla. Bar No. 0827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, FL 32303
(850) 222-4770
(850) 222-3119 (fax)
Attorney for Davis General Contracting Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of April, 2011.

/s/ John C. Davis
JOHN C. DAVIS