UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) ) ) ) ) ) ) | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PSC'S RESPONSE IN OPPOSITION TO KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION FOR RELIEF FROM PTO 1(B)

The Plaintiffs' Steering Committee ("PSC") hereby files its Response in Opposition to Knauf Plasterboard (Tianjin) Co. Ltd.'s ("KPT") Motion for Relief from PTO 1(B).  In support thereof, the PSC states as follows:

KPT should not be permitted to dispose of the 48,000 sheets of KPT drywall it is currently storing in Ft. Lauderdale, FL, without providing the PSC a meaningful opportunity to inspect, test, sample, photograph and video the drywall.  Upon information and belief, the drywall that KPT seeks to dispose is in the Ft. Lauderdale warehouse was the drywall that the Banner entities returned to KPT and the other Knauf entities as part of a then confidential settlement agreement. Ex. A, attached hereto.  As part of the settlement agreement, KPT was supposed to pay Banner for storing the 48,000 sheets of drywall.  *Id.*  The subject drywall contains relevant information in this case, to wit: a) whether KPT's drywall is defective (and without being installed in a residence); b) confirmation of the amount of drywall returned by the Banner entities; and c) and photographic and video evidence of the nature and volume of the drywall to show the Banner and Knauf entities' unfair and deceptive trade practices, willful conduct and failure to warn consumers

1

of the defective drywall in reaching a confidential settlement with each other regarding the subject drywall. Further it is not known if all of the drywall is of the same quality and extensive investigation is necessary to determine the likeness and quality of the different product. In summary, discovery of the methods set forth above, photographing, videotaping, testing, inspecting, and sampling is relevant to the subject matter of these cases under Federal Rule of Civil Procedure 26(b)(1) and should be permitted.

WHEREFORE, the PSC, requests that the Court enter an Order denying KPT's Motion for Relief from PTO 1(b) and to instruct the parties to meet and confer regarding the PSC's requested discovery regarding the 48,000 sheets of drywall.

Respectfully Submitted,

Dated: April 25, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

2

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsburg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsburg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of April, 2011.

                                  /s/ Leonard A. Davis
                                  Leonard A. Davis
                                  Herman, Herman, Katz & Cotlar, LLP
                                  820 O'Keefe Ave.
                                  New Orleans, LA   70113
                                  PH:   (504) 581-4892
                                  Fax:   (504) 561-6024
                                  ldavis@hhkc.com