UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| **THIS DOCUMENT RELATES TO** ) | |
| *Vickers v. Knauf Gips KG, No. 09-4117* ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| _____ ) | |

## OPPOSITION TO MEADOWS OF ESTERO'S MOTION TO INTERVENE AS A CLASS ACTION PLAINTIFF

Now into Court through undersigned counsel comes the Plaintiffs' Steering Committee ("PSC") who opposes the request for intervention as a named plaintiff by Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero"). Meadows of Estero seeks to intervene in the above referenced matter which is a putative class action law suit filed by the PSC for property owners who have been impacted by Chinese Drywall.   The PSC opposes the request for intervention.

This case is a Multi-District Litigation ("MDL") which involves complex matters.  As such, the PSC was appointed by the Court to assist in coordinating and managing this multi-party litigation. Complex litigation often involves numerous parties with common or similar interest but separate counsel. The PSC has coordinated with the separate plaintiffs counsel to file a complaint in this matter and to effectuate service on defendants. This Court is empowered to institute special procedures for the handling of the MDL. The PSC filed the complaint which was a unique "Omnibus" complaint within the MDL. The PSC undertook the responsibility of coordinating this filing as well as undertook the responsibility for service upon the foreign defendant. Service was

1

handled through the Hague Convention and at great efforts and cost to the PSC. There is need for the PSC to maintain control of the Omnibus complaint and should Meadows of Estero desire to participate as a claimant in the Omnibus complaint then Meadows of Estero should follow the procedure set forth by the PSC so that it can become a plaintiff. This procedure involves contacting Plaintiffs' Lead Counsel, Arnold Levin, and providing indicia and other information so that Meadows of Estero can be properly named in the complaint. Meadows of Estero should be no different than any other plaintiff who has followed procedures to be included in an Omnibus complaint. Upon following the procedures the PSC will include Meadows of Estero in its next supplement or amendment to the complaint. Meadows of Estero should be no different than any other claimant.

Meadows of Estero should be subject to the same assessments that the Court may impose at a later date for the efforts undertaken by the PSC in handling this litigation. Alternatively Meadows of Estero should file its own complaint and pursue the matter as an independent plaintiff from those that the PSC has assisted in Omnibus complaints within the MDL. Granting Meadows of Estero's Motion for Intervention into the Omnibus complaint will open the doors to the floodgate of other claimants who will seek to "piggyback" the PSC without giving the PSC credit for its efforts in moving this litigation.

Respectfully Submitted,

Dated: April 25, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892

Fax: (504) 561-6024  
Ldavis@hhkc.com  
*Plaintiffs' Liaison Counsel*  
*MDL 2047*

Arnold Levin, Esq.  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
215-592-1500 (phone)  
215-592-4663 (fax)  
Alevin@lfsblaw.com  
*Plaintiffs' Lead Counsel*  
*MDL 2047*

Ervin A. Gonzalez (On the Brief)  
Patrick S. Montoya (On the Brief)  
Colson, Hicks, Eidson, Colson  
Matthews, Martinez, Gonzalez,  
Kalbac & Kane  
255 Alhambra Circle, PH  
Coral Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  
*Member of the PSC*  
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsburg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsburg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of April, 2011.

      /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA   70113
PH:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhkc.com