UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et al.,<br>Case No. 2:10-cv-00932 (E.D.La.) | |

**LUIS AND CARIDAD GONZALEZ'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE,**
**OF DEFENDANT, AXIS SURPLUS INSURANCE COMPANY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Luis and Caridad Gonzalez, hereby dismiss without prejudice all of their claims against Axis Surplus Insurance Company, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Luis and Caridad Gonzalez shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Luis and Caridad Gonzalez, dated April 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: April 26, 2011             /s/ Leonard A. Davis_____
                                  Russ M. Herman, Esquire (Bar No. 6819)
                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                  HERMAN, HERMAN, KATZ & COTLAR, LLP
                                  820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
                                  Phone: (504) 581-4892
                                  Fax: (504) 561-6024
                                  LDavis@hhkc.com
                                  *Plaintiffs' Liaison Counsel*
                                  *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of April, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047