UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| **This document relates to:**<br><br>**DANIEL ABREU, et al. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.; CASE NO.: 11-252 (Omni VIII)** | |

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm, Valerie B. Greenberg, and Leslie M. Tomczak of Akerman Senterfitt, hereby file their Notice of Appearance as co-counsel of record for Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224

/s/ Stacy Bercun Bohm
Stacy Bercun Bohm, Esq.
Florida Bar Number: 022462
Email: stacy.bohm@akerman.com
Valerie B. Greenberg, Esq.
Florida Bar Number: 026514
Email: valerie.greenberg@akerman.com
Leslie Miller Tomczak, Esq.
Florida Bar No.: 126489
Email: leslie.tomczak@akerman.com

*Attorneys for Defendant Management Services of Lee County, Inc.*

{FT768534;1}

*Co-Counsel for Management Services
of Lee County, Inc.*
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April, 2011.

/s/ Stacy Bercun Bohm