# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

SECTION L

DISTRICT JUDGE FALLON

This document relates to:

MAGISTRATE JUDGE WILKINSON

DANIEL ABREU, et al. v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT,
KG, et al.; CASE NO.: 11-252 (Omni VIII)


### NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm, Valerie B. Greenberg and Leslie M. Tomczak, of Akerman
Senterfitt, hereby file their Notice of Appearance as co-counsel of record for Defendant,
Woodland Enterprises, Inc., and requests that copies of all pleadings served in this case be served
upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224


/s/ Stacy Bercun Bohm
　　Stacy Bercun Bohm, Esq.
　　Florida Bar Number:  022462
　　Email:  stacy.bohm@akerman.com
　　Valerie B. Greenberg, Esq.
　　Florida Bar Number: 026514
　　Email:  valerie.greenberg@akerman.com
　　Leslie M. Tomczak, Esq.
　　Florida Bar No.:  126489
　　Email:  leslie.tomczak@akerman.com


*Attorneys for Defendant Woodland Enterprises, Inc.*

{FT768517;1}

*Co-Counsel for Woodland Enterprises, Inc.*
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing *Notice of Appearance* has been served on

Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe

Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison

Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163,

kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same

to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was

electronically filed with the Clerk of the Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2047, on this 26th day of April, 2011.

/s/ Stacy Bercun Bohm