UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et al.,<br>Case No. 2:10-cv-00932 (E.D.La.) | |

### RAFAEL AND ANA SEGUNDO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, AXIS SURPLUS INSURANCE COMPANY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Rafael and Ana Segundo, hereby dismiss without prejudice all of their claims against Axis Surplus Insurance Company, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Rafael and Ana Segundo shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Rafael and Ana Segundo, dated April 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: April 26, 2011        /s/ Leonard A. Davis_____
                             Russ M. Herman, Esquire (Bar No. 6819)
                             Leonard A. Davis, Esquire (Bar No. 14190)
                             Stephen J. Herman, Esquire (Bar No. 23129)
                             HERMAN, HERMAN, KATZ & COTLAR, LLP
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113
                             Phone: (504) 581-4892
                             Fax: (504) 561-6024
                             LDavis@hhkc.com
                             *Plaintiffs' Liaison Counsel*
                             *MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of April, 2011.

                    /s/ Leonard A. Davis
                    Leonard A. Davis, Esquire
                    Herman, Herman, Katz & Cotlar, LLP
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    LDavis@hhkc.com
                    Plaintiffs' Liaison Counsel
                    MDL 2047