UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>EDLA 09-04117<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>EDLA 09-0762 | |

**BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S MOTION FOR LEAVE TO JOIN BANNER SUPPLY ENTITIES' MOTION TO LIFT STAY TO FILE MOTION TO STRIKE HOMEBUILDERS' FACT WITNESS LIST AND BANNER ENTITIES' MOTION TO STRIKE <u>HOMEBUILDERS' FACT WITNESS LISTS</u>**

COMES NOW Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), by and through its undersigned counsel and files the following Motion for Leave to Join in the Banner Entities' Motion To Lift Stay to File Motion to Strike Homebuilders' Fact Witness List [ECF No. 8618] and the Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists [ECF No. 8619] ("Motion for Leave to Join") in *Vickers v. Knauf Gips, KG* and *Payton v. Knauf Gips, KG*, which were filed by the following homebuilders: Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively "Lennar"); Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Taylor Woodrow Communities at Vasari, LLC (collectively "Taylor"); Meadows of Estero-Bonita Springs LP ("Meadows"); and ATCO Interior Corp. (ATCO) (hereinafter collectively referred to as "Homebuilders").

1.  Banner PSL hereby moves to join, adopt and incorporate the Banner Entities' Motion to Lift Stay to File Motion to Strike Homebuilders' Fact Witness List and Memorandum

in Support, and the Banner Entities Motion to Strike Homebuilders' Fact Witness Lists and Memorandum in Support. Banner PSL requests its Motion for Leave to Join be granted.

Dated this 26th day of April, 2011.

>Respectfully submitted,
>
>PETERSON & ESPINO, P.A.
>Attorneys for Banner Supply Company PSL
>10631 Southwest 88th Street, Suite 220
>Miami, Florida   33176
>Telephone:    (305) 270-3773
>Facsimile:     (305) 275-7410
>mpeterson@petersonespino.com
>
>By:    /s/ Michael P. Peterson,
>Florida Bar No. 982040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 26th day of April, 2011. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April, 2011.

>By:    /s/ Michael P. Peterson