UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL 2047** <br><br> **SECTION: L** |
| This document relates to: | * * | **JUDGE: FALLON** |
| *Wiltz v. Beijing New Building Materials Public Limited Co.* <br> No. 10-361 | * * * * | **MAG. JUDGE WILKINSON** |
| *Payton v. Knauf Gips, KG* <br> No. 09-7628 | * * * | |
| *Silva v. Arch Insurance Co.* <br> No. 09-8034 | * * * | |
| *Silva v. Interior Exterior Building Supply, LP* <br> No. 09-8030 | * * * | |
| *Gross v. Knauf Gips, KG* <br> No. 09-6690 | * * * | |
| *Rogers v. Knauf Gips, KG* <br> No. 10-362 | * * * | |
| *Amato v. Liberty Mutual Insurance Co.* <br> No. 10-932 | * * * | |
| *Abel v. Taishan Gypsum Co., Ltd.* <br> No. 11-80 | * * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG* <br> No. 11-252 | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Considering the Joint Motion for an Order: (1) Preliminarily Approving InEx Settlement Agreement, (2) Conditionally Certifying InEx Settlement Class, (3) Issuing Class Notice, and (4)

Scheduling a Settlement Fairness Hearing, (R. Doc. 8628), filed by the Plaintiffs' Steering Committee, Interior/Exterior Building Supply, LP, Arch Insurance Co., and Liberty Mutual Fire Insurance Co., IT IS ORDERED that this Motion is set for hearing on Friday, May 6, 2011, at 10:00 a.m. Responses to the Motion are to be filed by Tuesday, May 3, 2011, and Replies are to be filed by Thursday, May 5, 2011.

New Orleans, Louisiana, this 26th day of April 2011.

_____
U.S. District Judge