## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" (2) |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE ELDON E. FALLON |
| *SEAN AND BETH PAYTON v. KNAUF* | * | |
| (2:09-cv-7628) | * | MAG. JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO PLAINTIFFS' BENJAMIN AND JENNIFER ABT, *et al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(B)) BY RICHARD B. HOOVER AND RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes RICHARD B. HOOVER. ("RICHARD B. HOOVER" or "defendant" or "answering defendant"), sought to be made defendant herein, who answers the Intervenors' Omnibus Class Action Complaint in Intervention (I(B)) (the "Complaint") filed herein as follows:

Richard B. Hoover adopts each and every affirmative and factual defense originally pled in his Answer to the Omnibus Class Action Complaint (I) as if pled in their entirety hereto. RICHARD B. HOOVER reserves the right to raise additional affirmative defenses and to supplement those asserted herein upon discovery and further investigation.

AND NOW, answering the specific allegations of the Complaint, your answering defendant avers as follows:

The allegations of fact and law contained the Complaint in Intervention are denied for lack of sufficient information to justify a belief therein.

## RULE 12(b)(6) MOTION TO DISMISS

Intervening Plaintiffs have identified numerous Intervening Plaintiffs to represent certain subclasses, and numerous Defendants are named in the subclasses.  Nowhere, in the list of Plaintiffs and defendants, is Richard B. Hoover identified.  Intervening Plaintiffs have failed to state a claim against Richard B. Hoover, and, therefore, any and all claims against Richard Hoover by Intervening Plaintiffs should be dismissed.

WHEREFORE, defendant, RICHARD B. HOOVER., prays that this Answer and Affirmative Defenses to Intervenors' Omnibus Class Action Complaint in Intervention (I(B)) be deemed good and sufficient, and that after due proceedings are had, there be judgment herein in favor of your answering defendant and against plaintiffs, denying the requested class certification, and dismissing Intervenors' Omnibus Class Action Complaint in Intervention (I(B)), with prejudice, and at plaintiffs' costs.

FURTHER, RICHARD B. HOOVER prays for all general and equitable relief to which he may be entitled, and further reserves the right to amend this Answer to Intervenors' Omnibus Class Action Complaint in Intervention (I(B)), or file incidental pleadings, if appropriate, as prescribed by law, as discovery continues.

**UNGARINO & ECKERT, L.L.C.**

By: /s/ Matthew J. Ungarino
Matthew J. Ungarino (#15061)
3850 N. Causeway Boulevard
Suite 1280
Metairie, LA   70002
Telephone:  (504) 836-7565
Facsimile:  (504) 836-7566
E-Mail: mungarino@ungarino-eckert.com

COUNSEL FOR RICHARD B. HOOVER.

G:\DOCS\11000's\11600-11699\11663\Answer-Hoover.Intervention.002.dgc.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RICHARD B. HOOVER Answer to Intervenors' Omnibus Class Action Complaint in Intervention (I(B)) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April, 2011.

/s/ Matthew J. Ungarino
MATTHEW J. UNGARINO

G:\DOCS\11000's\11600-11699\11663\Answer-Hoover.Intervention.002.dgc.doc