UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE WILKINSON |

_____/

### COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., has moved this Court for the entry of an order quashing the Subpoena, or in the alternative, for issuance of a Protective Order, consistent with the Pre-Trial Order #1, forbidding the discovery sought by a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued by counsel for Banner Supply.

Federal Rule of Civil Procedure 45 provides that upon timely motion, the Court must quash or modify a subpoena if it subjects a party to undue burden. Further, Federal Rule of Civil Procedure 26(c)(1), provides that the court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. is/was a home-builder and one of the named Defendants in a Palm Beach County lawsuit involving Chinese Drywall, Case Number 50 2009CA032471XXXXMB. Paragraph 8 of Pre-Trial Order #1, dated June 9, 2009, specifically stated "all outstanding discovery proceedings are stayed, and no further discovery will be initiated."

The Subpoena served on COASTAL CONSTRUCTION GROUP OF SOUTH

FLORIDA, INC. is improper and is in opposition to the Orders entered by this Court and should be quashed. Requiring COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. would put an undue burden by forcing it to produce voluminous documents at this stage of the litigation, when discovery is stayed as to other similarly situated homebuilders. Further, the Subpoena seems to seek documents that would be privileged and confidential and for that reason the Subpoena should be quashed. COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. would state that it does not waive any further objections to the information sought by the Subpoena and reserves the right to assert all proper objections if further response is required by the Court.

Federal Rule of Civil Procedure 45 is intended to prevent abuse of the subpoena power. Klay v. All Defendants, 425 F.3d 977, 982 (11th Cir. 2005). Further, under Federal Rule of Civil Procedure 26, the Court may issue a protective order in its discretion. Estate of Trentadue v. U.S., 397 F.3d 840, 865 (10th Cir. 2005). Issuance of an Order quashing the Subpoena, or in the alternative issue a Protective Order against the release of documents at this time would be consitent with the prior Orders of the Court and would be appropriate.

Respectfully submitted,

Dated: April 22, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 22nd day of April, 2011.

/s/ Addison J. Meyers
Addison J. Meyers