**EXHIBIT A**

INSTR # 2009000028414, Doc Type D, Pages 2, Recorded 02/04/2009 at 09:58 AM, Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $11200.00 Rec. Fee $18.50 Deputy Clerk SCULLINGS

Case 2:09-md-02047-EEF-MBN Document 8641-1 Filed 04/27/11 Page 2 of 3

Prepared by and return to:

Law Offices of John D. Spear, P.A.
9420 Bonita Beach Road Suite 100
Bonita Springs, FL 34135
239-947-1102
File Number: 09-1012
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 30th day of January, 2009 between **Ernesto L. Acosta and Constance M. Acosta, husband and wife, both Individually and as Trustees of the Ernesto L. Acosta and Constance M. Acosta Revocable Trust dated March 4, 2002** whose post office address is **1719 W. Reid Drive, Appleton, WI 54914-5175**, grantor, and **Robert Santimauro and Joanne Santimauro, husband and wife as an estate by the entirety** whose post office address is **205 Arbutus Avenue, Staten Island, NY 10312**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Lee County, Florida** to-wit:

> **Lot 17, Block D, West Bay Club, in accordance with and subject to the plat recorded in Plat Book 62, Pages 79 through 111, Public Records of Lee County, Florida.**
>
> Parcel Identification Number: 05-47-25-07-0000D.0170
>
> Subject to taxes for 2009 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2008**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

Signed, sealed and delivered in our presence:

*[signature]*
Witness Name: __JANICE WITTKOPF__

*[signature]*
Witness Name: __Jan Halder__

*[signature]*
Ernesto L. Acosta, Individually and as Trustee

*[signature]*
Constance M. Acosta, Individually and as Trustee

State of __Wisconsin__
County of __Outagamie__

The foregoing instrument was acknowledged before me this __29th__ day of January, 2009 by Ernesto L. Acosta and Constance M. Acosta Individually and as Trustees of said Trust, who [ ] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

*[signature]*
Notary Public

Printed Name: __Judith A. Howard__

My Commission Expires: __2-7-10__

*Warranty Deed* - Page 2

DoubleTime®