**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, *et al.* | CASE NO. 11-080 |
| | SECT. L MAG. 2 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| v. | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. a/k/a QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., *et al.* | |
| Defendants._____/ | |

### BREAKWATER CUSTOM HOMES, INC.'S NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Breakwater Custom Homes, Inc.'s Motion to Dismiss with Prejudice the Claims Brought Against it in the Abel Omnibus Class Action Complaint (Omni VII) and accompanying Memorandum of Law in Support, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 8th day of June, 2011 at 9 a.m. or as soon thereafter as counsel may be heard.

Dated: April 27, 2011

{M3045441;1}

**AKERMAN SENTERFITT**

BY: /s/ Samuel S. Heywood
    Valerie Greenberg, Esq.
    Fla. Bar No. 026514
    Samuel S. Heywood, Esq.
    Fla. Bar No. 0016604

    One SE 3rd Ave., 25th Floor, Miami, FL  33131
    Phone:  (305) 374-5600
    Fax:  (305) 374-5095
    Email:  valerie.greenberg@akerman.com
    Email:  samuel.heywood@akerman.com

    *Attorneys for Breakwater Custom Homes, Inc.*

*Co-Counsel for Breakwater Custom Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of April, 2011.

/s/     Samuel S. Heywood