**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**ALL CASES AND**

*Silva, et al. v. Interior Exterior Building*
*Supply, LP, et al.*
**Case No. 09-08030 (E.D. La.)**

*Silva, et al. v. Arch Insurance Company, et al.*
**Case No. 09-08034 (E.D. La.)**

*Payton, et al. v. Knauf Gips, KG, et al.*
**Case No. 09-07628 (E.D. La.)**

*Wiltz, et al. v. Beijing New Building Materials*
*Public Limited Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-6690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:10-cv-00362 (E.D. La.)**

*Amato, et al. v. Liberty Mutual Ins. Co.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Kenneth Abel, et al. v. Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,*
*et al.*
**Case No. 2:11-080 (E.D. La)**

*Daniel Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 2:11-252 (E.D. La.)**

## STAY ORDER

Upon consideration of the Joint Motion of proposed Settlement Class Counsel, the

Plaintiffs' Steering Committee ("PSC"), Counsel for Interior/Exterior Building Supply, L.P. ("InEx"), and Counsel for InEx's insurers, Arch Insurance Company and Liberty Mutual Fire Insurance Company (together, the "Insurers"), for Preliminary Approval of the InEx Settlement and Conditional Certification of an InEx Settlement Class brought pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e) (Rec. Doc. No. 8628) (the "Joint Motion"), it is hereby,

**ORDERED, ADJUDGED AND DECREED** that:

1.      Capitalized terms used in this Order shall have the same meaning as those defined in the Settlement Agreement Regarding Claims Against Interior-Exterior in MDL 2047 dated April 25, 2011 (the "InEx Settlement"), attached as Exhibit A to the Memorandum of Law in support of the Joint Motion (the "Joint Memo. of Law").

2.      Pending the hearing on the Joint Motion, *see* (R. Doc. 8634), and further orders of this Court, prosecution of the Litigation and the Omni Complaints, including the class proceedings and scheduled trial, against InEx, the Insurers and the Downstream InEx Releasees (including, but not limited to, those identified in Exhibit 1.10 to the InEx Settlement) (collectively, the "Settling Defendants," except that any Builder listed on Exhibit 1.10 shall not be considered a Settling Defendant) shall be stayed.

3.      Pending the hearing on the Joint Motion and further orders of this Court, prosecution of the "Related Actions" (including, but not limited to, those listed in Exhibit 1.25 to the InEx Settlement) against InEx, the Insurers and the other Settling Defendants shall be stayed.

4.      Pending the hearing on the Joint Motion and further orders of this Court, all claims and cases in which any person or entity claims to be an insured, additional insured, or

named insured under any insurance policy issued to any InEx entity shall be stayed.

5.      Pending the hearing on the Joint Motion and further orders of this Court, all payments from the primary insurance policies of InEx, as identified in the InEx Settlement, other than payments in satisfaction of the obligations of InEx and the Settling Defendants under the Pending Settlements, shall be stayed.

New Orleans, Louisiana, this 27th day of April, 2011.

_____
United States District Court Judge