UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Coastal Construction Group of South Florida, Inc.'s Motion to Quash Subpoena or for Protective Order (R. Doc. 8637) filed in the above-captioned matter, IT IS ORDERED that this Motion is scheduled for submission on the briefs on May 11, 2011. Responses in opposition to this Motion are to be filed May 4, 2011.

New Orleans, Louisiana this 27th day of April 2011.

_____
U.S. District Judge