UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE – MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al. Case No. 11-080 | * * * * * * * | JUDGE FALLON (L) <br><br><br><br><br> MAG. WILKINSON (4) |

### NOTICE OF LIMITED APPEARANCE AS COUNSEL

John M. Stewart, of Stewart, Evans, Stewart & Emmons, P.A., hereby files his Notice of Appearance as counsel of record for Defendant RCL Development, Inc. ("RCL Development"). RCL Development reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

STEWART, EVANS, STEWART & EMMONS, P.A.

/s/ John M. Stewart
JOHN M. STEWART
3355 Ocean Drive
Vero Beach, Florida  32963
Telephone: (772) 231-3500
Facsimile: (772) 231-9876
E-mail:    jms@st-ev.com
ATTORNEYS FOR DEFENDANT
RCL DEVELOPMENT, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28TH day of April, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ John M. Stewart
JOHN M. STEWART