## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *ALL CASES* | * | **WILKINSON** |
| | * | |
| * * * * * * * * *  * * * * * * * * * * * | * | |
| | * | |

## ORDER

Considering the Emergency Motion for Expedited Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC and the other undersigned parties;

**IT IS HEARBY ORDERED** that the hearing on the Emergency Motion for Extension of Time will be held on the _____ day of _____, 2011, at _____ a.m./p.m. in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

JUDGE ELDON E. FALLON