UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| This Document Relates to: | * * * | JUDGE ELDON E. FALLON |
| | * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al., Defendants | * * * | |

*************************************

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT McCOMBS SERVICES L.L.C.

NOW INTO COURT, through undersigned counsel, comes defendant, McCombs Services L.L.C., (hereinafter "McCombs"), who moves this Honorable Court pursuant to Fed. R. Civ. P 12(b)(2) to dismiss all claims brought by the plaintiff, Terrence Bell, against McCombs on the basis that this Honorable Court lacks personal jurisdiction over McCombs. As more fully set forth in the attached memorandum and affidavit in support, McCombs is a small, family-owned corporation in Alabama that builds single family homes. It has never had even minimum contact with the State of Louisiana in order for this Court to exercise personal jurisdiction over it in the matter, and Terrence Bell does not allege any facts to the contrary. Accordingly, McCombs is entitled to a dismissal from this litigation.

WHEREFORE, McCombs prays that this Honorable Court grant this motion to dismiss for lack of personal jurisdiction and that any and all claims brought by the plaintiff, Terrence Bell, against McCombs be dismissed pursuant to Fed. R. Civ. P 12(b)(2).

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for McCombs Services L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29 TH day of April, 2011.

_____
ROBERT F. LAKEY

L:\Rob\Turner Bell v. McCombs Services, LLC (0102011001)\Pleadings\Motion to Dismiss 4-28-11.wpd