UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| This Document Relates to: | * * * | JUDGE ELDON E. FALLON |
| | * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al., Defendants | * * * | |

**************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, McCombs Services L.L.C. has filed the attached Motion to Dismiss. Please take further notice that the Motion will be brought on for hearing on the _22nd_ day of _JUNE_, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for McCombs Services L.L.C.*

L:\Rob\Turner Bell v. McCombs Services, LLC (0102011001)\Pleadings\Notice of Hearing 4-28-11.wpd