**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 2047** <br> **SECTION: L** |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * * | |
| *ALL CASES* | * * | **MAGISTRATE JUDGE WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * | * * | |

**ORDER**

Considering the Emergency Motion for Expedited Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC and the other undersigned parties;

**IT IS HEARBY ORDERED** that the hearing on the Emergency Motion for Extension of Time will be held on the _____ day of _____, 2011, at _____ a.m./p.m. in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

JUDGE ELDON E. FALLON