UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *ALL CASES* | * | **WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |
| | * | |

### REQUEST FOR ORAL ARGUMENT OF
### EMERGENCY MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes") and the other undersigned parties, who, pursuant to Local Rule 78,1E, respectfully request oral argument on the Emergency Motion for Extension of Time set for hearing before this Honorable Court on the _____ day of _____ 2011 at _____ a.m./p.m.

Respectfully submitted,


/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN


/s/ Andrew L. Plauche, Jr.
ANDREW L. PLAUCHE, JR. (11023)
PLAUCHE MASELLI PARKERSON, LLP
701 Poydras Street, Ste. 3800
One Shell Square
New Orleans, LA 70139

COUNSEL FOR GENERAL FIDELITY INSURANCE COMPANY


/s/ Warren Horn
WARREN HORN (14380)
HELLER DRAPER HAYDEN PATRICK & HORN, LLC
650 Poydras Street, Ste. 2500
New Orleans, Louisiana 70130

COUNSEL FOR DALEN OF TANGIPAHOA, LLC; GMI CONSTRUCTION, INC.; GREMILLION HOMES, INC.; LEE ROY JENKINS/LEE ROY JENKINS, INC.; L.A. HOMES, INC.; ANTHONY F. MARINO GENERAL CONTRACTOR, LLC; ROYAL HOMES, LLC

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of April, 2011.

                                                /s/ James M. Garner
                                                JAMES M. GARNER