MINUTE ENTRY
FALLON, J.
APRIL 28, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO *Vickers v. Knauf Gips KG*, No. 09-4117; *Payton v. Knauf Gips, KG,* No. 09-7628

On this date, a telephone status conference was held in the Chambers of Judge Eldon Fallon in the above captioned cases. Fred Longer, Dawn Barrios, Zach Wool, and Lenny Davis participated on behalf of the Plaintiffs' Steering Committee; Kyle Spaulding participated on behalf of the Knauf defendants. The conference was transcribed by official Court Report David Zarek. Copies of the transcript may be purchased by calling Mr. Zarek at 504-523-6062.

The conference was scheduled to resolve a dispute as to whether the Knauf defendants are permitted to depose the five fact witnesses selected by Interior Exterior for the class certification hearing, in light of the recent settlement agreement and stay order involving Interior Exterior. After hearing from the parties, the Court concluded, for oral reasons given, that the Knauf defendants may proceed with the depositions of the fact witnesses selected by Interior Exterior.

JS10(00:15)