## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| *ALL CASES* | * | |
| * * * * * * * * * * * * * * * * * * * | * * | |

## ORDER

Considering the Emergency Motion for Extension of Time (R. Doc. 8652), and Motion for Expedited Hearing (R. Doc. 8673), filed by Southern Homes, LLC, Tallow Creek, LLC, and Springhill, LLC, IT IS ORDERED that these Motions are DENIED.

New Orleans, Louisiana this 29th day of April 2011.

_____
JUDGE ELDON E. FALLON