# EXHIBIT D

**Sent:** Friday, April 22, 2011 7:50 AM
**To:** Brian Eves
**Cc:** Melissa Delgado; Sandlin, Katie N.
**Subject:** RE: Subpoena served on Coastal Construction

Brian,

Thank you for your email. While I apologize for not being able to communicate with you regarding this, the associate, Katie Sandlin, in charge of the subpoenas tried to get in touch with you about this. We do not believe that Judge Fallon has stayed all discovery in the litigation. I am not aware of any such Order from the Court. If you are, please send me a copy to me and we will reconsider our position. Additionally, our subpoena is limited to one condo unit (Loutfy) and can hardly be considered broad in scope or unduly burdensome.

Please understand that we are under tight deadlines for class certification. Like you, I would like to avoid having to bring this up with the Court. Please call me this morning and hopefully we can resolve this issue.

Thanks

Sincerely,

Shubhra

Shubhra R. Mashelkar, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
Direct: (404) 591-9663
Firm: (404) 876-2700
Fax: (404) 875-9433

---

**From:** Brian Eves [mailto:BEves@defensecounsel.com]
**Sent:** Thursday, April 21, 2011 3:56 PM
**To:** Mashelkar, Shubhra
**Cc:** Melissa Delgado
**Subject:** Subpoena served on Coastal Construction
**Importance:** High

Ms. Mashelkar,

We represent Coastal Construction whom you have served with a subpoena for records in the Chinese Drywall case, MDL 2047. We are prepared to file a Motion to Quash and or for Protective Order against the Subpoena. As you know, Judge Fallon stayed all discovery in the litigation and therefore your Subpoena is inappropriate, beyond the numerous objections to scope and undue hardship your Subpoena would entail.

I tried to call you earlier regarding this subpoena and our objections/concerns, but only received a voice mail response from your assistant stating that your office felt the Subpoena was appropriate as it sought information regarding a potential class certification. The Order from Judge Fallon on January 11, 2011 only permitted you to seek discovery from class representatives, not other third parties.

I would like to save the time and effort for both of us to avoid having to file the Motion and have it

heard and I ask you to withdraw your Subpoena until such time as it is proper in the litigation. But if I have not heard from you by tomorrow morning I will have no choice but to file the Motion.

Thank you for your attention and cooperation in this matter.

Sincerely,

Brian A. Eves, Esq.
Associate
Mintzer Sarowitz Zeris Ledva & Meyers LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court
Suite 300
Miami, Florida 33126
Tel: (305) 774-9966
Fax: (305) 774-7743

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

5/2/2011