UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF <u>CONFIDENTIALITY LOG</u>**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give notice of the Confidentiality Log of TG and TTP for the March 21, 2011 Document Production, which identifies documents that TG and TTP designate as "Confidential" and subject to the terms of Pretrial Order #16. The Confidentiality Log is being produced to the Plaintiffs' Steering Committee in electronic format via email and may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the Confidentiality Log should be made by contacting Courtney Colligan via email at courtney.colligan@hoganlovells.com. TG and TTP reserve the right supplement the Confidentiality Log and do not waive any claim to the confidentiality protections provided by Pretrial Order #16.

May 2, 2011

    Respectfully submitted,

    /s/ Thomas P. Owen, Jr.
    Richard C. Stanley (La. Bar No. 8487)
    Thomas P. Owen, Jr. (La. Bar No. 28181)
    STANLEY, REUTER, ROSS, THORNTON
    & ALFORD, LLC
    909 Poydras Street, Suite 2500
    New Orleans, Louisiana 70112
    Telephone: 504-523-1580
    Facsimile: 504-524-0069
    E-mail: rcs@stanleyreuter.com
    tpo@stanleyreuter.com


    Joe Cyr
    Frank T. Spano
    Eric Statman
    Matthew J. Galvin
    HOGAN LOVELLS US LLP
    875 Third Avenue
    New York, New York 10022
    Email: Joe.cyr@hoganlovells.com
    Frank.spano@hoganlovells.com
    Eric.statman@hoganlovells.com
    matthew.galvin@hoganlovells.com
    Telephone: 212-918-3000
    Facsimile: 212-918-3100


    **Attorneys for Taishan Gypsum Co. Ltd.**
    **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Production of Confidentiality Log by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of May, 2011.

/s/ Thomas P. Owen Jr.