# EXHIBIT "B"

# WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

ATTORNEYS AT LAW
2601 SOUTH BAYSHORE DRIVE
SUITE 1500
MIAMI, FLORIDA 33133
TELEPHONE (305) 455-9500
FACSIMILE (305) 455-9501
WWW.WWHGD.COM

Writer's Direct Dial:   (305) 455-9506
E-mail: salhadeff@wwhgd.com

April 27, 2011

**Via E-Mail and US Mail**
Neal A. Sivyer, Esq.
Stephen E. Walker, Esq.
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street
Suite 2225
Tampa, FL 33602

Re:   Taylor Morrison v. Banner Supply
      Case No.: 10-016414

Dear Neal:

Please be advised that Banner Supply Co. intends to depose the following witnesses in the above-referenced matter:

| NAME | TITLE AND/OR ADDRESS | TOPIC | PROPOSED LENGTH OF DEPOSITION |
|---|---|---|---|
| Rick Wilmeth | Vice President, Taylor Woodrow and Taylor Morrison 501 N. Cattlemen Rd., Suite 100 Sarasota, FL 34232 | Experience with Chinese drywall and remediation of Chinese Drywall in Taylor homes, repair costs and payments | 1 day |
| Jeff Bennett | Construction Superintendent for Taylor Morrison 501 N. Cattlemen Rd., Suite 100 Sarasota, FL 34232 | Remediation of Chinese Drywall in Taylor homes | 1 day |
| Just Laurie | Area Construction Manager for Taylor | Remediation of Chinese Drywall in | 1 day |

ATLANTA                    LAS VEGAS                    MIAMI

|  | Morrison<br>501 N. Cattlemen Rd., Suite 100<br>Sarasota, FL 34232 | Taylor homes |  |
|---|---|---|---|
| Berch Gannon | Construction Supervisor for Taylor Morrison<br>1290 Oakes Blvd.<br>Naples, FL 34119 | Delivery of Chinese Drywall by Banner to drywall subcontractor of Taylor Morrison | 1 day |
| Taylor Morrison Corporate Representative | Taylor Morrison<br>501 N. Cattlemen Rd., Suite 100<br>Sarasota, FL 34232 | Corporate Representative with the Most Knowledge of Allegations in the Complaint. Specifically with regard to the properties identified in Exhibits "A" and "B" attached hereto | 1 day |

In addition to the witnesses identified above, will you make the following former employees available for deposition?

| NAME | TITLE AND/OR ADDRESS | TOPIC | PROPOSED LENGTH OF DEPOSITION |
|---|---|---|---|
| James Whitmore | Former Taylor Morrison Employee<br>2029 Prince Drive<br>Naples, FL 34110 | Delivery of Chinese Drywall by Banner to drywall subcontractor of Taylor Morrison | 1 day |
| Alan Smith | Former Taylor Morrison Division President<br>2950 Immokalee Road, Suite 2<br>Naples, FL 34110 | Delivery of Chinese Drywall by Banner to drywall subcontractor of Taylor Morrison | 1 day |

Banner also intends to depose all homeowners who have executed assignments to the Taylor Morrision entities ("Homeowner"). In addition to the two witnesses identified below, will you make all Homeowners available for deposition? We believe we can depose up to three Homeowners per day.

| NAME | TITLE AND/OR ADDRESS | TOPIC |
|---|---|---|
| Fred Kunkle | Homeowner and Taylor Morrison Employee<br>3406 61st Terrace East<br>Ellenton, FL 34222 | Chinese Drywall in home, remediation efforts, and settlement and assignment |

| Tommy Lee | Homeowner<br>11945 Avalon Preserve Blvd.<br>Ft. Myers, FL 33908 | Chinese Drywall in home, remediation efforts, and settlement and assignment |

We need proposed dates within the months of May through August, 2011 for the parties listed above by no later **Friday, April 29, 2011**.

Finally, we are still waiting to receive Plaintiffs' answers to Banner's Notice of Serving Interrogatories. If we do not receive them by **Friday, April 29, 2011**, we will be forced to file a Motion to Compel.

As always, if you have any questions or concerns regarding this correspondence, then please contact me at your earliest convenience.

Regards,

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

Seth V. Alhadeff

SVA/kmr
Attachments

# EXHIBIT "A"

| | A<br>H/O Name | B<br>Community | C<br>Drywall Project # | D<br>Adress | E<br>Drywall Sub | F<br>Supplier | G<br>Drywall Markings |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | Helen Miller & Edward Jackson | Aberdeen | 14000500-000058A | 3628 101st Ave East | NuWay Drywall | Banner | Knauf, National Gypsum, Unknown |
| 3 | Jim Barnes | Aberdeen | 14000500-000051A | 10108 36th Court East | NuWay Drywall | Banner | Knauf |
| 4 | Louines Joseph | Aberdeen | 14000500-000198A | 3415 101 Avenue East | NuWay Drywall | Banner | Knauf & Taishan |
| 5 | Richard Bower | Aberdeen | 14000500-000061A | 10115 37th Court East | NuWay Drywall | Banner | Knauf & Taishan |
| 6 | Ron Kaser | Aberdeen | 14000500-000027A | 3526 101st Avenue East | NuWay Drywall | Banner | Unknown & Chinese Knauf |
| 7 | Sue Deasy | Aberdeen | 14000500-000121A | 10110 41st Court East | NuWay Drywall | Rinker/Cemex | Knauf & Taishan |
| 8 | Tommy Simone(realtor) | Aberdeen | 14000500-000060A | 10109 37th Ct East | NuWay Drywall | Banner | Knauf |
| 9 | Melissa Poston | Arista | 14000520-000023A | 2304 Fountain Grass Drive | Dollaway Drywall | | Knauf Tianjin identified in 3 samples |
| 10 | Models | Avalon Preserve | 14000510- | 11939 Avalon Preserve Blvd | Florida Style | | Knauf, National Gypsum, USG |
| 11 | Tommy Lee | Avalon Preserve | 14000510- | 11945 Avalon Preserve Blvd | Florida Style | Banner | Knauf |
| 12 | Desiree Plasencia | Avelar Creek | 14000520- | 10329 Avelar Ridge Drive | Dollaway Drywall | Banner | Knauf |
| 13 | Chris Keller | Belle Chase | 14000520-000042BC | 1263 Nashville Drive | 1st Drywall | | Knauf |
| 14 | Chris Stone | Belle Chase | 14000520- | 1146 Nashville Drive | 1st Drywall | | Chinese Knauf |
| 15 | Ann Hull Coston | Crystal Lakes | 000031CL | 7120 50th Avenue Circle East | NuWay Drywall | Banner | Knauf |
| 16 | Brad Marsh | Crystal Lakes | 14000500- | 7116 50th Ave Circle East | NuWay Drywall | Banner | Knauf |
| 17 | Christina Allman & Susan | Crystal Lakes | 14000500- | 7161 50th Ave Cir E | NuWay Drywall | Banner | Knauf & Taishan |
| 18 | Daniel R Benner | Crystal Lakes | 0001355CL | 5416 72nd Street East | NuWay Drywall | Banner | Knauf & suspect Chinese (black stencil) |
| 19 | Dave Hammersley | Crystal Lakes | 0001121CL | 7127 56th Terrace | NuWay Drywall | Banner | Chinese Knauf, Suspect Taishan |
| 20 | Emil Belliveau | Crystal Lakes | 1400500-000173CL | 7224 51st Terrace East | NuWay Drywall | Banner | Knauf |
| 21 | Galena Dimov | Crystal Lakes | 0000053CL | 7170 50th Avenue Circle East | NuWay Drywall | Banner | Knauf |
| 22 | Jason Herbert | Crystal Lakes | 14000500- | 7207 53rd Place East | NuWay Drywall | Banner | Chinese Knauf & National Label), Unknown (USCM), |
| | Jonathan Morrison | Crystal Lakes | 14000500-<br>0001166CL | 5202 72nd Street East | NuWay Drywall | Banner | Chinese Knauf, Knauf (Blue National Gypsum |
| 24 | Marco @ Sylvia Molgado | Crystal Lakes | 0000166CL | 5309 72nd Street East | NuWay Drywall | Banner | Knauf |
| 25 | Peder Fjare | Crystal Lakes | 0000114CL | 5303 72nd Street East | NuWay Drywall | Banner | Knauf and Taishan |
| 26 | Samer Kakour | Crystal Lakes | 0000049CL | 7160 50th Avenue Circle East | NuWay Drywall | Banner | Knauf |
| 27 | Sue Klinowski | Crystal Lakes | 0000058CL | 7184 50th Avenue Circle East | NuWay Drywall | Banner | Knauf |
| 28 | Tiffany Freeny | Crystal Lakes | 14000500- | 7167 50th Ave Circle | NuWay Drywall | Banner | Knauf |
| 29 | Alan Bellittera | Crystal Lakes | 14000500- | 7118 50th Ave Circle East | NuWay Drywall | Banner | Knauf and suspect Chinese |
| 30 | William Gingerich | Founders Club | 14000500- | 9206 McDaniel Lane | Beta Drywall | Banner | Knauf |
| 31 | Dante & Lisa Martinez | Green Brook | 14000500-000151G | 15308 Skip Jack Loop | NuWay Drywall | Banner | Knauf |
| 32 | Dilip Radhkrishman | Green Brook | 14000500-000043G | 15035 Skip Jack Loop | NuWay Drywall | Banner | Knauf |
| 33 | Brooke Reineck | Greenbrook | 14000500-000061G | 15212 Skip Jack Loop | NuWay Drywall | | Knauf Tianjin identified in 2 samples, Knauf Germany in 1 sample |
| 34 | Jennifer Kahler | Greenbrook | 14000500-000150G | 15306 Skip Jack Loop | NuWay Drywall | Banner | Knauf |
| 35 | Jennifer Rzewnicki | Greenbrook | 14000500-000159G | 15332 Skip Jack Loop | NuWay Drywall | Banner | Knauf |
| 36 | Kristin Culliton | Greenbrook | 14000500-000154G | 15314 Skip Jack Loop | NuWay Drywall | Banner | Chinese Knauf |
| 37 | Lou Kropf | Greenbrook | 14000500-000050G | 15007 Skip Jack Loop | NuWay Drywall | Banner | Knauf |

| # | A H/O Name | B Community | C Drywall Project # | D Adress | E Drywall Sub | F Supplier | G Drywall Markings |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 38 | Michael Barge | Greenbrook | 14000500-000041G | 15043 Skip Jack Loop | NuWay Drywall | Banner | Chinese Knauf & Taishan |
| 39 | Don Springstead | Heron Glen | 14000510-001209HG | 20942 Skyler Drive | Shirley Construction & Drywall, Inc. | Banner | Knauf Tianjin identified in 1 sample, suspect chinese in 1 sample, USG in 1 sample |
| 40 | Susan Wilcox | Heron Glen | 14000510-000027HG | 2071 Valparaiso Blvd | CMI Construction, Inc. | | |
| 41 | Herb Hutchison | Herons Glen | 14000510-001193HG | 20971 Skyler Drive | Shirley Construction & Drywall, Inc. | Banner | Knauf |
| 42 | John Stewart | Herons Glen | 14000510-001069HG | 3391 Via Montana Way | Shirley Construction & Drywall, Inc. | Banner | Knauf |
| 43 | Marylo Stanton | Herons Glen | 14000510-001194HG | 20975 Skyler Drive | Shirley Construction & Drywall, Inc. | Banner | Knauf |
| 44 | Stephen Rose | Herons Glen | 14000510-000776HG | 20703 Tisbury Ln | | Banner | Knauf |
| 45 | Joseph Doubek | Lucaya | 190204LT | 14537 Abaco Lakes Drive #204 | Daly Construction | Osprey-Gulf Shore | Chinese Knauf, IMT |
| 46 | Fred Kunkle | Oakley Place | 14000500- | 3406 61st Terrace east | NuWay Drywall | Banner | Knauf |
| 47 | Keith Smith | Palma Sola | 14000500-000215PS | 3611 Summer Wind Circle | Residential Drywall | Banner | Unknown/Suspect Chinese, Chinese Knauf |
| 48 | Mike Hornyak- Gerald V Kurht (new buyer) | Palma Sola | 14000500-000236PS | 3737 Summerwind Circle | Residential Drywall | Banner | Knauf and Suspect Taishan |
| 49 | Diane Gaudet | Palma Sola Trace | 14000500-000146PS | 3777 Rain Forest Court | Residential Drywall | Banner | Knauf |
| 50 | Mark Quehl | Palma Sola Trace | 14000500-000260PS | 3665 Summer Wind Circle | Residential Drywall | Banner | Knauf |
| 51 | Nelson Roman | Palma Sola Trace | 14000500-000233PS | 3743 Summer Wind Circle | Residential Drywall | Banner | Knauf |
| 52 | Pyotr Gelman | Palma Sola Trace | 14000500-000218PS | 3605 Summer Wind Circle | Residential Drywall | Banner | Chinese Knauf |
| 53 | Sofia Macchiavello | Palma Sola Trace | 14000500-000267PS | 3637 Summer Wind Circle | Residential Drywall | Banner | Knauf |
| 54 | Terry Boyaggi | Palma Sola Trace | 14000500-000212PS | 3602 Summerwind Circle | Residential Drywall | Banner | Chinese Knauf |
| 55 | Cheryl Makowsky | River Plantation | 000040RP | 2014 128th Avenue East | NuWay Drywall | Banner | Knauf |
| 56 | James Borsik | River Plantation | 000054RP | 2019 128th Avenue East | NuWay Drywall | Banner | Chinese Knauf |
| 57 | Craig Stark | Vasari Arezzo | 14000510- | 28623 Via D'Arezzo Drive | Cothern Construction | | Knauf & Taishan |
| 58 | Bob Valentine | Vasari Bellino | 14000510- | 28262 Altessa Way | Cothern Construction | Banner | Knauf |
| 59 | Bryan & Yvonne Perkins | Vasari Bellino | 14000510- | 28352 Altessa Way | Cothern Construction | | Knauf & Suspect Chinese (clear endtape) |
| 60 | David and Carol Jeffs | Vasari Bellino | 000193VB | 28303 Altessa Way | Cothern Construction | Banner | Knauf & Taishan |
| 61 | Ellen Baldwin | Vasari Bellino | 14000510- | 28365 Altessa Way | Cothern Construction | Banner | Knauf |
| 62 | Jamie Ringhofer | Vasari Bellino | 14000510- | 28261 Altessa Way | Cothern Construction | Banner | Knauf |
| 63 | Karen Ellis | Vasari Bellino | 14000510- | 28273 Altessa Way | Cothern Construction | Banner | Knauf |
| 64 | Mark Ackerman | Vasari Bellino | 14000510- | 28268 Altessa Way | Cothern Construction | Banner | Knauf |
| 65 | Susan Bayley | Vasari Bellino | 14000510- | 28298 Altessa Way | Cothern Construction | Banner | Taishan & Knauf |
| 66 | Tom McAteer | Vasari Bellino | 14000510- | 28364 Altessa Way | Cothern Construction | Banner | Knauf |
| 67 | Alan W Neumann-CarmenMancini (new buyer) | Vasari Cassia | 080101VC | 11019 Carrara Court Unit 101 | R & G Plastering | | Knauf |
| 68 | Gregg Iliceto | Vasari Cassia | 14000510- | 28468 Altessa Way Unit 201 | Cothern Construction | | Knauf |
| 69 | James Muckerheide | Vasari Cassia | 14000510- | 28479 Altessa Way | R & G Plastering | | Knauf |
| 70 | Jim McClure(Robert Akers) | Vasari Cassia | 14000510- | 11019 Carrara Court #201 | R & G Plastering | | Knauf |

8-6-10

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | H/O Name | Community | Drywall Project # | Adress | Drywall Sub | Supplier | Drywall Markings |
| 71 | Jim Tarzy | Vasari Cassia | 14000510- | 28479 Altessa Way, Unit 101 | R & G Plastering | | Knauf |
| 72 | Kathy Tufts | Vasari Cassia | 14000510- | 28479 Altessa Way Unit 201 | R & G Plastering | | Knauf |
| 73 | Linda Young | Vasari Cassia | 14000510- | 28495 Altessa Way Unit 202 | R & G Plastering | | Knauf |
| 74 | Marie Chan | Vasari Cassia | 14000510- | 28473 Altessa Way unit 101 | R & G Plastering | | Knauf and Taishan |
| 75 | Maureen Wellikoff | Vasari Cassia | 14000510- | 11007 Carrara Court Unit 102 | R & G Plastering | | Knauf |
| 76 | Patrick DiNitto | Vasari Cassia | 14000510- | 28474 Altessa Way #102 | R & G Plastering | | Knauf |
| 77 | Racheal Young | Vasari Cassia | 14000510- | 28479 Altessa Way | R & G Plastering | | Chinese Knauf |
| 78 | Randy Gerber | Vasari Cassia | 14000510- | 28474 Altessa way Uni #101 | R & G Plastering | | Knauf |
| 79 | Shane Stryker | Vasari Cassia | 14000510- | 28473 Altessa Way Unit 202 | R & G Plastering | | Knauf and Taishan |
| 80 | Stephen Dobias & Michael McCaslin | Vasari Cassia | 150201VC | 28474 Altessa Way Unit 201 | R & G Plastering | | Knauf |
| 81 | Walter Niemczura | Vasari Cassia | 14000510- | 11019 Carrara Court, Unit 102 | R & G Plastering | | Knauf |
| 82 | Nick Onorato | Vasari Cassia | 14000510- | 28491 Altessa Way Unit 102 | R & G Plastering | | Knauf |
| 83 | Bob & Donna Diers | Vasari Firenze | 14000510- | 28601 Firenze Way Unit 202 | Cothern Construction | Banner | Knauf |
| 84 | Christopher Wright | | 14000510- | 12085 Via Siena Court Unit | Cothern Construction | Banner | Knauf |
| 85 | Dale Clemons (renter) | Vasari Firenze | 060102VF | 102 | Cothern Construction | Banner | Knauf |
| 86 | Debbie Hurt | Vasari Firenze | 14000510- | 28601 Firenze Way Unit 101 | Cothern Construction | Banner | Knauf |
| 87 | Fineberg, Irving & Amy | Vasari Firenze | 14000510- | 12085 Via Sienna Ct #202 | Cothern Construction | Banner | Knauf |
| | GSD Trading USA, Texas Corp. Contact Schoo Management | Vasari Firenze | 14000510- | 12085 Via Sienna Court Unit 203 | Cothern Construction | Banner | Knauf |
| 88 | John Castro | Vasari Firenze | 14000510- | 28601 Firenze Way Unit 102 | Cothern Construction | Banner | Knauf |
| 89 | Kolmas, Phil & Jean | Vasari Firenze | 14000510- | 12085 Via Sienna Ct #101 | Cothern Construction | Banner | Knauf |
| 90 | Sam Calagione | Vasari Firenze | 14000510- | 12085 Via Sienna Court #103 | Cothern Construction | Banner | Taishan & Knauf |
| 91 | Santo & Jeanne DeFrancesco | Vasari Firenze | 14000510- | 12085 Via Sienna Court #201 | Cothern Construction | Banner | Knauf |
| 92 | Domingo Anatunez | Wilderness Lakes | 14000520-00004EW | 7753 Foxgrove Drive | Residential Drywall | Banner | Knauf |
| 93 | | | | | | | |
| 94 | | | | | | | |

BANNER CONFIRMED = 63    KNAUF IDENTIFIED =91

3

# EXHIBIT "B"

| | A Name | B Community | C Job# | D Address | E Drywall Sub | F Supplier | G Drywall Markings |
|---|---|---|---|---|---|---|---|
| 1 | | | | 14520 Dolce Vista Road Unit 101 | Daly Construction | Osprey-Gulf Shore | |
| 2 | Karen Salveta | Lucaya | 14000510-100101LF | 3608 101st Ave East | NuWay Drywall | Banner | Taishan, LaFarge |
| 3 | Lynette Mottolo | Aberdeen | 14000500-000052A | 3607 101st Avenue East | NuWay Drywall | Banner | Unknown/Suspect Chinese, National Gypsum |
| 4 | Jason Winget | Aberdeen | 14000500-000178A | 3723 101st Avenue East | NuWay Drywall | Banner | Taishan |
| 5 | Javier Chero | Aberdeen | 14000500-000168A | 10207 35th Street East | NuWay Drywall | Banner | Taishan |
| 6 | Sonia Szaura | Aberdeen | 14000500-00008A | 3711 101st Avenue East | NuWay Drywall | Banner | not identified |
| 7 | Curt Kadau | Aberdeen | 14000500-000171A | 4446 Amberly Oaks Court | Dollaway Drywall | Banner | not identified |
| 8 | Dagma Quinones | Amberly Oaks | 14000520-001001AO | 4452 Amberly Oaks Court | Dollaway Drywall | Banner | not identified |
| 9 | Casey Mccann | Amberly Oaks | 14000520-004001AO | 4448 Amberly Oaks Court | Dollaway Drywall | Banner | not identified |
| 10 | Angie Mathew | Amberly Oaks | 14000520-002001AO | 4450 Amberly Oaks Court | Dollaway Drywall | Banner | not identified |
| 11 | Connie Chen | Amberly Oaks | 14000520-003001AO | 2414 Drake Elm Terrace | Residential Drywall | | waiting on Environ's confirmation |
| 12 | Carmelita Esquig | Arista | | 2412 Tea Olive Terrace | Residential Drywall | | Taishan identified in 2 samples, National Gypsum in 1 sample |
| 13 | Rita Small | Arista | 14000520-000046A | 2307 Silver Trumpet Court | Residential Drywall | | waiting on Environ's confirmation |
| 14 | Michelle Guy | Arista | 14000520-00004A | 2308 Fountain Grass Dr | Residential Drywall | | waiting on Environ's confirmation |
| 15 | Koshy P Kalathivila | Arista | 14000520-000025A | 16097 Thornwood Dr. | Florida Style | | (No Information) |
| 16 | Models | Avalon Preserve | 14000510-000016AP | 10211 Avelar Ridge | Dollaway Drywall | Banner | No identified markings |
| 17 | Lauren Bove | Avelar Creek | 14000520-017010AC | 7232 53rd Place East | NuWay Drywall | Banner | No identified markings |
| 18 | Larry Busbee | Crystal Lakes | 14000500-000158CL | 7108 50th Ave Circle East | NuWay Drywall | Banner | Conducted Air Sampling only |
| 19 | Carolyn Ferch | Crystal Lakes | 14000500-000266CL | 7173 50th Ave Circle East | NuWay Drywall | Banner | No identified markings |
| 20 | Maria Hay | Crystal Lakes | 14000500-000073CL | 7169 50th Avenue Circle East | NuWay Drywall | Banner | No identified markings |
| 21 | Paraskevi Evi Argyrakis | Crystal Lakes | 14000500-000075CL | 7106 50th Ave Circle East | NuWay Drywall | Banner | Taishan & Unknown |
| 22 | Jason Hayes | Crystal Lakes | 14000500-000025CL | 7169 50th Avenue Circle East | NuWay Drywall | Banner | No identified markings |
| 23 | Paraskevi Evi Argyrakis | Crystal Lakes | 14000500-000075CL | 7208 53rd Place East | NuWay Drywall | Banner | Conducted Air Sampling only |
| 24 | Grant Reid | Crystal Lakes- | 14000500-000153CL | 7171 50th Ave Circle East | NuWay Drywall | Banner | Taishan identified in 1 sample, suspect chinese in 1 sample, National Gypsum in 1 sample |
| 25 | Edwin Greene | Crystal Lakes | 14000500-000074CL | 15027 Skip Jack Loop | NuWay Drywall | Banner | Taishan |
| 26 | Jennifer Carroll | Green Brook | 14000500-000045G | 20834 Kaidon Lane | Shirley Construction & Drywall, Inc. | Banner | Taishan |
| 27 | Christine Wappes | Herons Glen | 14000510-001137HG | 3306 Via Montana Way | Shirley Construction & Drywall, Inc. | Banner | Taishan |
| 28 | Stanley Boots | Herons Glen | 14000510-001086HG | 1505 Damaris Place | Boardwalk Drywall | | Taishan, Taishan/Tahie Type |
| 29 | Robert and Mellissa Pease | Ladera | 14000520-000015OL | 1507 Damaris Place | Boardwalk Drywall | | Taishan |
| 30 | Irma Schultz | Ladera | 14000520-000015IL | 1515 Amarone Place | Boardwalk Drywall | | Taishan, Taishan/Tahie Type |
| 31 | Johny Redondo | Ladera | 14000500-00000IL | 14519 Abaco Lakes Drive Unit | Daly Construction | Osprey-Gulf Shore | Taishan |
| 32 | Mauricio Fainboim | Lucaya | 14000510-160103LE | 14545 Dolce Vista Drive Unit 203 | Daly Construction | Osprey-Gulf Shore | suspect IMT board |
| 33 | Mark Liptok | Lucaya | 14000510-270203LS | 14545 Dolce Vista Way Unit 101 | Daly Construction | Osprey-Gulf Shore | IMT Gypsum and "China" observed |
| 34 | Frank Waals | Lucaya | 14000510-270101LS | 14545 Dolce Vista Way Unit 201 | Daly Construction | Osprey-Gulf Shore | Made in China observed in wall |
| 35 | John Koscik | Lucaya | 14000510-270201LS | | | | |

| | Name | Community | Job# | Address | Drywall Sub | Supplier | Drywall Markings |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 36 | Steve Davidson | Lucaya | 14000510-2801031LS | 14551 Dolce Vista Road #103 | Daly Construction | Osprey-Gulf Shore | |
| 37 | Stephen Schwab | Lucaya | 14000510-2801021LS | 14551 Dolce Vista way Unit 102 | Daly Construction | Osprey-Gulf Shore | IMT identified and "CH" stencil observed |
| 38 | Chris Hall | Lucaya | 14000510-3601021LS | 14556 Dolce Vista Road #102 | Daly Construction | Osprey-Gulf Shore | INT |
| 39 | Laura Notine | Lucaya/Hamilton | 14000510-2701031LS | 14545 Dolce Vista Rd #103 | Daly Construction | Osprey-Gulf Shore | |
| 40 | Randy Walker | Lucaya/Sonsette | 14000510-1601021LE | 14519 Abaco Lakes Drive 102 | Daly Construction | Osprey-Gulf Shore | Taishan |
| 41 | Josh Sinski | Lucaya/Hamilton | 14000510-2702021LS | 14545 Dolce Vista Road #202 | Daly Construction | Osprey-Gulf Shore | |
| 52 | Valerie Barbato | Lucaya/Hamilton | 14000510-2701021LS | 14545 Dolce Vista Road unit 102 | Daly Construction | Osprey-Gulf Shore | |
| 53 | Irena Poloni | Lucaya/Hamilton | 14000510-2802021LS | 14551 Dolce Vista Drive Unit 201 | Daly Construction | Osprey-Gulf Shore | |
| 54 | John Braun | Lucaya/Sonsette | 14000510-1601011LE | 14519 Abaco Lakes Dr 101 | Daly Construction | Osprey-Gulf Shore | Taishan |
| 55 | Douglas & Yvonne Flint | Lucaya/Sonsette | 14000510-1601041LE | 14519 Abaco Lakes Drive Unit | Daly Construction | Osprey-Gulf Shore | Taishan |
| 56 | Theodore Gosman (new homeowner) Luba Shenerovsky | Lucaya/Sonsette | 14000510-1602021LE | 14519 Abaco Lakes Drive Unit 202 | Daly Construction | Osprey-Gulf Shore | No markings, suspect Chinese drywall |
| 57 | Abel Aryan | Lucaya/Sonsette | 14000510-1901061LT | 14537 Abaco Lakes Drive Unit | Daly Construction | Osprey-Gulf Shore | INT |
| 58 | Ray Farley | Palma Sola Trace | 14000500-000150PS | 3756 Summer Wind Circle | Residential Drywall | Banner | no information |
| 59 | Andrew & Shriley Krestel | Stonebridge | 14000510-000248S | 1676 Manchester Ct | RG Plastering | | Taishan |
| 60 | Lorne Tick | Vasari Bellino | 14000510-000215VB | 28340 Altessa Way | Cothern Construction | Banner | Taishan |
| 61 | Geoffrey Grodner | Vasari Arezzo | 14000510-000072VR | 28601 Via D'Arezzo | Cothern Construction | Banner | Taishan |
| 62 | Ron Vaughn | Vasari Bellino | 14000510-000192VB | 28297 Altessa Way | Cothern Construction | Banner | Taishan |
| 63 | Sidney Smith | Vasari Bellino | 14000510-000183VB | 28243 Altessa Way | Cothern Construction | Banner | Taishan |
| 64 | Cesar Leone | Vasari Bellino | 14000510-000191VB | 28291 Altessa Way | Cothern Construction | Banner | Taishan |
| 65 | Duane Ankney | Vasari Bellino | 14000510-000226VB | 28274 Altessa Way | Cothern Construction | Banner | Taishan |
| 66 | Tom Reilly | Vasari Bellino | 14000510-000184VB | 28249 Altessa Way | Cothern Construction | Banner | Taishan |
| 67 | Marni Kell | Vasari Bellino | 14000510-000223VB | 28292 Altessa Way | Cothern Construction | | Taishan |
| 68 | Dominet Corporation- John Dominelli | Vasari Bellino | 14000510-000209VB | 28397 Altessa Way | Cothern Construction | Banner | Taishan |
| 69 | DuWayne Bakke | Vasari Bellino | 14000510-000224VB | 28286 Altessa way | Cothern Construction | Banner | Taishan |
| 70 | Mike Hale | Vasari Bellino | 14000510-000229VB | 28256 Altessa Way | Cothern Construction | Banner | Taishan |
| 71 | Vincent Castellana | Vasari Bellino | 14000510-000195VB | 28317 Altessa Way | Cothern Construction | Banner | Taishan |
| 72 | Pilar del Valle | Vasari Cassia | 14000510-080202VC | 11019 Carrara Court, Unit 202 | R & G Plastering | | no information |
| 73 | Amy Brecka | Vasari Cassia | 14000510-020202VC | 28491 Altessa Way #202 | R & G Plastering | | Taishan |
| 74 | Pamela Harris | Vasari Cassia | 14000510-020101VC | 28491 Altessa Way Unit 101 | R & G Plastering | | Taishan |
| 75 | William Kauffman | Vasari Cassia | 14000510-050102VC | 28473 Altessa Way Unit 102 | R & G Plastering | | Taishan |
| 76 | Mary Popoli | Vasari Cassia | 14000510-050201VC | 28473 Altessa Way Unit #201 | R & G Plastering | | Taishan |
| 77 | Scott Vierra | Vasari Cassia | 14000510-020201VC | 28491 Altessa Way Unit 201 | R & G Plastering | | Taishan |
| 78 | Carl/Lucille Hanson | Vasari Firenze | 14000510-030203VF | 28601 Firenze Way 203 | Cothern Construction | Banner | Taishan |

8-6-10

8-6-10

| | A Name | B Community | C Job# | D Address | E Drywall Sub | F Supplier | G Drywall Markings |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | No Apparent Marks (Based on Second Inspection), Laundry Room Appears to be Affected |
| 79 | Munro, Dick & Maryann | Vasari Firenze | 14000510-050202VF | 12088 Via Siena Ct #202 | Cothern Construction | | |
| 80 | Jill Marshall | Vasari Firenze | 14000510-040102VF | 12096 Via Siena Court Unit 102 | Cothern Construction | Banner | Taishan |
| 81 | Lou/Margaret Eliasof | Vasari Firenze | 14000510-030201VF | 28601 Firenze Way 201 | Cothern Construction | Banner | Taishan |
| 82 | Tom/ Judy Kleck | Vasari Firenze | 14000510-030103VF | 28601 Firenze Way 103 | Cothern Construction | Banner | Taishan |
| 83 | Becky Bush | Vasari Matera | 14000510-020104VM | 28436 Altessa Way # 104 | R & G Plastering | | No apparent markings, has |
| 84 | Mike Moroni | Vasari Matera | 14000510-020204VM | 28436 Altessa Way 204 | R & G Plastering | | Taishan |
| 85 | Richard Burnham | Vasari Matera | 14000510-020203VM | 28436 Altessa Way # 203 | R & G Plastering | | Taishan |
| 86 | Fabienne Willocx | Vasari Matera | 14000510-020202VM | 28436 Altessa Way Unit 202 | R & G Plastering | | Taishan |
| 87 | Nom Koksta | Vasari Matera | 14000510-020102VM | 28436 Altessa Way Unit 102 | R & G Plastering | | Taishan |
| 88 | Amarjit Mac | Vasari Matera | 14000510-020201VM | 28436 Altessa Way Unit 201 | R & G Plastering | | Taishan |
| 89 | Stanley and Barbara | Vasari Matera | 14000510-020101VM | 28436 Altessa Way Unit 101 | R & G Plastering | | Taishan |
| 90 | Ricardo Macias | Wilderness Lakes | 14000520-000017WL | 7835 Foxgrove Drive | Residential Drywall | Banner | |
| 91 | Mike and Shannon Tippy | Wilderness Lakes | 14000520-00001WL | 21301 Morning Mist Way | Residential Drywall | Banner | |
| 92 | Salvator Vegeto | Wilderness Lakes | 14000520-000014WL | 7847 Fox Grove Drive | Residential Drywall | Banner | Taishan, Unknown/Suspect Chinese |
| 93 | Sean Dobes | Wilderness Lakes | 14000520-00002WL | 21307 Morning Mist Way | Residential Drywall | Banner | |
| 94 | Gregory Dumas Chalmers | Wilderness Lakes | 14000520-000018WL | 7831 Foxgrove Drive | Residential Drywall | Banner | |
| 95 | Ronald Dicicco | Wilderness Lakes | 14000520-00004WL | 21315 Morning Mist Way | Residential Drywall | SeaCoast | |
| 96 | Wan Kit Lam | Wilderness Lakes | 14000520-000015WL | 7843 Fox Grove Drive | Residential Drywall | Banner | Taishan |
| 97 | | | | | | | |
| 98 | | | | | | | |

BANNER CONFIRMED  41

3