UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON - SECTION "L" |
| KENNETH ABEL, ET AL. v. TAISHAN TYPSUM CO., LTD., ET AL. | |
| CASE NO. 2:11-cv-00080 (E.D. La.) | MAGISTRATE WILKINSON |

## LIMITED NOTICE OF APPEARANCE

Lisa Young, and the law firm of **VASQUEZ & TOSKO, LLP,** and Brian L. Reboul, and the law firm of **BRIAN REBOUL & ASSOCIATES, LLC,** make an appearance as counsel of record for:

1.  **D & W Drywall, Inc.**

Appearances on behalf of the above-listed defendant are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated May 3, 2011.

           Respectfully submitted,

           *BRIAN REBOUL & ASSOCIATES, L.L.C.*

           By: ___/s/ *Brian Reboul*_____
             **Brian L. Reboul, Esq.**
             Louisiana Bar No. 02064
           2805 Division Street, Suite 102
           Metairie, Louisiana 70002
           Tel: (504) 457-2557 / Fax: (504) 457-2559
           Email: brian@reboullaw.com

           **VASQUEZ & TOSKO, LLP**

           By: ___/s/ *Lisa Young*_____
             **Lisa Young, Atty. at Law**
             Florida Bar No.: 935395
           Landmark Center Two
           225 E. Robinson St., Suite 525
           Orlando, FL 32801
           Tel: 1 (407) 481-9300 / Fax: 1 (407) 481-9171
           Email: lyoung17@cfl.rr.com

           *Attorneys for Defendant,*
           *D & W Drywall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2011.

/s/ Lisa Young
**LISA YOUNG**

/s/ Brian L. Reboul
**BRIAN L. REBOUL**

3