UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS & FURTHER JURISDICTIONAL DEPOSITIONS OF THE TAISHAN DEFENDANTS & FOR SANCTIONS**

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC"), who moves this Court for an Order compelling production of documents and further jurisdictional depositions of the Taishan Defendants and for sanctions. The PSC served interrogatories and requests for production of documents concerning jurisdictional issues upon Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co. Ltd. ("TTP"), (collectively, the "Taishan Defendants"). The Court is familiar with this in light of the PSC's Motion Challenging the Adequacy and Completeness of the Discovery Responses by The Taishan Defendants, filed January 12, 2011 (see Rec. Doc. 6964) and the PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses, filed February 9, 2011 (see Rec. Doc. 7364). Copies of the relevant Discovery at issue are incorporated in the prior Motions filed by the PSC and in order to not be redundant the discovery is not copied again. The prior Motions filed by the PSC are referenced and incorporated herein. The Court issued orders relating to the prior Motions on January 20, 2011 [Rec. Doc.7136] and on February 16, 2011 [Rec. Doc. 7511]. As is more

1

fully set forth in the accompanying memorandum in support, the Taishan Defendants have been less than forthcoming and obstreperous with their discovery responses, document production, production of witnesses for Rule 30(b)(6) depositions, and their conduct during the 30(b)(6) depositions. Accordingly, the PSC moves the Court to compel production of the documents set forth in the accompanying memorandum in support, for further depositions of the witnesses and for sanctions.

WHEREFORE, the PSC respectfully requests that this Honorable Court set an expedited hearing on this matter for May 11, 2011, and that the Court order: 1) the Taishan Defendants to produce the documents requested; 2) to produce witnesses for deposition knowledgeable of the Profile Forms; 3) to produce Mr. Cher and Yang for deposition; and 4) to sanction the Taishan Defendants for their conduct in discovery, including, but not limited to the costs of: travel, lodging, food, court reporters, videographer, and the rental of the conference room for the depositions in Hong Kong the week of April 4th, all as set forth in the accompanying memorandum.

Respectfully Submitted,

Dated: May 3, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA   70139<br>PH:   (504) 524-3300<br>Fax:   (504) 524-3313<br><br>Robert Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL   33130<br>PH:   (305) 358-2800<br>Fax:   (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL   32502<br>PH:   (850) 435-7090<br>Fax:   (850) 436-6091<br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA   19106<br>PH:   (215) 592-1500<br>Fax:   (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL   34134<br>PH:   (239) 390-1000<br>Fax:   (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY   10004<br>PH:   (212) 584-0700<br>Fax:   (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive, Suite 600<br>Ft. Myers, FL   33907<br>PH:   (239) 433-6880<br>Fax:   (239) 433-6836 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA   70068<br>PH:   (985) 536-1186<br>Fax:   (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL   33134<br>PH:   (305) 476-7400<br>Fax:   305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA   70130<br>PH:   (504) 581-1750<br>Fax:   (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA   70163-2800<br>PH:   (504) 522-2304<br>Fax:   (504) 528-9973<br><br>James Robert   Reeves<br>160 Main Street<br>Biloxi, MS   39530<br>PH:   (228) 374-5151<br>Fax:   (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX   75219<br>PH:   (214) 523-6674<br>Fax:   (214) 520-1181 |

| | |
|---|---|
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite   650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:   (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA   70057<br>Phone:   (985) 783-6789<br>Fax:   (985) 783-1333<br>andrew@lemmonlawfirm.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2011.

              /s/ Leonard A. Davis
              Leonard A. Davis
              Herman, Herman, Katz & Cotlar, LLP
              820 O'Keefe Ave.
              New Orleans, LA   70113
              PH:   (504) 581-4892
              Fax:   (504) 561-6024
              ldavis@hhkc.com