# EXHIBIT "B"

# BNBM

# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

## 2010年半年度报告



北新集团建材股份有限公司董事会

2010年8月18日

Subsidiary Companies of Beijing New Building Material Public Limited Company

(BNBM or BNBM PLC)

($1 = about ¥ 6.8)

Source: Translated from the 2010 Interim Report of BNBM (P102-103)

| No. | Name of the Subsidiary | Subsidiary Type | Corporate Type | Place of Incorporation | Legal Representative | Corporate Code | Business | Registered Capital | Share Ratio | Voting Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BNBM Building Plastic Co., Ltd. (北新建塑有限公司) | Controlled subsidiary | Limited Liability | Beijing | Zhou Yunxiang | 63371505-7 | Production and sale of plastic and steel materials | ¥ 100 million | 55% | 55% |
| 2 | BNBM Home Co., Ltd. (北新房屋有限公司) | Controlled subsidiary | Sino-foreign joint venture | Beijing | Wang Bing | 72636296-7 | Industrialized Housing Building | ¥ 200 million | 64% | 64% |
| 3 | BNBM Beixin Chenlong Decoration Engineering Co., Ltd. (北京北新辰龙装饰工程有限公司) | wholly-owned subsidiary | Limited Liability | Beijing | Zhou Yunxiang | 10195550-0 | Architectural decoration | ¥ 7 million | 100% | 100% |
| 4 | Beijing New Material Incubator Co., Ltd. (北京新材料孵化器有限公司) | Controlled subsidiary | Limited Liability | Beijing | Wang Bing | 72634017-8 | Fostering of high-tech enterprises | ¥ 5 million | 60% | 60% |
| 5 | Taishan Gypsum Co., Ltd. (泰山石膏股份有限公司) | Controlled subsidiary | Limited Liability | Tai'an, Shandong | Jia Tongchun | 72074387-3 | Production and sale of plasterboard | ¥ 155.625 million | 42% | 65% |
| 6 | BNBM Suzhou Mineral Fiber Ceiling Co., Ltd. (苏州北新矿棉板有限公司) | wholly-owned subsidiary | Limited Liability | Suzhou, Jiangsu | Wu Fade | 73829657-3 | Production and sale of mineral fiber ceilings | ¥ 20 million | 100% | 100% |
| 7 | BNBM Taicang Co., Ltd. (太仓北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Taicang, Jiangsu | Zhang Nailing | 79650800-1 | Production and sale of plasterboard | ¥ 60 million | 100% | 100% |

| # | Name | Type | Structure | Location | Representative | Registration No. | Business | Capital | Ownership |
|---|---|---|---|---|---|---|---|---|---|
| 8 | BNBM Chengdu Co., Ltd. (成都北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Chengdu, Sichuan | Zhang Nailing | 79003622-6 | Production and sale of steel stud | ¥ 1 million | 100% |
| 9 | BNBM Ningbo Co., Ltd. (宁波北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Ningbo, Zhejiang | Zhang Nailing | 78042527-9 | Production and sale of plasterboard | ¥ 15 million | 100% |
| 10 | Beijing Donglian Investment and Trade Co., Ltd. (北京东联投资有限公司) | wholly-owned subsidiary | Limited Liability | Beijing | Yang Yanjun | 76002435-5 | Investing business | ¥ 35.79375 million | 100% |
| 11 | BNBM Zhaoqing Co., Ltd. (肇庆北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Zhaoqing, Guangdong | Zhang Nailing | 66500566-6 | Production and sale of plasterboard | ¥ 20 million | 100% |
| 12 | BNBM Guang'an Co., Ltd. (广安北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Guang'an, Sichuan | Zhang Nailing | 66536676-0 | Production and sale of plasterboard | ¥ 15 million | 100% |
| 13 | BNBM Hubei Co., Ltd. (湖北北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Wuhan, Hubei | Zhang Nailing | 66952032-3 | Production and sale of plasterboard | ¥ 15 million | 100% |
| 14 | BNBM Suzhou Co., Ltd. (苏州北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Suzhou, Jiangsu | Zhang Nailing | 79830369-1 | Production and sale of wall materials | ¥ 80 million | 100% |
| 15 | Beijing New Residential Industry Co., Ltd. (北新住宅产业有限公司) | wholly-owned subsidiary | Limited Liability | Beijing | Zhou Yunxiang | 69964053-7 | Production and sale of building materials | ¥ 50 million | 100% |
| 16 | BNBM Zhenjiang Co., Ltd. (镇江北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Zhenjiang, Jiangsu | Zhang Nailing | 69794890-9 | Production and sale of plasterboard | ¥ 15 million | 100% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | BNBM Pingyi Co., Ltd. (平邑北新建材有限公司) | wholly-owned subsidiary | Limited Liability | Pingyi, Shandong | Zhang Nailing | 69443159-2 | Production and sale of plasterboard | ¥ 20 million | 100% | 100% |
| 18 | BNBM Gucheng Co., Ltd. (故城北新建材有限公司) | Controlled subsidiary | Limited Liability | Gucheng, Hebei | Zhang Nailing | 69349713-5 | Production and sale of plasterboard | ¥ 15 million | 85% | 85% |

Note: The last four companies (highlighted) are newly included in the consolidated financial statements of BNBM from the year 2009

志平，注册资本37.23亿元人民币，注册地址为北京市海淀区紫竹院南路2号，主营建筑材料（含钢材、木材、只限于采购供应给本系统直属直供企事业单位）及其原辅材料、生产技术设备的研制、批发、零售和本系统计划内小轿车的供应；承接新型建筑材料房屋、工厂及装饰装修工程的设计、施工；兼营以新型建筑材料为主的房地产经营业务和主兼营业务有关的技术咨询、信息服务。

2、本企业的子公司情况

I、本公司的子公司

| 子公司全称 | 子公司类型 | 企业类型 | 注册地 | 法人代表 | 组织机构代码 |
|---|---|---|---|---|---|
| 北新建塑有限公司 | 控股子公司 | 有限责任 | 北京市 | 邹云翔 | 63371505-7 |
| 北新房屋有限公司 | 控股子公司 | 中外合资企业 | 北京市 | 王兵 | 72636296-7 |
| 北京北新晨龙装饰工程有限公司 | 全资子公司 | 有限责任 | 北京市 | 邹云翔 | 10195550-0 |
| 北京新材料孵化器有限公司 | 控股子公司 | 有限责任 | 北京市 | 王兵 | 72634017-8 |
| 泰山石膏股份有限公司 | 控股子公司 | 有限责任 | 山东泰安市 | 贾同春 | 72074387-3 |
| 苏州北新矿棉板有限公司 | 全资子公司 | 有限责任 | 江苏苏州市 | 武发德 | 73829657-3 |
| 太仓北新建材有限公司 | 全资子公司 | 有限责任 | 江苏太仓市 | 张乃岭 | 79650800-1 |
| 成都北新建材有限公司 | 全资子公司 | 有限责任 | 四川成都市 | 张乃岭 | 79003622-6 |
| 宁波北新建材有限公司 | 全资子公司 | 有限责任 | 浙江宁波市 | 张乃岭 | 78042527-9 |
| 北京东联投资有限公司 | 全资子公司 | 有限责任 | 北京市 | 杨艳军 | 76002435-5 |
| 肇庆北新建材有限公司 | 全资子公司 | 有限责任 | 广东肇庆市 | 张乃岭 | 66500566-6 |
| 广安北新建材有限公司 | 全资子公司 | 有限责任 | 四川广安市 | 张乃岭 | 66536676-0 |
| 湖北北新建材有限公司 | 全资子公司 | 有限责任 | 湖北武汉市 | 张乃岭 | 66952032-3 |
| 苏州北新建材有限公司 | 全资子公司 | 有限责任 | 江苏苏州市 | 张乃岭 | 79830369-1 |
| 北新住宅产业有限公司 | 全资子公司 | 有限责任 | 北京市密云县 | 邹云翔 | 69964053-7 |
| 镇江北新建材有限公司 | 全资子公司 | 有限责任 | 江苏镇江 | 张乃岭 | 69794890-9 |
| 平邑北新建材有限公司 | 全资子公司 | 有限责任 | 山东省平邑县 | 张乃岭 | 69443159-2 |
| 故城北新建材有限公司 | 控股子公司 | 有限责任 | 河北省故城县 | 张乃岭 | 69349713-5 |

续上表：

| 子公司全称 | 业务性质 | 注册资本 | 持股比例 | 表决权比例 |
|---|---|---|---|---|
| 北新建塑有限公司 | 塑钢型材生产经营 | 10,000万 | 55.00% | 55.00% |
| 北新房屋有限公司 | 工厂化房屋生产 | 20,000万 | 64.00% | 64.00% |
| 北京北新晨龙装饰工程有限公司 | 建筑装饰装修 | 700万 | 100.00% | 100.00% |
| 北京新材料孵化器有限公司 | 高科技企业培育 | 500万 | 60.00% | 60.00% |
| 泰山石膏股份有限公司 | 石膏板的制造销售 | 15,562.50万 | 42.00% | 65.00% |
| 苏州北新矿棉板有限公司 | 矿棉板的生产销售 | 2,000万 | 100.00% | 100.00% |
| 太仓北新建材有限公司 | 石膏板的制造销售 | 6,000万 | 100.00% | 100.00% |
| 成都北新建材有限公司 | 龙骨产品生产销售 | 100万 | 100.00% | 100.00% |
| 宁波北新建材有限公司 | 石膏板的制造销售 | 1,500万 | 100.00% | 100.00% |
| 北京东联投资有限公司 | 投资业务 | 3,579.375万 | 100.00% | 100.00% |
| 肇庆北新建材有限公司 | 石膏板的制造销售 | 2,000万 | 100.00% | 100.00% |
| 广安北新建材有限公司 | 石膏板的制造销售 | 1,500万 | 100.00% | 100.00% |
| 湖北北新建材有限公司 | 石膏板的制造销售 | 1,500万 | 100.00% | 100.00% |
| 苏州北新建材有限公司 | 墙体材料制造销售 | 8,000万 | 100.00% | 100.00% |
| 北新住宅产业有限公司 | 建筑材料的制造销售 | 5,000万 | 100.00% | 100.00% |

| 子公司全称 | 业务性质 | 注册资本 | 持股比例 | 表决权比例 |
|---|---|---|---|---|
| 镇江北新建材有限公司 | 石膏板的制造销售 | 1,500万 | 100.00% | 100.00% |
| 平邑北新建材有限公司 | 石膏板的制造销售 | 2,000万 | 100.00% | 100.00% |
| 故城北新建材有限公司 | 石膏板的制造销售 | 1,500万 | 85.00% | 85.00% |

II、本公司的控股子公司-泰山石膏股份有限公司的子公司

| 子公司全称 | 子公司类型 | 企业类型 | 注册地 | 法人代表 | 组织机构代码 |
|---|---|---|---|---|---|
| 泰山石膏(邳州)有限公司 | 全资子公司 | 有限责任 | 江苏邳州市 | 贾同春 | 73783509-6 |
| 秦皇岛泰山建材有限公司 | 控股子公司 | 有限责任 | 河北秦皇岛 | 贾同春 | 73871270-9 |
| 湖北泰山建材有限公司 | 全资子公司 | 有限责任 | 湖北荆门市 | 贾同春 | 75340018-0 |
| 泰安泰立珠宝有限公司 | 控股子公司 | 有限责任 | 山东泰安市 | 贾同春 | 70613035-X |
| 徐州法斯特建材有限责任公司 | 全资子公司 | 有限责任 | 江苏徐州市 | 贾同春 | 72074387-3 |
| 泰山石膏(潍坊)有限公司 | 全资子公司 | 有限责任 | 山东安丘市 | 贾同春 | 76576220-X |
| 泰山石膏(江阴)有限公司 | 控股子公司 | 有限责任 | 江苏江阴市 | 贾同春 | 76053337-9 |
| 泰山石膏(重庆)有限公司 | 全资子公司 | 有限责任 | 重庆江津市 | 贾同春 | 77849473-4 |
| 泰山石膏(衡水)有限公司 | 全资子公司 | 有限责任 | 河北衡水市 | 贾同春 | 78256341-3 |
| 泰安市泰山纸面石膏板有限公司 | 全资子公司 | 有限责任 | 山东泰安市 | 彭世亮 | 78503046-0 |
| 阜新泰山石膏建材有限公司 | 全资子公司 | 有限责任 | 辽宁阜新市 | 贾同春 | 79159109-6 |
| 泰山石膏(温州)有限公司 | 控股子公司 | 有限责任 | 浙江乐清市 | 贾同春 | 79437707-9 |
| 泰山石膏(平山)有限公司 | 控股子公司 | 有限责任 | 河北平山县 | 贾同春 | 78981954-9 |
| 泰山石膏(河南)有限公司 | 全资子公司 | 有限责任 | 河南师偃市 | 贾同春 | 66466723-8 |
| 泰山石膏(湘潭)有限公司 | 控股子公司 | 有限责任 | 湖南湘潭市 | 贾同春 | 79688710-1 |
| 泰山石膏（铜陵）有限公司 | 控股子公司 | 有限责任 | 安徽省铜陵市 | 贾同春 | 67264412-4 |
| 泰山石膏（包头）有限公司 | 控股子公司 | 有限责任 | 内蒙古包头市 | 贾同春 | 67067771-5 |
| 泰安泰山环保建材有限公司 | 控股子公司 | 有限责任 | 山东省泰安市 | 贾同春 | 66571851-9 |
| 泰安市泰和广告有限公司 | 全资子公司 | 有限责任 | 山东省泰安市 | 彭文龙 | 67452358-8 |
| 泰山石膏（南通）有限公司 | 全资子公司 | 有限责任 | 江苏省南通市 | 贾同春 | 69675075-7 |
| 泰山石膏（江西）有限公司 | 控股子公司 | 有限责任 | 江西丰城 | 贾同春 | 68595492-2 |
| 山东泰和光能有限公司 | 全资子公司 | 有限责任 | 山东省泰安市 | 贾同春 | 69543055-9 |
| 泰山石膏（广东）有限公司 | 全资子公司 | 有限责任 | 广东博罗县 | 贾同春 | 68863927-4 |
| 贵州泰福石膏有限公司 | 控股子公司 | 有限责任 | 贵州福泉市 | 任绪连 | 69750860-4 |
| 泰山（银川）石膏有限公司 | 全资子公司 | 有限责任 | 兰州银川 | 贾同春 | 68422511-1 |
| 泰山石膏（陕西）有限公司 | 全资子公司 | 有限责任 | 陕西渭南市 | 贾同春 | 79076244-7 |
| 泰山石膏（云南）有限公司 | 全资子公司 | 有限责任 | 云南省易门县 | 贾同春 | 78169623-0 |
| 泰山石膏（四川）有限公司 | 全资子公司 | 有限责任 | 四川省什邡市 | 贾同春 | 55347022-1 |
| 泰安市金盾建材有限公司 | 全资子公司 | 有限责任 | 山东省泰安市 | 贾同春 | 75353129-5 |

续上表：

| 子公司全称 | 业务性质 | 注册资本 | 持股比例 | 表决权比例 |
|---|---|---|---|---|
| 泰山石膏(邳州)有限公司 | 石膏板的制造销售 | 1,000万 | 100.00% | 100.00% |
| 秦皇岛泰山建材有限公司 | 石膏板的制造销售 | 1,500万 | 70.00% | 70.00% |
| 湖北泰山建材有限公司 | 石膏板的制造销售 | 1,500万 | 100.00% | 100.00% |
| 泰安泰立珠宝有限公司 | 石膏板的制造销售 | 60万 | 70.00% | 70.00% |
| 徐州法斯特建材有限责任公司 | 石膏板的制造销售 | 1,880万 | 100.00% | 100.00% |
| 泰山石膏(潍坊)有限公司 | 石膏板的制造销售 | 1,000万 | 100.00% | 100.00% |
| 泰山石膏(江阴)有限公司 | 石膏板的制造销售 | 4,800.399万 | 100.00% | 100.00% |