UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL   PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiffs' Steering Committee's Motion to Compel Production Of Documents & Further Jurisdictional Depositions Of The Taishan Defendants & For Sanctions;

IT IS ORDERED BY THE COURT that the Motion to Compel Production Of Documents & Further Jurisdictional Depositions Of The Taishan Defendants & For Sanctions be and is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge