UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED          MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**          JUDGE FALLON  - SECTION "L"

KENNETH ABEL, ET AL. v.
TAISHAN TYPSUM CO., LTD., ET AL.
                                      MAGISTRATE WILKINSON
CASE NO. 2:11-cv-00080 (E.D. La.)

## CORPORATE DISCLOSURE STATEMENT OF
## D & W DRYWALL, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, **D & W Drywall, Inc.**, which pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6E of the Local Rules of this Court, respectfully submits the following statement of its corporate interest and affiliations.

1)   D & W Drywall, Inc. is a Florida corporation with its principal place of business in Pensacola, Florida; and,

2)   D & W Drywall, Inc. is a privately held corporation.

1

Dated May 3, 2011.

        Respectfully submitted,

        **BRIAN REBOUL & ASSOCIATES, L.L.C.**

        **By:** ___/s/_Brian Reboul_____
             **Brian L. Reboul, Esq.**
            Louisiana Bar No. 02064
        2805 Division Street, Suite 102
        Metairie, Louisiana 70002
        Tel: (504) 457-2557 Fax: (504) 457-2559
        Email: brian@reboullaw.com

        **VASQUEZ & TOSKO, LLP**

        **By:** ___/s/_Lisa Young_____
            **Lisa Young, Atty. at Law**
            Florida Bar No.: 935395
        Landmark Center Two
        225 E. Robinson St., Suite 525
        Orlando, FL 32801
        Tel: 1 (407) 481-9300
        Fax: 1 (407) 481-9171
        Email: lyoung17@cfl.rr.com

        *Attorneys for Defendant,*
        *D & W Drywall, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2011.

/s/ Brian L. Reboul
**BRIAN L. REBOUL**

/s/ Lisa Young
**LISA YOUNG**