UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL   PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Motion for Leave of Court to File Exhibits Under Seal in connection with The Plaintiffs' Steering Committee's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions;

IT IS ORDERED that Exhibits A, C, D, E and F attached to the PSC's Memorandum in Support of Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge