UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the Motion for Expedited Hearing in connection with The Plaintiffs' Steering Committee's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions;

IT IS ORDERED BY THE COURT that a hearing on the PSC's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions be held on an expedited basis on May 11, 2011, at 9:00 o'clock a.m., in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

IT IS FURTHER ORDERED BY THE COURT that any opposition to the PSC's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions be filed by _____.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge