UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND | JUDGE FALLON<br>MAG. WILKINSON |
| *Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.) |  |
| *Silva, et al. v. Arch Insurance Company, et al.*<br>Case No. 09-08034 (E.D. La.) |  |
| *Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-07628 (E.D. La.) |  |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.) |  |
| *Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-6690 (E.D. La.) |  |
| *Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) |  |
| *Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 (E.D. La.) |  |
| *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 2:11-080 (E.D. La.) |  |
| *Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>*Case 2:11-252 (E.D. La.)* |  |

**COCKERHAM CONSTRUCTION, LLC'S RESPONSE IN OPPOSITION
TO INEX'S JOINT MOTION FOR AN ORDER
PRELIMINARILY APPROVING SETTLEMENT AGREEMENT**

**MAY IT PLEASE THE COURT**:

Defendant, Cockerham Construction, LLC, respectfully opposes InEx's Joint Motion for an Order preliminarily approving the InEx settlement agreement, conditionally certifying an InEx settlement class, issuing class notice, and scheduling a settlement fairness hearing. Cockerham Construction adopts by reference, as if copied herein *in extenso*, the opposition filed by the Homebuilders' Steering Committee and the arguments made therein. (R. 8682)

Cockerham Construction specifically objects to the bar order and permanent injunction outlined in the Settlement Agreement as part of its terms and conditions.  As part of the proposed Order and Judgment, the Settlement Agreement provides that the Court shall issue a bar order which, as relates to homebuilders, bars "the assertion by any entity or person against the Settling Defendants of any contribution, indemnification, subrogation, other claims concerning (i) the Chinese Drywall claims against InEx or (ii) this Settlement."  (R. 8628 - Settlement Agreement at p. 26.)  This proposed bar order deprives homebuilders, even those who choose to opt out, of any right to bring a claim against a responsible party.  Accordingly, it adversely affects all homebuilders (parties and nonparties alike) by taking away from them an essential right with no recompense or other consideration.

WHEREFORE, Cockerham Construction, LLC respectfully requests that this Honorable Court deny INEX's proposed settlement and settlement class as currently presented to the Court.

Respectfully submitted,

PAJARES & SCHEXNAYDRE, L.L.C.

BY:   /s/ Raymond J. Pajares
RAYMOND J. PAJARES
Louisiana State Bar Association No. 17343
E. ASHLEY CARTER
Louisiana State Bar Association No. 19872
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:  985-292-2000
Facsimile: 985-292-2001
E-Mail:  rpajares@pslawfirm.com

ATTORNEYS FOR DEFENDANT,
COCKERHAM CONSTRUCTION L.L.C.

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Opposition to InEx's Motion for an Order Preliminarily Approving Settlement Class has been served on Plaintiffs' Liaison Counsel, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May 2011.

                                      PAJARES & SCHEXNAYDRE, L.L.C.

                                      BY:   /s/ Raymond J. Pajares
                                      RAYMOND J. PAJARES
                                      Louisiana State Bar Association No. 17343
                                      68031 Capital Trace Row
                                      Mandeville, Louisiana 70471
                                      Telephone:  985-292-2000
                                      Facsimile: 985-292-2001
                                      E-Mail:  rpajares@pslawfirm.com