UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED        MDL Docket No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                SECTION L

                                          DISTRICT JUDGE FALLON

This documents relates to
Case No. 09-7628 (*Payton*)         MAGISTRATE JUDGE WILKINSON

C. ADAMS CONSTRUCTION & DESIGN, LLC JOINDER IN HOMEBUILDERS'
STEERING COMMITTEE'S RESPONSE
IN OPPOSITION TO JOINT MOTION FOR AN ORDER: (1) PRELIMINARILY
APPROVING INEX SETTLEMENT AGREEMENT; (2) CONDITIONALLY
CERTIFYING INEX SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE;
AND (4) SCHEDULING A SETTLEMENT FAIRNESS HEARING

Defendant, C. Adams Construction & Design, LLC ("C. Adams"), joins in and adopts the

Homebuilders' Steering Committee's Response in Opposition to Joint Motion for an Order: (1)

Preliminarily Approving INEX Settlement Agreement; (2) Conditionally Certifying INEX

Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Settlement Fairness Hearing.

On April 26, 2011, the Plaintiffs' Steering Committee joined Interior Exterior Building Supply,

LP ("InEx"), Arch Insurance Company and Liberty Mutual Fire Insurance Company in a Joint

Motion for Preliminary Approval of the InEx Settlement and Conditional Certification of an

InEx Settlement Class. On May 3, 2011, the Homebuilders Steering Committee ("HSC") filed

an opposition to the motion and argued that the proposed settlement violated the due process

rights of the homebuilders. In particular, the HSC explained that the proposed settlement

purports to bar the homebuilders from pursuing indemnity claims against downstream defendants, yet it fails to provide the homebuilders a complete release.

C. Adams incorporates by reference the HSC Motion and Memorandum in their entirety, including all exhibits and authorities, as if set forth in this Joinder.

C. Adams further reserves the right to object to any motion for final approval of the INEX Settlement Agreement and any future versions of the INEX Settlement Agreement.

Wherefore, C. Adams Construction & Design, LLC respectfully requests this Court deny any and all relief requested in the April 26, 2011 motion: the INEX Settlement Agreement should not be preliminarily approved; the INEX Settlement Class should not be conditionally certified; class notice should not be issued; and a settlement fairness hearing should not be scheduled at this time.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:      /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com
**ATTORNEYS FOR DEFENDANT,**
**C. ADAMS CONSTRUCTION & DESIGN LLC**

- 2 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail

and e-mail or by hand delivery and email and upon all parties by electronically uploading the

same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this 3rd day of May, 2011.

_____/s/ Brent B. Barriere_____

- 2 -

PD.5085047.1