## DECLARATION

STATE OF LOUISIANA

PARISH OF ORLEANS

       **BEFORE ME**, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared

## STEVEN W. USDIN

who, after being first duly sworn, stated:

    1.    I am counsel for The Mitchell Company, Inc. ("TMC") in the proceeding captioned *Payton, et al. v. Knauf GIPS KG, et al,* Case No. 09-7628, and is defending TMC against claims asserted by the Prichard Housing Authority ("PHA") in that proceeding.

    2.    TMC is represented by Steven L. Nicholas of Cunningham Bounds in the proceeding captioned *The Mitchell Company, Inc. v. Knauf GIPS KG, et al.,* Case No. 09-4115, in which TMC is asserting claims as a plaintiff against the named defendants.

    3.    Undersigned counsel participated in a mediation on October 18, 2010 for purposes of attempting to settle PHA's claims against TMC and others, and also participated in subsequent discussions with the mediator, John Perry, regarding potential settlement.

    4.    Throughout all communications relating to potential settlement of PHA's claims, undersigned counsel communicated that any settlement would not include the release of TMC's claims against any other parties. Undersigned counsel advised Mr. Perry that communications relating to TMC's claims as a plaintiff would have to be conducted with Mr. Nicholas.

633124_1

## Exhibit A

5.      When Mr. Perry sent an email advising that an agreement had been reached regarding monetary payments to be made by certain defendants to PHA, undersigned counsel advised Mr. Nicholas of the communication.  Mr. Nicholas then communicated directly with Mr. Perry, confirming that TMC was not agreeing to release its claims, which Mr. Perry confirmed was his understanding.

6.      At no time during any of the settlement conversations with the mediator or any other party did TMC express a willingness to release any of its claims as a plaintiff; to the contrary, it was stated that those claims were not to be released in any settlement.

Steven W. Usdin

Sworn to and subscribed before me this
2nd day of May, 2011.

Notary Public
Print Name/Number:  Violet B. Hooker, #42076
My Commission is for Life.

633124_1