**Steve Nicholas**

**From:** Steve Nicholas
**Sent:** Tuesday, November 30, 2010 5:34 PM
**To:** perry@pabmb.com
**Cc:** Steven W. Usdin; Kristen Law; Chuck Stefan
**Subject:** PHA v Mitchell

John,

Steve Usdin forwarded your email reporting a deal on the settlement of the above. Mitchell has been steadfast in it's position it will not release it's claims against any of the defendants without settling it's affirmative claims. I don't want you, or the defendants, to be surprised by that position down the road.

Steve Nicholas
Cunningham Bounds LLC
251-471-6191
1601 Dauphin St
Mobile, Alabama. 36604

# Exhibit B

1