----- Original Message -----
From: John W. Perry Jr. <perry@pabmb.com>
To: 'SLN@cunninghambounds.com' <SLN@cunninghambounds.com>
Cc: Steven W. Usdin; 'klaw@lchb.com' <klaw@lchb.com>; 'cstefan@mitchellcompany.com' <cstefan@mitchellcompany.com>
Sent: Tue Nov 30 19:05:59 2010
Subject: Re: PHA v Mitchell

I think everyone has the same understanding. Thanks.

----- Original Message -----
From: Steve Nicholas <SLN@cunninghambounds.com>
To: John W. Perry Jr.
Cc: Steven W. Usdin <susdin@barrassousdin.com>; Kristen Law <klaw@lchb.com>; Chuck Stefan <cstefan@mitchellcompany.com>
Sent: Tue Nov 30 17:33:35 2010
Subject: PHA v Mitchell

John,

Steve Usdin forwarded your email reporting a deal on the settlement of the above. Mitchell has been steadfast in it's position it will not release it's claims against any of the defendants without settling it's affirmative claims. I don't want you, or the defendants, to be surprised by that position down the road.

Steven Nicholas
Cunningham Bounds LLC
251-471-6191
1601 Dauphin St
Mobile, Alabama. 36604
###############################################################################
Attention:
The information contained in this message and or attachments is intended
only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. Any review, retransmission,

1

# Exhibit C