UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

### HOMEBUILDERS' STEERING COMMITTEE'S MOTION FOR SANCTIONS AND TO COMPEL ADDITIONAL JURISDICTIONAL DEPOSITIONS OF DEFENDANTS TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.

The Homebuilders' Steering Committee ("HSC"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 37(a), respectfully moves this Court for entry of an Order compelling Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") to make substitute or additional 30(b)(6) witnesses available for deposition, and requiring TG and TTP to pay the fees and costs associated with these additional or substitute depositions. The reasons for the HSC's Motion are fully set forth in the Memorandum of Law in Support of its Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants TG and TTP simultaneously filed by the HSC.

Dated:  May 3, 2011                             Respectfully submitted,

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN** | **GREENBERG TRAURIG, P.A.** |
| *Local Lead Counsel of the HSC* | *Lead Counsel for the HSC* |
| 546 Carondelet Street | 1221 Brickell Avenue |
| New Orleans, LA  70130 | Miami, Florida 33131 |
| Telephone: (504) 593-0804 | Telephone: (305) 579-0500 |
| Facsimile: (504) 593-0804 | Facsimile: (305) 579-0717 |
| E-mail: pwittmann@stonepigman.com | Email: bassh@gtlaw.com |
| | Email: salkym@gtlaw.com |

By:     /s/ Phillip A. Wittmann
            PHILLIP A. WITTMANN
            Louisiana Bar No. 13625

By:     /s/ Hilarie Bass
            HILARIE BASS
            Florida Bar No. 334323
            MARK A. SALKY
            Florida Bar No. 058221

| | |
|---|---|
| **SIVYER BARLOW & WATSON** | **KING & SPALDING LLP** |
| *Member of the HSC* | *Member of the HSC* |
| 100 S Ashley Drive, Suite 2150 | 1180 Peachtree Street, NE |
| Tampa, FL 33602 | Atlanta, GA 30309 |
| Telephone: (813) 221-4242 | Telephone: (404) 572-4600 |
| Facsimile: (813) 227-8598 | Facsimile: (404) 572-5100 |
| Email: nsivyer@sbwlegal.com | Email: kbuster@kslaw.com |

By:     /s/ Neal Allen Sivyer
            NEAL A. SIVYER
            Florida Bar No. 373745

By:     /s/ J Kevin Buster
            J. KEVIN BUSTER
            Georgia Bar No. 099267

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass

*MIA 181,863,551v1 5-3-11*