UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
     PRODUCTS LIABILITY LITIGATION
                                             SECTION:  L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

## ORDER

Upon consideration of the Homebuilders' Steering Committee's ("HSC") Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd. (the "Motion to Compel"), it is hereby

**ORDERED and ADJUDGED** that the Motion to Compel is hereby **GRANTED** as follows:

1. Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") shall produce additional or substitute representatives prepared to testify in detail about the information set forth in their Manufacturer Profile Forms, as well as all transactions involving direct and indirect shipments of their drywall into the United States.

2. Given TG's and TTP's conduct during the prior depositions, the Court will award sanctions against TG and TTP for the fees and costs associated with these additional depositions. Counsel who attended the depositions in Hong Kong from April 4 through 8, 2011, who also attend these additional depositions, shall submit to the Court an application for an award of their fees and costs within 20 days after the additional depositions have concluded.

**DONE and ORDERED** in Chambers, New Orleans, Louisiana, this _____ day of May, 2011.

_____
ELDON E. FALLON
United States District Court Judge

Copies furnished to:
Counsel of record