## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL DOCKET: 2047
  PRODUCTS LIABILITY LITIGATION

                SECTION:  L

                JUDGE FALLON
                MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

### HOMEBUILDERS' STEERING COMMITTEE'S MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED CONSIDERATION OF MOTION FOR SANCTIONS AND TO COMPEL ADDITIONAL JURISDICTIONAL DEPOSITIONS OF DEFENDANTS TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.

The Homebuilders' Steering Committee ("HSC"), by and through undersigned counsel, respectfully moves this Court for entry of an Order setting for hearing on an expedited basis its Motion to Compel against Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") to make substitute or additional 30(b)(6) witnesses available for deposition, and requiring TG and TTP to pay the fees and costs associated with these additional or substitute depositions.  An expedited hearing is warranted so that this essential deposition, taken to establish the basis for jurisdiction of these parties, can be completed in a timely fashion, with witnesses who are properly prepared to testify on the noticed topics.  The HSC further requests that all oppositions to this motion be filed timely in advance of the date of the hearing set by the Court.

Dated:  May 3, 2011                              Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel of the HSC*
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com


By:    /s/ Phillip A. Wittmann
      PHILLIP A. WITTMANN
      Louisiana Bar No. 13625

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By:    /s/ Hilarie Bass
      HILARIE BASS
      Florida Bar No. 334323
      MARK A. SALKY
      Florida Bar No. 058221

**SIVYER BARLOW & WATSON**
*Member of the HSC*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com


By:    /s/ Neal Allen Sivyer
      NEAL A. SIVYER
      Florida Bar No. 373745

**KING & SPALDING LLP**
*Member of the HSC*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com


By:    /s/ J Kevin Buster
      J. KEVIN BUSTER
      Georgia Bar No. 099267

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 3, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass