UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | |

### ORDER

Upon consideration of the Homebuilders' Steering Committee's ("HSC") Motion and Incorporated Memorandum for Expedited Hearing on Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd. (the "Motion to Compel"),

IT IS ORDERED the HSC's Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd.motion be heard on an expedited basis on May 11, 2011, at 9:00 o'clock a.m., in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

IT IS FURTHER ORDERED that any opposition to the HSC's Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd. be filed by _____.

New Orleans, Louisiana, this _____ day of May, 2011.

                                                                          _____
                                                                          ELDON E. FALLON
                                                                           United States District Court Judge

Copies furnished to:
Counsel of record