UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>*Vickers, et al v. Knauf Gips KG, et al*<br>EDLA 09-04117<br>*Payton, et al v. Knauf Gips KG, et al*<br>EDLA 09-0762<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## BANNER SUPPLY COMPANY'S MOTION FOR LEAVE OF COURT TO FILE ITS REPLY TO HOMEBUILDERS' RESPONSE TO CERTAIN DEFENDANT BANNER ENTITIES' MOTION TO STRIKE HOMEBUILDERS' FACT WITNESS LISTS

Banner Supply Company, ("Banner"), through its undersigned counsel, respectfully request leave of court to file its Reply to Homebuilders' Response to Certain Defendant Banner Entities Motion to Strike Homebuilders' Fact Witness Lists [8681].

Respectfully submitted, this 4th day of May, 2011.

                                            **WEINBERG, WHEELER, HUDGINS,**
                                            **GUNN & DIAL, LLC**

                                            */s/ Nicholas P. Panayotopoulos*
                                            **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
                                            Georgia Bar Number: 560679
                                            3344 Peachtree Road, Suite 2400
                                            Atlanta, GA 30326
                                            Telephone (404)876-2700
                                            npanayo@wwhgd.com
                                            *Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Supply Company's Motion For Leave Of Court To File Its Reply To Homebuilders' Response To Certain Defendant Banner Entities' Motion To Strike Homebuilders' Fact Witness Lists** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 4th day of May, 2011.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679