UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Vickers, et al v. Knauf Gips KG, et al*<br>EDLA 09-04117<br>*Payton, et al v. Knauf Gips KG, et al*<br>EDLA 09-0762<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Having considered Banner Supply Company's Motion for Leave of Court to File its Reply to Homebuilders' Response to Certain Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists:

IT IS HEREBY ORDERED that said Motion for Leave is Granted and the Reply should be filed into the record.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge