UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DAVID GROSS, et al. vs. KNAUF GIPS, KG, et al. Case No. 09-6690 | * * * | JUDGE FALLON MAG. JUDGE |

\* \* \* \* \* \* \*

---

**ORDER**

---

CONSIDERING the Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue of P.D.C. Drywall Contractors, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that Plaintiffs' claims against P.D.C. Drywall Contractors, Inc. are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
U. S. District Court Judge