UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.,* EDLA 09-04117 | |

_____/

### MEADOWS OF ESTERO'S NOTICE OF JOINDER IN THE HOMEBUILDERS' STEERING COMMITTEE'S RESPONSE AND MEMORANDUM IN OPPOSITION TO CERTAIN BANNER ENTITIES' MOTION TO STRIKE HOMEBUILDERS' FACT WITNESS LISTS

Defendant, Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero"), through undersigned counsel and pursuant to this Court's April 27, 2011, Order (R. Doc. 8648) permitting parties to file responses in opposition to Certain Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists (hereinafter "Motion to Strike") (R. Doc. 8619), hereby joins in and adopts the Homebuilders' Steering Committee's ("HSC's") Response and Memorandum in Opposition to Certain Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists (R. Doc. 8681), filed in these proceedings on May 3, 2011, and in support hereof, states:

1. On March 17, 2011, Meadows of Estero filed its Unopposed Motion for Extension of Time to Intervene in Putative Class Action (R. Doc. 8184), which attached Meadows of Estero's Motion to Intervene in the *Vickers* omnibus proceedings.

2. On March 18, 2011, the Court granted Meadows of Estero's Unopposed Motion for Extension of Time to Intervene in Putative Class Action (R. Doc. 8266). Thereafter,

the Court advised the parties that it would rule on Meadows of Estero's Motion to Intervene on the briefs after providing the parties additional time to file responses in opposition to Meadows of Estero's Motion to Intervene.

3. Certain parties filed oppositions to Meadows of Estero's Motion to Intervene. The Court has not yet ruled upon Meadows of Estero's Motion to Intervene.

4. In anticipation of the Court granting Meadows of Estero's Motion to Intervene, on April 15, 2011, Meadows of Estero filed its Fact Witness List (R. Doc. 8566), pursuant to the Court's March 29, 2011, Second Amended Order (Scheduling Order re: Hearings for Class Certification).

5. Certain Banner entities, namely, Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International, filed a Motion to Strike Homebuilders' Fact Witness Lists (R. Doc. 8619) on April 22, 2011.[1] The various Banner entities' Motions to Strike ask the Court to strike Meadows of Estero's Fact Witness List, as well as other fact witness lists filed by other homebuilders in these proceedings.

6. Meadows of Estero joins in and adopts the arguments and law set forth in the HSC's Response and Memorandum in Opposition to Certain Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists (R. Doc. 8681).

WHEREFORE, Meadows of Estero respectfully requests that the Court deny the various Banner Entities' Motions to Strike Homebuilders' Fact Witness Lists for the

---

[1] Banner Supply Company Port St. Lucie, LLC filed a Motion for Leave to Join Banner Supply Entities' Motion to Strike Homebuilders' Fact Witness List (R. Doc. 8633) on April 26, 2011.

2

reasons set forth in the HSC's Response and Memorandum in Opposition to Certain Banner entities' Motion to Strike Homebuilders' Fact Witness Lists (R. Doc. 8681), and further, that the Court grant such additional relief as it deems just and proper.

Dated: May 4, 2011.

                        Respectfully submitted,

                        */s/ Adam C. King*
                        JEFFREY M. PASKERT
                        Florida Bar No. 846041
                        jpaskert@mpdlegal.com
                        ADAM C. KING
                        Florida Bar No. 156892
                        aking@mpdlegal.com
                        MILLS PASKERT DIVERS
                        100 N. Tampa Street, Suite 2010
                        Tampa, Florida 33602
                        (813) 229-3500 – Telephone
                        (813) 229-3502 – Facsimile
                        *Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2011, this document was served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Steering Committee, Dorothy Wimberly, and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by email and that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Adam C. King
Attorney