UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO KENNETH AND BARBARA WITLZ, et al. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. Case No. 2:10-CV-361 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *   *   *   *   *   * | * | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that P.D.C. Drywall Contractors, Inc. will bring for hearing its Motion to Dismiss or, Alternatively, Motion to Transfer in the referenced matter before the Honorable Eldon E. Fallon at the United States District Court, Eastern District of Louisiana,

500 Poydras Street, C-456, New Orleans, Louisiana 70130 on the ___ of ___, 201__ at 9:00 o'clock a.m. or at a time set further by this Court.

    Respectfully submitted,

    /s/ Elizabeth L. Gordon
    Lloyd N. Shields (La. Bar No. 12022)
    Elizabeth L. Gordon (La. Bar No. 21619)
    Andrew G. Vicknair (La. Bar No. 28448)
    Adrian A. D'Arcy (La. Bar No. 29137)
    Shields Mott Lund L.L.P.
    650 Poydras Street, Suite 2600
    New Orleans, Louisiana 70130
    Telephone: (504) 581-4445
    Facsimile: (504) 584-4440
    lnshields@shieldsmottlund.com
    elgordon@shieldsmottlund.com
    agvicknair@shieldsmottlund.com
    aad'arcy@shieldsmottlund.com

    Attorneys for
      P.D.C. Drywall Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Notice of Hearing* of P.D.C. Drywall Contractors, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 4th day of May, 2011.

/s/ Elizabeth L. Gordon