UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David Gross, *individually an on behalf of others similarly situated, Class Representative* Plaintiffs, *v.* Knauf Gips, KG, *et al*, Defendants. | |

**SHIRLEY CUNNINGHAM NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANT, OAKWOOD MOBILE HOMES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), SHIRLEY CUNNINGHAM, hereby dismisses, without prejudice, all of her claims against DEFENDANT, OAKWOOD MOBILE HOMES, INC., in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Shirley Cunningham shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Scott A. George, Seeger Weiss LLP, counsel for Shirley Cunningham, dated April 26, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:   May 4, 2011                    /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of May, 2011.

      /s/_Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047