CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
DAVID R. BUCHANAN
DIOGENES P. KEKATOS
MOSHE HORN
JEFFREY S. GRAND
LAURENCE V. NASSIF
MICHAEL L. ROSENBERG
MARC S. ALBERT
JONATHAN SHUB

DONALD R. BRADFORD
JAMES A. O'BRIEN III
TERRIANNE BENEDETTO
SINDHU S. DANIEL

△ COUNSEL
Attorneys admitted in
states as denoted.

# SEEGER WEISS LLP
### ATTORNEYS AT LAW
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004-2502
(212) 584-0700
FAX (212) 584-0799
www.seegerweiss.com

PARVIN K. AMINOLROAYA
ASIM BADARUZZMAN
RICK BARRECA
KEVIN G. BOISVERT
ASA R. DANES
DENNIS M. GEIER
SCOTT A. GEORGE
PERPETUA MGBADA
ANDREA M. PI-SUNYER
DENISE K. STEWART
JOSEPH TSAI
CHRISTOPHER M. VAN DE KIEFT
DANIEL R. WASP

April 26, 2011

<u>Via Facsimile (504) 561-6024 & U.S. Mail</u>
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
David Gross, *individually an on behalf of others similarly situated, Class Representative* Plaintiffs, *v.* **Knauf Gips, KG**, *et al*, Defendants.

Dear Russ and Lenny:

My client, Shirley Cunningham, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant Oakwood Mobile Homes, Inc. in the above matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Scott A. George

SAG/emg
cc: Matt Gaughan