UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*, **Case No. 09-08030 (E.D.La.)**<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>**Case No. 09-08034 (E.D.La.)**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 09-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-6690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>**Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>**Case No. 2:11-080 (E.D. La)**<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-252 (E.D. La.)** | |

**MOTION FOR LEAVE TO FILE
JOINT MOVANTS' OMNIBUS RESPONSE TO THE OBJECTIONS
TO THEIR JOINT MOTION FOR AN ORDER PRELIMINARILY
APPROVING INEX SETTLEMENT AGREEMENT, CONDITIONALLY
CERTIFYING INEX SETTLEMENT CLASS, ISSUING CLASS
NOTICE AND SCHEDULING A SETTLEMENT FAIRNESS HEARING**

NOW INTO COURT, through Plaintiffs' Liaison Counsel, comes the Joint Movants, *i.e.*, the Plaintiffs' Steering Committee ("PSC"), InEx, Arch Insurance Company ("Arch") and Liberty Mutual Fire Insurance Company ("Liberty"), who hereby requests leave of court to file their Omnibus Response to the Objections to Their Joint Motion for an Order Preliminarily Approving INEX Settlement Agreement, Conditionally Certifying INEX Settlement Class, Issuing Class Notice and Scheduling a Settlement Fairness Hearing.

Dated: May 5, 2011

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2011

                                    <u>/s/ Leonard A. Davis</u>
                                    Leonard A. Davis
                                    Herman, Herman, Katz & Cotlar, LLP
                                    820 O'Keefe Ave.
                                    New Orleans, LA  70113
                                    PH:  (504) 581-4892
                                    Fax:  (504) 561-6024
                                    ldavis@hhkc.com