# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.,* **Case No. 09-08030 (E.D.La.)**<br><br>*Silva, et al. v. Arch Insurance Company, et al.* **Case No. 09-08034 (E.D.La.)**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.* **Case No. 09-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* **Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.* **Case No. 2:09-cv-6690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.* **Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.* **Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* **Case No. 2:11-080 (E.D. La)**<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* **Case No. 2:11-252 (E.D. La.)** | |

**O R D E R**

Considering the Motion for Leave filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that Joint Movants, *i.e.*, the Plaintiffs' Steering Committee ("PSC"), InEx, Arch Insurance Company ("Arch") and Liberty Mutual Fire Insurance Company ("Liberty"), is hereby granted leave of court to file their Omnibus Response to the Objections to Their Joint Motion for an Order Preliminarily Approving INEX Settlement Agreement, Conditionally Certifying INEX Settlement Class, Issuing Class Notice and Scheduling a Settlement Fairness Hearing, and same is to be filed into the record herein.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge