UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**ELLEN DICARLO and JERALD NELSON, ET AL.
V. PULTE HOME CORPORATION, ET AL.**

CA 09-6546
_____/

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

>FULMER LeROY ALBEE BAUMANN, P.L.C.
>Attorneys for Defendant,
>INDEPENDENT BUILDER SUPPLY
>ASSOCIATION, INC.
>2866 East Oakland Park Boulevard
>Fort Lauderdale, FL 33306
>(954) 707-4430  phone
>(954) 707-4431  fax
>
>
>BY: /s/ *Gary F. Baumann*
>        GARY F. BAUMANN
>        Fla. Bar. No.: 89052

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

        FULMER LeROY ALBEE BAUMANN, P.L.C.
        Attorneys for Defendant,
        INDEPENDENT BUILDER SUPPLY
        ASSOCIATION, INC.
        2866 East Oakland Park Boulevard
        Fort Lauderdale, FL  33306
        (954) 707-4430  phone
        (954) 707-4431  fax


        BY: /s/ *Gary F. Baumann*
          GARY F. BAUMANN
          Fla. Bar. No.:  89052