# EXHIBIT "A-1"

Banner Pompano          Fax 954-942-4641          Apr 27 2006 03:46pm P002/005

**09200-003**

**Submittal Sheet**
**09250**



# Fiberock®
# Interior Panels

## MSA Architects, Inc.

## Aqua-Tough™

MAY 30 2006

### Description
Fiberock brand Aqua-Tough interior panel represents a new era in substrate performance. This panel is designed for wall assemblies in high-traffic areas where moisture, mold and fire resistance are especially important.

**Advantages**

**Abuse Resistant** Engineered to provide increased resistance to abrasion, indentation and penetration, this panel outperforms paper-faced or glass mat faced panels. Fiberock Aqua-Tough interior panel has no paper face to tear or scratch.

**Water Resistant** Water resistant through the core and intended for use in intermittently wet areas including tub surrounds.

**Mold Resistant** In independent lab tests per ASTM D3273-00 "Standard Test Method for Resistance to Growth of Mold on the Surface of Interior Coatings in an Environmental Chamber," Fiberock Aqua-Tough interior panel earns the highest score, 10.

**Fire Resistant** Superior fire resistance and exceptional surface burning characteristics (ASTM E84 Flame Spread 0, Smoke Development 5). The 5/8" panel is UL Classified for fire resistance (FRX-G) and listed in more than 50 UL wall designs.

**Finishing Flexibility** Features a smooth, paintable surface that can also be finished with ceramic tile.

**Environmentally Friendly** Made from 95% recycled materials, this panel has earned independent certification from Scientific Certification Systems (SCS) for this achievement.

**Limitations**

1. Panel should not be exposed to sustained temperatures above 125 °F (51.6 °C).
2. For fire-resistant or abuse-resistant construction over steel framing, a minimum of 20 gauge steel framing is required.
3. Do not use in areas subject to standing water, such as gang showers, saunas or hot-tub decks.
   **WARNING:** Store all Fiberock interior panels flat. Panels are heavy and can fall over, causing serious injury or death.

**Product Data**   **Dimensions**

| Thickness/In. | Edge | Width/ft. | Length/ft. |
|---|---|---|---|
| 1/2" | Tapered | 4' | 8' – 12' |
| 5/8" | Tapered | 4' | 8' – 12' |

**Compliance with Standards**

Meets ASTM C1278 and meets or exceeds the physical property requirements of ASTM C1396 and ASTM C1178.

**Code Compliance**

SBCCI Report Number 2006, BOCA 99-54, ICBO ER-5578 and NER-684. Fiberock interior panel installation information is listed in the current Tile Council of America (TCA) Handbook for Ceramic Tile installation.

**Framing and Fastener Spacing**

| | Thickness | Framing Spacing | Maximum Fastener Spacing | |
|---|---|---|---|---|
| | | | Nails | Screws |
| Walls | 1/2" | 16" o.c. | 8" o.c. | 16" o.c. |
| | 1/2" | 24" o.c. | 8" o.c. | 12" o.c. |
| | 5/8" | 16" o.c. | 8" o.c. | 16" o.c. |
| | 5/8" | 24" o.c. | 8" o.c. | 12" o.c. |
| Ceilings | 1/2" | 16" o.c. | 7" o.c. | 12" o.c. |
| | 1/2" | 24" o.c. | — | — |
| | 5/8" | 16" o.c. | 7" o.c. | 12" o.c. |
| | 5/8" | 24" o.c. | 7" o.c. | 12" o.c. |

* Not permitted in wet areas.
Note: For UL fire-rated partition designs, refer to the specific UL design for proper fastener spacing.



**USG**

CC04628

Σοο-οοSPο

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS. NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS:

☒ NO EXCEPTION TAKEN    ☐ MAKE CORRECTIONS
                                NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED       ☐ REVISE AND
   ITEM                         RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of constructions; coordinating his or her
work with that of all other trades and performing all
work in a safe and satisfactory manner.

MSA Architects, Inc.

Date _5/20/06_   Submittal # _108_
By _____

CC04629

| **Good Design Practices** | **1 System Performance** | Systems covered herein have been tested and evaluated for use as described. For other system applications, consult your local representative.

All details, specifications and data contained in this literature are intended as a general guide for using FIBEROCK AQUA-TOUGH interior panel systems.

Information in this publication should be used only for FIBEROCK AQUA-TOUGH interior panel systems, as physical properties of competitive products may vary. United States Gypsum Company assumes no liability for failure resulting from the use of alternative materials or improper application or installation as specified herein.

United States Gypsum Company will provide building officials and design professionals upon written request with certification for published fire, sound and structural data covering systems constructed with these products and, assembled to meet established performance requirements. |
| | **2 Expansion and Contraction** | Surfaces should be isolated with surface control joints or other means where: (a) a wall abuts a structural element; (b) construction changes within the plane of the wall.

Location of control joints is the responsibility of the design professional/architect. Double-framing members at control joints shall be spaced 1/2" apart. Attach control joint with 9/16" staples spaced 6" o.c. maximum in each flange. Cut end joints square and align for neat fit. Remove protective tape when joint treatment is completed. Do not apply tile or finishes over control joint. For alternate methods of forming control joints, refer to the Gypsum Construction Handbook (USG literature item H17). |
| | **3 Vapor Retarder** | Panels to receive an impervious finish, such as ceramic tile, should not be installed over a vapor retarder or on a wall acting as a vapor retarder. |

| **Submittal Approvals:** | **Job Name** | | |
| | **Contractor** | | Date |

COASTAL CONDOMINIUMS
750 N.W. 10TH AVENUE
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER
TRANSMITTAL NO.
SPEC. REF.
REC'D
( ) REVIEWED
( ) REVIEW AS NOTED
( ) REVISE AND RESUBMIT

TO A.
FROM AL

**Trademarks**
The following trademarks used herein are owned by United States Gypsum Company or a related company: Aqua, Tough, Fiberock.

**Note**
Products described here may not be available in all geographic markets. Consult your United States Gypsum Company sales office or representative for information.

**Notice**
We shall not be liable for incidental and consequential damages, directly or indirectly sustained, nor for any loss caused by application of these goods not in accordance with current printed instructions or for other than the intended use. Our liability is expressly limited to replacement of defective goods. Any claim shall be deemed waived unless made in writing to us within thirty (30) days from date it was or reasonably should have been discovered.

**Safety First!**
Follow good safety and industrial hygiene practices during handling and installation of all products and systems. Take necessary precautions and wear the appropriate personal protective equipment as needed. Read material safety data sheets and related literature on products before specification and installation.

Reviewed by

Manufactured by
United States Gypsum Company
*125 South Franklin Street
Chicago, IL 60606

800 USG.4YOU (874.4968)
www.usg.com

Fl 349-2, 1-06
© 2006, United States Gypsum Company
Printed in U.S.A.

USG

CC04630

# COASTAL CONDOMINIUMS
## 790 N.W. 107th AVENUE
## MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER _04 - 5581_

TRANSMITTAL NO. _____     SPEC. REF. _____

(✗) REVIEWED               RECEIVED _____

( ) REVIEWED AS NOTED      TO A/E _5/26/06_

( ) REVISE AND RESUBMIT    FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _____ Date: _5/26/06_

CC04631



**Coastal Condominiums**　　　　　　　　　　　　　　**Villa Lago at Renaissance Commons**

## Submittal Log

Job No:　04-5581　　　　　　　　　　　　　　　　　　　Date:　12/5/2005
Project No: 04-5581　　　　　　　　　　　　　　　　　　Page:　　1 of 2

| Package | Submittal | Rev. | Title | Status | Required Start | Required Finish | Rcvd. | Sent | Return | Forward | BIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03000 | 03000-001 | 001 | Rebar Shop Dwgs.East Bldg.Footers | AAN | | | 6/28/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-002 | 001 | Rebar Shop Dwgs.Garage Footers | AAN | | | 6/28/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-003 | 001 | Shop Dwgs.For Steel Columns | AAN | | | 6/28/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-004 | 001 | Concrete Design Mix by Tarmac | APP | 7/20/2005 | 7/25/2005 | 7/18/2005 | 7/19/2005 | 8/15/2005 | 8/15/2005 | |
| 03000 | 03000-005 | 001 | Concrete Design Mix by Rinker | APP | 7/20/2005 | 7/25/2005 | 7/18/2005 | 7/19/2005 | 8/15/2005 | 8/15/2005 | |
| 03000 | 03000-006 | 001 | Product Information for Masonry Blk | APP | 7/20/2005 | 7/25/2005 | 8/4/2005 | 8/5/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-007 | 001 | Soil Poison Product Information (De | APP | 7/20/2005 | 7/25/2005 | 8/4/2005 | 8/5/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-008 | 001 | Rebar Shop Dwgs. E. Bldg.1st Lift | AAN | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/22/2005 | 8/22/2005 | |
| 03000 | 03000-009 | 001 | Rebar Shop Dwgs W. Bldg Foundation | APP | 8/9/2005 | 8/16/2005 | 8/5/2005 | 8/8/2005 | 8/22/2005 | 8/22/2005 | |
| 03000 | 03000-010 | 001 | Rebar Shop dwg E. Bldg Pour 1 | APP | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-011 | 001 | Rebar Shop Dwg E. Bldg. Pour 2 | APP | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-012 | 001 | Rebar Shop Dwg. for East Bldg. 2nd | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/22/2005 | 9/22/2005 | |
| 03000 | 03000-013 | 001 | West-1 Bldg. Vertical Fdn. - 2nd Fl | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/16/2005 | 9/19/2005 | |
| 03000 | 03000-014 | 001 | West Bldg.  Fdn.-4/5 Rebar | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/16/2005 | 9/19/2005 | |
| 03000 | 03000-015 | 001 | Rebar Shop Dwg. 2nd Flr. West Bldg. | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/22/2005 | 9/22/2005 | |
| 03000 | 03000-016 | 001 | East Bldg - Rebar Vert. 2nd-3rd Flr | APP | 7/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/3/2005 | |
| 03000 | 03000-017 | 001 | West Bldg.- Rebar Vert. 2nd-3rd Flr | APP | 9/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/3/2005 | |
| 03000 | 03000-018 | 001 | East Bldg-3rd Flr Rebar(Top & Bot.) | AAN | 9/29/2005 | 10/6/2005 | 9/23/2005 | 9/28/2005 | 10/13/2005 | 10/14/2005 | |
| 03000 | 03000-019 | 001 | W.Bldg-3rd Flr Bot/Top Rebar &Stair | AAN | 10/4/2005 | 10/11/2005 | 9/30/2005 | 10/3/2005 | 10/17/2005 | 10/19/2005 | |
| 03000 | 03000-020 | 001 | West Bldg.- 3rd Flr Rebar Shop Dwg | NEW | 11/29/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | |
| 03000 | 03000-021 | 001 | East Bldg. -3rd Flr Rebar Verticals | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | |
| 03150 | 03150-001 | 001 | East Building – Shoring Dwg. | APP | 9/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/4/2005 | |
| 03150 | 03150-002 | 001 | East Building Re-Shoring | APP | 9/27/2005 | 10/4/2005 | 9/23/2005 | 9/26/2005 | 10/3/2005 | 10/4/2005 | |
| 03150 | 03150-003 | 001 | West Bldg. Shoring Submittal | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | MORSAL |
| 03150 | 03150-004 | 001 | West Bldg. Re-Shoring | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | MORSAL |
| 03400 | 03400-001 | 001 | Anchor Bolt Column Placing Plan | AAN | 7/15/2005 | 7/20/2005 | 7/14/2005 | 7/14/2005 | 8/16/2005 | 8/16/2005 | |
| 03400 | 03400-002 | 001 | Anchor Bolt Column Placing Plan | APP | 7/15/2005 | 7/20/2005 | 7/14/2005 | 7/14/2005 | 8/16/2005 | 8/16/2005 | |
| 03400 | 03400-003 | 001 | Precast Concrete | APP | 8/30/2005 | 9/5/2005 | 8/25/2005 | 8/29/2005 | 9/12/2005 | 9/12/2005 | |
| 03400 | 03400-004 | 001 | Garage Erection Drawings | AAN | 9/26/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |
| 03400 | 03400-005 | 001 | Garage Structure Sections & Details | APP | 9/26/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |

CC00890

**Coastal**

| Coastal Condominiums | | | | | | | | | | | Villa Lago at Renaissance Commons |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Submittal Log**

Job No:    04-5581                                                                                              Date:   12/5/2005
Project No: 04-5581                                                                                           Page:      2 of 2

| Package | Submittal | Rev. | Title | Status | Required Start | Required Finish | Latest Dates Rcvd. | Latest Dates Sent | Latest Dates Return | Latest Dates Forward | BIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03400 | 03400-006 | 001 | Garage Structure Calculations | APP | 9/26/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |
| 05300 | 05300-001 | 001 | Aluminum Rails, Fence, Gates, Grill | REV | 8/30/2005 | 9/8/2005 | 8/29/2005 | 8/30/2005 | 9/21/2005 | 9/21/2005 | ARIALU |
| 05300 | 05300-002 | 001 | Aluminum Railing (Sample) | APP | 11/7/2005 | 11/14/2005 | 10/21/2005 | 11/1/2005 | 11/8/2005 | 11/10/2005 | |
| 05550 | 05550-001 | 001 | Elevator Beams/Ladders/Angles | UNS | | | 9/14/2005 | 9/26/2005 | | | |
| 06400 | 06400-001 | 001 | Cabinets | REV | 8/5/2005 | 8/12/2005 | 8/2/2005 | 8/4/2005 | 9/2/2005 | 9/2/2005 | KITOFS |
| 06400 | 06400-002 | 001 | Cabinets Shop Dwgs (Revised) | NEW | 12/5/2005 | 12/12/2005 | 11/29/2005 | 12/3/2005 | | | |
| 07100 | 07100-001 | 001 | Waterproofing | APP | 8/18/2005 | 8/25/2005 | 8/17/2005 | 8/17/2005 | 8/19/2005 | 8/19/2005 | |
| 07100 | 07100-002 | 001 | Waterproofing | APP | 8/18/2005 | 8/25/2005 | 8/29/2005 | 8/30/2005 | 10/5/2005 | 10/7/2005 | |
| 07900 | 07900-001 | 001 | Contractors Conc.Sealant&Corning795 | APP | 10/13/2005 | 10/20/2005 | 10/10/2005 | 10/12/2005 | 10/17/2005 | 10/17/2005 | |
| 07900 | 07900-002 | 001 | Caulking & Sealant | NEW | 11/22/2005 | 11/29/2005 | 11/18/2005 | 11/21/2005 | | | |
| 08100 | 08100-001 | 001 | HM & Interior Doors &Frames, Bifold | APP | 10/7/2005 | 10/14/2005 | 10/4/2005 | 10/6/2005 | 10/13/2005 | 10/13/2005 | |
| 08100 | 08100-002 | 001 | Hollow Metal Doors & Frames | NEW | 10/7/2005 | 10/14/2005 | 11/21/2005 | 12/2/2005 | | | |
| 08385 | 08385-001 | 001 | Glazed Aluminum Doors & Windows | AAN | 9/29/2005 | 10/6/2005 | 9/28/2005 | 9/28/2005 | 10/5/2005 | 10/7/2005 | |
| 08385 | 08385-002 | 001 | Aluminum Doors & Windows -Clubhouse | REV | 9/29/2005 | 10/6/2005 | 9/28/2005 | 9/28/2005 | 10/5/2005 | 10/7/2005 | REAWIN |
| 09100 | 09100-001 | 001 | Lath, Plaster, Stucco | REJ | 8/31/2005 | 9/8/2005 | 8/25/2005 | 8/30/2005 | 10/4/2005 | 10/5/2005 | EURWAL |
| 09200 | 09200-001 | 001 | Drywall | APP | 8/16/2005 | 8/23/2005 | 8/12/2005 | 8/15/2005 | 8/23/2005 | 8/23/2005 | |
| 14200 | 14200-001 | 002 | Elevators | REJ | 10/24/2005 | 10/3/2005 | 10/24/2005 | 11/3/2005 | | | MORSAL |
| 14200 | 14200-002 | 001 | Elevators | AAN | 10/21/2005 | 11/3/2005 | | | 11/10/2005 | 11/14/2005 | |
| 15400 | 15400-001 | 001 | Plumbing Fixtures | AAN | 8/25/2005 | 9/1/2005 | 8/24/2005 | 8/24/2005 | 9/21/2005 | 9/21/2005 | |
| 15400 | 15400-002 | 001 | Nickel Bronze Adj. Strainer Head | APP | 9/19/2005 | 9/26/2005 | 9/16/2005 | 9/19/2005 | 10/3/2005 | 10/4/2005 | |
| 15400 | 15400-003 | 001 | Alternate Plumbing Fixtures | AAN | 9/19/2005 | 9/26/2005 | 9/15/2005 | 9/19/2005 | 10/3/2005 | | COAST_04 |
| 15400 | 15400-004 | 001 | Plumbing As-Built (Units A,B,C&D) | REJ | 10/19/2005 | 10/26/2005 | 10/17/2005 | 10/18/2005 | | 11/1/2005 | ROLPLU |
| 15500 | 15500-001 | 001 | Fire Protection | APP | 8/11/2005 | 8/18/2005 | 8/11/2005 | 8/11/2005 | 8/31/2005 | 9/1/2005 | |
| 15500 | 15500-002 | 001 | Hydrolics Calculations | APP | 11/7/2005 | 11/14/2005 | 11/4/2005 | 11/4/2005 | 11/30/2005 | 11/30/2005 | |
| 15500 | 15500-003 | 001 | Fire Sprinkler System (Re-Designed) | REJ | 11/7/2005 | 11/14/2005 | 11/4/2005 | 11/4/2005 | 11/30/2005 | 11/30/2005 | JOHPOL |
| 16001 | 16001-001 | 001 | Electrical | APP | 9/5/2005 | 9/12/2005 | 9/1/2005 | 9/2/2005 | 9/14/2005 | 9/14/2005 | |
| 16001 | 16001-002 | 001 | Electrical Submittal Package | NEW | 11/30/2005 | 12/7/2005 | 11/28/2005 | 11/30/2005 | | | |
| 16001 | 16001-003 | 001 | Electrical | NEW | 9/5/2005 | 12/7/2005 | 11/21/2005 | 12/2/2005 | | | |

CC00891

## ☁ Coastal

| | **SUBMITTAL** |
|---|---|
| **Coastal Condominiums** | **NO. 09200-001** |
| 1760 N. Congress Avenue | |
| | **PACKAGE NO: 09200** |
| Boynton Beach, FLORIDA 33436 | |

Phone: 561-739-9370
Fax: 561-739-9390

| | | | |
|---|---|---|---|
| **TITLE:** | Drywall | **REQUIRED START:** | 8/16/2005 |
| **PROJECT:** | Villa Lago at Renaissance Commons | **REQUIRED FINISH:** | 8/23/2005 |
| **DRAWING:** | | **DAYS HELD:** | 0 |
| **STATUS:** | NEW | **DAYS ELAPSED:** | 3 |
| **BIC:** | | **DAYS OVERDUE:** | -8 |

| **RECEIVED FROM** | | **SENT TO** | | **RETURNED BY** | **FORWARDED TO** |
|---|---|---|---|---|---|
| PREDRY | FS | MORSAL | DM | | |

| Revision No. | Description / Remarks | Received | Sent | Returned | Forwarded | Status | Sepias | Prints | Drawing Date | Held | Elapsed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Drywall Submittal Package | 8/12/2005 | 8/15/2005 | | | NEW | 0 | 0 | | 0 | 3 |

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS. NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS:

☒ NO EXCEPTION TAKE    ☐ MAKE CORRECTIONS NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED ITEM    ☐ REVISE AND RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of construction; coordinating his other
work with that of all other trades and        all
work in a safe and ser...

Date 8/18/05   Submittal # 15

By

Expedition®

CC04802



CC04803

# ☰ Coastal

| | |
|---|---|
| **Coastal Condominiums** | **SUBMITTAL  TRANSMITTAL** |
| 1760 North Congress Avenue | **No. 00215** |

**Phone:** 561-739-9370   Ext
**Fax:** 561-739-9390

Boynton Beach, FLORIDA  33436

**PROJECT:**  Villa Lago at Renaissance Commons       **DATE:**    8/23/2005

**TO:**       Precision Drywall, Inc.                 **JOB NO:** 04-5581
             601 No. Congress Avenue # 501            **REF:**     Submittals - 09200-001
             Delray Beach, FL  33445

**ATTN:**    Fred Schlesinger        **Ph:** 561-278-7770        **Fax:** 561-278-7950

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☒ Shop Drawings | ☐ Approval | ☒ Approved as Submitted |
| ☐ Letter | ☒ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☒ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☐ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | **SENT VIA:** | ☐ Returned |
| ☐ Specifications | ☒ Attached | ☐ Returned for Corrections |
| ☒ Other:  Made from Submittal | ☒ Separate Cover Via:   Mail | ☐ Due Date: |

| ITEM NO. | COPIES | PACKAGE | SUBMITTAL | REV. CYCLE | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|
| | 3 | 09200 | 09200-001 | 001 | 8/23/2005 | Dwg:  Title:  Drywall  Desc:  Drywall Submittal Package | APP |

**Received By:** _____

**CC:**

**Signed:** _____

Ebenezer Mensah

Expedition ®

f_tr_03

CC04804

# Coastal

| **Coastal Condominiums** | | **SUBMITTAL** |
| 1760 N. Congress Avenue | | **NO. 09200-001** |
| Boynton Beach, FLORIDA  33436 | Phone: 561-739-9370<br>Fax: 561-739-9390 | **PACKAGE NO: 09200** |

| | | | |
|---|---|---|---|
| **TITLE:** | Drywall | **REQUIRED START:** | 8/16/2005 |
| **PROJECT:** | Villa Lago at Renaissance Commons | **REQUIRED FINISH:** | 8/23/2005 |
| **DRAWING:** | | **DAYS HELD:** | 0 |
| **STATUS:** | APP | **DAYS ELAPSED:** | 11 |
| **BIC:** | | **DAYS OVERDUE:** | 0 |

| RECEIVED FROM | | SENT TO | | RETURNED BY | | FORWARDED TO |
|---|---|---|---|---|---|---|
| PREDRY | FS | MORSAL | DM | MORSAL | DM | |

| Revision No. | Description / Remarks | Received | Sent | Returned | Forwarded | Status | Sepias | Prints | Drawing Date | Held | Elapsed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Drywall Submittal Package | 8/12/2005 | 8/15/2005 | 8/23/2005 | 8/23/2005 | APP | 0 | 0 | | 0 | 11 |

f_sb_01

Expedition®

CC04805

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS, NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS:

☐ NO EXCEPTION TAKE    ☐ MAKE CORRECTIONS
                          NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED    ☐ REVISE AND
   ITEM                  RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of construction; coordinating his or her
work with that of all other trades and performing
work in a safe and satisfactory manner.

MSA Architects, Inc.

Date: Submittal # 15

By:

CC04806

*09200-001*

09250

# GOLD BOND® BRAND GYPSUM WALLBOARD

▶ **MANUFACTURER**

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGCI
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

▶ **DESCRIPTION**

Gold Bond BRAND Gypsum Wallboard panels consist of a fire-resistant gypsum core encased in heavy natural-finish, 100% recycled paper on the face and back sides. The face paper is folded around the long edges to reinforce and protect the core, and the ends are square-cut and finished smooth. For speed of installation, GridMarX™* guide marks are printed on the paper surface.

Long edges of the panels are tapered or square. Tapered edges allow joints to be reinforced and concealed with ProForm® BRAND Joint Tape and ProForm BRAND Easy Finish® or Sta-Smooth® BRAND joint treatment compounds.

Gold Bond BRAND Fire-Shield® Gypsum Wallboard features a type X core to provide additional fire resistance ratings when used in tested systems.

Gold Bond BRAND Fire-Shield C Gypsum Wallboard Panels have a specially formulated type X core to achieve superior performance when used in specific fire-rated type C assemblies.

**BASIC USES**

1/4" - Lightweight, low-cost utility gypsum panel for use as a base layer for improving sound control in double-layer steel and/or wood stud partitions. Also for use over old wall and ceiling surfaces. Also applicable for forming curved surfaces with short radii.

3/8" - Lightweight for use in the double-wall systems over wood framing, and for repair and remodeling.

1/2" - For single-layer application in residential construction and single or multi-layer construction for fire tested assemblies (Fire-Shield C). Also used as a roofing substrate (Fire-Shield C).

5/8" - (Fire-Shield or Fire-Shield C only) For the single or multi-layer drywall construction. The greater thickness provides increased resistance to fire and reduced sound transmission.

**ADVANTAGES**

• Lightweight, cost-efficient material that readily accepts a wide range of decorative finishes.

• Gypsum Wallboard is easily cut for quick installation, permitting painting or other decoration and the installation of metal or wood trim almost immediately.

• The gypsum core will not support combustion or transmit temperatures greatly in excess of 212°F (100°C) until completely calcined, a slow process.

• Expansion and contraction under normal atmospheric changes is negligible.

**LIMITATIONS**

• Exposure to excessive or continuous moisture and extreme temperatures should be avoided. Gypsum Wallboard is not recommended where it will be exposed to temperatures exceeding 125°F (52°C) for extended periods of time.

• To prevent objectionable sag in gypsum paneled ceilings, the weight of overlaid unsupported insulation should not exceed the following recommendations:

| PSF (Lbs./Sq. Ft.) | Type | Frame Spacing |
|---|---|---|
| 1.3 (6.3 kg/M²) | 1/2" Regular 1/2" Fire-Shield C | 24" o.c. |
| 2.2 (10.7 kg/M²) | 1/2" Regular 1/2" Fire-Shield C | 16" o.c. |
| 2.2 (10.7 kg/M²) | 5/8" Fire-Shield 5/8" Fire-Shield C | 24" o.c. |

Panels 3/8" thick must not be overlaid with unsupported insulation. If required, a vapor retarder can be installed in exterior ceilings, and plenum or attic spaces should be properly vented.

• Installing Gypsum Wallboard panels over an insulating blanket, installed continuously across the face of the framing

members, is not recommended. Blankets should be recessed and flanges attached to the sides of the studs or joists.

• Gypsum Wallboard must be stored off the ground and under cover. Sufficient risers must be used to assure support for the entire length of the wallboard to prevent sagging.

• Gypsum Wallboard must be kept dry to minimize the potential for mold growth. Adequate care should be taken while transporting, storing, applying and maintaining gypsum wallboard. For additional information, refer to the Gypsum Association publication, *"Guidelines for the Prevention of Mold Growth on Gypsum Wallboard"* (GA-238-03), which is available at www.gypsum.org under the "Download Free Gypsum Association Publications" section.

**COMPOSITION & MATERIALS**

Gypsum Wallboard is a manufactured panel with a gypsum core encased with paper. Gypsum Wallboard contains no asbestos. Fire-Shield gypsum wallboard also contains various aggregates such as fiberglass to enhance the fire resistive qualities.

*(Continued next page)*

---

Job Name _____

Contractor _____ Date _____

Submittal Approval (Stamp & Signatures)

**COASTAL CONDOMINIUMS**
7900 NW 27th Ave. BLDG.
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER 04-5581
TRANSMITTAL NO. _____ SPEC.REF. _____
(X) REVIEWED                    RECEIVED 8/17/05
( ) REVIEWED AS NOTED           TO A/E 8/15/05
( ) REVISE AND RESUBMIT         FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _____ Date: 8-15-05

MSA Architects Inc.

AUG 1 8 2005

Received

*Patent Pending National Gypsum Properties, LLC.

CC04807

## ACCESSORIES

Fasteners: drywall screws, nails
  or adhesives
Joint tape
Joint compound
Cornerbeads
Trims
Casing beads
Furring channels
E-Z Strip control joints
.093 zinc control joint

## SIZES

Regular Gypsum Wallboard
  *Width:*  4' (1219 mm)
  *Lengths:*  6' through 16'
      (1829 – 4877 mm)
  *Thickness:* 1/4" (6.4 mm)
      3/8" (9.5 mm)
      1/2" (12.7 mm)

Fire-Shield Wallboard (includes "C")
  *Width:*  4' (1219 mm)
  *Lengths:*  6' through 16'
      (1829 – 4877 mm)
  *Thickness:* 1/2" (12.7 mm)
      5/8" (15.9 mm)

54" Wide Regular Gypsum
Wallboard
  *Width:*  4'6" (1372 mm)
  *Lengths:*  12' & 14' (3658 mm
      & 4267 mm)
  *Thickness:* 1/2" (12.7 mm)

54" Wide Fire-Shield Gypsum
Wallboard
  *Width:*  4'6" (1372 mm)
  *Lengths:*  12' (3658 mm)
  *Thickness:* 5/8" (15.9 mm)

*Edges:*
  Regular Gypsum Wallboard:
      Square or tapered
  Fire-Shield Wallboard:
      Square or tapered

## APPLICABLE STANDARDS

ASTM C 36/C 1396

Federal specification SS-L-30D
  Type III (Regular)
Federal specification SS-L-30D
  Type III Grade X (Fire-Shield)

► **TECHNICAL DATA**

## SURFACE BURNING
CHARACTERISTICS

ASTM E 84
Flame spread:    15
Smoke developed:  0

## FIRE RESISTANCE RATINGS

Fire resistance ratings represent
the results of tests on assemblies
made up of specific materials in
a specific configuration. When
selecting construction designs
to meet certain fire resistance
requirements, caution must be
used to insure that each com-
ponent of the assembly is the

one specified in the test.
Further, precaution should be
taken that assembly procedures
are in accordance with those
of the tested assembly.
(For copies of specific tests,
call 1-800-NATIONAL.)

► **INSTALLATION**

## APPLICABLE STANDARDS
AND REFERENCES

ASTM C 840
Gypsum Association GA-216
Gypsum Association GA-214
National Gypsum Co. *Gypsum
  Construction Guide*

## RECOMMENDATIONS

Installation of Gypsum
  Wallboard should be
  consistent with methods
  described in the standards
  and references noted.

## GRIDMARX™

Gold Bond® BRAND Wallboard
comes standard with
GridMarX™ guide marks,
printed on the paper surface.
These guide marks align with
standard building dimensions
and help to quickly identify
fastener lines for stud and
joist framing. Using GridMarX,
accurate cuts can be made
without having to draw lines.
The use of GridMarX also
provides quick identification
and uniform nail/screw
patterns.

GridMarX guide marks run the
machine direction of the
board at five points in 4"
increments. Marks run along
the edge in both tapers and at
16", 24" and 32" in the field
of the board. The marks cover
easily with no bleed-through
using standard paint products.

Vertical Application - In a vertical
application, GridMarX serve as
**a guide mark** to help identify
the exact location of framing
members behind the gypsum
board eliminating the need
for field applied vertical lines.

Horizontal Application - In a
horizontal application,
GridMarX serve as a **reference
mark** to help identify the
location of framing members
behind the gypsum board.
(If framing member is located
2" to the right of the GridMarX
at the top edge of the board,
it will be located 2" to the
right down the face of the
board.)

## DECORATION

For best painting results, all
surfaces, including joint
compound, should be clean,
dust-free and not glossy. To
improve fastener and joint
concealment, a coat of a
quality drywall primer is rec-
ommended to equalize the
porosities between surface
paper and joint compound.

The selection of a paint to
give the specified or desired
finished characteristics is the
responsibility of the architect
or contractor.

Gypsum Wallboard that is to have
a wallcovering applied to it
should be prepared and primed
as described for painting.

Gypsum Association GA-214,
Recommended Specification
for Levels of Gypsum Board
Finish, should be referred to in
order to determine the level of
finishing needed to assure a
surface properly prepared to
accept the desired decoration.

### GridMarX™— Vertical Application



Studs in
example are
24" OC

GridMarX
spaced
4" apart

### GridMarX™ — Horizontal
Wall And Ceiling Application



GridMarX
spaced
4" apart

Studs in example
are 16" OC

Represents a pipe or wiring



*National*
**Gypsum**
C O M P A N Y

Excellence Across The Board

110638    Rev. 07/03

09250

**Gold Bond® BRAND**
# MR BOARD – MOISTURE RESISTANT GYPSUM BOARD

### MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
http://www.nationalgypsum.com

09250/NGC Buyline: 1100

### DESCRIPTION

Gold Bond BRAND MR (Moisture-Resistant) Board is a specially processed gypsum wallboard with the core, face paper and back paper of the MR Board treated to withstand the effects of moisture and high humidity. The facing paper is colored light green so as to make it readily distinguishable from regular gypsum wallboard.

### BASIC USE

MR Board is designed as a base for ceramic tile and other non-absorbent finish materials in areas where moisture is present such as showers and water closets and areas required by local building codes. MR Board may be extended beyond the area to be tiled. A tapered edge is provided so that joints can be treated in the normal manner.

### ADVANTAGES

- *Cost effective.* MR Board is more economical than cementitious materials.
- *Moisture resistant.* The special moisture resistant surface is specifically designed to accept tile adhesives while resisting the effects of moisture.

### LIMITATIONS

- MR Board shall not be used where there will be direct exposure to water or continuous high humidity conditions, such as found in saunas, steam rooms, gang shower rooms or swimming pool enclosures.
- Not to be exposed to temperatures exceeding 125°F (52°C) for extended periods of time.
- Vapor retarder shall not be placed behind the MR Board when used as a tile backer. A vapor retarder can be created

on the face of the MR Board by applying a skim coat of tile adhesive or by using silicone grout for tile. By itself, MR Board is not a vapor retarder.

- The MR Board shall not be used on exterior ceilings. Gold Bond Soffit Board is recommended for protected exterior ceiling applications.
- MR Board may be utilized on interior ceilings provided spacing of framing members does not exceed 12" o.c. for 1/2" MR Board and 16" o.c. for 5/8" MR Board. Gold Bond Gypsum Wallboard is recommended for interior ceiling applications.
- MR Board shall be stored off the ground and under cover. Sufficient risers must be used to assure support for the entire length of the wallboard to prevent sagging.

### COMPOSITION & MATERIALS

MR Board is a manufactured panel with a water resistant gypsum core encased in water repellent paper. Available with a type X (Fire-Shield) water resistant core. Fire-Shield Core gypsum wallboard also contains various aggregates such as fiberglass to enhance the fire resistive qualities. MR Board contains no asbestos.

### ACCESSORIES

MR Board does not require any special tapes or edge sealants.

Joint treatment components for use beyond area to be tiled should be Gold Bond All-Purpose Ready Mix Joint Compound.

Tile adhesive shall be water resistant and shall meet the requirements of ANSI A136.1-1985, Type 1.

### SIZES & TYPES

Width: 4' (1219 mm)
Lengths: 6' (1829 mm) through 16' (4877 mm)
Thickness: 1/2" (12.7 mm) Regular and Fire-Shield C
5/8" (15.9 mm) Fire-Shield

### APPLICABLE STANDARDS

ASTM C 630/C 1396
Federal Specification Standard
SS-L-30D Type VII

### TECHNICAL DATA

**SURFACE BURNING CHARACTERISTICS**
ASTM E-84
Flame spread:     15
Smoke developed:   0

### FIRE RESISTANCE RATINGS

Fire resistance ratings represent the results of tests on assemblies made up of specific materials in a specific configuration. When selecting construction designs to meet certain fire resistance requirements, caution must be used to insure that each component of the assembly is the one specified in the test. Further, precaution should be taken that assembly procedures are in accordance with those of the tested assembly. (For copies of specific tests, call 1-800-NATIONAL)

### SOUND CONTROL

Sound control details of the basic wall must conform to specifications for the desired ratings with gypsum board extending from floor to ceiling before installation of bathtub or shower receptor. The installation of the MR Board to receive the application of tile around the tub or shower receptor will be in addition to the floor to ceiling base gypsum board.

*(Continued next page)*

Job Name _____

Contractor _____Date_____

COASTAL CONDOMINIUMS
Submittal Approvals: (Stamps or Signatures)
790 N.W. 107th AVENUE
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER _64-5581_
TRANSMITTAL NO._____ SPEC REF
(X) REVIEWED              REC'D 8/12/05
( ) REVIEWED AS NOTED     TO AE 8/15/05
( ) REVISE AND RESUBMIT   FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _Ebion_          Date: _8-15-05_

CC04809

## ▶ INSTALLATION

### APPLICABLE STANDARDS AND REFERENCES

ASTM C 840
Gypsum Association GA-216
National Gypsum Co. Gypsum
Construction Guide

MR Board is applied in the same way as regular gypsum wallboard except that during the installation of the panels, water-resistant tile adhesive is applied to all cut or exposed edges, utility holes and joints, including those at wall intersections.

### RECOMMENDATIONS

Installation of MR Board shall be consistent with methods described in the noted standards and references and as indicated below.

*Preparation:* The bathtub or shower receptor is installed before MR Board is applied. If stud spacing is greater than 16" o.c., horizontal blocking or framing shall be installed approximately 1" above the edge of the fixture and at MR Board horizontal joints in area to receive tile. Suitable blocking shall be provided at all interior corners.

To assure that the tub face will be in the same plane as the installed MR Board, it may be necessary to apply furring between framing and tub lip. It is essential in any case that a 1/4" gap shall be maintained between the tub lip or shower base and the lower paper-bound edge of the MR Board.

Framing members shall be plumb and true. Place studs (wood or metal) not to exceed 24" o.c.

*Procedure:* Apply MR Gypsum Wallboard horizontally to the framing using nails or screws spaced not to exceed 8" o.c., driven flush with the gypsum board. During board application, all cut edges shall be coated with approved water-resistant adhesive as recommended for tile application. In bath or shower areas, a 1/4" space shall be maintained between the lower paper bound edge of the board and the lip of the tub or shower receptor.

MR Board may be applied to interior ceiling when framing does not exceed 12" o.c. for 1/2" MR Board and 16" o.c. for 5/8" MR Board, including use as a substrate when ceramic tile or similar materials are to be applied to the ceiling.

*Joint treatment and caulking:* Using water-resistant tile adhesive, lay a bead of adhesive on the tub or shower receptor flange and caulk all corners, and around all openings prior to tile application. Nail and screw heads shall be spotted with water-resistant tile adhesive on surfaces to be covered with tile.

Do not apply joint compound to joints or fasteners to be tiled. This may be waived if the applied tile in combination with the bonding adhesive employed fully protects the gypsum board and water-sensitive materials, if present (such as when joint compound is used), from penetration of water. Responsibility for performance of completed installations should rest with the surfacing material applicator.

All joints beyond the area to be tiled shall be treated in a conventional manner using tape and joint compound.

### DECORATION

For best painting results, all surfaces, including joint compound, shall be clean, dust-free and not glossy. To improve fastener and joint concealment, a coat of a quality primer is recommended to equalize the porosities between surface paper and joint compound. Drywall primer is a product specially formulated for this purpose.

The selection of a paint to give the specified or desired finished characteristics is the responsibility of the architect or contractor.

Gypsum Wallboard that is to have a wallcovering applied to it shall be prepared and primed as described for painting. Primer shall be fully cured and dry before application of wallcovering.

Gypsum Association GA-214, Recommended Specification for Levels of Gypsum Board Finish, should be referred to in order to determine the level of finishing needed to assure a surface properly prepared to accept the desired decoration.



**National Gypsum** COMPANY

Excellence Across The Board

110636   Rev. 6/01

CC04810

09305

# PERMABASE® BRAND CEMENT BOARD

### MANUFACTURER

Unifix Inc./Unifix USA Inc.
A Wholly Owned Subsidiary of
National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09305/NGC Buyline: 1100

PermaBase® is a registered
trademark of National Gypsum
Company.

### DESCRIPTION

PermaBase® BRAND is a rigid
substrate made of Portland
cement, aggregate and glass
mesh that provides an excep-
tionally hard, durable surface
that is able to withstand pro-
longed exposure to moisture.

## BASIC USES

PermaBase is ideally suited as
an underlayment or backing
surface for tub and shower
surrounds, countertops,
flooring and a variety of
other interior and exterior
applications.

## ADVANTAGES

- Long wrapped tapered edges
  are formed smooth and shatter-
  proof using the double-wrapped
  EdgeTech® technology.

- Highly moisture resistant, will
  not rot, disintegrate or swell
  when exposed to water.

- Can be used in both interior
  and exterior applications.

- Impact resistant with
  excellent overall flexural,
  compressive and tensile
  strength characteristics.

- Cut to size using a utility knife
  and straight edge.

## LIMITATIONS

- PermaBase Cement Board
  should not be used as a struc-
  tural load-bearing member.

- Maximum framing spacing
  should not exceed 16" o.c.
  and must be designed to limit
  deflection to less than L/360
  under all live and dead loads.

- Steel framing must be 20 gauge
  or heavier.

- Do not use 1/4" PermaBase
  Underlayment for wall or
  ceiling applications.

- Install PermaBase with rough
  side up/out. Adhere tile to
  rough side.

- PermaBase Cement Board is
  vapor-permeable and unaffected
  by water but is not a water
  barrier. If the area behind the
  backerboard must be kept dry,
  a separate moisture barrier or
  waterproof membrane must
  be used.

- On exterior installations, a
  waterproof membrane must
  be utilized.

- PermaBase should not be used
  on exterior surfaces where
  imposed wind loads exceed
  40 lbs. psf.

- Paper or self-adhesive fiberglass
  drywall tape, joint compound
  and drywall nails or screws
  should not be used.

- Maximum fastener spacing
  should not exceed 8" o.c. for
  floor, countertop and wall and
  6" o.c. for ceiling applications.

- Not recommended for use
  with vinyl flooring.

- For exterior finishes applied
  over PermaBase, consult
  exterior finish manufacturer
  for installation requirements.

## COMPOSITION
## AND MATERIALS

Cementitious Backer Unit (CBU):
A nailable, screwable backer-
board or underlayment panel
which is composed of
Portland Cement, aggregates
and reinforcements that has a
significant ability to remain
unaffected by prolonged
exposure to moisture.

## ACCESSORIES

*Joint reinforcement:* Mesh tape
must be used on all edges
and cuts made to size. Use
2" wide polymer-coated
(alkali-resistant) mesh tape
for interior applications and
minimum 3" wide polymer-
coated (alkali-resistant) mesh
tape for exterior applications.

*Bonding materials:* Treat joints
and set facing material with
dry-set (thin-set) or preferably
Latex-Portland Cement mortar.
All mortar should comply
with ANSI A118.1 or ANSI
A118.4 product standards.
Type I organic adhesive meeting
ANSI A136.1 may be utilized
for interior use only.

*Fasteners:* Galvanized roofing
nails, 1-1/2" long with hot
dipped galvanized coating
for use with wood framing.
Nails should meet Federal
Specification #FF-N105B/
type 2 style 20.

Corrosion-resistant cement board
screws or equivalent, 1-1/4" or
1-5/8" long, for use with wood
framing.

Corrosion-resistant cement board
S-12 screws or equivalent,
1-1/4" or 1-5/8" long, for use
with 20 gauge or heavier steel
framing.

## SIZES

Thickness: 1/4" (6.3 mm)
(counters/floors only)
1/2" (12.7 mm)
5/8" (15.9 mm)
1" (25.4 mm)
3/4" (19.1 mm)
3/8" (9.7 mm)

Widths: 32" (813 mm)
36" (914 mm)
48" (1219 mm)

Lengths: 48" (1219 mm)
60" (1524 mm)
72" (1829 mm)
96" (2438 mm)

*Note:* Custom thicknesses and
lengths available with minimum
quantity.

## APPLICABLE STANDARDS

Exceeds ASTM C 1325 and
ANSI A118.9 specifications.

*(Continued next page)*

Job Name _____

Contractor _____  Date _____

COASTAL CONDOMINIUMS
790 N.W. 107th AVENUE
MIAMI, FLORIDA 33172
Submittal Review (Company Signatures)

PROJECT NAME & NUMBER _04-5581_
TRANSMITTAL NO._____  SPEC.REF._____
[X] REVIEWED                    RECEIVED _8-12-05_
( ) REVIEWED AS NOTED          TO A/E _8/15/05_
( ) REVISE AND RESUBMIT        FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _____   Date: _8-15-05_

CC04811

## ▶ TECHNICAL DATA

### FIRE RESISTANCE RATINGS

**One-hour rating:** The one-hour wall assembly consists of 3-5/8" steel studs, 16" o.c., one layer of 1/2" PermaBase attached horizontally or vertically with 1-1/4" long cement board screws, 8" o.c. in the field and perimeter on one side and one layer of 5/8" Fire-Shield® BRAND Wallboard attached vertically, on opposite side, with joints staggered to those of opposite side, with 1-1/4" long drywall screws 8" o.c. in the field and perimeter side, with 3" thick mineral fiber insulation batts in the stud cavities. ITS/WHI Report No. J99-4001.

**Two-hour fire rating:** The two-hour wall assembly consists of 3-5/8" steel studs 16" o.c., on one side, base layer of 1/2" Fire-Shield C Wallboard attached vertically with 1" drywall screws 24" o.c. in the field and perimeter and face layer of 2" PermaBase attached vertically with 1-5/8" cement board screws, 8" o.c. in the field and perimeter. Two layers of 1/2" Fire-Shield C Wallboard applied vertically to opposite side, base layer attached with 1" drywall screws 24" o.c. in the field and perimeter and face layer attached with 1-5/8" drywall screws 12" o.c. in the field and perimeter, with 3" thick mineral fiber insulation batts in the stud cavities. All joints staggered between face and base layer. ITS/WHI Report No. J98-32931.

(Tests were conducted pursuant to ASTM E 119, as a non load-bearing wall, fire rated both sides under the supervision of Intertek Testing Services NA, Inc.)

## ▶ RECOMMENDATIONS

### INTERIOR APPLICATIONS

**General:** All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of L/360 under all intended loads. Framing members should be spaced a maximum of 16" o.c.

**Note:** Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with current ANSI specifications and Tile Council of America (TCA) guidelines.

*Tile, thin brick and other facing materials:* Installation of tile or similar facing materials should comply with ANSI A108 standard specifications.

*Control joints:* For interior installations, allow a maximum of 30 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building (discontinue all cross furring members located behind joint); when boards abut dissimilar materials; where framing material changes; at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with coating or other materials.

## WALLS & CEILINGS

*Wall framing:* Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment.

Do not install PermaBase directly over protrusions from stud plane such as heavy brackets or fastener heads. Studs above a shower floor should be either notched or furred to accommodate the thickness of the waterproof membrane or pan. The surround opening for a tub or precast shower receptor should not be more than 1/4" larger than unit to be installed.

*Ceiling framing:* The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 10 psf. Ceiling joist or furring channel should not exceed 16" o.c. (Edges of PermaBase parallel to framing should be continuously supported.) Provide additional blocking when necessary to permit proper PermaBase attachment.

*PermaBase Cement Board:* Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls, 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Ensure PermaBase is tight to framing.

*Joint reinforcement:* Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 6" wide, approx. 1/16" thick, coat of bonding material over entire joint. Immediately embed 2" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

## FLOORS & COUNTERS

*Subfloor or base:* 5/8" (3/4" for 1/4" PermaBase) exterior grade plywood should be securely glued and fastened to floor joists or on counter base. Floor joists and counter framing should be spaced a maximum of 16" o.c.

**Note:** Floor trusses or I-joists may be spaced 19.2" o.c. with 3/4" tongue-and-groove subfloor decking

*(Continued next page)*

### PHYSICAL PROPERTIES

| Property | | Test Method | PermaBase | 1/4" PermaBase |
|---|---|---|---|---|
| Water Absorption % by weight /24 hrs. | | ASTM C 473 | < 8 | < 8 |
| Flexural Strength (psi) | | ASTM C 947 | 750 | 1250 |
| Fastener Holding (Wet and Dry, lbs.) | | ASTM D 1037 (0.400" head diameter) | 125 | 125 |
| Weight (psf) | | | 3 | 2 |
| Freeze/Thaw (cycles) per ANSI A118.9 | | ASTM C 666 Procedure B | 100 | 100 |
| Compressive Strength (psi) (Indentation) | | ASTM D 2394 | 2250 | 2250 |
| Flame Spread/Smoke Developed | | ASTM E 84 | 0/0 | 0/0 |
| Wind Load (psf, studs 16" o.c.) | | ASTM E 330 | 40 | |
| Thermal "R"/k Value | | Property of Material | 0.2/2.7 | 0.1/2.7 |
| Bending Radius (ft.) | | Property of Material | 15 | |
| Standard Method for evaluating ceramic floor installation system | | ASTM C 627 | Light Commercial | Light Commercial |
| Falling Ball Impact (12" drop) | | ASTM D 1037 | pass | pass |
| Shear Bond Strength, 7 days (psi) | Dry-Set Portland Cement Mortar | ANSI A118.1 | 204 | - |
| | Latex-Portland Cement Mortar | ANSI A118.4 | 241 | - |
| | Organic Adhesives Type 1 | ANSI A136.1 | 159 | - |
| Linear Variation (Due to change in moisture content) | | ASTM D 1037 | 0.05% | - |
| Bacterial Resistance | | ASTM G 22 | 0 (No growth) | 0 (No growth) |
| Fungus Resistance | | ASTM G 21 | 0 (No growth) | 0 (No growth) |

CC04812

*Underlayment:* Using a 1/4" square-notched trowel, apply a setting bed of Latex-Portland Cement mortar or Thin-Set to the subfloor or counter base. Immediately laminate PermaBase to subfloor or base leaving a 1/8" space between boards at all joints and corners. Leave a 1/4" gap along walls. Stagger joints so they do not line up with underlying sub-strate joints. Fasten PermaBase every 8" o.c. throughout board field and around all edges while setting bed mortar is still workable. Around perimeter of each board, locate fasteners 2" from the corners and not less than 3/8" from the edges. Fill all joints solid with bonding material. On non-tapered joints such as butt ends, apply a 6" wide, 1/16" thick coat over the entire joint. Embed fiberglass mesh tape fully into applied bonding material; ensure that tape is centered over joint. Apply bonding material over fasteners to fully conceal. Remove all excess bonding material and allow to cure.

## EXTERIOR APPLICATIONS

*General:* All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of L/360 under all intended live (including wind) and dead loads.

*Note:* Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with current ANSI specifications and Tile Council of America (TCA) guidelines.

*Control joints:* For exterior installations, allow a maximum of 15 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building (discontinue all cross furring members located behind joint); when boards abut dissimilar materials; where framing material changes; at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with any coating or other materials.

## DECKS

*Subfloor:* Plywood should be securely glued and fastened to floor joists spaced a maximum of 16" o.c. Subfloor should be sloped at a minimum pitch of 1/4" per foot. The floor surface should be true to plane within 1/8" in 10'.

*Underlayment:* Using a 1/4" square-notched trowel, apply a setting bed of Latex-Portland Cement mortar to the subfloor. Immediately laminate PermaBase to subfloor leaving a 1/8" space between boards at all joints and corners. Leave a 1/4" gap along walls. Stagger joints so they do not line up with underlying substrate joints. Fasten PermaBase every 8" o.c. throughout board field and around all edges while setting bed mortar is still workable. Around perimeter of each board, locate fasteners 2" from the corners and not less than 3/8" from the edges. Fill all joints solid with bonding material. On non-tapered joints such as butt ends, apply a 6" wide, 1/16" thick coat over the entire joint. Embed alkali-resistant fiberglass mesh tape fully into applied bonding material; ensure that tape is centered over joint. Apply bonding material over fasteners to fully conceal. Remove all excess bonding material and allow to cure.

*Waterproof membrane:* Trowel apply waterproof membrane to the entire surface of the PermaBase, following membrane manufacturer's installation instructions in detail.

## WALLS & CEILINGS

*Wall framing:* Studs should be spaced a maximum of 16" o.c. Edges/ends of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment. Do not install PermaBase directly over protrusions from stud plane such as heavy brackets or fastener heads.

*Weather barrier:* While PermaBase is unaffected by moisture, a water barrier must be installed to protect the cavity. It should be installed according to the manufacturer's specifications between the PermaBase and the framing members.

*Ceiling framing:* The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material

and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 10 psf. Ceiling joist or furring channel should not exceed 16" o.c. Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment.

*PermaBase Cement Board:* Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls, 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Ensure PermaBase is tight to framing.

*Joint reinforcement:* Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 6" wide, approx. 1/16" thick coat of bonding material over entire joint. Immediately embed minimum 3" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

CC04813







110833  Rev. 9/04

CC04814

09250

## GOLD BOND® BRAND
# 1" FIRE-SHIELD® SHAFTLINER

### ► MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

### ► DESCRIPTION

Gold Bond® BRAND Fire-Shield®
Shaftliner panels consist of a
fire-resistant type X gypsum
core encased in a heavy
moisture-resistant green, 100%
recycled paper on the face and
back sides. The face paper is
folded around the long edges to
reinforce and protect the core,
and the ends are square-cut and
finished smooth. Long edges
of panels are beveled for ease
of installation.

### BASIC USES

1" Shaftliner panels are designed
to be used to construct light-
weight fire barriers for cavity
shafts and area separation walls
in multifamily housing. The
panels are key components in
the I-Stud Cavity Shaftwall
System and the I-Stud and
H-Stud Area Separation Wall
Systems.

Note: I-Stud Cavity Shaftwall and
I-Stud/H-Stud Area Separation
Wall Systems have been tested.
Substitution of components not
sold or authorized by National
Gypsum Company may adversely
affect system performance and
is not recommended. National
Gypsum Company makes no
warranties as to any such
substituted component.

### ADVANTAGES

- Lightweight, cost-efficient
material.
- Shaftliner is easily cut for quick
installation.
- The gypsum core will not
support combustion or transmit
temperatures greatly in excess of
212°F (100°C) until completely
calcined, a slow process.

- Expansion and contraction
under normal atmospheric
changes are negligible.

### LIMITATIONS

- Exposure to excessive or
continuous moisture and
extreme temperatures should
be avoided.
- To prevent weakening due to
calcining, 1" Fire-Shield
Shaftliner panels, like any
gypsum wallboard, should not
be exposed to temperatures
over 125°F (52°C) for extended
periods of time.
- When installing Shaftliner
panels over an insulating
blanket, installation continuously
across the face of the framing
members is not recommended.
Blankets should be recessed
and flanges attached to the
sides of the studs or joists.

### MATERIALS

Manufactured panels with gypsum
core, paper-encased.

Contains no asbestos.

1" Fire-Shield Shaftliner,
I-Studs, J-Track, H-Studs and
H-Stud Track

### ACCESSORIES

Fasteners; drywall screws or
adhesives
I-Studs
J-Track
H-Studs
H-Stud Track

### SIZES

| | |
|---|---|
| Width: | 2' (610 mm) |
| Length: | 7' through 14' (2134–4267 mm) |
| Thickness: | 1" (25.4 mm) |
| Edges: | Double-beveled |

### APPLICABLE STANDARDS

ASTM C 442/C 1396

Federal specification SS-L-30D
Type IV Grade X

### ► TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

| | |
|---|---|
| Flame spread: | 15 |
| Smoke developed: | 0 |

### FIRE RESISTANCE RATINGS

Fire resistance ratings represent
the results of tests on assemblies
made up of materials authorized
by National Gypsum in specific
configurations. When selecting
construction designs to meet
certain fire resistance require-
ments, caution must be used to

ensure that each component of
the assembly is the one specified
in the test. Further, precaution
should be taken that assembly
procedures are in accordance
with those of the tested assem-
bly. (For copies of specific tests,
call 1-800-NATIONAL.)

### ► INSTALLATION

Installation of 1" Fire-Shield
Shaftliner should be consistent
with methods described in
specific application details for
I-Stud Cavity Shaftwall Systems,
I-Stud or H-Stud Area Separation
Wall Systems or other fire-rated
designs shown in National
Gypsum Company's Gypsum
Construction Guide.

**National Gypsum**
COMPANY

Excellence Across The Board™

Job Name _____

Contractor   COASTAL CONDOMINIUMS   Date
            790 N.W. 107th AVENUE
Submittal Approvals (Stamps or Signatures)
            MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER  04-5581
TRANSMITTAL NO._____   SPEC REF._____
(X) REVIEWED                    RECEIVED 8/12/05
( ) REVIEWED AS NOTED           TO A/E  8/15/05
( ) REVISE AND RESUBMIT         FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _____  Date: 8-15-05

110688   Rev. 08/04

CC04815

# PROFORM® BRAND ALL PURPOSE READY MIX JOINT COMPOUND

## MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

## DESCRIPTION

ProForm® BRAND All Purpose
Ready Mix Joint Compound
is a pre-mixed vinyl base
compound that may be used
directly from the container.

## BASIC USES

ProForm All Purpose Ready Mix
Joint Compound is designed
for tape application, fastener
spotting and complete joint
finishing of gypsum wallboard.
It can also be used to repair
cracks in plastered walls, to
texture surfaces and to laminate
wallboard to other surfaces
such as masonry or other wall-
board. It contains sufficient
binder to secure the reinforcing
tape and develops its strength
and hardness by drying.

## ADVANTAGES

• Ready to use right from the
  container.
• Excellent adhesion/bond.

## LIMITATIONS

• Protect from freezing and
  exposure to extreme heat and
  direct sunlight, conditions
  which will cause premature
  aging of the product.

• Do not overthin.

• Excessive mixing with an
  electric drill can cause undesir-
  able changes in viscosity and
  in finished surface appearance.

## STORAGE

Storage life varies with climatic
conditions, up to 6 months
under good conditions. Store
compound away from
extreme cold or heat to
avoid premature aging.

ProForm® is a registered trademark of National Gypsum Properties, LLC.

---

Regularly check production
dates and rotate inventory on
a first-in, first-out plan.

If Ready Mix Joint Compound
freezes, allow material to thaw
at room temperature for at least
24 hours. When thawed, turn
container upside-down for at
least 15 minutes. Turn pail
right side up, remove lid, and
immediately remix with an
electric drill. Ready Mix Joint
Compound should be lump
free and ready to use within
1 minute. Discard all Ready Mix
Joint Compound that does not
remix to a lump free consistency.

## COMPOSITION & MATERIALS

Contains no asbestos. May
contain any of the following:

| Component | CAS No. |
|---|---|
| Limestone | 1317-65-3 |
| Plaster of Paris | 10034-76-1 |
| Gypsum | 13397-24-5 |
| Perlite | 93763-70-3 |
| Talc | 14807-96-6 |
| Mica | 12001-26-2 |
| Clay | 1302-78-9 |
|  | 1332-58-7 |
|  | 66402-68-4 |
|  | 8031-18-3 |
| Starch | 9005-25-8 |
| Water* | 7732-18-5 |
| Latex* |  |

*Present only in Ready Mixed
products.

## ACCESSORIES

Joint tape
Cornerbead
Multi-Flex joint tape
Arch cornerbead
Casing beads (100, 200, 500)
E-Z Strip control joint

## TYPES

Hand grade
Machine grade
Heavy
Tinted
Texture

## PACKAGING

48 lb. carton (21.7 kg)
50 lb. carton (22.7 kg)
61.7 lb. pail (28.0 kg)
61.7 lb. carton (28.0 kg)
West Coast only:
47 lb. carton (21.15 kg)

## APPLICABLE STANDARDS

ASTM C 475
Federal Specification SS-J-570B

## TECHNICAL DATA

*Coverage:* 130-140 lbs./1,000 sq. ft.
of wallboard (64-68 kg/100 M²)
*Coverage varies with number of
cornerbeads and trims used.

---

## INSTALLATION

### APPLICABLE STANDARDS AND REFERENCES

ASTM C 840
Gypsum Association GA-216
Gypsum Association GA-214
National Gypsum Co. *Gypsum
  Construction Guide*

### RECOMMENDATIONS

Installation of ProForm All
Purpose Ready Mix Joint
Compound should be consis-
tent with methods described
in the noted standards and
references and as indicated
below.

ProForm All Purpose Ready Mix
may need a slight amount of
mixing before use, and in any
case should be lightly mixed
before any water is added.
Mixing may be done with a
potato-masher-type tool or by
use of a low-speed drill. Use
directly from the container
for treating fasteners and
cornerbeads or for taping
and finishing joints. Care
should be taken when water
is added to thin to a desired
consistency.

*(Continued next page)*

---

Job Name _____

Contractor  COASTAL CONDOMINIUMS  Date _____
790 N.W. 107th AVENUE.
Submittal Approvals: (Stamps or Signatures)
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER _04-5581_
TRANSMITTAL NO._____ SPEC.REF._____
(X) REVIEWED                     RECEIVED _8/12/05_
( ) REVIEWED AS NOTED            TO A/E _8/15/05_
( ) REVISE AND RESUBMIT          FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _Sbw_                Date: _8-15-05_

CC04816

A uniformly thin layer of joint compound should be applied over the joint approximately 4" wide. The tape is then centered over the joint and embedded into the compound, leaving sufficient joint compound under the tape to provide proper bond. A thin coat of compound should cover the tape to minimize wrinkling or curling. Ceiling, wall angles and inside corner angles are reinforced with the tape folded to conform to the angle and embedded into the compound.

After the compound is thoroughly dry (approximately 24 hours) the tape is covered with a coat of all-purpose or topping compound spread over the tape approximately 3" on each edge. After this coat is thoroughly dry, another coat of all-purpose or topping compound is applied with a slight, uniform crown over the joint. This coat should be smooth and the edges feathered approximately 3" beyond the preceding coat.

All inside corners are coated with at least two coats of compound with the edges feathered out.

All nail or screw head dimples should receive three coats. These coats may be applied as each coat is applied to the joints.

Flanges of wallboard corner-bead should be concealed by at least two coats of compound. The first coat should be all-purpose compound and the second coat can be all-purpose or topping compound feathered out approximately 9" on both sides of the exposed metal nose.

In cold weather (outside temperature below 50°F [10°C]), temperatures within the building should be maintained at a minimum 50°F (10°C), both day and night, during joint finishing. Adequate ventilation should be provided to eliminate excess moisture.

Wet/damp conditions slow the drying process. Subsequently, 24 hours drying time between coats may not be sufficient. Adequate drying time is essential to prevent unwanted conditions such as cracks from delayed shrinkage.

## DECORATION

Before paint, wallcovering or other decorating materials are applied, all areas must be thoroughly dry, dust free and treated with a coat of good-quality, high solids, flat latex primer.

The selection of a paint to give the specified or desired finished characteristics is the responsibility of the architect or contractor.

Gypsum Association GA-214, Recommended Specification for Levels of Gypsum Board Finish, should be referred to in order to determine the level of finishing needed to assure a surface properly prepared to accept the desired decoration.



110778   Rev. 09/02

CC04817



09250
DALE/INCOR

# Metal Drywall Framing and Accessories

## DALE / INCOR ®

### THE LARGEST SOURCE FOR PRIME STEEL PRODUCTS

CC04818



# Drywall Track

09250
DALE/INCOR

## Table of Contents:

Track . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 2
Studs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 3
Accessories . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 4
Area Separation Wall (H-Stud) . . . . . . . . . . . . . . .Page 5
Shaft Wall Components . . . . . . . . . . . . . . . . . . . .Page 6 & 7
Beads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 8

## About The Company

Dale Industries was founded in May, 1952. Today, with plants in Dearborn, MI - Baltimore, MD - Ft. Lauderdale, FL - Birmingham, AL - Tampa, FL and Houston, TX. Dale is a major supplier to the drywall and light gage steel industry.



**Deluxe Track**   **Regular Track**   **Hemmed Track**

Note: W= Inside Dimensions

Track is used to anchor the partition at floor and ceiling. Sections are roll formed steel in a channel configuration with hemmed or unhemmed leg in 1" or 1-1/4" depths. Sections are manufactured to receive the corresponding size of the studs with an overbend for a friction fit. DALE/INCOR's standard 25, 22, and 20 gage track meets ASTM C-645, A568-00a, and A653. The properties and weights shown are calculated on minimum thicknesses in accordance to A.I.S.I. Specifications.

## Physical and Structural Properties

### 20 Ga. RT-Regular Track, 1"Leg, (Web) T 100-30

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.38 | 0.113 | 0.058 | 0.065 | 0.95 |
| 2-1/2",(250) | 0.48 | 0.140 | 0.146 | 0.111 | 1.69 |
| 3-5/8",(362) | 0.60 | 0.175 | 0.341 | 0.181 | 2.88 |
| 4",(400) | 0.64 | 0.187 | 0.429 | 0.207 | 3.33 |
| 6",(600) | 0.85 | 0.250 | 1.142 | 0.372 | 5.34 |

### 20 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-30

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.44 | 0.129 | 0.070 | 0.079 | 1.00 |
| 2-1/2",(250) | 0.53 | 0.156 | 0.173 | 0.131 | 1.77 |
| 3-1/2",(350) | 0.64 | 0.187 | 0.365 | 0.200 | 2.86 |
| 3-5/8",(362) | 0.65 | 0.191 | 0.395 | 0.210 | 3.01 |
| 4",(400) | 0.69 | 0.203 | 0.495 | 0.239 | 3.49 |
| 6",(600) | 0.90 | 0.265 | 1.288 | 0.419 | 5.37 |

### 25 Ga. RT-Regular Track, 1"Leg, (Web) T 100-18

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.23 | 0.068 | 0.035 | 0.040 | 0.48 |
| 2-1/2",(250) | 0.29 | 0.085 | 0.088 | 0.067 | 0.88 |
| 3-1/2",(350) | 0.35 | 0.103 | 0.189 | 0.104 | 1.22 |
| 3-5/8",(362) | 0.36 | 0.106 | 0.205 | 0.110 | 1.26 |
| 4",(400) | 0.38 | 0.113 | 0.259 | 0.125 | 1.38 |
| 6",(600) | 0.51 | 0.151 | 0.689 | 0.225 | |

### 22 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-27

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.40 | 0.117 | 0.063 | 0.072 | 0.87 |
| 2-1/2",(250) | 0.48 | 0.141 | 0.157 | 0.119 | 1.56 |
| 3-1/2",(350) | 0.58 | 0.170 | 0.331 | 0.182 | 2.53 |
| 3-5/8",(362) | 0.59 | 0.173 | 0.358 | 0.191 | 2.66 |
| 4",(400) | 0.63 | 0.184 | 0.449 | 0.217 | 3.08 |
| 6",(600) | 0.82 | 0.241 | 1.168 | 0.381 | 4.44 |

### 25 Ga. HT-Hemmed Track, 1-1/4"Leg, (Web) T 125-18

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.28 | 0.082 | 0.045 | 0.051 | 0.58 |
| 2-1/2",(250) | 0.33 | 0.098 | 0.111 | 0.085 | 1.02 |
| 3-5/8",(362) | 0.41 | 0.120 | 0.253 | 0.135 | 1.46 |
| 4",(400) | 0.43 | 0.127 | 0.316 | 0.153 | 1.61 |
| 6",(600) | 0.56 | 0.164 | 0.817 | 0.267 | |

### 25 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-18

| Web in, (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.26 | 0.078 | 0.042 | 0.048 | 0.51 |
| 2-1/2",(250) | 0.32 | 0.094 | 0.105 | 0.080 | 0.90 |
| 3-1/2",(350) | 0.38 | 0.113 | 0.221 | 0.122 | 1.25 |
| 3-5/8",(362) | 0.39 | 0.115 | 0.240 | 0.127 | 1.30 |
| 4",(400) | 0.42 | 0.122 | 0.300 | 0.145 | 1.43 |
| 6",(600) | 0.54 | 0.160 | 0.776 | 0.254 | |

CC04819

**DALE/INCOR**
www.daleincor.com

# Drywall Studs

09250
DALE/INCOR



Note: W= Inside Dimensions

\* Punch-out for 1-5/8" and 2" studs

Drywall studs are roll-formed channel type non-load bearing steel members used extensively for interior partitions. Outer flanges are knurled to prevent screw ride and to expedite attachment O.C. Thereafter to accommodate the installation of any required bridging, conduit, or wiring. Dale/Incor's standard 25, 22, and 20 gage studs meet ASTM C-645 and A-653. The properties and weights shown below are calculated on minimum thicknesses in accordance with A.I.S.I. Specifications.

## Section Properties "DWS"

Example: (Web)-S-125-(Ga.)

| Web in, (1/100in.) | GA. in., (Mils) | WT. lb/ft. | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-K) | Web in, (1/100in.) | GA. in., (Mils) | WT. lb/ft. | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-5/8", (162) | 25, (18) | 0.27 | 0.080 | 0.038 | 0.046 | 0.66 | 3-5/8", (362) | 25, (18) | 0.40 | 0.118 | 0.234 | 0.129 | 1.78 |
|  | 22, (27) | 0.41 | 0.120 | 0.056 | 0.068 | 1.01 |  | 22, (27) | 0.60 | 0.176 | 0.347 | 0.192 | 3.05 |
|  | 20, (30) | 0.45 | 0.131 | 0.061 | 0.075 | 1.16 |  | 20, (30) | 0.66 | 0.194 | 0.381 | 0.210 | 3.46 |
| 2-1/2", (250) | 25, (18) | 0.33 | 0.097 | 0.099 | 0.079 | 1.17 | 4", (400) | 25, (18)¹ | 0.42 | 0.125 | 0.294 | 0.147 | 1.96 |
|  | 22, (27) | 0.49 | 0.144 | 0.147 | 0.118 | 1.81 |  | 22, (27) | 0.64 | 0.187 | 0.438 | 0.219 | 3.52 |
|  | 20, (30) | 0.54 | 0.159 | 0.161 | 0.129 | 2.06 |  | 20, (30) | 0.70 | 0.206 | 0.481 | 0.240 | 3.99 |
| 3-1/2", (350) | 25, (18) | 0.39 | 0.115 | 0.215 | 0.123 | 1.72 | 6", (600) | 25, (18)¹ | 0.55 | 0.162 | 0.778 | 0.259 |  |
|  | 22, (27) | 0.59 | 0.173 | 0.320 | 0.183 | 2.90 |  | 22, (27)¹ | 0.83 | 0.243 | 1.160 | 0.387 | 5.42 |
|  | 20, (30) | 0.65 | 0.190 | 0.351 | 0.201 | 3.29 |  | 20, (30) | 0.91 | 0.268 | 1.275 | 0.425 | 6.54 |

## Limiting Heights Table (Based on 5 PSF Interior Wind Load.)

| Web in., (1/100in) | GA. in., (Mils) | No Sheathing 16" O.C. L/120 | L/240 | L/360 | No Sheathing 24" O.C. L/120 | L/240 | L/360 | 1/2" Layer Gypsum Board Each Side 16" O.C. L/120 | L/240 | L/360 | 1/2" Layer Gypsum 24" O.C. L/120 | L/240 | L/360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-5/8", (162) | 25, (18) | 8'8" | 6'11" | 6'0" | 6'0" |  | 5'3" | 10'7" | 8'4" |  | 9'9"f | 7'11" |  |
|  | 22, (27) | 10'3" | 8'1" | 7'1" | 8'11" | 7'1" | 6'2" |  |  |  |  |  |  |
|  | 20, (30)* | 10'6" | 8'4" | 7'3" | 9'2" | 7'3" | 6'4" | 11'9" | 9'4" |  | 10'9" | 8'7" |  |
|  | 20, (33) | 10'10" | 8'7" | 7'6" | 9'6" | 7'6" | 6'7" | 12'1" | 9'8" | 8'5" | 11'0" | 8'9" | 7'8" |
| 2-1/2", (250) | 25, (18) | 12'0" | 9'6" | 8'4" | 10'2"f | 8'4" | 7'3" | 13'3"*f | 11'3" | 9'10" | 11'10"f | 10'7" | 9'3" |
|  | 22, (27) | 14'1" | 11'2" | 9'9" | 11'4" | 9'9" | 8'6" |  |  |  |  |  |  |
|  | 20, (30)* | 14'7" | 11'7" | 10'1" | 12'9" | 10'1" | 8'10" | 15'9" | 12'6" | 10'10" | 14'2" | 11'4" | 9'10" |
|  | 20, (33) | 15'1" | 11'11" | 10'5" | 13'2" | 10'5" | 9'1" | 16'5" | 12'10" | 11'2" | 14'10" | 11'7" | 10'0" |
| 3-5/8", (362) | 25, (18) | 15'4"f | 12'9" | 11'2" | 12'7"f | 11'2" | 13'0" | 15'4"f | 14'4" | 12'4" | 13'9"f | 13'5" | 11'7" |
|  | 22, (27) | 18'9" | 14'11" | 13'0" | 16'5" | 13'0" | 11'4" |  |  |  |  |  |  |
|  | 20, (30)* | 19'5" | 15'5" | 13'5" | 17'0" | 13'5" | 11'9" | 19'7" | 16'0" | 13'10" | 17'6" | 14'6" | 12'6" |
|  | 20, (33) | 20'1" | 15'11" | 13'11" | 17'6" | 13'11" | 12'2" | 20'8" | 16'5" | 14'3" | 18'6" | 14'9" | 12'9" |
| 4", (400) | 25, (18) | 16'2"f | 13'9" | 12'0" | 14'0" | 12'0" | 10'6" | 17'2"f | 15'4" | 13'4" | 15'1"f | 14'2" | 12'4" |
|  | 22, (27) | 20'3" | 16'1" | 14'0" | 17'8"f | 14'0" | 12'8" |  |  |  |  |  |  |
|  | 20, (30)* | 21'0" | 16'8" | 14'7" | 18'4" | 14'7" | 12'8" | 21'10" | 17'8" | 15'4" | 19'7" | 15'11" | 13'10" |
|  | 20, (33) | 21'8" | 17'3" | 15'0" | 18'11" | 15'0" | 13'2" | 23'1" | 18'4" | 15'11" | 20'7" | 16'9"9"f | 16'9"9"f |
| 6", (600) | 25, (18) |  |  |  |  |  |  | 19'9"f | 19'9"f | 17'11" | 16'9"6"f | 16'9"9"f |  |
|  | 22, (27) | 26'10"*f | 22'4" | 19'6" | 21'11"f | 19'6" | 17'1" | 28'7" | 23'6" | 20'7" | 25'1" | 20'7" | 18'4" |
|  | 20, (30)* | 29'1" | 23'1" | 20'2" | 24'1"f | 20'2" | 17'7" | 30'10" | 24'6" | 21'4" | 27'2" | 21'7" | 18'10" |
|  | 20, (33) | 30'1" | 23'11" | 20'10" | 26'3" | 20'10" | 18'3" |  |  |  |  |  |  |

*: composite values based on interpolation of test data.   f: flexural stress controls allowable wall height

**Foot Notes:**
D– Distance between the centroid of the section and the web center.
$I_x$– Moment of inertia for deflection about the x-axis.
$S_x$– Section modulus for load about the x-axis.
$R_x$– Radius of gyration about the x-axis.
$I_y$– Moment of Inertia about the y-axis.
$S_y$– Section modulus about the y-axis.
$R_y$– Radius of gyration about the Y-axis.
$M_A$– Allowable resisting moment. Listed values incorporate the effects of cold forming as allowed per section A7.2 of the 1996 A.I.S.I. "Specification for Design of Cold Formed Steel Structural Members".

**Notes for the Limiting Heights Table:**
To attain values listed, attachment of drywall stud to runner track with (1) type S drywall screwed to each side, top and bottom, is required. If facing material is not applied to both sides of the framing then horizontal bridging is required. The spacing of this bridging shall not exceed 5'0" O.C.

**Note for the Limiting Height W/Gypsum Board Table:**
Drywall installation shall be in accordance with A.S.T.M. C840-99a "Application and Finishing of Gypsum Board".

The following are thicknesses for Dale/Incor drywall products:

| Gauge | In. | Mils |
|---|---|---|
| 25 ga. | 0.018 | 18 |
| 22 ga. | 0.027 | 27 |
| 20 ga. | 0.030 | 30 |

CC04820



# Drywall Framing Accessories

09250
DALE/INCOR

## Drywall Furring Channel (DWC)



**Uses:**
- Convenient accessory components for use in furring out ceilings and masonry walls. Knurled face prevents screw "ride" when attaching gypsum wallboard.
- 1-1/2" DWC is economical with respect to furring walls with electrical boxes, (no need to set into concrete).

**Product Data:**
- Available in 7/8" and 1-1/2" sizes.
- Gauge: Standard 25 Ga., also in 22, 20, 18, and 16 gauges.
- Lengths: Standard stock 12'0", (other lengths available upon request)

*Consult Dale/Incors' Light Gage Steel Framing Catalog for Structural Properties and Span Tables*

| Product | GA. | WT/FT |
|---------|-----|-------|
| 7/8"DWC | 25 | .275 |
| 7/8"DWC | 20 | .477 |
| 1-1/2" DWC | 25 | .345 |
| 1-1/2" DWC | 20 | .599 |

## Resilient Furring Channel (RFC)



**Uses:**
- Economical method of controlling sound transmission through wood framed or steel-framed walls and ceilings.

**Product Data:**
- RFC1: Single Leg
- RFC2: Double Leg
- Gauge: Standard 25 gage conforming to ASTM A-653 and C-645.
- Lengths: 12'0" stock length.
- RFC1: Screw attachment, one side only.

| Product# | WT/FT |
|----------|-------|
| RFC-1 | .200 |
| RFC-2 | .240 |

## Z-Furring Channel (ZFC)



**Uses:**
- Designed to accommodate the installation of rigid insulation board while providing an attachment for drywall or other facing materials to the interior side of masonry or monolithic concrete walls.

**Product Data:**
- Available in Hot-Dipped galvanized steel conforming to ASTM A-653 and C-645.
- Gauges: Standard 25 gauge, (available in 22, 20, 18, and 16 gauge upon request).
- Lengths: Standard 10'0" and 8'6" lengths, (other lengths upon request).

| Product Number | (A) IN. Size | 25 Ga. WT/FT |
|----------------|--------------|--------------|
| Z-075 | .75 | .180 |
| Z-100 | 1.00 | .195 |
| Z-150 | 1.50 | .225 |
| Z-200 | 2.00 | .260 |
| Z-250 | 2.50 | .290 |
| Z-300 | 3.00 | .325 |

## Cold-Rolled Channel (CRC)



*For physical structural properties and span tables consult Dale/incor's Light Gage Steel Framing catalog 0S400.*

**Uses:**
- Bridging, (Lateral Support) in walls carrying axial and/or wind loads.
- Bracing studs at door bucks and furring for ceilings.
- Used in conjunction with metal lath and plaster in partitions, ceilings, column and beam enclosures, etc.

**Product Data:**
- Available in galvanized meeting ASTM A-568 or Hot-Dipped galvanized meeting ASTM A-653, G60.
- Lengths: 16'0" standard, (other lengths upon request).

| Product Number | (A) IN. Size | GA. |
|----------------|--------------|-----|
| CRC-075 | .75 | 16 |
| CRC-100 | 1.00 | 16 |
| CRC-150 | 1.50 | 16 |
| CRC-200 | 2.00 | 16 |
| CRC-250 | 2.50 | 16 |
| CRC-300 | 3.00 | 18 |

## Rolled Angles (RA)



**Uses:**
- For 90 degree corner enclosures at lapped framing locations; provides in-plane stability of framework.

**Product Data:**
- Available in most sizes, lengths and gauges.

| (AxB) Product | Gauges | Length |
|---------------|--------|--------|
| 7/8" x 1-3/8" | 25, 22, 20, 18 | 10' |
| 1-1/2" x 1-1/2" | 25, 22, 20, 18, 16 | 10' |
| 2" x 2" | 25, 22, 20, 18, 16, 14 | 10' |
| 3" x 3", 3" x 6" | 20, 18, 16, 14, 12 | 10' |
| 2" x 4" | 20, 18, 16, 14, 12 | 10' |

## Residential Blocking, (KATS)



**Uses:**
- Component of stud or joist bridging methods.
- Stiffened C-section eases installation compared to flat strapping.
- Reinforced flat surface allows for ease in attachment of fixtures.
- Provides solid support in lieu of wood for attachment of cabinets and handrails.

**Product Data:**
- Designations: KAT and spacing.
- Gauges: Heavy or standard galvanized.
- Lengths: 18" and 26".

## Flat Strapping (FS)



**Uses:**
- Provides tension force resistance in shear wall assemblies.
- Resists racking of prefabricated wall assemblies while handling, transporting and erection.

**Product Data:**
- Designation: FS width and gauge.
- Widths: 2, 3, 4, 5 and 6" (custom widths and coil available).

## Bridge Clips (BC)



**Uses:**
- For alternate screw attachment of CRC bridging to stud webs in lieu of direct weld.

**Product Data:**
- Designation: BC length and gage.
- Standard Gage: 14 gauge galvanized steel.
- Standard Length: C-2 1/2", 3 3/8" and 5 1/4".
- Leg Dimensions: A -1 1/2", B -1 1/2".

CC04821


www.daleincor.com

# Area Separation Walls

Designed for maximum flexibility as Area Separation Walls, the Series 600 is the most cost-efficient, perform-ance-oriented system.

## METAL COMPONENTS



Aluminum Angle Clip

C Track, Cap, Edge, or End Closure

H-Stud 25 Gage



**Fire and Sound Test References**

The design file numbers and the references appearing in this brochure may be cross-refer-enced in the Fire Resistance Design Manual published by the Gypsum Association of the UL and ULC Fire Resistance Directories published by Underwriters Laboratories. The Fire Resistance Design Manual is referenced in the BOCA Basic/National Building Code, the Standard Building Code by SBCCI, and the Uniform Building Code by ICBO.

The data relating to fire and sound-tested assemblies contained herein is based on the characteristics, properties and performance of materials and systems obtained under con-trolled test conditions as set forth under the appropriate ASTM standard such as E119 (Fire), E90 (Sound) or E72 (Structural).

Prior to installation, the specifier or user should determine that the local Building and Fire Code Authority permits the installation of gypsum Area Separation Walls and that this insuring group will not penalize the owner.

**Installation Instructions**

When the wood framed walls of one unit are complete, the Area Separation Walls are con-structed before the next unit's interior framing is started. Allow a 3/4" space between the Area Separation Wall and the wood framing.

Bottom track is secured to the slab using suit-able fasteners at a maximum of 24" o.c. Begin at one end or side with a vertical section of 2" x 10' track. Insert two pieces of 1" Type X Shaftliner. Plumb and secure with a 2" x 2" x 10' H-Stud member. Install gypsum board pan-els and H-Stud members progressively across the wall and secure to the wood framing with aluminum angle clips.

Aluminum angle clips should be screw-attached to the web of the H-Studs and nailed or screwed to the wood top plates (48" o.c. max.). Attach angle clips to the same H-stud on both sides of the Area Separation Wall. Cap the assembly with either an H-Stud member placed horizon-tally or two pieces of track fastened back to back. Repeat the process for the next course of

gypsum panels and metal framing up to or through the roofline per plan details. Cap the top of the assembly with 2" track.

Cover all exposed edges or web faces of the metal with 6" wide strips of 1/2" Type X board secured to the metal with 1" Type S drywall screws approximately 12" o.c.

**NOTE A:**

As tested, all exposed track and H-Stud mem-bers should be covered with 6" wide strips of either 3/4" C or 5/8" Type X, screw-attached 12" o.c.

Some authorities, however, consider the insula-tion and interior finish as sufficient protection. Please check with your local Building Official or Fire Marshal's office.

---

## Details Common to all Systems (Modify per Plan Requirements)

### STC 35-39



WP-1870
**Fire Test Ref:**
WHI 495-0743    1-28-86
WHI 495-0744    1-30-86
**Structural Data**
Thickness: 3"
Weight: 9-1/2" psf

### STC 60-64



Use Between Interior Wood-Framed Units

### STC 60-64



Use As End Wall With Exterior Protective Finish

CC04822

# Shaftwall / Stairwall Structural Properties

**Series 620 J Track and Slotted C-T Studs** are manufactured from hot dipped galvanized steel meeting ASTM A924 and ASTM A653.

The 2 1/2" steel-framing system retains the popular 3 1/2" wall thickness with a 2-hour fire rating to accommodate standard door-framing dimensions. A unique feature of the Series 620 stud is its slotting in the web of the stud. Tests have demonstrated that these slots effectively improve resistance to thermal and noise transmissions.

The 2 1/2" stud provides a 1 1/2" air cavity for services. Studs are friction fitted between top and bottom J Tracks.

Use J Tracks for all closure details, including duct and door openings, abutments, intersections, etc. No other special metal components are required.

However, an alternate vertical J-L corner member is available in 10' and 12' lengths for use in lieu of two J Tracks to form certain outside corner configurations - see detail. Studs are automatically spaced 24" o.c. Maximum with the special Shaftliner panels.

## Helpful Hints

- Use a fastening plate to secure the J Track whenever fasteners are closer than 4" to the edge. Setting the plate at the time of concrete construction will avoid spalling by mechanical fasteners.

- Pre-cut C-T studs 3/4" less than the opening's height.

- In structural steel-frame construction, install J Track sections before applying spray-on fire proofing.

- Items to be anchored to the wall (cabinets, sinks, handrails, etc.) should be fastened to the C-T studs or to plates secured behind or between layers of 1/2" Fireguard® C. Joint compounds should be applied at ambient temperatures above 50°F (10°C) with adequate ventilation.

- For acoustical sealing and prevention of air leakage, use a bead of flexible sealant at the perimeter of each wall under each face layer and under the 2-1/2" flange of J Track for shaft wall finished on one side.

- Use Type S screws for 25 gauge steel framing. Use Type S-12 screws for 20 gage (or heavier) steel framing.

- It is important that the job structural engineer approve the type, size and maximum spacing of track fasteners to meet the design load requirements.

* DALE/INCOR is an authorized user of the Typroc® and the Fireguard® registered trademarks.
* *Registered trademark of Domtar Inc.
* *Reproduced with the authorization of Domtar Gypsum.*

## Stud Design Properties



## Minimum C-T Stud Section Properties
Based on AISIA "Specifications for the Design of Cold-Formed Steel Structural Members."

T= Minimum uncoated base steel thickness (inches)   $I_x$= Moment of inertia (inches)
W= Weight (pounds per linear foot)   $S_x(C)$= Section modulus "C" flange (inches)
A= Section area (inches)   $S_x(T)$= Section modulus "T" flange (inches)

| Stud Size | T | W | A | Ix | $S_x(C)$ | $S_x(T)$ |
|---|---|---|---|---|---|---|
| 2-1/2"x 25 ga. | 0.0179 | 0.470 | 0.118 | 0.132 | 0.095 | 0.118 |
| 2-1/2"x 20 ga. | 0.0329 | 0.820 | 0.218 | 0.242 | 0.175 | 0.217 |
| 4"x 25 ga. | 0.0179 | 0.580 | 0.145 | 0.374 | 0.171 | 0.207 |
| 4"x 20 ga. | 0.0329 | 1.020 | 0.267 | 0.687 | 0.341 | 0.380 |
| 6"x 25 ga. | 0.0179 | 0.715 | 0.181 | 0.957 | 0.299 | 0.347 |
| 6"x 20 ga. | 0.0329 | 1.260 | 0.315 | 1.759 | 0.543 | 0.637 |

**1 Hr. Rated Series 621   •   2 Hr. Rated Series 620 or 621 and   •   3 Hr. Rated Series 630 or 631**

## Limiting Heights – Studs 24"

| Stud Depth (in.) | Stud & Track Gage | Design Deflection Limit | Uniform Load (PSF) | | | | Stud Depth (in.) | Stud & Track Gage | Design Deflection Limit | Uniform Load (PSF) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5 | 7.5 | 10 | 15 | | | | 5 | 7.5 | 10 | 15 |
| 2.5 | 25 | L/120 | 14'2" | 12'5" | 11'3" | 9'4" | 2.5 | 25 | L/120 | 15'6" | 13'3" | 11'6" | 9'5" |
| | | L/180 | 12'5" | 10'10" | 9'10" | 8'7" | | | L/180 | 13'7" | 11'10" | 10'9" | 9'5" |
| | | L/240 | 11'3" | 9'10" | 8'11" | 7'10" | | | L/240 | 12'4" | 10'9" | 9'9" | 8'6" |
| | | L/360 | 9'10" | 8'7" | 7'10" | 6'10" | | | L/360 | 10'9" | 9'5" | 8'6" | 7'6" |
| 2.5 | 20 | L/120 | 15'10" | 13'10" | 12'8" | 10'11" | 2.5 | 20 | L/120 | 17'4" | 15'1" | 13'9" | 12'0" |
| | | L/180 | 13'10" | 12'1" | 10'11" | 9'7" | | | L/180 | 15'1" | 13'2" | 12'0" | 10'6" |
| | | L/240 | 12'8" | 10'11" | 9'11" | 8'8" | | | L/240 | 13'9" | 12'0" | 10'11" | 9'6" |
| | | L/360 | 10'11" | 9'7" | 8'8" | 7'7" | | | L/360 | 12'0" | 10'6" | 9'6" | 8'4" |
| 4 | 25 | L/120 | 19'1" | 15'1" | 13'10" | 11'3" | 4 | 25 | L/120 | 18'7" | 15'11" | 13'10" | 11'3" |
| | | L/180 | 16'8" | 14'6" | 13'2" | 11'3" | | | L/180 | 18'3" | 15'11" | 13'10" | 11'3" |
| | | L/240 | 15'1" | 13'2" | 12'0" | 10'8" | | | L/240 | 16'7" | 14'5" | 13'2" | 11'3" |
| | | L/360 | 13'2" | 11'6" | 10'6" | 9'2" | | | L/360 | 14'5" | 12'8" | 11'8" | 11'3" |
| 4 | 20 | L/120 | 21'8" | 18'11" | 17'2" | 15'0" | 4 | 20 | L/120 | 23'8" | 20'8" | 18'9" | 15'6" |
| | | L/180 | 18'11" | 16'6" | 15'0" | 13'1" | | | L/180 | 20'8" | 18'1" | 16'5" | 14'4" |
| | | L/240 | 17'2" | 15'0" | 13'8" | 11'11" | | | L/240 | 18'9" | 16'5" | 14'11" | 13'0" |
| | | L/360 | 15'0" | 13'1" | 11'11" | 10'5" | | | L/360 | 16'5" | 14'4" | 13'0" | 11'5" |
| 6 | 25 | L/120 | 22'7" | 18'9" | 16'3" | 12'0" | 6 | 25 | L/120 | 22'11" | 18'9" | 16'3" | 12'0" |
| | | L/180 | 19'9" | 17'3" | 15'8" | 12'0" | | | L/180 | 20'8" | 18'9" | 16'3" | 12'0" |
| | | L/240 | 17'11" | 15'8" | 14'3" | 12'0" | | | L/240 | 18'8" | 17'2" | 15'7" | 12'0" |
| | | L/360 | 15'8" | 13'8" | 12'5" | 10'10" | | | L/360 | 17'2" | 15'0" | 13'8" | 19'3" |
| 6 | 20 | L/120 | 27'4" | 23'11" | 21'8" | 19'0" | 6 | 20 | L/120 | 30'0" | 28'2" | 23'7" | 19'3" |
| | | L/180 | 23'11" | 21'11" | 19'0" | 16'7" | | | L/180 | 26'2" | 22'11" | 20'9" | 18'2" |
| | | L/240 | 21'8" | 19'0" | 17'3" | 15'1" | | | L/240 | 23'9" | 20'9" | 18'11" | 16'6" |
| | | L/360 | 19'0" | 16'7" | 15'1" | 13'2" | | | L/360 | 20'9" | 18'2" | 16'6" | 14'5" |

Test Ref: WHI-495-0206/0225, issued August 4, 1995 deflection limits with adjustment to conform strength and end reaction.

C-T studs and J track are same gauge. Based on minimum safety factor of 1.5 for ultimate bending.

## Track Fastener Shear Loads

Comprehensive design data on this subject may be found in ACWI Steel Framing Systems Manual. For shear-bearing capacity considerations of the perimeter steel-wall track, the following Table is an expanded version of the ACWI Table - to include 22 and 25 gage - thick steel with 1/8" and 9/64" diameter fasteners.

For example, an 18' high wall under a design pressure load of 15 psf would require 1/8" diameter fasteners to be spaced 16" o.c. Maximum to avoid exceeding the design shear stress of 25 gage steel track. In addition, those same 1/8" diameters, driven 3/4" deep in 3000 psi concrete, must be spaced 14" o.c. Maximum to avoid exceeding the design shear stress of the concrete.

| Shank Diameter | Steel Thickness | | | | |
|---|---|---|---|---|---|
| | 16 ga. | 18 ga. | 20 ga. | 22 ga. | 25 ga. |
| 1/8" | — | — | 310 | 259 | 181 |
| 9/64" | — | — | 349 | 291 | 203 |
| 5/32" | — | — | 388 | 323 | 226 |
| 11/64" | — | 517 | 427 | 356 | 248 |
| 3/16" | 777 | 621 | 460 | 388 | 271 |

Note: It is important that the job engineer approve the type, size and maximum spacing of perimeter fasteners to meet the design load requirements.

6



DALE/INCOR
www.daleincor.com

# Shaftwall / Stairwall Components

09250
DALE/INCOR

2-1/2"
SLOTTED
C-T STUD

ALTERNATE
J-L CORNER MEMBER

J TRACK*

\* Note 3" Leg for 20 Gage with No Tabs

## Procedures

1. Layout per construction drawings. Secure J Track as perimeter framing on floor and plumb to ceiling and sides. Attach with suitable fasteners, spaced not more than 24" o.c. Apply a bead of flexible sealant to the perimeter.

2. Preplan the stud layout 24" o.c. And adjust the spacing at either end so that the terminal stud will not fall closer than 8" from the end.

3. Erect the first 1" Fireguard Shaftliner panel, cut 3/4" less than the total height of the framed section. Plumb the panel flush against the web of the J Track and secure with 1 5/8" type S screws 24" o.c. Or bend out tabs in J Track to secure panels in place.

4. Insert a C-T Stud, also cut 3/4" less than the overall height into the top and bottom J Tracks and fit tightly over the previously installed 1" panel.

5. Install the next 1" Fireguard Shaftliner panel inside the J Tracks and within the tabs of the C-T stud. Note that the edges of the panel are beveled to help guide the panel into the slotted and tabbed section of the stud. Attach each panel to top J Track with three 1 5/8" type S screws.

6. Progressively install succeeding studs and panels as described above until the wall section is enclosed. The final panel section may be secured with 1 5/8" type S screws or tabs from the J Track at 24" o.c.

7. Where wall heights exceed the standard or available length of Shaftliner panel, the panels may be cut and stacked with joints occurring with the top or bottom third points of the wall. Joints of adjacent panels should be alternately staggered to prevent a continuous horizontal joint.

8. For doors, ducts or other large penetrations or openings, install J Track as perimeter framing as detailed. Use 20 gage track with a 3: back leg for elevator doors and block cavity with 12" wide gypsum filler strips for doors exceeding 7'0" height.

## Series 620

A 2-hour fire resistive, nonload-bearing, non-combustible partition designed to enclose shaftways containing elevators, ducts, piping, air shafts and similar construction applications.

The 620 System consists of 1" Gyproc® Fireguard® Shaftliner Panels supported by 2-1/2", 4" or 6" C-T studs and faced on one side with two layers of 1/2" Gyproc® Fireguard®C Gypsum Board.

**2-Hour Rated**
**Finished one Side**
1/2" facing layers installed horizontally or vertically. Edges and ends offset 24" o.c.

| Framing Depth (in.) | 2 1/2 | 4 | 6 |
|---|---|---|---|
| Wall Thickness (in.) | 3 1/2 | 5 | 7 |

## Series 621

Designed for use to enclose stairwells, this system is similar to the 620 Series but is finished on both sides with a single layer of 1/2" Gyproc® Fireguard®C Gypsum Board.

**2-Hour Rated**
**Finished one Side**
1/2" facing layers installed horizontally or vertically. Edges and ends offset 24" o.c.

| Framing Depth (in.) | 2 1/2 | 4 | 6 |
|---|---|---|---|
| Wall Thickness (in.) | 3 1/2 | 5 | 7 |

## 2-Hour Horizontal
### Designs Series 623, 624 & 627

A 2-hour fire-resistive horizontal membranes for use as 2-hour ceiling stair soffit or horizontal duct shaft membrane. The 623 and 627 is built from the bottom and the 624 from the top side.



STC 40

WP 7092*
Thickness: 3-1/2"
Approx. Weight 9psf

See WHI Design No. WH U405
Sound Test Ref:WHI-0034-2



STC 47

Sound testing using 1" thick glass fiber in cavity



STC 42

WP 7092*
Thickness: 3-1/2"
Approx. Weight 9psf

See WHI Design No. WH U406
Sound Test Ref:WHI-0034-2



Series 627



Series 623



Series 624

## Maximum Horizontal Spans

| | | When used as a horizontal membrane the stud length should not exceed those in the following table. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stud | Nominal Gauge | Series 622 One Hour* | | Series 620 Tow Hour* | | Series 623/624/627 Two Hour* | | | |
| | | L/240 | L/360 | L/240 | L/360 | L/240 | L/360 | | |
| 2-1/2" | 25 | 9'4" | 8'2" | 8'8" | 7'7" | 8'1" | 7'1" | | |
| | 20 | 11'1" | 9'8" | 10'4" | 9'0" | 9'8" | 8'5" | | |
| 4" | 25 | 13'2" | 11'6" | 12'4" | 10'9" | 11'6" | 10'0" | | |
| | 20 | 15'6" | 13'7" | 14'7" | 12'9" | 13'7" | 11'10" | | |
| 6" | 25 | 17'11" | 15'8" | 16'9" | 14'7" | 15'7" | 13'7" | | |
| | 20 | 21'1" | 18'6" | 19'9" | 17'3" | 18'6" | 16'2" | | |

\* Based on Model Building Code Interpretation for use as corridor ceiling and stair soffits. Steel stress in spans above does not exceed .4Fy. The use of 20 gage J Track is recommended.

7

CC04824



# Drywall Framing Accessories

09250
DALE/INCOR

## Drywall Corner Bead





Made of galvanized steel to provide durable protection for drywall external corners. Cement adheres readily to the knurled flanges and keys into the perforations. Exposed nose provides a straight, clean corner definition and guards against impact damage. Standard sizes and lengths are shown in the table below. Specify hot-dipped for moist or humid conditions.

| Size/Depth | Length, (ft.) | Pcs./Ctn. | Ft./Ctn. |
|---|---|---|---|
| 1-1/4"x 1-1/4" | 8', 9' | 50 | 400', 450' |
| | 10' | | 500' |
| | 6' - 9' | 63 | 425' |

*Other lengths furnished upon request.*

## D-200 Series L-Bead





Easily installed, angle-type drywall trim provides finished appearance for wallboard edges at door and window openings. Hemmed edge on front flange adds rigidity and keeps bead straight. Nailing flange is knurled and perforated to aid cement adhesion. Made of galvanized steel in sizes and lengths shown in the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| D-201 | 1/2" | 10' | 500' |
| D-202 | 5/8" | 10' | 500' |

*D-200 3/8" Drywall size and other lengths furnished upon special order.*

## D-400 Series J-Bead





Similar in function to the 200A casing bead, with the added advantage of not requiring treatment of the joint before the wall is finished. Made of galvanized steel in sizes and lengths shown in the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| D-401 | 1/2" | 10' | 500' |
| D-402 | 5/8" | 10' | 500' |

*D-400 3/8" Drywall size and other lengths furnished upon special order.*

## 200-A Series U-Bead





This is a channel type trip that provides a neat protective edge for wallboard at windows and doors. It is also widely used as a terminal at intersections of wallboard and other surfaces. The nailing flange has holes and embossing to improve cement adherence. Made of galvanized steel in sizes and lengths shown in the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| 200-A | 1/2", 5/8" | 10' | 500' |

*200-A 3/8" Drywall size and other lengths furnished to special order.*

**Dale Industries
Corporate Headquarters**
6455 Kingsley Avenue
Dearborn, MI 48126
**1-800-882-STUD (313) 846-9400**
FAX (313) 846-7128

**Dale/Incor
Ft. Lauderdale, FL**
1001 Northwest 58th Court
Ft. Lauderdale, FL 33309
**1-800-330-6303 (954) 772-6300**
FAX (954) 772-7124

**Dale/Incor
Baltimore, MD**
4601 North Point Boulevard
Baltimore, MD 21219
**1-800-345-STUD (410) 477-4000**
FAX (410) 477-1550

**Dale/Incor
Tampa, FL, LLC**
8419 Sabal Industrial Boulevard
Tampa, FL 33619
**1-800-237-5130 (813) 623-5504**
FAX (813) 621-7231

**Dale/Incor
Birmingham, AL**
511 Vulcan Drive, Ste. 109
Birmingham, AL 35210
**1-800-397-STUD (205) 956-9470**
FAX (205) 956-9625

**Dale/Incor
Houston, TX, LLC.**
308 Hughes Street
Houston, TX 77023
**1-877-606-STUD (713) 681-6808**
FAX (713) 681-7780

e-mail: info@daleincor.com   Internet: www.daleincor.com






Active participants in relevant committees of ASTM and AISI.

Copyright 2001, Dale Industries

Printed in the U.S.A.

CC04825

**THIS IS TO CERTIFY THAT THE MATERIALS SUBMITTED FOR THIS PROJECT BY NATIONAL GYPSUM COMPANY COMPLY IN ALL RESPECTS WITH THE LISTED ASTM AND FEDERAL SPECIFICATIONS**

*National* ▄▄▟
*Gypsum*
COMPANY

CC04826

| | GYPSUM BOARD PRODUCTS | Description and Use | Specification Standards ASTM | Federal |
|---|---|---|---|---|
| Wallboard | ☐ Regular Gypsum Wallboard or Sta-Smooth | Fire resistant. Will take decoration after proper surface preparation of interior walls and ceilings. | C 36/C 1396 | SS-L-30D   Type III |
| | ☐ XP Wallboard | 1/2" (12.7 mm) gypsum wallboard with a moisture resistant gypsum core and mold/mildew resistant purple paper. Will take decoration after proper surface preparation of interior walls and ceilings. | C 36/C 1396 | SS-L-30D   Type III |
| | ☐ Fire-Shield Gypsum Wallboard (includes "C") | 1/2" (12.7 mm) and 5/8" (15.9 mm) gypsum wallboard with specially processed core highly resistant to fire; type X core. | C 36/C 1396 Type X | SS-L-30D   Type III Grade X |
| | ☐ XP Fire-Shield Wallboard (includes "C") | 1/2" (12.7 mm) and 5/8" (15.9 mm) gypsum wallboard with a moisture resistant gypsum core highly resistant to fire and mild/mildew resistant purple paper; type X core. | C 36/C 1396 Type X | SS-L-30D   Type III Grade X |
| | ☐ Foil Back Gypsum Wallboard | Standard gypsum wallboard with aluminum foil on backside providing vapor retarder for interior walls and ceilings. | C 36/C 1396 | SS-L-30D   Type III Form c |
| | ☐ Regular or Fire-Shield Moisture Resistant (MR) Board | Gypsum wallboard specially processed for use as a base for ceramic and other non-absorbent type wall tiles in bath and shower areas. | C 630/C 1396 Type X | SS-L-30D   Type VII Grade X |
| | ☐ Fire-Shield Shaftliner (includes XP) | 1" (25.4 mm) thick, 2' (610 mm) wide, for solid partitions, shaft walls and Area Separation Walls; type X core. | C 442/C 1396 Type X | SS-L-30D   Type IV Grade X |
| | ☐ Regular or Fire-Shield Exterior Soffit Board | Gypsum wallboard with extra resistance to moisture and sagging used for exterior soffit. | C 931/C 1396 Type X | None |
| | ☐ Durasan Prefinished Regular Gypsum Wallboard | Gypsum wallboard with a vinyl surface, combines texture and pattern in colors. No decoration required. | C 960/C 1396 | SS-L-30D   Type III Class 3 |
| | ☐ Durasan Prefinished Fire-Shield Gypsum Wallboard | Gypsum wallboard with a vinyl surface, combines texture and pattern in colors; type X core. | C 960/C 1396 Type X | SS-L-30D   Type III Grade X Class 3 |
| | ☐ High Flex Wallboard | 1/4" (6.4 mm) flexible wallboard designed for use in radius wall and ceiling construction. | C 36/C 1396 | SS-L-30D   Type III |
| | ☐ High Strength Ceiling Board | 1/2" (12.7 mm) wallboard with core formulated to provide increased sag resistance. | C 1395/C 1396 | SS-L-30D   Type III |
| | ☐ Hi-Abuse XP Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with heavy abrasion resistant mold/mildew resistant purple paper and a special core to provide greater resistance to surface indentation; type X core. | C 36/C 1396 Type X | SS-L-30D   Type III Grade X |
| | ☐ Hi-Impact XP Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with heavy abrasion resistant mold/mildew resistant purple paper and a special moisture resistant gypsum core backed with reinforcing fiber glass mesh; type X core. | C 630/C 1396 Type X | SS-L-30D   Type III Grade X |
| | ☐ Hi-Impact Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with GE Lexan substrate on the backside. Designed for high abuse areas; type X core. | C 36/C 1396 Type X | SS-L-30D   Type III Grade X |
| | ☐ Gridstone Ceiling Panels | 1/2" x 2' x 2' (12.7 mm x 610 mm x 610 mm), 1/2" x 2' x 4' (12.7 mm x 610 mm x 1219 mm) grid panels with Fire-Shield G type X core and vinyl laminate. | C 960/C 1396 Type X, Class 1; E 1264, Type XX, Patterns E,G | None |
| | ☐ Gridstone Hi-Strength Ceiling Panels | 5/16" x 2' x 2' (7.9 mm x 610 mm x 610 mm), 5/16" x 2' x 4' (7.9 mm x 610 mm x 1219 mm) grid panels with non-combustible gypsum core and vinyl laminate. | C 960/C 1396 Class 1 | None |
| | ☐ Gridstone CleanRoom Ceiling Panels | 1/2" x 2' x 2' (12.7 mm x 610 mm x 610 mm), 1/2" x 2' x 4' (12.7 mm x 610 mm x 1219 mm) grid panels with Fire-Shield G type X core and vinyl laminate. Completely sealed on face, back and edges. | C 960/C 1396 Type X, Class 1; E 1264, Type XX, Patterns E,G | None |
| | ☐ Durabase Wallboard | 5/16" (7.9 mm), 3/8" (9.5 mm), 1/2" (12.7 mm), and 5/8" (15.9 mm) gypsum wallboard for printing application or laminating base. | C 36/C 1396 | None |
| Sheathing | ☐ Regular Gypsum Sheathing T & G, Jumbo | 1/2" (12.7 mm) gypsum board to be used as a sheathing for exterior wall construction. | C 79/C 1396 | SS-L-30D   Type II |
| | ☐ Fire-Shield Jumbo Gypsum Sheathing | 5/8" (15.9 mm) gypsum board to be used as sheathing for fire rated exterior wall construction; type X core. | C 79/C 1396 Type X | SS-L-30D   Type II Grade X |
| Lath | ☐ Kal-Kore Plaster Base | 3/8" (9.5 mm), 1/2" (12.7 mm) plaster base for veneer plaster systems. | C 588/C 1396 | SS-L-30D   Type VI |
| | ☐ Kal-Kore Fire-Shield Plaster Base (Includes "C") | 1/2" (12.7 mm), 5/8" (15.9 mm) veneer plaster base; type X core. | C 588/C 1396 Type X | SS-L-30D   Type VI Grade X |
| | ☐ Hi-Impact  Kal-Kore Fire-Shield Plaster Base | 5/8" (15.9 mm) plaster base with GE Lexan substrate on the backside. Designed for high abuse areas. | C 588/C 1396 Type X | SS-L-30D   Type VI Grade X |
| | ☐ Regular or Fire-Shield Hi-Abuse Kal-Kore Plaster Base | Gypsum base with special core to provide greater resistance to surface indentation. Designed for high abuse areas. | C 588/C 1396 Type X | SS-L-30D   Type VI Grade X |

CC04827

| DRYWALL JOINT TREATMENT, TEXTURES & ACCESSORIES | | Description and Use | Specification Standards | |
|---|---|---|---|---|
| | | | ASTM | Federal |
| **Ready Mix Joint Compound** | ☐ ProForm All Purpose | A conventional full-weight ready mix joint compound used for all phases of drywall finishing. | C 475 | SS-J-570B |
| | ☐ ProForm Ultra | An all purpose joint compound that pulls and sands easier than conventional ready mix with up to 40% less shrinkage. | C 475 | SS-J-570B |
| | ☐ ProForm Multi-Use | A ready mix compound that combines the best attributes of All Purpose and Lite for use in all phases of drywall finishing. | C 475 | SS-J-570B |
| | ☐ ProForm Lite | A full "Lite" weight ready mix for use in finishing wallboard joints, spotting fasteners and finishing accessories. | C 475 | SS-J-570B |
| | ☐ ProForm Topping | Ready mixed topping compound designed as a finish coat over joint compound. | C 475 | SS-J-570B |
| | ☐ ProForm All Purpose Machine Grade | A premixed vinyl based compound specially formulated for use in mechanical taping and finishing tools. | C 475 | SS-J-570B |
| | ☐ ProForm Texture Grade | A premixed vinyl based compound specially formulated for texturing walls and ceilings.  It bonds well with multiple surfaces including properly prepared concrete, primed plaster, interior masonry, and non-staining wood surfaces. | C 475 | SS-J-570B |
| | ☐ ProForm Taping | A premixed vinyl based compound designed to enhance bond when embedding tape or applying cornerbeads and accessories. | C 475 | SS-J-570B |
| | ☐ ProForm XP | An all purpose compound formulated for additional mold resistance for use with Gold Bond XP Wallboard. | C 475 | SS-J-570B |
| **Joint Compound** | ☐ Triple-T | An all purpose powder product to be job mixed with water. It is recommended for tape application, finishing and texturing. | C 475 | SS-J-570B |
| **Setting Compounds** | ☐ Sta-Smooth and Sta-Smooth Lite, and Sta-Smooth HS | A setting type powder compound used for joint finishing | C 475 | SS-J-570B |
| **Surfacer/ Primer** | ☐ ProForm Surfacer/Primer | A white high-build interior coating used in lieu of a skim coat and primer coat to provide a high quality Level Five finish. | None | None |
| **Textures** | ☐ ProForm Spray Quick and ProForm Perfect Spray Textures | White, aggregated spray textures for interior use over ceilings of gypsum wallboard or monolithic concrete. | None | None |
| | ☐ ProForm Perfect Spray EM and HF Texture | A white, non-aggregated spray texture for interior use on walls and ceilings. | None | None |
| **Tapes** | ☐ ProForm Joint Tape | A paper tape for concealment of gypsum wallboard joints. | C 475* | SS-J-570B* |
| | ☐ ProForm Fiberglass Mesh Tape | A self-adhering glass fiber mesh tape to be used only with setting compounds. | C 475* | SS-J-570B |
| | ☐ ProForm Multi-Flex Tape | Used to form inside or outside corners that are less or greater than 90°. | None | None |

*Paper tape meeting these specifications available on special order.

| FIRE AND SMOKE STOP COMPOUND | | Description and Use | Specification Standards | |
|---|---|---|---|---|
| | | | ASTM | Federal |
| | ☐ Sta-Smooth FS 90 Joint Compound | Setting type product formulated to provide protection in fire stopping applications through gypsum and other fire rated assemblies. Meets ASTM E 814 and ANSI/UL 1479. | None | None |

| CEMENT BACKERBOARDS | | Description and Use | Specification Standards | | |
|---|---|---|---|---|---|
| | | | ASTM | ANSI | Federal |
| | ☐ PermaBase Cement Board | Light weight cement board composed of Portland cement aggregates and glass fiber mesh reinforcement, 1/4" (6.4 mm) (counters/floors only), 3/8" (9.7 mm), 1/2" (12.7 mm), 5/8" (15.9 mm), 3/4" (19.1 mm) and 1" (25.4 mm) thickness. 32" (813 mm), 36" (914 mm), and 48" (1219 mm) widths. 48" (1219mm), 60" (1524 mm)m 72" (1829 mm) and 96" (2438 mm) lengths.  For interior or exterior use.  May be used on exterior surfaces with imposed wind loads up to 40 PSF. | C 1325 | A 118.9 | None |
| | ☐ PermaBase Flex Cement Board | Light weight Plymer-modified cement board with glass fiber mesh reinforcement, 1/2" (12.7 mm) thick, 48" (1219 mm) width, 96" (2438 mm) length.  For use anywhere an even curved surface is required, except fire rated assemblies. | None | | None |

CC04828

| PLASTER PRODUCTS, ADDITIVES AND ACCESSORIES | | Description and Use | Specification Standards | |
|---|---|---|---|---|
| | | | ASTM | Federal |
| **Basecoat Plasters** | ☐ Gold Bond Two-Way Hardwall Gypsum Plaster | For use with job-mixed aggregate. Machine spray or trowel application. | C 28 | SS-P-00402B Type II |
| | ☐ Gold Bond Gypsolite Plaster | Mill-mixed with perlite. Add only water on the job. | C 28 | SS-P-00402B Type I |
| | ☐ Kal-Kote Base Plaster | Basecoat plaster for veneer system. Add only water on the job. | C 587 | SS-P-00402B Type VI |
| **Finish Plasters** | ☐ Gold Bond Gypsum Gauging Plaster | Used with lime for trowel finish or run-in-place ornamental work. | C 28 | SS-P-00402B Type V |
| | ☐ Gold Bond Gypsum Moulding Plaster | Used with lime for run-in-place ornamental work or with water only for precast ornaments. | C 59 | SS-P-00402B Type V |
| | ☐ Kal-Kote Smooth Finish Plaster | Hard, thin, smooth finish over Kal-Kote base plaster or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| | ☐ Kal-Kote Texture Finish Plaster | Hard, thin, textured finish over Kal-Kote base plaster or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| | ☐ Uni-Kal (Veneer Plaster) | One coat finish over Kal-Kore. Can also be used as finish over Kal-Kote base or conventional plaster. | C 587 | SS-P-00402B Type VI |
| | ☐ X-KALibur (Veneer Plaster) | Extended set time, one coat finish over Kal-Kore. Can also be used as finish over Kal-Kote base or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| **Special Additives** | ☐ Gold Bond Retarder | A powder used to show the set of gypsum plaster. | None | None |
| | ☐ Gold Bond Accelerator | A powder used to quicken the set of gypsum plaster. | None | None |
| **Accessories** | ☐ Kal-Mesh Tape | A coated on-adhesive fiberglass tape which is stapled to Kal-Kore to reinforce all joints and interior angles. | C 475 | None |

# KEY TO FEDERAL SPECIFICATION DESIGNATIONS

## GYPSUM BOARD PRODUCTS

| Type | Grade | Class | Form | Style |
|---|---|---|---|---|
| ☐ TYPE I Lath | R – Regular core<br>X – Fire-retardant core | 1 – Plain face<br>b – Perforated | a – Plain back<br>5 – Round edge<br>c – Foil back | 1 – Square edge |
| ☐ TYPE II Sheathing | R – Regular core<br>W – Water-resistant treated core<br>X – Fire-retardant core | 2 – Water-resistant surface | a – Plain back | 1 – Square edge<br>2 – V-tongue and groove edge |
| ☐ TYPE III Wallboard | R – Regular core<br>X – Fire-retardant core | 1 – Plain face<br>3 – Predecorated surface | a – Plain back<br>c – Foil back | 1 – Square edge<br>3 – Taper or recess edge<br>4 – Featured joint edge<br>6 – Taper, featured edge |
| ☐ TYPE IV Backer board | R – Regular core<br>X – Fire-retardant core | 1 – Plain face | a – Plain back<br>c – Foil back | 1 – Square edge<br>2 – V-tongue and groove edge<br>3 – Taper or recess edge |
| ☐ TYPE V Formboard | R – Regular core | 4 – Fungus-resistant surface | a – Plain back | 1 – Square edge |
| ☐ TYPE VI Veneer Plaster Base | R – Regular core<br>X – Fire-retardant core | 1 – Plain face | a – Plain back<br>c – Foil back | 1 – Square edge<br>3 – Taper or recess edge<br>6 – Taper, featured edge |
| ☐ TYPE VII Water-resistant Backing Board | R – Regular core<br>W – Water-resistant treated core<br>X – Fire-retardant core | 2 – Water-resistant surface | a – Plain back | 1 – Square edge<br>3 – Taper or recess edge |

As an aid in the identification of gypsum wallboard products, above are the classifications as set forth in Federal Specifications SS-L-30D.

## JOINT TREATMENT PRODUCTS

| Type | Style | Class |
|---|---|---|
| ☐ TYPE I Joint Compound | 1 – Drying powder<br>2 – Hardening powder<br>3 – Drying, premixed paste | A – Taping<br>B – Topping<br>C – All Purpose |
| ☐ TYPE II Joint Tape | 1 – Plain | |

As an aid in the identification of joint treatment products, above are the classifications as set forth in Federal Specifications SS-J-570B.

**Corporate Headquarters**
National Gypsum Company
2001 Rexford Road
Charlotte, NC  28211
Phone:  (704) 365-7300
www.nationalgypsum.com

**Technical Information**
Phone:   (800) NATIONAL
         (800) 628-4662
Fax:     (800) FAX NGC1
         (800) 329-6421



110664 Rev. 8/04

CC04829

 

# PRO-TWIST™ CONSTRUCTION FASTENERS
## CERTIFICATION / MSDS

PrimeSource Building Products, Inc. certifies that all screw fasteners sold under the brand name of Pro-Twist™ are tested in accordance with and meet all criteria in ICBO ES AC 118 "Acceptance Criteria for Tapping Screw Fasteners."

Pro-Twist™ brand screws are manufactured only at ISO 9002 approved mills.

ICBO ES AC 118 references and specifies the following documents:

    ANSI/ASME B 18.6.4
    SAEJ78
    ASTM A370
    ASTM B117
    ASTM C954
    ASTM C1002
    AISI Test Methods for Mechanically Fastened Cold-Formed
    Steel Connections (CF-92-1), February 1992

Pro-Twist™ zinc plated screws conform to ASTM F1491-00, as tested in accordance with ASTM B117

Pro-Twist™ brand sharp point screws meet or exceed ASTM C1002 requirements for corrosion resistance and performance.

Pro-Twist™ brand self-drilling screws are covered under ICBO ES Report #5454.

Pro-Twist™ brand self-drilling screws meet or exceed ASTM C-954 requirements for corrosion resistance and performance.

Pro-Twist™ brand screws conform to Industrial Fasteners Institute (IFI) specifications for tapping screws published in 1988, Sixth Edition, Section H, Pages H-1 through H-78.

**All products manufactured for PrimeSource Building Products, Inc. are of a non-chemically hazardous nature.**

CC04830

# COASTAL CONDOMINIUMS
790 N.W. 107th AVENUE
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER _04-5581_
TRANSMITTAL NO. _____
( ) REVIEWED                SPEC. REF. _____
( ) REVIEWED AS NOTED       RECEIVED _8/12/05_
( ) REVISE AND RESUBMIT     TO A/E _8/15/05_
                            FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _____ Date: _8-15-05_

CC04831

09/22/2003 14:03 FAX 3056378880          PRIMESOURCE MIAMI                      ☎003/005





## Pro-Twist Self-Drilling Screws
## Ultimate Value Chart

| Diameter | Nominal Screw Diameter (inch) | Metal Gauge 1(LB) | Tension (Pull) LBS. 1 PC | Shear LBS Metal to Metal | Min. Torsional Strength (LB) |
|---|---|---|---|---|---|
| 6 | 0.138 | 25 | 128 | N/A | 24 |
|   |   | 22 | 178 | 449 |   |
|   |   | 20 | 263 | 683 |   |
|   |   | 18 | 426 | 728 |   |
|   |   | 16 | 568 | 1091 |   |
|   |   | 14 | 911 | N/A |   |
|   |   | 12 | 1156 | N/A |   |
| 7 | 0.151 | 25 | 99 | N/A | 38 |
|   |   | 22 | 198 | 550 |   |
|   |   | 20 | 267 | 829 |   |
|   |   | 18 | 446 | 984 |   |
|   |   | 16 | 552 | 1096 |   |
|   |   | 14 | 926 | 1105 |   |
|   |   | 12 | 1102 | 1198 |   |
| 8 | 0.164 | 25 | 97 | N/A | 42 |
|   |   | 22 | 196 | 550 |   |
|   |   | 20 | 295 | 829 |   |
|   |   | 18 | 444 | 994 |   |
|   |   | 16 | 550 | 1098 |   |
|   |   | 14 | 924 | 1332 |   |
|   |   | 12 | 1100 | 1337 |   |
| 10 | 0.190 | 25 | 97 | N/A | 61 |
|   |   | 22 | N/A | 602 |   |
|   |   | 20 | 389 | 811 |   |
|   |   | 18 | 554 | 1223 |   |
|   |   | 16 | 727 | 1482 |   |
|   |   | 14 | 1050 | 1545 |   |
|   |   | 12 | 1216 | 1650 |   |
| 12 | 0.216 | 25 | N/A | N/A | 92 |
|   |   | 22 | N/A | N/A |   |
|   |   | 20 | 314 | 698 |   |
|   |   | 18 | 472 | 983 |   |
|   |   | 16 | 735 | 1556 |   |
|   |   | 14 | 1057 | 2072 |   |
|   |   | 12 | 1242 | 2210 |   |
|   |   | .156 IN | 2885 | N/A |   |
|   |   | .187 IN | 3394 | N/A |   |
| 14 | 0.237 | 26 | N/A | N/A |   |
|   |   | 22 | N/A | N/A |   |
|   |   | 20 | 305 | 7975 |   |
|   |   | 18 | 462 | 1083 |   |
|   |   | 16 | 775 | 1942 |   |
|   |   | 14 | 1057 | 2300 |   |
|   |   | 12 | 1477 | 2754 |   |
|   |   | .156 IN | 3217 | N/A |   |
|   |   | .187 IN | 3941 | N/A |   |
|   |   | .218 IN | 4845 | N/A |   |

MSA Architects, Inc.   AUG 1 8 2005   Received

CC04832

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS. NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS.

☐ NO EXCEPTION TAKE      ☐ MAKE CORRECTIONS
                                NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED      ☐ REVISE AND
   ITEM                   RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
technique of constructions; coordinating his or her
work with that of all other trades and performing all
work in a safe and satisfactory manner.

MSA Architects, Inc.

Submittal # ___15___

Date _____

By _____

CC04833



08/22/2003 14:04 FAX 3036378680          PRIMESOURCE MIAMI                          005/005





BUILDING PRODUCTS, INC.
AN ITOCHU COMPANY

## Pro-Twist Sharp Point Screws
## Ultimate Value Chart

| Screw Type | Diameter | Metal Gauge 1(LB) | Tension (Pull) LBS. 1 PC | Shear LBS Metal to Metal |
|---|---|---|---|---|
| Framing | 6 | 25 | 144 | 441 |
| | | 22 | 236 | 687 |
| | | 20 | 340 | 774 |
| Fine | 6 | 25 | 166 | 410 |
| | | 22 | 245 | 601 |
| | | 20 | 349 | 620 |
| | 7 | 25 | 172 | 412 |
| | | 22 | 260 | 625 |
| | | 20 | 358 | 628 |
| | 8 | 25 | 110 | |
| | | 22 | 196 | 591 |
| | | 20 | 285 | 829 |
| Coarse | 6 | 25 | | |
| | | 22 | N/A | N/A |
| | | 20 | | |
| | 7 | 25 | | |
| | | 22 | N/A | N/A |
| | | 20 | | |
| | 8 | 25 | | |
| | | 22 | N/A | N/A |
| | | 20 | | |

CC04834

09/22/2003 14:03 FAX 3056378680          PRIMESOURCE MIAMI                                    @004/005

Pro-Twist Self-Drilling Screws

Allowable Screw Loads

| Screw Size | Nominal Screw | Steel Plate Thickness | | Allowable Shear Load Per | Allowable Tension Load |
|---|---|---|---|---|---|
| No. And Type | Diameter (Inch) | Gauge (GA) | Decimal (Inch) | Fastener (lbs) | Per Fastener (lbs) |
| 14 S/D | 0.250 | 1/4 | 0.250 | 1,109 | 1,280 |
| 12 S/D | 0.216 | 3/16 | 0.1875 | 1,007 | 1,102 |
| 10 S/D | 0.190 | 12 | 0.1046 | 594 | 403 |
| 10 PHP | 0.190 | 24 | 0.239 | 127 | 50 |
| 8 S/D | 0.163 | 12 | 0.1046 | 529 | 358 |
| 8 S/P | 0.163 | 22 | 0.0299 | 196 | 99 |
| 6 S/D | 0.138 | 24 | 0.0239 | 107 | 48 |

CC04835

**TRAKFAST**



## APPROVALS/LISTINGS

### ICBO ER-5001
☒ TrakFast ICBO ER-5001 is the only ICBO that allows the contractor to fasten into any location on a hollow block wall

### City of Los Angeles RR 25264

## PERFORMANCE TABLES

### TrakFast Pins in Concrete

| MINIMUM EMBEDMENT In. (mm) | 2000 PSI / 13.8 MPa | | 3000 PSI / 20.7 MPa | | 4000 PSI / 27.6 MPa | |
|---|---|---|---|---|---|---|
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 5/8" (15.9) | 60   (.27) | 55   (.24) | 55   (.24) | 75   (.33) | 55   (.24) | 95   (.42) |
| 3/4" (19.1) | 60   (.27) | 80   (.36) | 55   (.24) | 95   (.42) | 55   (.24) | 115   (.51) |

All Values Published are Allowable Working Loads
Shank diameter = .102

### TrakFast Pins in 3000 psi Lightweight Concrete and Hollow CMU

| MINIMUM EMBEDMENT In. (mm) | INSTALLED IN CONCRETE | | INSTALLED THROUGH METAL DECK (LOWER FLUTE) | | HOLLOW CMU (ANY LOCATION) | |
|---|---|---|---|---|---|---|
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 5/8" (15.9) | 35   (.16) | 55   (.24) | 30   (.13) | 205   (.91) | 35   (.16) | 50   (.22) |
| 3/4" (19.1) | 80   (.36) | 100   (.45) | 40   (.18) | 235   (1.05) | | |

All Values Published are Allowable Working Loads
Shank diameter = .102

### TrakFast 1/2" Pins in ASTM A36 Steel

| FASTENER TYPE In. (mm) | STEEL THICKNESS In. (mm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/16" (4.8) | | 1/4" (6.4) | | 3/8" (9.5) ** | | 1/2" (12.7) ** | |
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 9/16" (14.3) step shank | 115   (.51) | 300 (1.33) | 195   (.87) | 340 (1.51) | 215   (.96) | 335 (1.49) | 215   (.96) | 355 (1.58) |

All Values Published are Allowable Working Loads
** Fasteners shall have 1/4-inch fastener penetration into steel.
Shank diameter = .092/.107

### TrakFast 1/2" Pins in ASTM A572 Grade 50 Steel

| FASTENER TYPE In. (mm) | STEEL THICKNESS In. (mm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/8" (3.2) | | 1/4" (6.4) ** | | 3/8" (9.5) ** | | 1/2" (12.7) ** | |
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 9/16" (14.3) step shank | 135   (.60) | 300 (1.33) | 200   (.89) | 290 (1.29) | 210   (.93) | 345 (1.53) | 180   (.80) | 330 (1.47) |

All Values Published are Allowable Working Loads
** Fasteners shall have 1/4-inch fastener penetration into steel.
Shank diameter = .092/.107



**Ramset** POWDER FASTENING SYSTEMS   **115**

CC04836

Technical Hotline: 800.225.6119  8 a.m. - 6 p.m. M-F (ET)     www.gp.com/gypsum

*continued from front*

board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

**Material Safety Data Sheet**

Material Safety Data Sheet (MSDS) is available on request.

**Board Decoration**

DensArmor Plus Interior Guard surfaced with one of the finishing options, accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

**Table I**
**Minimum Framing Spacing (Wood or Metal)**

|  | Single-ply Thickness | Application | O.C. Spacing |
|---|---|---|---|
| Ceilings* | ⅝" | Parallel to framing | 16 o.c. |
|  | ⅝" | Right angle to framing | 24 o.c. |
| Walls | ⅝" | Right angle or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, gypsum board shall be installed at right angles to framing.

**Table II**
**Single-Ply Application**

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base.

| Wallboard Thickness | Nail Application | | | Screw Applications | | |
|---|---|---|---|---|---|---|
|  | Minimum Nail Length | Spacing Walls | Ceilings | Screw Length | Spacing Walls | Ceilings |
| ⅝" | 1⅞" | 8 | 7 | 1¼" | 16 | 12 |

*Also refer to local code requirements.
*Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

**Table III**
**Physical Properties**

| Properties | ⅝ | DensArmor™ Plus Interior Guard |
|---|---|---|
| Thickness, nominal | | ⅝" (12.7mm) ± 1/64" (0.4mm) |
| Width, standard | | 4' (1220mm) ± 3/32" (2.4mm) |
| Length, standard | | 8' (2440mm) to 12' (4880mm) ± ¼" (6.4mm) |
| Weight, lbs./M sq. ft., nominal | | 2500 |
| Edges | | Tapered |
| Surfacing | | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | | 100 |
| Flexural strength, perpendicular | | 120 |
| R Value² | | .67 |
| Nail pull resistance minimum, lbs. | | 90 |
| Hardness, lbs. force, core, edges and ends | | ≥15 |
| Water absorption (% of weight) | | 5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): Flame spread | | 0 |
| Humidified deflection, inches | | ⅛" |

*Represents approximate weight for design and shipping purposes.
*Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.

For more information about DensArmor Plus and other Dens-Guard and Dens products, or technical assistance contact the GP Gypsum Technical Hotline: 800.225.6119.

For this document, call the Fax Back number at:

U.S.A.
Midwest    1.800.876.4746
South      1.800.327.2814
Northeast  1.800.947.4497
West       1.800.824.7503
CANADA     1.800.387.6823
Ontario    1.800.461.4486

**G-P Gypsum**
a Georgia-Pacific company

© 2002 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 08/02 XXX
Lit. Item #102821

CC04837

 **Georgia-Pacific**          ABOUT US    GP PRODUCTS    CONTACT US        SEARCH

Building Products

**Building Products**          GP Home > Building Products > DensArmor™ Plus Interior Guard

FIND PRODUCTS BY                DensArmor™ Plus Interior Guard

Type of Construction:

▶ Residential

▶ Commercial

▶ Industrial/OEM

Product Category:

▶ Engineered Boards

▶ Engineered Lumber

▶ Gypsum Products

▶ Lumber

▶ Structural Panels

Brand Name:

**Brand Name** 


Click to see the DensArmor
Plus Product Diagram.

**Paperless DensArmor™ Plus Interior Guard** is a highly mold-resistant, inorganic, interior gypsum panel. It's ideal for moisture-prone interior walls, in areas such as basements and residential bathrooms. It's also ideal for commercial pre-rock installations. DensArmor Plus Interior Guard carries a three-month in-place exposure warranty.

» Builder
» Remodeler
» Contractor
» Architect
» Dealer
» Industrial/OEM
» Homeowner/DIY

» Literature

» News Releases

The moisture-resistant, non-combustible core of DensArmor Plus is reinforced with inorganic glass fibers for increased strength.

**Paperless DensArmor Plus features:**

• Coated, inorganic glass mats on both sides resists moisture and the growth of mold (as manufactured per ASTM D 3273) both inside the wall cavity and in room interiors.
• The moisture-resistant, non-combustible core of DensArmor Plus is reinforced with inorganic glass fibers for increased strength.
• Dimensional stability is superior to standard wallboard. DensArmor Plus resists warping, rippling and buckling.
• Standard DensArmor Plus Interior Guard is 1/2" thick.
• DensArmor Plus Fireguard Interior Guard is 5/8" thick and can be used in any assembly where Type X wallboard is specified.
• DensArmor Plus exhibits 0 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

**DensArmor Plus Interior Guard**

http://www.gp.com/build/product.aspx?pname=DensArmor+Plus+Interior+Guard&pid=150...  2/4/2004

CC04838

|  |  |  |
|---|---|---|
| resistance minimum, lbs. | | |
| Hardness, lbs. force core, edges and ends | >=15 | >=15 |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): Flame spread/smoke developed | 15/0 | 15/0 |

[1]Represents approximate weight for design and shipping purposes.

[2]Tested in accordance with ASTM C 518.

NOTE: Specified minimum values are as in applicable ASTM C 36 and ASTM C 1177.

**Framing Spacing (Wood or Metal)**

|  | Application | O.C. Spacing |
|---|---|---|
| Ceilings* | Parallel to framing | 16 o.c. |
|  | Right angles to framing | 24 o.c. |
| Walls | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, board shall be installed at right angles to framing.

DensArmor Plus Interior Guard is manufactured under one or more of the following U.S. patents: 4,647,496; 4,810,569; 4,879,173; 5,135,805; 5,148,645; 5,220,762; 5,319,900; 5,342,680; 5,371,989; 5,644,880; 5,704,179; 5,791,109; 5,718,785; 5,883,024; Other patents pending.

Product Literature

terms of use / privacy policy

CC04839

Georgia-Pacific - Building Products - DensArmor™ Plus Interior Guard

- Standard dimensions: 1/2" x 4' x 8' or 12' and 5/8" x 4' x 8' or 12'
- Tapered edges allow easy joint treatment and finishing same as standard wallboard.
- Fastens with conventional nails and screws.
- Conventional wood or metal framing, corner beads and trims used.
- Meets applicable specifications: ASTM C 630 and ASTM C 1177.

## Resources

Architectural Specifications
Cad Drawings for Gysum Products
Mold Resistant Brochure
MSDS Requests
Searchable FAQs
Submittal Forms
Systems and Assemblies

## Physical Properties

| Properties | 1/2" DensArmor™ Plus | 5/8" DensArmor™ Plus Fireguard® |
|---|---|---|
| Thickness, nominal | 1/2" (12.7mm) ± 1/64" (0.4mm) | 5/8" (15.9mm) ± 1/64" (0.4mm) |
| Width, standard | 4' (1220mm) ± 3/32" (2.4mm) | 4' (1220mm) ± 3/32" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) |
| Weight[1], lbs./M sq. ft., nominal | 2000[1] | 2500[1] |
| Edges | Tapered | Tapered |
| Surfacing | Coated glass mat on back, paper face on front | Coated glass mat on back, paper face on front |
| Flexural strength, parallel, lbs. | 40 | 50 |
| Flexural strength, perpendicular | 100 | 140 |
| R Value[2] | .45 | .56 |
| Nail pull | 80 | 90 |

CC04840

**National Gypsum**
COMPANY

For Emergency Product Information Call:
Director Quality Services (704) 551-5820

2001 Rexford Road
Charlotte, North Carolina  28211

Material Safety Data Sheet
PermaBase® BRAND Cement Board Products

MSDS No:  GB-1504
Dated:   January 26, 2004

1.   **Product Identification**

   Product Name:        PermaBase        PermaBase Flex

   Use:                 Underlayment for Ceramic Tile on floors, countertops, EIFS systems
   Generic Description: Gray Cementitious material sandwiched between two layers of fiber mesh with
                        a double wrapped edge

2.   **Composition/Information on Hazardous Ingredients**

| Contains: Chemical Identity | CAS-NO | Exposure Limits OSHA PEL (mg/m3) | ACGIH TLV (mg/m3) |
|---|---|---|---|
| Portland Cement | 65997-15-1 | 5 | 10^ |
| High Alumina Cement | 65997-16-2 | NL | 3 |
| Silica (Crystalline) | 14808-60-7 | B | 0.1 |
| Fiberglass Scrim | 65997-17-3 | 5 | 5 |

**Contains no asbestos.**  HMIS Hazard Class No. 0, 0, 0.

^    Total dust.  All others are respirable dust.

B    Respirable dust.  Use the formula $\frac{10 \text{ mg/m}^3}{\% \text{ SiO}_2 + 2}$

NL   Not Listed

Appearance and Odor: Gray solid with slight organic odor upon opening that dissipates quickly.

3.   **Health Hazards Identification**
   • Route(s) of Entry:  Inhalation and Dermal
   • Potential Health Effects:  Skin and eye irritant

Crystalline silica (quartz) - The International Agency for Research on Cancer (IARC) classifies crystalline
silica inhaled in the form of quartz or cristobalite from occupational sources as carcinogenic to humans,
Group 1.  The National Toxicology Program (NTP) classifies respirable crystalline silica as a substance,
which may be reasonably anticipated to be a carcinogen.  OSHA does not regulate crystalline silica as a
human carcinogen.

The recommended method of cutting this material is to score and snap.  Do not cut with a power saw.
Dust generated in cutting with a power saw can also cause irritation to skin, eyes, nose, throat and
respiratory system.  If dust is generated, use local exhaust ventilation and wear a NIOSH approved
particulate respirator and protection for eyes and skin.

- 1 -

CC04841