Case 2:09-md-02047-EEF-JCW    Document 174-2    Filed 08/25/2009    Page 1 of



Aug 25 2009
11:23AM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      : MDL No. 2047
PRODUCTS LIABILITY LITIGATION      .      : Section L
                                         :

This Document Relates to                 : JUDGE FALLON
ALL CASES                                : MAG. JUDGE WILKINSON

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.      IDENTIFICATION AND CONTACT INFORMATION

A.   Distributor's Name:    IBSA, Inc.

B.   Distributor's Address: PO Box 2310, Smithfield, NC 27577

C.   Website:   IBSAINC.NET

D.   Headquarters if Foreign: 1801 Wal Pat Rd., Smithfield, NC 27577

E.   Address of USA Headquarters: 1801 Wal Pat Rd., Smithfield, NC 27577

F.   Name of supervisor at USA Headquarters: Ray Price

G.   Principal Place of Business in USA:    Smithfield, NC

H.   Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
                    NO.

I.      Did Distributor also install Chinese Drywall? If so, describe involvement as installer.

1218429.0005/N077E704_1 1


DEFENDANT'S EXHIBIT
C

NO.

_____

_____

_____

_____

_____

_____

II.    **COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR**

A.    Name: Fulmer LeRoy Albee Baumann & Glass  Attn:Gery Baumann, Esq.

B.    Address: 2866 East Oakland Park Blvd., Ft. Lauderdale, Fl 33306

C.    Phone Number: 954-707-4430

D.    Fax Number: 954-707-4431

E.    E-Mail: gbaumann@fulmerleroy.com

III.    **DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A.    Source: Metro Resources Corporation

1.    Name of Chinese Drywall Manufacturer, if known:

Unknown.

_____

_____

2.    Address of Chinese Drywall Manufacturer, if known:
Unknown.

3.    Name of Chinese Drywall Product, if known:
Unknown.

4.    Dates of purchase(s): 8/22/2006

5.    Total Volume of received Chinese Drywall product:
66,000 pieces  3,168,000 sq. feet

6.    Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):
Unknown.

7.    List all trademarks of the product, if known:
Unknown.

8.   The name and address of any importer, exporter, purchasing agent, or sales broker involved or
     referenced in any way with respect to your purchases of Chinese Drywall:
     **Delivery Agent: Triumph Link (USA), Inc.   (310)516-7822**
     **20280 S. Vermont Ave., Suite 250, Torronce, CA 90502**

9.   If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese
     drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:             _____None._____

Address of entity providing storage:          _____

Dates product was stored:
____/____/_____ (Month / Day / Year) to ____/___/_____ (Month / Day / Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product:
_____

### IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or
entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall,
please provide a description of your distribution process, including a description of database accessibility of this
information, and the name and address of the person or persons with knowledge of the same:

**Yes, we are  able to track the Chinese drywall we purchased**

**because we sold all of the Chinese drywall to Black Bear Gypsum,**

~~Inc.~~

                    **Black Bear Gypsum, Inc.**

                    **2050 Tall Pine Drive, Suite B**

                    **Largo, Fl 33771**

### V.   INSURANCE

A.    Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and
Excess insurance policies relating to claims.[1]

1.    For each policy, identify the following:

Insurer:    Erie Insurance

Dates policy in effect:

1 / 2 / 2002 (Month / Day / Year) to 1 /2 /2010 (Month / Day /
Year)

Policy Number: Q37-0250508

Type of Policy:        Ultra Flex Package Policy

Insurance Agent        Paul Schultze

Policy Coverage Limits   1 Million per occurrence

2 Million Aggregate

CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to
28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and
correct to the best of my knowledge, and that I have supplied all of the documents requested in this
declaration, to the extent that such documents are in my possession, custody or control.

9-8-09
—————————
Date

IBSA, INC
Entity
By: _____
Its: PRESIDENT

———————————
[1] Listing policies does not purport to represent coverage status.

1218420.0003/8107787044_1)4