UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY            SECTION: L
LITIGATION                            JUDGE FALLON
                                      MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

TATUM HERNANDEZ and CHARLES HERNANDEZ
V. KNAUF GIPS KG, ET AL.

CA 09-6050
_____/

## DEFENDANT INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC.'S MOTION TO DISMISS

COMES NOW, Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") by and through their undersigned counsel move this Honorable Court pursuant to dismiss Plaintiffs claims under Federal Rules of Civil Procedure Rule 12(b)(2) for lack of personal jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted because Plaintiffs cannot show that IBSA's drywall was installed in Plaintiffs' home nor can Plaintiffs demonstrate that this court has personal jurisdiction over IBSA.

**Wherefore**, IBSA respectfully requests this Honorable Court to enter an Order dismissing Plaintiffs' cause of action against IBSA for the reasons cited above, and requests any further relief as this Honorable Court deems necessary and appropriate.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306

                              (954) 707-4430  phone
                              (954) 707-4431  fax

                            BY:  /s/ *Gary F. Baumann*
                                   GARY F. BAUMANN
                                   Fla. Bar. No.:  89052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

                      FULMER LeROY ALBEE BAUMANN, P.L.C.
              Attorneys for Defendant,
                      INDEPENDENT BUILDER SUPPLY
                      ASSOCIATION, INC.
                      2866 East Oakland Park Boulevard
                      Fort Lauderdale, FL  33306
                      (954) 707-4430  phone
                      (954) 707-4431  fax

                            BY:  /s/ *Gary F. Baumann*
                                   GARY F. BAUMANN
                                   Fla. Bar. No.:  89052