UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED              MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY               SECTION: L
LITIGATION                               JUDGE FALLON
                                         MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO:**

**TATUM HERNANDEZ and CHARLES HERNANDEZ
V. KNAUF GIPS KG, ET AL.**

**CA 09-6050**
_____/

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax

BY:  /s/ *Gary F. Baumann*
     GARY F. BAUMANN
     Fla. Bar. No.:  89052

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

                FULMER LeROY ALBEE BAUMANN, P.L.C.
                Attorneys for Defendant,
                INDEPENDENT BUILDER SUPPLY
                ASSOCIATION, INC.
                2866 East Oakland Park Boulevard
                Fort Lauderdale, FL 33306
                (954) 707-4430 phone
                (954) 707-4431 fax


                BY: /s/ *Gary F. Baumann*
                      GARY F. BAUMANN
                      Fla. Bar. No.: 89052