UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 SECTION: L JUDGE FALLON |
| | MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**RICHARD JORDAN, SUSAN JORDAN, ET AL. V. KNAUF GIPS KG, ET AL.**

CA 09-7550
_____/

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax

BY: /s/ *Gary F. Baumann*
  GARY F. BAUMANN
  Fla. Bar. No.: 89052

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

                                    FULMER LeROY ALBEE BAUMANN, P.L.C.
                                    Attorneys for Defendant,
                                    INDEPENDENT BUILDER SUPPLY
                                    ASSOCIATION, INC.
                                    2866 East Oakland Park Boulevard
                                    Fort Lauderdale, FL  33306
                                    (954) 707-4430  phone
                                    (954) 707-4431  fax


                                    BY:  /s/ *Gary F. Baumann*
                                          GARY F. BAUMANN
                                          Fla. Bar. No.:  89052