UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY　　　SECTION: L
LITIGATION　　　JUDGE FALLON
　　　MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO:**

**ANA MARIA PLAZA, ET AL. V. KNAUF GIPS KG, ET AL.**

**CA 09-5871**
_____/

### NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax

BY: /s/ *Gary F. Baumann*
　　　GARY F. BAUMANN
　　　Fla. Bar. No.: 89052

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

>FULMER LeROY ALBEE BAUMANN, P.L.C.
>Attorneys for Defendant,
>INDEPENDENT BUILDER SUPPLY
>ASSOCIATION, INC.
>2866 East Oakland Park Boulevard
>Fort Lauderdale, FL  33306
>(954) 707-4430  phone
>(954) 707-4431  fax
>
>
>BY: /s/ *Gary F. Baumann*
>     GARY F. BAUMANN
>     Fla. Bar. No.:  89052