UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
|  | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO ALL CASES

### AFFIDAVIT

STATE OF NORTH CAROLINA
COUNTY OF JOHNSTON

1.  My name is W. Ray Price, being first duly sworn, who deposes and says.
    I am older than 18 years of age, and I am the President for Independent Builders Supply
    Association, Inc. I have personal knowledge of Independent Builders Supply Association,
    Inc's affairs and business activities contained in this affidavit.

2.  As per the attached Exhibit A, Independent Builders Supply Association, Inc., shipped all
    Chinese Drywall to Black Bear Gypsum Supply, Inc., through the Port of Tampa, located in
    Hillsborough County, Florida.

3.  The foregoing statements are made under my own free will.

UNDER PENALTIES OF PERJURY, I declare that I have read the foregoing Affidavit
and that the facts stated in it are true to the best of my knowledge and belief.

SWORN TO AND SUBSCRIBED before me this ___11___ day of
_November_, 2009.

Notary Public, State of North Carolina
_Brenda C. Smith_
Printed name
My commission expires: _6-30-2011_

BRENDA C SMITH
NOTARY PUBLIC
Johnston County
North Carolina
My Commission Expires June 30, 2011

**DEFENDANT'S EXHIBIT**
A