## AFFIDAVIT OF GINA MILINOVICH

STATE OF FLORIDA          )
                          )   :SS
COUNTY OF PINELLAS        )

I, Gina Milinovich, after first being duly sworn, depose, and say:

1.  I am over the age of 18 and I am the President of Black Bear Gypsum Supply, Inc.

2.  The facts contained in this affidavit are true and correct to the best of my own personal knowledge.

3.  Black Bear Gypsum Supply, Inc. never supplied any materials to any contractor or subcontractor for use on a job in Miami-Dade County.

4.  Black Bear Gypsum Supply, Inc. never supplied any materials to any contractor or subcontractor for use on a job in Broward County.

5.  Black Bear Gypsum Supply, Inc. never supplied any materials to any contractor or subcontractor for use on a job in Palm Beach County.

6.  Black Bear Gypsum Supply, Inc. never supplied any materials to any contractor or subcontractor for use on a job in Lee County.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GINA MILINOVICH

SWORN TO AND SUBSCRIBED before me this 10th day of October 2009, by Gina Milinovich, who is personally known to me or who has produced FDRLic. M 451 299 645 110 as identification.

My Commission Expires:

_____
Notary Public, STATE OF Florida

Printed Name: _____


MARIA C. PEZZUTI
MY COMMISSION # DD 808275
EXPIRES: February 24, 2011
Bonded Thru Notary Public Underwriters


DEFENDANT'S
EXHIBIT