# EXHIBIT "A-2"

PermaBase® BRAND Cement Board Products                    Dated:    January 26, 2004

Skin Contact:  Continued and prolonged contact with dust generated from power cutting or machining this product may result in irritation to the skin.

Eye Contact:  Contact with the dust generated from power cutting or machining this product may result in mechanical abrasion.

Inhalation:  Target Organ: respiratory system.  Exposure to dust generated from power cutting or machining this product may result in impaired lung function.

Signs and Symptoms of Exposure to Airborne Dust:  Continued and prolonged exposure to airborne dust concentrations in excess of the PEL/TLV may result in cough, dyspnea, wheezing, and impaired pulmonary function.

Medical Conditions Generally Aggravated by Exposure:  Overexposure would generally aggravate respiratory system dysfunctions.

4.   **First Aid Measures**

First Aid Procedures:
- **Eye:**  Immediately flush eyes with water for 15 minutes and get medical attention.
- **Skin:**  Flush and wash skin with soap and water.  Get medical attention if irritation persists.
- **Breathing:**  Move the exposed person to fresh air at once.  If not breathing initiate pulmonary resuscitation.  Get medical attention.

5.   **Fire Hazards**
- Not Combustible
- NFPA Hazard Class No:  0/0/0
- Extinguishing Media:  Dry chemical, foam, water, fog or spray.
Special Fire Fighting Procedures:  Wear full protective equipment and an approved pressure demand self-contained breathing apparatus (SCBA).

6.   **Precautions For Safe Handling**
- Steps to be taken in Case Material is Released or Spilled:  Pick up to avoid tripping hazard.
- Waste Disposal Method:  Dispose of in accordance with applicable federal, state, and local regulations.
- Precautions to be taken in Handling and Storing:  Keep clean, dry, flat and away from excessive heat and direct sunlight.

7.   **Stability and Reactivity**
- Stability and Reactivity:  PermaBase® and PermaBase Flex® are stable and hazardous polymerization will not occur.

8.   **Exposure Controls/Personal Protection**
- Work/Hygiene Practices:  Avoid creating dust.  Use the score and snap method of cutting. Do not use a power saw to cut.
- Ventilation:  Provide local exhaust or general ventilation to maintain dust levels below the PEL/TLV.
- Respiratory Protection:  A NIOSH approved particulate respirator is recommended if cutting the product with a power saw or handling/cutting generates airborne dust in excess of the PEL/TLV.
- Eye Protection:  Safety glasses or goggles when applying the product; goggles if cutting the product with a power saw.

9.   **Transport Information**
- DOT:  Not regulated

- 2 -

CC04842

PermaBase® BRAND Cement Board Products                        Dated:    January 26, 2004

**10.**    _Regulatory Information_
SARA Title III Section 313 Ingredients
None at or above the de minimus level.

**11.**    _Other Information_
The information and recommendations contained herein are based upon data believed to be correct.
However, no guarantee or warranty of any kind expressed or implied is made with respect to the
information contained herein. This material safety data sheet was prepared to comply with the OSHA
Hazard Communication Standard (29 CFR 1910.1200) and with the Workplace Hazardous Materials
Information System (WHMIS). This supersedes any previous information.

Disclaimer of Liability:
As the conditions or methods of use are beyond our control, we do not assume any responsibility and
expressly disclaim any liability for any use of the material. Information contained herein is believed to be
true and accurate, but all statements or suggestions are made without any warranty, express or implied,
regarding accuracy of the information, the hazards connected with the use of the material or the results to
be obtained for the use thereof.

- 3 -

CC04843

09305

# PERMABASE® BRAND CEMENT BOARD

## ▶ MANUFACTURER

Unifix Inc./Unifix USA Inc.
A Wholly Owned Subsidiary of
National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09305/NGC Buyline: 1100

PermaBase is a registered
trademark of National Gypsum
Company.

## ▶ DESCRIPTION

PermaBase BRAND is a rigid
substrate made of Portland
cement, aggregate and glass
mesh that provides an excep-
tionally hard, durable surface
that is able to withstand pro-
longed exposure to moisture.

### BASIC USES

PermaBase is ideally suited as
an underlayment or backing
surface for tub and shower
surrounds, countertops,
flooring and a variety of
other interior and exterior
applications.

### ADVANTAGES

* Long wrapped tapered edges
are formed smooth and shatter-
proof using the double-wrapped
EdgeTech® technology.

* Highly moisture resistant, will
not rot, disintegrate or swell
when exposed to water.

* Can be used in both interior
and exterior applications.

* Impact resistant with
excellent overall flexural,
compressive and tensile
strength characteristics.

* Cut to size using a utility knife
and straight edge.

### LIMITATIONS

* PermaBase Cement Board
should not be used as a struc-
tural load-bearing member.

* Maximum framing spacing
should not exceed 16" o.c.
and must be designed to limit
deflection to less than L/360
under all live and dead loads.

* Steel framing must be 20 gauge
or heavier.

* Do not use 1/4" PermaBase
Underlayment for wall or
ceiling applications.

* Install PermaBase with rough
side up/out. Adhere tile to
rough side.

* PermaBase Cement Board is
vapor-permeable and unaffected
by water but is not a water
barrier. If the area behind the
backerboard must be kept dry,
a separate moisture barrier or
waterproof membrane must
be used.

* On exterior installations, a
waterproof membrane must
be utilized.

* PermaBase should not be used
on exterior surfaces where
imposed wind loads exceed
40 lbs. psf.

* Paper or self-adhesive fiberglass
drywall tape, joint compound
and drywall nails or screws
should not be used.

* Maximum fastener spacing
should not exceed 8" o.c. for
floor, countertop and wall and
6" o.c. for ceiling applications.

* Not recommended for use
with vinyl flooring.

* For exterior finishes applied
over PermaBase, consult
exterior finish manufacturer
for installation requirements.

## COMPOSITION
## AND MATERIALS

Cementitious Backer Unit (CBU):
A nailable, screwable backer-
board or underlayment panel
which is composed of
Portland Cement, aggregates
and reinforcements that has a
significant ability to remain
unaffected by prolonged
exposure to moisture.

## ACCESSORIES

Joint reinforcement: Mesh tape
must be used on all edges
and cuts made to size. Use
2" wide polymer-coated
(alkali-resistant) mesh tape
for interior applications and
minimum 3" wide polymer-
coated (alkali-resistant) mesh
tape for exterior applications.

Bonding materials: Treat joints
and set facing material with
dry-set (thin-set) or preferably
Latex-Portland Cement mortar.
All mortar should comply
with ANSI A118.1 or ANSI
A118.4 product standards.
Type I organic adhesive meeting
ANSI A136.1 may be utilized
for interior use only.

Fasteners: Galvanized roofing
nails, 1-1/2" long with hot
dipped galvanized coating
for use with wood framing.
Nails should meet Federal
Specification #FF-N105B/
type 2 style 20.

Corrosion-resistant cement board
screws or equivalent, 1-1/4" or
1-5/8" long, for use with wood
framing.

Corrosion-resistant cement board
S-12 screws or equivalent,
1-1/4" or 1-5/8" long, for use
with 20 gauge or heavier steel
framing.

## SIZES

Thickness:  1/4" (6.3 mm)
(counters/floors only)
1/2" (12.7 mm)
5/8" (15.9 mm)
1" (25.4 mm)
3/4" (19.1 mm)
3/8" (9.7 mm)

Widths:  32" (815 mm)
36" (914 mm)
48" (1219 mm)

Lengths:  48" (1219 mm)
60" (1524 mm)
72" (1829 mm)
96" (2438 mm)

Note: Custom thicknesses and
lengths available with minimum
quantity.

## APPLICABLE STANDARDS

Exceeds ASTM C 1325 and
ANSI A118.9 specifications.

(Continued next page)

Job Name _____

Contractor _____   Date_____

11 09 0 5

CC04844

### TECHNICAL DATA

#### FIRE RESISTANCE RATINGS

*One-hour rating:* The one-hour wall assembly consists of 3-5/8" steel studs, 16" o.c., one layer of 1/2" PermaBase attached horizontally or vertically, with 1-1/4" long cement board screws, 8" o.c. in the field and perimeter on one side and one layer of 5/8" Fire-Shield® brand Wallboard attached vertically, on opposite side, with joints staggered to those of opposite side, with 1-1/4" long drywall screws 8" o.c. in the field and perimeter side, with 3" thick mineral fiber insulation batts in the stud cavities. ITS/WHI Report No. I99-4001.

*Two-hour fire rating:* The two-hour wall assembly consists of 3-5/8" steel studs, 16" o.c., on one side, base layer of 1/2" Fire-Shield C Wallboard attached vertically with 1" drywall screws 24" o.c. in the field and perimeter and face layer of 1/2" PermaBase attached vertically with 1-5/8" cement board screws, 8" o.c. in the field and perimeter. Two layers of 1/2" Fire-Shield C Wallboard applied vertically

to opposite side, base layer attached with 1" drywall screws 24" o.c. in the field and perimeter and face layer attached with 1-5/8" drywall screws 12" o.c. in the field and perimeter, with 3" thick mineral fiber insulation batts in the stud cavities. All joints staggered between face and base layer. ITS/WHI Report No. I98-3293.

(Tests were conducted pursuant to ASTM E 119, as a non load-bearing wall, fire rated both sides under the supervision of Intertek Testing Services NA, Inc.)

### RECOMMENDATIONS

#### INTERIOR APPLICATIONS

*General:* All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of 1/360 under all intended loads. Framing members should be spaced a maximum of 16" o.c.

*Note:* Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with current ANSI specifications and The Council of America (TCA) guidelines.

*Tile, thin brick and other facing materials:* Installation of tile or similar facing materials should comply with ANSI A108 standard specifications.

*Control joints:* For interior installations, allow a maximum of 30 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building (discontinue all cross furring members 'ocated behind joint); when boards abut dissimilar materials; where framing material changes; at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with coating or other materials.

### WALLS & CEILINGS

*Wall framing:* Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment.

Do not install PermaBase directly over protrusions from stud plane such as heavy brackets

or fastener heads. Studs above a shower floor should be either notched or furred to accommodate the thickness of the waterproof membrane or pan. The surround opening for a tub or precast shower receptor should not be more than 1/4" larger than unit to be installed.

*Ceiling framing:* The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 16" o.c. Ceiling joist or furring channel should not exceed 16" o.c. (Edges of PermaBase parallel to framing should be continuously supported.) Provide additional blocking when necessary to permit proper PermaBase attachment.

*PermaBase Cement Board:* Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Ensure PermaBase is tight to framing.

*Joint reinforcement:* Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 5" wide, approx. 1/16" thick coat of bonding material over entire joint. Immediately embed 2" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

### FLOORS & COUNTERS

*Subfloor or base:* 5/8" (3/4" for 1/4" PermaBase) exterior grade plywood should be securely glued and fastened to floor joists or on counter base. Floor joists and counter framing should be spaced a maximum of 16" o.c.

*Note:* Floor trusses or I-joists may be spaced 19.2" o.c. with 3/4" tongue-and-groove subfloor decking

(Continued next page)

## PHYSICAL PROPERTIES

| Property | Test Method | PermaBase | 1/4" PermaBase |
|---|---|---|---|
| Water Absorption % by weight /24 hrs. | ASTM C 473 | < 8 | < 8 |
| Flexural Strength (psi) | ASTM C 947 | 750 | 1250 |
| Fastener Holding (Wet and Dry, lbs.) | ASTM D 1037 (0.400" head diameter) | 125 | 125 |
| Weight (psf) | ASTM C 473 | 3 | 2 |
| Freeze/Thaw (cycles) per ANSI A118.9 | ASTM C 666 Procedure B | 100 | 100 |
| Compressive Strength (psi) (Indentation) | ASTM D 2394 | 2250 | 2250 |
| Flame Spread/Smoke Developed | ASTM E 84 | 0/0 | 0/0 |
| Wind Load (psi, studs 16" o.c.) | ASTM E 330 | 40 | |
| Thermal "R"/k Value | Property of Material | 0.2/2.7 | 0.1/2.7 |
| Bending Radius (ft.) | Property of Material | 5 | |
| Standard Method for evaluating ceramic floor installation system | ASTM C 627 | Light Commercial | Light Commercial |
| Falling Ball Impact (12" drop) | ASTM D 1037 | pass | pass |
| Shear/Bond Strength, 7 days (psi) | Dry-Set Portland Cement Mortar | ANSI A118.1 | 20-1 | |
| | Latex-Portland Cement Mortar | ANSI A118.4 | 241 | |
| | Organic Adhesives Type I | ANSI A136.1 | 159 | |
| Linear Variation (Due to change in moisture content) | ASTM D 1037 | 0.05% | |
| Bacterial Resistance | ASTM G 22 | 0 (No growth) | 0 (No growth) |
| Fungus Resistance | ASTM G 21 | 0 (No growth) | 0 (No growth) |

CC04845

*Underlayment:* Using a 1/4" square-notched trowel, apply a setting bed of Latex-Portland Cement mortar or Thin-Set to the subfloor or counter base. Immediately laminate PermaBase to subfloor or base leaving a 1/8" space between boards at all joints and corners. Leave a 1/4" gap along walls. Stagger joints so they do not line up with underlying substrate joints. Fasten PermaBase every 8" o.c. throughout board field and around all edges while setting bed mortar is still workable. Around perimeter of each board, locate fasteners 2" from the corners and not less than 3/8" from the edges. Fill all joints solid with bonding material. On non-tapered joints such as butt ends, apply a 6" wide, 1/16" thick coat over the entire joint. Embed fiberglass mesh tape fully into applied bonding material; ensure that tape is centered over joint. Apply bonding material over fasteners to fully conceal. Remove all excess bonding material and allow to cure.

## EXTERIOR APPLICATIONS

*General:* All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of L/360 under all intended live (including wind) and dead loads.

*Note:* Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with current ANSI specifications and Tile Council of America (TCA) guidelines.

*Control joints:* For exterior installations, allow a maximum of 15 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building (discontinue all cross furring members located behind joint); when boards abut dissimilar materials; where framing material changes at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with any coating or other materials.

## DECKS

*Subfloor:* Plywood should be securely glued and fastened to floor joists spaced a maximum of 16" o.c. Subfloor should be sloped at a minimum pitch of 1/4" per foot. The floor surface should be true to plane within 1/8" in 10'.

*Underlayment:* Using a 1/4" square-notched trowel, apply a setting bed of Latex-Portland Cement mortar to the subfloor. Immediately laminate PermaBase to subfloor leaving a 1/8" space between boards at all joints and corners. Leave a 1/4" gap along walls. Stagger joints so they do not line up with underlying substrate joints. Fasten PermaBase every 8" o.c. throughout board field and around all edges while setting bed mortar is still workable. Around perimeter of each board, locate fasteners 2" from the corners and not less than 3/8" from the edges. Fill all joints solid with bonding material. On non-tapered joints such as butt ends, apply a 6" wide, 1/16" thick coat over the entire joint. Embed alkali-resistant fiberglass mesh tape fully into applied bonding material; ensure that tape is centered over joint. Apply bonding material over fasteners to fully conceal. Remove all excess bonding material and allow to cure.

*Waterproof membrane:* Trowel apply waterproof membrane to the entire surface of the PermaBase, following membrane manufacturer's installation instructions in detail.

## WALLS & CEILINGS

*Wall framing:* Studs should be spaced a maximum of 16" o.c. Edges/ends of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment. Do not install PermaBase directly over protrusions from stud plane such as heavy brackets or fastener heads.

*Weather barrier:* While PermaBase is unaffected by moisture, a water barrier must be installed to protect the cavity. It should be installed according to the manufacturer's specifications between the PermaBase and the framing members.

*Ceiling framing:* The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material

and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 10 psf. Ceiling joist or furring channel should not exceed 16" o.c. Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment.

*PermaBase Cement Board:* Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls, 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Ensure PermaBase is tight to framing.

*Joint reinforcement:* Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 6" wide, approx. 1/16" thick coat of bonding material over entire joint. Immediately embed minimum 3" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

CC04846

# GyProc® Regular Gypsum Board

## MANUFACTURER

*G-P Gypsum Corporation*
*133 Peachtree Street, N.E.*
*Atlanta, GA 30303*
*Technical  1 (800) 225-6119 (EST)*

## DESCRIPTION

GyProc® Regular Gypsum Board has a non-combustible, dimensionally stable, inert gypsum core. The surfacings on both faces and on the long edges are 100% recycled paper. The front face (side to be finished) and the long edges are an ivory color; the back face paper is gray. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

GyProc Regular Gypsum Board is a wall or ceiling covering material for use in new building construction or renovation work. It is designed for direct attachment (screws, nails or adhesive) to wood and metal framing or existing surfaces. It may also be used as a covering material for flat or curved structures; the material may be formed to a curve with a short radius.

GyProc Regular Gypsum Board is manufactured with ivory colored paper surface designed to receive joint treatment then paint, wall covering, textured coatings or other finish treatment.

## LIMITATIONS

GyProc Regular Gypsum Board is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to moisture is extreme or continuous.

Do not use GyProc Regular Gypsum Board where there is prolonged exposure to temperatures exceeding 125°F and/or continuous exposure to extreme humidity; e.g. located adjacent to wood burning stoves, heating appliances, swimming pools, saunas or steam rooms.

Consult manufacturer's literature when water-based textures are to be used.

## APPLICABLE STANDARDS

ASTM C 36, CSA-A82.27-M and Federal Specification SS-L-30D, Type III, Grade R.

## BUILDING CODE CONFORMITY

GyProc Regular Gypsum Board conforms to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ¼″ | 4′ | 8′-12′ |
| ⅜″ | 4′ | 8′-14′ |
| ½″ | 4′ | 6′-16′ |
| ⅝″ | 4′ | 8′-16′ |

Edges: ¼″ and ⅜″ tapered. ½″ and ⅝″ square, tapered or tapered with round edges.

## SUPPLEMENTAL MATERIALS

*Fasteners:* Nails, screws or adhesive.
*Joint System:* Tape, bedding compound and topping compound.
*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.
*Wall and ceiling textures.*
*Sealants.*

## TECHNICAL DATA

## SURFACE BURNING CHARACTERISTICS

Flame spread rating of 15 and smoke developed 0, when tested in accordance with ASTM E 84 or CAN/ULC-S102.

## FIRE RESISTANCE RATING

Fire resistance ratings are determined by tests made on assemblies of specific materials. Caution must be used to ensure that each component of the construction design meets the specified and tested assembly. Test reports are available upon request.

## SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections and other penetrations to ensure the effectiveness of the assembly and obtain desired STC rating. Test reports are available upon request.

## INSTALLATION

## APPLICATION STANDARDS

GyProc Regular Gypsum Board shall be installed according to the Gypsum Association Publication GA-216 "Recommended Specifications for the Application and Finishing of Gypsum Board" and ASTM C 840 "Standard Specification for Application and Finishing of Gypsum Board" for non-fire rated construction.

However, to achieve a designated fire resistance rating, installation and details must be consistent with tested assemblies as published in the Gypsum Association Fire Resistance Design Manual GA-600, UL/ULC Fire Resistance Directory and Inchcape Testing Services/Warnock Hersey Listing Book.

## METHODS

For non-rated construction, installation methods for single or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. GyProc Regular Gypsum Board can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

For rated assemblies, appropriate methods of installation are based on the desired fire resistance rating or specified STC value rating. These ratings require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

## SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

## HANDLING PRECAUTIONS

Stack GyProc Regular Gypsum Board on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners. Avoid scuffing the face to be finished.

## MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

## BOARD DECORATION

GyProc Regular Gypsum Board is designed to accept most types of paints, texture and wall covering materials. G-P Gypsum strongly recommends priming the surface with a full-bodied, quality latex primer before applying a final decorative material. Priming will equalize the suction variation between the joint compounds and the paper surface. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with severe natural or artificial side lighting.

G-P Gypsum recommends application of a sealer under wallpaper or other wall covering so that the board surface will not be damaged if the covering is subsequently removed during redecorating. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration. (See publ. GA-216.)

**G-P Gypsum Corporation** 

CC04847

### TABLE I — MAXIMUM FRAMING SPACING (Wood or Metal)

| | SINGLE-PLY THICKNESS | APPLICATION | MAXIMUM FRAMING MEMBERS O.C. SPACING |
|---|---|---|---|
| CEILINGS | | Parallel Framing / Right Angles to Framing | 16" o.c. / 24" o.c. |
| WALLS | 3/8" 1/2" or 5/8" | Right Angles or Parallel | 16" o.c. 24" o.c. |

*When using a water-based texture on ceilings, gypsum board shall be installed at right angles to framing. 5/8" GyProc Regular Gypsum Board or 1/2" GyProc CD Ceiling Board is recommended for spacing 24" o.c. 1/2" GyProc Regular Gypsum Board may be used for spacing 16" o.c.

### TABLE II — SINGLE-PLY APPLICATION

NAILS: ASTM C 514 Nail for the Application of Gypsum Board
SCREWS: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board to Metal Plaster Base

| Wallboard Thickness | NAIL APPLICATIONS | | | SCREW APPLICATIONS | | |
|---|---|---|---|---|---|---|
| | Minimum Nail Length | Spacing Walls | Ceilings | Screw Length | Spacing Walls | Ceilings |
| 1/2" | 1 3/8" | 8" | 7" | 1" | 16" | 12" |

¹ Also refer to local code requirements.   ² Where framing members are spaced 24" o.c., screw spacing is 12" o.c.

### TABLE III — PHYSICAL PROPERTIES

| PROPERTIES¹ | 1/4" GYPROC GYPSUM BOARD | 3/8" GYPROC GYPSUM BOARD | 1/2" GYPROC GYPSUM BOARD | 5/8" GYPROC GYPSUM BOARD |
|---|---|---|---|---|
| Thickness, nominal | 1/4" (6.4mm) ± (0.3mm) | 3/8" (9.5mm) ± (0.4mm) | 1/2" (12.7mm) ± (0.4mm) | 5/8" (15.9mm) ± (0.4mm) |
| Width, nominal | 4' (1220mm), – 3/32" (2.4mm) | 4' (1220mm), – 3/32" (2.4mm) | 4' (1220mm), – 3/32" (2.4mm) | 4' (1220mm), – 3/32" (2.4mm) |
| Length, Standard | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) | 8' (2440mm) to 16' (4880mm) ± 1/4" (6.4mm) | 8' (2440mm) to 16' (4880mm) ± 1/4" (6.4mm) |
| Weight, lbs./M sq. ft. nominal | 1200 | 1350 | 1650 | 2200 |
| Edges | Tapered edges | Tapered edges | Tapered, square and tapered with round edges | Tapered, square and tapered with round edges |
| Surfacing | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges |
| Flexural strength, min. Parallel, lbs. | 50 | 50 | 40 | 50 |
| Perpendicular | 50 | 80 | 100 | 150 |
| R Value² | .22 est | .33 | .45 | .56 |
| Nail Pull Resistance Minimum, lbs. | | | | |
| Hardness, lbs. force core, edges and ends | ≥15 | ≥15 | ≥15 | ≥15 |
| Humidified Deflection, inches | Not applicable | | | |

¹ Tested in accordance with ASTM C 473.   ² Tested in accordance with ASTM C 518, Heat Flow Meter
Note: Specified minimum values are as defined in ASTM C 36.

**Technical Information**
U.S.A. and Canada: 1-800-225-6119

**Sales Information and Order Placement**

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).

GYPROC is a registered trademark of G-P Gypsum Corporation.
©1997 G-P Gypsum Corporation. All rights reserved.
Printed in the U.S.A. 3/97. L4. Item # 101512.

**G-P Gypsum Corporation**

CC04848



# GyProc® Moisture-Guard® Gypsum Board

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Moisture-Guard® Gypsum Board has a noncombustible, dimensionally stable inert gypsum core. The core contains a water-resistant additive which provides increased water resistance. The surfacings on both faces and on the long edges are 100% recycled paper. The front face paper, which receives the tile finish, is a green color. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

Moisture-Guard Gypsum Board is a backing material for ceramic, plastic or metal tile in tub, bathroom or shower areas for use in building construction. It is designed for direct mechanical attachment to wood or metal wall and ceiling framing for use in non-fire rated building assemblies. Popularly known as Greenboard.

Moisture-Guard Gypsum Board is designed as a backer for ceramic and quarry tile. It can be used for non-tile applications.

## LIMITATIONS

Moisture-Guard Gypsum Board is a non-structural product and should not be used as a nailing base or to support heavy wall-mounted objects. Should not be installed using only staples or adhesives.

Moisture-Guard Gypsum Board shall be installed so that tile is applied on the green side of the board.

Do not use Moisture-Guard Gypsum Board where there is prolonged exposure to temperatures exceeding 125°F and/or continuous exposure to extreme humidity or wet areas; e.g., located adjacent to wood-burning stoves, heating appliances, saunas, steam rooms, swimming pools and gang shower rooms.

Do not use as shower floors or curbs. Do not use in conjunction with passive solar heat systems.

If Moisture-Guard Gypsum Board is to be painted or papered, it should be painted with a latex primer prior to receiving decoration.

If product is used in a ceiling application, framing spacing is 12" o.c. maximum for ½" thickness and 16" o.c. maximum for ⅝" thickness.

## APPLICABLE STANDARDS

ASTM C 630, CSA-A82.27-M
Federal Specification SS-L-30D
Type VII, Grade W.

## BUILDING CODE CONFORMITY

Moisture-Guard Gypsum Board conforms to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ½" | 48" | 8'-12' |
| ⅝" | 48" | 8'-12' |

Edges: Tapered.

## SUPPLEMENTAL MATERIALS

Fasteners, corner beads and trim, expansion joints, tape, joint compound. Sealants and tile adhesives.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84. The core is noncombustible when tested in accordance with ASTM E 136.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

Moisture-Guard Gypsum Board may be applied according to the Gypsum Association Publications GA-216, GA-201 and GA-650 or, ASTM C 840 for non-fire rated construction.

### METHODS

For non-rated construction, installation methods for single- or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected must be planned carefully to minimize the number of end joints. Moisture-Guard Gypsum Board can be cut by scoring and snapping or sawing, working from face side. Position Moisture-Guard Gypsum Board next to framing with green side away from framing. Caulk raw edges (end joints and cutouts) with adhesive or waterproofing compound. Space fasteners 6" o.c. for walls and ceilings.

### SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

### HANDLING PRECAUTIONS

Stack Moisture-Guard Gypsum Board on a flat, level surface under protective cover. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and damage to edges, ends and corners.

### MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

G-P Gypsum Corporation

CC04849

| PHYSICAL PROPERTIES | | |
|---|---|---|
| PROPERTIES[1] | ½″ MOISTURE-GUARD* | ⅝″ MOISTURE-GUARD* |
| Thickness, nominal | ½″ (12.7mm) ± 1⁄64″ (0.4mm) | ⅝″ (15.9mm) ± 1⁄64″ (0.4mm) |
| Width, nominal | 4′ (1220mm) − 3⁄32″ (2.4mm) | 4′ (1220mm) − 3⁄32″ (2.4mm) |
| Length, standard | 8′ (2440mm) to 12′ (3660mm) ± ¼″ (6.4mm) | 8′ (2440mm) to 12′ (3660mm) ± ¼″ (6.4mm) |
| Weight, lbs./M sq. ft., nominal | 1750 | 2200 |
| Edges | Tapered | Tapered |
| Flexural strength, minimum<br>Parallel, lbs.f.<br>Perpendicular, lbs.f. | 40<br>110 | 50<br>150 |
| R value[2] | .45 | .56 |
| Nail pull resistance<br>lbs. minimum | 80 | 90 |
| Hardness, lbs. force core, edges and ends | ≥15 | ≥15 . |
| Humidified deflection, maximum | 1⁄16″ | ⅝″ |
| Packaging | Two pieces per bundle,<br>face-to-face and end taped. | Two pieces per bundle,<br>face-to-face and end taped. |
| Surface Burning Characteristics<br>(per ASTM E 84 or Can/ULC-S102) | Flame Spread 15<br>Smoke Developed 0 | Flame Spread 15<br>Smoke Developed 0 |
| Surfacing | 100% recycled paper coverings on face,<br>back and long edges; green color on face | 100% recycled paper coverings on face,<br>back and long edges; green color on face |
| Framing Spacing, maximum<br>Walls<br>Ceilings | 16″ o.c.<br>12″ o.c. | 24″ o.c.<br>16″ o.c. |
| Water absorption, % maximum | 5.0 | 5.0 |

[1]Tested in accordance with ASTM C 473.     [2]Tested in accordance with ASTM C 518, Heat Flow Meter
Note: Specified minimum values are as in ASTM C 630.     Other lengths and types may be available on special order.

**Technical Information**
U.S.A. and Canada: 1-800-225-6119

**Sales Information and Order Placement**

| U.S.A. | | CANADA | |
|---|---|---|---|
| Midwest: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| Northeast: | 1-800-828-9161 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

**For additional literature 1-800-BUILD GP (284-5347).**

GYPROC and MOISTURE-GUARD are registered trademarks of G-P Gypsum Corporation.
©1997 G-P Gypsum Corporation. All rights reserved.
Printed in the U.S.A. 3/97. Lit. Item # 101500.

G·P Gypsum Corporation

CC04850

# GyProc® Fireguard® and Fireguard® C Gypsum Board

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Fireguard® and Fireguard® C gypsum board has a noncombustible, dimensionally stable inert gypsum core. The core has been reinforced with the addition of inorganic glass fibers, increasing its strength and its resistance to the passage of heat. **The surfacings on both faces and on the long edges are 100% recycled paper.** The front face paper is an ivory color; the back face paper is gray. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

GyProc Fireguard and Fireguard C gypsum board is a wall or ceiling covering material for use in building construction. It is designed for direct mechanical attachment to wood or metal framing in building assemblies with a designated fire-resistive rating.

A specially formulated gypsum core which includes glass fibers enables GyProc Fireguard to remain intact during a fire, helping to protect framing members and preventing or delaying the spread of fire. With joints covered, GyProc Fireguard will resist passage of smoke.

GyProc Fireguard and Fireguard C gypsum board is manufactured with a paper surfacing designed to receive light treatment, paint, wall covering, or textured coatings.

## LIMITATIONS

GyProc Fireguard and Fireguard C gypsum board is a nonstructural product and should not be used as a nailing base or to support heavy wall mounted objects. It is intended for interior applications; it must be kept dry and clean and not used where exposure to moisture is extreme or continuous. It should not be exposed to temperatures exceeding 125°F for extended periods of time.

Do not use GyProc Fireguard or Fireguard C where it is exposed to temperatures exceeding 125°F for extended periods of time, e.g., located adjacent to wood-burning stoves,

electric lighting, heating appliances, and hot air flues.

## APPLICABLE STANDARDS

ASTM C 36, CSA-A82.27-M

Federal SS-L-30D, Type III, Grade X and SS-6-30D

## BUILDING CODE CONFORMITY

GyProc Fireguard and Fireguard C gypsum board meets the criteria mandated by the three model code bodies: BOCA, ICBO, SBCCI. Conformity is attained by Codes reference to gypsum board construction and requirements for fire-resistive construction using gypsum board in numerous rated assemblies. GyProc Fireguard and Fireguard C use is validated by testing in accordance with ASTM E 119 and CAN/ULC-S101.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| Fireguard | | |
| 5/8" | 48" | 8'-16' |
| Fireguard C | | |
| 5/8" | 48" | 8'-16' |
| 1/2" | 48" | 8'-16' |

Edges: Tapered, square, tapered with round edges.

## SUPPLEMENTAL MATERIALS

Corner beads and trim, expansion joints, joint tape, joint compound.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84 or CAN/ULC-S101. The core is noncombustible when tested in accordance with ASTM E 136. It is classified in Underwriters Laboratories.

### FIRE RESISTANCE RATINGS

GyProc Fireguard and Fireguard C meet the criteria for type X special fire resistance, as defined in ASTM C 36. GyProc Fireguard and Fireguard C are classified for fire resistance by Underwriters Laboratories.

### SOUND CONTROL

GyProc Fireguard and Fireguard C can achieve required Sound Transmission Class (STC) values when used in properly designed constructions.

Sound rated assemblies require sealing at top, bottom, intersections and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

GyProc Fireguard and Fireguard C gypsum board may be applied according to the Gypsum Association Publication GA-216 or ASTM C 840 for non-fire rated construction.

For fire resistance rated construction application regarding board orientation, fastener type and spacing shall be consistent with the tested construction details. These details are published in the Gypsum Association Fire Resistance Design Manual GA-600, UL/ULC Fire Resistance Directory, and Inchcape Testing Services/Warnock Hersey Listings Book.

### METHODS

Appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

For non-rated construction, installation methods for single- or multi-layer construction involving attachment using mechanical fasteners, adhesive, or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected shall be planned carefully to minimize the number of end joints. Gypsum board can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

G·P Gypsum Corporation

CC04851

Apply board tight to framing, abutting edges and end. Start with ceilings aligning board perpendicular to framing followed by walls. Fasten from center of boards out with slight dimpling of fasteners without breaking face paper. Following proper joint treatments, board surfaces should be primed/sealed prior to decoration.

### SAFETY

During installation involving cutting, scoring, and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

### HANDLING PRECAUTIONS

Stack gypsum board on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications, GA-216 and GA-801.

Take care to avoid impact, undue flexing, and subsequent damage to board edges, ends, and corners. Avoid scuffing the face to be finished.

### MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

### BOARD DECORATION

GyProc Fireguard and Fireguard C gypsum board is designed to accept most types of paints, texture and wall covering materials.

G-P Gypsum strongly recommends priming the surface with a full-bodied, quality latex primer before applying a final decorative material. Priming will equalize the suction variation between the joint compounds and the paper surface. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with severe natural or artificial side lighting.

G-P Gypsum recommends application of a sealer under wallpaper or other wall covering so that the board surface will not be damaged if the covering is subsequently removed during redecorating. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

### PHYSICAL PROPERTIES

| PROPERTIES¹ | FIREGUARD® | FIREGUARD C® |
|---|---|---|
| Thickness, nominal | ⁵⁄₈" (15.9mm) ± ¹⁄₆₄" (0.4mm) | ⁵⁄₈" (15.9mm) ⁵⁄₈" (0.4mm) ¹⁄₂" (12.7mm) ± ¹⁄₆₄" (0.4mm) |
| Width, nominal | 4' (1220mm) | 4' (1220mm) |
| Length, Standard | 8' (2440mm) to 14' (4270mm) | 8' (2440mm) to 14' (4270mm) |
| Weight, lbs./M sq. ft., nominal | 2300 | ½" = 2000, ⅝" = 2500 |
| Edges | Tapered, Square or Rounded | Tapered, Square or Rounded |
| Flexural spacing, min. Parallel, lbs.f. Perpendicular, lbs.f. | 50 150 | ½" = 40; ⅝" = 50 ½" = 110; ⅝" = 150 |
| R Value | .56 | ½" =.45; ⅝" =.56 |
| Nail pull resistance lbs. minimum | 90 | ½" = 80, ⅝" = 90 |
| Hardness, lbs. force core, edges and ends | ≥15 | ≥15 |
| Humidified Deflection, max. | ⅝" | ½" = 1⅛", ⅝" = ⅝" |
| Packaging | Two pieces per bundle, face-to-face and end taped. | Two pieces per bundle, face-to-face and end taped. |
| Surface Burning Characteristics (per ASTM E 84 or CAN/ULC-S102) Flame Spread Smoke Developed | 15 0 | 15 0 |

¹Tested in accordance with ASTM C 473.    ²Tested in accordance with ASTM C 518, Heat Flow Meter

### Technical Information
U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).


FIREGUARD and GYPROC are registered trademarks of G-P Gypsum Corporation. ©1997 G-P Gypsum Corporation. All rights reserved. Printed in the U.S.A. 3/97. Lit. Item # 101502.

G-P Gypsum Corporation 

06/02/2004  09:10   724-477-7196        GBP - BUTLER BM              PAGE  01/04

 

**DENSARMOR™**
Interior Guard

5/8"
Fireguard®

## Glass Mat Interior Protection from G-P Gypsum

### Manufacturer

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m, Monday-Friday (ET)
www.gp.com/gypsum

### Description

DensArmor™ Fireguard® Interior Guard is a patented, unique interior product that consists of a noncombustible gypsum core embedded with a coated inorganic glass mat on the back and a smooth heavy-duty paper on the face. The mat on the back provides superior protection from moisture, mold and mildew in the wall cavity where protection is needed most. DensArmor Fireguard exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

### Primary Uses

DensArmor Fireguard Interior Guard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Fireguard is manufactured with a glass mat facing on the back (wall cavity side) and a heavy-duty, abuse-resistant paper on the front. The board is designed with a tapered edge to receive joint treatment then paint, wall covering, textured coatings or other finish treatment. DensArmor Fireguard can be used in any fire-rated assembly where Type X wallboard is specified.

### Limitations

DensArmor Fireguard Interior Guard is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Fireguard Interior Guard where there is prolonged exposure to temperatures exceeding 125°F, e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

Consult manufacturer's literature when water-based textures are to be used.

### Applicable Standards

Appropriate sections of ASTM C 36 and ASTM C 1177 (Physical Properties), CSA-A82.27-M

### Sizes and Edges

| Thickness | Widths | Lengths |
|-----------|--------|---------|
| ⅝" | 4' | 8' - 12' |

Edges: Tapered.

### Supplemental Materials

*Fasteners:* Nails and screws.

*Joint System:* Tape, joint compound, wall and ceiling textures, sealants.

*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

### Technical Data

*Surface Burning Characteristics*

Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

*Fire Resistance Rating*

Fire resistance ratings are derived from tests performed by independent laboratories on assemblies of specific materials. Caution must be used to ensure that each component of the construction design is assembled properly and in accordance with the specified assembly.

### Installation

*Methods*

For non-rated construction, installation methods for single or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Fireguard Interior Guard

can be cut to the necessary size by scoring the face paper with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

*Safety*

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, an approved respirator should be worn. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high airborne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

### Handling Precautions

Stack DensArmor Fireguard Interior Guard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

### Material Safety Data Sheet

Material Safety Data Sheet (MSDS) is available on request.

### Board Decoration

DensArmor Fireguard Interior Guard is designed to accept most types of paints, textures and wall covering

*continued*

CC04853

 **Georgia·Pacific**    ABOUT US    GP PRODUCTS    CONTACT US

SEARCH »
**Building Products**

**Building Products**  GP Home > Building Products > FAQ

🖶 Printer Friendly

**FIND PRODUCTS BY:**

**FAQ**

**Product Category:**
- ▣ Gypsum Products
- ▣ Structural Panels
- ▣ Engineered Boards
- ▣ Lumber
- ▣ Engineered Lumber

**Type of Construction:**
- ▣ Residential
- ▣ Commercial
- ▣ Industrial/OEM

**Brand Name:**
Brand Name 

- » Innovation Center
- » Where to Buy
- » Customer Support
- » Searchable FAQs
- » Building Products Literature
- » News Releases
- » Do-It-Yourself Project Center

**Search using the following:**

Keywords:

Product Category:   All Categories...

Search

- » Builder
- » Remodeler
- » Contractor
- » Architect
- » Dealer
- » Industrial/OEM
- » Homeowner/DIY

**Q: How does DensArmor™ Plus compare to other gypsum products that are treated with mold-resistant coatings or sprays?**

A: Rather than treat the paper for mold resistance, DensArmor™ Plus replaces the organic paper food source with glass mat facings. The difference is a longer term solution rather than a surface treatment that could diminish over time.

**Q: How do you install and fasten DensArmor™ Plus?**

A: DensArmor™ Plus scores, cuts and fastens like traditional gypsum wallboard. Conventional drywall nails and screws are used to fasten it.

**Q: How should the joints be treated on DensArmor™ Plus to maintain a mold resistant surface?**

A: Use fiberglass mesh tape and a setting-type compound to bed fiberglass tape. Ready-mix joint compound can be used for subsequent coats.

**Q: How does one finish DensArmor™ Plus?**

CC04854

A: The field of DensArmor™ Plus can be finished the same as regular gypsum wallboard.

**Q: Is DensArmor™ Plus mold proof?**

A: No, it is mold resistant (tested, as manufactured, per ASTM D 3273). Mold can grow on virtually any surface when exposed to the right elements.

**Q: Is there a mold warranty for DensArmor™ Plus?**

A: There is no mold warranty. However, DensArmor™ Plus carries a three-month in-place exposure limited warranty and a three-year in-place (free from manufacturing defects) limited warranty.

**Q: What are the similarities and differences in DensArmor™ Plus Interior Panels and DensShield® Tile Backer?**

A: "DensShield and DensArmor™ Plus similarities: Both use coated glass mats as the back facer material. When installed against the wall framing, both products provide a glass mat surface facing the wall cavity that resists possible mold growth on the back of the panel. DensShield and DensArmor™ Plus both have cores that are moisture resistant, manufactured to ASTM C 630 specifications. DensShield and DensArmor™ Plus differences: DensArmor™ Plus does not have a water-stopping acrylic coating. The coating on DensShield provides a vapor barrier to stop moisture from penetrating into the product and wall. DensShield is made to be used in wet areas such as showers and tub areas as a substrate for ceramic tile. DensShield is manufactured to ASTM C 1178. DensArmor™ Plus features a tapered edge for joint finishing while DensShield has a square edge."

**Q: What are the wicking characteristics of DensArmor™ Plus?**

CC04855

A: With its moisture-resistant core and the absence of paper facings, DensArmor™ Plus resists wicking similar to DensShield Tile Backer. (.31" over 24 hr. period)

**Q: Can a contractor use DensArmor™ Plus in a pool area, or a pump house and other areas of extreme moisture?**

A: DensArmor™ Plus is a suitable panel to replace green board. It should not be specified in areas that will see moisture levels higher than that of a residential bathroom. For pool areas, see the DensShield Tile Backer catalog under non-tile applications.

**Q: Can DensArmor™ Plus be used as an exterior sheathing?**

A: No. DensArmor™ Plus should not be used on exterior applications.

**Q: DensArmor™ Plus be used in an exterior soffit?**

A: Yes, DensArmor™ Plus is suitable for soffit applications where it is not exposed directly to the elements. It can be finished using a setting-type joint compound prior to priming and painting.

**Q: What is the perm rating for DensArmor™ Plus?**

A: DensArmor™ Plus is permeable. DensArmor™ Plus will achieve the same as DensGlass Gold exterior sheathing: 1/2" = 23; 5/8" = 12. DensArmor™ Plus does not provide a moisture barrier like DensShield Tile Backer.

**Q: Can DensArmor™ Plus be used anywhere else besides the interior of the exterior wall?**

CC04856

A: Yes; any interior wall, basement wall or ceiling that is at risk of moisture are sound applications. (See DensArmor™ Plus potential use areas on the first page.)

**Q: What is the STC (sound) rating on DensArmor™ Plus?**

A: STC ratings are the same as ToughRock gypsum board wall and ceiling assemblies.

**Q: Why does DensArmor™ Plus have two ASTM numbers?**

A: The C 630 refers to the moisture-resistant core. The C 1177 refers to the proven moisture- and mold-resistant paperless Dens Technology.

**Q: What UL listings does DensArmor™ Plus have? Are they marked on the product?**

A: We have UL Listings for DensArmor™ Plus in the UL Fire Resistance Directory. Refer to the UL Web site at www.ul.com/certification/filenumberR2717. The UL stamp will be on the back of the board.

**Q: Is there an MSDS sheet available for DensArmor™ Plus?**

A: Yes, MSDS sheet #72 for DensArmor™ Plus is the same for all other Dens Technology products. Click to download the PDF

terms of use / privacy policy

CC04857



# Limited Warranty

DensArmor™ Plus Interior Guard panels are based on proven and patented Dens Technology, which has a lengthy history of performance. Based on that demonstrated track record, G-P Gypsum Corporation backs the performance of DensArmor Plus interior panels with the following warranty:

• Three-months of coverage against in-place exposure damage.

• A three-year warranty against manufacturing defects.

G-P Gypsum warrants to the builder, remodeler, contractor and architect who utilizes DensArmor™ Plus Interior Panels or DensArmor Plus Fireguard® gypsum panels (DensArmor) in a structure, that, subject to the limitations stated below, the product will not, deteriorate, delaminate or decay for up to three (3) months from the date of installation due to exposure to normal weather conditions or other sources of moisture or excessive humidity, so long as it is stored and installed in accordance with all G-P Gypsum instructions.

G-P Gypsum further warrants to the initial owner of a structure ("Owner") which incorporates in it, DensArmor Plus Interior Panels or DensArmor Plus Fireguard® gypsum panels ("DensArmor") that, subject to the conditions and limitations below, the panel(s) will be free of manufacturing defects which make them unsuitable for their intended use. The terms of this warranty shall be for three (3) years commencing with the date of purchase by the product's applicator or installing contractor.

In the event the warranted Panels do not comply with provisions of this warranty, G-P Gypsum will reimburse the cost of repair or replacement of the affected panels, up to a maximum amount of two (2) times the original purchase price of the affected panels. Any cost or expense beyond this amount shall be the Owner's responsibility. All claims must be made in accordance with the claims and inspection procedure below. However, this warranty shall not apply to and G-P Gypsum shall not be liable for:

1. Warranted panels not stored or installed in accordance with G-P Gypsum installation instructions. These instructions are available from G-P Gypsum's registered dealers or by writing to: G-P Gypsum Technical Services, 55 Park Place, 19th Floor, Atlanta, Georgia, 30303.

2. Damage to panels resulting from causes other than normal weather conditions, such as improper handling, impact of falling objects, earthquakes, hurricanes, flood, fire, hailstorms or high winds, cascading roof/floor water, ponding water or immersion in water. The warranty also excludes any claim for the development of mold on the product.

3. Damage to panels caused by failure or distortion in the walls or foundation of the structure, including settling of the building or movement of framing members.

**Any implied warranty, including warranty for a particular purpose and warranty of merchantability is hereby limited in duration to that of the express warranty contained in this document unless a shorter period is permitted by law. In any event, G-P Gypsum shall not be responsible for any incidental or consequential damages such as personal injuries or damage to a structure or its contents. This document states the entire liability of G-P Gypsum with respect to DensArmor Plus Interior panels and DensArmor Plus Fireguard™ gypsum panels.**

Any and all claims must be made in writing within ten (10) days after discovery of the defect to:

G-P Gypsum Corporation
55 Park Place
19th Floor
Atlanta, Georgia 30303



G-P Gypsum must be given a reasonable opportunity to inspect the claim. G-P Gypsum shall not be liable for any cost of repair or replacement that is not pre-authorized in writing by G-P Gypsum.

G-P Gypsum does not warrant and is not responsible for the performance of coatings or finishes applied over DensArmor Plus interior panels.

© 2004 G-P Gypsum Corporation.
DensArmor Plus is a registered trademark
of G-P Gypsum Corporation.
Printed in USA 10/04, XXX Lit. Item #102645

CC04858

 

DENSGUARD™

DENSARMOR™ PLUS
Interior Panel

1/2"

# Paperless DensGuard™ Protection

**Manufacturer**

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m. Monday-Friday (ET)
www.gpgypsum.com

## Description

DensArmor™ Plus Interior Guard is a patented interior panel that consists of a moisture-resistant, noncombustible gypsum core with coated glass mat facings. The glass mat facings provide superior protection from incidental moisture. DensArmor Plus is highly resistant to the growth of mold, as manufactured, per ASTM D 3273.

The core of DensArmor Plus is reinforced with inorganic glass fibers, increasing the product's strength. The core and the coated facings made with inorganic glass fibers offer greater moisture resistance and improved dimensional stability than regular gypsum wallboard. The product resists warping, rippling and buckling. DensArmor Plus exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

## Primary Uses

DensArmor Plus Interior Guard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Plus is manufactured with glass mat surfaces. It has a tapered edge to receive joint treatment. The field of the board can be finished the same as regular gypsum wallboard.

## Limitations

DensArmor Plus Interior Guard is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Plus Interior Guard where there is prolonged exposure to temperatures exceeding 125°F, e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

## Applicable Standards

Appropriate sections of ASTM C 630 and ASTM C 1177 (Physical Properties); CSA-A82.27-M and Federal Specification SS-L-30d, Type III, Grade W

## Sizes and Edges

| Thickness | Widths | Lengths |
|---|---|---|
| 1/2" | 4' | 8' - 12' |

Edges: Tapered.

## Supplemental Materials

*Fasteners:* Nails and screws.

*Joint System Recommendations:* Fiberglass mesh tape, bedded with gypsum setting-type joint compound. Following coats may be regular joint compound.

*Finishing:* The same as regular gypsum wallboard.

*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

## Technical Data

### Surface Burning Characteristics

Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

### Mold Resistance

Resists the growth of mold when tested, as manufactured, according to ASTM D 3273.

## Installation

### Methods

Installation methods for single or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Plus Interior Guard can be cut to the necessary size by scoring the glass mat facing with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

### Safety

During installation involving cutting, scoring and breaking, safety glasses are recommended. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high airborne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

### Handling Precautions

Stack DensArmor Plus Interior Guard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

### Material Safety Data Sheet

Material Safety Data Sheet (MSDS) is available on request.

*continued*

CC04859

Technical Hotline: 800-225-6119  8 a.m. - 6 p.m. M-F (ET)                    www.gpgypsum.com

## Board Decoration

DensArmor Plus Interior Guard accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

## Limited Warranty

DensArmor Plus Interior Guard is backed with the following warranty:

Three months of coverage against in-place exposure damage

A three-year warranty against manufacturing defects

### Table I
### Minimum Framing Spacing (Wood or Metal)

|          | Single-ply Thickness | Application | O.C. Spacing |
|----------|-----------|-------------|--------------|
| Ceilings* | 1/2" | Parallel to framing | 16 o.c. |
|          | 1/2" | Right angles to framing | 24 o.c. |
| Walls | 1/2" | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, DensArmor Plus shall be installed at right angles to framing.

### Table II
### Single-Ply Application[1]

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Applications | | | Screw Applications | | |
|---------------------|-------------------|---|---|--------------------|---|---|
|                     | Minimum Nail Length | Spacing Walls | Ceilings | Screw Length | Spacing Walls | Ceilings |
| 1/2" | 1 3/8" | 8 | 7 | 1 | 16 | 12 |

[1] Also refer to local code requirements.
[2] Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

### Table III
### Physical Properties

| Properties | 1/2" DensArmor™ Plus Interior Guard |
|------------|-------------------------------------|
| Thickness, nominal | 1/2" (12.7mm) ± 1/64" (0.4mm) |
| Width, standard | 4' (1220mm) ± 3/32" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± 1/4"(6.4mm) |
| Weight[1], lbs./M sq. ft., nominal | 1900[1] |
| Edges | Tapered |
| Surfacing | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | 80 |
| Flexural strength, perpendicular, lbs. | 100 |
| R Value[2] | .56 |
| Nail pull resistance minimum, lbs. | 80 |
| Hardness, lbs. force, core, edges and ends | ≥15 |
| Water absorption (% of weight) | <5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): flame spread/smoke developed | 15/5 |
| Humidified deflection, inches | 7/8" |

[1] Represents approximate weight for design and shipping purposes.
[2] Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.

For more information about DensArmor™ Plus and other DensGuard™ glass mat products for interiors and exteriors, contact the G-P Gypsum Technical Service Hotline at 1.800.225.6119.

For sales information and order placement, call:

USA
Midwest:   1.800.876.4746
South:       1.800.327.2344
Northeast:  1.800.947.4497
West:        1.800.824.7503
CANADA    1.800.387.6823
Québec     1.800.361.0486

© 2004 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 06/04 XXX
Lit. Item #1026Z0



## G-P Gypsum
a Georgia-Pacific company

CC04860

 

**DENSARMOR™ PLUS** 5/8"
**Interior Panel** Fireguard®

## Paperless DensGuard™ Protection

**Manufacturer**

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m. Monday-Friday (ET)
www.gpgypsum.com

**Description**

DensArmor Plus Fireguard® Interior Guard is a patented interior panel that consists of a moisture-resistant, non-combustible gypsum core with coated glass mat facings. The glass mat facings provide superior protection from incidental moisture. DensArmor Plus Fireguard is highly resistant to the growth of mold, as manufactured, per ASTM D 3273.

The core of DensArmor Plus Fireguard is reinforced with inorganic glass fibers, increasing the product's strength. The core and the coated facings made with inorganic glass fibers offer greater moisture resistance and improved dimensional stability than regular gypsum wallboard. The product resists warping, rippling and buckling. DensArmor Plus Fireguard exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

A specially formulated gypsum core that includes glass fibers allows DensArmor Plus Fireguard to help protect framing members and prevent or delay the spread of fire. With joints covered, DensArmor Plus Fireguard will resist passage of smoke.

**Primary Uses**

DensArmor Plus Fireguard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Plus Fireguard is manufactured with glass mat surfaces. It has a tapered edge to receive joint treatment.

The field of the board can be finished the same as regular gypsum wallboard.

**Limitations**

DensArmor Plus Fireguard is a non-structural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Plus Fireguard where there is prolonged exposure to temperatures exceeding 125°F, e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

**Applicable Standards**

Applicable sections of ASTM C 630 and ASTM C 1177 (Physical Properties); CSA-A82.27-M and Federal Specification SS-L-30d, Type III, Grade X and SS-6-30D

**Sizes and Edges**

| Thickness | Widths | Lengths |
|-----------|--------|---------|
| 5/8" | 4' | 8' - 12' |

Edges: Tapered.

**Supplemental Materials**

*Fasteners:* Nails and screws.

*Joint System Recommendations:* Fiberglass mesh tape, bedded with gypsum setting-type joint compound. Following coats may be regular joint compound.

*Finishing:* The same as regular gypsum wallboard.

*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

**Technical Data**

*Surface Burning Characteristics*
Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

*Mold Resistance*
Resists the growth of mold when tested, as manufactured, according to ASTM D 3273.

**Installation**

*Methods*

For rated assemblies, appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that all details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publication GA-216 will facilitate optimum performance through preferred construction practices.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Plus Fireguard can be cut to the necessary size by scoring the glass mat facing with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

*Safety*

During installation involving cutting, scoring and breaking, safety glasses are recommended. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high air-borne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

*continued*

CC04861

## Handling Precautions

Stack DensArmor Plus Fireguard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

### Material Safety Data Sheet

Material Safety Data Sheet (MSDS) is available on request.

## Board Decoration

DensArmor Plus Fireguard accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

## Limited Warranty

DensArmor Plus Fireguard is backed with the following warranty:

Three months of coverage against in-place exposure damage

A three-year warranty against manufacturing defects

**For more information about DensArmor™ Plus Fireguard and other DensGuard™ glass mat products for interiors and exteriors, contact the G-P Gypsum Technical Service Hotline at 1.800.225.6119.**

**For sales information and order placement, call:**

**USA**
| | |
|---|---|
| Midwest: | 1.800.876.4746 |
| South: | 1.800.327.2344 |
| Northeast: | 1.800.947.4497 |
| West: | 1.800.824.7503 |
| **CANADA** | 1-800.387.6823 |
| Quebec | 1.800.361.0486 |



**G-P Gypsum**
a Georgia-Pacific company

### Table I
### Minimum Framing Spacing (Wood or Metal)

| | Single-ply Thickness | Application | O.C. Spacing |
|---|---|---|---|
| Ceilings* | ⅝" | Parallel to framing | 16 o.c. |
| | ⅝" | Right angles to framing | 24 o.c. |
| Walls | ⅝" | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, DensArmor Plus shall be installed at right angles to framing.

### Table II
### Single-Ply Application[1]

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Applications | | | Screw Applications | | |
|---|---|---|---|---|---|---|
| | Minimum Nail Length | Spacing Walls | Spacing Ceilings | Screw Length | Spacing Walls[1] | Spacing Ceilings |
| ⅝" | 1⅝" | 8 | 7 | 1⅛" | 16 | 12 |

[1] Also refer to local code requirements.
[2] Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

### Table III
### Physical Properties

| Properties | ⅝" DensArmor™ Plus Interior Guard |
|---|---|
| Thickness, nominal | ⅝" (15.9mm) ± ¹⁄₆₄" (0.4mm) |
| Width, standard | 4' (1220mm) ± ³⁄₃₂" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± ¼"(6.4mm) |
| Weight[1], lbs./M sq. ft., nominal | 2500[1] |
| Edges | Tapered |
| Surfacing | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | 100 |
| Flexural strength, perpendicular | 120 |
| R Value[2] | .67 |
| Nail pull resistance minimum, lbs. | 90 |
| Hardness, lbs. force, core, edges and ends | ≥15 |
| Water absorption (% of weight) | <5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): flame spread/smoke developed | 15/5 |
| Humidified deflection, inches | ⅛" |

[1] Represents approximate weight for design and shipping purposes.
[2] Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.

© 2004 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 06/04 XXX
Lit. Item #102621

CC04862

1. Rolling is not a preferred method unless absolutely necessary as it will only require very thin layers. In most cases, 6-8 layers will be necessary instead of 3.

2. Fire test ratings are achieved when QuietCoat is used in accordance with test designation.

3. The vibration absorbing properties will continue to improve for up to one week after the final coat is applied.

All QuietCoat products are lab tested and environmentally friendly.

16 oz. spray can, 32 oz. jug, 1-gallon jug, 5-gallon pail, and 50-gallon drum

Above 250°F (121°C) Note: Will not burn

Time    0.00 seconds (no measurable flame)

0.00 inches (no measurable burn)

g Time    0.00 seconds (no measurable dripping)

12.58 lbs/gallon

ring    8.5 lbs/gallon

4,000 centipoise

20–40 ft²/gallon, typical

rmance    Typical noise reduction from 6dB to 20dB, depending on application

**Additional Information**
This document is intended as a product submittal only. For complete information regarding QuietCoat Brand Noise Damping Coating, please refer to QuietCoat data sheets, application notes and MSDS.

**Trademarks**
The following trademarks used herein are owned by Quiet Solution: QuietCoat.

**Note**
Products described here may not be available in all geographic markets. Consult your Quiet Solution sales office or representative for information.

**Notice**
We shall not be liable for incidental and damages, directly or indirectly sustained, loss caused by application of these goods other than the intended use. Our liability is limited to replacement of defective goods shall be deemed waived unless made in writing within thirty (30) days from date it was or should have been discovered.

**Safety First**
Follow good safety and industrial hygiene practices during handling and installing all products and systems. Take necessary precautions and wear the appropriate personal protective equipment as needed. Read material safety data sheets and related literature on products before specification and/or use for safety information: (408) 523-4000. KEEP OUT OF REACH OF CHILDREN.

Manufactured by
Quiet Solution
1250 Elko Drive
Sunnyvale, CA 94089

800 797 8159
www.QuietSolution.com

 Quiet Solution

CC04863




# GyProc® Fireguard® Moisture-Guard® Gypsum Board

...TURER



...(EST)

...ture-Guard®
...ncombustible,
...gypsum core. The
...istant additive
...ter resistance.
...d increasing its
...t the passage of
...oth faces and on
...recycled paper.
...ceives the tile
...ds are square
...no paper facing.
...enboard.

...T...

...psum Board
...mic, plastic
...c or shower
...onstruction. It is
...anical attachment
...ng framing
...with a desig-

...ypsum core which
...Fireguard
...d to remain
...protect fram-
...g or delaying the
...ered, Fireguard
...rd will resist

...sum Board
...mic and
...c. non-tile

...psum Board is
...hould not be
...e mechanical
...-mounted
...ed using only

Fireguard Moisture-Guard Gypsum Board shall be installed so that tile is applied on the green side of the board.

Do not use Fireguard Moisture-Guard Gypsum Board where there is prolonged exposure to temperatures exceeding 125°F and/or continuous exposure to extreme humidity; e.g., located adjacent to wood-burning stoves, heating appliances, saunas, steam rooms, swimming pools and gang shower rooms.

Do not install vapor retarders directly behind Fireguard Moisture-Guard Gypsum Board. In retrofit, old coatings or covers must be penetrated effectively or removed to prevent a double vapor barrier.

Do not use as shower floors or curbs. Do not use in conjunction with passive solar heat systems.

If Fireguard Moisture-Guard Gypsum Board is to be painted or papered, it should be primed with a latex primer prior to receiving decoration.

If product is used in a ceiling application, framing spacing is 12" o.c. maximum for ½" thickness and 16" o.c. maximum for ⅝" thickness.

## APPLICABLE STANDARDS

ASTM C 630, CSA-A82.27-M
Federal Specification SS-L-30D, Type VII Grade W, X.

## BUILDING CODE CONFORMITY

Fireguard Moisture-Guard Gypsum Board conforms to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ½" | 48" | 8'-12' |
| ⅝" | 48" | 8'-12' |

Edges: Tapered.

## SUPPLEMENTAL MATERIALS

Fasteners and corner beads and trim, expansion joints, tape, joint compound. Sealants and tile adhesives.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84 or CAN/ULC-S102. The core is noncombustible when tested in accordance with ASTM E 136.

### FIRE RESISTANCE RATING

A specially formulated gypsum core which includes glass fibers enables Fireguard Moisture-Guard Gypsum Board to remain intact during a fire, helping to protect framing members and preventing or delaying the spread of fire. With joints covered, Fireguard Moisture-Guard Gypsum Board will resist passage of smoke. ⅝" Fireguard Moisture-Guard Gypsum Board is classified in Underwriters Laboratories.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

Fireguard Moisture-Guard Gypsum Board may be applied according to the Gypsum Association Publication GA-216, GA-201 and GA-650 or ASTM C 840 for non-fire rated construction.

For fire resistance rated construction, application regarding board orientation, fastener type and spacing shall be consistent with the tested construction details. These details are published in the Gypsum Association Fire Resistance Design Manual GA-600, UL/ULC Fire Resistance Directory, and Inchcape Testing Services/Warnock Hersey Listings Book.

### METHODS

For non-rated construction, installation methods for single- or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

G-P Gypsum Corporation 

CC04864

The in... ...hod ... ...ed should be
plane... ...t ... ...min ... ...e the number of
end ... ... ... ...! Mo...re-Guard
Gypsum ... ... ... ...y scoring and
snappi... ... ... ...g from face side.
Position ... ... ...st ... ...Guard Gypsum
Board ... ... ...j w... ...een side away
from tren... ... ...k ...aw c...es (ond joints
and cut...ou... ...ad...hes... ...r waterproofing
compou... ...Sp... ...ste... ...6" o.c. for walls
and ceil...

## SAFETY

During installation involving cutting, scoring
and breaking, safety glasses are recom-
mended. If the work environment is dusty, a
NIOSH-approved respirator should be worn.
Do not use a power saw.

## HANDLING PRECAUTIONS

Stack Fireguard Moisture-Guard Gypsum
Board on a flat, level surface. As individual
sheets are removed for installation, they
should be raised up on edge carefully

and carried in a vertical position.
Appropriate handling also is outlined in
Gypsum Association Publications GA-216
and GA-801.

Take care to avoid impact, undue flexing
and damage to edges, ends and corners.

## MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is
available upon request.

| PHYSICAL PROPERTIES | | |
|---|---|---|
| ...OPERTI...S... | ½" FIREGUARD® MOISTURE-GUARD® | ⅝" FIREGUARD® MOISTURE-GUARD® |
| Thickness ...nom...nal | ½" (12.7mm), ± ¼4" (0.4mm) | ⅝" (15.9mm), ± ¼4" (0.4mm) |
| Width ...in... | 4' (1220mm) ± ³⁄₃₂" (2.4mm) | 4' (1220mm) ± ³⁄₃₂" (2.4mm) |
| Length ...nc... | 8' (2440mm) to 12' (3660mm) ±¼" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± ¼" (6.4mm) |
| Weig... ...t, n...al | 2000 | 2500 |
| Edge | Tapered | Tapered |
| Flexu... ...minim... Paral...l... Perpe... | 40 110 | 50 150 |
| R value | .45 | .56 |
| Nail pu...esis...e lbs. m...mum | 80 | 90 |
| Hardne... ...be... core, e...s ...nds | ≥15 | ≥15 |
| Humi... ...on...ma...um | ⅛" | ⅝" |
| Pack... | Two pieces per bundle, face-to-face and end taped. | Two pieces per bundle, face-to-face and end taped. |
| Surfa... ...ics (per ...C-S102) Core, ...e... tested in accor...c ...ASTM...136. | Flame Spread 15 Smoke Developed 0 | Flame Spread 15 Smoke Developed 0 |
| Surfac...g... | 100% recycled paper coverings on face, back and long edges; green color on face | 100% recycled paper coverings on face, back and long edges; green color on face |
| Fram...g... ...maxim... Walls Ceili... | 16" o.c. 12" o.c. | 24" o.c. 16" o.c. |
| Water... ...m...mum | 5.0 | 5.0 |

¹...te... in accordance with ASTM C 473.   ²Tested in accordance with ASTM C 518, Heat Flow Meter
³...r...inimum values are as defined in ASTM C 36.   Other lengths and types may be available on special order.

### Technical Information
**U.S.A. and Canada: 1-800-225-6119**

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

**For additional literature 1-800-BUILD GP (284-5347).**

FIREGUARD... ...MOISTU...-GUARD are registered trademarks of G-P Gypsum Corporation

**G·P Gypsum Corporation** 

CC04865



# Dens-Glass® Gold Sheathing

GYPSUM PRODUCTS

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

Dens-Glass® Gold is a unique, "paperless" sheathing panel made of a patented water resistant and silicone-treated core, surfaced with glass mat facings and a "gold" colored alkali-resistant coating. Providing superb protection from the elements, Dens-Glass Gold panels are highly resistant to delamination and deterioration due to weather.

Dens-Glass Gold exhibits 50-100% greater flexural strength than regular gypsum sheathing, with a dimensional stability that assures resistance to warping, rippling, buckling and sagging for a flat and even substrate. Dens-Glass Gold is noncombustible, with tests showing no flame spread or smoke development. Since Dens-Glass Gold panels are strong in both directions, they may be installed either vertically or horizontally to framing members.

## PRIMARY USES

Because of the superior performance of Dens-Glass Gold, it is specified for exterior walls, ceilings and soffits in a wide variety of applications. These include exterior finish systems with insulation (EIFS); cavity walls in brick veneer applications; direct exterior finish systems without insulation (DEFS) for areas with minimal freeze-thaw cycles; cladding such as wood siding, vinyl siding, composition siding, siding, wood shingles, shakes, stone, brick, conventional stucco systems and plywood siding panels requiring a single-ply backing; and interior finish systems that require a substrate panel with superior fire and moisture resistance.

For EIFS applications, Dens-Glass Gold gypsum sheathing is an ideal substrate for adhesive or mechanical application of expanded polystyrene (EPS) or extruded polystyrene insulation, and is recommended in all climate zones.

Dens-Glass Gold is an excellent substrate for DEFS applications in areas with minimal freeze-thaw cycles, and will not delaminate or deteriorate due to weather even during construction delays lasting as long as six months under appropriate storage conditions.

Most exterior sidings and wall coverings— including wood, vinyl, composition, metal, stone, brick, stucco, wood shingles, shakes and plywood panels—may be applied directly over Dens-Glass Gold sheathing with excellent results. Building felt is often not always necessary; consult local building codes for joint treatment alternatives and building felt requirements.

Dens-Glass Gold is an ideal product for exterior ceilings and soffits for both cold and warm climate zones. It resists sagging, even under exceptionally humid conditions. Panels are applied directly to structural framing. Surface and joints may be finished and painted, or the ceiling/soffit may be surfaced with an exterior finish system.

## LIMITATIONS

Dens-Glass Gold must be installed yellow side facing out, according to specified manufacturer's guidelines, applicable code requirements and applicable details found in the Gypsum Association publication GA-253.

Dens-Glass Gold is designed to be a component in properly designed cladding or exterior system. The suitability and compatibility of Dens-Glass Gold as part of any system is the responsibility of the system manufacturer. A weather barrier cladding must be applied prior to the expiration of the six (6) months exposure.

Do not use a vapor barrier on the exterior wall behind Dens-Glass Gold in DEFS installations. (Use vapor permeable weather barrier.)

Do not use Dens-Glass Gold as a base for nailing or mechanical fastening. When used in a soffit application, moisture should not be allowed to settle or pond on the top of Dens-Glass Gold.

In all applications, coatings and sealants must be properly and sufficiently applied to protect Dens-Glass Gold from excessive moisture.

Dens-Glass Gold should not be laminated to masonry surfaces; use furring strips or framing spaced at manufacturer's specifications.

Dens-Glass Gold may be used in DEFS (direct applied) exterior wall applications in approved areas.

Dens-Glass Gold should not be applied below grade.

## TECHNICAL DATA

Dens-Glass Gold exceeds ASTM E 283 and E 331 test criteria for both Air Infiltration and Static Water penetration with approved joint finish methods as alternates to building felts

Dens-Glass Gold panels provide 0 flame spread, 0 smoke developed when tested in accordance with ASTM E 84. Noncombustible when tested in accordance with ASTM E 136

Dens-Glass Gold exceeds ASTM C 79 standards for humidified deflection by a factor of 10 in tests over the standard for regular gypsum sheathing.

Dens-Glass Gold Fireguard® qualifies for a one-hour fire resistant construction (UL U337) when tested in accordance with ASTM E 119, and is UL classified.

Dens-Glass Gold conforms to ASTM C 117.

## INSTALLATION

1. The surface of framing and furring members to receive Dens-Glass Gold should not vary more than ¼" from the plane of faces of adjacent members.

2. End joints, if required, should be offset; joints should fit snugly and flashing installed around all openings.

3. Dens-Glass Gold panels of the maximum lengths possible should be used to minimize the number of joints. Edge joints must be located parallel to and with vertical orientations on framing. End joints of adjacent lengths of Dens-Glass Gold mus be staggered.

4. Dens-Glass Gold must be attached to wood framing with nails spaced 4" o.c. at perimeter for racking shear resistance, 8" o.c. at perimeter where racking shear resistance is not required, and 8" o.c. in field.

5. For metal framing installations, Dens-Glass Gold must be attached to metal framing with screws spaced 8" o.c. at perimeter and 8" o.c. in field.

6. Fasteners must be driven so as to bear tight against and flush with surface of sheathing. Fasteners must NOT be countersunk.

7. Fasteners must be located a minimum of ⅜" from edges and ends of sheathing panels.

G-P Gypsum Corporation

CC04866

8. Where Dens-Glass Gold is used in applications involving veneer systems, any joint treatment required should be in accordance with sheathing manufacturer's instructions and requirements of local governing authorities.

9. Where Dens-Glass Gold is used in applications of painted ceilings and soffits, joint tape must be applied over joints and embedded in a specified, setting type joint compound. For smooth finish, the surface should be skim coated with joint compound.

10. If required, building paper or equal should be installed with flashing around openings. For DEFS, a secondary weather barrier (not a vapor barrier) should be applied behind Dens-Glass Gold.

 **PRODUCT DATA**

Thicknesses: ½"—12.7mm
            ⅝"—15.9mm Fireguard®

Width: 4'—1220mm standard, tolerance up to –⅛"

Lengths: 8', 9' or 10' standard, tolerance +¼".

Other lengths available upon request

Edges: Square

Conforms to ASTM C 1177, Glass Mat Gypsum Substrate for Use as Sheathing.

## PHYSICAL PROPERTIES

| PROPERTIES | ½" DENS-GLASS® GOLD SHEATHING | ⅝" DENS-GLASS® GOLD FIREGUARD®, TYPE X |
|---|---|---|
| Thickness, nominal inches | ½" | ⅝" |
| Width, nominal | 4' – ⅛" | 4' – ⅛" |
| Length, standard | 8', 9', 10' ± ¼" | 8', 9', 10' ± ¼" |
| Weight, lbs./M sq. ft., nominal | 1900 | 2500 |
| Surfacing | Glass fiber mat | Glass fiber mat |
| Racking strength, lbs./ft. (dry) (Ultimate—not design value) | 617 | 711 |
| Flexural strength, parallel, lbs. (4' direction) | 80[7] | 100[7] |
| Humidified deflection, inches | ⅜"[2] | ⅛"[7] |
| Surface Water Absorption, grams[4] | .84 | .73 |
| Permeance (perms)[5] | 23 | 12 |
| R value[6] | .56 | .67 |
| Flame Spread/Smoke Developed | 0 | 0 |
| Linear verification with change in moisture in/in/%RH | 6.25 x 10[-6] | 6.25 x 10[-6] |

Comparative values are based on tests conducted in accordance with ASTM C 473 and ASTM E 72.
[1]Gypsum Association GA-253.254.    [2]Minimum requirements for ASTM C 79 standard specification.
[3]Maximum requirements for ASTM C 79 standard specification.    [4]Tested in accordance with ASTM C 79.
[5]Tested in accordance with ASTM C 355 (dry cup method).    [6]Tested in accordance with ASTM C 518 (heat flow meter).
[7]Minimum requirements for ASTM C 1177 standard specification.

### Technical Information
**U.S.A. and Canada: 1-800-225-6119**

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Midwest: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| Northeast: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

**For additional literature 1-800-BUILD GP (284-5347).**

DENS-GLASS and FIREGUARD are registered trademarks of G-P Gypsum Corporation.
©1998 G-P Gypsum Corporation. All rights reserved.
Printed in the U.S.A. 2/98. Lit. Item # 101514.

**G·P Gypsum Corporation**

CC04867



# GyProc® Fireguard® Shaft Liner™ Panel

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical  1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Fireguard® (type X) Shaft Liner™ panels have a noncombustible, dimensionally stable inert gypsum core. The core contains a water-resistant additive which provides increased water resistance. The core has been reinforced with the addition of inorganic glass fibers, increasing its strength and its resistance to the passage of heat. The surfacings on both faces and on the long edges are 100% recycled paper. The front and back face papers are green. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

Fireguard Shaft Liner panel is one component in gypsum board shaft wall systems with a designated fire-resistive rating used in building construction.

A specially formulated gypsum core which includes glass fibers enables Fireguard Shaft Liner panels as an assembly component to remain intact during a fire, helping to protect framing members while preventing or delaying the spread of fire.

### LIMITATIONS

- Non-load bearing
- Not to be used in an unlined air supply duct
- Not designed for exposure to constant high-moisture conditions or direct water
- Elevator door assemblies require support independent of shaftwall partitions
- Good construction practice calls for partition control joints to coincide with those of the building structure
- Limiting loads and heights not to exceed design specification
- Provide flexible sealant/caulk at partition perimeters and penetrations to avoid air leakage/whistling and dust collection

## APPLICABLE STANDARDS

ASTM C 442

### BUILDING CODE CONFORMITY

Fireguard Shaft Liner panels conform to the requirements of major building codes.

### SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| 1" | 24" | 8'-12' |

Edges: Double beveled.

### SUPPLEMENTAL MATERIALS

Tested metal shaft wall assembly components, corner beads and trim, expansion joints, joint tape, joint compound, sealants.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84 or CAN/ULC-S102. The core is noncombustible when tested in accordance with ASTM E 136.

### FIRE RESISTANCE RATINGS

Fireguard Shaft Liner panels are a component of gypsum board shaft wall assemblies classified for fire resistance by Inchcape Testing Services/Warnock Hersey.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections, penetrations and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

For fire resistance rated construction application regarding board orientation, fastener type and spacing shall be consistent with the tested construction details. These details are published in the Inchcape Testing Services/Warnock Hersey Listings Book.

The gypsum board shaft wall must be erected with all the components used in the successful fire endurance tests. Use only the components which were a part of the test; do not use any substitute components.

### METHODS

Appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

Fireguard Shaft Liner panels are but one component in gypsum board shaft wall assemblies. Other fire rated gypsum boards as well as certain metal components are used to make an assembly. The gypsum board shaft wall shall be erected with all the components used in the successful fire endurance tests.

The installation method selected should be planned carefully to minimize the number of end joints. Fireguard Shaft Liner can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.



CC04868

**SAFETY**
During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

**HANDLING PRECAUTIONS**
Stack Fireguard Shaft Liner panels on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing, and subsequent damage to board edges, ends and corners. Avoid scuffing the face to be finished.

**MATERIAL SAFETY DATA SHEET**
Material Safety Data Sheet (MSDS) available upon request.

| PHYSICAL PROPERTIES | |
|---|---|
| **PROPERTIES[1]** | **GYPROC® FIREGUARD® SHAFT LINER™ PANELS** |
| Thickness, nominal | 1″ (25.4mm), ± ¹⁄₃₂″ (0.8mm) |
| Width<br>  Nominal<br>  Actual | <br>24″ (610mm) ± ³⁄₃₂″ (2.4mm)<br>23⁷⁄₈″ (606.8mm) ± ³⁄₃₂″ (2.4mm) |
| Length[3], standard | 8′ (2440mm) to 14′ (4270mm) ± ¼″ (6.4mm) |
| Weight, lbs./M sq. ft., nominal | 4000 |
| Edges | Double beveled |
| Flexural strength, minimum<br>  Parallel, lbs.f.<br>  Perpendicular, lbs.f. | <br>80<br>230 |
| R value[2] | .87 |
| Nail pull resistance<br>  lbs. minimum | <br>80 |
| Hardness, lbs. force<br>  core, edges and ends | <br>≥15 |
| Surface Burning Characteristics<br>  (per ASTM E 84 or CAN/ULC-S102) | Flame Spread 15<br>Smoke Developed 0<br>(Product can be considered a Class A or Class I material) |
| Packaging | Single pieces |

[1]Tested in accordance with ASTM C 473.    [2]Tested in accordance with ASTM C 518, Heat Flow Meter
[3]Lengths normally stocked are 8′, 10′, and 12′. Special lengths up to 14′ may be available with lead times and minimum runs which vary by plant. Call 800-947-4497 for further information.
Note: Specified minimum values are as in ASTM C 442. Values are based upon tests conducted in accordance with ASTM C 473.

### Technical Information
U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

**For additional literature 1-800-BUILD GP (284-5347).**

FIREGUARD and GYPROC are registered trademarks and SHAFT LINER is a trademark of G-P Gypsum Corporation.
©1997 G-P Gypsum Corporation. All rights reserved.
Printed in U.S.A. 3/97. Lit. Item # 101,003.

**G·P Gypsum Corporation** 

CC04869