UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**CHRISTOPHER DAVY AND AMY DAVY, ET AL.
V. KNAUF GIPS KG, ET AL.**

CA 09-6533
_____/

### NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY:  /s/ *Gary F. Baumann*
       GARY F. BAUMANN
       Fla. Bar. No.:  89052

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

                                FULMER LeROY ALBEE BAUMANN, P.L.C.
                                Attorneys for Defendant,
                                INDEPENDENT BUILDER SUPPLY
                                ASSOCIATION, INC.
                                2866 East Oakland Park Boulevard
                                Fort Lauderdale, FL  33306
                                (954) 707-4430  phone
                                (954) 707-4431  fax


                              BY: /s/ *Gary F. Baumann*
                                    GARY F. BAUMANN
                                    Fla. Bar. No.:  89052