UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| KENNETH and BARBARA WILTZ, et al | * | |
| vs. | * | |
| BEIJING NEW BUILDING MATERIALS | * | |
| PUBLIC Ltd, et al | * | |
| Case No. 2:10-cv-361-EEF-JCW | * | MAG. WILKINSON |

**ORDER GRANTING DEFENDANT LTL CONSTRUCTION, INC.'S
<u>MOTION TO EXCEED PAGE LIMITATION</u>**

Considering Defendant LTL's Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE