UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>**CINDY A. GOLDSTEIN, ET AL.**<br>**V. KNAUF GIPS KG, ET AL.**<br><br>CA 09-5869<br>_____/ | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter "IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN
Fla. Bar. No.:  89052

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

                                  FULMER LeROY ALBEE BAUMANN, P.L.C.
                                  Attorneys for Defendant,
                                  INDEPENDENT BUILDER SUPPLY
                                  ASSOCIATION, INC.
                                  2866 East Oakland Park Boulevard
                                  Fort Lauderdale, FL  33306
                                  (954) 707-4430  phone
                                  (954) 707-4431  fax

                                  BY: /s/ *Gary F. Baumann*
                                          GARY F. BAUMANN
                                          Fla. Bar. No.:  89052