# EXHIBIT "A-3"

MAY-10-2004  15:42        PHILLIPS MANUFACTURING              330 652 5981      P.01/01



**Specialists in custom drywall and plaster components  Since 1935**

**4601 SOUTH 76TH • OMAHA, NEBRASKA 68127 • 402-339-3800 • FAX 402-339-0772**

## CERTIFICATE OF COMPLIANCE

## FOR

## PHILLIPS DRYWALL METAL COLD ROLLED CHANNEL

**A – NAME AND ADDRESS OF PRODUCT PRODUCER AND LOCATION OF PLANT:**

> Phillips Manufacturing Co.
> 4601 South 76th Street
> Omaha, NE 68127

**B – PHILLIPS DRYWALL METAL COLD ROLLED CHANNELS: CRC ¾" AND CRC 1-1/2" WITH NO FURTHER DESIGNATIONS**

**C – APPLICABLE FEDERAL STANDARDS:**

> QQ-S-698        ASTM 1047 on galvanized product

**D – A ceiling and wall channel made in accordance with government drywall metal Standards as described herein.**

**E – 16 gauge plus or minus standard mill tolerances**

**F – WIDTH AND HEIGHT MEASUREMENTS MEET THE STANDARDS OF THE INDUSTRY**

**G – COMPARABILITY**

Phillips Drywall Metal Cold Rolled Channel has been proven under laboratory tests to be the equal of all other drywall cold rolled channel of comparable design and construction, when used as detailed and in accordance with the company's recommendations.

The above information is hereby submitted by:

**PHILLIPS MANUFACTURING COMPANY**

George Kubat
President

TOTAL P.01

CC04870

Technical Hotline: 800.225.6119  8 a.m. – 6 p.m. M-F (ET)          www.gp.com/gypsum

*continued from front*

board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

### Material Safety Data Sheet

Material Safety Data Sheet (MSDS) is available on request.

### Board Decoration

DensArmor Plus Interior Guard surfaced with one of the finishing options, accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

### Table I
### Minimum Framing Spacing (Wood or Metal)

|           | Single-ply Thickness | Application              | O.C. Spacing |
|-----------|----------------------|--------------------------|--------------|
| Ceilings* | ⅝"                   | Parallel to framing      | 16 o.c.      |
|           | ⅝"                   | Right angle to framing   | 24 o.c.      |
| Walls     | ⅝"                   | Right angle or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, gypsum board shall be installed at right angles to framing.

### Table II
### Single-Ply Application[1]

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Application | | | Screw Applications | | |
|---------------------|------------------|-------|----------|--------------------|-------|----------|
|                     | Minimum Nail Length[2] | Walls | Ceilings | Screw Length[2] | Walls | Ceilings |
| ⅝"                  | 1⅝"              | 8     | 7        | 1¼"               | 16    | 12       |

[1] Also refer to local code requirements.
[2] Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

### Table III
### Physical Properties

| Properties                                    | ⅝" DensArmor™ Plus Interior Guard          |
|-----------------------------------------------|--------------------------------------------|
| Thickness, nominal                            | ⅝" (12.7mm) ± 1/64" (0.4mm)                |
| Width, standard                               | 4' (1220mm) ± 3/32" (2.4mm)                |
| Length, standard                              | 8' (2440mm) to 12' (4880mm) ± ¼" (6.4mm)   |
| Weight, lbs./M sq. ft., nominal[1]            | 2500                                       |
| Edges                                         | Tapered                                    |
| Surfacing                                     | Coated glass mat on face, back             |
| Flexural strength, parallel, lbs.             | 100                                        |
| Flexural strength, perpendicular              | 120                                        |
| R Value[2]                                    | .67                                        |
| Nail pull resistance minimum, lbs.            | 90                                         |
| Hardness, lbs. force, core, edges and ends    | ≥15                                        |
| Water absorption (% of weight)                | 5%                                         |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): Flame spread | 0 |
| Humidified deflection, inches                 | ¼"                                         |

[1] Represents approximate weight for design and shipping purposes.
[2] Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.

## G-P Gypsum  **GP**
a Georgia-Pacific company

© 2002 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 08/02 XXX
Lit. Item #102621

CC04871

# Certification of Material

We certify and guarantee that the following materials supplied by us meet or exceed the ASTM Standards
and comply with the requirements of the Federal Specifications for each product as indicated.

## Marino\Ware Products

### STUD-RITE LIGHTWEIGHT STEEL FRAMING

| Structural Members | Web Depths | Flange Size | Return Size | Gages |
|---|---|---|---|---|
| C - Studs - Type CW & SW | 2-1/2" - 16" | 1-3/8" & 1-5/8" | 3/8" & 1/2" | [CW] 20 - 14 & [SW] 20-10 |
| Joists - Type J, JE, JX & JXW | 3-5/8" - 16" | 2" - 3-1/2" | 5/8", 7/8", 1" | 20 - 10 |
| Track - Type T & DT | 2-1/2" - 16" | 1-1/4" - 2" | | 20 - 10 |
| Flat Stock - Type FS | 2" | | | 18 - 16 |
| Channels - Type CR | 3/4" - 1-1/2" | 1/2" | | 16 & 12 |
| Slide Clips - Type WSC | | | | |

ASTM Designations

C955 - Standard Specification for Load Bearing (Transverse & Axial) Steel Studs, Runners (Tracks), and Bracing or Bridging for Screw Application of Gypsum Panel Products & Metal
   Plaster Bases
C1007 - Standard Specification for Installation of Load Bearing (Transverse & Axial) Steel Studs and Related Accessories

### STUD-RITE DRYWALL FRAMING

| Drywall Members | Web Depths | Flange Size | Return Size | Gages |
|---|---|---|---|---|
| C - Studs - Type DWS | 1-5/8" - 6" | 1-1/4" | 3/16" | 25 - 20 |
| Track - Type T, TR, TRU, WWT & DT | 1-5/8" - 6" | 1", 1-1/8", 1-1/4" | | 25 - 20 |
| Drywall Furring - Type FC | 7/8" & 1-1/4" | | | 25, 20, & 18 |
| Resilient Furring - Type RC | 1/2" | | | 25 |

ASTM Designations

C645 - Standard Specification for Non - Structural Steel Framing Members
C754 - Standard Specification for Installation of Steel Framing Members to Receive Screw Attached Gypsum Panel Products

### METAL LATH & ACCESSORIES

Lath - 1.75, 2.5 & 3.4, Self Furring Lath - 1.75, 2.5 & 3.4
Paperback Lath - 1.75, 2.5 & 3.4
Rib Lath - 2.5 & 3.4

ASTM Designations

C847 - Standard Specification for Metal Lath
C1002 - Standard Specification for Steel Drill Screws for the Application of Gypsum Panel Products or Metal Plaster Bases
C1047 - Standard Specification for Accessories for Gypsum Wallboard and Gypsum Veneer Base

### YIELD STRENGTH GRADES

Structural Products:
20 Gage & 18 Gage - 33ksi
16 Gage - 33ksi, unless ordered to be 50ksi
14 Gage, 12 Gage & 10 Gage - 50ksi

Drywall Products:
25 Gage - 20 Gage - 33ksi

ASTM Designations (Protective Coating Standards)

A924 - Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot - Dip Process
A653 - Standard Specification for Steel Sheet, Zinc Coated (Galvanized) or Zinc-Iron Alloy Coated (Galvannealed) by the Hot - Dip Process
A463 - Standard Specification for Steel Sheet, Aluminum - Coated, by the Hot - Dip Process
A591 - Standard Specification for Steel Sheet, Electrolytic Zinc - for Light Coating Weight (Mass) Applications
A792 - Standard Specification for Steel Sheet, 55% Aluminum - Zinc Alloy (Galvalume) - by the Hot - Dip Process
A875 - Standard Specification for Steel Sheet, Zinc - 5% Aluminum - Alloy Coated by the Hot - Dip Process

Notes:
1. Products are designed in accordance with American Iron & Steel Institute (AISI) "Specification for the Design of Cold Formed Steel Structural Members", latest edition and addenda.
2. Materials conform to the mechanical requirements of ASTM A653 "Quality of Sheet".
3. Structural products will be coated with a C40 or equivalent coating. Unless ordered to be in conformance with ASTM C955, which requires a G-60 coating.
4. Federal Specifications for these products have been replaced by applicable ASTM Standards.



A DIVISION OF WARD INDUSTRIES, INC.

| 400 METUCHEN ROAD | 134 BROADWAY | 777 GREENBELT PARKWAY |
| SOUTH PLAINFIELD, NJ 07080 | AMITYVILLE NY 11701 | GRIFFIN, GA 30223 |
| TEL. # (908) 757-9000, FAX #(908) 941-0005 | TEL. # (631) 691-2200, FAX #(631) 691-1492 | TEL. # (678) 688-1312, FAX #(678) 688-1349 |

CC04872

# SPECIFICATIONS FOR LIGHTWEIGHT STEEL FRAMING

## PART 1 - GENERAL

### 1.01 RELATED WORK SPECIFIED ELSEWHERE
(Architect Note:  List Appropriate Specifications Sections of Related Work Here.)

### 1.02 QUALITY ASSURANCE
(Architect Note:  Quality Assurance Section should include provisions for checking shop drawings, controlled on-site inspections, etc.)

### 1.03 SUBMITTALS
The following items shall be furnished by the contractor for approval prior to fabrication or delivery of material to the site:

### 1.03.01 SHOP DRAWINGS
Shop drawings shall be documents illustrating materials, shop coatings, steel thicknesses, details of fabrication, details of attachment to adjoining work, size, location, and spacing of fasteners for attaching framing to itself, details of attachment to the structure, accessories and their installation, and critical installation procedures.  Drawings may include plans, elevations, sections and details.

### 1.03.02 SAMPLES
Samples shall be representative pieces of all framing component parts and accessories.  Unless otherwise specified, pieces shall be 12" long and tagged with name of part and manufacturer.

### 1.03.03 CERTIFICATIONS
Certifications shall be statements from the manufacturer certifying that the materials conform to the appropriate requirements as outlined in the contract documents.

### 1.03.04 CALCULATIONS
Engineering calculations or data shall be submitted verifying the framing assembly's ability to meet or exceed design requirements as required by local codes and authorities.  These calculations shall include, but not be limited to the following items:

1.03.04.01 Steel Framing used to support rigid materials shall be designed for an allowable deflection of L/360.  Steel framing used to support semi-rigid materials shall be designed for an allowable deflection of L/240.

1.03.04.02 All connections (member to member, and member to structure), shall be thoroughly examined and designed.



| | |
|---|---|
| **SPECIFICATIONS** | **SS** |
| **LWSF** | **1** |

400 METUCHEN RD., S. PLAINFIELD, NJ 07080
(800) 627-4661

CC04873

1.03.04.03 Selected exterior and interior walls shall be designed to provide frame stability and lateral load resistance. If diagonal steel strapping is used to transfer lateral loads to the structure and foundation, additional studs may be required to resist the vertical component of the load from the diagonal bracing.

1.03.04.04 Wall bridging shall be designed to provide resistance to minor axis bending and rotation of wall studs.

1.03.04.05 In accordance with AISI Section D-4, rigid collateral facing materials may be considered as adequate support of members against rotation.

1.03.05 DESCRIPTIVE LITERATURE
Manufacturer's literature containing product and installation specifications and details.

1.04 APPLICABLE DOCUMENTS

1.04.01 ASTM Standards:

A-446 Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) By the Hot-Dip Process, Structural (Physical) Quality.

C-840 Standard Specification for the Application and Finishing of Gypsum Board.

C-841 Standard Specification for the Installation of Interior Lathing Furring.

C-842 Standard Specification for the Application of Interior Gypsum Plaster.

C-926 Standard Specification for the Application of Portland Cement Based Plaster.

C-954 Standard Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Bases to Steel Studs From 0.033 in. to 0.112 in. in Thickness.

C-955 Standard Specifications for Load Bearing (Transverse and Axial) Steel Studs, Runners (Track) and Bracing or Bridging For Screw Application of Gypsum Board and Metal Plaster Bases.

C-1007 Standard Specification for the Installation of Load Bearing (Transverse and Axial) Steel Studs and Related Accessories.

1.04.02 American Iron and Steel Institute (AISI) Cold-Formed Steel Design Manual - "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

1.04.03 American Welding Society (AWS): Structural Welding Code (D1.1) Specification for Welding Sheet Steel in Structures (E1.3).

1.04.04 Military Specification (Mil. Spec.) MIL-P-21035...Paint, High Zinc Dust Content, Galvanizing Repair.



| | SPECIFICATIONS | SS |
|---|---|---|
| | LWSF | 2 |

400 METUCHEN RD., S PLAINFIELD NJ 07080
(800) 627-4661

1.04.05 Federal Specifications (Fed. Spec.) FF-P-395...Pin, Drive, Guided and Pin Drive, Power Actuated (Fasteners for Power Actuated and Hand Actuated Fastening Tools) FF-S-325...Shield, Expansion; Nail, Expansion; and Nail, Drive Screw (Devices, Anchoring Masonry)

## PART 2 - PRODUCTS

### 2.01 MATERIALS

2.01.01 All Materials shall be equal to those manufactured by Marino Industries Corp., Montrose Road, Westbury, N.Y. 11590.

2.01.02 All studs and/or joists and accessories shall be of the type, size, steel thickness and spacing shown on the plans. Studs, runners (track), bracing and bridging shall be manufactured per ASTM Specification C-955.

2.01.03 All galvanized studs, joists and accessories, 16ga. or heavier, shall be formed from steel that conforms to the requirements of ASTM A-446 with a yield of 50 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.04 All galvanized studs, joists and accessories, 18ga., shall be formed from steel that conforms to the requirements of ASTM A-446, with a yield of 37 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.05 All galvanized studs, joists and accessories, 20ga., shall be formed from steel that conforms to the requirements of ASTM A-446, with a yield of 33 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.06 All galvanized studs, joists, and accessories shall have a minimum G-60 coating.

2.01.07 Physical properties and allowable load capabilities of members shall be developed in accordance with AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).



MARINO WARE

QUALITY & SERVICE COUNT

THE STUD PEOPLE

A DIVISION OF WARE INDUSTRIES, INC.

400 METUCHEN RD., S PLAINFIELD NJ 07080
(800) 627-4661

| SPECIFICATIONS | SS |
| --- | --- |
| LWSF | 3 |

CC04875

## PART 3 - EXECUTION

### 3.01 STORAGE OF MATERIALS

<u>3.01.01</u> Products shall be protected from conditions that may cause any physical damage.

<u>3.01.02</u> Materials shall be stored on a flat plane.

<u>3.01.03</u> It shall be the responsibility of the project architect or engineer or their appointed personnel to determine what material is damaged (e.g. rusted, dented, bent or twisted). Any damaged materials shall be removed from the job site immediately.

### 3.02 INSTALLATION : GENERAL

<u>3.02.01</u> Methods of construction may be either piece by piece (stick-built), or by fabrication into panels either on or off site.

<u>3.02.02</u> Connections shall be accomplished with self-drilling screws or welding so that the connection meets or exceeds the design loads required at that connection.

<u>3.02.03</u> Transversely loaded studs need not sit squarely in tracks but must be attached to them with the exception of special slip conditions which must be designed accordingly.

<u>3.02.04</u> Axially loaded studs shall be installed seated squarely (within 1/16") against the web portion of the top and bottom tracks. Tracks shall rest on a continuous, uniform bearing surface.

<u>3.02.05</u> Cutting of steel framing members may be accomplished with a saw or shear. Torch cutting of load bearing members is not permitted. Cutting of loaded members is not permitted unless under supervision of the project architect or engineer.

<u>3.02.06</u> Temporary bracing shall be provided and left in place until work is permanently stabilized.

<u>3.02.07</u> Bridging shall be of size and type shown on the drawings and as called for in the design calculations.

<u>3.02.08</u> Diaphragm rated sheathing materials may be substituted for bridging, however, it shall be installed prior to loading the wall. If such a material is installed on one side of the wall only, then the other stud flanges shall be bridged with suitable bridging. This bridging may be removed if and when such diaphragm rated sheathing is installed.



MarinoWARE
QUALITY & SERVICE COUNT
THE STUD PEOPLE
A DIVISION OF WARE INDUSTRIES, INC.
400 METUCHEN RD., S. PLAINFIELD, NJ 07080
(800) 627-4661

| SPECIFICATIONS | SS |
|---|---|
| LWSF | 4 |

CC04876

3.02.09 Install headers in all openings that are larger than the stud spacing in that wall. Form headers as shown on the drawings.

3.02.10 Insulation equal to the job requirements shall be placed in all jamb and header type conditions that will be inaccessible after their installation into the wall.

3.02.11 Provide jack studs to support each end of headers. These studs shall be securely connected to the header and must seat squarely in the lower track of the wall, and be properly attached to it.

3.02.12 If by design, a header is low in the wall, the less than full-height studs (cripples) that occur over the header shall be designed to carry all imposed loads.

3.02.13 Wall track shall not be used to support any load unless specifically designed for that purpose.

3.02.14 All axially loaded members shall be aligned vertically, to allow for full transfer of the loads down to the foundation. Vertical alignment shall be maintained at floor/wall intersections or alternate provisions for load transfer may be made.

3.02.15 Holes that are field cut into steel framing members shall be within the limitations of the product and its design. Provide reinforcement where holes are cut through load bearing members in accordance with manufacturer's recommendations and as approved by project architect or engineer.

3.02.16 Touch up all steel bared by welding using zinc rich paint.

3.02.17 Studs shall be spaced to suit the design requirements and limitations of collateral facing materials.

3.02.18 Gypsum board shall be attached to steel studs in accordance with ASTM Specification C-840, except that the steel drill screws used (Specification ASTM C-954) shall be spaced not more than 8" on center at the edges and ends, and not more than 12" on center, in the field of the board.

3.02.19 Metal plaster bases shall be attached in accordance with ASTM Specification C-841, except screw heads shall be of size and type suitable for positive (no movement) attachment.

3.02.20 Care should be taken to allow for additional studs at intersections, corners, doors, windows, control joints, etc., and as called for in the shop drawings or design calculations.



Marino WARE
THE STUD PEOPLE   QUALITY & SERVICE COUNT
A DIVISION OF WARE INDUSTRIES, INC.
400 METUCHEN RD., S PLAINFIELD, NJ 07080
(800) 627-4661

| SPECIFICATIONS | SS |
|---|---|
| LWSF | 5 |

CC04877

3.02.21 Provision for structure movement (expansion) shall be allowed where indicated and necessary by design or code requirements.

3.02.22 Splicing of axially loaded members shall not be permitted.

3.02.23 Wire tying of members is not permitted.

### 3.03 INSTALLATION : PANELIZED CONSTRUCTION

3.03.01 Panels shall be designed to resist construction and handling loads as well as live loads.

3.03.02 Handling and lifting of prefabricated panels shall not cause permanent distortion in any member or collateral material.

3.03.03 Make all stud to track connections prior to hoisting of panel.

3.03.04 Where splicing of track is necessary between stud spacings, a piece of stud shall be placed in the track fastened with two screws or welds per flange to each piece of track.

3.03.05 Complete bearing shall be maintained under tracks to provide for load transfer in axially loaded assemblies.  If the erecting contractor is bearing on work set by another trade, it is his responsibility to insure that bearing criteria are met. Any discrepancy shall be brought to the attention of the project architect or engineer.

3.03.06 Attachment of the panel to the structure shall be as shown on the shop drawings.

3.03.07 Align all panels to provide continuity of any wall/floor surface.

### 3.04 INSTALLATION : NON-PANELIZED (STICK-BUILT) CONSTRUCTION

3.04.01 Align track accurately at supporting structure and fasten to structure as shown on shop drawings.

3.04.02 Track intersections shall butt evenly.

3.04.03 Studs shall be plumbed, aligned, and securely attached to flanges or webs of upper and lower tracks.  Axially loaded studs shall be seated squarely in both top and bottom tracks.

3.04.04 Where splicing of track is necessary between stud spacings, a piece of stud shall be placed in the track fastened with two screws or welds per flange to each piece of track.



MarinoWARE
THE STUD PEOPLE   QUALITY & SERVICE COUNT
A DIVISION OF WARE INDUSTRIES, INC.
400 METUCHEN RD., S. PLAINFIELD, NJ 07080
(800) 627-4661

| SPECIFICATIONS | SS |
|---|---|
| LWSF | 6 |

CC04878

MAR-11-2004 09:44 FROM:MARINO/WARE    6786881379    TO:0    P.2/3

# MARINOWARE

# GENERAL INFORMATION

## QUALITY AND SERVICE COUNT

MarinoWARE is proud to present this brochure describing our line of interior Drywall Steel Products, as well as Plaster Steel Products and Vinyl and Paper-Faced Metal Beads and Trims. These components, complemented by our structural framing line, comprise MarinoWARE's family of steel framing products.

MarinoWARE stands committed to product quality. Our steel components are furnished in uniform lengths and consistent formation. Products and bundles are properly packaged and consistently marked for easy identification.

MarinoWARE products are manufactured using steel meeting industry standards. Hardness and ductility are monitored to assure the user on ease in application and prevention of screw fasteners.

To service the customer, MarinoWARE maintains a large inventory of both finished product and steel allowing us to satisfy requests for special bundle sizes and custom order lengths. Our fleet of trucks assures the buyer prompt deliveries, in many instances, next day delivery. Our experienced internal and external sales personnel, coupled with an extensive distribution network, make MarinoWARE the obvious choice for your project, regardless of location and size.

MarinoWARE furnish your next framing project. Quality steel products, competitive pricing, excellent service, prompt deliveries and technical assistance are all available to you.

## WARRANTY AND LIMITATIONS

All products presented herein are warranted to the buyer to be free from defects in material and workmanship.

The foregoing warranty is non-assignable and in lieu of and excludes all other warranties, not expressly set forth herein. Whether expressed or implied by operation of law or otherwise, including but not limited to any implied warranties of merchantability or fitness for a particular purpose. All claims and specifications presented herein are intended as a general guide for the use of MarinoWARE Interior Drywall Steel Framing Systems. These products should not be used without evaluation by a qualified engineer or architect to determine their suitability for a specific use. MarinoWARE assumes no responsibility for failure resulting from use of its details or specifications, or for failure resulting from improper application or installation of these products.

## MATERIALS

Interior framing products formed from steel meet the requirements of the current edition of ASTM specification C 645. The industry standard for non-structural steel studs. To assist the specifier and buyer, the following information summarizes the contents of the standards referenced in ASTM C 645 and ASTM C 754.

The applicable ASTM standards referenced within ASTM C 645 include ASTM A 653, A 568, and C 1002. Additionally, ASTM C 845 lists the AISI "Specification for the Design of Cold-Formed Steel Structural Members" as an applicable document. Discussion of each follows.

### ASTM A 653 AND ASTM A 924

These specifications describe the general requirements for steel as well as the corrosion resistant requirements for steel sheet galvanized (galvanized) or zinc-iron alloy-coated (galvannealed) by the hot-dipped process. These specifications replace ASTM A 446 and A 525. Products manufactured in accordance with ASTM C 645 are required to have a minimum G-40 coating or equivalent coating.

### ASTM A 568

Outlines the general requirements for steel sheets in coils and cut lengths. It applies to steel described as carbon steel and high strength, low alloy steel furnished as hot rolled or cold rolled sheet.

### ASTM C 754

This specification describes the installation of products designed to receive screw-attached gypsum panel products and is limited to products manufactured in accordance with ASTM C 645.

### ASTM C 1002

This specification regulates steel self-piercing screws used for the attachment of gypsum panel products and metal plaster bases.

### ASTM C 1047

This specification covers accessories used in conjunction with assemblies of gypsum wallboard and gypsum veneer plaster to protect edges, corners and to provide architectural features.

### ASTM C 847

This specification covers sheet lath, expanded metal lath, diamond mesh, flat-rib, expanded metal lath 1/8" and 3/8" (3.2 and 9.6mm), all with or without backing and designed to be used as a base for gypsum or portland cement plaster.

## AISI Specification for the Design of Cold-Formed Steel Structural Members

In addition to the standard design code for cold-formed steel members, the AISI specification also references materials, provisions for the suitability of steel not pre-qualified per ASTM Standards. These provisions include:

A. Conformation to the chemical and mechanical requirements of one of the listed specifications or other published specifications which established its properties and suitability, and;

B. Ductility requirements to assure the steel's workability.

## GENERAL INFORMATION

### GOVERNING LAW

All issues arising in connection with your order and all transactions associated with it shall be interpreted according to the laws of the State of New Jersey. All actions or other proceedings arising out of such issues shall be brought only in Superior Court, State of New Jersey, County of Essex, or United States District Court for the District of New Jersey. No action may be brought more than one year after the accrual of the cause of action therefore.

### Finish:

Galvanized in accordance with ASTM A653. Products will be furnished with a G-40 equivalent coating if specified and ordered for or in conformance with ASTM C645. These specifications describe the general coating requirements for steel which is zinc coated (galvanized), or zinc-iron alloy coated (galvannealed) or aluminum-zinc alloy coated (galvalume) by the hot-dipped process.

### Grades of Steel:

25, 22 and 20 gage studs and tracks
Fy (min.) = 33 KSI

| Gage | Product | Mils | Design (in.) | (mm) | Minimum (in.) | (mm) | ASTM C645 Color Code |
|------|---------|------|------|------|------|------|------|
| 25 | 18 | .0188 | .4759 | .0179 | .4559 | Unmarked |
| 22 | 27 | .0283 | .7183 | .0269 | .6839 | Black |
| 20 | 19 | .0312 | .7925 | .0296 | .7513 | Pink |

MAR-11-2004 09:43 FROM:MARINO/WARE 6786881379 TO:0 P.1/3



# MARINO WARE

# SYSTEM COMPONENTS

## TABLE OF CONTENTS

INTRODUCTION, WARRANTY AND
LIMITATIONS, AND GOVERNING LAW
GENERAL INFORMATION ............ 2

TABLE OF CONTENTS .............. 3

SYSTEM COMPONENTS ............. 3

DRYWALL STUD AND TRACK ......... 3

TECHNICAL DATA
Structural Properties - (Drywall Stud and Track)
Limiting Heights - (Drywall Studs)
Composite & Non-Composite due to Gypsum
Wallboard ........................ 4 - 7

WAREWALL®
Snap-in Drywall Framing Systems ..... 8

SYSTEM ACCESSORIES
Cold Rolled Channel
Z-Furring Channel
Utility Angle, Flat Straps
Corner Bead, K-Bite Corner Bead
Grommet, WSO-Deflex Clip
WSO-Outrigger, Deflection Track
USG Products, U, J & L trims and Tie Wire ... 10 - 11

RESILIENT CHANNEL
RC-1 & RC-2 Channels ............. 9

FURRING CHANNEL
¾" & 1½" Furring Channel ......... 9

DRYWALL FINISHING PRODUCTS
Premium Vinyl Beads & Trims
Premium Paper-Faced Metal Beads & Trims ... 12 - 15

METAL LATH & PLASTER STEEL PRODUCTS ... 16 - 18

SUGGESTED FRAMING DETAILS ......... 19

3



# GENERAL INFORMATION

*The following furnishes the user with information regarding Marino\Ware's complete Interior Drywall Steel Framing System. While it describes our standard products, we are willing to provide special custom products for your unique applications. Contact your local Marino\Ware representative for further information.*

## MATERIALS

Interior framing products formed from steel meet the requirements of the current edition of ASTM Specification C 645, the industry standard for nonstructural steel studs. (Our 26 gage products meet all requirements except minimum thickness.) To assist the specifier and buyer, the following information summarizes the contents of the standards referenced in ASTM C 645 and ASTM C 754.

The applicable ASTM standards referenced within ASTM C 645 include ASTM A 653, A 568, and C 1002. Additionally, ASTM C 645 lists the AISI "Specification for the Design of Cold-Formed Steel Structural Members" as an applicable document. Discussion of each follows.

## ASTM A 653 AND ASTM A 924

These specifications describe the general requirements for steel as well as the general coating requirements for steel which is zinc-coated (galvanized) or zinc-iron alloy-coated (galvannealed) by the hot-dipped process. These specifications replace ASTM A 446 and ASTM A 525. Products manufactured in accordance with ASTM C 645 are required to have a minimum G-40 or equivalent coating.

## ASTM A 568

Outlines the general requirements for steel sheet in coils and cut lengths. It applies to steels described as carbon steel and high strength, low alloy steel furnished as hot rolled or cold rolled sheet.

## ASTM C 754

This specification describes the installation of products designed to receive screw-attached gypsum panel products and is limited to products manufactured in accordance with ASTM C 645.

Typically, track is not required to be attached to the stud flanges. However, those studs located adjacent to door and window frames, partition intersections and corners are required to be attached to the track flanges at each stud and runner flange.

At openings greater than the stud spacing, a header shall be formed with a cut-to-length section of track placed horizontally with the flanges cut and the section bent vertically at each end. Securely attach the header to the adjacent stud's. Note: A multiple member head/jamb may be required at large openings or at heavy doors, or when special loading conditions occur.

See pages 12-15 for representative framing details.

## ASTM C 1002

This specification regulates steel self-piercing screws used for the attachment of gypsum panel products and metal plaster bases.

## AISI Specifications for the Design of Cold-Formed Steel Structural Members

In addition to the structural design code for cold-formed steel members, the AISI specification also addresses materials used in their production.

The AISI outlines provisions for the suitability of steels not pre-qualified per ASTM Standards. These provisions include:

A. Conformation to the chemical and mechanical requirements of one of the listed specifications or other published specifications which establishes its properties and suitability; and,

B. Ductility requirements to assure the steel's workability.

## PHYSICAL AND STRUCTURAL PROPERTIES

The physical and structural properties shown herein were based on the following:

A. Design Decimal Thicknesses
   - 26 gage ................0.0164 inch min.
   - 25 gage ................0.0188 inch min.
   - 22 gage ................0.0240 inch min.
   - 20 gage ................0.0312 inch min.

Values represent design thicknesses before the application of protective coating. The structural properties and load tables shown in this catalog were based on these design thicknesses.

B. Minimum Steel Yield .......$F_y(min) = 33$ KSI

C. Mil Equivalents
   - 26 gage ................16 mils
   - 25 gage ................18 mils
   - 22 gage ................23 mils
   - 20 gage ................30 mils

## IDENTIFICATION

With the exception of 25 gage products, drywall stud and track components are identified by the following color code:

- 26 gage...................brown
- 25 gage...............unmarked
- 22 gage...................black
- 20 gage...................white

3

CC04881

MAR-11-2004 09:44 FROM:MARINO/WARE          6786881379          TO:0          P.3/3

# MARINOWARE

# STRUCTURAL PROPERTIES

## SECTION PROPERTY TABLE NOTES:

1. The centerline web radius is the greater of 2 times the design thickness or 3/32".
2. Web depth for track sections is equal to the nominal height plus 2 times the design thickness plus the bend radius.
3. Hems on non-structural track sections are ignored.
4. Effective properties incorporate the strength increases from cold work of forming as applicable per AISI A7.2.
5. Reduced gross properties are based on the full-unreduced cross section of the studs, away from punchouts.
6. For deflection calculations, use the effective moment of inertia.
7. Fy (minimum) = 33 KSI

## SSMA Product Identification

MarinoWare is a member of the Steel Stud Manufacturers Association (SSMA.COM). MarinoWARE meets and exceeds all product requirements set forth by SSMA.

### SSMA Product Example

600 S 162 — 54

- Material Thickness: Minimum Base Metal Thickness: 0.054 in = 54 mils (1 mil=1/1000 in.)
- Flange Width: 1-5/8" = 1.625" = 162 x 1/100 inches
- Style: S = C Stud or Joist Sections, T = Track Sections, U = Channel Sections & F = Furring Channel Sections
- Member Depth: 6" = 600 x 1/100 inches

## SYMBOLS AND DEFINITIONS:

Ixx  Moment of inertia of the gross section about the X-X axis (strong axis).
Rx  Radius of gyration of the gross section about the X-X axis.
Iyy  Moment of inertia of the gross section about the Y-Y axis (weak axis).
Ry  Radius of gyration of the gross section about the Y-Y axis.
Ixe  Moment of inertia of the gross section about the Y-Y axis.
      Determination of the 1996 AISI Specification.
Sxe  Effective section modulus about the X-X axis (strong axis) Stress=Fy
Ma   Allowable Bending Moment - Based on the effective section modulus and the allowable stress including the strength increase from cold-work of forming (AISI 7.2) where applicable.
Ycg  Maximum distance from the outside of the compression flange to the center of gravity.
J    Torsional warping constant.
Cw   Torsional warping constant.
Xo   Distance from the shear center to the centroid along the principal X-axis.
Ro   Polar radius of gyration about the centroidal principal axis.
Beta β  1 - (Xo/Ro)²

### Notes:
1. Std. all measured outside to outside dimension.
2. Track measured inside to inside dimension.

## Physical and Structural Properties

### 1-5/8" Members

| | | Member Physical Properties | | | | Gross Section Properties | | | | | | | | | | Effective Section Properties | | | | Torsional Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW Type | SSMA | Flange Leg (in.) | Flange Lip (in.) | Design Thickness (in.) | Area (in.²) | Weight (plf) | Ixx (in.⁴) | Sxx (in.³) | Rx (in.) | Iyy (in.⁴) | Syy (in.³) | Ry (in.) | Ixe (in.⁴) | Sxe (in.³) | Ma (in-k) | Ya (in.) | Ycg (in.) | J x1000 (in.⁴) | Cw (in.⁶) | Xo (in.) | Ro (in.) | β Beta |
| 162ST25-18 | 162S125-18 | 1-1/4" | 0.188 | 0.0188 | 0.0188 | 0.090 | 0.270 | 0.038 | 0.038 | 0.043 | 0.010 | 0.043 | 0.034 | 0.030 | 0.080 | 0.080 | 309 | 0.894 | 0.009 | -1.061 | 1.340 | 0.373 |
| 162STW222 | 162S125-27 | 1-1/4" | 0.188 | 0.0263 | 0.263 | 0.470 | 0.063 | 0.052 | 0.047 | 0.023 | 0.047 | 0.055 | 0.051 | 0.010 | 528 | 0.900 | 0.040 | -1.046 | 1.327 | 0.325 |
| 162STW202 | 162S125-33 | 1-1/4" | 0.188 | 0.0312 | 0.0312 | 0.450 | 0.081 | 0.080 | 0.060 | 0.060 | 0.060 | 0.441 | 0.100 | 0.059 | 1.100 | 579 | 0.894 | 0.040 | -1.046 | 1.323 | 0.376 |
| 162T22 | 162S125-43 | 1-5/8" | none | 0.0451 | 0.280 | 0.260 | 0.042 | 0.049 | 0.031 | 0.013 | 0.031 | 0.028 | 0.510 | 510 | 1.030 | 0.007 | -0.883 | 1.230 | 0.473 |
| 162T22 | 162S125-18 | 1-5/8" | none | 0.0188 | 0.063 | 0.063 | 0.040 | 0.012 | 0.050 | 0.020 | 0.050 | 0.044 | 0.870 | 577 | 1.068 | 0.001 | -0.885 | 1.221 | 0.474 |
| 162T20 | 162S125-30 | 1-1/4" | none | 0.159 | 0.117 | 0.440 | 0.070 | 0.018 | 0.050 | 0.022 | 0.057 | 0.050 | 1.000 | 637 | 1.035 | 0.042 | -0.884 | 1.220 | 0.475 |

CC04882



# Drywall Studs

Drywall studs are roll-formed, galvanized, C-channel type, non-bearing steel members. They are used extensively for interior partitions. Drywall studs are fabricated in custom order and stock length sizes from corrosion resistant galvanized steel. The flanges are knurled to prevent screw ride and to facilitate the efficient installation of gypsum wallboard. Knockouts are provided for the installation of electrical wiring, piping, and horizontal bracing over the length of the stud.
Rosen Materials standard 25, 22, and 20 gage drywall products meet ASTM C-645, A-446, A-525, A-754 and A-653.
The properties and weights below are calculated on minimum design thickness in accordance with A.I.S.I. specifications.

| Gage | Design Thickness |
|------|------------------|
| 25 | .0179 |
| 22 | .0269 |
| 20 | .0329 |

Area = Gross Area
Mx = Fully braced allowable x-axis moment.
Ix = Moment of inertia about the x-axis.
Sx = Section modulus for load about the x-axis.
Rx = Radius of gyration about the x-axis.
Iy = Moment of inertia about the y-axis.
Sy = Section modulus about the y-axis.
Ry = Radius of gyration about the y-axis.
Xo = Distance from shear center to centroid along principal y-axis.
J = St. Venant torsional constant.
Cw = Warping torsion constant.
Ro = Polar radius of gyration about shear center.
B = 1-(Xo/Ro²)

## 25 Ga.
## Drywall Studs
### Maximum Allowable Clear Span Height in Feet

| Stud Size (in.) | Studs Spacing 12" on center | | | Studs Spacing 16" on center | | | Studs Spacing 24" on center | | |
|---|---|---|---|---|---|---|---|---|---|
| | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 |
| 1 5/8 | 10.0 | 8.0 | 7.0 | 9.1 | 7.2 | 6.3 | 8.0 | 6.3 | 5.5 |
| 2 1/2 | 13.9 | 11.1 | 9.7 | 12.7 | 10.1 | 8.8 | 11.1 | 8.8 | 7.7 |
| 3 5/8 | 18.6 | 14.7 | 12.9 | 16.9 | 13.4 | 11.7 | 14.7 | 11.7 | 10.2 |
| 4 | 20.1 | 15.9 | 13.9 | 18.2 | 14.5 | 12.6 | 15.7 | 12.6 | 11.0 |
| 6 | – | – | – | – | – | – | – | – | – |

### Physicial Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq. in.) | About Major Axis | | | | About Minor Axis | | | | m (in.) | Xo (in.) | J 1000 | Cw | ra (in.) | B BETA | Resisting Moment (x-x) (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | x (in.) | Ix (in.⁴) | Sx (in.³) | Rx (in.) | Iy (in.⁴) | Sy (in.³) | Ry (in.) | | | | | | | |
| 1 5/8 | .273 | .067 | .539 | .036 | .045 | 0.738 | .014 | .019 | .452 | .653 | -1.101 | .007 | .010 | 1.373 | .357 | 805 |
| 2 1/2 | .327 | .069 | .521 | .093 | .075 | 1.162 | .014 | .020 | .452 | .591 | -.965 | .009 | .025 | 1.470 | .569 | 1451 |
| 3 5/8 | .395 | .089 | .404 | .227 | .125 | 1.594 | .019 | .022 | .458 | .530 | -.839 | .011 | .057 | 1.700 | .756 | 2432 |
| 4 | .418 | .096 | .375 | .287 | .143 | 1.729 | .020 | .023 | .452 | .513 | -.805 | .012 | .071 | 1.791 | .798 | 2767 |
| 6 | .560 | .132 | .273 | .765 | .255 | 2.410 | .073 | .024 | .4210 | .439 | -1.668 | .016 | .179 | 2.336 | .919 | – |

## 22 Ga.
## Drywall Studs
### Maximum Allowable Clear Span Height in Feet

| Wind Load (lbs.sq. ft.) | Deflection Criteria | 1 5/8" Stud | | | 2 1/2" Stud | | | 3 5/8" Stud | | | 4" Stud | | | 6" Stud | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Stud Spacing (inches on center) | | | | | | | | | | | | | | |
| | | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 |
| 5 | L/120 | 11.5 | 10.5 | 9.1 | 18.0 | 14.6 | 12.7 | 21.5 | 19.5 | 17.0 | 23.2 | 21.1 | 18.4 | 31.9 | 29.0 | 25.3 |
| | L/240 | 9.1 | 8.3 | 7.3 | 12.7 | 11.6 | 10.1 | 17.0 | 15.5 | 13.5 | 18.4 | 16.7 | 14.6 | 25.3 | 23.0 | 20.1 |
| | L/360 | 8.0 | 7.3 | 6.3 | 11.1 | 10.1 | 8.8 | 14.9 | 13.5 | 11.8 | 16.1 | 14.6 | 12.8 | 22.1 | 20.1 | 17.6 |
| 10 | L/120 | 9.1 | 8.3 | 7.3 | 14.3 | 11.6 | 10.1 | 17.0 | 15.5 | 13.5 | 18.4 | 16.7 | 14.1 | 25.3 | 23.0 | 18.5 |
| | L/240 | 7.3 | 6.6 | 5.8 | 10.1 | 9.2 | 8.0 | 13.5 | 12.3 | 10.7 | 14.6 | 13.3 | 11.6 | 20.1 | 18.3 | 16.0 |
| | L/360 | 6.3 | 5.8 | 5.0 | 8.8 | 8.0 | 7.0 | 11.8 | 10.7 | 9.4 | 12.8 | 11.6 | 10.1 | 17.6 | 16.0 | 14.0 |
| 15 | L/120 | 8.0 | 7.3 | 6.2 | 11.1 | 10.1 | 8.3 | 14.9 | 13.2 | 10.8 | 16.1 | 14.1 | 11.5 | 21.5 | 18.6 | 15.0 |
| | L/240 | 6.3 | 5.8 | 5.0 | 8.8 | 8.0 | 7.0 | 11.8 | 10.7 | 9.4 | 12.8 | 11.6 | 1.1 | 17.6 | 16.0 | 14.0 |
| | L/360 | 5.5 | 5.0 | 4.4 | 7.7 | 7.0 | 6.1 | 10.3 | 9.4 | 8.2 | 11.2 | 10.1 | 8.9 | 15.4 | 14.0 | 12.2 |
| 20 | L/120 | 7.3 | 6.6 | 5.4 | 10.1 | 8.8 | 7.2 | 13.2 | 11.4 | 9.3 | 14.1 | 12.2 | 10.0 | 18.6 | 16.1 | 13.2 |
| | L/240 | 5.8 | 5.2 | 4.6 | 8.0 | 7.3 | 6.4 | 10.7 | 9.8 | 8.5 | 11.6 | 10.5 | 9.2 | 16.0 | 14.5 | 12.7 |
| | L/360 | 5.0 | 4.6 | 4.0 | 7.0 | 6.4 | 5.6 | 9.4 | 8.5 | 7.5 | 10.1 | 9.2 | 8.0 | 14.0 | 12.7 | 11.1 |
| 30 | L/120 | 6.2 | 5.4 | 4.4 | 8.3 | 7.2 | 5.9 | 11.8 | 9.3 | 7.6 | 11.5 | 10.0 | 8.2 | 15.2 | 13.2 | 10.6 |
| | L/240 | 5.0 | 4.6 | 4.0 | 7.0 | 6.4 | 5.6 | 9.4 | 8.5 | 7.5 | 10.1 | 9.2 | 8.0 | 14.0 | 12.7 | 9.7 |
| | L/360 | 4.4 | 4.0 | 3.5 | 6.1 | 5.6 | 4.9 | 8.2 | 7.5 | 6.5 | 8.9 | 8.0 | 7.0 | 12.2 | 11.1 | 9.7 |
| 40 | L/120 | 5.4 | 4.7 | 3.8 | 7.2 | 6.3 | 5.1 | 9.3 | 8.3 | 6.6 | 10.0 | 8.7 | 7.1 | 13.2 | 11.4 | 7.9 |
| | L/240 | 4.6 | 4.2 | 3.6 | 6.4 | 5.8 | 5.1 | 8.5 | 7.7 | 6.7 | 9.2 | 8.4 | 7.1 | 12.7 | 11.0 | 7.9 |
| | L/360 | 4.0 | 3.6 | 3.2 | 5.6 | 5.1 | 4.4 | 7.5 | 6.8 | 5.9 | 8.0 | 7.3 | 6.4 | 11.1 | 10.1 | 7.9 |
| 50 | L/120 | 4.8 | 4.2 | 3.4 | 6.5 | 5.6 | 4.6 | 8.3 | 7.2 | 5.9 | 7.9 | 7.2 | 5.9 | 11.8 | 9.5 | 8.3 |
| | L/240 | 4.2 | 3.9 | 3.4 | 5.9 | 5.4 | 4.3 | 7.9 | 7.2 | 5.9 | 8.6 | 7.7 | 6.3 | 11.8 | 9.5 | 8.3 |
| | L/360 | 3.7 | 3.4 | 2.9 | 5.2 | 4.7 | 4.1 | 6.9 | 6.3 | 5.5 | 7.5 | 6.8 | 5.9 | 10.3 | 9.3 | 8.3 |

### Physicial Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq. in.) | About Major Axis | | | | About Minor Axis | | | | m (in.) | Xo (in.) | J 1000 | Cw | ra (in.) | B BETA | Resisting Moment (x-x) (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | x (in.) | Ix (in.⁴) | Sx (in.³) | Rx (in.) | Iy (in.⁴) | Sy (in.³) | Ry (in.) | | | | | | | |
| 1 5/8 | .407 | .099 | .534 | .054 | .066 | 0.734 | .020 | .020 | .448 | .649 | -1.092 | .025 | .015 | 1.362 | .357 | 1307 |
| 2 1/2 | .487 | .103 | .516 | .138 | .110 | 1.157 | .021 | .029 | .451 | .586 | -.956 | .030 | .037 | 1.459 | .571 | 2346 |
| 3 5/8 | .590 | .133 | .399 | .336 | .185 | 1.589 | .027 | .032 | .451 | .525 | -.831 | .038 | .063 | 1.690 | .758 | 3915 |
| 4 | .624 | .143 | .371 | .425 | .213 | 1.724 | .029 | .033 | .447 | .508 | -.797 | .040 | .104 | 1.782 | .800 | 4494 |
| 6 | .807 | .197 | .269 | 1.138 | .379 | 2.404 | .034 | .035 | .415 | .434 | -.658 | .013 | .282 | 2.327 | .920 | 7820 |

CC04883



# 20 Ga.
# Drywall Studs
## Maximum Allowable Clear Span Height in Feet

| Wind Load (lb.sq. ft.) | Deflection Criteria | 1 5/8" Stud | | | 2 1/2" Stud | | | 3 5/8" Stud | | | 4" Stud | | | 6" Stud | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 |
| 5 | L/120 | 12.0 | 10.9 | 9.6 | 17.1 | 15.5 | 13.6 | 22.6 | 20.7 | 18.1 | 24.7 | 22.4 | 19.6 | 34.1 | 31.0 | 27.1 |
| | L/240 | 9.6 | 8.7 | 7.6 | 13.6 | 12.3 | 10.8 | 18.1 | 16.5 | 14.4 | 19.6 | 17.8 | 15.5 | 27.1 | 24.6 | 21.5 |
| | L/360 | 8.4 | 7.6 | 6.6 | 11.9 | 10.8 | 9.4 | 15.8 | 14.4 | 12.6 | 17.1 | 15.5 | 13.6 | 23.6 | 21.5 | 18.8 |
| 10 | L/120 | 9.6 | 8.7 | 7.6 | 13.6 | 12.3 | 10.8 | 18.1 | 16.5 | 14.4 | 19.6 | 17.8 | 15.5 | 27.1 | 24.6 | 21.5 |
| | L/240 | 7.6 | 6.9 | 6.0 | 10.8 | 9.8 | 8.6 | 14.4 | 13.1 | 11.4 | 15.5 | 14.1 | 12.3 | 21.5 | 19.5 | 17.0 |
| | L/360 | 6.6 | 6.0 | 5.3 | 9.4 | 8.6 | 7.5 | 12.6 | 11.4 | 10.0 | 13.6 | 12.3 | 10.8 | 18.8 | 17.0 | 14.9 |
| 15 | L/120 | 8.4 | 7.6 | 6.6 | 11.9 | 10.8 | 9.4 | 15.8 | 14.4 | 12.6 | 17.1 | 15.5 | 13.6 | 23.6 | 21.5 | 18.8 |
| | L/240 | 6.6 | 6.0 | 5.3 | 9.4 | 8.6 | 7.5 | 12.6 | 11.4 | 10.0 | 13.6 | 12.3 | 10.8 | 18.8 | 17.0 | 14.9 |
| | L/360 | 5.8 | 5.3 | 4.6 | 8.2 | 7.5 | 6.5 | 11.0 | 10.0 | 8.7 | 11.9 | 10.8 | 9.4 | 16.4 | 14.9 | 13.0 |
| 20 | L/120 | 7.6 | 6.9 | 6.0 | 10.8 | 9.8 | 8.6 | 14.4 | 13.1 | 11.4 | 15.5 | 14.1 | 12.3 | 21.5 | 19.5 | 17.0 |
| | L/240 | 6.0 | 5.5 | 4.8 | 8.6 | 7.8 | 6.8 | 11.4 | 10.4 | 9.1 | 12.3 | 11.2 | 9.8 | 17.0 | 15.5 | 13.5 |
| | L/360 | 5.3 | 4.8 | 4.2 | 7.5 | 6.8 | 5.9 | 10.0 | 9.1 | 7.9 | 10.8 | 9.8 | 8.6 | 14.9 | 13.5 | 11.8 |
| 30 | L/120 | 6.6 | 6.0 | 5.3 | 9.4 | 8.6 | 7.5 | 12.6 | 11.4 | 10.0 | 13.6 | 12.3 | 10.8 | 18.8 | 17.0 | 14.9 |
| | L/240 | 5.3 | 4.8 | 4.2 | 7.5 | 6.8 | 5.9 | 10.0 | 9.1 | 7.9 | 10.8 | 9.8 | 8.6 | 14.9 | 13.5 | 11.8 |
| | L/360 | 4.6 | 4.2 | 3.7 | 6.6 | 5.9 | 5.2 | 8.7 | 7.9 | 6.9 | 9.4 | 8.6 | 7.5 | 13.0 | 11.8 | 10.3 |
| 40 | L/120 | 6.0 | 5.5 | 4.8 | 8.6 | 7.8 | 6.8 | 11.4 | 10.4 | 9.1 | 12.3 | 11.2 | 9.8 | 17.0 | 15.5 | 13.5 |
| | L/240 | 4.8 | 4.3 | 3.8 | 6.8 | 6.2 | 5.4 | 9.1 | 8.3 | 7.2 | 9.8 | 8.9 | 7.8 | 13.5 | 12.3 | 10.8 |
| | L/360 | 4.2 | 3.8 | 3.3 | 5.9 | 5.4 | 4.7 | 7.9 | 7.2 | 6.3 | 8.6 | 7.8 | 6.8 | 11.8 | 10.7 | 9.4 |
| 50 | L/120 | 5.4 | 4.9 | 4.3 | 7.7 | 7.0 | 6.1 | 10.3 | 9.3 | 8.2 | 11.1 | 10.1 | 8.8 | 15.4 | 13.9 | 12.2 |
| | L/240 | 4.4 | 4.0 | 3.5 | 6.3 | 5.7 | 5.0 | 8.4 | 7.6 | 6.6 | 9.1 | 8.2 | 7.1 | 12.6 | 11.4 | 9.9 |
| | L/360 | 3.9 | 3.5 | 3.1 | 5.5 | 5.0 | 4.4 | 7.4 | 6.7 | 5.8 | 7.9 | 7.2 | 6.3 | 11.0 | 10.0 | 8.7 |

## Physicial Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq. in.) | About Major Axis | | | | About Minor Axis | | | m (in.) | Xo (in.) | J x 1000 | Cw | ra (in.) | B* BETA | Resisting Moment (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | x (in.) | Ix (in.⁴) | Sx (in.³) | Rx (in.) | Iy (in.⁴) | Sy (in.³) | Ry (in.) | | | | | | | |
| 1 5/8 | .494 | .120 | .531 | .064 | .079 | .731 | .024 | .034 | .445 | .646 | -1.086 | .044 | .018 | 1.355 | .358 | 1646 |
| 2 1/2 | .592 | .125 | .513 | .166 | .133 | 1.155 | .025 | .035 | .448 | .583 | -.950 | .055 | .044 | 1.452 | .572 | 2957 |
| 3 5/8 | .718 | .162 | .396 | .407 | .224 | 1.586 | .032 | .039 | .446 | .522 | -.825 | .068 | .099 | 1.683 | .760 | 4928 |
| 4 | 7.80 | .174 | .368 | .515 | .258 | 1.721 | .034 | .040 | .444 | .505 | -.791 | .079 | .124 | 1.775 | .801 | 5654 |
| 6 | .984 | .240 | .267 | 1.381 | .460 | 2.400 | .041 | .042 | .412 | .431 | -.052 | .098 | .314 | 2.321 | .921 | 10099 |

Note: Heights shown are based on using a variable PSF uniform load perpendicular to the studs and based on stud structural properties above. Values do not account for web crippling.

## Maximum Stud Height, ft.-in., Single Layer Gypsum Wallboard, Each Side

| Stud Spacing in. | Stud Width in. | L/120 | | | |
|---|---|---|---|---|---|
| | | 5 PSF (240 Pa²) | 7.5 PSF (360 Pa²) | 10 PSF (480 Pa²) | 5 PSF (240 Pa²) |
| 16 | 1 5/8 | 11-0 | 9-7 | 8-9 | 8-9 |
| | 2 1/2 | 14-8 | 12-10 | 11-8 | 11-8 |
| | 3 5/8 | 19-5 | 17-0 | 15-5 | 15-5 |
| | 4 | 20-8 | 18-1 | 16-5 | 16-5 |
| 24 | 1 5/8 | 10-0 | 8-9 | 7-11 | 7-11 |
| | 2 1/2 | 13-3 | 11-9 | 10-8 | 10-8 |
| | 3 5/8 | 17-3 | 15-1 | 13-8 | 13-8 |
| | 4 | 18-5 | 16-3 | 14-7 | 14-7 |

## Maximum Stud Height, ft.-in., Single Layer Gypsum Wallboard, Each Side

| Stud Spacing in. | Stud Width in. | L/120 | | | |
|---|---|---|---|---|---|
| | | 5 PSF (240 Pa²) | 7.5 PSF (360 Pa²) | 10 PSF (480 Pa²) | 5 PSF (240 Pa²) |
| 24 | 1 5/8 | 12-4 | 10-9 | 9-9 | 9-9 |
| | 2 1/2 | 15-10 | 13-10 | 12-7 | 12-7 |
| | 3 5/8 | 19-5 | 17-0 | 15-5 | 15-5 |
| | 4 | 20-8 | 18-1 | 16-5 | 16-5 |



**FIRE TRAK CORP.**

P.O. Box 423, Kimball, MN 55353
Ph: 800-391-9875  Fax: 320-398-7640

Website:
www.firetrak.com

Page 1 of 3

## DESCRIPTION

The Fire Trak System was developed and patented to solve the problem of providing a fire-rated head-of-wall construction joint at the top of rated partitions that can deliver the required amount of movement at roof or floor decks. It consists of the Fire Trak ceiling runner, with a shoulder offset the thickness of the wall material; a second piece of wall material is fitted tight to the roof or floor deck and attached to the shoulder created. This allows the deck, the Fire Trak ceiling runner and the wall material attached to the shoulder to move in relation to the wall studs and primary wall material. The system is mechanical and not limited by compressibility, elasticity or bond strength and thus can deliver movements far greater than other systems.

## ADVANTAGES

Building Code Compliance
: The Fire Trak System meets the requirements of all four model codes, UBC, BOCA, SBCCI and the new IBC code.

Cycling / Actual Movement
: This issue is often a shortcoming of other systems. The Fire Trak System can handle up to 6" of repeated movement of roof or floor decks, while maintaining its firestopping effectiveness indefinitely. Fire Trak has been tested with the cycling requirements of the new test standards and all model building codes.

Seismic Compliance
: Fire Trak has been cycled at 30 CPM to meet seismic requirements. Many systems currently in use have not been tested to this requirement.

Cost Effectiveness
: Fire Trak is the most complete system available and is competitive with other systems that do not provide the movement necessary because of their limited movement capabilities.

Sound Control
: The Fire Trak System has superior sound control characteristics and has applications with sound walls that are subject to deflection, but are not necessarily fire-rated.

Approvals
: California State Fire Marshall Listing# 1451-1541:100
California OSHPD R# 0475
City of Los Angeles RR# 25207
City of New York MEA# 196-98-M
Additional information is available upon request.

## U.L. TESTED, CLASSIFIED AND LISTED

The Fire Trak System has been fire tested at Underwriters Laboratories in accordance with U.L. 2079 and ASTM E 1966 test standards. The test assemblies were cycled 1,00 times, 100 cycles at 30 CPM and 400 cycles at 10 CPM. The assemblies have movement capabilities of up to 6" of compression or extension, or 3" of compression and 3" of extension. The System has Class I, II, and III cycling capabilities. The system is classified and listed for use with U-400 series walls. The listings are good for both roof and floor assemblies.

### Construction Joints - U.L. 2003 Directory

**U.L. listings for joints of 1" of compression and/or extension. ***

**U.L listings for joints of 3" of compression and/or extension. ***

**HW-D-0060** - Standard wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0061** - Cavity wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0117** - Standard and cavity walls, perpendicular to metal decks with flute filled with cementitous fireproofing material, 1 and 2 hour ratings.
**HW-D-0118** - Standard and cavity walls, perpendicular to metal decks with flute filled with fire caulk or fire spray material, 1 and 2 hour ratings.

**HW-D-0119** - Shaft walls, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0120** - Shaft walls, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0121** - Standard, cavity and shaft walls, using Reveal design against concrete decks, 1 and 2 hour ratings.

**HW-D-1011** - Standard wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-1012** - Cavity wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-1019** - Standard and cavity walls, perpendicular to metal decks with flute filled with cementitous fireproofing material, 1 and 2 hour ratings.
**HW-D-1020** - Standard and cavity walls, perpendicular to metal decks with flute filled with fire caulk or fire spray material, 1 and 2 hour ratings.

* Tracks can be configured to any deflection between 1" to 6".

CC04885



CC04886



**FIRE TRAK CORP.**

P.O. Box 428, Kimball, MN  55353
Ph: 800-394-9875  Fax: 320-398-7660

Website:
www.firetrak.com

Page 3 of 3

## FIRE TRAK POSI CLIP



RATED

METAL STUD

FIRE RATED WALLBOARD



NON-RATED

METAL STUD

FIRE RATED WALLBOARD

### DESCRIPTION:

- Fire Trak Posi Clips are attached to the inside flange(s) of the ceiling track with two #6 tek screws and engage the short flange of the metal studs as shown
- Sold in quantities of 500 clips
- Available in 20 & 16 gauge

### ADVANTAGES:

- Can replace double track or slotted track systems in interior or exterior walls
- Can handle different deflections by varying track depth
- Locks jamb or king studs at frames while allowing deflection
- Reinforces any stud to track connection while allowing deflection

### APPLICATIONS:

- Works for deflection and firestopping or deflection
- Works with any stud or track size or gauge

The Fire Trak Posi Clip deflection system needs to be evaluated by a design professional based on structural requirements of the wall, and deflection requirements of roof or floor decks.  Fire Trak Posi Clips are not needed for most Fire Trak Deflection and Firestopping system applications with under 2" of movement.

## SAMPLE SPECIFICATION

?.  Deflection Track:  Standard deep-leg ceiling runner of depth necessary with Fire Trak Posi Clips if required and indicated on the drawings.

1.   Product:  Subject to compliance with the requirements, provide "Posi Clips" manufactured by Fire Trak Corp., Kimball, MN, 800-394-9875.

?.  Deflection and Firestop Track:  Ceiling runner designed to allow head-of-walls to compress or extend with movement of structure above while maintaining the fire-rating of the wall assembly.  Comply with requirements of ASTM C 645, of thickness indicated for studs and of width to accommodate depth of studs indicated with flanges offset to accommodate gypsum board thickness.  The fire-rated assembly shall be capable of ___ inches of movement as required and indicated on the drawings.  The assemblies shall have been tested and listed by a code approved Laboratory to accommodate the required movement.

1.   Product:  Subject to compliance with the requirements, provide "Fire Trak" manufactured by Fire Trak Corp., Kimball, MN, 800-394-9875.

## COMPANY INFORMATION

At Fire Trak Corp. we are committed to providing solutions that work.  Our technical staff has over 30 years experience in the field and can offer practical answers to all your application questions, as well as assist you in developing designs that will satisfy all building and code requirements.

Additional information can be found on our website:
**www.firetrak.com**



**FIRE TRAK CORP.**
P.O. Box 428, Kimball, MN  55353
Ph: 800-394-9875  Fax: 320-398-7660
Email: info@firetrak.com

Also look for us in:
- ARCAT
- Sweet's Catalog
- Architect's 1st Source

Printed in the USA
Sixth Edition
February 2001

DEREK   13203987805   05/18/2004  13:34   PAGE  04

CC04887

## Setting Times

Because job and time requirements are always different *Sudden Bond XL* is available in a choice of setting times. The number on the bag indicates the approximate setting time. For example 90 sets in approximately 60-120 minutes. Other setting times available: 20(20-35 min.); 45(30-60 min.); 300 (240-360 min.) set time cannot be lengthened by adding additional water.

## Product Data

**Color:** Off White
**Compliance with Standards:** Meets ASTM C475
**Filler:** Calcium Sulphate
**Density:** 32 lb/ft
**Dilution:** Approximately 14 to 18 pts (5.6 to 8.2 L)
**Freezing Sensitivity:** None once set and dried.
**Packaging:** 18 lb (8.17 Kg) bags
**Storage:** Store indoors away from direct moisture on a pallet. Keep dry do not place directly on concrete. Close open bags as air tight as possible.

## Mixing

Place approximately 14 to 18 pts of water in plastic bucket per 18 LB bag of compound. Add compound to water and mix using potato style mixer or power drill mixer. Mix thoroughly but avoid over mixing. Add additional water to obtain desired consistency one half-pint at a time. Use clean, drinkable water. Dirty water, over mixing and extreme heat can accelerate set time. Use caution when adding water, over dilution can reduce bond strength and cause abnormal shrinkage. Do not mix with other compounds.

## Application

All imperfections and damages that occurred during manufacture and installation should be cut out of the gypsum panels prior to finishing. Apply over dry surfaces only and allow each coat to dry completely before applying another coat. Maintain minimum air, joint compound and surfact temperature of 55F (13C) within working area until joints are completely dry.

## Finishing Joints

Apply thin layer of compound to space between panels. Press in joint tape centering it over seam. Tightly embed tape with knife removing excess compound, apply thin coat over tape. Apply compound over fasteners and allow to dry. Apply second coat along joints, be sure to feather at least 2.5 inches beyond the taping coat, apply second coat over joints ensuring to feather beyond second coat. Once dry, sand or sponge smooth.

## Finishing Inside Corners

Apply thin layer of compound to either side of corner. Crease center of tape and press into corner. Tightly embed tape with knife on both sides removing excess compound and apply it as a thin coat over tape. Apply second coat over one side at a time allowing it to dry before finishing opposite side.

## Finishing Cornerbead

Apply compound to cornerbead extending first coat a minimum of 5" onto panel, allow to dry and wet sand as necessary. Apply second coat feathering at least 2" beyond first coat, allow to dry and wet sand.

## Sanding

Sand with a wet sponge to eliminate dust and scuffing of paper. Remove high spots using as few strokes as necessary. Clean sponge often. If dry sanding, use 150 grit sand paper or finer. Avoid scuffing paper. Wear NOISH approved dust mask.

## Decorating

Ensure all surfaces are dry and dust free. A primer coat of undiluted latex wall paint with a high solids content should be applied prior to painting or texturing. Adhere to all manufacturer specific directions for painting and decorating materials.

## Clean Up

Tools are cleaned easily using warm water. Normally, only vigorous stirring in water is necessary for clean up. Some brushing or sponging maybe necessary Clean immediately after use and do not allow to harden. Wipe surfaces dry to prevent rust.

## Ingredients

May contain any or all of the following: Calcium carbonate, perlite, mica, clay, gypsum, synthetic or natural binders and thickeners.

## Coverage

Depends on thickness used and decreases when filling cornerbead. Approximately 50 lbs. per 50 sq. ft. of wallboard.

## Warning

Keep out of reach of children!

## Notice

Solid Products will not be liable for incidental and consequential damages, directly or indirectly sustained, nor for any loss caused by application of these goods not in accordance with current printed instructions or for other than intended use. Our liability is expressly limited to replacement of defective goods. Any claim shall be deemed waived unless made in writing to use within thirty (30) days from the date it was or reasonable should have been discovered.

*Sudden Bond XL* is a trademark of Solid Products, Inc.

P.O. Box 97
Richfield, WI 53076
1-800-344-8861

Plant Locations:
**EDGERTON, KANSAS**
**RICHFIELD, WISCONSIN**



CC04888

FROM : SOLID PRODUCTS INC          FAX NO. :2626284068          May. 10 2004 10:32AM P3





## Sudden Bond XL
Lightweight Setting Type Drywall Joint Compound

### For Professional Use

Designed for the drywall finishing profes- sional. **Sudden Bond XL** can be used for everything from embedding tape to finishing corner bead and fasteners to topping and texturing. Its arm saving workability allows you to work faster with less effort. **Sudden Bond XL** feathers beautifully and delivers a smooth as glass finish that is virtually pock free. Its low shrinkage and easy cleanup make it excellent for laminating gypsum panels. Because **Sudden Bond XL** is Light- weight it sands easier than other com- pounds...Complies with ASTM C475

### The **Sudden Bond** Advantages

- Easier lump free mixing
- Less weight per bag means easier handling
- Unmatched Arm Saving Workability
- Color coded bags eliminate set time confusion
- Minimal shrinkage and easy sanding provide an excellent drywall finish
- Easier cleanup means less buildup on tools and mixer
- Reliable Set Times mean on time job completion

CC04889

**INSTALLATION**

**SAFETY**

**MATERIAL SAFETY DATA SHEET**

application and installation details, including

| PHYSICAL PROPERTIES | | | |
|---|---|---|---|
| G-P GYPSUM JOINT TREATMENT SYSTEMS | | | |
| PRODUCT | PACKAGE SIZE | COVERAGE | ASTM STANDARD |
| **GyProc Ready Mix All Purpose Joint Compound**<br>Pre-mixed, ready to use for taping, finishing and skim coating and texturing | 12 lb. pails<br>30 lb. pails<br>61 lb. pails, 20 kg pails<br>61.7 lb. pails<br>48 lb. ctn, 27 kg ctn | 60 lbs. per 700 sq. ft.<br>61.7 lb. pail | C 475 |
| **GyProc Lightweight Joint Compound**<br>Pre-mixed, ready to use for taping, finishing and skim coating. | 17 liter cartons<br>4.5 gallon (43 lb.)<br>cartons and pails | 4.5 gallons per 700 sq. ft. | C 475 |
| **GyProc Semi-Lightweight Joint Compound**<br>Pre-mixed, ready to use for taping, finishing and skim coating. | 20 kg cartons<br>4.5 gallon (43 lb.)<br>cartons and pails | 4.5 gallons per 700 sq. ft. | C 475 |
| **GyProc Ready Mix Topping Compound**<br>Pre-mixed and ready to use. Finish applications only. | 61.7 lb. pails<br>48 lb. cartons | 40 lbs. per 700 sq. ft. | C 475 |
| **GyProc Fire-Halt Sealant**<br>A noncombustible fast-setting compound to use as a firestop sealant for penetrations such as pipes, conduit and telephone cables in fire-resistive assemblies; as filler for the flutes in steel decks. | 15 lb. pails<br>33 lb. bags | | C 475 |
| **GyProc Tape**<br>Special 2⅛" wide paper tape. Reinforces gypsum board joints. Pre-creased for ease of application. | 75 ft. and 60 ft. rolls<br>250 ft. rolls<br>500 ft. rolls | 400' per 1000 sq. ft.<br>of gypsum board | |
| TEXTURES AND PLASTER | | | |
| **GyProc Ceiling Textures/Vermiculite**<br>For spray application only as a decorative finish on gypsum wallboard or concrete ceilings. Not recommended for high-moisture areas such as bathrooms. | 40 lb. bags | Varies from 300 to 400 sq. ft. per bag | |
| **GyProc Ceiling Textures/Polystyrene**<br>For spray application only. Specifically designed for volume application when an economical, high-quality finish is desired on gypsum/gypsum board or concrete ceilings. Not recommended for high-moisture areas such as bathrooms. | 35 lb. bags (16 kg)<br>40 lb. bags<br>50 lb. bags | 250 sq. ft. per bag<br>285 sq. ft. per bag<br>350 sq. ft. per bag | |
| **Cameo Veneer Plaster**<br>Use for thin coat application to Cameo Veneer Plaster Base gypsum wallboard. Designed for residential and commercial construction requiring fast, economical installation for walls and ceilings as part of the Cameo veneer system. Resists abrasion or damage. | 50 lb. bags | 150 sq. ft. per 50 lb. bag | |
| **GyProc Wall and Ceiling Texture**<br>Use as decorative finish with either hand tool or spray application following the wipe-down of ceiling overspray. | 50 lb. bags | Up to 2000 sq. ft. per 50 lbs. for splatter application; approximately 400 sq. ft. per 50 lbs. for other applications | |

### Technical Information

### Sales Information and Order Placement

**Midwest:** 1-800-876-4746

**Northeast:** 1-800-947-4497

**Atlantic Provinces:** 1-800-563-1696

**Ontario:** 1-800-387-6823

**British Columbia:** 1-800-663-6402


G·P Gypsum Corporation

CC04890



# G-P Joint Compound Materials

MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical: 1 (800) 225-6119 (FSP)

## SYSTEMS DESCRIPTION

G-P Joint Systems products are designed to connect joints, nail heads, corner beads, other trim accessories, and to surface weld G-P gypsum boards together.

Properly used, G-P Joint Systems products

for walls and ceilings, and provide joints stronger than the gypsum board itself

### G-P Gyproc® Ready Mix™
*All Purpose Compound*

Compound is formulated for both taping and finishing of gypsum board. It is pre-mixed and ready to use

Coverage: 80 lbs/700 sf of gypsum board surface for joint taping and finishing.

### G-P Gyproc Lightweight® All Purpose Compound

G-P Gyproc Lightweight All Purpose Compound is formulated for joint finishing. It is more than 35% lighter than conventional joint compounds, is easier to sand and shrinks less. It is granulated and ready to use.

Coverage: 4½ gal/700 sf of gypsum board surface for joint finishing.

### Gyproc Semi-Lightweight All Purpose Compound

Gyproc Semi-Lightweight All Purpose Compound, formulated for joint taping and finishing bridges the gap between Gyproc Ready Mix All Purpose and Gyproc Lightweight joint compounds. Gyproc Semi-Lightweight compound is 15 percent lighter, sands more easily and shrinks less than conventional joint compounds.

Coverage: 4½ gal. 700 sf of gypsum board surface for joint taping and finishing.

### G-P Gyproc Ready Mix™
*Topping Compound*

G-P Gyproc Ready Mix Topping Compound is formulated for finishing applications only. It is warm mate in color, pre-mixed and ready to use.

### G-P All Purpose Compound

G-P All Purpose Compound is a dry powder formulated to be used for bedding tape, finishing joints, filling corner bead, spotting fasteners and texturing

The texture may be applied with a roller, sponge or brush depending upon the type

primer before texturing.

surface for joint taping and finishing; 15-50

### G-P Gyproc Sandable™

G-P Gyproc Sandable is formulated as a setting type compound for same day joint finishing and next day decorating. It sands almost as easily as conventional non-setting type compounds.

G-P Gyproc Sandable permits the finishing and sanding of joints in the same manner as with G-P Ready Mix All Purpose Compound without the need for drying time between applications and with no shrinkage.

Available Types: 20 45 90 minutes

Coverage: 16 lbs/300-350 sf when used for taping and finishing.

### G-P Gyproc Setting® Compound

G-P Gyproc Setting Compound is a dry powder formulated to be used for bedding tape finishing joints filling corner beads and spotting nails. It may be used for lamination in multi-layer gypsum board assemblies.

G-P Gyproc Setting hardens by setting rather than drying. When used for finishing, it will be harder to sand than non-setting joint compounds.

G-P Gyproc Setting is preferred when cold weather or slow drying conditions exist, since it will reduce the incidence of beading. G-P Gyproc Setting will not shrink once it has set.

Available Types: Gyproc Setting 45, 90

Other formulations available with a variety of

Coverage: 25 lbs/400-500 sf when used for

### Gyproc Fire-Halt® Sealant

Gyproc Fire-Halt sealant is a fast-setting compound developed for firestopping filling

tions such as pipes, ducts, conduit, beams, telephone cables, and for filling holes in steel decks above walls. Fire-Halt can be used to repair holes, cracks and other openings, including gaps between floors and curtain walls, and as a perimeter sealant or grout for door frames. Because Fire-Halt is mixed only as needed for the

economical alternative to expensive caulking tube products.

Coverage: One pound mixed with water/30

### G-P Wallboard Tape

G-P Wallboard Tape is used for reinforcing joints in gypsum boards. It is 2½" wide. The surfaces of the tape are roughened to provide good bond with the joint compound. It is pre-creased for ease of application in corners.

Coverage: 400 lf/1000 sf of gypsum board surface.

### G-P Cameo Veneer®

G-P Cameo Veneer is a specially formulated gypsum plaster for thin coat application to G-P Cameo Veneer gypsum board as part of the G-P Cameo Veneer System.

This system is designed for use in residential and commercial construction. G-P Cameo Veneer is a high strength product with excellent resistance to abrasion or damage. The use of G-P Cameo Veneer results in a faster, more economical installation that will save time over other wall and ceiling finishes.

Coverage: 50 lbs/150 sf of veneer board surface.

### APPLICABLE STANDARDS

G-P Joint Systems products are manufactured to meet ASTM C 475 specification for Joint Compound and Joint Tape for Finishing Gypsum Board. And tested by method ASTM C 474. Federal Specification SS-J-570a.

CC04891



# GyProc Fire-Halt Sealant Setting Compound

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone 1 (800) 876-4773
Technical 1 (800) 225-6119 (8-6 EST)

## DESCRIPTION

GyProc™ Fire-Halt sealant is a noncombustible, gypsum-based, fast-setting compound developed for use as a firestop sealant for openings that penetrate fire-resistive assemblies. Fire-Halt is smoke and sound resistant and does not contain asbestos or PCBs. It may be used in assemblies designated as "smoke barriers" or those required to meet a sound attenuation STC rating. It seals out smoke and toxic gases, the major causes of building fire fatalities. Fire-Halt also acts to prevent dust infiltration. In addition, Fire-Halt sealant can be used in plenums or attics as a "fire-taping" compound with or without tape. Because Fire-Halt is mixed only as needed for the current application, the product is an economical alternative to expensive caulking tube products.

## PRODUCT DESCRIPTION

Fire-Halt sealant contains glass fibers to improve crack resistance and bulking characteristics. The product is tinted a reddish color to help building officials or the marshals distinguish it from other products. It is tough, durable and maintains its bonds to pipes and concrete through 3-hour fire and hose stream tests. Fire-Halt is manufactured under the WHI certification program. Each bag contains the WHI seal.

## PRODUCT USES

Fire-Halt sealant is used for firestopping, filling and sealing wall and floor through penetrations such as pipes, ducts, conduit, beams, telephone cables, and for filling flutes in steel decks above walls. It may also be used as a perimeter seal around steel or concrete beams and columns. Fire-Halt can be used to repair holes, cracks and other openings including gaps between floors and curtain walls and as a perimeter sealant or grout for door frames.

## PRODUCT SPECIFICATION

Fire-Halt has been tested in accordance with ASTM E 814, UBC 7-5 and CAN/ULC-S115 for both walls and floors. The product has passed tests for 1-, 2- and 3-hour fire ratings. GyProc Fire-Halt is manufactured to meet or exceed the requirements of ASTM C 475.

"Standard Specification for Joint Compound and Joint Tape for Finishing Gypsum Board." The product conforms to the requirements of major building codes including BOCA, ICBO and SBCCI for fire-rated assemblies. Fire-Halt sealant has a flame spread of 0 and smoke developed of 0 when tested in accordance with ASTM E 84 and is noncombustible when tested in accordance with ASTM E 136.

F and T ratings developed during the test program show a very consistent pattern. Steel and copper pipes conduct heat so well that they cannot achieve 1-hour T ratings under any circumstances. Flexible aluminum conduit T ratings are 1- and 2-hour for 2-and 3-hour F ratings respectively. PVC and PVC-jacketed phone cables perform well with Fire-Halt sealant, consistently achieving 1- and 2-hour ratings.

Fire-Halt assemblies are shown in Warnock Hersey LISTINGS under "Firestop Systems."

### LIMITATIONS:

- Do not use in moist areas or areas continuously immersed in water.
- Dilution with water will not delay or prevent setting action.
- Not recommended for sustained extreme high temperature applications. Temperatures of penetrating elements should not exceed 140°F (85°C).

## PRODUCT APPLICATION

Where penetrations occur in fire-rated assemblies, the integrity of the system must be maintained. To fully comply with listed procedures, openings in the gypsum board for pipes and conduits should be ¼" larger than the penetrating element.

In general, use a 4" finishing knife and force a generous amount of Fire-Halt sealant into the opening. Remove excess and smooth compound flush with the surface of the gypsum board. If shrinkage occurs, a second coat may be desirable in visible areas. Once a compound has set, it may be covered with a second coat even if it is not completely dry.

### WALLS

**1⅛" to 1" (3 to 25 mm) annular space**
For gypsum board assemblies with annular spaces not larger than 1", force a generous amount of Fire-Halt sealant the full thickness of the gypsum board into the opening with a finishing knife. Smooth compound flush with the gypsum board.

**1" to 4½" (25 to 110 mm) annular space, PVC or metal pipes, telephone cables**
For gypsum board assemblies with pipe/conduit penetrations or bundles of PVC-jacketed telephone cables with annular spaces up to 4½", pack the wall cavity with

any suitable damming material (crumpled newspapers, fiberglass, etc.). Using a finishing knife, cover the damming material with Fire-Halt sealant equal to the thickness of the gypsum board on both sides of the partition and smooth flush with the gypsum board.

Multiple penetrations, hole up to 22½" x 9" (570 x 230 mm)
For multiple pipes, conduits and/or telephone cables through the wall, the maximum size hole is 22½" x 9". Maintain 2" minimum space between penetrating members. Pack the wall cavity with any suitable damming material (crumpled newspapers, fiberglass, etc.). With a finishing knife, cover the damming material with Fire-Halt sealant equal to the thickness of the gypsum board and smooth flush.

### CONCRETE FLOORS OR WALLS

**⅛" to 4½" (13 to 110 mm) annular space, metal pipes, PVC telephone cables**
For concrete floors or walls, the minimum thickness for Fire-Halt sealant is 2". Any damming material may be used and may be removed after the sealant has set. Pour the mixed sealant around the pipes and/or cables and smooth level with the concrete.

### FLUTED STEEL DECKS

**Above partitions**
When both sides are to be finished, place damming material in the center of flutes, allowing ⅝" or 1" (16 or 25 mm) space for 1- or 2-hour ratings on both sides. Apply sealant as directed above for walls. When only one side is to be finished, apply damming materials, allowing 1¼" or 2" (32 or 50 mm) for 1- or 2-hour ratings. Damming material may be removed. Fire-Halt sealant may be applied solid through the flute, if desired.

## MIXING INSTRUCTIONS

- Use a clean container, such as a 5-gallon plastic joint compound pail. Measure a clean (drinkable) water for mixing at a ratio of 2 quarts (2.2 L) per 8 lbs. (4 kg) of dry compound.
- Hold back approximately ½ cup (.3 L) per 8 lbs. (4 kg) of dry compound to adjust consistency after initial mixing.
- Always pour dry compound into water. Agitate with "potato masher" type hand mixer until fully wetted to a heavy doey consistency—usually 2-3 minutes. Overmixing or machine mixing may accelerate set.
- Add small amounts of retained water and thin to desired consistency based on intended use.
- Use a thick mix for large holes or gaps of ½" or wider and a thinner mix for smaller or narrower openings.

**CC04892**

### COVERAGE

One pound mixed with water will fill approximately 30 cubic inches. A bag will fill approximately 460 cubic inches (8 L).

### SAFETY PRECAUTIONS:

• Use an approved dust mask while mixing or sanding this product.

### HANDLING PRECAUTIONS:

• Use at temperatures above 40°F (5°C).
• Mix only enough material that can be used in one hour as this product begins hardening in approximately one hour. Once set has begun, Fire-Halt cannot be remixed. Final set occurs in approximately 1½ hours.
• Do not mix with any other material as set time and strength may be affected.

• Clean tools and containers immediately after use and before compound has completely set.

### FINISHING/PAINTING

Fire-Halt sealant may be painted following the usual recommended methods for gypsum board finishing. If decorating an area incorporating GyProc Fire-Halt sealant, allow sealant to dry thoroughly. Sand lightly and use a full-bodied, quality latex primer-sealer before applying final decoration. Priming will equalize the suction variation between the sealant and the paper surface of the board. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with

severe natural or artificial side lighting. When set (it need not be dry), a second coat may be applied, if desired. Fire-Halt sealant may be coated with ready-mix joint compound. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration. When dry, Fire-Halt sealant may be painted following the usual recommended methods for gypsum board finishing.

### PACKAGING AND STORAGE

Fire-Halt sealant is packaged in moisture-resistant bags. Bag weight is 15 lbs. (6.8 kg). 80 bags per pallet. Store in a dry warehouse off the floor and away from exterior walls. Proper storage should give up to 9 months of shelf life.

**FIRE-HALT SEALANT APPLICATIONS**

| ASSEMBLY | PENETRATING MATERIAL | ANNULAR SPACING | RATING F | RATING T | WHI LISTING |
|---|---|---|---|---|---|
| 1-Hour Wall Group Penetrations 9" x 22½" Opening | Up to 4" Closed PVC Pipe | ⅛" to 20" | 60 | 60 | GP/PV 60-04 |
| | Up to 4" Schedule 40 Steel Pipe | ⅛" to 20" | 60 | 24 | GP/PV 60-04 |
| | Up to 4" EMT Steel Pipe | ⅛" to 20" | 60 | 16 | GP/PV 60-04 |
| | Up to 4" Copper Pipe | ⅛" to 20" | 60 | 14 | GP/PV 60-04 |
| | Up to 1" PVC Jacketed Flexible Steel Conduit | ⅛" to 20" | 60 | 16 | GP/PV 60-04 |
| | Bundle of 100 Telephone Cables | ⅛" to 20" | 60 | 47 | GP/PV 60-04 |
| 1-Hour Wood Floor | Up to 4" PVC Vent Pipe Offset | ½" to 4" | 60 | 60 | GP/PH 60-02 |
| | Up to 4" Schedule 40 Steel Pipe | ¼" to 4" | 60 | 60 | GP/PH 60-01 |
| | Up to 4" Copper Pipe | ¼" to 4" | 60 | 33 | GP/PH 60-01 |
| | Two #4 Electrical Feed Cables | ½" to 4" | 60 | 60 | GP/PH 60-01 |
| 2-Hour Concrete Floor or Wall | Up to 4" Schedule 40 Steel Pipe | ¼" to 4½" | 120 | 32 | GP/PH 120-01 |
| | Up to 4" Copper Pipe | ¼" to 4½" | 120 | 16 | GP/PH 120-01 |
| | Up to 4" EMT Steel Pipe | ¼" to 4½" | 120 | 34 | GP/PH 120-01 |
| | 1¼" Bundle of 25 Telephone Cables | ¼" to 4½" | 120 | 114 | GP/PH 120-01 |
| 2-Hour Wall | Fluted Steel Deck | flush | 120 | 120 | GP/PH 120-02 |

Fire-Halt sealant thickness is equal to the thickness of the gypsum board membrane.

**For technical assistance, call 1-800-225-6119**
**(8 a.m.–5 p.m. EST).**

**For a complete G-P Gypsum product catalog,**
**call 1-800-BUILD GP**
**or visit our Web site: www.gp.com/gypsum**

# Dens-Shield Tile Backer

## MANUFACTURER

Georgia-Pacific Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

Dens-Shield® tile backer is a substrate that, when properly installed, is virtually unaffected by water or moisture vapor—making it excellent for protecting both tile installations and stud cavities. Dens-Shield is composed of a proprietary, water-resistant silicone-treated core that is covered front and back with inorganic glass mats. The embedded mats are permanently integrated with the core during manufacturing, preventing delamination problems commonly associated with greenboard. On the face side, Dens-Shield's exclusive heat-cured acrylic coating stops surface water and retards vapor transmission, protecting the stud cavity.

Unlike cementitious backer boards, Dens-Shield does not require a separate water barrier. Dens-Shield is 33% lighter than cement board which makes installation easier. Dens-Shield provides excellent dimensional stability and strength so it can be installed parallel or at right angles to framing in wall and ceiling applications.

## PRIMARY USES

Dens-Shield tile backer has shown to be excellent for tile and non-tile installations in wet and non-wet applications, in areas of high humidity, and in fire-rated wall assemblies. It is ideal for interior walls, ceilings, residential and light commercial floors and countertop applications in high moisture areas such as baths, showers, kitchens, laundries, swimming pool areas and locker rooms.

Dens-Shield provides an excellent backer for sidewalls and ceilings in bathtub and shower installations, where it provides an even, solid substrate for tile. Dens-Shield may also be finished with paint or wallpaper for non-tile areas that require superior fire and moisture resistance, where its vapor barrier and water-repelling qualities are desirable. Dens-Shield also adds stabilizing and fire-resistant qualities to countertop installations.

¼" and ½" Dens-Shield can be used as a substrate in floor tile applications for residential use as defined in the Handbook for Ceramic Tile Installation by the Tile Council

of America. ½" Dens-Shield is also suitable for light commercial floor tile applications.

## LIMITATIONS

Tiles should be applied on the gray coated side of Dens-Shield.

Dens-Shield should not be used in commercial saunas, steam rooms, around fireplaces or areas where prolonged exposure to heat exceeds 125°F.

Dens-Shield should not be used as a shower base.

Dens-Shield should not be used for exterior use.

Dens-Shield should not be used as a base for nailing and mechanical fastening.

Dens-Shield should not be used in conjunction with passive solar heat systems.

Dens-Shield should not be used in residential floor tile installations with tile having face dimensions less than 2" x 2" or in light commercial applications with tile having face dimensions less than 4" x 4".

Dens-Shield should not be used in wall or ceiling tile applications with tile larger than ⅜" x 14" x 14".

Dens-Shield should not be applied directly to concrete or masonry block. Framing or furring of wall is necessary.

Adhesives alone should not be used to install Dens-Shield. Nails or screws may be used alone or in combination with adhesives.

Since Dens-Shield has a built-in moisture barrier, never install vapor retarders directly behind the tile backer. In retrofit applications, some paints or other wall coverings may constitute a vapor barrier; remove or effectively penetrate these coverings prior to installing Dens-Shield.

Dens-Shield should not be used in shower floors or curbs.

## TECHNICAL DATA

When tested in conformance with ASTM E 96, Dens-Shield achieved a perm rating of less than 1.5 alone, 1.0 with dry set mortars, and .5 when applied with a Type 1 tile mastic.

Dens-Shield has passed the ICBO required percolation test permitting application without a separate water barrier.

In an independently witnessed shower installation test, Dens-Shield was subjected to a shower of water at 110°F, fifteen minutes per hour for a one-year period—the equiva-

lent of 28 years of showers—in an installation with no grout. No deterioration of framing members due to water infiltration occurred.

Dens-Shield tile backer is fire rated for both 1-hour and 2-hour wall assemblies.

⅝" Dens-Shield meets ASTM criteria for type X (type X fire resistant); therefore it can be substituted for type X gypsum board specified in generic rated wall assemblies listed in the Gypsum Association Fire Reference Design Manual, Publication GA-600.

Dens-Shield has passed the Robinson Floor test in both ¼" and ½" thicknesses. For independent test results and additional technical information, call 1-800-947-4497 (EST) or 1-800-433-6212 (PST).

Dens-Shield conforms to ASTM C 117.

## INSTALLATION

### TILE APPLICATIONS

SIDEWALLS AND CEILINGS IN BATHTUB AND SHOWER:

1. 2" 10 x 10 wove glass mesh tape should be applied over all joints and angles. Tape should be embedded in setting material used to set tiles. For best results, joints should be allowed to dry before tile is applied.

2. Tile must be applied to the coated (gray) side of Dens-Shield panels. All openings must be caulked with 100% silicone sealant/caulk or filled with tile-setting mastic or mortar, or with self-sealing devices.

3. Only the following products should be used to set tile: Type 1 ceramic tile mastic, dry-set or latex portland cement mortar, or other products recommended by the adhesive or mortar manufacturer.

SHOWER PAN:

1. Shower pan or rubber membrane should be adequately sloped to the open drain or weep hole detail to permit proper water drainage.

2. Showers with curbs: Waterproof membrane should be applied up walls a minimum of 2" and a maximum of 4" above curb.

3. Showers without curbs: Waterproof membrane should be applied up walls a minimum of 6" and a maximum of 8".

4. Wood or other satisfactory blocking should be applied at the bottom framing to support the vertical sides of the shower pan or membrane and Dens-Shield.

Georgia-Pacific 

CC04894



# Dens-Shield Tile Backer

## MANUFACTURER

Georgia-Pacific Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical  1 (800) 225-6119 (EST)

## DESCRIPTION

Dens-Shield® tile backer is a substrate that, when properly installed, is virtually unaffected by water or moisture vapor—making it excellent for protecting both tile installations and stud cavities. Dens-Shield is composed of a proprietary, water-resistant silicone-treated core that is covered front and back with inorganic glass mats. The embedded mats are permanently integrated with the core during manufacturing, preventing delamination problems commonly associated with greenboard. On the face side, Dens-Shield's exclusive heat-cured acrylic coating stops surface water and retards vapor transmission, protecting the stud cavity.

Unlike cementitious backer boards, Dens-Shield does not require a separate water barrier. Dens-Shield is 33% lighter than cement board which makes installation easier. Dens-Shield provides excellent dimensional stability and strength so it can be installed parallel or at right angles to framing in wall and ceiling applications.

## PRIMARY USES

Dens-Shield tile backer has shown to be excellent for tile and non-tile installations in wet and non-wet applications, in areas of high humidity, and in fire-rated wall assemblies. It is ideal for interior walls, ceilings, residential and light commercial floors and countertop applications in high moisture areas such as baths, showers, kitchens, laundries, swimming pool areas and locker rooms.

Dens-Shield provides an excellent backer for sidewalls and ceilings in bathtub and shower installations, where it provides an even, solid substrate for tile. Dens-Shield may also be finished with paint or wallpaper for non-tile areas that require superior fire and moisture resistance, where its vapor barrier and water-repelling qualities are desirable. Dens-Shield also adds stabilizing and fire-resistant qualities to countertop installations.

¼" and ½" Dens-Shield can be used as a substrate in floor tile applications for residential use as defined in the Handbook for Ceramic Tile Installation by the Tile Council

of America. ½" Dens-Shield is also suitable for light commercial floor tile applications.

## LIMITATIONS

Tiles should be applied on the gray coated side of Dens-Shield.

Dens-Shield should not be used in commercial saunas, steam rooms, around fireplaces or areas where prolonged exposure to heat exceeds 125°F.

Dens-Shield should not be used as a shower base.

Dens-Shield should not be used for exterior use.

Dens-Shield should not be used as a base for nailing and mechanical fastening.

Dens-Shield should not be used in conjunction with passive solar heat systems.

Dens-Shield should not be used in residential floor tile installations with tile having face dimensions less than 2" x 2" or in light commercial applications with tile having face dimensions less than 4" x 4".

Dens-Shield should not be used in wall or ceiling tile applications with tile larger than ⅜" x 14" x 14".

Dens-Shield should not be applied directly to concrete or masonry block. Framing or furring of wall is necessary.

Adhesives alone should not be used to install Dens-Shield. Nails or screws may be used alone or in combination with adhesives.

Since Dens-Shield has a built-in moisture barrier, never install vapor retarders directly behind the tile backer. In retrofit applications, some paints or other wall coverings may constitute a vapor barrier; remove or effectively penetrate these coverings prior to installing Dens-Shield.

Dens-Shield should not be used in shower floors or curbs.

## TECHNICAL DATA

When tested in conformance with ASTM E 96, Dens-Shield achieved a perm rating of less than 1.5 alone, 1.0 with dry set mortars, and .5 when applied with a Type 1 tile mastic.

Dens-Shield has passed the ICBO required percolation test permitting application without a separate water barrier.

In an independently witnessed shower installation test, Dens-Shield was subjected to a shower of water at 110°F, fifteen minutes per hour for a one-year period—the equiva-

lent of 28 years of showers—in an installation with no grout. No deterioration of framing members due to water infiltration occurred.

Dens-Shield tile backer is fire rated for both 1-hour and 2-hour wall assemblies.

⅝" Dens-Shield meets ASTM criteria for type X (type X fire resistant); therefore it can be substituted for type X gypsum board specified in generic rated wall assemblies listed in the Gypsum Association Fire Reference Design Manual, Publication GA-600.

Dens-Shield has passed the Robinson Floor test in both ¼" and ½" thicknesses. For independent test results and additional technical information, call 1-800-947-4497 (EST) or 1-800-433-6212 (PST).

Dens-Shield conforms to ASTM C 117.

## INSTALLATION

### TILE APPLICATIONS

SIDEWALLS AND CEILINGS IN BATHTUB AND SHOWER:

1. 2" 10 x 10 wove glass mesh tape should be applied over all joints and angles. Tape should be embedded in setting material used to set tiles. For best results, joints should be allowed to dry before tile is applied.

2. Tile must be applied to the coated (gray) side of Dens-Shield panels. All openings must be caulked with 100% silicone sealant/caulk or filled with tile-setting mastic or mortar, or with self-sealing devices.

3. Only the following products should be used to set tile: Type 1 ceramic tile mastic, dry-set or latex portland cement mortar, or other products recommended by the adhesive or mortar manufacturer.

SHOWER PAN:

1. Shower pan or rubber membrane should be adequately sloped to the open drain or weep hole detail to permit proper water drainage.

2. Showers with curbs: Waterproof membrane should be applied up walls a minimum of 2" and a maximum of 4" above curb.

3. Showers without curbs: Waterproof membrane should be applied up walls a minimum of 6" and a maximum of 8".

4. Wood or other satisfactory blocking should be applied at the bottom framing to support the vertical sides of the shower pan or membrane and Dens-Shield.

## Georgia-Pacific 

CC04895