# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | | SECTION L |
| This Document Relates to: | * * | |
| ALL CASES AND | * * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Stephen and Isis Silva, et al v. Interior Exterior No. 2:09-cv-08030 | * * * * | |
| Stephen and Isis Silva, et al v. Arch Insurance Company, et al No. 2:09-cv-08034 | * * * | |

**************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL OBJECTION OF LANDMARK AMERICAN INSURANCE COMPANY AND NATIONAL SURETY CORPORATION FOR AN ORDER PRELIMINARILY APPROVING INEX SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, come Landmark American Insurance Company ("Landmark") and National Surety Corporation ("National Surety"), who hereby request leave of court to file the Supplemental Objection of Landmark American Insurance Company and National Surety Corporation for an Order Preliminarily Approving INEX Settlement Agreement to address possible solutions for the resolution of the objections raised it is original objection.

{L0150368.1}                                                     1

**Respectfully submitted:**

  /s/*Melissa M. Swabacker*
  JUDY L. BURNTHORN (#17496)
JAMES W. HAILEY, III (#23111)
MELISSA M. SWABACKER (#32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com
*Counsel for Landmark American Insurance Company*

*- and-*

GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP.**
P.O. Drawer 3408
Lafayette, LA 70502-3408
Phone: (337) 262-9000
Fax: (337) 262- 9001
grusso@joneswalker.com
mdonohue@joneswalker.com
*Counsel for National Surety Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading, entitled, "Motion for Leave to File Supplemental Objection of Landmark American Insurance Company and National Surety Corporation for an Order Preliminarily Approving INEX Settlement Agreement" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **5th** day of **May, 2011.**

                                             */s/ Melissa M. Swabacker*
                                             MELISSA M. SWABACKER