## Swabacker, Melissa

| | |
|---|---|
| **From:** | Fred Longer [FLonger@lfsblaw.com] |
| **Sent:** | Thursday, May 05, 2011 2:05 PM |
| **To:** | 'mdonohue@joneswalker.com'; 'AScott@choate.com'; 'lexy_butler@laed.uscourts.gov' |
| **Cc:** | 'drh@ahhelaw.com'; 'grusso@joneswalker.com'; 'KRisley@thompsoncoe.com'; 'mpipes@barrassousdin.com'; 'nizialek@carverdarden.com'; 'RDuplantier@gjtbs.com'; 'rherman@hhkc.com'; Arnold Levin; Swabacker, Melissa |
| **Subject:** | Re: Chinese Drywall MDL Case No. 09-2047/INEX Settlement |

Megan, You are correct. FSL
---------------------------
Sent from my BlackBerry Wireless Device


----- Original Message -----
From: Donohue, Megan <mdonohue@joneswalker.com>
To: Fred Longer; Scott, A. Hugh <AScott@choate.com>; Lexy_Butler@laed.uscourts.gov <Lexy_Butler@laed.uscourts.gov>
Cc: drh@ahhelaw.com <drh@ahhelaw.com>; Russo, Gary <grusso@joneswalker.com>; Risley, Kevin <KRisley@thompsoncoe.com>; H. Minor Pipes <mpipes@barrassousdin.com>; Philip D. Nizialek <nizialek@carverdarden.com>; Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>; Russ Herman <RHERMAN@hhkc.com>; Arnold Levin; Swabacker, Melissa <mswabacker@dkslaw.com>
Sent: Thu May 05 14:51:46 2011
Subject: RE: Chinese Drywall MDL Case No. 09-2047/INEX Settlement

Fred,

We assume that the PSC's response (adopting Mr. Scott's and Mr. Nizialek's correspondence on this subject) to National Surety's letter to the Court is the same as its response to Landmark's letter. Please confirm that this is accurate.

Thanks,
Megan

Megan E. Donohue
Attorney at Law
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE LLP
600 Jefferson Street Suite 1600
Lafayette, LA 70501
Direct: 337.262.9058| Fax: 337.262.9001
 mdonohue@joneswalker.com
www.joneswalker.com
Thank you for considering the environmental impact of printing e-mails.

-----Original Message-----
From: Fred Longer [mailto:FLonger@lfsblaw.com]
Sent: Wednesday, May 04, 2011 3:18 PM
To: 'Scott, A. Hugh'; Lexy_Butler@laed.uscourts.gov
Cc: drh@ahhelaw.com; Russo, Gary; Risley, Kevin; H. Minor Pipes; Philip D. Nizialek; Richard G. Duplantier, Jr.; Russ Herman; Arnold Levin; Swabacker, Melissa
Subject: RE: Chinese Drywall MDL Case No. 09-2047/INEX Settlement

Lexy,  Mr. Scott's and Mr. Nizialek's correspondence on this subject address the issues raised by Landmark in their most recent email to the court.  Thank you for you patience.  Respectfully, FSL

-----Original Message-----
From: Scott, A. Hugh [mailto:AScott@choate.com]
Sent: Wednesday, May 04, 2011 12:01 PM
To: Lexy_Butler@laed.uscourts.gov

1

**EXHIBIT C**

Cc: drh@ahhelaw.com; Russo, Gary; Risley, Kevin; H. Minor Pipes; Philip D. Nizialek; Richard G. Duplantier, Jr.; Russ Herman; Arnold Levin; Fred Longer; Swabacker, Melissa
Subject: RE: Chinese Drywall MDL Case No. 09-2047/INEX Settlement

Dear Ms. Butler,

Please find attached copies responses by Liberty Mutual to the Landmark correspondence mentioned in your email below, as well as to similar correspondence subsequently received from National Surety.

The original letters are being mailed to the Court.

We appreciate your assistance.

    - Hugh Scott

A. Hugh Scott
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
617 248 5250 (direct)
617 248 4000 (fax)
hscott@choate.com

-----Original Message-----
From: Lexy_Butler@laed.uscourts.gov
[mailto:Lexy_Butler@laed.uscourts.gov]
Sent: Friday, April 29, 2011 9:31 AM
To: Swabacker, Melissa
Cc: drh@ahhelaw.com; Russo, Gary; Scott, A. Hugh; Risley, Kevin; H. Minor Pipes; Philip D. Nizialek; Richard G. Duplantier, Jr.; Russ Herman
Subject: Re: Chinese Drywall MDL Case No. 09-2047/INEX Settlement

The Court received the correspondence from Landmark's counsel and would like a response from the PSC, InEx, Arch, and Liberty Mutual.
Thereafter, the Court will either schedule a telephone conference or issue an order resolving the issue.
Thanks,
Lexy


Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com
The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.