# EXHIBIT D – Proposed Revisions to the Settlement Agreement

Proposed revisions to the Settlement Agreement are indicated by **bold** text, as follows. Note that these revisions only address changes proposed by Landmark and National Surety concerning the issue of whether Landmark and National Surety are to be released by the Settlement Agreement. No suggested revisions have been made to these paragraphs concerning the other issues raised by Landmark and National Surety in its original or supplemental objections to the motion for an order preliminarily approving the Settlement Agreement.

**4.3 Class Release**

    4.3.1  As of the Effective Date of the Settlement, and with the approval of the Court, all Class Members, and anyone claiming by, through and/or on behalf of any of them, hereby fully, finally, and forever release, waive, discharge, surrender, forego, give up, abandon, and cancel any and all Released Claims (as defined in Section 4.1) against the Settling Defendants and Released Parties, including (but not limited to) those asserted, or that could have been asserted, in the Litigation, the Related Actions, and/or the Related Claims.

    4.3.2  As of the Effective Date of the Settlement, all Class Members, and anyone claiming by, and through and/or on behalf of any of them, will be forever barred and enjoined from prosecuting any action against the Settling Defendants **and the Released Parties** asserting any and/or all Released Claims.

    4.3.3  The Non-Louisiana Subclass will exclude from its release of InEx Chinese Drywall claims against InEx to the extent that such claims exceed $8,000,000 but are less than the Available Insurance Limits (the Non-Released Claims," as defined above).

        4.3.3.1  InEx will make the Assignment of Insurance to the Non-Louisiana Sub-class for all rights InEx has to excess insurance coverage for the Non-Released Claims.

4.3.3.2  The Non-Louisiana Subclass will (a) dismiss the Non-Released Claims without prejudice, (b) covenant not to sue InEx for any of the Non-Released Claims, and (c) covenant not to sue InEx to collect from InEx, or to seek to execute against InEx, any settlements of or judgments for Non-Released Claims.

4.3.4.  The execution of the Settlement shall not be construed as a release of any claims the Class Members may have against any person and/or entity other than the Settling Defendants **and the Released Parties**.  All Class Members reserve all claims (including, but not limited to, any and all rights and causes of action, no matter how arising, under any ordinance, code, law, statute, federal or state, pending or dismissed, known or unknown) against any person and/or entity other than the Settling Defendants **and the Released Parties** named, or who could have been named, in the Related Actions.

4.3.5.  The Parties agree that the Settlement Class and each of the Class Members shall satisfy any judgment it or they may obtain against a third party to the manner necessary (under applicable state law whether it be pro rata, pro tonto, and/or set off) to extinguish any claims for contribution, indemnity, common law or contractual, and/or subrogation, whether arising under tort, contract or otherwise, by such third party against the Settling Defendants **and Released Parties**.  It is the intent of the Parties that the Settling Defendants **and Released Parties** shall have no further liability in connection with the Release Claims.

4.3.6.  As of the Effective Date of the Settlement, to the extent of each Class Member's individual and net recovery, and to the extent the claim described in this Section arises out of the claim of that class Member, each Class Member shall defend, indemnify, and hold harmless each of the Settling Defendants **and Released Parties** from and against (a) any and all claims by, on behalf of, through or deriving from his, her, or its heirs, executors, representatives, attorneys or former attorneys, successors, employers, insurers, employers' insurers, health insurers, health care providers, assignees, subrogees, predecessors in interest, successors in interest, beneficiaries or survivors; and (b) any claims for contribution; indemnity, common law or contractual; and/or subrogation, whether arising under tort, contract or

otherwise, related in any way to the Released Claims of said Class Member released by this Settlement.

4.3.7 To the extent that any entity or person other than InEx may have, or may assert that it has (whether by way of being an additional insured, or an other insured, or otherwise) any rights (including but not limited to, rights to defense or for indemnification) under the Arch Policies or the Liberty Policies, the Parties agree that the Settlement Class and each of the Class Members will not seek to assert those rights against the Settling Defendants **or the Released Parties**, whether by assignment, or subrogation, or otherwise.

4.3.8 It is expressly understood and agreed that the indemnity, defense, and judgment reduction obligations detailed above shall exist regardless of the legal basis for the claim, demand, cause of action, right of action, liability, lien, or judgment demand asserted by any person or entity to the extent related to the Released Claims against any Released Party and/or Settling Defendant and shall survive the execution of any Settlement Agreement. In particular, the Class Members expressly bind themselves to the foregoing indemnity, defense and judgment reduction obligations regardless of whether the claim, demand, suit, liability, lien, judgment, cause of action, or right of action is based on or related to (a) the strict liability of any of the Settling Defendants **and/or the Released Parties** under any theory whatsoever; (c) the absolute liability of any of the Settling Defendants; (d) the wanton, reckless, or willful misconduct of any of the Settling Defendants **and/or the Released Parties**; (e) any actual, alleged or purported right, asserted by any Settling Defendant, **Released Party,** or any Class Member under a policy of insurance issued by one or more insurers; or (f) any other basis whatsoever.

**4.4. InEx Release**

4.4.1 As of the Effective Date of the Settlement, InEx and/or all persons or entities who or which derive any right or claim from, by and/or through InEx, hereby (i) releases and discharges any and all claims whatsoever against Arch and Liberty **and the Released Parties,** which claims arise out of, or are related in any way to, Chinese Drywall, the Released Claims, the Litigation, the Related Actions, the Related Claims, the Arch Policies, and/or the Liberty

{L0150389.1}   3

Policies, including, but not limited to, (a) all claims for insurance coverage, indemnity, "duty to defend," liability of any kind arising from insurance policies, bad faith claims, and/or extra-contractual liability of any kind, which claims arise under Louisiana law, the law of any other state, or any other law (including common law) and (b) any and all past, present, and/or future claims arising out of, or related to indemnity obligations, duty to defend, claims handling, claims adjustment, beach of contract , breach of duty or duties, negligent investigation, breach of warranty, failure to warn, breach of implied warranty, breach of good faith and fair dealing, bad faith, negligent or intentional interference with contractual relationships, deceptive trade practices, unfair trade practices, unfair settlement practices, conduct in violation of any insurance code, or any other alleged misconduct, omission, or wrongdoing of any kind and (ii) agrees and stipulates (a) that the Arch Policies are the only insurance policies issued by Arch to InEx that potentially provide coverage to InEx for Chinese Drywall claims, (b) that the Liberty Policies are the only insurance policies issued by Liberty to InEx that potentially provide coverage to InEx for Chinese Drywall claims, (c) that the aggregate policy limits under the Arch Policies and the Liberty Policies, individually and collectively, have been exhausted, and (d) that Arch and Liberty have no further duty to defend and/or indemnify InEx, or any other person or persons, entity or entities under the Arch Policies or the Liberty Policies, individually and/or collectively, or otherwise.

4.4.2   InEx shall not assign any claims it may possess against any Insurer to any person or entity except as provided in the Assignment of Insurance.