UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY  SECTION: L
LITIGATION  JUDGE FALLON

MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO:**

SHANE M. ALLEN and NICOLE J. ALLEN, ET AL.
V. KNAUF GIPS KG, ET AL.

CA 09-4112
_____/

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Independent Builder Supply Association, Inc. (hereinafter

"IBSA") will bring for submission its Motion to Dismiss on July 14, 2011 at 9:00 a.m.

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
INDEPENDENT BUILDER SUPPLY
ASSOCIATION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax


BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN
Fla. Bar. No.: 89052

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 5, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

      FULMER LeROY ALBEE BAUMANN, P.L.C.
      Attorneys for Defendant,
      INDEPENDENT BUILDER SUPPLY
      ASSOCIATION, INC.
      2866 East Oakland Park Boulevard
      Fort Lauderdale, FL  33306
      (954) 707-4430  phone
      (954) 707-4431  fax

      BY: /s/ *Gary F. Baumann*
          GARY F. BAUMANN
          Fla. Bar. No.:  89052