## Brittany Kennedy

**From:** Statman, Eric [eric.statman@hoganlovells.com]
**Sent:** Tuesday, February 08, 2011 10:42 AM
**To:** 'Lenny Davis'
**Cc:** Spano, Frank T.; alevin@lfsblaw.com; 'Russ Herman'; 'Fred Longer'; 'Matthew Gaughan'
**Subject:** RE: Taishan depositions

Lenny,

Recognizing that you are out of town, we would still like to see if we can schedule depositions. As you know, Hillarie Bass is unavailable at the start of the week beginning March 14. To accommodate everyone's schedules, while April 4 remains our preference, we could also propose begin on March 21. In either case, to minimize the total time, we would propose having two of the depositions run concurrently. In that way, we would envision finishing the depositions within 4 days or less.

Additionally, you had inquired about the intelligibility of the witnesses hailing from Shandong Province. It is our experience that even experienced Chinese speakers may struggle to understand them, and thus we would propose using our resources in China (we have 3 offices there) to arrange for the translators at the depositions.

Please let us know if this is acceptable at your earliest convenience so that we may attend to the niceties of scheduling.


**Eric Statman**
Counsel

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Tel:     +1 212 918 3000
Direct:  +1 (212) 909-0609
Fax:     +1 212 918 3100
Email:   eric.statman@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*


**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Monday, February 07, 2011 3:12 PM
**To:** Statman, Eric
**Cc:** Spano, Frank T.; alevin@lfsblaw.com; Russ Herman; Fred Longer; Matthew Gaughan
**Subject:** RE: Taishan depositions

I am out of town. Wont be back till Thursday. Matt Gaughan has replied to you regarding service. If yuou need more please specifically let us know what you think you may want. As to the other items you want to address the best way to communicate with me is by email as I am in meetings most of today and in court tomorrow. thanks


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP

**EXHIBIT A**

1

820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Statman, Eric [mailto:eric.statman@hoganlovells.com]
**Sent:** Monday, February 07, 2011 10:30 AM
**To:** Lenny Davis
**Cc:** Spano, Frank T.
**Subject:** RE: Taishan depositions

Lenny
Frank and I called you to discuss the translator and other deposition issues and also issues relating to the motion for a default in Wiltz. We understand that you are out of the office today and tomorrow. If you have time to call either of those days one of us will bee generally available, and one or both of us will be available on Wednesday. We would appreciate it, however, if you could enlist someone from your office to forward to us all of the documents evidencing proof of service on Taishan Gypsum and Taian Taishan Plasterboard in Wiltz, as it appears that the exhibits attached to the affidavit in support of the default motion may not be complete.

**Eric Statman**
Counsel

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Tel:    +1 212 918 3000
Direct: +1 (212) 909-0609
Fax:    +1 212 918 3100
Email:  eric.statman@hoganlovells.com
        www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Friday, February 04, 2011 4:59 PM
**To:** BASSH@gtlaw.com; Spano, Frank T.
**Cc:** SalkyM@gtlaw.com; BASSH@gtlaw.com; robertb@hollis-wright.com; mclark@shergarner.com; ecabraser@lchb.com; khardt@snllaw.com; jbslaughter@va-law.org; keithb@beltlawfirm.com; Cyr, Joe; Statman, Eric; Chen, Eugene; Colton, Lauren S.; DBlack@perkinscoie.com; Lindsay, Alvin F.;

rcs@stanleyreuter.com; Tom Owen; Arnold Levin; Russ Herman; Fred Longer
**Subject:** RE: Taishan depositions

It appears that at minimum we will need six full days to take these 3 deponents. In the past with the various questioners(state and federal) we have allotted 2 full days per person being deposed. I am very concerned about the time especially in light of the new revelation that a "unique dialect" and a special translator is necessary. We need full disclosure on this so arrangements can be made. This will take some time to arrange. Please advise asap! We must get these scheduled and we ask that you advise us now of any issues that we should know about so that these depositions can proceed smoothly and with minimal disruption. We want to make the process easy for the lawyers who will be expending huge effort and money to travel to china and do not want unnecessary delays and expenditures of effort and money. Also please confirm that we will have 6 consecutive days so these can proceed. Thanks for assisting.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** BASSH@gtlaw.com [mailto:BASSH@gtlaw.com]
**Sent:** Friday, February 04, 2011 3:35 PM
**To:** frank.spano@hoganlovells.com
**Cc:** Lenny Davis
**Subject:** Taishan depositions

**Frank- just to confirm our discussion of yesterday, it appears at this time that you will be producing three separate witnesses in response to the 30(b)6 deposition notice of your clients, two to deal with the corporate structure of the company and a third witness to handle questions relating to the sales of dry wall. You have also indicated that we will need to arrange a translator for all three of the witnesses and that they speak some unique dialect that will require a special translator. Please identify for us as soon as possible the dialect that all of these witnesses speak so that we can arrange an appropriate translator. We also discussed the time necessary to take all three of these witnesses; although you have suggested to me that three days will be sufficient, I reminded you that the Knauf witnesses each took at least two days (including those that did not require translators). You promised to get back to me with any additional dates in March on which these people will be available. Thanks.**

3

**Hilarie Bass
Global Operating Shareholder
333 Avenue of the Americas
Miami, Florida 33131
Phone: 305-579-0745
Fax: 305-579-0641
email: bassh@gtlaw.com
Website: www.GTLaw.com**

Albany·Amsterdam·Atlanta·Boca Raton· Boston·Chicago·Dallas·Denver·Fort Lauderdale·Las Vegas·Los Angeles·Miami·New Jersey·New York·Orange County·Orlando·Philadelphia·Phoenix·Silicon Valley·Tallahassee·Tokyo·Tysons Corner·Washington, D.C.·West Palm Beach·Wilmington·Zurich

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.
The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.