**Brittany Kennedy**

| | |
|---|---|
| From: | Tom Owen [tpo@stanleyreuter.com] |
| Sent: | Friday, April 29, 2011 3:21 PM |
| To: | Lenny Davis; Seeger, Chris; BASSH@gtlaw.com; eric.statman@hoganlovells.com; ervin@colson.com |
| Cc: | frank.spano@hoganlovells.com; Rick Stanley; Russ Herman; Fred Longer; joe.cyr@hoganlovells.com; alevin@lfsblaw.com; Patrick Montoya; Grand, Jeff; rserpe@serpefirm.com; Toni Vallejos; Lillian Flemming; Anthony Irpino |
| Subject: | RE: Meet-and-Confer |

As a follow-up to our meet-and-confer on Wednesday, and with full reservation of our clients' right to object to producing any additional discovery, I want to let you know that Hogan Lovells is in the process of translating and explaining the PSC and HSC's requests for additional documents and depositions to the client. However, because of the national May Day holiday in China, they are not in a position to discuss these items with the client to determine its position until sometime next week.

Besides this, we are also in the process of identifying the Bates numbers of the responsive documents that have been previously produced that fall within the categories of documents you identified on Wednesday. While we move forward with these items, we would like to reiterate our request from Wednesday that the PSC and HSC identify the specific factual issues relevant to personal jurisdiction that they believe require further discovery and explain why those issues cannot or have not been addressed by some means other than additional depositions. As we stated on Wednesday, we believe that this information is necessary to help identify what can be resolved through the meet-and-confer process and is in accord with what the Court ordered at the status conference.

Thomas P. Owen, Jr.
Stanley, Reuter, Ross, Thornton, & Alford L.L.C.
Counsellors at Law
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
TELEPHONE: (504) 523-1580
TELECOPIER: (504) 524-0069
WEBSITE: www.stanleyreuter.com
E-MAIL: tpo@stanleyreuter.com


-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Wednesday, April 27, 2011 12:35 PM
To: Tom Owen; Seeger, Chris; BASSH@gtlaw.com; eric.statman@hoganlovells.com; ervin@colson.com
Cc: frank.spano@hoganlovells.com; Rick Stanley; Russ Herman; Fred Longer; joe.cyr@hoganlovells.com; alevin@lfsblaw.com; Patrick Montoya; Grand, Jeff; rserpe@serpefirm.com; Toni Vallejos; Lillian Flemming; Anthony Irpino
Subject: RE: Meet-and-Confer

This confirms the hour long meet and confer we had just a little while ago. This is the second meet and confer that we have had following Judge Fallon's directives at the status conference. Participating in the conference for Taishan was Frank Spano, Renee Garcia, Matthew Galvin, Tom Owen, and Courtney Colegan (sorry if I misspelled). Participating for the PSC, in addition to myself, was Arnold Levin, Fred Longer, Ervin Gonzalez, Patrick Montoya, Richard Serpe and Anthony Irpino. Hilarie Bass participated for the Home Builders. I advised that others may have an interest in this matter, but that I did not know if the Taishan lawyers had

**EXHIBIT B**

included them, and they may have further comments. We are mindful of your desire to conclude jurisdictional discovery. We indicated to you that "full and complete" disclosure was necessary and that we did not believe that the Hong Kong 30(b)(6) deposition was conducted in that light. There were glaring issues to which many have already been addressed and we did not rehash them in the call. The PSC has advised that it intends on seeking sanctions as a result of the improper discovery techniques and responses of Taishan (and I have used this term generically as indicated in the call). You requested that we outline the various items discussed in the call with respect to documents being sought and testimony. Attached is a summary that should provide substantial assistance. We are also interested in obtaining the following:

1.   Production of all documents underlying the Profile Forms;
2.   Confirmation of your verbal representation that a hold was placed on all ESI so that all Taishan documents have been preserved;
3.   Production of a meaningful and knowledgeable corporate representative who is able to fully and completely testify regarding the Profile Form and the transactions referenced in the Profile Form;
4.   Production of Bill Cher to testify;
5.   Production of Apollo Yang to testify;
6.   Production of all custodian files and documents by, to or among Bill Cher;
7.   Production of all custodian files and documents by, to or among Apollo Yang; and
8.   Production of the individual who signed the Profile Forms.

We have requested that if you believe any documents have been produced that are responsive to the various requests, that you identify by specific bates number those documents that are responsive to a particular request. We have thus far not been able to identify produced documents to the particular requests identified in this email. We, therefore, seek your cooperation and assistance so as to avoid unnecessary delays and unneeded motion practice. The identification of documents by bates number that are responsive to the requests is helpful.

We agreed to disagree regarding the witnesses who testified concerning the Profile Form. You believe the witnesses were forthcoming and knowledgeable. Hilarie disagreed and cited specific page numbers from the deposition. We agreed that this matter would be addressed with the Court.

Hilarie indicated that it was her intention to have a motion filed by Tuesday, May 3, 2011. I indicated to you that the PSC hoped to have its motion on file prior to that. Hilarie and I both indicated that it was our intent to have the matters set for hearing on May 11, 2011, as discussed with the Court at the status conference. You indicated that this time frame should be delayed and requested that any motions be set following the status conference. We oppose any delay.

You requested that the PSC set forth specific items in additional interrogatories and/or request for production. We indicated that Judge Fallon requested that we meet and confer to avoid the delay in response and that we believed the meet and confer process had been beneficial so that you had a complete understanding based upon the two meet and confers as to the items being sought. This email certainly confirms the items addressed and you now have had ample opportunity to know the issues that will be set forth in the motion to be filed. We remain committed to continuing meet and confer sessions if you so desire. We requested that you respond to our particular requests this week and if any can be resolved prior to filing motions, we would attempt to do so. We also indicated that we remain committed to the meet and confer process, even after the filing of motions, and again offered to meet in Hilarie Bass' office in New York on May 9, 2011.

2

Finally, you requested confirmation that the PSC would drop its request for sanctions. We have not agreed to do that. We have advised you that we do not believe Taishan has been forthcoming or acted proper in responding to discovery. We remain committed to discovering all items necessary to pursue this litigation and will not tolerate obstruction, unnecessary delays, and expect that there will be candor in dealing with these matters.

I believe this captures the substance of our discussion.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Tom Owen [mailto:tpo@stanleyreuter.com]
Sent: Wednesday, April 27, 2011 9:24 AM
To: Lenny Davis; Seeger, Chris; BASSH@gtlaw.com; eric.statman@hoganlovells.com; ervin@colson.com
Cc: frank.spano@hoganlovells.com; Rick Stanley; Russ Herman; Fred Longer; joe.cyr@hoganlovells.com; alevin@lfsblaw.com; Patrick Montoya; Grand, Jeff; rserpe@serpefirm.com; Toni Vallejos; Lillian Flemming
Subject: RE: Meet-and-Confer

Do you have the call-in information for the conference at 11? Thanks.

Thomas P. Owen, Jr.
Stanley, Reuter, Ross, Thornton, & Alford L.L.C.
Counsellors at Law
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
TELEPHONE: (504) 523-1580
TELECOPIER: (504) 524-0069
WEBSITE: www.stanleyreuter.com
E-MAIL: tpo@stanleyreuter.com


-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Tuesday, April 26, 2011 4:40 PM
To: Seeger, Chris; BASSH@gtlaw.com; eric.statman@hoganlovells.com; ervin@colson.com

Cc: tpo@stanleyreuter.com; frank.spano@hoganlovells.com; rcs@stanleyreuter.com; Russ Herman; Fred Longer; joe.cyr@hoganlovells.com; alevin@lfsblaw.com; Patrick Montoya; Grand, Jeff; rserpe@serpefirm.com; Toni Vallejos; Lillian Flemming
Subject: RE: Meet-and-Confer

It appears that only tomorrow will work for a second meet and confer. I am asking my assistant to circulate a call in number for a call at 11 am CT (noon et) tomorrow to further address taishan discovery issues. If for some reason taishans counsel is unable to accommodate or participate in a second meet and confer tomorrow the psc will have no choice but to finalize the motions we intend on filing and then circulate them to tasishan so that after review taishen can address issues and further meet and confers can occur. I assume but have not spoken to Hillarie since court that she too will be prepared to finalize any motions and address them at a later date when taishans counsel is available. The psc does not want to delay these matters and intends on having the court hear any motions that are necessary at the earliest possible date. Again I reiterate that if the motions are filed the psc will continue to meet and confer to attempt to resolve any issues we can and to continue to obey and act in the spirit that Judge Fallon suggested today in court.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Seeger, Chris [mailto:CSeeger@seegerweiss.com]
Sent: Tuesday, April 26, 2011 4:26 PM
To: Lenny Davis; 'BASSH@gtlaw.com'; 'eric.statman@hoganlovells.com'; ervin@colson.com
Cc: 'tpo@stanleyreuter.com'; 'frank.spano@hoganlovells.com'; 'rcs@stanleyreuter.com'; Russ Herman; Fred Longer; 'joe.cyr@hoganlovells.com'; 'alevin@lfsblaw.com'; Patrick Montoya; Grand, Jeff; 'rserpe@serpefirm.com'
Subject: Re: Meet-and-Confer

I can do tomorrow.

----- Original Message -----
From: Lenny Davis <LDAVIS@hhkc.com>
To: BASSH@gtlaw.com <BASSH@gtlaw.com>; eric.statman@hoganlovells.com <eric.statman@hoganlovells.com>; ervin@colson.com
Cc: tpo@stanleyreuter.com <tpo@stanleyreuter.com>; frank.spano@hoganlovells.com <frank.spano@hoganlovells.com>; rcs@stanleyreuter.com <rcs@stanleyreuter.com>; Russ Herman <RHERMAN@hhkc.com>; Fred Longer; joe.cyr@hoganlovells.com <joe.cyr@hoganlovells.com>; ALevin@lfsblaw.com <ALevin@lfsblaw.com>; Seeger, Chris; Patrick Montoya; Grand, Jeff; rserpe@serpefirm.com <rserpe@serpefirm.com>

Sent: Tue Apr 26 17:12:34 2011
Subject: RE: Meet-and-Confer

Tomorrow works for me. I am in court Friday. sorry

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: BASSH@gtlaw.com [mailto:BASSH@gtlaw.com]
Sent: Tuesday, April 26, 2011 3:59 PM
To: eric.statman@hoganlovells.com; Ervin@colson.com; Lenny Davis
Cc: tpo@stanleyreuter.com; frank.spano@hoganlovells.com; rcs@stanleyreuter.com; Russ Herman; FLonger@lfsblaw.com; joe.cyr@hoganlovells.com; ALevin@lfsblaw.com; cseeger@seegerweiss.com; patrick@colson.com; jgrand@seegerweiss.com; rserpe@serpefirm.com
Subject: RE: Meet-and-Confer

I will be at the 11th Circuit Judicial Conference on Thursday and so unavailable for a meet and confer. I can do this call either tomorrow, late Friday afternoon or next Monday. Please advise as to preferences.
Thanks.


Hilarie Bass
Global Operating Shareholder
333 Avenue of the Americas
Miami, Florida 33131
Phone: 305-579-0745
Fax: 305-579-0641
email: bassh@gtlaw.com
Website: www.GTLaw.com

Albany*Amsterdam*Atlanta*Boca Raton* Boston*Chicago*Dallas*Denver*Fort Lauderdale*Las Vegas*Los Angeles*Miami*New Jersey*New York*Orange County*Orlando*Philadelphia*Phoenix*Silicon Valley*Tallahassee*Tokyo*Tysons Corner*Washington, D.C.*West Palm Beach*Wilmington*Zurich

-----Original Message-----
From: Statman, Eric [mailto:eric.statman@hoganlovells.com]
Sent: Tuesday, April 26, 2011 3:51 PM
To: Gonzalez, Ervin; Lenny Davis

5

Cc: Bass, Hilarie (Global Operating Shareholder); Tom Owen; Spano, Frank T.; Rick Stanley; Russ Herman; FLonger@lfsblaw.com; Cyr, Joe; ALevin@lfsblaw.com; Chris Seeger; Montoya, Patrick; Grand, Jeff; Richard Serpe
Subject: RE: Meet-and-Confer

Attached is an email I sent earlier to Hillarie Bass concerning our request that the conference regarding the jurisdictional discovery
issues be held on Thursday afternoon.   Sorry I didn't send it out
earlier, but I didn't realize that she and Lenny Davis were using different distribution lists.



Eric Statman
Counsel
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel: +1 212 918 3000
Direct: +1 (212) 909-0609
Fax: +1 212 918 3100
Email: eric.statman@hoganlovells.com

www.hoganlovells.com

Please consider the environment before printing this e-mail.



-----Original Message-----
From: Gonzalez, Ervin [mailto:Ervin@colson.com]
Sent: Tuesday, April 26, 2011 2:29 PM
To: Lenny Davis
Cc: Bass, Hilarie (Global Operating Shareholder); Tom Owen; Spano, Frank T.; Rick Stanley; Russ Herman; FLonger@lfsblaw.com; Cyr, Joe; Statman, Eric; ALevin@lfsblaw.com; Chris Seeger; Montoya, Patrick; Grand, Jeff; Richard Serpe
Subject: Re: Meet-and-Confer

I am available. Just let us know if in person or if call in.

Ervin A. Gonzalez
Sent from my iPad
255 Alhambra Circle, Penthouse
Coral Gables, Fl. 33134
305-476-7400

On Apr 26, 2011, at 1:25 PM, Lenny Davis <LDAVIS@hhkc.com><mailto:LDAVIS@hhkc.com>> wrote:

I too can be available at 11 am ct tomorrow. We met today and I laid out
4 areas that were important. They included:

6

1) Documents not produced and asked for previously

2) Documents provided late and many in foreign language that were not transcribed/translated to English

3) Witnesses that did not provide responses to questions/areas in the 30(b)(6) notice

4) Witnesses that had knowledge of the profile form

Others may have some additional areas that are important and we can expand the list as needed or appropriate. Russ addressed several issues in open court today. However when we met after todays conference, I explained all

4 of these areas and the need for taishan to put up corporate representatives that were capable of responding to questions.

While frank did not believe that we were "fair" in our request I explained to him what the psc considered fair and in compliance with Judge Fallons methods of conducting discovery. We are entitled to the information and without obstructions or impediments. We have no obligation to divulge our work product or strategy in advance. We are happy to meet and confer. In fact I also agreed to send frank a copy of the motion in advance of filing so that he could address any issues. I even agreed to multiple meet and confer sessions and offered to continue them after we filed any motions. I am available to meet in new York on the 9th. motions will be filed before then unless taishan agress to resolve the matters but in any event we can continue a dialogue then.

The psc will not agree to more taishen delays. We desire to get the documents now, have an opportunity to review them and set depositions in may or june. Please begin securing available dates so that we can coordinate calendars to set the depositions. We expect that in the next confer session frank will get us names and some dates we can discuss as well as let us know when documents can be produced promptly. Thanks


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Bass, Hilarie (Global Operating Shareholder) [mailto:BASSH@gtlaw.com]
Sent: Tuesday, April 26, 2011 12:30 PM
To: Tom Owen
Cc: Lenny Davis; Spano, Frank T.; Rick Stanley; Russ Herman; FLonger@lfsblaw.com<mailto:FLonger@lfsblaw.com>; Cyr, Joe; Statman, Eric
Subject: Re: Meet-and-Confer

I am available tomorrow if you would like to talk further about a meet and confer. I do not think that we are under any obligation to provide you with a written list of our objections, but believe that Lenny's offer to provide a draft of our motion to compel before filing it next week should more than meet your requirements to be advised of each of our objections.

We are also willing to meet with you in my office in NY on may 9th to talk further about these issues in advance of the hearing on May 11, since many on this email will be there for deposition scheduled for the 10th. Thanks.


Sent from my iPhone

On Apr 26, 2011, at 10:53 AM, "Tom Owen"
<<mailto:tpo@stanleyreuter.com>tpo@stanleyreuter.com<mailto:tpo@stanleyr
euter.com>> wrote:
Dear Lenny and Hilary:

As discussed today at the status conference, the Court ordered us to meet and confer regarding any outstanding jurisdictional discovery issues in an attempt to resolve them before you engage in any motion practice. In a brief conversation after the status conference, you indicated that the only way to resolve these issues is through additional depositions and that you intended to file a motion to compel these depositions before participating in any meet and confer. As we indicated to you at the status conference, we do not believe that this approach comports with either the discovery rules or what the Court ordered at the status conference. Therefore, we reiterate our request that you provide us with a list of the specific factual issues related to personal jurisdiction discovery that you believe require follow up, and then provide us with a meaningful opportunity to meet and confer in order to explore the appropriate means for resolving these remaining issues, such as interrogatories, RFAS, or other mechanisms, that can accommodate your needs while minimizing the expenditure of time and effort in finishing this discovery.

Frank Spano
Tom Owen

Thomas P. Owen, Jr.
Stanley, Reuter, Ross, Thornton, & Alford L.L.C.
Counsellors at Law
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
TELEPHONE: (504) 523-1580
TELECOPIER: (504) 524-0069
WEBSITE: <http://www.stanleyreuter.com> www.stanleyreuter.com<http://www.stanleyreuter.com>
E-MAIL: <mailto:tpo@stanleyreuter.com>
tpo@stanleyreuter.com<mailto:tpo@stanleyreuter.com>

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S.
federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the
person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To

reply to our email administrator directly, please send an email to
postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>.

---

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.

The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed, it may also be privileged.
If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any
attachments) from your system.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.