# EXHIBIT "D-2"

.5    subtract the shortfall, if any, indicated by the Contractor in the documentation required by Section 12.1.4 to substantiate prior Applications for Payment, or resulting from errors subsequently discovered by the Owner's accountants in such documentation; and

.6    subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201-1997.

.7    Upon Substantial Completion of each building(s) , the Owner shall make full payment to the Contractor for the entire unpaid balance of the Contract Sum less One Hundred Fifty Percent (150%) of the value of incomplete work as determined by the Architect and Contractor. As each scope of incomplete work is completed, payment in the amount being held for that particular work will be paid in accordance with time period set forth in paragraph 12.1.3.

§ 12.1.8 Except with the Owner's prior approval, payments to Subcontractors shall be subject to retainage of not less than——(——). The Owner and the Contractor shall agree upon a mutually acceptable procedure for review and approval of payments and retention for Subcontractors.

No retainage shall be held on the Contractor's General Conditions or Contractor's Fee.

Adjustments to retainage being held on subcontractors may be made with the Owner's and lender's approval to the retainage requirements to the maximum extent that no further retainage will be withheld from the amount of a Schedule of Values line item from payments due and owing to subcontractors after fifty percent (50.0 %) of such Work is complete and satisfactory to the Owner, the lenders and the Contractor. This right to request that no further retainage be withheld for future Work shall not be retroactive to any retainage already held. The remaining retainage already withheld by the Owner shall be released to the subcontractors within thirty (30) days after satisfactory completion of the subcontractors Work as determined by the Owner and the Contractor, subject to approval of construction lender(s).

Upon Substantial Completion of each building(s), the Owner shall make full payment to the Contractor for the entire unpaid balance of the Contract Sum less One Hundred Fifty Percent (150%) of the value of incomplete work as determined by the Architect and Contractor. As each scope of incomplete work is completed, payment in the amount being held for that particular work will be paid to the Contractor in accordance with time period set forth in paragraph 12.1.3.

§ 12.1.9 In taking action on the Contractor's Applications for Payment, the Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Architect has made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Section 12.1.4 or other supporting data; that the Architect has made exhaustive or continuous on-site inspections or that the Architect has made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's accountants acting in the sole interest of the Owner.

§ 12.2 FINAL PAYMENT
§ 12.2.1 Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

.1    the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201-1997, and to satisfy other requirements, if any, which extend beyond final payment; and

.2    a final Certificate for Payment has been issued by the Architect.

.3    a final accounting for the Cost of the Work and all required supporting documentation have been submitted by the Contractor and approved by the Owner.

AIA Document A111™ –1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                           (4292811236)

.4   In addition to the documentation required for each Application for Payment set forth in this Agreement, the Contractor shall furnish the following all in form and substance satisfactory to the Owner and the Lender in compliance with the applicable Florida statutes: (1) A duly executed and acknowledged Contractor's sworn statement and final affidavit; and (2) Duly executed unconditional waiver and release by the Contractor and all major (major subcontractor or supplier is defined as one who furnished labor, material or equipment having a value of $10,000 or more) Subcontractors, Sub-subcontractors and material suppliers upon final payment; and (3) Such other information, documentation and materials as the Owner, Architect and Construction Lender may require as further set forth in the Agreement and General Conditions, and Supplementary Conditions, including but not limited to completed record drawings, final certificate of occupancy if not withheld through no fault of the Contractor by all governing authorities, duly executed and completed warranties for all material, equipment and workmanship as required by the Contract Documents.

.5   If, subsequent to Final Payment and at the Owner's request, the Contractor incurs costs described in Article 7 of this Agreement and not excluded by Article 8 of this Agreement to correct defective or nonconforming Work, the Owner shall reimburse the Contractor such costs and the Contractor's Fee applicable thereto on the same basis as if such costs had been incurred prior to final payment, but not in excess of the Guaranteed Maximum Price, if any.  If the Contractor has participated in "Shared Savings" as provided in Paragraph 5.2.1 of the contract, the amount of such shared savings shall be recalculated and the appropriate credit given to the Owner in determining the net amount to be paid by the Owner to the Contractor.

§ 12.2.2 The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

§ 12.2.3 The Owner's accountants will review and report in writing on the Contractor's final accounting within 30 days after delivery of the final accounting to the Architect by the Contractor. Based upon such Cost of the Work as the Owner's accountants report to be substantiated by the Contractor's final accounting, and provided the other conditions of Section 12.2.1 have been met, the Architect will, within seven days after receipt of the written report of the Owner's accountants, either issue to the Owner a final Certificate for Payment with a copy to the Contractor, or notify the Contractor and Owner in writing of the Architect's reasons for withholding a certificate as provided in Section 9.5.1 of the AIA Document A201-1997. The time periods stated in this Section 12.2.3 supersede those stated in Section 9.4.1 of the AIA Document A201-1997.

§ 12.2.4 If the Owner's accountants report the Cost of the Work as substantiated by the Contractor's final accounting to be less than claimed by the Contractor, the Contractor shall be entitled to demand arbitration of the disputed amount without a further decision of the Architect. Such demand for arbitration shall be made by the Contractor within 30 days after the Contractor's receipt of a copy of the Architect's final Certificate for Payment; failure to demand arbitration within this 30-day period shall result in the substantiated amount reported by the Owner's accountants becoming binding on the Contractor. Pending a final resolution by arbitration, the Owner shall pay the Contractor the amount certified in the Architect's final Certificate for Payment.

§ 12.2.5 If, subsequent to final payment and at the Owner's request, the Contractor incurs costs described in Article 7 and not excluded by Article 8 to correct defective or nonconforming Work, the Owner shall reimburse the Contractor such costs and the Contractor's Fee applicable thereto on the same basis as if such costs had been incurred prior to final payment, but not in excess of the Guaranteed Maximum Price. If the Contractor has participated in savings as provided in Section 5.2, the amount of such savings shall be recalculated and appropriate credit given to the Owner in determining the net amount to be paid by the Owner to the Contractor.

ARTICLE 13   TERMINATION OR SUSPENSION
§ 13.1 The Contract may be terminated by the Contractor, or by the Owner for convenience, as provided in Article 14 of AIA Document A201-1997. However, the amount to be paid to the Contractor under Section 14.1.3 of AIA Document A201-1997 shall not exceed the amount the Contractor would be entitled to receive under Section 13.2 below, except that the Contractor's Fee shall be calculated as if the Work had been fully completed by the Contractor, including a reasonable estimate of the Cost of the Work for Work not actually completed.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                           (4292611236)

27-JUN-2005 04:06pm   From-Katz Barron Squitero & Faust, P.A.        305 285 0329        T-282  P.007/018   F-10

§ 13.2 The Contract may be terminated by the Owner for cause as provided in Article 14 of AIA Document A201-1997. The amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A201-1997 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed an amount calculated as follows:

§ 13.2.1 Take the Cost of the Work incurred by the Contractor to the date of termination;

§ 13.2.2 Add the Contractor's Fee computed upon the Cost of the Work to the date of termination at the rate stated in Section 5.1.2 or, if the Contractor's Fee is stated as a fixed sum in that Section, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and

§ 13.2.3 Subtract the aggregate of previous payments made by the Owner.

§ 13.3 The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 13.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 13, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

§ 13.4 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997. In such case, the Guaranteed Maximum Price and Contract Time shall be increased as provided in Section 14.3.2 of AIA Document A201-1997 except that the term "profit" shall be understood to mean the Contractor's Fee as described in Sections 5.1.2 and Section 6.4 of this Agreement.

ARTICLE 14  MISCELLANEOUS PROVISIONS
§ 14.1 Where reference is made in this Agreement to a provision AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 14.2 ~~Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.~~
*(Insert rate of interest agreed upon, if any.)*

| Approved payments due and unpaid under the Contract shall bear interest from the date that the payment is due at the rate of one-half of one percent (0.5%) per month.

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

§ 14.3 The Owner's representative is:
*(Name, address and other information.)*

Carl Klepper
~~Sampson Associates of Boynton, LLC~~  ACR Holdings II, LLC.
980 North Federal Highway, Suite #800
Boca Raton, FL  33432

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:36:33 on 06/24/2005 under Order No. 1000175332_1 which expires on 08/12/2005, and is not for resale.
User Notes:                                                                                                     (4232611289)

14

**§ 14.4** The Contractor's representative is:
*(Name, address and other information.)*

Steve May
Coastal Condominiums
3801 PGA Blvd Suite 101
Palm Beach, FL 33410

**§ 14.5** Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

**§ 14.6** Other provisions:

14.6.1   This Agreement may not be amended, modified or terminated by oral communication. No written amendment or modification shall be binding upon the Owner unless signed by the Owner's authorized signatory representative. This Agreement shall bind the successors and assigns of the representative parties. No provision of the Contract Documents shall be deemed to have been waived by either party, either expressly, impliedly or by course of conduct, unless such waiver is in writing and signed by such party, which waiver shall apply only to the matter described in the writing and not to any subsequent rights of such party.

14.6.2   All understandings heretofore between the parties are merged into this Agreement and General Conditions, which fully and completely express the terms of their agreement. This Agreement shall be construed under the laws of the State of Florida, and any claims and causes of action arising under or in conjunction with this Agreement shall be brought in a court of competent jurisdiction in Palm Beach County, Florida. Neither the Agreement, nor any memorandum thereof, may be recorded in the Public Records and any such recording by Contractor shall be deemed a material default.

14.6.3   If any provision of this Agreement or the General Conditions shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the of the remaining provisions shall in no way be affected or impaired thereby, and such remaining provisions shall remain in full force and effect. The invalid, illegal or unenforceable provision shall be replaced by a mutually acceptable provision, which being valid, legal and enforceable, comes closest to the intention of the parties underlying the invalid, illegal or unenforceable provision.

14.6.4   The Contract Documents represent the entire agreement between the parties hereto and supersedes all prior negotiations, representations or agreements, whether written or oral. Contractor's relationship with Owner is solely as an independent contractor and nothing contained in the Agreement shall be construed as creating a joint venture, partnership or employer/employee relationship.

14.6.5   Other than stated in this paragraph, there are no intended or unintended third party beneficiaries of this Agreement, and no parties other than the Owner and the Contractor shall have the right to enforce this Agreement. This third party beneficiary limitation specifically excludes the Owner's Lenders, who shall be considered to be intended third-party beneficiaries to this Agreement and who shall have the right to enforce this Agreement.

14.6.6   References to the "Owner" and to "Contractor" hereunder shall be deemed to be references to the parties hereto and their respective successors and assigns. Neither party to the Agreement shall assign, sublet or transfer (by operation of law or otherwise) any interest in the Agreement without the prior written consent of the other party, nor shall Contractor assign any monies due or to become due to it under the Agreement without the prior written consent of the Owner, which consent shall not be unreasonably

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                           (4292811236)

withheld, delayed or conditioned. Any assignment without such prior written consent shall be void. Owner shall also have the right to assign the Agreement as security to one or more of its lenders. If this Agreement is so assigned to Owner's lenders, Contractor will, on request, execute and deliver such documents and instruments as lender(s) may reasonably request, including without limitation (i) an agreement whereby contractor agrees to perform its services hereunder for lender(s) or their designee in the event that any default by Owner shall occur, so long as Contractor has been paid in full for all Work performed in accordance with this Agreement and (ii) an amendment to the Agreement containing terms and conditions reasonably requested by the lender(s), so long as such terms and conditions do not increase, other than to a minor extent, Contractor's obligations hereunder.

14.6.7  In no event shall Contractor or Owner have any recourse against the partners, officers, directors, employees, agents, and direct or indirect owners of the other party in connection with the obligations and liabilities hereunder. Contractor or Owner, its partners, and its representatives will have no personal liability with respect to any of the provisions of the Agreement. Contractor will look solely to the Owner for the satisfaction of any claim of the Contractor, including, without limitation, the collection of any judgment requiring the payment of money by the Owner in the event of any default or breach by Owner with respect to any of the terms and provisions of the Contract Documents.

14.6.8  Contractor agrees to maintain a competent, full-time staff dedicated to the Project, including a qualified project manager, project superintendent and necessary assistants, to coordinate and provide general direction of the Work and to monitor and coordinate progress of the subcontractors on the Project. The Contractor shall submit to Owner a list of all supervisory and managerial personnel to be associated with the Project. Any additional personnel required by the Contractor to perform the services identified herein shall be requested in writing by the Contractor, along with the reason for requesting such additional personnel. No additional personnel shall be assigned to the Project without the specific and prior written approval of the Owner. If additional personnel are assigned to the Project by the Contractor without receiving prior written authorization by the Owner, those additional personnel shall be considered to be non-reimbursable to the Contractor. If so requested by Owner in writing and for reasonable cause, the Contractor shall change any staff associated with the Project to another individual reasonably acceptable to Owner.

14.6.9  Notwithstanding anything to the contrary in the Construction Documents, the Contract and all of its terms and conditions are subject to approval and or modification by the Owner's construction lender.

14.6.10 Owner and contractor hereby knowingly, irrevocably, voluntarily and intentionally waive any right either may have to a trial by jury in respect of any action, proceeding or counterclaim based upon the contract documents, or arising out of, under, or in connection with the construction of the work or any course of conduct, course of dealing, statements (whether verbal or written) or actions of any party.

14.6.11 Contractor shall keep accurate books of records and accounts in accordance with sound accounting principles of all costs for work performed and all other costs incurred in connection with the Project. Without limiting the foregoing, the materials kept by Contractor shall include all construction related materials generated or obtained by Contractor in connection with the Project, all materials produced or obtained by the Contractor, original estimates, estimating work sheets, correspondence, change order documentation, permit and approved materials, all materials related to disbursements, all materials relating to inspections, observations and certifications, logs concerning construction progress and personnel on the site, all the foregoing are referred to as "Records." Records also include those records necessary to evaluate and verify direct and indirect costs, including overhead allocations as they apply to costs associated with

AIA Document A111™ – 1997, Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                        (4292611236)

27-Jun-2005  04:05pm   From-Katz Barron Squitero & Faust; P.A.       305 285 0329       T-262   P.006/018   F-149

the Project, together with any other records, documentation or accounting data or information required by any of Owner's Lenders or other parties providing financing for the Project. All Records shall be maintained by Contractor for a minimum of three (3) years following Project Completion or longer if required by law.

14.6.12. The records identified above in 14.6.11 shall be available to Owner upon request for examination and audit at a mutually convenient time within five (5) working days of such request. Such audits may require inspection and copying from time to time of the Records. Owner's authorized representatives shall have access to the Contractor's facilities and shall be provided adequate and appropriate work space in order to conduct audits in compliance with this Section. Contractor shall require all subcontractors to comply with the provisions of Subparagraphs 14.6.11 and 14.6.12 by insertion of the requirements thereof in any written agreement between Contractor and subcontractor.

14.6.13 The General Conditions included as a part of the Schedule of Values are to be considered in their totals as a Cost of the Work and will not be accounted for on an individual line item basis but rather as a part of the total as it relates to any savings below the Guaranteed Maximum Price.

14.6.14 Contractor shall obtain final Certificate of Occupancy for the project within ninety (90) days following Substantial Completion.

14.6.15 Salaries and related expenses of the Contractor's employees in the home office performing functions directly related to the Project, including the project executive, project manager, contract administrator, cost reporting, and accounting are to be included in the Cost of the Work to be reimbursed as General Conditions. Such personnel shall be paid only for that portion of their time required for the Work.

14.6.18 Contractor will make changes to units at its discretion with developers approval. Alterations that will require additional time will be rejected.

SEE ATTACHED FOR 14.6.17 and 14.6.18

## ARTICLE 15   ENUMERATION OF CONTRACT DOCUMENTS

§ 15.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

§ 15.1.1 The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A111-1997.

§ 15.1.2 The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

§ 15.1.3 The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated and are as follows:

| Document | Title | Pages |
|---|---|---|
| Not Applicable | | |

§ 15.1.4 The Specifications are those contained in the Project Manual dated as in Section 15.1.3, and are as follows:
(Either list the Specifications here or refer to an exhibit attached to this Agreement.)
Title of Specifications exhibit:  Not Applicable

§ 15.1.5 The Drawings are as follows, and are dated   unless a different date is shown below:
(Either list the Drawings here or refer to an exhibit attached to this Agreement.)
Title of Drawings exhibit:  See Exhibit E

§ 15.1.6 The Addenda, if any, are as follows:

AIA Document A111™ = 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:53 on 08/24/2005 under Order No.1000173722_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                      (0332211226)

17

Received  27-Jun-2005  03:35pm   From-305 487 8228       To-Katz Barron Squitero   Page  002

JUN-27-2005 04:05PM   FAX:                        ID:                        PAGE:009  R=95%

4.6.7 Notwithstanding anything contained herein to the contrary, should any provision of this contract or the exhibits require the consent of the Owner, the consent of the Owner shall be required in all instances and shall be in writing.

4.6.18
Contractor will make its best effort to deliver the parking garage in a clean, oil free, stain free condition. Contractor shall not allow any parking in the garage until turned over to the Owner.

| Number | Date | Pages |
|--------|------|-------|

*(Paragraph deleted)*

Not Applicable

§ 15.1.7 Other Documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents, such as a list of alternates that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

.1 Exhibit A1 – Qualifications and Assumptions
.2 Exhibit A – GMP Summary
.3 Exhibit B - Miscellaneous Provisions
.4 Exhibit A2 – General Conditions Budget
.5 Exhibit C – Schedule of Allowances
.6 Exhibit E – Drawings / Specifications Log
.7 Exhibit G – Attachment No. 1 – Insurance Addendum
.8 Exhibit K – Contractor's Construction Schedule
.9 AIA 111 – 1997
.10 Exhibit D – General Conditions of the Contract
.11 Exhibit F – Addenda – Residence Finish Schedule
.12 Exhibit H – General Contractor's Subcontract Agreement
.13 Exhibit I – Payment and Performance Bonds (Draft)
.14 Exhibit J – Agreement of General Contractor with Wachovia Bank

**ARTICLE 16  INSURANCE AND BONDS**
*(List required limits of liability for insurance and bonds. AIA Document A201-1997 gives other specific requirements for insurance and bonds.)*
Contractor's insurance requirements shall be as defined in Attachment No. 1 (Exhibit G) to AIA A111.  Contractor's Bonding requirements shall be as defined in the AIA A201 General Conditions, Article 11, paragraph 11.5.

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

**Coastal Construction of South Florida Inc.
d/b/a COASTAL CONDOMINIUMS**

OWNER *(Signature)*                        CONTRACTOR *(Signature)*

Daniel E. Whiteman, President
CG CA08060
*(Printed name and title)*                        *(Printed name and title)*

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 08/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                        (4292811236)

18

# Villa Lago
*Boynton Beach, Florida*

## List of Exhibits

### Contract Documents
*June 24, 2005*

Exhibit A

- A – GMP Summary (including Contractor's Fee), dated June 22, 2005

- A1 – Qualifications & Assumptions dated June 23, 2005

- A2 - General Conditions Budget dated June 22, 2005

| | |
|---|---|
| Exhibit B | Miscellaneous Provisions |
| Exhibit C | Schedule of Allowances |
| Exhibit D | General Conditions of the Contract |
| Exhibit E | Drawing/Specification Log |
| Exhibit F | Addenda |

- Unit Owner's Exhibit "E", Residence Finish Schedule, with modifications

Exhibit G        Attachments

- Attachment No. 1 – Insurance Addendum

| | |
|---|---|
| Exhibit H | General Contractor's Subcontract Agreement |
| Exhibit I | Payment & Performance Bonds (Draft) |
| Exhibit J | Agreement of General Contractor with Wachovia Bank |
| Exhibit K | Contractor's Construction Schedule |



Coastal



**Coastal**

Renaissance Commons - VILLA LAGO

**Boynton Beach, Florida**       June 22, 2005
CONTRACT EXHIBIT "A"

| ITEM NO. | COST CODE | ITEM DESCRIPTION | | BUYOUT Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Comments Villa Lago Bldg Pkg Clb 6-22-05 |
|---|---|---|---|---|---|
| | | **ESTIMATE BUYOUT SUMMARY** Buildings + Garage + Club House / Combined | **VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT** 6-22-05 | | |
| 1 | 2000 | **SITEWORK** | | | |
| 2 | 2200 | Misc Excavation Grading Backfilling Road Cleaning | | 49,023 | |
| 3 | 2511 | Pavers at Pkg Ent - Sand Set On Limerock Base | | 36,321 | |
| 4 | 2515 | Dewatering | Allowance | 8,500 | |
| 5 | 2521 | Concrete Paver Bands at Garage Entry | | 13,920 | |
| 6 | 2530 | Bldg Perimeter Connector Sidewalks - Std Conc 5' W | | 27,125 | |
| 7 | 2580 | Stripping Signage & Wheel Stops - Pkg Garages | | 26,676 | |
| 8 | 2616 | Monument Signs - Dimensional Letters | Allowance | 12,500 | |
| 9 | 2830 | Fencing - Relocate Fencing For Owners Operations | | 7,500 | |
| 10 | 2000 | **SUBTOTAL / SITEWORK** | | $ 181,565 | |
| 11 | 3000 | **CONCRETE WORK** | | | |
| 12 | 3050 | Layout & Engineering | | 58,000 | |
| 13 | 3150 | Concrete Shell Pkg - Divisions 3,4,6 | | 11,000,000 | |
| 14 | 3400 | Erected Precast Parking Garage Pkg - 1 Hr Structure | | 3,560,600 | |
| 15 | 3999 | Garage A Bolt & Coil Rod Mat + Install | Allowance | 7,925 | |
| 16 | 3000 | **SUBTOTAL / CONCRETE WORK** | | $ 14,626,525 | |
| 17 | 4000 | **MASONRY** | | | |
| 18 | 4001 | Concrete Block | | In 3150 | |
| 19 | 4210 | Architectural Precast Concrete | Allowance | 17,392 | |
| 20 | 4999 | Extra Grouting for 2 Hr Block Walls | Allowance | 5,000 | |
| 21 | 4999 | Miscellaneous Block Work | | Incl Above | |
| 22 | 4000 | **SUBTOTAL / MASONRY** | | $ 22,392 | |
| 23 | 5000 | **METALS** | | | |

CK

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 24 | 5300 | Aluminum Balcony & Corridor Railings | | 274,000 | |
| 25 | 5800 | Elevator H Beams Sills Ladders Sumps | Allowance | 15,000 | |
| 26 | 5997 | Expansion Joint Covers at Garage Doors | Allowance | 12,500 | |
| 27 | 5997 | Metal Flashings at Parapets & Garage | Allowance | 22,500 | |
| 28 | 5997 | Miscellaneous Fasteners & Hdw | | 13,250 | |
| 29 | 5000 | SUBTOTAL / METALS | | $ 337,250 | |
| 30 | 6000 | CARPENTRY | | | |
| 31 | 6100 | Rough Carp - Roof Blocking at Penetrations | | 10,000 | |
| 32 | 6100 | Rough Carp - Misc Blocking | | 25,600 | |
| 33 | 6100 | Rough Carp - PVC Decorative Shutters | | 13,925 | |
| 34 | 6100 | Timber Frame Roof Str at Club House | Allowance | 5,000 | |
| 35 | 6150 | Wood Trusses - Material - Club House | | 28,040 | |
| 36 | 6175 | Light Gauge Metal Trusses - Complete Package | | 405,449 | |
| 37 | 6250 | Wd Base & Crown Mold - Mat + Install | Allowance | 332,586 | |
| 38 | 6250 | Int Columns - Club House - Mat + Install | Allowance | 3,000 | |
| 39 | 6400 | Cabinets & Stone Tops – Condos | | 2,691,932 | |
| 40 | 6400 | Protection Wrap - Cabinets & Tops | | Incl Above | |
| 41 | 6400 | Cabinets & Tops - Clubhouse & Pool RR | Allowance | 14,500 | |
| 42 | 6600 | Cultured Marble Vanity Tops - M + L - Sec Bath B & D | | 30,520 | |
| 43 | 6600 | Cultured Marble Window Sills - M + L | | Excluded | |
| 44 | 6000 | SUBTOTAL / CARPENTRY | | $ 3,560,552 | |
| 45 | 7000 | THERMAL & MOISTURE PROTECTION | | | |
| 46 | 7100 | Combined Waterproofing & Caulking | Allowance | 381,303 | |
| 47 | 7100 | Acrylic Sealer at Garage Floors | | Excluded | |
| 48 | 7100 | Combined Insulation Pkg - Club House | | 7,803 | |
| 49 | 7200 | R-19 Blow In Fiberglass Insul at Mansard Trusses | | 72,090 | |
| 50 | 7200 | R-4 Exterior Wall Foil Insulation | | Incl Above | |

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|---|
| **Buildings + Garage + Club House / Combined** | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 51 | 7200 | Batt Insul at Ext Walls for MStuds Vs Foil for Furring | | 55,080 | |
| 52 | 7200 | 3.5" Unfaced FG Sound Batts at Bathroom Walls | | 64,607 | |
| 53 | 7200 | 3.5" Unfaced FG Sound Batts at Laundry Walls | | 15,055 | |

| ITEM NO. | COST CODE | ITEM DESCRIPTION | | BUYOUT<br>Villa Lago<br>Bldg Pkg Clb<br>6-22-05<br>FINAL<br>$ 46,988,000 | Comments<br>Villa Lago<br>Bldg Pkg Clb<br>6-22-05 |
|---|---|---|---|---|---|
| | | **ESTIMATE BUYOUT SUMMARY**<br>Buildings + Garage + Club House / Combined | **VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT**<br>6-22-05 | | |
| 54 | 7200 | 6" Sound Batts at Bath & Laundry Soffits | | 35,567 | |
| 55 | 7200 | 2.5" Unfaced FGSB 2 Sides Tenant Sep Walls | | 45,280 | |
| 56 | 7200 | Rigid Foam Insulation at 2 Hr Blk Cavity Walls | | 28,350 | |
| 57 | 7320 | Concrete Tile Roofing & Roof Walkway Pads | | In 7325 Below | |
| 58 | 7325 | Built Up Roofing | | 710,000 | |
| 59 | 7600 | Gutters & Downspouts | | Excluded | |
| 60 | 7600 | Primer Over Concrete Deck Under Mansard Trusses | | 9,500 | |
| 61 | 7000 | **SUBTOTAL / THERMAL & M P** | | $ 1,424,635 | |
| 62 | 8000 | **DOORS & WINDOWS** | | | |
| 63 | 8100 | Combined Pkg - Drs, Frms, Hdw, Install | Allowance | 546,548 | |
| 64 | 8150 | Club House Drs Frms Hdw - Install | | In 8100 Above | |
| 65 | 8150 | 1-3/4" Interior Doors In Lieu Of 1-3/8" | | Excluded | |
| 66 | 8385 | Aluminum Windows & Sliding Glass Doors - M + L | | 1,468,000 | |
| 67 | 8850 | Vanity Mirrors - Condo Units - M + L | Allowance | 46,945 | |
| 68 | 8000 | **SUBTOTAL / DOORS & WINDOWS** | | $ 2,061,493 | |
| 69 | 9000 | **FINISHES** | | | |
| 70 | 9100 | Stucco | | 2,833,000 | |
| 71 | 9200 | Drywall & Metal Stud Framing | | 2,512,125 | |
| 72 | 9305 | Ceramic Tile Floors & Walls - Condos | | 595,564 | |
| 73 | 9305 | Ceramic Tile - Club House & Pool RRs | Allowance | 2,500 | |
| 74 | 9305 | Ceramic Tile Flooring - Elevators | Allowance | Incl Above | |
| 75 | 9315 | Ceramic Tile Soundproofing | Allowance | 130,500 | |
| 76 | 9510 | Acoustic Ceilings Club House & Pool RR | Allowance | 16,000 | |
| 77 | 9620 | Carpet - Material & Install - Condos / Club House | | 340,768 | |
| 78 | 9900 | Painting - Condo Bldgs & Club House - Int & Ext | | 860,000 | |
| 79 | 9900 | Painting - Parking Garage Exterior | | Incl Above | |

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 80 | 9000 | **SUBTOTAL / FINISHES** | | $ 7,290,457 | |
| 81 | 10000 | **SPECIALTIES** | | | |
| 82 | 10100 | Toilet Partitions - Club House & Pool RR | Allowance | 7,700 | |
| 83 | 10150 | Glass Shower Enclosures | Allowance | 86,139 | |
| 84 | 10200 | Bath Acc - Condos - Material & Install | Allowance | 29,240 | |
| 85 | 10200 | Toilet Acc - Club House - Mat & Install | Allowance | Incl Above | |
| 86 | 10400 | Signage & Identifying Devices | Allowance | 35,500 | |
| 87 | 10550 | Mail Boxes | Allowance | 9,610 | |
| 88 | 10625 | Louvers at Top of Elevator Shafts | | 3,450 | |
| 89 | 10700 | Wire Closet Shelving | Allowance | 38,975 | |
| 90 | 10800 | Fire Extinguishers & Cabinets - Material & Install | | 11,235 | |
| 91 | 10000 | **SUBTOTAL / SPECIALTIES** | | $ 221,849 | |
| 92 | 11000 | **EQUIPMENT** | | | |
| 93 | 11100 | Residential Appliances | Allowance | 1,020,970 | |
| 94 | 11480 | Basketball Backstop - Club House | Allowance | 1,500 | |
| 95 | 11850 | Pkg Garage Gates & Tele Entry | Allowance | 87,500 | |
| 96 | 11980 | Trash Chutes | | 21,500 | |
| 97 | 11980 | Trash Chute Interlock System | | 5,700 | |
| 98 | 11980 | Trash Chute Interlock System Wiring & Connections | | 2,500 | |
| 99 | 11000 | **SUBTOTAL / EQUIPMENT** | | $ 1,139,670 | |
| 100 | 12000 | **FURNISHINGS** | | | |
| 101 | 12001 | Furniture & Fixtures | | By Owner | |
| 102 | 12500 | Window Treatments | | By Owner | |
| 103 | 12999 | Furnishings - Miscellaneous | | By Owner | |
| 104 | 12000 | **SUBTOTAL / FURNISHINGS** | | $    - | |
| 105 | 13000 | **SPECIAL CONSTRUCTION** | | | |

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 106 | 13050 | Pool at SW Bldg + Clubhouse | 146,000 | |
| 107 | 13050 | Pool at SE Bldg - Lap Pool | 107,300 | |
| 108 | 13500 | Spa at SE Building | Incl Above | |
| 109 | 13550 | Fountains at NE & NW Bldg | 57,400 | |
| 110 | 13205 | Concrete Pool Decks & Walkways | 54,000 | |
| 111 | 13210 | Pool Deck & Walkway Toppings | 44,100 | |
| 112 | 13999 | Underground LP Gas Storage Tank | By Owner | |
| 113 | 13999 | Fire Rescue Air System & Construction    **Allowance** | 348,500 | |
| **114** | **13000** | **SUBTOTAL / SPECIAL CONSTRUCTION** | **$    757,300** | |
| **115** | **14000** | **CONVEYING SYSTEMS** | | |
| 116 | 14100 | Elevator Systems    **Allowance** | 403,000 | |
| 117 | 14110 | Elevator Cab Finishes Allowance | Excluded | |
| **118** | **14000** | **SUBTOTAL / CONVEYING SYSTEMS** | **$    403,000** | |
| **119** | **15000** | **MECHANICAL SYSTEMS** | | |
| 120 | 15400 | Plumbing Systems & Roof Storm Drainage | 1,839,286 | |
| 121 | 15410 | Plumbing Fixtures - Condo Units    **Allowance** | 541,200 | |
| 122 | 15410 | Plumbing Fixtures - Club House    **Allowance** | Incl Above | |
| 123 | 15410 | Plumbing Fixtures - Pool Restrooms    **Allowance** | Incl Above | |
| 124 | 15410 | Plumb Fixtures - 66 Gal Water Heaters | 135,531 | |
| 125 | 15410 | Gas piping for pool heater and club house.    **Allowance** | 10,000 | |
| 126 | 15500 | Fire Protection Systems | 1,050,000 | |
| 127 | 15600 | HVAC Systems - Condo Units | 1,474,000 | |
| 128 | 15600 | HVAC Systems - Clubhouse | Incl Above | |
| 129 | 15990 | Test Adjust & Balance | Incl Above | |
| **130** | **15000** | **SUBTOTAL / MECHANICAL SYSTEMS** | **$  5,050,017** | |
| **131** | **16000** | **ELECTRICAL SYSTEMS** | | |
| 132 | 16001 | Electrical Systems | 2,445,000 | |

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|---|
| **Buildings + Garage + Club House / Combined** | | | | 6-22-05 BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 133 | 16530 | Site Lighting Installation - Poles & Circuits | | Excluded | |
| 134 | 16530 | Site Lighting Installation - Courtyards | | Excluded | |
| 135 | 16010 | Light Fixture Pkg - Condo Buildings | Allowance | Incl Above | |
| 136 | 16010 | Light Fixture Pkg - Garages | Allowance | Incl Above | |
| 137 | 16010 | Light Fixture Pkg - Site Lighting & Poles | | Excluded | |
| 138 | 16010 | Light Fixture Pkg - Club House | Allowance | Incl Above | |
| 139 | 16010 | Light Fixture Pkg - Courtyards | | Excluded | |
| 140 | 16999 | Delete CATV & Phone Smart Panels | | Incl Above | |
| 141 | 16999 | Security - CCTV Systems | Allowance | 65,000 | |
| 142 | 16999 | Security Access Control - Club House | Allowance | 10,000 | |
| 143 | 16000 | **SUBTOTAL / ELECTRICAL SYSTEMS** | | $ 2,520,000 | |
| 144 | | **SUBTOTAL / DIVISIONS 2 to 16** | | $ 39,596,706 | |
| 145 | 01000 | General Conditions | | 3,055,938 | |
| 146 | 80215 | General & Liability Insurance | Allowance | 1,000,000 | |
| 147 | | **SUBTOTAL / DIV + GC + GL** | | $ 43,652,644 | |
| 148 | 91110 | Overhead & Fee | 5.50% | 2,430,650 | |
| 149 | | **SUBTOTAL / DIV + GC + GL + FEE** | | $ 46,083,294 | |
| 150 | 5998-8 | Warranty Testing & Quality Assurance | | 131,200 | |
| 151 | 91100 | Scope Contingency | Allowance | 500,000 | |
| 152 | 1110 | Permits | | By Owner | |
| 153 | 80050 | Payment & Performance Bonds - 1 Year | | 273,470 37 | Includes 1 Year Bond - NOT 3 Year Add for 3 Year Bond = |
| 154 | | **PROJECT TOTAL** | | $ 46,988,000 | $ 229,443 |



27-Jun-2005  04:06PM   From-Katz Barron Squitero & Faust, P.A.     305 285 0029     T-202  P.018/018  F-119
FROM : Coastal Preconstruction          FAX NO. :305 487 bcxx

# Coastal

## QUALIFICATIONS & ASSUMPTIONS
## CONTRACT EXHIBIT A-1
## Villa Lago
## Boynton Beach, Florida

### June 23, 2005

**I.    DIVISION 1 -- GENERAL REQUIREMENTS**

A.  Plans:  This Proposal is based on Plans prepared by Mouriz / Salazar & Associates Architects titled "Villa Lago" and dated "Received by Coastal – January 21, 2005" including the East Building, West Building, Parking Garage, and Club House/pool and more specifically including Plan Sheets as enumerated in the attached Plan Log List of Drawings all of which are superceded by the following Qualifications, Clarifications, and Assumptions.

B.  This Proposal includes the East & West Condo Buildings, Parking Garage, and Club House. And all Site Work from an Owner furnished and certified pad from an elevation of 12.17, inside the building footprint, necessary to complete the project. Any other Buildings are specifically excluded.

C.  Schedule:  This Proposal is predicated upon an agreed start date of July 11, 2005 and receiving the building permit. Owner's furnished Builders Risk Policy, properly filed Notice of Commencement and complete, updated drawings incorporating all changes by July 7, 2004 and proof of financing. The completion of the overall project to TCO is 595 days or 19.5 months based on the enclosed Project Schedule.

C.1 It shall be specifically understood that the East Building, West Building and Garage will have a certificate of occupancy in 595 days, concurrently, or approximately 19.5 months from the Date of Commencement as outlined in the AIA A111 agreement Paragraph 4.1, subparagraph 1, subject to approved extensions of time, but as required by the City of Boynton Beach. Within the overall 19.5 month duration the completion of each Building shall be substantially completed approximately as follows: but will not receive a TCO due to the requirement that all buildings will be required to have a TCO at the same time as all buildings interlock and have access to the garage. All buildings shall be turned over as one project.

Received  27-Jun-2005  03:26pm      From-305 487 8238          To-Katz Barron Squitero      Page  010

JUN-27-2005 04:06PM   FAX:                      ID:                        PAGE:014   R=95%

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

D. Specifications: A Project Specifications Manual shall not be applicable to this project. This Proposal includes Specification Requirements contained in the above listed Plans but subject to the following Qualifications and Clarifications.

1. It is intended that a revised Plan, Sheets, and Details be issued on or about July 7, 2005. Contractor shall immediately evaluate, discuss, and price all changes by August 5, 2005. Additionally, Contractor shall make its best effort to minimize cost impact.

E. General Conditions:

1. The Contractor's General Conditions Budget is based on a Start Date of July 11, 2005. Any delay past that date may cause an increase to the overall cost of the project.

2. Safety fencing will be installed around the perimeter of the site in a manner that utilizes the existing site fencing for protection of some areas. Protective covered pedestrian walkways are not included.

3. Office trailer Rental is included for two trailers, in the General Conditions at $3,733 / Month for 2005 and $3,892 / Month for 2006 to cover all Rent Fees for Office space on site which shall be provided for use by the General Contractor at the remote site location on Gateway Blvd. A bus is not included to transport the workers to and from the parking area to the job site. If a bus is required, it shall be at the expense of the Owner as stated in paragraph 4 below.

4. Temporary Electric Power: Before the T.C.O. is obtained all Temporary Electric Power Expenses shall be included in the General Conditions and paid by the General Contractor. After the T.C.O. is obtained all Temporary and Permanent Electric Power Expenses shall be paid directly by the Owner. Any additional cost incurred to bring power to the trailer compound. Temporary power to the trailers and Contractor's compound is budgeted for 100 LF of appropriate wiring. Additional cost to bring temporary power to the Trailer Compound in excess of 100 LF, shall be at the Owners expense.

5. If water and sewer connections are not available, a temporary and/or Certificate of Occupancy will not be obtainable. Contractor may not be held responsible for water and sewer connections and substantial completion will not be based on connections if they are not available as required by the Contractor

6. All necessary Certificates of Contractor's Liability Insurance and/or Policies shall be obtained, paid for and furnished by Contractor to Owner, naming Owner as an insured, except for Builder's Risk "All Risk" Insurance coverage, which will be obtained, furnished and paid for by the Owner naming Contractor as an additional insured. Owner is responsible for the deductible and/or any shortfall on this insurance policy. The Builder's Risk Insurance is to provide coverage to protect all of the Contractor's interests during the course of construction for the amount of the contract, per 11.4 of AIA Document A201-1997. Coverage must also include, but not be limited to, fire, theft, vandalism, malicious mischief, collapse, earthquake, lightning, acts of war, terrorism,

C IC

Renaissance Commons                Villa Lago              Qualifications & Assumptions

water damage, windstorm, flood (maximum obtainable amount up to the contract
amount), formwork, shoring and reshoring, and all other broad perils. Proof of insurance
must be issued to the Contractor prior to commencement of work.

7.  Builders Risk Insurance shall be provided by the Owner in an amount equal to or greater
    then the Contract Amount as needed and in a form satisfactory to the Contractor. This
    policy must name the Contractor as co-insured and will be in force prior to the start of
    construction. All Builders Risk Insurance Deductible Costs and costs for Non-Covered
    Claims are the sole responsibility of the Owner.

8.  Monthly service fees for water, electric power and phones for temporary construction
    services are included at today's rates. Any such rate increase shall be the responsibility of
    the Owner.

9.  The Contractor's General Conditions Budget of $ 3,055,938.00 is based on the
    assumption that the Contractor shall commence construction on phase VI of the
    development (Santorini at Renaissance Commons) by no later than February 01, 2006. If
    for any reason the Contractor should not build Phase VI, Santorini or if Phase VI
    construction does not start by February 1, 2006 then the General Conditions Budget shall
    be increased by $35,000.00 per month. The Contractor shall be paid the amount listed
    above until such date that the Contractor is able to properly commence construction of
    Phase VI.                                    *Commencing February 1, 2006.*

10. All Testing Services and Fees, including but not limited to, Soil & Concrete Testing shall
    be provided by the Owner. Additionally, Owner shall have a certified survey team layout
    all building corners and establish a benchmark for future surveying that may be required.

11. The Owner shall provide, at Owner's expense, the General Contractor with Thirty (30)
    complete sets of all Construction and coordinated Plans and all Updates to such Plans as
    necessary as determined in the sole judgment of the Contractor.

12. General Contractor Payment & Performance Bonds are included based on the Total
    Project Amount for a one (1) year bond. If a Three (3) year bond is required, the Owner
    shall pay the additional bond premium required for the Three (3) year bond.

13. Allowances are assumed to include Subcontractor Payment and Performance Bonds
    where applicable and unless noted otherwise.

14. The Owner acknowledges that the subcontractor contracts have been negotiated to arrive
    at the stated Contract Sum. Therefore, if a subcontractor defaults on the agreement prior
    to commencing their work, then any additional cost associated with completing that
    scope of work shall be paid by Owner.

15. If a separate pile or spread footing mobilization is required, Owner shall be responsible
    for all costs associated with said mobilization. Pile length is based on _NA__ ft. below

Renaissance Commons                   Villa Lago            Qualifications & Assumptions

grade.  For piles longer than _N/A__ ft., add $_N/A_/lf.  For each pile with grout in
excess of _N/A_ times the theoretical pile volume, add $_N/A_/cf.

16. All Building Permits, MEP & FP Permits, Specialty Permits, and Permit Fees shall be
paid by the Owner.  Miscellaneous Fees and related costs shall be paid by the affected
Subcontractors.  Otherwise, individual sub trade permits are included by each
subcontractor as needed.  The General Contractor and all affected Subcontractors shall be
responsible for coordinating all associated permits and related requirements including but
not limited to filling out and submitting Permit Applications & supporting documents.

17. The schedule is based upon availability of all permits (including but not limited to
foundations, utility, shell, interior, subsidiary permits, etc.) necessary to sustain
continuous construction operations in all areas at all times.  The Owner will be
responsible for obtaining all necessary Building Department / Municipal approvals in
order to facilitate construction operations, including issuance of the main building permit.

18. Utility Relocation or Replacement Costs, and Costs or Fees for use of Storm Systems for
Dewatering are excluded, except such dewatering, which is called for in the Exhibit "C",
the Schedule of Allowances.

19. Any additional costs resulting from any tax or additional fees imposed under any statute,
court decision, rule or regulation becoming effective after the contract date of this
Proposal are excluded.

20. All Changes, Qualifications, and Clarifications shall be incorporated into the Plan
Documents and the Owner shall be responsible to resubmit such changes to the Building
Department for Permit Revisions and incorporation into the final "Legal Record Set" to
be kept by the Building Department.  The General Contractor shall maintain a **Red Line**
Record Set of as Built Drawings including all affected trades and shall provide such
information to the Owner as needed.  In addition, these documents including design
changes will be maintained by the Owner for the "Record Set" for future issuance to the
Condo Association. The re-submissions will be timely and in order to accommodate the
construction schedule.  In the event of tenant revisions, the Owner will be responsible for
processing all permit revisions and covering all associated costs.

21. Costs for the removal & abatement of hazardous materials originating from pre-existing
conditions, illegal dumping, or other sources & conditions beyond the control of or not
caused by the General Contractor or Related Subcontractors are Excluded.  Hazardous
material abatement & removal from the site, if any, shall be contracted directly by the
Owner, with the Owner indemnifying and holding Coastal harmless from any claims
relating to removal of hazardous material.  Except to the extent the removal is a result of
hazardous material brought on site by Coastal or Coastal's subcontractors.  Any costs
associated with delays resultant from the discovery and removal of hazardous materials
shall be borne by the Owner.

Renaissance Commons          Villa Lago          Qualifications & Assumptions

22. Watchman or Security Guard Services are not included and are to be provided by the Owner if needed or required.

23. The Owner gives Contractor permission to photograph the project and furthermore use both interior and exterior photographs for marketing and promotional purposes.

24. Manufacturer's warranties will be provided as a pass-through from Coastal to the Owner. All other warranties are included as a standard one (1) year warranty unless otherwise indicated within this Assumptions & Clarifications document. Contractor will comply with warranty provisions required by Contractor as provided for under Florida Law. (1) Operation & Maintenance Manual shall be provided for each Condo for a total of (328) Condos.

25. Warranty Periods shall start on the date of Initial Temporary Certificate of Occupancy for the base building and Final County Inspection for T.C.O. for each individual unit.

26. Costs for the following items are to be paid by the Owner subject to the Owner / Contractor Agreement. These costs are not included in our proposal:

   a. Unforeseen subsurface conditions and differing site conditions.
   b. Removal of any obstructions above or below ground.
   c. Building Permits.
   d. Site Impact Fees.
   e. Right of way costs.
   f. Utility company charges for connections to services, temporary and permanent, except what is enumerated herein.
   g. Utility Impact Fees and Hook-Up Fees.
   h. Builder's Risk Insurance naming Coastal as additional insured and any deductible costs. Also including any costs for uninsured items.
   i. Watchman or Security Guard Services are to be by the Owner.
   j. Testing Services, Inspections and Peer Reviews.

27. The Owner will pay for all "Special Inspectors" or Testing which may be required, except for retesting if required due to the fault of the Contractor.

28. The Construction Schedule relies upon the receipt of 100% Construction Documents and Specifications, fully coordinated. All changes to the plans and specifications must be "clouded". Coastal will not be responsible for changes appearing on the plans without this annotation.

29. The Owner shall provide on site parking areas, adjacent to the project.

30. Partial and Final Waivers / Releases of Liens will be provided to the Owner. These releases reflect time specific periods only and not specific dollar amounts.

Renaissance Commons             Villa Lago            Qualifications & Assumptions

31. With time being of essence, all submittals must be approved as noted within five (5) days of submission for critical submittals and ten (10) days for non-critical submittals. Submittals shall be clearly marked as Critical and Non-Critical. Coastal will provide an anticipated submittal schedule for all parties use within Thirty (30) days of an executed Agreement. Any submittals rejected must be clearly marked as to the reason for rejection. After the above-indicated periods, Coastal may release the submittal for material as if it was approved even if no action has been taken by the Architect / Engineers.

32. With time being of essence, all formal Requests for Information (RFIs) shall be responded to, by the architect, within three (3) days of issuance, with an answer that will allow the contractor to construct the project. RFIs on the schedule critical path must be responded to, by the architect, within 48 hours of our request, with an answer that will allow the contractor to construct the project, or a day for day delay will be presented by the General Contractor to the Owner for approval. Such approval shall not be unreasonably withheld.

33. Weekly meetings will be conducted and attended by all parties, including the Design Team. Meetings will be held at the Coastal field office compound and / or Owner facilities.

34. Owner will pay for the Architect and other Design Team members to attend Pre-Construction meetings for each subcontractor and to attend weekly OAC meetings.

35. The Schedule is based on a five (5) day work week and having permission and approval from the Owner for after hours work during Nights, Saturdays, Sundays, and Holidays as make up days as needed to keep pace with requirements of the Schedule and the Targeted Substantial Completion Date. Such after hours work shall also be subject to the approval and restrictions of all Authorities Having Jurisdiction.

36. The entire exterior of the building (building envelope), including but not limited to roofing, stucco, doors, windows, etc., is subject to high velocity winds, water and impact during storms. These products/systems require ongoing maintenance and adjustments and/or repairs after any storm with winds exceeding 50 mph. Should these adjustments and/or repairs not be made by a certified professional and documented as such, the warranty will be null and void. However, these same items may allow water to penetrate the exterior, thereby creating interior leakage during severe water conditions. Any damage as a result of storms on the exterior or interior of a condominium building or unit is to be covered by the condominium association's insurance or by Homeowner's insurance, as applicable, and shall not constitute a basis for a warranty claim against the Contractor. In the event that job site preparation is required for weather conditions, any and all associated costs should be paid for by the Owner outside the GMP. Any cost associated with the preparation for and the re-mobilization after any storm, including tropical storms and hurricanes, has not been included in the Contract Price. Any and all costs will be paid for by Owner. Additionally, lost time as a result of these weather

27-Jun-2005  4:06PM   From:Katz Barron Squitero & Faust, P.A.   305 285 0028   T-282  P.4093  F-18
FROM :Costal Preconstruction   FAX NO: ...   ...

Renaissance Commons                Villa Lago                Qualifications & Assumptions

conditions and downtime during same will be an extension of Contract Time along with associated General Conditions costs.

37. Various materials and finishes of materials exposed to the Florida environment will begin to deteriorate over time. Materials such as rooftop equipment, piping, conduits, etc., as well as finishes for stainless steel, wood, aluminum, painting, powder coating, etc. are all subject to deterioration. The Contractor shall provide the Owner, who in turn shall provide the Condominium Association a Written Recommended Maintenance Program. Maintenance will be required by Coastal during the completion stages of construction and by Owner immediately at turnover of the project to the Developer (at base Building T.C.O.) and by the Developer's maintenance personnel until maintenance of the building and common areas has been turned over to the Condo Association.

38. Due diligence will be taken to minimize floor slab cracking, however, some cracking is inherent and should be expected and is not necessarily detrimental to the integrity of the structural properties of the slab. The Owner also is knowledgeable with regard to stucco cracks that will develop over time due to the building settlement, flexure of building and structural elements, movement at expansion joints, and movement of overhangs and framed dropped ceilings. Generally the repair of these items is a normal building maintenance activity. Should the question arise whether or not the Contractor is responsible to perform remedial work on items of this nature, the Architects and/or Engineers of Record shall make the final determination.

39. The Schedule is based upon the availability of all permits (including but not limited to foundations, utility, shell, interior, subsidiary permits, etc.) necessary to sustain continuous construction operations in all areas at all times. The Owner will be responsible for obtaining all necessary Building Department and Municipal approvals in order to facilitate construction operations, including issuance of the main building permit.

40. The Contract Documents will be revised to include all Value Engineering, Cost Savings Items, or Other Changes that are accepted as noted herein. The Revised Documents will be re-permitted by the Owner to include all such changes.

41. An Allowance is included in this Proposal and in the Contract as listed below for the Contractor's General Liability Insurance. Also included in this Proposal and in the Contract shall be the Contractor's Workman's Compensation Insurance based on the Current Rate as of the date of this Proposal. Should the General Liability or Workman's Comp rate change then the Contract Sum will be adjusted accordingly. Such Insurance shall be maintained throughout the Project Duration. *One hundred Percent (100%) of any Savings on General Liability Insurance Shall be accrued to the Owner*

42. Any and all comments & changes required by the Final Building Permit will be priced and become an adjustment to the Contract Amount and Construction Documents via change order.

43. All permit fees and associated costs, permits, processing fees, utility hook-up fees, tap fees, meter fees, meters, valves, deposits, connection and / or impact fees etc. are to be

Received   27-Jun-2005  03:25pm   From-305 487 6226   To-Katz Barron Squitero   Page 020

JUN-27-2005 04:06PM   FAX:                    ID:                    PAGE:016  R=95%

Renaissance Commons             Villa Lago          Qualifications & Assumptions

the responsibility of and paid for by Owner.  Contractor will assist Owner and make best effort to obtain all required permits.

44. Salaries and related expenses of the Contractor's employees performing work in the field related to the Project are to be included in the Cost of the Work and reimbursed in the General Conditions.  The Contractor shall furnish a monthly report showing the total amount of General Conditions spent in the prior month. The General Conditions shall be billed on a monthly basis by dividing the total amount of general conditions by the overall project schedule (19) months and that amount shall be paid each and every month.

45. If, during the construction of the project, it is determined that additional on-site management is required in order to maintain the quality and schedule of the on-going projects, the additional costs associated with the additional on-site management will be paid by the Owner.

46. Should the Owner hire any Coastal employee, and / or should any Coastal employee be hired away from Coastal to construct this project, Coastal shall be paid a three (3) times multiplier on the employees total compensation package.  This paragraph shall remain in force from the contract date through the construction duration and for six (6) months beyond completion of the project.

47. In the event the project is delayed by the Owner or any Owner's representative, including but not limited to the Architect, Engineer, or Interior Designer, due to changes or untimely decisions or by the untimely work of any Owner's subcontractor, the Contractor shall be entitled to both a contractual time extension and an adjustment to the Contract Sum in the amount of $ 5,845.53 per calendar day, to cover Contractor's general conditions expenses *(provided the Owner receives a written notice)*.

48. All changes made to the Plans shall be redrawn, sealed and re-permitted by the appropriate members of the design team.  Plan Changes are to be processed in a manner so as not to delay the progress of the work.  25 Sets of Revised Plans shall be immediately forwarded to the General Contractor.  The General Contractor shall be responsible for distributing revised Plans to their affected Subcontractors.

49. If the project is delayed because permits are not issued in a timely manner, then in such event the Contract Sum as set forth in the Contract, shall be increased to include any increase in the cost of the Work (the "Increased Cost") necessarily incurred by the Contractor in the performance of the Work by reason of such delay.  The rebar steel is included for the project duration as long as the Owner will allow the Rebar steel to be purchased immediately and pay for stored material, so long as the stored material has a separate insurance policy. The Increased Cost shall include any such increase in labor costs, subcontract costs, general conditions costs, costs of materials and equipment, transportation costs, rental charges, mobilization costs, debris removal costs, costs for insurance and bonds (if any), permit fees, and other costs associated with the Work.  Contractor may, with each Application for Payment, include the Increased Cost attributable to the subject time period, together with appropriate documentation evidencing same, and such Increased Cost shall be payable as a portion of such

Renaissance Commons                   Villa Lago              Qualifications & Assumptions

Application for Payment, in accordance with the procedures set forth in this Contract. The General Contractor shall provide the Owner with Written Notice of Delays.

50. Timely payment to Contractor is of the essence and, therefore, is of utmost importance and a requirement for Contractor to perform work in a timely manner.

51. If the Architect is, for any reason, not able to make the necessary jobsite inspection required to timely process the Application for Payment, the Contractor will notify the Owner by the fifth (5th) of the month and the Owner will process the Application and payment under these circumstances will be made no later than the tenth (10) of the month.

52. Retainage Shall Not be held on the General Contractor's Fee or General Conditions during construction. Retainage for all Concrete work shall be limited to 5%. All other retainage shall be 10% until the project is 50% complete, at which time the retainage shall be reduced to 5% overall, if approved by the lender.

53. Substantial Completion is defined as the date a Temporary Certificate of Occupancy (TCO) is received from appropriate authorities, unless work, systems, or other items furnished and / or installed by the Owner / Buyer or Owner's / Buyer's separate contractors delay the obtaining of a TCO. In that instance Substantial Completion will be the date that this Contractor has completed all of the Work necessary to obtain a TCO, except for Work interfered with or restrained by the Owner / Buyer or Owner's / Buyer's separate contractors.

54. Florida Law contains important requirements you must follow before you may file a lawsuit for defective construction against a Contractor, subcontractor, supplier, or design professional for an alleged construction defect in your home. Sixty days before you file your law suit, you must deliver to the Contractor, subcontractor, supplier, or design professional a written notice of any construction conditions you allege are defective and provide your Contractor and any subcontractors, suppliers, or design professionals the opportunity to inspect the alleged construction defects and make an offer to repair or pay for the alleged construction defects. You are not obligated to accept any offer made by the Contractor or any subcontractors, suppliers, or design professionals. There are strict deadlines and procedures under Florida Law.

F. Exclusions:

1. The following items are specifically excluded from this Proposal:

2. Utility Bonds, Assessments, or Impact Fees of any sort including but not limited to Water, Sewer, Storm, Roads, Utilities, Etc. are not included.

Renaissance Commons                Villa Lago              Qualifications & Assumptions

3. Building Permits, DOT permits, DERM and / or South Florida Water Management District Permits, Grading Permits, Etc. Such Permits shall be coordinated and managed by the General Contractor and affected Subcontractors.

4. Inspection Fees, Water Meters, Meter Fees, Tap Fees, Capacity Fees, Air Space Encroachment Fees, Road Closure Permits & Fees, Etc.

5. Removal and / or relocation of existing Overhead Utilities and Traffic Signals. Removal and / or relocation of existing Underground Utilities.

6. Topographical Surveys, Environmental Surveys, Final or As Built Surveys. The General Contractor and affected Subcontractors shall maintain red line As Built Drawings for their portion of the work.

7. Offsite civil improvements or median work other than as shown in the Plans.

8. Unforeseen conditions

9. Costs associated with unforeseen subsurface conditions. Removal and replacement of contaminated, unstable, or unsuitable soils. Excavation and backfilling of buried obstructions. Importing or exporting of fill materials or topsoil. Rock excavation or chipping equipment. All such items are excluded except as is specifically enumerated herein to be included.

10. Abatement, Removal, & Disposal of any Hazardous Materials encountered related to the project.

11. All Furnishings, Fixtures, Equipment, Window Treatments, Fitness Equipment, Restaurant Equipment, Bar Equipment, Etc. The General Contractor shall coordinate with the Owner regarding any additional construction elements or supporting requirements which are not shown in the Plans but are needed for proper installation of such items. The General Contractor and affected Subcontractors shall include all related MEP Rough In for such items only as indicated in the Plans.

12. Receiving, Unloading, Storage, Handling, Installation, Disposal, & Protection of any FF&E items.

13. Any gas, cable, phone, water, sewer, or electric utility fees, deposits or costs associated with supplying final permanent service to the building.

14. Easement plans and documentation or recording of easements for any utilities.

15. Soil borings or geotechnical reports.

16. Threshold inspection services or any special inspection services.

Renaissance Commons                Villa Lago            Qualifications & Assumptions

17. Wind Study Analysis.

18. Architectural or Engineering Services.

G. Schedule of Allowances are shown in exhibit "C". The Lump Sum Allowances included in this Proposal, unless otherwise noted, include all Labor, Materials, Equipment, Delivery, Installation, Taxes, Freight, Accessories, and Subcontractor Fees & Bonds where applicable. Allowances for the E & W Buildings, Parking Garage, and Club House are grouped together as one allowance:

H. Items Furnished By Owner:  All FF&E Items.

I. Items Provided & Installed By Owner:

1. The following items shall be Provided and Installed by the Owner:

2. All Site Work, all site lighting, all Site Utilities to within 10' of the building by Owner, Temporary & Permanent Roads & Maintenance Thereof, Walks, Curbs, & Building Pad Preparation, by Owner.  All Site Lighting other covered by the above listed Allowances are by the Owner.

3. All Landscaping, Irrigation, Hardscaping, & Landscape / Hardscape Lighting.

4. All Furnishings, Fixtures, & Equipment including All Receiving, Unloading, Handling, Installation, Protection, Cleaning, & Disposal associated with such items.

5. Interior Designer Finishes in the Club House areas or other areas. Note: Interior Design Plans were not included in the Plan Set for this Project and thus any such finishes are excluded from this Proposal. Finishes are included in accordance with finish schedules and notes listed in the Plan Set subject to the Qualifications and Clarifications listed herein.

## II.  DIVISION 2 – SITE WORK

A. All Site Work shall be provided by the Owner including but not necessarily limited to the following:

1. Site Demolition: Demolition, removal, and off site disposal of existing above grade site improvements such as curbs, sidewalks, asphalt paving, brick pavers, concrete paving, and other such site improvements as indicated in the drawings and as needed to accommodate the new construction.

2. All Earthwork & Building Pad Preparation including Preparation of the Sub-grade to 12.17 Elevation, Stockpiling and removal of Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation, Removal of Excess Stockpiled Fill

Renaissance Commons                    Villa Lago            Qualifications & Assumptions

Material, and Preparation of an Equipment Pathway approximately 20' wide around the perimeter of the building area.

3. Temporary and Permanent Road Bed Preparation, Maintenance, Restoration, Removal, and Final Preparation prior to paving.

4. Site Utilities extending up to 10' away from the Building including Domestic Water, Fire Water, Sanitary Sewers, Storm Sewers, Gas Piping, and all Backflow Presenters, Fire Department Connections, Post Indicator Valves, etc. All City of Boynton Beach or Palm Beach County water connections shall be by the Owner. The General Contractor and affected Subcontractors shall extend the Building Utilities to 10' outside of the building and make the final connections. Oil and sand separators shall be furnished and installed by the Owner if required.

5. Storm Drainage extending up to 10' outside of the Building is the responsibility of the Owner.

6. Curbs, Sidewalks outside the building envelope, Steps, Ramps, & Pavers, except for Pool Deck Areas and Parking Garage Entrances, which shall be furnished and installed, as enumerated in the contract documents affixed hereto, by the General Contractor. All other requirements are by the Owner.

7. Asphalt Paving, Site Striping, Site Wheel Stops, & Site Signage are by the Owner, except as enumerated in the allowance schedule or clearly described in the schedule of values.

8. Landscaping, Irrigation Systems, & Water Supply for such.

9. Hardscape Walls inside the Pool & Fountain Courtyard areas as shown on the Plumbing Plans. Note: Hardscape Walls are shown but not detailed on the Plumbing Plans and are not shown on the Architectural Plans and thus are excluded from this Proposal.

10. All Site Lighting is excluded.

11. Site Fountains are excluded, except for Fountains inside the Pool & Courtyard areas which shall be provided by the General Contractor.

12. Final Utility Connections and Storm Connections to the buildings shall be the responsibility of the General Contractor and affected Subcontractors.

B. Earth Work:

1. Site Preparation: The Building Pad, Road Beds, Sidewalk Beds, and Other Site Areas will be prepared and certified by the Owner or others prior to the start of our work on this project. These areas shall be prepared according to the following parameters:

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

2. Building Pads:  The building pad subgrade shall be prepared by the Owner to an elevation of 12.17 and graded to a tolerance of plus or minus 1/10th Foot and compacted. The building pad should be overbuilt by 20' or more around the perimeter of the buildings to allow a level working surface and equipment pathway.  It is assumed that the existing soils to be excavated for foundations and utilities are suitable and allowable for use as underslab building fill. The Owner shall Stockpile Suitable Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation and also Remove All Excess Stockpiled Fill Material.

3. Road Beds:  Road beds shall be prepared and maintained by the Owner, as needed during construction for use as temporary roads.  Final redressing, grading, and preparation immediately prior to and placement of asphalt paving shall also be by others.

4. Other Site Areas:  Areas to receive landscaping should be prepared to an elevation suitable to allow for importing and placement of planting soil, sod, mulch, plantings, etc. Planting soil, sod, mulch, plantings, etc. are not included.

5. Excess or Borrowed Material:  Excess excavated material shall be stockpiled adjacent to the building area in a location as mutually agreed with the Owner.  Such material shall be removed, handled, distributed, graded, or otherwise utilized by the Owner or others at a later date.  Suitable fill material may be borrowed from a remote location on site as mutually agreed with the Owner.

6. Backfilling & Final Grading:  Backfilling of foundation and utility excavations shall be performed by the General Contractor or his Subcontractors.  Final backfilling and final grading around the exterior of the buildings and site shall be performed by the Owner's Earthwork Contractor.

7. Acceptance of Subgrade:  Prior to the start of construction the prepared subgrade shall be inspected and randomly surveyed by the General Contractor or his Subcontractors. Prior to starting work the General Contractor shall notify the Owner of his acceptance of the subgrade as prepared or of any deficient areas.  Deficient areas shall be promptly corrected by the Earthwork Contractor as requested and mutually agreed.  The General Contractor or Subcontractors shall not unreasonably withhold acceptance of the subgrade and the Earthwork Contractor shall not unreasonably refuse to correct deficient areas of the subgrade.  Owner's Surveyor and Geotechnical Engineer shall certify the building pad as being on grade and suitable for construction.  Such certification shall be provided to the General Contractor.

8. Coordination:  Owner, General Contractor, and Earthwork Contractor shall coordinate with each other regarding the sitework and subgrade preparation.

9. All fill materials needed for the project may be obtained from on site, **except road material**.  All existing soils on site are assumed to be suitable for use as building fill and backfill material.

Renaissance Commons                 Villa Lago                 Qualifications & Assumptions

10. Excavated material from footings and utility trenches shall be used as fill material under slabs on grade and for backfill material in utility trenches.

11. Excavation and hauling off site of unsuitable or debris contaminated fill material is not included.

C.  De-Watering:

1.  All site dewatering is excluded, except for the dewatering allowance enumerated in Exhibit "C" Schedule of Allowances, based solely upon data received from the Owner regarding the Soils Report stating the existing water table and typical historic fluctuations are well below the typical bottom of footing elevation.

2.  A Dewatering System is excluded for the Parking Garage Ramps or Shared Foundations or for any other areas.

3.  An allowance for unforeseen dewatering, use by the Contractor is included in Exhibit "C", Schedule of Allowances, for use by the contractor, at contractor's sole discretion for dewatering,

D.  Termite Treatment:

1.  All Interior Slab on Grade Areas shall receive Soil Pre-Treatment for Termites prior to placement of the Concrete Slab On Grade and shall include a 5 Year Limited Warranty provided by the Manufacturer.

2.  Protection for Formosan Termites is excluded.

E.  Pavement Markings, Signage, & Precast Wheel Stops:

1.  Parking stall striping & pavement markings in the Parking Garages shall be one coat painted except where specifically indicated in the Plans as Thermoplastic.  Site Parking Areas are specifically excluded.

2.  Precast concrete wheel stops are included as shown in the Architectural Plans for the Parking Garages.  Site Parking Areas are specifically excluded.

3.  Wheel stops shall be epoxy anchored in lieu of doweled.

F.  Temporary Sheet Piling:

1.  Temporary sheet piling is specifically excluded.

G.  Monument Signs: