# EXHIBIT "D-3"

Renaissance Commons                   Villa Lago              Qualifications & Assumptions

1. Monument Sign Walls complete are included at the Club House and at the Southwest Corner of the Project Site as shown on Plan Sheet SP-3.

2. Monument Sign Lighting is excluded.

3. An Allowance is included as listed above for Monument Sign Dimensional Brass Lettering and Graphics.

4. Sign Permits are specifically excluded.

## III.   DIVISION 3 - CONCRETE

A. Structural Concrete:

1. All Concrete Work shall be provided in accordance with the Plans, Specifications, and Structural Plans except as designated herein.

2. Galvanized Rebar and DCI Concrete Additives at the Balconies, Terraces, & Walkways or at any other areas are excluded.

3. All Concrete and Grout shall have a Compressive Strength as shown on the Structural drawings on sheet 5-3.2 general structural notes, as enumerated herein in the Plans. All Concrete & Grout Mix Designs shall conform to Standard Mix Designs that are readily available from Concrete Suppliers in close proximity to the Project.

4. Precast Concrete for the Parking Garage Structure shall have a 1 Hour Fire Rating. 2 Hour Fire Ratings for the Parking Garage Structure or Precast Tees are specifically excluded.

5. Pricing for Reinforcing Steel, Concrete, Block, and Formwork are included based on current market prices. The steel rebar is included for the project through December 31, 2005, and as long as the Owner will allow the Rebar steel to be purchased immediately and pay for stored material, of which such stored material will be covered under a separate insurance policy, there will be no price escalation unless the project is delayed by Owner. The Concrete and concrete Block in included through June 30, 2006. The stored material shall have a separate insurance policy. Anticipated escalation of materials pricing is specifically excluded.

6. Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the Architectural Plans. This may not be in compliance with recent Code Amendments and will require the Architect to obtain a Letter of Approval from the City Building Department before Coastal can proceed with construction according to this detail. Coastal does not make any representations as to the acceptability of this detail.

7. The Structural Engineer's Rebar & Concrete Allowances are specifically excluded.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

8.  Concrete Surface Cross Slopes at Balconies and Walkways shall be no less then 1/8" per foot, if the project is correctly drawn and dimensioned by the architect in such a manor to accommodate such slope. However, the 1/4" per foot Cross Slope requirement listed in the Plans can not be guaranteed and thus it is specifically excluded.

B.  Site Concrete:

1.  4" Thick Standard Concrete Sidewalks are included on the east & west sides of the paver area at the north Parking Garage Entrance, in the area between the Club House and the East Building, on the east side of the East Building, and at the connecting sidewalks leading from the buildings to the main sidewalks adjacent to the road. The main sidewalks and curbs adjacent to the roads are specifically excluded.

2.  Standard Color grey cement based pavers are included at the north and south Parking Garage Entrances. Pavers shall be installed using Sand Set Installation over a Lime rock Base. Standard Non Colored Concrete paver Retainer Bands are included in these areas.

3.  4" Thick Standard Concrete Flatwork is included for the Pool Decks and Walkways at the Club House and in the Courtyard areas only. Textured Pool Deck Toppings shall be applied over these areas in a single color diagonal pattern with a minimum gridline to gridline dimension of 24" or greater.

4.  All Other Site Concrete work including but not limited to Curbs, Walks, Ramps, Stairs, and Pavers is excluded and shall be provided by the Owner.

5.  The GMP includes changing the beams over the sliding glass doors and windows to (4) #5's and no hoops as stated in Davis Brothers proposal. If this alternate is not acceptable, the cost to install the same as required is an additional $12,000.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 1 submitted for approval April 2005.

6.  The GMP includes changing the RTB-3 at the pop ups on the roof to a double bond bean, delete the poured deck. If this alternate is not acceptable, the cost to install the same as required is an additional $21,300.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail #2 submitted for approval April 2005.

7.  The GMP includes changing the RTB-3 at the stair towers and elevator shafts. Drop header at the opening. If this alternate is not acceptable, the cost to install the same as required is an additional $ 3,700.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 3/ # 3A, submitted for approval April 2005.

8.  The GMP includes changing the parapet cap-1 beam to a single bond beam with (1) #5. If this alternate is not acceptable, the cost to install the same as required is an additional

Renaissance Commons                  Villa Lago            Qualifications & Assumptions

$ 3,800.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail #4 submitted for approval April 2005.

9.  The GMP includes deleting the Dura-Wall, which, according to Davis Brothers is not required by Palm Beach County. Florida. If this alternate is not acceptable, the cost to install the same as required is an additional $ 20,900.00 plus fee, insurance and general conditions and shall be added to the GMP.

## IV.  **DIVISION 4 - MASONRY**

A.  Concrete Block Masonry:

1.  Reinforced concrete block masonry is included utilizing High Strength CMU as indicated in the Plans for floors one, two and three only. All other areas are regular strength block. If this alternate is not acceptable, the cost to install the same as required is an additional $ 50,900.00 plus fee, insurance and general conditions and shall be added to the GMP.

2.  Exposed Block Walls in the Mechanical Rooms, Electrical Rooms, CATV Rooms, Security Rooms, and Elevator Equipment Rooms, Trash Rooms and Other Service and Support areas shall have Mortar Joints Struck Flush, Floated, & Brushed. Tooled Joints, Stucco, or other Textures or Finish Preparations are excluded in these areas.

3.  Vertical reinforcing bars & grout for CMU walls are included at 48" O. C.

4.  An Allowance is included in Exhibit "C" Schedule of Allowances, for Additional Grouting beyond what is shown in the Plans per the Architect's suggestion for areas in the walls where the Vertical reinforcing bars & grout for CMU walls are included at 48" O. C.

5.  Block Walls for Pool Equipment Rooms adjacent to the Parking Garage which are shown but not detailed on the Plumbing Plans are specifically excluded.

6.  Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the Architectural Plans.  This may not be in compliance with recent Code Amendments and will require the Architect to obtain a Letter of Approval from the City Building Department before Coastal can proceed with construction according to this detail. Coastal does not make any representations as to the acceptability of this detail.

B.  Architectural Precast Concrete:

1.  An allowance as enumerated in Exhibit "C", Schedule of Allowances for all Architectural Precast Concrete.

CIC

Renaissance Commons        Villa Lago        Qualifications & Assumptions

2. Precast Concrete Columns are included at the exterior of the Club House at the Main Entrance and Terrace only.

3. Precast Concrete Columns, support of/and or Trellises are specifically excluded. These items are not detailed at the Pool & Fountain Courtyard areas as shown, but were shown on a background sheet on the plumbing plans.

4. Precast Concrete for Pools & Fountains are included within the Budget for Pools & Fountains.

5. Exterior Bands, Window Sills, and other Details shall be stucco over foam with a simulated keystone finish. Precast Concrete is excluded in these areas.

6. Precast Concrete Pier Caps are included at the Monument Sign Walls.

7. All Precast Concrete Details, Shapes, Colors, and Finishes shall be per the Manufacturer's Standards for Simulated Keystone.

## V.  DIVISION 5 - METALS

A. Structural Steel:

1. All Steel Columns shall be shop primed. Galvanized Steel Columns are specifically excluded.

B. Railings:

1. Stair, Balcony, & Terrace Railings shall be Aluminum with a Powder Coated or ESP Painted Finish.

2. Rail style, color and appearance shall be the same as approved on the San Raphael Shop drawings. Railings shall be core drilled installation.

3. Aluminum Fencing is included at the Monument Entrance Signs and around the Pool Deck area at the Club House only.

4. Standard 42" H Aluminum Picket Railings are included at the the Pool Courtyard Areas.

C. Parking Garage Barrier Cables:

1. Galvanized Parking Garage Barrier Cables are included at the interior ramp walls only.

D. Pool & Fountain Courtyard Trellises:

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

    1. All Trellises and Supporting Columns which are shown but not detailed in the Architectural Plans and / or Plumbing Plans are specifically excluded.

E. Miscellaneous Metals:

    1. Steel Support Frames for the Vanity Counter Tops in the Pool Restrooms and Club House Restrooms if needed are considered to be included in the above listed Allowances for Counter Tops & Cabinets in such areas.

    2. Stair Nosing is specifically excluded.

    3. Steel Pipe Bollards or Steel Angle Column Corner Guards are excluded for the Parking Garages or any other areas.

    4. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for Elevator Hoist Beams, Sill Angles, Pit Ladders, Sump Pit Covers, Expansion Joint Covers, Parapet Flashings, and Miscellaneous Flashings.

F. Stainless Steel:

    1. Stainless Steel Flashings, Trims, Caps, Copings, Trash Chutes, Fasteners, Support Frames, Straps, Accessories, or any other type of Stainless Steel is excluded. Any such items shall be Galvanized Steel or Aluminum in an Appropriate Gauge or Finish as determined by the Contractor.

## VI.   DIVISION 6 – CARPENTRY

A. Rough Carpentry:

    1. Pre Engineered Wood Roof Trusses at 24" O.C. with 5/8" Plywood Roof Sheathing shall be provided at the Club House only. Wood Roof Trusses shall utilize Standard Truss Grade Lumber and Standard Plywood Sheathing. Fire Treated or Pressure Treated Lumber or Plywood for the Roof Trusses and Sheathing are specifically excluded.

    2. Light Gauge Metal Trusses at 48" O.C. with 5/8" Plywood Roof Sheathing as Decking is included at the Condo Buildings in the mansard roof areas. All other roof sheathing for these areas is specifically excluded.

    3. Roof Blocking & Cant Strip Details shall be Fire Treated Wood, Fibrous Material, Rigid Insulation, Other Materials, or Omitted as determined by the Roofing Contractor and Roof System Manufacturer's Standard Details. Due to the difference in chemical make up of fire treated lumber it should be noted that screws used to anchor certain items to or through the fire treated material may need a stainless steel screw application which is specifically excluded.

Renaissance Commons                Villa Lago              Qualifications & Assumptions

4. Plywood Sub Counter Tops & Wall Reinforcing is included at the Serving Bar Counter Tops only.  Plywood Sub Tops are excluded for the Kitchen & Bathroom Counter Tops.

5. (1) Row of Wall Blocking in included for the Upper Cabinets and (1) Row is included for the Base Cabinets.  Additional Rows of Wall Blocking for the Cabinets are specifically excluded.

6. Tub Skirt Framing is excluded based on the use of Integrally Skirted Tubs, which matches the San Raphael project.

7. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for a Timber Framed Roof Structure at the Club House Gallery Ceilings.

B. Finish Carpentry, Cabinets, & Counters:

1. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for all Wood Baseboards, Crown Molding, and Interior Decorative Columns described below, until the vendor obtains his performance and payment bond. At such time, the allowance shall be removed.

2. 5" Finger Jointed Paint Grade Wood Baseboards and Crown Molding are included for all Condos in the areas shown on the Plans, which matches the San Raphael project.

3. Wood Baseboards are included for the Club House.  Crown Molding for the Club House, Offices, or related areas is specifically excluded.

4. Finger Jointed Paint Grade Jambs & 3.25" Casing is included for all pre-hung wood doors, which matches the San Raphael project.

5. Wood Jambs & Casing are not included for the Bi-Fold Doors which shall have a drywall wrap jamb condition.

6. Cabinet & Counter Top Protection Film is included to protect the Kitchen & Bath Cabinets and Counter Tops in the Condo Units.

7. Paint Grade Decorative Wood or Synthetic Columns shall be provided at the Condo Foyer areas as shown in the Enlarged Condo Unit Plans.

8. The proposal accepted by the Owner from Kitchens of South Florida dated February 22, 2005 includes Protective Film is included as provided by Kitchens of South Florida, which matches the product installed in the San Raphael project.

9. Cultured Marble Counter Tops with Integral Sink Bowls are included in the Secondary Bathrooms in the Type B & Type D Units only.

27-Jun-2005 06:51PM   From:Katz Barron Squitero & Faust, P.A.        305 235 0329        T-282 P.016/018  F-116

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

10. Interior Window Sills shall be drywall. All reference to marble or ceramic window sills is specifically excluded and shall be removed from the drawings by the Architect.

11. Plastic Laminate Cabinets or Counter Tops are specifically excluded.

VII.     DIVISION 7 – THERMAL & MOISTURE PROTECTION *Notwithstanding anything contained herein to the contrary, Contractor agrees that it has included all details and recommendations which were implemented at San Raphael at the direction of IBA consultants except as listed below.*
A.     Waterproofing Systems: San Raphael *at the direction of IBA consultants except as listed below.*

1. Elevator Pits:  Fluid Applied Waterproofing shall be provided at the interior walls and floors of the elevator pits.

2. All waterproofing and caulking, is included, which matches the San Raphael project, except as listed below:

3. Cementitious Waterproofing shall be provided at the Slab to Wall Joint along the Exterior Corridors and at the Condo Unit Balconies on all Levels, which matches the San Raphael project.

4. A one coat cementitious Waterproofing shall be provided at the Condominium Unit Balconies, which matches the San Raphael project.

5. A one (1) coat cementitious Waterproofing shall be provided at all exterior corridors and elevator lobbies, ~~which matches the San Raphael project which is expected to be slightly~~ ~~different.~~

6. Stair Treads & Risers shall be Plain Exposed Concrete, Slab Toppings or Waterproofing at the Stair Treads & Risers is specifically excluded, which matches the San Raphael project.

7. A Penetrating Acrylic Sealer at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

8. Auto Traffic Grade Waterproofing at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

9. Mechanical Room Floors shall receive a Penetrating Acrylic Sealer.  Waterproofing is not included for any floor, wall, or curb areas in mechanical rooms, electric rooms, trash rooms, service rooms, janitor's closets, or other service & support type areas.

10. Concrete Slab on Grade Areas shall receive a 6 Mil Visqueen Vapor Barrier under the Slab.  Under-slab Waterproofing at the Slab on Grade Areas is specifically excluded.

Received   27-Jun-2005  03:28pm     From-305 487 8228          To-Katz Barron Squitero      Page 021

JUN-27-2005  04:06PM    FAX:                          ID:                          PAGE:017  R=95%

27-Jun-2005  4:07PM  From-Katz Barron Squitero & Faust, P.A.        305 285 0828       T-282  P.017/018  F-119

Renaissance Commons                Villa Lago              Qualifications & Assumptions

    11. Waterproofing of the Precast Concrete Walls at the Parking Garages abutting the Condo Buildings is specifically excluded.

**B.** Caulking & Joint Sealants:

    1. All caulking is included, which matches the San Raphael project, except as listed below:

    2. 1 Additional Bead of Silicone Caulking shall be provided at the perimeter of the Windows & Sliding Glass Doors bridging between the Window Frame and the Block Walls (Beauty bead).

**C.** Insulation Systems:

    1. R-19 Blown Fiberglass Insulation shall be provided in the Mansard Truss areas.

    2. 2.5" Kraft Faced Fiberglass Batt Insulation shall be provided at the Exterior Block Walls.

    3. Foil Backed Gyp Board or Mold Resistant Gypsum Board is specifically excluded.

    4. 2.5" Unfaced Fiberglass Sound Batt Insulation is included at both sides of all Condo Unit Separation Walls.

    5. 3.5" Unfaced Fiberglass Sound Batt Insulation is included in all walls surrounding Bathrooms, HVAC Closets, Mechanical Chases, and Laundry Rooms. Insulation is not included at the Bedroom Walls, or any other interior walls.

    6. 6" Unfaced Fiberglass Sound Batt Insulation is included at the Bathroom & Laundry Room Soffits only.

    7. Sound Reducing Ceiling Hangers are excluded in the ▓▓▓▓▓▓ Club House.

    8. 10" Sound Batt Insulation and Acoustic Cork Membrane as shown for the Club House and Sports Court are specifically excluded.

    9. Expanded Polystyrene Rigid Foam Insulation is included at the 2 Hour Block Cavity Walls at the Parking Garage Expansion Joints.

    10. 1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

**D.** Roofing Systems & Sheet Metal:

    1. All Roofing work shall be provided in accordance with FBC requirements.

Received   27-Jun-2005  03:29pm      From-305 607 8228         To-Katz Barron Squitero       Page  022

JUN-27-2005 04:07PM    FAX:                      ID:

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

2.  A 3 Ply Built Up Roof System with Type IV Asphalt Bitumen Pitch and a 1 Ply Modified Bitumen Cap Sheet is included at all Flat Roof areas.   Coal Tar Pitch is excluded.  Modified Asphalt Pitch is specifically excluded.

3.  300 PSI Light Weight Insulating Concrete with average R-19 Stepped Thickness Insulation is included for all Flat Roof Areas.  Tapered Roof Insulation is specifically excluded. The roof drawing detail will be revised by the architect to incorporate the required slope and drainage sufficient for the use of light weight concrete the coordination of the placement and elevation of roof scuppers.

4.  The Built Up Roof System with Lightweight Concrete is suitable for a Maximum Wind Uplift Pressure of -75 PSF.  It is assumed that this is acceptable and meets all Codes.

5.  Built Up Roof areas shall be covered by a 20 Year NDL Manufacturer's Product Warranty.

6.  Gutters and Downspouts which are detailed but not located on Architectural Plans are specifically excluded.

7.  All Roof Flashings & Pitch Pans shall be Aluminum, Galvanized Steel, or Lead. Stainless Steel Roof Flashings & Metals are specifically excluded.

8.  PVC Overflow Scuppers are included, Precast scuppers are excluded as shown in the Architectural Plans.

9.  Roof Drain Overflow Piping is specifically excluded.

10. Concrete Tile Roof Systems are included as specified with Direct Screwed Attachment to the roof deck.

11. Standard Pitch Pans are included at roof penetrations.

12. It is assumed that the Concrete Roof Deck as it is currently designed is capable of supporting the additional loads imposed by the Lightweight Concrete Roof Insulation System included in lieu of Tapered Roof Insulation.

13. It is assumed that the Roof Trusses as currently designed are of sufficient height to allow for variations in Roof Elevation due to the Roof Slope and Lightweight Concrete without decreasing the Parapet Height to below the Code Required Minimum.

## VIII.   DIVISION 8 – DOORS & WINDOWS

A.  Hollow Metal Doors & Frames: Allowances are included as listed above for All Hollow Metal Doors, Entry Doors, Wood Doors, Frames, Hardware, Trim, & Mirrors as described below. This is due to the low bid being unable to furnish a payment and performance bond at

Renaissance Commons                 Villa Lago          Qualifications & Assumptions

the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

1. All Exterior Hollow Metal Doors and Frames shall be galvanized and shall be Miami Dade County Approved.

2. Condo Unit Entry Doors shall be fire rated hollow metal raised panel doors in hollow metal frames.

B. Wood Doors & Frames:

1. Condo Unit interior doors shall be 1-3/8" pre-hung hollow core paint grade raised panel molded masonite doors with finger jointed paint grade wood frames and 3.25" casing or smaller as required to fit certain applications. Casing shall be 3.25" finger jointed paint grade material where sufficient space is available. If sufficient space is not available for this size of casing then a narrower casing shall be used. Ripping of casing is specifically excluded.

2. Wood Jambs & Casing are not included for the Bifold Doors which shall have a Drywall Wrap Jamb Condition.

3. Wood Doors, Frames, and Hardware material for the interior Clubhouse areas are included per the Door Schedule.

C. Aluminum Windows & Sliding Glass Doors:

1. Aluminum Windows and Sliding Glass Doors shall be as manufactured by ES Windows or an approved equal as selected by the Contractor.

2. All Windows, Sliding Glass Doors, and Storefront shall have an ESP Finish.

3. Fixed Aluminum Frame Windows are included at the Interior and Exterior of the Club House areas.

4. Interior Windows at the Sports Court shall be Standard Impact Glass.

5. All Operable Windows shall have Screens.

6. Screens are specifically excluded at the Sliding Glass Doors.

7. Windows & Sliding Glass Doors shall be designed to meet South Florida Building Codes. Large missile and small missile impact glazing is included for all exterior windows and doors as required. The rubber installation seal around the window and sliding glass door are designed to meet a maximum of 73 mph, per the NOA.

8. Insulated Glass is not included where shown.

Renaissance Commons                Villa Lago              Qualifications & Assumptions

9. Sill Pans & Head Receptors are, specifically excluded.

10. Horizontal Sliding Windows shall have Surface Applied Muntins to simulate the appearance of Single Hung Windows and meet egress requirements. Larger fixed windows at the Clubhouse area shall be divided into smaller units filling the same opening size.

11. Aluminum Storefront Doors are included for the exterior of the Club House. Panic Hardware is excluded. Push Pull Hardware is included.

D. Finish Door Hardware:

1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances for All Finish Door Hardware is included for medium grade residential hardware for the Condo Units and medium grade commercial hardware for the common areas.

E. Mirrors:

1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Square Edge Frameless Vanity Mirrors for the Condo Unit Bathrooms and Public Restrooms.

2. Square Edge Frameless Vanity Mirrors are included for the Condo Unit Bathrooms and Public Restrooms.

3. Wall Mirrors are not included in the Fitness Center or related areas.

4. Wall Mirrors are not included at the Spa or Jacuzzi Tub Surround Walls.

## IX.   DIVISION 9 – FINISHES

A. General Finishes:

1. Condo Units: Walls shall have a Medium Texture Knock Down Finish. Ceilings shall have a Light Texture Knock Down Finish. Kitchens and Bathrooms shall have smooth painted walls.

B. Stucco Details:

1. Exterior Medallions, Bands, Window Sills, and other Details shall be stucco over foam with an EIFS simulated keystone finish. Precast Concrete is excluded in these areas.

2. Stucco Textures: Light Textured Stucco shall be provided in lieu of Smooth Stucco throughout any areas indicated in the Plans as Smooth Stucco.

Renaissance Commons                     Villa Lago              Qualifications & Assumptions

3.  Horizontal Bands:  It is assumed that all horizontal bands will be stucco-over-foam shapes and not pre-cast concrete.  Such shapes will have a simulated keystone finish.  It is also assumed that the smaller or finer bands at level 1 are scored or tooled bands. Stucco Reveals shall be Tooled Bands.

4.  All PVC Reveals & Trims are excluded.  All Stucco Reveals, corners, bands, details, etc. shall be tooled in lieu of formed using PVC Trim Pieces.

5.  Exterior Window Sills:  It is assumed that all exterior window sills will be stucco-over-foam shapes with a simulated keystone finish and not pre-cast concrete.

6.  Balcony Ceilings:  We are assuming a light textured stucco finish for the balcony ceilings and exterior walkway ceilings.

7.  Parking Garages:  Stucco is not included for any Precast at the Parking Garages, interior or exterior.  Skim Coat Stucco is included over Exposed Block Walls at the Parking Garages.

C.  Drywall & Metal Stud Framing Systems:

1.  Moisture Resistant Gypsum Board shall be provided at all Bathroom walls.

2.  Standard Gypsum Board shall be provided at the Bathroom ceilings.

3.  Attic Draft Stops are specifically excluded.

4.  Foil Backed Gypsum Board, Mold Resistant Gypsum Board, and Tile Backer Board are specifically excluded.

5.  Metal Stud Spacing shall be 16" On Center in lieu of 24" On Center as listed in the Plans.

6.  1-5/8" Metal Stud framing is included at both sides of the Unit Separation Walls and at the Exterior Walls in lieu of 1" x 4" Fire treated, because Pressure treated is unacceptable to the City of Boynton Beach and no longer readily available.

7.  Additional Horizontal Pipe Soffits are specifically excluded, unless detailed on the plans enumerated herein. No additional allowances have been incorporated herein.

8.  Acoustic Ceiling Hangers are excluded, unless shown.

D.  Acoustical Ceiling Systems:

Renaissance Commons                    Villa Lago            Qualifications & Assumptions

    1. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances, for Suspended Acoustical Ceiling Systems in the Club House and in the West Building Pool Restrooms. Suspended Acoustical Ceiling Systems are not included for any other areas.

E. Granite, Marble, & Ceramic Tile:

    1. The Proposal from Kitchens of South Florida dated February 22, 2005 which includes Granite Counter Tops for the Kitchens and Marble Counter Tops in the Master Bathrooms has been approved by the Owner, which matches the San Raphael project and is incorporated herein. Protective Film is included as provided by Kitchens of South Florida.

    2. Ceramic Tile Flooring and Wall Finishes shall be equal to Yale Crema & Arena as manufactured by Saloni. All tiles within each Condo Unit shall be the same selection. Approximately 50% of the Condo Units shall be Yale Crema and 50% Arena. Owner shall provide the unit Owner's selection matrix in such time as not to delay the ordering or installation, which shall be incorporated herein.

    3. Tile Installation shall be Thin Set in all areas except the shower floors which shall be Mud Set.

    4. All floor Soundproofing is an allowance as enumerated in Exhibit "C", Schedule of Allowances, and shall be performed by the Contractor.

    5. No Ceramic Tile Base shall be provided in the project. Wood Base shall be provided in all locations shown on the plans and areas where the plans show ceramic tile base.

    6. Precast Shower Bases are excluded. Shower Floors shall be 12" x 12" Ceramic Tile.

    7. Shower Curbs shall be Adhered Precast Concrete or Fire Treated Wood or Poured in Place Concrete as determined by the Contractor.

    8. Ceramic Tile on the Bathroom Walls surrounding the Showers and Tubs shall extend to approximately 7' Above Finish Floor.

    9. Ceramic Tile Flooring in the Condo Kitchens shall extend fully under the Refrigerators only but shall not extend under the Dishwashers or Ranges.

    10. An Allowance as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

    11. Ceramic Tile Flooring and Wall Finishes at the Club House and Pool Restrooms are based on a Material Cost of $2.25 / SF.

Renaissance Commons          Villa Lago          Qualifications & Assumptions

12. Ceramic Tile Wall Finishes in the Club House Restrooms and Pool Restrooms shall extend to a Wainscot Height of approximately 5' Above Finish Floor.  Full Height Tile is specifically excluded.

13. Interior Window Sills shall be drywall returns. Marble sills are excluded. The Owner will have the drawings changed to reflect all such modifications.

F.  Carpeting:

1. Carpet in the Condo Units shall be either "Boxter Berber" or "Aspen Cut Pile" with a ½" 6 Lb. Rebond Padding.  This Carpet Padding is assumed to fulfill the requirements for "Acoustic Matting" under Carpet as listed in the Plans.  Otherwise, any Special Acoustic Matting under Carpet is excluded.   Approximately 50% of the Condos shall be in Boxter and 50% in Aspen.

2. Carpet in the Club House shall be provided based on $25.00 / SY for Material, Pad, and Installation.

G.  Painting:

1. Painting shall be provided in accordance with the Finish Schedules & Notes listed in the Plans but subject to the following Qualifications & Assumptions.

2. All Condo Unit Walls & Ceilings shall be painted flat white latex throughout. Individual Unit Color Selections are specifically excluded.

3. Interior Condo Doors & Trim shall be painted white using a Satin Finish Latex Enamel.

4. Exterior Hollow Metal Doors shall be painted with 2 Coats of Alkyd Enamel.

5. Club House interior areas shall be painted Flat White only.   Color Selections are specifically excluded in these areas.

6. The Interior of Mechanical Rooms, Electrical Rooms, Storage Rooms, CATV Rooms, etc. shall be Exposed Concrete & Struck Joint CMU.  Painting is specifically excluded in these Areas.

7. Parking Garage Exterior Pre-cast Concrete Panels and Columns only painting is specifically excluded.

8. Parking Garage interior columns, ceilings, and piping shall not be painted. All interior painting of sprinkler pipe or other pipe is specifically excluded.

9. All Exposed CMU walls not receiving a stucco or drywall finish are finished with one prime coat & one finish coat of paint.

Renaissance Commons                Villa Lago            Qualifications & Assumptions

**X.    DIVISION 10 – SPECIALTIES**

A.  Aluminum & Glass Shower Enclosures: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all shower enclosures as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

    1.  Standard Clear Finish Aluminum Framed Units 70" H with ¼" Clear Tempered are included.

B.  Toilet & Bath Accessories: An allowance is included as listed above for all Toilet and Bath Accessories as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

    1.  Condo Unit Bath Accessories include Towel Bars, Toilet Paper Holders, and Mirrored Medicine Cabinets.

    2.  Public Restroom Accessories include Toilet Paper Dispensers, Paper Towel Dispensers, Waste Receptacles, Grab Bars, Liquid Soap Dispensers, Robe Hooks, and Napkin Dispensers / Disposals.

C.  Wire Closet Shelving: An allowance, as enumerated in Exhibit "C", Schedule of Allowances is included for all closet wire shelving as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

    1.  Wire Closet Shelving is included in the Condo Units as shown in the plans.

D.  Interior & Exterior Signage Systems:

    1.  An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for all Interior and Exterior Signage including but not limited to Code Required Signage, Building Signage, and any other types of Signage that may be required or needed for the project.

    2.  Monument Signage is included as shown in the Plans.  An Allowance is included as enumerated in Exhibit "C", Schedule of Allowances for Monument Sign Dimensional Brass Letters and Graphics.

    3.  Temporary Signage for construction is included in General Conditions separate from the above listed Signage Allowance.

Renaissance Commons          Villa Lago          Qualifications & Assumptions

E. Unitized Mail Box Systems: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all mail box systems as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

    1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Unitized Mail Box Systems in the Club House to serve the Condo Units. Mail Boxes are not shown in the Condo Buildings and thus are excluded in this location.

    2. Any other Mail Boxes or Postal Specialties are e specifically excluded.

F. Canvas Awning Systems:

    1. Canvas Awnings are not shown on the Plans or Building Elevations and thus are excluded. Awnings above the Parking Garage Gates are specifically excluded.

G. Fire Extinguishers & Cabinets:

    1. Fire extinguishers & Cabinets are included in accordance with Code Requirements only.

H. Tenant Storage Lockers:

    1. Tenant Storage Lockers are specifically excluded.

I. Room Safes:

    1. Room Safes are specifically excluded.

J. Hurricane Shutters:

    1. Hurricane Shutters are excluded at the Condo Buildings and the Club House. All Exterior Windows, Sliding Glass Doors, and Storefront Doors shall have Impact Resistant Glass.

**XI.**  **DIVISION 11 – EQUIPMENT**

A. Residential Appliances:

    1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for the Residential Appliances, as listed in the plans enumerated herein, which match, or shall be equal to those furnished in the San Raphael project.

B. Building Maintenance Davit Anchor Systems:

    1. Provisions for a Building Maintenance Davit Anchor System are specifically excluded.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

   C. Fitness Equipment:

      1. Fitness Equipment shall be provided and installed by the Owner and thus it is specifically excluded.

   D. Parking Control Equipment:

      1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Parking Control Gates & Tele Entry Systems.

      2. Electric power supply connections and empty conduits for controls are included for the Parking Garage Gates.

## XII.   DIVISION 12 – FURNISHINGS

   A. Condo Unit & Club House Area Furnishings, Fixtures, and Equipment:

      1. Furnishings, Fixtures, and Equipment for the Condo Units and Clubhouse areas are specifically excluded.

      2. Recessed entry mats are specifically excluded.

      3. Window treatments are specifically excluded.

## XIII.   DIVISION 13 – SPECIAL CONSTRUCTION

   A. Pools, Spas, & Fountains:

      1. Complete Pools, Spas, & Fountains are included based the Proposals from LaGasse Pool Construction Company dated March 1, 2005 and March 2, 2005 including their interpretation of the Plans.  In the case of any discrepancy between the Plans and LaGasse's Proposal the Proposal from LaGasse shall supercede.

      **2.** The Building Pad Sub-grade in the Pool Courtyard area shall be cut and Prepared to elevation 12.17.

      3. Pools are included at the Southeast & Southwest Courtyards and at the Club House as shown in the Plans except the shape of the pools will need to be adjusted to meet Health Department Requirements.

      4. Pools are excluded at the Northeast & Northwest Courtyards.

      5. A Spa / Hot Tub is included at the Southeast Courtyard.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

6. Gas Fired Pool Heaters are included.

7. Allowances are specifically excluded for Underground LP Gas Storage Tanks. An allowance as enumerated in Exhibit "C", Schedule of Allowances, is included by Don Roll Plumbing for natural Gas Piping from the 10' outside the building to the Pool Heaters.

8. Fountains are included at the Northeast and Northwest Courtyards.

9. 4" Thick Concrete Pool Decks and Walkways are included with a Spray on Pool Deck Topping.

B. Fire Rescue Air Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included e for All Fire Rescue Air Systems and All Related Items, Permits, Supporting or Surrounding Construction, Electrical Connections, Controls, Plumbing Connections, Underground Work, Excavation & Backfilling, Accessories, Etc. This Allowance is based on the Proposal from Rescue Air Systems, Inc. dated January 14, 2005 in the amounts of $ 136,000.00 and $ 176,500.00 with adjustments added for bonds, taxes, and any miscellaneous work or services. The allowance as listed above is assumed to cover everything related to the Fire Rescue Air Systems. It shall be noted that this vendor does not hold a valid Florida Contractor license that will allow the firm to perform this work. Therefore, it is specifically agreed that if this vendor does not comply with Coastal's policy regarding: contract agreement, payment and performance bonds, insurance requirements, Florida licensing, Safety requirements and overall performance criteria, the Owner shall assume all responsibility for the operability of the system and all cost associated thereof.

## XIV. **DIVISION 14 – CONVEYING SYSTEMS**

A. Elevator Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for (6) Kone Eco system Elevators Systems for the East & West Buildings based on the final negotiated price with Kone in the amount of $ 403,000.00, based upon the scope of work, features, speed, details, terms and conditions as outlined in the Kone proposal. Note: Elevator Design Issues remain to be resolved and thus the Elevator Systems are being included as an Allowance until such time as these issues are resolved.

2. Automatic Battery Lowering is included. Currently the Building Design does not show an Emergency Electric Generator System and thus any such System is excluded.

3. Elevator Capacity & Speed is 3,500 Lbs. @ 150 FPM.

4. Elevator Doors & Frames shall have a Stainless Steel finish on all levels.

Renaissance Commons                Villa Lago              Qualifications & Assumptions

    5.   Manufacturer's Standard Elevator Cab Front Wall Finishes are included as shown in the elevator manufacturers literature.

    6.   Manufacturer's Standard Elevator Cab Side Wall, Rear Wall, & Ceiling Finishes are included.

    7.   An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

    8.   Allowances for Upgraded Elevator Cab Finishes are specifically excluded.

B.  Trash Chute Systems:

    1.   Trash Chute Systems shall include 24" diameter 16 gauge aluminized steel chute tubes with bottom hinged 18" x 18" fire rated stainless steel intake doors, horizontal rolling discharge doors, full diameter vents, caps, pitched flashings, wash down spray heads, top sprinkler head, alternate level sprinkler heads, sanitizing units with 15" x 15" access doors, rubber baffles, sound coating, firestop plates, and isolator pads.

    2.   Trash Chute Door Interlock Systems are Included.

    3.   Trash Compactors, Bins, & Sorters are specifically excluded.

    4.   Stainless Steel Trash Chute Components are excluded except for the Intake Doors as listed above. Any such components shall be Steel, Galvanized Steel, Aluminized Steel, or Aluminum as determined by the Contractor.

    5.   1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

## XV.   DIVISION 15 – MECHANICAL SYSTEMS

A.  Fire Protection Systems:

    1.   Fire Protection Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes as designed by Polhemius Fire Protection, whom shall become the engineer of record for the Fire Sprinkler System.

    2.   A 750 GPM Diesel Fire Pump System is included with an Exhaust System extending to the Roof Level.

    3.   Water Tanks or other additional water sources are specifically excluded.

    4.   The existing water supply flow and pressures are assumed to be adequate for proper operation of the Fire Sprinkler Systems as it is currently designed.

Renaissance Commons                  Villa Lago                Qualifications & Assumptions

5. Black Iron Steel Sprinkler Piping and Fittings or CPVC, as applicable, shall be used in the Parking Garage Areas. CPVC Piping shall be used in the Condo Units as allowed by Building Codes.

6. Standard Coverage Heads with a significantly larger Head Count in lieu of Extended Coverage Heads in the Parking Garage. The Plans show Extended Coverage Heads in these areas. However, anticipated increases in the Depth of the Structural Pre-cast Concrete Tees will require the use of Standard Coverage Heads along with an increase in the Head Count and thus Standard Coverage Heads are included at the Parking Garage.

7. Provisions for Fire Protection Systems are included for the Roof Truss Attic areas at the Condo Building Mansard Trusses and Club House Roof Trusses.

8. Sprinklers are excluded for Balconies, Corridors, Overhangs, or any other areas not defined in the Plans as being sprinkler protected.

9. Provisions are included for Additional Standpipes beyond what is shown in the Plans.

10. Roof Manifolds are specifically excluded.

11. Sprinkler Piping, Fittings, Valves, & other components shall have a Standard Factory Mill Finish. Corrosion Resistant Finishes are excluded.

12. Painting or Color Coding of Sprinkler Piping is specifically excluded.

13. Anti Sway Bracing is specifically excluded.

14. Fire Hoses & Hose Racks are specifically excluded. Fire Hose Valve Cabinets with Recessed Painted Frames are Included as shown.

15. Fire Main Piping & Hydrants Shown on Plan Sheet SP 1.1 is excluded. This work shall be provided by the Owner.

B. Plumbing Systems:

1. Plumbing Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. Condo Unit Plumbing Fixtures, Club House Plumbing Fixtures, and Pool Restroom Plumbing Fixtures are included as the same as the fixtures at The San Raphael Project.

3. Water supply and drain lines are included for 3 Pools, 1 Spa and 2 Fountains.

Renaissance Commons                    Villa Lago             Qualifications & Assumptions

4. Pool Deck Drains, Planter Drains, & Courtyard area storm drainage is included per Plans.

5. Domestic Water Piping shall be CPVC with Solvent Weld Fittings.

6. Sanitary Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core above and below grade. Insulation shall be provided around all sanitary piping located above the Bathroom Soffits.

7. Roof Storm Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core.

8. Condensate Risers shall be Insulated PVC.

9. An Allowance is included as listed above for the gas piping for the Pool Heaters.

10. Water Meters and Backflow Preventers are specifically excluded.

11. 65 Gallon Water Heaters are included. The Owner guarantees the water heater closets as drawn by the architect in the contract documents have been coordinated and are large enough to accommodate this size of water heater. Any cost associated with larger closets in order to install the larger heater will be at the expense of the Owner.

12. Individual Condo Unit Shut-Off Valves with Access Panels will be installed in the Water Heater Closets.

13. A Wash Down Water Riser is included for each Trash Chute.

14. Underground Sanitary, Storm, and HVAC Condensate Trunk Lines may be relocated away from foundations and pads and installed according to an alternate layout as needed.

15. Under Slab Pipe Hangers are specifically excluded.

C. HVAC Systems:

1. HVAC Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. HVAC Equipment shall be Carrier Units of equal or greater quality and capacity then the Rheem Units listed in the HVAC Equipment Schedule.

3. 1 change of air filters is included.

4. Air Conditioning Ductwork shall be fiberglass.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

   5.  Exhaust and outside air ducts shall be metal.

   6.  Trash Chute Exhaust Fans are included as enumerated in the contract documents only.

   7.  Dryer Exhaust Booster Fans are specifically excluded.

   8.  Secondary drain pans are specifically excluded.

   9.  Range Hoods are assumed to be Re-Circulating Non Ducted Type. Ductwork for Range Hoods is specifically excluded.

  10. Coastal Corrosion Protection is excluded for HVAC Condenser Unit Coils and / or Condenser Unit Cabinets.

  11. HVAC Air Handler Unit Support Stands are included inside each HVAC Closet.

  12. HVAC Rooftop Condensing Unit Support Stands with Vibration Pad/or springs are included as shown in the HVAC Plans.

  13. Wall Caps shall be used for the Dryer Exhaust Ducts in lieu of Louvers.

  14. HVAC AHU Condensate Drains shall be run to the Condensate Risers located in the HVAC Closets. Integral Overflow Pans & Float Switches are included as enumerated in the contract documents only.

  15. Certified Testing & Balancing is included for the Common areas and Clubhouse areas only, as provided by the Mechanical Contractor. Certified balance of the individual balance is specifically excluded.

  16. HVAC Systems for the Mechanical & Electrical Rooms are included as shown in the Plans. Allowances for additional PTAC Systems or Mini Split Systems for Mechanical & Electrical Rooms other then as show in the Plans are specifically excluded.

## XVI.   DIVISION 16 – ELECTRICAL SYSTEMS

A.  General Electrical Systems:

   1.  Electrical Systems shall be provided in accordance with the Plans and Specifications contained within the Plans and also as allowed by local Building Codes.

   2.  Wiring shall be MC Cable in most areas with Romex at interior walls inside Condo Units as allowed by Building Codes.

Renaissance Commons                Villa Lago              Qualifications & Assumptions

3. A complete fire alarm system is included in accordance with Building Codes. Programming as required for Monitoring Services and Monitoring Services are specifically excluded.

4. Lightning Protection Systems, Lightning Preventor Systems, and Transient Voltage Surge Suppression Systems are excluded.

5. Telephone Pre-Wiring is included within each Condo Unit including Standard CAT 5 Four Pair Wiring and Standard Trim. Incoming Phone Service Conduits shall be stubbed out to 5' outside of the buildings. Empty Telephone Home Run Conduits with Pull Strings are included from each Condo Unit and extending to the Telephone Closet Backboard. Home Run Telephone Wiring is included as enumerated in the contract documents only.

6. CATV Pre-Wiring is included within each Condo Unit including Standard Blank Plate Trim and Terminations. Incoming CATV Service Conduits shall be stubbed out to 5' outside of the buildings. Empty CATV Home Run Conduits with Pull Strings are included from each Condo Unit and extending to the CATV Closet Backboard. Home Run CATV Wiring is included as enumerated in the contract documents only.

7. Telephone / CATV Smart Panels are included, as enumerated in the contract documents only.

8. Empty Conduits from the CATV Closet to the roof are included, as enumerated in the contract documents only.

9. FPL Transformers are assumed to be located within 15' of the outside of the buildings at the nearest exterior wall adjacent to the roadway and at a point that is as close as possible to the Electric Rooms. All Transformer Feeder Conductors shall be Aluminum.

10. Power Cords for Appliances are assumed to be provided and installed as part of the Appliance Allowance.

11. Junction Boxes and Connections for Cook Tops and Wall Ovens are included, as enumerated in the contract documents only..

12. HVAC AHU's are assumed to have Integral Disconnect Switches.

13. Single Station Smoke Detectors are included within the Condo Units.

14. Junction Boxes for Paddle Fans and Switches are included. Paddle Fans and Installation of such are specifically excluded.

15. Wiring, Conduits, and other provisions for a Low Voltage Water Meter System are specifically excluded.

Renaissance Commons                 Villa Lago          Qualifications & Assumptions

16. Power supply and connections are included for (3) Pool Equipment Packages, (1) Spa Equipment Package, and (2) Fountain Equipment Packages in the Courtyard areas and at the Club House.

17. Wiring for (1) Trash Compactors is included if shown on the plans dated 1/12/05.

18. Wiring or Conduits at the Condo Unit Entry Doors for a Building Entrance Control System or Card Key System are specifically excluded.

B. Lighting Fixtures:

1. Light Fixtures matching the project at San Raphael are included for all Lighting Fixtures including but not limited to Condo Units, Common Areas, Club House Areas, Parking Garages and Site Fixtures attached to the building around the building perimeters, if shown on the plans enumerated herein.

2. Light fixtures for the pool and courtyard area and site lighting poles and fixtures around the building perimeters, not detailed or shown on the planes enumerated herein, are specifically excluded.

3. Installation, wiring, and connections for Lighting Fixtures are included per the plans.

C. Building Security Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Security CCTV and Clubhouse Access Control Systems.

2. Security System Pre-Wiring inside the Condo Units is included. Pre-Wiring shall include "Free Wiring" (Conduit Excluded) for the Windows, Sliding Glass Doors, & Entry Doors on Level 1 and Sliding Glass Doors & Entry Doors on Levels 2, 3, 4, 5 & 6. Equipment, Devices and Terminations are specifically excluded.

3. AC Power and Empty Control Conduits with Pull Strings are included for (2) Parking Gates at the Garage Entrances.

4. Control Wiring for Gates at Parking Garages shall be part of the Security and Gate Allowances.

5. Empty Conduits and Junction Boxes for Security at the Parking Garages are included as shown in the Plans.

D. Site Lighting:

1. Site Lighting Poles, Bases, Fixtures and Installation are specifically excluded. All site lighting shall be installed by the Owner.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

E.  Emergency Electric Generator Systems:

   1.  Currently the Building Design does not show an Emergency Electric Generator System
       and thus any such System is specifically excluded.



**Renaissance Commons - VILLA LAGO**
**6/22/2006**

| | | | 19 | MONTHS | 328 |
| | | | 82.33 | WEEKS | 6 |

## CONTRACT EXHIBIT A-2

# G E N E R A L   C O N D I T I O N S   D E T A I L

| Cost Code | Category | Description | | Quantity | Unit | $ / Unit | TOTAL 3,055,938 |
|-----------|----------|-------------|---|----------|------|----------|-----------------|
| | | **PRECONSTRUCTION COST** | | | | | |
| 80103 | Labor | Estimating | F | 1 | LS | 15,000 | 15,000 |
| 80103 | Material | Plan Reproduction | F | 1 | LS | 10,000 | 10,000 |
| 80631 | Material | Renderings | | 1 | LS | 231 | 231 |
| 80730 | Sub | Scheduling Consultant | | 1 | LS | | - |
| | | **PERMITS** | | | | | |
| 80025 | | Building Permit | | 0 | LS | - | - |
| 80025 | | Subcontractor Permits | | 0 | LS | - | - |
| 80030 | | Permit Expediting | | 0 | LS | - | - |
| 80105 | | Inspections - Overtime | | 0 | LS | - | - |
| | | **CONSULTANT / PROFESSIONAL FEES** | | | | | |
| 80090 | Sub | Professional Fees | | 0 | LS | - | - |
| 80100 | Sub | Architect Fees | | 0 | LS | - | - |
| 80100 | Sub | Engineer Fees | | 0 | LS | - | - |
| 80105 | Sub | Inspection Fees | | 0 | LS | - | - |
| 80340 | Sub | Partnering | | 0 | LS | 7,000 | - |
| 80750 | Sub | Survey Crew | | 1 | LS | - | - |
| | | **FIELD SUPERVISION** | | | | | |
| 80124 | Labor | General Superintendent | | 32 | weeks | 3,375 | 108,000 |
| 80125 | Labor | Assistant Superintendent | F | 86 | weeks | 3,192 | 275,576 |
| 80126 | Labor | Area Supt. - Structural / M.E.P. | F | 82 | weeks | 2,492 | 204,369 |
| 80127 | Labor | Area Supt. - Finish | | 32 | weeks | 2,492 | 79,754 |
| 80120 | Labor | Area Supt. - Parking Garages | | 20 | weeks | 2,492 | 49,846 |
| | | **PROJECT ENGINEERING / COORDINATION** | | | | | |
| 80130 | Labor | Project Engineer - Field Office | | 72 | weeks | 1,558 | 112,154 |
| | | **PROJECT MANAGEMENT** | | | | | |
| 80157 | Labor | Project Executive | F | 86 | weeks | 2,120 | 183,043 |
| 80150 | Labor | Project Manager | F | 82 | weeks | 3,894 | 319,327 |
| 80131 | Labor | Asst. Project Manager | F | 82 | weeks | 2,337 | 191,598 |
| 80154 | Labor | Purchasing | F | 45 | weeks | 1,731 | 77,885 |
| | | **CONTRACT ADMINISTRATION** | | | | | |
| 80173 | Labor | Field Office Receptionist | F | 78 | weeks | 844 | 65,813 |
| 80175 | Labor | Contract Administrator - Field | F | 78 | weeks | 1,298 | 101,250 |
| 80175 | Labor | Contract Administrator - Office | F | 45 | weeks | 545 | 24,534 |

CLC

| Code | Type | Description | | Qty | Unit | Rate | Total |
|------|------|-------------|---|-----|------|------|-------|
| 80176 | Labor | Accounting - Clerical | F | 82 | weeks | 473 | 38,944 |
| 80177 | Labor | Accounting - Manager | F | 82 | weeks | 190 | 15,675 |
| | | **FINER POINTS COORDINATION** | | | | | |
| 80181 | Labor | Finer Points Coordinator | | 0 | weeks | 1,558 | - |
| 80660 | Material | Owner's Manuals | F | 328 | units | 50 | 16,400 |
| 80515 | Material | Office Supplies | | | units | 30 | - |
| 80678 | Material | Postage | | | units | 30 | - |
| | | **HEALTH INSURANCE** | | | | | |
| 80200 | Labor | Employee Health Insurance | F | 31027 | Hours | 1.85 | - |
| | | **GENERAL LABOR** | | | | | |
| 80251 | Labor | Carpenter | F | 50 | weeks | 900 | 45,000 |
| 80251 | Labor | General Laborer | F | 40 | weeks | 600 | 24,000 |
| 80250 | Labor | Permanent Elevator Operators ( 2 Each) | | | weeks | 1,344 | - |
| 80250 | Labor | Elevator Operators - Overtime | | 0 | weeks | - | - |
| 80808 | Labor | Hoist Operator - Straight Time (2 Each) | F | 11.4 | months | 5,820 | 66,343 |
| 80808 | Labor | Hoist Operator - Overtime (2 Each) | F | 5.7 | months | 2,182 | 12,439 |
| | | **TRAVEL & ENTERTAINMENT** | | | | | |
| 80325 | Material | Travel | | 32 | weeks | 200 | 6,400 |
| 80330 | Material | Top Out Party | | 1 | LS | - | - |
| 80335 | Material | Meals | | 0 | weeks | 50 | - |
| 80350 | Material | Living Expenses | | 0 | weeks | 750 | - |
| | | **TEMPORARY ROADS** | | | | | |
| 80355 | Sub | Temporary Road Installation | | 1 | LS | 5,000 | 5,000 |
| 80356 | Sub | Traffic Maintenance & Cleaning | | 1 | LS | 2,927 | 2,927 |
| 80357 | Sub | Traffic Control | | 0 | weeks | 600 | - |
| | | **TEMPORARY SANITARY FACILITIES** | | | | | |
| 80376 | Material | Trailer Holding Tanks | F | 19 | months | 400 | 7,600 |
| 80375 | Material | Portable Toilets (6 each) | F | 19 | months | 450 | 8,550 |
| | | **TEMPORARY POWER** | | | | | |
| 80400 | Material | FPL Temporary | | 4 | LS | 5,000 | 20,000 |
| 80400 | Material | Electrical Service - Tower Crane | | 0 | LS | 1,000 | - |
| 80400 | Material | Electrical Service - Hoist | F | 1 | LS | 1,000 | 1,000 |
| 80400 | Material | Trailer Consumption | F | 19 | months | 200 | 3,800 |
| 80400 | Material | Site Consumption | F | 19.0 | months | 600 | 11,400 |
| 80400 | Material | Hoist Consumption | F | 14.3 | months | 500 | 7,125 |
| 80401 | Material | Start-up Power (BY OWNER) | | | months | 82,000 | - |
| | | **TEMPORARY WATER** | | | | | |
| 80425 | Material | Potable Water Service | F | 19 | months | 150 | 2,850 |
| 80425 | Material | Pool Fill | F | 1 | LS | 1,500 | 1,500 |
| | | **TEMPORARY PHONE / RADIOS** | | | | | |
| 80450 | Material | Phone System | | 0 | LS | 1,250 | - |
| 80451 | Material | Phone, Local | F | 19 | months | 200 | 3,800 |

| Code | Type | Description | | Qty | Unit | Unit Cost | Total |
|---|---|---|---|---|---|---|---|
| 80451 | Material | Phone, Long Distance | F | 19 | months | 350 | 6,650 |
| 80452 | Material | Mobile Phone Usage total | F | 85 | months | 150 | 12,771 |
| 80510 | Material | Radios | | 5 | LS | 3,500 | 17,500 |
| 80452 | Material | Radio / Phone Maintenance | F | 19 | months | 50 | 950 |
| | | | | | | | |
| | | **TEMPORARY PROTECTION** | | | | | |
| 80480 | Material | Temp Protection of Completed Work | F | 328 | units | 100 | 32,800 |
| 80480 | Material | Temp Protect of Elevator Cabs | | 8 | EA | 1,000 | 8,000 |
| 80525 | Material | Temporary Storage | | 8 | months | 300 | 2,400 |
| | | | | | | | |
| | | **SECURITY** | | | | | |
| 80475 | Sub | Fence Rental | | 1250 | LF | 4 | 5,000 |
| 80225 | Sub | Security (BY OWNER) | | 0 | weeks | 1,000 | - |
| | | | | | | | |
| | | **SITE OFFICE & SUPPLIES** | | | | | |
| 80502 | Material | Trailer / Office Space Rental 2005 | F | 7 | months | 3,733 | 26,131 |
| 80501 | Material | Trailer / Office Space Rental 2006 | F | 7 | months | 3,892 | 27,244 |
| 80500 | Material | Furnishings | | | LS | 2,500 | - |
| 80500 | Material | Pest Control | F | 19 | months | 100 | 1,900 |
| 80500 | Material | TQM Materials | F | 1 | LS | 500 | 500 |
| 80505 | Material | Computer/Printer | | | LS | 2,500 | - |
| 80506 | Material | Office Machines (fax, refrig, etc) | | | LS | 1,000 | - |
| 80515 | Material | Office Supplies | F | 19 | months | 195 | 3,705 |
| 80580 | Material | Copy Machines / Rental / Maintenance | F | 19 | months | 500 | 9,500 |
| 80625 | Material | Project Signage | F | 1 | LS | 1,000 | 1,000 |
| 80678 | Material | Courier | F | 19 | months | 100 | 1,900 |
| 80678 | Material | Postage / Fed Ex | F | 19 | months | 100 | 1,900 |
| | | | | | | | |
| | | **DRINKING WATER** | | | | | |
| 80650 | Material | Water Coolers | | | LS | 250 | - |
| 80650 | Material | Bottled &  Cups | F | 19 | months | 100 | 1,900 |
| | | | | | | | |
| | | **PHOTO'S & DRAWINGS** | | | | | |
| 80630 | Material | Photos - Aerials | F | 19 | months | 150 | 2,850 |
| 80630 | Material | Photos - Progress | F | 19 | months | 50 | 950 |
| 80632 | Material | Video Taping | | 0 | months | 50 | - |
| 80575 | Material | Blueprints  (BY OWNER) | F | 1 | LS | 15,000 | - |
| 80576 | Material | As-Built Drawings | F | 1 | LS | 5,000 | 5,000 |
| 80576 | Material | Datum Line Drawings | | | LS | 2,500 | - |
| | | | | | | | |
| | | **SCHEDULING / EXPEDITION** | | | | | |
| 80590 | Material | Software - Suretrack/Expedition | | 0 | LS | 5,000 | - |
| 80730 | Sub | Scheduling - Outside Consulting Service | | 0 | months | 500 | - |
| | | | | | | | |
| 80675 | | **STORM PROTECTION - By Owner** | | | | | - |
| | | | | | | | |
| | | **SAFETY** | | | | | |
| 80676 | L & M | Safety Rails L & M | F | 6 | floors | 3,000 | 16,000 |
| 80676 | L & M | Interior Openings L & M | F | 6 | floors | 500 | 3,000 |
| 80676 | Sub | Temporary Fire Standpipe System | F | 6 | floors | 2,500 | 15,000 |
| 80676 | L & M | Sidewalk Protection | | 0 | LS | 10,000 | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 80677 | Material | First Aid Kits | F | 1 | LS | 1,000 | 1,000 |
| 80677 | Material | Safety Signs | F | 1 | LS | 1,000 | 1,000 |
| 80677 | Sub | Training | F | 1 | LS | 1,500 | 1,500 |
| 80677 | Sub | Inspections | | 0 | months | 250 | - |
| 80129 | Labor | Safety Director | F | 82 | weeks | 195 | 16,031 |
| | | **VEHICLES** | | | | | |
| 80700 | Material | Automobiles | F | 39 | months | 600 | 23,279 |
| 80700 | Material | Trucks | F | 52 | months | 600 | 31,039 |
| 80700 | Material | Fuel | F | 91 | months | 75 | 6,790 |
| 80700 | Material | Tolls | F | 91 | months | 25 | 2,263 |
| | | **ON & OFF SITE PARKING** | | | | | |
| 80770 | Material | Golf Carts | | 2 | LS | 3,000 | 6,000 |
| 80770 | Material | Off Site Staging (BY OWNER) | | 0 | LS | - | - |
| 80770 | Sub | Transporation To / From Site (BY OWNER) | | 0 | LS | - | - |
| 80770 | Sub | Transportation On Site | | 0 | LS | - | - |
| 80225 | Sub | Police Officer | | 0 | LS | - | - |
| | | **CRANES** | | | | | |
| 80805 | Material | Tower Crane | | 0 | months | 22,000 | - |
| 80805 | Material | Mobile Crane | | 2 | months | 5,000 | 10,000 |
| 80805 | Labor | Operator - Overtime | | 0 | hours | 50 | - |
| 80805 | Material | Extended Rental | | | months | 22,000 | - |
| | | **EQUIPMENT** | | | | | |
| 80806 | Labor | Heavy Equipment - Clean Up | | 0 | days | 500 | - |
| 80806 | Labor | Concrete Pumps | | 0 | days | 150 | - |
| | | **HOISTING** | | | | | |
| 80807 | Material | Hoist Rental | F | 11.4 | months | 12,500 | 142,500 |
| 80807 | Material | Mobilization/Setup/Climbs Concrete Base | F | 1 | LS | 3,500 | 3,500 |
| 80807 | Material | Concrete Base | F | 1 | LS | 3,500 | 3,500 |
| 80807 | Material | Gates & Landings | F | 6 | floors | 1,000 | 6,000 |
| 80807 | Material | Service Calls | F | 11.4 | months | 200 | 2,280 |
| 80807 | Material | Intercom | F | 1 | LS | 500 | 500 |
| | | **SMALL TOOLS** | | | | | |
| 80810 | Material | Small Tools / Rental | F | 1 | LS | 2,000 | 2,000 |
| 80500 | Material | Raingear / Hardhats | F | 1 | LS | 546 | 546 |
| | | **HOUSEKEEPING** | | | | | |
| 80830 | Material | Dumpster Pulls | F | 600 | Pulls | 350 | 210,000 |
| 80830 | Material | Trash Chute | F | 6 | Floors | 2,000 | 12,000 |
| 80830 | Material | Trash Chute Screen Enclosure | | 0 | LS | 5,000 | - |
| 80830 | Material | Bulk Trash Hauling | | 6 | months | 500 | 3,000 |
| 80825 | Labor | Clean-up Structural Phase | F | 7.6 | months | 2,598 | 19,745 |
| 80825 | Labor | Clean-up Finishing Phase | F | 5.7 | months | 4,000 | 22,800 |
| | | **FINAL CLEANING** | | | | | |
| 80835 | Sub | Common Areas | F | 1 | LS | 2,583 | 2,583 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80835 | Sub | Rough Clean Units | F | 328 | units | 100 | 32,800 |
| 80835 | Sub | Final Clean Units | F | 328 | units | 150 | 49,200 |
| 80835 | Sub | Touch-up Units | F | 328 | units | 50 | 16,400 |
| | | **PUNCH OUT / CLOSEOUT** | | | | | |
| 80635 | Labor | Punch Out - Common Areas | | 1 | LS | 3,600 | 3,600 |
| 80635 | Labor | Punch Out - Units - 2 man crew | F | 328 | units | 250 | 82,000 |
| 80635 | Material | Materials | F | 328 | units | 50 | 16,400 |
| | | Project Expediting | | 0 | LS | - | |
| | | **TOTAL GENERAL CONDITIONS** | | | | | 3,055,938 |

## WARRANTY, TESTING & QUALITY ASSURANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **WARRANTY** | | | | | |
| 80890 | Labor | Warranty Manager | F | 1 | LS | 15,000 | 15,000 |
| 80890 | Material | Miscellaneous Materials | F | 328 | units | 75 | 24,600 |
| 80890 | Labor | Customer Service - 1 service rep | F | 26 | weeks | 1,575 | 40,950 |
| 80890 | Labor | Misc Adjust to $400 / Unit | F | 1 | weeks | 825 | 825 |
| | | **TESTING & QUALITY ASSURANCE** | | | | | |
| 80776 | Sub | Mock Ups | | 1 | LS | - | - |
| 80600 | Sub | Soil Testing (BY OWNER) | | 0 | LS | 2,500 | - |
| 80725 | Sub | Concrete Testing (BY OWNER) | | 0 | LS | 5,000 | - |
| 80875 | Sub | Window Testing | | 1 | LS | 10,000 | - |
| 80875 | Sub | Water Test | | 1 | LS | 7,500 | - |
| 80875 | Sub | Professional Monitoring & Reviews | F | 19 | months | 2,500 | 47,500 |
| 80875 | Sub | Professional Survey / Eng. Report | F | 1 | LS | 2,325 | 2,325 |
| | | **TOTAL WARRANTY, TESTING & QUALITY** | | | | | 131,200 |

| TIME & PERCENTAGE ANALYSIS | Total General Conditions | 3,055,938 |
|---|---|---|
| HARD CONSTRUCTION COST | COST PER WEEK | 37,117 |
| PERCENTAGE OF GCs | COST PER MONTH | 160,839 |

# EXHIBIT B

## MISCELLANEOUS PROVISIONS

*Villa Lago*
*Boynton Beach, Florida*

1.  All revisions (changes) made to the Contract Drawings shall be revised and coordinated by the appropriate consultants. Revisions are to be processed in a timely manner as to not delay the progress of the Work. Only revisions which are numbered and "clouded", accompanied by a scope narrative outline, shall be considered as a revision to the Contract Drawings. Contractor shall not be responsible for revisions without noted "numbers and clouds".

2.  It shall be the responsibility for the Owner to permit all revisions and fund all additional permit fees with the Building Departments. In addition, it shall be the Owner's responsibility to maintain the revised permit documents into the "Final Legal Set" for future filing with the Building Department. It shall be incumbent upon the Owner to have permit revisions issued and executed by the Building Departments in a timely manner as to not delay the construction process. In the event of tenant revisions, Owner will be responsible for processing permit revisions and associated costs.

3.  Costs for the removal of hazardous materials are not included. Hazardous material removal from the site, if any, shall be contracted directly by the Owner, with the Owner indemnifying and holding Coastal harmless from my claims relating to removal of hazardous material. Except to the extent the removal is a result of hazardous material brought on site by Coastal or Coastal's subcontractors. Any costs associated with delays resultant from the discovery and removal of hazardous materials shall be borne by the Owner.

4.  Manufacturer's warranties will be provided as a pass-through from Coastal to Owner. All other warranties are included as a standard one (1) year unless otherwise indicated within the Clarifications document. Other warranty requirements are specified in the Agreement with respect to Florida Law. Warranty period shall extend from the date of initial Temporary Certificate of Occupancy.

5.  The Owner will pay for all "special inspectors" or testing which may be required, except for retesting if required due to fault of the Contractor.

6.  The cost of all permits, including street usage, meter rental, utility replacement / relocation and use of storm systems for dewatering is to be by the Owner.

7.  The construction schedule relies upon the receipt of 100% construction documents and specifications, fully coordinated.

8.    Partial and Final Waivers/Releases of liens will be provided to the Owner.  These
      releases reflect time specific periods only and not specific dollar amounts.

9.    With time being of essence, all submittals must be approved as noted with five (5) days
      of submission for critical submittals and ten (10) days for non-critical submittals.
      Coastal will provide an anticipated submittal schedule for all parties use within sixty
      (30) days of executed Agreement.  Any submittals rejected must be clearly marked as to
      the reason for rejection.  After the above-indicated periods, Coastal may release the
      submittal for material as approved even if no action has been taken by the Architect /
      Engineers.

10.   With time being of essence, all formal Requests for Information (RFIs) shall be
      responded to within three (3) days of issuance.

11.   Weekly meetings will be conducted and attended by all parties, including the Design
      Team.  Meetings will be held at the Coastal field office compound.

12.   Schedule is based on ability to work Saturdays.

13.   Various materials and finishes of materials exposed to the Florida environment will
      begin to deteriorate over time.  Materials such as rooftop equipment, piping, conduits,
      etc., as well as finishes for stainless steel, wood, aluminum, etc. are all subject to
      deterioration.  The Contractor is to provide the Owner, who in turn will provide to the
      Condominium Association a complete maintenance program for all products on the
      project.  Maintenance will be required by Coastal during the completion stages of
      construction.  Additionally, maintenance will be required by Owner immediately at
      turnover of the project to the developer (at base Building T.C.O.).  The cost of
      maintenance personnel until maintenance of the building has been turned over to the
      Condo Association is by Owner.

14.   Schedule is based upon availability of all permits (including but not limited to
      foundations, utility, shell, main building, interior, subsidiary permits, etc.) necessary to
      sustain continuous construction operations in all areas at all times.  The Owner will be
      responsible for obtaining all necessary Building Department/Municipal approvals in
      order to facilitate construction operations, including issuance of the main building
      permit.

15.   The Contract Documents will be modified to include all changes and/or cost savings
      items as indicated in the Qualifications & Assumptions, Exhibit A.

16.   All necessary Certificates of Contractor's Liability Insurance and/or Policies shall be
      obtained, paid for and furnished by Contractor to Owner, naming Owner as an insured,
      except for Builder's Risk "All Risk" Insurance coverage, which will be obtained,
      furnished and paid for by the Owner naming Contractor as an additional insured.  Owner
      is responsible for the deductible and/or any shortfall on this insurance policy.  The
      Builder's Risk Insurance is to provide coverage to protect all of the Contractor's
      interests during the course of construction for the amount of the contract, per 11.4 of

AIA Document A201-1997.  Coverage must also include, but not be limited to, fire, theft, vandalism, malicious mischief, collapse, earthquake, lightning, acts of war, terrorism, water damage, windstorm, flood (maximum obtainable amount up to the contract amount), formwork, shoring and reshoring, and all other broad perils.  Proof of insurance must be issued to the Contractor prior to commencement of work.

17.   Any and all changes required by the final building permit will be priced and become an adjustment to the Contract Amount via change order.

18.   All permit fees and associated costs, permit processing fees, utility hook-up fees, including meters, valves, deposits, connection and/or impact fees are to be the responsibility of and paid for by Owner.

19.   Substantial Completion is defined as the date a Temporary Certificate of Occupancy (TCO) is received from appropriate authorities, unless work, systems, or other items furnished and/or installed by the Owner/Buyer or Owner's/Buyer's separate contractors delay the obtaining of a TCO.  In that instance Substantial Completion will be the date that this Contractor has completed all of the Work necessary to obtain a TCO, except for Work interfered with or restrained by the Owner/Buyer or Owner's/Buyer's separate contractors.

20.   The Architect (or *Owner*) will provide the Contractor with a written final punchlist within ten (10) *Twenty (20)* days of Substantial Completion. *per building* . CK

21.   All Architectural, Engineering, Surveying (including all required calculations for geometric closure of structure), Blueprinting, Inspections, Special Inspectors, Testing, and all other Testing Fees are to be paid by Owner.

22.   Jobsite Security Services, if required, shall be paid in full by Owner.

23.   If water and sewer connections are not available, a temporary and/or permanent Certificate of Occupancy may not be obtainable.  Contractor will not be held responsible for water and sewer connections and substantial completion will not be based on connections if they are not available as required by the Contractor's construction schedule.

24.   The costs of the following items are to be paid by the *Owner* subject to the Owner/Contractor Agreement.  These costs are not included in our proposal:

    a.   Unforeseen subsurface conditions and differing site conditions.
    b.   Removal of any obstructions.
    c.   Right of way costs.
    d.   Utility company charges for connections to services, temporary and permanent.
    e.   Utility impact fees and hook-up fees.

6/27/2005
Page 3 of 4

CK

25. Florida Law contains important requirements you must follow before you may file a lawsuit for defective construction against a Contractor, subcontractor, supplier, or design professional for an alleged construction defect in your home.  Sixty days before you file your law suit, you must deliver to the Contractor, subcontractor, supplier, or design professional a written notice of any construction conditions you allege are defective and provide your Contractor and any subcontractors, suppliers, or design professionals the opportunity to inspect the alleged construction defects and make an offer to repair or pay for the alleged construction defects.  You are not obligated to accept any offer made by the Contractor or any subcontractors, suppliers, or design professionals.  There are strict deadlines and procedures under Florida Law.

# EXHIBIT C

## SUMMARY OF ALLOWANCES

*Villa Lago*
*Boynton Beach, Florida*

The following Lump Sum Allowances are included in this Proposal.  Unless otherwise noted these Allowances include all Labor, Materials, Fabrication, Equipment, Delivery, Installation, Taxes, Freight, Accessories, and Subcontractor Fees & Bonds where applicable.  Allowances for the E & W Buildings, Parking Garage, and Club House are grouped together in the list below:

The below listed Allowance for Appliances shall include labor, material, taxes, delivery, unloading, uncrating, distribution, installation, and off site disposal of all crating materials.  Installation of washers, dryers, microwave ovens, and refrigerators is included in this Allowance.  Installation of dishwashers, garbage disposals, cooktops and wall ovens shall be performed by the Plumbing and Electrical Contractors separate from this Allowance.

The below listed Allowance for Plumbing Fixtures shall include materials, taxes, delivery, and sub bonds. Unloading, handling, storage, uncrating, distribution, installation, protection, and disposal of crating shall be provided by the Plumbing Contractor separate from this Allowance.

| | SCOPES OF WORK | | VALUES |
|---|---|---|---|
| 1. | Dewatering: | $ | 8,500 |
| 2. | Monument Sign Dimensional Letters:  (2 Signs x 1 Side Each) | $ | 12,500 |
| 3. | Extra Grouting for 2 Hour Fire Rated Block Walls: | $ | 5,000 |
| 4. | Architectural Precast Concrete Columns, Trims, & Accessories: | $ | 17,392 |
| 5. | Elevator H Beams, Sill Angles, Pit Ladders, & Sump Pit Covers: | $ | 15,000 |
| 6. | Expansion Joint Covers: | $ | 12,500 |
| 7. | Metal Flashings at Parapets & Garage & Miscellaneous Flashings: | $ | 22,500 |
| 8. | Garage Anchor Bolt & Coil Rod Material & Installation: | $ | 7,925 |
| 9. | Timber Framing at Club House Gallery Roof: | $ | 5,000 |
| 10. | West Building Pool Restroom Counters: | $ | 1,000 |
| 11. | Club House & Pool Restroom Cabinets & Counters: | $ | 13,500 |
| 12. | Wood Base, Crown Molding, Interior Columns, Doors, Frames, Hardware, Access Panels, Vanity Mirrors, Wire Shelving, Toilet Partitions, Shower Enclosures, Toilet & Bath Accessories, Medicine Cabinets, Mail Boxes, & Installation – National Millwork: Note:  This price includes the cost of the bond, since the subcontractor is unable to provide a bond at this time.  Upon issuance of a bond, the costs thereof shall be removed. | | $ 1,100,743 |
| 13. | Ceramic Tile – Elevators: | $ | 2,500 |
| 14. | Ceramic Tile Sound Proofing: | $ | 130,500 |
| 15. | Acoustical Ceilings – Club House:                    $2.50 / SF = | $ | 15,000 |
| 16. | Acoustical Ceilings – West Building Pool Restrooms:  $2.50 / SF = | $ | 1,000 |
| 17. | Signage – Building & Parking Garage: | $ | 34,000 |
| 18. | Signage – Club House: | $ | 1,500 |
| 19. | Basketball Backstop – Club House: | $ | 1,500 |

EXHIBIT C
SUMMARY OF ALLOWANCES

| | | | |
|---|---|---|---|
| 20. | Parking Garage Gates & Tele Entry System, Security & CCTV Systems, Security Access Control – Clubhouse | $ | 162,500 |
| 21. | Fire Rescue Air Systems & Related Construction:  $340,000 + Bond = | $ | 348,500 |
| 22. | Elevator Systems: | $ | 403,000 |
| 23. | Gas Piping For Pool Heaters – Condos: | $ | 10,000 |
| 24. | Gas Piping For Pool Heaters -- Club House: | $ | 2,500 |
| 25. | Residential Appliances | $ | 1,020,970 |
| 26. | Scope contingency | $ | 500,000 |
| 27. | General & Liability Insurance | $ | 1,000,000 |

**TOTAL ALLOWANCES**..................................................................**$4,855,030.00**

Notes:
1.  The Allowance values for the above scopes of Work are the amounts included in the Contract to cover all the cost of the Work as provided for in Article 7 of the Contract, except for the General Contractor's cost of General Conditions, general liability insurance, performance and payment bonds, and overhead/fee.  Any savings on Allowance shall be retained by the Owner, and all cost in excess of the Allowance value shall be paid by the Owner.

2.  The General Liability allowance is based upon a rate of approximately 2.3% of the gross amount of the Contract.  Should Coastal sustain an increase on the policy renewal date of May 15, 2005, The Owner shall be responsible for the incremental cost adjustment on the unpaid balance of the Contract.

*EXHIBIT D*

# AIA® Document A201™ – 1997

## General Conditions of the Contract for Construction

for the following PROJECT:
*(Name and location or address):*
BLANK DRAFT

THE OWNER:
*(Name and address):*

THE ARCHITECT:
*(Name and address):*

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document has been approved and endorsed by The Associated General Contractors of America

**TABLE OF ARTICLES**

1     GENERAL PROVISIONS

2     OWNER

3     CONTRACTOR

4     ADMINISTRATION OF THE CONTRACT

5     SUBCONTRACTORS

6     CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

7     CHANGES IN THE WORK

8     TIME

9     PAYMENTS AND COMPLETION

10     PROTECTION OF PERSONS AND PROPERTY

11     INSURANCE AND BONDS

12     UNCOVERING AND CORRECTION OF WORK

13     MISCELLANEOUS PROVISIONS

14     TERMINATION OR SUSPENSION OF THE CONTRACT

**ELECTRONIC COPYING** of any portion of this AIA® Document to another electronic file is prohibited and constitutes a violation of copyright laws as set forth in the footer of this document.

AIA Document A201™ – 1997. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1967, 1970, 1976, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This draft was produced by AIA software at 09:41:41 on 06/15/2004 under Order No.1000120770_1 which expires on 1/27/2005, and is not for resale.

1

INDEX
(Numbers and Topics in Bold are Section Headings)

**Acceptance of Nonconforming Work**
9.6.6, 9.9.3, **12.3**
Acceptance of Work
9.6.6, 9.8.2, 9.9.3, 9.10.1, 9.10.3, 12.3
**Access to Work**
**3.16, 6.2.1, 12.1**
Accident Prevention
4.2.3, 10
Acts and Omissions
3.2, 3.3.2, 3.12.8, 3.18, 4.2.3, 4.3.8, 4.4.1, 8.3.1,
9.5.1, 10.2.5, 13.4.2, 13.7, 14.1
Addenda
1.1.1, 3.11
Additional Costs, Claims for
4.3.4, 4.3.5, 4.3.6, 6.1.1, 10.3
Additional Inspections and Testing
9.8.3, 12.2.1, 13.5
Additional Time, Claims for
4.3.4, 4.3.7, 8.3.2
**ADMINISTRATION OF THE CONTRACT**
**3.1.3, 4, 9.4, 9.5**
Advertisement or Invitation to Bid
1.1.1
Aesthetic Effect
4.2.13, 4.5.1
**Allowances**
**3.8**
All-risk Insurance
11.4.1.1
**Applications for Payment**
4.2.5, 7.3.8, 9.2, **9.3**, 9.4, 9.5.1, 9.6.3, 9.7.1, 9.8.5,
9.10, 11.1.3, 14.2.4, 14.4.3
Approvals
2.4, 3.1.3, 3.5, 3.10.2, 3.12, 4.2.7, 9.3.2, 13.4.2, 13.5
**Arbitration**
4.3.3, 4.4, 4.5.1, 4.5.2, 4.6, 8.3.1, 9.7.1, 11.4.9,
11.4.10
**Architect**
**4.1**
Architect, Definition of
4.1.1
Architect, Extent of Authority
2.4, 3.12.7, 4.2, 4.3.6, 4.4, 5.2, 6.3, 7.1.2, 7.3.6, 7.4,
9.2, 9.3.1, 9.4, 9.5, 9.8.3, 9.10.1, 9.10.3, 12.1, 12.2.1,
13.5.1, 13.5.2, 14.2.2, 14.2.4
Architect, Limitations of Authority and
Responsibility
2.1.1, 3.3.3, 3.12.4, 3.12.8, 3.12.10, 4.1.2, 4.2.1,
4.2.2, 4.2.3, 4.2.6, 4.2.7, 4.2.10, 4.2.12, 4.2.13, 4.4,
5.2.1, 7.4, 9.4.2, 9.6.4, 9.6.6
Architect's Additional Services and Expenses
2.4, 11.4.1.1, 12.2.1, 13.5.2, 13.5.3, 14.2.4
**Architect's Administration of the Contract**

3.1.3, 4.2, 4.3.4, 4.4, 9.4, 9.5
Architect's Approvals
2.4, 3.1.3, 3.5.1, 3.10.2, 4.2.7
Architect's Authority to Reject Work
3.5.1, 4.2.6, 12.1.2, 12.2.1
Architect's Copyright
1.6
Architect's Decisions
4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.3.4, 4.4.1, 4.4.5,
4.4.6, 4.5, 6.3, 7.3.6, 7.3.8, 8.1.3, 8.3.1, 9.2, 9.4,
9.5.1, 9.8.4, 9.9.1, 13.5.2, 14.2.2, 14.2.4
Architect's Inspections
4.2.2, 4.2.9, 4.3.4, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 13.5
Architect's Instructions
3.2.3, 3.3.1, 4.2.6, 4.2.7, 4.2.8, 7.4.1, 12.1, 13.5.2
Architect's Interpretations
4.2.11, 4.2.12, 4.3.6
Architect's Project Representative
4.2.10
Architect's Relationship with Contractor
1.1.2, 1.6, 3.1.3, 3.2.1, 3.2.2, 3.2.3, 3.3.1, 3.4.2, 3.5.1,
3.7.3, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.2, 4.1.3, 4.2,
4.3.4, 4.4.1, 4.4.7, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4,
9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3, 11.4.7, 12,
13.4.2, 13.5
Architect's Relationship with Subcontractors
1.1.2, 4.2.3, 4.2.4, 4.2.6, 9.6.3, 9.6.4, 11.4.7
Architect's Representations
9.4.2, 9.5.1, 9.10.1
Architect's Site Visits
4.2.2, 4.2.5, 4.2.9, 4.3.4, 9.4.2, 9.5.1, 9.9.2, 9.10.1,
13.5
Asbestos
10.3.1
Attorneys' Fees
3.18.1, 9.10.2, 10.3.3
Award of Separate Contracts
6.1.1, 6.1.2
**Award of Subcontracts and Other Contracts for**
**Portions of the Work**
**5.2**
**Basic Definitions**
**1.1**
Bidding Requirements
1.1.1, 1.1.7, 5.2.1, 11.5.1
**Boiler and Machinery Insurance**
**11.4.2**
Bonds, Lien
9.10.2
Bonds, Performance, and Payment
7.3.6.4, 9.6.7, 9.10.3, 11.4.9, 11.5
Building Permit
3.7.1
**Capitalization**
**1.3**
Certificate of Substantial Completion

AIA Document A201™ – 1997. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1967, 1970, 1976, 1987 and 1997 by
The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and
International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe
civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This draft was produced by AIA
software at 09:41:41 on 06/15/2004 under Order No.1000120770_1 which expires on 5/27/2005, and is not for resale.

9.8.3, 9.8.4, 9.8.5
**Certificates for Payment**
4.2.5, 4.2.9, 9.3.3, 9.4, 9.5, 9.6.1, 9.6.6, 9.7.1, 9.10.1,
9.10.3, 13.7, 14.1.1.3, 14.2.4
Certificates of Inspection, Testing or Approval
13.5.4
Certificates of Insurance
9.10.2, 11.1.3
**Change Orders**
1.1.1, 2.4.1, 3.4.2, 3.8.2.3, 3.11.1, 3.12.8, 4.2.8, 4.3.4,
4.3.9, 5.2.3, 7.1, 7.2, 7.3, 8.3.1, 9.3.1.1, 9.10.3,
11.4.1.2, 11.4.4, 11.4.9, 12.1.2
Change Orders, Definition of
7.2.1
**CHANGES IN THE WORK**
3.11, 4.2.8, 7, 8.3.1, 9.3.1.1, 11.4.9
Claim, Definition of
**4.3.1**
**Claims and Disputes**
3.2.3, 4.3, 4.4, 4.5, 4.6, 6.1.1, 6.3, 7.3.8, 9.3.3, 9.10.4,
10.3.3
**Claims and Timely Assertion of Claims**
4.6.5
**Claims for Additional Cost**
3.2.3, 4.3.4, **4.3.5**, 4.3.6, 6.1.1, 7.3.8, 10.3.2
**Claims for Additional Time**
3.2.3, 4.3.4, **4.3.7**, 6.1.1, 8.3.2, 10.3.2
**Claims for Concealed or Unknown Conditions**
4.3.4
Claims for Damages
3.2.3, 3.18, 4.3.10, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3,
11.1.1, 11.4.5, 11.4.7, 14.1.3, 14.2.4
Claims Subject to Arbitration
4.4.1, 4.5.1, 4.6.1
**Cleaning Up**
**3.15, 6.3**
**Commencement of Statutory Limitation Period**
13.7
Commencement of the Work, Conditions Relating to
2.2.1, 3.2.1, 3.4.1, 3.7.1, 3.10.1, 3.12.6, 4.3.5, 5.2.1,
5.2.3, 6.2.2, 8.1.2, 8.2.2, 8.3.1, 11.1, 11.4.1, 11.4.6,
11.5.1
Commencement of the Work, Definition of
8.1.2
**Communications Facilitating Contract**
**Administration**
3.9.1, **4.2.4**
Completion, Conditions Relating to
1.6.1, 3.4.1, 3.11, 3.15, 4.2.2, 4.2.9, 8.2, 9.4.2, 9.8,
9.9.1, 9.10, 12.2, 13.7, 14.1.2
**COMPLETION, PAYMENTS AND**
**9**
Completion, Substantial
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1, 9.10.3,
9.10.4.2, 12.2, 13.7
Compliance with Laws

1.6.1, 3.2.2, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 4.4.8, 4.6.4,
4.6.6, 9.6.4, 10.2.2, 11.1, 11.4, 13.1, 13.4, 13.5.1,
13.5.2, 13.6, 14.1.1, 14.2.1.3
Concealed or Unknown Conditions
4.3.4, 8.3.1, 10.3
Conditions of the Contract
1.1.1, 1.1.7, 6.1.1, 6.1.4
Consent, Written
1.6, 3.4.2, 3.12.8, 3.14.2, 4.1.2, 4.3.4, 4.6.4, 9.3.2,
9.8.5, 9.9.1, 9.10.2, 9.10.3, 11.4.1, 13.2, 13.4.2
**CONSTRUCTION BY OWNER OR BY**
**SEPARATE CONTRACTORS**
1.1.4, 6
Construction Change Directive, Definition of
7.3.1
**Construction Change Directives**
1.1.1, 3.12.8, 4.2.8, 4.3.9, 7.1, 7.3, 9.3.1.1
Construction Schedules, Contractor's
1.4.1.2, 3.10, 3.12.1, 3.12.2, 4.3.7.2, 6.1.3
**Contingent Assignment of Subcontracts**
5.4, 14.2.2.2
**Continuing Contract Performance**
4.3.3
Contract, Definition of
1.1.2
**CONTRACT, TERMINATION OR**
**SUSPENSION OF THE**
5.4.1.1, 11.4.9, 14
Contract Administration
3.1.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating
to
3.7.1, 3.10, 5.2, 6.1, 11.1.3, 11.4.6, 11.5.1
**Contract Documents, The**
**1.1, 1.2**
Contract Documents, Copies Furnished and Use of
1.6, 2.2.5, 5.3
Contract Documents, Definition of
1.1.1
**Contract Sum**
3.8, 4.3.4, 4.3.5, 4.4.5, 5.2.3, 7.2, 7.3, 7.4, 9.1, 9.4.2,
9.5.1.4, 9.6.7, 9.7, 10.3.2, 11.4.1, 14.2.4, 14.3.2
Contract Sum, Definition of
9.1
Contract Time
4.3.4, 4.3.7, 4.4.5, 5.2.3, 7.2.1.3, 7.3, 7.4, 8.1.1, 8.2,
8.3.1, 9.5.1, 9.7, 10.3.2, 12.1.1, 14.3.2
Contract Time, Definition of
8.1.1
**CONTRACTOR**
3
Contractor, Definition of
3.1, 6.1.2
**Contractor's Construction Schedules**
1.4.1.2, 3.10, 3.12.1, 3.12.2, 4.3.7.2, 6.1.3
Contractor's Employees

AIA Document A201™ – 1997. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1967, 1970, 1976, 1987 and 1997 by
The American Institute of Architects.  All rights reserved.  WARNING: This AIA® Document is protected by U.S. Copyright Law and
International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe
civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This draft was produced by AIA
software at 05:41:41 on 06/15/2004 under Order No.1000120770_1 which expires on 5/27/2005, and is not for resale.

3

3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2, 10.3,
11.1.1, 11.4.7, 14.1, 14.2.1.1,
**Contractor's Liability Insurance**
**11.1**
Contractor's Relationship with Separate Contractors
and Owner's Forces
3.12.5, 3.14.2, 4.2.4, 6, 11.4.7, 12.1.2, 12.2.4
Contractor's Relationship with Subcontractors
1.2.2, 3.3.2, 3.18.1, 3.18.2, 5, 9.6.2, 9.6.7, 9.10.2,
11.4.1.2, 11.4.7, 11.4.8
Contractor's Relationship with the Architect
1.1.2, 1.6, 3.1.3, 3.2.1, 3.2.2, 3.2.3, 3.3.1, 3.4.2, 3.5.1,
3.7.3, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.2, 4.1.3, 4.2,
4.3.4, 4.4.1, 4.4.7, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4,
9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3, 11.4.7, 12,
13.4.2, 13.5
Contractor's Representations
1.5.2, 3.5.1, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.8.2
Contractor's Responsibility for Those Performing the
Work
3.3.2, 3.18, 4.2.3, 4.3.8, 5.3.1, 6.1.3, 6.2, 6.3, 9.5.1,
10
Contractor's Review of Contract Documents
1.5.2, 3.2, 3.7.3
Contractor's Right to Stop the Work
9.7
Contractor's Right to Terminate the Contract
4.3.10, 14.1
Contractor's Submittals
3.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3, 7.3.6, 9.2, 9.3,
9.8.2, 9.8.3, 9.9.1, 9.10.2, 9.10.3, 11.1.3, 11.5.2
Contractor's Superintendent
3.9, 10.2.6
Contractor's Supervision and Construction
Procedures
1.2.2, 3.3, 3.4, 3.12.10, 4.2.2, 4.2.7, 4.3.3, 6.1.3,
6.2.4, 7.1.3, 7.3.4, 7.3.6, 8.2, 10, 12, 14
Contractual Liability Insurance
11.1.1.8, 11.2, 11.3
Coordination and Correlation
1.2, 1.5.2, 3.3.1, 3.10, 3.12.6, 6.1.3, 6.2.1
Copies Furnished of Drawings and Specifications
1.6, 2.2.5, 3.11
Copyrights
1.6, 3.17
Correction of Work
2.3, 2.4, 3.7.4, 4.2.1, 9.4.2, 9.8.2, 9.8.3, 9.9.1, 12.1.2,
12.2, 13.7.1.3
**Correlation and Intent of the Contract Documents**
**1.2**
Cost, Definition of
7.3.6
Costs
2.4, 3.2.3, 3.7.4, 3.8.2, 3.15.2, 4.3, 5.4.2, 6.1.1, 6.2.3,
7.3.3.3, 7.3.6, 7.3.7, 7.3.8, 9.10.2, 10.3.2, 10.5, 11.3,
11.4, 12.1, 12.2.1, 12.2.4, 13.5, 14
**Cutting and Patching**

6.2.5, 3.14
Damage to Construction of Owner or Separate
Contractors
3.14.2, 6.2.4, 9.2.1.5, 10.2.1.2, 10.2.5, 10.6, 11.1,
11.4, 12.2.4
Damage to the Work
3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.6, 11.4, 12.2.4
Damages, Claims for
3.2.3, 3.18, 4.3.10, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3,
11.1.1, 11.4.5, 11.4.7, 14.1.3, 14.2.4
Damages for Delay
6.1.1, 8.3.3, 9.5.1.6, 9.7, 10.3.2
Date of Commencement of the Work, Definition of
8.1.2
Date of Substantial Completion, Definition of
8.1.3
Day, Definition of
8.1.4
Decisions of the Architect
4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.3.4, 4.4.1, 4.4.5,
4.4.6, 4.5, 6.3, 7.3.6, 7.3.8, 8.1.3, 8.3.1, 9.2, 9.4,
9.5.1, 9.8.4, 9.9.1, 13.5.2, 14.2.2, 14.2.4
**Decisions to Withhold Certification**
9.4.1, 9.5, 9.7, 14.1.1.3
Defective or Nonconforming Work, Acceptance,
Rejection and Correction of
2.3, 2.4, 3.5.1, 4.2.6, 6.2.5, 9.5.1, 9.5.2, 9.6.6, 9.8.2,
9.9.3, 9.10.4, 12.2.1, 13.7.1.3
Defective Work, Definition of
3.5.1
Definitions
1.1, 2.1.1, 3.1, 3.5.1, 3.12.1, 3.12.2, 3.12.3, 4.1.1,
4.3.1, 5.1, 6.1.2, 7.2.1, 7.3.1, 7.3.6, 8.1, 9.1, 9.8.1
**Delays and Extensions of Time**
3.2.3, 4.3.1, 4.3.4, 4.3.7, 4.4.5, 5.2.3, 7.2.1, 7.3.1,
7.4.1, 8.3, 9.5.1, 9.7.1, 10.3.2, 10.6.1, 14.3.2
Disputes
4.1.4, 4.3, 4.4, 4.5, 4.6, 6.3, 7.3.8
**Documents and Samples at the Site**
**3.11**
Drawings, Definition of
1.1.5
Drawings and Specifications, Use and Ownership of
1.1.1, 1.3, 2.2.5, 3.11, 5.3
Effective Date of Insurance
8.2.2, 11.1.2
**Emergencies**
4.3.5, 10.6, 14.1.1.2
Employees, Contractor's
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2, 10.3,
11.1.1, 11.4.7, 14.1, 14.2.1.1
Equipment, Labor, Materials and
1.1.3, 1.1.6, 3.4, 3.5.1, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.6, 9.3.2, 9.3.3, 9.5.1.3,
9.10.2, 10.2.1, 10.2.4, 14.2.1.2
Execution and Progress of the Work

AIA Document A201™ – 1997. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1967, 1970, 1976, 1987 and 1997 by
The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and
International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe
civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This draft was produced by AIA
software at 09:41:41 on 06/15/2004 under Order No.1000120770_1 which expires on 5/27/2005, and is not for resale.

4