**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LITIGATION**

**THIS DOCUMENT RELATES TO:**

**Hobbie v. RCR Holdings II, LLC, et al.**
**No. 10-1113**

**MDL No.: 2047**
**SECTION:  L**
**JUDGE FALLON**
**MAG. JUDGE WILKINSON**

<u>**NOTICE OF FILING EXHIBIT "D-4" TO**</u>
<u>**MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST**</u>
<u>**ARCH INSURANCE CO., AND INCORPORATED MEMORANDUM OF LAW**</u>

The Defendant, RCR HOLDINGS II, LLC ("RCR"), hereby files Exhibit "D-4" to its

Motion for Leave to File Third Party Complaint Against Arch Insurance Co., and Incorporated

Memorandum of Law [DE8720].

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the above and foregoing **Notice of Filing** has been served on

Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by

email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in

accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the

United States District Court for the Eastern District of Louisiana by using the CM/ECF System

in accordance with the procedures established in MDL 2047, on this 5th day of May, 2011.

<u>s/GREGORY S. WEISS</u>
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:  (561) 515-1401
Email:  gweiss@leopoldkuvin.com