# EXHIBIT "D-8"

Jun. 24. 2005  4:14PM                                        No. 4850   P. 2

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 11730 | Final trim on Plumbing 2nd floor | 10d | 10d | 07AUG06 | 18AUG06 | | |
| 11780 | Finish first floor electrical trim 2nd floor | 10d | 10d | 03AUG06 | 16AUG06 | | |
| 11800 | Final 2nd floor plumbing/ sprinkler trim | 5d | 5d | 02AUG06 | 08AUG06 | | |
| 11820 | Appliance Installation 2nd floor | 3d | 3d | 04AUG06 | 10AUG06 | | |
| 11840 | Install all Door Hardware | 10d | 10d | 07AUG06 | 18AUG06 | | |
| 11860 | Final touch up/clean up 2nd floor | 10d | 10d | 08AUG06 | 22AUG06 | | |
| 11880 | Install all Carpet/ Touch up paint | 10d | 10d | 09AUG06 | 22AUG06 | | |
| 11900 | Final Inspections 2nd floor | 5d | 5d | 25AUG06 | 31AUG06 | | |
| 11920 | Install windows locks, 3rd floor | 9d | 9d | 26MAY06 | 07JUN06 | | |
| 11940 | Caulk 3rd floor touch both sides | 9d | 9d | 26MAY06 | 08JUN06 | | |
| 11960 | Install windows on 3rd floor | 8d | 8d | 30MAY06 | 08JUN06 | | |
| 11980 | Install interior wall framing on 3rd floor | 10d | 10d | 31MAY06 | 13JUN06 | | |
| 12000 | Rough wall and ceiling electric 3rd floor | 15d | 15d | 02JUN06 | 22JUN06 | | |
| 12020 | Rough in HVAC, 3rd floor | 15d | 15d | 01JUN06 | 21JUN06 | | |
| 12040 | Rough wall plumbing 3rd floor | 15d | 15d | 01JUN06 | 21JUN06 | | |
| 12060 | Wall close in inspections, 3rd floor | 5d | 5d | 23JUN06 | 29JUN06 | | |
| 12080 | Hang all drywall, 3rd floor | 10d | 10d | 30JUN06 | 14JUL06 | | |
| 12100 | Tape block, finish, sand 3rd floor | 10d | 10d | 03JUL06 | 17JUL06 | | |
| 12120 | Install all door frames/trim 3rd floor | 10d | 10d | 17JUL06 | 28JUL06 | | |
| 12140 | Prime paint 3rd floor | 5d | 5d | 18JUL06 | 31JUL06 | | |
| 12160 | Point up 3rd floor | 10d | 10d | 13JUL06 | 01AUG06 | | |
| 12180 | Final Paint 3rd floor | 10d | 10d | 21JUL06 | 03AUG06 | | |
| 12200 | Install Ceramic & flooring the floors area 3rd floor | 10d | 10d | 25JUL06 | 07AUG06 | | |
| 12220 | Install Cabinet counter tops/vanities 3rd floor | 15d | 15d | 22JUN06 | 18AUG06 | | |
| 12240 | Install Kitchen counter-tops/vanities, 3rd | 15d | 15d | 31JUL06 | 18AUG06 | | |
| 12260 | Final trim on Plumbing 3rd floor | 10d | 10d | 01AUG06 | 14AUG06 | | |
| 12280 | Final first floor electrical trim 3rd floor | 10d | 10d | 02AUG06 | 15AUG06 | | |
| 12300 | Final 3rd floor plumbing/ sprinkler trim | 5d | 5d | 03AUG06 | 16AUG06 | | |
| 12320 | Appliance Installation 3rd floor | 3d | 3d | 07AUG06 | 11AUG06 | | |
| 12340 | Install all Door Hardware 3rd floor | 10d | 10d | 09AUG06 | 21AUG06 | | |
| 12360 | Final touch up/clean up 3rd floor | 10d | 10d | 09AUG06 | 22AUG06 | | |
| 12380 | Install all Carpet/ Touch up paint 3rd floor | 10d | 10d | 09AUG06 | 22AUG06 | | |
| 12400 | Final Inspections 3rd floor | 5d | 5d | 12AUG06 | 23AUG06 | | |
| 12420 | Install windows locks, 4th floor | 5d | 5d | 31MAY06 | 06JUN06 | | |
| 12440 | Caulk 4th floor lock both sides | 5d | 5d | 01JUN06 | 07JUN06 | | |
| 12460 | Install windows on 4th floor | 9d | 9d | 02JUN06 | 14JUN06 | | |
| 12480 | Install interior wall framing on 4th floor | 10d | 10d | 05JUN06 | 16JUN06 | | |
| 12500 | Rough wall and ceiling electric 4th floor | 15d | 15d | 06JUN06 | 28JUN06 | | |
| 12520 | Rough in HVAC, 4th floor | 15d | 15d | 07JUN06 | 27JUN06 | | |
| 12540 | Rough wall plumbing 4th floor | 15d | 15d | 07JUN06 | 27JUN06 | | |
| 12560 | Wall close in inspections, 4th floor | 5d | 5d | 28JUN06 | 05JUL06 | | |
| 12580 | Hang all drywall, 4th floor | 10d | 10d | 06JUL06 | 19JUL06 | | |
| 12600 | Tape block, finish, sand 4th floor | 10d | 10d | 10JUL06 | 21JUL06 | | |
| 12620 | Install all door frames/trim 4th floor | 10d | 10d | 25JUL06 | 07AUG06 | | |

| | | |
|---|---|---|
| Start date | 18JUL05 | |
| Finish date | 07MAY07 | |
| Data date | 18JUL05 | |
| Run date | 24JUN05 | |
| Page number | 3A | |

© Primavera Systems, Inc.

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Legend:
Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 12640 | Install elevator cabs | 30d | 30d | 10JUL06 | 15AUG06 | | |
| 12650 | Final Elevator Inspections | 5d | 5d | 21AUG06 | 25AUG06 | | |
| 12660 | Prime paint 4th floor | 10d | 10d | 27JUL06 | 09AUG06 | | |
| 12700 | Point up 4th floor | 10d | 10d | 31JUL06 | 11AUG06 | | |
| 12720 | Final Paint 4th floor | 40d | 10d | 02AUG06 | 15AUG06 | | |
| 12740 | Install Ceramic flooring/ bathrooms/4th floor | 15d | 15d | 07AUG06 | 28AUG06 | | |
| 12760 | Install kitchen cabinets/vanities/4th floor | 15d | 15d | 07AUG06 | 28AUG06 | | |
| 12780 | Install kitchen counter tops/vanities, 4th floor | 15d | 15d | 10AUG06 | 30AUG06 | | |
| 12800 | Final trim on Plumbing 4th floor | 10d | 10d | 17AUG06 | 30AUG06 | | |
| 12820 | Final first floor electrical trim/4th floor | 10d | 10d | 21AUG06 | 01SEP06 | | |
| 12860 | Final 4th floor plumbing/ sprinkler trim | 5d | 5d | 25AUG06 | 01SEP06 | | |
| 12880 | Appliance Installation/4th floor | 5d | 5d | 25AUG06 | 31AUG06 | | |
| 12880 | Install all Door Hardware/4th floor | 10d | 10d | 28AUG06 | 08SEP06 | | |
| 12900 | Final touch up/ntken up/4th floor | 5d | 5d | 30AUG06 | 05SEP06 | | |
| 12920 | Install all Carpet/ Touch up paint 4th floor | 10d | 10d | 01SEP06 | 14SEP06 | | |
| 12940 | Final Inspections 4th floor | 5d | 5d | 18SEP06 | 22SEP06 | | |
| 12960 | Install window bucks, 5th floor | 15d | 15d | 07JUN06 | 13JUN06 | | |
| 12980 | Caulk 5th floor buck both sides | 5d | 5d | 08JUN06 | 14JUN06 | | |
| 13000 | Install windows on 5th floor | 5d | 5d | 08JUN06 | 21JUN06 | | |
| 13020 | Install interior wall framing on 5th floor | 10d | 10d | 02JUN06 | 23JUN06 | | |
| 13040 | Rough wall and ceiling electric,5th floor | 15d | 15d | 13JUN06 | 03JUL06 | | |
| 13060 | Rough in HVAC, 5th floor | 15d | 15d | 14JUN06 | 05JUL06 | | |
| 13080 | Rough/wall plumbing 5th floor | 10d | 10d | 14JUN06 | 05JUL06 | | |
| 13100 | Wall close in Inspections, 5th floor | 5d | 5d | 06JUL06 | 12JUL06 | | |
| 13120 | Hang all drywall, 5th floor | 10d | 10d | 13JUL06 | 26JUL06 | | |
| 13140 | Tape, block, finish, sand 5th floor | 10d | 10d | 17JUL06 | 28JUL06 | | |
| 13160 | Install all doors/ frames/trim/ 5th floor | 10d | 10d | 01AUG06 | 14AUG06 | | |
| 13180 | Install elevator cabs | 30d | 30d | 24JUL06 | 01SEP06 | | |
| 13200 | Final Elevator Inspections | 5d | 5d | 04SEP06 | 08SEP06 | | |
| 13220 | Prime paint 5th floor | 10d | 10d | 03AUG06 | 16AUG06 | | |
| 13240 | Point up 5th floor | 10d | 10d | 07AUG06 | 18AUG06 | | |
| 13260 | Final Paint 5th floor | 10d | 10d | 09AUG06 | 22AUG06 | | |
| 13280 | Install Ceramic flooring/ bathrooms/5th floor | 15d | 15d | 14AUG06 | 31AUG06 | | |
| 13300 | Install Kitchen cabinets/vanities/5th floor | 15d | 15d | 15AUG06 | 04SEP06 | | |
| 13320 | Install Kitchen counter tops/vanities, 5th floor | 15d | 15d | 17AUG06 | 06SEP06 | | |
| 13340 | Final trim on Plumbing 5th floor | 10d | 10d | 24AUG06 | 06SEP06 | | |
| 13360 | Final first floor electrical trim/5th floor | 10d | 10d | 28AUG06 | 08SEP06 | | |
| 13380 | Final 5th floor plumbing/ sprinkler trim | 5d | 5d | 30AUG06 | 05SEP06 | | |
| 13400 | Appliance Installation/5th floor | 5d | 5d | 01SEP06 | 07SEP06 | | |
| 13420 | Install all Door Hardware/5th floor | 10d | 10d | 01SEP06 | 18SEP06 | | |
| 13440 | Final touch up/ntken up/5th floor | 5d | 5d | 05SEP06 | 12SEP06 | | |
| 13460 | Install all Carpet/ Touch up paint 5th floor | 10d | 10d | 08SEP06 | 21SEP06 | | |
| 13480 | Final Inspections 5th floor | 5d | 5d | 25SEP06 | 29SEP06 | | |
| 13500 | Install window bucks, 6th floor | 5d | 5d | 14JUN06 | 20JUN06 | | |

| Start date | 18JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 4A |

© Primavera Systems, Inc.

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K "**

Legend: ▬ Early bar   ▬ Progress bar   ▬ Critical bar   ▬ Summary bar   ◆ Start milestone point   ◆ Finish milestone point

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 13520 | Caulk 5th floor block walls sides | 5d | 5d | 15JUN06 | 21JUN06 | | |
| 13540 | Install windows on 5th floor | 9d | 9d | 16JUN06 | 28JUN06 | | |
| 13560 | Install interior wall framing on 5th floor | 10d | 10d | 19JUN06 | 30JUN06 | | |
| 13580 | Rough wall and ceiling electric 5th floor | 15d | 15d | 20JUN06 | 11JUL06 | | |
| 13600 | Rough in HVAC, 5th floor | 15d | 15d | 20JUN06 | 12JUL06 | | |
| 13620 | Rough wall plumbing 5th floor | 15d | 15d | 20JUN06 | 12JUL06 | | |
| 13640 | Wall close in inspections, 5th floor | 5d | 5d | 13JUL06 | 19JUL06 | | |
| 13660 | Hang drywall, 5th floor | 10d | 10d | 20JUL06 | 02AUG06 | | |
| 13680 | Tape block, finish, sand 5th floor | 10d | 10d | 24JUL06 | 04AUG06 | | |
| 13700 | Install elevator cab/rails/hoist 5th floor | 10d | 10d | 08AUG06 | 21AUG06 | | |
| 13720 | Install elevator cabs | 30d | 30d | 08AUG06 | 19SEP06 | | |
| 13740 | Final Elevator Inspections | 5d | 5d | 20SEP06 | 26SEP06 | | |
| 13760 | Prime paint 6th floor | 10d | 10d | 14AUG06 | 25AUG06 | | |
| 13780 | Point up 6th floor | 10d | 10d | 14AUG06 | 25AUG06 | | |
| 13800 | Final Paint 5th floor | 10d | 10d | 16AUG06 | 28AUG06 | | |
| 13840 | Install Ceramic flooring/ bathrooms 5th floor | 5d | 5d | 18AUG06 | 24AUG06 | | |
| 13860 | Install kitchen cabinets/vanities 5th floor | 10d | 10d | 22AUG06 | 11SEP06 | | |
| 13880 | Install Kitchen counter tops/vanities, 6th floor | 15d | 15d | 24AUG06 | 13SEP06 | | |
| 13900 | Finish trim on Plumbing 5th floor | 10d | 10d | 31AUG06 | 13SEP06 | | |
| 13920 | Final first floor electrical trim/switch 5th floor | 10d | 10d | 01SEP06 | 19SEP06 | | |
| 13940 | Finish 5th floor plumbing/ sprinkler trim | 10d | 10d | 05SEP06 | 14SEP06 | | |
| 13960 | Appliance installation 5th floor | 5d | 5d | 05SEP06 | 05SEP06 | | |
| 13980 | Install all Door Hardware 5th floor | 5d | 5d | 12SEP06 | 05SEP06 | | |
| 14000 | Final touch up/clean up 5th floor | 7d | 7d | 13SEP06 | 21SEP06 | | |
| 14020 | Install all Carpet/ Touch up paint 5th floor | 10d | 10d | 02OCT06 | 02OCT06 | | |
| 14040 | Final Inspections 5th floor | 1d | 1d | 03OCT06 | 04OCT06 | | |
| 14060 | Certificate of Occupancy | 2d | 2d | 05OCT06 | 06OCT06 | | |
|  | **RESIDENTIAL WEST** | 489d | 489d | 18JUL05 | 18JUL06 | | |
| 15000 | Notice to proceed | 1d | 1d | 18JUL05 | 18JUL05 | | |
| 15010 | Survey | 5d | 5d | 19JUL05 | 15NOV05 | | |
| 15020 | Review and shop approvals | 7d | 7d | 16NOV05 | 15NOV05 | | |
| 15030 | Layout building footings | 3d | 3d | 17NOV05 | 21NOV05 | | |
| 15040 | Dig Footings | 5d | 5d | 22NOV05 | 29DEC05 | | |
| 15060 | Install form Boards | 10d | 10d | 24NOV05 | 07DEC05 | | |
| 15070 | Install Rebar | 25d | 25d | 01DEC05 | 04JAN06 | | |
| 15080 | Footing Inspections | 2d | 2d | 05JAN06 | 06JAN06 | | |
| 15090 | Pour footings | 10d | 10d | 09JAN06 | 20JAN06 | | |
| 15100 | layout exterior walls | 5d | 5d | 23JAN06 | 27JAN06 | | |
| 15110 | Install interior block/ Backfill | 21d | 21d | 23JAN06 | 20FEB06 | | |
| 15120 | Install underground utilities in Bldg | 35d | 35d | 10FEB06 | 05APR06 | | |
| 15130 | Inspect utilities | 6d | 6d | 06APR06 | 13APR06 | | |
| 15140 | Backfill utilities | 20d | 20d | 14APR06 | 11MAY06 | | |
| 15150 | Prep ground floor slab | 2d | 2d | 17APR06 | 12MAY06 | | |
| 15180 | Slab Inspection | 2d | 2d | 17APR06 | 21APR06 | | |

| Start date | 18JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Date revise | 18JUL05 |
| Run date | 24JUN05 |
| © Primavera Systems, Inc. | |

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K "**

Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

Jun. 24. 2005  4:17PM                                                No. 4850   P. 5

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 15150 | Pour ground floor slab/elevator pits | 5d | 5d | 22APR06 | 03MAY06 | | |
| 15160 | Form Board Survey | 4d | 4d | 04MAY06 | 09MAY06 | | |
| 15190 | First floor block 8" wall/include any tie | 25d | 25d | 05MAY06 | 08JUN06 | | |
| 15200 | Second floor 5 1/2" concrete slab | 30d | 30d | 09JUN06 | 21JUL06 | | |
| 15210 | Second floor 8" lintel bearing masonry | 25d | 25d | 20JUN06 | 25JUL06 | | |
| 15220 | Form/pour first floor stairs | 12d | 12d | 20JUN06 | 06JUL06 | | |
| 15230 | Third floor 5 1/2" concrete slab | 30d | 30d | 22JUN06 | 03AUG06 | | |
| 15240 | Form 2/ Pour second floor stairs | 12d | 12d | 22JUN06 | 10JUL06 | | |
| 15250 | Third floor 8" lintel bearing masonry walls | 30d | 30d | 05JUL06 | 01AUG06 | | |
| 15260 | Fourth Floor 5 1/2" concrete slab | 30d | 30d | 07JUL06 | 17AUG06 | | |
| 15270 | Form/Pour third floor stairs | 12d | 12d | 07JUL06 | 24JUL06 | | |
| 15280 | Fourth floor 8" lintel bearing masonry | 25d | 25d | 11JUL06 | 14AUG06 | | |
| 15290 | Fifth floor 5 1/2" slab | 30d | 30d | 13JUL06 | 22AUG06 | | |
| 15300 | Form/pour fourth floor stairs | 12d | 12d | 13JUL06 | 26AUG06 | | |
| 15310 | Slab Floor Block | 25d | 25d | 31JUL06 | 01SEP06 | | |
| 15320 | Slab Floor slab Pours | 30d | 30d | 17AUG06 | 27SEP06 | | |
| 15330 | Slab Floor Block | 30d | 30d | 07SEP06 | 18OCT06 | | |
| 15340 | Roof deck | 30d | 30d | 28SEP06 | 08NOV06 | | |
| 15360 | Set mansard roof trusses | 21d | 21d | 19OCT06 | 16NOV06 | | |
| 15370 | Install the roof | 21d | 21d | 17NOV06 | 15DEC06 | | |
| 15380 | Form/Pour roof deck stairs | 15d | 15d | 17NOV06 | 07DEC06 | | |
| 15390 | Caulk/Install exterior windows and door frames | 15d | 15d | 08DEC06 | 28DEC06 | | |
| 15400 | Install all exterior trim | 30d | 30d | 08DEC06 | 22JAN07 | | |
| 15410 | Brown Coat stucco | 30d | 30d | 02JAN07 | 12FEB07 | | |
| 15420 | Final stucco | 30d | 30d | 13FEB07 | 26MAR07 | | |
| 15430 | Prime Paint exterior of building | 30d | 30d | 22MAR07 | 07MAY07 | | |
| 15440 | Tie in exterior site utilities | 5d | 5d | 01MAY07 | 07MAY07 | | |
| 15450 | Rough in fire sprinklers | 21d | 21d | 22MAR07 | 24APR07 | | |
| 15460 | Install all exterior concrete patio | 5d | 5d | 23APR07 | 27APR07 | | |
| 15470 | Install window locks, first floor | 5d | 5d | 09SEP06 | 15SEP06 | | |
| 15480 | Caulk/first floor buck both sides | 5d | 5d | 09SEP06 | 15SEP06 | | |
| 15490 | Install windows on first floor | 5d | 5d | 07SEP06 | 15SEP06 | | |
| 15500 | Install interior wall framing on first floor | 5d | 5d | 07SEP06 | 20SEP06 | | |
| 15510 | Rough wall and ceiling electric, first floor | 10d | 10d | 11SEP06 | 22SEP06 | | |
| 15520 | Rough in HVAC, first floor | 10d | 10d | 11SEP06 | 22SEP06 | | |
| 15530 | Rough wall plumbing, first floor | 10d | 10d | 11SEP06 | 22SEP06 | | |
| 15540 | Wall close in inspections, first floor | 5d | 5d | 19SEP06 | 25SEP06 | | |
| 15560 | Hang all drywall, first floor | 10d | 10d | 25SEP06 | 05OCT06 | | |
| 15570 | Tape block, finish, sand first floor | 10d | 10d | 28SEP06 | 11OCT06 | | |
| 15580 | Install all doors/frames/trim first floor | 10d | 10d | 03OCT06 | 16OCT06 | | |
| 15590 | Prime /paint first floor | 10d | 10d | 05OCT06 | 18OCT06 | | |
| 15600 | Point up first floor | 10d | 10d | 05OCT06 | 18OCT06 | | |
| 15680 | Final Paint first floor | 10d | 10d | 11OCT06 | 24OCT06 | | |
| 15690 | Install Ceramic flooring / bathrooms/first floor | 10d | 10d | 17OCT06 | 30OCT06 | | |

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K "**

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

Start date   18JUL05
Finish date  07MAR07
Data date    18JUL05
Run date     22JUN2005
Page number  5A
© Primavera Systems, Inc.

Jun. 24. 2005  4:17PM                                              No. 4850   P. 6

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 15610 | Install kitchen cabinets/vanities/first floor | 15d | 15d | 23OCT06 | 10NOV06 | | |
| 15620 | Install Kitchen counter tops/Bath vanities | 15d | 15d | 25OCT06 | 14NOV06 | | |
| 15630 | Final trim on Plumbing first floor | 10d | 20d | 27OCT06 | 09NOV06 | | |
| 15640 | Final first floor electrical trim/first floor | 10d | 10d | 30OCT06 | 13NOV06 | | |
| 15660 | Final First floor plumbing/ sprinkler trim | 5d | 5d | 31OCT06 | 13NOV06 | | |
| 15680 | Appliance installation/first floor | 10d | 5d | 09NOV06 | 14NOV06 | | |
| 15690 | Install all door hardware | 10d | 10d | 10NOV06 | 22NOV06 | | |
| 15680 | Final touch up/down up/first floor | 5d | 5d | 15NOV06 | 21NOV06 | | |
| 15690 | Final inspections/first floor | 5d | 5d | 22NOV06 | 28NOV06 | | |
| 16700 | Cement final touch up | 10d | 10d | 21NOV06 | 04DEC06 | | |
| 15710 | Install window backs, 2nd floor | 5d | 5d | 21SEP06 | 27SEP06 | | |
| 15720 | Caulk 2nd floor back/both sides | 5d | 5d | 22SEP06 | 28SEP06 | | |
| 16720 | Install windows on 2nd floor | 5d | 5d | 25SEP06 | 09OCT06 | | |
| 15740 | Install interior wall framing on 2nd floor | 10d | 10d | 27SEP06 | 11OCT06 | | |
| 15750 | Rough wall and ceiling electric 2nd floor | 10d | 10d | 28SEP06 | 12OCT06 | | |
| 15760 | Rough in HVAC, 2nd floor | 10d | 10d | 02OCT06 | 13OCT06 | | |
| 15770 | Rough install plumbing 2nd floor | 10d | 10d | 28SEP06 | 12OCT06 | | |
| 15780 | Wall close in Inspections, 2nd floor | 5d | 5d | 13OCT06 | 19OCT06 | | |
| 15790 | Hang all drywall, 2nd floor | 10d | 10d | 20OCT06 | 02NOV06 | | |
| 15800 | Tape/block, finish, sand 2nd floor | 10d | 10d | 23OCT06 | 03NOV06 | | |
| 15810 | Install all doors/frames/trim/ 2nd floor | 10d | 10d | 23OCT06 | 03NOV06 | | |
| 16820 | Prime paint 2nd floor | 10d | 10d | 08NOV06 | 16NOV06 | | |
| 15830 | Point up 2nd floor | 10d | 10d | 08NOV06 | 21NOV06 | | |
| 15840 | Final Paint 2nd floor | 10d | 10d | 08NOV06 | 22NOV06 | | |
| 15850 | Install Ceramic flooring/ bathrooms 2nd floor | 10d | 10d | 09NOV06 | 22NOV06 | | |
| 16860 | Install kitchen cabinets/vanities/2nd floor | 15d | 15d | 14NOV06 | 04DEC06 | | |
| 15870 | Install Kitchen counter tops/vanities, 2nd | 10d | 10d | 15NOV06 | 05DEC06 | | |
| 15880 | Final trim on Plumbing 2nd floor | 10d | 10d | 22NOV06 | 05DEC06 | | |
| 15890 | Final first floor electrical trim/2nd floor | 10d | 10d | 22NOV06 | 05DEC06 | | |
| 15900 | Final 2nd floor plumbing/ sprinkler trim | 5d | 5d | 27NOV06 | 01DEC06 | | |
| 15910 | Appliance installation/2nd floor | 5d | 5d | 27NOV06 | 01DEC06 | | |
| 15920 | Install all Door Hardware | 10d | 10d | 28NOV06 | 11DEC06 | | |
| 15930 | Final touch up/clean up/2nd floor | 10d | 10d | 29NOV06 | 12DEC06 | | |
| 15940 | Install all Carpet/Touch up paint | 10d | 10d | 30NOV06 | 13DEC06 | | |
| 15950 | Final inspections/2nd floor | 5d | 5d | 18DEC06 | 22DEC06 | | |
| 15960 | Install window backs, 3rd floor | 5d | 5d | 28SEP06 | 02OCT06 | | |
| 15970 | Caulk 3rd floor back/both sides | 5d | 5d | 27SEP06 | 03OCT06 | | |
| 15980 | Install windows on 3rd floor | 5d | 5d | 28SEP06 | 10OCT06 | | |
| 15990 | Install interior wall framing on 3rd floor | 10d | 10d | 28SEP06 | 12OCT06 | | |
| 16000 | Rough wall and ceiling electric 3rd floor | 10d | 10d | 03OCT06 | 16OCT06 | | |
| 16010 | Rough in HVAC, 3rd floor | 10d | 10d | 02OCT06 | 13OCT06 | | |
| 16020 | Rough wall plumbing 3rd floor | 10d | 10d | 02OCT06 | 13OCT06 | | |
| 16030 | Wall close in Inspections, 3rd floor | 5d | 5d | 17OCT06 | 23OCT06 | | |
| 16040 | Hang all drywall, 3rd floor | 10d | 10d | 24OCT06 | 06NOV06 | | |

| Start date | 15JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Date date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 7A |

© Primavera Systems, Inc.

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

Jun. 24. 2005  4:18PM                                              No. 4850   P. 7

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 16050 | Tape block, finish, sand 3rd floor | 10d | 10d | 23OCT06 | 07NOV06 | | |
| 16060 | Install all doors/frames/trim 3rd floor | 10d | 10d | 07NOV06 | 21NOV06 | | |
| 16070 | Prime paint 3rd floor | 5d | 5d | 08NOV06 | 15NOV06 | | |
| 16080 | Point up 3rd floor | 5d | 5d | 08NOV06 | 22NOV06 | | |
| 16090 | Final Paint 3rd floor | 10d | 10d | 13NOV06 | 24NOV06 | | |
| 16100 | Install Ceramic flooring/ bathrooms 3rd floor | 10d | 10d | 12NOV06 | 28NOV06 | | |
| 16110 | Install kitchen cabinets/vanities 3rd floor | 15d | 15d | 12NOV06 | 07DEC06 | | |
| 16120 | Install Kitchen counter tops/vanities, 3rd | 15d | 15d | 21NOV06 | 11DEC06 | | |
| 16130 | Final trim out Plumbing 3rd floor | 5d | 5d | 22NOV06 | 28NOV06 | | |
| 16140 | Final first floor electrical trim/3rd floor | 10d | 10d | 21NOV06 | 05DEC06 | | |
| 16150 | Final 3rd floor plumbing/ sprinkler trim | 10d | 10d | 28NOV06 | 07DEC06 | | |
| 16160 | Appliance Installation 3rd floor | 5d | 5d | 28NOV06 | 04DEC06 | | |
| 16170 | Install all Door Hardware 3rd floor | 5d | 5d | 28NOV06 | 11DEC06 | | |
| 16180 | Final touch up/clean up 3rd floor | 10d | 10d | 28NOV06 | 05DEC06 | | |
| 16190 | Install all Carpet/ Touch up paint 3rd floor | 10d | 10d | 05DEC06 | 13DEC06 | | |
| 16200 | Final inspections/ 3rd floor | 5d | 5d | 07DEC06 | 13DEC06 | | |
| 16210 | Install window locks, 3rd floor | 5d | 5d | 05DEC06 | 13DEC06 | | |
| 16220 | Caulk 4th floor back both sides | 8d | 8d | 02OCT06 | 12OCT06 | | |
| 16230 | Install windows on 4th floor | 5d | 5d | 02OCT06 | 09OCT06 | | |
| 16240 | Install interior wall framing on 4th floor | 10d | 10d | 04OCT06 | 17OCT06 | | |
| 16250 | Rough in wall ceiling electric 4th floor | 10d | 10d | 09OCT06 | 18OCT06 | | |
| 16260 | Rough in HVAC, 4th floor | 10d | 10d | 09OCT06 | 19OCT06 | | |
| 16270 | Rough in plumbing 4th floor | 10d | 10d | 09OCT06 | 19OCT06 | | |
| 16280 | Rough/ wall plumbing 4th floor | 10d | 10d | 23OCT06 | 20OCT06 | | |
| 16290 | Wall close in inspections, 4th floor | 5d | 5d | 23OCT06 | 03NOV06 | | |
| 16300 | Hang all drywall, 4th floor | 10d | 10d | 25OCT06 | 07NOV06 | | |
| 16310 | Install all doors/trim/celine/ 4th floor | 10d | 10d | 08NOV06 | 22NOV06 | | |
| 16320 | Install elevator cabs | 30d | 30d | 26OCT06 | 05DEC06 | | |
| 16330 | Final Elevator inspections | 5d | 5d | 08NOV06 | 12DEC06 | | |
| 16340 | Tape block, finish, sand 4th floor | 10d | 10d | 13NOV06 | 21NOV06 | | |
| 16350 | Prime paint 4th floor | 10d | 10d | 13NOV06 | 08DEC06 | | |
| 16360 | Point up 4th floor | 5d | 5d | 15NOV06 | 22NOV06 | | |
| 16365 | Final Paint 4th floor | 10d | 10d | 17NOV06 | 30NOV06 | | |
| 16370 | Install Ceramic flooring/ bathrooms 4th floor | 10d | 10d | 21NOV06 | 04DEC06 | | |
| 16380 | Install kitchen cabinets/vanities 4th floor | 15d | 15d | 21NOV06 | 13DEC06 | | |
| 16390 | Install Kitchen counter tops/vanities, 4th floor | 15d | 15d | 27NOV06 | 15DEC06 | | |
| 16400 | Final trim out Plumbing 4th floor | 5d | 5d | 04DEC06 | 08DEC06 | | |
| 16410 | Final first floor electrical trim 4th floor | 10d | 10d | 05DEC06 | 12DEC06 | | |
| 16420 | Final 4th floor plumbing/ sprinkler trim | 5d | 5d | 12DEC06 | 21DEC06 | | |
| 16430 | Appliance Installation 4th floor | 5d | 5d | 12DEC06 | 18DEC06 | | |
| 16440 | Install all Door Hardware 4th floor | 10d | 10d | 14DEC06 | 28DEC06 | | |
| 16450 | Final touch up/clean up 4th floor | 5d | 5d | 15DEC06 | 21DEC06 | | |
| 16460 | Install all Carpet/ Touch up paint 4th floor | 10d | 10d | 19DEC06 | 03JAN07 | | |
| 16470 | Final inspections 4th floor | 5d | 5d | 03JAN07 | 11JAN07 | | |
| 16650 | Install window locks, 5th floor | 5d | 5d | 05DEC06 | 12OCT06 | | |

Start date    18JUL05  
Finish date   07MAY07  
Data date     18JUL05  
Run date      24JUN05  
Page number   8A  
© Primavera Systems, Inc.

Coastal Condominiums  
VILLA LAGO CONTRACT EXHIBIT " K "

Legend:  
■ Early bar  
■ Progress bar  
■ Critical bar  
— Summary bar  
◆ Start milestone point  
◆ Finish milestone point

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K"**

| Act ID | Descriptions | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 16490 | Caulk 5th floor back both sides | 5d | 3d | 06OCT06 | 13OCT06 | | |
| 16500 | Install windows on 5th floor | 8d | 5d | 10OCT06 | 16OCT06 | | |
| 16510 | Install interior wall framing on 5th floor | 10d | 10d | 11OCT06 | 24OCT06 | | |
| 16520 | Rough wall and ceiling electric 5th floor | 10d | 10d | 12OCT06 | 25OCT06 | | |
| 16530 | Rough in HVAC, 5th floor | 10d | 10d | 13OCT06 | 26OCT06 | | |
| 16540 | Rough wall plumbing 5th floor | 10d | 10d | 13OCT06 | 26OCT06 | | |
| 16550 | Wall close in inspections, 5th floor | 2d | 2d | 27OCT06 | 30OCT06 | | |
| 16560 | Hang all drywall, 5th floor | 10d | 10d | 31OCT06 | 13NOV06 | | |
| 16570 | Tape block, finish, sand 5th floor | 10d | 10d | 02NOV06 | 15NOV06 | | |
| 16580 | Install all doors/frames/trim 5th floor | 10d | 10d | 17NOV06 | 30NOV06 | | |
| 16590 | Install elevator cabs | 20d | 20d | 02NOV06 | 29NOV06 | | |
| 16600 | Final Elevator inspections | 5d | 5d | 30NOV06 | 06DEC06 | | |
| 16610 | Prime paint 5th floor | 5d | 5d | 21NOV06 | 04DEC06 | | |
| 16620 | Point up 5th floor | 10d | 10d | 23NOV06 | 06DEC06 | | |
| 16630 | Final Paint 5th floor | 10d | 10d | 27NOV06 | 08DEC06 | | |
| 16640 | Install Ceramic flooring / bathrooms 5th floor | 10d | 10d | 28NOV06 | 11DEC06 | | |
| 16650 | Install kitchen cabinets/vanities 5th floor | 5d | 5d | 01DEC06 | 12DEC06 | | |
| 16660 | Install Kitchen counter tops/vanities, 5th floor | 10d | 10d | 05DEC06 | 20DEC06 | | |
| 16670 | Final trim on Plumbing 5th floor | 10d | 10d | 14DEC06 | 29DEC06 | | |
| 16680 | Final final floor electrical trim/5th floor | 10d | 10d | 14DEC06 | 29DEC06 | | |
| 16690 | Final 5th floor plumbing sprinkler trim | 5d | 5d | 19DEC06 | 27DEC06 | | |
| 16700 | Appliance installation/5th floor | 5d | 5d | 22DEC06 | 29DEC06 | | |
| 16710 | Install all Door Hardware 5th floor | 5d | 5d | 22DEC06 | 29DEC06 | | |
| 16720 | Final touch up/clean up 5th floor paint 5th floor | 5d | 5d | 22DEC06 | 29DEC06 | | |
| 16730 | Final inspections 5th floor | 2d | 2d | 28DEC06 | 02JAN07 | | |
| 16740 | Caulk 6th floor back both sides | 5d | 5d | 15JAN07 | 19JAN07 | | |
| 16750 | Install window backs, 6th floor | 5d | 5d | 13OCT06 | 19OCT06 | | |
| 16760 | Install windows on 6th floor | 8d | 5d | 16OCT06 | 20OCT06 | | |
| 16770 | Install interior wall framing on 6th floor | 10d | 10d | 17OCT06 | 23OCT06 | | |
| 16780 | Rough wall and ceiling electric 6th floor | 10d | 10d | 18OCT06 | 31OCT06 | | |
| 16790 | Rough in HVAC, 6th floor | 10d | 10d | 18OCT06 | 01NOV06 | | |
| 16800 | Rough wall plumbing 6th floor | 10d | 10d | 23OCT06 | 02NOV06 | | |
| 16810 | Wall close in inspections, 6th floor | 2d | 2d | 03NOV06 | 06NOV06 | | |
| 16820 | Hang all drywall, 6th floor | 10d | 10d | 07NOV06 | 20NOV06 | | |
| 16830 | Tape block, finish, sand 6th floor | 10d | 10d | 08NOV06 | 23NOV06 | | |
| 16840 | Install all doors/frames/trim 6th floor | 10d | 10d | 20NOV06 | 07DEC06 | | |
| 16850 | Install elevator cabs | 20d | 20d | 08NOV06 | 20DEC06 | | |
| 16860 | Final Elevator inspections | 5d | 5d | 21DEC06 | 23DEC06 | | |
| 16870 | Prime paint 6th floor | 5d | 5d | 04DEC06 | 04DEC06 | | |
| 16880 | Point up 6th floor | 5d | 5d | 30NOV06 | 06DEC06 | | |
| 16890 | Final Paint 6th floor | 5d | 5d | 14DEC06 | 20DEC06 | | |
| 16900 | Install Ceramic flooring / bathrooms 6th floor | 5d | 5d | 18DEC06 | 20DEC06 | | |
| 16910 | Install kitchen cabinets/vanities 6th floor | 10d | 10d | 08DEC06 | 21DEC06 | | |

Jun. 24, 2005  4:20PM                                        No.4850   P. 9

**Coastal Condominiums**
**"VILLA LAGO CONTRACT EXHIBIT " K "**

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT "K"**

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 20690 | Final Paint first floor | 55d | 5d | 03JAN07 | 09JAN07 | | |
| 20700 | Install Ceramic flooring/bathrooms/first floor | 45d | 4d | 05JAN07 | 12JAN07 | | |
| 20720 | Install Kitchen cabinets/oven/first floor | 2d | 2d | 15JAN07 | 16JAN07 | | |
| 20840 | Install Kitchen counter tops/bath vanities | 2d | 2d | 17JAN07 | 18JAN07 | | |
| 20780b | Final Set on Plumbing first floor | 2d | 2d | 18JAN07 | 19JAN07 | | |
| 20780c | Final first floor electrical trim/first floor | 2d | 2d | 22JAN07 | 22JAN07 | | |
| 20780 | Final first floor plumbing/sprinkler trim | 2d | 2d | 22JAN07 | 23JAN07 | | |
| 20820 | Appliance installation/first floor | 1d | 1d | 23JAN07 | 24JAN07 | | |
| 20840 | Install all door hardware | 3d | 3d | 02FEB07 | 31JAN07 | | |
| 20860 | Final touch up/clean up/first floor | 3d | 3d | 01FEB07 | 05FEB07 | | |
| 20880 | Final inspection/first floor | 3d | 3d | 07FEB07 | 05FEB07 | | |
| 20900 | Clean/final touch up | 3d | 3d | 07FEB07 | 08FEB07 | | |
| 20910 | Handle the Pool and Fail | 2d | 2d | 12FEB07 | 13FEB07 | | |
| 20920 | Final inspection/list floor | 1d | 1d | 14FEB07 | 14FEB07 | | |
| 20930 | GARAGE | 466d | 466d | 18JUL05 | 07MAY07 | | |
| 20940 | Garage Grading | 1d | 1d | 14JUL06 | 13JUL06 | | |
| 20950 | Garage Footings | 10d | 10d | 12JUL06 | 25JUL06 | | |
| 20960 | Garage walls, floors, columns & Beams | 35d | 35d | 26JUL06 | 12SEP06 | | |
| 20970 | Barrier Cable | 8d | 8d | 13SEP06 | 22SEP06 | | |
| 20980 | Garage MEP's | 40d | 40d | 13SEP06 | 14NOV06 | | |
| 20990 | Striping & bumper Blocks | 10d | 10d | 15NOV06 | 28NOV06 | | |
| 21000 | Garage C of O | 1d | 1d | 29NOV06 | 05DEC06 | | |

Garage Grading
Garage Footings
Garage walls, floors, columns & Beams
Barrier Cable
Garage MEP's
Striping & bumper Blocks
Garage C of O

Final Paint first floor
Install Ceramic flooring
Install Kitchen cabinets
Install Kitchen counters
Final trim on Plumbing
Final first floor electric
Final first floor plumbing
Appliance installation
Install all door hardware
Final touch up/clean up
Final inspection
Handle the Pool
Final inspection

Legend:
Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

Start date: 18JUL05
Finish date: 07MAY07
Data date: 18JUL05
Run date: 24JUN05
Page number: 11A
© Primavera Systems, Inc.

**RCR Holdings II, LLC**
1500 Gateway Blvd., Suite # 200
Boynton Beach, FL 33426
(561) 244-6650

<u>Via Federal Express</u>

April 16, 2010

Arch Insurance Company
300 Plaza Three
Jersey City, NJ 07311

Re:   (Bond #SU1013827)
    Principal:  Coastal Construction Group of South Florida, Inc. dba Coastal Condominiums
    Alleged DOL:  2009; Completion Date:  On or about 1/26/07

Dear Sir or Madam:

I am the authorized Manager for RCR Holdings II, LLC ("RCR"), the Obligee under the above-referenced bond. As reflected in the enclosed 2nd Amended Complaint RCR has found itself involved in a lawsuit by a multitude of Unit Owners of a construction project built by your above-named Principal. The claims largely relate to the alleged installation of what is commonly described as "Chinese Drywall." The details of the claim are contained within the allegations of the Amended Complaint. We have verified that RCR previously made all payments to your Principal/Contract in accordance with the parties' Contract and the subject Bond. <u>This correspondence serves as RCR's declaration of default by your Principal under the Contract dated June 24, 2005, as required by the Performance Bond issued by Arch Insurance Company. RCR states that Principal is in default.</u>

The basis of the default by your Principal is detailed in the enclosures. Your Principal has been advised in writing of the basis for the default since approximately September 2009, but has taken no actions to cure the default or mitigate RCR's losses.



We request you contact the undersigned with Arch's response as quickly as possible in order to preserve both your ability to respond and otherwise investigate the claim, including any evidence that may be subject to spoiliation. Moreover, all requests for documents should be directed to the Principal/Contractor who was obligated by statute to maintain all the records. We look forward to your prompt reply.

Sincerely,
RCR Holdings II, LLC

James Comparato
Manager

JC/crd

Enclosures
Cc:    Bruce G. Alexander, Esq via email-balexander@caseyciklin.com
       Michael Utley, Esq.via email-mike.utley@meupc.com
       Richard Chaves, Esq. Via email-RChaves@caseyciklin.com
       Becky Basil, via email-RBasil@caseyciklin.com