# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  *  *  *  MDL No. 2047 |
| | * |
| | *   SECTON "L" |
| THIS DOCUMENT RELATES TO: | * |
| | * |
| Abel, et al. | *   JUDGE FALLON |
| v. | * |
| Taishan Gypsum Co., Ltd., et al. | * |
| | *   MAG. JUDGE WILKINSON |
| CASE NO.: 2:11-CV-080-EEF-JCW | * |
| | * |

******************************************

### NOTICE OF APPEARANCE AS COUNSEL FOR FLORIDA HOME PARTNSERHIP, INC.

**COME NOW**, Christopher A. D'Amour,  Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP, and enroll as counsel on behalf of **Florida Home Partnership, Inc.,** defendant in the above-referenced action.  This Appearance is made without waiver of any rights or objections.

Please serve all future pleadings, notices, motions, documents, and correspondence upon the undersigned in connection with this action.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
***Attorneys for Florida Home Partnership, Inc.***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2011.

                                                s/ David C. Coons_____