UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| This Document Relates to: | * * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al Defendants | * * * | |
| Civil Action 11-252 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Defendant, McCombs Services, LLC, who respectfully requests that H. David Vaughan, II of the law firm of Plauche, Smith & Nieset, LLC, be allowed to withdraw as counsel of record, and that Robert F. Lakey of the law firm of Boggs, Loehn & Rodrigue be formally substituted as counsel of record for McCombs Services, LLC.

WHEREFORE, Defendant prays that H. David Vaughn, II of the law firm of Plauche, Smith & Nieset, LLC be allowed to withdraw as counsel of record and that Robert F. Lakey of the law firm of Boggs, Loehn & Rodrigue be substituted as counsel of record for McCombs Services, LLC.

Respectfully submitted,

| PLAUCHE, SMITH & NIESET, LLC | BOGGS, LOEHN & RODRIGUE |
|---|---|
| *(signature)* | *(signature)* |
| H. David Vaughan, II (#19194) | Robert F. Lakey (#7927) |
| 1123 Pithon Street | 3616 S. I-10 Service Road, West, Suite 109 |
| Lake Charles, Louisiana 70601 | Metairie, Louisiana 70001 |
| Telephone: (337) 436-0522 | Telephone: (504) 828-1202, ext. 220 |
| Facsimile: (337) 436-9637 | Facsimile: (504) 828-1208 |
| E-mail: dvaughan@psnlaw.com | E-mail: rlakey@boggsloehnrodrigue.com |
| | *Counsel for Defendant,* |
| | *McCombs Services, L.L.C.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw and Substitute Counsel and accompanying Order has been served on H. David Vaughan, II; Russ Herman and Leonard A. Davis; and Defendants' Liaison Counsel, Kerry Miller and Phillip A. Wittmann, by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis file and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2011.

BOGGS, LOEHN & RODRIGUE

*(signature)*
Robert F. Lakey