UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 JUDGE ELDON E. FALLON |
| This Document Relates to: | * * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al Defendants | * * * | |
| Civil Action 11-252 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Substitute Counsel for Defendant, McCombs Services, LLC;

IT IS HEREBY ORDERED that Robert F. Lakey of the law firm of Boggs, Loehn & Rodrigue is substituted as counsel of record for defendant, McCombs Services, LLC, in the above captioned proceeding.

New Orleans, Louisiana, this ____ day of May, 2011.

_____
UNITED STATES DISTRICT COURT