# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED          MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION                           JUDGE FALLON

THIS DOCUMENT RELATES TO:            MAGISTRATE WILKINSON

SEAN AND BETH PAYTON, et al
VS.
KNAUF GIPS, ET AL
Case no. 2:09-cv-7628


## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Great Southern Homes, Inc. is hereby

granted a thirty (30) day extension of time, or until May 6, 2011, in which to complete and

submit the appropriate Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
J U D G E