UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE: FALLON |
| This Document Relates to: ALL CASES | * * * | MAG: WILKINSON |

**AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY AND SOUTHERN-OWNERS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A MOTION TO AMEND PARAGRAPH 14 OF PRE-TRIAL ORDER NO. 1**

COME NOW Defendants, AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY and SOUTHERN-OWNERS INSURANCE COMPANY (collectively referred to as "Auto-Owners Entities"),[1] by and through their undersigned counsel of record, and hereby move this Honorable Court for the entry for an Order granting the Auto-Owners Entities leave to file a Motion to Amend Paragraph 14 of Pre-Trial Order No. 1 regarding the preservation of documents.

WHEREFORE, Defendants, AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY and SOUTHERN-OWNERS INSURANCE COMPANY respectfully request their Motion be GRANTED, and that this Court enter an

---

[1] This Motion is being filed for the sole purpose of amending the Preservation of Evidence section of Pre-Trial Order No. 1. The Auto-Owners Entities currently have one 12(b) Motion to Dismiss pending in the underlying *Amato* case. [Rec. Doc. 8336]. The Auto-Owners Entities do not intend for the filing of the instant motion to waive any right to object to jurisdiction, venue or service of process in any other underlying case.

Order granting the Auto-Owners Entities leave to file a Motion to Amend Paragraph 14 of Pre-Trial Order No. 1 and awarding these defendants such other and further relief as this Court deems proper and just under the circumstances.

This 6th day of May, 2011.

                                                      Respectfully submitted:

                                                     **LEAKE & ANDERSSON, L.L.P.**

                                                     */s/ Amanda W. Vonderhaar*
                                                     _____
                                                     **JERRY L. SAPORITO, T.A.  (#11717)**
                                                     **jsaporito@leakeandersson.com**
                                                     **W. PAUL ANDERSSON (#2474)**
                                                     **pandersson@leakeandersson.com**
                                                     **AMANDA W. VONDERHAAR (#31350)**
                                                     **avonderhaar@leakeandersson.com**
                                                     1700 Energy Center
                                                     1100 Poydras Street
                                                     New Orleans, Louisiana 70163-1701
                                                     Telephone: (504) 585-7500
                                                     Fax: (504) 585-7775

                                                     **-AND-**

                                                   **MORROW, ROMINE & PEARSON P.C.**

                                                     */s/ Roger S. Morrow*
                                                     _____
                                                     **ROGER S. MORROW** (pro hac vice)
                                                     **rsmorrow@mrplaw.com**
                                                     Post Office Box 4804
                                                     Montgomery, Alabama 36103-4804
                                                     Telephone: (334) 262-7707
                                                     Fax: (334) 262-7742

                                                     *Attorneys for Auto-Owners Insurance Company, Owners Insurance Company and Southern-Owners Insurance Company, Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion for Leave to File a Motion to Amend Paragraph 14 of Pre-Trial Order No. 1** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2011.

*/s/ Amanda W. Vonderhaar*
_____
AMANDA W. VONDERHAAR