STATE OF MICHIGAN     )
COUNTY OF EATON       )

  Before me, the undersigned authority, personally appeared KATHLEEN LOPILATO, who after being by me duly sworn, did depose and state as follows:

  1. My name is Kathleen Lopilato. I am over the age of nineteen years and I am a resident of the State of Michigan. I am employed by the Home Office Legal Department of Auto-Owners Insurance Company (hereinafter "AUTO-OWNERS") headquartered in Lansing Michigan. I have been employed by AUTO-OWNERS since May 1999 and I currently hold the title of Senior Attorney. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by AUTO-OWNERS and its wholly-owned subsidiaries in the regular course of business.

  2. AUTO-OWNERS is a mutual insurance company and wholly owns OWNERS INSURANCE COMPANY and SOUTHERN-OWNERS INSURANCE COMPANY (hereinafter the "Auto-Owners Entities").

  3. I have read and fully understand Paragraph 14 of Pre-Trial Order No. 1 and upon receipt of same I instructed all of the Auto-Owners Entities to halt the document imaging system, as discussed in the following paragraphs, as it pertained to any document related to Chinese Drywall.

  4. In 2003, the Auto-Entities engaged Image Right, a software product that provides content management and work flow solutions, specifically designed and implemented for the insurance industry.


EXHIBIT A

5.      Implementation of the paperless conversion entails scanning the current claims files and underwriting policy information and storing the images in the Image Right software program.

6.      Closed files which were previously in storage are also scanned and saved.

7.      All emails and electronic documents, including all meta-data, are also imported to the appropriate image file.

8.      Numerous safeguards are in place to ensure each and every paper document is accurately scanned and saved.  For example, (1) All staples and paperclips are removed and the papers are fanned in order to ensure proper separation; (2) all "post-it notes" on the top of a page are removed and scanned and "post-it notes" on the sides of the pages are left in place; (3) folded documents are flattened; (4) rough edges are taped to prevent from tearing inside the scanner; (5) all post it notes are moved to a non-text area of the page or to a separate page and taped down; (6) documents on light colored paper are scanned as is, while documents on dark colored paper are first photocopied and then scanned; and (7) if there is information written on the folder containing certain documents, then the folder itself is photocopied in order to be scanned.

9.      All scanning is performed by a contract vendor and the Auto Owners Entities' personnel.

10.     Once the documents are properly scanned and the image saved, the corresponding paper documents are shredded.

11.     Since the inception of the Chinese Drywall litigation, all personnel at the home office and branch offices have been instructed to continue scanning the documents, but to discontinue the shredding of the documents.

12. Auto-Owners and its related entities wish to be paperless companies, with access to electronic images, in order to defray the cost of storing numerous paper documents.

13. Since 2003, it has been the Auto-Owners Entities ordinary and usual course of business to electronically scan all paper documents and subsequently shred the scanned documents.

*[signature]*
Kathleen Lopilato, Senior Attorney
Auto-Owners Insurance Company
Home Office Legal Department

Sworn to before me this
3rd day of May 2011

*[signature]*
Notary Public

AMY S. BRUGAM
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires Mar. 7, 2015
Acting in the County of Eaton