

**LEAKE & ANDERSSON** LLP

JERRY L. SAPORITO
ATTORNEY AT LAW

jsaporito@leakeandersson.com
REPLY TO NEW ORLEANS OFFICE

August 24, 2010



EXHIBIT B

**VIA E-MAIL & U.S. MAIL**

Mr. Russ M. Herman, Esq.
Plaintiffs' Liaison Counsel
820 O'Keefe Avenue
New Orleans, LA 70113
E-mail: drywall@hhkc.com

RE: In Re: Chinese-Manufactured Drywall Products Liability Litigation Hold
USDC, EDLA, MDL No.: 2047, Section L, Judge Fallon, Mag. Wilkinson
L&A File No.: 3768-39862

Dear Russ:

I write to follow up on a brief conversation we had several weeks ago relative to the impact of the judge's Litigation Hold Order on our clients, Auto Owners Insurance, Owners Insurance and Southern Owners Insurance Company. Our clients, as outlined above, have been complying with the judge's Litigation Hold Order. However, the implementation of the hold has caused our clients' great difficulty in the manner in which they customarily do business. For some time now, our clients have had in place a procedure to electronically image documents and, after appropriate checks and safeguards, shred the original paper documents. This process has been in place since 2003, obviously long before this litigation started.

Our clients started using Image Right, a software product that provides content management and work flow solutions, specifically designed and implemented for the insurance industry. Our clients began using the Image Right software in 2003 as part of its initiative to go paperless with its business processes. For sometime prior to the litigation, our clients have scanned the claims files and underwriting policy information in both the home office and all branch offices and stored the resulting images in the software program, Image Right. Then, the corresponding paper has been shredded.

Implementation has included the conversion of existing paper files, the back scanning of closed files, formally in storage, and the ongoing imaging of paper documents received on an ongoing basis. All e-mails, and any document received electronically, are also imported to the appropriate image file. After scanning, the image files are imported into and stored in the Image Right Program. After conducting the necessary audit and other assurances that the process was complete and accurate, the

NEW ORLEANS OFFICE | 1100 POYDRAS STREET, SUITE 1700 | NEW ORLEANS, LA 70163 | T 504.585.7500 F 504.585.7775
LAFAYETTE OFFICE | 600 JEFFERSON STREET, SUITE 603 | LAFAYETTE, LA 70501 | P.O. DRAWER Z | LAFAYETTE, LA 70502 | T 337.233.7430 F 337.233.8403

MEMBER ALFA INTERNATIONAL · THE GLOBAL LEGAL NETWORK

LEAKE & ANDERSSON LLP

August 24, 2010
Page 2

corresponding paper documents have been shredded. For the time being, and since the implementation of the litigation hold in this matter, all appropriate personnel at the home office and the various branches have been instructed to continue the imaging part of the process, but to stop the shredding part of the process, as to documents relating to Chinese Drywall materials, pending further direction from the Court.

As an example of the safeguards taken, I can advise the following: (1) All staples and paperclips are removed and the papers are fanned in order to ensure proper separation; (2) all post it notes on the top of a page are removed, post it notes on the sides of the pages are left in place; (3) folded documents are flattened; (4) rough edges are taped to prevent from tearing inside the scanner; (5) all post it notes are moved to a non-text area of the page or to a separate page and taped down; (6) documents on light colored paper are scanned as is, while documents on dark colored paper are first photocopied and then scanned; and (7) if there is information written on the folder containing certain documents, then the folder itself is photocopied in order to be scanned. All scanning is performed by a contract vendor (HTC Global Services) and Auto Owners personnel.

The purpose of this correspondence is to further discussion with you, as well as all counsel on the PSC and/or other plaintiff counsel involved in the WCI/Pate litigation. We wish to assure you and other counsel, as well as the Court, that our clients are complying with the Court's Litigation Hold Order. Simply, we are asking for the cooperation of the plaintiff counsel in allowing Auto Owners, Owners and Southern Owners to continue to store their documents electronically and to continue the shredding process once paper documents are imaged. We plan to present the appropriate motion to the Court asking for a modification on the Litigation Hold Order, as it applies to our clients, so that we may continue the shredding process, while still assuring all counsel and the Court that the proper safeguards are in place in order to comply with the Court's Litigation Hold Order.

It is important to us that we move forward on this relatively quickly. The whole idea of the imaging process started in 2003, which would allow our clients to go paperless and to eliminate the costs involved in storing countless paper files and records. It is also important to us that you disseminate this request to proper members of the PSC, as well as any individual counsel involved in the WCI/Pate matter, so that we can advise the Court accordingly.

Once you have had the opportunity to review this correspondence, please contact me to discuss any questions or concerns.

With best wishes, we remain,

Very truly yours,

Jerry L. Saporito

JLS/dgr/nn
CP-3768-39862Impact of Litigation Hold Order.Doc. 2419

## Amanda W. Vonderhaar

**From:** Jerry L. Saporito
**Sent:** Tuesday, April 19, 2011 11:50 AM
**To:** Amanda W. Vonderhaar
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:
**Attachments:** Impact of Litigation Hold Order.pdf

**From:** Jerry L. Saporito
**Sent:** Thursday, January 27, 2011 11:05 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Here is the second letter.

## Amanda W. Vonderhaar

**From:** Jerry L. Saporito
**Sent:** Tuesday, April 19, 2011 11:52 AM
**To:** Amanda W. Vonderhaar
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862: CDW

**From:** Jerry L. Saporito
**Sent:** Friday, February 18, 2011 11:19 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862: CDW

Lenny,
I am resending these two letters, originally sent to Russ in Aug and then to you in Jan.

We need an answer on thses things. If you can't agree, we will file motions.

Please give this some attention and advise.

**From:** Jerry L. Saporito
**Sent:** Thursday, January 27, 2011 11:03 AM
**To:** 'Lenny Davis'
**Subject:** Auto Owner - Chinese Drywall 3768.39862: CDW

Hi. Good morning.

I will send you copies of two letters sent to Russ in Aug of last year.
The letters have been forgotten by all, including me. However, I need to follow up.

I will send them to you next. Then please call me to discuss how we can proceed.

Jerry Saporito

Leake & Andersson LLP

**L & A**

1100 Poydras Street
Suite 1700
New Orleans, LA 70163

T  504-585-7500
F  504-585-7775
jsaporito@leakeandersson.com
Website: www.leakeandersson.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it. Thank you.

# Amanda W. Vonderhaar

| | |
|---|---|
| **From:** | Jerry L. Saporito |
| **Sent:** | Tuesday, April 19, 2011 11:53 AM |
| **To:** | Amanda W. Vonderhaar |
| **Subject:** | FW: Auto Owner - Chinese Drywall 3768.39862: |
| **Attachments:** | Impact of Litigation Hold Order.pdf |

**From:** Jerry L. Saporito
**Sent:** Friday, February 18, 2011 11:20 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Again, here is the second letter.

**From:** Jerry L. Saporito
**Sent:** Thursday, January 27, 2011 11:05 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Here is the second letter.

# Amanda W. Vonderhaar

**From:** Jerry L. Saporito
**Sent:** Tuesday, April 19, 2011 11:54 AM
**To:** Amanda W. Vonderhaar
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:
**Attachments:** Impact of Litigation Hold Order.pdf


**From:** Jerry L. Saporito
**Sent:** Monday, April 04, 2011 3:09 PM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Here is the other one.


**From:** Jerry L. Saporito
**Sent:** Friday, February 18, 2011 11:20 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Again, here is the second letter.


**From:** Jerry L. Saporito
**Sent:** Thursday, January 27, 2011 11:05 AM
**To:** 'Lenny Davis'
**Subject:** FW: Auto Owner - Chinese Drywall 3768.39862:

Here is the second letter.

5/6/2011