UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: ALL CASES | * * * | MAG: WILKINSON |

## ORDER

Presently before the Court is Auto-Owners Insurance Company, Owners Insurance Company and Southern Owners Insurance Company's (collectively the "Auto-Owners Entities") Motion for Leave to File a Motion to Amend Paragraph 14 of Pre-Trial Order No. 1. The Auto-Owners Entities Motion is **GRANTED**.

**So ordered, this _____ day of _____, 2011.**

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Submitted by:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____

**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775

**-AND-**

**MORROW, ROMINE & PEARSON P.C.**

 */s/ Roger S. Morrow*
_____
**ROGER S. MORROW** (pro hac vice)
**rsmorrow@mrplaw.com**
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

*Attorneys for Auto-Owners Insurance Company, Owners Insurance Company and Southern-Owners Insurance Company, Defendants*