**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

**INTERIOR EXTERIOR'S MOTION AND INCORPORATED MEMORANDUM
TO JOIN IN THE PSC'S AND HSC'S MOTIONS TO COMPEL ADDITIONAL
DISCOVERY AND FOR SANCTIONS AGIANST THE TAISHAN DEFENDANTS**

Interior Exterior Building Supply, L.P. respectfully files this Motion and incorporated memorandum to join the Plaintiffs' Steering Committee's Motion to Compel Production of Documents & Further Jurisdictional Deposition of the Taishan Defendants and Sanctions (Rec. Doc. No. 8685) and the Homebuilders' Steering Committee's Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (Rec. Doc. No. 8695).

Interior Exterior avers that any motion it would file regarding the Taishan Defendants jurisdictional depositions and their conduct therein is substantially identical to that of the PSC's and HSC's Motions. Accordingly, in an effort to preserve judicial resources, Interior Exterior joins in and adopts the arguments raised by the PSC and HSC, as if copied herein in extension. Interior Exterior further submits that it has incurred costs, including airfare, lodging and meals, to attend the depositions of the Taishan Defendants. Interior Exterior also spent numerous hours in preparation of the Taishan Defendants' depositions of which were impeded and frustrated by the Taishan

Defendants failure to advance proper corporate representatives that had the best knowledge to address the topics in the deposition notices. Interior Exterior is entitled to recover these fees and expenses in light of the Taishan Defendants discovery abuses.

Respectfully submitted,

**Richard G. Duplantier, Jr.  /s/**
_____

Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:  (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com /
jgreen@gjtbs.com
_Counsel for Defendant, Interior Exterior Building_
_Supply, L.P. and Interior Exterior Enterprises, LLC_

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 6th day of May, 2011.

_Richard G. Duplantier, Jr.   /s/_____
RICHARD G. DUPLANTIER, JR.