UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO GROSS, et al | JUDGE FALLON |
| vs. | |
| KNAUF GIPS, KG, et al | MAG. JUDGE WILKINSON |
| CASE NO. 09-cv-6690 | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the change of address for James W. Prevatt, Jr., and Prevatt Law Firm, P.L., counsel for W. B. Howland Co., LLC. The new address is as follows:

James W. Prevatt, Jr.
Prevatt Law Firm, P.L.
123 E. Howard Street
Live Oak, FL 32064
Telephone: (386) 362-7979
Facsimile: (386) 362-7971

PREVATT LAW FIRM, P.L.

 /s/ James W. Prevatt, Jr.
JAMES W. PREVATT, JR.
Florida Bar No.: 0352012
123 E. Howard Street
Live Oak, FL 32064
Telephone: (386) 362-7979
Facsimile: (386) 362-7971
Attorney for W. B. Howland Co., L.L.C.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing Notice of Change of Address has been served on Plaintiffs' Liasion Counsel, Russ Herman, Esq., Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Steering Committee Dorothy Wimberly, and Insurer Defendants Liasion Counsel, Judy Y. Barrasso by email and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in according with the procedures established in MDL 2047, on this 6th day of May, 2011.

              /s/ James W. Prevatt, Jr.
              James W. Prevatt, Jr.