UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| THIS DOCUMENT RELATES TO | SECTION: L |
| ABEL v. TAISHAN GYPSUM CO., LTD. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | JUDGE FALLON |
| Civil Action No. 11-080 | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **James W. Prevatt, Jr.,** Prevatt Law Firm, P.L., 123 East Howard Street, Live Oak, FL 32064, hat@prevattlaw.com, hereby enters his appearance as counsel of record for Defendant, W. B. Howland, Co., L.L.C., in the captioned matter. Defendant, W. B. Howland, Co., L.L.C., expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

     Respectfully submitted,

     */s/ James W. Prevatt, Jr.*
James W. Prevatt, Jr.
Florida Bar No.: 0352012
hat@prevattlaw.com
PREVATT LAW FIRM, P.L.
123 East Howard Street
Live Oak, FL 32064
Phone: (386) 362-7979
Fax: (386) 362-7971
*Attorney for W. B. Howland Co.,L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 6th day of May, 2011.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2011.

*/s/ James W. Prevatt, Jr.*