UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> The State of Louisiana, *ex rel* James D. ("Buddy") ) <br> Caldwell, the Attorney General of Louisiana ) <br> vs. ) <br> KNAUF GIPS KG, ET AL. ) <br> Case No. 2010-340 ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br><br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THE STATE OF LOUISIANA, *ex rel* JAMES D. ("BUDDY") CALDWELL, ATTORNEY GENERAL OF THE STATE OF LOUISIANA'S MOTION AND INCORPORATED MEMORANDUM TO JOIN THE PSC'S AND HSC'S MOTIONS TO COMPEL ADDITIONAL JURISDICTIONAL DEPOSITIONS OF DEFENDANTS TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN PLASTERBOARD CO. AND FOR SANCTIONS**

The State of Louisiana, through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, reserving all the State's rights pursuant to its pending Motion for Remand (Rec. Doc. No. 1636), respectfully submits this Motion and incorporated Memorandum to join the Plaintiffs' Steering Committee's Motion to Compel Production of Documents & Further Jurisdictional Deposition of the Taishan Defendants and Sanctions (Rec. Doc. No. 8685) and the Homebuilders' Steering Committee's Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co,. Ltd and Tai'an Taishan Plasterboard Co, Ltd (Rec. Doc. No. 8695).

Although Louisiana has its own arguments and unique facts that warrant the relief requested herein, Louisiana recognizes that the conduct of the Taishan Defendants with respect to Louisiana is substantially identical to that recounted in the PSC's and HSC's Motions (with an important exception discussed below), and in an effort to conserve judicial resources, Louisiana joins in and adopts the arguments raised by the PSC and HSC, as if copied herein in full.

Louisiana further states that unlike the PSC and the HSC, despite being present at the depositions and ready to proceed, Louisiana was not afforded *any* opportunity to examine the witnesses with respect to issues unique to Louisiana and its claims, the focus of which differ from those of other claimants. Louisiana's claims include those that only the sovereign can bring, both to vindicate its own interests (civil penalties, costs, lost revenues), but also *parens patriae* claims on behalf of the State of Louisiana, its political subdivisions, and all residents of Louisiana as a whole. Rather, the Taishan Defendants denied Louisiana the opportunity to examine any of the Taishan witnesses with respect to issues relating specifically to Louisiana and its claims.

Louisiana further submits that it has incurred costs, including airfare, lodging and meals, to attend the depositions of the Taishan Defendants. Louisiana also spent numerous hours in preparation for the Taishan Defendants' depositions which, as indicated, were cut-off and unilaterally terminated prior to Louisiana's having an opportunity to examine the witnesses, and otherwise impeded and frustrated by the Taishan Defendants failure to advance proper representatives and to make the witnesses available for proper examination by all parties present at the deposition. In light of these discovery abuses, Louisiana is entitled to recover its fees and expenses., including, without limitation, attorneys' fees, any associated charges for the court reporter,

deposition location, airfare, lodging and other travel expenses.

                      Respectfully submitted,

                      **JAMES D. "BUDDY" CALDWELL**
                      **LOUISIANA ATTORNEY GENERAL**

                      James Trey Phillips (Bar Roll # 19978)
                      Sanettria Glasper Pleasant (Bar Roll#25396)
                      Assistant Attorneys General
                      **LOUISIANA DEPARTMENT OF JUSTICE**
                      1885 North Third Street
                      Post Office Box 94005
                      Baton Rouge, Louisiana 70804-9005
                      Telephone: (225) 326-6000
                      Facsimile: (225) 326-6499

                      **Usry, Weeks & Matthews, APLC**
                      T. Allen Usry, La. Bar #12988
                      Trial Attorney

                      _s/John F. Weeks, II_
                      John F. Weeks, II, La. Bar #13309
                      1615 Poydras St., Ste. 1250
                      New Orleans, LA  70112
                      (504) 592-4600

                      **Shows, Cali, Berthelot & Walsh, LLP**
                      E. Wade Shows, La. Bar #7637
                      Trial Attorney
                      John C. Walsh, La. Bar #24903
                      628 St. Louis St.
                      P. O. Drawer 4425
                      Baton Rouge, LA  70821
                      (225) 346-1461

                      **Perkins Coie, LLP**
                      David L. Black
                      1899 Wynkoop St., #700
                      Denver, CO  80202
                      (303) 291-2306

                      Counsel for the State of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **State of Louisiana's Motion and Incorporated Memorandum to Join the PSC's and HSC's Motions to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., LTD. and Tai'an Taishan Plasterboard Co. and for Sanctions** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

                                                  ___s/John F. Weeks, II_____
                                                  (Signature of Filing Attorney)