UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana vs. KNAUF GIPS KG, ET AL. Case No. 2010-340 | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Considering the State of Louisiana's Motion and Incorporated Memorandum to Join the PSC's and HSC's Motions to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., LTD. and Tai'an Taishan Plasterboard Co. and for Sanctions,

IT IS ORDERED that the State of Louisiana's Motion to Join the above titled Motions by the PSC (Rec. Doc. No. 8685) and by the HSC (Rec. Doc. No. 8695) is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
Eldon E. Fallon
United States District Court Judge