UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION** | **MDL No.: 2047**<br>**SECTION:  L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

## DEFENDANT, RCR HOLDINGS II, LLC's, MOTION FOR LIMITED RELIEF FROM PTO 1(B) FOR LEAVE TO FILE MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST ARCH INSURANCE COMPANY

COMES NOW, Defendant, RCR HOLDINGS II, LLC ("RCR"), by and through its undersigned counsel, and respectfully moves this Honorable Court to enter an order providing limited relief from PTO 1(B), to wit: allowing RCR to file its Motion for Leave to File Third Party Complaint Against ARCH INSURANCE COMPANY, for the reasons more fully provided in the accompanying memorandum in support.

WHEREFORE, RCR HOLDINGS II, LLC respectfully requests this Honorable Court to grant its Motion, and allow RCR to file its Motion for Leave to File Third Party Complaint against ARCH INSURANCE COMPANY.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:  (561) 515-1401
Email:  gweiss@leopoldkuvin.com

*Leopold~Kuvin, P.A.*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone:  (561) 515-1400  Facsimile (561) 515-1401*

Hobbie, et al. v. RCR Holdings II, LLC<br>
Case No.: 2:10-cv-01113-EEF-JCW<br>
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Defendant, RCR Holdings II, LLC's Motion for Limited Relief From PTO 1(B) for Leave to File Motion for Leave to File Third Party Complaint Against Arch Insurance** Company has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS, ESQ.
Florida Bar No.: 163430