UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

## ORDER

Considering Defendant, RCR HOLDINGS II, LLC's Motion for Limited Relief from PTO 1(B) For Leave to File Motion for Leave to File Third Party Complaint Against ARCH INSURANCE COMPANY;

IT IS ORDERED BY THE COURT that the Pretrial Order 1(B) is lifted as to the following pending motion:

> Defendant, RCR HOLDINGS II, LLC's Motion for Leave to File
> Third Party Complaint Against ARCH INSURANCE COMPANY

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion on May 25, 2011 at 9:00 a.m., or at a time set by the Court.

New Orleans, Louisiana, this _____ day of May, 2011.

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE