UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

**DEFENDANT, RCR HOLDINGS II, LLC'S MOTION FOR LEAVE
TO FILE THIRD PARTY COMPLAINT AGAINST ARCH INSURANCE CO.**

COMES NOW Defendant, RCR HOLDINGS II, LLC ("RCR"), by and through its undersigned counsel, pursuant to Fed.R.Civ.P. 14(a)(1) and LR 7.6, and hereby moves this Honorable Court for the entry of an order granting its Motion for Leave to File Third Party Complaint against Arch Insurance Company ("Arch"), allowing the proposed pleading attached hereto to be filed, and in support thereof state as follows:

1.	On April 20, 2010, the matter styled *Hobbie, et al., v. RCR Holdings II, LLC, et al.,* Case No.: 9:10-80320, was centralized into MDL 2047.

2.	RCR is a named Defendant in the *Hobbie* litigation and is owner/developer of the subject building.  Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums ("Coastal") is also a named Defendant and is the general contractor that built the subject building.

3. Coastal selected (or oversaw the selection of) and installed (or oversaw the installation of) drywall that is: (1) different that the drywall submitted for approval to RCR's architect[1]; (2) defective; and/or (3) not in compliance with the Florida Building Code.

4. On June 11, 2010, RCR filed a one-count breach of contact complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *RCR Holdings II, LLC v. Arch Insurance Company*, Case No. 502010CA015377XXXXMB, a copy of which is attached hereto as RCR's Exhibit "B".

5. RCR sued Arch in *RCR Holdings II, LLC v. Arch Insurance Company* for Arch's failure to make payment to RCR pursuant to Arch's Performance Bond, which Performance Bond secured Coastal's construction of the subject building, and for which RCR is the named obligee.

6. On December 20, 2010, pursuant to Arch's motion, the state court stayed *RCR Holdings II, LLC v. Arch Insurance Company*, in favor of the instant proceedings. A copy of the Court's Order is attached hereto as RCR's Exhibit "C".

7. RCR now moves this Court for leave to file the one-count Third Party Complaint attached hereto as RCR's Exhibit "D", wherein Arch, *inter alia*, is or may be liable to RCR for all or part of Plaintiffs' claim in the instant action.

8. This motion has been filed in good faith and is for neither a prejudicial nor dilatory purpose; moreover, as discovery remains open and no trial date has yet been scheduled, no party will be prejudiced by Defendant filing the proposed third-party complaint.

---

[1] / Copies of Coastal's drywall submittals to RCR's architect are attached hereto as RCR's Exhibit "A."

Hobbie v. RCR Holdings II, LLC
Case No.: 502010CA015377XXXXMBAI
Page 3

WHEREFORE, Defendant, RCR, respectfully requests this Court to grant the instant Motion for the reasons more fully outlined in the Memorandum in Support filed herewith, allowing the proposed Third Party Complaint attached hereto to be filed, and for any further relief the Court deems appropriate.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Email: gweiss@leopoldkuvin.com

Hobbie v. RCR Holdings II, LLC
Case No.: 502010CA015377XXXXMBAI
Page 4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **Defendant, RCR Holdings II, LLC's Motion for Leave to File Third Party Complaint Against Arch Insurance Company** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

        GREGORY S. WEISS, ESQ.
        Florida Bar No.: 163430