UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Hobbie v. RCR Holdings II, LLC, et al. No. 10-1113 | |

NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO:

DESCRIPTION:     EXHIBITS TO DEFENDANT, RCR HOLDINGS II, LLC'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST ARCH INSURANCE CO.

FILED BY:        DEFENDANT, RCR HOLDINGS II, LLC

FILE DATE:       MAY 9, 2011

EXHIBITS HAVE BEEN SENT TO THE NEW ORLEANS CLERK'S OFFICE

(NOTE:  To file an attachment that cannot be scanned into the e-filing system, an attorney may submit the document manually to the court by bringing to the front counter of the Clerk's Office.  This one page "Notice of Manual Attachment" document may be filed as an attachment to the pleading in the e-filing system.  The attorney should file the manual document/item in the Clerk's Office within 24-48 hours of filing this "Notice of Manual Attachment.")

*Leopold~Kuvin, P.A.*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone:  (561) 515-1400  Facsimile (561) 515-1401*