UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION** | **MDL No.: 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

## ORDER

Considering Defendant, RCR HOLDINGS II, LLC's Motion for Leave to File Third Party Complaint Against ARCH INSURANCE COMPANY;

IT IS ORDERED BY THE COURT that the Motion is GRANTED. The Clerk is directed to file the Third Party Complaint attached as Exhibit "D" to Defendant, RCR HOLDINGS II, LLC's Motion for Leave to File Third Party Complaint Against Arch Insurance Company with the Court.

New Orleans, Louisiana, this _____ day of May, 2011.

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE