UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION** | **MDL No.: 2047**<br>**SECTION:  L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant, RCR HOLDINGS II, LLC ("RCR") will bring for submission its Motion for Leave to File Third Party Complaint ARCH INSURANCE COMPANY on May 25, 2011 at 9:00 a.m.

        s/GREGORY S. WEISS
        GREGORY S. WEISS (Florida Bar No.: 163430)
        *Attorneys for RCR Holdings II, LLC*
        LEOPOLD~KUVIN, P.A.
        2925 PGA Boulevard, Suite 200
        Palm Beach Gardens, FL 33410
        Telephone:  (561) 515-1400
        Facsimile:   (561) 515-1401
        Email:  gweiss@leopoldkuvin.com

Hobbie, et al. v. RCR Holdings II, LLC<br>
Case No.: 2:10-cv-01113-EEF-JCW<br>
Page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS, ESQ.
Florida Bar No.: 163430