# EXHIBIT "A"



**Submittal Sheet**
**09250**

# Fiberock

**09200-003**

# Interior Panels

**MSA Architects, Inc.**

# Aqua-Tough

MAY 3 0 2006

**Description**
Fiberock brand Aqua-Tough interior panel represents a new era in substrate performance. This panel is designed for wall assemblies in high-traffic areas where moisture, mold and fire resistance are especially important.

**Advantages**

**Abuse Resistant** Engineered to provide increased resistance to abrasion, indentation and penetration, this panel outperforms paper-faced or glass mat faced panels. Fiberock Aqua-Tough interior panel has no paper face to tear or scratch.

**Water Resistant** Water resistant through the core and intended for use in intermittently wet areas including tub surrounds.

**Mold Resistant** In independent lab tests per ASTM D3273/3690 "Standard Test Method for Resistance to Growth of Mold on the Surface of Interior Coatings in an Environmental Chamber," Fiberock Aqua-Tough interior panels earns the highest score, 10.

**Fire Resistant** Superior fire resistance and exceptional surface burning characteristics (ASTM E84 Flame Spread 5, Smoke Development 5). The 5/8" panel is UL Classified for fire resistance (FRX-G) and listed in more than 50 UL wall designs.

**Finishing Flexibility** Features a smooth, paintable surface that can also be finished with ceramic tile.

**Environmentally Friendly** Made from 95% recycled material, this panel has earned independent certification from Scientific Certification Systems (SCS) for this achievement.

**Limitations**

1. Panel should not be exposed to sustained temperatures above 125 °F (51.6 °C).
2. For fire-resistant or abuse-resistant construction over steel framing, a minimum of 20 gauge steel framing is required.
3. Do not use in areas subject to standing water, such as gang showers, saunas or hot-tub decks.

WARNING—Store all Fiberock interior panels flat. Panels are heavy and can fall over, causing serious injury or death.

**Product Data**

**Dimensions**

| Thickness/in. | Edge | Width/ft. | Length/ft. |
|---|---|---|---|
| 1/2" | Tapered | 4' | 8' – 12' |
| 5/8" | Tapered | 2' | 8' – 12' |

**Compliance with Standards** Meets ASTM C1278 and meets or exceeds the physical property requirements of ASTM C1396 and ASTM C1178.

**Code Compliance** SBCCI Report Number 2006, BOCA 99-54, ICBO ER-5578 and NER-664. Fiberock interior panel installation information is listed in the current Tile Council of America (TCA) Handbook for Ceramic Tile Installation.

**Framing and Fastener Spacing**

| | Thickness | Framing Spacing | Maximum Fastener Spacing Nails | Screws |
|---|---|---|---|---|
| **Walls** | 1/2" | 16" o.c. | 8" o.c. | 16" o.c. |
| | 1/2" | 24" o.c. | 8" o.c. | 12" o.c. |
| | 5/8" | 16" o.c. | 8" o.c. | 16" o.c. |
| | 5/8" | 24" o.c. | 8" o.c. | 12" o.c. |
| **Ceilings** | 1/2" | 16" o.c. | 7" o.c. | 12" o.c. |
| | 1/2" | 24" o.c.* | 7" o.c. | 12" o.c. |
| | 5/8" | 16" o.c. | 7" o.c. | 12" o.c. |
| | 5/8" | 24" o.c. | 7" o.c. | 12" o.c. |

* Not permitted in wet areas.
Note: For UL fire-rated partition designs, refer to the specific UL design for proper fastener spacing.



CC04628



Σ∞-0050

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS, NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS:

☒ NO EXCEPTION TAKE      ☐ MAKE CORRECTIONS
                              NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED      ☐ REVISE AND
   ITEM                     RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of constructions; coordinating his or her
work with that of all other trades and performing all
work in a safe and satisfactory manner.

MSA Architects, Inc.

Date _____  Submittal # 108

By _____

CC04629

| **Good Design Practices** | **1 System Performance** | Systems covered herein have been tested and evaluated for use as described. For other system applications, consult your local representative.<br><br>All details, specifications and data contained in this literature are intended as a general guide for using Fiberock Aqua-Tough interior panel systems.<br><br>Information in this publication should be used only for Fiberock Aqua-Tough interior panel systems, as physical properties of competitive products may vary. United States Gypsum Company assumes no liability for failure resulting from the use of alternative materials or improper application or installation as specified herein.<br><br>United States Gypsum Company will provide building officials and design professionals upon written request with certification for published fire, sound and structural data covering systems constructed with these products and assembled to meet established performance requirements. |
|---|---|---|
| | **2 Expansion and Contraction** | Surfaces should be isolated with surface control joints or other means where: (a) a wall abuts a structural element; (b) construction changes within the plane of the wall.<br><br>Location of control joints is the responsibility of the design professional/architect. Double-framing members at control joints shall be spaced 1/2" apart. Attach control joint with 9/16" staples spaced 6" o.c. maximum in each flange. Cut end joints square and align for neat fit. Remove protective tape when joint treatment is completed. Do not apply tile or finishes over control joint. For alternate methods of forming control joints, refer to the Gypsum Construction Handbook [USG literature item H17]. |
| | **3 Vapor Retarder** | Panels to receive an impervious finish, such as ceramic tile, should not be installed over a vapor retarder or on a wall acting as a vapor retarder. |
| **Submittal Approvals** | **Job Name** | |
| | **Contractor** | **Date** |

COASTAL CONDOMINIUMS

760 N 10TH AVENUE

MIAMI FLORIDA 33172

PROJECT NAME & NUMBER _____

TRANSMITTAL NO. _____     SPEC. REF. _____

( ) AS VIEWED                          REC'D INFO _____

( ) AS VIEWED AS NOTED        TO _____

( ) REVISE AND RESUBMIT     FROM _____

**Trademarks**
The following trademarks used herein are owned by United States Gypsum Company or a related company: Aqua, Tough, Fiberock.

**Note**
Products described here may not be available in all geographic markets. Consult your United States Gypsum Company sales office or representative for information.

**Notice**
We shall not be liable for incidental and consequential damages, directly or indirectly sustained, nor for any loss caused by application of these goods not in accordance with current printed instructions or for other than the intended use. Our liability is expressly limited to replacement of defective goods. Any claim shall be deemed waived unless made in writing to us within thirty (30) days from date it was or reasonably should have been discovered.

**Safety First!**
Follow good safety and industrial hygiene practices during handling and installation of all products and systems. Take necessary precautions and wear the appropriate personal protective equipment as needed. Read material safety data sheets and related literature on products before specification and installation.

Reviewed by _____

Manufactured by
United States Gypsum Company
125 South Franklin Street
Chicago, IL 60606

800 USG.4YOU (874.4968)
www.usg.com

F134/rev 1-06
© 2005 United States Gypsum Company
Made in U.S.A.

USG

# COASTAL CONDOMINIUMS
## 790 N.W. 107th AVENUE
### MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER __09 - 5581__
TRANSMITTAL NO._____ SPEC.REF._____
(X) REVIEWED     RECEIVED_____
( ) REVIEWED AS NOTED     TO A/E _5/26/06_
( ) REVISE AND RESUBMIT     FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _____ Date: _5/26/01_

CC04631

 Coastal

# Coastal Condominiums

**Villa Lago at Renaissance Commons**

## Submittal Log

Job No: 04-5581

Project No: 04-5581

Date: 12/5/2005

Page: 1 of 2

| Package | Submittal | Rev. | Title | Status | Required Start | Required Finish | Latest Dates Rcvd. | Latest Dates Sent | Latest Dates Return | Latest Dates Forward | B/C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03000 | 03000-001 | 001 | Rebar Shop Dwgs.East Bldg.Footers | AAN | | | 6/26/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-002 | 001 | Rebar Shop Dwgs.Garage Footers | AAN | | | 6/26/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-003 | 001 | Shop Dwgs.For Steel Columns | AAN | | | 6/26/2005 | 6/29/2005 | 7/20/2005 | 7/20/2005 | |
| 03000 | 03000-004 | 001 | Concrete Design Mix by Termac | APP | 7/20/2005 | 7/25/2005 | 7/18/2005 | 7/19/2005 | 8/15/2005 | 8/15/2005 | |
| 03000 | 03000-005 | 001 | Concrete Design Mix by Rinker | APP | 7/20/2005 | 7/25/2005 | 7/18/2005 | 7/19/2005 | 8/15/2005 | 8/15/2005 | |
| 03000 | 03000-006 | 001 | Product Information for Masonry Blk | APP | 7/20/2005 | 7/25/2005 | 8/4/2005 | 8/5/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-007 | 001 | Soil Poison Product Information (De | APP | 7/20/2005 | 7/25/2005 | 8/4/2005 | 8/5/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-008 | 001 | Rebar Shop Dwgs. E. Bldg.1st Lift | AAN | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/22/2005 | 8/22/2005 | |
| 03000 | 03000-009 | 001 | Rebar Shop Dwgs W. Bldg Foundation | APP | 8/9/2005 | 8/16/2005 | 8/5/2005 | 8/8/2005 | 8/22/2005 | 8/22/2005 | |
| 03000 | 03000-010 | 001 | Rebar Shop dwg E. Bldg Pour 1 | APP | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-011 | 001 | Rebar Shop Dwg E. Bldg. Pour 2 | APP | 8/9/2005 | 8/16/2005 | 8/3/2005 | 8/8/2005 | 8/19/2005 | 8/19/2005 | |
| 03000 | 03000-012 | 001 | Rebar Shop Dwg. for East Bldg. 2nd | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/22/2005 | 9/22/2005 | |
| 03000 | 03000-013 | 001 | West-1 Bldg. Vertical Fdn. - 2nd Fl | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/16/2005 | 9/16/2005 | |
| 03000 | 03000-014 | 001 | West Bldg. Fdn.-4/5 Rebar | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/6/2005 | 9/16/2005 | 9/16/2005 | |
| 03000 | 03000-015 | 001 | Rebar Shop Dwg. 2nd Flr. West Bldg. | AAN | 9/7/2005 | 9/14/2005 | 9/1/2005 | 9/8/2005 | 9/22/2005 | 9/22/2005 | |
| 03000 | 03000-016 | 001 | East Bldg - Rebar Vert. 2nd-3rd Flr | APP | 7/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/3/2005 | |
| 03000 | 03000-017 | 001 | West Bldg.- Rebar Vert. 2nd-3rd Flr | APP | 9/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/3/2005 | |
| 03000 | 03000-018 | 001 | East Bldg-3rd Flr Rebar(Top & Bot.) | AAN | 9/29/2005 | 10/6/2005 | 9/23/2005 | 9/26/2005 | 10/13/2005 | 10/14/2005 | |
| 03000 | 03000-019 | 001 | W.Bldg.-3rd Flr Bot/Top Rebar &Stair | AAN | 10/4/2005 | 10/11/2005 | 9/30/2005 | 10/3/2005 | 10/17/2005 | 10/18/2005 | |
| 03000 | 03000-020 | 001 | West Bldg.- 3rd Flr Rebar Shop Dwg | NEW | 11/29/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | |
| 03000 | 03000-021 | 001 | East Bldg. -3rd Flr Rebar Verticals | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | |
| 03150 | 03150-001 | 001 | East Building - Shoring Dwg. | APP | 9/21/2005 | 9/28/2005 | 9/16/2005 | 9/20/2005 | 10/3/2005 | 10/4/2005 | |
| 03150 | 03150-002 | 001 | East Building Re-Shoring | APP | 9/27/2005 | 10/4/2005 | 9/23/2005 | 9/26/2005 | 10/3/2005 | 10/4/2005 | |
| 03150 | 03150-003 | 001 | West Bldg. Shoring Submittal | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | MORSAL |
| 03150 | 03150-004 | 001 | West Bldg. Re-Shoring | NEW | 11/28/2005 | 12/6/2005 | 11/28/2005 | 11/28/2005 | | | MORSAL |
| 03400 | 03400-001 | 001 | Anchor Bolt Column Placing Plan | AAN | 7/15/2005 | 7/20/2005 | 7/14/2005 | 7/14/2005 | 8/16/2005 | 8/16/2005 | |
| 03400 | 03400-002 | 001 | Anchor Bolt Column Placing Plan | APP | 7/15/2005 | 7/20/2005 | 7/14/2005 | 7/14/2005 | 8/16/2005 | 8/16/2005 | |
| 03400 | 03400-003 | 001 | Precast Concrete | APP | 8/30/2005 | 9/5/2005 | 8/25/2005 | 8/29/2005 | 9/12/2005 | 9/12/2005 | |
| 03400 | 03400-004 | 001 | Garage Erection Drawings | AAN | 9/26/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |
| 03400 | 03400-005 | 001 | Garage Structure Sections & Details | APP | 9/26/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |

CC00890



## Coastal

**Coastal Condominiums**                                                      Villa Lago at Renaissance Commons

### Submittal Log

Job No:     04-5581                                                           Date:  12/5/2005

Project No: 04-5581                                                           Page:   2 of 2

| Package | Submittal | Rev. | Title | Status | Required Start | Required Finish | Rcvd. | Sent | Latest Dates Return | Latest Dates Forward | SIC |
|---------|-----------|------|-------|--------|-------|--------|-------|------|--------|---------|-----|
| 03400 | 03400-006 | 001 | Garage Structural Calculations | APP | 9/29/2005 | 10/3/2005 | 9/21/2005 | 9/23/2005 | 10/13/2005 | 10/14/2005 | |
| 05300 | 05300-001 | 001 | Aluminum Rails, Fence, Gates, Grill | REV | 6/30/2005 | 6/6/2005 | 8/29/2005 | 6/30/2005 | 9/21/2005 | 9/21/2005 | ARIALU |
| 05300 | 05300-002 | 001 | Aluminum Railing (Sample) | APP | 11/7/2005 | 11/14/2005 | 10/21/2005 | 11/1/2005 | 11/8/2005 | 11/10/2005 | |
| 05550 | 05550-001 | 001 | Elevator Beams/Ladders/Angles | UNS | | | 9/14/2005 | 9/28/2005 | | | |
| 06400 | 06400-001 | 001 | Cabinets | REV | 8/5/2005 | 8/12/2005 | 8/2/2005 | 8/4/2005 | 8/2/2005 | 9/2/2005 | KITOFS |
| 06400 | 06400-002 | 001 | Cabinets Shop Dwgs (Revised) | NEW | 12/5/2005 | 12/12/2005 | 11/29/2005 | 12/3/2005 | | | |
| 07100 | 07100-001 | 001 | Waterproofing | APP | 8/18/2005 | 8/25/2005 | 8/17/2005 | 8/17/2005 | 8/19/2005 | 8/19/2005 | |
| 07100 | 07100-001 | 001 | Waterproofing | APP | 8/18/2005 | 8/25/2005 | 8/29/2005 | 8/30/2005 | 10/5/2005 | 10/7/2005 | |
| 07900 | 07900-001 | 001 | Contractors Conc.Sealant&Coming795 | APP | 10/13/2005 | 10/20/2005 | 10/10/2005 | 10/12/2005 | 10/17/2005 | 10/17/2005 | |
| 07900 | 07900-002 | 001 | Caulking & Sealant | NEW | 11/22/2005 | 11/29/2005 | 11/16/2005 | 11/21/2005 | | | |
| 08100 | 08100-001 | 001 | HM & Interior Doors &Frames, Bifold | APP | 10/7/2005 | 10/14/2005 | 10/4/2005 | 10/6/2005 | 10/13/2005 | 10/13/2005 | |
| 08100 | 08100-002 | 001 | Hollow Metal Doors & Frames | NEW | 10/7/2005 | 10/14/2005 | 11/21/2005 | 12/22/2005 | | | |
| 08385 | 08385-001 | 001 | Glazed Aluminum Doors & Windows | AAN | 9/29/2005 | 10/6/2005 | 9/28/2005 | 9/28/2005 | 10/6/2005 | 10/7/2005 | |
| 08385 | 08385-002 | 001 | Aluminum Doors & Windows -Clubhouse | REV | 9/29/2005 | 10/6/2005 | 9/28/2005 | 9/28/2005 | 10/5/2005 | 10/7/2005 | REAWIN |
| 09100 | 09100-001 | 001 | Lath, Plaster, Stucco | REJ | 8/31/2005 | 9/8/2005 | 8/25/2005 | 8/30/2005 | 10/4/2005 | 10/5/2005 | EURWAL |
| 09200 | 09200-001 | 001 | Drywall | APP | 8/16/2005 | 8/23/2005 | 8/12/2005 | 8/15/2005 | 8/23/2005 | 8/23/2005 | |
| 14200 | 14200-001 | 002 | Elevators | REJ | 10/24/2005 | 10/3/2005 | 10/24/2005 | 11/3/2005 | | | MORSAL |
| 14200 | 14200-002 | 001 | Elevators | AAN | 10/21/2005 | 11/3/2005 | 10/21/2005 | 11/3/2005 | 11/10/2005 | 11/14/2005 | |
| 15400 | 15400-001 | 001 | Plumbing Fixtures | AAN | 8/25/2005 | 9/1/2005 | 8/24/2005 | 8/24/2005 | 9/21/2005 | 9/21/2005 | |
| 15400 | 15400-002 | 001 | Nickel Bronze Adj. Strainer Head | APP | 8/19/2005 | 9/26/2005 | 9/16/2005 | 9/19/2005 | 10/3/2005 | 10/4/2005 | |
| 15400 | 15400-003 | 001 | Alternate Plumbing Fixtures | AAN | 9/19/2005 | 9/26/2005 | 9/15/2005 | 9/19/2005 | 10/3/2005 | | COAST_04 |
| 15400 | 15400-004 | 001 | Plumbing As-Built (Units A,B,CAD) | REJ | 10/19/2005 | 10/28/2005 | 10/17/2005 | 10/18/2005 | | 11/1/2005 | ROLPLU |
| 15500 | 15500-001 | 001 | Fire Protection | APP | 8/11/2005 | 8/18/2005 | 8/11/2005 | 8/11/2005 | 8/31/2005 | 9/1/2005 | |
| 15500 | 15500-002 | 001 | Hydraulics Calculations | APP | 11/7/2005 | 11/14/2005 | 11/4/2005 | 11/4/2005 | 11/30/2005 | 11/30/2005 | |
| 15500 | 15500-003 | 001 | Fire Sprinkler System (Re-Designed) | REJ | 11/7/2005 | 11/14/2005 | 11/4/2005 | 11/4/2005 | 11/30/2005 | 11/30/2005 | JOHPOL |
| 16001 | 16001-001 | 001 | Electrical | APP | 9/5/2005 | 9/12/2005 | 9/1/2005 | 9/2/2005 | 9/14/2005 | 9/14/2005 | |
| 16001 | 16001-002 | 001 | Electrical Submittal Package | NEW | 11/30/2005 | 12/7/2005 | 11/28/2005 | 11/30/2005 | | | |
| 16001 | 16001-003 | 001 | Electrical | NEW | 9/5/2005 | 12/7/2005 | 11/21/2005 | 12/2/2005 | | | |

CC00891

# Coastal

## SUBMITTAL
### NO. 09200-001
### PACKAGE NO: 09200

**Coastal Condominiums**
1760 N. Congress Avenue
Boynton Beach, FLORIDA 33436

Phone: 561-739-9370
Fax: 561-739-9390

**TITLE:** Drywall
**PROJECT:** Villa Lago at Renaissance Commons

**DRAWING:**
**STATUS:** NEW
**BIC:**

**REQUIRED START:** 8/16/2005
**REQUIRED FINISH:** 8/23/2005

**DAYS HELD:** 0
**DAYS ELAPSED:** 3
**DAYS OVERDUE:** -8

| RECEIVED FROM | SENT TO | RETURNED BY | FORWARDED TO |
|---|---|---|---|
| PREDRY     FS | MORSAL     DM | | |

| Revision No. | Description / Remarks | Received | Sent | Returned | Forwarded | Status | Sepias | Prints | Drawing Date | Held | Elapsed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Drywall Submittal Package | 8/12/2005 | 8/15/2005 | | | NEW | 0 | 0 | | 0 | 3 |

REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS. NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS.

☐ NO EXCEPTION TAKE       ☐ MAKE CORRECTIONS
                            NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED        ☐ REVISE AND
  ITEM                       RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of constructions; coordinating his or her
work with that of all other trades; and
work in a safe and self-

Date 8/18/05    Submittal # 15
By



CC04803

# Coastal

| Coastal Condominiums | SUBMITTAL TRANSMITTAL |
|---|---|
| 1760 North Congress Avenue | No. 00215 |

Boynton Beach, FLORIDA 33436

**Phone:** 561-739-9370  Ext
**Fax:** 561-739-9390

**PROJECT:** Villa Lago at Renaissance Commons

**TO:** Precision Drywall, Inc.
601 No. Congress Avenue # 501
Delray Beach, FL 33445

**DATE:** 8/23/2005
**JOB NO:** 04-5581
**REF:** Submittals - 09200-001

**ATTN:** Fred Schlesinger     **Ph:** 561-278-7770     **Fax:** 561-278-7950

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☑ Shop Drawings | ☐ Approval | ☑ Approved as Submitted |
| ☐ Letter | ☑ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☑ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☐ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | **SENT VIA:** | ☐ Returned |
| ☐ Specifications | ☑ Attached | ☐ Returned for Corrections |
| ☑ Other: Made from Submittal | ☑ Separate Cover Via: Mail | ☐ Due Date: |

| ITEM NO. | COPIES | PACKAGE | SUBMITTAL | REV. CYCLE | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|
| | 3 | 09200 | 09200-001 | 001 | 8/23/2005 | Dwg Title: Drywall Desc: Drywall Submittal Package | APP |

**Received By:** _____

**CC:**

Expedition ®

**Signed:** _~~Ebe~~_
Ebenezer Mensah

t_tr_99

CC04804

# ◤ Coastal

| | |
|---|---|
| **Coastal Condominiums** | **SUBMITTAL** |
| 1760 N. Congress Avenue | **NO. 09200-001** |
| Boynton Beach, FLORIDA 33436 | **Phone:** 561-739-9370   **Fax:** 561-739-9390   **PACKAGE NO: 09200** |

**TITLE:** Drywall

**PROJECT:** Villa Lago at Renaissance Commons

**DRAWING:**

**STATUS:** APP

**BIC:**

**REQUIRED START:** 8/16/2005

**REQUIRED FINISH:** 8/23/2005

**DAYS HELD:** 0

**DAYS ELAPSED:** 11

**DAYS OVERDUE:** 0

| RECEIVED FROM | | SENT TO | | RETURNED BY | | FORWARDED TO |
|---|---|---|---|---|---|---|
| PREDRY | FS | MORSAL | DM | MORSAL | DM | |

| Revision No. | Description / Remarks | Received | Sent | Returned | Forwarded | Status | Sepias | Prints | Drawing Date | Held | Elapsed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Drywall Submittal Package | 8/12/2005 | 8/15/2005 | 8/23/2005 | 8/23/2005 | APP | 0 | 0 | | 0 | 11 |

Expedition®

*Csb_00*

CC04805



REVIEW IS FOR GENERAL COMPLIANCE WITH
CONTRACT DOCUMENTS. NO RESPONSIBILITY IS
ASSUMED FOR CORRECTNESS OF DIMENSIONS OR
DETAILS:

☐ NO EXCEPTION TAKE    ☐ MAKE CORRECTIONS
                                        NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED    ☐ REVISE AND
ITEM                          RESUBMIT

Corrections or comments made on the shop
drawings during this review do not relieve
contractor from compliance with requirements of
the drawings and specifications. This check is only
for review of the general conformance with the
design concept of the project and general
compliance with the information given in the
contract documents. The contractor is responsible
for: Confirming and correlating all quantities and
dimensions; selecting fabrication processes and
techniques of construction; coordinating his or her
work with that of all other trades and performing all
work in a safe and satisfactory manner.

URS Architects Inc.

Date _____

By _____

*09200-001*

09250

# GOLD BOND® BRAND GYPSUM WALLBOARD

### MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

### DESCRIPTION

Gold Bond BRAND Gypsum Wallboard panels consist of a fire-resistant gypsum core encased in heavy natural-finish, 100% recycled paper on the face and back sides. The face paper is folded around the long edges to reinforce and protect the core, and the ends are square-cut and finished smooth. For speed of installation, GridMark™™ guide marks are printed on the paper surface.

Long edges of the panels are tapered or square. Tapered edges allow joints to be reinforced and concealed with ProForm® BRAND Joint Tape and Pro-Form BRAND Easy Finish® or Sta-Smooth® BRAND joint treatment compounds.

Gold Bond BRAND Fire-Shield® Gypsum Wallboard features a type X core to provide additional fire resistance ratings when used in tested systems.

Gold Bond BRAND Fire-Shield C Gypsum Wallboard Panels have a specially formulated type X core to achieve superior performance when used in specific fire-rated type C assemblies.

### BASIC USES

1/4" - Lightweight, low-cost utility gypsum panel for use as a base layer for improving sound control in double-layer steel and/or wood stud partitions. Also for use over old wall and ceiling surfaces. Also applicable for forming curved surfaces with short radii.

3/8" - Lightweight for use in the double-wall systems over wood framing, and for repair and remodeling.

1/2" - For single-layer application in residential construction and single or multi-layer construction for fire tested assemblies (Fire-Shield C). Also used as a roofing substrate (Fire-Shield C).

5/8" - (Fire-Shield or Fire-Shield C only) For the single or multi-layer drywall construction. The greater thickness provides increased resistance to fire and reduced sound transmission.

### ADVANTAGES

• Lightweight, cost-efficient material that readily accepts a wide range of decorative finishes.

• Gypsum Wallboard is easily cut for quick installation, permitting painting or other decoration and the installation of metal or wood trim almost immediately.

• The gypsum core will not support combustion or transmit temperatures greatly in excess of 212°F (100°C) until completely calcined, a slow process.

• Expansion and contraction under normal atmospheric changes is negligible.

### LIMITATIONS

• Exposure to excessive or continuous moisture and extreme temperatures should be avoided. Gypsum Wallboard is not recommended where it will be exposed to temperatures exceeding 125°F (52°C) for extended periods of time.

• To prevent objectionable sag in gypsum paneled ceilings, the weight of overlaid unsupported insulation should not exceed the following recommendations:

| PSF (Lbs./Sq. Ft.) | Type | Frame Spacing |
|---|---|---|
| 1.3 (6.3 kg/M²) | 1/2" Regular 1/2" Fire-Shield C | 24" o.c. |
| 2.2 (10.7 kg/M²) | 1/2" Regular 1/2" Fire-Shield C | 16" o.c. |
| 2.2 (10.7 kg/M²) | 5/8" Fire-Shield 5/8" Fire-Shield C | 24" o.c. |

Panels 3/8" thick must not be over-laid with unsupported insulation. If required, a vapor retarder can be installed in exterior ceilings, and plenum or attic spaces should be properly vented.

• Installing Gypsum Wallboard panels over an insulating blanket, installed continuously across the face of the framing members, is not recommended. Blankets should be recessed and flanges attached to the sides of the studs or joists.

• Gypsum Wallboard must be stored off the ground and under cover. Sufficient risers must be used to assure support for the entire length of the wallboard to prevent sagging.

• Gypsum Wallboard must be kept dry to minimize the potential for mold growth. Adequate care should be taken while transporting, storing, applying and maintaining gypsum wallboard. For additional information, refer to the Gypsum Association publication, "Guidelines for the Prevention of Mold Growth on Gypsum Wallboard" (GA-238-03), which is available at www.gypsum.org under the "Download Free Gypsum Association Publications" section.

### COMPOSITION & MATERIALS

Gypsum Wallboard is a manufactured panel with a gypsum core encased with paper. Gypsum Wallboard contains no asbestos. Fire-Shield core gypsum wallboard also contains various aggregates such as fiberglass to enhance the fire resistive qualities.

*(Continued next page)*

Job Name _____

Contractor _____  Date _____

COASTAL CONDOMINIUMS
Submittal Approval Stamp (Signatures)
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER 04-5581
TRANSMITTAL NO. _____  SPEC. REF. _____
[X] REVIEWED                    RECEIVED 8/12/05
( ) REVIEWED AS NOTED           TO A/E 8/15/05
( ) REVISE AND RESUBMIT         FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _____  Date: 5-15-05

SA Architects, Inc.   AUG 1 8 2005   Received

*Patent Pending National Gypsum Properties, LLC.



## ACCESSORIES

Fasteners: drywall screws, nails
  or adhesives
Joint tape
Joint compound
Cornerbeads
Trims
Casing beads
Furring channels
E-Z Strip control joints
.093 zinc control joint

## SIZES

Regular Gypsum Wallboard
  *Width:*    4' (1219 mm)
  *Lengths:*  6' through 16'
              (1829 – 4877 mm)
  *Thickness:* 1/4" (6.4 mm)
              3/8" (9.5 mm)
              1/2" (12.7 mm)

Fire-Shield Wallboard (includes "C")
  *Width:*    4' (1219 mm)
  *Lengths:*  6' through 16'
              (1829 – 4877 mm)
  *Thickness:* 1/2" (12.7 mm)
              5/8" (15.9 mm)

54" Wide Regular Gypsum
Wallboard
  *Width:*    4'6" (1372 mm)
  *Lengths:*  12' & 14' (3658 mm
              & 4267 mm)
  *Thickness:* 1/2" (12.7 mm)

54" Wide Fire-Shield Gypsum
Wallboard
  *Width:*    4'6" (1372 mm)
  *Lengths:*  12' (3658 mm)
  *Thickness:* 5/8" (15.9 mm)

*Edges:*
  Regular Gypsum Wallboard:
              Square or tapered
  Fire-Shield Wallboard:
              Square or tapered

## APPLICABLE STANDARDS

ASTM C 36/C 1396

Federal specification SS-L-30D
Type III (Regular)
Federal specification SS-L-30D
Type III Grade X (Fire-Shield)

### ▶ TECHNICAL DATA

## SURFACE BURNING
## CHARACTERISTICS
ASTM E 84
Flame spread:      15
Smoke developed:    0

## FIRE RESISTANCE RATINGS

Fire resistance ratings represent
the results of tests on assemblies
made up of specific materials in
a specific configuration. When
selecting construction designs
to meet certain fire resistance
requirements, caution must be
used to insure that each com-
ponent of the assembly is the

---

one specified in the test.
Further, precaution should be
taken that assembly procedures
are in accordance with those
of the tested assembly.
(For copies of specific tests,
call 1-800-NATIONAL.)

### ▶ INSTALLATION

## APPLICABLE STANDARDS
## AND REFERENCES

ASTM C 840
Gypsum Association GA-216
Gypsum Association GA-214
National Gypsum Co. *Gypsum
Construction Guide*

## RECOMMENDATIONS

Installation of Gypsum
Wallboard should be
consistent with methods
described in the standards
and references noted.

## GRIDMARX™

Gold Bond® BRAND Wallboard
comes standard with
GridMarX™ guide marks,
printed on the paper surface.
These guide marks align with
standard building dimensions
and help to quickly identify
fastener lines for stud and
joist framing. Using GridMarX,
accurate cuts can be made
without having to draw lines.
The use of GridMarX also
provides quick identification
and uniform nail/screw
patterns.

GridMarX guide marks run the
machine direction of the
board at five points in 4"
increments. Marks run along
the edge in both tapers and at
16", 24" and 32" in the field
of the board. The marks cover
easily with no-bleed-through
using standard paint products.

Vertical Application – In a vertical
application, GridMarX serve as
a guide mark to help identify
the exact location of framing
members behind the gypsum
board eliminating the need
for field applied vertical lines.

Horizontal Application – In a
horizontal application,
GridMarX serve as a reference
mark to help identify the
location of framing members
behind the gypsum board.
(If framing member is located
2" to the right of the GridMarX
at the top edge of the board,
it will be located 2" to the
right down the face of the
board.)

---

## DECORATION

For best painting results, all
surfaces, including joint
compound, should be clean,
dust-free and not glossy. To
improve fastener and joint
concealment, a coat of a
quality drywall primer is rec-
ommended to equalize the
porosities between surface
paper and joint compound.

The selection of a paint to
give the specified or desired
finished characteristics is the
responsibility of the architect
or contractor.

---

Gypsum Wallboard that is to have
a wallcovering applied to it
should be prepared and primed
as described for painting.

Gypsum Association GA-214,
Recommended Specification
for Levels of Gypsum Board
Finish, should be referred to in
order to determine the level of
finishing needed to assure a
surface properly prepared to
accept the desired decoration.

### GridMarX™— Vertical Application



Studs in
example are
24" OC

GridMarX
spaced
4" apart

### GridMarX™ — Horizontal
### Wall And Ceiling Application



GridMarX
spaced
4" apart

Studs in example
are 16" OC

Represents a pipe or wiring



National Gypsum
COMPANY

Excellence Across The Board

110638   Rev. 07/03

**Gold Bond® BRAND** 

# MR BOARD – MOISTURE RESISTANT GYPSUM BOARD

09250

## ► MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
http://www.nationalgypsum.com

09250/NGC Buyline: 1100

## ► DESCRIPTION

Gold Bond BRAND MR (Moisture-Resistant) Board is a specially processed gypsum wallboard with the core, face paper and back paper of the MR Board treated to withstand the effects of moisture and high humidity. The facing paper is colored light green so as to make it readily distinguishable from regular gypsum wallboard.

## BASIC USE

MR Board is designed as a base for ceramic tile and other non-absorbent finish materials in areas where moisture is present such as showers and water closets and areas required by local building codes. MR Board may be extended beyond the area to be tiled. A tapered edge is provided so that joints can be treated in the normal manner.

## ADVANTAGES

• Cost effective. MR Board is more economical than cementitious materials.

• Moisture resistant. The special moisture resistant surface is specifically designed to accept tile adhesives while resisting the effects of moisture.

## LIMITATIONS

• MR Board shall not be used where there will be direct exposure to water or continuous high humidity conditions, such as found in saunas, steam rooms, gang shower rooms or swimming pool enclosures.

• Not to be exposed to temperatures exceeding 125°F (52°C) for extended periods of time.

• Vapor retarder shall not be placed behind the MR Board when used as a tile backer. A vapor retarder can be created

on the face of the MR Board by applying a skim coat of tile adhesive or by using silicone grout for tile. By itself, MR Board is not a vapor retarder.

• The MR Board shall not be used on exterior ceilings. Gold Bond Soffit Board is recommended for protected exterior ceiling applications.

• MR Board may be utilized on interior ceilings provided spacing of framing members does not exceed 12" o.c. for 1/2" MR Board and 16" o.c. for 5/8" MR Board. Gold Bond Gypsum Wallboard is recommended for interior ceiling applications.

• MR Board shall be stored off the ground and under cover. Sufficient risers must be used to assure support for the entire length of the wallboard to prevent sagging.

## COMPOSITION & MATERIALS

MR Board is a manufactured panel with a water resistant gypsum core encased in water repellent paper. Available with a type X (Fire-Shield) water resistant core. Fire-Shield Core gypsum wallboard also contains various aggregates such as fiberglass to enhance the fire resistive qualities. MR Board contains no asbestos.

## ACCESSORIES

MR Board does not require any special tapes or edge sealants.

Joint treatment components for use beyond area to be tiled should be Gold Bond All-Purpose Ready Mix Joint Compound.

Tile adhesive shall be water resistant and shall meet the requirements of ANSI A136.1-1985, Type 1.

## SIZES & TYPES

Width: 4' (1219 mm)
Lengths: 6' (1829 mm) through
16' (4877 mm)
Thickness: 1/2" (12.7 mm)
Regular and
Fire-Shield C
5/8" (15.9 mm)
Fire-Shield

## APPLICABLE STANDARDS

ASTM C 630/C 1396
Federal Specification Standard
SS-L-30D Type VII

## ► TECHNICAL DATA

## SURFACE BURNING CHARACTERISTICS

ASTM E-84
Flame spread:    15
Smoke developed:  0

## FIRE RESISTANCE RATINGS

Fire resistance ratings represent the results of tests on assemblies made up of specific materials in a specific configuration. When selecting construction designs to meet certain fire resistance requirements, caution must be used to insure that each component of the assembly is the one specified in the test. Further, precaution should be taken that assembly procedures are in accordance with those of the tested assembly. (For copies of specific tests, call 1-800-NATIONAL)

## SOUND CONTROL

Sound control details of the basic wall must conform to specifications for the desired ratings with gypsum board extending from floor to ceiling before installation of bathtub or shower receptor. The installation of the MR Board to receive the application of tile around the tub or shower receptor will be in addition to the floor to ceiling base gypsum board.

(Continued next page)

Job Name _____

Contractor _____ Date _____

COASTAL CONDOMINIUMS
Submittal Approvals: (Stamps or Signatures)
790 N.W. 107TH AVENUE
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER __04-SSB1__
TRANSMITTAL NO. _____  SPEC. REF _____
(X) REVIEWED                        RF'D ____ to 8/12/05
( ) REVIEWED AS NOTED               TO  at 8/15/05
( ) REVISE AND RESUBMIT             FROM A'E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as an acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _Eber_          Date: 8-15-08

▶ **INSTALLATION**

## APPLICABLE STANDARDS AND REFERENCES

ASTM C 840
Gypsum Association GA-216
National Gypsum Co. Gypsum Construction Guide

MR Board is applied in the same way as regular gypsum wallboard except that during the installation of the panels, water-resistant tile adhesive is applied to all cut or exposed edges, utility holes and joints, including those at wall intersections.

## RECOMMENDATIONS

Installation of MR Board shall be consistent with methods described in the noted standards and references and as indicated below.

*Preparation:* The bathtub or shower receptor is installed before MR Board is applied. If stud spacing is greater than 16" o.c., horizontal blocking or framing shall be installed approximately 1" above the edge of the fixture and at MR Board horizontal joints in area to receive tile. Suitable blocking shall be provided at all interior corners.

To assure that the tub lip will be in the same plane as the installed MR Board, it may be necessary to apply furring between framing and tub lip. It is essential in any case that a 1/4" gap shall be maintained between the tub lip or shower base and the lower paper-bound edge of the MR Board.

Framing members shall be plumb and true. Place studs (wood or metal) not to exceed 24" o.c.

*Procedure:* Apply MR Gypsum Wallboard horizontally to the framing using nails or screws spaced not to exceed 8" o.c., driven flush with the gypsum board. During board application, all cut edges shall be coated with approved water-resistant adhesive as recommended for tile application. In bath or shower areas, a 1/4" space shall be maintained between the lower paper bound edge of the board and the lip of the tub or shower receptor.

MR Board may be applied to interior ceiling when framing does not exceed 12" o.c. for 1/2" MR Board and 16" o.c. for 5/8" MR Board, including use as a substrate when ceramic tile or similar materials are to be applied to the ceiling.

*Joint treatment and caulking:* Using water-resistant tile adhesive, lay a bead of adhesive on the tub or shower receptor flange and caulk all corners, and around all openings prior to tile application. Nail and screw heads shall be spotted with water-resistant tile adhesive on surfaces to be covered with tile.

Do not apply joint compound to joints or fasteners to be tiled. This may be waived if the applied tile in combination with the bonding adhesive employed fully protects the gypsum board and water-sensitive materials, if present (such as when joint compound is used), from penetration of water. Responsibility for performance of completed installations should rest with the surfacing material applicator.

All joints beyond the area to be tiled shall be treated in a conventional manner using tape and joint compound.

## DECORATION

For best painting results, all surfaces, including joint compound, shall be clean, dust-free and not glossy. To improve fastener and joint concealment, a coat of a quality primer is recommended to equalize the porosities between surface paper and joint compound. Drywall primer is a product specially formulated for this purpose.

The selection of a paint to give the specified or desired finished characteristics is the responsibility of the architect or contractor.

Gypsum Wallboard that is to have a wallcovering applied to it shall be prepared and primed as described for painting. Primer shall be fully cured and dry before application of wallcovering.

Gypsum Association GA-214, Recommended Specification for Levels of Gypsum Board Finish, should be referred to in order to determine the level of finishing needed to assure a surface properly prepared to accept the desired decoration.

**National Gypsum** COMPANY

Excellence Across The Board



110636   Rev. 6/01

CC04810

# PERMABASE® BRAND CEMENT BOARD

## MANUFACTURER

Unifix Inc./Unifix USA Inc.
A Wholly Owned Subsidiary of
National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09305/NGC Buyline: 1100

PermaBase® is a registered
trademark of National Gypsum
Company.

## DESCRIPTION

PermaBase® BRAND is a rigid
substrate made of Portland
cement, aggregate and glass
mesh that provides an excep-
tionally hard, durable surface
that is able to withstand pro-
longed exposure to moisture.

## BASIC USES

PermaBase is ideally suited as
an underlayment or backing
surface for tub and shower
surrounds, countertops,
flooring and a variety of
other interior and exterior
applications.

## ADVANTAGES

- Long wrapped tapered edges
  are formed smooth and shatter-
  proof using the double-wrapped
  EdgeTech® technology.
- Highly moisture resistant, will
  not rot, disintegrate or swell
  when exposed to water.
- Can be used in both interior
  and exterior applications.
- Impact resistant with
  excellent overall flexural,
  compressive and tensile
  strength characteristics.
- Cut to size using a utility knife
  and straight edge.

## LIMITATIONS

- PermaBase Cement Board
  should not be used as a struc-
  tural load-bearing member.
- Maximum framing spacing
  should not exceed 16" o.c.
  and must be designed to limit
  deflection to less than L/360
  under all live and dead loads.
- Steel framing must be 20 gauge
  or heavier.

- Do not use 1/4" PermaBase
  Underlayment for wall or
  ceiling applications.
- Install PermaBase with rough
  side up/out. Adhere tile to
  rough side.
- PermaBase Cement Board is
  vapor-permeable and unaffected
  by water but is not a water
  barrier. If the area behind the
  backerboard must be kept dry,
  a separate moisture barrier or
  waterproof membrane must
  be used.
- On exterior installations, a
  waterproof membrane must
  be utilized.
- PermaBase should not be used
  on exterior surfaces where
  imposed wind loads exceed
  40 lbs. psf.
- Paper or self-adhesive fiberglass
  drywall tape, joint compound
  and drywall nails or screws
  should not be used.
- Maximum fastener spacing
  should not exceed 8" o.c. for
  floor, countertop and wall and
  6" o.c. for ceiling applications.
- Not recommended for use
  with vinyl flooring.
- For exterior finishes applied
  over PermaBase, consult
  exterior finish manufacturer
  for installation requirements.

## COMPOSITION AND MATERIALS

Cementitious Backer Unit (CBU):
A nailable, screwable backer-
board or underlayment panel
which is composed of
Portland Cement, aggregates
and reinforcements that has a
significant ability to remain
unaffected by prolonged
exposure to moisture.

## ACCESSORIES

Joint reinforcement: Mesh tape
must be used on all edges
and cuts made to size. Use
2" wide polymer-coated
(alkali-resistant) mesh tape
for interior applications and
minimum 3" wide polymer-
coated (alkali-resistant) mesh
tape for exterior applications.

Bonding materials: Treat joints
and set facing material with
dry-set (thin-set) or preferably
Latex-Portland Cement mortar.
All mortar should comply
with ANSI A118.1 or ANSI
A118.4 product standards.
Type I organic adhesive meeting
ANSI A136.1 may be utilized
for interior use only.

Fasteners: Galvanized roofing
nails, 1-1/2" long with hot
dipped galvanized coating
for use with wood framing.
Nails should meet Federal
Specification #FF-N105B/
type 2 style 2D.

Corrosion-resistant cement board
screws or equivalent, 1-1/4" or
1-5/8" long, for use with wood
framing.

Corrosion-resistant cement board
S-12 screws or equivalent,
1-1/4" or 1-5/8" long, for use
with 20 gauge or heavier steel
framing.

## SIZES

Thickness: 1/4" (6.3 mm)
(counters/floors only)
1/2" (12.7 mm)
5/8" (15.9 mm)
1" (25.4 mm)
3/4" (19.1 mm)
3/8" (9.7 mm)

Widths: 32" (813 mm)
36" (914 mm)
48" (1219 mm)

Lengths: 48" (1219 mm)
60" (1524 mm)
72" (1829 mm)
96" (2438 mm)

Note: Custom thicknesses and
lengths available with minimum
quantity.

## APPLICABLE STANDARDS

Exceeds ASTM C 1325 and
ANSI A118.9 specifications.

*(Continued next page)*

---

Job Name _____

Contractor ____ COASTAL CONDOMINIUMS
790 N.W. 107th AVENUE
Submittal MIAMI FL (QRDA0891 72ures)

PROJECT NAME & NUMBER __04 - 5581__
TRANSMITTAL NO. _____   SPEC. REF. _____
(X) REVIEWED                RECEIVED _8-12-05_
( ) REVIEWED AS NOTED        TO A/E _8/15/05_
( ) REVISE AND RESUBMIT      FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the contract
documents.

Reviewed by: _____   Date: _8-15-05_

CC04811

► TECHNICAL DATA

## FIRE RESISTANCE RATINGS

*One-hour rating:* The one-hour wall assembly consists of 3-5/8" steel studs, 16" o.c., one layer of 1/2" PermaBase attached horizontally or vertically with 1-1/4" long cement board screws, 8" o.c. in the field and perimeter on one side and one layer of 5/8" Fire-Shield® 18040 Wallboard attached vertically, on opposite side, with joints staggered to those of opposite side, with 1-1/4" long drywall screws 8" o.c. in the field and perimeter side, with 3" thick mineral fiber insulation batts in the stud cavities. ITS/WHI Report No. J99-4001.

*Two-hour fire rating:* The two-hour wall assembly consists of 3-5/8" steel studs 16" o.c., on one side, base layer of 1/2" Fire-Shield C Wallboard attached vertically with 1" drywall screws 24" o.c. in the field and perimeter and face layer of 1/2" PermaBase attached vertically with 1-5/8" cement board screws, 8" o.c. in the field and perimeter. Two layers of 1/2" Fire-Shield C Wallboard applied vertically

to opposite side, base layer attached with 1" drywall screws 24" o.c. in the field and perimeter and face layer attached with 1-5/8" drywall screws 12" o.c. in the field and perimeter, with 3" thick mineral fiber insulation batts in the stud cavities. All joints staggered between face and base layer. ITS/WHI Report No. J98-32931.

(Tests were conducted pursuant to ASTM E 119, as a non load-bearing wall, fire rated both sides under the supervision of Intertek Testing Services NA, Inc.)

► RECOMMENDATIONS

## INTERIOR APPLICATIONS

*General:* All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of L/360 under all intended loads. Framing members should be spaced a maximum of 16" o.c.

*Note:* Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with current ANSI specifications and Tile Council of America (TCA) guidelines.

*Tile, thin brick and other facing materials:* Installation of tile or similar facing materials should comply with ANSI A108 standard specifications.

*Control joints:* For interior installations, allow a maximum of 30 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building (discontinue all cross furring members located behind joint); when boards abut dissimilar materials; where framing material changes; at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with coating or other materials.

## WALLS & CEILINGS

*Wall framing:* Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking where necessary to permit proper PermaBase attachment.

Do not install PermaBase directly over protrusions from stud plane such as heavy brackets

or fastener heads. Studs above a shower floor should be either notched or furred to accommodate the thickness of the waterproof membrane or pan. The surround opening for a tub or precast shower receptor should not be more than 1/4" larger than unit to be installed.

*Ceiling framing:* The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 10 psf. Ceiling joist or furring channel should not exceed 16" o.c. (Edges of PermaBase parallel to framing should be continuously supported.) Provide additional blocking when necessary to permit proper PermaBase attachment.

*PermaBase Cement Board:* Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls, 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Ensure PermaBase is tight to framing.

*Joint reinforcement:* Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 6" wide, approx. 1/16" thick, coat of bonding material over entire joint. Immediately embed 2" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

## FLOORS & COUNTERS

*Subfloor or base:* 5/8" (3/4" for 1/4" PermaBase) exterior grade plywood should be securely glued and fastened to floor joists or on counter base. Floor joists and counter framing should be spaced a maximum of 16" o.c.

*Note:* Floor trusses or I-joists may be spaced 19.2" o.c. with 3/4" tongue-and-groove subfloor decking.

(Continued next page)

## PHYSICAL PROPERTIES

| Property | Test Method | PermaBase | 1-4" PermaBase |
|---|---|---|---|
| Water Absorption % by weight /24 hrs. | ASTM C 473 | < 8 | < 8 |
| Flexural Strength (psi) | ASTM C 947 | 750 | 1250 |
| Fastener Holding (Wet and Dry, lbs.) | ASTM D 1037 (0.400" head diameter) | 125 | 125 |
| Weight (psf) | ASTM C 473 | 3 | 2 |
| Freeze/Thaw (cycles) per ANSI A118.9 | ASTM C 666 Procedure B | 100 | 100 |
| Compressive Strength (psi) (Indentation) | ASTM D 2394 | 2250 | 2250 |
| Flame Spread/Smoke Developed | ASTM E 84 | 0/0 | 0/0 |
| Wind Load (psf, studs 16" o.c.) | ASTM E 330 | 40 | - |
| Thermal "R"/k Value | Property of Material | 0.2/2.7 | 0.1/2.7 |
| Bending Radius (ft.) | Property of Material | 5 | - |
| Standard Method for evaluating ceramic floor installation system | ASTM C 627 | Light Commercial | Light Commercial |
| Falling Ball Impact (12" drop) | ASTM D 1037 | pass | pass |
| Shear Bond Strength, 7 days (psi) | Dry-Set Portland Cement Mortar | ANSI A118.1 | 204 | - |
| | Latex-Portland Cement Mortar | ANSI A118.4 | 241 | - |
| | Organic Adhesives Type 1 | ANSI A136.1 | 159 | - |
| Linear Variation (Due to change in moisture content) | ASTM D 1037 | 0.05% | - |
| Bacterial Resistance | ASTM G 22 | 0 (No growth) | 0 (No growth) |
| Fungus Resistance | ASTM G 21 | 0 (No growth) | 0 (No growth) |

CC04812

*Underlayment:* Using a 1/4"
square-notched trowel, apply
a setting bed of Latex-Portland
Cement mortar or Thin-Set to
the subfloor or counter base.
Immediately laminate
PermaBase to subfloor or base
leaving a 1/8" space between
boards at all joints and comers.
Leave a 1/4" gap along walls.
Stagger joints so they do not
line up with underlying sub-
strate joints. Fasten PermaBase
every 8" o.c. throughout
board field and around all
edges while setting bed mortar
is still workable. Around
perimeter of each board, locate
fasteners 2" from the comers
and not less than 3/8" from
the edges. Fill all joints solid
with bonding material. On
non-tapered joints such as
butt ends, apply a 6" wide,
1/16" thick coat over the
entire joint. Embed fiberglass
mesh tape fully into applied
bonding material; ensure that
tape is centered over joint.
Apply bonding material over
fasteners to fully conceal.
Remove all excess bonding
material and allow to cure.

## EXTERIOR APPLICATIONS

*General:* All framing should
comply with local building
code requirements and be
designed to provide support
with a maximum allowable
deflection of L/360 under all
intended live (including wind)
and dead loads.

*Note:* Cut or score PermaBase
on rough side of panel. Install
tile and tile setting materials in
accordance with current ANSI
specifications and Tile Council
of America (TCA) guidelines.

*Control joints:* For exterior
installations, allow a maximum
of 15 lineal feet between
control joints. A control joint
must be installed but is not
limited to the following
locations: where expansion
joints occur in the framing
or building (discontinue all
cross furring members located
behind joint); when boards
abut dissimilar materials; where
framing material changes; at
changes of building shape or
structural system; at each story
separation. Place control
joints at comers of window
and door openings, or follow
specifications of architect.
Control joint cavity shall not
be filled with any coating or
other materials.

## DECKS

*Subfloor:* Plywood should be
securely glued and fastened to
floor joists spaced a maximum
of 16" o.c. Subfloor should be
sloped at a minimum pitch of
1/4" per foot. The floor surface
should be true to plane within
1/8" in 10'.

*Underlayment:* Using a 1/4"
square-notched trowel, apply
a setting bed of Latex-Portland
Cement mortar to the subfloor.
Immediately laminate
PermaBase to subfloor leaving
a 1/8" space between boards
at all joints and comers. Leave
a 1/4" gap along walls. Stagger
joints so they do not line up
with underlying substrate
joints. Fasten PermaBase every
8" o.c. throughout board field
and around all edges while
setting bed mortar is still
workable. Around perimeter
of each board, locate fasteners
2" from the comers and not
less than 3/8" from the edges.
Fill all joints solid with bond-
ing material. On non-tapered
joints such as butt ends, apply
a 6" wide, 1/16" thick coat
over the entire joint. Embed
alkali-resistant fiberglass mesh
tape fully into applied bonding
material; ensure that tape is
centered over joint. Apply
bonding material over fasteners
to fully conceal. Remove all
excess bonding material and
allow to cure.

*Waterproof membrane:*
Trowel apply waterproof
membrane to the entire
surface of the PermaBase,
following membrane
manufacturer's installation
instructions in detail.

## WALLS & CEILINGS

*Wall framing:* Studs should be
spaced a maximum of 16" o.c.
Edges/ends of PermaBase
parallel to framing should be
continuously supported.
Provide additional blocking
when necessary to permit
proper PermaBase attachment.
Do not install PermaBase
directly over protrusions from
stud plane such as heavy
brackets or fastener heads.

*Weather barrier:* While
PermaBase is unaffected by
moisture, a water barrier
must be installed to protect
the cavity. It should be
installed according to the
manufacturer's specifications
between the PermaBase and
the framing members.

*Ceiling framing:* The deflection
of the complete ceiling
assembly due to dead load
(including insulation,
PermaBase, bonding material

and facing material) should
not exceed L/360. The dead
load applied to the ceiling
frame should not exceed
10 psf. Ceiling joist or furring
channel should not exceed
16" o.c. Edges of PermaBase
parallel to framing should be
continuously supported.
Provide additional blocking
when necessary to permit
proper PermaBase attachment.

*PermaBase Cement Board:*
Apply PermaBase with ends
and edges closely butted but
not forced together. Stagger
end joints in successive
courses. Drive fasteners
into field of cement board
first, working toward ends
and edges. Space fasteners
maximum 8" o.c. for walls,
6" o.c. for ceilings with
perimeter fasteners at least
3/8" and less than 5/8" from
ends and edges. Ensure
PermaBase is tight to framing.

*Joint reinforcement:*
Trowel bonding material to
completely fill the tapered
recessed board joints and gaps
between each panel. On non-
tapered joints apply a 6" wide,
approx. 1/16" thick coat of
bonding material over entire
joint. Immediately embed
minimum 3" alkali-resistant
fiberglass mesh tape fully into
applied bonding material and
allow to cure. Same bonding
material should be applied to
comers, control joints, trims
or other accessories. Feather
bonding material over fasteners
to fully conceal.



110633  Rev. 9/04

CC04814

09250

# GOLD BOND® BRAND
# 1" FIRE-SHIELD® SHAFTLINER

## ▶ MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

## ▶ DESCRIPTION

Gold Bond® BRAND Fire-Shield® Shaftliner panels consist of a fire-resistant type X gypsum core encased in a heavy moisture-resistant green, 100% recycled paper on the face and back sides. The face paper is folded around the long edges to reinforce and protect the core, and the ends are square-cut and finished smooth. Long edges of panels are beveled for ease of installation.

### BASIC USES

1" Shaftliner panels are designed to be used to construct light-weight fire barriers for cavity shafts and area separation walls in multifamily housing. The panels are key components in the I-Stud Cavity Shaftwall System and the I-Stud and H-Stud Area Separation Wall Systems.

*Note: I-Stud Cavity Shaftwall and H-Stud/I-Stud Area Separation Wall Systems have been tested. Substitution of components not sold or authorized by National Gypsum Company may adversely affect system performance and is not recommended. National Gypsum Company makes no warranties as to any such substituted component.*

### ADVANTAGES

- Lightweight, cost-efficient material.
- Shaftliner is easily cut for quick installation.
- The gypsum core will not support combustion or transmit temperatures greatly in excess of 212°F (100°C) until completely calcined, a slow process.

- Expansion and contraction under normal atmospheric changes are negligible.

### LIMITATIONS

- Exposure to excessive or continuous moisture and extreme temperatures should be avoided.
- To prevent weakening due to calcining, 1" Fire-Shield Shaftliner panels, like any gypsum wallboard, should not be exposed to temperatures over 125°F (52°C) for extended periods of time.
- When installing Shaftliner panels over an insulating blanket, installation continuously across the face of the framing members is not recommended. Blankets should be recessed and flanges attached to the sides of the studs or joists.

### MATERIALS

Manufactured panels with gypsum core, paper-encased.

Contains no asbestos.

1" Fire-Shield Shaftliner, I-Studs, J-Track, H-Studs and H-Stud Track

### ACCESSORIES

Fasteners: drywall screws or adhesives.
I-Studs
J-Track
H-Studs
H-Stud Track

### SIZES

| | |
|---|---|
| *Width:* | 2' (610 mm) |
| *Length:* | 7' through 14' (2134–4267 mm) |
| *Thickness:* | 1" (25.4 mm) |
| *Edges:* | Double-beveled |

### APPLICABLE STANDARDS

ASTM C 442 / C 1396

Federal specification SS-L-30D Type IV Grade X

## ▶ TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

| | |
|---|---|
| Flame spread: | 15 |
| Smoke developed: | 0 |

### FIRE RESISTANCE RATINGS

Fire resistance ratings represent the results of tests on assemblies made up of materials authorized by National Gypsum in specific configurations. When selecting construction designs to meet certain fire resistance requirements, caution must be used to

ensure that each component of the assembly is the one specified in the test. Further, precaution should be taken that assembly procedures are in accordance with those of the tested assembly. (For copies of specific tests, call 1-800-NATIONAL.)

## ▶ INSTALLATION

Installation of 1" Fire-Shield Shaftliner should be consistent with methods described in specific application details for I-Stud Cavity Shaftwall Systems, I-Stud or H-Stud Area Separation Wall Systems or other fire-rated designs shown in National Gypsum Company's *Gypsum Construction Guide.*



National Gypsum COMPANY

*Excellence Across The Board*

---

Job Name _____

Contractor ~~COASTAL CONDOMINIUMS~~ Date _____
790 N.W. 107th AVENUE
Submittal Approvals (Stamps or Signatures)
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER ___04-5581___
TRANSMITTAL NO. _____ SPEC REF. _____
(X) REVIEWED                    RECEIVED _8/12/05_
( ) REVIEWED AS NOTED           TO A/E _8/15/05_
( ) REVISE AND RESUBMIT         FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _____ Date: _8-15-05_

110688   Rev. 08/04

CC04815

# PROFORM® BRAND ALL PURPOSE READY MIX JOINT COMPOUND

## MANUFACTURER

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC1
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09250/NGC BuyLine: 1100

## DESCRIPTION

ProForm® BRAND All Purpose Ready Mix Joint Compound is a pre-mixed vinyl base compound that may be used directly from the container.

## BASIC USES

ProForm All Purpose Ready Mix Joint Compound is designed for tape application, fastener spotting and complete joint finishing of gypsum wallboard. It can also be used to repair cracks in plastered walls, to texture surfaces and to laminate wallboard to other surfaces such as masonry or other wallboard. It contains sufficient binder to secure the reinforcing tape and develops its strength and hardness by drying.

## ADVANTAGES

• Ready to use right from the container.
• Excellent adhesion/bond.

## LIMITATIONS

• Protect from freezing and exposure to extreme heat and direct sunlight, conditions which will cause premature aging of the product.
• Do not overthin.
• Excessive mixing with an electric drill can cause undesirable changes in viscosity and in finished surface appearance.

## STORAGE

Storage life varies with climatic conditions, up to 6 months under good conditions. Store compound away from extreme cold or heat to avoid premature aging.

Regularly check production dates and rotate inventory on a first-in, first-out plan.

If Ready Mix Joint Compound freezes, allow material to thaw at room temperature for at least 24 hours. When thawed, turn container upside-down for at least 15 minutes. Turn pail right side up, remove lid, and immediately remix with an electric drill. Ready Mix Joint Compound should be lump free and ready to use within 1 minute. Discard all Ready Mix Joint Compound that does not remix to a lump free consistency.

## COMPOSITION & MATERIALS

Contains no asbestos. May contain any of the following:

| Component | CAS No. |
|---|---|
| Limestone | 1317-65-3 |
| Plaster of Paris | 10034-76-1 |
| Gypsum | 13397-24-5 |
| Perlite | 93763-70-3 |
| Talc | 14807-96-6 |
| Mica | 12001-26-2 |
| Clay | 1302-78-9 |
| | 1332-58-7 |
| | 66402-68-4 |
| | 8031-18-3 |
| Starch | 9005-25-8 |
| Water* | 7732-18-5 |
| Latex* | |

*Present only in Ready Mixed products.

## ACCESSORIES

Joint tape
Cornerbead
Multi-Flex joint tape
Arch cornerbead
Casing beads (100, 200, 500)
E-Z Strip control joint

## TYPES

Hand grade
Machine grade
Heavy
Tinted
Texture

## PACKAGING

48 lb. carton (21.7 kg)
50 lb. carton (22.7 kg)
61.7 lb. pail (28.0 kg)
61.7 lb. carton (28.0 kg)
West Coast only:
47 lb. carton (21.15 kg)

## APPLICABLE STANDARDS

ASTM C 475
Federal Specification SS-J-570B

## TECHNICAL DATA

Coverage: 130-140 lbs./1,000 sq. ft. of wallboard* (64-68 kg/100 M²)
*Coverage varies with number of cornerbeads and trims used.

## INSTALLATION

### APPLICABLE STANDARDS AND REFERENCES

ASTM C 840
Gypsum Association GA-216
Gypsum Association GA-214
National Gypsum Co. Gypsum Construction Guide

### RECOMMENDATIONS

Installation of ProForm All Purpose Ready Mix Joint Compound should be consistent with methods described in the noted standards and references and as indicated below.

ProForm All Purpose Ready Mix may need a slight amount of mixing before use, and in any case should be lightly mixed before any water is added. Mixing may be done with a potato-masher-type tool or by use of a low-speed drill. Use directly from the container for treating fasteners and cornerbeads or for taping and finishing joints. Care should be taken when water is added to thin to a desired consistency.

*(Continued next page)*

ProForm® is a registered trademark of National Gypsum Properties, LLC.

Job Name _____

Contractor COASTAL CONDOMINIUMS  Date ____
790 N.W. 107th AVENUE
MIAMI, FLORIDA 33172
Submittal Approvals (Stamps or Signatures)

PROJECT NAME & NUMBER 04-SS81
TRANSMITTAL NO. _____ SPEC.REF._____
(X) REVIEWED                RECEIVED 8/18/05
( ) REVIEWED AS NOTED       TO A/E 8/15/05
( ) REVISE AND RESUBMIT     FROM A/E ____

The purpose of this submittal review is solely to ascertain general conformance with the contract documents, and is not to be construed as acceptance of responsibility for design or intent. Approval of this submittal does not relieve the subcontractor or vendor of contractual responsibility for quantities, dimensions, or conformance with the contract documents. Items noted as "by others" will be provided only as shown on the contract documents.

Reviewed by: _Slocum_ Date: 8-15-05

CC04816

A uniformly thin layer of joint compound should be applied over the joint approximately 4" wide. The tape is then centered over the joint and embedded into the compound, leaving sufficient joint compound under the tape to provide proper bond. A thin coat of compound should cover the tape to minimize wrinkling or curling. Ceiling, wall angles and inside corner angles are reinforced with the tape folded to conform to the angle and embedded into the compound.

After the compound is thoroughly dry (approximately 24 hours) the tape is covered with a coat of all-purpose or topping compound spread over the tape approximately 3" on each edge. After this coat is thoroughly dry, another coat of all-purpose or topping compound is applied with a slight, uniform crown over the joint. This coat should be smooth and the edges feathered approximately 3" beyond the preceding coat.

All inside corners are coated with at least two coats of compound with the edges feathered out.

All nail or screw head dimples should receive three coats. These coats may be applied as each coat is applied to the joints.

Flanges of wallboard corner-bead should be concealed by at least two coats of compound. The first coat should be all-purpose compound and the second coat can be all-purpose or topping compound feathered out approximately 9" on both sides of the exposed metal nose.

In cold weather (outside temperature below 50°F (10°C)), temperatures within the building should be maintained at a minimum 50°F (10°C), both day and night, during joint finishing. Adequate ventilation should be provided to eliminate excess moisture.

Wet/damp conditions slow the drying process. Subsequently, 24 hours drying time between coats may not be sufficient. Adequate drying time is essential to prevent unwanted conditions such as cracks from delayed shrinkage.

## DECORATION

Before paint, wallcovering or other decorating materials are applied, all areas must be thoroughly dry, dust free and treated with a coat of good-quality, high solids, flat latex primer.

The selection of a paint to give the specified or desired finished characteristics is the responsibility of the architect or contractor.

Gypsum Association GA-214, Recommended Specification for Levels of Gypsum Board Finish, should be referred to in order to determine the level of finishing needed to assure a surface properly prepared to accept the desired decoration.





National Gypsum COMPANY

Excellence Across The Board

11077B   Rev. 09/02

CC04817

09250
DALE/INCOR

# Metal Drywall Framing and Accessories

## DALE / INCOR ®

### THE LARGEST SOURCE FOR PRIME STEEL PRODUCTS

CC04818


www.daleincor.com

# Drywall Track

09250
DALE/INCOR

## Table of Contents:

Track . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 2
Studs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 3
Accessories . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 4
Area Separation Wall (H-Stud) . . . . . . . . . . . . . . . . .Page 5
Shaft Wall Components . . . . . . . . . . . . . . . . . . . . . .Page 6 & 7
Beads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 8

## About The Company

Dale Industries was founded in May, 1952. Today, with plants in Dearborn, MI - Baltimore, MD - Ft. Lauderdale, FL - Birmingham, AL - Tampa, FL and Houston, TX. Dale is a major supplier to the drywall and light gage steel industry.

### Deluxe Track
1-1/4"
### Regular Track
1"
### Hemmed Track
1"-1-1/4"

Note: W= inside Dimensions

Track is used to anchor the partition at floor and ceiling. Sections are roll formed steel in a channel configuration with hemmed or unhemmed leg in 1" or 1-1/4" depths. Sections are manufactured to receive the corresponding size of the studs with an overbend for a friction fit. DALE/INCOR's standard 25, 22, and 20 gage track meets ASTM C-645, A568-00a, and A653. The properties and weights shown are calculated on minimum thicknesses in accordance to A.I.S.I. Specifications.

## Physical and Structural Properties

### 20 Ga. RT-Regular Track, 1"Leg, (Web) T 100-30

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.38 | 0.113 | 0.058 | 0.065 | 0.95 |
| 2-1/2",(250) | 0.48 | 0.140 | 0.146 | 0.111 | 1.69 |
| 3-5/8",(362) | 0.60 | 0.175 | 0.341 | 0.181 | 2.68 |
| 4",(400) | 0.64 | 0.187 | 0.429 | 0.207 | 3.33 |
| 6",(600) | 0.85 | 0.250 | 1.142 | 0.372 | 5.34 |

### 25 Ga. RT-Regular Track, 1"Leg, (Web) T 100-18

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.23 | 0.068 | 0.035 | 0.040 | 0.48 |
| 2-1/2",(250) | 0.29 | 0.085 | 0.088 | 0.067 | 0.88 |
| 3-1/2",(350) | 0.35 | 0.103 | 0.189 | 0.104 | 1.22 |
| 3-5/8",(362) | 0.36 | 0.106 | 0.205 | 0.110 | 1.26 |
| 4",(400) | 0.38 | 0.113 | 0.259 | 0.125 | 1.38 |
| 6",(600) | 0.51 | 0.151 | 0.689 | 0.225 | |

### 25 Ga. HT-Hemmed Track, 1-1/4"Leg, (Web) T 125-18

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.28 | 0.082 | 0.045 | 0.051 | 0.58 |
| 2-1/2",(250) | 0.33 | 0.098 | 0.111 | 0.085 | 1.02 |
| 3-5/8",(362) | 0.41 | 0.120 | 0.253 | 0.135 | 1.46 |
| 4",(400) | 0.43 | 0.127 | 0.316 | 0.153 | 1.61 |
| 6",(600) | 0.56 | 0.164 | 0.817 | 0.267 | |

### 20 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-30

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.44 | 0.129 | 0.070 | 0.079 | 1.00 |
| 2-1/2",(250) | 0.53 | 0.156 | 0.173 | 0.131 | 1.77 |
| 3-1/2",(350) | 0.64 | 0.187 | 0.365 | 0.200 | 2.86 |
| 3-5/8",(362) | 0.65 | 0.191 | 0.395 | 0.210 | 3.01 |
| 4",(400) | 0.69 | 0.203 | 0.495 | 0.239 | 3.49 |
| 6",(600) | 0.90 | 0.265 | 1.288 | 0.419 | 5.37 |

### 22 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-27

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.40 | 0.117 | 0.063 | 0.072 | 0.87 |
| 2-1/2",(250) | 0.48 | 0.141 | 0.157 | 0.119 | 1.56 |
| 3-1/2",(350) | 0.58 | 0.170 | 0.331 | 0.182 | 2.53 |
| 3-5/8",(362) | 0.59 | 0.173 | 0.358 | 0.191 | 2.66 |
| 4",(400) | 0.63 | 0.184 | 0.449 | 0.217 | 3.08 |
| 6",(600) | 0.82 | 0.241 | 1.168 | 0.381 | 4.44 |

### 25 Ga. DT-Deluxe Track, 1-1/4"Leg, (Web) T 125-18

| Web in. (1/100in.) | WT. (lb/ft.) | A (in²) | $I_x$ (in⁴) | $S_x$ (in³) | $M_a$ (in-k) |
|---|---|---|---|---|---|
| 1-5/8",(162) | 0.26 | 0.078 | 0.042 | 0.048 | 0.51 |
| 2-1/2",(250) | 0.32 | 0.094 | 0.105 | 0.080 | 0.90 |
| 3-1/2",(350) | 0.38 | 0.113 | 0.221 | 0.122 | 1.25 |
| 3-5/8",(362) | 0.39 | 0.115 | 0.240 | -0.127 | 1.30 |
| 4",(400) | 0.42 | 0.122 | 0.300 | 0.145 | 1.43 |
| 6",(600) | 0.54 | 0.160 | 0.776 | .254 | |

2

CC04819



# Drywall Studs

09250
DALE/INCOR



Note: W= Inside Dimensions

* Punch-out for 1-5/8" and 2" studs

Drywall studs are roll-formed channel type non-load bearing steel members used extensively for interior partitions. Outer flanges are knurled to prevent screw ride and to expedite attachment O.C. Thereafter to accommodate the installation of any required bridging, conduit, or wiring. Dale/Incor's standard 25, 22, and 20 gage studs meet ASTM C-645 and A-653. The properties and weights shown below are calculated on minimum thicknesses in accordance with A.I.S.I. Specifications.

## Section Properties "DWS"

Example: (Web)-S-125-(Ga.)

| Web In. (1/100in) | GA. In., (Mils) | WT. lb/ft. | A (in²) | Iₓ (in⁴) | Sₓ (in³) | Mₐ (in-K) |
|---|---|---|---|---|---|---|
| 1-5/8",(162) | 25, (18) | 0.27 | 0.080 | 0.038 | 0.046 | 0.66 |
| | 22, (27) | 0.41 | 0.120 | 0.056 | 0.068 | 1.01 |
| | 20, (30) | 0.45 | 0.131 | 0.061 | 0.075 | 1.16 |
| 2-1/2",(250) | 25, (18) | 0.33 | 0.097 | 0.099 | 0.079 | 1.17 |
| | 22, (27) | 0.49 | 0.144 | 0.147 | 0.118 | 1.81 |
| | 20, (30) | 0.54 | 0.159 | 0.161 | 0.129 | 2.06 |
| 3-1/2",(350) | 25, (18) | 0.39 | 0.115 | 0.215 | 0.123 | 1.72 |
| | 22, (27) | 0.59 | 0.173 | 0.320 | 0.183 | 2.90 |
| | 20, (30) | 0.65 | 0.190 | 0.351 | 0.201 | 3.29 |

| Web In. (1/100in) | GA. In., (Mils) | WT. lb/ft. | A (in²) | Iₓ (in⁴) | Sₓ (in³) | Mₐ (in-K) |
|---|---|---|---|---|---|---|
| 3-5/8",(362) | 25, (18) | 0.40 | 0.118 | 0.234 | 0.129 | 1.78 |
| | 22, (27) | 0.60 | 0.176 | 0.347 | 0.192 | 3.05 |
| | 20, (30) | 0.66 | 0.194 | 0.381 | 0.210 | 3.46 |
| 4",(400) | 25, (18)' | 0.42 | 0.125 | 0.294 | 0.147 | 1.96 |
| | 22, (27) | 0.64 | 0.187 | 0.438 | 0.219 | 3.52 |
| | 20, (30) | 0.70 | 0.206 | 0.481 | 0.240 | 3.99 |
| 6",(600) | 25, (18)' | 0.55 | 0.162 | 0.776 | 0.259 | |
| | 22, (27)' | 0.83 | 0.243 | 1.160 | 0.387 | 5.42 |
| | 20, (30) | 0.91 | 0.268 | 1.275 | 0.425 | 6.54 |

## Limiting Heights Table (Based on 5 PSF Interior Wind Load.)

| Web In. (1/100in) | GA. In., (Mils) | No Sheathing | | | | | | 1/2" Layer Gypsum Board Each Side | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16" O.C. | | | 24" O.C. | | | 16" O.C. | | | 24" O.C. | | |
| | | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 |
| 1-5/8", (162) | 25, (18) | 9'8" | 8'11" | 8'0" | 7'7" | 6'0" | 5'3" | 10'7" | 8'4" | | 9'9"f | 7'11" | |
| | 22, (27) | 10'3" | 8'1" | 7'1" | 8'11" | 7'1" | 6'2" | | | | | | |
| | 20, (30)* | 10'6" | 8'4" | 7'3" | 9'2" | 7'3" | 6'4" | 11'9" | 9'4" | | 10'9" | 8'7" | |
| | 20, (33) | 10'10" | 8'7" | 7'6" | 9'6" | 7'6" | 6'7" | 12'1" | 9'8" | 8'5" | 11'0" | 8'9" | 7'8" |
| 2-1/2", (250) | 25, (18) | 12'0" | 9'6" | 8'4" | 10'2"f | 8'4" | 7'3" | 13'3"f | 11'3" | 9'10" | 11'10"f | 10'7" | 9'3" |
| | 22, (27) | 14'1" | 11'2" | 9'9" | 12'4" | 9'9" | 8'6" | | | | | | |
| | 20, (30)* | 14'7" | 11'7" | 10'1" | 12'9" | 10'1" | 8'10" | 15'9" | 12'6" | 10'10" | 14'2" | 11'4" | 9'10" |
| | 20, (33) | 15'1" | 11'11" | 10'5" | 13'2" | 10'5" | 9'1" | 16'5" | 12'10" | 11'2" | 14'10" | 11'7" | 10'0" |
| 3-5/8", (342) | 25, (18) | 15'4"f | 12'9" | 11'2" | 12'7"f | 11'2" | 9'9" | 15'4"f | 14'4" | 12'4" | 13'9"f | 13'5" | 11'7" |
| | 22, (27) | 18'9" | 14'11" | 13'0" | 16'5" | 13'0" | 11'4" | | | | | | |
| | 20, (30)* | 19'5" | 15'5" | 13'5" | 17'0" | 13'5" | 11'9" | 19'7" | 16'0" | 13'10" | 17'6" | 14'6" | 12'6" |
| | 20, (33) | 20'1" | 15'11" | 13'11" | 17'6" | 13'11" | 12'2" | 20'8" | 16'5" | 14'3" | 18'6" | 14'9" | 12'9" |
| 4", (400) | 25, (18) | 16'2"f | 13'9" | 12'0" | 13'7"f | 12'0" | 10'6" | 17'2"f | 15'4" | 13'4" | 15'1"f | 14'2" | 12'4" |
| | 22, (27) | 20'3" | 16'1" | 14'0" | 17'8"f | 14'0" | 12'3" | | | | | | |
| | 20, (30)* | 21'0" | 16'8" | 14'7" | 18'4" | 14'7" | 12'8" | 21'10" | 17'8" | 15'4" | 19'7" | 15'11" | 13'10" |
| | 20, (33) | 21'8" | 17'3" | 15'0" | 18'11" | 15'0" | 13'2" | 23'1" | 18'4" | 15'11" | 20'9" | 16'5" | 14'3" |
| 6", (600) | 25, (18) | | | | | | | 19'9"f | 19'9"f | 17'11" | 16'9"f | 16'9"f | |
| | 22, (27) | 26'10"f | 22'4" | 19'6" | 21'11"f | 19'6" | 17'0" | | | | | | |
| | 20, (30)* | 29'1" | 23'1" | 20'2" | 24'1"f | 20'2" | 17'7" | 28'7" | 23'6" | 20'7" | 25'1" | 20'7" | 18'4" |
| | 20, (33) | 30'1" | 23'11" | 20'10" | 26'3" | 20'10" | 18'2" | 24'6" | 24'6" | 27'2" | 27'2" | 21'7" | 18'10" |

*: composite values based on interpolation of test data.   f: flexural stress controls allowable wall height

**Foot Notes:**
D– Distance between the centroid of the section and the web center.
Iₓ– Moment of inertia for deflection about the x-axis.
Sₓ– Section modulus for load about the x-axis.
Rₓ– Radius of gyration about the x-axis.
Iy– Moment of inertia about the y-axis.
Sy– Section modulus about the y-axis.
Ry– Radius of gyration about the Y-axis.
Mₐ– Allowable resisting moment. Listed values incorporate the effects of cold forming as allowed per section A7.2 of the 1996 A.I.S.I.
"Specification for Design of Cold Formed Steel Structural Members".

**Notes for the Limiting Heights Table:**
To attain values listed, attachment of drywall stud to runner track with (1) type S drywall screwed to each side, top and bottom, is required. If facing

material is not applied to both sides of the framing then horizontal bridging is required. The spacing of this bridging shall not exceed 5'0" O.C.

**Note for the Limiting Height W/Gypsum Board Table:**
Drywall installation shall be in accordance with A.S.T.M. C840-99a "Application and Finishing of Gypsum Board".

The following are thicknesses for Dale/Incor drywall products:

| Gauge | In. | Mils |
|---|---|---|
| 25 ga. | 0.018 | 18 |
| 22 ga. | 0.027 | 27 |
| 20 ga. | 0.030 | 30 |

3



# Drywall Framing Accessories

## Drywall Furring Channel (DWC)



**Uses:**
- Convenient accessory components for use in furring out ceilings and masonry walls. Knurled face prevents screw "ride" when attaching gypsum wallboard.
- 1-1/2" DWC is economical with respect to furring walls with electrical boxes, (no need to set into concrete).

**Product Data:**
- Available in 7/8" and 1-1/2" sizes.
- Gauge: Standard 25 Ga., also in 22, 20, 18, and 16 gauges.
- Lengths: Standard stock 12'0", (other lengths available upon request)

*Consult Dale/incors' Light Gage Steel Framing Catalog for Structural Properties and Span Tables*

| Product | GA. | WT/FT |
|---|---|---|
| 7/8" DWC | 25 | .275 |
| 7/8" DWC | 20 | .477 |
| 1-1/2" DWC | 25 | .345 |
| 1-1/2" DWC | 20 | .599 |

## Resilient Furring Channel (RFC)



**Uses:**
- Economical method of controlling sound transmission through wood framed or steel-framed walls and ceilings.

**Product Data:**
- RFC1: Single Leg
  RFC2: Double Leg
- Gauge: Standard 25 gage conforming to ASTM A-653 and C-645.
- Lengths: 12'0" stock length.
- RFC1: Screw attachment, one side only.

| Product | WT/FT |
|---|---|
| RFC-1 | .200 |
| RFC-2 | .240 |

## Z-Furring Channel (ZFC)



**Uses:**
- Designed to accommodate the installation of rigid insulation board while providing an attachment for drywall or other facing materials to the interior side of masonry or monolithic concrete walls.

**Product Data:**
- Available in Hot-Dipped galvanized steel conforming to ASTM A-653 and C-645.
- Gauges: Standard 25 gauge, (available in 22, 20, 18, and 16 gauge upon request).
- Lengths: Standard 10'0" and 8'6" lengths, (other lengths upon request).

| Product Number | (A) IN. Size | 25 Ga. WT/FT |
|---|---|---|
| Z-075 | .75 | .180 |
| Z-100 | 1.00 | .195 |
| Z-150 | 1.50 | .225 |
| Z-200 | 2.00 | .260 |
| Z-250 | 2.50 | .290 |
| Z-300 | 3.00 | .325 |

## Cold-Rolled Channel (CRC)



*For physical structural properties and span tables consult Dale/incor's Light Gage Steel Framing catalog 05400.*

**Uses:**
- Bridging, (Lateral Support) in walls carrying axial and/or wind loads.
- Bracing studs at door handles and furring for ceilings.
- Used in conjunction with metal lath and plaster in partitions, ceilings, column and beam enclosures, etc.

**Product Data:**
- Available in galvanized meeting ASTM A-568 or Hot-Dipped galvanized meeting ASTM A-653, G60.
- Lengths: 16'0" standard, (other lengths upon request).

| Product Number | (A) IN. Size | GA. |
|---|---|---|
| CRC-075 | .75 | 16 |
| CRC-100 | 1.00 | 16 |
| CRC-150 | 1.50 | 16 |
| CRC-200 | 2.00 | 16 |
| CRC-250 | 2.50 | 16 |
| CRC-300 | 3.00 | 18 |

## Rolled Angles (RA)



**Uses:**
- For 90 degree corner enclosures at lapped framing locations; provides in-plane stability of framework.

**Product Data:**
- Available in most sizes, lengths and gauges.

| (AxB) Product | Gauges | Length |
|---|---|---|
| 7/8" x 1-3/8" | 25, 22, 20, 18 | 10' |
| 1-1/2" x 1-1/2" | 25, 22, 20, 18, 16 | 10' |
| 2" x 2" | 25, 22, 20, 18, 16, 14 | 10' |
| 3" x 3", 3" x 6" | 20, 18, 16, 14, 12 | 10' |
| 2" x 4" | 20, 18, 16, 14, 12 | 10' |

## Residential Blocking, (KATS)



**Uses:**
- Component of stud or joist bridging methods.
- Stiffened C-section eases installation compared to flat strapping.
- Reinforced flat surface allows for ease in attachment of fixtures.
- Provides solid support in lieu of wood for attachment of cabinets and handrails.

**Product Data:**
- Designations: KAT and spacing.
- Gauges: Heavy or standard galvanized.
- Lengths: 18" and 26".

## Flat Strapping (FS)



**Uses:**
- Provides tension force resistance in shear wall assemblies.
- Resists racking of prefabricated wall assemblies while handling, transporting and erection.

**Product Data:**
- Designation: FS width and gauge.
- Widths: 2, 3, 4, 5 and 6" (custom widths and coil available).

## Bridge Clips (BC)



**Uses:**
- For alternate screw attachment of CRC bridging to stud webs in lieu of direct weld.

**Product Data:**
- Designation: BC length and gage.
- Standard Gage: 14 gauge galvanized steel.
- Standard Length: C-2 1/2", 3 3/8" and 5 1/4".
- Leg Dimensions: A -1 1/2", B -1 1/2".

4

CC04821



# Area Separation Walls

**Designed for maximum flexibility as Area Separation Walls, the Series 600 is the most cost-efficient, performance-oriented system.**

## METAL COMPONENTS



Aluminum
Angle Clip

C Track, Cap, Edge,
or End Closure

H-Stud
25 Gage



### Fire and Sound Test References

The design file numbers and the references appearing in this brochure may be cross referenced in the Fire Resistance Design Manual published by the Gypsum Association of the UL and ULC Fire Resistance Directories published by Underwriters Laboratories. The Fire Resistance Design Manual is referenced in the BOCA Basic/National Building Code, the Standard Building Code by SBCCI, and the Uniform Building Code by ICBO.

The data relating to fire and sound-tested assemblies contained herein is based on the characteristics, properties and performance of materials and systems obtained under controlled test conditions as set forth under the appropriate ASTM standard such as E119 (Fire), E90 (Sound) or E72 (Structural).

Prior to installation, the specifier or user should determine that the local Building and Fire Code Authority permits the installation of gypsum Area Separation Walls and that the insuring group will not penalize the owner.

### Installation Instructions

When the wood framed walls of one unit are complete, the Area Separation Walls are constructed before the next unit's interior framing is started. Allow a 3/4" space between the Area Separation Wall and the wood framing.

Bottom track is secured to the slab using suitable fasteners at a maximum of 24" o.c. Begin at one end or side with a vertical section of 2' x 10' track. Insert two pieces of 1" Type X Shaftliner. Plumb and secure with a 2" x 2" x 10' H-Stud member. Install gypsum board panels and H-Stud members progressively across the wall and secure to the wood framing with aluminum angle clips.

Aluminum angle clips should be screw-attached to the web of the H-Studs and nailed or screwed to the wood top plates (48" o.c. max.). Attach angle clips to the same H-stud on both sides of the Area Separation Wall. Cap the assembly with either and H-Stud member placed horizontally or two pieces of track fastened back to back. Repeat the process for the next course of

gypsum panels and metal framing up to or through the roofline per plan details. Cap the top of the assembly with 2" track.

Cover all exposed edges or web faces of the metal with 6" wide strips of 1/2" Type X board secured to the metal with 1" Type S drywall screws approximately 12" o.c.

### NOTE A:

As tested, all exposed track and H-Stud members should be covered with 6" wide strips of either 3/4" C or 5/8" Type X, screw-attached 12" o.c.

Some authorities, however, consider the insulation and interior finish as sufficient protection. Please check with your local Building Official or Fire Marshal's office.

## Details Common to all Systems (Modify per Plan Requirements)

### STC 35-39



WP-1870
Fire Test Ref:
| WHI #95-0743 | 1-28-86 |
| WHI #95-0744 | 1-30-86 |
Structural Data
Thickness: 3"
Weight: 9-1/2" psf

### STC 60-64



Use Between Interior
Wood-Framed Units

### STC 60-64



Use As End Wall With Exterior
Protective Finish

CC04822



# Shaftwall / Stairwall Structural Properties

09250
DALE/INCOR

Series 620 J Track and Slotted C-T Studs are manufactured from hot dipped galvanized steel meeting ASTM A924 and ASTM A653.

The 2 1/2" steel-framing system retains the popular 3 1/2" wall thickness with a 2-hour fire rating to accommodate standard door-framing dimensions. A unique feature of the Series 620 stud is its slotting in the web of the stud. Tests have demonstrated that these slots effectively improve resistance to thermal and noise transmissions.

The 2 1/2" stud provides a 3 1/2" air cavity for services. Studs are friction fitted between top and bottom J Tracks.

Use J Tracks for all closure details, including duct and door openings, abutments, intersections, etc. No other special metal components are required.

However, an alternate vertical J-L corner member is available in 10' and 12' lengths for use in lieu of two J Tracks to form certain outside corner configurations - see detail. Studs are automatically spaced 24" o.c. Maximum with the special Shaftliner panels.

## Helpful Hints

• Use a fastening plate to secure the J Track whenever fasteners are closer than 4" to the edge. Setting the plate at the time of concrete construction will avoid spalling by mechanical fasteners.

• Pre-cut C-T studs 3/4" less than the opening's height.

• In structural steel-frame construction, install J Track sections before applying spray-on fire proofing.

• Items to be anchored to the wall (cabinets, sinks, handrails, etc.) should be fastened to the C-T studs or to plates secured behind or between layers of 1/2" Fireguard® C. Joint compounds should be applied at ambient temperatures above 50°F (10°C) with adequate ventilation.

• For acoustical sealing and prevention of air leakage, use a bead of flexible sealant at the perimeter of each wall under each face layer and under the 2-1/2" flange of J Track for shaft wall finished on one side.

• Use Type 5 screws for 25 gauge steel framing. Use Type S-12 screws for 20 gage (or heavier) steel framing.

• It is important that the job structural engineer approve the type, size and maximum spacing of track fasteners to meet the design load requirements.

* DALE/INCOR is an authorized user of the Typruc® and the Fireguard® registered trademarks.
* Registered trademark of Domtar Inc.
* Reproduced with the authorization of Domtar Gypsum.

## Stud Design Properties



### Minimum C-T Stud Section Properties
Based on AISIA "Specifications for the Design of Cold-Formed Steel Structural Members."

T= Minimum uncoated base steel thickness (inches)
W= Weight (pounds per linear foot)
A= Section area (inches)
$I_x$= Moment of inertia (inches)
$S_x(C)$= Section modulus "C" flange (inches)
$S_x(T)$= Section modulus "T" flange (inches)

| Stud Size | T | W | A | Ix | Sx(C) | Sx(T) |
|---|---|---|---|---|---|---|
| 2-1/2" x 25 ga. | 0.0179 | 0.470 | 0.118 | 0.132 | 0.095 | 0.118 |
| 2-1/2" x 20 ga. | 0.0329 | 0.820 | 0.218 | 0.242 | 0.175 | 0.217 |
| 4" x 25 ga. | 0.0179 | 0.580 | 0.145 | 0.374 | 0.171 | 0.207 |
| 4" x 20 ga. | 0.0329 | 1.020 | 0.267 | 0.687 | 0.341 | 0.380 |
| 6" x 25 ga. | 0.0179 | 0.715 | 0.181 | 0.957 | 0.299 | 0.347 |
| 6" x 20 ga. | 0.0329 | 1.260 | 0.333 | 1.759 | 0.543 | 0.637 |

1 Hr. Rated Series 621 • 2 Hr. Rated Series 620 or 621 and • 3 Hr. Rated Series 630 or 631

### Limiting Heights – Studs 24"

| Stud Depth (In.) | Stud & Track Gage | Design Deflection Limit | Uniform Load (PSF) | | | | Stud Depth (In.) | Stud & Track Gage | Design Deflection Limit | Uniform Load (PSF) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5 | 7.5 | 10 | 15 | | | | 5 | 7.5 | 10 | 15 |
| 2.5 | 25 | L/120 | 14'2" | 12'5" | 11'3" | 9'4" | 2.5 | 25 | L/120 | 15'6" | 13'3" | 11'5" | 9'5" |
| | | L/180 | 12'5" | 10'10" | 9'10" | 8'7" | | | L/180 | 13'7" | 11'10" | 10'9" | 9'3" |
| | | L/240 | 11'3" | 9'10" | 8'11" | 7'10" | | | L/240 | 12'4" | 10'9" | 9'9" | 8'5" |
| | | L/360 | 9'10" | 8'7" | 7'10" | 6'10" | | | L/360 | 10'9" | 9'5" | 8'6" | 7'5" |
| 2.5 | 20 | L/120 | 15'10" | 13'10" | 12'8" | 10'11" | 2.5 | 20 | L/120 | 17'4" | 15'1" | 13'9" | 11'10" |
| | | L/180 | 13'10" | 12'1" | 11'0" | 9'7" | | | L/180 | 15'1" | 13'2" | 12'0" | 10'5" |
| | | L/240 | 12'6" | 10'11" | 9'11" | 8'8" | | | L/240 | 13'9" | 12'0" | 10'11" | 9'6" |
| | | L/360 | 10'11" | 9'7" | 8'8" | 7'7" | | | L/360 | 12'0" | 10'6" | 9'6" | 8'4" |
| 4 | 25 | L/120 | 19'1" | 15'11" | 12'10" | 11'3" | 4 | 25 | L/120 | 18'2" | 15'11" | 12'10" | 11'3" |
| | | L/180 | 16'3" | 14'6" | 12'0" | 11'3" | | | L/180 | 18'3" | 15'11" | 13'10" | 11'3" |
| | | L/240 | 15'1" | 13'2" | 12'0" | 10'6" | | | L/240 | 16'7" | 14'5" | 13'2" | 11'3" |
| | | L/360 | 13'2" | 11'6" | 10'6" | 9'2" | | | L/360 | 14'5" | 12'8" | 11'8" | 11'3" |
| 4 | 20 | L/120 | 21'8" | 16'11" | 17'2" | 16'0" | 4 | 20 | L/120 | 23'8" | 20'8" | 18'9" | 15'9" |
| | | L/180 | 18'11" | 16'6" | 15'0" | 13'1" | | | L/180 | 20'8" | 18'1" | 16'5" | 14'4" |
| | | L/240 | 17'2" | 15'0" | 13'8" | 11'11" | | | L/240 | 18'9" | 16'5" | 14'11" | 13'0" |
| | | L/360 | 15'0" | 13'1" | 11'11" | 10'5" | | | L/360 | 16'5" | 14'4" | 13'0" | 11'5" |
| 6 | 25 | L/120 | 22'2" | 18'9" | 16'3" | 12'9" | 6 | 25 | L/120 | 22'11" | 18'9" | 16'3" | 12'0" |
| | | L/180 | 19'5" | 17'5" | 15'8" | 13'0" | | | L/180 | 21'8" | 18'9" | 16'3" | 12'0" |
| | | L/240 | 17'11" | 15'8" | 14'3" | 12'0" | | | L/240 | 19'7" | 17'2" | 15'7" | 12'0" |
| | | L/360 | 15'8" | 13'8" | 12'5" | 10'10" | | | L/360 | 17'2" | 15'0" | 13'6" | 12'0" |
| 6 | 20 | L/120 | 27'4" | 23'11" | 21'6" | 18'6" | 6 | 20 | L/120 | 30'1" | 26'2" | 23'7" | 19'3" |
| | | L/180 | 23'11" | 21'11" | 19'0" | 16'1" | | | L/180 | 26'2" | 22'11" | 20'9" | 18'2" |
| | | L/240 | 21'8" | 19'0" | 17'3" | 15'1" | | | L/240 | 23'9" | 20'9" | 18'11" | 16'5" |
| | | L/360 | 19'0" | 16'7" | 15'1" | 12'0" | | | L/360 | 20'9" | 18'2" | 16'5" | 14'5" |

Test Ref: WHI-495-0206/0225, issued August 4, 1995 deflection limits with adjustment to conform strength and end reaction.

C-T studs and J track are same gauge. Based on minimum safety factor of 1.5 for ultimate bending.

## Track Fastener Shear Loads

Comprehensive design data on this subject may be found in ACWI Steel Framing Systems Manual.
For shear-bearing capacity considerations of the perimeter steel-wall track, the following Table is an expanded version of the ACWI Table - to include 22 and 25 gage - thick steel with 1/8" and 9/64" diameter fasteners.
For example, an 18' high wall under a design pressure load of 15 psf would require 1/8" diameter fasteners to be spaced 16" o.c. Maximum. To avoid exceeding the design shear stress of 25 gage steel track. In addition, those same 1/8" diameter, driven 3/4" deep in 3000 psi concrete, must be spaced 14" o.c. Maximum to avoid exceeding the design shear stress of this concrete.

| Shank Diameter | Steel Thickness | | | |
|---|---|---|---|---|
| | 16 ga. | 18 ga. | 20 ga. | 22 ga. | 25 ga. |
| 1/8" | — | — | 310 | 259 | 181 |
| 9/64" | — | — | 349 | 291 | 203 |
| 5/32" | — | — | 388 | 323 | 226 |
| 11/64" | — | 517 | 427 | 356 | 248 |
| 3/16" | 777 | 621 | 460 | 388 | 271 |

Note: It is important that the job engineer approve the type, size and maximum spacing of perimeter fasteners to meet the design load requirements.

6

CC04823



# Shaftwall / Stairwall Components

09250
DALE/INCOR



2-1/2"
SLOTTED
C-T STUD

ALTERNATE
J-L CORNER MEMBER

J TRACK*

\* Note 3" Leg for 20 Gage with No Tabs

## Procedures

1. Layout per construction drawings. Secure J Track as perimeter framing on floor and plumb to ceiling and sides. Attach with suitable fasteners, spaced not more than 24" o.c. Apply a bead of flexible sealant to the perimeter.

2. Preplan the stud layout 24" o.c. And adjust the spacing at either end so that the terminal stud will not fall closer than 8" from the end.

3. Erect the first 1" Fireguard Shaftliner panel, cut 3/4" less than the total height of the framed section. Plumb the panel flush against the web of the J Track and secure with 1 5/8" type S screws 24" o.c. Or bend out tabs in J Track to secure panels in place.

4. Insert a C-T Stud, also cut 3/4" less than the overall height into the top and bottom J Tracks and fit tightly over the previously installed 1" panel.

5. Install the next 1" Fireguard Shaftliner panel inside the J Tracks and within the tabs of the C-T stud. Note that the edges of the panel are beveled to help guide the panel into the slotted end tabbed section of the stud. Attach each panel to top J Track with three 1 5/8" type S screws.

6. Progressively install succeeding studs and panels as described above until the wall section is enclosed. The final panel section may be secured with 1 5/8" type S screws or tabs from the J Track at 24" o.c.

7. Where wall heights exceed the standard or available length of Shaftliner panels, the panels may be cut and stacked with joints occurring with the top or bottom third points of the wall. Joints of adjacent panels should be alternately staggered to prevent a continuous horizontal joint.

8. For doors, ducts or other large penetrations or openings, install J Track as perimeter framing as detailed. Use 20 gage track with a 3" back leg for elevator doors and block cavity with 12" wide gypsum filler strips for doors exceeding 7'0" height.

## Series 620

A 2-hour fire resistive, nonload-bearing, non-combustible partition designed to enclose shaftways containing elevators, ducts, piping, air shafts and similar construction applications.

The 620 System consists of 1" Gyproc® Fireguard® Shaftliner Panels supported by 2-1/2", 4" or 6" C-T studs and faced on one side with two layers of 1/2" Gyproc® Fireguard®C Gypsum Board.

**2-Hour Rated**
**Finished one Side**
1/2" facing layers installed horizontally or vertically. Edges and ends offset 24" o.c.

| Framing Depth (in.) | 2 1/2 | 4 | 6 |
|---|---|---|---|
| Wall Thickness (in.) | 3 1/2 | 5 | 7 |

## Series 621

Designed for use to enclose stairwells, this system is similar to the 620 Series but is finished on both sides with a single layer of 1/2" Gyproc® Fireguard®C Gypsum Board.

**2-Hour Rated**
**Finished one Side**
1/2" facing layers installed horizontally or vertically. Edges and ends offset 24" o.c.

| Framing Depth (in.) | 2 1/2 | 4 | 6 |
|---|---|---|---|
| Wall Thickness (in.) | 3 1/2 | 5 | 7 |

## 2-Hour Horizontal

**Designs Series 623, 624 & 627**

A 2-hour fire-resistive horizontal membrane for use as 2-hour ceiling stair soffit or horizontal duct shaft membrane. The 623 and 627 is built from the bottom and the 624 from the top side.



STC 40

WP 7092*
Thickness: 3-1/2"
Approx. Weight 9psf

See WH Design No. WH U405
Sound Test Ref: WHI-0034-2



STC 47



Sound testing using 1" thick glass fiber in cavity

STC 42

WP 7093*
Thickness: 3-1/2"
Approx. Weight 9psf

See WH Design No. WH U406
Sound Test Ref: WHI-4034-2



Series 627



Series 623

Series 624



## Maximum Horizontal Spans

When used as a horizontal membrane the stud length should not exceed those in the following table.

| Stud | Nominal Gauge | Series 622 One Hour* | | Series 620 Tow Hour* | | Series 623/624/627 Two Hour* | |
|---|---|---|---|---|---|---|---|
| | | L/240 | L/360 | L/240 | L/360 | L/240 | L/360 |
| 2-1/2" | 25 | 9'4" | 8'2" | 8'8" | 7'7" | 8'1" | 7'1" |
| | 20 | 11'1" | 9'9" | 10'4" | 9'0" | 9'6" | 8'5" |
| 4" | 25 | 13'2" | 11'6" | 12'4" | 10'9" | 11'6" | 10'0" |
| | 20 | 15'6" | 13'7" | 14'7" | 12'9" | 13'7" | 11'10" |
| 6" | 25 | 17'11" | 15'8" | 16'9" | 14'7" | 15'7" | 13'7" |
| | 20 | 21'1" | 18'6" | 19'9" | 17'3" | 18'6" | 16'2" |

\* Based on Model Building Code interpretation for use as corridor ceiling and stair soffits. Steel stress in spans above does not exceed .4Fy. The use of 20 gage J Track is recommended.

CC04824



# Drywall Framing Accessories

09250
DALE/INCOR

## Drywall Corner Bead





Made of galvanized steel to provide durable protection for drywall external corners. Cement adheres readily to the knurled flanges and keys into the perforations. Exposed nose provides a straight, clean corner definition and guards against impact damage. Standard sizes and lengths are shown in the table below. Specify hot-dipped for moist or humid conditions.

| Size/Depth | Length, (ft.) | Pcs./Ctn. | Ft./Ctn. |
|---|---|---|---|
| 1-1/4"x 1-1/4" | 8', 9' 10' | 50 | 400', 450' 500' |
| | 6'- 9' | 63 | 425' |

*Other lengths furnished upon request.*

## D-200 Series L-Bead





Easily installed, angle-type drywall trim provides finished appearance for wallboard edges at door and window openings. Hemmed edge on front flange adds rigidity and keeps bead straight. Nailing flange is knurled and perforated to aid cement adhesion. Made of galvanized steel in sizes and lengths shown on the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| D-201 | 1/2" | 10' | 500' |
| D-202 | 5/8" | 10' | 500' |

*D-200 3/8" Drywall size and other lengths furnished upon special order.*

## D-400 Series J-Bead





Similar in function to the 200A casing bead, with the added advantage of not requiring treatment of the joint before the wall is finished. Made of galvanized steel in sizes and lengths shown in the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| D-401 | 1/2" | 10' | 500' |
| D-402 | 5/8" | 10' | 500' |

*D-400 3/8" Drywall size and other lengths furnished upon special order.*

## 200-A Series U-Bead





This is a channel type trip that provides a neat protective edge for wallboard at windows and doors. It is also widely used as a terminal at intersections of wallboard and other surfaces. The nailing flange has holes and embossing to improve cement adherence. Made of galvanized steel in sizes and lengths shown in the table below.

| Part No. | Drywall Size | Length, (ft.) | Feet/Ctn. |
|---|---|---|---|
| 200-A | 1/2", 5/8' | 10' | 500' |

*200-A 3/8" Drywall size and other lengths furnished to special order.*

**Dale Industries
Corporate Headquarters**
6455 Kingsley Avenue
Dearborn, MI 48126
1-800-882-STUD (313) 846-9400
FAX (313) 846-7128

**Dale/Incor
Baltimore, MD**
4601 North Point Boulevard
Baltimore, MD 21219
1-800-345-STUD (410) 477-4000
FAX (410) 477-1550

**Dale/Incor
Birmingham, AL**
511 Vulcan Drive, Ste. 109
Birmingham, AL 35210
1-800-397-STUD (205) 956-9470
FAX (205) 956-9625

**Dale/Incor
Ft. Lauderdale, FL**
1001 Northwest 58th Court
Ft. Lauderdale, FL 33309
1-800-330-6303 (954) 772-6300
FAX (954) 772-7124

**Dale/Incor
Tampa, FL, LLC**
8419 Sabal Industrial Boulevard
Tampa, FL 33619
1-800-237-5130 (813) 623-5504
FAX (813) 621-7231

**Dale/Incor
Houston, TX, LLC.**
308 Hughes Street
Houston, TX 77023
1-877-606-STUD (713) 681-6808
FAX (713) 681-7780

e-mail: info@daleincor.com   Internet: www.daleincor.com






Active participants in relevant committees of ASTM and AISI.

Copyright 2001, Dale Industries

Printed in the U.S.A.

CC04825

THIS IS TO CERTIFY THAT THE MATERIALS
SUBMITTED FOR THIS PROJECT BY
NATIONAL GYPSUM COMPANY COMPLY IN
ALL RESPECTS WITH THE LISTED ASTM
AND FEDERAL SPECIFICATIONS



CC04826

| | GYPSUM BOARD PRODUCTS | Description and Use | Specification Standards ASTM | Federal | |
|---|---|---|---|---|---|
| **Wallboard** | ☐ Regular Gypsum Wallboard or Sta-Smooth | Fire resistant. Will take decoration after proper surface preparation of interior walls and ceilings. | C 36/C 1396 | SS-L-30D | Type III |
| | ☐ XP Wallboard | 1/2" (12.7 mm) gypsum wallboard with a moisture resistant gypsum core and mold/mildew resistant purple paper. Will take decoration after proper surface preparation of interior walls and ceilings. | C 36/C 1396 | SS-L-30D | Type III |
| | ☐ Fire-Shield Gypsum Wallboard (includes "C") | 1/2" (12.7 mm) and 5/8" (15.9 mm) gypsum wallboard with specially processed core highly resistant to fire; type X core. | C 36/C 1396 Type X | SS-L-30D | Type III Grade X |
| | ☐ XP Fire-Shield Wallboard (includes "C") | 1/2" (12.7 mm) and 5/8" (15.9 mm) gypsum wallboard with a moisture resistant gypsum core highly resistant to fire and mildew/mildew resistant purple paper; type X core. | C 36/C 1396 Type X | SS-L-30D | Type III Grade X |
| | ☐ Foil Back Gypsum Wallboard | Standard gypsum wallboard with aluminum foil on backside providing vapor retarder for interior walls and ceilings. | C 36/C 1396 | SS-L-30D | Type III Form c |
| | ☐ Regular or Fire-Shield Moisture Resistant (MR) Board | Gypsum wallboard specially processed for use as a base for ceramic and other non-absorbent type wall tiles in bath and shower areas. | C 630/C 1396 Type X | SS-L-30D | Type VII Grade X |
| | ☐ Fire-Shield Shaftliner (includes XP) | 1" (25.4 mm) thick, 2' (610 mm) wide, for solid partitions, shaft walls and Area Separation Walls, type X core. | C 442/C 1396 Type X | SS-L-30D | Type IV Grade X |
| | ☐ Regular or Fire-Shield Exterior Soffit Board | Gypsum wallboard with extra resistance to moisture and sagging used for exterior soffit. | C 931/C 1396 Type X | None | |
| | ☐ Durasan Prefinished Regular Gypsum Wallboard | Gypsum wallboard with a vinyl surface, combines texture and pattern in colors. No decoration required. | C 960/C 1396 | SS-L-30D | Type III Class 3 |
| | ☐ Durasan Prefinished Fire-Shield Gypsum Wallboard | Gypsum wallboard with a vinyl surface, combines texture and pattern in colors; type X core. | C 960/C 1396 Type X | SS-L-30D | Type III Grade X Class 3 |
| | ☐ High Flex Wallboard | 1/4" (6.4 mm) flexible wallboard designed for use in radius wall and ceiling construction. | C 36/C 1396 | SS-L-30D | Type III |
| | ☐ High Strength Ceiling Board | 1/2" (12.7 mm) wallboard with core formulated to provide increased sag resistance. | C 1395/C 1396 | SS-L-30D | Type III |
| | ☐ Hi-Abuse XP Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with heavy abrasion resistant mold/mildew resistant purple paper and a special core to provide greater resistance to surface indentation; type X core. | C 36/C 1396 Type X | SS-L-30D | Type III Grade X |
| | ☐ Hi-Impact XP Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with heavy abrasion resistant mold/mildew resistant purple paper and a special moisture resistant gypsum core backed with reinforcing fiber glass mesh; type X core. | C 630/C 1396 Type X | SS-L-30D | Type III Grade X |
| | ☐ Hi-Impact Fire-Shield Wallboard | 5/8" (15.9 mm) gypsum wallboard with GE Lexan substrate on the backside. Designed for high abuse areas; type X core. | C 36/C 1396 Type X | SS-L-30D | Type III Grade X |
| | ☐ Gridstone Ceiling Panels | 1/2" x 2' x 2' (12.7 mm x 610 mm x 610 mm), 1/2" x 2' x 4' (12.7 mm x 610 mm x 1219 mm) grid panels with Fire-Shield G type X core and vinyl laminate. | C 960/C 1396 Type X, Class 1; E 1264, Type XX, Patterns E,G | None | |
| | ☐ Gridstone Hi-Strength Ceiling Panels | 5/16" x 2' x 2' (7.9 mm x 610 mm x 610 mm), 5/16" x 2' x 4' (7.9 mm x 610 mm x 1219 mm) grid panels with non-combustible gypsum core and vinyl laminate. | C 960/C 1396 Class 1 | None | |
| | ☐ Gridstone CleanRoom Ceiling Panels | 1/2" x 2' x 2' (12.7 mm x 610 mm x 610 mm), 1/2" x 2' x 4' (12.7 mm x 610 mm x 1219 mm) grid panels with Fire-Shield G type X core and vinyl laminate. Completely sealed on face, back and edges. | C 960/C 1396 Type X, Class 1; E 1264, Type XX, Patterns E,G | None | |
| | ☐ Durabase Wallboard | 5/16" (7.9 mm), 3/8" (9.5 mm), 1/2" (12.7 mm), and 5/8" (15.9 mm) gypsum wallboard for printing application or laminating base. | C 36/C 1396 | None | |
| **Sheathing** | ☐ Regular Gypsum Sheathing T & G, Jumbo | 1/2" (12.7 mm) gypsum board to be used as a sheathing for exterior wall construction. | C 79/C 1396 | SS-L-30D | Type II |
| | ☐ Fire-Shield Jumbo Gypsum Sheathing | 5/8" (15.9 mm) gypsum board to be used as sheathing for fire rated exterior wall construction; type X core. | C 79/C 1396 Type X | SS-L-30D | Type II Grade X |
| **Lath** | ☐ Kal-Kore Plaster Base | 3/8" (9.5 mm), 1/2" (12.7 mm) plaster base for veneer plaster systems. | C 588/C 1396 | SS-L-30D | Type VI |
| | ☐ Kal-Kore Fire-Shield Plaster Base (includes "C") | 1/2" (12.7 mm), 5/8" (15.9 mm) veneer plaster base; type X core. | C 588/C 1396 Type X | SS-L-30D | Type VI Grade X |
| | ☐ Hi-Impact Kal-Kore Fire-Shield Plaster Base | 5/8" (15.9 mm) plaster base with GE Lexan substrate on the backside. Designed for high abuse areas. | C 588/C 1396 Type X | SS-L-30D | Type VI Grade X |
| | ☐ Regular or Fire-Shield Hi-Abuse Kal-Kore Plaster Base | Gypsum wallboard with special core to provide greater resistance to surface indentation. Designed for high abuse areas. | C 588/C 1396 Type X | SS-L-30D | Type VI Grade X |

CC04827

| DRYWALL JOINT TREATMENT, TEXTURES & ACCESSORIES | | | Description and Use | Specification Standards | |
|---|---|---|---|---|---|
| | | | | ASTM | Federal |
| | | ProForm All Purpose | A conventional full-weight ready mix joint compound used for all phases of drywall finishing. | C 475 | SS-J-570B |
| | | ProForm Ultra | An all purpose joint compound that pulls and sands easier than conventional ready mix with up to 40% less shrinkage. | C 475 | SS-J-570B |
| | | ProForm Multi-Use | A ready mix compound that combines the best attributes of All Purpose and Lite for use in all phases of drywall finishing. | C 475 | SS-J-570B |
| | | ProForm Lite | A full "Lite" weight ready mix for use in finishing wallboard joints, spotting fasteners and finishing accessories. | C 475 | SS-J-570B |
| | | ProForm Topping | Ready mixed topping compound designed as a finish coat over joint compound. | C 475 | SS-J-570B |
| | | ProForm All Purpose Machine Grade | A premixed vinyl based compound specially formulated for use in mechanical taping and finishing tools. | C 475 | SS-J-570B |
| Ready Mix Joint Compound | | ProForm Texture Grade | A premixed vinyl based compound specially formulated for texturing walls and ceilings. It bonds well with multiple surfaces including properly prepared concrete, primed plaster, interior masonry, and non-staining wood surfaces. | C 475 | SS-J-570B |
| | | ProForm Taping | A premixed vinyl based compound designed to enhance bond when embedding tape or applying cornerbeads and accessories. | C 475 | SS-J-570B |
| | | ProForm XP | An all purpose compound formulated for additional mold resistance for use with Gold Bond XP Wallboard | C 475 | SS-J-570B |
| Joint Compound | | Triple-T | An all purpose powder product to be job mixed with water. It is recommended for tape application, finishing and texturing. | C 475 | SS-J-570B |
| Setting Compounds | | Sta-Smooth and Sta-Smooth Lite, and Sta-Smooth HS | A setting type powder compound used for joint finishing | C 475 | SS-J-570B |
| Surfacer/ Primer | | ProForm Surfacer/Primer | A white high-build interior coating used in lieu of a skim coat and primer coat to provide a high quality Level Five finish. | None | None |
| Textures | | ProForm Spray Quick and ProForm Perfect Spray Textures | White, aggregated spray textures for interior use over ceilings of gypsum wallboard or monolithic concrete. | None | None |
| | | ProForm Perfect Spray EM and HF Texture | A white, non-aggregated spray texture for interior use on walls and ceilings. | None | None |
| | | ProForm Joint Tape | A paper tape for concealment of gypsum wallboard joints. | C 475* | SS-J-570B* |
| Tapes | | ProForm Fiberglass Mesh Tape | A self-adhering glass fiber mesh tape to be used only with setting compounds. | C 475* | SS-J-570B |
| | | ProForm Multi-Flex Tape | Used to form inside or outside corners that are less or greater than 90°. | None | None |

*Paper tape meeting these specifications available on special order.

| FIRE AND SMOKE STOP COMPOUND | | | Description and Use | Specification Standards | |
|---|---|---|---|---|---|
| | | | | ASTM | Federal |
| | | Sta-Smooth FS 90 Joint Compound | Setting type product formulated to provide protection in fire stopping applications through gypsum and other fire rated assemblies. Meets ASTM E 814 and ANSI/UL 1479. | None | None |

| CEMENT BACKERBOARDS | | | Description and Use | Specification Standards | | |
|---|---|---|---|---|---|---|
| | | | | ASTM | ANSI | Federal |
| | | PermaBase Cement Board | Light weight cement board composed of Portland cement aggregates and glass fiber mesh reinforcement, 1/4" (6.4 mm) (counters/floors only), 3/8" (9.7 mm), 1/2" (12.7 mm), 5/8" (15.9 mm), 3/4" (19.1 mm) and 1" (25.4 mm) thickness. 32" (813 mm), 36" (914 mm), and 48" (1219 mm) widths. 48" (1219mm), 60" (1524 mm)m 72" (1829 mm) and 96" (2438 mm) lengths. For interior or exterior use. May be used on exterior surfaces with imposed wind loads up to 40 PSF. | C 1325 | A 118.9 | None |
| | | PermaBase Flex Cement Board | Light weight Plymer-modified cement board with glass fiber mesh reinforcement, 1/2" (12.7 mm) thick, 48" (1219 mm) width, 96" (2438 mm) length. For use anywhere an even curved surface is required, except fire rated assemblies. | None | | None |

CC04828

| PLASTER PRODUCTS ADDITIVES AND ACCESSORIES | | Description and Use | Specification Standards ASTM | Federal |
|---|---|---|---|---|
| **Basecoat Plasters** | ☐ Gold Bond Two-Way Hardwall Gypsum Plaster | For use with job-mixed aggregate. Machine spray or trowel application. | C 28 | SS-P-00402B Type II |
| | ☐ Gold Bond Gypsolite Plaster | Mill-mixed with perlite. Add only water on the job. | C 28 | SS-P-00402B Type VI |
| | ☐ Kal-Kote Base Plaster | Basecoat plaster for veneer system. Add only water on the job. | C 587 | SS-P-00402B Type VI |
| **Finish Plasters** | ☐ Gold Bond Gypsum Gauging Plaster | Used with lime for trowel finish or run-in-place ornamental work. | C 28 | SS-P-00402B Type V |
| | ☐ Gold Bond Gypsum Moulding Plaster | Used with lime for run-in-place ornamental work or with water only for precast ornaments. | C 59 | SS-P-00402B Type V |
| | ☐ Kal-Kote Smooth Finish Plaster | Hard, thin, smooth finish over Kal-Kote base plaster or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| | ☐ Kal-Kote Texture Finish Plaster | Hard, thin, textured finish over Kal-Kote base plaster or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| | ☐ Uni-Kal (Veneer Plaster) | One coat finish over Kal-Kore. Can also be used as finish over Kal-Kote base or conventional plaster. | C 587 | SS-P-00402B Type VI |
| | ☐ X-KALibur (Veneer Plaster) | Extended set time, one coat finish over Kal-Kore. Can also be used as finish over Kal-Kote base or conventional basecoat plasters. | C 587 | SS-P-00402B Type VI |
| **Special Additives** | ☐ Gold Bond Retarder | A powder used to slow the set of gypsum plaster. | None | None |
| | ☐ Gold Bond Accelerator | A powder used to quicken the set of gypsum plaster. | None | None |
| **Accessories** | ☐ Kal-Mesh Tape | A coated on-adhesive fiberglass tape which is stapled to Kal-Kore to reinforce all joints and interior angles. | C 475 | None |

# KEY TO FEDERAL SPECIFICATION DESIGNATIONS

| GYPSUM BOARD PRODUCTS Type | Grade | Class | Form | Style |
|---|---|---|---|---|
| ☐ TYPE I Lath | R – Regular core X – Fire-retardant core | 1 – Plain face b – Perforated | a – Plain back 5 – Round edge c – Foil back | 1 – Square edge |
| ☐ TYPE II Sheathing | R – Regular core W – Water-resistant treated core X – Fire-retardant core | 2 – Water-resistant surface | a – Plain back | 1 – Square edge 2 – V-tongue and groove edge |
| ☐ TYPE III Wallboard | R – Regular core X – Fire-retardant core | 1 – Plain face 3 – Predecorated surface | a – Plain back c – Foil back | 1 – Square edge 3 – Taper or recess edge 4 – Featured joint edge 6 – Taper, featured edge |
| ☐ TYPE IV Backer board | R – Regular core X – Fire-retardant core | 1 – Plain face | a – Plain back c – Foil back | 1 – Square edge 2 – V-tongue and groove edge 3 – Taper or recess edge |
| ☐ TYPE V Formboard | R – Regular core | 4 – Fungus-resistant surface | a – Plain back | 1 – Square edge |
| ☐ TYPE VI Veneer Plaster Base | R – Regular core X – Fire-retardant core | 1 – Plain face | a – Plain back c – Foil back | 1 – Square edge 3 – Taper or recess edge 6 – Taper, featured edge |
| ☐ TYPE VII Water-resistant Backing Board | R – Regular core W – Water-resistant treated core X – Fire-retardant core | 2 – Water-resistant surface | a – Plain back | 1 – Square edge 3 – Taper or recess edge |

As an aid in the identification of gypsum wallboard products, above are the classifications as set forth in Federal Specifications SS-L-30D.

| JOINT TREATMENT PRODUCTS Type | Style | Class |
|---|---|---|
| ☐ TYPE I Joint Compound | 1 – Drying powder 2 – Hardening powder 3 – Drying, premixed paste | A – Taping B – Topping C – All Purpose |
| ☐ TYPE II Joint Tape | 1 – Plain | |

As an aid in the identification of joint treatment products, above are the classifications as set forth in Federal Specifications SS-J-570B.

**Corporate Headquarters**
National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
Phone: (704) 365-7300
www.nationalgypsum.com

**Technical Information**
Phone:   (800) NATIONAL
         (900) 628-4662
         (800) FAX NGC†
Fax:     (800) 329-8421



National Gypsum COMPANY

11068A Rev. 6/04

CC04829

 

## PRO-TWIST™ CONSTRUCTION FASTENERS
## CERTIFICATION / MSDS

PrimeSource Building Products, Inc. certifies that all screw fasteners sold under the brand name of Pro-Twist™ are tested in accordance with and meet all criteria in ICBO ES AC 118 "Acceptance Criteria for Tapping Screw Fasteners."

Pro-Twist™ brand screws are manufactured only at ISO 9002 approved mills.

ICBO ES AC 118 references and specifies the following documents:

        ANSI/ASME B 18.6.4
        SAEJ78
        ASTM A370
        ASTM B117
        ASTM C954
        ASTM C1002
        AISI Test Methods for Mechanically Fastened Cold-Formed
        Steel Connections (CF-92-1), February 1992

Pro-Twist™ zinc plated screws conform to ASTM F1491-00, as tested in accordance with ASTM B117

Pro-Twist™ brand sharp point screws meet or exceed ASTM C1002 requirements for corrosion resistance and performance.

Pro-Twist™ brand self-drilling screws are covered under ICBO ES Report #5454.

Pro-Twist™ brand self-drilling screws meet or exceed ASTM C-954 requirements for corrosion resistance and performance.

Pro-Twist™ brand screws conform to Industrial Fasteners Institute (IFI) specifications for tapping screws published in 1988, Sixth Edition, Section H, Pages H-1 through H-78.

All products manufactured for PrimeSource Building Products, Inc. are of a non-chemically hazardous nature.

CC04830

## COASTAL CONDOMINIUMS
790 N.W. 107th AVENUE
MIAMI, FLORIDA 33172

PROJECT NAME & NUMBER __04-5581__

TRANSMITTAL NO. _____ SPEC.REF. __8/13/0__

( ) REVIEWED                          RECEIVED __8/13/0__
(X) REVIEWED AS NOTED                 TO A/E __8/13/0__
( ) REVISE AND RESUBMIT               FROM A/E _____

The purpose of this submittal review is solely to ascertain general conformance
with the contract documents, and is not to be construed as acceptance
of responsibility for design or intent. Approval of this submittal does
not relieve the subcontractor or vendor of contractual responsibility
for quantities, dimensions or conformance with the contract documents.
Items noted as "by others" will be provided only as shown on the c   ut
documents.

Reviewed by: _____ Date: __8-15-05__

CC04831

09/22/2003 14:03 FAX 3058378880          PRIMESOURCE MIAMI                                    @003/005





## Pro-Twist Self-Drilling Screws
## Ultimate Value Chart

| Diameter | Nominal Screw Diameter (Inch) | Metal Gauge 1(LB) | Tension (Pull) LBS. 1 PC | Shear LBS Metal to Metal | Min. Torsional Strength (LB) |
|---|---|---|---|---|---|
| 6 | 0.138 | 25 | 126 | | 24 |
| | | 22 | 178 | 449 | |
| | | 20 | 263 | 583 | |
| | | 18 | 428 | 729 | |
| | | 16 | 598 | 1081 | |
| | | 14 | 911 | | |
| | | 12 | 1156 | | |
| 7 | 0.151 | 25 | 99 | | 38 |
| | | 22 | 199 | 520 | |
| | | 20 | 287 | 629 | |
| | | 18 | 445 | 984 | |
| | | 16 | 552 | 1096 | |
| | | 14 | 926 | 1105 | |
| | | 12 | 1102 | 1190 | |
| 8 | 0.164 | 25 | 97 | | 42 |
| | | 22 | 196 | 550 | |
| | | 20 | 285 | 629 | |
| | | 18 | 444 | 994 | |
| | | 16 | 550 | 1096 | |
| | | 14 | 924 | 1332 | |
| | | 12 | 1100 | 1337 | |
| 10 | 0.190 | 25 | | | 61 |
| | | 22 | | 602 | |
| | | 20 | 385 | 811 | |
| | | 18 | 584 | 1223 | |
| | | 16 | 727 | 1492 | |
| | | 14 | 1050 | 1545 | |
| | | 12 | 1216 | 1850 | |
| 12 | 0.216 | 25 | | | 82 |
| | | 22 | | | |
| | | 20 | 314 | 696 | |
| | | 18 | 472 | 983 | |
| | | 16 | 735 | 1506 | |
| | | 14 | 1057 | 2072 | |
| | | 12 | 1242 | 2210 | |
| | | .156 IN | 2665 | | |
| | | .187 IN | 3394 | | |
| 14 | 0.237 | 25 | | | |
| | | 22 | | | |
| | | 20 | 308 | 797 | |
| | | 18 | 462 | 1093 | |
| | | 16 | 778 | 1942 | |
| | | 14 | 1057 | 2306 | |
| | | 12 | 1467 | 2754 | |
| | | .156 IN | 3217 | | |
| | | .187 IN | 3941 | | |
| | | .216 IN | 4495 | | |

MSA Architects, Inc.

AUG 1 8 2005

Received

CC04832

REVIEW IS FOR GENERAL COMPLIANCE WITH CONTRACT DOCUMENTS. NO RESPONSIBILITY IS ASSUMED FOR CORRECTNESS OF DIMENSIONS OR DETAILS.

☐ NO EXCEPTION TAKE   ☐ MAKE CORRECTIONS NOTED

☐ REJECTED

☐ SUBMIT SPECIFIED ITEM   ☐ REVISE AND RESUBMIT

Corrections or comments made on the shop drawings during this review do not relieve contractor from compliance with requirements of the drawings and specifications. This check is only for review of the general conformance with the design concept of the project and general compliance with the information given in the contract documents. The contractor is responsible for: Confirming and correlating all quantities and dimensions; selecting fabrication processed and technique of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

MSA Architects, Inc.

Submittal #

Date

By

CC04833

 

BUILDING PRODUCTS. INC.
AN ITOCHU COMPANY

## Pro-Twist Sharp Point Screws
## Ultimate Value Chart

| Screw Type | Diameter | Metal Gauge 1(LB) | Tension (Pull) LBS. 1 PC | Shear LBS Metal to Metal |
|---|---|---|---|---|
| Framing | 6 | 25 | 144 | 441 |
| | | 22 | 238 | 687 |
| | | 20 | 340 | 774 |
| Fine | 6 | 25 | 186 | 410 |
| | | 22 | 245 | 601 |
| | | 20 | 349 | 620 |
| | 7 | 25 | 172 | 412 |
| | | 22 | 260 | 625 |
| | | 20 | 358 | 626 |
| | 8 | 25 | 110 | |
| | | 22 | 196 | 691 |
| | | 20 | 285 | 629 |
| Coarse | 6 | 25 | | |
| | | 22 | | |
| | | 20 | | |
| | 7 | 25 | | |
| | | 22 | | |
| | | 20 | | |
| | 8 | 25 | | |
| | | 22 | | |
| | | 20 | | |

CC04834

Pro-Twist Self-Drilling Screws

Allowable Screw Loads

| Screw Size No. And Type | Nominal Screw Diameter (inch) | Steel Plate Thickness Gauge (GA) | Steel Plate Thickness Decimal (inch) | Allowable Shear Load Per Fastener (lbs) | Allowable Tension Load Per Fastener (lbs) |
|---|---|---|---|---|---|
| 14 S/D | 0.250 | 1/4 | 0.250 | 1,109 | 1,280 |
| 12 S/D | 0.216 | 3/16 | 0.1875 | 1,007 | 1,102 |
| 10 S/D | 0.190 | 12 | 0.1046 | 594 | 403 |
| 10 PHP | 0.190 | 24 | 0.239 | 127 | 50 |
| 8 S/D | 0.163 | 12 | 0.1046 | 529 | 358 |
| 8 SF | 0.163 | 22 | 0.0299 | 196 | 99 |
| 6 S/D | 0.138 | 24 | 0.0239 | 107 | 48 |

CC04835

**TRAKFAST**



# APPROVALS/LISTINGS

## ICBO ER-5001

■ TrakFast ICBO ER-5001 is the only ICBO that allows the contractor to fasten into any location on a hollow block wall

## City of Los Angeles RR 25264

# PERFORMANCE TABLES

## TrakFast Pins in Concrete

| MINIMUM EMBEDMENT In. (mm) | 2000 PSI / 13.8 MPa | | 3000 PSI / 20.7 MPa | | 4000 PSI / 27.6 MPa | |
|---|---|---|---|---|---|---|
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 5/8" (15.9) | 60 (.27) | 55 (.24) | 55 (.24) | 75 (.33) | 55 (.24) | 95 (.42) |
| 3/4" (19.1) | 60 (.27) | 80 (.36) | 55 (.24) | 95 (.42) | 55 (.24) | 115 (.51) |

\* All Values Published are Allowable Working Loads
Shank diameter = .102

## TrakFast Pins in 3000 psi Lightweight Concrete and Hollow CMU

| MINIMUM EMBEDMENT In. (mm) | INSTALLED IN CONCRETE | | INSTALLED THROUGH METAL DECK (LOWER FLUTE) | | HOLLOW CMU (ANY LOCATION) | |
|---|---|---|---|---|---|---|
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 5/8" (15.9) | 35 (.16) | 55 (.24) | 30 (.13) | 205 (.91) | 35 (.16) | 50 (.22) |
| 3/4" (19.1) | 80 (.36) | 100 (.45) | 40 (.18) | 235 (1.05) | | |

\* All Values Published are Allowable Working Loads
Shank diameter = .102

## TrakFast 1/2" Pins in ASTM A36 Steel

| FASTENER TYPE In. (mm) | STEEL THICKNESS In. (mm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/16" (4.8) | | 1/4" (6.4) | | 3/8" (9.5) \*\* | | 1/2" (12.7) \*\* | |
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 9/16" (14.3) step shank | 115 (.51) | 300 (1.33) | 195 (.87) | 340 (1.51) | 215 (.96) | 335 (1.49) | 215 (.96) | 355 (1.58) |

\* All Values Published are Allowable Working Loads
\*\* Fasteners shall have 1/4-inch fastener penetration into steel
Shank diameter = .092/.107

## TrakFast 1/2" Pins in ASTM A572 Grade 50 Steel

| FASTENER TYPE In. (mm) | STEEL THICKNESS In. (mm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/8" (3.2) | | 1/4" (6.4) \*\* | | 3/8" (9.5) \*\* | | 1/2" (12.7) \*\* | |
| | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) | TENSION Lbs. (kN) | SHEAR Lbs. (kN) |
| 9/16" (14.3) step shank | 135 (.50) | 300 (1.33) | 200 (.89) | 290 (1.29) | 210 (.93) | 345 (1.53) | 180 (.80) | 330 (1.47) |

\* All Values Published are Allowable Working Loads
\*\* Fasteners shall have 1/4-inch fastener penetration into steel.
Shank diameter = .092/.107


**Ⓐ Ramset** POWER FASTENING SYSTEMS   **115**   Ⓐ

CC04836

06/02/2004   95:18   724-477-7196   GP - BUTLER 8M   PAGE 04/04

Technical Hotline: 800.225.6119  8 a.m. - 6 p.m. M-F (ET)   www.gp.com/gypsum

*continued from front*

board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

*Material Safety Data Sheet*

Material Safety Data Sheet (MSDS) is available on request.

**Board Decoration**

DensArmor Plus Interior Guard, surfaced with one of the finishing options, accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

## Table I
### Minimum Framing Spacing (Wood or Metal)

|  | Single ply Thickness | Application | O.C. Spacing |
|---|---|---|---|
| Ceilings* | ½" | Parallel to framing | 16 o.c. |
|  | ½" | Right angle : to framing | 24 o.c. |
| Walls | ½" | Right angle : or parallel to framing | 24 o.c. |

*When using a lamination texture on ceilings, gypsum board shall be installed at right angles to framing

## Table II
### Single-Ply Application

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Application | | | Screw Applications | | |
|---|---|---|---|---|---|---|
|  | Minimum Nail Length | Spacing Walls | Ceilings | Screw Lengths | Spacing Walls | Ceilings |
| ½" | 1¼" | 8 | 7 | 1¼" | 16 | 12 |

Also refer to local code requirements.
Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

## Table III
### Physical Properties

| Properties | ½" DensArmor™ Plus Interior Guard |
|---|---|
| Thickness, nominal | ½" (12.7mm) ± 1/64" (0.4mm) |
| Width, standard | 4' (1220mm) ± 3/32" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± ¼"(6.4mm) |
| Weight, lbs./M sq. ft., nominal | 2000 |
| Edges | Tapered |
| Surfacing | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | 100 |
| Flexural strength, perpendicular | 120 |
| R Value | .67 |
| Nail pull resistance minimum, lbs. | 90 |
| Hardness, lbs. force, core, edges and ends | 215 |
| Water absorption (% of weight) | 5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): | |
| Flame spread | 0 |
| Humidified deflection, inches | ⅛" |

Represents approximate weight for design and shipping purposes.
Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.



**G-P Gypsum**
a Georgia-Pacific company

© 2001 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 08/02 XXX
Lit. Item #102821



GP **Georgia-Pacific**          ABOUT US    OF PRODUCTS    CONTACT US

Building Products

**Building Products**              GP Home > Building Products > DensArmor™ Plus Interior Guard

» Builder
» Remodeler
» Contractor
» Architect
» Dealer
» Industrial/OEM
» Homeowner/DIY

Find Products By:

Type of Construction:
☐ Residential
☐ Commercial
☐ Industrial/OEM

Product Category:
☐ Engineered Boards
☐ Engineered Lumber
☐ Gypsum Products
☐ Lumber
☐ Structural Panels

Brand Name

**Brand Name**

»
»
»
»   Literature

» News Releases



Click to see the DensArmor Plus Product Diagram.

**Paperless DensArmor™ Plus Interior Guard** is a highly mold-resistant, inorganic, interior gypsum panel. It's ideal for moisture-prone interior walls, in areas such as basements and residential bathrooms. It's also ideal for commercial pre-rock installations. DensArmor Plus Interior Guard carries a three-month in-place exposure warranty.

The moisture-resistant, non-combustible core of DensArmor Plus is reinforced with inorganic glass fibers for increased strength.

**Paperless DensArmor Plus features:**
- Coated, inorganic glass mats on both sides resists moisture and the growth of mold (as manufactured per ASTM D 3273) both inside the wall cavity and in room interiors.
- The moisture-resistant, non-combustible core of DensArmor Plus is reinforced with inorganic glass fibers for increased strength.
- Dimensional stability is superior to standard wallboard. DensArmor Plus resists warping, rippling and buckling.
- Standard DensArmor Plus Interior Guard is 1/2" thick.
- DensArmor Plus Fireguard Interior Guard is 5/8" thick and can be used in any assembly where Type X wallboard is specified.
- DensArmor Plus exhibits 0 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

**DensArmor Plus Interior Guard**

http://www.gp.com/build/product.aspx?pname=DensArmor+Plus+Interior+Guard&pid=150...  2/4/2004

CC04838

resistance
minimum,
lbs.

| | | |
|---|---|---|
| Hardness, lbs. force core, edges and ends | >=15 | >=15 |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): Flame spread/smoke developed | 15/0 | 15/0 |

[1]Represents approximate weight for design and shipping purposes.
[2]Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 36 and ASTM C 1177.

**Framing Spacing (Wood or Metal)**

| | Application | O.C. Spacing |
|---|---|---|
| Ceilings* | Parallel to framing | 16 o.c. |
| | Right angles to framing | 24 o.c. |
| Walls | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, board shall be installed at right angles to framing.

DensArmor Plus Interior Guard is manufactured under one or more of the following U.S. patents:
4,647,496; 4,810,569; 4,879,173; 5,135,805; 5,148,645; 5,220,762; 5,319,900; 5,342,680; 5,371,989; 5,644,880; 5,704,179; 5,791,109; 5,718,785; 5,883,024; Other patents pending.

Product Literature

terms of use / privacy policy

CC04839

- Standard dimensions: 1/2" x 4' x 8' or 12' and 5/8" x 4' x 8' or 12'
- Tapered edges allow easy joint treatment and finishing same as standard wallboard.
- Fastens with conventional nails and screws.
- Conventional wood or metal framing, corner beads and trims used.
- Meets applicable specifications: ASTM C 630 and ASTM C 1177.

**Resources**

Architectural Specifications

Cad Drawings for Gypsum Products

Mold Product Bulletin

MSDS Requests

Serviceable FAQs

Submittal Forms

Systems and Assemblies

**Physical Properties**

| Properties | 1/2" DensArmor™ Plus | 5/8" DensArmor™ Plus Fireguard® |
|---|---|---|
| Thickness, nominal | 1/2" (12.7mm) ± 1/64" (0.4mm) | 5/8" (15.9mm) ± 1/64" (0.4mm) |
| Width, standard | 4' (1220mm) ± 3/32" (2.4mm) | 4' (1220mm) ± 3/32" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± 1/4" (6.4mm) |
| Weight[1], lbs./M sq. ft., nominal | 2000[1] | 2500[1] |
| Edges | Tapered | Tapered |
| Surfacing | Coated glass mat on back, paper face on front | Coated glass mat on back, paper face on front |
| Flexural strength, parallel, lbs. | 40 | 50 |
| Flexural strength, perpendicular | 100 | 140 |
| R Value[2] | .45 | .56 |
| Nail pull | 80 | 90 |

CC04840



**National Gypsum**
COMPANY

For Emergency Product Information Call:
Director Quality Services (704) 551-5820

2001 Rexford Road
Charlotte, North Carolina 28211

Material Safety Data Sheet                                    MSDS No:  GB-1604
PermaBase® BRAND Cement Board Products                       Dated:    January 25, 2004

1.   *Product Identification*

     Product Name:        PermaBase      PermaBase Flex

     Use:                 Underlayment for Ceramic Tile on floors, countertops, EIFS systems
     Generic Descriptions: Gray Cementitous material sandwiched between two layers of fiber mesh with
                           a double wrapped edge

2.   *Composition/Information on Hazardous Ingredients*

|                              |          | Exposure Limits |              |
|------------------------------|----------|-----------------|--------------|
| Contains:                    |          | OSHA            | ACGIH        |
| Chemical Identity            | CAS-NO   | PEL             | TLV          |
|                              |          | (mg/m3)         | (mg/m3)      |
| Portland Cement              | 65997-15-1 | 5             | 10$^A$       |
| High Alumina Cement          | 65997-16-2 | NL            | 3            |
| Silica (Crystalline)         | 14808-60-7 | $^B$          | 0.1          |
| Fiberglass Scrim             | 65997-17-3 | 5             | 5            |

Contains no asbestos.  HMIS Hazard Class No. 0, 0, 0

$^A$     Total dust.  All others are respirable dust.

$^B$     Respirable dust.  Use the formula $\dfrac{10\ mg/m^3}{\%\ SiO_2 + 2}$

NL   Not Listed

Appearance and Odor: Gray solid with slight organic odor upon opening that dissipates quickly.

3.   *Health Hazards Identification*
     • Route(s) of Entry:  Inhalation and Dermal
     • Potential Health Effects   Skin and eye irritant

Crystalline silica (quartz) - The International Agency for Research on Cancer (IARC) classifies crystalline
silica inhaled in the form of quartz or cristobalite from occupational sources as carcinogenic to humans,
Group 1.  The National Toxicology Program (NTP) classifies respirable crystalline silica as a substance,
which may be reasonably anticipated to be a carcinogen.  OSHA does not regulate crystalline silica as a
human carcinogen.

The recommended method of cutting this material is to score and snap.  Do not cut with a power saw.
Dust generated in cutting with a power saw can also cause irritation to skin, eyes, nose, throat and
respiratory system.  If dust is generated, use local exhaust ventilation and wear a NIOSH approved
particulate respirator and protection for eyes and skin.

-1-

CC04841

PermaBase® BRAND Cement Board Products                    Date1:   January 26, 2004

Skin Contact: Continued and prolonged contact with dust generated from power cutting or machining this product may result in irritation to the skin.

Eye Contact: Contact with the dust generated from power cutting or machining this product may result in mechanical abrasion.

Inhalation: Target Organ: respiratory system. Exposure to dust generated from power cutting or machining this product may result in impaired lung function.

Signs and Symptoms of Exposure to Airborne Dust. Continued and prolonged exposure to airborne dust concentrations in excess of the PEL/TLV may result in cough, dyspnea, wheezing, and impaired pulmonary function.

Medical Conditions Generally Aggravated by Exposure. Overexposure would generally aggravate respiratory system dysfunctions.

4. **First Aid Measures**

First Aid Procedures:
- Eye:  Immediately flush eyes with water for 15 minutes and get medical attention.
- Skin:  Flush and wash skin with soap and water.  Get medical attention if irritation persists.
- Breathing:  Move the exposed person to fresh air at once.  If not breathing initiate pulmonary resuscitation. Get medical attention.

5. **Fire Hazards**
- Not Combustible
- NFPA Hazard Class No:  0/0/0
- Extinguishing Media:  Dry chemical, foam, water, fog or spray.
Special Fire Fighting Procedures:  Wear full protective equipment and an approved pressure demand self-contained breathing apparatus (SCBA).

6. **Precautions For Safe Handling**
- Steps to be taken in Case Material is Released or Spilled:  Pick up to avoid tripping hazard.
- Waste Disposal Method:  Dispose of in accordance with applicable federal, state, and local regulations.
- Precautions to be taken in Handling and Storing:  Keep clean, dry, flat and away from excessive heat and direct sunlight.

7. **Stability and Reactivity**
- Stability and Reactivity:  PermaBase® and PermaBase Flex® are stable and hazardous polymerization will not occur.

8. **Exposure Controls/Personal Protection**
- Work/Hygiene Practices:  Avoid creating dust.  Use the score and snap method of cutting. Do not use a power saw to cut
- Ventilation:  Provide local exhaust or general ventilation to maintain dust levels below the PEL/TLV.
- Respiratory Protection:  A NIOSH approved particulate respirator is recommended if cutting the product with a power saw or handling/cutting generates airborne dust in excess of the PEL/TLV
- Eye Protection:  Safety glasses or goggles when applying the product; goggles if cutting the product with a power saw.

9. **Transport Information**
- DOT:  Not regulated

- 2 -

CC04842

**PermaBase⁴ BRAND Cement Board Products**                              Dated:    January 26, 2004

10.    *Regulatory Information*
       **SARA Title III Section 313 Ingredients**
       None at or above the de minimus level

11.    *Other Information*
       The information and recommendations contained herein are based upon data believed to be correct.
       However  no guarantee or warranty of any kind expressed or implied is made with respect to the
       information contained herein. This material safety data sheet was prepared to comply with the OSHA
       Hazard Communication Standard (29 CFR 1910.1200) and with the Workplace Hazardous Materials
       Information System (WHMIS).  This supersedes any previous information.

       Disclaimer of Liability:
       As the conditions or methods of use are beyond our control, we do not assume any responsibility and
       expressly disclaim any liability for any use of the material. Information contained herein is believed to be
       true and accurate, but all statements or suggestions are made without any warranty, express or implied,
       regarding accuracy of the information, the hazards connected with the use of the material or the results to
       be obtained for the use thereof.

- 3 -

CC04843

03/04/2005  14:39      724-477-7196            SEP - BUTLER BM               PAGE  05/07

09305

# PERMABASE® BRAND CEMENT BOARD

### MANUFACTURER

Unifix Inc./Unifix USA Inc.
A Wholly Owned Subsidiary of
National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211
(704) 365-7300

Technical Information:
1-800-NATIONAL
(1-800-628-4662)

Fax: 1-800-FAX NGC!
(1-800-329-6421)

Internet Home Page:
www.nationalgypsum.com

09305/NGC Buyline: 1100

PermaBase is a registered
trademark of National Gypsum
Company

### DESCRIPTION

PermaBase brand is a rigid
substrate made of Portland
cement, aggregate and glass
mesh that provides an excep-
tionally hard, durable surface
that is able to withstand pro-
longed exposure to moisture.

### BASIC USES

PermaBase is ideally suited as
an underlayment or backing
surface for tub and shower
surrounds, countertops,
flooring and a variety of
other interior and exterior
applications.

### ADVANTAGES

* Long wrapped tapered edges
  are formed smooth and shatter-
  proof using the double-wrapped
  EdgeTech™ technology.

* Highly moisture resistant, will
  not rot, disintegrate or swell
  when exposed to water.

* Can be used in both interior
  and exterior applications.

* Impact resistant with
  excellent overall flexural,
  compressive and tensile
  strength characteristics.

* Cut to size using a utility knife
  and straight edge.

### LIMITATIONS

* PermaBase Cement Board
  should not be used as a struc-
  tural load-bearing member.

* Maximum framing spacing
  should not exceed 16" o.c.
  and must be designed to limit
  deflection to less than L/360
  under all live and dead loads.

* Steel framing must be 20 gauge
  or heavier.

* Do not use 1/4" PermaBase
  Underlayment for wall or
  ceiling applications.

* Install PermaBase with rough
  side up/out. Adhere tile to
  rough side.

* PermaBase Cement Board is
  vapor permeable and unaffected
  by water but is not a water
  barrier. If the area behind the
  backerboard must be kept dry,
  a separate moisture barrier or
  waterproof membrane must
  be used.

* On exterior installations, a
  waterproof membrane must
  be utilized.

* PermaBase should not be used
  on exterior surfaces where
  imposed wind loads exceed
  40 lbs. psf.

* Paper or self-adhesive fiberglass
  drywall tape, joint compound
  and drywall nails or screws
  should not be used.

* Maximum fastener spacing
  should not exceed 8" o.c. for
  floor, countertop and wall and
  6" o.c. for ceiling applications.

* Not recommended for use
  with vinyl flooring.

* For exterior finishes applied
  over PermaBase, consult
  exterior finish manufacturer
  for installation requirements.

### COMPOSITION
### AND MATERIALS

Cementitious Backer Unit (CBU):
A nailable, screwable backer-
board or underlayment panel
which is composed of
Portland Cement, aggregates
and reinforcements that has a
significant ability to remain
unaffected by prolonged
exposure to moisture.

### ACCESSORIES

Joint reinforcement: Mesh tape
must be used on all edges
and cuts made to size. Use
2" wide polymer-coated
(alkali-resistant) mesh tape
for interior applications and
minimum 3" wide polymer-
coated (alkali-resistant) mesh
tape for exterior applications.

Bonding materials: Treat joints
and set facing material with
dry-set (thin-set) or preferably
Latex-Portland Cement mortar.
All mortar should comply
with ANSI A118.1 or ANSI
A118.4 product standards.
Type I organic adhesive meeting
ANSI A136.1 may be utilized
for interior use only.

Fasteners: Galvanized roofing
nails, 1-1/2" long with hot
dipped galvanized coating
for use with wood framing.
Nails should meet Federal
Specification RFF-N105B/
type 2 style 20.

Corrosion-resistant cement board
screws or equivalent, 1-1/4" or
1-5/8" long, for use with wood
framing.

Corrosion-resistant cement board
S-12 screws or equivalent,
1-1/4" or 1-5/8" long, for use
with 20 gauge or heavier steel
framing.

### SIZES

| Thickness: | 1/4" (6.3 mm) (counters/floors only) |
| | 1/2" (12.7 mm) |
| | 5/8" (15.9 mm) |
| | 1" (25.4 mm) |
| | 3/4" (19.1 mm) |
| | 3/8" (9.7 mm) |
| Widths: | 32" (813 mm) |
| | 36" (914 mm) |
| | 48" (1219 mm) |
| Lengths: | 48" (1219 mm) |
| | 60" (1524 mm) |
| | 72" (1828 mm) |
| | 96" (2438 mm) |

Note: Custom thicknesses and
lengths available with minimum
quantity.

### APPLICABLE STANDARDS

Exceeds ASTM C 1325 and
ANSI A118.9 specifications.

*Continued next page.*

Job Name _____

Contractor _____ Date _____

*National Gypsum Company reserves the right to make changes.*

CC04844

## ► TECHNICAL DATA

### FIRE RESISTANCE RATINGS

One-hour rating: The one-hour wall assembly consists of 3-5/8" steel studs, 16" o.c., one layer of 1/2" PermaBase attached horizontally or vertically, with 1-1/4" long cement board screws, 8" o.c. in the field and perimeter on one side and one layer of 5/8" Fire-Shield C Gypsum Wallboard attached vertically, on opposite side, with joints staggered to those of opposite side, with 1-1/4" long drywall screws 8" o.c. in the field and perimeter side, with 3" thick mineral fiber insulation bats in the stud cavities. ITS/WHI Report No. 199-4001.

Two-hour fire rating: The two-hour wall assembly consists of 3-5/8" steel studs 16" o.c. on one side, base layer of 1/2" Fire-Shield C Wallboard attached vertically with 1" drywall screws 24" o.c. in the field and perimeter and face layer of 1/2" PermaBase attached vertically with 1-5/8" cement board screws, 8" o.c. in the field and perimeter. Two layers of 1/2" Fire-Shield C Wallboard applied vertically

in opposite side, base layer attached with 1" drywall screws 24" o.c. in the field and perimeter and face layer attached with 1-5/8" drywall screws 12" o.c. in the field and perimeter, with 3" thick mineral fiber insulation bats in the stud cavities. All joints staggered between face and base layer. ITS/WHI Report No. 198-32931.

(Tests were conducted pursuant to ASTM E 119, as a non load-bearing wall, fire rated both sides under the supervision of Warnock Testing Services NA, Inc.)

### ► RECOMMENDATIONS

### INTERIOR APPLICATIONS

General: All framing should comply with local building code requirements and be designed to provide support with a maximum allowable deflection of L/360 under all intended loads. Framing members should have a maximum of 16" o.c.

Note: Cut or score PermaBase on rough side of panel. Install tile and tile setting materials in accordance with TCA specifications and The Council of America (TCA) guidelines.

Tile, thin brick and other facing materials: Installation of tile or similar facing materials should comply with ANSI A108 standard specifications.

Control Joints: For interior installations, allow a maximum of 30 lineal feet between control joints. A control joint must be installed but is not limited to the following locations: where expansion joints occur in the framing or building discontinue all cross furring members located behind joint, when boards and dissimilar materials, where framing material changes; at changes of building shape or structural system; at each story separation. Place control joints at corners of window and door openings, or follow specifications of architect. Control joint cavity shall not be filled with coating or other materials.

### WALLS & CEILINGS

Wall framing: Edges of PermaBase parallel to framing should be continuously supported. Provide additional blocking when necessary to permit proper PermaBase attachment. Do not install PermaBase directly over protrusions from stud plane such as heavy brackets

or fastener heads. Stud above a shower floor should be either notched or furred in accommodate the thickness of the waterproof membrane or pan. The surround opening for a tub or recessed shower receptor should not be more than 1/4" larger than unit to be installed.

Ceiling framing: The deflection of the complete ceiling assembly due to dead load (including insulation, PermaBase, bonding material and facing material) should not exceed L/360. The dead load applied to the ceiling frame should not exceed 10 psf. Ceiling joist or furring channel should not exceed 16" o.c. (Edges of PermaBase parallel to framing should be continuously supported.) Provide additional blocking when necessary to permit proper PermaBase attachment.

PermaBase Cement Board: Apply PermaBase with ends and edges closely butted but not forced together. Stagger end joints in successive courses. Drive fasteners into field of cement board first, working toward ends and edges. Space fasteners maximum 8" o.c. for walls, 6" o.c. for ceilings with perimeter fasteners at least 3/8" and less than 5/8" from ends and edges. Fasten PermaBase tight to framing.

Joint reinforcement: Trowel bonding material to completely fill the tapered recessed board joints and gaps between each panel. On non-tapered joints apply a 6" wide, approx. 1/16" thick coat of bonding material over entire joint. Immediately embed 2" alkali-resistant fiberglass mesh tape fully into applied bonding material and allow to cure. Same bonding material should be applied to corners, control joints, trims or other accessories. Feather bonding material over fasteners to fully conceal.

### FLOORS & COUNTERS

Subfloor or base: 5/8" (3/4" for 1/4" PermaBase) exterior grade plywood should be securely glued and fastened to floor joists or on counter base. Floor joists and counter framing should be spaced a maximum of 16" o.c.

Note: Floor trusses or I-joists may be spaced 19.2" o.c. with 3/4" tongue-and-groove subfloor decking

*(continued next page)*

## PHYSICAL PROPERTIES

| Property | Test Method | Tom. Shield | 1/4" PermaBase |
|---|---|---|---|
| Water Absorption % by weight /24 hrs. | ASTM C 473 | < 8 | < 8 |
| Flexural Strength (psi) | ASTM C 947 | 750 | 1250 |
| Fastener Holding (Wet and Dry, lbs.) | ASTM D 1037 (0.460" head diameter) | 125 | 125 |
| Weight (pbf) | ASTM C 473 | 3 | 2 |
| Freeze/Thaw (cycles) per ANSI A118.9 | ASTM C 666 Procedure B | 100 | 100 |
| Compressive Strength (psi) (Indentation) | ASTM D 2394 | 2250 | 2250 |
| Flame Spread/Smoke Developed | ASTM E 84 | 0/0 | 0/0 |
| Wind-Load (psf, studs 16" o.c.) | ASTM E 330 | 40 | |
| Thermal "R" Value | Property of Material | 0.2/2.7 | 0.1/2.7 |
| Bending Radius, ft. | Property of Material | 5 | |
| Standard Method for evaluating ceramic floor installation system | ASTM C 627 | Light Commercial | Light Commercial |
| Falling Ball Impact (12" drop) | ASTM D 1037 | pass | pass |
| Shear Bond Strength, 7 days (psi) | Dry-Set Portland Cement Mortar | ANSI A118.1 | 204 | |
| | Latex-Portland Cement Mortar | ANSI A118.4 | 241 | |
| | Organic Adhesives, Type 1 | ANSI A136.1 | 199 | |
| Linear Variation (Due to change in moisture content) | ASTM D 1037 | 0.05% | |
| Bacterial Resistance | ASTM G 22 | 0 (No growth) | 0 (No growth) |
| Fungus Resistance | ASTM C 21 | 0 (No growth) | 0 (No growth) |

Underlayment: Using a 1/4"
square-notched trowel, apply
a setting bed of Latex-Portland
Cement mortar or Thin-Set to
the subfloor or counter base.
Immediately laminate
PermaBase to subfloor or base
leaving a 1/8" space between
boards at all joints and corners.
Leave a 1/4" gap along walls.
Stagger joints so they do not
line up with underlying sub-
strate joints. Fasten PermaBase
every 8" o.c. throughout
board field and around all
edges while setting bed mortar
is still workable. Around
perimeter of each board, locate
fasteners 2" from the corners
and not less than 3/8" from
the edges. Fill all joints solid
with bonding material. On
non-tapered joints such as
butt ends, apply a 6" wide,
1/16" thick coat over the
entire joint. Embed fiberglass
mesh tape fully into applied
bonding material; ensure that
tape is centered over joint.
Apply bonding material over
fasteners to fully conceal.
Remove all excess bonding
material and allow to cure.

## EXTERIOR APPLICATIONS

General: All framing should
comply with local building
code requirements and be
designed to provide support
with a maximum allowable
deflection of L/360 under all
intended live (including wind)
and dead loads.

Note: Cut or score PermaBase
on rough side of panel. Install
tile and tile setting materials in
accordance with current ANSI
specifications and Tile Council
of America ("TCA) guidelines.

Control joints: For exterior
installations, allow a maximum
of 15 lineal feet between
control joints. A control joint
must be installed but is not
limited to the following
locations: where expansion
joints occur in the framing
or building (discontinue all
cross furring members located
behind joint); when boards
abut dissimilar materials; where
framing material changes; at
changes of building shape or
structural system; at each story
separation. Place control
joints at corners of window
and door openings; or follow
specifications of architect.
Control joint cavity shall not
be filled with any coating or
other materials.

## DECKS

Subfloor: Plywood should be
securely glued and fastened to
floor joists spaced a maximum
of 16" o.c. Subfloor should be
sloped at a minimum pitch of
1/4" per foot. The floor surface
should be true to plane within
1/8" in 10'.

Underlayment: Using a 1/4"
square-notched trowel, apply
a setting bed of Latex-Portland
Cement mortar to the subfloor.
Immediately laminate
PermaBase to subfloor leaving
a 1/8" gap between boards
at all joints and corners. Leave
a 1/4" gap along walls. Stagger
joints so they do not line up
with underlying substrate
joints. Fasten PermaBase every
8" o.c. throughout board field
and around all edges while
setting bed mortar is still
workable. Around perimeter
of each board, locate fastener
4" from the corners and not
less than 3/8" from the edges.
Fill all joints solid with bond-
ing material. On non-tapered
joints such as butt ends, apply
a 6" wide, 1/16" thick coat
over the entire joint. Embed
alkali-resistant fiberglass mesh
tape fully into applied bonding
material; ensure that tape is
centered over joint. Apply
bonding material over fasteners
to fully conceal. Remove all
excess bonding material and
allow to cure.

Waterproof membrane:
Trowel apply waterproof
membrane to the entire
surface of the PermaBase,
following membrane
manufacturer's installation
instructions in detail.

## WALLS & CEILINGS

Wall framing: Studs should be
spaced a maximum of 16" o.c.
Edges/ends of PermaBase
parallel to framing should be
continuously supported.
Provide additional blocking
when necessary to permit
proper PermaBase attachment.
Do not install PermaBase
directly over protrusions from
stud plane such as heavy
brackets or fastener heads.

Weather barrier: While
PermaBase is unaffected by
moisture, a water barrier
must be installed to protect
the cavity. It should be
installed according to the
manufacturer's specifications
between the PermaBase and
the framing members.

Ceiling framing: The deflection
of the complete ceiling
assembly due to dead load
(including insulation,
PermaBase, bonding material

and facing material) should
not exceed L/360. The dead
load applied to the ceiling
frame should not exceed
10 psf. Ceiling joist or furring
channel should not exceed
16" o.c. Edges of PermaBase
parallel to framing should be
continuously supported.
Provide additional blocking
when necessary to permit
proper PermaBase attachment.

PermaBase Cement Board:
Apply PermaBase with ends
and edges closely butted but
not forced together. Stagger
end joints in successive
courses. Drive fasteners
into field of cement board
first, working toward ends
and edges. Space fasteners a
maximum 8" o.c. for walls,
6" o.c. for ceilings with
perimeter fasteners at least
3/8" and less than 5/8" from
ends and edges. Ensure
PermaBase is tight to framing.

Joint reinforcement:
Trowel bonding material to
completely fill the tapered
recessed board joints and gaps
between each panel. On non-
tapered joints apply a 6" wide,
approx. 1/16" thick coat of
bonding material over entire
joint. Immediately embed
minimum 3" alkali-resistant
fiberglass mesh tape fully into
applied bonding material and
allow to cure. Same bonding
material should be applied to
corners, control joints, trims
or other accessories. Feather
bonding material over fasteners
to fully conceal.

# GyProc® Regular Gypsum Board

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Regular Gypsum Board has a non-combustible, dimensionally stable, inert gypsum core. The surfacings on both faces and on the long edges are 100% recycled paper. The front face (side to be finished) and the long edges are an ivory color; the back face paper is gray. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

GyProc Regular Gypsum Board is a wall or ceiling covering material for use in new building construction or renovation work. It is designed for direct attachment (screws, nails or adhesive) to wood and metal framing or existing surfaces. It may also be used as a covering material for flat or curved structures; the material may be formed to a curve with a short radius.

GyProc Regular Gypsum Board is manufactured with ivory colored paper surfaces designed to receive joint treatment then paint, wall covering, textured coatings or other finish treatment.

### LIMITATIONS

GyProc Regular Gypsum Board is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to moisture is extreme or continuous.

Do not use GyProc Regular Gypsum Board where there is prolonged exposure to temperatures exceeding 125°F and/or continuous exposure to extreme humidity; e.g. located adjacent to wood burning stoves, heating appliances, swimming pools, saunas or steam rooms.

Consult manufacturer's literature when water-based textures are to be used.

### APPLICABLE STANDARDS

ASTM C 36, CSA-A82.27-M and Federal Specification SS-L-30D, Type III, Grade R.

### BUILDING CODE CONFORMITY

GyProc Regular Gypsum Board conforms to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ¼" | 4' | 8'-12' |
| ⅜" | 4' | 8'-14' |
| ½" | 4' | 6'-16' |
| ⅝" | 4' | 8'-16' |

Edges: ¼" and ⅜" tapered. ½" and ⅝" square, tapered or tapered with round edges.

## SUPPLEMENTAL MATERIALS

Fasteners: Nails, screws or adhesive.

Joint System: Tape, bedding compound and topping compound.

Trims: Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

Wall and ceiling textures.

Sealants.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread rating of 15 and smoke developed 0, when tested in accordance with ASTM E 84 or CAN/ULC-S102.

### FIRE RESISTANCE RATING

Fire resistance ratings are determined by tests made on assemblies of specific materials. Caution must be used to ensure that each component of the construction design meets the specified and tested assembly. Test reports are available upon request.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections and other penetrations to ensure the effectiveness of the assembly and obtain desired STC rating. Test reports are available upon request.

## INSTALLATION

### APPLICATION STANDARDS

GyProc Regular Gypsum Board shall be installed according to the Gypsum Association Publication GA-216 "Recommended Specifications for the Application and Finishing of Gypsum Board" and ASTM C 840 "Standard Specification for Application and Finishing of Gypsum Board" for non-fire rated construction.

However, to achieve a designated fire resistance rating, installation and details must be consistent with tested assemblies as published in the Gypsum Association Fire Resistance Design Manual GA-600, UL/ULC Fire Resistance Directory and Inchcape Testing Services/Warnock Hersey Listing Book.

### METHODS

For non-rated construction, installation methods for single or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. GyProc Regular Gypsum Board can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

For rated assemblies, appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

### SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

### HANDLING PRECAUTIONS

Stack GyProc Regular Gypsum Board on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling is also outlined in Gypsum Association Publications GA-216 and GA-601.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners. Avoid scuffing the face to be finished.

### MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

## BOARD DECORATION

GyProc Regular Gypsum Board is designed to accept most types of paints, texture and wall covering materials. G-P Gypsum strongly recommends priming the surface with a full-bodied, quality latex primer before applying a final decorative material. Priming will equalize the suction variation between the joint compounds and the paper surface. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with severe natural or artificial side lighting.

G-P Gypsum recommends application of a sealer under wallpaper or other wall covering so that the board surface will not be damaged if the covering is subsequently removed during redecorating. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration. (See publ. GA-216.)

 **G-P Gypsum Corporation**

CC04847

## MAXIMUM FRAMING SPACING TABLE

| | SINGLE-PLY THICKNESS | APPLICATION | MAXIMUM FRAMING MEMBERS O.C. SPACING |
|---|---|---|---|
| CEILINGS | | | |
| WALLS | ⅝"  ½" or ⅝" | Right Angles or Parallel | 16" o.c.  24" o.c. |

*When using a water-based texture on ceilings, gypsum board shall be installed at right angles to framing. ⅝" GyProc Regular Gypsum Board or ½" GyProc CD Ceiling Board is recommended for spacing 24" o.c. ½" GyProc Regular Gypsum Board may be used for spacing 16" o.c.

## FASTENING

| | NAIL APPLICATIONS | | | SCREW APPLICATIONS | | |
|---|---|---|---|---|---|---|
| Wallboard Thickness | Minimum Nail Length | Spacing | | Screw Length | Spacing | |
| | | Walls | Ceilings | | Walls | Ceilings |
| ½" | 1⅜" | 8" | 7" | 1" | 16" | 12" |

¹ Also refer to local code requirements.   ² Where framing members are spaced 24" o.c., screw spacing is 12" o.c.

## PHYSICAL PROPERTIES

| PROPERTIES¹ | ¼" GYPROC GYPSUM BOARD | ⅜" GYPROC GYPSUM BOARD | ½" GYPROC GYPSUM BOARD | ⅝" GYPROC GYPSUM BOARD |
|---|---|---|---|---|
| Thickness, nominal | | | | |
| Width, nominal | 4' (1220mm), − ³⁄₃₂" (2.4mm) | 4' (1220mm), − ³⁄₃₂" (2.4mm) | 4' (1220mm), − ³⁄₃₂" (2.4mm) | 4' (1220mm), − ³⁄₃₂" (2.4mm) |
| Length, nominal | | | | |
| Weight, lbs./M sq. ft. nominal | 1200 | 1350 | 1650 | 2200 |
| Edges | | | | |
| Surfacing | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges | 100% recycled paper face, back and long edges |
| Flexural strength, min. Parallel Perpendicular | | | | |
| R Value² | .22 est | .33 | .45 | .56 |
| Nail pull resistance, minimum | | | | |
| Hardness, lbs. force core, edges and ends | ≥15 | ≥15 | ≥15 | ≥15 |
| Humidified Deflection | | | | |

¹ Tested in accordance with ASTM C 473.   ² Tested in accordance with ASTM C 518, Heat Flow Meter
Note: Specified minimum values are as defined in ASTM C 36.

### Technical Information
U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-583-1896 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6623 |
| West: | 1-800-824-7503 | Prairies: | 1-800-551-6589 |
| | | British Columbia: | 1-800-663-8402 |

For additional literature 1-800-BUILD GP (284-5347).

©GP G... ... G-P Gypsum Corporation ...

G·P Gypsum Corporation

CC04848



# GyProc® Moisture-Guard® Gypsum Board

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Moisture-Guard® Gypsum Board has a noncombustible, dimensionally stable inert gypsum core. The core contains a water-resistant additive which provides increased water resistance. The surfacings on both faces and on the long edges are 100% recycled paper. The front face paper, which receives the tile finish, is a green color. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

Moisture-Guard Gypsum Board is a backing material for ceramic, plastic or metal tile in tub, bathroom or shower areas for use in building construction. It is designed for direct mechanical attachment to wood or metal wall and ceiling framing for use in non-fire rated building assemblies. Popularly known as Greenboard.

Moisture-Guard Gypsum Board is designed as a backer for ceramic and quarry tile. It can be used for non-tile applications.

## LIMITATIONS

Moisture-Guard Gypsum Board is a non-structural product and should not be used as a nailing base or to support heavy wall-mounted objects. Should not be installed using only staples or adhesives.

Moisture-Guard Gypsum Board shall be installed so that tile is applied on the green side of the board.

Do not use Moisture-Guard Gypsum Board where there is prolonged exposure to temperatures exceeding 125°F and/or continuous exposure to extreme humidity or wet areas; e.g., located adjacent to wood-burning stoves, heating appliances, saunas, steam rooms, swimming pools and gang shower rooms.

Do not use as shower floors or curbs. Do not use in conjunction with passive solar heat systems.

If Moisture-Guard Gypsum Board is to be painted or papered, it should be painted with a latex primer prior to receiving decoration.

If product is used in a ceiling application, framing spacing is 12" o.c. maximum for ½" thickness and 16" o.c. maximum for ⅝" thickness.

## APPLICABLE STANDARDS

ASTM C 630, CSA-A82.27-M
Federal Specification SS-L-30D
Type VII, Grade W.

## BUILDING CODE CONFORMITY

Moisture-Guard Gypsum Board conforms to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ½" | 48" | 8'-12' |
| ⅝" | 48" | 8'-12' |

Edges: Tapered.

## SUPPLEMENTAL MATERIALS

Fasteners, corner beads and trim, expansion joints, tape, joint compound. Sealants and tile adhesives.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84. The core is noncombustible when tested in accordance with ASTM E 136.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

Moisture-Guard Gypsum Board may be applied according to the Gypsum Association Publications GA-216, GA-201 and GA-650 or ASTM C 840 for non-fire rated construction.

### METHODS

For non-rated construction, installation methods for single- or multi-layer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected must be planned carefully to minimize the number of end joints. Moisture-Guard Gypsum Board can be cut by scoring and snapping or sawing, working from face side. Position Moisture-Guard Gypsum Board next to framing with green side away from framing. Caulk raw edges (end joints and cutouts) with adhesive or waterproofing compound. Space fasteners 6" o.c. for walls and ceilings.

### SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

### HANDLING PRECAUTIONS

Stack Moisture-Guard Gypsum Board on a flat, level surface under protective cover. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and damage to edges, ends and corners.

### MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

CC04849

| PHYSICAL PROPERTIES. | | |
|---|---|---|
| **PROPERTIES'** | **½" MOISTURE-GUARD°** | **⅝" MOISTURE-GUARD°** |
| Thickness, nominal | ½" (12.7mm), ± ⁄₆₄" (0.4mm) | ⁵⁄₈" (15.9mm), ± ⁄₆₄" (0.4mm) |
| Width, nominal | 4' (1220mm) – ³⁄₃₂" (2.4mm) | 4' (1220mm) – ³⁄₃₂" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (3660mm) ± ¼" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± ¼" (6.4mm) |
| Weight, lbs./M sq. ft., nominal | 1750 | 2200 |
| Edges | Tapered | Tapered |
| Flexural strength, minimum<br>Parallel, lbs.f.<br>Perpendicular, lbs.f. | 40<br>110 | 50<br>150 |
| R value² | .45 | .56 |
| Nail pull resistance<br>lbs. minimum | 80 | 90 |
| Hardness, lbs. force core, edges and ends | ≥15 | ≥15 |
| Humidified deflection, maximum | 1⅜" | ¾" |
| Packaging | Two pieces per bundle,<br>face-to-face and end taped. | Two pieces per bundle,<br>face-to-face and end taped. |
| Surface Burning Characteristics<br>(per ASTM E 84 or Can/ULC-S102) | Flame Spread 15<br>Smoke Developed 0 | Flame Spread 15<br>Smoke Developed 0 |
| Surfacing | 100% recycled paper coverings on face,<br>back and long edges; green color on face | 100% recycled paper coverings on face,<br>back and long edges; green color on face |
| Framing Spacing, maximum<br>Walls<br>Ceilings | 16" o.c.<br>12" o.c. | 24" o.c.<br>16" o.c. |
| Water absorption, % maximum | 5.0 | 5.0 |

'Tested in accordance with ASTM C 473.    ²Tested in accordance with ASTM C 518, Heat Flow Meter
Note. Specified minimum values are as in ASTM C 630.    Other lengths and types may be available on special order.

**Technical Information**
U.S.A. and Canada: 1-800-225-6119

**Sales Information and Order Placement**

| U.S.A. | | CANADA | |
|---|---|---|---|
| Midwest: | 1-800-876-4745 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| Northeast: | 1-800-828-9161 | Ontario: | 1-800-387-6923 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).

[illegible copyright text]

G·P Gypsum Corporation

# GyProc® Fireguard® and Fireguard® C Gypsum Board

## Y ROC
### P R O D U C T S

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Fireguard® and Fireguard® C gypsum board has a noncombustible, dimensionally stable inert gypsum core. The core has been reinforced with the addition of inorganic glass fibers, increasing its strength and its resistance to the passage of heat. **The surfacings on both faces and on the long edges are 100% recycled paper.** The front face paper is an ivory color; the back face paper is gray. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

GyProc Fireguard and Fireguard C gypsum board is a wall or ceiling covering material for use in building construction. It is designed for direct mechanical attachment to wood or metal framing for use in building assemblies with a designated fire-resistive rating.

A specially formulated gypsum core which includes glass fibers enables GyProc Fireguard to remain intact during a fire, helping to protect framing members and preventing or delaying the spread of fire. With joints covered, GyProc Fireguard will resist passage of smoke.

GyProc Fireguard and Fireguard C gypsum board is manufactured with a paper surfacing designed to receive joint treatment, paint, wall covering, or textured coatings.

### LIMITATIONS

GyProc Fireguard and Fireguard C gypsum board is a nonstructural product and should not be used as a nailing base or to support heavy wall mounted objects. It is intended for interior applications; it must be kept dry and clean and not used where exposure to moisture is extreme or continuous. It should not be exposed to temperatures exceeding 125°F for extended periods of time.

Do not use GyProc Fireguard or Fireguard C where it is exposed to temperatures exceeding 125°F for extended periods of time, e.g. located adjacent to wood-burning stoves,

electric lighting, heating appliances, and hot air flues.

### APPLICABLE STANDARDS

ASTM C 36, CSA-A82.27-M

Federal SS-L-30D, Type III, Grade X and SS-6-30D

### BUILDING CODE CONFORMITY

GyProc Fireguard and Fireguard C gypsum board meets the criteria mandated by the three model code bodies: BOCA, ICBO, SBCCI. Conformity is attained by Codes reference to gypsum board construction and requirements for fire-resistive construction using gypsum board in numerous rated assemblies. GyProc Fireguard and Fireguard C use is validated by testing in accordance with ASTM E 119 and CAN/ULC-S101.

### SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| **Fireguard** | | |
| 5/8" | 48" | 8'-16' |
| **Fireguard C** | | |
| 5/8" | 48" | 8'-16' |
| 1/2" | 48" | 8'-16' |

Edges: Tapered, square, tapered with round edges.

### SUPPLEMENTAL MATERIALS

Corner beads and trim, expansion joints, joint tape, joint compound.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84 or CAN/ULC-S101. The core is noncombustible when tested in accordance with ASTM E 136. It is classified in Underwriters Laboratories.

### FIRE RESISTANCE RATINGS

GyProc Fireguard and Fireguard C meet the criteria for type X special fire resistance, as defined in ASTM C 36. GyProc Fireguard and Fireguard C are classified for fire resistance by Underwriters Laboratories.

### SOUND CONTROL

GyProc Fireguard and Fireguard C can achieve designated Sound Transmission Class (STC) values when used in properly designed constructions.

Sound rated assemblies require sealing at top, bottom, intersections and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

GyProc Fireguard and Fireguard C gypsum board may be applied according to the Gypsum Association Publication GA-216 or ASTM C 840 for non-fire rated construction.

For fire resistance rated construction application regarding board orientation, fastener type and spacing shall be consistent with the tested construction details. These details are published in the Gypsum Association Fire Resistance Design Manual GA-600, UL/ULC Fire Resistance Directory, and Inchcape Testing Services/Warnock Hersey Listings Book.

### METHODS

Appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

For non-rated construction, installation methods for single- or multi-layer construction involving attachment using mechanical fasteners, adhesive, or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected shall be planned carefully to minimize the number of end joints. Gypsum board can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

CC04851

Apply board tight to framing, abutting edges and end. Start with ceilings aligning board perpendicular to framing followed by walls. Fasten from center of boards out with slight dimpling of fasteners without breaking face paper. Following proper joint treatments, board surfaces should be primed/sealed prior to decoration.

## SAFETY

During installation involving cutting, scoring, and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

## HANDLING PRECAUTIONS

Stack gypsum board on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications, GA-216 and GA-801.

Take care to avoid impact, undue flexing, and subsequent damage to board edges, ends, and corners. Avoid scuffing the face to be finished.

## MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

## BOARD DECORATION

GyProc Fireguard and Fireguard C gypsum board is designed to accept most types of paints, texture and wall covering materials.

G-P Gypsum strongly recommends priming the surface with a full-bodied, quality latex primer before applying a final decorative material. Priming will equalize the suction variation between the joint compounds and the paper surface. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with severe natural or artificial side lighting.

G-P Gypsum recommends application of a sealer under wallpaper or other wall covering so that the board surface will not be damaged if the covering is subsequently removed during redecorating. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

| PROPERTIES¹ | FIREGUARD* | FIREGUARD C* |
|---|---|---|
| PHYSICAL PROPERTIES | | |
| Thickness, nominal | | |
| Width, nominal | 4' (1220mm] | 4" (1220mm] |
| Length, Standard | 8' (2440mm) to 14' (4270mm) | 8' (2440mm) to 14' (4270mm) |
| Weight, lbs./M sq. ft., nominal | 2300 | ½" = 2000, ⅝" = 2500 |
| Edges | Tapered, Square or Rounded | Tapered, Square or Rounded |
| Flexural spacing, min. | | |
| Parallel, lbs.f. | 50 | ½" = 40; ⅝" = 50 |
| Perpendicular, lbs.f. | 150 | ½" = 110; ⅝" = 150 |
| R Value² | | |
| Nail pull resistance | | |
| lbs. minimum | 90 | ½" = 80, ⅝" = 90 |
| Hardness, lbs. force core, edges and ends | ≥15 | |
| Humidified Deflection, max. | ⅝" | ½" = 10⅝", ⅝" = ⅝" |
| Packaging | 2 pieces per bundle, faces in, in accordance with agreed specifications | 2 pieces per bundle, faces in, in accordance with agreed specifications |
| Surface Burning Characteristics (per ASTM E 84 or CAN/ULC-S102) | | |
| Flame Spread | 15 | 15 |
| Smoke Developed | 0 | 0 |

¹Tested in accordance with ASTM C 473.   ²Tested in accordance with ASTM C 518, Heat Flow Meter

## Technical Information
U.S.A. and Canada: 1-800-225-6119

## Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-6347).

G-P Gypsum Corporation 

CC04852



# DENSARMOR
## Interior Guard

**5/8" Fireguard**

**DENSGUARD**

## Glass Mat Interior Protection from G-P Gypsum

### Manufacturer

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m. Monday-Friday (ET)
www.gp.com/gypsum

### Description

DensArmor™ Fireguard® Interior Guard is a patented, unique interior product that consists of a noncombustible gypsum core embedded with a coated inorganic glass mat on the back and a smooth heavy-duty paper on the face. The mat on the back provides superior protection from moisture, mold and mildew in the wall cavity where penetration is needed most. DensArmor Fireguard exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

### Primary Uses

DensArmor Fireguard Interior Guard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Fireguard is manufactured with a glass mat facing on the back (wall cavity side) and a heavy-duty, abuse-resistant paper on the front. The board is designed with a tapered edge to receive joint treatment then paint, wall covering, textured coatings or other finish treatment. DensArmor Fireguard can be used in any fire-rated assembly where Type X wallboard is specified.

### Limitations

DensArmor Fireguard Interior Guard is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Fireguard Interior Guard where there is prolonged exposure to temperatures exceeding 125°F, e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

Consult manufacturer's literature with in water-based textures are to be used.

### Applicable Standards

Appropriate sections of ASTM C 36 and ASTM C 1177 (Physical Properties); CSA-A82.27-M

### Sizes and Edges

| Thickness | Widths | Lengths |
|---|---|---|
| ⅝" | 4' | 8' - 12' |

Edges: Tapered.

### Supplemental Materials

*Fasteners:* Nails and screws.

*Joint System:* Tape, joint compound, wall and ceiling textures, sealants.

*Trim:* Corner bead, edge/casing bead control joints, floor/ceiling runners and channels.

### Technical Data

*Surface Burning Characteristics*

Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

*Fire Resistance Rating*

Fire resistance ratings are derived from tests performed by independent laboratories on assemblies of specific materials. Caution must be used to ensure that each component of the construction design is assembled properly and in accordance with the specified assembly.

### Installation

*Methods*

For non-rated construction, installation instruction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Fireguard Interior Guard

can be cut to the necessary size by scoring the face paper with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

*Safety*

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, an approved respirator should be worn. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high airborne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

*Handling Precautions*

Stack DensArmor Fireguard Interior Guard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

*Material Safety Data Sheet*

Material Safety Data Sheet (MSDS) is available on request.

### Board Decoration

DensArmor Fireguard Interior Guard is designed to accept most types of paints, textures and wall covering

*continued*

CC04853

 **Georgia-Pacific**   ABOUT US   GP PRODUCTS   CONTACT US

SEARCH »
**Building Products**

**Building Products** GP Home > Building Products > FAQ

🖨 Printer Friendly

**FIND PRODUCTS**

Product Category:

☐ Gypsum Products
☐ Structural Panels
☐ Engineered Boards
☐ Lumber
☐ Engineered Lumber

Type of Construction:

☐ Residential
☐ Commercial
☐ Industrial/OEM

Brand Name:

Brand Name

» Innovation Center

» Where to Buy

» Customer Support

» Searchable FAQs

» Building Products
   Literature

» News Releases

» Do-It-Yourself
   Project Center

## FAQ

**Search using the following:**

Keywords:

Product Category:   All Categories...

Search

» Builder
» Remodeler
» Contractor
» Architect
» Dealer
» Industrial/OEM
» Homeowner/DIY

**Q: How does DensArmor™ Plus compare to other gypsum products that are treated with mold-resistant coatings or sprays?**

A: Rather than treat the paper for mold resistance, DensArmor™ Plus replaces the organic paper food source with glass mat facings. The difference is a longer term solution rather than a surface treatment that could diminish over time.

**Q: How do you install and fasten DensArmor™ Plus?**

A: DensArmor™ Plus scores, cuts and fastens like traditional gypsum wallboard. Conventional drywall nails and screws are used to fasten it.

**Q: How should the joints be treated on DensArmor™ Plus to maintain a mold resistant surface?**

A: Use fiberglass mesh tape and a setting-type compound to bed fiberglass tape. Ready-mix joint compound can be used for subsequent coats.

**Q: How does one finish DensArmor™ Plus?**

CC04854

Case 2:09-md-02047-EEF-MBN   Document 8760-5   Filed 05/09/11   Page 61 of 119

A: The field of DensArmor™ Plus can be finished the same as regular gypsum wallboard.

**Q: Is DensArmor™ Plus mold proof?**

A: No, it is mold resistant (tested, as manufactured, per ASTM D 3273). Mold can grow on virtually any surface when exposed to the right elements.

**Q: Is there a mold warranty for DensArmor™ Plus?**

A: There is no mold warranty. However, DensArmor™ Plus carries a three-month in-place exposure limited warranty and a three-year in-place (free from manufacturing defects) limited warranty.

**Q: What are the similarities and differences in DensArmor™ Plus Interior Panels and DensShield® Tile Backer?**

A: "DensShield and DensArmor™ Plus similarities: Both use coated glass mats as the back facer material. When installed against the wall framing, both products provide a glass mat surface facing the wall cavity that resists possible mold growth on the back of the panel. DensShield and DensArmor™ Plus both have cores that are moisture resistant, manufactured to ASTM C 630 specifications. DensShield and DensArmor™ Plus differences: DensArmor™ Plus does not have a water-stopping acrylic coating. The coating on DensShield provides a vapor barrier to stop moisture from penetrating into the product and wall. DensShield is made to be used in wet areas such as showers and tub areas as a substrate for ceramic tile. DensShield is manufactured to ASTM C 1178. DensArmor™ Plus features a tapered edge for joint finishing while DensShield has a square edge."

**Q: What are the wicking characteristics of DensArmor™ Plus?**

CC04855

A: With its moisture-resistant core and the absence of paper facings, DensArmor™ Plus resists wicking similar to DensShield Tile Backer. (.31" over 24 hr. period)

Q: Can a contractor use DensArmor™ Plus in a pool area, or a pump house and other areas of extreme moisture?

A: DensArmor™ Plus is a suitable panel to replace green board. It should not be specified in areas that will see moisture levels higher than that of a residential bathroom. For pool areas, see the DensShield Tile Backer catalog under non-tile applications.

Q: Can DensArmor™ Plus be used as an exterior sheathing?

A: No. DensArmor™ Plus should not be used on exterior applications.

Q: DensArmor™ Plus be used in an exterior soffit?

A: Yes, DensArmor™ Plus is suitable for soffit applications where it is not exposed directly to the elements. It can be finished using a setting-type joint compound prior to priming and painting.

Q: What is the perm rating for DensArmor™ Plus?

A: DensArmor™ Plus is permeable. DensArmor™ Plus will achieve the same as DensGlass Gold exterior sheathing: 1/2" = 23; 5/8" = 12. DensArmor™ Plus does not provide a moisture barrier like DensShield Tile Backer.

Q: Can DensArmor™ Plus be used anywhere else besides the interior of the exterior wall?

CC04856

A: Yes; any interior wall, basement wall or ceiling that is at risk of moisture are sound applications. (See DensArmor™ Plus potential use areas on the first page.)

**Q: What is the STC (sound) rating on DensArmor™ Plus?**

A: STC ratings are the same as ToughRock gypsum board wall and ceiling assemblies.

**Q: Why does DensArmor™ Plus have two ASTM numbers?**

A: The C 630 refers to the moisture-resistant core. The C 1177 refers to the proven moisture- and mold-resistant paperless Dens Technology.

**Q: What UL listings does DensArmor™ Plus have? Are they marked on the product?**

A: We have UL Listings for DensArmor™ Plus in the UL Fire Resistance Directory. Refer to the UL Web site at www.ul.com/certification/filenumberR2717. The UL stamp will be on the back of the board.

**Q: Is there an MSDS sheet available for DensArmor™ Plus?**

A: Yes, MSDS sheet #72 for DensArmor™ Plus is the same for all other Dens Technology products. Click to download the PDF

terms of use / privacy policy

http://www.gp.com/build/faq.aspx?k=daplus

7/11/2005

CC04857

 **Limited Warranty**

DensArmor™ Plus Interior Guard panels are based on proven and patented Dens Technology, which has a lengthy history of performance. Based on that demonstrated track record, G-P Gypsum Corporation backs the performance of DensArmor Plus Interior panels with the following warranty:

- Three-months of coverage against in-place exposure damage.

- A three-year warranty against manufacturing defects.

G-P Gypsum warrants to the builder, remodeler, contractor and architect who utilizes DensArmor™ Plus Interior Panels or DensArmor Plus Fireguard™ gypsum panels (DensArmor) in a structure, that, subject to the limitations stated below, the product will not, deteriorate, delaminate or decay for up to three (3) months from the date of installation due to exposure to normal weather conditions or other sources of moisture or excessive humidity, so long as it is stored and installed in accordance with all G-P Gypsum instructions.

G-P Gypsum further warrants to the initial owner of a structure ("Owner") which incorporates in it, DensArmor Plus Interior Panels or DensArmor Plus Fireguard™ gypsum panels ("DensArmor") that, subject to the conditions and limitations below, the panel(s) will be free of manufacturing defects which make them unsuitable for their intended use. The terms of this warranty shall be for three (3) years commencing with the date of purchase by the product's applicator or installing contractor.

In the event that the warranted Panels do not comply with provisions of this warranty, G-P Gypsum will reimburse the cost of repair or replacement of the affected panels, up to a maximum amount of two (2) times the original purchase price of the affected panels. Any cost or expense beyond this amount shall be the Owner's responsibility. All claims must be made in accordance with the claims and inspection procedure below. However, this warranty shall not apply to and G-P Gypsum shall not be liable for:

1. Warranted panels not stored or installed in accordance with G-P Gypsum installation instructions. These instructions are available from G-P Gypsum's registered dealers or by writing to: G-P Gypsum Technical Services, 55 Park Place, 19th Floor, Atlanta, Georgia, 30303.

2. Damage to panels resulting from causes other than normal weather conditions, such as improper handling, impact of falling objects, earthquakes, hurricanes, flood, fire, hailstorms or high winds, cascading roof/floor water, ponding water or immersion in water. The warranty also excludes any claim for the development of mold on the product.

3. Damage to panels caused by failure or distortion in the walls or foundation of the structure, including settling of the building or movement of framing members.

Any implied warranty, including warranty for a particular purpose and warranty of merchantability is hereby limited in duration to that of the express warranty contained in this document unless a shorter period is permitted by law. In any event, G-P Gypsum shall not be responsible for any incidental or consequential damages such as personal injuries or damage to a structure or its contents. This document states the entire liability of G-P Gypsum with respect to DensArmor Plus Interior panels and DensArmor Plus Fireguard™ gypsum panels.

Any and all claims must be made in writing within ten (10) days after discovery of the defect to:

G-P Gypsum Corporation
55 Park Place
19th Floor
Atlanta, Georgia 30303



G-P Gypsum must be given a reasonable opportunity to inspect the claim. G-P Gypsum shall not be liable for any cost of repair or replacement that is not pre-authorized in writing by G-P Gypsum.

G-P Gypsum does not warrant and is not responsible for the performance of coatings or finishes applied over DensArmor Plus Interior panels.

© 2004 G-P Gypsum Corporation.
DensArmor Plus is a registered trademark
of G-P Gypsum Corporation.
Printed in USA 1964. XXX Lit. Item #102646

CC04858




DENSARMOR™ PLUS
Interior Panel
1/2"

# Paperless DensGuard™ Protection

**Manufacturer**

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m. Monday-Friday (ET)
www.gpgypsum.com

**Description**

DensArmor™ Plus Interior Guard is a patented interior panel that consists of a moisture-resistant, noncombustible gypsum core with coated glass mat facings. The glass mat facings provide superior protection from incidental moisture. DensArmor Plus is highly resistant to the growth of mold, as manufactured, per ASTM D 3273.

The core of DensArmor Plus is reinforced with inorganic glass fibers, increasing the product's strength. The core and the coated facings made with inorganic glass fibers offer greater moisture resistance and improved dimensional stability than regular gypsum wallboard. The product resists warping, rippling and buckling. DensArmor Plus exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

**Primary Uses**

DensArmor Plus Interior Guard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Plus is manufactured with glass mat surfaces. It has a tapered edge to receive joint treatment. The field of the board can be finished the same as regular gypsum wallboard.

**Limitations**

DensArmor Plus Interior Guard is a nonstructural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Plus Interior Guard where there is prolonged exposure to temperatures exceeding 125°F; e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

**Applicable Standards**

Appropriate sections of ASTM C 630 and ASTM C 1177 (Physical Properties); CSA-A82.27-M and Federal Specification SS-L-30d, Type III, Grade W

**Sizes and Edges**

| Thickness | Widths | Lengths |
|-----------|--------|---------|
| 1/2" | 4' | 8' - 12' |

Edges: Tapered.

**Supplemental Materials**

*Fasteners:* Nails and screws.

*Joint System Recommendations:* Fiberglass mesh tape, bedded with gypsum setting-type joint compound. Following coats may be regular joint compound.

*Finishing:* The same as regular gypsum wallboard.

*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

**Technical Data**

*Surface Burning Characteristics*

Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

*Mold Resistance*

Resists the growth of mold when tested, as manufactured, according to ASTM D 3273.

**Installation**

*Methods*

Installation methods for single or multilayer construction involving attachment using mechanical fasteners, adhesive or adhesive with supplemental fasteners are numerous and varied. Refer to Gypsum Association publications for application and installation details.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Plus Interior Guard can be cut to the necessary size by scoring the glass mat facing with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

*Safety*

During installation involving cutting, scoring and breaking, safety glasses are recommended. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high airborne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

*Handling Precautions*

Stack DensArmor Plus Interior Guard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

*Material Safety Data Sheet*

Material Safety Data Sheet (MSDS) is available on request.

*continued*

CC04859

Technical Hotline: 800-225-6119   8 a.m. – 6 p.m. M-F (ET)   www.gpgypsum.com

## Board Decoration

DensArmor Plus Interior Guard accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

## Limited Warranty

DensArmor Plus Interior Guard is backed with the following warranty:

Three months of coverage against in-place exposure damage

A three-year warranty against manufacturing defects

**For more information about DensArmor™ Plus and other DensGuard™ glass mat products for interiors and exteriors, contact the G-P Gypsum Technical Service Hotline at 1.800.225.6119.**

**For sales information and order placement, call:**

**USA**

| | |
|---|---|
| Midwest: | 1.800.876.4746 |
| South: | 1.800.327.2344 |
| Northeast: | 1.800.947.4497 |
| West: | 1.800.824.7503 |
| CANADA | 1-800.387.6823 |
| Quebec | 1.800.361.0486 |

**G-P Gypsum**  **G-P**
a Georgia-Pacific company

### Table I
Minimum Framing Spacing (Wood or Metal)

| | Single-ply Thickness | Application | O.C. Spacing |
|---|---|---|---|
| Ceilings* | ½" | Parallel to framing | 16 o.c. |
| | ½" | Right angles to framing | 24 o.c. |
| Walls | ½" | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, DensArmor Plus shall be installed at right angles to framing.

### Table II
Single-Ply Application¹

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Applications | | | Screw Applications | | |
|---|---|---|---|---|---|---|
| | Minimum Nail Length | Spacing Walls | Ceilings² | Screw Length | Spacing Walls | Ceilings |
| ½" | 1⅜" | 8 | 7 | 1 | 16 | 12 |

¹Also refer to local code requirements.
²Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

### Table III
Physical Properties

| Properties | "DensArmor" Plus Interior Guard |
|---|---|
| Thickness, nominal | ½" (12.7mm) ± ¹⁄₆₄" (0.4mm) |
| Width, standard | 4' (1220mm) ± ³⁄₃₂" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± ¼" (6.4mm) |
| Weight¹, lbs./M sq. ft., nominal | 1900' |
| Edges | Tapered |
| Surfacing | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | 80 |
| Flexural strength, perpendicular | 100 |
| R Value² | .56 |
| Nail pull resistance minimum, lbs. | 80 |
| Hardness, lbs. force, core, edges and ends | ≥15 |
| Water absorption (% of weight) | <5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): flame spread/smoke developed | 15/5 |
| Humidified deflection, inches | ⅝" |

¹Represents approximate weight for design and shipping purposes.
²Tapered in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.

© 2004 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 06/04 XXX
Lit. Item #102820




DENSARMOR™ PLUS
Interior Panel
5/8"
Fireguard®

## Paperless DensGuard™ Protection

**Manufacturer**

G-P Gypsum Corporation
55 Park Place
Atlanta, GA 30303
Technical Hotline: 1-800-225-6119
8 a.m. - 6 p.m. Monday-Friday (ET)
www.gpgypsum.com

**Description**

DensArmor™ Plus Fireguard® Interior Guard is a patented interior panel that consists of a moisture-resistant, non-combustible gypsum core with coated glass mat facings. The glass mat facings provide superior protection from incidental moisture. DensArmor Plus Fireguard is highly resistant to the growth of mold, as manufactured, per ASTM D 3273.

The core of DensArmor Plus Fireguard is reinforced with inorganic glass fibers, increasing the product's strength. The core and the coated facings made with inorganic glass fibers offer greater moisture resistance and improved dimensional stability than regular gypsum wallboard. The product resists warping, rippling and buckling. DensArmor Plus Fireguard exhibits 15 flame spread as tested per ASTM E 84 or CAN/ULC S-102.

A specially formulated gypsum core that includes glass fibers allows DensArmor Plus Fireguard to help protect framing members and prevent or delay the spread of fire. With joints covered, DensArmor Plus Fireguard will resist passage of smoke.

**Primary Uses**

DensArmor Plus Fireguard is an interior wall or ceiling covering material for use in new construction or renovation work. It is designed for direct attachment with screws or nails to wood and metal framing or existing surfaces. It may be used as a covering material for flat or curved structures.

DensArmor Plus Fireguard is manufactured with glass mat surfaces. It has a tapered edge to receive joint treatment.

The field of the board can be finished the same as regular gypsum wallboard.

**Limitations**

DensArmor Plus Fireguard is a non-structural product and should not be used as a nailing base to support heavy wall-mounted objects.

It is intended for interior applications only; it must be kept dry and not used where exposure to extreme moisture is continuous.

Do not use DensArmor Plus Fireguard where there is prolonged exposure to temperatures exceeding 125°F, e.g., adjacent to wood burning stoves, heating appliances, saunas or steam rooms.

**Applicable Standards**

Applicable sections of ASTM C 630 and ASTM C 1177 (Physical Properties); CSA-A82.27-M and Federal Specification SS-L-30d, Type III, Grade X and SS-6-30D

**Sizes and Edges**

| Thickness | Widths | Lengths |
|---|---|---|
| 5/8" | 4' | 8' - 12' |

Edges: Tapered.

**Supplemental Materials**

*Fasteners:* Nails and screws.

*Joint System Recommendations:*
Fiberglass mesh tape, bedded with gypsum setting-type joint compound. Following coats may be regular joint compound.

*Finishing:* The same as regular gypsum wallboard.

*Trims:* Corner bead, edge/casing bead, control joints, floor/ceiling runners and channels.

**Technical Data**

*Surface Burning Characteristics*
Flame spread rating of 15 when tested in accordance with ASTM E 84 or CAN/ULC S-102.

*Mold Resistance*
Resists the growth of mold when tested, as manufactured, according to ASTM D 3273.

**Installation**

*Methods*

For rated assemblies, appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that all details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publication GA-216 will facilitate optimum performance through preferred construction practices.

The installation method selected should be planned carefully to minimize the number of end joints. DensArmor Plus Fireguard can be cut to the necessary size by scoring the glass mat facing with a sharp knife then snapping away from the cut face. The back mat is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.

*Safety*

During installation involving cutting, scoring and breaking, safety glasses are recommended. Do not use a power saw. CAUTION: This product contains continuous filament fiberglass. Fiber released during normal handling of this product can cause skin, eye and respiratory irritation. Avoid breathing dust and contact with skin and eyes. Follow these standard work practices:

Wear long-sleeved, loose-fitting clothing, gloves and eye protection.

Use an approved respirator.

Wash exposed areas with soap and warm water after handling.

Wash work clothes separately from other clothing; rinse washer thoroughly. Operations that generate high airborne fiber concentrations (over 10 fibers/cc) require additional respiratory protection.

CC04861

### Handling Precautions

Stack DensArmor Plus Fireguard flat on a level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling for gypsum board is also outlined in Gypsum Association Publications GA-216.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

### Material Safety Data Sheet

Material Safety Data Sheet (MSDS) is available on request.

### Board Decoration

DensArmor Plus Fireguard accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

### Limited Warranty

DensArmor Plus Fireguard is backed with the following warranty:

Three months of coverage against in-place exposure damage.

A three-year warranty against manufacturing defects.

**For more information about DensArmor™ Plus Fireguard and other DensGuard™ glass mat products for interiors and exteriors, contact the G-P Gypsum Technical Service Hotline at 1.800.225.6119.**

**For sales information and order placement, call:**

USA
| | |
|---|---|
| Midwest: | 1.800.878.4746 |
| South: | 1.800.327.2344 |
| Northeast: | 1.800.947.4497 |
| West: | 1.800.824.7503 |
| CANADA | 1.800.387.6823 |
| Quebec | 1.800.361.0486 |

**Table I**
**Minimum Framing Spacing (Wood or Metal)**

| | Single-ply Thickness | Application | O.C. Spacing |
|---|---|---|---|
| Ceilings* | ⅝" | Parallel to framing | 16 o.c. |
| | ⅝" | Right angles to framing | 24 o.c. |
| Walls | ½" | Right angles or parallel to framing | 24 o.c. |

*When using a water-based texture on ceilings, DensArmor Plus shall be installed at right angles to framing.

**Table II**
**Single-Ply Application[1]**

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Applications | | Screw Applications | | |
|---|---|---|---|---|---|
| | Minimum Nail Length | Spacing | | Screw Length | Spacing |
| | | Walls[2] | Ceilings | | Walls[2] | Ceilings |
| ⅝" | 1⅝" | 8 | 7 | 1⅛" | 16 | 12 |

[1] Also refer to local code requirements.
[2] Where framing members are spaced 24 o.c., screw spacing is 12 o.c.

**Table III**
**Physical Properties**

| Properties | ⅝" DensArmor™ Plus Interior Guard |
|---|---|
| Thickness, nominal | ⅝" (15.9mm) ± ¹⁄₆₄" (0.4mm) |
| Width, standard | 4' (1220mm) ± ³⁄₃₂" (2.4mm) |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± ¼"(6.4mm) |
| Weight[1], lbs./M sq. ft., nominal | 2500[1] |
| Edges | Tapered |
| Surfacing | Coated glass mat on face, back |
| Flexural strength, parallel, lbs. | 100 |
| Flexural strength, perpendicular | 120 |
| R Value[2] | .67 |
| Nail pull resistance minimum, lbs. | 90 |
| Hardness, lbs. force, core, edges and ends | ≥15 |
| Water absorption (% of weight) | <5% |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-5102): flame spread/smoke developed | 15/5 |
| Humidified deflection, inches | ¹⁄₈" |

[1] Represents approximate weight for design and shipping purposes.
[2] Tested in accordance with ASTM C 518.
NOTE: Specified minimum values are as in applicable ASTM C 630 and ASTM C 1177 standards.



**G-P Gypsum**
a Georgia-Pacific company

© 2004 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 06/04 XXX
Lit. Item #102821

1. Rolling is not a preferred method unless absolutely necessary as it will only apply very thin layers. In most cases, 6-8 layers will be necessary instead of 3.

2. Fire ratings are achieved when QuietCoat is used in accordance with test design.

3. The vibration absorbing properties will continue to improve for up to one week after the final coat is applied.

---

All QuietCoat products are lab tested and environmentally friendly.

---

16 oz. spray can, 32 oz. jug, 1-gallon jug, 5-gallon pail, and 50-gallon drum

---

Above 250°F (121°C) Note: Will not burn

---

**Time**    0.00 seconds (no measurable flame)

---

0.00 inches (no measurable burn)

---

**Time**    0.00 seconds (no measurable dripping)

---

12.58 lbs/gallon

---

**ing**    8.5 lbs/gallon

---

4,000 centipoise

---

20–40 ft²/gallon, typical

---

**mance**    Typical noise reduction from 6dB to 20dB, depending on application

---

**Additional Information**

This document is intended as a product submittal only. For complete information regarding QuietCoat Brand Noise Damping Coating, please refer to QuietCoat data sheets, application notes and MSDS.

**Trademarks**

The following trademarks used herein are owned by Quiet Solution: QuietCoat.

**Note**

Products described here may not be available in all geographic markets. Contact your Quiet Solution sales office or representative for information.

**Notice**

We shall not be liable for incidental and damages, directly or indirectly sustained, loss caused by application of these goods in accordance with current printed instructions other than the intended use. Our liability shall be limited to replacement of defective goods, and shall be deemed waived unless made in writing to us within thirty (30) days from date it was or should have been discovered.

**Safety First**

Follow good safety and industrial hygiene during handling and installing all products. Take necessary precautions and wear the personal protective equipment as needed. Read material safety data sheets and related product products before specification and/or use. For safety information, (408) 523-4000. KEEP OUT OF REACH OF CHILDREN.

---

Manufactured by
Quiet Solution
1250 Elko Drive
Sunnyvale, CA 94089

800 797 8159
www.QuietSolution.com

 Quiet Solution

CC04863



# GyProc Fireguard
# Moisture-Guard Gypsum Board



ture-Guard
ncombustible,
n gypsum core. The
sistant additive
...ster resistance.
...d with the addi-
s: increasing its
... : the passage of
surfaces and on
recycled paper.
ceives the tile
ds are square
nd paper facing.
enboard.

psum Board
e mic, plastic
n r or shower
construction. It is
anical attachment
ng framing
with a desig-

psum core which
Fireguard
d to remain
protect fram-
or delaying the
ared, Fireguard
rd will resist

sum Board
ramic and
non-tile

sum Board is
hould not be
u mechanical
s mounted
ed using only

Fireguard Moisture-Guard Gypsum Board
shall be installed so that tile is applied on
the green side of the board.

Do not use Fireguard Moisture-Guard
Gypsum Board where there is prolonged
exposure to temperatures above 125°F
and/or continuous exposure to extreme
humidity; e.g., located adjacent to wood-
burning stoves, heating appliances, saunas,
steam rooms, swimming pools and gang
shower rooms.

Do not install vapor retarders directly behind
Fireguard Moisture-Guard Gypsum Board.
In retrofit, old coatings or covers must be
penetrated effectively or removed to prevent
a double vapor barrier.

Do not use as shower floors or curbs. Do
not use in conjunction with passive solar
heat systems.

If Fireguard Moisture-Guard Gypsum
Board is to be painted or papered, it should
be primed with a latex primer prior to
receiving decoration.

If product is used in a ceiling application,
framing spacing is 12" o.c. maximum for
½" thickness and 16" o.c. maximum for
⅝" thickness.

## APPLICABLE STANDARDS

ASTM C 630, CSA-A82 27 M
Federal Specification SS-L-30D, Type VII
Grade W, X.

## BUILDING CODE CONFORMITY

Fireguard Moisture-Guard Gypsum Board
conforms to the requirements of major
building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| ½" | 48" | 8'-12' |
| ⅝" | 48" | 8'-12' |

Edges: Tapered.

## SUPPLEMENTAL MATERIALS

Fasteners and corner beads and trim,
expansion joints, tape, joint compound.
Sealants and tile adhesives.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0
when tested according to ASTM E 84 or
CAN/ULC-S102. The core is noncombustible
when tested in accordance with ASTM E 136.

### FIRE RESISTANCE RATING

A specially formulated gypsum core which
includes glass fibers enables Fireguard
Moisture-Guard Gypsum Board to remain
intact during a fire, helping to protect fram-
ing members and preventing or delaying the
spread of fire. With joints covered, Fireguard
Moisture-Guard Gypsum Board will resist
passage of smoke. ½" Fireguard Moisture-
Guard Gypsum Board is classified in Under-
writers Laboratories.

### SOUND CONTROL

Sound rated assemblies require sealing at
top, bottom, intersections and other loca-
tions where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

Fireguard Moisture-Guard Gypsum Board
may be applied according to the Gypsum
Association Publication GA-216, GA-201 and
GA-650 or ASTM C 840 for non-fire rated
construction.

For fire resistance rated construction, appli-
cation regarding board orientation, fastener
type and spacing shall be consistent with
the tested construction details. These details
are published in the Gypsum Association
Fire Resistance Design Manual GA-600,
UL/ULC Fire Resistance Directory, and
Inchcape Testing Services/Warnock Hersey
Listings Book.

### METHODS

For non-rated construction, installation
methods for single- or multi-layer construc-
tion involving attachment using mechanical
fasteners, adhesive or adhesive with supple-
mental fasteners are numerous and varied.
Refer to Gypsum Association publications
for application and installation details.

G-P Gypsum Corporation 

CC04864

The [...] method [...] used should be plan[...] to min[...] the number of end jo[...]. Me[...] e-Guard Gypsu[...] d [...] y scoring and snapp[...] from face side. Positio[...] Board Gypsum Board is [...] w[...] een side away from [...] s (end joints and cut[...] ad [...] waterproofing compoun[...] Sp[...] ster [...] 6" o.c. for walls and ceili[...]

## SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

## HANDLING PRECAUTIONS

Stack Fireguard Moisture-Guard Gypsum Board on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully

and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and damage to edges, ends and corners.

## MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) is available upon request.

| PHYSICAL PROPERTIES | | ½" FIREGUARD® MOISTURE-GUARD® | ⅝" FIREGUARD® MOISTURE-GUARD® |
|---|---|---|---|
| Thickness | | ½" (12.7mm), ± ¹⁄₆₄" (0.4mm) | ⅝" (15.9mm), ± ¹⁄₆₄" (0.4mm) |
| Width, in: | | 4' (1220mm) ± ³⁄₃₂" (2.4mm) | 4' (1220mm) ± ³⁄₃₂" (2.4mm) |
| Length | | 8' (2440mm) to 12' (3660mm) ±¼" (6.4mm) | 8' (2440mm) to 12' (3660mm) ± ¼" (6.4mm) |
| Weight | | 2000 | 2500 |
| Edge | | Tapered | Tapered |
| Flexural [...] Par [...] Perp [...] | | 40 110 | 50 150 |
| R value | | .45 | .58 |
| Nail p[...] [...] lbs. m [...] | | 80 | 90 |
| Hardne[...] [...] core, e [...] | nds | ≥15 | ≥15 |
| Hum[...] | on. [...] m | ⅛" | ⅜" |
| Pack[...] | | Two pieces per bundle, face-to-face and end taped | Two pieces per bundle, face-to-face and end taped. |
| Surfac[...] (per [...] Core [...] in acc[...] [...] | tics C-5(02) [...] en tasted ASTM [...] 136. | Flame Spread 15 Smoke Developed 0 | Flame Spread 15 Smoke Developed 0 |
| Surfacing | | 100% recycled paper coverings on face, back and long edges; green color on face. | 100% recycled paper coverings on face, back and long edges; green color on face |
| Framing [...] Walls Ceiling | aximum | 16" o.c. 12" o.c. | 24" o.c. 16" o.c. |
| Water [...] | [...] [...] | 5.0 | 5.0 |

[...] in accordance with ASTM C 473.   Tested in accordance with ASTM C 518, Heat Flow Meter
[...] nimum values are as defined in ASTM C 36.   Other lengths and types may be available on special order.

## Technical Information
### U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-8589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).

G·P Gypsum Corporation 

CCI04865



# Dens-Glass® Gold Sheathing

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical  1 (800) 225-6119 (EST)

## DESCRIPTION

Dens-Glass® Gold is a unique, "paperless" sheathing panel made of a patented water resistant and silicone-treated core, surfaced with glass mat facings and a "gold" colored alkali-resistant coating. Providing superb protection from the elements, Dens-Glass Gold panels are highly resistant to delamination and deterioration due to weather.

Dens-Glass Gold exhibits 50-100% greater flexural strength than regular gypsum sheathing, with a dimensional stability that assures resistance to warping, rippling, buckling and sagging for a flat and even substrate. Dens-Glass Gold is noncombustible, with tests showing no flame spread or smoke development. Since Dens-Glass Gold panels are strong in both directions, they may be installed either vertically or horizontally to framing members.

## PRIMARY USES

Because of the superior performance of Dens-Glass Gold, it is specified for exterior walls, ceilings and soffits in a wide variety of applications. These include exterior finish systems with insulation (EIFS), cavity walls in brick veneer applications; direct exterior finish systems without insulation (DEFS) for areas with minimal freeze-thaw cycles; cladding such as wood siding, vinyl siding, composition siding, wood shingles, shakes, stone, brick, conventional stucco systems and plywood siding panels requiring a single-ply backing; and interior finish systems that require a substrate panel with superior fire and moisture resistance.

For EIFS applications, Dens-Glass Gold gypsum sheathing is an ideal substrate for adhesive or mechanical application of expanded polystyrene (EPS) or extruded polystyrene insulation, and is recommended in all climate zones.

Dens-Glass Gold is an excellent substrate for DEFS applications in areas with minimal freeze-thaw cycles, and will not delaminate or deteriorate due to weather even during construction delays lasting as long as six months under appropriate storage conditions.

Most exterior sidings and wall coverings—including wood, vinyl, composition, metal, stone, brick, stucco, wood shingles, shakes and plywood panels—may be applied directly over Dens-Glass Gold sheathing with excellent results. Building felt is often not always necessary; consult local building codes for joint treatment alternatives and building felt requirements.

Dens-Glass Gold is an ideal product for exterior ceilings and soffits for both cold and warm climate zones. It resists sagging, even under exceptionally humid conditions. Panels are applied directly to structural framing. Surface and joints may be finished and painted, or the ceiling/soffit may be surfaced with an exterior finish system.

### LIMITATIONS

Dens-Glass Gold must be installed yellow side facing out, according to specified manufacturer's guidelines, applicable code requirements and applicable details found in the Gypsum Association publication GA-253.

Dens-Glass Gold is designed to be a component in properly designed cladding or exterior system. The suitability and compatibility of Dens-Glass Gold as part of any system is the responsibility of the system manufacturer. A weather barrier cladding must be applied prior to the expiration of the six (6) months exposure.

Do not use a vapor barrier on the exterior wall behind Dens-Glass Gold in DEFS installations. (Use vapor permeable weather barrier.)

Do not use Dens-Glass Gold as a base for nailing or mechanical fastening. When used in a soffit application, moisture should not be allowed to settle or pond on the top of Dens-Glass Gold.

In all applications, coatings and sealants must be properly and sufficiently applied to protect Dens-Glass Gold from excessive moisture.

Dens-Glass Gold should not be laminated to masonry surfaces; use furring strips or framing spaced at manufacturer's specifications.

Dens-Glass Gold may be used in DEFS (direct applied) exterior wall applications in approved areas.

Dens-Glass Gold should not be applied below grade.

## TECHNICAL DATA

Dens-Glass Gold exceeds ASTM E 283 and E 331 test criteria for both Air Infiltration and Static Water penetration with approved joint finish methods as alternates to building felts.

Dens-Glass Gold panels provide 0 flame spread, 0 smoke developed when tested in accordance with ASTM E 84. Noncombustible when tested in accordance with ASTM E 136.

Dens-Glass Gold exceeds ASTM C 79 standards for humidified deflection by a factor of 10 in tests over the standard for regular gypsum sheathing.

Dens-Glass Gold Fireguard® qualifies for a one-hour fire resistant construction (UL U337) when tested in accordance with ASTM E 119, and is UL classified.

Dens-Glass Gold conforms to ASTM C 117.

## INSTALLATION

1. The surface of framing and furring members to receive Dens-Glass Gold should not vary more than ¼" from the plane of faces of adjacent members.

2. End joints, if required, should be offset, joints should fit snugly and flashing installed around all openings.

3. Dens-Glass Gold panels of the maximum lengths possible should be used to minimize the number of joints. Edge joints must be located parallel to and with vertical orientations on framing. End joints of adjacent lengths of Dens-Glass Gold must be staggered.

4. Dens-Glass Gold must be attached to wood framing with nails spaced 4" o.c. at perimeter for racking shear resistance, 8" o.c. at perimeter where racking shear resistance is not required, and 8" o.c. in field.

5. For metal framing installations, Dens-Glass Gold must be attached to metal framing with screws spaced 8" o.c. at perimeter and 8" o.c. in field.

6. Fasteners must be driven so as to bear tight against and flush with surface of sheathing. Fasteners must NOT be countersunk.

7. Fasteners must be located a minimum of ⅜" from edges and ends of sheathing panels.

G-P Gypsum Corporation

8 Where Dens-Glass Gold is used in applications involving veneer systems, any joint treatment required should be in accordance with sheathing manufacturer's instructions and requirements of local governing authorities

9 Where Dens-Glass Gold is used in applications of painted ceilings and soffits, joint tape must be applied over joints and embedded in a specified, setting type joint compound. For smooth finish, the surface should be skim coated with joint compound.

10. If required, building paper or equal should be installed with flashing around openings. For DEFS, a secondary weather barrier (not a vapor barrier) should be applied behind Dens-Glass Gold.

## PRODUCT DATA

Thicknesses: ½"—12.7mm
⅝"—15.9mm Fireguard*

Width: 4'—1220mm standard, tolerance up to – ⅛"

Lengths: 8', 9' or 10' standard, tolerance + ¼"

Other lengths available upon request

Edges: Square

Conforms to ASTM C 1177, Glass Mat Gypsum Substrate for Use as Sheathing

### PHYSICAL PROPERTIES

| PROPERTIES | ½" DENS-GLASS* GOLD SHEATHING | ⅝" DENS-GLASS* GOLD FIREGUARD*, TYPE X |
|---|---|---|
| Thickness, nominal inches | ½" | ⅝" |
| Width, nominal | 4' – ⅛" | 4' – ⅛" |
| Length, standard | 8', 9', 10' ± ¼" | 8', 9', 10' ± ¼" |
| Weight, lbs./M sq. ft., nominal | 1900 | 2500 |
| Surfacing | Glass fiber mat | Glass fiber mat |
| Racking strength, lbs./ft. (dry) (Ultimate—not design value) | 617 | 711 |
| Flexural strength, parallel, lbs. (4' direction) | 80* | 100* |
| Humidified deflection, inches | ⅜"² | ⅛"² |
| Surface Water Absorption, grams³ | .84 | .73 |
| Permeance (perms)⁵ | 23 | 12 |
| R value⁶ | .56 | .67 |
| Flame Spread/Smoke Developed | 0 | 0 |
| Linear verification with change in moisture in/in/%RH | 6.25 x 10⁻⁴ | 6.25 x 10⁻⁴ |

Comparative values are based on tests conducted in accordance with ASTM C 473 and ASTM E 72.
¹Gypsum Association GA-253.254.    ³Minimum requirements for ASTM C 79 standard specification.
²Maximum requirements for ASTM C 79 standard specification.    ⁴Tested in accordance with ASTM C 79.
⁵Tested in accordance with ASTM C 355 (dry cup method).    ⁶Tested in accordance with ASTM C 518 (heat flow meter).
⁷Minimum requirements for ASTM C 1177 standard specification.

### Technical Information
U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Midwest: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0456 |
| Northeast: | 1-800-947-4497 | Ontario: | 1-800-387-6823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).

G·P Gypsum Corporation 

CC04867



# GyProc® Fireguard® Shaft Liner™ Panel

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

GyProc® Fireguard® (type X) Shaft Liner™ panels have a noncombustible, dimensionally stable inert gypsum core. The core contains a water-resistant additive which provides increased water resistance. The core has been reinforced with the addition of inorganic glass fibers, increasing its strength and its resistance to the passage of heat. The surfacings on both faces and on the long edges are 100% recycled paper. The front and back face papers are green. The ends are square cut, smooth finished with no paper facing.

## PRIMARY USES

Fireguard Shaft Liner panel is one component in gypsum board shaft wall systems with a designated fire-resistive rating used in building construction.

A specially formulated gypsum core which includes glass fibers enables Fireguard Shaft Liner panels as an assembly component to remain intact during a fire, helping to protect framing members while preventing or delaying the spread of fire.

### LIMITATIONS

- Non-load bearing
- Not to be used in an unlined air supply duct
- Not designed for exposure to constant high-moisture conditions or direct water
- Elevator door assemblies require support independent of shaftwall partitions
- Good construction practice calls for partition control joints to coincide with those of the building structure
- Limiting loads and heights not to exceed design specification
- Provide flexible sealant/caulk at partition perimeters and penetrations to avoid air leakage/whistling and dust collection

## APPLICABLE STANDARDS

ASTM C 442

## BUILDING CODE CONFORMITY

Fireguard Shaft Liner panels conform to the requirements of major building codes.

## SIZES AND EDGES

| Thickness nominal | Widths nominal | Lengths standard |
|---|---|---|
| 1" | 24" | 8'-12' |

Edges: Double beveled.

## SUPPLEMENTAL MATERIALS

Tested metal shaft wall assembly components, corner beads and trim, expansion joints, joint tape, joint compound, sealants.

## TECHNICAL DATA

### SURFACE BURNING CHARACTERISTICS

Flame spread 15 and smoke developed 0 when tested according to ASTM E 84 or CAN/ULC-S102. The core is noncombustible when tested in accordance with ASTM E 136.

### FIRE RESISTANCE RATINGS

Fireguard Shaft Liner panels are a component of gypsum board shaft wall assemblies classified for fire resistance by Inchcape Testing Services/Warnock Hersey.

### SOUND CONTROL

Sound rated assemblies require sealing at top, bottom, intersections, penetrations and other locations where sound leaks may develop.

## INSTALLATION

### APPLICATION STANDARDS

For fire resistance rated construction application regarding board orientation, fastener type and spacing shall be consistent with the tested construction details. These details are published in the Inchcape Testing Services/Warnock Hersey Listings Book.

The gypsum board shaft wall must be erected with all the components used in the successful fire endurance tests. Use only the components which were a part of the test; do not use any substitute components.

### METHODS

Appropriate methods of installation are based on the desired fire resistance rating or specified STC value required. These ratings and values require that details of the tested assemblies be followed. In addition to these details, the installation methods outlined in Gypsum Association Publications GA-201 and GA-216 will facilitate optimum performance through preferred construction practices.

Fireguard Shaft Liner panels are but one component in gypsum board shaft wall assemblies. Other fire rated gypsum boards as well as certain metal components are used to make an assembly. The gypsum board shaft wall shall be erected with all the components used in the successful fire endurance tests.

The installation method selected should be planned carefully to minimize the number of end joints. Fireguard Shaft Liner can be cut to the necessary size by scoring the face paper with a sharp knife, then snapping away from the cut face. The back paper is then cut or broken by snapping the board in the opposite direction. All cut edges and ends are smoothed by rasping or other suitable methods to form tight-fitting joints when installed.



CC04868

## SAFETY

During installation involving cutting, scoring and breaking, safety glasses are recommended. If the work environment is dusty, a NIOSH-approved respirator should be worn. Do not use a power saw.

## HANDLING PRECAUTIONS

Stack Fireguard Shaft Liner panels on a flat, level surface. As individual sheets are removed for installation, they should be raised up on edge carefully and carried in a vertical position. Appropriate handling also is outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing, and subsequent damage to board edges, ends and corners. Avoid scuffing the face to be finished.

## MATERIAL SAFETY DATA SHEET

Material Safety Data Sheet (MSDS) available upon request.

| PHYSICAL PROPERTIES | |
|---|---|
| PROPERTIES¹ | GYPROC® FIREGUARD® SHAFT LINER™ PANELS |
| Thickness, nominal | 1" (25.4mm) ± ¹⁄₃₂" (0.8mm) |
| Width<br>Nominal<br>Actual | 24" (610mm) ± ³⁄₃₂" (2.4mm)<br>23⅞" (606.8mm) ± ³⁄₃₂" (2.4mm) |
| Length², standard | 8' (2440mm) to 14' (4270mm) ± ¼" (6.4mm) |
| Weight, lbs /M sq. ft., nominal | 4000 |
| Edges | Double beveled |
| Flexural strength, minimum<br>Parallel, lbs.f.<br>Perpendicular, lbs.f. | 80<br>230 |
| R value² | .87 |
| Nail pull resistance<br>lbs. minimum | 80 |
| Hardness, lbs. force<br>core, edges and ends | ≥15 |
| Surface Burning Characteristics<br>(per ASTM E 84 or CAN/ULC-S102) | Flame Spread 15<br>Smoke Developed 0<br>(Product can be considered a Class A or Class I material) |
| Packaging | Single pieces |

¹Tested in accordance with ASTM C 473.   ²Tested in accordance with ASTM C 518, Heat Flow Meter
²Lengths normally stocked are 8', 10', and 12'. Special lengths up to 14' may be available with lead times and minimum
runs which vary by plant. Call 800-947-4497 for further information.
Note: Specified minimum values are as in ASTM C 442. Values are based upon tests conducted in accordance with ASTM C 473.

### Technical Information
U.S.A. and Canada: 1-800-225-6119

### Sales Information and Order Placement

| U.S.A. | | CANADA | |
|---|---|---|---|
| Central: | 1-800-876-4746 | Atlantic Provinces: | 1-800-563-1696 |
| South: | 1-800-327-2344 | Quebec: | 1-800-361-0486 |
| North: | 1-800-947-4497 | Ontario: | 1-800-387-5823 |
| West: | 1-800-824-7503 | Prairies: | 1-800-661-6589 |
| | | British Columbia: | 1-800-663-6402 |

For additional literature 1-800-BUILD GP (284-5347).

G·P Gypsum Corporation 



Specialists in custom drywall and plaster compounds · Since 1955.

**4601 SOUTH 76TH** · **OMAHA, NEBRASKA 68127** · **402-339-3800** · **FAX 402-339-0772**

## CERTIFICATE OF COMPLIANCE

## FOR

## PHILLIPS DRYWALL METAL COLD ROLLED CHANNEL

**A – NAME AND ADDRESS OF PRODUCT PRODUCER AND LOCATION OF PLANT:**

Phillips Manufacturing Co.
4601 South 76th Street
Omaha, NE 68127

**B – PHILLIPS DRYWALL METAL COLD ROLLED CHANNELS: CRC ¾" AND CRC 1-1/2" WITH NO FURTHER DESIGNATIONS**

**C – APPLICABLE FEDERAL STANDARDS:**

QQ-S-698      ASTM 1047 on galvanized product

**D** – A ceiling and wall channel made in accordance with government drywall metal Standards as described herein.

**E** – 16 gauge plus or minus standard mill tolerances

**F** – WIDTH AND HEIGHT MEASUREMENTS MEET THE STANDARDS OF THE INDUSTRY

**G – COMPARABILITY**
Phillips Drywall Metal Cold Rolled Channel has been proven under laboratory tests to be the equal of all other drywall cold rolled channel of comparable design and construction, when used as detailed and in accordance with the company's recommendations.

The above information is hereby submitted by:

**PHILLIPS MANUFACTURING COMPANY**

George Kubat
President

CC04870

*continued from front*

board is also outlined in Gypsum Association Publications GA-216 and GA-801.

Take care to avoid impact, undue flexing and subsequent damage to board edges, ends and corners.

*Material Safety Data Sheet*

Material Safety Data Sheet (MSDS) is available on request.

**Board Decoration**

DensArmor Plus Interior Guard surfaced with one of the finishing options, accepts most paints, textures and wall covering materials.

G-P Gypsum recommends application of a sealer under wallpaper or other wall coverings. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration.

**Table I**
**Minimum Framing Spacing (Wood or Metal)**

| | Board Thickness | Application | | O.C. Spacing |
|---|---|---|---|---|
| Ceilings* | 1/2" | Parallel to framing | | 16 o.c. |
| | 5/8" | Right angle to framing | | 24 o.c. |
| Walls | 1/2" | Right angle or parallel to framing | | 24 o.c. |

*When using a water-based texture on ceilings, gypsum board shall be installed at right angles to framing.

**Table II**
**Single-Ply Application**

Nails: ASTM C 514, Nails for the Application of Gypsum Board
Screws: ASTM C 1002, Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Base

| Wallboard Thickness | Nail Applications | | | Screw Applications | | |
|---|---|---|---|---|---|---|
| | Minimum Nail Length | Ceiling | Walls | Minimum Length | Ceiling | Walls |
| 5/8" | 1 1/4" | 8 | 7 | 1 1/4" | 16 | 12 |

*Also refer to local code requirements.
*Where framing members are spaced 24 o.c. screw spacing is 12 o.c.

**Table III**
**Physical Properties**

| Properties | | DensArmor® Plus Interior Guard |
|---|---|---|
| Thickness, nominal | 5/8" (12.7mm) ± 1/64" (0.4mm) | |
| Width, standard | 4' (1220mm) ± 1/16" (2.4mm) | |
| Length, standard | 8' (2440mm) to 12' (4880mm) ± 1/4"(6.4mm) | |
| Weight, lbs./M sq. ft., nominal | 2500 | |
| Edges | Tapered | |
| Surfacing | Coated glass mat on face, back | |
| Flexural strength, parallel, lbs. | 100 | |
| Flexural strength, perpendicular | 120 | |
| R Value | .67 | |
| Nail pull resistance minimum, lbs. | 90 | |
| Hardness, lbs. force, core, edges and ends | ≥15 | |
| Water absorption (% of weight) | 5% | |
| Surface burning characteristics (per ASTM E 84 or CAN/UL-S102): Flame spread | 0 | |
| Humidified deflection, inches | 1/8" | |

*Represents approximate weight for design and shipping purposes.
*Tested in accordance with ASTM C 318.
NOTE: Specified minimum values are as applicable: ASTM C 630 and ASTM C 1177 standards.



**G-P Gypsum**
a Georgia-Pacific company

© 2002 G-P Gypsum Corporation. All rights reserved. DENSARMOR and DENSGUARD are trademarks of G-P Gypsum Corporation. Printed in USA. 08/02 XXX
Lit. form #102921

CC04871

# Certification of Material

We certify and guarantee that the following materials supplied by us meet or exceed the ASTM Standards and comply with the requirements of the Federal Specifications for each product as indicated.

## Marino\Ware Products

### STUD-RITE LIGHTWEIGHT STEEL FRAMING

| Structural Members | Web Depths | Flange Size | Return Size | Gages |
|---|---|---|---|---|
| C - Studs - Type CW & SW | 2-1/2" - 16" | 1-3/8" & 1-5/8" | 3/8" & 1/2" | (CW) 20 - 14 & (SW) 20-10 |
| Joists - Type J, JE, JX & JXW | 3-5/8" - 16" | 2" - 3-1/2" | 5/8", 7/8", 1" | 20 - 10 |
| Track - Type T & DT | 2-1/2" - 16" | 1-1/4" - 2" | | 20 - 10 |
| Flat Stock - Type FS | 3" | | | 20 - 10 |
| Channels - Type CR | 1/4" - 1-1/2" | 1/2" | | 18 - 16 |
| Slide Clips - Type WSC | | | | 16 & 12 |

**ASTM Designations**

C955 - Standard Specification for Load Bearing (Transverse & Axial) Steel Studs, Runners (Tracks), and Bracing or Bridging for Screw Application of Gypsum Panel Products & Metal Plaster Bases

C1007 - Standard Specification for Installation of Load Bearing (Transverse & Axial) Steel Studs and Related Accessories

### STUD-RITE DRYWALL FRAMING

| Drywall Members | Web Depths | Flange Size | Return Size | Gages |
|---|---|---|---|---|
| C - Studs - Type DWS | 1-5/8" - 6" | 1-1/4" | 3/16" | 25 - 20 |
| Track - Type T, TR, TRU, WWT & DT | 1-5/8" - 6" | 1", 1-1/8", 1-1/4" | | 25 - 20 |
| Drywall Furring - Type FC | 7/8" & 1-1/2" | | | 25, 20, & 18 |
| Resilient Furring - Type RC | 1/2" | | | 25 |

**ASTM Designations**

C645 - Standard Specification for Non - Structural Steel Framing Members

C754 - Standard Specification for Installation of Steel Framing Members to Receive Screw Attached Gypsum Panel Products

## METAL LATH & ACCESSORIES

Lath - 1.75, 2.5 & 3.4 , Self Furring Lath - 1.75, 2.5 & 3.4
Paperback Lath - 1.75, 2.5 & 3.4
Rib Lath - 2.5 & 3.4

**ASTM Designations**

C847 - Standard Specification for Metal Lath

C1002 - Standard Specification for Steel Drill Screws for the Application of Gypsum Panel Products or Metal Plaster Bases

C1047 - Standard Specification for Accessories for Gypsum Wallboard and Gypsum Veneer Base

## YIELD STRENGTH GRADES

**Structural Products:**
20 Gage & 18 Gage - 33ksi
16 Gage - 33ksi, unless ordered to be 50ksi
14 Gage, 12 Gage & 10 Gage - 50ksi

**Drywall Products:**
25 Gage - 20 Gage - 33ksi

**ASTM Designations (Protective Coating Standards)**

A924 - Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot - Dip Process

A653 - Standard Specification for Steel Sheet, Zinc Coated (Galvanized) or Zinc-Iron Alloy Coated (Galvannealed) by the Hot - Dip Process

A463 - Standard Specification for Steel Sheet, Aluminum - Coated, by the Hot - Dip Process

A591 - Standard Specification for Steel Sheet, Electrolytic Zinc - for Light Coating Weight (Mass) Applications

A792 - Standard Specification for Steel Sheet, 55% Aluminum - Zinc Alloy (Galvalume) - by the Hot - Dip Process

A875 - Standard Specification for Steel Sheet, Zinc - 5% Aluminum - Alloy Coated by the Hot - Dip Process

**Notes:**

1. Products are designed in accordance with American Iron & Steel Institute (AISI) "Specification for the Design of Cold Formed Steel Structural Members", latest edition and addenda.
2. Materials conform to the mechanical requirements of ASTM A653 "Quality of Sheet".
3. Structural products will be coated with a G40 or equivalent coating. Unless ordered to be in conformance with ASTM C955, which requires a G60 coating.
4. Federal Specifications for these products have been replaced by applicable ASTM Standards.



400 METUCHEN ROAD
SOUTH PLAINFIELD, NJ 07080
TEL. # (908) 757-9600, FAX #(908) 941-0005

134 BROADWAY
AMITYVILLE, NY 11701
TEL: # (631) 691-3200, FAX #(631) 691-2492

777 GREENBELT PARKWAY
GRIFFIN, GA 30223
TEL: # (678) 583-1312, FAX #(678) 583-1349

## SPECIFICATIONS FOR LIGHTWEIGHT STEEL FRAMING

## PART 1 - GENERAL

### 1.01 RELATED WORK SPECIFIED ELSEWHERE
(Architect Note:  List Appropriate Specifications Sections of Related Work Here.)

### 1.02 QUALITY ASSURANCE
(Architect Note:  Quality Assurance Section should include provisions for checking shop drawings, controlled on-site inspections, etc.)

### 1.03 SUBMITTALS
The following items shall be furnished by the contractor for approval prior to fabrication or delivery of material to the site:

### 1.03.01 SHOP DRAWINGS
Shop drawings shall be documents illustrating materials, shop coatings, steel thicknesses, details of fabrication, details of attachment to adjoining work, size, location, and spacing of fasteners for attaching framing to itself, details of attachment to the structure, accessories and their installation, and critical installation procedures.  Drawings may include plans, elevations, sections and details.

### 1.03.02 SAMPLES
Samples shall be representative pieces of all framing component parts and accessories.  Unless otherwise specified, pieces shall be 12" long and tagged with name of part and manufacturer.

### 1.03.03 CERTIFICATIONS
Certifications shall be statements from the manufacturer certifying that the materials conform to the appropriate requirements as outlined in the contract documents.

### 1.03.04 CALCULATIONS
Engineering calculations or data shall be submitted verifying the framing assembly's ability to meet or exceed design requirements as required by local codes and authorities.  These calculations shall include, but not be limited to the following items:

1.03.04.01 Steel Framing used to support rigid materials shall be designed for an allowable deflection of L/360.  Steel framing used to support semi-rigid materials shall be designed for an allowable deflection of L/240.

1.03.04.02 All connections (member to member, and member to structure), shall be thoroughly examined and designed.



| | | |
|---|---|---|
| **MarinoWARE** A DIVISION OF WARE INDUSTRIES, INC. 400 METUCHEN RD, S. PLAINFIELD, NJ 07080 (800) 627-4661 | **SPECIFICATIONS** **LWSF** | **SS** **1** |

1.03.04.03 Selected exterior and interior walls shall be designed to provide frame stability and lateral load resistance. If diagonal steel strapping is used to transfer lateral loads to the structure and foundation, additional studs may be required to resist the vertical component of the load from the diagonal bracing.

1.03.04.04 Wall bridging shall be designed to provide resistance to minor axis bending and rotation of wall studs.

1.03.04.05 In accordance with AISI Section D-4, rigid collateral facing materials may be considered as adequate support of members against rotation.

**1.03.05 DESCRIPTIVE LITERATURE**
Manufacturer's literature containing product and installation specifications and details.

**1.04 APPLICABLE DOCUMENTS**

1.04.01 ASTM Standards:

A-446 Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) By the Hot-Dip Process, Structural (Physical) Quality.

C-840 Standard Specification for the Application and Finishing of Gypsum Board.

C-841 Standard Specification for the Installation of Interior Lathing Furring.

C-842 Standard Specification for the Application of Interior Gypsum Plaster.

C-926 Standard Specification for the Application of Portland Cement Based Plaster.

C-954 Standard Specification for Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Bases to Steel Studs From 0.033 in. to 0.112 in. in Thickness.

C-955 Standard Specifications for Load Bearing (Transverse and Axial) Steel Studs, Runners (Track) and Bracing or Bridging For Screw Application of Gypsum Board and Metal Plaster Bases.

C-1007 Standard Specification for the Installation of Load Bearing (Transverse and Axial) Steel Studs and Related Accessories.

1.04.02 American Iron and Steel Institute (AISI) Cold-Formed Steel Design Manual - "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

1.04.03 American Welding Society (AWS): Structural Welding Code (D1.1) Specification for Welding Sheet Steel in Structures (E1.3).

1.04.04 Military Specification (Mil. Spec.) MIL-P-21035...Paint, High Zinc Dust Content, Galvanizing Repair.



**400 METUCHEN RD., S. PLAINFIELD, NJ 07080**
**(800) 627-4661**

| | | |
|---|---|---|
| **SPECIFICATIONS** | | **SS** |
| **LWSF** | | **2** |

CC04874

1.04.05 Federal Specifications (Fed. Spec.) FF-P-395...Pin, Drive, Guided and Pin Drive, Power Actuated (Fasteners for Power Actuated and Hand Actuated Fastening Tools) FF-S-325...Shield, Expansion; Nail, Expansion; and Nail, Drive Screw (Devices, Anchoring Masonry)

## PART 2 - PRODUCTS

### 2.01 MATERIALS

2.01.01 All Materials shall be equal to those manufactured by Marino Industries Corp., Montrose Road, Westbury, N.Y. 11590.

2.01.02 All studs and/or joists and accessories shall be of the type, size, steel thickness and spacing shown on the plans. Studs, runners (track), bracing and bridging shall be manufactured per ASTM Specification C-955.

2.01.03 All galvanized studs, joists and accessories, 16ga. or heavier, shall be formed from steel that conforms to the requirements of ASTM A-446 with a yield of 50 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.04 All galvanized studs, joists and accessories, 18ga., shall be formed from steel that conforms to the requirements of ASTM A-446, with a yield of 37 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.05 All galvanized studs, joists and accessories, 20ga., shall be formed from steel that conforms to the requirements of ASTM A-446, with a yield of 33 ksi and as set forth in Section 1.2 of the AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).

2.01.06 All galvanized studs, joists, and accessories shall have a minimum G-60 coating.

2.01.07 Physical properties and allowable load capabilities of members shall be developed in accordance with AISI "Specification for the Design of Cold-formed Steel Structural Members", latest edition (1986).



| | | |
|---|---|---|
| MarinoWARE | SPECIFICATIONS | SS |
| 400 METUCHEN RD. S PLAINFIELD NJ 07080 (800) 627-4661 | LWSF | 3 |

CC04875

## PART 3 - EXECUTION

### 3.01 STORAGE OF MATERIALS

3.01.01 Products shall be protected from conditions that may cause any physical damage.

3.01.02 Materials shall be stored on a flat plane.

3.01.03 It shall be the responsibility of the project architect or engineer or their appointed personnel to determine what material is damaged (e.g. rusted, dented, bent or twisted). Any damaged materials shall be removed from the job site immediately.

### 3.02 INSTALLATION : GENERAL

3.02.01 Methods of construction may be either piece by piece (stick-built), or by fabrication into panels either on or off site.

3.02.02 Connections shall be accomplished with self-drilling screws or welding so that the connection meets or exceeds the design loads required at that connection.

3.02.03 Transversely loaded studs need not sit squarely in tracks but must be attached to them with the exception of special slip conditions which must be designed accordingly.

3.02.04 Axially loaded studs shall be installed seated squarely (within 1/16") against the web portion of the top and bottom tracks. Tracks shall rest on a continuous, uniform bearing surface.

3.02.05 Cutting of steel framing members may be accomplished with a saw or shear. Torch cutting of load bearing members is not permitted. Cutting of loaded members is not permitted unless under supervision of the project architect or engineer.

3.02.06 Temporary bracing shall be provided and left in place until work is permanently stabilized.

3.02.07 Bridging shall be of size and type shown on the drawings and as called for in the design calculations.

3.02.08 Diaphragm rated sheathing materials may be substituted for bridging, however, it shall be installed prior to loading the wall. If such a material is installed on one side of the wall only, then the other stud flanges shall be bridged with suitable bridging. This bridging may be removed if and when such diaphragm rated sheathing is installed.



| | | |
|---|---|---|
| MarinoWARE | SPECIFICATIONS | SS |
| a Division of WARE Industries, Inc. 400 METUCHEN RD., S. PLAINFIELD NJ 07080 (800) 627-4651 | LWSF | 4 |

CC04876

3.02.09 Install headers in all openings that are larger than the stud spacing in that wall. Form headers as shown on the drawings.

3.02.10 Insulation equal to the job requirements shall be placed in all jamb and header type conditions that will be inaccessible after their installation into the wall.

3.02.11 Provide jack studs to support each end of headers. These studs shall be securely connected to the header and must seat squarely in the lower track of the wall, and be properly attached to it.

3.02.12 If by design, a header is low in the wall, the less than full-height studs (cripples) that occur over the header shall be designed to carry all imposed loads.

3.02.13 Wall track shall not be used to support any load unless specifically designed for that purpose.

3.02.14 All axially loaded members shall be aligned vertically, to allow for full transfer of the loads down to the foundation. Vertical alignment shall be maintained at floor/wall intersections or alternate provisions for load transfer may be made.

3.02.15 Holes that are field cut into steel framing members shall be within the limitations of the product and its design. Provide reinforcement where holes are cut through load bearing members in accordance with manufacturer's recommendations and as approved by project architect or engineer.

3.02.16 Touch up all steel bared by welding using zinc rich paint.

3.02.17 Studs shall be spaced to suit the design requirements and limitations of collateral facing materials.

3.02.18 Gypsum board shall be attached to steel studs in accordance with ASTM Specification C-840, except that the steel drill screws used (Specification ASTM C-954) shall be spaced not more than 8" on center at the edges and ends, and not more than 12" on center, in the field of the board.

3.02.19 Metal plaster bases shall be attached in accordance with ASTM Specification C-841, except screw heads shall be of size and type suitable for positive (no movement) attachment.

3.02.20 Care should be taken to allow for additional studs at intersections, corners, doors, windows, control joints, etc., and as called for in the shop drawings or design calculations.



MarinoWARE
A DIVISION OF WARE INDUSTRIES, INC.
400 METUCHEN RD., S. PLAINFIELD, NJ 07080
(800) 627-4661

| SPECIFICATIONS | SS |
|---|---|
| LWSF | 5 |

CC04877

3.02.21 Provision for structure movement (expansion) shall be allowed where indicated and necessary by design or code requirements.

3.02.22 Splicing of axially loaded members shall not be permitted.

3.02.23 Wire tying of members is not permitted.

**3.03 INSTALLATION : PANELIZED CONSTRUCTION**

3.03.01 Panels shall be designed to resist construction and handling loads as well as live loads.

3.03.02 Handling and lifting of prefabricated panels shall not cause permanent distortion in any member or collateral material.

3.03.03 Make all stud to track connections prior to hoisting of panel.

3.03.04 Where splicing of track is necessary between stud spacings, a piece of stud shall be placed in the track fastened with two screws or welds per flange to each piece of track.

3.03.05 Complete bearing shall be maintained under tracks to provide for load transfer in axially loaded assemblies. If the erecting contractor is bearing on work set by another trade, it is his responsibility to insure that bearing criteria are met. Any discrepancy shall be brought to the attention of the project architect or engineer.

3.03.06 Attachment of the panel to the structure shall be as shown on the shop drawings.

3.03.07 Align all panels to provide continuity of any wall/floor surface.

**3.04 INSTALLATION : NON-PANELIZED (STICK-BUILT) CONSTRUCTION**

3.04.01 Align track accurately at supporting structure and fasten to structure as shown on shop drawings.

3.04.02 Track intersections shall butt evenly.

3.04.03 Studs shall be plumbed, aligned, and securely attached to flanges or webs of upper and lower tracks. Axially loaded studs shall be seated squarely in both top and bottom tracks.

3.04.04 Where splicing of track is necessary between stud spacings, a piece of stud shall be placed in the track fastened with two screws or welds per flange to each piece of track.



| SPECIFICATIONS | SS |
|---|---|
| LWSF | 6 |

CC04878

MAR-11-2004 09:44 FROM:MARINO-WARE       6786881379       TO:0       P.2/3

# MarinoWARE

# GENERAL INFORMATION

## QUALITY AND SERVICE COUNT

MarinoWARE is proud to present the products describing out line of Interior Drywall Steel Products, as well as Premier Steel Products and Vinyl and Paper-faced Metal Beads and Trims. These compounds, complemented by our structural framing line, complete MarinoWARE's family of steel framing products.

MarinoWARE stands committed to product quality. Our steel components are furnished in uniform lengths and convenient box/carton. Primers and barcodes on properly packaged and conveniently marked to assure fast loading.

MarinoWARE products are manufactured using steel meeting industry standards. Hardness and durability are monitored to assure the user ease in fabrication and penetration of future fasteners.

To service the customer, MarinoWARE maintains a large inventory of both in-stock product and Cut Steel allowing us to quickly satisfy requests for special border sizes and custom order lengths. Our staff of knowledgeable customer service associates, in many instances, next day delivery. Our experienced internal and external sales personnel, coupled with an extensive distribution network, make MarinoWARE the obvious choice for your project, regardless of location and size.

At MarinoWARE, the sum of your total framing project — Quality, steel products, competitive pricing, excellent service, prompt deliveries and technical assistance are all available to you.

## WARRANTY AND LIMITATIONS

All products presented herein are welcomed to the below in the front dealer, in mutual and workmanship.

The foregoing warranty is non-transferable and in lieu of and exclusive all other warranties not expressly set forth herein. Whether expressed or implied by operation of law or otherwise, including but not limited to any implied warranties of merchantability or fitness for a particular purpose. All details and specifications presented herein are intended as a general guide for the use of MarinoWARE Interior Drywall Steel Framing Systems. These products should not be used without evaluation by a qualified engineer or architect to determine their suitability for a specific use. MarinoWARE assumes no responsibility for its failure resulting from use of its details or specifications, or for failure resulting from improper applications or installation of these products.

## MATERIALS

Interior framing products formed from steel that meet the requirements of the current edition of ASTM specification C 645. The majority approved for non-structural steel uses. To detail the specifier and buyer, the following information summarizes the contents of the standards referenced in ASTM C 645 and ASTM C 754.

## GENERAL INFORMATION

### GOVERNING LAW

All sales and/or in connection with your order and all transactions associated with it shall be interpreted according to the laws of the State of New Jersey. Any actions or other proceedings arising out of such issues shall be brought only in Superior Court, State of New Jersey, County of Essex, or United States District Court for the District of New Jersey. No action may be brought more than one year after the course of the cause of action herefore.

### ASTM A 653 AND ASTM A 924

These specifications describe the general requirements for steel as well as the zinc-coated (galvanized) by the hot-dipped process. These specifications replace ASTM A 446 and ASTM A 525. Products manufactured with occurrences with ASTM C 645 are required to have a minimum G-40 coating or equivalent coating.

### ASTM A 568

Covers the general requirements for steel sheets in coils and coil lengths, carbon steel and high strength, low alloy steel, furnished to hot rolled or cold rolled steel.

### ASTM C 754

The specification describes the installation of products designed to receive screw-attached gypsum panel products and is limited to products nonstructural in accordance with ASTM C 645.

### ASTM C 1002

This specification covers self-piercing screws used for the attachment of gypsum panel products onto metal plate base.

### ASTM C 1047

This specification covers accessories used in conjunction with assemblies of gypsum wallboard and gypsum veneer plaster to protect edges, corners and to provide architectural features.

### ASTM C 847

This specification covers steel lath, expanded metal lath, diamond mesh, flat rib, self-furring, and rib lath, 1/8" and 3/8" (3.2 and 8.8mm), of welds or without backing and designed to be used as a base for gypsum or portland cement plaster.

### AISI Specifications for the Design of Cold-Formed Steel Structural Members

In addition to the standard design code for cold-formed steel members, the AISI specification also addresses alternative design approaches. The conservative provisions for the suitability of steel not pre-qualified per AISI standards. These provisions include:

A.  Concentration on the suitability of one of the listed specifications at either published specifications which established by provisions and suitably to, and

B.  ductility requirements to obtain the steel is workability.

### GENERAL INFORMATION

| Steel Thickness | | | Design | | | Minimum | | ASTM C645 |
|---|---|---|---|---|---|---|---|---|
| Gage | Mils | (in.) | (mm) | (ksi) | (MPa) | | | Color Code |
| 25 | 18 | .0184 | .4735 | .0179 | .4554 | | | Black |
| 22 | 27 | .0283 | .7188 | .0273 | .6924 | | | Crumbled |
| 20 | 18 | .0312 | .7925 | .0296 | .7513 | | | Pink |

### Finish:

Galvanized in accordance with ASTM A653. Products will be furnished with a G-40 or equivalent coating if specified and/or ordered to be in conformance with ASTM C645. These specifications describe the general coating requirements for steel which is zinc coated (galvanized), or zinc-iron alloy coated (galvannealed) or aluminum-zinc alloy coated (aluminized), by the hot-dipped process.

### Section of Steel

25, 22 and 20 gage studs and tracks Fy (min) = 33 ksi

CC04879



CC04880

# GENERAL INFORMATION



*The following furnishes the user with information regarding Marino\Ware's complete Interior Drywall Steel Framing System. While it describes our standard products, we are willing to provide special custom products for your unique applications. Contact your local Marino\Ware representative for further information.*

## MATERIALS

Interior framing products formed from steel meet the requirements of the current edition of ASTM Specification C 645, the industry standard for nonstructural steel studs. (Our 26 gage products meet all requirements except minimum thickness.) To assist the specifier and buyer, the following information summarizes the contents of the standards referenced in ASTM C 645 and ASTM C 754.

The applicable ASTM standards referenced within ASTM C 645 include ASTM A 653, A 568, and C 1002. Additionally, ASTM C 645 lists the AISI "Specification for the Design of Cold-Formed Steel Structural Members" as an applicable document. Discussion of each follows.

## ASTM A 653 AND ASTM A 924

These specifications describe the general requirements for steel as well as the general coating requirements for steel which is zinc-coated (galvanized) or zinc-iron alloy-coated (galvannealed) by the hot-dipped process. These specifications replace ASTM A 446 and ASTM A 525. Products manufactured in accordance with ASTM C 645 are required to have a minimum G-40 or equivalent coating.

## ASTM A 568

Outlines the general requirements for steel sheet in coils and cut lengths. It applies to steels described as carbon steel and high strength, low alloy steel furnished as hot rolled or cold rolled sheet.

## ASTM C 754

This specification describes the installation of products designed to receive screw-attached gypsum panel products and is limited to products manufactured in accordance with ASTM C 645.

Typically, track is not required to be attached to the stud flanges. However, those studs located adjacent to door and window frames, partition intersections and corners are required to be attached to the track flanges at each stud and runner flange.

At openings greater than the stud spacing, a header shall be formed with a cut-to-length section of track placed horizontally with the flanges cut and the section bent vertically at each end. Securely attach the header to the adjacent stud(s). Note: A multiple member head/jamb may be required at large openings or at heavy doors, or when special loading conditions occur.

See pages 12-15 for representative framing details.

## ASTM C 1002

This specification regulates steel self-piercing screws used for the attachment of gypsum panel products and metal plaster bases.

## AISI Specifications for the Design of Cold-Formed Steel Structural Members

In addition to the structural design code for cold-formed steel members, the AISI specification also addresses materials used in their production.

The AISI outlines provisions for the suitability of steels not pre-qualified per ASTM Standards. These provisions include:

A. Conformation to the chemical and mechanical requirements of one of the listed specifications or other published specification which establishes its properties and suitability; and,

B. Ductility requirements to assure the steel's workability.

## PHYSICAL AND STRUCTURAL PROPERTIES

The physical and structural properties shown herein were based on the following:

A. Design Decimal Thicknesses
26 gage ...................0.0164 inch min.
25 gage ...................0.0188 inch min.
22 gage ...................0.0240 inch min.
20 gage ...................0.0312 inch min.

Values represent design thicknesses before the application of protective coating. The structural properties and load tables shown in this catalog were based on these design thicknesses.

B. Minimum Steel Yield .......Fy(min) = 33 KSI

C. Mil Equivalents
26 gage ...................16 mils
25 gage ...................18 mils
22 gage ...................23 mils
20 gage ...................30 mils

## IDENTIFICATION

With the exception of 25 gage products, drywall stud and track components are identified by the following color code:

26 gage......................brown
25 gage......................unmarked
22 gage......................black
20 gage......................white

CC04881

# MARINOWARE STRUCTURAL PROPERTIES

CC04882



# Drywall Studs

Drywall studs are roll-formed, galvanized, C-channel type, non-bearing steel members. They are used extensively for interior partitions. Drywall studs are fabricated in custom order and stock length sizes from corrosion resistant galvanized steel. The flanges are knurled to prevent screw ride and to facilitate the efficient installation of gypsum wallboard. Knockouts are provided for the installation of electrical wiring, piping, and horizontal bracing over the length of the stud.

Rosen Materials standard 25, 22, and 20 gage drywall products meet ASTM C-645, A-446, A-525, A-754 and A-653.

The properties and weights below are calculated on minimum design thickness in accordance with A.I.S.I. specifications.

| Gage | Design Thickness |
|------|------------------|
| 25 | .0179 |
| 22 | .0269 |
| 20 | .0329 |



A = Gross Area
Mx = Fully braced allowable x-axis moment
Ix = Moment of inertia about the x-axis.
Sx = Section modulus for load about the x-axis.
Rx = Radius of gyration about the x-axis.
Iy = Moment of inertia about the y-axis.
Sy = Section modulus about the y-axis.
Ry = Radius of gyration about the y-axis.
Xo = Distance from shear center to centroid along principal y-axis.
J = St. Venant torsional constant.
Cw = Warping torsion constant.
Ro = Polar radius of gyration about shear center.
β = 1-(Xo/Ro)²

## 25 Ga. Drywall Studs
### Maximum Allowable Clear Span Height in Feet

| Stud Size (in.) | Studs Spacing 12" on center | | | Studs Spacing 16" on center | | | Studs Spacing 24" on center | | |
|---|---|---|---|---|---|---|---|---|---|
| | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 | L/120 | L/240 | L/360 |
| 1 5/8 | 10.0 | 8.0 | 7.0 | 9.1 | 7.2 | 6.5 | 8.0 | 6.3 | 5.5 |
| 2 1/2 | 13.9 | 11.1 | 9.7 | 12.7 | 10.1 | 8.8 | 11.1 | 8.8 | 7.7 |
| 3 5/8 | 18.6 | 14.7 | 12.8 | 15.9 | 13.4 | 11.7 | 14.7 | 11.7 | 10.2 |
| 4 | 20.1 | 15.9 | 13.9 | 18.2 | 14.5 | 12.6 | 15.7 | 12.6 | 11.0 |
| 6 | — | — | — | — | — | — | — | — | — |

### Physical Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq.in.) | About Major Axis | | | | About Minor Axis | | | m (in.) | Xo (in.) | J 1000 | Cw | ro (in.) | β BETA | Maximum Moment Ω-10 (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ix (in.) | Iy (in.⁴) | Sx (in.³) | Rx (in.) | Iy (in.⁴) | Sy (in.³) | Ry (in.) | | | | | | | |
| 1 5/8 | .273 | .087 | .539 | .038 | .045 | 0.738 | .014 | .019 | .452 | .653 | -1.101 | .097 | .019 | 1.373 | .357 | 805 |
| 2 1/2 | .327 | .089 | .581 | .063 | .075 | 1.162 | .014 | .020 | .456 | .591 | -.966 | .009 | .025 | 1.470 | .589 | 1451 |
| 3 5/8 | .386 | .089 | .404 | .227 | .125 | 1.594 | .019 | .022 | .458 | .530 | -.839 | .011 | .057 | 1.790 | .756 | 2432 |
| 4 | .418 | .095 | .375 | .287 | .143 | 1.729 | .020 | .023 | .452 | .513 | -.806 | .012 | .071 | 1.791 | .798 | 2757 |
| 6 | .510 | .132 | .273 | .765 | .253 | 2.410 | .073 | .024 | .4210 | .439 | -1.666 | .016 | .178 | 2.395 | .919 | — |

## 22 Ga. Drywall Studs
### Maximum Allowable Clear Span Height in Feet

| Wind Load (lbs./sq. ft.) | Deflection Criteria | 1 5/8" Stud | | | 2 1/2" Stud | | | 3 5/8" Stud | | | 4" Stud | | | 6" Stud | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 |
| 5 | L/120 | 11.5 | 10.5 | 9.1 | 16.0 | 14.6 | 12.7 | 21.5 | 19.5 | 17.0 | 23.4 | 21.3 | 18.6 | 31.9 | 29.0 | 25.3 |
| | L/240 | 9.1 | 8.3 | 7.3 | 12.7 | 11.6 | 10.1 | 17.0 | 15.5 | 13.5 | 18.5 | 16.7 | 14.8 | 25.5 | 23.0 | 20.1 |
| | L/360 | 8.0 | 8.3 | 6.3 | 11.1 | 10.1 | 8.8 | 14.9 | 13.5 | 11.8 | 16.2 | 14.6 | 12.9 | 22.1 | 20.1 | 17.5 |
| 10 | L/120 | 9.1 | 8.3 | 7.3 | 12.7 | 11.6 | 10.1 | 17.0 | 15.5 | 13.2 | 18.4 | 16.7 | 14.1 | 25.3 | 23.0 | 18.9 |
| | L/240 | 7.3 | 6.6 | 5.8 | 10.1 | 9.2 | 8.0 | 13.5 | 12.3 | 10.7 | 14.6 | 13.5 | 11.5 | 20.1 | 18.3 | 16.0 |
| | L/360 | 6.3 | 5.8 | 5.0 | 8.8 | 8.0 | 7.0 | 11.8 | 10.7 | 9.3 | 12.8 | 11.6 | 10.1 | 17.5 | 16.0 | 14.0 |
| 15 | L/120 | 8.0 | 6.6 | 6.4 | 11.1 | 10.1 | 8.0 | 14.8 | 13.2 | 10.8 | 16.1 | 14.1 | 11.5 | 21.1 | 18.9 | 15.4 |
| | L/240 | 6.3 | 5.8 | 5.0 | 8.8 | 8.0 | 7.0 | 11.8 | 10.7 | 9.3 | 12.8 | 11.6 | 10.1 | 17.4 | 16.0 | 14.0 |
| | L/360 | 5.4 | 5.0 | 4.4 | 7.7 | 7.0 | 6.1 | 10.3 | 9.4 | 8.2 | 11.2 | 10.1 | 8.9 | 15.3 | 14.0 | 12.2 |
| 20 | L/120 | 6.6 | 5.4 | 4.7 | 10.1 | 8.8 | 7.0 | 13.2 | 11.4 | 9.4 | 14.1 | 12.3 | 10.0 | 18.3 | 16.0 | 13.1 |
| | L/240 | 5.4 | 5.0 | 4.4 | 7.7 | 7.0 | 6.1 | 10.3 | 9.4 | 8.2 | 11.2 | 10.1 | 8.9 | 15.3 | 14.0 | 12.2 |
| | L/360 | 4.7 | 4.4 | 3.8 | 6.7 | 6.1 | 5.3 | 9.0 | 8.2 | 7.1 | 9.8 | 8.9 | 7.8 | 13.4 | 12.2 | 10.7 |
| 30 | L/120 | 5.4 | 4.4 | 4.0 | 7.0 | 7.0 | 5.6 | 11.4 | 9.3 | 7.3 | 12.3 | 10.1 | 8.0 | 16.0 | 13.1 | 10.7 |
| | L/240 | 4.4 | 4.2 | 3.5 | 6.1 | 5.6 | 4.9 | 8.2 | 7.5 | 6.5 | 8.9 | 8.0 | 7.0 | 12.2 | 11.1 | 9.7 |
| | L/360 | 4.0 | 3.8 | 3.2 | 5.3 | 4.9 | 4.3 | 7.1 | 6.5 | 5.7 | 7.8 | 7.0 | 6.2 | 10.7 | 9.7 | 8.5 |
| 40 | L/120 | 4.4 | 4.2 | 3.5 | 6.1 | 5.6 | 4.5 | 8.2 | 7.5 | 6.1 | 8.9 | 8.0 | 6.6 | 12.0 | 11.1 | 9.1 |
| | L/240 | 4.0 | 3.8 | 3.2 | 5.3 | 4.9 | 4.3 | 7.1 | 6.5 | 5.7 | 7.8 | 7.0 | 6.2 | 10.7 | 9.7 | 8.5 |
| | L/360 | 3.4 | 3.3 | 2.8 | 4.6 | 4.3 | 3.7 | 6.2 | 5.7 | 4.9 | 6.8 | 6.1 | 5.4 | 9.3 | 8.5 | 7.4 |
| 50 | L/120 | 4.0 | 3.8 | 3.2 | 5.5 | 5.0 | 4.0 | 7.3 | 6.7 | 5.4 | 8.0 | 7.0 | 6.0 | 10.8 | 9.9 | 8.1 |
| | L/240 | 3.4 | 3.3 | 2.8 | 4.6 | 4.3 | 3.7 | 6.2 | 5.7 | 5.0 | 6.8 | 6.1 | 5.4 | 9.3 | 8.5 | 7.4 |
| | L/360 | 3.2 | 2.9 | 2.4 | 4.2 | 3.9 | 3.4 | 5.5 | 5.0 | 4.8 | 6.0 | 5.5 | 4.9 | 8.1 | 7.4 | 6.5 |

### Physical Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq.in.) | About Major Axis | | | | About Minor Axis | | | m (in.) | Xo (in.) | J 1000 | Cw | ro (in.) | β BETA | Maximum Moment (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ix (in.) | Iy (in.⁴) | Sx (in.³) | Rx (in.) | Iy (in.⁴) | Sy (in.³) | Ry (in.) | | | | | | | |
| 1 5/8 | .407 | .099 | .594 | .054 | .066 | 9.734 | .020 | .026 | .448 | .648 | -1.092 | .025 | .015 | 1.382 | .387 | 1301 |
| 2 1/2 | .487 | .103 | .516 | .158 | .110 | 1.157 | .021 | .029 | .451 | .586 | -.955 | .030 | .037 | 1.489 | .571 | 2346 |
| 3 5/8 | .580 | .133 | .389 | .338 | .185 | 1.888 | .027 | .032 | .535 | .525 | -.831 | .038 | .093 | 1.690 | .756 | 3915 |
| 4 | .624 | .143 | .371 | .425 | .213 | 1.724 | .029 | .033 | .447 | .508 | -.797 | .040 | .104 | 1.782 | .800 | 4494 |
| 6 | .807 | .197 | .269 | 1.138 | .379 | 2.404 | .064 | .035 | .415 | .434 | -.659 | .053 | .282 | 2.307 | .920 | 7820 |



ROSEN MATERIALS

# 20 Ga.
# Drywall Studs

## Maximum Allowable Clear Span Height in Feet

| Wind Load (lbs.sq. ft.) | Deflection Criteria | 1 5/8" Stud | | | 2 1/2" Stud | | | 3 5/8" Stud | | | 4" Stud | | | 6" Stud | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Stud Spacing (inches on center) | | | | | | | | | | | | | | |
| | | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 | 12 | 16 | 24 |
| 5 | L/120 | 12.0 | 10.9 | 8.5 | 17.1 | 15.2 | 13.6 | 22.8 | 20.7 | 18.1 | 24.7 | 22.4 | 19.6 | 34.1 | 31.0 | 27.1 |
| | L/240 | 9.6 | 8.7 | 7.6 | 13.6 | 12.3 | 10.8 | 18.1 | 16.5 | 14.4 | 19.6 | 17.8 | 15.5 | 27.1 | 24.6 | 21.5 |
| | L/360 | 8.4 | 7.6 | 6.6 | 11.9 | 10.8 | 9.2 | 15.8 | 14.4 | 12.6 | 17.1 | 15.5 | 13.6 | 23.6 | 21.5 | 18.8 |
| 10 | L/120 | 8.6 | 8.7 | 7.6 | 12.8 | 12.3 | 10.8 | 18.1 | 16.6 | 14.4 | 19.8 | 17.6 | 14.1 | 27.1 | 24.6 | 21.2 |
| | L/240 | 7.6 | 6.9 | 6.0 | 10.8 | 9.8 | 8.6 | 14.4 | 13.1 | 11.4 | 15.5 | 14.1 | 12.3 | 21.5 | 19.6 | 17.0 |
| | L/360 | 6.6 | 6.0 | 5.3 | 9.4 | 8.6 | 7.5 | 12.6 | 11.4 | 10.0 | 13.6 | 12.3 | 10.8 | 18.8 | 17.0 | 14.9 |
| 15 | L/120 | 8.4 | 7.6 | 6.6 | 11.9 | 10.8 | 9.4 | 15.8 | 14.4 | 12.1 | 17.1 | 15.1 | 12.9 | 23.6 | 21.2 | 17.3 |
| | L/240 | 6.6 | 6.0 | 5.3 | 9.4 | 8.6 | 7.5 | 12.6 | 11.4 | 10.0 | 13.6 | 12.3 | 10.8 | 18.8 | 17.0 | 14.9 |
| | L/360 | 5.8 | 5.3 | 4.6 | 8.2 | 7.5 | 6.5 | 11.0 | 10.0 | 8.7 | 11.8 | 10.8 | 9.4 | 16.4 | 14.8 | 13.0 |
| 20 | L/120 | 7.6 | 6.9 | 6.0 | 10.8 | 9.8 | 8.1 | 14.4 | 12.8 | 10.5 | 15.5 | 13.7 | 11.2 | 21.2 | 18.3 | 15.0 |
| | L/240 | 6.0 | 5.5 | 4.8 | 8.6 | 7.8 | 6.8 | 11.4 | 10.4 | 9.1 | 12.3 | 11.2 | 9.8 | 17.0 | 15.5 | 13.4 |
| | L/360 | 5.3 | 4.8 | 4.2 | 7.5 | 6.8 | 5.9 | 10.0 | 9.1 | 7.9 | 10.8 | 9.8 | 8.6 | 14.8 | 13.5 | 11.8 |
| 30 | L/120 | 6.6 | 6.0 | 4.9 | 9.4 | 8.1 | 6.6 | 12.1 | 10.5 | 8.5 | 12.9 | 11.2 | 9.2 | 17.3 | 15.0 | 12.2 |
| | L/240 | 5.3 | 4.8 | 4.2 | 7.5 | 6.8 | 5.9 | 10.0 | 9.1 | 7.9 | 10.8 | 9.8 | 8.6 | 14.9 | 13.5 | 11.8 |
| | L/360 | 4.6 | 4.2 | 3.7 | 6.5 | 5.9 | 5.2 | 8.7 | 7.9 | 6.9 | 9.4 | 8.6 | 7.5 | 13.0 | 11.8 | 9.4 |
| 40 | L/120 | 6.0 | 5.2 | 4.3 | 8.1 | 7.0 | 5.7 | 10.5 | 9.1 | 7.4 | 11.2 | 9.7 | 7.9 | 15.0 | 13.0 | 10.6 |
| | L/240 | 4.8 | 4.3 | 3.8 | 6.8 | 6.2 | 5.4 | 9.1 | 8.2 | 7.2 | 9.8 | 8.9 | 7.8 | 13.5 | 12.3 | 10.6 |
| | L/360 | 4.2 | 3.8 | 3.3 | 5.9 | 5.4 | 4.7 | 7.9 | 7.2 | 6.3 | 8.6 | 7.8 | 6.8 | 11.8 | 10.7 | 9.4 |
| 50 | L/120 | 5.4 | 4.7 | 3.8 | 7.3 | 6.3 | 5.1 | 9.4 | 8.1 | 6.6 | 10.0 | 8.7 | 7.1 | 13.4 | 11.5 | 9.5 |
| | L/240 | 4.4 | 4.0 | 3.5 | 6.3 | 5.7 | 5.0 | 8.4 | 7.6 | 6.6 | 9.1 | 8.3 | 7.1 | 12.6 | 11.4 | 9.5 |
| | L/360 | 3.9 | 4.5 | 3.1 | 5.5 | 5.0 | 4.4 | 7.4 | 6.7 | 5.8 | 7.9 | 7.2 | 6.3 | 11.0 | 10.0 | 8.7 |

## Physicial Structural Properties

| Stud Size (in.) | Weight (lbs./ft.) | Cross Section Area (sq. in.) | About Major Axis: x (in.) | Ix (in.⁴) | Sx (in.³) | Rx (in.) | About Minor Axis: Iy (in.⁴) | Sy (in.³) | Ry (in.) | m (in.) | Xo (in.) | J x 1000 | Cw | ro (in.) | β BETA | Resisting Moment (x-x) (in.-lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 5/8 | .404 | .120 | .537 | .064 | .079 | 0.731 | .024 | .034 | .445 | .646 | -1.066 | .044 | .018 | 1.355 | .358 | 1648 |
| 2 1/2 | .502 | .125 | .613 | .166 | .133 | 1.155 | .026 | .035 | .448 | .583 | -.950 | .055 | .044 | 1.452 | .572 | 2957 |
| 3 5/8 | .718 | .162 | .398 | .407 | .224 | 1.586 | .032 | .039 | .448 | .522 | -.825 | .066 | .099 | 1.663 | .760 | 4928 |
| 4 | 7.60 | .174 | .368 | .515 | .258 | 1.721 | .034 | .040 | .444 | .505 | -.791 | .073 | .124 | 1.775 | .801 | 5654 |
| 6 | .984 | .240 | .267 | 1.381 | .460 | 2.400 | .041 | .042 | .412 | .431 | -.632 | .096 | .314 | 2.321 | .921 | 10098 |

Note: Heights shown are based on using a variable PSF uniform load perpendicular to the studs and based on stud structural properties above. Values do not account for web crippling.

## Maximum Stud Height, ft.-in., Single Layer Gypsum Wallboard, Each Side

| Stud Spacing in. | L/120: Stud Width in. | 5 PSF (240 Pa*) | 7.5 PSF (360 Pa*) | 10 PSF (480 Pa*) | 5 PSF (240 Pa*) |
|---|---|---|---|---|---|
| 16 | 1 5/8 | 11-0 | 9-7 | 8-9 | 8-9 |
| | 2 1/2 | 14-8 | 12-10 | 11-8 | 11-8 |
| | 3 5/8 | 19-5 | 17-0 | 15-5 | 15-5 |
| | 4 | 20-8 | 18-1 | 16-5 | 16-5 |
| 24 | 1 5/8 | 10-0 | 8-9 | 7-11 | 7-11 |
| | 2 1/2 | 13-5 | 11-9 | 10-8 | 10-8 |
| | 3 5/8 | 17-3 | 15-1 | 13-8 | 13-8 |
| | 4 | 18-5 | 16-3 | 14-7 | 14-7 |

## Maximum Stud Height, ft.-in., Single Layer Gypsum Wallboard, Each Side

| Stud Spacing in. | L/120: Stud Width in. | 5 PSF (240 Pa*) | 7.5 PSF (360 Pa*) | 10 PSF (480 Pa*) | 5 PSF (240 Pa*) |
|---|---|---|---|---|---|
| 24 | 1 5/8 | 12-4 | 10-8 | 9-9 | 9-9 |
| | 2 1/2 | 15-10 | 13-10 | 12-7 | 12-7 |
| | 3 5/8 | 19-5 | 17-0 | 15-5 | 15-5 |
| | 4 | 20-8 | 18-1 | 16-6 | 16-5 |

CC04884



**FIRE TRAK CORP.**

P.O. Box 421, Kimball, MN 55353
Ph: 800-351-9876  Fax: 320-398-7640

Website:
www.firetrak.com

Page 1 of 3

## DESCRIPTION

The Fire Trak System was developed and patented to solve the problem of providing a fire-rated head-of-wall construction joint at the top of rated partitions that can deliver the required amount of movement at roof or floor decks. It consists of the Fire Trak ceiling runner, with a shoulder offset the thickness of the wall material; a second piece of wall material is fitted tight to the roof or floor deck and attached to the shoulder created. This allows the deck, the Fire Trak ceiling runner and the wall material attached to the shoulder to move in relation to the wall studs and primary wall material. The system is mechanical and not limited by compressibility, elasticity or bond strength and thus can deliver movements far greater than other systems.

## ADVANTAGES

| | |
|---|---|
| Building Code Compliance | The Fire Trak System meets the requirements of all four model codes, UBC, BOCA, SBCCI and the new IBC code. |
| Cycling / Actual Movement | This issue is often a shortcoming of other systems. The Fire Trak System can handle up to 6" of repeated movement of roof or floor decks, while maintaining its firestopping effectiveness indefinitely. Fire Trak has been tested with the cycling requirements of the new test standards and all model building codes. |
| Seismic Compliance | Fire Trak has been cycled at 30 CPM to meet seismic requirements. Many systems currently in use have not been tested to this requirement. |
| Cost Effectiveness | Fire Trak is the most complete system available and is competitive with other systems that do not provide the movement necessary because of their limited movement capabilities. |
| Sound Control | The Fire Trak System has superior sound control characteristics and has applications with sound walls that are subject to deflection, but are not necessarily fire-rated. |
| Approvals | California State Fire Marshall Listing# 1451-1541:100<br>California OSHPD R# 0476<br>City of Los Angeles RR# 25207<br>City of New York MEA# 196-98-M<br>Additional information is available upon request. |

## U.L. TESTED, CLASSIFIED AND LISTED

The Fire Trak System has been fire tested at Underwriters Laboratories in accordance with U.L. 2079 and ASTM E 1966 test standards. The test assemblies were cycled 500 times, 100 cycles at 30 CPM and 400 cycles at 10 CPM. The assemblies have movement capabilities of up to 6" of compression or extension, or 3" of compression and 3" of extension. The System has Class I, II, and III cycling capabilities. The system is classified and listed for use with U-400 series walls. The listings are good for both roof and floor assemblies.

### Construction Joints - U.L. 2003 Directory

**U.L. listings for joints of 1" of compression and/or extension. ***

**HW-D-0060** - Standard wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0061** - Cavity wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0117** - Standard and cavity walls, perpendicular to metal decks with flute ""led with cementious fireproofing .aterial, 1 and 2 hour ratings.
**HW-D-0118** - Standard and cavity walls, perpendicular to metal decks with flute filled with fire caulk or fire spray material, 1 and 2 hour ratings.

**HW-D-0119** - Shaft walls, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0120** - Shaft walls, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-0121** - Standard, cavity and shaft wall, using Reveal design against concrete decks, 1 and 2 hour ratings.

**U.L. listings for joints of 3" of compression and/or extension. ***

**HW-D-1011** - Standard wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-1012** - Cavity wall, perpendicular and parallel against steel decks and against concrete decks, 1 to 3 hour ratings.
**HW-D-1019** - Standard and cavity walls, perpendicular to metal decks with flute filled with cementious fireproofing material, 1 and 2 hour ratings.
**HW-D-1020** - Standard and cavity walls, perpendicular to metal decks with flute filled with fire caulk or fire spray material, 1 and 2 hour ratings.

* Tracks can be configured to any deflection between 1" to 3".

CC04885



**FIRE TRAK CORP.**

P.O. Box 424, Kimball, MN 55353
Ph: 800-374-9875  Fax: 320-398-7660

Website:
www.firetrak.com

Page 2 of 3

## Four Basic Profiles

Shadowline designs are the best choice for most applications.

Check with manufacturer for appropriate
Reveal applications.

Shadowline
designed for most applications

Cavity Shadowline
designed for cavity and shaft walls

Reveal
designed for exposed joint

Cavity Reveal
designed for exposed joint in shaft walls

## Sample Details

Perpendicular to Metal Deck:

Parallel to Metal Deck



Cavity Shadowline
Shaftwall Detail - 1 Hr.

6" Movement Detail

This detail can be modified to
reflect only the movement needed.



Other Details Available.  Please visit our website at www.firetrak.com or call us at 1-800-374-9875.



P.O. Box 428, Kimball, MN 55353
Ph: 800-394-9875  Fax: 320-398-7660

Website:
www.firetrak.com



## FIRE TRAK POSI CLIP



RATED

METAL STUD

FIRE RATED WALLBOARD

**DESCRIPTION:**

- Fire Trak Posi Clips are attached to the inside flange(s) of the ceiling track with two #8 tek screws and engage the short flange of the metal studs as shown
- Sold in quantities of 500 clips
- Available in 20 & 18 gauge

**ADVANTAGES:**

- Can replace double track or slotted track systems in interior or exterior walls
- Can handle different deflections by varying track depth
- Locks jamb or king studs or frames while allowing deflection
- Reinforces any stud to track connection while allowing deflection

**APPLICATIONS:**

- Works for deflection and firestopping or deflection
- Works with any stud or track size or gauge



NON-RATED

METAL STUD

FIRE RATED WALLBOARD

The Fire Trak Posi Clip deflection system needs to be evaluated by a design professional based on structural requirements of the wall, and deflection requirements of roof or floor decks.  Fire Trak Posi Clips are not needed for most Fire Trak Deflection and Firestopping system applications with under 2" of movement.

## SAMPLE SPECIFICATION

?.  Deflection Track:  Standard deep-leg ceiling runner of depth necessary with Fire Trak Posi Clips if required and indicated on the drawings.

   1.   Product:  Subject to compliance with the requirements, provide "Posi Clips" manufactured by Fire Trak Corp., Kimball, MN, 800-394-9375.

?.  Deflection and Firestop Track:  Ceiling runner designed to allow head-of-walls to compress or extend with movement of structure above while maintaining the fire-rating of the wall assembly.  Comply with requirements of ASTM C 645, of thickness indicated for studs and of width to accommodate depth of studs indicated with flanges offset to accommodate gypsum board thickness.  The fire-rated assembly shall be capable of ___ inches of movement as required and indicated on the drawings.  The assemblies shall have been tested and listed by a code approved Laboratory to accommodate the required movement.

   1.   Product:  Subject to compliance with the requirements, provide "Fire Trak" manufactured by Fire Trak Corp., Kimball, MN, 800-394-9875.

## COMPANY INFORMATION

At Fire Trak Corp. we are committed to providing solutions that work.  Our technical staff has over 30 years experience in the field and can offer practical answers to all your application questions, as well as assist you in developing designs that will satisfy all building and code requirements.



P.O. Box 428, Kimball, MN  55363
Ph: 800-394-9875  Fax: 320-398-7663
Email: info@firetrak.com

Additional information can be found on our website:
## www.firetrak.com

Also look for us in:
- ARCAT
- Sweet's Catalog
- Architect's 1st Source

Printed in the USA
Sixth Edition
February 2004

### Setting Times

Because job and time requirements are always different *Sudden Bond XL* is available in a choice of setting times. The number on the bag indicates the approximate setting time. For example 90 sets in approximately 60-120 minutes. Other setting times available: 20(20-35 min.); 45(30-60 min.); 900 (240-360 min.) set time cannot be lengthened by adding additional water.

### Product Data

**Color:** Off White
**Compliance with Standards:** Meets ASTM C475
**Filler:** Calcium Sulphate
**Density:** 32 lb/ft
**Dilution:** Approximately 14 to 18 pts (5.6 to 8.2 L)
**Freezing Sensitivity:** None once set and dried.
**Packaging:** 18 lb (8.17 kg) bags
**Storage:** Store indoors away from direct moisture on a pallet. Keep dry do not place directly on concrete. Close open bags as air tight as possible.

### Mixing

Place approximately 14 to 18 pts of water in plastic bucket per 18 LB bag of compound. Add compound to water and mix using potato style mixer or power drill mixer. Mix thoroughly but avoid over mixing. Add additional water to obtain desired consistency one half-pint at a time. Use clean, drinkable water. Dirty water, over mixing and extreme heat can accelerate set time. Use caution when adding water, over dilution can reduce bond strength and cause abnormal shrinkage. Do not mix with other compounds.

### Application

All imperfections and damages that occurred during manufacture and installation should be cut out of the gypsum panels prior to finishing. Apply over dry surfaces only and allow each coat to dry completely before applying another coat. Maintain minimum air, joint compound and surfact temperature of 55F (13C) within working area until joints are completely dry.

### Finishing Joints

Apply thin layer of compound to space between panels. Press in joint tape centering it over seam. Tightly embed tape with knife removing excess compound, apply thin coat over tape. Apply compound over fasteners and allow to dry. Apply second coat along joints, be sure to feather at least 2.5 inches beyond the taping coat, apply second coat over joints ensuring to feather beyond second coat. Once dry, sand or sponge smooth.

### Finishing Inside Corners

Apply thin layer of compound to either side of corner. Crease center of tape and press into corner. Tightly embed tape with knife on both sides removing excess compound and apply it as a thin coat over tape. Apply second coat over one side at a time allowing it to dry before finishing opposite side.

### Finishing Cornerbead

Apply compound to cornerbead extending first coat a minimum of 5" onto panel, allow to dry and wet sand as necessary. Apply second coat feathering at least 2" beyond first coat, allow to dry and wet sand.

### Sanding

Sand with a wet sponge to eliminate dust and scuffing of paper. Remove high spots using as few strokes as necessary. Clean sponge often. If dry sanding, use 150 grit sand paper or finer. Avoid scuffing paper. Wear NOISH approved dust mask.

### Decorating

Ensure all surfaces are dry and dust free. A primer coat of undiluted latex wall paint with a high solids content should be applied prior to painting or texturing. Adhere to all manufacturer specific directions for painting and decorating materials.

### Clean Up

Tools are cleaned easily using warm water. Normally, only vigorous stirring in water is necessary for clean up. Some brushing or sponging maybe necessary Clean immediately after use and do not allow to harden. Wipe surfaces dry to prevent rust.

### Ingredients

May contain any or all of the following: Calcium carbonate, perlite, mica, clay, gypsum, synthetic or natural binders and thickeners.

### Coverage

Depends on thickness used and decreases when filling cornerbead. Approximately 50 lbs. per 50 sq. ft. of wallboard.

### Warning

Keep out of reach of children!

### Notice

Solid Products will not be liable for incidental and consequential damages, directly or indirectly sustained, nor for any loss caused by application of these goods not in accordance with current printed instructions or for other then intended use. Our liability is expressly limited to replacement of defective goods. Any claim shall be deemed waived unless made in writing to use within thirty (30) days from the date it was or reasonable should have been discovered.

*Sudden Bond XL* is a trademark of Solid Products, Inc.

P.O. Box 97
Richfield, WI 53076
1-800-344-8861

Plant Locations:
**EDGERTON, KANSAS**
**RICHFIELD, WISCONSIN**





# *SUDDEN BOND XL*
## "Lightweight"

### The "ULTIMATE" in fast setting drywall cements

## *Sudden Bond XL*
Lightweight Setting Type Drywall Joint Compound

### For Professional Use

Designed for the drywall finishing professional. *Sudden Bond XL* can be used for everything from embedding tape to finishing corner bead and fasteners to topping and texturing. Its arm saving workability allows you to work faster with less effort. *Sudden Bond XL* feathers beautifully and delivers a smooth as glass finish that is virtually pock free. Its low shrinkage and easy cleanup make it excellent for laminating gypsum panels. Because *Sudden Bond XL* is Lightweight it sands easier than other compounds ...Complies with ASTM C475

### The *Sudden Bond* Advantages

• Easier lump free mixing
• Less weight per bag means easier handling
• Unmatched Arm Saving Workability
• Color coded bags eliminate set time confusion
• Minimal shrinkage and easy sanding provide an excellent drywall finish
• Easier cleanup means less buildup on tools and mixer
• Reliable Set Times mean on time job completion

CC04889

**INSTALLATION**

**SAFETY**

**MATERIAL SAFETY DATA SHEET**

application and installation details, including

## PHYSICAL PROPERTIES
### G-P GYPSUM JOINT TREATMENT SYSTEMS

| PRODUCT | PACKAGE SIZE | COVERAGE | ASTM STANDARD |
|---|---|---|---|
| **GyProc Ready Mix All Purpose Joint Compound** Pre-mixed, ready to use, for taping, finishing and skim coating and texturing | 12 lb. pails 50 lb. pails 41.7 lb. pails, 26 kg pails 61.7 lb. pails 43 lb. ctn. 27 kg ctn | 60 lbs. per 1000 sq. ft 61.7 lb. pail | C 475 |
| **GyProc Lightweight Joint Compound** Pre-mixed, ready to use for taping, finishing and skim coating | 17 lb. carton 4.5 gallon (43 lb.) cartons and pails | 3 gallons per 700 sq. ft. | C 474 |
| **GyProc Semi-Lightweight Joint Compound** Pre-mixed, ready to use for taping, finishing and skim coating | 20 kg cartons 4.5 gallon (43 lb.) cartons and pails | 4.5 gallons per 700 sq. ft. | C 475 |
| **GyProc Ready Mix Topping Compound** Pre-mixed and ready to use. Finish applications only | 41.7 lb. pails 45 lb. gallons | 40 lbs. per 700 sq. ft. | C 475 |
| **GyProc Fire-Halt Sealant** A noncombustible, fast-setting compound to use as a firestop sealant for penetrations such as pipes, conduit and telephone cables in fire-resistive assemblies as filler for the flutes in steel deck | 15 lb. pails 35 lb. bags | | C 475 |
| **GyProc Tape** Special 2 1/16" wide paper tape. Reinforces gypsum board joints. Perforated for ease of application | 75 ft. and 50 ft. rolls 250 ft. rolls 500 ft. rolls | 400' per 1000 sq. ft. of gypsum board | |
| TEXTURES AND PLASTER | | | |
| **GyProc Ceiling Textures/Vermiculite** For spray application only as a decorative finish on gypsum wall and on concrete ceilings. Not recommended for high-moisture areas such as bathrooms. | 40 lb. bags | Varies from 300 to 400 sq. ft. per bag | |
| **GyProc Ceiling Textures/Polystyrene** For spray application only. Specifically designed for volume application where an economical, high-quality finish is desired on gypsum/gypsum board or concrete ceilings. Not recommended for high-moisture areas such as bathrooms. | 33 lb. bags (15 kg) 60 lb. bags 50 lb. bags | 350 sq. ft. per bag 285 sq. ft. per bag 300 sq. ft. per bag | |
| **Cameo Veneer Plaster** Use for thin coat application to Cameo veneer Plaster Base gypsum wallboards. Designed for residential and commercial construction requiring fast, economical installation for walls and ceilings as part of the Cameo veneer system. Resists abrasion or damage. | 50 lb. bags | 150 sq. ft. per 50 lb. bag | |
| **GyProc Wall and Ceiling Texture** Use as decorative finish with either hand and/or spray application following the application of ceiling overlay. | 50 lb. bags | Up to 2000 sq. ft. per 50 lbs. for splatter application; approximately 900 to 1200 sq. ft. per 50 lbs. for other applications | |

## Technical Information

## Sales Information and Order Placement

**Midwest:** 1-800-876-4746
**Northeast:** 1-800-947-4497

**Atlantic Provinces:** 1-800-663-1696
**Ontario:** 1-800-387-6823
**British Columbia:** 1-800-663-6402

G-P Gypsum Corporation

CC04890



# G-P Joint Compound Materials

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical: 1 (800) 225-6119 (EST)

## SYSTEMS DESCRIPTION

G-P joint systems products are designed to conceal joints, nail heads, corner beads, other joint accessories, and to outside weld G-P gypsum boards together.

Properly used, G-P Joint Systems products for walls and ceilings, and provide joints stronger than the gypsum board itself.

### G-P GYPROC® READY MIX™

Compound is formulated for both taping and finishing of gypsum boards. It is pre-mixed and ready to use.

Coverage: 80 lbs/700 sf of gypsum board surface for joint taping and finishing.

### G-P GYPROC LIGHTWEIGHT® ALL PURPOSE COMPOUND

G-P Gyproc Lightweight All Purpose Compound is formulated for joint taping, it is more than 25% lighter than conventional joint compounds. It is easy to sand and won't sag fast. It is pre-mixed and ready to use.

Coverage: 3.5 gal/700 sf of gypsum board surface for taping finishing.

### GYPROC SEMI-LIGHTWEIGHT ALL PURPOSE COMPOUND

Gyproc Semi-Lightweight All Purpose Compound, is formulated for joint taping and finishing, bridging the gap between Gyproc Ready Mix All Purpose and GyProc Lightweight joint compounds. GyProc Spread lightweight compound is 15 percent lighter, sands more easily and settles less than conventional joint compounds.

Coverage: 3.5 gal./700 sf of gypsum board surface for joint taping and finishing.

### G-P GYPROC READY MIX™

G-P GyProc Ready Mix Topping Compound is formulated for finishing applications only. It is recommended for joint, second and third coats to use.

### G-P ALL PURPOSE COMPOUND

G-P All Purpose Compound is a dry powder formulated to be used for bedding tape, finishing joints, filling corner bead, spotting fasteners and texturing.

The compound may be applied with a roller, sponge or brush depositing over the trap primer before texturing.

surface for joint taping and finishing; 18-50

### G-P GYPROC SANDABLE™

G-P GyProc Sandable™ is formulated as a setting type compound for same day joint finishing and next day decorating. It sands almost as easily as conventional non-setting type compounds.

G-P GyProc Sandable permits the finishing and sanding of joints in the same manner as with G-P Ready Mix All Purpose joint compounds without the need for drying time between applications and with no shrinkage.

Available Types: 20, 45, 90 minute.

Coverage: 18 lbs/300-350 sf when used for taping and finishing.

### G-P GYPROC SETTING® COMPOUND

G-P GyProc Setting Compound is a dry powder formulated to be used for bedding tape, finishing joints, filling corner bead and spotting nails. It may be used for lamination in multilayer gypsum board assemblies.

G-P GyProc Setting hardens by setting rather than drying. When used for finishing, it will be harder to sand than non-setting joint compound.

G-P GyProc Setting is preferred when cold weather or slow drying conditions exist, since it will reduce the incidence of beading. G-P GyProc Setting will not shrink once it has set.

Available Types: GyProc Setting 45, 90.

Other formulations available with a variety of

Coverage: 28 lbs/400-500 sf when used for

### GYPROC FIRE-HALT™ SEALANT

GyProc Fire-Halt™ sealant is a non-sag compound developed for fire-stopping, filling bore holes, pipes, ducts, conduit, seams, telephone cables, and for filling holes in steel decks above walls. Fire-Halt can be used to patch holes, cracks and other openings, including gaps between floors and curtain walls, or used as a moisture sealant or grout for door frames. Because Fire-Halt is needed only as needed for this

economical alternative in expensive existing tube products.

Coverage: One pound mixed with water/30

### G-P WALL JOINT TAPE

G-P WallBoard tape is used for reinforcing joints in gypsum boards. It is 2-1/16" wide. The surfaces of the tape are roughened to provide good bond with the joint compound. It is pre-creased for ease of application in corners.

Coverage: 400 ft./1000 sf of gypsum board surface.

### G-P CAMEO VENEER®

G-P Cameo Veneer is a specially formulated gypsum plaster for thin coat application to G-P Cameo Veneer gypsum board as part of the G-P Cameo Veneer System.

The system is designed for use in residential and commercial construction. G-P Cameo Veneer is a high strength product with excellent resistance to abrasion or damage. The use of G-P Cameo Veneer results in a faster, more economical installation that will save on total other wall and ceiling finishes.

Coverage: 50 lbs/350 sf of veneer board surface.

### APPLICABLE STANDARDS

G-P Joint Systems products are manufactured to meet ASTM C 475 specification for Joint Compound and Joint Tape for Finishing Gypsum Board and tested by method ASTM C 474, Federal Specification SS-J-570a.

SUBMITTAL APPROVALS: (Stamps or Signatures)

CC04891

06/02/2004  10:37   724-477-7196   GBP - BUTLER BM   PAGE  01/02



# GyProc Fire-Halt Sealant Setting Compound

## MANUFACTURER

G-P Gypsum Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone 1 (800) 875-4773
Technical: 1 (800) 225-6119 (8-5 EST)

## DESCRIPTION

GyProc Fire-Halt sealant is a noncombustible, gypsum-based, fast-setting compound developed for use as a firestop sealant for openings that penetrate fire-resistive assemblies. Fire-Halt is smoke and sound resistant and does not contain asbestos or PCBs. It may be used in assemblies designated at a "smoke barrier" or those required to meet a sound attenuation STC rating. It seals out smoke and toxic gases, the major causes of building fire fatalities. Fire-Halt also acts to prevent dust infiltration. In addition, Fire-Halt sealant can be used in plenums or attics as a "fire-tracing" compound with or without tape. Because Fire-Halt is rated only as needed for the current application, the product is an economical alternative to expensive caulking tube products.

## PRODUCT DESCRIPTION

Fire-Halt sealant contains glass fibers to improve crack resistance and bulking characteristics. The product is tinted a reddish color to help building officials or fire marshals distinguish it from other products. It is tough, durable and maintains its bonds to pipes and concrete through 3-hour fire and hose stream tests. Fire-Halt is manufactured under the WH certification program. Each bag contains the WH seal.

## PRODUCT USES

Fire-Halt sealant is used for firestopping, filling and sealing wall and floor through penetrations such as pipes, ducts, conduit, beams, telephone cables, and for sizing holes in steel decks above walls. It may also be used as a perimeter seal around sides of concrete beams and columns. Fire-Halt can be used to repair holes, cracks and other openings including glass between floors and curtain walls and as a perimeter sealant or grout for door frames.

## PRODUCT SPECIFICATION

Fire-Halt has been tested in accordance with ASTM E 814, UBC 7-5 and CAN/ULC-S115 for both walls and floors. The product has passed tests for 1-, 2- and 3-hour fire ratings. GyProc Fire-Halt is manufactured to meet or exceed the requirements of ASTM C 475

"Standard Specification for Joint Compound and Joint Tape for Finishing Gypsum Board." The product conforms to the requirements of major building codes including BOCA, ICBO and SBCCI for fire-rated assemblies. Fire-Halt sealant has a flame spread of 0 and smoke developed of 0 when tested in accordance with ASTM E 84 and is noncombustible when tested in accordance with ASTM E 36.

F and T ratings developed during the test program show a very consistent pattern. Steel and copper pipes conduct heat so well that they cannot achieve 1-hour T ratings under any circumstances. Flexible aluminum conduit T ratings are 1- and 2-hour for 2- and 3-hour F ratings respectively. PVC and PVC-jacketed phone cables perform well with Fire-Halt sealant, consistently achieving 1- and 2-hour ratings.

Fire-Halt assemblies are shown in Warnock Hersey LISTINGS under "Firestop System 1."

## LIMITATIONS

• Do not use in moist areas or areas continuously immersed in water.
• Dilution with water will not delay or prevent setting action.
• Not recommended for sustained extremely high temperature applications. Temperature of penetrating elements should not exceed 140°F (65°C).

## PRODUCT APPLICATION

Where penetrations occur in fire-rated assemblies, the integrity of the system must be maintained. To fully comply with rated procedures, openings in the gypsum board for pipe and conduits should be ¼" larger than the penetrating element.

In general, use a 4" finishing knife and force a generous amount of Fire-Halt sealant into the opening. Remove excess and smooth compound flush with the surface of the gypsum board. If shrinkage occurs, a second coat may be desirable in visible areas. Once compound has set, it may be covered with a second coat even if it is not completely dry.

### WALLS

1¼" to 1" (3 to 25 mm) annular space
For gypsum board assemblies with annular spaces for larger than 1", force a generous amount of Fire-Halt sealant the full thickness of the gypsum board into the opening with a finishing knife. Smooth compound flush with the gypsum board.

1" to 4¼" (25 to 110 mm) annular space, PVC or metal pipes, telephone cables
For gypsum board assemblies with pipe/conduit penetrations or bundles of PVC-jacketed telephone cables with annular spaces up to 4¼", pack the wall cavity with

any suitable damming material (crumpled newspapers, fiberglass, etc.) Using a finishing knife, cover the damming material with Fire-Halt sealant equal to the thickness of the gypsum board on both sides of the partition and smooth flush with the gypsum board.

Multiple penetrations, hole up to 22¼" x 9" (570 x 230 mm)
For multiple pipes, conduits and/or telephone cables through the wall, the maximum size hole is 22¼" x 9". Maintain 2" minimum space between penetrating members. Pack the wall cavity with any suitable damming material (crumpled newspapers, fiberglass, etc.). With a finishing knife, cover the damming material with Fire-Halt sealant equal to the thickness of the gypsum board and smooth flush.

## CONCRETE FLOORS OR WALLS

¼" to 4¼" (13 to 110 mm) annular space, metal pipes, PVC telephone cables
For concrete floors or walls, the minimum thickness for Fire-Halt sealant is 2". Any damming material may be used and may be removed after the sealant has set. Pour the mixed sealant around the pipes and/or cables and smooth level with the concrete.

## FLUTED STEEL DECKS

Above partitions
When both sides are to be finished, place damming material in the center of flutes, allowing ¼" or 1" (16 or 25 mm) space for 1- or 2-hour ratings on both sides. Apply sealant as directed above for walls. When only one side is to be finished, apply damming materials, allowing ¼" or 2" (32 or 50 mm) for 1- or 2-hour ratings. Damming material may be removed. Fire-Halt sealant may be applied solid through the flute, if desired.

## MIXING INSTRUCTIONS

• Use a clean container, such as a 5-gallon plastic joint compound pail. Measure clean (drinkable) water for mixing at a ratio of 2 quarts (2.2 L) per 4 lbs. (4 kg) of dry compound.
• Hold back approximately ½ cup (.3 L) per 8 lbs. (4 kg) of dry compound to adjust consistency after initial mixing.
• Always pour dry compound into water. Agitate with "potato masher" type hand mixer until fully wetted to a heavy duty consistency—usually 2-3 minutes. Overmixing or machine mixing may accelerate set.
• Add small amounts of retained water and trim to desired consistency based on intended use.
• Use a thick mix for large holes or gaps of ½" or wider and a thinner mix for smaller or narrower openings.



## COVERAGE

One pound mixed with water will fill approximately 30 cubic inches. A bag will fill approximately 450 cubic inches (6 L).

### SAFETY PRECAUTIONS:

* Use an approved dust mask while mixing or sanding this product.

### HANDLING PRECAUTIONS:

* Use at temperatures above 40°F (5°C).
* Mix only enough material that can be used in one hour as this product begins hardening in approximately one hour. Once set has begun, Fire-Halt cannot be reworked. Final set occurs in approximately 1½ hours.
* Do not mix with any other material as set time and strength may be affected.

* Clean tools and containers immediately after use and before compound has completely set.

### FINISHING/PAINTING

Fire-Halt sealant may be painted following the usual recommended methods for gypsum board finishing. If decorating an area incorporating GyPfoo Fire-Halt sealant, allow sealant to dry thoroughly. Sand lightly and use a full-bodied quality latex primer-sealer before applying final decoration. Priming will equalize the suction variation between the sealant and the paper surface of the board. If glossy paints are used in such areas as kitchens or bathrooms, skim coat joint compound over the entire surface to reduce highlighting or joint photographing. This method is also recommended in areas with

severe natural or artificial side lighting. When set (if need not be dry), a second coat may be applied, if desired. Fire-Halt sealant may be coated with ready-mix joint compound. Joint treatment must be thoroughly dry before proceeding with primer application and final decoration. When dry, Fire-Halt sealant may be painted following the usual recommended methods for gypsum board finishing.

### PACKAGING AND STORAGE

Fire-Halt sealant is packaged in moisture-resistant bags. Bag weight is 15 lbs. (6.8 kg). 80 bags per pallet. Store in a dry warehouse off the floor and away from exterior walls. Proper storage should give up to 9 months of shelf life.

| ASSEMBLY | PENETRATING MATERIAL | ANNULAR SPACING | RATING F | RATING T | WHI L/27340 |
|---|---|---|---|---|---|
| **1-Hour Wall Group Penetrations** 8" x 22½" Opening | | | | | |
| | Up to 4" Closed PVC Pipe | ¼" to 20" | 50 | 50 | GP/PV 60-04 |
| | Up to 4" Schedule 40 Steel Pipe | ¼" to 20" | 60 | 24 | GP/PV 60-04 |
| | Up to 4" EMT Steel Pipe | ¼" to 20" | 60 | 10 | GP/PV 60-04 |
| | Up to 4" Copper Tube | ¼" to 20" | 60 | 14 | GP/PV 60-04 |
| | Up to 1" PVC Jacketed Flexible Steel Conduit | ¼" to 20" | 60 | 16 | GP/PV 60-04 |
| | Bundle of 100 Telephone Cables | ¼" to 20" | 60 | 47 | GP/PV 60-04 |
| **1-Hour Wood Floor** | | | | | |
| | Up to 4" PVC Vent Pipe Defect | ½" to 4" | 60 | 60 | GP/PH 60-02 |
| | Up to 4" Schedule 40 Steel Pipe | ½" to 4" | 60 | 60 | GP/PH 60-01 |
| | Up to 4" Copper Pipe | ½" to 4" | 60 | 33 | GP/PH 60-01 |
| | Two #4 Elect cal Feed Cables | ½" to 4" | 60 | 60 | GP/PH 60-01 |
| **2-Hour Concrete Floor or Wall** | | | | | |
| | Up to 4" Schedule 40 Steel Pipe | ¼" to 4½" | 120 | 32 | GP/PH 120-01 |
| | Up to 4" Copper Pipe | ¼" to 4½" | 120 | 16 | GP/PH 120-01 |
| | Up to 4" EMT Steel Pipe | ¼" to 4½" | 120 | 24 | GP/PH 120-01 |
| | 1¼" Bundle of 25 Telephone Cables | ¼" to 4½" | 120 | 114 | GP/PH 120-01 |
| **3-Hour Wall** | | | | | |
| | Fluted Steel Deck | Irreg. | 180 | 120 | GP/PZ 120-02 |

Fire-Halt sealant thickness is equal to the thickness of the gypsum board members.

For technical assistance, call 1-800-225-6119 (8 a.m.-5 p.m. EST).

For a complete G-P Gypsum product catalog, call 1-800-BUILD GP or visit our Web site: www.gp.com/gypsum

CC04893



# Dens-Shield Tile Backer

## MANUFACTURER

Georgia-Pacific Corporation
133 Peachtree Street, N.E.
Atlanta, GA 30303
Technical 1 (800) 225-6119 (EST)

## DESCRIPTION

Dens-Shield® tile backer is a substrate that, when properly installed, is virtually unaffected by water or moisture vapor—making it excellent for protecting both tile installations and stud cavities. Dens-Shield is composed of a proprietary, water-resistant silicone-treated core that is covered front and back with inorganic glass mats. The embedded mats are permanently integrated with the core during manufacturing, preventing delamination problems commonly associated with greenboard. On the face side, Dens-Shield's exclusive heat-cured acrylic coating stops surface water and retards vapor transmission, protecting the stud cavity.

Unlike cementitious backer boards, Dens-Shield does not require a separate water barrier. Dens-Shield is 33% lighter than cement board which makes installation easier. Dens-Shield provides excellent dimensional stability and strength so it can be installed parallel or at right angles to framing in wall and ceiling applications.

## PRIMARY USES

Dens-Shield tile backer has shown to be excellent for tile and non-tile installations in wet and non-wet applications, in areas of high humidity, and in fire-rated wall assemblies. It is ideal for interior walls, ceilings, residential and light commercial floors and countertop applications in high moisture areas such as baths, showers, kitchens, laundries, swimming pool areas and locker rooms

Dens-Shield provides an excellent backer for sidewalls and ceilings in bathtub and shower installations, where it provides an even, solid substrate for tile. Dens-Shield may also be finished with paint or wallpaper for non-tile areas that require superior fire and moisture resistance, where its vapor barrier and water-repelling qualities are desirable. Dens-Shield also adds stabilizing and fire-resistant qualities to countertop installations.

¼" and ½" Dens-Shield can be used as a substrate in floor tile applications for residential use as defined in the Handbook for Ceramic Tile Installation by the Tile Council of America. ½" Dens-Shield is also suitable for light commercial floor tile applications.

## LIMITATIONS

Tiles should be applied on the gray coated side of Dens-Shield.

Dens-Shield should not be used in commercial saunas, steam rooms, around fireplaces or areas where prolonged exposure to heat exceeds 125°F.

Dens-Shield should not be used as a shower base.

Dens-Shield should not be used for exterior use.

Dens-Shield should not be used as a base for nailing and mechanical fastening.

Dens-Shield should not be used in conjunction with passive solar heat systems.

Dens-Shield should not be used in residential floor tile installations with tile having face dimensions less than 2" x 2" or in light commercial applications with tile having face dimensions less than 4" x 4".

Dens-Shield should not be used in wall or ceiling tile applications with tile larger than ⅜" x 14" x 14".

Dens-Shield should not be applied directly to concrete or masonry block. Framing or furring of wall is necessary.

Adhesives alone should not be used to install Dens-Shield. Nails or screws may be used alone or in combination with adhesives.

Since Dens-Shield has a built-in moisture barrier, never install vapor retarders directly behind the tile backer. In retrofit applications, some paints or other wall coverings may constitute a vapor barrier; remove or effectively penetrate these coverings prior to installing Dens-Shield.

Dens-Shield should not be used in shower floors or curbs.

## TECHNICAL DATA

When tested in conformance with ASTM E 96, Dens-Shield achieved a perm rating of less than 1.5 alone, 1.0 with dry set mortars, and .5 when applied with a Type 1 tile mastic.

Dens-Shield has passed the ICBO required percolation test permitting application without a separate water barrier.

In an independently witnessed shower installation test, Dens-Shield was subjected to a shower of water at 110°F, fifteen minutes per hour for a one-year period—the equiva-

lent of 28 years of showers—in an installation with no grout. No deterioration of framing members due to water infiltration occurred.

Dens-Shield tile backer is fire rated for both 1-hour and 2-hour wall assemblies.

⅝" Dens-Shield meets ASTM criteria for type X (type X fire resistant); therefore it can be substituted for type X gypsum board specified in generic rated wall assemblies listed in the Gypsum Association Fire Reference Design Manual, Publication GA-600.

Dens-Shield has passed the Robinson Floor test in both ¼" and ½" thicknesses. For independent test results and additional technical information, call 1-800-947-4497 (EST) or 1-800-433-6212 (PST).

Dens-Shield conforms to ASTM C 117.

## INSTALLATION

### TILE APPLICATIONS

SIDEWALLS AND CEILINGS IN BATHTUB AND SHOWER:

1. 2" 10 x 10 wove glass mesh tape should be applied over all joints and angles. Tape should be embedded in setting material used to set tiles. For best results, joints should be allowed to dry before tile is applied.

2. Tile must be applied to the coated (gray) side of Dens-Shield panels. All openings must be caulked with 100% silicone sealant/caulk or filled with tile-setting mastic or mortar, or with self-sealing devices.

3. Only the following products should be used to set tile: Type 1 ceramic tile mastic, dry-set or latex portland cement mortar, or other products recommended by the adhesive or mortar manufacturer.

SHOWER PAN:

1. Shower pan or rubber membrane should be adequately sloped to the open drain or weep hole detail to permit proper water drainage.

2. Showers with curbs: Waterproof membrane should be applied up walls a minimum of 2" and a maximum of 4" above curb.

3. Showers without curbs: Waterproof membrane should be applied up walls a minimum of 6" and a maximum of 8".

4. Wood or other satisfactory blocking should be applied at the bottom framing to support the vertical sides of the shower pan or membrane and Dens-Shield.



Georgia-Pacific

CC04894

# Dens-Shield Tile Backer

## MANUFACTURER

*Georgia-Pacific Corporation*
*133 Peachtree Street, N.E.*
*Atlanta, GA 30303*
*Technical  1 (800) 225-6119 (EST)*

## DESCRIPTION

Dens-Shield® tile backer is a substrate that, when properly installed, is virtually unaffected by water or moisture vapor—making it excellent for protecting both tile installations and stud cavities. Dens-Shield is composed of a proprietary, water-resistant silicone-treated core that is covered front and back with inorganic glass mats. The embedded mats are permanently integrated with the core during manufacturing, preventing delamination problems commonly associated with greenboard. On the face side, Dens-Shield's exclusive heat-cured acrylic coating stops surface water and retards vapor transmission, protecting the stud cavity.

Unlike cementitious backer boards, Dens-Shield does not require a separate water barrier. Dens-Shield is 33% lighter than cement board which makes installation easier. Dens-Shield provides excellent dimensional stability and strength so it can be installed parallel or at right angles to framing in wall and ceiling applications.

## PRIMARY USES

Dens-Shield tile backer has shown to be excellent for tile and non-tile installations in wet and non-wet applications, in areas of high humidity, and in fire-rated wall assemblies. It is ideal for interior walls, ceilings, residential and light commercial floors and countertop applications in high moisture areas such as baths, showers, kitchens, laundries, swimming pool areas and locker rooms.

Dens-Shield provides an excellent backer for sidewalls and ceilings in bathtub and shower installations, where it provides an even, solid substrate for tile. Dens-Shield may also be finished with paint or wallpaper for non-tile areas that require superior fire and moisture resistance, where its vapor barrier and water-repelling qualities are desirable. Dens-Shield also adds stabilizing and fire-resistant qualities to countertop installations.

¼" and ½" Dens-Shield can be used as a substrate in floor tile applications for residential use as defined in the Handbook for Ceramic Tile Installation by the Tile Council

of America. ½" Dens-Shield is also suitable for light commercial floor tile applications.

### LIMITATIONS

Tiles should be applied on the gray coated side of Dens-Shield.

Dens-Shield should not be used in commercial saunas, steam rooms, around fireplaces or areas where prolonged exposure to heat exceeds 125°F.

Dens-Shield should not be used as a shower base.

Dens-Shield should not be used for exterior use.

Dens-Shield should not be used as a base for nailing and mechanical fastening.

Dens-Shield should not be used in conjunction with passive solar heat systems.

Dens-Shield should not be used in residential floor tile installations with tile having face dimensions less than 2" x 2" or in light commercial applications with tile having face dimensions less than 4" x 4".

Dens-Shield should not be used in wall or ceiling tile applications with tile larger than ⅜" x 14" x 14".

Dens-Shield should not be applied directly to concrete or masonry block. Framing or furring of wall is necessary.

Adhesives alone should not be used to install Dens-Shield. Nails or screws may be used alone or in combination with adhesives.

Since Dens-Shield has a built-in moisture barrier, never install vapor retarders directly behind the tile backer. In retrofit applications, some paints or other wall coverings may constitute a vapor barrier; remove or effectively penetrate these coverings prior to installing Dens-Shield.

Dens-Shield should not be used in shower floors or curbs.

## TECHNICAL DATA

When tested in conformance with ASTM E 96, Dens-Shield achieved a perm rating of less than 1.5 alone, 1.0 with dry set mortars, and .5 when applied with a Type 1 tile mastic.

Dens-Shield has passed the ICBO required percolation test permitting application without a separate water barrier.

In an independently witnessed shower installation test, Dens-Shield was subjected to a shower of water at 110°F, fifteen minutes per hour for a one-year period—the equiva-

lent of 28 years of showers—in an installation with no grout. No deterioration of framing members due to water infiltration occurred.

Dens-Shield tile backer is fire rated for both 1-hour and 2-hour wall assemblies.

⅝" Dens-Shield meets ASTM criteria for type X (type X fire resistant); therefore it can be substituted for type X gypsum board specified in generic rated wall assemblies listed in the Gypsum Association Fire Reference Design Manual, Publication GA-600.

Dens-Shield has passed the Robinson Floor test in both ¼" and ½" thicknesses. For independent test results and additional technical information, call 1-800-947-4497 (EST) or 1-800-433-8212 (PST).

Dens-Shield conforms to ASTM C 117.

## INSTALLATION

### TILE APPLICATIONS

SIDEWALLS AND CEILINGS IN BATHTUB AND SHOWER:

1. 2" 10 x 10 woven glass mesh tape should be applied over all joints and angles. Tape should be embedded in setting material used to set tiles. For best results, joints should be allowed to dry before tile is applied.

2. Tile must be applied to the coated (gray) side of Dens-Shield panels. All openings must be caulked with 100% silicone sealant/caulk or filled with tile-setting mastic or mortar, or with self-sealing devices.

3. Only the following products should be used to set tile: Type 1 ceramic tile mastic, dry-set or latex portland cement mortar, or other products recommended by the adhesive or mortar manufacturer.

SHOWER PAN:

1. Shower pan or rubber membrane should be adequately sloped to the open drain or weep hole detail to permit proper water drainage.

2. Showers with curbs: Waterproof membrane should be applied up walls a minimum of 2" and a maximum of 4" above curb.

3. Showers without curbs: Waterproof membrane should be applied up walls a minimum of 6" and a maximum of 8".

4. Wood or other satisfactory blocking should be applied at the bottom framing to support the vertical sides of the shower pan or membrane and Dens-Shield.

## Georgia-Pacific 

# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIVIL DIVISION

CASE NO:

50 2010 CA 015377 XXXXMB

RCR HOLDINGS II, LLC,

    Plaintiff,

v.

ARCH INSURANCE COMPANY,
a foreign corporation,

    Defendant

AI

FILED

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, RCR HOLDINGS II, LLC ("RCR") sues the Defendant, ARCH INSURANCE

COMPANY, and alleges as follows:

    1.    **Owner**:    RCR is the developer and owner of that certain project known as

~~the Isors at Renaissance Commons Condominium~~ located in Palm Beach County, Florida.

    2.    **Surety**:    ARCH INSURANCE COMPANY ("SURETY") is a foreign

corporation, duly licensed to conduct surety business in the State of Florida. At all times

material hereto, SURETY was engaged in the business of furnishing ~~performance bonds~~ in

Palm Beach County, Florida.

    3.    **Jurisdiction/Venue**:    This is an action against a performance bond surety for

damages in excess of $15,000, exclusive of interest and costs, and venue is proper in this court

of competent jurisdiction.

    4.    **Performance Bond**:    On or about August 16, 2005, SURETY as surety, together

1



with Coastal Construction of South Florida, Inc. ("Coastal"), as principal, furnished ███████████████████████ in favor of RCR conditioned upon Coastal's proper performance of the Construction Contract dated June 24, 2005. A true, correct, and complete copy of the *Performance Bond* is attached hereto as Exhibit "A"

5.      Breach/Default:   ██████████████████████████████ by failing to properly perform the Construction Contract, and was ████████████ as set forth in the attached Exhibit "B" (without voluminous exhibits equally available to the parties, acknowledged as received by SURETY, or available through discovery).

6.      Damages:   As a direct and proximate result of such material breaches by Coastal, and by the separate breaches of SURETY in failing to discharge the obligations under the subject *Performance Bond*, RCR has suffered damages, including without limitation, costs to correct defective work by Coastal or its subtrades and costs required to cure Coastal's default, expert and engineers' costs incurred in investigation of the Work and loss, resulting and consequential losses and damages to other property, significant loss of use, attorneys and expert fees, court costs, and interest.

7.      Attorneys' Fees:   RCR has retained the undersigned law firm to prosecute this claim and is obligated to pay a reasonable fee for services rendered. SURETY is liable to RCR for all attorneys' fees pursuant to §§627.756 and 627.428, Fla. Stat.

8.      Conditions Precedent:   At times material hereto, RCR complied with and performed in accordance with the terms, obligations, and all conditions precedent set forth in the attached *Performance Bond*, including the required notices or declarations, or such compliance or performance was waived by ARCH.

WHEREFORE, RCR HOLDINGS II, LLC demands judgment against ARCH INSURANCE COMPANY for compensatory damages, attorneys' fees, interest, and costs, in

excess of $15,000, and such other relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 1.430, RCR HOLDINGS II, LLC hereby demands a jury trial of all

issues triable of right by jury.

Respectfully submitted this 11th day of June, 2010,

CASEY CIKLIN LUBITZ
 MARTENS & O'CONNELL
515 North Flagler Drive, 20th Floor
West Palm Beach, FL  33401
Telephone:  (561) 832-5900
Facsimile:  (561) 833-4209

RICHARD R. CHAVES
Fla. Bar No.:  0114375

3

# THE AMERICAN INSTITUTE OF ARCHITECTS



AIA Document A311

<u>Bond No. SU1013827</u>

# Performance Bond

**KNOW ALL MEN BY THESE PRESENTS:** that

*Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums, 790 NW 107 Ave., #308, Miami, FL 33172*

as Principal, hereinafter called Contractor, and,    (Here insert full name and address or legal title of Surety)

*Arch Insurance Company, 5801 Mariner Street, Suite 220, Tampa, FL 33609*

as Surety, hereinafter called Surety, are held and firmly bound unto    (Here insert full name and address or legal title of Owner)

*RCR 1 Holdings, LLC, 980 North Federal Highway, Suite 200, Boca Raton, FL 33432*

as Obligee, hereinafter called Owner, in the amount of --

Dollars (\$ 46,988,000.00   ),

for the payment whereof Contractor and Surety bind themselves, their heirs, executers, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,**

Contractor has by written agreement dated  *June 24, 2005* , entered into a contract with Owner for
Here insert full name, address and description of project

*VILLA LAGO AT RENAISSANCE COMMONS*

In accordance with Drawings and Specifications prepared by    *Mouriz, Salazar & Associates, Inc.*
Here insert full name and address or legal title of Architect

which contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA ®
FEBRUARY 1970 ED • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006

1

C:\DOCUME~1\KMESSE~1.000\LOCALS~1\Temp\94112079.doc

# EXHIBIT "A"

# PERFOR.....

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Contract, then this obligation shall be null and void; otherwise it shall rem __ n full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the Owner.

Whenever Contractor shall be, and declared by Owner to be in default under the Contract, the Owner having performed Owner's obligation thereunder, the Surety may promptly remedy the default, or shall promptly

1) Complete the Contract in accordance with its terms and conditions, or

2) Obtain a bid or bids for completing the Contract in accordance with its term and conditions, and upon determination by Surety of the lowest responsible bidder, or if the Owner elects, upon determination by the Owner and the Surety jointly of the lowest responsible bidder, arrange for a contract between such bidder and Owner, and make available as work progresses (even though there should be a default or a succession of defaults

under the contract or contracts of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the contract price; but not exceeding, including other costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof. The term "balance of the contract price," as used in this paragraph, shall mean the total mount payable by Owner to Contractor under the Contract and any amendments thereto, less the amount properly paid by Owner to Contractor.

Any suit under this bond must be instituted before the expiration of two (2) years from the date on which final payment under the Contract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Owner named herein or the heirs, executors, administrators or successors of the Owner.

The Warranty Obligations of the Surety under this Bond is Limited to One (1) after Issuance of the Certificate of Occupancy.

Signed and sealed this         16         day of                    August,                                   2005

_____
(Witness)

_____
(Witness)

Coastal Construction of South Florida, Inc.
d/b/a Coastal Condominiums
(Principal)

_____ (Title)
DANIEL E. WHITEMAN, PRESIDENT          (Seal)

Arch Insurance Company
(Surety)

_____ (Title)
(Title) Charles J. Nielson, Attorney-In-Fact & Resident A
(Seal)

---

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA •
FEBRUARY 1970 EO • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 2000g

`CUME~1\KMESSE~1.000\LOCALS~1\Temp\94112079.doc`

# EXHIBIT "A"



## ARCH Insurance Company

**ARCH Surety**

---

### NOTICE – DISCLOSURE OF TERRORISM PREMIUM

In accordance with the Terrorism Risk Insurance Act of 2002, we are providing this disclosure notice for bonds on which Arch Insurance Company is the surety.

### DISCLOSURE OF PREMIUM

The portion of the premium attributable to coverage for terrorist acts certified under the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States will pay ninety percent (90%) of covered terrorism losses exceeding the applicable insurer deductible.

# EXHIBIT "A"

# POWER OF ATTORNEY

**Know All Men By These Presents:**

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal office in Kansas City, Missouri (hereinafter referred to as the "Company") does hereby appoint

Mary C. Aceves, Warren M. Alter, Charles D. Nielson, Charles J. Nielson and Laura Clymer of Miami Lakes, FL (EACH)

its true and lawful Attorney(s)-in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds and undertakings

EXCEPTION: NO AUTHORITY is granted to make, execute, seal and deliver bonds or undertakings that guarantee the payment or collection of any promissory note, check, draft or letter of credit.

This authority does not permit the same obligation to be split into two or more bonds in order to bring each such bond within the dollar limit of authority as set forth herein.

The Company may revoke this appointment at any time.

The execution of such bonds and undertakings in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal office in Kansas City, Missouri.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on March 3, 2003, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or any Vice President, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings, obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on March 3, 2003:

VOTED, That the signature of the Chairman of the Board, the President, or any Vice President, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on March 3, 2003, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.

00ML0013 00 03 03

Printed in U.S.A.

# EXHIBIT "A"

In Testimony Whereof, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this 24th day of November, 2003.

Arch Insurance Company

Attested and Certified

Joseph S. Labell, Corporate Secretary

Thomas P. Luckstone, Vice President

STATE OF CONNECTICUT  SS

COUNTY OF FAIRFIELD  SS

I, Melissa B. Gilligan, a Notary Public, do hereby certify that Thomas P. Luckstone and Joseph S. Labell personally known to me to be the same persons whose names are respectively as Vice President and Corporate Secretary of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

OFFICIAL SEAL
MELISSA B. GILLIGAN, Notary Public
State of Connecticut
My Commission Expires February 28, 2005

Melissa B. Gilligan, Notary Public
My commission expires 2-28-05

CERTIFICATION

I, Joseph S. Labell, Corporate Secretary of the Arch Insurance Company, do hereby certify that the attached Power of Attorney dated November 24, 2003 on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said Thomas P. Luckstone, who executed the Power of Attorney as Vice President, was on the date of execution of the attached Power of Attorney the duly elected Vice President of the Arch Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this 16th day of August, 20 05.

Joseph S. Labell, Corporate Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

Home Office: Kansas City, MO

00ML0013 00 03 03

Page 2 of 2

Printed in U.S.A.

EXHIBIT "A"



# THE AMERICAN INSTITUTE OF ARCHITECTS

AIA Document A311 Bond No:  SU1013827

# Labor and Material Payment Bond

THIS BOND IS ISSUED SIMULTANEOUSLY WITH PERFORMANCE BOND IN FAVOR OF THE
OWNER CONDITIONED ON THE FULL AND FAITHFUL PERFORMANCE OF THE CONTRACT

KNOW ALL MEN BY THESE PRESENTS: that

(Here insert full name and address or legal title of contractor)

*Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums, 790 NW 107 Ave. #308, Miami, FL  33172*

as Principal, hereinafter called Contractor, and,

(Here insert full name and address or legal title of Surety)

*Arch Insurance Company, 5601 Mariner Street, Suite 220, Tampa, FL  33609*

as Surety, hereinafter called Surety, are held and firmly bound unto

(Here insert full name and address or legal title of Owner)

*RCR 1 Holdings, LLC, 980 North Federal Highway, Suite 200, Boca Raton, FL  33432*

as Obligee, hereinafter called Owner, in the amount of
*Forty Six Million Nine Hundred Eighty Eight Thousand And No/100\*\**                    (\$   46,988,000.00 ),

for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS,

Contractor has by written agreement dated *June 24, 2005*, entered into a contract with Owner for
(Here insert full name, address and description of project)

*VILLA LAGO AT RENAISSANCE COMMONS*

in accordance with Drawings and Specifications prepared by          *Mouriz, Salazar & Associates, Inc.*
(Here insert full name and address or legal title of Architect)

which contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA •
FEBRUARY 1970 ED • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006                    3

# EXHIBIT "A"

THIS BOND HEREBY IS AMENDED ^^ THAT THE PROVISIONS AND
LIMITATIONS OF SECTION 255.05 C    ECTION 713.23
FLORIDA STATUTES, WHICHEVER L. APPLICABLE ARE
INCORPORATED HEREIN BY REFERENCE

# LABOR AND MATERIAL PAYMENT BOND

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the Contract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. Claimant is defined as one having a direct contract with the Principal or with a Subcontractor of the Principal for labor, material, or both, used or reasonably required for use in the performance of the Contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the Contract.

2. The above named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The Owner shall not be liable for the payment of any costs or expenses of any such suit.

3. No suit or action shall be commenced hereunder by any claimant:

a) Unless claimant, other than one having a direct contract with the Principal, shall have given written notice to any two of the following: the Principal, the Owner, or the Surety above named, within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial

accuracy the amount claimed and the name of the party to whom the materials were furnished, o for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal, Owner or Surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid project is located, save that such service need not be made by a public officer.

b) After the expiration of one (1) year following the date on which Principal ceased work on said Contract, it being understood, however, that if this limitation is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, and not elsewhere.

4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder, inclusive of the payment by Surety of mechanic's liens which may be filed of record against said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

Signed and sealed this        15        day of          August,                    2005 .

[Signature]
(Witness)

[Signature]
(Witness)

Coastal Construction of South Florida, Inc.
d/b/a Coastal Condominiums
(Principal)

[Signature]                                         (Seal)
DANIEL R. WHITEMAN, PRESIDENT (Title)

Arch Insurance Company                      (Surety)

[Signature]
                                                              (Seal)
(Title) Charles J. Nielson , Attorney-In-Fact & Resident Agent

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA •
FEBRUARY 1970 ED • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C.-20006        4

C:\DOCUME~1\KMESSE~1.000\LOCALS~1\Temp\94112079.doc

# EXHIBIT "A"



**ARCH Insurance Company**        **ARCH Surety**

## NOTICE – DISCLOSURE OF TERRORISM PREMIUM

In accordance with the Terrorism Risk Insurance Act of 2002, we are providing this disclosure notice for bonds on which Arch Insurance Company is the surety.

### DISCLOSURE OF PREMIUM

The portion of the premium attributable to coverage for terrorist acts certified under the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States will pay ninety percent (90%) of covered terrorism losses exceeding the applicable insurer deductible.

# EXHIBIT "A"

# POWER OF ATTORNEY

Know All Men By These Presents:

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal office in Kansas City, Missouri (hereinafter referred to as the "Company") does hereby appoint

Mary C. Aceves, Warren M. Alter, Charles D. Nielson, Charles J. Nielson and Laura Clymer of Miami Lakes, FL (EACH)

its true and lawful Attorney(s)-in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds and undertakings

EXCEPTION: NO AUTHORITY is granted to make, execute, seal and deliver bonds or undertakings that guarantee the payment or collection of any promissory note, check, draft or letter of credit.

This authority does not permit the same obligation to be split into two or more bonds in order to bring each such bond within the dollar limit of authority as set forth herein.

This Company may revoke this appointment at any time.

The execution of such bonds and undertakings in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal office in Kansas City, Missouri.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on March 3, 2003, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or any Vice President, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings, obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on March 3, 2003:

VOTED, That the signature of the Chairman of the Board, the President, or any Vice President, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on March 3, 2003, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.

00ML0013 00 03 03          Page 1 of 2          Printed in U.S.A.

# EXHIBIT "A"

In Testimony Whereof, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this 24th day of November , 20 03 .

Arch Insurance Company

Attested and Certified

Joseph S. Labell, Corporate Secretary

Thomas P. Luckstone, Vice President

STATE OF CONNECTICUT   SS

COUNTY OF FAIRFIELD     SS

I Melissa B. Gilligan, a Notary Public, do hereby certify that Thomas P. Luckstone and Joseph S. Labell personally known to me to be the same persons whose names are respectively as Vice President and Corporate Secretary of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

OFFICIAL SEAL
MELISSA B. GILLIGAN, Notary Public
State of Connecticut
My Commission Expires February 28, 2005

Melissa B. Gilligan, Notary Public
My commission expires 2-28-05

CERTIFICATION

I, Joseph S. Labell, Corporate Secretary of the Arch Insurance Company, do hereby certify that the attached Power of Attorney dated November 24, 2003 on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said Thomas P. Luckstone, who executed the Power of Attorney as Vice President, was on the date of execution of the attached Power of Attorney the duly elected Vice President of the Arch Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this 16th day of August , 20 05 .

Joseph S. Labell, Corporate Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

Home Office: Kansas City, MO

00ML0013 00 03 03

Page 2 of 2

Printed in U.S.A.

# EXHIBIT "A"

 **Arch**
**Insurance Group**

*Villu Lago P P Bond*

## DUAL OBLIGEE RIDER
(To be attached to Bond at time of issuance)

**TO BE ATTACHED TO AND FORM PART OF** Bond No. SU1013827, dated concurrently with the execution of this Rider, by Arch Insurance Company, as Surety, on behalf of Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums, as Principal, and in favor of RCR 1 Holdings, LLC and Wachovia Bank, N.A., as Obligees.

IT IS HEREBY UNDERSTOOD AND AGREED that the attached Bond is hereby amended to include the following:

Notwithstanding anything contained herein to the contrary, there shall be no liability on the part of the Principal or Surety under this Bond to the Obligees, or either of them, unless the Obligees, or either of them, shall make payments to the Principal, or to the Surety in case it arranges for completion of the Contract upon default of the Principal, strictly in accordance with the terms of said Contract as to payments, and shall perform all the other obligations required to be performed under said Contract at the time and in the manner therein set forth.

In no event shall the liability of the Principal and the Surety to the Obligee, or either of them, in the aggregate, exceed the penal sum stated in the attached Bond.

IT IS FURTHER UNDERSTOOD AND AGREED that nothing contained in this Rider shall be held to change, alter or vary the terms of the attached Bond except as set forth hereinabove. In the event of a conflict between the Bond and this Rider, the parties agree that this Rider shall govern and control. All references to the Bond, either in the Bond or in this Rider, shall include and refer to the Bond as supplemented and amended by this Rider. Except as provided by this Rider, all other terms and conditions of the Bond remain in full force and effect.

This Rider may be executed in two or more counterparts, each of which shall be deemed an original, but which together shall constitute one and same instrument.

**SIGNED, SEALED AND DATED** this 16th day of August, 2005.

**PRINCIPAL:** Coastal Construction of South
Florida, Inc. d/b/a Coastal Condominiums

Signature: _____

Name and Title: DANIEL G. WHITEMAN, PRESIDENT

Agreed to and accepted by:

**OBLIGEE:** RCR 1 Holdings, LLC

Signature: _____

Name and Title: James _____ Manager

**SURETY:** Arch Insurance Company

Signature: _____

Charles J. Nielson, Attorney-in-Fact

**OBLIGEE:** Wachovia Bank N.A.

Signature: _____

Name and Title: JAMES D. DAVIS, VICE PRES.

# EXHIBIT "A"

**RCR Holdings II, LLC**
1500 Gateway Blvd., Suite # 200
Boynton Beach, FL 33426
(561) 244-6650

<u>**Via Federal Express**</u>

April 16, 2010

Arch Insurance Company
300 Plaza Three
Jersey City, NJ 07311

Re:     (Bond #SU1013827)
         Principal:  Coastal Construction Group of South Florida, Inc. dba Coastal Condominiums
         Alleged DOL:  2009; Completion Date:  On or about 1/26/07

Dear Sir or Madam:

I am the authorized Manager for RCR Holdings II, LLC ("RCR"), the Obligee under the above-referenced bond.  As reflected in the enclosed 2nd Amended Complaint RCR has found itself involved in a lawsuit by a multitude of Unit Owners of a construction project built by your above-named Principal.  The claims largely relate to the alleged installation of what is commonly described as "Chinese Drywall."  The details of the claim are contained within the allegations of the Amended Complaint.  We have verified that RCR previously made all payments to your Principal/Contract in accordance with the parties' Contract and the subject Bond. <u>This correspondence serves as RCR's declaration of default by your Principal under the Contract dated June 24, 2005, as required by the Performance Bond issued by Arch Insurance Company.  RCR states that Principal is in default.</u>

The basis of the default by your Principal is detailed in the enclosures.  Your Principal has been advised in writing of the basis for the default since approximately September 2009, but has taken no actions to cure the default or mitigate RCR's losses.

# EXHIBIT "B"

We request you contact the undersigned with Arch's response as quickly as possible in order to preserve both your ability to respond and otherwise investigate the claim, including any evidence that may be subject to spoliation. Moreover, all requests for documents should be directed to the Principal/Contractor who was obligated by statute to maintain all the records. We look forward to your prompt reply.

Sincerely,
RCR Holdings II, LLC.

James Comparato
Manager

JC/erd

Enclosures
Cc:     Bruce G. Alexander, Esq via email-balexander@caseyciklin.com
        Michael Utley, Esq.via email-mike.utley@meupc.com
        Richard Chaves, Esq. Via email-RChaves@caseyciklin.com
        Becky Basil, via email-RBasil@caseyciklin.com

U:\COMPSON PUBLIC FOLDER\A PHASE IV\CHINESE DRYWALL LAWSUIT\Compson Insurance\JC ltr to Arch Ins Co re Bond SU1013827 for RCR Holdings II LLC 4-16-10.docx

2

EXHIBIT "B"

Page:          1

R E C E I P T
-----------

PALM BEACH CTY CIR CT JISPROD

Receipt Number:   CAMB427181
Date: 11-JUN-2010
Cashier:     INSMJ7K

Payor: CASEY CIXLIE ET AL
Addr:

| Violation/Docket | Description | Amount |
|---|---|---|
| Case: 2010CA015377 -- NCR HOLDINGS II LLC | | |
| Party: NCR HOLDINGS II LLC | | |
| CAFF | | 401.90 |
| CAFF | | 10.90 |
| | CHECK RECEIVED GENERAL ACCT | -411.00 |
| | Total Fees: | 411.00 |
| | Total Payment: | 411.00 |