UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton *et. al.* v. Knauf Gips KG *et. al.* Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

### DEFENDANT MARINER VILLAGE TOWNHOMES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' PHILLIP KENNEDY AND LYZET MACHADO-KENNEDY, *et. al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(A))

Defendant, MARINER VILLAGE TOWNHOMES, INC. ("Mariner"), through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby serves its Answer and Affirmative Defenses to Plaintiffs', PHILLIP KENNEDY and LYZET MACHADO-KENNEDY, *et. al.*, Omnibus Class Action Complaint in Intervention (I(A)).  In an effort to preserve judicial resources, Mariner incorporates and adopts herein by reference its prior Answer and Affirmative Defenses to Plaintiffs' Omnibus Class Action Complaint (I) filed with this court on June 30, 2010 [D.E. 4223].

**WHEREFORE**, Defendant, MARINER VILLAGE TOWNHOMES, INC, request that this Answer and Affirmative Defenses be deemed good and sufficient and after due proceedings, there be judgment in favor or Defendants, dismissing all of the Plaintiffs' and Class Members' claims against Defendants, with prejudice, and awarding all costs and attorneys' fees to Defendants, assessed to Plaintiffs and Class Members, and other general or equitable relief as the Court shall deem to be just and proper.

Respectfully submitted,

By: /s/ Abbey L. Kaplan
Abbey L. Kaplan, Admitted *Pro Hac Vice*
Florida Bar No. 200255
KLUGER, KAPLAN, SILVERMAN, KATZEN
& LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile:  (305) 379-3428
Email: akaplan@klugerkaplan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served upon on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire