UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton *et. al.* v. Knauf Gips KG *et. al.*<br>Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

### DEFENDANTS MARINER VILLAGE TOWNHOMES, INC., UNITED HOMES, INC., UNITED HOMES INTERNATIONAL, INC. AND SANTA BARBARA ESTATES, INC. ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' BENJAMIN AND JENNIFER ABT, *et. al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(B))

Defendants, MARINER VILLAGE TOWNHOMES, INC. ("Mariner"), UNITED HOMES, INC. ("United"), UNITED HOMES INTERNATIONAL, INC. ("United Homes") and SANTA BARBARA ESTATES, INC. ("Santa Barbara") (collectively, "Defendants"), through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby serve their Answer and Affirmative Defenses to Plaintiffs', BENJAMIN and JENNIFER ABT, *et. al.*, Omnibus Class Action Complaint in Intervention (I(B)).  In an effort to preserve judicial resources, Defendants incorporate and adopt herein by reference Mariner's, United's and United Homes' prior Answer and Affirmative Defenses to Plaintiffs' Omnibus Class Action Complaint (I) filed with this court on June 30, 2010 [D.E. 4223].

**WHEREFORE**, Defendants, MARINER VILLAGE TOWNHOMES, INC., UNITED HOMES, UNITED HOMES INTERNATIONAL, INC. and SANTA BARBARA ESTATES, INC.., request that this Answer and Affirmative Defenses be deemed good and sufficient and after due proceedings, there be judgment in favor or Defendants, dismissing all of the Plaintiffs' and Class Members' claims against Defendants, with prejudice, and awarding all costs and

attorneys' fees to Defendants, assessed to Plaintiffs and Class Members, and other general or equitable relief as the Court shall deem to be just and proper.

Respectfully submitted,

By: /s/ Abbey L. Kaplan
　　Abbey L. Kaplan, Admitted *Pro Hac Vice*
　　Florida Bar No. 200255
　　KLUGER, KAPLAN, SILVERMAN, KATZEN
　　& LEVINE, P.L.
　　Miami Center, Seventeenth Floor
　　201 South Biscayne Boulevard
　　Miami, Florida 33131
　　Telephone: (305) 379-9000
　　Facsimile:  (305) 379-3428
　　Email: akaplan@klugerkaplan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served upon on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2011.

　　　　　　　　　　　　　　　　　　/s/ Abbey L. Kaplan
　　　　　　　　　　　　　　　　　　Abbey L. Kaplan, Esquire