UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This Document Relates to: | * * | JUDGE FALLON |
| ALL CASES AND | * * | MAG. JUDGE WILKINSON |
| Stephen and Isis Silva, et al v. Interior Exterior No. 2:09-cv-08030 | * * * * | |
| Stephen and Isis Silva, et al v. Arch Insurance Company, et al No. 2:09-cv-08034 | * * * | |

**************************************

# O R D E R

Considering the Motion for Leave to File Supplemental Objection of Landmark American Insurance Company and National Surety Corporation for an Order Preliminarily Approving INEX Settlement Agreement;

IT IS ORDERED that Landmark American Insurance Company and National Surety Corporation are hereby granted leave of court to file the Supplemental Objection of Landmark American Insurance Company and National Surety Corporation for an Order Preliminarily Approving INEX Settlement Agreement, and same is to be filed into the record herein.

New Orleans, Louisiana, this 6th day of May, 2011.

_____
**The Honorable Eldon E. Fallon**
**United States District Court Judge**

{L0150369.1}