## Kenneth F. Hardt

| | |
|---|---|
| **From:** | Spano, Frank T. [frank.spano@hoganlovells.com] |
| **Sent:** | Thursday, February 03, 2011 5:49 PM |
| **To:** | khardt@snllaw.com |
| **Cc:** | 'LDAVIS@hhkc.com'; 'SalkyM@gtlaw.com'; 'BASSH@gtlaw.com'; 'robertb@hollis-wright.com'; 'mclark@shergarner.com'; 'ecabraser@lchb.com'; 'khardt@snllaw.com'; 'jbslaughter@va-law.org'; 'keithb@beltlawfirm.com'; Cyr, Joe; Statman, Eric; Chen, Eugene; Colton, Lauren S.; 'DBlack@perkinscoie.com'; Rick Stanley; Tom Owen; Maibeth Porter |
| **Subject:** | FW: Alexander v. Taishan - Notice of Appearance of Keith Belt |

Dear Mr. Hardt,
We have considered having depositions in the United States but have rejected the idea because it is impractical. As you know, depositions are not permitted in China. They are, however, permitted in Hong Kong. It is far easier for a Chinese citizen to travel to Hong Kong than it would be to obtain a passport from the Chinese government for travel to the United States, to take part in a prohibited activity. Further, a Chinese citizen would have to obtain a visa from the US government, and incur additional inconvenience, as the proposed witness would have to undergo several interviews at a US embassy far from Taiain. There is no certainty that the US would actually grant the visa, but even if it were there is no guarantee as to the time for which travel would be allowed.

**Frank Spano**
Partner

**Hogan Lovells US LLP**
875 Third Avenue
New York, NY 10022

Tel:     +1 212 918 3000
Direct:  +1 212 918 3522
Fax:     +1 212 918 3100
Email:   frank.spano@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

---

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Thursday, February 03, 2011 3:12 PM
**To:** 'Lenny Davis'; Spano, Frank T.
**Cc:** JiaSalkyM@gtlaw.com; BASSH@gtlaw.com; robertb@hollis-wright.com; mclark@shergarner.com; ecabraser@lchb.com; jbslaughter@va-law.org; keithb@beltlawfirm.com; 'Maibeth Porter'; Lindsay, Alvin F.; Cyr, Joe; Statman, Eric; Colton, Lauren S.; 'Rick Stanley'; 'Tom Owen'; Chen, Eugene; ALevin@lfsblaw.com; FLonger@lfsblaw.com; 'Russ Herman'
**Subject:** RE: Alexander v. Taishan - Notice of Appearance of Keith Belt

Gentlemen....not to get into the middle of your discussion, but I would like to ask once again what consideration has been given to bringing the witness or witnesses here to the United States. As I mentioned before, my carrier would be willing to share in this expense rather than having all of these counsel visit Hong Kong. Thanks...Ken

EXHIBIT A

Case 2:09-md-02047-EEF-MBN   Document 8768-1   Filed 05/10/11   Page 2 of 3

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Thursday, February 03, 2011 1:55 PM
**To:** Spano, Frank T.
**Cc:** JiaSalkyM@gtlaw.com; BASSH@gtlaw.com; robertb@hollis-wright.com; mclark@shergarner.com; ecabraser@lchb.com; khardt@snllaw.com; jbslaughter@va-law.org; keithb@beltlawfirm.com; Maibeth Porter; Lindsay, Alvin F.; Cyr, Joe; Statman, Eric; Colton, Lauren S.; Rick Stanley; Tom Owen; Chen, Eugene; ALevin@lfsblaw.com; FLonger@lfsblaw.com; Russ Herman
**Subject:** RE: Alexander v. Taishan - Notice of Appearance of Keith Belt

I have advised you who we are able and willing to coordinate with. We will do so as best we can. In addition we cannot and will not agree that the depositions will be limited to being only taken one time. We do not want duplication. As we proceed there very well may be additional documents, topics, areas, etc that are discoverable and ripe for investigation. If we have a problem in this regard we need to address it now with the court.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Spano, Frank T. [mailto:frank.spano@hoganlovells.com]
**Sent:** Thursday, February 03, 2011 10:51 AM
**To:** Lenny Davis
**Cc:** JiaSalkyM@gtlaw.com; BASSH@gtlaw.com; robertb@hollis-wright.com; mclark@shergarner.com; ecabraser@lchb.com; khardt@snllaw.com; jbslaughter@va-law.org; keithb@beltlawfirm.com; Maibeth Porter; Lindsay, Alvin F.; Cyr, Joe; Statman, Eric; Colton, Lauren S.; Rick Stanley; Tom Owen; Chen, Eugene
**Subject:** Alexander v. Taishan - Notice of Appearance of Keith Belt


Lenny :

Please see the attached regarding the new plaintiffs' counsel in the Alexander case. I understand from Hilary Bass that she has a conflict for at least the first half of the week of March 14 we proposed. We will wait to hear you from you regarding proposed alternate deposition dates based on your coordination with Ms. Bass and other counsel we have identified.

- Frank

2

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.

The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.