# Kenneth F. Hardt

| | |
|---|---|
| **From:** | Kenneth F. Hardt [khardt@snllaw.com] |
| **Sent:** | Wednesday, May 04, 2011 1:39 PM |
| **To:** | 'Spano, Frank T.' |
| **Cc:** | 'Mark C. Nanavati'; 'Brian Slaughter'; 'Ted Brenner'; 'adewitt@beylaw.com'; 'Jamie B. Specter'; 'Judith M. Hayes' |
| **Subject:** | Taishan discovery |

Frank....I read the PSC and HSC's motions to compel yesterday. I was somewhat surprised that the meet and confers had already occurred without anyone notifying the other attorneys who spent a lot of time, effort and money to travel to the 30(b)(6) depositions. In any event, I echo the concerns addressed by the PSC and the HSC in their motions and attachments, including the PSC's email to you following a telephone conference. I understand another meeting will take place in New York on May 10th or 11th, and would appreciate being involved in that conference (by telephone). I, like the other attorneys, was extremely disappointed in the lack of information provided at the depositions; the witnesses' unwillingness to answer simple questions; the delays caused by the "check" interpreter; the constant objections "to form" when the questions were clearly not objectionable; and the fact that other witnesses with more knowledge on the noticed subjects should have been offered by the two defendants. We did not choose the witnesses offered by TG or TTP on the various subjects, but they were clearly unable or unwilling to address these topics. In addition, the reference to other documents by the witnesses that were not produced or even reviewed by the witnesses causes additional concern. Finally, while I note that you offered to have the Chinese-speaking lawyer "translate" the document produced on the first day of depositions, this really was too late for this somewhat important document.

In any event, you have heard these concerns already from the PSC and HSC in your meet and confers with them and apparently have not been able to come to an agreement. As I was not given a chance to participate in the earlier meetings, I will merely join in their motions and not raise any other issues at this time. As mentioned above, however, I am willing to participate in a continued effort to try and resolve these issues.

Thanks....Ken



EXHIBIT B

1