IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | :MDL NO. 2047 |
| | :Section L |
| | : |
| **This Document Relates to** | :JUDGE FALLON |
| **Germano, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.)** | :MAG. JUDGE WILKINSON |

## ORDER

Considering Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), Motion and Incorporated Memorandum to join the Plaintiffs' Steering Committee's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants and Sanctions (Docket No. 8685) and the Homebuilders' Steering Committee's Motion for Sanction and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd ("Taishan") and Tai'an Taishan Plasterboard Co., Ltd ("Tai'an") (Docket No. 8695),

IT IS HEREBY ORDERED that Venture and PB's Motion to Join is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
Eldon E. Fallon
United States District Court Judge

1