UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** <br> *Vickers, et al v. Knauf Gips KG, et al* <br> EDLA 09-04117 <br> *Payton, et al v. Knauf Gips KG, et al* <br> EDLA 09-0762 <br> _____/ | **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

## ORDER

Having considered Banner Supply Company's Motion for Leave of Court to File its Reply to Homebuilders' Response to Certain Defendant Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists:

IT IS HEREBY ORDERED that said Motion for Leave is Granted and the Reply should be filed into the record.

New Orleans, Louisiana, this __6th__ day of May, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge