UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

Having considered Banner Supply Company's Motion for Leave of Court to File its Reply In Support of Its Motion for Protective Order Concerning Multiple 30(b)(6) Depositions:

IT IS HEREBY ORDERED that said Motion for Leave is Granted and the Reply should be filed into the record.

New Orleans, Louisiana, this 6th day of May 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge