UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>EDLA 09-04117<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>EDLA 09-0762 | |

### ORDER

THIS CAUSE came before the Court on Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC's Motion for Leave to Join in the Banner Entities' Motion to Lift Stay to File Motion to Strike Homebuilders' Fact Witness Lists [ECF No. 8618] and the Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists [ECF No. 8619].

**IT IS HEREBY ORDERED** that Banner Supply Company Port St. Lucie, LLC's request is **GRANTED** and said Defendant is allowed to join in both the Banner Entities' Motion to Lift Stay to File Motion to Strike Homebuilders' Fact Witness List and the Banner Entities' Motion to Strike Homebuilders' Fact Witness Lists.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana this 6th day of   May  , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE