IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 11-080) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO: ABEL, et al. v. TAISHAN GYPSUM CO., LTD., et al. | x x x | |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by C.A. STEELMAN, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. STEELMAN, INC. shall be granted until May 31, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-080, within MDL No. 2047.

New Orleans, Louisiana, this __6th__ day of May 2011.

Honorable Eldon E. Fallon
United States District Judge

4069973.1