UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO ALL CASES.**

<u>**ORDER**</u>

Considering the Plaintiffs' Steering Committee's Motion to Compel (R. Doc. 8685) and

the Homebuilders' Steering Committee's similar Motion to Compel (R. Doc. 8695), IT IS

ORDERED that these motions are scheduled for hearing with oral argument on May 17, 2011, at

1:00 p.m. in the Courtroom of Judge Eldon Fallon.  Responses to the motions are to be filed by

May 11, 2011.

New Orleans, Louisiana this 6th day of May 2011.

_____
U.S. District Judge