*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 936. | Aldi, Inc. | 2651 SR 17S Haines City, FL 33845 | 6503 Interbay Boulevard Tampa, FL 33611 | Allison Grant, P.A. | J.B.C. Builders, Inc.**(270)** | | |
| 937. | Flynn, John and Susan | 704 N. Ocean Drive Apartment 603 Pompano Beach, FL 33062 | | Allison Grant, P.A. | 704 N. Ocean Blvd. Associates, Ltd. **(273)** Lauris Boulanger, Inc. **(239)** | | |
| 938. | King, Carolyn and Alfred | 8726 93rd Court Vero Beach, FL 32967 | | Allison Grant, P.A. | Diversified General Contractors, Inc. **(271)** | Stadelman Drywall **(272)** | |
| 939. | Zarroff, Brett and Lichi, Perla | 704 N. Ocean Drive Apartment 1003C Pompano Beach, FL 33062 | 1565 N. Park Drive Weston, FL 33326 | Allison Grant, P.A. | 704 N. Ocean Blvd. Associates, Ltd. **(273)** Lauris Boulanger, Inc. **(239)** | | |
| 940. | Green, David | 3430 Cypress Marsh Drive Fort Myers, FL 33905 | | Baron & Budd, P.C. Alters Law Firm, P.A. Allison Grant, P.A. | | | Stock Building Supply **(196)** Stock Building Supply of Florida, LLC **(197)** |
| 941. | Rincon, Gabriel and Angela | 7728 NW 128th Avenue Parkland, FL 33076 | | Baron & Budd, P.C. Alters Law Firm, P.A. Allison Grant, P.A. | | | |
| 942. | Daboval, John and Mary | 6740 Milne Blvd. New Orleans, LA 70124 | | Barrios, Kingsdorf & Casteix | | | Interior/Exterior Building Supply, LP **(107)** Interior/Exterior Enterprises, LLC **(108)** |
| 943. | Landry, Ron | 6038 Louis XIV Street New Orleans, LA 70124 | | Barrios, Kingsdorf & Casteix | | | |

Case 2:09-md-02047-EEF-MBN   Document 8781-2   Filed 05/10/11   Page 2 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 944. | Rondeno, Charlotte | 7543 Lady Gray Street New Orleans, LA 70127 | | Barrios, Kingsdorf & Casteix | | | |
| 945. | Henry, Fred and Tia | 4800 Cardenas Drive New Orleans, LA 70127 | | Berniard Law Firm | | | Interior/Exterior Building Supply, LP **(107)** <br><br>Interior/Exterior Enterprises, LLC **(108)** |
| 946. | Sims, Sarah and Michael | 2017 Guerra Drive Violet, LA 70092 | | Hurricane Legal Center, LLC | | | |
| 947. | Edouard, Louis and Kathleen | 815 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 948. | Fishner, Nancy | 9626 Kenley Court Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 949. | Crawford, Scott and Dawn | 2920 Bristlecone Drive Schererville, IN 46375 | 3228 NE 4 Street Pompano Beach, FL 33062 | Krupnick, Campbell, Malone, et al. | | | |
| 950. | Falke, Kenneth | 18 Menne Drive Stanford, VA 22554 | 3224 NE 4th Street Pompano Beach, FL 33062 | Krupnick, Campbell, Malone, et al. | | | |
| 951. | Glickman, David and Joan | 3236 N.E. 4 Street Pompano Beach, FL 33062 | | Krupnick, Campbell, Malone, et al. | | | |
| 952. | San Filippo, Keith | 2443 NE 14th Street Pompano Beach, FL 33062 | 3208 NE 4th Street Pompano Beach, FL 33062 | Krupnick, Campbell, Malone, et al. | | | |
| 953. | Siegel, William | 3220 N.E. 4 Street Pompano Beach, FL 33062 | | Krupnick, Campbell, Malone, et al. | | | |
| 954. | Etter, Steve and Cathy | 18894 SE Jupiter Inlet Way Tequesta, FL 33469 | | Leopold~Kuvin, P.A. | J. Helm Construction, Inc., d/b/a Sundown Development **(274)** | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 955. | Reber, Todd and Melissa | 5385 Schaag Road Molino, FL 32577 | | Levin Law Firm | | | Devon International Group, Inc. **(71)** Smokey Mountain Materials, Inc. **(181)** |
| 956. | Butler, Kenneth and Mary | 1311 Wenasoga Road Corinth, MS 38831 | 1207 Orchard Lane Corinth, MS 38834 | Lewis & Roberts, PLLC | | | |
| 957. | Mullins, Bobby W. and Darlyne | 195 Charley Circle Ramer, TN 38367 | | Lewis & Roberts, PLLC | | | |
| 958. | Palmer, Sonja and Strachan, Patricia | 27 County Road 144 Corinth, MS 38834 | | Lewis & Roberts, PLLC | | | |
| 959. | St. Julien, Lynda | 1653 S.W. Laredo Street Palm City, FL 34990 | 10360 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | McIntosh, Sawran & Cartaya, P.A. | Completed Communities II, LLC **(61)** | O.C.D. of S. Florida, Inc. **(143)** | Banner Supply Company Port St. Lucie, LLC **(26)** |
| 960. | Mueller, Shirley | 131 West Road Alford, MA 01266 | 10560 SW Stephanie Way Unit 1-207 Port St. Lucie, FL 34987 | McIntosh, Sawran & Cartaya, P.A. | Completed Communities II, LLC **(61)** | O.C.D. of S. Florida, Inc. **(143)** | Banner Supply Company Port St. Lucie, LLC **(26)** |
| 961. | Quackenbush, Ronald and Lorraine | 1391 NW St. Lucie West Blvd. #315 Port St. Lucie, FL 34986 | 10560 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | McIntosh, Sawran & Cartaya, P.A. | Completed Communities II, LLC **(61)** | O.C.D. of S. Florida, Inc. **(143)** | Banner Supply Company Port St. Lucie, LLC **(26)** |
| 962. | Ciancimino, Gianpaolo and Danielle | 11555 Heron Bay Blvd., Suite 200 Coral Springs, FL 33076 | 8914 Cobblestone Pt. Circle Boynton Beach, FL 33472 | McIntosh, Sawran & Cartaya, P.A. | Centerline Homes, Inc. **(275)** | O.C.D. of S. Florida, Inc. **(143)** | ProBuild Company, LLC **(277)** |
| 963. | Buck, David and Wendy | 10731 SW Waterway Lane Port St. Lucie, FL 34987 | 10320 SW Stephanie Way Unit 207 Port St. Lucie, FL 34987 | McIntosh, Sawran & Cartaya, P.A. | Completed Communities II, LLC **(61)** | O.C.D. of S. Florida, Inc. **(143)** | Banner Supply Company Port St. Lucie, LLC **(26)** |
| 964. | Ucci, Walter | 1562 SW 150th Terrace Davie, FL 33326 | | McIntosh, Sawran & Cartaya, P.A. | Regency Homes Group, LLC **(276)** | | Banner Supply Co. **(23)** |

Case 2:09-md-02047-EEF-MBN   Document 8781-2   Filed 05/10/11   Page 4 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 965. | Anderson, Michael and Renee | 17101 83rd Place North Loxahatchee, FL 33470 | | McIntosh, Sawran & Cartaya, P.A. | Suntree Homes, Inc. **(278)** | J.W. Hodges Drywall, Inc. **(114)** | ProBuild Company, LLC **(277)** |
| 966. | Simpson, Kayan and Briscoe, Christopher | 9682 Clemmons Street Parkland, FL 33076 | | McIntosh, Sawran & Cartaya, P.A. | | Distinctive Drywall Designs, Inc. **(279)** | Banner Supply Co. **(23)** La Suprema Enterprises **(280)** |
| 967. | Palombi, Mark and Allison | 1660 SW Prosperity Way Palm City, FL 34990 | 10612 SW Kelsey Way Port St. Lucie, FL 34987 | McIntosh, Sawran & Cartaya, P.A. | Hanover Homes, Inc. **(95)** | P.D.C. Drywall Contractors, Inc. **(144)** | Banner Supply Co. **(23)** |
| 968. | Eng, James and Yvonne | 2520 Cape Coral Parkway Cape Coral, FL 33914 | | Morgan & Morgan | Villa Homes of Southwest Florida **(223)** | | AL Brothers, Inc. **(5)** |
| 969. | Greenleaf, Julianna | 8026 Marsh Circle LaBelle, FL 33935 | | Morgan & Morgan | Kenwood Homes, Inc. **(281)** | | |
| 970. | Townsend, Steven and Maner, Christopher | 14522 South Hills Court Centerville, VA 20120 | 225 NE 5th Terrace Cape Coral, FL 33909 | Morgan & Morgan | Hansen Homes of South Florida, Inc. **(96)** | | Banner Supply Co. Ft. Myers, LLC **(24)** |
| 971. | Brown, James and Virginia | 3091 Cider House Road Toano, VA 23168 | | Law Offices of Richard J. Serpe, P.C. | Atlantic Homes, LLC **(284)** AHJV, LLC **(285)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 972. | Dawson, Robert | 4407 Boonsboro Road Lynchburg, VA 24503 | 4326 Lydias Drive Williamsburg, VA 23188 | Law Offices of Richard J. Serpe, P.C. | Atlantic Homes, LLC **(284)** HHJV, LLC **(290)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 973. | Nathan, Vernette | 228 Wildlife Trace Chesapeake, VA 23320 | | Law Offices of Richard J. Serpe, P.C. | Wermers Development, Inc. **(286)** Preserve Development, LLC **(287)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |

Case 2:09-md-02047-EEF-MBN Document 8781-2 Filed 05/10/11 Page 5 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 974. | Bohler, Ann and Robert | 1360 Julian Drive Watkinsville, GA 30677 | | Law Offices of Richard J. Serpe, P.C. | | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 975. | Camden, Sideny and Susan | 109 Algonquin Trail Shawboro, NC 27937 | | Law Offices of Richard J. Serpe, P.C. | | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 976. | Rogers, Margaret | 2078 Tazewell Road Virginia Beach, VA 23455 | 9527 26th Bay Street Norfolk, VA 23518 | Law Offices of Richard J. Serpe, P.C. | Next Level Group, LLC **(288)** Area Builders of Tidewater, Inc. **(289)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 977. | Mishkind, Howard and Jane | 17981 Hawksmoor Way Chagrin Falls, OH 44023 | 9531 26th Bay Street Norfolk, VA 23518 | Law Offices of Richard J. Serpe, P.C. | Next Level Group, LLC **(288)** Area Builders of Tidewater, Inc. **(289)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 978. | O'Leary, Dennis and Stephanie | 71 Colfax Road Skillman, NJ 08558 | 9523 26th Bay Street Norfolk, VA 23518 | Law Offices of Richard J. Serpe, P.C. | Next Level Group, LLC **(288)** Area Builders of Tidewater, Inc. **(289)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 979. | Olson, Daniel and Sarah | 9513 29th Bay Street Norfolk, VA 23518 | 9535 26th Bay Street Norfolk, VA 23518 | Law Offices of Richard J. Serpe, P.C. | Next Level Group, LLC **(288)** Area Builders of Tidewater, Inc. **(289)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 980. | Butzer, Albert and Betsy | 9519 26th Bay Street Norfolk, VA 23518 | | Law Offices of Richard J. Serpe, P.C. | Next Level Group, LLC **(288)** Area Builders of Tidewater, Inc. **(289)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |

Case 2:09-md-02047-EEF-MBN Document 8781-2 Filed 05/10/11 Page 6 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 981. | Fuller, David | 213 Wildlife Trace Chesapeake, VA 23320 | | Law Offices of Richard J. Serpe, P.C. | Wermers Development, Inc. **(286)** Preserve Development, LLC **(287)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 982. | Crowder, Kenneth and Sandra | 7041 Lilac Court Norfolk, VA 23518 | | Law Offices of Richard J. Serpe, P.C. | Choice Builders, Inc. **(291)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 983. | Dooling, Jay | 645 Roland Drive Norfolk, VA 23509 | | Law Offices of Richard J. Serpe, P.C. | Nicholas & Co. Construction **(292)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 984. | Owen, John and Parks, Meredith | 2549 Robert Fenton Williamsburg, VA 23185 | | Law Offices of Richard J. Serpe, P.C. | A.B.S. Building Corporation **(293)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 985. | Brett, Patrick and Layne and S&A Property Group, LLC | 2492 North Landing Road Suite 106 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 986. | Smith, Wanda and Samuel | 4019 Appaloosa Court Suffolk, VA 23434 | | Law Offices of Richard J. Serpe, P.C. | Residential Concepts, Ltd. **(297)** | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |

Case 2:09-md-02047-EEF-MBN Document 8781-2 Filed 05/10/11 Page 7 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 987. | Huynh, Duoc and Pamela and A Pen Lovers Paradise, LLC | 2488 North Landing Road, Suite 112 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 988. | Firvida, Maria and Ramos, Jose and Ramos-Firvida, LLC | 2488 North Landing Road Suite 109 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 989. | Betz, Kenneth and JM & MA, LLC | 2488 North Landing Road, Unit 110 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 990. | Tavares, Guilherme and Lafamia and Vita, LLC | 2488 North Landing Road, Unit 108 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 991. | Anderson, Timothy and Attorney Landholdings, LLC | 2492 North Landing Road, Suite 104 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |

Case 2:09-md-02047-EEF-MBN Document 8781-2 Filed 05/10/11 Page 8 of 9

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 992. | Klett, Mark and Klett Consulting Group, Inc. | 2488 North Landing Road, Suite 111 Virginia Beach, VA 23456 | | Law Offices of Richard J. Serpe, P.C. | DSG Construction, Inc. **(294)** Zaccaria Construction, LLC **(295)** North Landing Development, LLC **(296)** | | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 993. | Wightman, Karen and Berlin, John | 322 Bernard Drive Newport News, VA 23602 | | Law Offices of Richard J. Serpe, P.C. | | The Porter-Blaine Corp. **(282)** | Venture Supply, Inc. **(221)** Tobin Trading, Inc. **(283)** |
| 994. | Connell, Rebecca W. | 236 County Road 3310 Troy, AL 36079 | | Doyle Law Firm, PC | | | Building Materials Wholesale, Inc. **(43)** |
| 995. | Hudson, Chad and Melissa | 5522 Travellers Court Satsuma, AL 36572 | | Taylor Martino, P.C. | Donald Wayne Tindle **(301)** | Tindle Homes **(302)** | Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. **(149)** |
| 996. | Herrington, Brandi and Willis, Joey | 116 Northgate Drive South Satsuma, AL 36572 | | Taylor Martino, P.C. | Donald Wayne Tindle **(301)** | Tindle Homes **(302)** | Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. **(149)** |
| 997. | LaPierre, Dawn Ross and Ronald V. | 728 Whitney Avenue New Orleans, LA 70114 | 728 Whitney Avenue New Orleans, LA 70114 730 Whitney Avenue New Orleans, LA 70114 | The Thornhill Law Firm A PLC | | Vasquez Construction Company LLC **(298)** | |
| 998. | Benfatti, Mary C. | 101 Coney Drive Arabi, LA 70032 | | Law Offices of Sidney D. Torres, III | | | Millennium Trading, Inc. **(299)** Millennium Trading & Export, Inc. **(300)** |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-1" – Plaintiffs Named in Plaintiffs' AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 999. | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | PRC is a non-profit Louisiana Corporation with its principle residence at 923 Tchoupitoulas Street New Orleans, LA 70130 | | Simon, Peragine, Smith & Redfearn, LLP | | | |