*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**List of All Defendants in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Defendant |
|---|---|
| 1. | 84 Lumber, LP |
| 2. | Ability Construction, Inc. |
| 3. | Aburton Homes, Inc. |
| 4. | Adams Homes of Northwest Florida, Inc. |
| 5. | AL Brothers, Inc. |
| 6. | All County Drywall Service, Inc. |
| 7. | All Florida Drywall Supplies, Inc. |
| 8. | Allied Building Products, Corporation |
| 9. | Allied Construction, Inc. |
| 10. | Amado Maschmeyer d/b/a Ace's Towing |
| 11. | American Building Materials, Inc. |
| 12. | American Gallery Development Group, LLC |
| 13. | American Homes, LLC |
| 14. | American Housing Corporation |
| 15. | Amerisouth, Inc. |
| 16. | Angel Developments LLC |
| 17. | Aranda Homes, Inc. |
| 18. | Aubuchon Homes, Inc. |
| 19. | Avalon Building Corporation of Tampa Bay |
| 20. | Avalon Preserve Developers, LLC |
| 21. | B & B Stucco, Inc. |
| 22. | Banner Homes of Florida, Inc. |
| 23. | Banner Supply Co. |
| 24. | Banner Supply Co. Fort Myers, LLC |
| 25. | Banner Supply Co. Pompano LLC |
| 26. | Banner Supply Company Port St. Lucie, LLC |
| 27. | Banner Supply Company Tampa, LLC |
| 28. | Baron Construction Company Inc. |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**List of All Defendants in Plaintiffs' Omnibus Class Action Complaint (IX)**

|     | **Defendant** |
| --- | --- |
| 29. | Bass Homes, Inc. |
| 30. | Bayou Building Products, LLC |
| 31. | BBL - Florida, LLC |
| 32. | Best Homes of SW FL Inc. |
| 33. | Beta Drywall, Inc. |
| 34. | BFS Townhomes, LLC d/b/a HighPoint Development |
| 35. | Black Bear Gypsum, LLC |
| 36. | Black Bear Gypsum Supply, Inc. |
| 37. | Boardwalk Drywall, Inc. |
| 38. | Bradford Lumber & Supply, Inc. |
| 39. | Brighton Builders |
| 40. | Brooks & Freund, LLC |
| 41. | Brownstone Builders, Inc. |
| 42. | Builder's Depot |
| 43. | Building Materials Wholesale, Inc. |
| 44. | Building Supply House, L.L.C. |
| 45. | Burmon Properties LLC |
| 46. | C.A. Steelman, Inc. |
| 47. | Calliouet Builders LLC |
| 48. | Cape Cement & Supply, Inc. |
| 49. | Carew Construction, Inc. |
| 50. | Castillo Azul Developers, Inc. |
| 51. | Cemex, Inc. |
| 52. | Centerline Homes at Tradition, LLC |
| 53. | Centerline Homes Construction, Inc. |
| 54. | Central Drywall Contractors, Incorporated |
| 55. | Cloutier Brothers, Inc. |
| 56. | Chase Construction, Inc. |

***L*AURA *H*AYA, *D*ANIEL *H*AYA AND *I*RENE *H*AYA, *INDIVIDUALLY*, *AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*, V. *T*AISHAN *G*YPSUM *C*O., *L*TD., *F/K/A *S*HANGDONG *T*AIHE *D*ONGXIN *C*O., *L*TD., *ET AL*.**

**LIST OF ALL DEFENDANTS IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)**

|     | DEFENDANT |
| --- | --- |
| 57. | Christian Ladner d/b/a Builders Supply |
| 58. | Citrus Park Development Group, LLC |
| 59. | Comfort Home Builders, Inc. |
| 60. | Common Ground Relief, Inc. |
| 61. | Completed Communities II, LLC |
| 62. | Coral Plastering & Wall Systems, Inc. |
| 63. | Core Construction, LLC |
| 64. | Coupel Construction LLC |
| 65. | Custom Construction, Inc. |
| 66. | Cypress Corporation of Southwest Florida Inc. |
| 67. | D.R. Horton, Inc. |
| 68. | Dan Spires Floor Covering, Inc. |
| 69. | Deloach Corporation |
| 70. | Design Drywall of South Florida, LLC |
| 71. | Devon International Group, Inc. |
| 72. | Distinctive Builders, Inc. |
| 73. | Dobson Construction, Inc. |
| 74. | Dollaway Drywall, Inc. |
| 75. | Double D. Investments of Broward LLC |
| 76. | East Meadow Construction, Inc. |
| 77. | Eric Esteban Rivera |
| 78. | European Quality Builders, LLC |
| 79. | Everglades Lumber and Building Supplies, LLC |
| 80. | Excel Construction of S.W. Florida, Inc. |
| 81. | F. Development, LLC |
| 82. | F. Vicino Drywall II, Inc. |
| 83. | Florida Style Services, Inc. |
| 84. | Floridian Gulf Coast Homes, Inc. |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

**LIST OF ALL DEFENDANTS IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)**

|      | **DEFENDANT** |
|------|---------------|
| 85.  | Fly System, Inc. |
| 86.  | G. Drywalls Corporation |
| 87.  | GCF Construction LLC |
| 88.  | Gibson & Anderson Construction, Inc. |
| 89.  | Global Trading of LA |
| 90.  | Grays Bay Builders, Inc. |
| 91.  | Gulf Coast Shelter, Inc. |
| 92.  | Gulf Sales & Import Co., Inc. #1 |
| 93.  | Gulfeagle Supply, Inc. |
| 94.  | Gulfside Supply, Inc. |
| 95.  | Hanover Homes, Inc. |
| 96.  | Hansen Homes of South Florida, Inc. |
| 97.  | Hanson Homes, Inc. |
| 98.  | Harrell's Drywall, Inc. |
| 99.  | Haven Properties, Inc. |
| 100. | Heights Properties, LLC |
| 101. | Holiday Builders, Inc. |
| 102. | Home Depot, Inc. |
| 103. | Home Depot USA, Inc. |
| 104. | Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes |
| 105. | HPH Properties, LLC |
| 106. | Hulsey-Nezlo Construction, LLC |
| 107. | Interior/Exterior Building Supply, LP |
| 108. | Interior/Exterior Enterprises, LLC |
| 109. | Iota Twenty-Four, LLC |
| 110. | Island Coast Drywall and Stucco, LLC |
| 111. | J & A Brothers Drywall & Stucco, Inc. |
| 112. | J. Cherry and Sons, Inc. |

| | *LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.* **LIST OF ALL DEFENDANTS IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)** |
|---|---|
| | **DEFENDANT** |
| 113. | J.K. Lassitter Construction, LLC |
| 114. | J.W. Hodges Drywall, Inc. |
| 115. | James Drywall LLC |
| 116. | K. Hovnanian First Homes, LLC |
| 117. | K. Hovnanian Windward Homes, LLC |
| 118. | K.A. Wallace, Inc. DBA Kenwood Homes |
| 119. | KB Home Tampa LLC |
| 120. | L&W Supply Corporation d/b/a Seacoast Supply Company |
| 121. | Legend Custom Builders, Inc. |
| 122. | Lennar Corporation |
| 123. | Lexington Homes, Inc. |
| 124. | Littles Construction of Central Florida, Inc. |
| 125. | Lowe's Home Centers, Inc. |
| 126. | LTL Construction, Inc. |
| 127. | M/I Homes, Inc. |
| 128. | Manclar Builders, Inc. |
| 129. | Manuel Development Corporation |
| 130. | Marr Development of Central Florida, Inc. |
| 131. | Matsa Construction Company, Inc. |
| 132. | Mazer's Discount Home Centers, Inc. |
| 133. | MC Contractors, Inc. |
| 134. | McCar Homes, Inc. |
| 135. | McCluskey Custom Homes |
| 136. | Mercado Enterprises, Inc. |
| 137. | Meritage Homes of Florida, Inc. |
| 138. | Mobley Homes Florida, LLC |
| 139. | Morales Carpentry |
| 140. | Nautical Homes LLC a.k.a Statewide Structural LLC |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY,
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN
GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

**LIST OF ALL DEFENDANTS IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)**

|      | DEFENDANT |
|------|-----------|
| 141. | **INTENTIONALLY LEFT BLANK** |
| 142. | Northstar Homes LLC |
| 143. | O.C.D. of S. Florida, Inc. |
| 144. | P.D.C. Drywall Contractors, Inc. |
| 145. | Paradise Builders of S.W. Florida, Inc. |
| 146. | Paramount Quality Homes Corp. |
| 147. | Parkview Homes Realty, Inc. |
| 148. | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. |
| 149. | Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. |
| 150. | Precision Drywall, Inc. |
| 151. | Premier Homes, LLC |
| 152. | Pride Homes of Lakes By the Bay - Parcel H, LLC |
| 153. | Prime Homes at Portofino Falls, Ltd. |
| 154. | ProBuild East, LLC |
| 155. | Pukka Development, Inc. |
| 156. | Quality Builders of North Florida, Inc. |
| 157. | R & B Housing LLC |
| 158. | R.A. Grant Corporation |
| 159. | Radd Builders, Inc. |
| 160. | Ramos Builders, Inc. |
| 161. | Ray Horvath Drywall, Inc. |
| 162. | Renaissance Commons, LLC |
| 163. | Renola Equity Fund III, LLC |
| 164. | Residential Drywall, Inc. |
| 165. | Reve Development Corporation |
| 166. | Rinker Materials of Florida, Inc. |
| 167. | Rivercrest, LLC/The St. Joe Company |
| 168. | Riverstreet Homes, Inc. |

| | *LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.* **LIST OF ALL DEFENDANTS IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)** |
|---|---|
| | **DEFENDANT** |
| 169. | RJL Drywall Inc. |
| 170. | Roche JR Construction, Inc. |
| 171. | Rogers Company, L.L.C. |
| 172. | Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| 173. | Roy Harris Drywall, Inc. |
| 174. | Schmidth Brothers Homes, Inc. |
| 175. | Sheridan 87, LLC |
| 176. | Shoma Development Corp. |
| 177. | Shoma Homes Splendido, Inc. |
| 178. | Smiling Construction & More |
| 179. | Smith Drywall & Insulation, LLC |
| 180. | Smith Family Homes Corporation |
| 181. | Smokey Mountain Materials, Inc. |
| 182. | Solid Construction of the Gulf Coast d/b/a Westerheim Homes |
| 183. | South Bay Development Corporation |
| 184. | Southern Atlantic Supply Division Corp. d/b/a Allied Building Products Corp. |
| 185. | Southern Star Construction Company, Inc. |
| 186. | Space Coast Truss, LLC |
| 187. | Standard Pacific of South Florida GP, Inc. |
| 188. | Starlifter Homes, Inc. |
| 189. | Statewide Associates, Inc. |
| 190. | Sterling Communities, Inc. |
| 191. | Sterling Communities at Talavera, LLC |
| 192. | Sterling Lumber Company |
| 193. | Steven R. Carter, Inc. |
| 194. | Steven Sweet Drywall, Inc. |
| 195. | Stewart's Remodeling |
| 196. | Stock Building Supply |

*Laura Haya, Daniel Haya and Irene Haya, individually,
and on behalf of all others similarly situated, v. Taishan
Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**List of All Defendants in Plaintiffs' Omnibus Class Action Complaint (IX)**

|   | Defendant |
|---|---|
| 197. | Stock Building Supply of Florida, LLC |
| 198. | Suarez Housing Corporation |
| 199. | Sumaj Builders Corporation |
| 200. | Suncoast Drywall, Inc. |
| 201. | Superior Enterprise, Inc. |
| 202. | Sweet Interiors, Inc. |
| 203. | Swift Supply, Inc. |
| 204. | Tapia Brothers Construction, Inc. |
| 205. | Taylor Morrison Services, Inc. |
| 206. | TFH Corp. |
| 207. | The Haskell Company |
| 208. | The Henning Group, LC |
| 209. | The Home Team d/b/a Great Southern Homes, Inc. |
| 210. | The Ryland Group, Inc. |
| 211. | The St. Joe Company |
| 212. | The Sterling Collection, Inc. |
| 213. | Timberline Builders, Inc. |
| 214. | Titan Demolition |
| 215. | Toll Estero Limited Partnership |
| 216. | Total Community Action, Inc. |
| 217. | Total Drywall, Inc. |
| 218. | Trafalgar Associates, Inc. |
| 219. | United Home Builders, Inc. |
| 220. | United Homes, Inc. |
| 221. | Venture Supply, Inc. |
| 222. | Villa Development, Inc. |
| 223. | Villa Homes of Southwest Florida |
| 224. | Vision Homes of SW, FL, Inc. |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**List of All Defendants in Plaintiffs' Omnibus Class Action Complaint (IX)**

|      | **Defendant** |
|------|---------------|
| 225. | Waterways Joint Venture IV, LLC |
| 226. | WB Howland Co., LLC |
| 227. | West Coast Drywall Construction, Inc. |
| 228. | West Construction Group, Inc. |
| 229. | West Florida Construction Group, Inc. |
| 230. | Wholesale District Lumber, L.L.C. |
| 231. | Will Davis d/b/a D&W Home Restoration |
| 232. | William L. Perry Plastering & Drywall, Inc. |
| 233. | Woodland Enterprises, Inc. |
| 234. | Zamora Homes Corporation |
| 235. | Malphus and Sons |
| 236. | Master Builders of South Florida, Inc. |
| 237. | Ashton Tampa Residential, LLC d/b/a Ashton Woods Homes |
| 238. | MC-Ft. Myers Associates, LLC |
| 239. | Lauris Boulanger, Inc. |
| 240. | Richard Jones Construction, Inc. |
| 241. | Arizen Homes, Inc. |
| 242. | S. Peterson Homes, Inc. |
| 243. | Karr Drywall, Inc. |
| 244. | Medallion Homes Gulf Coast, Inc. |
| 245. | West Lake Estate, Inc. |
| 246. | KB Homes, Inc. |
| 247. | Jade Organization, Inc. |
| 248. | Deerfield Court Townhomes, LLC |
| 249. | Lavish Holding Corp. |
| 250. | Premier Design Homes, Inc. |
| 251. | Sedgwick Developers, Inc. |
| 252. | Turn Key Home Builders, Inc. |
| 253. | Stuart South Group, LLC |

*Laura Haya, Daniel Haya and Irene Haya, individually,  
and on behalf of all others similarly situated, v. Taishan  
Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**List of All Defendants in Plaintiffs' Omnibus Class Action Complaint (IX)**

|      | Defendant |
|------|-----------|
| 254. | Treasure Coast Communities, LLC |
| 255. | D and A Construction Services, Inc. |
| 256. | Woodside Stoneybrook, LLC |
| 257. | USG Corporation |
| 258. | Sun Construction, Inc. |
| 259. | Hollywood Dixie Associates, LLC |
| 260. | Cornerstone Group Construction, Inc. |
| 261. | Cornerstone Group Development, Corp. |
| 262. | Core Construction Services Southeast, Inc. |
| 263. | K Hovnanian of Palm Beach XIII, Inc. |
| 264. | Beazer Homes Corp |
| 265. | Signature Series Homes, Inc. |
| 266. | Trivium Construction, Inc. |
| 267. | Spring Park Builders, LLC |
| 268. | Majestic Homes of Port St. Lucie |
| 269. | Anthony's Drywalls, Inc. |
| 270. | Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. |
| 271. | Taian Taishan Plasterboard Co., Ltd. |
| 272. | Qinhuangdao Taishan Building Materials Co., Ltd. A/k/a Qinhuang Dao Taishan Building Materials Co., Ltd |