*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

### List of Additional Defendants in Plaintiffs' Amended Omnibus Class Action Complaint (IX)

|  | Defendant |
|---|---|
| 270. | J.B.C. Builders, Inc. |
| 271. | Diversified General Contractors, Inc. |
| 272. | Stadelman Drywall |
| 273. | 704 N. Ocean Blvd. Associates, Ltd. |
| 274. | J. Helm Construction, Inc., d/b/a Sundown Development |
| 275. | Centerline Homes, Inc. |
| 276. | Regency Homes Group, LLC |
| 277. | ProBuild Company, LLC |
| 278. | Suntree Homes, Inc. |
| 279. | Distinctive Drywall Designs, Inc. |
| 280. | La Suprema Enterprises |
| 281. | Kenwood Homes, Inc. |
| 282. | The Porter-Blaine Corp. |
| 283. | Tobin Trading, Inc. |
| 284. | Atlantic Homes, LLC |
| 285. | AHJV, LLC |
| 286. | Wermers Development, Inc. |
| 287. | Preserve Development, LLC |
| 288. | Next Level Group, LLC |
| 289. | Area Builders of Tidewater, Inc. |
| 290. | HHJV, LLC |
| 291. | Choice Builders, Inc. |
| 292. | Nicholas & Co. Construction |
| 293. | A.B.S. Building Corporation |
| 294. | DSG Construction, Inc. |
| 295. | Zaccaria Construction, LLC |
| 296. | North Landing Development, LLC |
| 297. | Residential Concepts, Ltd. |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

LIST OF ADDITIONAL DEFENDANTS IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

|      | DEFENDANT |
|------|-----------|
| 298. | Vazquez Construction Company LLC |
| 299. | Millennium Trading, Inc. |
| 300. | Millennium Trading & Export, LLC |
| 301. | Donald Wayne Tindle |
| 302. | Tindle Homes |