**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|     | Plaintiff(s) |
| --- | --- |
| 1. | Haya, Laura,  Daniel and Irene |
| 2. | Neuhalfen, Anna |
| 3. | Ramsay, Raymond and Tina |
| 4. | Antoine, Carol |
| 5. | Butler, Clarice |
| 6. | Carter, Henry and Verline |
| 7. | Gross, John |
| 8. | Kelly, Bruce and June |
| 9. | Lindsey, Linda and Armond |
| 10. | Malkki, Donna and Clough, Daniel |
| 11. | Robinson, Harold |
| 12. | Robinson, Taurean and Jo-Ann |
| 13. | Taylor, Charlie |
| 14. | Yarbor, Brian |
| 15. | Jericho Road Episcopal Housing Initiative, LLC |
| 16. | Hazeur, Melvina |
| 17. | Crowe, Nicholas and Jennifer |
| 18. | Eyrich, Lillian |
| 19. | Staton, Lori Ann |
| 20. | Price, Lear |
| 21. | Mickens, Gail |
| 22. | LeBlanc, Gertrude |
| 23. | Ayala, Cynthia |
| 24. | Arevalo, Luis |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 25. | Beckmeier, Marc and Gavidia, Laura |
| 26. | Bekhor, Lindan |
| 27. | Bertucci, Elizabeth |
| 28. | Binda, Coral |
| 29. | Bishop, Chad |
| 30. | Blue Water Condo Assoc. |
| 31. | Blue Water Condo Assoc. |
| 32. | Blue Water Condo Assoc. |
| 33. | Blue Water Condo Assoc. |
| 34. | Blue Water Condo Assoc. |
| 35. | Blue Water Condo Assoc. |
| 36. | Blue Water Condo Assoc. |
| 37. | Boucvalt, Shane |
| 38. | Borowski, Jason and Christine |
| 39. | Bourguignon, Susan |
| 40. | Bracco, Kirsten |
| 41. | Burnett, Burton |
| 42. | 509 Sheridan Street 103 Land Trust |
| 43. | Burrow, Bret |
| 44. | Glassman, Monica and Childs, Joan |
| 45. | Comaze-FL, LLC (Javier Zepeda) |
| 46. | Coratti, Philip |
| 47. | D'Aprile, Anthony and Marcia |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|      | Plaintiff(s) |
|------|--------------|
| 48.  | Delmas, Hantz and<br>Melmas, Mary Menzies |
| 49.  | Dimon, Charles and Lynn |
| 50.  | Farley, Patrick, Michael and Josephine |
| 51.  | Ferrara, Elena |
| 52.  | Freudiger, George |
| 53.  | Galiardo, Frederick and Jeanne |
| 54.  | Gaylord, Peter and Kelly |
| 55.  | Ghanta, Madhav |
| 56.  | Gillette, Henry and Jane |
| 57.  | Gorton, Peter and Elaine |
| 58.  | Gravel, Kathie |
| 59.  | Gunson, Christopher |
| 60.  | Hardesty, Richard |
| 61.  | Hocker, Dina |
| 62.  | Jones, Frank D. and Peggy H. |
| 63.  | Karlstromer, Steve and Rose |
| 64.  | Kent, Edward and Donna |
| 65.  | Marin, Jose A. and Monica |
| 66.  | Matute, Argerie |
| 67.  | McNealy, James and Fran |
| 68.  | Miller, Brenda J. and<br>Martinez, William |
| 69.  | Mione, Anthony and Lillian |
| 70.  | Miranda, Jose` and Adele |
| 71.  | Ospina, Richard |

**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 72. | Peace Harbor Condominium Association |
| 73. | Priester, Isembe and Stephanie |
| 74. | Puerto, Rafael M. |
| 75. | Raloi, LLC |
| 76. | Retfalvi, Paul |
| 77. | Rodriguez, Wilfredo and Angeline<br>Rodriguez, Barbara |
| 78. | Romero, Roberto M. |
| 79. | Rosada, Lurdenis and Angel Rosada |
| 80. | Royak Paula and Jules |
| 81. | Santelle, Thomas and Anne |
| 82. | Santoni, Andrea |
| 83. | Sarwar, Choudhry |
| 84. | Shafer, Sam and Mary |
| 85. | Sheridan Beach Club Condominium Number Three, Inc. |
| 86. | Sparkman, David and Elizabeth |
| 87. | Steele Family Enterprises, LLC |
| 88. | Stevens, Gregory |
| 89. | Swank, Michael and Brenda |
| 90. | Thomasevich, Eli and Priscilla |
| 91. | Torchia, Saverio and Ornella |
| 92. | Traina, Richard and Lorraine |
| 93. | Valdes, Michael and Florenda |
| 94. | Vargas, Teodoro and Yolanda |
| 95. | Wegweiser, Wanda |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 96. | White, Marshall and Cynthia |
| 97. | Zaki, Hussein and Zlata |
| 98. | Anderson, Samuel |
| 99. | Ayanbadejo, Oladele |
| 100. | Brik, Beni |
| 101. | Brown, Cortland |
| 102. | Burke, Kenneth and Cynthia |
| 103. | Kugler, Donald and Candiani, Karen |
| 104. | Chavez, Rolando Javier |
| **105.** | **Cobblestone on the Lake Condominium Association** |
| 106. | Cocquerelle, Nicolas |
| 107. | Cohen, Ariel and Joel |
| 108. | Cox, Shawn and Lisa |
| 109. | Cubas, Mirtha and Hernandez, Aida |
| 110. | Dearborn, John & Charlotte |
| 111. | DiVanno, Michael and Iben |
| 112. | Doerre, Christopher J. |
| 113. | Feger, Gary |
| 114. | Fermoile, James and Ann |
| 115. | Ferrari, Ercole and Divina |
| 116. | Forbes, Scott |
| 117. | Francisco, Thomas and Jane |
| 118. | Franklin, Aileen and Thomas |
| 119. | Gamboa, Luis |

**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|       | Plaintiff(s)                              |
| ----- | ----------------------------------------- |
| 120.  | Garcia, Ernesto and Ortega, Zilghean      |
| 121.  | Goldstein, Ira                            |
| 122.  | Gonzalez, Barbara and Mark                |
| 123.  | Herston, James<br>Herston, Matthew        |
| 124.  | Hickey, Brian and Juliano, Enrico         |
| 125.  | Humphrey, Thomas                          |
| 126.  | ITSM Corp                                 |
| 127.  | Jackson, Michael                          |
| 128.  | Jacobs, Tammy                             |
| 129.  | Johnson, Aiasha and Geoffrey              |
| 130.  | Jorda, Carlos and Dalia                   |
| 131.  | Kana, Patrick                             |
| 132.  | Kennedy, Phillip and Lyset                |
| 133.  | Lang, Danielle                            |
| 134.  | Lavin, Eduardo and Esperanza              |
| 135.  | Lee, Mark and Wendy                       |
| 136.  | Legendre, Joan                            |
| 137.  | Lopez, David and Yesenia                  |
| 138.  | Marin, Cassandra                          |
| 139.  | Marston, Claire                           |
| 140.  | Martin, Richard and Judith                |
| 141.  | Marzulff, Paul                            |
| 142.  | Mendez, Jesse                             |
| 143.  | Osicki, Siegward                          |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 144. | Pereiro, Mirta |
| 145. | Perez, Gustavo |
| 146. | Quezada, Nelly |
| 147. | Schandelmeier, Patricia |
| 148. | Scott, Karen and James |
| 149. | Shaw, Scott and Jackie |
| 150. | Surles, Michael |
| 151. | Victor, Remi L., Jr. |
| 152. | Villavicencio, Carlos |
| 153. | Villegas, Hiram |
| 154. | Walker, Melissa and Craig |
| 155. | Webster, Stephen |
| 156. | Wilson, Michael and Wilson-Romans, Adma |
| 157. | Zapata, Jorge William and Zapata, Nidia |
| 158. | Tigers Eye Enterprises, LLC |
| 159. | Abbott, Carl & Adele |
| 160. | Adams, Robert |
| 161. | Alwill, Maria and Migliore, Salvatore |
| 162. | Attard, Steve and Samantha |
| 163. | Beasley, Anika |
| 164. | Brown, Alganan and Regina |
| 165. | Cattano, Phyllis |
| 166. | Avenue A, LLC (D.J. Craven, Member) |
| 167. | Avenue A, LLC (D.J. Craven, Member) |
| 168. | DeMange, Craig |

**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 169. | Dinette, Rodney and Geraldine |
| 170. | Dinneen, Walter and Vickie |
| 171. | Dumas. John |
| 172. | Dunn, Howard |
| 173. | Falgout, Christopher |
| 174. | Fernandez, Heky and Fuenmayor, Carmen |
| 175. | Galvis, Luis and Beatriz |
| 176. | Holmes, Rhonda |
| 177. | Martinez, John |
| 178. | Matrana, Anthony and Debra |
| 179. | Molden, Frank |
| 180. | Molden, Frank |
| 181. | Nowicki, John C. |
| 182. | Pitter-Hinds, Hartley and Joyce |
| 183. | Rousseau, Gisselle |
| 184. | Shuss, Gregory |
| 185. | Sperier Mary Rose |
| 186. | Vanasdale, Connie |
| 187. | Vancio, Robert & Karen |
| 188. | Wiesman, Robert & Juan |
| 189. | Bertholette, Anna and Lund, Leslie |
| 190. | Bienemy, Eric |
| 191. | Guy, Etta |
| 192. | Bauman, Robert |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 193. | Marrero, Charlene |
| 194. | Garcia, Joseph |
| 195. | Glover, Danny |
| 196. | Grueninger, Susan and Jeffrey |
| 197. | Mosley, Tracey and Tami |
| 198. | Quattrocchi, William A. |
| 199. | Randazzo, Nicole |
| 200. | Strelec, Betty A. |
| 201. | Valdes, Jorge and Juana |
| 202. | Von Dem Bach, Christine |
| 203. | Gonzalez, David |
| 204. | Huff, Jessica |
| 205. | Mena, Eduardo and Claudia |
| 206. | Sotomayor, Josefa and Alvaro Alcivar |
| 207. | Gonzalez, Marcos |
| 208. | Coates, Tammy and Jesse |
| 209. | Macon, David and Jamila |
| 210. | Merrill, Raymond and Josephine |
| 211. | Morris, Larry W. |
| 212. | Washington, Mary |
| 213. | Alcon, Craig and Andrea |
| 214. | Norris, Jeff and Sarah |
| 215. | Crowell, Barry and Karin |
| 216. | Shea, David |

**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 217. | Gain, Michael |
| 218. | Mahone, Todd |
| 219. | Costanza, Francie |
| 220. | Herrington, Brandi |
| 221. | Ruzic, Kitty |
| 222. | Hudson, Melissa |
| 223. | Snyder, Sharon F. and Gwinn, Elizabeth R. |
| 224. | Alexis, Roselene and Louis, Exilus |
| 225. | McAvoy, Michael and Atara |
| 226. | Biglane, Billy |
| 227. | McDaniel, Noel |
| 228. | Reese, Virgilyn |
| 229. | Seals, Ralph |
| 230. | Shiyou, Norman |
| 231. | Lindsey, Yolanda and Gary |
| 232. | McAfee, Lillie M. |
| 233. | Hughes, Mathew and Jan |
| 234. | Quartararo, Joseph |
| 235. | Davis, Juanita |
| 236. | Martinez, Kim |
| 237. | Franklin, Charles M. (Jr.) |
| 238. | Thomas, Heidi M. and McCall, Troy |
| 239. | Thomas, Heidi M. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 240. | Garnier, Wanda |
| 241. | Barreca, Antoine and Nicole |
| 242. | New Orleans Area Habitat for Humanity, Inc. |
| 243. | New Orleans Area Habitat for Humanity, Inc. |
| 244. | New Orleans Area Habitat for Humanity, Inc. |
| 245. | New Orleans Area Habitat for Humanity, Inc. |
| 246. | New Orleans Area Habitat for Humanity, Inc. |
| 247. | New Orleans Area Habitat for Humanity, Inc. |
| 248. | New Orleans Area Habitat for Humanity, Inc. |
| 249. | New Orleans Area Habitat for Humanity, Inc. |
| 250. | New Orleans Area Habitat for Humanity, Inc. |
| 251. | New Orleans Area Habitat for Humanity, Inc. |
| 252. | New Orleans Area Habitat for Humanity, Inc. |
| 253. | New Orleans Area Habitat for Humanity, Inc. |
| 254. | New Orleans Area Habitat for Humanity, Inc. |
| 255. | New Orleans Area Habitat for Humanity, Inc. |
| 256. | New Orleans Area Habitat for Humanity, Inc. |
| 257. | New Orleans Area Habitat for Humanity, Inc. |
| 258. | New Orleans Area Habitat for Humanity, Inc. |
| 259. | New Orleans Area Habitat for Humanity, Inc. |
| 260. | New Orleans Area Habitat for Humanity, Inc. |
| 261. | New Orleans Area Habitat for Humanity, Inc. |
| 262. | New Orleans Area Habitat for Humanity, Inc. |
| 263. | New Orleans Area Habitat for Humanity, Inc. |
| 264. | New Orleans Area Habitat for Humanity, Inc. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|        | Plaintiff(s)                              |
|--------|-------------------------------------------|
| 265.   | New Orleans Area Habitat for Humanity, Inc. |
| 266.   | New Orleans Area Habitat for Humanity, Inc. |
| 267.   | New Orleans Area Habitat for Humanity, Inc. |
| 268.   | New Orleans Area Habitat for Humanity, Inc. |
| 269.   | New Orleans Area Habitat for Humanity, Inc. |
| 270.   | New Orleans Area Habitat for Humanity, Inc. |
| 271.   | New Orleans Area Habitat for Humanity, Inc. |
| 272.   | New Orleans Area Habitat for Humanity, Inc. |
| 273.   | New Orleans Area Habitat for Humanity, Inc. |
| 274.   | New Orleans Area Habitat for Humanity, Inc. |
| 275.   | New Orleans Area Habitat for Humanity, Inc. |
| 276.   | New Orleans Area Habitat for Humanity, Inc. |
| 277.   | New Orleans Area Habitat for Humanity, Inc. |
| 278.   | New Orleans Area Habitat for Humanity, Inc. |
| 279.   | New Orleans Area Habitat for Humanity, Inc. |
| 280.   | New Orleans Area Habitat for Humanity, Inc. |
| 281.   | New Orleans Area Habitat for Humanity, Inc. |
| 282.   | New Orleans Area Habitat for Humanity, Inc. |
| 283.   | New Orleans Area Habitat for Humanity, Inc. |
| 284.   | New Orleans Area Habitat for Humanity, Inc. |
| 285.   | New Orleans Area Habitat for Humanity, Inc. |
| 286.   | New Orleans Area Habitat for Humanity, Inc. |
| 287.   | New Orleans Area Habitat for Humanity, Inc. |
| 288.   | New Orleans Area Habitat for Humanity, Inc. |
| 289.   | New Orleans Area Habitat for Humanity, Inc. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all
others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong
Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 290. | New Orleans Area Habitat for Humanity, Inc. |
| 291. | New Orleans Area Habitat for Humanity, Inc. |
| 292. | New Orleans Area Habitat for Humanity, Inc. |
| 293. | New Orleans Area Habitat for Humanity, Inc. |
| 294. | New Orleans Area Habitat for Humanity, Inc. |
| 295. | New Orleans Area Habitat for Humanity, Inc. |
| 296. | New Orleans Area Habitat for Humanity, Inc. |
| 297. | New Orleans Area Habitat for Humanity, Inc. |
| 298. | New Orleans Area Habitat for Humanity, Inc. |
| 299. | New Orleans Area Habitat for Humanity, Inc. |
| 300. | New Orleans Area Habitat for Humanity, Inc. |
| 301. | New Orleans Area Habitat for Humanity, Inc. |
| 302. | New Orleans Area Habitat for Humanity, Inc. |
| 303. | New Orleans Area Habitat for Humanity, Inc. |
| 304. | New Orleans Area Habitat for Humanity, Inc. |
| 305. | New Orleans Area Habitat for Humanity, Inc. |
| 306. | New Orleans Area Habitat for Humanity, Inc. |
| 307. | New Orleans Area Habitat for Humanity, Inc. |
| 308. | New Orleans Area Habitat for Humanity, Inc. |
| 309. | New Orleans Area Habitat for Humanity, Inc. |
| 310. | New Orleans Area Habitat for Humanity, Inc. |
| 311. | New Orleans Area Habitat for Humanity, Inc. |
| 312. | New Orleans Area Habitat for Humanity, Inc. |
| 313. | New Orleans Area Habitat for Humanity, Inc. |
| 314. | New Orleans Area Habitat for Humanity, Inc. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 315. | New Orleans Area Habitat for Humanity, Inc. |
| 316. | New Orleans Area Habitat for Humanity, Inc. |
| 317. | New Orleans Area Habitat for Humanity, Inc. |
| 318. | New Orleans Area Habitat for Humanity, Inc. |
| 319. | New Orleans Area Habitat for Humanity, Inc. |
| 320. | New Orleans Area Habitat for Humanity, Inc. |
| 321. | New Orleans Area Habitat for Humanity, Inc. |
| 322. | New Orleans Area Habitat for Humanity, Inc. |
| 323. | New Orleans Area Habitat for Humanity, Inc. |
| 324. | New Orleans Area Habitat for Humanity, Inc. |
| 325. | New Orleans Area Habitat for Humanity, Inc. |
| 326. | New Orleans Area Habitat for Humanity, Inc. |
| 327. | New Orleans Area Habitat for Humanity, Inc. |
| 328. | New Orleans Area Habitat for Humanity, Inc. |
| 329. | New Orleans Area Habitat for Humanity, Inc. |
| 330. | New Orleans Area Habitat for Humanity, Inc. |
| 331. | New Orleans Area Habitat for Humanity, Inc. |
| 332. | New Orleans Area Habitat for Humanity, Inc. |
| 333. | New Orleans Area Habitat for Humanity, Inc. |
| 334. | New Orleans Area Habitat for Humanity, Inc. |
| 335. | New Orleans Area Habitat for Humanity, Inc. |
| 336. | New Orleans Area Habitat for Humanity, Inc. |
| 337. | New Orleans Area Habitat for Humanity, Inc. |
| 338. | New Orleans Area Habitat for Humanity, Inc. |
| 339. | New Orleans Area Habitat for Humanity, Inc. |

**Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 340. | New Orleans Area Habitat for Humanity, Inc. |
| 341. | New Orleans Area Habitat for Humanity, Inc. |
| 342. | New Orleans Area Habitat for Humanity, Inc. |
| 343. | New Orleans Area Habitat for Humanity, Inc. |
| 344. | New Orleans Area Habitat for Humanity, Inc. |
| 345. | New Orleans Area Habitat for Humanity, Inc. |
| 346. | New Orleans Area Habitat for Humanity, Inc. |
| 347. | New Orleans Area Habitat for Humanity, Inc. |
| 348. | New Orleans Area Habitat for Humanity, Inc. |
| 349. | New Orleans Area Habitat for Humanity, Inc. |
| 350. | New Orleans Area Habitat for Humanity, Inc. |
| 351. | New Orleans Area Habitat for Humanity, Inc. |
| 352. | New Orleans Area Habitat for Humanity, Inc. |
| 353. | New Orleans Area Habitat for Humanity, Inc. |
| 354. | New Orleans Area Habitat for Humanity, Inc. |
| 355. | New Orleans Area Habitat for Humanity, Inc. |
| 356. | New Orleans Area Habitat for Humanity, Inc. |
| 357. | New Orleans Area Habitat for Humanity, Inc. |
| 358. | New Orleans Area Habitat for Humanity, Inc. |
| 359. | New Orleans Area Habitat for Humanity, Inc. |
| 360. | New Orleans Area Habitat for Humanity, Inc. |
| 361. | New Orleans Area Habitat for Humanity, Inc. |
| 362. | New Orleans Area Habitat for Humanity, Inc. |
| 363. | New Orleans Area Habitat for Humanity, Inc. |
| 364. | New Orleans Area Habitat for Humanity, Inc. |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|      | Plaintiff(s)                             |
|------|------------------------------------------|
| 365. | New Orleans Area Habitat for Humanity, Inc. |
| 366. | New Orleans Area Habitat for Humanity, Inc. |
| 367. | New Orleans Area Habitat for Humanity, Inc. |
| 368. | New Orleans Area Habitat for Humanity, Inc. |
| 369. | New Orleans Area Habitat for Humanity, Inc. |
| 370. | New Orleans Area Habitat for Humanity, Inc. |
| 371. | New Orleans Area Habitat for Humanity, Inc. |
| 372. | New Orleans Area Habitat for Humanity, Inc. |
| 373. | New Orleans Area Habitat for Humanity, Inc. |
| 374. | New Orleans Area Habitat for Humanity, Inc. |
| 375. | New Orleans Area Habitat for Humanity, Inc. |
| 376. | New Orleans Area Habitat for Humanity, Inc. |
| 377. | New Orleans Area Habitat for Humanity, Inc. |
| 378. | New Orleans Area Habitat for Humanity, Inc. |
| 379. | New Orleans Area Habitat for Humanity, Inc. |
| 380. | New Orleans Area Habitat for Humanity, Inc. |
| 381. | New Orleans Area Habitat for Humanity, Inc. |
| 382. | New Orleans Area Habitat for Humanity, Inc. |
| 383. | New Orleans Area Habitat for Humanity, Inc. |
| 384. | New Orleans Area Habitat for Humanity, Inc. |
| 385. | New Orleans Area Habitat for Humanity, Inc. |
| 386. | New Orleans Area Habitat for Humanity, Inc. |
| 387. | New Orleans Area Habitat for Humanity, Inc. |
| 388. | New Orleans Area Habitat for Humanity, Inc. |
| 389. | New Orleans Area Habitat for Humanity, Inc. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 390. | New Orleans Area Habitat for Humanity, Inc. |
| 391. | New Orleans Area Habitat for Humanity, Inc. |
| 392. | New Orleans Area Habitat for Humanity, Inc. |
| 393. | New Orleans Area Habitat for Humanity, Inc. |
| 394. | New Orleans Area Habitat for Humanity, Inc. |
| 395. | New Orleans Area Habitat for Humanity, Inc. |
| 396. | New Orleans Area Habitat for Humanity, Inc. |
| 397. | New Orleans Area Habitat for Humanity, Inc. |
| 398. | New Orleans Area Habitat for Humanity, Inc. |
| 399. | New Orleans Area Habitat for Humanity, Inc. |
| 400. | New Orleans Area Habitat for Humanity, Inc. |
| 401. | New Orleans Area Habitat for Humanity, Inc. |
| 402. | New Orleans Area Habitat for Humanity, Inc. |
| 403. | New Orleans Area Habitat for Humanity, Inc. |
| 404. | New Orleans Area Habitat for Humanity, Inc. |
| 405. | New Orleans Area Habitat for Humanity, Inc. |
| 406. | New Orleans Area Habitat for Humanity, Inc. |
| 407. | New Orleans Area Habitat for Humanity, Inc. |
| 408. | New Orleans Area Habitat for Humanity, Inc. |
| 409. | New Orleans Area Habitat for Humanity, Inc. |
| 410. | New Orleans Area Habitat for Humanity, Inc. |
| 411. | New Orleans Area Habitat for Humanity, Inc. |
| 412. | New Orleans Area Habitat for Humanity, Inc. |
| 413. | New Orleans Area Habitat for Humanity, Inc. |
| 414. | New Orleans Area Habitat for Humanity, Inc. |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 415. | New Orleans Area Habitat for Humanity, Inc. |
| 416. | New Orleans Area Habitat for Humanity, Inc. |
| 417. | New Orleans Area Habitat for Humanity, Inc. |
| 418. | New Orleans Area Habitat for Humanity, Inc. |
| 419. | New Orleans Area Habitat for Humanity, Inc. |
| 420. | New Orleans Area Habitat for Humanity, Inc. |
| 421. | New Orleans Area Habitat for Humanity, Inc. |
| 422. | New Orleans Area Habitat for Humanity, Inc. |
| 423. | New Orleans Area Habitat for Humanity, Inc. |
| 424. | New Orleans Area Habitat for Humanity, Inc. |
| 425. | New Orleans Area Habitat for Humanity, Inc. |
| 426. | New Orleans Area Habitat for Humanity, Inc. |
| 427. | New Orleans Area Habitat for Humanity, Inc. |
| 428. | Dejan, Waldo W. and Shirley L. |
| 429. | Ingram, Richard L. and Sylvia A. |
| 430. | Blay, Mark and Anitra |
| 431. | Wilson, Aldolphus, Sr. |
| 432. | Nicholas, Barbara |
| 433. | White, Ronald |
| 434. | Jones, William and Margie |
| 435. | Lawrence, Annette |
| 436. | Tillman, Joel |
| 437. | Patterson, Manuel |
| 438. | Baker, Rudolph and Doris |
| 439. | Washington, Monique |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 440. | Magee, Eiola |
| 441. | Lazard, Norma |
| 442. | Butler, Josephine |
| 443. | Johnson, Walter |
| 444. | Simon, Reginald |
| 445. | Sentino, Hubert |
| 446. | Bridges, Juanita and William |
| 447. | Brown, Kerri and Jack |
| 448. | James, Milria |
| 449. | Reed, Jerry |
| 450. | Wells, Crystal |
| 451. | Bell, Dimple |
| 452. | Waiters, James and Terrea |
| 453. | Williams, Raymond and Johnell |
| 454. | Coe, Joe and Keyoka |
| 455. | Elzie, Henry and Edna |
| 456. | Helmstetter, Lorraine |
| 457. | Williams, Albert |
| 458. | Duvernay, Victor |
| 459. | Jamar Hill |
| 460. | Kips, Karen |
| 461. | Sims, Elvina and Darryl |
| 462. | Williams, David |
| 463. | Harrison, George and Maria |
| 464. | Gesualdo, Domenic and Darlene |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 465. | Bontu, Prakash R. and Rupa |
| 466. | Villarama, Lilia |
| 467. | Diallo, Alfa and Molero, Karla |
| 468. | Gottung, Douglas and Deolores Florio |
| 469. | Romain, Doug |
| 470. | Dion, David and Parks, Eunice |
| 471. | Elliott, Roger and Allison |
| 472. | Machado, Williams and Lopez, Bicelis and Franyelina |
| 473. | Vasquez, Claudia |
| 474. | Peloquin, Michael and Erin |
| 475. | Frank, David and Catherine |
| 476. | Kim, Charles and Helen |
| 477. | Gatto, Charles |
| 478. | Floyd, Leroy and Bernadete |
| 479. | Schafer, Clyde and Pauline |
| 480. | Catalano, Pete and Annett |
| 481. | Adams, John and Andrea |
| 482. | Areces, Miguel and Jacqueline |
| 483. | Cheeran, David C. and Mary |
| 484. | Anise, Maikel and Karen |
| 485. | Boersma, Kenneth and Victoria |
| 486. | Edwards, Cecile |
| 487. | Harikrishnan, Sundaram and Jeeva |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 488. | Nijhawan, Balraj and Pushpa |
| 489. | Estadt, Barry and Jean |
| 490. | Cuellar, Javier and Echeverri, Laura |
| 491. | Lewis, Eloise |
| 492. | Iannazzi, Ronald and Florence |
| 493. | Valentine, David and Donna |
| 494. | Campola, Patsy and Maureen |
| 495. | Lumare Properties |
| 496. | Price, Robert and Edith |
| 497. | D'Ambrosio, John and Pamela |
| 498. | Costanzo, Richard and Beverly |
| 499. | Gaynor, Peter and Tracy |
| 500. | Lippold, Patricia |
| 501. | Norton, James P. and Joan C. |
| 502. | Auger, Jerry and Susan |
| 503. | Battista, Leo |
| 504. | DePompa, Angelo |
| 505. | Hogan, Roger J. and Joanne |
| 506. | Maya, Adi |
| 507. | Marcario, Katherine |
| 508. | Burt, James and Janie |
| 509. | Capizola, Edith |
| 510. | Caputo, Mark and Lisa |
| 511. | Wilbar Investments, LLC, C/O Dean Barnett |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|     | Plaintiff(s) |
| --- | --- |
| 512. | Heller, James and Barbara |
| 513. | Helmkamp, Christopher and Zivile |
| 514. | Jones, Roosevelt and<br>Green, Barbara |
| 515. | Kovacs, Michael and Judith |
| 516. | LaSalle, Julio and Carmen |
| 517. | Robichaux, Ronald Jr. |
| 518. | Lumare Properties c/o Mauricio Reyes Henao |
| 519. | Orjuela, Sonia |
| 520. | Mancuso, Robert and Lorraine |
| 521. | Ortiz, Amelia and<br>Mark, Candace |
| 522. | Richards, John and Patricia |
| 523. | Ross, Robert and Natalie |
| 524. | Rose, Michael |
| 525. | Sisk, Robert and Suzanne |
| 526. | Ventimiglia, Sal |
| 527. | Vollrath, Richard and Rebecca |
| 528. | Perone, Samuel |
| 529. | Cintula, Theodore |
| 530. | Gall, Earl and Gwynn |
| 531. | Miller, Alan and Christine |
| 532. | Forman, Stephen and Beverly |
| 533. | Lizotte, Richard and<br>Robichaux, Ronald, Jr. |
| 534. | Brynn, Gerald E. and<br>Brynn, Betty J. |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 535. | Alford, Edgar and Rita |
| 536. | Troutman, Rodney and Sheila |
| 537. | Weiner, Darryl |
| 538. | Stewart, Chester |
| 539. | Russo, Charles and Josephine |
| 540. | Community Associates (Jackie Pottinger) |
| 541. | Pomes, Ashley |
| 542. | Simon, Catherine |
| 543. | Bernard, Warren and Faith |
| 544. | Bourgeois, Patricia and Glenn |
| 545. | Sansome, Shelly |
| 546. | Landry, Jerome and Brandi |
| 547. | Robinson-Cloud, Deidra |
| 548. | Robinson, Karen A. |
| 549. | DeMonaco, Charles |
| 550. | Jarman, Marcus and Jaclyn |
| 551. | Mendez, Wilmer |
| 552. | Robinson, Terry and Wallace |
| 553. | McMillan, Annette and John |
| 554. | McMillan, Annette and John |
| 555. | McDonald, Gary and Tricia |
| 556. | Prestridge, John |
| 557. | White, Charles and JoAnn |
| 558. | Ball, Jeffery |
| 559. | DeGruy, David |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 560. | Hill, Leonard and Luverdia |
| 561. | King, Robert |
| 562. | Parker, Jason |
| 563. | Poggio, James and Janice |
| 564. | Allen, Cathy Williams |
| 565. | Cardinal, Michael and Suyon |
| 566. | Chaney, Wesley and Sheila |
| 567. | Cummins, Jay and Betty |
| 568. | Dykes, Jacob and Anny |
| 569. | Everett, Michael |
| 570. | Fulton, David and Marjorie |
| 571. | Gibson, Robert and Peggy |
| 572. | Hahn, Letitia |
| 573. | Hersey, Benjamin and Kandice |
| 574. | Jones, Christopher B. |
| 575. | Kallfelz, Marita |
| 576. | Kaufman, Leslie |
| 577. | Howard Krause as Trustee of the Naomi Krause Revocable Trust dated March 26, 2001 |
| 578. | Maxwell, Richard and Gretchen |
| 579. | Miller, Robert |
| 580. | Poplausky, Maurice and Hanna |
| 581. | Rodriguez, Otonier and margarita |
| 582. | Taylor, Lloyd and Hoxter, Scott |
| 583. | Visionary Ministry |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|  | Plaintiff(s) |
|---|---|
| 584. | Wester, Billy Ray and Beverly |
| 585. | Moore, Johnny and Brenda |
| 586. | Kennedy, Alfred |
| 587. | Mason, Stephen and Mary Margaret |
| 588. | Goldman, Clivens and Andrea |
| 589. | Williams, Raymond and Dedre |
| 590. | Roberts, Kenneth and Audrey |
| 591. | Robbins, Michelle |
| 592. | Donohue, Mark and Lori |
| 593. | Flaherty, Catherine |
| 594. | Hansen, Matt and Tracie |
| 595. | Huette, David and Jennifer |
| 596. | Lorenzo, Lisandro |
| 597. | Morris, James and Joyce |
| 598. | Washington, Joseph and Brenda |
| 599. | Antinarelli, Paulette |
| 600. | Argueta, Gabriel and Garcia Suyopa, Elisabeth |
| 601. | Avery, Janet |
| 602. | Billy, Ronald and Tabitha |
| 603. | Brady, Michael and Barbara |
| 604. | Brathwaite, Melvin and Maryann |
| 605. | Brown, David |
| 606. | Clark, John and Mary |
| 607. | DaSilva, Manuel |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|      | Plaintiff(s)                              |
|------|-------------------------------------------|
| 608. | DiPonti, Robert and Dolores               |
| 609. | Disla, David                              |
| 610. | Ess, Thomas                               |
| 611. | Ferrigno, Joseph and Christina            |
| 612. | Foster, William and Vicki                 |
| 613. | Gallucci, Gary and Patricia               |
| 614. | Gody, Anthony and Candace                 |
| 615. | Gonzalez, Damian/Taini                    |
| 616. | Hicks, Diane                              |
| 617. | Hunia, Edward and Mary Sue                |
| 618. | Irani, Jal and Shiraz                     |
| 619. | Johnson, Abraham                          |
| 620. | Jones, James and Athena                   |
| 621. | Kirchheimer, Roni and Ana                 |
| 622. | Lamonge, Yves                             |
| 623. | Leach, Kenneth and Dinah                  |
| 624. | Licon, Eddie                              |
| 625. | Maguire, Vincent and Wende                |
| 626. | Martel, Jean and Carmelle                 |
| 627. | McAdoo, Kevin and Julie                   |
| 628. | Mike, Tamas and<br>Blanar, Eva            |
| 629. | Nguyen, Hung Huu and Hoang Oanh Ngoc      |
| 630. | Nuqui, Magno and Aracelli                 |
| 631. | Purcell, Veronica                         |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 632. | Raucci, Steven and Dorothy |
| 633. | Salman, Samir and Julia |
| 634. | Santacruz, Jose and Yvette |
| 635. | Santan, Francisco and Maricellis and Santana, Ramon and Caren |
| 636. | Seal, Liz Eneida |
| 637. | Segnello, Jeffrey and Monica |
| 638. | Sonnie, Eric and Andrea |
| 639. | Spencer, Edna |
| 640. | Summerall, Charles and Sharon |
| 641. | Thompson, Lisa |
| 642. | Vacationhit, LLC aka Koch, Tortsten and Diana |
| 643. | Vaughan, Gregory and Pauline |
| 644. | Watson, Joan Trust |
| 645. | Way, Cedric and Michele |
| 646. | Wheeler, Richard and Elizabeth |
| 647. | Whelan, John and Robin |
| 648. | Whitlock, Scott and Lucille |
| 649. | DaSilva, Manuel |
| 650. | Donohue, Mark and Lori |
| 651. | Flaherty, Catherine |
| 652. | Hansen, Matt and Tracie |
| 653. | Huette, David and Jennifer |
| 654. | Lorenzo, Lisandro |
| 655. | Morris, James and Joyce |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 656. | Washington, Joseph and Brenda |
| 657. | Becerra Alexander and Barrios, Ana |
| 658. | Benzo, Ramon and Candida |
| 659. | Benish, Frances |
| 660. | Blanchard, Abelar |
| 661. | Borges, Virgilio and Janaina |
| 662. | Bowers, Gail and Roger |
| 663. | Braga, Henry and Deborah |
| 664. | Brown, Keith and Lacy |
| 665. | Caple, Janelle |
| 666. | Caputo, Marc and Turer, Scott |
| 667. | Cardiello, Frank and Gayle |
| 668. | Cavalieri, Sam, John, Jennifer and Candace |
| 669. | Chan, Yut Siong |
| 670. | Chinoy, Vinita and Raymond |
| 671. | Collins, James and Laura |
| 672. | Covos, Sebastian |
| 673. | Cummings, Brian Younger and Cummings, Leslie |
| 674. | DeKeyser, Lee and Phyllis |
| 675. | DeLeon, Gordon and Donna and Whitfield, Douglas and Sherry |
| 676. | DeLeon, Gordon and Donna |
| 677. | Delisser, John and Marvalyn |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 678. | Demirgian, Edward and Tonia |
| 679. | Dickinson, William |
| 680. | Dong, Chi and<br>Lu, Qun |
| 681. | Dryman, Lauren |
| 682. | Duckett, Larry and Lori |
| 683. | Dunn, Keith and Crystal |
| 684. | Ellison, Maynard and David |
| 685. | Entrust IRA SW Florida LLC for IRA #56926 for Edward Adams |
| 686. | Escudie, Mary |
| 687. | Evans, Donald and Barbara |
| 688. | Fluence, Joseph |
| 689. | Foster, Gregg |
| 690. | Frasiolas, Steve and Harriet |
| 691. | Freel, Kevin |
| 692. | Fugazy, Justin and Lenni |
| 693. | Gangl, Donald and Michelle |
| 694. | Garrett, June |
| 695. | Garrido, Olga and Carlos |
| 696. | Garvey, Stephen and Karen |
| 697. | Giannoussidis, Nikolaos |
| 698. | Goede, John and Kristin |
| 699. | Grizzard, Gerald |
| 700. | Guerriero, Michael and Nancy |
| 701. | Guillette, Jason and Melissa |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 702. | Harris, Ralph and Bain-Harris, Jean |
| 703. | Harrison, Barrie and Hillary |
| 704. | Harter, Harry and Olga |
| 705. | Hoffman, Hannelore and Lengel, Donna |
| 706. | Hornbeck, Ronald and Linda |
| 707. | Hubbard, Curtis and Michelle |
| 708. | Johnson, Christopher |
| 709. | Jones, Brian and David, Kimberly |
| 710. | Jones, Kenneth |
| 711. | Junco, Jorge |
| 712. | Karaian, George and Bernadete |
| 713. | Keller, Brad and Kerry |
| 714. | Knight, Rosemary |
| 715. | Kramer, Dan and Carolyn |
| 716. | Krueckel, Susanne and Schneider, Wolfgang |
| 717. | Leon, Daimarys |
| 718. | LJPTRD, LLC |
| 719. | Loader, Jennifer C. |
| 720. | Look, Peter |
| 721. | Lopez, German and Valerie |
| 722. | Lopez, Stephen |
| 723. | Love, Nakisha and Rockcliff, Christie |
| 724. | Lowande, Paul and Renee |

**_Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al._**

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 725. | Maniscalco, Frank and Grace |
| 726. | Martin, Patrick and Alice |
| 727. | Mastrogiacomo, Kim |
| 728. | Mattia, Michael and Mary Ellen |
| 729. | McKnight, Ashley and Gloria |
| 730. | Mitchell, Robert and Bonnie |
| 731. | Morillo, Madelyn |
| 732. | Mundt, Elaine |
| 733. | Mundy, Terry and Pamela |
| 734. | Murray, Robin and Marva |
| 735. | Nukho, Michael, Edward and George |
| 736. | Nunes, Norberto |
| 737. | OIP, LLC |
| 738. | Ondrovic, Joseph |
| 739. | Owen, Scott and Emilia |
| 740. | Page, Michael and Rikke |
| 741. | Patterson, Kelli |
| 742. | Pezze, Daniel and Carol |
| 743. | Pietrantonio, Robert and Tamie |
| 744. | PSC Enterprises LLC |
| 745. | Quaranta, Benito |
| 746. | Quinn, Christopher and Katherine |
| 747. | Rand, Richard |
| 748. | Reaves, Eugene and Lori |
| 749. | Reiprecht, Raymond |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 750. | Richardson, Valerie |
| 751. | Rose, Mary and<br>Donnelly, James |
| 752. | Sakalauskas, Alberto and Laura |
| 753. | Sellman, Terry and Donna |
| 754. | Sheehan, Michael and<br>Willman, Courtney and<br>Hussey, Greer A. |
| 755. | Shelmandine, Gerald A. and Connie L. |
| 756. | Singh, Govind |
| 757. | Smith, Gloria and Robert |
| 758. | Stein, Amy |
| 759. | Stewart, Joseph and Sandra |
| 760. | Strehle, Etta and<br>Jones, Bruce |
| 761. | Sullivan, William and Sheila |
| 762. | Sutton, Stuart |
| 763. | Swartz, Christopher and Sylvia |
| 764. | Teitelbaum, Ronald and Donna |
| 765. | Thompson, Benjamin and Deborah |
| 766. | Toler, Calvin and Allison |
| 767. | Tomac, Tommy and Carrie |
| 768. | Vayda, Richard and Rita |
| 769. | Vila, Desiree |
| 770. | Villalobos, Giliam |
| 771. | Wagner, Jonathan and Samantha |
| 772. | Weinsberg, Edgar and Yvonne |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|  | Plaintiff(s) |
|---|---|
| 773. | West, Wayne |
| 774. | Wienstroer, Danny and Patrick |
| 775. | Wilson, Diane and Richard |
| 776. | Wohleber, David and Marlene |
| 777. | Woods, Randy and Sherry |
| 778. | Yassa, Alain |
| 779. | Yusuf, Nejeh |
| 780. | Zhang, Dong |
| 781. | Altidor, Julie |
| 782. | Ballard, Marcia (Trustee Ballard Marcia Revocable Living Trust) |
| 783. | Brohm, Brian & Tara |
| 784. | Christodoulou, Louis and Maryann |
| 785. | Collingwood, Sharon and Samuel |
| 786. | Cruz, Robert and Sandra |
| 787. | D'Ambrosio, John and Pamela |
| 788. | Flaherty, Catherine |
| 789. | Kostelecky, Charlotte and Joseph |
| 790. | Maradona, Michael and Arlen |
| 791. | Murphy, William |
| 792. | Pauls, Henry and Gerna |
| 793. | Seddon, Robert and Joan |
| 794. | Jones, Casey M., Megan S. and Louis R. |
| 795. | Al-Burkat, Mohammed and Shawana |
| 796. | Lavergne, Sheral Ann |
| 797. | Lester, Lorraine |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|      | Plaintiff(s) |
|------|--------------|
| 798. | Whitney, Brian |
| 799. | Brock, Ora |
| 800. | Palmer, Frances |
| 801. | Steele, Wanda |
| 802. | Conroy, John and Sandra |
| 803. | Geraci, Vincent and Joan |
| 804. | Seaks, Sieglinde |
| 805. | Prokopetz, Jason and Linda |
| 806. | Batra, Vinod |
| 807. | Ceminsky, Gerald and Margaret |
| 808. | Dowdy, Alfred and Joyce |
| 809. | Epstein, Kim |
| 810. | Gauthier, Paul and Patricia |
| 811. | Grassel, Eric and Svetlana |
| 812. | Hamwee, Mark |
| 813. | Kingsnorth, Bob and Grace |
| 814. | Masih, Parveem |
| 815. | Muenchen, Stephen, Jr. |
| 816. | Muenchen, Stephen, Sr. |
| 817. | Naustdal, Oscar and Donna |
| 818. | Steed, Max |
| 819. | Torpy, Larry and Terri |
| 820. | Zamora, Michael |
| 821. | Levitan, Lev |
| 822. | Toledo, Marcia |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|       | Plaintiff(s)                          |
|-------|----------------------------------------|
| 823.  | Perez, Esdras                          |
| 824.  | Barcia, Aurora                         |
| 825.  | Vrchota, Roy                           |
| 826.  | Gulf Reflections Condominium           |
| 827.  | Borgardt, David and Katherine          |
| 828.  | Cegielski, Boguslaw and Ning           |
| 829.  | Menz, Charlotte                        |
| 830.  | Faroh, Edgar                           |
| 831.  | Ivory, James and Maria                 |
| 832.  | Griffith, Richard and Olga             |
| 833.  | Madera, Eligio and Belkys              |
| 834.  | Cambric, Shannon                       |
| 835.  | Patti, Anthony                         |
| 836.  | Serajuddowla, Ruth                     |
| 837.  | Sierra, Santos                         |
| 838.  | Simonian, Thomas                       |
| 839.  | Valentin, Miguel                       |
| 840.  | Siddiqui, Hassan and Frauke            |
| 841.  | Barragan, Fernando and Barbara         |
| 842.  | Restrepo, Soccoro                      |
| 843.  | Victoria, Lindsey                      |
| 844.  | Edwards, Norma                         |
| 845.  | Suarez, Humberto                       |
| 846.  | Brumbaugh, Russell and Carol           |
| 847.  | Mullen, Thomas and Kathleen            |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 848. | Cruz, Eduardo |
| 849. | Thomas, Omar and Nelson, Nordia |
| 850. | Osterberg, David and Andrea |
| 851. | Singeton, Robert and Krista |
| 852. | Mihelich, George and Mara |
| 853. | Morgan, Jetson and Lee |
| 854. | Marcano, Jorge |
| 855. | Packard, Suki |
| 856. | Boucher, Gordon and Nancy |
| 857. | Cummins, Roland and Charlene |
| 858. | Mantuo, Joe Ellen |
| 859. | Ebersole, Maria |
| 860. | Talerico, Joseph |
| 861. | Reilly, Reid |
| 862. | Helmick, Maria and Timothy |
| 863. | Powell, Laura Ann |
| 864. | Hanzel, Gary |
| 865. | Coords, Maria |
| 866. | Palmer, Olga |
| 867. | Nunez, Carmela |
| 868. | Kranz, Helen |
| 869. | Robinson, Patrick |
| 870. | Larrazabal, Alejandro |
| 871. | Masmela, Bryan |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)**

|  | Plaintiff(s) |
|---|---|
| 872. | Teegarden, Randy and Teresa |
| 873. | Craig, Bill and Jill |
| 874. | Fischer, Dirk and Svetlana |
| 875. | Arias, Evelyn |
| 876. | Meyer, Ken |
| 877. | Shaw, John and Barbara |
| 878. | Cole, John and Star |
| 879. | Transland LLC |
| 880. | Macon, Jeremy |
| 881. | Polk, Donna |
| 882. | Mertlitz, Andy |
| 883. | Donohue, Francis J., Jr. |
| 884. | Casanova, Carlos |
| 885. | Erickson, William Charles |
| 886. | Hussey, John |
| 887. | Antoun, Ivan |
| 888. | Arnold, Gloria |
| 889. | Barone, Dwayne |
| 890. | Bean, Shantez and Marquesa |
| 891. | Boudreaux, Shaun and Justine |
| 892. | Bradbury, Jon |
| 893. | Breaux, Roy Jr. |
| 894. | Burton, Rose and Tebault |
| 895. | Candebat, Richard Sr. |
| 896. | Couture, Kasie and Patrick |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.***

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|  | Plaintiff(s) |
|---|---|
| 897. | Dasilva, Jose and Maria |
| 898. | DeGeorge, Janet |
| 899. | Evans, Jamie |
| 900. | Findorf, Fredene |
| 901. | Geisler, Walter |
| 902. | Gonzales, Huey Jr. |
| 903. | Gonzales, Robert and Natasha |
| 904. | Gundorf, Hazel |
| 905. | Hatheway, Billie |
| 906. | Hunter, Dorothy |
| 907. | Johnson, Ronald |
| 908. | Johnson, Timothy |
| 909. | Koffler, Paul |
| 910. | Labrosse, Brad and Tricia |
| 911. | Lee, Sybil |
| 912. | Lewis, Felton, III and Green, Danielle |
| 913. | Lewis, Frank and Donna |
| 914. | Lewis, Torrey & Vondria |
| 915. | Ludwig, Donald |
| 916. | Manuel, Barbara |
| 917. | Moran, Shawn |
| 918. | Mowers, Matthew and Evelyn |
| 919. | Nelton, Mary |
| 920. | Nicolosa, Martin and Sharon |

***Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.***

### Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (IX)

|  | Plaintiff(s) |
|---|---|
| 921. | O'Sullivan, Steven |
| 922. | Picado, Henry and Tina |
| 923. | Prestenback, Mae Rose |
| 924. | Randazzo, Virginia |
| 925. | Scallan, Patricia |
| 926. | Schaller, Frederick |
| 927. | Shelton, Brandy |
| 928. | Sigur, Frederick |
| 929. | Valee', George |
| 930. | Viada, Jodi |
| 931. | Vucinovich, Thomas and Warrine |
| 932. | Westerfield, Robert and Ashley |
| 933. | White, Jerry and Celeste |
| 934. | Alexander, Kerry L. and Taunton, Kim |
| 935. | Lake Crest Townhomes, LLC |