*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (IX)**

|  | **Plaintiff(s)** |
|---|---|
| 936. | Aldi, Inc. |
| 937. | Flynn, John and Susan |
| 938. | King, Carolyn and Alfred |
| 939. | Zarroff, Brett and Lichi, Perla |
| 940. | Green, David |
| 941. | Rincon, Gabriel and Angela |
| 942. | Daboval, John and Mary |
| 943. | Landry, Ron |
| 944. | Rondeno, Charlotte |
| 945. | Henry, Fred and Tia |
| 946. | Sims, Sarah and Michael |
| 947. | Edouard, Louis and Kathleen |
| 948. | Fishner, Nancy |
| 949. | Crawford, Scott and Dawn |
| 950. | Falke, Kenneth |
| 951. | Glickman, David and Joan |
| 952. | San Filippo, Keith |
| 953. | Siegel, William |
| 954. | Etter, Steve and Cathy |
| 955. | Reber, Todd and Melissa |
| 956. | Butler, Kenneth and Mary |
| 957. | Mullins, Bobby W. and Darlyne |
| 958. | Palmer, Sonja and Strachan, Patricia |

| | |
|---|---|
| *Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.* ||
| **Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (IX)** ||
| | **Plaintiff(s)** |
| 959. | St. Julien, Lynda |
| 960. | Mueller, Shirley |
| 961. | Quackenbush, Ronald and Lorraine |
| 962. | Ciancimino, Gianpaolo and Danielle |
| 963. | Buck, David and Wendy |
| 964. | Ucci, Walter |
| 965. | Anderson, Michael and Renee |
| 966. | Simpson, Kayan and Briscoe, Christopher |
| 967. | Palombi, Mark and Allison |
| 968. | Eng, James and Yvonne |
| 969. | Greenleaf, Julianna |
| 970. | Townsend, Steven and Maner, Christopher |
| 971. | Brown, James and Virginia |
| 972. | Dawson, Robert |
| 973. | Nathan, Vernette |
| 974. | Bohler, Ann and Robert |
| 975. | Camden, Sideny and Susan |
| 976. | Rogers, Margaret |
| 977. | Mishkind, Howard and Jane |
| 978. | O'Leary, Dennis and Stephanie |
| 979. | Olson, Daniel and Sarah |
| 980. | Butzer, Albert and Betsy |
| 981. | Fuller, David |

| | |
|---|---|
| *Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*<br><br>**Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (IX)** | |
| | **Plaintiff(s)** |
| 982. | Crowder, Kenneth and Sandra |
| 983. | Dooling, Jay |
| 984. | Owen, John and<br>Parks, Meredith |
| 985. | Brett, Patrick and Layne and<br>S&A Property Group, LLC |
| 986. | Smith, Wanda and Samuel |
| 987. | Huynh, Duoc and Pamela and<br>A Pen Lovers Paradise, LLC |
| 988. | Firvida, Maria and<br>Ramos, Jose and<br>Ramos-Firvida, LLC |
| 989. | Betz, Kenneth and<br>JM & MA, LLC |
| 990. | Tavares, Guilherme and Lafamia and<br>Vita, LLC |
| 991. | Anderson, Timothy and<br>Attorney Landholdings, LLC |
| 992. | Klett, Mark and<br>Klett Consulting Group, Inc. |
| 993. | Wightman, Karen and<br>Berlin, John |
| 994. | Connell, Rebecca W. |
| 995. | Hudson, Chad and Melissa |
| 996. | Herrington, Brandi and<br>Willis, Joey |
| 997. | LaPierre, Dawn Ross and Ronald V. |
| 998. | Benfatti, Mary C. |

| | *Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.* **Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (IX)** |
|---|---|
| | **Plaintiff(s)** |
| 999. | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans |