UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court previously scheduled the Certain Banner Entities' Motion to Strike Homebuilders' Fact Witness List (R. Doc. 8619), for submission on the briefs. However, upon request from the parties, the Court has agreed to hear oral argument on the Motion. Accordingly, IT IS ORDERED that this Motion is scheduled for hearing with oral argument on May 17, 2011, at 1:00 p.m. in the Courtroom of Judge Eldon Fallon.

New Orleans, Louisiana this 6th day of May 2011.

_____
U.S. District Judge