UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court previously scheduled the Knauf Defendants' Motion to Enforce Settlement Agreement (R. Doc. 8606) for hearing on May 11, 2011. However, upon further consideration of the Motion in light of the Court's current schedule, IT IS ORDERED that the hearing on this Motion is continued to May 26, 2011, following the monthly status conference.

New Orleans, Louisiana this 6th day of May 2011.

_____
U.S. District Judge