UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED  *  MDL No. 2047
DRYWALL PRODUCTS LIABILITY     *
LITIGATION                     *
                               *
THIS DOCUMENT RELATES TO:      *  JUDGE FALLON
DAVID GROSS, et al.            *
vs.                            *
KNAUF GIPS KG, et al           *
Case No. 09-6690               *  MAG. WILKINSON

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

DUANE DAVIS

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Chief Operating Officer for Hansen Homes of South Florida, ("Hansen Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Hansen Homes in the regular course of business.

2. Hansen Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Hansen Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Hansen Homes has never built a residence in the State of Louisiana nor had any contracts

EXHIBIT "A"

or subcontracts with companies located in Louisiana.

5. Hansen Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Hansen Homes does not have an agent for service of process in Louisiana.

7. Hansen Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Hansen Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Hansen Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Hansen Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Hansen Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Hansen Homes never anticipated it would be haled into court in Louisiana.

_____
DUANE DAVIS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 25th DAY OF Oct., 2010.

_____
NOTARY PUBLIC

YVONNE M RUSH
MY COMMISSION # DD748583
EXPIRES January 19, 2012
www.NotaryService.com
(407) 398-0153

2



Hansen Homes of South Fl Inc.
P.O. Box 151735
Cape Coral, FL 33915
239-458-2100 PH  239-458-2295 FAX
CRC 056902

**CONTRACT FOR SALE AND PURCHASE**

Buyer MUST attach a copy of Drivers License or Identification Card to this contract

Nowicki, John #6

Date of Contract: 1/29/2005   This Contract Expires if not closed and funded to Hansen Homes before: 4/9/2005

Initialing the lines of this contract represents understanding and agreement to all of the terms, conditions, and information preceeding said line.

Hansen Homes shall construct the   Slater w/ turret   Model                 X __/s/__

Any and all changes to this contract shall be made in separate addendums.   X __/s/__

HANSEN HOMES of South Fl Inc. &   John Nowicki   (Legal Names Only)
as buyer(s) hereby agree that the builder shall build and the buyer(s) shall buy the above-referenced model on the property not owned by the Hansen Homes of South Fl Inc. described as follows:

Realtor Rep:   NA      Phone #:         Commission (house only):

LEGAL DESCRIPTION or real estate located in the County of Lee of property to be built upon:
BL:        5880       LOTS:   44-45    UNIT:    92
ADDRESS:   2715 SW 18th Ave       Cape Coral FL 33914
STRAP:     33-44-23-c2-05880.0440

Hansen Homes of South FL Inc. is not the seller of this property, Hansen Homes never has nor ever will take title or own the above referenced property       X __/s/__

**MISCELLANEOUS DATA:**
| | | | | |
|---|---|---|---|---|
| LOAN TYPE: | Conventional | Current Zoning: | R1-B | |
| MODEL: | Slater w/ turret | Future Land use: | Single multi | |
| WELL | X | SEPTIC  X | CITY H20 | SEWER |
| STANDARD LOT: | YES | | NO   X | SIZE: Unknown |
| FLOOD ZONE: | A8:EL8 | NEED FLOOD CERT./INS. | Yes | |
| Seawall: | NA | Pool: | Yes | |

$ 154,900.00  Base
N/A           Lot Allowance
$   6,000.00  Fill Allowance
$     725.00  Culvert Allowance
N/A           Closing Cost Allowance
$   6,000.00  Construction Interest Allowance
N/A           Clearing Allowance
N/A           Lehigh Acres Fee
$     600.00  Flood Insurance Policy Allowance
N/A           Seawall Allowance     (no dock)
$  26,900.00  Pool Package          12*24 pool with 18*30 deck
N/A           Standard Island
N/C           R-30 insulation
N/C           Raised white panel cabinets & plant shelves on both sides of the great room
N/A           Retaining wall allowance (this may be needed if your lot has both a pool and a seawall)
N/A           Increased impact fee allowance for public utilities
N/C           Rocker switches and attic pulldown stairs
N/C           1/2 bath option in study
$     500.00  Sunburst window above front window to replace stucco burst
$   1,650.00  Irrigation system allowance
$   1,500.00  Dimensional shingles
$     400.00  Garage door opener
$   6,000.00  12*12 Tile everywhere except bedrooms
$     200.00  Smooth top range

EXHIBIT "B"

$   4,500.00  Solid surface counters in kitchen with undermounted stainless steel sink
$   1,200.00  Cultured marble tops in baths
$     675.00  Side by side fridge

$ 211,750.00  TOTAL

*Grass is not waranteed unless a sprinkler system is purchased in this contract*   X _____

| | |
|---|---|
| PURCHASE PRICE............................................................................ | $ 211,750.00 |
| LOT PRICE:..................... | see above |
| 15% DOWN FOR CASH BUYERS................................................ | na |
| DEPOSIT.........(non-refundable)................................................... | |
| SECOND DEPOST ......................................................................... | na |
| BALANCE DUE................................................................................ | $ 211,750.00 |
| | |
| BUILDER'S ASSISTANCE W/CLOSING COSTS................................... | NA |
| LOT PAID IN FULL BY BUYER(S) AT............................................. | NA |
| BUILDER TO PAY CONST. INTEREST NOT EXCEEDING..................... | NA |

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this contract for sale and purchase is conditioned upon the buyer closing on said loan with funds to Hansen Homes within 60 days from the date hereof. Buyer(s) agree(s) to make application for, and to use reasonable diligence to obtain said loan. Should buyer(s) fail to obtain same within 60 days time, contract is then null and void.        Seller will review and change
prices if buyer(s) opt to write a new contract.
                                                                                                                                X _____

The contract must specify "loan" or "cash". Buyers have 60 days in which to obtain and close on a loan. Cash buyers must prove they have the complete amount available before any permitting work commences.                                                                                          X _____

**DEPOSITS ARE NON-REFUNDABLE**           *NO EXCEPTIONS*        X _____

**TITLE WORK**
Title companies may not HOLD checks. It is the buyers responsibility once the loan documents are signed to make sure that Hansen Homes of South Fl Inc. has received the preconstruction draw.
If Hansen Homes does not receive the appropriate documentation and funding within the time before this contracts is to expire, Hansen Homes of South Fl Inc has the option to cancel the contract.
                                                                                                                                X _____

Title companies must get loan papers to Hansen Homes in a timely manner.
Once the title company receives the signed documentatiton from Hansen Homes,
a pre-construction draw must be delivered within 72 hours. Failure to do so will cause the cancellation of this buyers contract if not within the 60 day time period for closing.
It is the title company's responsibility to make sure that the loan is closed with all parties before disbursing.
                                                                                                                                X _____

**DISCLAIMER**
Buyer(s) take full responsibilitiy to obtain and/or confirm any information about zoning,schools
possible public works, etc... in the area they have chosen to build.                   X _____

**VARIABLES**
Contract price does not include the following unless specifically added to contract.
Rock removal that may occur in:     * Septic systems, pools, seawalls, & swales may cause extra expense
Tree Removal that may occur in:     * Trees or shrubs in area of house slab, around concrete, or septic areas must be removed
Extended service                    * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as: Owl nest removal, D.E.P., wetlands, variances, ect..
Fill, other than the stemwall fill unless otherwise specified in this contract
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments or Betterment fees *
                                                                                                                                X _____

**ADDITIONAL CHARGES**
If due to any reason beyond Hansen Homes construction obligations, construction of the home is not able to commence the buyer will be charged $1,500 per month that construction is haulted. Such reasons where a charge would apply would be due to the buyers chosen lot being in an eagle zone, owl zone, Enviromentally protected wetlands and so forth. Any such reasons are the responsibility of the buyer and all costs related to such reasons are the buyers responsibility plus $1,500 per month when construction cannot commence.

Any splitting of parcels on the part of Hansen Homes will be charged to the buyer at a cost of $300.

X _/s/_

**NOT INCLUDED (continued)**
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utilitiy Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)

X _/s/_

**NOT INCLUDED (continued)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a coventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*
The Cost of water to fill your pool or to water your yard will be charged at completion

X _/s/_

**CANCELLATION**
In the event this contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.
If the title company disburses the pre-construction draw to Hansen Homes of South Fl Inc., then requests the funds back due to any reason, said fees will be taken out of the pre construction funds.

X _/s/_

Contract price includes the following:
*Impact fees (unless increased)
*Permit fees          *Septic permit fees
*Hookup to public utilities.
*Notice of Commencement in lieu of final survey (cash buyers only)
Hurricane Shutters for Cape Coral homes only

(If they are needed on your property per code)
Blueprints          *Complete well system
Engineering        *Complete septic system
*Surveys

X _/s/_

**PRICE CHANGES:**
Prices not specifically quoted in this contract for upgraded items may increase without any prior notice.          Allowances are estimates and could be more or less than the written price.

X _/s/_

**Builders Risk Insurance**
Hansen Homes of South Fl Inc. will provide the building site with builders risk insurance during construction of the home. In the event of a major storm, catastrophe or vandalism the buyer will be charged (and by initialing the following line agrees to pay) a 5% deductable or whatever fee applies to your particular home.

X _/s/_

In the event a C.O. has been issued but the buyer/customer has failed to obtain and forward to Hansen Homes proof of homeowners insurance, the customer/buyer agrees to pay for any damage due to storm, vandalism, theft, or any other factor if the costs do not warrant an insurance claim.

X _/s/_

If Customer/Buyer does not provide the requested and necessary proof of insurance and time still permits Hansen Homes will pay for an extension of the builders risk policy and charge the buyers for each months insurance plus a $200 per month fee until such proof is presented. The above builders risk clauses would still pertain.

X _/s/_

If customer/buyer has purchased this home for investment purposes, payment for overages and the final draw from the lender is due within 2 weeks from the date of C.O. If he/she fails to provide payment within this time period, the buyer/customer agrees to pay 10% of the balance due on a per diem basis until payment is received.          10 business days = (2 weeks)

X _/s/_

**Septic Systems**
Hansen Homes of South Florida Inc is not responsible and will be held harmless if the customer/buyer experiences septic problems due to misuse of the system & will pay a service call to the Septic Installer and/or plumbers if applicable.

X _/s/_

**RESTRICTIONS, EASEMENTS, AND LIMITATIONS**
The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements imposed by the Governmental authority. Also, restrictions and matter appearing on the Plat or otherwise common to the subdivision (restricted deed), and public utility easements of record. Also, taxes for year of closing & subsequent years, assumed mortgages and pur-

chase money mortgages; provided, however, that none of the foregoing shall prevent the use of the property for the purpose of constructing a single family residence thereonto.
(*Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting Department that lot in question is a "buildable lot"*).

X __/s/__

### GARAGE LOCATION
If the electric pole is located on the left side of the property, facing the site, the garage door will be located on the same side. If it is on the right, the garage will be on the right side. This is the shortest distance from your power pole to your breaker box. Extended service may be requested but must be **specifically** added and paid for within the context of the contract.If the power company sets the pole opposite the garage there will be an additional charge of $475 to the buyer(s).Your blueprints will not necessarily be correct with regard to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!

X __/s/__

### HOUSE LOCATION:
The location of the proposed house on your lot will be at minimum set backs as required by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some changes may result in additional costs to the buyer. Each site plan change will cost $75

X __/s/__

### INTEREST PAYMENTS AND CASH CONTRACTS
All draw requests for cash contracts are due upon requests. Delay in payment can and will hold up the construction schedule. Interest payment to your lender must be current before funds will be released to us. This can and will hold up the construction schedule. Hansen Homes will pay only the amount of construction interest specified in this contract. Draws are due as items on disbursement schedule are completed. The correction of red tags or completion of inspections by permitting office is not in any way shape or form relevant to the disbursement of draws. Corrections/repairs, etc... are done at random and can be different for each home but will be done by final draw. Hansen Homes reserves the right to pay past due construction interest bills in order to obtain draws from the customer/buyers lender. This interest will be paid to the customer/buyer at completion. Failure to pay will result in a lien being filed against the home, and the keys will not be granted or turned over to the customer until payment has been received by Hansen Homes.

X __/s/__

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to obtain that type of loan. All investors will be charged for anything else that may be required for their buyers' end loan, such as water tests, r.o. systems, specific inspections, etc... The payment of these monies to the builder will initiate the work being done. No work will be done unless prior payment has been received.There will be no exceptions!!!

X __/s/__

### COMPLETION TIME
On average we can complete your home in 6-7 months from the day your permit is issued. Exceptions can be: non payment on construction interest by the buyer, weather conditions, inspection backlogs, scheduling delays and materials shortgages, etc... Changes by buyers/customers or code changes will also hold up construction.

X __/s/__

It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.

X __/s/__

**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPARTMENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 5-6 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**

X __/s/__

### ASSESSMENTS & UTILITIES
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made. Charges from FGUA or other private suppliers of public water are not included in this contract unless otherwise stated.

X __/s/__

### SUBSTITUTION OF MATERIALS
Hansen Homes reserves the right to substitute materials without any prior notice providing the substitution meets all code requirements & is not a special order.

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall control all printed provisions conflicted therewith.

X __/s/__

PAID BY BUYER: All closing fees, title search fees, courier, fax, long distance charges,

or costs incurred in obtaining a loan are to be paid by the buyer. Costs to overnight draws
to Hansen Homes will be charged to the buyer at completion                                X _____

NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY
KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN
GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID
BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.              X _____

CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE
NOT COMPLETED AT TIME OF C.O.  BALANCE TO BE PAID BEFORE    RELEASE
OF HOME TO THE BUYER(S).                                                                     X _____

**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors.
Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has
been made. The investor / homeowner is responsible to water and maintain the
afore-mentioned items as well as maintain any fill washed out to due heavy rains    X _____

**CHANGES**
$200 charge will be made for each change made after the blueprints
are signed, plus the cost of the actual change that is being requested. Charges
are not limited to just structural changes but include colors, add-ons; switchouts, etc...    X _____

NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY
DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED
AND FINAL PAYMENT HAS BEEN RECEIVED.                                         X _____

Any and all changes must be noted on the blueprints. A copy must be signed by the buyer(s)
and will be kept on file. Hansen Homes will make an effort to accommodate any changes
made after the prints are drawn up and signed but *will not and cannot guarantee* those changes
will be implemented. There will be additional charges for changes made *after* the prints have
been completed. The construction schedule will be set back up to a week for each change.
made.            Only the person listed as the buyer on the contract may make changes    X _____

**ACCESS & INTERFERENCE**
Owner grants possession of the premises to the builder, said premises to be delivered to owner
upon completion of the construction after payment of all moneys due builder have been made by
owner. Owner agrees to remain off the job site, while construction is in progress, and during the
hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract
with other parties for any construction on the job site without written consent of the builder. Upon
receiving the builder's written consent, owner may cause to have work done on the job site, but
hereby expressly accepts direct responsibility to builder for any damage, delays, and costs re-
sulting therefrom as determined exclusively by builder. The owner agrees to use ony licensed
persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation
insurance, prior to commencement. Owner agrees to hold builder harmless and indemnify builder
for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must
be cleared with the Supervisor assigned to the construction of this residence and must be adhered
to.                                                                                                              X _____

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur
extra expenses for Hansen Homes and will be billed for same. Example: work not done on
time and failing inspection; reinspection fee of $50 or more will be charged to the buyer. Any
unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s)
due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge,
etc.... *WILL BE CHARGED TO THE BUYER(S)*                                    X _____

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints. They are "field located" at the time
of installation. Especially applicable to this are changes made.                X _____

Buyer(s) responsible for additional costs with regard to power lines or any other improvements
needed to build, not specifically covered in this contract.                         X _____

Any agreements made prior to the date of this contract are now rendered null and void.    X _____

**LIMITED WARRANTY**
Cement is not warranteed against cracking, only if separation or lifting occurs. Ceramic tiles

are not warranteed against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty
from the date of C.O. or delivery date if applicable.
Sod not warranteed unless buyer purchases and has installed sprinkler system through Hansen
Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod. Some work buyer(s) do after c.o. may void any warranties
given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen
Homes cannot and will not warranty the quality of said water, only provide you with well equipment
that can have you access said water. Other equipment may be available at buyer(s) expense to
improve the quality for said water providing any problems do exist.
Hansen Homes is not responsible for Mold in your home. Mold is a maintence issue and must be
taken care of by the homeowner.

### LEGAL
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado.
Any lawsuits filed against Hansen Homes of South Florida Inc. must be filed in the county
of Lee in the state of Florida.

X _____

### INVESTOR CLAUSE
Hansen Homes is not responsible for the sale of your home. Investors that are selling, renting,
or leasing the Hansen Home constructed for them are soley responsible for the sale, renting,
or leasing of the property. Hansen Homes does not sell investments, ideas, or opportunities.
Hansen Homes sole responsibility is the construction of the home and other contractual obligations
as stated in this contract.

X _____

### NOTICE OF CLAIM
Chapter 558, Florida statutes contains important requirements you must follow before you may bring
any legal action for an alleged construction defect in your home. Sixty days before you bring any legal
action, you must deliver to the other party to this contract a written notice reffering to chapter 558
of any construction conditionsd you allege are defective and provide such person the opportunity to
inspect the alleged construction defects and to consider making an offer to repair or pay for the alleged
construction defects. You are not obligated to accept any offer which may be made. There are strict
deadlines and procedures under this florida law which must be met and followed to protect your interests.

X _____

### CONSTRUCTION INDUSTRIES RECOVERY FUND
Payment may be available from the construction industries recovery fund if you lose money on a project
performed under contract, where the loss results from specified violations of Florida law by a
a state-licensed contractor. For information abou the recovery fund and filing a claim, please contact the
Florida Construction Industry Licensing Board.

X _____

X _____ John Nowicki

Executed by buyer:  John Nowicki
Social Sec. Number  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
Present Address  1172 Sawgrass Dr  Tarpon Springs FL 34689
Home ph:  ~~727-933-2588~~  Work ph:  Cell:
Please fill out any of you personal info
that may be missing  X 813.968.5002
Executed by buyer:
Social Security No.:
Present Address  Same
Home ph:  Work ph:  Other ph:

EXECUTED BY HANSEN HOMES REP. _____
                                 Tracey M. Hansen
                                 V.P. Sales
NOTARY PUBLIC_____

_____ who is/are personally known to me _____ who has/have produced
_____ as identification and who _____ did _____ did not take an oath.

DIRECTIONS TO LOT: