UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

**HPH PROPERTIES, LLC AND HPH HOMES' MOTION FOR LEAVE TO JOIN IN HOMEBUILDERS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO JOINT MOTION FOR AN ORDER: (1) PRELIMINARILY APPROVING INEX SETTLEMENT AGREEMENT; (2) CONDITIONALLY CERTIFYING INEX SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; AND (4) SCHEDULING A SETTLEMENT FAIRNESS HEARING**

COME NOW Defendants, HPH Properties, LLC and HPH Homes (hereinafter "Defendant" or "HPH") and reserving all rights and defenses, including specifically their objections to the jurisdiction of this Court as set forth in their Motions to Dismiss for Lack of Personal Jurisdiction, hereby move for leave to allow HPH to join in and adopt the Homebuilders' Steering Committee's Response in Opposition to Joint Motion for an Order: (1) Preliminarily approving INEX settlement agreement; (2) Conditionally certifying INEX settlement class; (3) Issuing class notice; and (4) Scheduling a settlement fairness hearing [doc. 8682].

On April 26, 2011, the Plaintiffs' Steering Committee joined Interior Exterior Building Supply, LP ("InEx"), Arch Insurance Company and Liberty Mutual Fire Insurance Company in a Joint Motion for Preliminary Approval of the InEx Settlement and Conditional Certification of an InEx Settlement Class. On May 3, 2011, the Homebuilders Steering Committee ("HSC") filed an opposition to the motion and argued that the proposed settlement violated the due process rights of the homebuilders. In particular, the HSC explained that the proposed settlement purports to bar the homebuilders from pursuing indemnity claims against downstream defendants, yet it fails to provide homebuilders a complete release.

HPH hereby moves to join, adopt and incorporate by reference the HSC Motion and Memorandum in their entirety, including all exhibits and authorities, as if set forth herein. HPH further reserves the right to object to any motion for final approval of the INEX Settlement Agreement and any future versions of the INEX Settlement Agreement.

WHEREFORE, Defendants HPH Properties, LLC and HPH Homes respectfully requests this Court to enter an order granting HPH leave to join in, adopt and incorporate the HSC Motion and Memorandum, and requests this Court deny any and all relief requested in the April 26, 2011 motion filed by the PSC, INEX, Arch Insurance Company, and Liberty Mutual Fire Insurance Company: specifically, the INEX Settlement Agreement should not be approved; the INEX Settlement Class should not be conditionally certified; class notice should not be issued; and a settlement fairness hearing should not be scheduled at this time.

Respectfully submitted on this the 10th day of May, 2011,

  /s/ James A. Kee, Jr.

  /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC and
HPH Homes

OF COUNSEL:
KEE LAW FIRM
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 10th day of May, 2011.

  /s/ Lucy W. Jordan
OF COUNSEL