**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| *ALL CASES* | * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * * | |

**SOUTHERN HOMES' MOTION AND INCORPORATED MEMORANDUM
TO JOIN THE PSC AND HSC'S MOTIONS TO COMPEL ADDITIONAL
JURISDICTIONAL DEPOSITIONS OF TAISHAN GYPSUM CO., LTD. AND TAI'AN
TAISHAN PLASTERBOARD CO AND FOR SANCTIONS**

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"),[1] submit this motion and incorporated memorandum to join the PSC's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants and Sanctions [Doc. 8685] and the HSC's Motion for Sanctions and to Compel

---

[1] Southern Homes makes this Motion while reserving its defenses to this Court's jurisdiction.

Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd and Tai'an Taishan Plasterboard Co., Ltd. [Doc. 8695].

The depositions cited in those respective motions were cross-noticed by the Taishan Defendants in Southern Homes' first-party suit against the Taishan Defendants, *Southern Homes, LLC v. Interior/Exterior Building Supply, et al.*, Parish of Orleans, State of Louisiana, Case No. 2009-6564. *See* Cross-Notices of Depositions, attached as Exhibit A. Southern Homes traveled from Louisiana to Hong Kong, China to question the Taishan Defendants. The conduct of the Taishan Defendants with respect to Southern Homes is substantially identical to that described in the PSC and HSC's respective motions. In an effort to conserve judicial resources, Southern Homes joins in and adopts the arguments raised by the PSC and the HSC, as if copied herein in full.

Southern Homes has incurred costs, including airfare, lodging and meals, to attend the depositions of the Taishan Defendants. *See* Southern Homes' Costs, attached as Exhibit B. Southern Homes also spent numerous hours preparing for the depositions of the Taishan Defendants which, as indicated by the PSC and the HSC, were unilaterally terminated by the Taishan Defendants. Moreover, the depositions were impeded by the Taishan Defendants' failure to provide proper representatives for examination. In light of these discovery abuses, Southern Homes is entitled to recover its fees and costs, including, without limitation, attorneys' fees, and associated charges for the court reporter, deposition location, airfare, lodging and other travel expenses.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum to Join the PSC and HSC's Motions to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co. and for Sanctions has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of May, 2011.

/s/ James M. Garner
JAMES M. GARNER