Exhibit B

| Date | Amount | Description |
|---|---|---|
| 3/18/2011 | $ 1,633.90 | TRAVEL - AMERICAN EXPRESS - MATTHEW C. CLARK - |
| | | CONTINENTAL AIRLINES - ROUND TRIP TRAVEL TO AND |
| | | FROM HONG KONG, INCLUDING TRAVEL AGENCY FEE |
| | | Paid: 20071 04/14/2011 |
| | | |
| 4/2/2011 | $ 3.85 | TRAVEL - MATTHEW CLARK - PARKING FEE REGARDING |
| | | HONG KONG TRAVEL FOR DEPOSITIONS - DNC TRAVEL |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 2884.89 |
| | | Paid: 20276 05/10/2011 |
| 4/7/2011 | $ 4.00 | TRAVEL - MATTHEW CLARK- NEW SOUTH PARKING - |
| | | PARKING FEE REGARDING TRAVEL TO HONG KONG FOR |
| | | DEPOSITIONS |
| | | Vendor=MATTHEW CLARK  Balance= .00 Amount= 2884.89 |
| | | Paid: 20276 05/10/2011 |
| 4/10/2011 | $ 2,726.27 | HOTEL ACCOMMODATIONS - MATTHEW CLARK - LODGING |
| | | CROWNE PLAZA HOTEL |
| | | FOR DEPOSITIONS |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 2884.89 |
| | | Paid: 20276 05/10/2011 |
| 4/10/2011 | $ 117.00 | TRAVEL - MATTHEW CLARK - NEW SOUTH PARKING - |
| | | PARKING FEE REGARDING TRAVEL TO HONG KONG FOR |
| | | DEPOSITIONS |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 2884.89 |
| | | Paid: 20276 05/10/2011 |
| 4/11/2011 | $ 58.40 | TRAVEL - MATTHEW CLARK - FOREIGN EXCHANGE FEES |
| | | WHILE TRAVELING IN HONG KONG FOR DEPOSITIONS |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 457.43 |
| | | Paid: 20277 05/10/2011 |

| Date | Amount | Description |
|---|---|---|
| 4/11/2011 | $ 115.72 | TRAVEL - MATTHEW CLARK - TAXI CAB FARES INCURRED WHILE TRAVELING IN HONG KONG FOR DEPOSITIONS |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 457.43 |
| | | Paid: 20277 05/10/2011 |
| 4/11/2011 | $ 12.86 | TRAVEL - MATTHEW CLARK - AIRPORT PARKING FEE WHILE IN HONG KONG TRAVELING FOR DEPOSITIONS |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 457.43 |
| | | Paid: 20277 05/10/2011 |
| 4/21/2011 | $ 64.91 | TRAVEL - MATTHEW CLARK - TRANSPORTATION FEE REGARDING TRAVEL IN HONG KONG FOR DEPOSITIONS - WEALTH AND LIMITED COMPANY |
| | | Vendor=MATTHEW CLARK Balance= .00 Amount= 457.43 |
| | | Paid: 20277 05/10/2011 |
| | $ 4,737.09 | |