## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *ALL CASES* | * | **WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Motion and Incorporated Memorandum to Join the PSC and HSC's Motions to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co. and for Sanctions of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes");

**IT IS ORDERED** that Southern Homes' Motion to Join the above-titled motions of the PSC [Doc. 8685] and of the HSC [Doc. 8695] is **GRANTED**.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
JUDGE ELDON E. FALLON