UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED           :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :     SECTION:    L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :     JUDGE FALLON
                                      :
ALL CASES                             :     MAG. JUDGE WILKINSON
                                      :
                                      :
------------------------------------------------------------x

## MOTION FOR LEAVE TO FILE UNDER SEAL A STIPULATION REGARDING BANNER SETTLEMENT OF 5 HOMES TO BE PLACED IN THE DEMONSTRATION REMEDIATION PROGRAM

**COMES NOW** the Knauf Entities identified in the Joint Motion for Entry, appearing through undersigned counsel, who move this Honorable Court to seal the Stipulation regarding settlement amongst Banner, Plaintiffs' Steering Committee (the "PSC"), and Knauf Entities, as it references confidential settlement terms.

Respectfully submitted by,

/s/ Kerry J. Miller
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Telephone:   (212) 836-6000
Facsimile:   (212) 836-8689

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com
Email: sglickstein@kayescholer.com

Counsel for the Knauf Entities

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 5th day of May, 2011.

/s/ Kerry J. Miller