UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED            :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :
LITIGATION                             :   SECTION:    L
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :   JUDGE FALLON
                                       :
**ALL CASES**                          :   MAG. JUDGE WILKINSON
                                       :
                                       :
----------------------------------------------------------------x

## O R D E R

**CONSIDERING** the Motion for Leave to File the Stipulation regarding Banner Settlement of 5 homes to be placed in the Demonstration Remediation Program Under Seal;

**IT IS ORDERED** that the Knauf Entities, are granted leave of Court to file the Stipulation under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
JUDGE ELDON E. FALLON