UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED        :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :
LITIGATION                         :    SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :    JUDGE FALLON
                                   :
                                   :    MAG. JUDGE WILKINSON
                                   :
ALL CASES                          :
---------------------------------------------------------------x

**JOINT MOTION FOR ENTRY OF**
**STIPULATION REGARDING BANNER SETTLEMENT OF 5 HOMES TO BE PLACED IN**
**THE DEMONSTRATION REMEDIATION PROGRAM**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), and Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf AMF GmbH & Co. KG, Knauf Insulation GmbH, (collectively, the "Knauf Entities") and Banner Supply Co., Banner Supply International, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, and Banner Supply Company Tampa, LLC., (collectively, "Banner"). [1] The parties further represent to the Court that the attached Stipulation regarding the Banner Settlement is fair, adequate and reasonable. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation and Exhibit "1" of the Banner Settlement.

---

[1] Banner Supply Port St. Lucie is expressly excluded from "Banner".

WHEREFORE, the PSC, Knauf Entities, and Banner request that this Court approve the agreed stipulation and enter same into the Court record.

Respectfully submitted,

/s/ Todd R. Ehrenreich
Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133
Tel. (305) 455-9505
*Counsel for Banner Supply Co., Banner Supply International, LLC,*
*Banner Supply Company Pompano, LLC,*
*Banner Supply Company Fort Myers, LLC,*
*and Banner Supply Company Tampa, LLC.*

/s/ Russ M. Herman
Russ M. Herman
HERMAN, HERMAN, KATZ
 & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
*Ex-Officio and Liaison Counsel for the PSC*

/s/ Gregory J. Wallance
Gregory J. Wallance
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8000
*Counsel for the Knauf Entities*

AND

/s/ Arnold Levin
Arnold Levin (lead counsel)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
*Lead Counsel for the PSC*

/s/ Kerry J. Miller
Kerry J. Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8000
*Counsel for the Knauf Entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by, on this 5st day of May, 2011.

/s/ Kerry J. Miller