UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------x
IN RE: CHINESE MANUFACTURED       :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        :
LITIGATION                        :   SECTION:    L
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :   JUDGE FALLON
                                  :
ALL CASES                         :   MAG. JUDGE WILKINSON
                                  :
                                  :
-----------------------------------------------------------x

## O R D E R

**CONSIDERING** the Joint Motion for Entry of Stipulation regarding Banner Settlement of 5 homes to be placed in the Demonstration Remediation Program Under Seal;

**IT IS ORDERED** that the Plaintiff Steering Committee ("PSC"), Banner and Knauf Entities agreed Stipulation and Exhibit "1" of the Banner Settlement is approved and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
JUDGE ELDON E. FALLON