UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

JUDGE FALLON

THIS DOCUMENT RELATES TO:

MAGISTRATE WILKINSON

SEAN AND BETH PAYTON, et al
VS.
KNAUF GIPS, ET AL
Case no. 2:09-cv-7628

## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Great Southern Homes, Inc. is hereby granted a thirty (30) day extension of time, or until May 6, 2011, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this 10th day of May, 2011.

_____
JUDGE

PD.5096699.1