UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT AMERICAN GALLERY
DEVELOPMENT GROUP, LLC'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant American Gallery Development Group, LLC's Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 10th day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE