UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON MAGISTRATE WILKINSON |

<u>**AFFIDAVIT**</u>

BEFORE ME, the undersigned authority, on this day personally appeared

KEN COLTER

who, being duly sworn, upon his oath deposed and stated as follows:

1.    He was a Member with American Gallery Development Group, LLC, ("American Gallery"), and as such, has personal knowledge of the following based on his review of records that were maintained by American Gallery in the regular course of business.

2.    American Gallery was a corporation organized and existing under the laws of the State of Florida and had its principal place of business in Lee County, Florida.



EXHIBIT
A

3.    American Gallery's license was withdrawn on May 21, 2009, as shown in the records of the Florida Secretary of State.

3A    American Gallery was a home builder that contracted with third party vendors for the construction of single-family homes and/or sold completed single-family homes.

4.    American Gallery never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.    American Gallery was never licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6.    American Gallery never had an agent for service of process in Louisiana.

7.    American Gallery never had any bank accounts in Louisiana nor owned any property in Louisiana.

8.    American Gallery did not solicit business in Louisiana or ever transacted business in Louisiana.

9.    American Gallery never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10.    American Gallery never maintained an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11.    American Gallery never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12.  Consequently, American Gallery never anticipated it would be haled into court in

Louisiana.

KEN COLTER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _4th_ DAY OF _October_ , 2010.

_____
NOTARY PUBLIC

RHONDA A. HENNING
MY COMMISSION # DD 968418
EXPIRES: April 7, 2014
Bonded Thru Budget Notary Services

3



**AMERICAN**
GALLERY HOMES
QB #34374
1342 Colonial Blvd., Suite 27, Ft. Myers, FL 33907
(239) 931-7676;  (239) 931-7677 (fax)
www.americangalleryhomes.com

Construction Agreement
Page 1 of 12

### CONSTRUCTION AGREEMENT- AG 582

**I.  BUYER'S INFORMATION:**

   a.  Print Name:  Javier Rodriguez _____ "Buyer")
                     Catalina Sepulveda _____ ("Co-Buyer")
       As [check one]:     an individual;  ☐ husband and wife;  XX co-owners; or
       ☐ business entity: _____(specify corp, llc, prtship, sole prop)
   b.  Address:  2717 8ᵗʰ St. W  Lehigh acres Fl 33971 _____
   c.  Contact Information:
       Buyer: _____(home) _____(work) _____(cell) _____(email)
       Co-Buyer: _____(home) _____(work) _____(cell) _____(email)
   d.  Social Security Number:  Buyer_____;  Co-Buyer_____
            Tax id (if business)_____
   e.  Realtor   None;  or Name:   Norm Baldie _____
       Real Estate Company Name  Exit Realty _____
       Telephone  368-2880 _____; Cell  281-8705 _____
   f.  Financing:  Will Buyer obtain third party financing? (initial one)  XX   yes /  _____ no

**II.  DESCRIPTION OF CONSTRUCTION:**

   a.  Lot [check one]:   XX  on Buyer's Lot;   ☐ on Builder's Lot
       Location: Address  736 Andover Ave S _____
       City  Lehigh Acres _____, Lee _____ County, Florida
       Strap number:  21-45-27-06-00028.0150 _____
       Other identifier:_____
   b.  Structure [check one]:   XX Builder's Model [specify model]  Cimarron _____
            Options:  [see attached Options Riders]

**III.  PRICE:**

| | | | |
|---|---|---|---|
| a. | Lot | [☐ N/A if Buyer's Lot] | $ N/A |
| b. | Lot Improvements (in excess of those included in (c)) | | $ 9,800.00 Allowance Fill |
| c. | Structure Base Price | | $ 189,900.00 |
| d. | Options and Upgrades | | $ 3,248.00 |
| e. | Impact Fees | | $ 0.00 |
| f. | Other – Specify:_____ | | $ 0.00 |
| g. | TOTAL | | $ 202,948.00 |
| h. | Initial deposit – Date received:  5/16/05 | | $ 1,500.00 |
| i. | Balance | | $ 201,448.00 |
| j. | Bal of 10% Deposit – date due:  at closing | | $ 20,144.80 |

PRICE IS SUBJECT TO ADJUSTMENT FOR ADDITIONAL OPTIONS, BUYER CHANGES, GOVERNMENTAL FEES, AND ANY OTHER TERMS AS DESCRIBED IN THE BUILDER'S STANDARD TERMS AND CONDITIONS, ATTACHED HERETO AND INCORPORATED HEREIN.

**IV.  SIGNATURES:**

I hereby certify that I have read and agree to be bound by this Agreement, including the Builder's Standard Terms and Conditions and additional exhibits, attached and made a part of this Agreement.

American Gallery Development Group, LLC
d/b/a American Gallery Homes

BUYER:_____
Print Name:_____

CO-BUYER:_____
Print Name:_____

_____
Kenneth J. Colter, Manager
Date:_____

Date:_____


EXHIBIT
B
tabbies®

## BUILDER'S STANDARD TERMS AND CONDITIONS

1. **Parties to the Contract.** American Gallery Homes ("Builder") and the Buyer and Co-Buyer, if any, (collectively, "Buyer") are the parties to this Construction Agreement. Buyer and any Co-Buyer shall be jointly and severally liable for the obligations under this Agreement.

2. **Construction; Land.** Builder will construct, finish and deliver the residential structure specified in Section II(b) (the "Residence"), on land located and owned as specified in Section II(a) (the "Land"). Builder may utilize subcontractors at its sole discretion. Chapter 713, Part I (Construction Lien Law) of the Florida Statutes shall apply to the relationship set forth in this Agreement. Buyer warrants that it is the sole fee simple owner of the Land, free and clear of all liens and encumbrances, if specified as "Buyer's Lot" in Section II(a) of Page 1 of this Agreement. Except as otherwise previously disclosed to Builder in writing by Buyer, there are no deed restrictions and covenants affecting the Land. Buyer shall furnish an abstract of title and title insurance policy on the Land, a copy of which shall be provided to Builder. Buyer hereby tenders possession of the Land to Builder, said possession to be redelivered to Buyer upon substantial completion of the Residence, payment of the Contract Price to Builder and delivery by Buyer to Builder of a certificate of acceptance of the Residence.

3. **Contract Price; Payment Schedule.** In consideration thereof, Buyer will pay Builder, the sum set forth in Section III, as may be amended from time to time in accordance with this Agreement (the "Contract Price") according to the following schedule:

- 10%    Prior to commencement, as down payment;
- 20%    Upon completion of foundation survey, evidence of required insurance and pouring of slab;
- 20%    Upon completion of construction of exterior walls, setting of roof trusses and completion of dry-in;
- 20%    Upon completion of windows and/or window frames installation; rough-in of electrical, heat/AC and plumbing;
- 20%    Upon completion of construction of interior drywall; windows and exterior doors in place; roof completed; installation of cabinets and trim, ready for paint;
- 10%    Upon issuance of certificate of occupancy.

THE PARTIES AGREE TO REASONABLE MODIFICATIONS OF THE ABOVE PAYMENT SCHEDULE, IF IN WRITING SIGNED BY BUILDER, TO CONFORM TO THE SCHEDULE OF AN APPROVED CONSTRUCTION LENDER.

THE BUYER/OWNER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE CONTRACT PRICE) DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT IS HEREBY WAIVED BY THE BUYER/OWNER. All draw payments, with the exception of the final, are to be made directly to the Builder. Tender of a two party check without the necessary additional party signature shall not be considered as timely payment. Time is of the essence in this Agreement. All sums are due upon notice from Builder in accordance with the foregoing schedule. Any amounts not paid when due shall bear interest at the rate of 18% per year until paid. Final Payment is due no later than ten [10] days after issuance of certificate of occupancy.

Subject to the provisions of Section 14(ii), the Contract Price is guaranteed to Buyer for a start of construction within sixty [60] days of execution of the Agreement. Start of construction is defined as the date on which footings are poured. Should start of construction be delayed beyond this time by Buyer, or by any cause not the fault of Builder, including but not limited to permitting delays or ruling or regulation of any governmental authority, then the Contract Price may be increased to the Builder's then-current price at the time of the actual start of construction.

4. **Buyer's Financing; Contingency.** In the event Buyer intends to obtain third party financing (mortgage) as specified on Page 1 herein, Buyer shall have thirty [30] days to obtain such financing or to cancel this Agreement by written notice to Builder. In the event of such cancellation by Buyer, Builder shall refund the Deposit, less any out-of-pocket or start up expenses incurred by Builder. Builder shall not be obligated to proceed with this Agreement until reasonable evidence of financing is provided.

5. **Time for Completion.** Subject to the provisions of this Agreement, Builder agrees to use reasonable efforts to deliver the substantially completed Residence specified herein within [210] days from start of construction. Substantial completion is defined as the date of issuance of the certificate of occupancy. The date of substantial completion shall be automatically extended for any delays caused by reasons beyond the control of Builder, including but not limited to rain, flood or other adverse weather conditions, labor strike, war or civil disturbances, supply or labor shortages, acts of God, fire, destruction, disaster, changes in laws or regulations after the date of this Agreement, or delays attributable to Buyer, such as change orders, etc.

6. **Standard Features Selection.** Buyer shall complete, sign, date and submit the Standard Features Selection Sheet within ten [10] business days of the date of this Agreement. The following exhibits are attached hereto and are incorporated herein and more fully describe the Residence covered by this Agreement: Model Home Description; Standard Features Selection Sheet; Options and Upgrades; and Change Orders.

7. **Craftsmanship; Substitution.** Residence will be constructed in a workmanlike manner according to prevailing standards as exist in the geographical area of the Residence. Buyer acknowledges that the model home contains upgrades not included in the base price of the model, and such upgrades shall not be included unless specified herein or in a change order as an Option and fully paid. Buyer agrees that Builder shall have the right to substitute material or items of comparable quality for such material or items specified by Buyer herein. Builder does not guarantee the availability of any colors, and shall not be responsible for variations in shading or finishes. Buyer acknowledges and agrees that any desired garage orientation may be changed by the local utility company.

8. **Options; Change Orders.** The Residence shall contain such options or upgrades as set forth in this Agreement (the "Options") or in change orders as signed by both Builder and Buyer ("Change Orders"), and as paid by Buyer. Buyer shall have the right to make changes to the plans or Residence when practical and as reasonably acceptable to Builder, subject to a signed written Change Order. The price of any Change Order shall be paid in cash at the time of signing the Change Order. In addition, change Orders requested after the completion and submission of Standard Features Selection shall be assessed an administrative fee of $25. After construction has commenced, changes will be priced to include rework on Residence or rework of materials being prepared by supplier to Residence.

Should changes in plans or specifications be required by authorities of subdivision where Residence is located, such as a developer, Architectural Review Board, Homeowner's Association or by a municipal or any other governmental authority having jurisdiction over construction practices on Residence, such changes shall be made at Buyer's expense. The Builder's date for completion shall be extended by the amount of time necessary to complete work for any Change Orders, whether at request of Buyer or in compliance with restrictions of subdivision where Residence is located.

9. **Substantial Completion; Pre-Closing Inspection.** Builder shall notify Buyer in writing of substantial completion of the Residence and upon substantial completion, Buyer shall be obligated to close. Buyer shall schedule a pre-closing inspection walk-through of the Residence with the Builder at a mutually convenient time at least one-day prior to the Closing. At the inspection, Buyer shall sign an inspection statement listing any defects in workmanship or materials (subject to local prevailing standards). Builder will use reasonable efforts to correct defects, at Builder's cost, within [365] days after Closing, but Builder's obligation to correct shall not be grounds for delaying the Closing or imposing conditions upon Closing. No escrow or holdback of the Closing funds will be permitted. If Buyer fails to schedule or perform a walk through, or fails to sign an inspection statement, Buyer shall be deeded to have waived its right to a pre-Closing inspection.

10. **Completion; Right of Entry; Possession.** Once Builder has received full payment, Builder will deliver possession of premises to Buyer and present an "Affidavit of Contractor" pursuant to 713.06, Florida Statutes. If Buyer takes possession prior to completion and/or final payment to Builder, such possession constitutes full and complete acceptance of Residence "As Is" and terminates any further completion obligation or obligation to correct defects of Builder, and Builder's right to recover full and final payment from Buyer is not diminished by such action by Buyer.

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____



American Gallery Homes
Construction Agreement
Page 3 of 12

Buyer acknowledges that it shall have no right of entry, possession or occupation prior to Closing. Notwithstanding the foregoing, Buyer or their designated representative may enter upon Residence but only as accompanied by a representative of Builder, during work hours, without interrupting work, to observe construction progress, at Buyer's sole risk. Buyer releases, indemnifies, defends and holds Builder and its agents harmless from any and all liability for damages or injury sustained by Buyer or Buyer's representative while on Residence or sustained to Residence by actions of Buyer, Buyer's representative or by any third party brought on Residence by Buyer. Buyer shall not perform any work related to this Agreement, either directly of indirectly, nor award any other contracts in connection with construction or other work on Buyer's Land.

11. **Site Costs.** It is hereby agreed that the following site, location or Land related items are to be charged to Buyer:

- Water and sewer impact and connection fees, water meter in excess of the allowance included in the base price of the home
- Septic tank, water well, water pump and related electrical plumbing connection fees in excess of the allowance included in the base price of the home
- Soil tests, Engineering, Pilings
- Additional expenses due to site conditions, including but not limited to expense caused by rock or other adverse subsoil conditions
- Removal of excess dirt, vegetation and trees in building area or in lawn area at time of construction
- Equipment rental if utility service not available to Buyer's homesite during construction
- Extra foundation block, fill dirt and labor under the slab, pool deck, patio, drives or walks over and above that which would be required for the normal two course foundation.
- Underground electrical, telephone service; Extended electrical service through attic or under slab
- Any building fees, permit charges, surveys, impact and governmental fees in excess of the allowance included in the base price of the home
- Additional electrical service lines over [55] feet for overhead power
- Additional concrete driveway, walkways and public sidewalk over [800] square feet
- Additional public water and sewer lines over a distance of [55] feet
- Additional Sod, in excess of [8,000] sq. ft. Bahia

Buyer hereby consents to any applicable foregoing charges if any are in excess of the estimated costs set forth in Section III on page 1 of this Agreement.

12. **Soil and Subsurface Conditions.** Builder does not expressly or impliedly warrant or guaranty soil or subsurface conditions of the Buyer's Land. It is Buyer's sole responsibility to ensure that as of the start of construction, the soil and subsurface conditions are suitable for construction of this Residence. In the event Buyer encounters adverse soil or subsurface conditions on the Land, Buyer hereby agrees to pay all costs associated with any testing or additional work necessitated thereby. Buyer hereby releases and holds Builder harmless from any and all costs, losses, damages and expenses incurred as a result of soil or subsurface conditions, or as a result of Builder failing to detect adverse soil or subsurface conditions, it being expressly agreed between the parties that the detection of soil and subsurface conditions on Buyer's Land is the sole responsibility of Buyer. Any delay of time associated with the soil or subsurface conditions shall extend by an equal number of days, the date for substantial completion of the work.

13. **Insurance.** Builder will provide Builder's Risk Insurance for the Contract Price of the Residence during the construction period. Builder will also furnish Worker's Compensation as mandated by the Florida Statues, and Builders Public Liability Insurance, in the amount of $1,000,000 combined single limit. Builder will pay utility company bills for electricity and water used during construction. Buyer will provide Flood Insurance for Residences during the construction period. Buyer is advised to furnish Buyer's Public Liability Insurance, and any other insurance it deems necessary. Buyer shall name Builder as additional insured on any insurance provided by Buyer under this Agreement, such certificate specifying that such insurance shall not be reduced or cancelled without 30 days advance written notice to Builder.

14. **Breach; Default; Termination.** Except as otherwise provided by law per Section 16(a) herein with respect to alleged construction defects, in the event a party hereto breaches any material obligation under this Agreement, the other party shall provide written notice to the alleged breaching party, specifying the nature of the breach, and providing thirty (30) days to cure such breach, provided however, that (i) if the breach is of the nature that cannot reasonably be cured within thirty (30) days, then no default shall occur while the alleged breaching party is diligently pursuing cure of such breach; and (ii) any breaches of payment obligations hereunder shall be subject only to a five (5) day cure period. Any breach that remains uncured after written notice and opportunity to cure, shall be considered a default and shall entitle the non-defaulting party to terminate this Agreement as of the date of the default. A party hereto may pursue any available remedies it has at law or in equity available to it, subject to the limitations and terms of this Agreement, against the defaulting party. In addition, Builder may terminate this Agreement, and shall be entitled to payment for all work performed prior to such termination, in the event: (i) Builder is unable to secure necessary permits, materials, services; (ii) materials price increases in excess of ten percent (10%) of the price of the home, for which Buyer does not agree to pay; or (iii) Buyer fails to secure financing within the time period specified herein.

15. **Builder's Warranty.** Builder hereby certifies that the Residence is warranted against defects in the original material and workmanship in accordance with the terms of the American Gallery Warranty, a copy of which is attached hereto and incorporated herein. BUYER UNDERSTANDS AND AGREES THAT NO OTHER REPRESENTATIONS, EITHER ORAL OR WRITTEN, OR WHETHER CONTAINED IN ANY ADVERTISEMENTS, PAMPHLETS, BROCHURES OR SIMILAR SALES MATERIALS, SHALL CREATE ANY ADDITIONAL EXPRESS OR IMPLIED WARRANTIES OR GUARANTIES BY BUILDER BEYOND THOSE CONTAINED HEREIN OR IN THE ATTACHED AMERICAN GALLERY HOME PORTFOLIO (WARRANTY). To the extent any such representations contradict the terms hereof, such representations shall be invalid and the terms of this Agreement, including attachments, shall control.

BUILDER HEREBY DISCLAIMS ANY AND ALL OTHER WARRANTIES OR GUARANTEES, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OR GUARANTEES OF MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE. BUILDER DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OF ANY KIND RELATED TO EXPOSURE TO MOLD, FUNGUS, OR CHEMICALS.

16. Disclosures / Notices.
(a) Construction Defects. Notwithstanding anything in this Agreement to the contrary, Buyer is advised as follows:

CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION IN YOUR HOME AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR, OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

(b) Construction Liens Notice. See Section 18, below.
(c) Homeowner's Associations Required Notice. In the event this Agreement provides for the sale of real property subject to homeowner's association membership requirements, the following required notice is provided:

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____

| AMERICAN GALLERY HOMES | American Gallery Homes<br>Construction Agreement<br>Page 4 of 12 |
|---|---|

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 689.26, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY BUYER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

(d) Radon Gas. Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Builder has made no independent inspection of the Property to determine the presence of conditions which may result in radon gas, such inspection shall be the sole responsibility of Buyer.

(e) Construction Industry Recovery Fund. Payment may be available from the Construction Industry Recovery Fund if Buyer loses money on a project performed under contract, where the loss results from specified violation of Florida Law by a State Licensed Contractor. For information about the Recovery Fund and filing a claim, Buyer may contact the Florida Construction Industry Licensing Board at the following number and address: Construction Industry Licensing Board, 7950 Arlington Expressway, Room 300, Jacksonville, Florida 32211-7467, Tele.: (904) 727-6530.

(f) Swimming Pool Safety. If this Agreement includes a residential swimming pool, BUYER HEREBY CERTIFIES THAT BUYER HAS RECEIVED A COPY OF THE SWIMMING POOL SAFETY ACT F. S. §515 AND THE SWIMMING POOL DROWNING PREVENTION PUBLICATION ADOPTED BY THE DEPARTMENT OF HEALTH UNDER F.S. §515.31. Failure of Buyer to specify pool and or spa safety devices as required under Section 515 of the Florida Statutes shall be at the Buyer's sole risk and expense, and Buyer hereby holds harmless, releases and indemnifies Builder for any loss, costs or damage relating thereto.

(g) Energy Efficiency Rating. If at the time of or prior to Buyer's execution of this Building Agreement, Buyer makes a written request for an energy calculation for the Residence, the energy-efficiency rating for the Residence shall be provided to Buyer, prior to occupancy, at Buyer's expense. BUYER HEREBY CERTIFIES THAT BUYER HAS RECEIVED A COPY OF THE ENERGY-EFFICIENCY RATING INFORMATION BROCHURE PREPARED BY THE DEPARTMENT OF COMMUNITY AFFAIRS.

(h) Pool Finish. If improvements purchased herein include a swimming pool with a natural or exposed aggregate finish, Buyer expressly acknowledges that with a natural finish light gray spotting or streaking discoloration called "mottling" may occur and that an exposed aggregate finish may experience discoloration. These are normal conditions and are not defects. The pool finish is not warranted against streaks, stains, mottling, discolorations, spotting caused by foreign impurities in the materials, and checking or shrinkage crakes are normal to all cementitious materials. Buyer is responsible for the proper maintenance and care of the pool, as well as the careful balance of the chemicals in the pool water, to help prevent stains, streaks, or other discolorations of the pool finish.

(i) Chemicals; Mold. Every home contains products, materials and industrial chemicals that are used in constructing the home which may cause allergic or other bodily reactions in certain individuals. You should consult your physician to determine the chemicals that may adversely affect you or members of your family. The construction products used in building your home contain, among others, some of the following chemicals in measurable amounts:
WATER or MOISTURE (contains or allows the growth of molds, mildew and fungus)
FORMALDEHYDE (e.g. in carpeting and pressed wood products)
ARSENIC (e.g. in insulation products)
FIBERGLASS (e.g. in insulation products)
PETROLEUM AND PETROLEUM PRODUCTS (e.g. in vinyl and plastic products)
METHYLENE CHLORIDE (e.g. in paint thinners)

(j) Home Insulation. Builder shall provide insulation in Residence as follows:
Living area ceilings
    Type batt   Thickness 10"   R-Value 30
Exterior block walls
    Type Fifoil   Thickness 1/8"   R-Value 4.2
Exterior frame walls
    Type batt   Thickness 3.5"   R-Value 30
Living area garage walls
    Type batt   Thickness 3.5"   R-Value 11
Interior ceiling knee walls
    Type batt   Thickness 3.5   R-Value 11

17. Miscellaneous.
(a) Entire Agreement. This Agreement contains the entire understanding among the parties hereto with respect to the subject matter hereof and supersedes all prior and contemporaneous agreements and understandings, inducements or conditions, express or implied, oral or written.

(b) Amendments or Modifications. This Agreement may not be amended or modified other than by an agreement in writing signed by all of the parties hereto.

(c) Severability. Notwithstanding the foregoing, if any provision of this Agreement is held to be unenforceable, invalid or illegal by any court of competent jurisdiction, such unenforceable, invalid or illegal provision shall be "blue penciled" to modify or remove the unenforceable provision to the least extent necessary, and shall not affect the remaining provisions of this Agreement.

(d) Assignment. Buyer may not assign this Agreement without the written consent of Builder, which may be withheld without reason. This Agreement shall inure to the benefit of the permitted assigns of each party.

(e) Cancellations. This Agreement may not be terminated by either party, except as set forth herein.

(f) Recording. Buyer shall not record this Agreement or any Memorandum hereof.

(g) Limitation of Liability. Builder's liability under this Agreement shall be limited to the Contract Price, except that Builder's liability in the event of personal injury or death caused by the negligence or willful misconduct of Builder shall be limited to the sum equal to the Builder's insurance limits. Neither party hereto shall be entitled to indirect, special, consequential or punitive damages.

(h) Notices. All notices, requests, demands and other communications required or permitted under this Agreement shall be in writing to the address as set forth on Page 1 of this Agreement and shall be deemed to have been duly given, made when delivered if by hand delivery; one day after dispatch if sent overnight by reputable courier service such as Federal Express, delivery receipt required; or three days after dispatch if sent via United States certified mail, postage prepaid, return receipt requested.

(i) Waiver. Neither the failure nor any delay on the part of any party to exercise any right, remedy, power or privilege under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right, remedy, power or privilege preclude any other or further exercise of the same or of any other right, remedy, power or privilege, nor shall any waiver of any right, remedy, power or privilege with respect to any occurrence be construed as a waiver of such right, remedy, power or privilege with respect to any other occurrence. No waiver shall be effective unless it is in writing and is signed by the party asserted to have granted such waiver.

(j) Interpretation. The Buyer acknowledges that it has the right to have this Agreement reviewed by an attorney at Buyer' sole expense, and to participate in negotiation of the provisions of this Agreement. The parties agree that this Agreement shall not be more strictly construed against the Builder by reason of Builder's drafting of the Agreement.

(k) Disputes; Mediation. With the exception of non-payment by a Buyer who does not allege a material breach as a basis for such non-payment, and first subject to the provisions of Section 16(a), any claim arising out of or related to the Contract, shall be subject to mediation and the provisions of this subsection as a condition precedent to the institution of legal or equitable proceedings by either party. The parties shall endeavor to resolve their claims by mediation which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Mediation Rules of the American Arbitration Association currently in effect. Request for mediation shall be filed in writing with the other party to the Contract and with the American Arbitration Association.

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____



Mediation shall proceed in advance of other legal or equitable proceedings, which shall be stayed for a period of 60 days from the date of filing the request for mediation or for a longer period by agreement of the parties or court order. However, in the event the other party does not respond to the request for mediation or otherwise indicates an intention not to comply with the mandatory mediation, the party filing the complaint may proceed with other legal or equitable remedies after 30 days. The parties shall share equally in the mediator's fees and any filing fees, except that the prevailing party shall be entitled to reimbursement of its share of the mediator's fees, any filing fees, and its attorneys fees and costs. The mediation shall be held in the place where the Land is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

(l) Controlling Law. This Agreement and all questions relating to its validity, interpretation, performance and enforcement (including, without limitation, provisions concerning limitations of actions), shall be governed by and construed in accordance with the Laws of the State of Florida, without regard to principles of conflicts of laws. The parties hereto irrevocably consent and submit to the jurisdiction and venue in the county in which the Land is located.

(m) Attorneys Fees. Buyer agrees to pay Builder's attorneys fees and related costs thereto in the event such costs are incurred by Builder in collecting sums due from Buyer hereunder.

(n) Force Majeure. Notwithstanding anything to the contrary, Builder is not responsible for damages or delay in performance caused by acts of God, strikes, lockouts, accidents or other events beyond the control of Builder. In such event, Builder's Contract Price and date of completion shall be adjusted accordingly.

(o) Survival of Terms. The provisions of Sections 1, 3, 7, 9, 10, 11, 12, 14, 15, 16, 17 and 18 of this Agreement shall survive termination of this Agreement.

## 18. REQUIRED CONSTRUCTION LIEN LAW NOTICE:

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES,) THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID-IN-FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR FAILS TO PAY SUBCONTRACTORS OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. THIS MEANS IF A LIEN IS FILED AGAINST YOUR PROPERTY, IT COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____



American Gallery Homes
Construction Agreement
Page 6 of 12

## MODEL HOME DESCRIPTION

### (TO BE ATTACHED)

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____



American Gallery Homes
Construction Agreement
Page 7 of 12

## STANDARD SELECTION SHEET

### (TO BE ATTACHED WITHIN 10 DAYS OF CONTRACT)

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____



American Gallery Homes
Construction Agreement
Page 8 of 12

## OPTIONS AND UPGRADES, Page 1

| Item No. | DESCRIPTION | COST |
|---|---|---|
| 1. | Base Price includes septic/well | N/C |
| 2. | Additional clearing | 400.00 |
| 3. | Additional Stem Wall | 1,000.00 |
| 4. | Tile Living room/study | 1,848.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total | 3,248.00 |

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____

Contract Version 11-5-04



American Gallery Homes
Construction Agreement
Page 9 of 12

## STANDARD SPECIFICATIONS
### (SELECTION SHEET TO BE ATTACHED WITHIN 10 DAYS OF CONTRACT)

## Overall Package Specifications

* Complete 2 Year Warranty
* Builders Risk Insurance
* All permitting, including , surveys, permit impact fees, and engineering on standard floor plans
* Driveway and 30" sidewalk from front entry to driveway
* Landscape package, which includes up to 8,000 sq. ft. of Bahia sod, 4 trees up to 10' tall
  25 - 3 gallon, 15 - 1 gallon shrubs, 1-10 gallon shrub or tree and up to 100 bags of Cypress mulch
* Refrigerator, range with self-cleaning oven, dishwasher and over the range microwave oven, disposal
* Choice of 2 exterior color combinations

## Construction Specifications

* Concrete block construction with 5 / 12 roof pitch
* Concrete 2 course stem wall
* Covered entry
* CPVC water lines (50 yr. Warranty)
* 200 Amp electric service
* Two exterior waterproof outlets
* Three Exterior Hose Bids
* 8-inch by 16-inch poured concrete foundation footers
* Continuous poured, concrete tie beam
* Decorative textured finish on all  exterior walls
* R-30 fiberglass insulation in living  area ceilings
* R-4.2 insulation on exterior block walls
* 3 ½ inch fiberglass batt insulation between garage and interior walls
* Insulated entrance Thermatru steel with dead bolt lock
* Steel garage door
* White vinyl continuous ventilated soffit and fascia
* White window frames
* Pre-cast concrete, marble or wood window sills
* 40 gallon energy miser hot water heater
* Engineered roof truss system
* Profile fiberglass roof shingles (30 Year Manufacturer's Warranty)
* Professionally engineered heating and  cooling system (12-SEER)

## Interior Specifications

* Garage interior struck block
* Smoke detectors installed by code
* Pre-wired for 3 phones, 3 Televisions (your choice of location)

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____

| AMERICAN GALLERY HOMES | | American Gallery Homes<br>Construction Agreement<br>Page 10 of 12 |
|---|---|---|

## Interior Specifications (continued from page 9)

* Pre-wired for ceiling fans in all bedrooms, living area and lanai
* Hollywood style vanity lighting in baths
* Medicine cabinets in all bathrooms
* Textured finish on walls and ceilings


* Large walk-in closet in master suite
* Volume ceilings per plan
* Exhaust fans in all bathrooms
* Colonial style 4 or 6 panel doors
* Colonial base and trim moldings
* Vinyl covered ventilated closet shelving
* Carpet
* Choice of either vinyl or tile flooring in kitchen, laundry room and baths
  ($1.60 per foot material cost)
* Kitchen & Bathrooms and cabinets raised wood panel door, selections available (Large choice of mica
  countertops and backsplashes)
* laundry room are mica cabinets and countertop
* Deluxe single lever faucets by Moen
* Stainless steel double bowl kitchen sink
* Blinds for windows
* Gray marble or wood window sills


**\*\*The above Specifications are designed for the Cape Coral area only. Some areas may require extra fill dirt and possibly a stem wall. The above package includes a $4,000.00 allowance to be applied to lot preparation. Lots with septic systems will exceed this allowance.**

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____

| AMERICAN GALLERY HOMES | American Gallery Homes<br>Construction Agreement<br>Page 11 of 12 |
|---|---|

## CHANGE ORDER FORM

### DATE: _____

| Description of Change | Additional Time (estimated days) | Additional Cost |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| **TOTAL** | **DAYS** | $ |

**SIGNATURES:**

I hereby certify that I have read and agree to be bound by this Change Order, which shall amend, become a part of and be governed by the standard terms and conditions of the Construction Agreement between the parties.

American Gallery Development Group, LLC
d/b/a American Gallery Homes

BUYER:_____
Print Name:_____

CO-BUYER:_____
Print Name:_____

_____
Kenneth J. Colter, Manager
Date:_____

Date:_____

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____

| | American Gallery Homes |
|---|---|
| **AMERICAN** GALLERY HOMES | Construction Agreement |
| | Page 12 of 12 |

City of Cape Coral     Permit #_____

Block #_____ Lot

## Residential Swimming Pool
## Spa and Hot Tub Safety Act
## Requirement

I, _____, License # _____
(Please Print Contractors, Name)

hereby affirm that one of the following methods will be used to meet the requirements of
Chapter 515, Florida Statutes.

_____The pool will be isolated from access to the home by an
enclosure that meets the pool barrier requirements of Florida Statutes, Section 515.29;

_____The pool will be equipped with an approved safety pool cover that
complies with ASTM F1346-91 (Standard Performance Specifications for Safety Covers for
Swimming Pools, Spas and Hot Tubs);

_____All door and windows providing direct access from the home to the
pool will be equipped with an exit alarm that has a minimum sound pressure rating of 85
decibels at 10 feet;

_____All doors providing direct access from the home to the pool will be
equipped with a self-closing, self-catching device with a release mechanism placed no lower
than 54" above the floor or deck;

***************************** *In Addition To:* *****************************

_____If pool perimeter or property perimeter fence is to be used as a pool barrier, it shall be
a minimum of 48" high, with 54" high gate latches. All gates shall be self closing self latching.

I understand that not having one of the above installed at the time of final inspection
will constitute a violation of Chapter 515 F.S., and will be considered as committing a
misdemeanor of the second degree, punishable as provided in section 775.082 or
section 775.083 F.S.

_____          _____

CONTRACTOR'S SIGNATURE          OWNER'S SIGNATURE

          _____

          OWNER'S NAME (PLEASE PRINT)

Smc 5/01/2004          **N/A No pool on home**

Builder's Initials_____
Buyer's Initials_____
Co-Buyer's Initials_____