UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court previously scheduled the motions to compel against the Taishan entities (R. Docs. 8685, 8695) for hearing on May 17, 2011. However, upon further consideration of the motions in light of the Court's current schedule and the numerous joinder motions, IT IS ORDERED that the hearing on this Motion is continued to May 26, 2011, following the monthly status conference. The deadline for responses or supplemental responses to the motions and joinder motions is extended to May 18, 2011.

New Orleans, Louisiana this 11th day of May 2011.

_____
U.S. District Judge