## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| **ALL CASES** | | |

## ORDER

Considering Interior Exterior Building Supply, L.P.'s Motion and Incorporated Memorandum to Join the PSC's Motion to Compel Production of Documents & Further Jurisdictional Deposition of the Taishan Defendants and Sanctions (Rec. Doc. No. 8685) and the HSC's Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (Rec. Doc. No. 8695);

IT IS HEREBY ORDERED that Interior Exterior's Motion to Join the above-referenced Motions by PSC (Rec. Doc. No. 8685) and by the HSC . (Rec. Doc. No. 8695) is GRANTED.

New Orleans, Louisiana, this __11th__ day of May , 2011.

_____
Eldon E. Fallon
United States District Judge

- 1 -