UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

# ORDER

Considering Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner") Motion and Incorporated Memorandum to Join the PSC's and HSC's Motions to Compel Additional Discovery and for Sanctions Against Taishan Gypsum Co., LTD. and Tai'an Taishan Plasterboard Co., LTD.,

IT IS HEREBY ORDERED that the Banner's Motion to Join the above-referenced Motions by PSC (Rec. Doc. No. 8685) and by the HSC (Rec. Doc. No. 8695) is GRANTED.

New Orleans, Louisiana, this <u>11th</u> day of May, 2011.

Eldon E. Fallon
United States District Court Judge

4