UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| The State of Louisiana, *ex rel* James D. ("Buddy") | ) | |
| Caldwell, the Attorney General of Louisiana | ) | JUDGE FALLON |
| vs. | ) | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG, ET AL. | ) | |
| Case No. 2010-340 | ) | |
| | ) | |

## ORDER

Considering the State of Louisiana's Motion and Incorporated Memorandum to Join the PSC's and HSC's Motions to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., LTD. and Tai'an Taishan Plasterboard Co. and for Sanctions,

IT IS ORDERED that the State of Louisiana's Motion to Join the above titled Motions by the PSC (Rec. Doc. No. 8685) and by the HSC (Rec. Doc. No. 8695) is GRANTED.

New Orleans, Louisiana, this  11th  day of May, 2011.

_____
Eldon E. Fallon
United States District Court Judge