**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : : : | |

**ORDER**

Considering Tobin Trading, Inc., ("Tobin") Motion and Incorporated Memorandum to join the Plaintiffs' Steering Committee's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants and Sanctions (Rec Doc. No. 8685) and the Homebuilder's Steering Committee's Motion for Sanction and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd ("Taishan") and Tai'an Taishan Plasterboard Co., Ltd ("Tai'an") (Rec Doc. No. 8695).

IT IS HEREBY ORDERED that Tobin's Motion to Join is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
Eldon E. Fallon
United States District Court Judge

1