# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## MICHAEL LEJEUNE AND MELISSA LEJEUNE, individually and on behalf of their children, BRENNAN LEJEUNE AND AVERY LEJEUNE'S NOTICE OF VOLUNATRY DISMISSAL WITH PREJUDICE OF DEFENDANT, CRAFTMASTER, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, **MICHAEL LEJEUNE AND MELISSA LEJEUNE, individually and on behalf of their children, BRENNAN LEJEUNE AND AVERY LEJEUNE**, hereby dismiss with prejudice their claims against Defendant, CRAFTMASTER, LLC, reserving all rights to recover damages for any liability covered by the insurance policy(ies) of Clarendon America Insurance Company ("Clarendon"). Plaintiffs reserve the right to maintain claims and causes of action against Craftmaster as a defendant in name only to recover damages only within the liability insurance coverage of Clarendon. It is the intent of the parties that this dismissal follow *Futch v. Fidelity & Cas. Ins. Co.,* 246 La. 688, 166 So.2d 274 (La, 1964); *Wirick v. Wyble,* 300 So.2d 571 (La. App. 3rd Cir. 1974); *Gasquet v. Commercial Union Ins. Co.,* 391 So.2d 466 (La. App. 3rd Cir. 1980); *Thompson v. Shay,* 817 So.2d 1230 (La. App, 1st Cir. 2002); *Finnie v. LeBlanc,* 875 So.2d 71 (La. App. 3rd Cir. 2004); *Sumrall v. Blckham,* 887 So.2d 73 (La. App. 1st Cir. 2004); and other cases that recognize the rights of injured parties to

settle claims with insureds and underlying insurers with the reservation of rights to pursue claims against other insurers. All parties understand and acknowledge that this is a *Gasquet* type settlement and release. Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted:

_____
PAUL A. LEA, JR. (#18637)
1978 N. Highway 190, Suite B
Covington, LA 70433-5158
Tel: 985-292-2300
*Attorney for the Plaintiffs Michael LeJeune and Melissa LeJeune, individually and on behalf of their children Brennan LeJeune and Avery LeJeune*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ____ day of November, 2010.

By:_____
Paul A. Lea, Jr.