UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>**Omni II** (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* **10-361**)<br><br>**Omni III** (*Gross, et al v. Knauf Gips, KG, et al* **09-6690**)<br><br>**Omni VII** (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **11-080**)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-06686 (E.D.La.)** | |

**Compendium of Exhibits In Support of Plaintiff's Motion For
Class Certification Of Plaintiffs' Claims For Damages Against Venture Supply**

| Ex. # | |
|---|---|
| 1. | Taishan Gypsum Co. Ltd. Manufacture Profile Form (10/13/10) |
| 2. | Exporter, Importer, or Broker Defendant Profile Form Filed on Behalf of Venture Supply, Inc. (10/15/09) |
| 3. | Examples of Venture Supply Distribution Records |
| 4. | LEFT BLANK INTENTIONALLY |
| 5. | Fred and Vannessa Michaux Plaintiff Profile Form (PPF) (11/21/09), Inspection Report, and Product Identification Photographs |
| 6. | Thomas and Virginia Spencer Plaintiff Profile Form (PPF) (8/17/10), Product |

|     | |
| --- | --- |
|     | Identification Photographs, and Corrosion Photographs |
| 7.  | Curtis and Linda Hinkley Plaintiff Profile Form (PPF) (8/31/09), and Product Identification Photographs |
| 8.  | Jerome Dickey Plaintiff Profile Form (PPF) (2/2/10), Inspection Report , and Product Identification Photographs, |
| 9.  | Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development (January 28, 2010) |
| 10. | Florida Department of Health, Division of Environmental Health (December 18, 2009) |
| 11. | Declaration of Ronald Wright, P.E. (5/10/11) |
| 12. | Declaration of Lee H. Waronker (5/11/11) |
| 13. | FRE 1006 Summary of Screening Data for Virginia Taishan Homes |
| 14. | *Harrell v. South Kendall Construction Corp,* Order Granting Plaintiffs' Motion for Class Certification and Providing for Notice (May 27, 2010) |
| 15. | Curriculum Vitae of Proposed Subclass Counsel |
| 16. | *Turner v. Murphy,* Document 5611-2, Order and Reasons (March 2, 2006) |
| 17. | *Turner v. Murphy Oil,* No. 05-4206, Order and Reasons (January 30, 2006). |