

# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**INVOICE**

00118322-001

Invoice Date: 04/21/06
Account#: POR01 3325
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00118322-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:09:47

**SHIP TO:**
17 CEDAR WOOD VILLAGE
WOODVILLE NC 23502

CREATED BY: Lorrie                    Page 1 of 1

| PO#: Terry | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/20/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Pick Up | FRT TERM: Prepaid | |
| SHIP DATE: 04/20/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 10 | 10 | PC | 1212DWVS          1/2" 4X12 Drywall Venture Supply | | .4800/MSF | 263.33/MSF | 126.40 |
| | | | ****** SUB-TOTAL ****** | | | | 126.40 |
| | | | NC Sales Tax | | | 7.0% | 8.85 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 05/25/06
You may deduct 2.53 if paid by 05/10/06

Balance    135.25

V029927



**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118883-001

Invoice Date: 05/10/06
Account#: POR01 3489
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00118883-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:45:42

SHIP TO:
116 DOLPHIN STREET
MOYOCK NC 23502

CREATED BY: Lorrie         Page  1 of  1

| PO#: 060372 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 05/03/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 05/03/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 41 | 41 | PC | 1212DWGB        1/2" 4X12<br>Drywall Goldbond | | 1.9680/MSF | 263.33/MSF | 518.23 |
| 90 | 90 | PC | 1212DWVS        1/2" 4X12<br>Drywall Venture Supply | | 4.3200/MSF | 263.33/MSF | 1,137.59 |
| 17 | 17 | PC | MBDWBD08        8'<br>Drywall Corner Bead | | 17.0000/PC | 1.18/PC | 20.06 |
| 4 | 4 | PC | MBSPLYBD08      8'<br>Splayed Drywall Bead Metal | | .0320/MLF | 276.00/MLF | 8.83 |
| 13 | 13 | ROLL | DWTAPE          250'<br>Drywall Tape | | 13.0000/ROLL | 1.88/ROLL | 24.44 |
| 13 | 13 | BKT | MDGBADV         5 Gal<br>Mud Advantage Pail Gold Bond | | 13.0000/BKT | 12.72/BKT | 165.36 |
| 1 | 1 | BG | EZ45            18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 1,889.21 |
| | | | NC Sales Tax | | | 7.0% | 132.24 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 06/25/06
You may deduct 37.78 if paid by 06/10/06

Balance     2,021.45

V029973


**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00119691-001

Invoice Date: 05/31/06
Account#: POR01 3610
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00119691-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:51:56

**SHIP TO:**
43 Cedar Wood Village
Woodville NC 23502

CREATED BY: Lorrie                                Page 1 of 1

| PO#: 060370 | | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|---|
| ORDER DATE: 05/22/06 | SALES | | ORDER TYPE: Whse | | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 05/22/06 | AGENTS | | ORDERED BY: | | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 68 | 68 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | | 3.2640/MSF | 263.33/MSF | 859.51 |
| 92 | 92 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | | 4.4160/MSF | 263.33/MSF | 1,162.87 |
| 64 | 64 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | | 3.4560/MSF | 301.85/MSF | 1,043.19 |
| 99 | 99 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | | 99.0000/PC | 1.18/PC | 116.82 |
| 15 | 15 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | | .1200/MLF | 276.00/MLF | 33.12 |
| 12 | 12 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | | 12.0000/PC | 1.32/PC | 15.84 |
| 3 | 3 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | | .0270/MLF | 276.00/MLF | 7.45 |
| 22 | 22 | ROLL | DWTAPE<br>Drywall Tape | 250' | | 22.0000/ROLL | 1.88/ROLL | 41.36 |
| 22 | 22 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | | 22.0000/BKT | 12.72/BKT | 279.84 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | | 3,574.70 |
| | | | NC Sales Tax | | | | 7.0% | 250.23 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 07/25/06
You may deduct 71.49 if paid by 07/10/06

Balance   3,824.93

V029989


**VENTURE SUPPLY, INC.**

| | | INVOICE |
|---|---|---|
| | | 00116896-002 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

Invoice Date: 03/24/06
Account#: KEL01 0001
Branch: VENTNRF
Phone#: (252)-473-2160
Fax#: (252)-473-5870
Delivery #: 00116896-002

**BILL TO:**
Kellogg Supply Co.
P.O. Box 99
771 N HWY 64/264
Manteo NC 27954

Reprinted: 11/14/09  07:39:08

**SHIP TO:**
Kellog Supply Co.
P.O Box 99
771 N. HWY 64/264
Manteo NC 27954

CREATED BY: Kim                                    Page 1 of 1

| PO#: 19460 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/21/06 | SALES | | | ORDER TYPE: Whse | SHIP VIA: | FRT TERM: | |
| SHIP DATE: 03/24/06 | AGENTS | | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 240 | 240 | PC | 5848DENSGLASS<br>Densglass GP | 5/8" 4X8 | 240.0000/PC | 19.04/PC | 4,569.60 |
| 2 | 2 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | .0960/MSF | 0.00/MSF | 0.00 |
| | | | ****** SUB-TOTAL ****** | | | | 4,569.60 |
| | | | Freight Charge | | | | 100.00 |

**TERMS:**
2% Discount on 10th of Following Month 25th No Cut Off  Due Date: 04/30/06
You may deduct 91.39 if paid by 04/10/06

Balance    4,669.60

V029772

Case 2:09-md-02047-EEF-MBN Document 8809-9 Filed 05/12/11 Page 5 of 20



# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00122044-001

Invoice Date: 07/24/06
Account#: POR01 3864
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00122044-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09 10:11:52

**SHIP TO:**
40 Crown Point
South Mills NC 23502

CREATED BY: Lorrie     Page 1 of 1

| PO#: 060385 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 07/18/06 | | SALES AGENTS | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 07/18/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 89 | 89 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 4.2720/MSF | 263.33/MSF | 1,124.95 |
| 24 | 24 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 1.1520/MSF | 263.33/MSF | 303.36 |
| 141 | 141 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 7.6140/MSF | 301.85/MSF | 2,298.29 |
| 88 | 88 | PC | TT7008<br>Bullnose Corner Bead #7008 | 8' X 3/4" | 88.0000/PC | 1.85/PC | 162.80 |
| 67 | 67 | PC | TT7009<br>Bullnose Corner Bead #7009 | 9' X 3/4" | 67.0000/PC | 2.08/PC | 139.36 |
| 1 | 1 | PC | TT7309<br>Outside Splayed Bullnose Corner Bead #73 | 9' | 1.0000/PC | 2.08/PC | 2.08 |
| 6 | 6 | PC | TT7110<br>Bullnose Archway Corner Bead #7110 | 10' X 3/4" | 6.0000/PC | 2.76/PC | 16.56 |
| 25 | 25 | ROLL | DWTAPE<br>Drywall Tape | 250' | 25.0000/ROLL | 1.88/ROLL | 47.00 |
| 25 | 25 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 25.0000/BKT | 12.72/BKT | 318.00 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 4,427.10 |
| | | | NC Sales Tax | | | 7.0% | 309.90 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 08/25/06
You may deduct 88.54 if paid by 08/10/06

Balance  4,737.00

V030010



**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**INVOICE**

00117217-001

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117217-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 07:47:59

**SHIP TO:**
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie     Page 1 of 1

| PO#: 9200193-00 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES AGENTS | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/28/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS       1/2" 4X12<br>Drywall Venture Supply | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance    5,832.00

V029787



# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**INVOICE**

00117219-001

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117219-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:48:24

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie        Page 1 of 1

| PO#: 9200193-01 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/28/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS   1/2" 4X12<br>Drywall Venture Supply | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance    5,832.00

V029788



# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00117220-001

Invoice Date: 03/30/06
Account#: BMW 0004
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117220-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 07:48:56

**SHIP TO:**
Building Materials Wholesale
940 Dailey Mill Road
McDonough GA 30253

CREATED BY: Lorrie                Page 1 of 1

| PO#: 9400128-00 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES AGENTS | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/28/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS    1/2" 4X12<br>Drywall Venture Supply | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance    5,832.00

V029789



# VENTURE
## SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00117221-001

Invoice Date: 03/30/06
Account#: BMW 0004
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117221-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 07:49:48

**SHIP TO:**
Building Materials Wholesale
940 Dailey Mill Road
McDonough GA 30253

CREATED BY: Lorrie    Page 1 of 1

| PO#: 9400128-01 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/28/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS           1/2" 4X12
Drywall Venture Supply | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance    5,832.00

V029790



**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00117313-001

Invoice Date: 03/31/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117313-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 07:56:28

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie  Page 1 of 1

| PO#: 9200193-02 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/30/06 | SALES AGENTS | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/30/06 | | | ORDERED BY: | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS  1/2" 4X12<br>Drywall Venture Supply | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | ****** SUB-TOTAL ****** | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/31/06

Balance  5,832.00

V029796



**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118059-002

Invoice Date: 04/21/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118059-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 08:52:49

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie   Page 1 of 1

| PO#: 41458-00 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES AGENTS | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/20/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS    1/2" 4X12
Drywall Venture Supply | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

Balance   6,156.00

V029914



# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118060-002

Invoice Date: 04/21/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118060-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 08:53:11

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie        Page 1 of 1

| PO#: 41458-01 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/20/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS        1/2" 4X12 Drywall Venture Supply | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

Balance    6,156.00

V029915


# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118063-002

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118063-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  09:10:14

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie   Page 1 of 1

| PO#: 41458-02 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/21/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS     1/2" 4X12 Drywall Venture Supply | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

Balance   6,156.00

V029928


# VENTURE
## SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118064-002

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118064-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 09:10:41

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie          Page 1 of 1

| PO#: 41458-03 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/21/06 | AGENTS | | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS              1/2" 4X12<br>Drywall Venture Supply | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

Balance    6,156.00

V029929


**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118067-002

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118067-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  09:11:24

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie       Page 1 of 1

| PO#: 41458-04 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/21/06 | AGENTS | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 450 | 450 | PC | 1212DWVS           1/2" 4X12 Drywall Venture Supply | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

Balance   6,156.00

V029930



**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00148750-001

Invoice Date: 03/21/08
Account#: POR01 5932
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00148750-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:33:44

SHIP TO:
Plantation Bldrs
Bldg 20 Bramaer
Unit 2002
Williamsburg VA 23502

CREATED BY: Lorrie   Page 1 of 1

| PO#: 08-0014 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES AGENTS Terry | ORDER TYPE: Whse ORDERED BY: | | SHIP VIA: Our Truck AUTH CHG: | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | | | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB<br>5/8" 4X12 "X" Drywall Gold Bond | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 66 | 66 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .7920/MLF | 275.00/MLF | 217.80 |
| 1 | 1 | BOX | NAIL2<br>2" Smooth CC Drywall Nail #DWCC200 | 1.0000/BOX | 45.00/BOX | 45.00 |
| 1 | 1 | BOX | 300<br>1-1/4" Wood Screw Grabber Coarse #300 8M/box | 1.0000/BOX | 31.00/BOX | 31.00 |
| 1 | 1 | BOX | 368<br>1-1/4" Fine Screw #68 8M/Box | 1.0000/BOX | 37.00/BOX | 37.00 |
| 1 | 1 | BOX | 768<br>2" Bugle Head Fine Thread #768 | 1.0000/BOX | 39.00/BOX | 39.00 |
| | | | ****** SUB-TOTAL ****** | | | 1,686.71 |
| | | | VA Sales Tax | | 5.0% | 84.34 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 33.73 if paid by 04/10/08

Balance  1,771.05

EV003116

DPF-VENTURE SUPPLY, INC-1-00087


**VENTURE SUPPLY, INC.**

| | INVOICE |
|---|---|
| | 00148751-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

Invoice Date: 03/21/08
Account#: POR01 5915
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00148751-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:34:34

SHIP TO:
Plantation Bldrs
Bldg 20 Bramaer
Unit 2003
Williamsburg VA 23502

CREATED BY: Lorrie      Page 1 of 1

| PO#: 08-0014 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 SHIP DATE: 03/20/08 | SALES AGENTS Terry | | ORDER TYPE: Whse ORDERED BY: | SHIP VIA: Our Truck AUTH CHG: | FRT TERM: Prepaid | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 87 | 87 | PC | 5812DWGB<br>5/8" 4X12 "X" Drywall Gold Bond | 4.1760/MSF | 245.00/MSF | 1,023.12 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP" Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 19 | 19 | PC | HAT781025<br>7/8" Hat Channel 10' 25 Gauge | .1900/MLF | 219.00/MLF | 41.61 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 125 | 125 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | 1.5000/MLF | 275.00/MLF | 412.50 |
| | | | ****** SUB-TOTAL ****** | | | 2,033.77 |
| | | | VA Sales Tax | | 5.0% | 101.69 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 40.68 if paid by 04/10/08

Balance  2,135.46

EV003117

DPF-VENTURE SUPPLY, INC-1-00088



| | | INVOICE |
|---|---|---|
| | | 00148752-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 03/21/08
**Account#:** POR01 5916
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148752-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 05/04/10 07:35:01**

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2004
Williamsburg VA 23502

**CREATED BY:** Lorrie                     Page 1 of 1

| PO#: 08-0014 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | AGENTS Terry | | ORDERED BY: | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 60 | 60 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 2.8800/MSF | 194.16/MSF | 559.18 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB<br>5/8" 4X12 "X" Drywall Gold Bond | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .4000/MSF | 362.00/MSF | 173.76 |
| 15 | 15 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1500/MLF | 306.00/MLF | 45.90 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 50 | 50 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .6000/MLF | 275.00/MLF | 165.00 |
| | | | ****** SUB-TOTAL ****** | | | 2,065.04 |
| | | | VA Sales Tax | | 5.0% | 103.25 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 41.30 if paid by 04/10/08

**Balance**     2,168.29

EV003118

DPF-VENTURE SUPPLY, INC-1-00089



# VENTURE SUPPLY, INC.

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

**00148754-001**

**Invoice Date:** 03/21/08
**Account#:** POR01 5917
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148754-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:36:23

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2005
Williamsburg VA 23502

**CREATED BY:** Lorrie      Page 1 of 1

| PO#: 08-0014 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | AGENTS Terry | | ORDERED BY: | | AUTH CHG: | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 50 | 50 | PC | 1212DWGB  1/2" 4X12 Drywall Goldbond | | 2.4000/MSF | 194.16/MSF | 465.98 |
| 10 | 10 | PC | 1212DWVS  1/2" 4X12 Drywall Venture Supply | | .4800/MSF | 194.16/MSF | 93.20 |
| 46 | 46 | PC | 5812DWGB  5/8" 4X12 "X" Drywall Gold Bond | | 2.2080/MSF | 245.00/MSF | 540.96 |
| 2 | 2 | PC | 5812XPGB  5/8" 4X12 Moisture Resist "XP" Gold Bond | | .0960/MSF | 362.00/MSF | 34.75 |
| 10 | 10 | BKT | MDGB  5 Gal Mud All Purpose Pail Gold Bond | | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE  250' Drywall Tape #JT2342 | | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 9 | 9 | PC | RC2  Resilient Channel 1/2" 12' 2 Leg | | .1080/MLF | 275.00/MLF | 29.70 |
| | | | ****** SUB-TOTAL ****** | | | | 1,310.59 |
| | | | VA Sales Tax | | | 5.0% | 65.53 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 26.21 if paid by 04/10/08

**Balance** 1,376.12

EV003119

DPF-VENTURE SUPPLY, INC-1-00090



| | | | | INVOICE |
|---|---|---|---|---|
| | | | | 00148756-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

Invoice Date: 03/21/08
Account#: POR01 5919
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00148756-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:36:52

SHIP TO:
Plantion
Bldg 20 Braemar
Unit 2006
Williamsburg VA 23502

CREATED BY: Lorrie       Page 1 of 1

| PO#: 08-0014 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | AGENTS Kim | | ORDERED BY: | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 80 | 80 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 3.8400/MSF | 194.16/MSF | 745.57 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 44 | 44 | PC | 5812DWGB<br>5/8" 4X12 "X" Drywall Gold Bond | 2.1120/MSF | 245.00/MSF | 517.44 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP" Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 14 | 14 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1400/MLF | 306.00/MLF | 42.84 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 42 | 42 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .5040/MLF | 275.00/MLF | 138.60 |
| | | | ****** SUB-TOTAL ****** | | | 1,805.28 |
| | | | VA Sales Tax | | 5.0% | 90.26 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 36.11 if paid by 04/10/08

Balance       1,895.54

EV003120

DPF-VENTURE SUPPLY, INC-1-00091