Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: J. Frederick & Vannessa Michaux

Address of Affected Property: 901 Eastfield Lane
Newport News, VA 23602

Is this Property: [X] Residential  [ ] Commercial  [ ] Governmental

Name of Person Completing this Form: Fred Michaux

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different): n/a

Phone: (757) 897 - 8990

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

Represented By: Richard Serpe

Address: 580 East Main Street
Suite 310
Norfolk, VA 23510

Phone: (757) 233 - 0009

Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner Renter Insurer: Farmer's Insurance

Policy #: 93577-24-76

Agent: William Willis

Address: 901 Main Street
P.O. Box 1345
West Point, VA 23181

Phone: (804) 843 - 3676

+ Attach Copy of Insurance Declaration Page - See attached

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| Joseph Frederick Michaux | 11 01 07 | 09 05 09 | [X] M / F | 03 09 67 | (•) Yes | No ( ) | Owner-Occupant |
| Vannessa Lyn Michaux | 11 01 07 | 09 05 09 | M [X] F | 04 17 74 | (•) Yes | No ( ) | Owner-Occupant |
| Derick Paul Michaux | 11 01 07 | 09 05 09 | [X] M / F | 07 29 00 | (•) Yes | No ( ) | Occupant or Renter Only |
| Ethan Thomas Michaux | 11 01 07 | 09 05 09 | [X] M / F | 10 22 02 | (•) Yes | No ( ) | Occupant or Renter Only |
| Claire Michaux | 11 01 07 | 09 05 09 | M [X] F | 04 27 04 | (•) Yes | No ( ) | Occupant or Renter Only |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

MichauxJ00001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ● Yes *   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Arthur Greason & Engineering Systems Incorporated

1.2. When did the inspection take place?  8 /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ● Yes   No ○

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Engineering Systems Incorporated

2.2. When was this determination made?  8 /09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd. | "Venture Supply Inc mfg Taihe China" | Various |

## Section VI. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2200 | | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | ☒ ** | |
| Height of Interior Walls | 8/10 feet | Year-round | | ☒ | |
| Number of Bedrooms: | 3 | Summer | | | |
| Number of Bathrooms: | 4 | Winter | | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☒ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | Yes | | |
| Dates: 08.02.09 | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☒ | | |
| Dates: July/August of 2009 | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper - See attached

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | -- /-- /-- | Completion Date | 09 /28 /07 |
|---|---|---|---|
| Move In Date: | 11 /01 /07 | Date Acquired Home | 11 /01 /07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | -- /-- /-- | Completion Date | -- /-- /-- |
|---|---|---|---|
| Move In Date: | -- /-- /-- | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Atlantic Homes

Address:  109 Nat Turner Boulevard
Newport News, VA 23606

Phone:  (757 ) 596 - 8800

+ Attach Copy of Construction/Renovation Contract -n/a

+ Attach Copy of New Home Warranty Declaration -See attached

## Section IX. Drywall Installer

Drywall Installer's Name:

Porter Blaine

Address:  1140 Azelea Garden Road
Norfolk, VA 23502

Phone:  (757 ) 857 - 0282

## Section X. Drywall Supplier

Drywall Supplier's Name:

Venture Supply

Address:  1140 Azelea Garden Road
Norfolk, VA 23502

Phone:  (757 ) 855 - 5433

*Yes - Screening Inspection. Testifying experts and reports will be disclosed in accordance with the Court's schedule.

** Claimants moved from their home on 09.05.09 as a result of having Chinese manufactured drywall there.

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
| --- |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 11/21/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Jamichaux | 11/21/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3
MichauxJ00003

# Evidence of Insurance for Mortgagee Interests

**FARMERS**

**Coverage afforded by the policy is provided by:**

| 68 | 15 | 314 |
|----|----|-----|
| St. | Dist. | Agt. |

☐ Fire Insurance Exchange   ☐ Mid-Century Insurance Company
☐ The Company designated on the second page as number _____   ☑ Farmers Insurance Exchange

**Mortgagee Name and Address**
• CTX MORTGAGE COMPANY LLC
ISAOA ATIMA
PO BOX 199114
DALLAS TX 75219-9114

1st Mortgagee Loan #:  400156711

2nd Mortgagee Loan #: _____

Policy Number:  935772476

**Named Insured Address**
FREDERICK MICHAUX AND VANNESSA LYN MICHAUX
901 EASTFIELD LN
NEWPORT NEWS VA 23602-2007

Second Mortgagee

**Location of Premises (If other than shown above)**

※

**This form is not the contract of insurance.** It is a memorandum of coverage limited to mortgagee interests and applicable to the dwelling, building or mobile home at the location above. The provisions of the policy will prevail in all respects.

Effective Date _____ 11/01/2007 _____   Expiration Date _____ 11/01/2008 _____

**Policy Type:**
☑ Accidental Direct Physical Loss — Special Form Homeowner - Protector Plus Homeowner; Landlords Protector;
   (Special Form)                                Townhouse Owner; DP-3
☐ Broad (Broad Form) _____ — Condominium Owner; DP-2; Additional Extended Coverage
☐ Fire, E.C. (Basic Form) _____
☐ V & MM

**Examples of Types of Policies**

**Policy Limit of Liability:**
Dwelling, Building or Mobile Home Protection
Deductible Applicable to Dwelling or Mobile Home
Wind / Hail Deductible (if applicable)

$ 228,000.00
$500

☑ All Insured Perils
☐

Total Annual Policy Premium  $ 585.78   Balance due:  $ 585.78

**Forms and Endorsements Applicable at Inception**
☐ 438 BFU NS   H02337 491 ED, S6238 1ST ED, 254171 ED, S6853 1ST ED, H02372 793 ED, BO0435 491 ED
   HO2482 491 ED, S6803 1ST ED, H6220 1ST ED, HO0148 499 ED, 252480 1002 ED, 257878 704 ED, VA025 1ST ED, 254096 8TH ED,
☑ Loss of Use   ☑ Extended Replacement Cost: This policy includes coverage of up to 125% of the dwelling coverage.

• Randall W Hall  Ins Agy Inc
PO Box 614
Midlothian VA 23113

_Robert Woodato_
Authorized Representative
President
Title
11/01/2007
Date

460 11-05

Copy Distribution: Mortgagee's Copy, Mortgagee's Invoice Copy, Service Center Copy, Agent Copy

MichauxJ00004

# Evidence of Insurance for Mortgagee Interests



## FARMERS

This form is not the contract of insurance. It is a memorandum of coverage limited to mortgagee interests, provided at their request and applicable to the dwelling or building at the location below. The provisions of the policy will prevail in all respects.

## Insured Information

**Named Insured**
FREDERICK MICHAUX AND VANNESSA LYN MICHAUX

Mailing Address
901 EASTFIELD LN
NEWPORT NEWS VA 23602-2007
Property Address
901 EASTFIELD LN
NEWPORT NEWS VA 23602-2007

## Agent Information

Name    William E Wills
Address PO BOX 1345
West Point VA 23181
Phone           804-843-3676
Fax             804-843-3676
E-mail Address  wwills@farmersagent.com

## Policy Information

Policy Number   935772476
Company Name    FARMERS INSURANCE EXCHANGE
Policy Type     TOWNHOUSE PROTECTOR
Policy Status               IN FORCE
Policy Term Effective Date  11/01/2008
Renewal Date                11/01/2010
Annual Premium     $ 728.74
Balance Due        $ 864.40

## Coverages

| Coverage | Limit/Deductible |
|---|---|
| Dwelling | $ 228000 |
| Extended Replacement Cost | 125% |
| All Perils Deductible | $500.00 |
| Loss of Use | 114000 |
| 438BFUNS Endorsement Included | N |

## First Mortgagee

BAC HOME LOANS SERVICING L P
TX2-977-01-02 ISAOA ATIMA
PO BOX 961206
FORT WORTH TX 76161-0206

Loan Number  199636994    Who Pays  MORTGAGEE

## Second Mortgagee

No Additional Mortgagee(s) available

Loan Number

## Mortgagee Deductible Clause

Not Applicable

MichauxJ00005

This information is also available on e-Partner
25-2960  1-09   Print Date:  11/20/2009

Robert Woods
Authorized Farmers Representative
President
Title

1

TOWNHOUSE PROTECTOR PLUS
FARMERS INSURANCE EXCHANGE, LOS ANGELES, CALIFORNIA
A Reciprocal Company



**FARMERS**

**DECLARATIONS**
**HOMEOWNERS**
Replaces all prior Declarations, if any

TRANSACTION TYPE        NEW BUSINESS
The Policy Period is effective (no prior coverage applied for) at described residence premises.

| POLICY NUMBER | POLICY PERIOD From | To | STANDARD TIME | POLICY EDITION | |
|---|---|---|---|---|---|
| 93577-24-76 | 01-03-2008 | 11-01-2008 | 12:01 A.M. | H00003   0491 | ISSUING OFFICE: P.O. BOX 149044 AUSTIN, TX 78714 |

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our premiums, rules and forms then in effect.

INSURED'S NAME AND MAILING ADDRESS:

FREDERICK MICHAUX AND VANNESSA LYNN MICHAUX

901 EAST FIELD LN
NEWPORT NEWS VA 23602-2007

LOCATION AND/OR DESCRIPTION OF RESIDENCE PREMISES:
(Same as mailing address unless otherwise indicated.)

DESCRIPTION OF PROPERTY

| YEAR OF CONSTRUCTION | CONSTRUCTION TYPE | | ROOF TYPE | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|
| 2007 | FRAME | | ASPHALT COMPOSITION | 001 | OWNER |

COVERAGES - We provide insurance only for those coverages indicated by a specific limit of the premises.

| A - DWELLING OR UNIT/HOME | SECTION I - PROPERTY B - SEPARATE STRUCTURES/OTHER STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | SECTION II - LIABILITY E - PERSONAL LIABILITY Each Occurrence | F - MEDICAL PAYMENTS TO OTHERS Each Person | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| $228,000 | $22,800 | $171,000 | $114,000 | $300,000 | $1,000 | $577.37 |

ENDORSEMENTS

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| H02337 | 491 | NO COVERAGE FOR HOME DAY CARE BUSINESS |
| S6838 | 1ED | ORDINANCE OR LAW COVERAGE |
| 254171 | | IMPORTANT INFORMATION TO POLICYHOLDERS |
| S6853 | 1ED | VALUE PROTECTION ENDORSEMENT |
| H02372 | 793 | PERSONAL PROPERTY REPLACEMENT COST |
| EC0435 | 491 | LOSS ASSESSMENT COVERAGE |
| H02482 | 491 | PERSONAL INJURY |
| S6803 | 1ED | EXTENDED REPLACEMENT COST ENDORSEMENT |
| H6220 | 1ED | FREEZER FOOD SPOILAGE COVERAGE ENDORSEMENT NB |
| H00145 | 499 | SPECIAL STATE PROVISIONS - VIRGINIA |
| | | IMPORTANT NOTICE - ADDITIONAL ENDORSEMENTS SHOWN ON BACK |

DISCOUNTS

NEW HOME, AUTO/HOME, AND NON SMOKER DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

DEDUCTIBLES

| $500 | Deductible is applicable to covered losses under Coverage A,B,C. |
|---|---|

POLICY ACTIVITY        (SUBMIT AMOUNT DUE WITH ENCLOSED INVOICE)

| $ 464.33 CR | Previous Balance | CREDIT |
|---|---|---|
| 478.06 | Premium | |
| | Fees | |
| $ 13.73 | Total DUE | |
| | MORTGAGEE PAYS | |

ANY 'RENEWAL' BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

This Declaration page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

AGENT:  Randall W. Hall Ins Agy Inc
AGENT PHONE:  (804) 320-5488    AGENT NUMBER:    68 15 314

Countersignature

Paul W Hopkins

Authorized Representative

11-15-2007

56-2491 2ND EDITION 1-05        93577-24-76        (Continued on the Reverse Side)

MichauxJ00006

# TOWNHOUSE PROTECTOR PLUS
## FARMERS INSURANCE EXCHANGE, LOS ANGELES, CALIFORNIA
### A Reciprocal Company

**FARMERS**
60 YEARS SERVING AMERICA
**DECLARATIONS**
**HOMEOWNERS**
Replaces all prior Declarations, if any

**TRANSACTION TYPE:** CHANGE OF DISCOUNTS

The Policy Period is effective (not prior to time applied for) at described residence premises.

| POLICY NUMBER | PHONE | POLICY PERIOD FROM | TO: | STANDARD TIME | FORM/EDITION | ISSUING OFFICE: |
|---|---|---|---|---|---|---|
| 93577-24-76 | 06-18-2008 | 11-01-2008 | | 12:01 A.M. | HO 00 03 0491 | P.O. BOX 149044 AUSTIN, TX 78714 |

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our premiums, rules and forms then in effect.

**INSURED'S NAME & MAILING ADDRESS:**

FREDERICK MICHAUX AND VANNESSA LYN MICHAUX

901 EASTFIELD LN
NEWPORT NEWS VA 23602-2007

**LOCATION OR DESCRIPTION OF RESIDENCE PREMISES:**
(Same as mailing address unless otherwise stated.)

## DESCRIPTION OF PROPERTY

| YEAR OF CONSTRUCTION | DESCRIPTION TYPE | ROOF TYPE | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|
| 2007 | FRAME | ASPHALT COMPOSITION | 001 | OWNER |

## COVERAGES -

We provide insurance only for those coverages indicated by a specific limit or other notation.

| | SECTION I - PROPERTY | | | SECTION II - LIABILITY | | |
|---|---|---|---|---|---|---|
| A. DWELLING OR MOBILE HOME | B. SEPARATE/OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | E. PERSONAL LIABILITY | F. MEDICAL PAY TO OTHERS | ANNUAL PREMIUM |
| $228,000 | $22,800 | $171,000 | $114,000 | $300,000 Each Occurrence | $1,000 Each Person | $577.37 |

## ENDORSEMENTS

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| HO0145 | 499 | SPECIAL STATE PROVISIONS - VIRGINIA |
| EO2337 | 491 | NO COVERAGE FOR HOME DAY CARE BUSINESS |
| H6220 | 1ED | FREEZER FOOD SPOILAGE COVERAGE ENDORSEMENT NB |
| S6838 | 1ED | ORDINANCE OR LAW COVERAGE |
| S6853 | 1ED | VALUE PROTECTION ENDORSEMENT |
| VA025 | 1ED | ENDORSEMENT AMENDING SECTIONS I AND II - CONDITIONS |
| 252480 | 1002 | INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY |
| 254171 | | IMPORTANT INFORMATION TO POLICYHOLDERS |

## DISCOUNTS

NEW HOME, AUTO/HOME, AND NON SMOKER DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

## DEDUCTIBLES

$500    Deductible is applicable to covered losses under Coverage A, B, C.

**POLICY ACTIVITY**

| | |
|---|---|
| $ NONE | Previous Balance |
| | Premium |
| | Fees |
| | Payments or Credits |
| $ NONE | Total |
| MORTGAGEE PAYS | |

ANY "TOTAL" BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

**AGENT:** William E. Wills
**AGENT PHONE:** (804) 843-3676
**AGENT NUMBER:** 68 15 522

56-2491  2ND EDITION 1-85     93577-24-76

*(Continued on the Reverse Side)*

Countersignature

*Paul N Hopkin*
Authorized Representative

07-21-2008

MichauxJ00007

MichauxJ00007

**FARMERS**

TOWNHOUSE PROTECTOR PLUS

FARMERS INSURANCE EXCHANGE, LOS ANGELES, CALIFORNIA
A Reciprocal Company

**DECLARATIONS**
**HOMEOWNERS**
Replaces all prior Declarations, if any

TRANSACTION TYPE:   CHANGE IN MORTGAGEE AND/OR LOAN NUMBER
The Policy Period is effective (not prior to time applied for) at described residence premises.

| POLICY NUMBER | FROM | POLICY PERIOD TO | STANDARD TIME | POLICY EDITION | |
|---|---|---|---|---|---|
| 93577-24-76 | 05-01-2009 | 11-01-2009 | 12:01 A.M. | HO 00 03 0491 | ISSUING OFFICE: P.O. BOX 149044 AUSTIN, TX 78714 |

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our premiums, rules and forms then in effect.

INSURED'S NAME & MAILING ADDRESS:

FREDERICK MICHAUX AND VANNESSA LYN MICHAUX

901 EASTFIELD LN
NEWPORT NEWS VA  23602-2007

LOCATION OR DESCRIPTION OF RESIDENCE PREMISES
(Same as mailing address unless otherwise stated.)

## DESCRIPTION OF PROPERTY

| YEAR OF CONSTRUCTION | CONSTRUCTION TYPE | ROOF TYPE | NUMBER OF UNITS | OCCUPANCY |
|---|---|---|---|---|
| 2007 | FRAME | ASPHALT COMPOSITION | 001 | OWNER |

COVERAGES   We provide insurance only for these coverages indicated by a specific limit or other notation.

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | | |
|---|---|---|---|---|---|---|
| A. DWELLING OR MOBILE HOME | B. SEPARATE (OTHER) STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | E. PERSONAL LIABILITY | F. MEDICAL PAY TO OTHERS | ANNUAL PREMIUM |
| $228,000 | $22,800 | $171,000 | $114,000 | $300,000 Each Occurrence | $1,000 Each Person | $728.74 |

## ENDORSEMENTS

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| HO0145 | 499 | SPECIAL STATE PROVISIONS - VIRGINIA |
| HO2337 | 491 | NO COVERAGE FOR HOME DAY CARE BUSINESS |
| H6220 | 1ED | FREEZER FOOD SPOILAGE COVERAGE ENDORSEMENT NB |
| 86838 | 1ED | ORDINANCE OR LAW COVERAGE |
| 86853 | 1ED | VALUE PROTECTION ENDORSEMENT |
| VA025 | 1ED | ENDORSEMENT AMENDING SECTIONS I AND II - CONDITIONS |
| 252480 | 1002 | INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY |
| 254171 | | IMPORTANT INFORMATION TO POLICYHOLDERS |
| HO0435 | 491 | LOSS ASSESSMENT COVERAGE |
| HO2372 | 793 | PERSONAL PROPERTY REPLACEMENT COST |
| | | IMPORTANT NOTICE - ADDITIONAL ENDORSEMENTS SHOWN ON BACK |

## DISCOUNTS

NEW HOME, AUTO/HOME, AND NON SMOKER DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

## DEDUCTIBLES

| | POLICY ACTIVITY | |
|---|---|---|
| $500   Deductible is applicable to covered losses under Coverage A, B, C. | $ NONE | Previous Balance |
| | | Premium |
| | | Fees |
| | | Payments or Credits |
| | $ NONE   Total | |
| | MORTGAGEE PAYS | |

ANY "TOTAL" BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

AGENT:   William E. Wills

AGENT PHONE:   (804) 843-3676      AGENT NUMBER:      68 15 522

56-2491  2ND EDITION 1-05    93577-24-76          (Continued on the Reverse Side)

Countersignature

*Paul N Hopkin*

Authorized Representative

05-08-2009

MichauxJ00008



MichauxJ00009





## REPORT OF ZDENEK HEJZLAR, PH.D. REGARDING THE RESIDENCE OF FRED AND VANNESSA MICHAUX

1.       I am a Senior Consultant with Engineering Systems Inc. (ESI) located in Fort Myers, Florida.  ESI is a multidiscipline, technology based consulting firm with offices in various locations in the U.S. that provides services related to loss investigation, research, testing, inspection, product development, and consulting.  I have been retained by Plaintiffs in this matter to investigate and assess the presence of problematic, Chinese-manufactured Drywall ("Chinese Drywall") in various homes.

2.       I have over 20 years of experience in premises/occupational safety and various aspects of the environmental safety and health.  I received my Ph.D. in Occupational Safety and Health Engineering from Columbia Southern University in 1999.  I am a certified Safety Professional (CSP), Chemical Engineer (CChE), and Professional Chemist (CPC) and Fire and Explosion Investigator CFEI.  My Curriculum Vitae is attached as Exhibit A.

3.       I have been working on issues concerning Chinese Drywall and sulphur emissions from the product with the State of Florida, the Consumer Product Safety Commission, and various other private parties for over a year.  I have personally investigated over 700 homes and condominiums reporting problems associated with Chinese Drywall.  I have also analyzed data related to the presence of Chinese Drywall in over 200 other homes.

4.       In order to investigate a residence for the presence of Chinese Drywall I employ a scientific methodology which includes a review of various forms of available information including laboratory analysis of the drywall and any corroded metal surfaces; observations of smell, identifying marks on the drywall, malfunctioning of HVAC and electrical systems, and

corroded metal (observed by me or an experienced investigator); and digital photographs of the observations noted above; and consider the following factors:

a. Observations regarding sulfur like or other unusual odors.

b. Confirmed presence of Chinese Drywall in the home based on observations or digital photographs of the drywall in the home showing characteristic markings identifying it as Chinese Drywall.

c. Observations of copper impacts (e.g., corroded HVAC coils) inside the home or digital photographs of the impacted copper (or other metallic) surfaces in the home.

d. Documented failure of air conditioner evaporator coil(s) and electrical systems based on observations or digital photographs.

e. Laboratory analysis

  i. Laboratory analysis of the impacted copper (or other metal surfaces) to identify characteristic sulfur impact on the metal. Such analysis can be performed using Energy Dispersive x-ray analysis (EDS) or x-ray fluorescence (XRF) by comparing the data from the subject home to documented impacts from other Chinese Drywall EDS and XRF data. EDS and XRF are described in Exhibit B.

  ii. Laboratory Analysis of drywall samples including comparisons of a chemical "fingerprint" which is characteristic of Chinese Drywall based on review of hundreds of confirmed Chinese Drywall samples. Such analysis includes a review of the presence and relative ratios of

the elements present in the drywall including attention to strontium levels on XRF and the presence of strontium sulfide inclusions.

iii.  Laboratory Analysis of drywall samples using an "aging analysis." Such an analysis is performed by placing a piece of the subject drywall into a test jar with freshly cleaned copper wire, and distilled water not in contact with the drywall. A coat of clear polish is painted in the middle of the wire to protect a portion of the wire from exposure and provide a comparative section. A second jar with a non-suspect U.S. drywall is set up in a similar fashion as a control. A third jar with moisture and wire, but without drywall, is also set up as a control. After several days of exposure, the impacts of the emissions of the drywall (if any) can be observed and measured with the XRF or evaluated with EDS.

5.     In considering these factors I am able to determine if the house is suspicious for the presence of Chinese Drywall and then confirm the presence of Chinese Drywall by visualization of the Chinese Drywall brand name on the drywall, and/or laboratory analysis to confirm the presence of Chinese Drywall. The State of Florida Department of Health Case Definition of "Premature Copper Corrosion in Residences Possibly Associated with the Presence of Imported Drywall from China (03-31-09)" uses similar criteria and methodology to determine whether homes constructed after 2003 (2004 to present) contain Chinese Drywall (See Exhibit C).

6.     On September 3, 2009, an experienced investigator whom I specifically instructed in techniques of sample collection and observation relevant to Chinese Drywall, did perform a

visual and photographic inspection of the Michaux residence and took physical samples of impacted copper and drywall located in the house to be analyzed in the laboratory under my supervision. (See Exhibit D). Representative Laboratory Analysis is attached as Exhibit E.

     7.      Based on this investigation, my findings which are made to a reasonable degree of scientific probability, are as follows:

     a.  The inspected home demonstrates pervasive sulfur like odor.

     b.  There is drywall in the home with characteristic identifying marks ("Venture Supply, Inc   MFG. Taihe China") known to be Chinese Drywall.

     c.  There is widespread impact to susceptible metal surfaces (e.g., copper, silver, chrome) such as HVAC coils, electrical wiring in outlets, ground wires and other metallic surfaces.

     d.  There is failure of HVAC and electrical components.

     e.  The laboratory analysis of the impacted metal by XRF including comparative analysis with known problematic EDS and XRF data demonstrates sulfur impact on the metal associated with emissions from the Chinese Drywall.

     f.  The laboratory analysis of the drywall demonstrates a "fingerprint" of the chemical elements which is characteristic of Chinese Drywall.

     g.  The above findings, coupled with my background research on Chinese Drywall including comparisons with XRF and EDS data from Chinese Drywall, as well as the laboratory analysis of the sulfur impact and the aging tests performed on Chinese Drywall and presumed non-problematic drywall indicate that the Michaux home has Chinese Drywall which has off-gassed at levels sufficient to cause significant impacts.

h.  Further analysis should be performed to assure protection of the residents and the

HVAC and electrical systems in the home either by relocating the residents

temporarily or permanently, and performing remedial actions with safety controls

to minimize hazardous exposure to the remediation workers and the residents.

Executed on this _9_ day of _11_ 2009 at Fort Myers, Florida

Dr. Zdenek Hejzlar
Engineering Systems, Inc.
12750 Commonwealth Dr.
Fort Myers, FL 33913
Tel: (239) 482-0500
Fax: (230) 482-2941

# EXHIBIT A



*12750 Commonwealth Drive*
*Fort Myers, FL 33913*

*Phone: (239) 482-0500*
*Fax: (239) 482-2941*
*esi-website.com*

## ZDENEK (ZED) HEJZLAR, Ph.D., CSP
### SENIOR CONSULTANT
wesystems@esi-fl.com

Dr. Hejzlar is a Senior Consultant with Engineering Systems Inc. (ESI) located in Ft. Myers, Florida. Dr. Hejzlar has over 20 years of experience in premises/occupational safety and various aspects of the environmental and toxic health fields.   He directs multidisciplinary projects in systems safety and accident reconstruction related to a broad range of environmental and industrial issues, chemical and hazardous material dangers, risk assessment, fire/explosion, slip and fall, premises/occupational safety and health hazards.  He also has extensive experience in textile and other polymeric material failure analysis and design applications.

Engineering Systems Inc. is a multidisciplined, technology based consulting firm with offices in various locations in the U.S. that provides services related to loss investigation, research, testing, inspection, product development and consulting.   The Florida Operation's professional staff consists of scientists, engineers and researchers providing technical services that include: safety, transportation equipment design and performance, environmental sciences, accident and injury analysis, risk analysis and human factors.

### Areas of Specialization

Industrial and Premises Safety
Environmental and System Safety Consulting
Textile and Polymeric Material Failures
Chemical and Physical Hazard Investigations
Fire/Explosion
Chemical Risk Analysis

### Education

Ph.D., Occupational Safety
and Health Engineering
Columbia Southern University, 1999

M.S., Business Administration
University of South Florida,
1990

B.S. Textile Chemistry
Philadelphia College of
Textiles and Science, 1980

### Certifications

Certified Safety Professional (CSP)
#13230
*Board of Certified Safety
Professionals*

Certified Chemical Engineer
(CChE)
*Nat'l. Certification
Commission in Chemistry and
Chemical Engineering*

Certified Professional Chemist
(CPC)
*Nat'l. Certification Commission
in Chemistry and Chemical
Engineering*

January 2009

*Providing Clear Answers*
*Through Insights and Multidisciplinary Excellence*

COLORADO    FLORIDA    GEORGIA    ILLINOIS    MISSOURI    TEXAS

## Appointments and Professional Affiliations

Dr. Hejzlar teaches technical professional courses in environmental and safety risk management, property condition assessments and occupational safety and health. Projects include deployment, health and safety, risk evaluations, training and standards development for the U.S. Department of Defense, property evaluations for the U.S. Department of Agriculture, Technical Professional Training for ASTM, RIFS and HAZWOPER training for clients in Asia, and environmental risk training for World Bank Group members in Europe. Dr. Hejzlar has also been appointed and serves as panel expert for Transportation Research Safety Board. In addition to numerous technical papers on accident investigation, ASTM has published his technical manual on the Phase I and Phase II process and CD-ROM computer based assessment training.

*The National Academies, Advisers to the Nation on Science, Engineering and Medicine*
  *Transportation Research Safety Board, Cooperative Research Programs – Advisory*
  *Expert on Project Panel HM-06  2007 - till present*

Florida Department of Financial Services – Education section CE – 2-20 – General Lines
  Property Casualty approved instructor, 2007 – present

U.S. DOD/ASTM, Task Group Leader on Military Deployment Assessment Standards
  ASTM/DOD, April 2002 - present

City of Fort Myers Brownfields Advisory Board
  Vice Chairman/Member, appointment by the Mayor and the City Council, 2001 - 2005

Texas Region IV
  Region IV Texas Mold Licensing Training Development, Task Group for Assessors and
    Remediation Professionals Contributing Member, 2003 - 2004
  Texas House Bill 329/Texas Department of Health/Texas Mold Rules and Regulations Task
    Group Contributing Member on behalf of Texas Region IV School District, 2003

American Chemical Society (ACS)

American Railway Engineering and Maintenance-of-Way Association
  Committee 13 - Environmental

The American Institute of Chemists (AIC)

American Society for Testing and Materials (ASTM)
  *Committee F13 on Pedestrian/Walkway Safety and Footwear*
  *Committee E34 on Occupational Health and Safety*
  *Committee E35 on Pesticides and Alternative Control Agents*
    Sub Committee E35.26 Safety To Man -- Chair
  *Committee C15 on Manufactured Masonry Units*
  *Committee F15 on Consumer Products*
  *Committee E50 on Environmental Assessment, Risk Management and Corrective Action*
    Data Collection Requirements for Military Deployments
      Task Force Chairman, 2004 - present
    Environmental Health Site Assessment for Military Developments Standard
      Development Task Force Chairman, 2001 - 2003



Environmental Assessment Phase II Training Development
Task Group Chair, 1998 - 1999
Environmental Assessment Phase I Training Development
Task Group Member, 1993 - present
*Committee on Publications* – appointed 2007 - 2009

American Society of Safety Engineers (ASSE) Professional Member

National Association of Fire Investigators (Member)

## Positions Held

Engineering Systems Inc., Ft. Myers, Florida
Senior Consultant, 2005 - Present
Director of Environmental Programs, 2001 - 2005

K. C. Breen & Associates, Inc., Ft. Myers, Florida
Director of Environmental Management, 1993 - 2001
Director of Research, 1990 – 2001

Parker Seal/ Parker Hanniffin, Naples, Florida
Quality Assurance and Engineering Manager, 1986 - 1990
Quality Assurance Manager, 1984 - 1986

Madison Bay Marina Campground & Restaurant, Madison, Maryland
Owner Operator/Consultant, 1982 - 1984

Polymer Corporation, Reading, Pennsylvania
Engineering Specialist, 1980 - 1982

Scholler Brothers, Inc., Philadelphia, Pennsylvania
Research Laboratory Chemist, 1979 - 1980

Scottish College of Textiles, Galashiels, Scotland
Laboratory Chemist Trainee, 1976 - 1977

BASF - Ludwigshafen, West Germany
Laboratory Technician, 1976

S.A. Fine Worsteds Co., Capetown, South Africa
Finishing Foreman, 1974 - 1975



<u>**Continuing Education**</u>

Pedestrian/Bicycle Crash Investigations
IPTM – University of North Florida
Jacksonville, Florida, Summer 2006

Residential Inspection Seminar
Houston, Texas, Winter 2005

Mold: Effective Defense Strategies Seminar
Houston, Texas, Spring 2003

Hazardous Substances Workshop and Bioterrorism Training
Tampa, Florida, Spring 2003

40 Hour Hazardous Waste Operations and Emergency Response Course
Tampa, Florida, Winter 2000

<u>**Publications and Presentations**</u>

*Technical Guide for the Collection of Environmental Sampling Data Related to Environmental Health Site Assessments for Military Deployments (NMCPHC TM-PM 6490.2 also USACHPPM as the TG-317)* Co-author FDPMU Program Science & Technology Navy & Marine Corps Public Health Center

*Manual 43 Technical Aspects of Phase I/II Environmental Site Assessments,* Publisher ASTM, Library of Congress ISBN 978-0-8031-4273-2 -- September 2007

*Use of ASTM Risk Based Corrective Action Standards with Innovative Management Approaches to Achieve Timely Site Closures.* Railroad Environmental Conference, University of Illinois, Chicago, Illinois, October 2007

*Documentation and Preservation of Information in Claims Investigations Using the ASTM Standards,* Catmando Inc., Tampa, Florida, February 2007

*Innovative Site Remediation Technologies Training Course,* presented to Geo-Environmental Technology Research Center - Tokyo, Japan, April 2004

*Environmental Health Site Assessment Process for Military Deployments,* ASTM Standard Guide E2318-03, Co-author

*Technical Aspects of Mold Investigations,* presented to Nationwide Insurance - Plantation, Florida, March 2003

*Environmental Assessment - Train the Trainer,* presented to Geo-Environmental Technology Research Center - Tokyo, Japan, January 2003

*Department of Defense Deployment Assessment Training,* various Military Installations in the U.S. and abroad

Engineering
Systems
Inc.
esi-website.com

*40 Hour Hazwoper Training*, presented to ECO Solutions - Seoul, Korea, April 2001

*Remedial Investigations Feasibility Study - EPA Methodology Applications in Asia*, presented to ECO Solutions/KARICO Poil-dong - Seoul, Korea, March 2001

*Training the Trainer - Applications of ASTM Standards*, presented to ECO Solutions - Seoul, Korea, December 2000

*Computer Based Technical Course Developed for ASTM Environmental Site Assessments for Commercial Real Estate*, ASTM, CD-ROM Format

*Solving Environmental Management Risk Issues for Clients in European Countries*, presented to Zurich Insurance Company internal technical training - Zurich, Switzerland

*Environmental Aspects of Commercial Real Estate Transactions Management*, presented to ARVIDA Realty Continuing Education - Bonita Springs, Florida, November 2000
*Solving Environmental and Brownfields Issues for Clients*, presented to Professional Business Brokers Association - Ft. Myers, Florida, October 2000

*ASTM Standards in Products and Personal Injury Litigation*, presented to Lee County Bar Association - Ft. Myers, Florida, March 2000

*Technical Aspects of Quick Response Assessments Course*, presented to DEP Hazardous Materials Response Department - New York, New York, January 2000

*The Use of ASTM Standards in Forensic Investigations*, The Chemist - 1999

*Manual 43 Technical Aspects of Phase I / II Environmental Site Assessments*, Publisher ASTM, Library of Congress ISBN 0-8031-2084-2 - December 1999

*Human Factors of Slips and Falls*, presented at Challenges Conference sponsored by the Florida Department of Health, Lee Memorial Health Systems and Florida Injury Prevention for Seniors - Ft. Myers, Florida, April 1998

*Developments in Alternate Marine Transportation*, Society of Automotive Engineers - Costa Mesa, California, August 1995

*Investigation and Analysis of Marine Accidents*, Society of Automotive Engineers - Detroit, Michigan, March 1993

*Operator and Environmental Factors Associated with Off-Road Equipment Risk*, Society of Automotive Engineers - Milwaukee, Wisconsin, September 1992



Engineering
Systems
Inc.
esi-website.com

# EXHIBIT B

X- ray Fluorescence analysis (XRF)

In principle, the XRF analysis exposes the sample to short-wavelength x-rays or to gamma rays, causing ionization of their component atoms to take place. Ionization consists of the ejection of one or more electrons from the atom, and may take place if the atom is exposed to radiation with energy greater than its ionization potential. X-rays and gamma rays can be energetic enough to expel tightly-held electrons from the inner orbitals of the atom. The removal of an electron in this way renders the electronic structure of the atom unstable, and electrons in higher orbitals "fall" in the lower orbital to fill the hole left behind. In falling, energy is released in the form of a photon, the energy of which is equal to the energy difference of the two orbitals involved. Thus, the material emits radiation, which has energy characteristic of the atoms present. The term fluorescence is applied to the phenomena in which the absorption of higher-energy radiation results in the re-emission of lower-energy radiation.

Energy Dispersive X-ray Analysis ("EDS")

In principle, EDS is a technique used to identify the elemental composition of a sample or small area of interest on the sample. During EDS, a sample is exposed to an electron beam inside a scanning electron microscope (SEM). These electrons are focused into a beam, directed in such a way as to collide with the sample, causing electrons in the sample to be disrupted from their natural position. The vacated positions are filled by higher energy electrons, which emit x-rays in the process. By analyzing the emitted x-rays, the elemental composition of the sample can be determined.

# EXHIBIT C

Copper Corrosion Case Defition Possibly Associated with Imported Drywall                    Page 1 of 7

---

## floridashealth.com

  **DIVISION OF Environmental Health**

850 245 4250 : Email
Read Our Sitemap : Send Feedback
For Imported Drywall information, contact your County Health Dept.

EH Home   About Us   Communities   Radiation   Medicine   Water   Sewage   Programs   Newsroom

◇ Bureau Of Community Environmental Health > Indoor-Air > Case Definition

### Case Definition (03-31-09) for Premature Copper Corrosion in Residences Possibly Associated with the Presence of Imported Drywall from China.

First, determine the date of construction

To meet the current case definition (03-30-09) homes constructed after 2003 (2004 to present) must meet two or more conditions; and those built prior to 2004 must meet three or more of the conditions specified below.

1. There is presence of sulfur-like or other unusual odors
2. Confirmed presence of Chinese manufactured drywall in the home (Presence pictures)
3. Observed copper corrosion, indicated by black, sooty coating of Un-insulated copper pipe leading to the air handling unit present in the garage or mechanical closet of home (Corrosion pictures)
4. Documented failure of air conditioner evaporator coil (located inside the air handling unit) (Coil pictures)
5. Confirmation by an outside expert or professional for the presence of premature copper corrosion on Un-insulated copper wires and/or air conditioner evaporator coils (inside the air handling unit) (Wiring pictures)

**Other Issues:**

- Mirror Pictures
- Miscellaneous items with possible corrosion Pictures
- Miscellaneous items without corrosion Pictures
- Plumbing Fixture Pictures
- Refrigerator Pictures

**All images below open in a new window and display a larger version**

**Confirmed presence of Chinese manufactured drywall in the home (Back to top)**

**Drywall with markings - domestic**



| | | |
|---|---|---|
| Drywall with National Gypsum markings in attic | Drywall with GridMarX ®, National Gypsum markings | Drywall with National Gypsum markings in wall |

Copper Corrosion Case Defition Possibly Associated with Imported Drywall          Page 2 of 7



Drywall with "USA" markings

**Drywall with markings - imported**



| Drywall with "CHINA" markings on a piece of drywall Cut from a wall cavity | Cut pieces of drywall with "KNAUF - TIANJIN CHINA ASTM C36" markings visible | Cut pieces of drywall on floor with "KNAUF - TIANJIN" markings visible |
| Cut pieces of drywall on floor with "CHINA-ASTM C36 06-05-03, 10.14" markings visible | Drywall with "MADE IN CHINA" markings visible | Photo illustrates that homes were found with both domestic and Chinese manufactured drywall marked "MADE IN CHINA ASTM C36/C1396 STANDARD". |

**Drywall of unknown origin**



| Cut piece of drywall with "4 feet X 12f" markings visible. The origin of this drywall was not determined. | Drywall inside a wall with metal studs. No markings are visible. | Drywall inside a wall with metal studs and coated wiring. No markings are visible |

**Observed copper corrosion, indicated by black, sooty coating of Un-insulated copper pipe leading to the air handling unit present in the garage or mechanical closet of home (Back to top)**

**Corroded**



Copper Corrosion Case Defition Possibly Associated with Imported Drywall          Page 3 of 7



| Photo illustrates that homes were found with both domestic and Chinese manufactured drywall. | Photo illustrates that homes were found with both domestic and Chinese manufactured drywall | Photo illustrates that homes were found with both domestic and Chinese manufactured drywall. |
| --- | --- | --- |
| Photo illustrates that homes were found with both domestic and Chinese manufactured drywall. | Photo illustrates that homes were found with both domestic and Chinese manufactured drywall. | |

**Not corroded**

| Un-insulated copper pipe leading to the air handling unit with no signs of blackening corrosion. | Un-insulated copper pipe leading to the air handling unit with no signs of blackening corrosion. | Un-insulated copper pipe leading to the air handling unit with no signs of blackening corrosion. |
| --- | --- | --- |
| Un-insulated copper pipe leading to the air handling unit with no signs of blackening corrosion. | | |

**Documented failure of air conditioner evaporator coil (located inside the air handling unit)**
**Back to top)**

**Blackening corrosion on coils**

⚠ **Warning: Accessing these areas pose an electrical shock hazard. Homeowners should use a licensed electrician or a heating and air conditioner contractor.**



| Evaporator coil inside the air handler unit | Evaporator coil inside the air | Evaporator coil inside the air |
| --- | --- | --- |

Copper Corrosion Case Defition Possibly Associated with Imported Drywall                    Page 4 of 7

| showing blackening corrosion of copper. | handler unit showing blackening corrosion of copper. | handler unit showing blackening corrosion of copper. |
|---|---|---|
| Blackening corrosion on copper tube of the evaporator coil inside the air handling unit. Some corrosion has been removed showing uncorroded metal. | | |

**Normal corrosion on coils**



| Evaporator coil showing blue/green and dark red patina on copper tubing and dark orange rust on other metals | Evaporator coil elbows showing dark orange rust on other metals blue/green and dark red patina. | Evaporator coils showing blue/green and dark red patina on copper tubing and dark orange rust on other metals. |
|---|---|---|
| Evaporator coils showing dark red patina on copper tubing and small amount of orange rust on steel. | Evaporator coils showing blue/green and dark red patina on copper tubing and dark orange rust on other metals. | |

**Confirmation by an outside expert or professional for the presence of premature copper corrosion on Un-insulated copper wires and/or air conditioner evaporator coils (inside the air handling unit)**
**(Back to top)**

**Blackening corroded wiring**

⚠ **Warning:** Accessing these areas pose an electrical shock hazard. Homeowners should use a licensed electrician or a heating and air conditioner contractor.



| Electrical outlet showing blackening corrosion on the | Blackening corrosion on the exposed copper of wiring on the electrical panel | Blackened in-wall speaker wire |
|---|---|---|

Copper Corrosion Case Defition Possibly Associated with Imported Drywall                    Page 5 of 7

| ground wire (bare wire on bottom). | inside an air handling unit. | |
|---|---|---|
| <br>Blackening corrosion on bare ground wires | | |

### Normal wiring

| | |
|---|---|
| Blue/green patina on the ground wire inside air handling unit. | <br>Electrical switch panel with the cover removed showing no corrosion on the bare copper ground wire. |

### Other Photos

### Mirrors (Back to top)



| | | |
|---|---|---|
| Mirror showing a slight darkening of the edges. | Mirror showing significant darkening of the edges. | Mirror showing significant darkening of the edges. |
| Mirror showing significant darkening of the edges. | | |

### Miscellaneous items with possible corrosion (Back to top)

| | | |
|---|---|---|
| | | |

Copper Corrosion Case Defition Possibly Associated with Imported Drywall                Page 6 of 7



| Light fixture above bathroom vanity showing corrosion of chrome plated surface. | Door hinge showing corrosion. | Coins and an antique piece of metal that homeowners reported as darkening. |

Metal finishes on furniture that a homeowner reported as darkening.

**Miscellaneous items without corrosion (Back to top)**



Water heater in garage with no corrosion on copper water lines.

**Plumbing Fixtures (Back to top)**



| Toilet water shut-off valve showing corrosion. | Shower fixture showing corrosion of chrome plating. | Bath faucet with black corrosion pitting the chrome plating. |

fire sprinkler head showing corrosion.

**Refrigerators (Back to top)**



| Blackening corrosion on copper tubes of a refrigerator. | Blackening corrosion on copper tubes of a refrigerator. | Blackening corrosion of a copper water tube leading to a refrigerator. |

Copper Corrosion Case Defition Possibly Associated with Imported Drywall          Page 7 of 7

Back To Top
Home : About Us : Community EH : Radiation : Medicine : Water : Sewage : Programs : Newsroom

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

FRED MICHAUX and
VANNESSA MICHAUX,

              Plaintiffs,

v.                                       CASE NO. _____

TAISHAN GYPSUM CO., LTD., et al.,

              Defendants.

### AFFIDAVIT OF ARTHUR GREASON
### INSPECTION OF THE RESIDENCE OF FRED AND VANNESSA MICHAUX

      1.     On September 2, 2009, I was asked to perform an investigation for the presence of Chinese drywall at the home of Fred and Vannessa Michaux, located at 901 Eastfield Lane, Newport News, VA 23602.

      2.     On September 3, 2009, I performed a visual and photographic inspection at the Michaux's residence and took physical samples of drywall and impacted copper located in the home to be analyzed in a laboratory.

      3.     The residence shows evidence of corrosion of the HVAC coils and various wiring throughout the home.  The AC coils had been replaced once.  The sulfuric odor permeates the entire second floor of the home.

      4.     I collected 2 samples, as noted on the enclosed Toxic Drywall Investigation and Chain of Custody forms.  I personally maintained possession of these samples until they were delivered to the United Parcel Service for overnight shipment to the Engineering Systems, Inc. laboratories in Houston, TX.

5.      I declare under penalty of perjury, under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed this _____18_____ day of _____SEPT_____, 2009 in Norfolk, Virginia.

_____
Arthur Greason
1621 Godfrey Lane
Virginia Beach  VA  23454
757-236-6303

Notary:

City/County of _____Norfolk_____
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 818th day of Sept_____, 2009.

_____
Notary Public
My commission expires, _____2/28_____, 2012





# EXHIBIT E



**Engineering Systems Inc.**

12750 Commonwealth Drive
Fort Myers, FL 33913

## Certificate of Analysis

XL3t-36951

| | |
|---|---|
| Reading No | 26 |
| Mode | MINING |
| Time | 2009-10-16 13:39 |
| Duration | 71.66 |
| Sequence | Final |
| Flags | |
| SAMPLE | DRYWALL DIRECT |
| LOCATION | MICHAUX 30427T |
| INSPECTOR | |
| MISC | |
| NOTE | |



| | % | ± | Error |
|---|---|---|---|
| Ba | < LOD | : | 0.013 |
| Sn | < LOD | : | 0.005 |
| Cd | < LOD | : | 0.002 |
| Pd | < LOD | : | 0.002 |
| Ag | < LOD | : | 0.005 |
| Bal | 52.247 | ± | 4.004 |
| Mo | < LOD | : | 0.002 |
| Nb | < LOD | : | 0.002 |
| Zr | < LOD | : | 0.002 |
| Sr | 0.310 | ± | 0.004 |
| Rb | < LOD | : | 0.002 |
| Bi | < LOD | : | 0.002 |
| As | < LOD | : | 0.002 |
| Se | < LOD | : | 0.002 |
| Au | < LOD | : | 0.005 |
| Pb | < LOD | : | 0.002 |
| W | < LOD | : | 0.013 |
| Zn | < LOD | : | 0.002 |
| Cu | 0.018 | ± | 0.003 |
| Ni | < LOD | : | 0.009 |
| Co | < LOD | : | 0.008 |
| Fe | 0.156 | ± | 0.012 |
| Mn | < LOD | : | 0.013 |
| Cr | < LOD | : | 0.008 |
| V | < LOD | : | 0.005 |
| Ti | 0.038 | ± | 0.004 |
| Ca | 21.904 | ± | 0.207 |
| K | 0.060 | ± | 0.023 |
| Sb | < LOD | : | 0.004 |
| Al | < LOD | : | 0.714 |
| P | < LOD | : | 0.134 |
| Si | 0.490 | ± | 0.093 |
| Cl | 0.031 | ± | 0.015 |
| S | 24.719 | ± | 0.192 |
| Mg | < LOD | : | 7.967 |





12750 Commonwealth Drive
Fort Myers, FL 33913

## Certificate of Analysis

XL3t-36951

| Reading No | 27 |
|---|---|
| Mode | MINING |
| Time | 2009-10-16 13:43 |
| Duration | 73.11 |
| Sequence | Final |
| Flags | |
| SAMPLE | GROUND WIRE |
| LOCATION | MICHAUX 30427T |
| INSPECTOR | |
| MISC | |
| NOTE | |



| | % | ± | Error |
|---|---|---|---|
| Ba | < LOD | : | 0.071 |
| Sn | < LOD | : | 0.027 |
| Cd | < LOD | : | 0.012 |
| Pd | < LOD | : | 0.006 |
| Ag | < LOD | : | 0.030 |
| Bal | < LOD | : | 0.002 |
| Mo | < LOD | : | 0.006 |
| Nb | < LOD | : | 0.009 |
| Zr | 0.057 | ± | 0.016 |
| Sr | < LOD | : | 0.003 |
| Rb | < LOD | : | 0.002 |
| Bi | < LOD | : | 0.007 |
| As | < LOD | : | 0.006 |
| Se | < LOD | : | 0.008 |
| Au | < LOD | : | 0.045 |
| Pb | < LOD | : | 0.008 |
| W | < LOD | : | 0.075 |
| Zn | < LOD | : | 0.078 |
| Cu | 80.753 | ± | 14.731 |
| Ni | < LOD | : | 0.042 |
| Co | < LOD | : | 0.018 |
| Fe | < LOD | : | 0.028 |
| Mn | < LOD | : | 0.026 |
| Cr | < LOD | : | 0.015 |
| V | < LOD | : | 0.010 |
| Ti | < LOD | : | 0.007 |
| Ca | 0.161 | ± | 0.037 |
| K | < LOD | : | 0.058 |
| Sb | < LOD | : | 0.022 |
| Al | < LOD | : | 4.059 |
| P | < LOD | : | 2.282 |
| Si | < LOD | : | 0.406 |
| Cl | 0.261 | ± | 0.063 |
| S | 18.726 | ± | 2.429 |
| Mg | < LOD | : | 34.150 |

