**Plaintiff Profile Form - Residential Properties**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that this form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Jeremy W. Dickey
Address of Affected Property: 60 Pinebark Ct, Wetumpka, AL 36093

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental

Name of Person Completing this Form: Jeremy Dickey

Is above your primary residence? ☒ Yes ☐ No

Mailing Address (if different):

Phone: (334) 391-2760

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

Represented By: R. Edward Sexton, II
Address: 2N 20th Street, Suite 1200, Birmingham, AL 35203
Phone: (205) 716-3000
Case No./Docket Info: N/A

### Section II. Insurance Information

Homeowner/Renter Insurer: Alfa Insurance Company
Policy #: HO966526
Agent: Doug Weaver
Address: 2108 E. South Blvd, Montgomery, AL
Phone: (334) 271-3503

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injury? Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Jeremy Dickey | 07/__/06 | / / | M | 02/16/77 | Yes | Owner-Occupant |
| Lindsey Dickey | 07/28/06 | / / | F | 03/12/79 | Yes | Owner-Occupant |
| Ashton Dickey | 07/28/06 | / / | M | 05/28/08 | Yes | Child |
| | / / | / / | M/F | / / | Yes/No | |
| | / / | / / | M/F | / / | Yes/No | |
| | / / | / / | M/F | / / | Yes/No | |
| | / / | / / | M/F | / / | Yes/No | |
| | / / | / / | M/F | / / | Yes/No | |
| | / / | / / | M/F | / / | Yes/No | |

* Personal Injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes  ☐ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  **Annello Consulting LLC**

1.2. When did the inspection take place?  **10/29/09**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes  ☐ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  **Annello Consulting, LLC**

2.2. When was this determination made?  **10/29/09**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Shadong Taihe Dong Tai Co., Ltd | Made in Taihe, China | whole house, walls, ceilings |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall: | | Occupied | ☒ | ☐ |
| Height of Interior Walls: | | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 4 | Summer | ☒ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☒ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☐ | ☒ | ☐ |

Were repairs made to the plumbing system? **No**
Dates:

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |

Were repairs made to the electrical system? ☐ Yes ☒ No
Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: **1/1/06**  Completion Date: **07/01/06**
Move In Date: **07/30/06**  Date Acquired Home: **07/06/06**

Date Range for Renovations: (Month/Day/Year)
Start Date: / /  Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: **Estate Home Builders/Gregg Solomon under- Builder New Homes**

Address: **240 Peace Church Road, Wetumpka, AL**

Phone: **(334) 567-7171**

+ Attach Copy of Construction/Renovation Contract  **N/A**
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: **N/A**

Address:

Phone: ( )

### Section X. Drywall Supplier

Drywall Supplier's Name: **Venture Supply, Inc**

Address: **1140 Azalea Garden Rd, Norfolk, VA 23502**   N/A

Phone: **(757) 855-5433**

Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | Feb 2, 280 | | |
| Lindsey Dickey | 2-2-10 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

```
                    ALFA MUTUAL INSURANCE COMPANY        Policy Number: H0966526
                          2108 EAST SOUTH BLVD.
                             P.O. BOX 11000
                      MONTGOMERY, ALABAMA 36191-0001         FILE COPY
```

INSURED NAME:  JEREMY W DICKEY  
               LINDSEY M DICKEY  
               60 PINE BARK CT  
               WETUMPKA AL  36093

HOMEOWNER DECLARATIONS  
RENEWAL

Policy Number   : H0966526  
Agent # / SC #  : 622 / 173  
Member Number   : 1466943  
Accounting Date : 07/23/09  
Agent's Name    : Doug Weaver  
Service Center  : 2801 Vaughn Plaza Rd Ste H  
                  Montgomery AL  36116-1141  
Phone Number    : 334-271-3503

MORTGAGEE CLAUSE:  
AMERICAS SERVICING CO  
ISAOA/ATIMA  
PO BOX 5106  
SPRINGFIELD OH  45501-5106

**POLICY PERIOD:**

The policy period begins and ends at 12:01 a.m. Standard Time at the residence premises. Insurance is provided by this policy for the policy period shown and for successive policy periods for which the premium is paid and accepted. If only a six month's renewal premium is paid then the policy period shall be only six months. If we elect to continue this insurance, we will renew this policy for each successive policy period, subject to payment of the renewal premium, policy rules and policy forms then in effect. The policy will expire at the end of the then current policy period if the renewal premium is not paid prior to that time.

The effective date of your policy is  08/18/09, 12:01 AM Standard Time.  
The expiration date of your policy is  08/18/10, 12:01 AM Standard Time.

The residence premises covered by this policy is located:  
     60 PINE BARK CT WETUMPKA AL

**COVERAGES:**     FORM H05                                               CLASS: 5104472

| SECTION I (Property) | LIMITS | SECTION II (Liability) | LIMITS |
|---|---|---|---|
| A. Dwelling | $ 205,400 | E. Personal Liability | |
| B. Other Structures | $  20,500 | (Each Occurrence) | $ 100,000 |
| C. Personal Property | $ 143,800 | F. Medical Payments | |
| D. Loss of Use | $  61,600 | (Each Person) | $   1,000 |
|  |  | (Each Accident) | $  25,000 |

Please refer to your policy for additional coverages that are provided, and the conditions under which coverage limits apply.

A deductible (that portion of the loss you pay) of $500 applies to property losses (Section I). No deductibles apply to liability losses (Section II).

Your dwelling is located in ZONE 47, FIRE PROTECTION CLASS 04, RATED AS BRICK/VENEER AND BUILT IN 2006. Your policy includes inflation coverage; property coverages listed above increase automatically to help keep pace with inflation. Current inflation index: 18.96

**MORTGAGEES** - Listed below are the mortgagees that have an interest in your property.

| 1ST | 2ND |
|---|---|
| AMERICAS SERVICING CO | COMPASS BANK |
| ISAOA/ATIMA | ITS SUCCESSORS AND/OR ASSIGNS |
| PO BOX 5106 | PO BOX 830953 |
| SPRINGFIELD OH  45501-5106 | BIRMINGHAM AL  35283 |
| Loan number: 1351001368 | |

**PREMIUMS:**     YOUR MORTGAGEE WILL BE BILLED FOR THE RENEWAL PREMIUM.

| | |
|---|---|
| Basic Policy Premium | $ 704 |
| Increased Liability/Medical Premium | $   0 |
| Section I Endorsement Premiums | $   0 |
| Section II Endorsement Premiums | $   0 |
| **TOTAL POLICY PREMIUM** | $ 704 |

$ -        9 -

**THIS DECLARATION INDICATES COVERAGE AND/OR PREMIUM CHANGES, IT IS NOT A BILL.**

Continued on Reverse Side          Page 1 of 2

ENDORSEMENTS: (Forming a part of your policy)                                    PREMIUM

---

CREDITS/CHARGES:

```
CLAIMS RATING:........................................................ - 15%
YEAR DWELLING CONSTRUCTED: 2006....NEWER HOME:........................ - 21%
AUTO/HOME:............................................................ -  5%
```

**MORTGAGEE CLAUSE:**
a. The term "mortgagee" includes trustee.
b. We will pay for covered loss or damage to buildings or structures to each mortgagee shown on the Declarations in their order of precedence, as interests may appear.
c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.
d. If we deny your claim because of your acts or because you have failed to comply with the terms of this insurance, the mortgagee will still have the right to receive loss payment if the mortgagee:
   (1) pays any premium due under the affected coverage at our request if you have failed to do so;
   (2) submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
   (3) has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.
   All of the terms of the affected coverage will then apply directly to the mortgagee.
e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of the coverage involved:
   (1) the mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay; and
   (2) the mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.
   At our option, we may pay the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.
f. If we cancel this policy, we will give written notice to the mortgagee at least 10 days before the effective date of cancellation.

**NOTICE TO MORTGAGEE**

Any loss payable shall be determined by the applicable policy form in effect at the time of a loss. A copy of the policy form will be provided upon request. This policy shall be automatically renewed for successive terms for which premium is paid, at expiration of the original term and of each extension thereof. If a Mortgagee is named on the Declarations page, we will continue this insurance for the mortgagee's interest for ten days after written notice of termination to the Mortgagee and then this policy will terminate.

COUNTERSIGNED DATE:   07/23/09

00166                                                   AUTHORIZED
                                                        COUNTERSIGNATURE

HO/AL300/10 26 07 ALABAMA HOMEOWNER

Page 2 of 2







# Annello Consulting LLC
1066 Old Mill Run
Leeds, AL  35094
chrisane@windstream.net
annellohomeinspection.com
205-365-4489

Date: October 22, 09

Client: Jeremy Dickey

Address: 60 Pinebark Court

City: Wetumpta  State: Al  Zip: 36093

Phone: 334-391-2760

## TEST RESULTS FOR CONTAMINATED CHINESE DRYWALL
Field Testing under certification of EDI

| TEST: | NEG | POS |
|---|---|---|
| ODOR | — | ✓ |
| COLOR | — | ✓ |
| Ph | — | ✓ 7.8+ |
| ALKALINITY | — | ✓ |
| ACID | — | ✓ |

INSPECTOR: Chris Annello     # HI 3012

SIGNATURE: Chris Annello

RECOMMENDATIONS:

- Have Toxic Drywall delivered to Laboratory for complete detail break down of gases.

# Annello Consulting, LLC

1066 Old Mill Run
Leeds, AL 35094
205-365-4489
chrisane@winstream.net

## DESCRIPTION OF TOXIC DRYWALL AREAS
Location:  60 Pinebark Court
Wetumpka, AL  36093
Jeremy Dickey
334-391-2760
10/22/2009

ATTIC AREA
- Venture Supply, Inc. MGF Taike China was attached to floor joist ceiling area.
- Found in three (3) different locations..
- Very small print on drywall.

MAIN FLOOR
- Could not find any corrosive black in color on electrical outlets or switch controls and any plumbing copper pipes.
- Client had just changed out evaporator coil for the second (2nd) time by HVAC contractor.

SAMPLE

Laundry Room – main floor tested negative.
Garage – ceiling area tested positive.

People present during inspection – Jeremy Dickey and Hal Walker