**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*** **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>**Omni II (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* 10-361)**<br><br>**Omni III (*Gross, et al v. Knauf Gips, KG, et al* 09-6690)**<br><br>**Omni VII (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* 11-080)**<br><br>***Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*** **Case No. 2:09-cv-06686 (E.D.La.)** | |

**DECLARATION OF RONALD E. WRIGHT, P.E.**

I, Ronald E. Wright, declare as follows:

1. I graduated with a Bachelor of Science in Civil Engineering and Master of Business Administration degrees from the University of Toledo, and am a licensed Professional Engineer in the states of Virginia, North Carolina, Maryland, New Jersey, South Carolina, and Ohio. I have been involved in construction for over 30 years. I am currently employed by Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright") and

previously was employed by R. V. Buric Construction Consultants, PC ("Buric") for the past twenty-one years. In addition, my firm has staff licensed in engineering for the state of Florida. With Berman & Wright and Buric, I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of repair necessary and the estimated cost of repairs. I have presented at numerous seminars regarding various construction issues on topics including: problems with mold, water intrusion, and defective materials; their effects on buildings; and the repairs necessary to address these problems. I have formed opinions regarding these construction issues through the use of my technical education and training, twenty plus years of hands-on field experience including investigations of over 1,000 buildings and the subsequent remediation needed to address the building problems. I have also expended considerable time and effort in the research of publications and studies by other forensic investigators and trade associations, and the review of national standards and guidelines. I have been retained in numerous matters to provide expert opinions regarding building problems. My curriculum vita is attached hereto as Exhibit 1. A listing of those depositions, arbitrations, and trials in which I have provided expert testimony over the past four years is attached hereto as Exhibit 2. My hourly rate for services rendered on this matter is $225/hour.

  2. I have been asked to evaluate the property damage caused by Taishan Drywall based on the data available for the homes of Fred and Vannessa Michaux (Virginia), Thomas and Virginia Spencer (Georgia), Jeremy W. Dickey (Alabama), and Curtis and Linda Hinkley (North Carolina) (the "proposed class representatives"). In a prior legal proceeding in the *Germano* case – the February 19 and 22, 2010 remediation trial for the 7 Plaintiff Intervenors (hereinafter the

"Germano Remediation Proceeding"), I did extensive evaluation of damages caused by Taishan Drywall as summarized in my expert report and trial testimony. Virginia Taishan Drywall Cases Expert Report (12/23/09); *Germano* Trial Transcript, (2/22/10) Vol. II at 62(24) – 125(8). My prior work included the inspection of seven Virginia Taishan Drywall homes selected to represent a cross-section of Virginia homes, and the inspection of "control homes" (similar homes to the seven but with no Chinese Drywall). I participated in the development of a scope of work to remediate these homes to return them to their pre-damaged condition. This scope of work is very similar to that utilized by Florida builders presently doing Chinese Drywall home remediation such as Beazer Homes. It is also similar to the scope of work recommended by the Consumer Product Safety Commission ("CPSC"). This scope of work for each of the seven Taishan Drywall homes was subjected to two independent construction bids from Virginia general contractors. Evaluating these bids across the cross-section of homes I determined the average cost of remediation for these type of homes is $86/square foot. I also evaluated the need for a professional environmental inspection at the conclusion of the remediation to certify the remediation successfully returned the homes to its pre-damage condition. I determined the cost of such an inspection and certification to be $12,500 per home. Furthermore, I evaluated the occurrence of premature failures of HVAC, appliance and electronics in this cross-section of homes. I rely on this prior work in evaluating the data available for the homes of the proposed subclass representatives.

      3.      I have reviewed the FRE 1006 (Summary of Screening Data for Virginia Taishan Homes), (Compendium of Exhibits ("Comp. Ex.") 13), pertaining to the home of Fred and Vannessa Michaux, Venture Supply Distribution Records (Comp. Ex. 13), the Venture Supply

Profile Form (10/6/09) (Comp. Ex. 2), and the Taishan Gypsum Ltd. Manufacturer Profile Form (10/13/10) (Comp. Ex. 1). This data documents widespread distribution of Taishan CDW by Venture Supply in Virginia, Georgia, Alabama, and North Carolina.

4. The homes of Fred and Vannessa Michaux (Virginia), Thomas and Virginia Spencer (Georgia), Jeremy W. Dickey (Alabama), and Curtis and Linda Hinkley (North Carolina) are of a similar type of construction, similar size, and similar time period of construction as the cross-section of homes studied in the *Germano* Remediation Proceeding. The proposed class representatives' homes are built with the same Taishan Drywall product as the seven Plaintiff Intervenor homes. The subclass representatives' homes have experienced the same type of corrosion damage as the seven Plaintiff Intervenor homes and require the same remediation as that recommended for the seven Plaintiff Intervenors.

5. The screening inspection data for each of these homes shows positive product identification by photographic documentation of Taishan Drywall. The Venture Supply Distribution Records confirm that significant quantities of Taishan Drywall were used in the construction of these homes.

6. The screening inspection data also documents widespread corrosion damage typical of a Chinese Drywall home. The data show laboratory confirmation that the corroded "scrapings" from the HVAC and wires in these homes are copper sulfide – the type of corrosion product associated with Chinese Drywall. The screening inspection data also includes photographic documentation of corroded HVAC, wires, and outlets in several of the homes.

7. Based on this documentation, it is clear that each of the homes of Fred and Vannessa Michaux (Virginia), Thomas and Virginia Spencer (Georgia), Jeremy W. Dickey

(Alabama), and Curtis and Linda Hinkley (North Carolina) meet the defective Chinese Drywall case definition set out by the CPSC Interim Guidance (Comp. Ex. 9) and the Florida Department of Health. (Comp. Ex. 10)

8.  The homes of the proposed class representatives will require the same remediation as recommended for the Plaintiff Intervenors cross-section, in order to return the homes to their pre-damaged condition. The remediation in the Virginia market for these type of homes will cost an average $86/square foot. The homeowners will also require a post-remediation inspection and certification to assure the remediation has repaired all the damage. The cost of this inspection and certification is $12,500 per home. The homeowner will need to vacate the home for a period of six months during the remediation. The average alternative living costs for the Virginia cross-section for this time period is $11,611.80 per household. The homeowners also experienced personal property damage to appliances, electronics, and other items as a result of the exposure to corrosive gases.

9.  In addition to reviewing available data on the homes of the proposed subclass representatives, I have reviewed additional screening data relating to the homes of approximately 100 other Virginia homes with Taishan Drywall, as well as Venture Supply Distribution Records pertaining to Virginia, Georgia, Alabama, and North Carolina residences. The homes that have undergone screening inspections are built with the same Taishan Drywall product as the homes of the seven Plaintiff Intervenors and the proposed subclass representatives. These homes also demonstrate the characteristic corrosion damage of the other Taishan Drywall homes, such as the ones I have inspected.

10. Relying on the data reviewed above, I will be able to estimate damages based on

objective damage values for members of the proposed class for remediation, post-remediation inspection and certification, alternative living costs and personal property losses. I also will be able to estimate the number of Virginia, Georgia, Alabama, and North Carolina homeowners with Taishan Drywall distributed by Venture Supply who are eligible to be class members of the proposed subclasses.

5-10-2011
Date

Ronald E. Wright
Ronald E. Wright, P.E.

Sworn to and subscribed before me this 10th day of May, 2011

NEW HANOVER COUNTY, NC DEBRA W. PETERSON NOTARY PUBLIC

Debra W. Pickerson
NOTARY PUBLIC

My Commission Expires: 10-14-2011

# EXHIBIT 1



# Ronald E. Wright, P.E.

Chief Operating Officer

## PROFESSIONAL SUMMARY

Ron Wright has provided services to the construction industry for over 25 years. Ron's areas of expertise include Building Diagnostics, Claims Management, CPM Scheduling, Surety Contract Management, and Project Management. Ron is widely and highly regarded in the industry for his expertise in Building Diagnostics and has provided expert testimony in front of juries, arbitrators, judges, and mediators.

## PROFESSIONAL EXPERIENCE

**Berman & Wright, Architecture, Engineering & Planning, LLC (Formerly Buric)**

| | |
|---|---|
| Chief Operating Officer | 2007 – Present |
| Vice President of Building Diagnostics Services | 2005 – Present |
| Senior Vice President | 2004 – 2006 |
| Vice President | 2000 – 2004 |
| Senior Project Consultant | 1995 – 2000 |
| Project Consultant | 1989 – 1995 |

Ron actively participates in providing services to owners, design professionals, contractors, and other participants in the construction field; primarily focusing on management of Berman & Wright's Building Diagnostics group, but additionally providing services for construction claims analysis, surety completion, project planning and scheduling, and litigation support. Based out of our North Carolina office, Ron's duties also include oversight management of our architectural, engineering, and planning services in our New Jersey office.

**H. C. Rummage, Inc.**

| | |
|---|---|
| Project Manager and Estimator | 1987 – 1989 |

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included engineering design.



**Bench Mark Builders, Inc.**
Project Manager and Estimator 1984 – 1987

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer 1979 - 1984

Staff Engineer performing design engineering and serving as owner's representative on construction projects for over twenty glass manufacturing plants. Duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

**EDUCATION**

University of Toledo — Toledo, Ohio
Master of Business Administration — June 1984
Bachelor of Science in Civil Engineering — June 1979

**PROFESSIONAL LICENSE**

Registered Professional Engineer – Ohio License No. E-48776 — May 1984
North Carolina License No. 012130 — October 1984
South Carolina License No. 10583 — July 1985
Virginia License No. 036280 — June 2001
Maryland License No. 0029570 — March 2004
New Jersey License No. GE45073 — June 2004

**PROFESSIONAL MEMBERSHIPS**

American Architectural Manufacturers Association
American Society for Testing and Materials
American Subcontractors Association
Associated General Contractors
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity



**Bench Mark Builders, Inc.**
Project Manager and Estimator 1984 – 1987

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer 1979 - 1984

Staff Engineer performing design engineering and serving as owner's representative on construction projects for over twenty glass manufacturing plants. Duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

**EDUCATION**

| | |
|---|---|
| University of Toledo | Toledo, Ohio |
| Master of Business Administration | June 1984 |
| Bachelor of Science in Civil Engineering | June 1979 |

**PROFESSIONAL LICENSE**

| | |
|---|---|
| Registered Professional Engineer – Ohio License No. E-48776 | May 1984 |
| North Carolina License No. 012130 | October 1984 |
| South Carolina License No. 10583 | July 1985 |
| Virginia License No. 036280 | June 2001 |
| Maryland License No. 0029570 | March 2004 |
| New Jersey License No. GE45073 | June 2004 |

**PROFESSIONAL MEMBERSHIPS**

American Architectural Manufacturers Association
American Society for Testing and Materials
American Subcontractors Association
Associated General Contractors
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity



## PROFESSIONAL PUBLICATION

Wright, Ron. "The Mold Challenge in Construction," *Construction Claims Advisor*, May 2005.

## PROJECT LIST (PARTIAL)

| | |
|---|---|
| Brooklyn House Condominiums | Wilmington, NC |
| Edgewater Condominium | Myrtle Beach, SC |
| Morganton Arms and Creekside Apartments | Fayetteville, NC |
| Port Liberte II Condominiums | Jersey City, NJ |
| Renaissance on the Ocean Condominiums | Long Branch, NJ |
| Sidney Lanier Middle School | Fairfax, Virginia |

# EXHIBIT 2



## TESTIMONY EXPERIENCE
## (1989 – 2010)

### Trials

- Deficiencies of design and cost estimate to complete construction of Stone Bay Plantation amenities (1997)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Construction deficiencies of beach access way for Hodge (1999)
- Cost estimate for replacement of McAlisters Restaurant destroyed by fire (2000)
- Investigation and analysis for building problems and water intrusion at Polk County Judicial Complex (2000)
- Design and construction deficiencies and damages for Maday Residence (2000)
- Design and construction deficiencies and damages for Stafford Residence (2001)
- Design and construction deficiencies and damages for Spy Glass at Bay Point condominiums (2001)
- Design and construction deficiencies and damages for Tucker Residence (2002)
- Design and construction deficiencies and damages for Farhoumand Residence (2002)
- Design and construction deficiencies and damages for Rasmussen Residence (2002)
- Design and construction deficiencies and damages for Columbine Place Townhomes (2002)
- Design and construction deficiencies and damages for Taft Residence (2003)
- Design and construction deficiencies and damages for Herman/Chancler Residence (2003)
- Design and construction deficiencies and damages for Calhoun Residence (2003)
- Design and construction deficiencies and damages for Shannon Residence (2004)
- Design and construction deficiencies and damages for Blackward Residence (2004)
- Construction deficiencies and repair costs for Davis Residence (2004)
- Construction deficiencies and damages for Davis Residence (2005)
- Construction deficiencies and damages for Daniel Residence (2006)
- Design and construction deficiencies and damages for the Marina Village Condominiums (2006)
- Design and construction deficiencies and damages for the Westbriar Condominiums (2006)
- Design and construction deficiencies and damages for the Ferranti Residence (2007)
- Design and construction deficiencies and damages for the Camelot Condominiums (2008)
- Design and construction deficiencies and damages for Garmon Residence (2008)
- Design and construction deficiencies and damages for the Hunters Creek Condominiums (2008)
- Design and construction deficiencies and damages for Meng Residence (2008)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)

### Arbitrations

- Assist with design and construction deficiencies presentation for Pavilion Towers apartment complex (1995)
- Improper installation of exterior finish system and damages for Nugent Residence (1997)



- Water intrusion and building problem issues for Soaring Eagle Hotel (1999,2000)
- Design and construction deficiencies and damages for Shaw Residence (2002)
- Design and construction deficiencies and damages for Singer Residence (2002)
- Design and construction deficiencies and damages for Ahern Residence (2002)
- Design and construction deficiencies and damages for Peter/Jay Residence (2002)
- Design and construction deficiencies and damages for Tolsdorf Residence (2003)
- Design and construction deficiencies and damages for Siegal Residence (2003)
- Design and construction deficiencies and damages for Olson/St. Ledger-Roty Residence (2005)
- Design and construction deficiencies and damages for the Oster Residence (2008)
- Design and construction deficiencies and damages for the Grove Landing Townhouses (2008)

**Mediations**

- Design and construction deficiencies and damages for Muse Residence (1995)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani Condominiums (1997)
- Design and construction deficiencies and damages for Pembroke at Landfall Condominiums (1997)
- Design and construction deficiencies and damages for Lakeside Village Condominiums (1997)
- Design and construction deficiencies and damages for Lukowski Residence (1998)
- Design and construction deficiencies and damages for Brissette Residence (1998)
- Design and construction deficiencies and damages for Hovdesven Residence (1999)
- Design and construction deficiencies and damages for Williamson Residence (2000)
- Design and construction deficiencies and repairs for San Francisco State University student housing (2000)
- Design and construction deficiencies and damages for Van Volkenburg Residence (2001)
- Design and construction deficiencies and damages for Myrtle Grove Volunteer Fire Department (2001)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #877 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #6065 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #399 (2003)
- Design and construction deficiencies and damages for Villas at Harbor Island Condominiums (2005)
- Design and construction deficiencies and damages for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Park Phillips Townhomes (2006)
- Construction deficiencies and damages for the Villas at Harbor Island Condominiums (2006)
- Design and construction deficiencies for the Amherst Mews Townhomes (2007)
- Design and construction deficiencies for the Renaissance on the Ocean Condominiums (2008)
- Construction deficiencies for the McKinney Residence (2008)
- Construction and design deficiencies for the Bryan Psychiatric Hospital (2010)



**Hearings**
- North Carolina Licensing Board for General Contractors for Code violations on construction of Daniel residence (2001)
- York County, Virginia Board of Appeals for code violations on use of Chinese Drywall (2010)



## TESTIMONY EXPERIENCE

**Depositions**

- Design and construction deficiencies and damages for Barnwell Colony condominiums (1989)
- Design and construction deficiencies and damages for Pavilion Towers apartment complex (1992)
- Design and construction deficiencies and damages for Muse Residence (1994)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani condominiums (1996)
- Design and construction deficiencies and damages for Regency Executive Plaza Office Condominiums (1997)
- Design and construction deficiencies and damages for Hallman Residence (1997)
- Design and construction deficiencies and damages for Means Residence (1998)
- Design and construction deficiencies and damages for Rose Residence (1998)
- Design and construction deficiencies and damages for Blackward Residence (1998)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Design and construction deficiencies and damages for Toscano Residence (1999)
- Design and construction deficiencies and damages for Pope Residence (1999)
- Design and construction deficiencies and damages for Austin Residence (1999)
- Design and construction deficiencies and damage for Atkinson et al. (1999)
- Design and construction deficiencies of Lincoln Windows for Coastal Window and Door Company (1999)
- Design and construction deficiencies of Molesworth Residence (1999)
- Design and construction deficiencies for Weyerhaeuser Residence (1999)
- Design deficiencies of EIFS for the North Carolina State EIFS Class Actions (1999).
- Design and construction deficiencies for Puryear Residence (1999)
- Design and construction deficiencies for Jones Residence (1999)
- Design and construction deficiencies for Gelfo Residence (1999)
- Issues of design, installation, and maintenance of LPP sewer system for Brinkman et al. (1999, 2000)
- Design and construction deficiencies for Tuluri Residence (1999)
- Design and construction deficiencies for Hannen and Graziano Residences (2000)
- Design and construction deficiencies for Hull Residence (2000)
- Design and construction deficiencies for Williamson Residence (2000)
- Design and construction deficiencies for Travis Residence (2000)
- Design and construction deficiencies for Eastport Development fence (2000)
- Design and construction deficiencies for Garrett Residence (2000)
- Design and construction deficiencies for Bissett Residence (2000)
- Design and construction deficiencies for Spencer Residence (2000)
- Design and construction deficiencies for Preston Falls Villas (2000)
- Design and construction deficiencies for Link/Potter and Maday Residences (2000)
- Design and construction deficiencies for Karnofsky Residence (2000)
- Design and construction deficiencies for Mignogna Residence (2000)
- Design and construction deficiencies for McGugan Residence (2000)
- Design and construction deficiencies for Gardner Residence (2000)
- Design and construction deficiencies for Alspaugh Residence (2000)

BW

- Design and construction deficiencies for Gibson Residence (2000)
- Design and construction deficiencies for Allen Residence (2000, 2001)
- Design and construction deficiencies for Spy Glass at Bay Point condominiums (2000)
- Design and construction deficiencies for Berger and Anderson Residences (2000)
- Design and construction deficiencies for Wilmington Assisted Living Community (2001)
- Design and construction deficiencies for Moskowitz and Sanok Residences (2001)
- Design and construction deficiencies for Pizzurro Residence (2001)
- Design and construction deficiencies for Atkinson Residence (2001)
- Design and construction deficiencies for Moore Residence (2001)
- Design and construction deficiencies for Zimmerlein Residence (2001)
- Design and construction deficiencies for Club Villas townhomes (2001, 2002)
- Design and construction deficiencies for Combof Residence (2001)
- Design and construction deficiencies for Wilson Residence (2001)
- Design and construction deficiencies for Ramm Residence (2001)
- Design and construction deficiencies for Stafford Residence (2001)
- Design and construction deficiencies for Sergent/Thompson Residence (2001)
- Design and construction deficiencies for Shull Residence (2001)
- Design and construction deficiencies for Connolly Residence (2001)
- Design and construction deficiencies for Higgins Residence (2001)
- Design and construction deficiencies for Swain Residence (2001)
- Design and construction deficiencies for Jordan Residence (2001)
- Design and construction deficiencies for Foss Residence (2001)
- Design and construction deficiencies for Desjardins Residence (2001)
- Design and construction deficiencies for Tong/Huang Residence (2001)
- Design and construction deficiencies for Wynne Residence (2001)
- Design and construction deficiencies for Peppertree Residences (2001, 2002)
- Design and construction deficiencies for Steel Residence (2002)
- Design and construction deficiencies for Gergits Residence (2002)
- Design and construction deficiencies for Country Club of Landfall (2002)
- Design and construction deficiencies for Mix Residence (2002)
- Design and construction deficiencies for Ashton Townhomes (2002)
- Design and construction deficiencies for Fix Residence (2002)
- Design and construction deficiencies for Miller Residence (2002)
- Design and construction deficiencies for Geller Residence (2002)
- Design and construction deficiencies for Farhoumand Residence (2002)
- Design and construction deficiencies for Tucker Residence (2002)
- Design and construction deficiencies for Amin (Harry) Residence (2002)
- Design and construction deficiencies for Amin (Mike) Residence (2002)
- Design and construction deficiencies for Pendry Residence (2002)
- Design and construction deficiencies for Gibson Residence (2002)
- Design and construction deficiencies for McGuiness Residence (2002)
- Design and construction deficiencies for Cardamone Residence (2002)
- Design and construction deficiencies for Robbins Residence (2002)
- Design and construction deficiencies for Evans Residence (2002)
- Design and construction deficiencies for Sochko Residence (2002)
- Design and construction deficiencies for Wolff Residence (2002)



- Design and construction deficiencies for Johnson Residence (2002)
- Design and construction deficiencies for Kaufman Residence (2002)
- Design and construction deficiencies for Taylor Residence (2002)
- Design and construction deficiencies for Columbine Place Townhomes (2002)
- Design and construction deficiencies for Petrella Residence (2002)
- Design and construction deficiencies for Doremus Residence (2002, 2003)
- Design and construction deficiencies for Stoney Residence (2002, 2003)
- Design and construction deficiencies for McClure Residence (2002)
- Design and construction deficiencies for Goodall Residence (2002)
- Design and construction deficiencies for Peter/Jay Residence (2002)
- Design and construction deficiencies for Thomas Residence (2003)
- Design and construction deficiencies for Gavin Residence (2003)
- Design and construction deficiencies for Nazelrod Residence (2003)
- Design and construction deficiencies for Horne Residence (2003)
- Design and construction deficiencies for Lesner Point East condominiums (2003, 2004, 2005)
- Design and construction deficiencies for Taft Residence (2003)
- Design and construction deficiencies for Himes Residence (2003)
- Design and construction deficiencies for Shaw Residence (2003)
- Design and construction deficiencies for Tolsdorf Residence (2003)
- Design and construction deficiencies for Basumallik Residence (2003)
- Design and construction deficiencies for Extended Stay America Hotels #6065 and #877 (2003)
- Design and construction deficiencies for McDonalds Restaurants (North Carolina) (2003)
- Design and construction deficiencies for Butt/Priester Residence (2003)
- Design and construction deficiencies for Spinnaker Cove Condominiums (2003)
- Design and construction deficiencies for Skirzenski Residence (Finestone EIFS Class Action) (2003)
- Design and construction deficiencies for Schrader Residence (2003)
- Design and construction deficiencies for Sherwood Residence (2003)
- Design and construction deficiencies for Shank Residence (2003)
- Design and construction deficiencies for Rosthein Residence (2004)
- Design and construction deficiencies for Shannon Residence (2004)
- Design and construction deficiencies for Tran Residence (2004)
- Construction issues for Riley accident (2004)
- Design and construction deficiencies for Tanner Residence (2004)
- Design and construction deficiencies for Extended Stay America Hotel #831 (2004)
- Design and construction deficiencies for Ronan Residence (2004)
- Design and construction deficiencies for New Jersey Sto Class Action litigation (2004)
- Design and construction deficiencies for Lucas Residence (2004)
- Design and construction deficiencies for Stang Residence (2004)
- Design and construction deficiencies for Rogoff, Tenenbaum, and Tice Residences (2004)
- Design and construction deficiencies for Cutrone Residence (2004)
- Design and construction deficiencies for Full Cry Farms residences (Cole, Hickey-Fishbein, Police, Sander, Weber) (2004)
- Design and construction deficiencies for Scott Residence (2004)
- Repair scope and cost analysis and estimate for Davis Residence (2004)
- Design and construction deficiencies for Florio Residence (2004, 2005)
- Design and construction deficiencies for Galioto Residence (2004)



- Design and construction deficiencies for the Red Roof Inn (2004)
- Design and construction deficiencies for the Mulligan Residence (2004)
- Design and construction deficiencies for the Willard Residence (2004)
- Design and construction deficiencies for the Stokes Residence (2004)
- Design and construction deficiencies for the Erdogan Residence (2004)
- Design and construction deficiencies for the Liska Residence (2004)
- Design and construction deficiencies for the Villas at Harbor Island Condominiums (2004, 2005)
- Design and construction deficiencies for Extended Stay America Hotels #2504, #2528, #2530, and #2549 (2004)
- Design and construction deficiencies for the McMillin Residence (2004)
- Design and construction deficiencies for the Village of Carver Falls and Hollows at Greenville Apartments (2004)
- Design and construction deficiencies for the Noble Residence (2004)
- Design and construction deficiencies for the Rathnam Residence (2005)
- Design and construction deficiencies for the Cato Residence (2005)
- Design and construction deficiencies for the Watson Residence. (2005)
- Design and construction deficiencies for the Berean Baptist Church. (2005)
- Design and construction deficiencies for the Moore Residence. (2005)
- Design and construction deficiencies for the Pocock Residence. (2005)
- Design and construction deficiencies for Extended Stay America Hotels #522 and #561 (2005)
- Design and construction deficiencies for the Messner Residence (2005)
- Construction deficiencies for the McKinney Residence (2005)
- Design and construction deficiencies for the Zinn Residence (2005)
- Design and construction deficiencies for the Hale Residence (2005)
- Design and construction deficiencies for the Carter, Hatten, Krantz, Mehrotra, and Paige residences (2005, 2006)
- Design and construction deficiencies for the Dayton Place Condominiums (2005)
- Design and construction deficiencies for the Szczesny Residence (2006)
- Design and construction deficiencies for the Pierce Residence (2006)
- Design and construction deficiencies for the Kravecas Residence (2006)
- Design and construction deficiencies for the Avalos Residence (2006)
- Design and construction deficiencies for the Dean Residence (2006)
- Design and construction deficiencies for the Dial Residence (2006)
- Design and construction deficiencies for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Burkhamer Residence (2006)
- Design and construction deficiencies for the Lightkeepers Village (2006)
- Design and construction deficiencies for the Venick Residence (2006)
- Design and construction deficiencies for the Chadbourn Commercial Building (2006)
- Design and construction deficiencies for the Seibert Residence (2006)
- Design and construction deficiencies for the Matturro and Strenkowski Residences (2006)
- Design and construction deficiencies for the Marina Village Condominiums (2006)
- Design and construction deficiencies for the Nardella Residence (2006)
- Design and construction deficiencies for the Juranich Residence (2006)
- Design and construction deficiencies for the Hunters Creek Condominiums (2006)
- Design and construction deficiencies and damages for the Tomasetta Residence (2006)
- Design and construction deficiencies and damages for the Hetrick and Northrop Residences (2006)



- Design and construction deficiencies for the Tulenko Residence (2006)
- Design and construction deficiencies for the Breezewood Condominiums (2006)
- Design and construction deficiencies for the Baum Residence (2007)
- Design and construction deficiencies for the Chang Residence (2007)
- Design and construction deficiencies for the Super 8 Motel (2007)
- Design and construction deficiencies for the Harbor Ridge Condominiums (2007)
- Design and construction deficiencies for the Greenberg Residence (2007)
- Standard of care for professionals on the Sunset Beach Development (2007)
- Design and construction deficiencies for the Marrone Residence (2007)
- Design and construction deficiencies for the Stith Residence (2007)
- Design and construction deficiencies for the Ward Residence (2007)
- Design and construction deficiencies for the Camelot Condominiums (2007)
- Design and construction deficiencies for the Kleinberg Residence (2007)
- Design and construction deficiencies for the Sea Dunes II (2007)
- Design and construction deficiencies for the Roberts Residence (2007)
- Design and construction deficiencies for the Ocean Sands Best Western Hotel (2007)
- Design and construction deficiencies and damages for the Amherst Mews Townhouses (2008)
- Design and construction deficiencies and damages for the Renaissance on the Ocean Condominiums (2008)
- Design and construction deficiencies and damages for the Millennium Building Condominiums (2008)
- Design and construction deficiencies and damages for the Sussek Residence (2008)
- Design and construction deficiencies and damages for the Meng Residence (2008)
- Design and construction deficiencies for the Bald Eagle Commons Condominiums (2008)
- Design and construction deficiencies for the Microtel Inn & Suites (2009)
- Design and construction deficiencies for the Linkside Village at the Country Club (2009)
- Design and construction deficiencies for the Fortner residence (2010)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)
- Design and construction deficiencies for the Sidney Lanier Middle School (2010)