Andrea S. Hirsch is a senior associate at Herman Gerel, LLP and works out of the firm's Atlanta office. Ms. Hirsch has over 13 years of experience in civil litigation and presently focuses entirely on complex consumer class action and mass tort litigation. Prior to practicing in the private sector, she served as an Assistant Attorney General for the State of Georgia, where she concentrated on public safety, administrative law and civil litigation issues.

## Law School

University of Georgia School of Law, J.D. Cum Laude 1997

## Undergraduate

University of Michigan, B.A. with honors 1994

## Admitted to Practice

1997, State Courts of Georgia
2000, U.S.D.C. Middle District of Georgia
2001, U.S.D.C. Northern District of Georgia
2002, U.S.D.C. Southern District of Georgia
2002, U.S. Eleventh Circuit of Appeals

## Affiliations

Georgia State Bar Association
American Association of Justice
Women in eDiscovery

*ARNOLD LEVIN*

*LEVIN, FISHBEIN, SEDRAN & BERMAN*

Levin, Fishbein, Sedran & Berman is a litigation firm specializing in complex litigation on both a local and national level.

Arnold Levin is the senior partner in the law firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University, B.S., in 1961, and Temple Law School, LLB, in 1964.

The Firm has litigated major antitrust and products liability cases, including: *In Re Commercial Explosives Antitrust Litigation, In Re Graphite Electrodes Antitrust Litigation, In Re Clozapine Antitrust Litigation, In Re Travel Agents Commission Antitrust Litigation, In re Three Mile Island Litigation; In Re Orthopedic Bone Screws Product Liability Litigation, In Re Diet Drug Product Liability Litigation, In Re Rezulin Products Liability Litigation, In Re Propulsid Products Liability Litigation, In Re PPA Products Liability Litigation, In re Vioxx Products Liability Litigation,* and *In Re Chinese-Manufactured Drywall Products Liability Litigation.*

He is admitted to the following Courts: U.S. District Court, Eastern District of Pennsylvania, U.S. Court of Appeals, Third, Fourth, Sixth, Seventh, Ninth and Tenth Circuits and U.S. Supreme Court; 1983, U.S. District Court, Middle District of Pennsylvania and U.S. Claims Court.

He is a member of the following bar associations: Philadelphia (Member: State Judicial Procedure Committee, 1978—; Federal Rules of Civil Procedure Committee, 1978—), Pennsylvania, American (Vice Chairman, Maritime Insurance Law Committee, 1981-1982) and International Bar Associations; Philadelphia Trial Lawyers Association (Member, Board of Directors, 1978-1981); Pennsylvania Association for Justice (Co-Chairman, Antitrust Section, 1977—); American Association for Justice (Secretary, 1977-1978, Vice Chairman, 1978-1979 and Chairman, 1979-1980, Commercial Litigation Section; Member: Amicus Curiae Committee, 1979-1980, 1992-1997;

Trial Subject Advisory Committee, 1979-1980; Chairman, Environmental Law Essay Contest, 1983); Maritime Law Association of the United States. He is also a Fellow of the International Society of Barristers.

He is listed is The Best Lawyers of America.

Mr. Levin is Co-Lead Counsel of Plaintiffs' Legal Committee and Plaintiffs' Liaison Counsel, *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. of Pa.) and Co-Lead Counsel of Plaintiffs' Management Committee and Plaintiffs' Liaison Counsel, *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL No. 1203 (E.D. of Pa.). He is a member of Plaintiffs' Executive Committee, *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D. of NY) and was a Member of Plaintiffs' Executive Committee and Lead Trial Counsel, *In Re Asbestos School Litigation*, U.S.D.C., Eastern District of Pennsylvania, Master File No. 83-0268. He is a member of Plaintiffs' Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. of Louisiana) and *In re Yasmin and Yaz Marketing, Sales Practices and Relevant Products Liability Litigation,* MDL No. 2100 (S.D. of Illinois). He is a member of the Plaintiffs' Steering Committee and Plaintiffs' Negotiating Committee in *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. of LA). He was also a Member of the Plaintiffs' Steering Committee and the Plaintiffs' Negotiating Committee, *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S; *In re Telectronics Pacing Systems, Inc. Accufix Artrial "J" Leads Products Liability Litigation*, Case No. MDL-1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 1060-R (C.D. of Calif.); *In re Norplant Product Liability Litigation,* MDL No. 1038 (E.D. of Texas). He is the Court appointed medical monitoring lead counsel in *In re Human Tissue Products Liability Litigation*, MDL no. 1763 (D. of New Jersey). Mr. Levin is currently Lead Counsel of Plaintiffs' Steering Committee in *In Re Chinese-Manufactured*

*Drywall Products Liability Litigation,* MDL No. 2047 (E.D. of La.).

In his 46 years of practicing law, Mr. Levin has either been lead counsel of and/or a member of in excess of 100 steering committees in the fields of mass torts, antitrust, and securities class actions and MDL proceedings.  He has lectured extensively before national and state bar associations in complex litigation industry, class actions, and consolidated mass tort actions.

**Jeffrey Arnold Breit**
**Breit, Drescher, Imprevento & Walker, P.C.**
**999 Waterside Drive, Suite 1000**
**Norfolk, Virginia 23510**
**Phone:  (757) 670-3888**
**Fax:  (757) 670-3895**

**Education:**
Tulane University of Louisiana (B.A.), 1977
Tulane University of Louisiana (J.D.), 1979
The College of William and Mary School of Law, (Summer School)

**Areas of Emphasis:**
Personal Injury, Products Liability, Maritime

**MDL Deepwater Horizon (BP Oil Spill)**
Member of the Plaintiffs' Steering Committee

**Bar Involvement**
**Member of:**
Virginia, 1979
Louisiana, 1979
District of Columbia, 1988
North Carolina, 1991
New York, 1991

**Court Admissions:**
U.S. District Court, Eastern District of Louisiana
U.S. District Court, Eastern District of Virginia
U.S. Court of Appeals, Fourth Circuit
U.S. Court of Appeals, Fifth Circuits
U.S. Court of Appeals, 11th Circuit
U.S. Supreme Court

**Memberships:**
Member, Board of Editors, Maritime Law Reporter, Butterworth, 1986-1988
President, Operation Smile, 1986-1988
Member, Board of Directors, Legal Services Board
Member, Virginia Beach, Norfolk-Portsmouth, Virginia, Louisiana State, North Carolina, New York State, District of Columbia and American Bar Associations
Member, Maritime Law Association of the United States
Virginia Trial Lawyers Association (Member, Board of Governors, 1983-1993
  and President, 1998-1999)
The Association of Trial Lawyers of America
  (Member, Board of Governors, 1988- 2010)
Former Chairman Virginia Beach Democratic Committee
Former Chairman 2nd District of Virginia Congressional Committee
Former Vice-Chairman of Virginia Democratic Party
Active Presidential Campaigns 1992, 1996, 2000, 2004 and 2008

**Professional Honors:**
Listed, Best Lawyers in America
Listed, Who's Who in American Law
Super Lawyers

**CURRICULUM VITA**                                    **May 6, 2011**

**Name of Firm:**                    **Gentle, Turner & Sexton**

**Name of Attorney:**                **K. Edward Sexton, II**

**Profession:**                      **Attorney**

**Date of Birth:**                   **October 3, 1961**

**Key Qualifications:**

Since beginning his practice in 1988 with Evans & Sexton, P.C., in Birmingham, Alabama, Mr. Sexton has practiced primarily in the litigation.  Mr. Sexton has litigated large complex cases representing both plaintiffs and defendants where his clients were individuals and small to medium sized businesses.

While Mr. Sexton's practice concentrated in litigation, working in a small firm allowed him to handle a variety of non-litigation issues for clients, their families and businesses.   His practice required him to develop creative approaches to successfully handle complex cases, many of which involved new or untested legal claims or theories.

Mr. Sexton strongly believes that every case, no matter how small is a new and unfamiliar experience for the client and is very important to the client.

Since becoming a partner at Gentle, Turner and Sexton, in February 2009, Mr. Sexton continues to concentrate on litigation.

The foundation of Mr. Sexton's practice is based on obtaining extensive information from a client.  Taking the information learned from them, researching the issues from many angles, and using state of the art media and technical tools for research and the presentation of the clients case, combined with old fashioned time and effort.

Over the years of Mr. Sexton's practice, he has successfully represented plaintiffs who suffered serious physical injury or death.  These cases have involved complex claims involving defective products and equipment.

He has had the privilege of representing clients in automobile accidents, injuries or death suffered on the job, premises liability, defective road design, dangerous railroad crossings. These cases often involved taking on large national companies.

During his years of practice, Mr. Sexton has had experience in litigating and representing clients in many types of complex business cases, including shareholders rights cases, minority shareholders oppression, actions and other corporate wrongs, involving investors, employees, partners and shareholders.  Mr. Sexton's practice has involved litigation dealing with wrongful administration of estates, breach of fiduciary duties and insurance

related issues.  Many of Mr. Sexton's clients were the victims of bad faith or failure to pay claims by insurance companies and clients whose coverage or claim was wrongfully denied.

A large part of Mr. Sexton's practice has involved representing clients in a wide array of claims for banking and lending violations, as well as government regulatory violations.  This included the representation of lawyers and other professionals in front of regulatory boards or agencies.

Mr. Sexton has represented U. S. Bankruptcy Trustees in a number of claims involving fraudulent transfers and other claims relating to creditors being defrauded.

Mr. Sexton has been involved in a substantial number of class action litigation against various banks, insurance companies, elected officials, representing thousands of class members recovering millions of dollars for his clients by judgments or settlements.    In class actions, Mr. Sexton has been involved in all phases of class action litigation from drafting notices, claim forms and other documents necessary for the presentation of claims and settlement administration. He has represented clients in objecting to class settlements that were unfair, or otherwise defective and has represented class members and been appointed as class counsel with large recoveries for the class.

Currently, Mr. Sexton is representing people whose homes or businesses have been damaged by Chinese drywall.  These claims are pending against the manufacturer and suppliers in the Multi-District Litigation in New Orleans and against builders in many counties throughout Alabama and other states.   Mr. Sexton is also involved with representation of individuals and businesses damaged by the BP Oil Spill.  In connection with the oil spill claims, Mr. Sexton has formed an alliance with other prominent national firms and has created a website with those firms to assist clients and provide information.  The website is www.bpoilspilllegalnetwork.com

In connection with the BP Oil Spill litigation an alliance was formed between Gentle, Turner & Sexton and the following firms:

Seeger Weiss, LLP
Mason, LLP
Reich & Binstock
Lewis & Roberts
Pendley, Baudin & Coffin, LLP
Lackey & Mullins
Lea, Rhine & Rosbrugh, PLLC

**Education:**

Jacksonville State University

2

Cumberland School of Law

**Admitted in:**

Eleventh Circuit Court of Appeals
Fifth Circuit Court of Appeals
Alabama Supreme Court
All Alabama state and federal courts
Has been appointed pro hac vice in other states and federal actions

**Professional Affiliations:**

Birmingham Bar Association
American Trial Lawyers Association
Alabama Association for Justice
Alabama State Bar
Magic City Bar Association
Co-Chair Lawyers & Solicitation for the Alabama Bar and has been involved on many committees and task forces

**Boards and Activities:**

Liaison counsel for Chinese drywall MDL for Jefferson County
Judge for National Trial Competition
Board of Arthritis Foundation
St. Jude Hospital Fundraiser Committee
Board Member Horizon's Hospice
Wounded Warriors Counsel for injured service members
Pro bono for Alethia House and Alabama State Bar
Provide legal services for multi-handicapped, special needs students at Vestavia High School
Represented many non-profit historical and historical preservation entities

Contact Information:   Gentle, Turner & Sexton

Website:  www.gtandslaw.com

E-mail address: esexton@gtandslaw.com

Telephone number:  (205) 716-3000

Fax number:  (205) 716-3010

3

Attorney Eric Hoaglund, McCallum Hoaglund Cook & Irby, LLP, Vestavia Hills, Alabama

Page 1 of 2

 **MHCI**

MCCALLUM • HOAGLUND • COOK • IRBY

905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216

**A Multi-Service Law Firm**
In the heart of Vestavia Hills, Alabama

**CONTACT US**    866-974-8145
205-545-8334



## Attorneys
### Eric D. Hoaglund
Vestavia Hills, Alabama

*phone*  205-545-8334
866-974-8145 (Toll Free)
*fax*  205-824-7768
*email*  Email Me



**Eric D. Hoaglund** is a native of McComb, Mississippi and a 1992 *summa cum laude* graduate of Jacksonville State University, where he received his Bachelor of Arts.  In 1995, Eric received his Juris Doctorate from Cumberland School of Law in Birmingham. He was admitted to the Alabama State Bar in 1995 and the Texas State Bar in 2004. Eric is a member of the United States Supreme Court, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Northern, Middle and Southern Districts of Alabama, the Supreme Court of Alabama, and the Supreme Court of Texas. He is also a member of the Alabama Defense Lawyer's Association, the Defense Research Institute (DRI), and the Construction Law sections of the DRI and the Texas Bar.  Eric is a graduate of the Southern Home Builders' Seminar and is on the roster of mediators for the Alabama Center for Dispute Resolution.

Eric specializes in the areas of general civil defense litigation, construction defect litigation, product liability law, premises liability law, automobile liability law, real estate transactions, bad faith litigation, and mediation.  His email address is ehoaglund@mhcilaw.com.

**Areas of Practice:**
General Civil Defense Litigation
Construction Defect Litigation
Product Liability Law
Premises Liability Law
Automobile Liability Law
Real Estate Transactions
Bad Faith Litigation
Mediation

**Bar Admissions:**
Alabama, 1995
Texas, 2004
U.S. Supreme Court
U.S. District Court Middle District of Alabama
U.S. District Court Northern District of Alabama
U.S. District Court Southern District of Alabama
U.S. Court of Appeals 11th Circuit
Supreme Court of Alabama

**Education:**
Cumberland School of Law, Samford University, Birmingham, Alabama, 1995
Juris Doctorate

Jacksonville State University, 1992
Bachelor's of Arts
*Honors:* Summa Cum Laude

**Professional Associations and Memberships:**
Alabama Defense Lawyers Association

Attorney Eric Hoaglund, McCallum Hoaglund Cook & Irby, LLP, Vestavia Hills, Alabama                    Page 2 of 2

Member

Defense Research Institute
Member

Construction Law Section of DRI
Member

Construction Law Section of the Texas Bar
Member

Southern Home Builders' Seminar

Alabama Center for Dispute Resolution
Mediator

© 2011 by McCallum Hoaglund Cook & Irby, LLP. All rights reserved. Disclaimer | Site Map
FirmSite® by FindLaw, a Thomson Reuters business.

**McCallum Hoaglund**
**Cook & Irby, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills AL 35216
Telephone: 205-545-8334
Telephone: 866-974-8145
Fax: 205-824-7768

Vestavia Hills Law Office

**Richard S. Lewis**

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation*.

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring relief for communities exposed to toxic chemicals from hazardous waste disposal practices or unsafe drugs. These include *In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards, and *Harman v. Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases and he is presently lead counsel in a case against the lead pigment industry, *City of Milwaukee v. NL Industries Inc.* Mr. Lewis is also handling mass tort cases involving Vioxx, and environmental cases in India, South Africa, and Barbados.

Mr. Lewis graduated from Tufts University with a B.A. in English (*cum laude*, 1976), and earned his Master's in Public Health degree from the University of Michigan (1981) and his law degree from the University of Pennsylvania (J.D., *cum laude*, 1986). He was Comments Editor for the University of Pennsylvania Law Review (1985-86) and authored the Comment, *O.C.A.W. v. American Cyanamid: The Shrinking of the Occupational Safety and Health Act*, U. Pa. L. Rev. (July, 1985). After law school, he was a law clerk for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey.

Mr. Lewis is admitted to practice in the District of Columbia.

**J. Michael Malone**

J. Michael Malone graduated from North Carolina State University with a B.S. in Civil Engineering (*magna cum laude*, 1991), and earned his Master's Degree in Civil and Environmental Engineering from N.C. State in 1993 followed by his Ph.D. in Civil and Environmental Engineering from N.C. State in 1996. He earned his law degree from the University of North Carolina (J.D., 1999).

Mr. Malone has been practicing law since 1999 when he was admitted to the bar in the State of North Carolina. He is admitted to practice in all the state courts of North Carolina and all of the federal district courts in North Carolina.

Since 1999, Mr. Malone has devoted the majority of my professional time to litigation particularly in the fields of toxic torts and environmental matters. His substantial experience in toxic tort and environmental litigation includes the representation of over 100 children in lead poisoning cases in both the state and federal courts of North Carolina and the representation of families suffering personal injury and property damage from exposure to various toxic substances including toxic mold, petroleum compounds from leaking underground storage tanks, and toxic industrial solvents. Mr. Malone has previously been appointed to serve on the Plaintiffs Management Committee of one class action (Beaulieu et al. v. EQ Industrial Services et al.)(E.D.N.C.)(asserting claims following fire at hazardous waste transport facility in Apex, North Carolina). Mr. Malone currently serves as lead counsel or co-lead counsel on three other putative class actions.

**Michael F. Imprevento, Esquire**
**BREIT, DRESCHER, IMPREVENTO & WALKER, P.C.**
**1000 Dominion Tower**
**999 Waterside Drive**
**Norfolk, Virginia 23510**
**(757) 670-3884**

**Education:**
Fordham University (B.A., History), 1979
Hofstra University (J.D.), 1982

**Experience:**
*1995-Present, Breit, Drescher, Imprevento & Walker, P.C., Norfolk, Virginia.*
Civil litigation in all Virginia and federal trial and appellate courts. Complex products liability, medical malpractice and similar litigation in courts both in Virginia and in other states. Representation of Police and Deputy Sheriffs as General Counsel for several IUPA police locals in Tidewater, Virginia area in matters of employment and labor law. Written extensively in areas of comparative law analysis, products liability and the rules of evidence in federal and state courts. Current Chair of the Products Liability Section of the Virginia Trial Lawyers Association.

*1986-1995, Sacks, Sacks & Imprevento, P.C., Norfolk, Virginia.*
Criminal and civil practice, including complex criminal defense and civil litigation in all Virginia and federal courts. Also represented clients in military court martial proceedings held at Naval Legal Service Office, Norfolk, Virginia.

*1985-1986, Special Assistant United States Attorney, Eastern District of Virginia, Norfolk Division.*
Served collateral function as sworn Special Assistant in Norfolk federal courts, representing the United States in actions filed pursuant to the Federal Tort Claims Act and also prosecuted cases before United States Magistrates.

*1982-1986, Lieutenant, Judge Advocate Generals Corps, United States Naval Reserve.*
Served as Trial and Defense counsel, including service in Claims and Legal Assistance while stationed at the Naval Legal Service Office in Norfolk, Virginia, holding the rank of Lieutenant. Deployed in the service of the fleet to the Mediterranean, including service in and around Beirut, Lebanon in 1983. Awarded Navy Achievement Medal and received Navy Expeditionary Medal for deployed service in a combat zone.

*1980-1981, Intern Major Offense Bureau, Suffolk County Attorney's Office, Riverhead, New York.*
Assisted prosecutors with the litigation of major offenses including preparation of briefs, trial memoranda and all aspects of prosecution, including appearance at trial. Served internship during law school.

**Areas of Emphasis:**
Product Liability
Maritime Law
Medical Malpractice
Complex Personal Injury Litigation
Civil Rights
Fair Labor Standards Act and Similar Litigation
Employment Law
Criminal Law

**Bar Involvement and Associations:**
Virginia, 1984
New York, 1983
U.S. District Court, Eastern District of Virginia
U.S. Court of Appeals, Fourth Circuit

**Memberships:**
Member, Norfolk-Portsmouth and American Bar Associations
   (Litigation Sections)
Member, Virginia State Bar (Litigation Section)
Member, Virginia Trial Lawyers Association (Counsel to Products
   Liability Section since 1995)
Chair, Virginia Trial Lawyers Association, Liability Section 2000-2002
Member, The Association of Trial Lawyers of America
Lt., JAGC, U.S. Naval Reserve, 1983-1986, Naval Legal Service
   Office, Norfolk, Virginia
Special Assistant United States Attorney, Eastern District of Virginia,
   1985-1986

**Publications, Seminars and Lectures:**
Author, "The Economist," The Journal of the Virginia Trial
   Lawyers Association, Fall 1992
Author, "Household Product Liability as a Household Name,"
   Virginia Trial Lawyers Journal, Fall 1997
Author, "Damage Issues Unique to Products Liability Cases," The
   Journal of the Virginia Trial Lawyers Association, Fall 1998
Author, "A Comparative Analysis of Warranty, Negligence, Strict
   Liability and Virginia's Theories of Recovery for Product
   Defect," Virginia Trial Lawyers Association, Products Liability
   Retreat, October 1998
Author, "Kumho Tire: A Study of the Use of Expert Testimony in
   Federal Court in a Products Liability Case," The Journal of the
   Virginia Trial Lawyers Association, October 15, 1999, Republished
   Journal: The Academy of Florida Trial Lawyers, October 2002
Lecturer, "Strategies for Success in Personal Injury Cases in
   Virginia," Spring, 1994, 1995
Lecturer, "Premises Liability: Preparation and Trial of a Difficult
   Case in Virginia," Fall, 1995
Chairman, Moderator, Virginia Trial Lawyers Association Advocacy
   Seminar, Fall 1995
Chairman, Moderator, Virginia Poverty Law Seminar "Virginia
   Discovery," 1995
Author, "The Virginia Consumer Expectations Test for Product Defect,
   What Is It and Where Did It Come From?" Virginia Trial Lawyers
   Association Products Liability Retreat, October 1997
Lecturer, Products Liability Update, Virginia Trial Lawyers Annual
   Convention, 1999
Author, "Exclusions or Disclaimers of Warranties: How to Preserve the
   Warranty Cause of Action," Virginia Trial Lawyers Association,
   Products Liability Retreat, October 2000
Author, "It Ain't Broke, Don't Fix It": The Current Virginia Standard
   of Admissibility of Expert Testimony is Superior to Daubert, and Our
   Gate Should Be Closed to Its Principles," Virginia State Bar Litigation News
Chair, Products Liability Section, Virginia Trial Lawyers Association,
   2010 – Present

# RICHARD J. SERPE

## LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard Serpe has represented victims of toxic torts and environmental contamination across the country. He has successfully tried lawsuits in state and federal courts, and resolved cases for victims in Georgia, Louisiana, Missouri, North Carolina, New York, Ohio, and Virginia, and has secured over $60,000,000 in verdicts and settlements for these clients. Mr. Serpe has been a member of the United States District Court for the Eastern District of Louisiana since October 14, 1986.   He has represented clients before the Louisiana and Virginia Supreme Courts, and appeared before the Fourth, Fifth, and Sixth Circuits of the U.S. Court of Appeals.

Mr. Serpe also represents the victims of brain damage from toxic and traumatic injuries. He has commissioned over 200 neuropsychological assessments to document the extent of brain injury and is an expert in demonstrating the extent of a victim's loss.

Mr. Serpe is a 1986 order of the coif graduate of Tulane University, having also obtained a masters degree in maritime law from Tulane University in 1991.  He has been awarded Proctor status from the Maritime Las Association of the United States. He has successfully represented clients under the Jones Act and under the general maritime law.

Mr. Serpe is frequently associated in complex litigation, managing cases with difficult scientific and medical issues.   He has experience managing large case cohorts, including the extensive use of database and litigation support software.

He is listed in The Best Lawyers in America®, and has received an AV rating from Martindale-Hubbell law directory and has been named a "Super Lawyer" - - by Virginia Super Lawyers Magazine.

Mr. Serpe is admitted to practice in Virginia, Texas, and Louisiana.   Mr. Serpe is a frequent lecturer, speaking nationally on environmental and personal injury law.  Mr. Serpe also serves as a committee chair and board member of Lynnhaven River 2007, assisting in oyster restoration for the Lynnhaven River.



**RUSS M. HERMAN**
Partner

Tulane University School of Law
L.L.B. Degree (now J.D.) 1966

Tulane University
B.A. 1983

rherman@hhkc.com

RUSS HERMAN

PRACTICE AREAS:

Personal Injury; Maritime Personal Injury; Motor Vehicle Collisions; Railroad Crossing and Derailment; Explosions and Fires; Wrongful Death; Electrocutions; Highway Liability; Premises Liability; Catastrophic Injuries; Products Liability; Toxic Torts; Class Actions; HMO Litigation; Slave Labor Litigation; Rezulin Litigation; Explosions and Fires; Asbestos Litigation; Gun Litigation; Tobacco Litigation; Prescription Drug Litigation; Pesticide Litigation; Health Care; Business and Commercial Law; Professional Liability; Construction Litigation; Fraud; Anti-Trust; Civil RICO; Security, Banking and Insurance Fraud; Land Use, Zoning and Planning; Corporate Litigation; ERISA Litigation; Bankruptcy; Business Litigation; Complex Business Litigation; Collections; General Civil Litigation; Medical Negligence; Nursing Care; Hospital Liability; Hospital Negligence; Medical Products Liability; Appellate Practice; Complex Multi-District Litigation.

COURT ADMISSIONS:

Louisiana; U.S.D.C. for the Eastern, Middle and Western Districts of Louisiana; Louisiana Supreme Court; U.S. Court of Appeals for the Fifth, Second and Eleventh Circuits; United States Supreme Court.

MEMBERSHIPS:

Louisiana Association for Justice, Member (1966 - present), Legislative Committee (1966 - present, Chair for 5 years), Amicus Curiae-Medical Malpractice Liability Section (1973 - present),  Building Committee (1976 - present), Key-Person Committee (1976 - present), President (1980-1981), Long Range Planning Committee (1984 - present), Past President's Council (1984 - present), Life Member (1984 - present), Tort Reform Committee (1985 - present).

American Association for Justice, Member (1966 - present), M Club (1980 - present), Sustaining Member (1984 - present), Key-Person Committee Chairman (1985 - present), Public Relations Committee (1985 - present), Public Affairs Committee (1985 - present), Elections Committee (1985 - present), National College of Advocacy, Faculty - Basic and Advance Course (1986 - present), Lambert Chair (1987 - present), Organization Review Committee Chairman (1988 - present), PAC Trustee (1988 - present), President (1989-1990).

American Bar Association; Federal Bar Association; Federal Fifth Circuit Bar Association; Alabama Trial Lawyers Association; Arizona Trial Lawyers Association; California Trial Lawyers Association; Academy of Florida Trial Lawyers; Kentucky Association of Trial Attorneys; Mississippi Trial Lawyers Association; New Hampshire Trial Lawyers Association; Pennsylvania Trial Lawyers Association; Civil Justice Foundation, President (1988-1989), Trustee (1988 - present); International Academy of Trial Lawyers, Director (1997 - present); Trial Diplomacy Journa, Member Board of Editors (1991 - present); Roscoe Pound Foundation, Vice-President (1989-1992), President (1992-1994); Trial Lawyers for Public Justice, Founder; National College of Advocacy; Advisory Council of the National Judicial Council.

RUSS HERMAN

RECOGNITION:

LTLA's President's Award "Presented to the Outstanding Louisiana Trial Lawyer" (1977);
LTLA's Leadership Award (1981-1982); New Orleans Legal Secretaries Association's
Boss of the Year (1981-1982); Listed in Best Lawyers in America, compiled by Naifeh
and Smith, Seaview/Putnam Presses (1983 - 2010); Listed in Marqui's Who's Who in
American Law, (1985 - present); Diplomat - American Board of Professional Liability
Attorneys (1989 - present); Fellow - International Academy of Trial Lawyers (1990 -
present); Wiedeman & Wysocki Award (1992-1994, 1996); Diplomat - National College
of Advocacy (1993 - present); ATLA's Joe Tonahill Award - New Lawyers Division
(1997); American Board of Trial Advocates (1998 - present); Fellow - International
Society of Barristers (1999 - present); ATLA's Lifetime Achievement Award (1999);
Named one of Louisiana's top ten litigators by the National Law Journal (June 1999
issue); Featured in Fortune Magazine (July 3, 2000 issue); Selected for the Leonard M.
Ring Champion of Justice Award, the highest honor bestowed by ATLA (July 2001);
Pursuit of Justice Award (2005), American Bar Association Tort Trial and Insurance
Practice Section (TIPS); and City Business' Leadership in Law (2005, 2006). In 2005, Mr.
Herman was selected from over 15,000 nationwide nominees as one of America's 500
Leading Lawyers and Jurists by Lawdragon, and in 2005, as one of America's Top 500
Litigators. Selected by Lawdragon for the Top 500 Leading Lawyers in America (2008).
Selected for Louisiana Super Lawyers in 2007 and 2008.

APPOINTMENTS:

Member - Board of Zoning Appeals of the City of New Orleans (1974-1980); Special
Trial Counsel - New Orleans Aviation Board (1974-1976, 1988-1989); Advisory Council
- Construction Industry Rules and Procedures of American Arbitration Association
(1976-1986); Member - Civil District Court Commission on Local Rules and Forms
(1979-1980); Member - U. S. District Court Committee on Disciplinary Rule and
Revision of Local Rules (1979-1980); Member - Disciplinary Committee USDC, Eastern
District of Louisiana (1980 - present); Delegate - States' Supreme Courts' National
Conference on Court Delay (1980-1981); Member - Louisiana Worker's Compensation
Advisory Board (1985-1987); Member - Louisiana Judicial College: Judges' Civil
Benchbook Committee (1985); Member - Louisiana Bar Association Commission to
Review Disciplinary Rules and Procedures (1988 - present); Member - Louisiana Supreme
Court Committee on Television in The Courts (1993); Member - Louisiana Supreme
Court Committee on Louisiana Manual for Complex Litigation (1995 - present).

PUBLISHED WORKS:

Lawyer's Alert - "When a Worker is Injured by a Machine, Whom Do You Sue" (March
10, 1986); Trial - "Pre-Suit Discovery for Product Cases Arising at Work" (June 1986);
Trial - "Use of Videotape and Other Techniques in the Preparation and Settlement
of Substantial Cases" (January 1987); The Trial Practice Newsletter - "Settlement
Negotiations and the Use of Videotape Settlement Brochures" (Volume 2, Number 3 -
December 1987 and Volume 2, Number 4 - January 1988); Trial - "Direct Examination

RUSS HERMAN

of Lay Witnesses" (February 1988); The National Law Journal - "Secrecy, Discovery Abuse Breed Unethical Conduct" (August 1, 1988); Trial - "Jury Selection in Civil Litigation: Using Voir Dire as a Foundation to Win Your Case" (January 1989); The National Law Journal - "Rule 11 is Prejudicial to Plaintiff" (July 24, 1989); Trial - "The Trial Lawyer and the Next 25 Years" (July 1989); Trial, President's Page - "An Open Letter to President Bush" (August 1989); Litigation - "The Trial Lawyer and the Next 25 Years" (August 1989); Trial - "The Opening Statement - Using It to Maximum Advantage" (August 1989); Voir Dire - "Portrait of a Trial Lawyer" (Summer 1989); U.S.A. Today - "Stop Blaming Lawyers" (September 14, 1989); The Washington Post - "No More Dirty Little Secrets in The Courts" (September 15, 1989); Trial - "A Voice for the Voiceless" (September 1989); Liability Week - "Trial Lawyers Urged to Take the Lead on Toy Safety" (September 18, 1989); Trial, President's Page - "Portrait of a Trial Lawyer" (October 1989); Trial, President's Page - "Secrecy: More Than a Kid's Game" (November 1989); Trial, President's Page - "Drug Industry Delusions," by Russ M. Herman (December 1989); ATLA Law Reporter - "Tribute to Tom Lambert: A Voice of Passion and Compassion" (December 1989); Trial - "Investors Draft 'Valdez Principles' To Guide Corporate Environmental Conduct" (December 1989); Trial, President's Page - "The Sign of Democracy" (January 1990); Trial, President's Page - "In Memoriam" (February 1990); Trial, President's Page - "The Harvard Study Or Why the AMA Must Change Its Tune" (March 1990); USA Today - "Keep Consumer Safety in the Front Seat" (March 1990); USA Today, Face-Off: Consumers vs. Manufacturers - "Don't Reform Away Consumer Protection" co-authored with Jerry Jasinowski (March 27, 1990); Trial, President's Page - "The True Measure of the American Jury" (April 1990); Trial, President's Page - "For The People" (May 1990); The Washington Times - "Can No-Fault Hold Insurance Costs Down?" (May 24, 1990); Trial, President's Page - "Danger: Expediency and Elitism" (June 1990); The National Law Journal - "Allowing the Jurors to Decide" (July 30, 1990); The Brief - "No-Fault Auto Insurance: A Debate, All Innocent Victims Should Have the Right to Sue" (Fall 1990); Georgetown Law Weekly - "Trial Advocacy Program Big Success" (Vol. 26, No. 12 - November 19, 1990); Personal Injury Review 1990 - "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians From Medical Texts" (p. 781); Trial - "Going By the Book: Direct and Cross-Examination of Medical Experts" (August 1991); Texas Evidence Reporter - "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians from Medical Texts" (Vol. 8, No. 6, 1992); Courtroom Persuasion, Winning with Art, Drama & Science - 556 pp., published by Clark-Boardman Thompson and West Group (1997); West Group Practice Series: Louisiana Personal Injury, Volume I & II - 17 chapters, published by West Group (1999); Civil Trial Practice - 2000 and Beyond (contributing author), published by Lawyers & Judges Publishing Co., Inc. (March 2000).

RUSS HERMAN

PRESENTATIONS

Mr. Herman has authored more than 100 articles, papers and books in various aspects of civil trial practice and has been published in various works including Am Jur; Trials; Shepard's/McGraw Hill; The National Business Institute; Trial Magazine; The Forum; Trial Talk; Successful Trial Techniques of Expert Practitioners; Personal Injury Annual by Matthew Bender. Mr. Herman frequently gives lectures both locally and nationally. He has lectured at Tulane University School of Law, Louisiana State University School of Law, Harvard Law School, Loyola University School of Law and Georgetown Law School. Mr. Herman continues to be a guest lecturer at seminars and conventions sponsored by the Louisiana Bar Association, Louisiana Trial Lawyers Association, the Association of Trial Lawyers of America, Practicing Law Institute and National Business Institute. He is a contributing editor of the Expert Witness Reporter and Trial Diplomacy Journal.

REPRESENTATIVE CASES OF NATIONAL NOTE:

In Re: Vioxx - Lead Negotiator and Liaison Counsel for Plaintiffs in the Vioxx MDL 1657 Litigation where plaintiff's were awarded a $4.85 billion settlement with Merck for injuries relating to use of the prescription medicine Vioxx.

In Re: Propulsid - Lead Negotiator and Liaison Counsel for Plaintiffs in the Propulsid MDL 1355 Litigation where plaintiff's reached a settlement agreement with Johnson & Johnson and Jansen Pharmacutica for injuries relating to use of the prescription medicine Propulsid.

In Re: Hart v. Wood Scales - Eliminated independent contractor defense in timber industry

In Re: Austin v. Otis Elevator - Early application of continuing duty to warn in Louisiana products cases.

In Re: Mark Essex Day & Steagal v. Howard Johnson - Parents' jury awards for death of major children; recovery against hotel and hotel franchise for inadequate security even where deaths resulted from activity of trained terrorist. Changed hotel industry security practices.

In Re: Continental Grain Explosion: Whitney v. Continental Grain Co. - Legal Committee, eight- figure recovery for explosion resulting in multiple deaths at grain elevator; alternative tort relief where workers' compensation claimed as exclusive remedy.

In Re: Hockfelder v. Lloyds of London - Trial Committee Chair, first seven-figure recovery in Louisiana against engineers, consultants and contractors for damages to historic buildings as a result of breaches of standards.

In Re: Baby (Brown) - $1.8 million recovery for medical malpractice infant brain damage case.

RUSS HERMAN

In Re: Landry v. Union Pacific - $28 million recovery, quadriplegic from railroad crossing casualty.

In Re: Madere, Lacque v. Mopac - $3.5 million recovery in railroad train crossing death case on behalf of minor children.

In Re: Goodyear v. Williams - Louisiana Supreme Court affirmed, Jury awards owners of project counterclaim damages. Recognizing new national theory of recovery for professional negligence and contract liability against architect and engineers.

In Re: Lane v. Plimsoil Marine - Federal Court Judgment, expanded avenues of liability against towing vessels and barge owners in favor of longshoremen and other shore-based maritime employees.

In Re: Benson v. Louisiana Motor Vehicle Commission - Successful challenge of Governmental Regulatory Authority on constitutional grounds. Leading to the origination of a substantial automobile dealership and the subsequent negotiation and acquisition of 21 auto dealerships, three banks and an NFL franchise football team.

In Re: Young v. Yamaha - $1.58 million - ATV personal injury case, mild closed head injury.

In Re: First Federal Bank v. Buris - $37 million - banking, civil Rico, breach of sale and mortgage contract.

In Re: Burnham v. Schuler Drilling Co. - $8 million - personal injury for unsafe drilling practices.

In Re: Mote v. Diamond Drilling - $16 million recovery for personal injury for unsafe drilling practices.

In Re: Brodie v. PMIC - $47 million class action final judgment for exclusive agents versus insurer for wrongful termination.

In Re: Ieyoub, Attorney General, State of Louisiana v. American Tobacco Company - $4.5 billion recovered in medical benefits against major tobacco companies.

In Re: Ellis v. R.J. Reynolds Tobacco Company, representing the State of California, resulting in $25 billion recovery in tobacco litigation.

In Re: Scott v. American Tobacco Company, lead counsel on behalf of class of Louisiana smokers who were awarded a landmark jury verdict of more than $591,000,000.00.

RUSS HERMAN

PROFESSIONAL BIO:

Russ Herman is a Senior Partner of Herman, Herman, Katz & Cotlar. He graduated from Tulane University with a B.A. Degree and L.L.B. in 1966. In 1977, he was chosen "Outstanding Trial Lawyer" by the Louisiana Trial Lawyers Association, and was LTLA President in 1980-81.

He has authored more than 200 articles, papers and books in various aspects of Civil Trial Practice and has been published in various works including Am Jur, Trials, Shepard's/McGraw Hill, The National Business Institute, Trial Magazine, The Forum and Personal Injury Annual by Matthew Bender.

Mr. Herman has served on the faculty of the Practicing Law Institute - The National College of Trial Advocacy and has lectured at Tulane, L.S.U., Loyola, Georgetown, Hastings and other law schools.

Mr. Herman served as President of the (ATLA) Association of Trial Lawyers of America (1989-1990); President of the Civil Justice Foundation (1987-1988); and President of the Roscoe Pound Foundation (1991-1993). He is a Diplomate of the American Board of Professional Liability attorneys; a Diplomate of the National College of Advocacy, a Fellow and Director of the International Academy of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA), a Fellow of the International Society of Barristers and a Barrister of the American College of Barristers. In July of 2001, Mr. Herman was selected for The Leonard M. Ring Champion of Justice Award, which is the highest honor bestowed by ATLA. He has also received the ATLA Lifetime Achievement Award (1999) and the Joe Tonahill Award (1998); Pursuit of Justice Award (American Bar Association Tort Trial & Insurance Practice Section (TIPS) 2005) and City Business' Top 100 Leaders in Law for 2005and 2006.

Mr. Herman has been selected for listing by Naifeth and Smith in their book "Best Lawyers in America" in Personal Injury, Maritime, Complex Litigation and Appellate Trial Practice areas.

He is the author and performer of ATLA's best selling, 6-Volume Video Trial Practice Series, "Courtroom Persuasion: Winning with Art, Drama & Science" and a 443-page book by the same title published by West Group, Clark Boardman Thomson and ATLA Press and is the author for West Group's two-volume series, "Louisiana Personal Injury."

The National Law Journal named Mr. Herman as one of Louisiana's top ten litigators and the American Law Journal highlighted Mr. Herman in its June 1999 issue. Fortune Magazine featured his litigation accomplishments in the July 3, 2000 issue.

In April 2003, the Third Edition of Chamber's USA "America's Leading Business Lawyers" (2003-2004) listed Mr. Herman as the leading individual trial lawyer in Louisiana in General and Commercial Litigation.

In 2004, a jury returned a $591,000,000 verdict in Scott v American Tobacco, et al. (96-8461, Orleans Parish, Civil District Court).  Mr. Herman was lead trial counsel in this case.  Mr. Herman is Court Appointed: Liaison and Lead Counsel in In Re Propulsid: MDL 1355 case; Liaison Counsel and Member of PSC Executive Committee and In Re Vioxx: MDL1657.

In 2005, Mr. Herman was selected from over 15,000 nation-wide nominees as one of American's 500 Leading Lawyers and Jurists by "Lawdragon" publications and in 2006, as one of America's Top 500 Litigators.  In 2007, he was selected by "The Legal 500" as one of the 500 top litigators in the country.  And again in 2008 as one of the 500 Top Litigators in the U.S.

Russ Herman was named 2007 Lawyer of the Year by Lawyers USA on December 19, 2007, citing his role as the lead negotiator for Plaintiffs in reaching the recent $4.85 Billion Settlement with Merck in the Vioxx Litigation.
Russ Herman and the Firm has been retained in 2008 as Special Counsel to the Council of the City of New Orleans.

HERMAN HERMAN
KATZ & COTLAR
L.L.P.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue   |   New Orleans LA 70113   |   504.581.4892   |   www.hhkc.com