UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-6687 (E.D.La.)<br><br>**Omni II** (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* 10-361)<br><br>**Omni III** (*Gross, et al v. Knauf Gips, KG, et al* 09-6690)<br><br>**Omni VII** (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* 11-080)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-06686 (E.D.La.) | |

**PROPOSED ORDER GRANTING MOTION FOR CLASS CERTIFICATION OF PLAINTIFFS' CLAIMS FOR DAMAGES AGAINST VENTURE SUPPLY**

This matter having come before this Court upon motion by Plaintiffs in the above-captioned cases for class certification as to damages claims, and after having considered the briefs filed and arguments made by counsel, IT IS HEREBY ORDERED:

Plaintiffs' motion for class certification is GRANTED pursuant to Rule 23(b)(3), and Rule 23(c)(5). The class and subclasses shall be defined as

All owners of residential real properties in the states of Virginia,

1

>Georgia, Alabama, and North Carolina containing Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by Venture Supply Inc., who have not released or assigned their property damage claims to a third party.

Certification of this class is appropriate because:

1. The class and subclasses are so numerous that joinder of all members is impracticable, satisfying the requirement of Rule 23(a)(1);

2. There are questions of law or fact common to the class and subclasses, satisfying the requirements of Rule 23(a)(2);

3. The claims of the representative parties are typical of the claims of the class and subclasses, satisfying the requirements of Rule 23(a)(3);

4. The plaintiffs will fairly and adequately protect the interests of the class and subclasses, satisfying the requirements of Rule 23(a)(4);

5. Questions of law or fact common to the members of the class and subclasses predominate over questions affecting only individual members;

6. A class action is superior to other methods available for the fair and efficient adjudication of the controversy, satisfying the requirements of Rule 23(b)(3);

7. Counsel Arnold Levin of Levin, Fishbein, Sedran & Berman; Richard Serpe of Law Offices of Richard Serpe; Jeffrey Breit and Michael Imprevento of Breit, Drescher, Imprevento & Walker; and Richard Lewis of Hausfeld LLP for the Virginia subclass; Russ Herman of Herman, Herman, Katz & Cotler and Andrea S. Hirsch of Herman Gerel LLP for the Georgia subclass; K. Edward Sexton, II of Gentle Turner & Sexton and Eric D. Hoaglund of McCallum Hoaglund Cook & Irby, LLP for the Alabama subclass; and J. Michael Malone of Hendrin and Malone, PLLC for the North Carolina subclass are experienced and competent

counsel, satisfying the requirements of Rule 23(g)(1); and

IT IS FURTHER ORDERED THAT Plaintiffs Fred and Vannessa Michaux will fairly and adequately protect the interests of the Virginia subclass.  Thomas and Virginia Spencer will fairly and adequately protect the interests of the Georgia subclass.  Jeremy W. Dickey will fairly and adequately represent the interests of the Alabama class.  Curtis and Linda Hinkley and their daughter Stephanie Hinkley Lopez will fairly and adequately protect the interest of the North Carolina subclass and each shall serve as representatives for the class and subclasses certified herein.

IT IS FURTHER ORDERED THAT Arnold Levin of Levin, Fishbein, Sedran & Berman; Richard Serpe of Law Offices of Richard Serpe; Jeffrey Breit and Michael Imprevento of Breit, Drescher, Imprevento & Walker; and Richard Lewis, of Hausfeld LLP for the Virginia subclass; Russ Herman of Herman, Herman, Katz & Cotler, and Andrea S. Hirsch of Herman Gerel LLP for the Georgia subclass; K. Edward Sexton, II of Gentle Turner & Sexton and Eric D. Hoaglund of McCallum Hoaglund Cook & Irby, LLP for the Alabama subclass; and J. Michael Malone of Hendrin and Malone, PLLC for the North Carolina subclass are appointed as Counsel for the class and subclasses certified herein.

IT IS FURTHER ORDERED THAT no later than seven days after the date of this Order, the parties through their counsel are to meet and confer on a proposed form of notice to be mailed to the class by Defendants, and submit the same to the Court not later than seven days after the date of this Order.  If no agreement is reached, the parties shall submit to this Court their proposed form of notice no later than seven days thereafter.

IT IS SO ORDERED

_____                    _____
Date                                       Judge Eldon E. Fallon