UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-6687 (E.D.La.)<br><br>**Omni II** (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* 10-361)<br><br>**Omni III** (*Gross, et al v. Knauf Gips, KG, et al* 09-6690)<br><br>**Omni VII** (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* 11-080)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-06686 (E.D.La.) | |

### DECLARATION OF RICHARD SERPE

I, Richard Serpe, declare as follows:

1. I am a 1986 order of the coif graduate of Tulane University Law School, with a Masters of law from Tulane as an additional per degree in 1991. I have been a member of the United States District Court for the Eastern District of Louisiana since October 14, 1986. I have tried multiple cases in the Eastern District of Louisiana. I practiced environmental and other complex litigation while with the law firm of Martzell and Bickford.

1

2. For the last 20 years, I have been practicing environmental and other complex litigation across the United States from law offices in Virginia. I am licensed to practice in Louisiana, Texas and Virginia. I have an AV rating from Martindale Hubbell.

3. The proposed subclass representatives are Fred and Vannessa Michaux, residents of Virginia who own a home at 901 Eastfield Lane, Newport News, VA 23602, Thomas and Virginia Spencer, a resident of Georgia who owns a home at 2481 Lakewood Manor Drive, Athens, GA 30606, Jeremy W. Dickey, resident of Alabama who owns a home at 60 Pinebark Ct., Wetumpka, Alabama 36093, and Curtis and Sylvia Hinkley, residents of North Carolina who own a home at 156 Mulberry Lane, Hertford, NC 27944.

4. Each of these plaintiffs has properly filed a completed Plaintiff Fact Sheet (PFS) which provides the product identification for Taishan Drywall in their homes. *See* Compendium of Exhibits ("Comp. Ex.") 4-8.

5. I have retained professional environmental scientists to inspect the homes of several of the proposed class representatives and over 100 absent class members. As a result of these inspections I have obtained photographic product identification of Taishan Drywall distributed by Venture Supply in these homes. Comp. Ex. 13 (FRE 1006 Summary of Screening Data for Virginia Venture Taishan Homes).

6. The screening data indicates that the homes of the proposed subclass representatives have experienced typical Chinese Drywall corrosion damage to the HVAC systems, the wiring, and other metal surfaces in the homes.

7. The homeowners report that HVAC, appliances and other electronics have prematurely failed or corroded in these homes. Comp. Ex. 4-8.

8. The Summary Screening Data in conjunction with the proposed class representatives' PFS's provide data addressing the following: product identification, the presence of sulfur odors in the home, the presence of corrosive drywall in the home, the presence of corroded metal surfaces in the home typical of Chinese Drywall exposure (copper sulfide corrosion), and premature failure of HVAC, appliances and electronics.

9. Discovery materials establish, and the Court has found, that Venture Supply Inc. purchased Chinese Drywall from Taishan in 2005, which was delivered to Venture Supply beginning in February of 2006. All of the drywall was marked with the legend "4x12x1/2 Gypsum Board Distributed by Venture Supply Inc." On the back of each board a stamp indicated "Venture Supply Inc. MFG Shandong Taihe Dongxin, Co Ltd. China." This Taishan Drywall was delivered to home construction sites in Virginia, Georgia, Alabama, and North Carolina in 2006 and 2007. *Germano et al. v. Taishan,* Findings of Fact and Conclusions of Law ("FOFCOL") at 8-9 (Docket #2380).

10. I have reviewed and summarized the Venture Supply Distribution Records. Comp. Ex. 3. This delivery database contains data on shipments that were delivered within the four states at issue.

11. Each of the proposed subclass representatives has fully cooperated with counsel and the court in this litigation. Each has completed and filed a Plaintiff Profile Form. Each has subjected his or her home to a screening inspection to determine product identification and the fact of corrosion damage. Each understands the responsibilities of a class representative and each accepts those responsibilities.

12. The Curriculum Vitae of proposed class counsel Arnold Levin of Levin, Fishbein, Sedran

3

& Berman; Richard Serpe of Law Offices of Richard Serpe; Jeffrey Breit and Michael Imprevento of Breit, Drescher, Imprevento, & Walker and Richard Lewis, of Hausfeld LLP for the Virginia subclass, and Russ Herman of Herman, Herman, Katz & Cotler, and Andrea S. Hirsch of Herman Gerel LLP for the Georgia subclass; K. Edward Sexton, II of Gentle Turner & Sexton and Eric D. Hoaglund of McCallum Hoaglund Cook & Irby, LLP for the Alabama subclass; and J. Michael Malone of Hendren and Malone, PLLC for the North Carolina subclass, are provided in the Compendium. Comp. Ex. 15.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5-10-11
Date

_____
Richard Serpe

4828-1003-1369, v. 1