UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL           MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L

                                               JUDGE FALLON
                                               MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES
_____/

**ARANDA HOMES, INC.'S RESPONSE
TO BANNER SUPPLY CO.'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Aranda Homes, Inc. ("Aranda"), by and through undersigned counsel, hereby responds and objects to the Request for Production ("Request") served on April 12, 2011, by Banner Supply Co. as follows:

**GENERAL OBJECTIONS**

Aranda asserts the following objections to the Request as a whole:

1.      Aranda objects to the Request to the extent it seeks documents or information protected from disclosure by the attorney-client or other applicable privilege(s), the work product doctrine, or documents otherwise prepared in anticipation of trial or litigation that are not subject to discovery.

2.      Aranda objects to the Request to the extent it is overly broad, unduly burdensome or seeks documents or information available from other sources that are more convenient and less burdensome and expensive (and/or equally available to Banner Supply Co. ("Banner")).

3.      Aranda objects to any portion of any Request and/or any definition or instruction that is outside the scope of the Federal Rules of Civil Procedure.

{M3042885;1}

Unless otherwise stated, each of these General Objections applies to each paragraph of the Request and should be treated as if restated for each paragraph. All documents produced in response to the Request are supplied without waiver of these General Objections. Where specific objections are raised to any portion of the Request, those specific objections are raised in addition to these General Objections.

## SPECIFIC OBJECTIONS AND RESPONSES

Without waiving its General Objections as set forth above, each of which is incorporated into each response by reference, Aranda responds to the Request as follows:

1. All documents concerning, evidencing or relating to the drywall installed in the Home, including the brand of drywall, the manufacturer of the drywall, any markings on the drywall, the person or entity who installed the drywall, the date of installation, the person or entity who supplied the drywall, the approximate date it was supplied, and the number of defective boards in the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

2. All documents concerning, evidencing or relating to your work on the Home, including but not limited to, the contract, plans, specifications, submittals and responses thereto, purchase orders, pick tickets, delivery tickets, bills of lading and addenda thereto.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

3 All documents concerning, evidencing or relating to the original construction of the home, including, but not limited to, the construction contract, performance bonds, permits, plans, specifications, submittals and responses thereto, insurance policies, inspection cards, request for information and representation, appliance list and addenda thereto.

Aranda objects to this request because the phrase "request for … representation" is unclear and improper to the extent it seeks attorney-client privileged information. Without waiver of this objection and subject to the objections set forth above, all non-privileged responsive documents in Aranda's possession, custody or control are produced herewith.

{M3042885;1}

4. All documents concerning, evidencing or relating to the construction or renovation of the home, including information such as the date(s) of construction and/or renovation, the homebuilder, contractor, or developer who performed the construction and/or renovation, and the part(s) of the Home that was renovated.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith. Aranda has no documents relating to "renovation of the home."

5. All documents concerning, evidencing or relating to any upgrades in the Home, including, but not limited to, receipts, warranties, and documents evidencing the date(s) the items were purchased.

Aranda objects to the extent the term "upgrades" is ambiguous. Without waiving this objection and subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

6. All documents concerning, evidencing or relating to any appliances in the Home, including, but not limited to, receipts, warranties, and documents evidencing the date(s) the appliances were purchased.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

7. All documents concerning, evidencing or relating to any action you have taken to mitigate any damages to the Home, including but not limited to, investigating, testing, cleaning, repairing, or replacing any elements(s) of the Home or personal property contained therein.

Aranda objects to this request to the extent it refers to the homeowner's damage claims and is therefore directed to the wrong party, to the extent the phrase "mitigate any damages in the Home" is ambiguous, and to the extent it seeks attorney-client privileged or work product materials. Without waiver of, and subject to these objections and the objections set forth above, all non-privileged responsive documents in Aranda's possession, custody or control are produced herewith.

{M3042885;1}

8.  All documents confirming the existence of defective drywall in the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

9.  All documents concerning, evidencing or relating to any ordering, purchasing and delivery of the drywall used in the construction of the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

10.  All blueprints, diagrams, drawings, maps, charts, specifications or plans concerning, supporting, evidencing, referring or relating to the Home and the location of the allegedly defective drywall in the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

11.  All pictures concerning, evidencing or relating to the allegedly defective drywall in the Home, including, but not limited to, pictures of the drywall and/or any items allegedly damaged by the drywall.

Aranda objects to the extent it does not have knowledge of what items, if any, allegedly were damaged. Without waiver of, and subject to this objection and the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

12.  All documents concerning, evidencing or relating to any defects in the drywall, including, but not limited to, its alleged smell, its chemical composition, its emission of chemicals into the air, and/or its effect on personal property.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

13. All documents that support any claims of wrongdoing or misfeasance on the part of Banner in this action.

Aranda objects to the extent "this action" is ambiguous and could be construed to encompass all claims in this MDL. To the extent this Request seeks documents pertaining to properties other than the Home and claims other than the Nguyen claim, Aranda objects on the grounds that it is overly broad, unduly burdensome, harassing and seeks documents not reasonably calculated to lead to the discovery of admissible evidence regarding the Nguyens' appearances as fact witnesses named by Banner for class certification proceedings. Without waiver of, and subject to these objections and the objections set forth above, all responsive documents in Aranda's possession, custody or control relating to the Home and the Nguyen claim are produced herewith.

14. All contracts or agreements, including all amendments and modifications thereto, by and between you and Banner.

To the extent this Request seeks documents pertaining to properties other than the Home and claims other than the Nguyen claim, Aranda objects on the grounds that it is overly broad, unduly burdensome, harassing and seeks documents not reasonably calculated to lead to the discovery of admissible evidence regarding the Nguyens' appearances as fact witnesses named by Banner for class certification proceedings. Without waiver of, and subject to these objections and the objections set forth above, Aranda states it has no "contracts or agreements" with Banner but will produce Banner invoice(s) relating to the Home.

15. All documents reflecting when and how you first became aware of any problems associated with the drywall in the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

{M3042885;1}

16. All documents which represent or reflect any repair work or remediation work conducted on the Home.

Aranda has no responsive documents.

17. All documents which represent or reflect any lawsuits filed against you relating to Chinese drywall.

To the extent this Request seeks documents pertaining to properties other than the Home and claims other than the Nguyen claim, Aranda objects on the grounds that it is overly broad, unduly burdensome, harassing and seeks documents not reasonably calculated to lead to the discovery of admissible evidence regarding the Nguyens' appearances as fact witnesses named by Banner for class certification proceedings. Without waiver of, and subject to these objections and the objections set forth above, Aranda directs Banner to the above-styled MDL proceedings in which the Nguyens have brought claims against Aranda and in which Banner is a party and to the following state court lawsuits in Florida's 20th Judicial Circuit in which Banner is also a party: *Cuddapah v. Aranda Homes, Inc. et al.*, Case No. 10-CA-001191; *Guilhempe v. Aranda Homes, Inc. et al.*, Case No. 11-CA- 000009; *Rottau and Cloeren v. Aranda Homes, Inc. et al.*, Case No. 09-CA-005757; *Rucki v. Aranda Homes, Inc. et al.*, 10-CA-000060; *Tucker v. Aranda Homes, Inc. et al.*, Case No. 10-CA-001190; *Conroy v. Aranda Homes, Inc. et al.*, Case No. 09-CA-005760; *Geraci v. Aranda Homes, Inc. et al.*, Case No. 09-CA-003646; *Saeks v. Aranda Homes, Inc. et al.*, Case No. 10-CA-001189; *Shaw v. Aranda Homes, Inc. et al.*, Case No. 09-CA-005759.

18. All documents reflecting the manufacturer(s) of the Chinese drywall in the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

{M3042885;1}

19. All documents which reflect the original construction costs for your scope of work on the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

20. All contracts or agreements between you and any contractor, subcontractor, installer, builder, developer, and/or supplier who performed work on the construction of the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

21. All documents sufficient to demonstrate the building layout and architecture for the Home.

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

22. All documents sufficient to show the building materials used in the construction of the Home, including but not limited to, cabinetry, countertops, bathroom fixtures, flooring

Subject to the objections set forth above, all responsive documents in Aranda's possession, custody or control are produced herewith.

23. All documents which represent or reflect the cost to repair/remediate the Home containing Chinese drywall, including the consideration of varying building codes, building costs, personal property, building materials and other variable which may depend on the condition of each Home.

Aranda has no such documents.

24. All contracts or other agreements with any drywall installer or drywall contractor utilized in connection with the construction of any home containing Chinese drywall.

To the extent this Request seeks documents pertaining to properties other than the Home and claims other than the Nguyen claim, Aranda objects on the grounds that it is overly broad, unduly burdensome, harassing and seeks documents not reasonably calculated to lead to the discovery of admissible evidence regarding the Nguyens' appearances as fact witnesses named

{M3042885;1}

by Banner for class certification proceedings. Without waiver of, and subject to these objections and the objections set forth above, Aranda states it has no "contracts or other agreements" with any drywall installer or drywall contractor but will produce all documents in its possession, custody or control relating to the installer of drywall for the Home.

Respectfully submitted this 12th day of May, 2011.

**AKERMAN SENTERFITT**

BY: /s/   Valerie Greenberg
Valerie B. Greenberg, Esq. (Fla. Bar No. 26514)
Stacy Harrison, Esq. (Fla. Bar No. 44109)
One Southeast Third Avenue
25th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Telecopier: (305) 374-5095
Email: valerie.greenberg@akerman.com
stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

**CERTIFICATE OF SERVICE**

I hereby certify that *Aranda Homes, Inc.'s Response to Banner Supply Co.'s Request for Production of Documents* has been served on Plaintiffs' Liaison Counsel, Russ Herman,

{M3042885;1}

Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2011. A copy of this Response with the documents being produced has been served by U.S. mail on Shubra R. Mashelkar, Esq., Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326, on this 12th day of May, 2011.

/s/     Valerie Greenberg

{M3042885;1}