UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Abel v. Taishan Gypsum Co. Ltd.*, **No. 11-080.**

## ORDER

The Preservation Alliance of New Orleans, Inc. filed a Motion to Intervene as Plaintiff in the above-captioned matter. (R. Doc. 8255). The Court set this Motion for hearing on May 11, 2011. *See* (R. Doc. 8597). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the Motion has been timely submitted. Accordingly, this Motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana this 10th day of May 2011.

_____
U.S. District Judge