UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 JUDGE ELDON E. FALLON |
| This Document Relates to: | * * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al Defendants | * * * | |
| Civil Action 11-252 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF BRIAN McCOMBS

STATE OF ALABAMA

COUNTY OF CULLMAN

BEFORE ME, the undersigned authority, personally came and appeared **BRIAN McCOMBS**, who after being duly sworn, did depose and say:

1.  My name is Brian McCombs. I was born on 8-7-73. I am legally competent and have been domiciled in the State of Alabama since 1973.

2.  I have been a officer of McCombs Services, L.L.C. since its incorporation on _____ 2-16-04 _____. McCombs Services, L.L.C. is a small, family owned corporation that develops and builds single family homes in the State of Alabama. From its inception I have served as its \_\_\_\_\_ Managing Member \_\_\_\_\_. I have personal knowledge of all of the

-1-



business activities of McCombs Services, L.L.C. and had within my custody and control the business records.

3. I make this affidavit regarding McCombs Services, L.L.C. in connection with the lawsuit styled, "Daniel Abreu v. Knauf, et al, United States District Court, Eastern District of Louisiana, Docket No. 11-252, in which McCombs Services, L.L.C. has been made a defendant.

4. McCombs Services, L.L.C. is an Alabama corporation with its principal place of business located on _141 CR 947 CrAne Hill, AL 35053_.

5. McCombs Services, L.L.C. has never been authorized to do business in Louisiana and never had a registered or statutory agent for service of process in Louisiana.

6. McCombs Services, L.L.C. has never had any offices in Louisiana. It has had no address or telephone number in Louisiana. It neither owns nor rents any property of any sort in Louisiana, now or in the past.

7. McCombs Services, L.L.C. never had any directors, officers or employees working in the State of Louisiana.

8. McCombs Services, L.L.C. never solicited any business in Louisiana and never transacted any business in the State of Louisiana. It has had no contacts with the State of Louisiana nor produced any goods or products in Louisiana.

9. McCombs Services, L.L.C. never built any homes or other structures in Louisiana, nor did it ever install any drywall in Louisiana, nor did it ever manufacture or distribute drywall in Louisiana.

_____
BRIAN McCOMBS

The foregoing Affidavit was acknowledged before me this _28_ day of _March_, 2011, by BRIAN McCOMBS, who is personally known by me or who has produced a Alabama driver's license as identification, and who did first take an oath to tell the truth in this Affidavit.

_____
NOTARY PUBLIC - State of Alabama
My Commissions Expires: _05-04-2011_

L:\Rob\Turner Bell v. McCombs Services, LLC (0102011001)\Pleadings\Affidavit of Brian McCombs (draft 3-22-11).wpd