UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
Case No. 09-7628;

*Dean and Dawn Amato v. Liberty Mutual Ins. Company, et. al.*
Case No. 10-932;

*David Gross v. Knauf GIPS KG, et al.*
Case No. 09-6690;

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
Case No. 10-362; and

*Kenneth and Barbara Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., AND CLIENT CONSENT

COME NOW, pursuant to L.R. 83.2.11, Brett A. Duker, Esquire, Lysa M. Friedlieb, Esquire, and the firm Sachs Sax Caplan, P.L., hereby move to withdraw as counsel for Defendant, Albanese-Popkin The Oaks Development Group, L.P., Case Nos. 09-7628, 10-932, 09-6690, 10-362, and 10-361, currently pending before the Court, and as grounds therefore, state:

1. Irreconcilable differences have arisen between Defendant and Defendant's counsel, making it impossible for counsel and the law firm to further represent Defendant in these matters.

2.      Defendant has been made aware of counsels' desire to withdraw as counsel in this matter and Defendant has consented to the withdrawal of counsel and the law firm. Defendant has also been advised of any upcoming deadlines.

3.      Defendant's present address is 1200 Rogers Circle, Suite 11, Boca Raton, Florida 33487.

WHEREFORE, Brett A. Duker, Esq., Lysa M. Friedlieb, Esq. and the firm Sachs Sax Caplan, P.L. respectfully request that this Court enter an Order (a) granting this Motion; (b) authorizing Brett A. Duker, Esq., Lysa Friedlieb, Esq. and the law firm of Sachs Sax Caplan, P.L. to withdraw as counsel for the Defendant, Albanese-Popkin The Oaks Development Group, L.P. in Case Nos. 09-7628, 10-932, 09-6690, 10-362, and 10-361; (c) relieving Brett A. Duker, Esq., Lysa Friedlieb, Esq. and the law firm of Sachs Sax Caplan, P.L. of any and all further obligations to the Defendant, Albanese-Popkin The Oaks Development Group, L.P., in these matters; and (d) directing that all future pleadings, motions, discovery and any and all further communications concerning this matter be directed to Albanese-Popkin The Oaks Development Group, L.P., 1200 Rogers Circle, Suite 11, Boca Raton, Florida 33487.

## CONSENT OF CLIENT

Defendant, Albanese-Popkin The Oaks Development Group, LP, hereby consents to the withdrawal of counsel on the aforementioned grounds stated.

                          Albanese-Popkin The Oaks Development Group, LP

                          By:   Albanese-Popkin Development Group, LLC, its general partner

                          By: _____

                          Print: Edward Popkin, Managing Member

                          Date: 5/12/11

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on Defendant, Albanese-Popkin The Oaks Development Group, LP via certified mail, 1200 Rogers Circle, Suite 11, Boca Raton, Florida 33487, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and on this 13th day of May, 2011.

SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:   (561) 994-4499
Fax:   (561) 994-4985

By _____
Brett A. Duker
Florida Bar No. 0021609
bduker@ssclawfirm.com