UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL         MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

        **SECTION L**
        **JUDGE FALLON**
        **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628;*

*Dean and Dawn Amato v. Liberty Mutual Ins. Company, et. al.*
*Case No. 10-932;*

*David Gross v. Knauf GIPS KG, et al.*
*Case No. 09-6690;*

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
*Case No. 10-362; and*

*Kenneth and Barbara Wiltz v. Beijing New Building*
*Materials Public Limited Co., Case No. 10-361*
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that undersigned will call for hearing its Motion to Withdraw as Counsel for Defendant, Albanese-Popkin The Oaks Development Group, L.P. on June 22, 2011 at 9:00 a.m.

        SACHS SAX CAPLAN
        6111 Broken Sound Parkway NW, Suite 200
        Boca Raton, Florida 33487
        Tele:  (561) 994-4499
        Fax:   (561) 994-4985

        By:   /s/ *Brett A. Duker*
              Brett A. Duker
              Florida Bar No. 0021609
              bduker@ssclawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on Defendant, Albanese-Popkin The Oaks Development Group, LP via certified mail, 1200 Rogers Circle, Suite 11, Boca Raton, Florida 33487, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and on this 13th day of May, 2011.

SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:   (561) 994-4499
Fax:    (561) 994-4985

By:  /s/ *Brett A. Duker*
        Brett A. Duker
        Florida Bar No. 0021609
        bduker@ssclawfirm.com