IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

*Vickers et al v. Knauf Gips KG et al*
*EDLA 09-04117*

AND

*Payton, et al v. Knauf Gips KG, et al*
*Case No. 09-7628*

### EX PARTE/CONSENT MOTION TO EXTEND SCHEDULING ORDER DEADLINE TO FURNISH EXPERT REPORT OF MATTHEW J. PERRICONE, Ph.D.

**NOW COME** the Knauf Defendants, through undersigned counsel, who file the above-captioned Motion requesting the Court to extend by a period of seven (7) days (until May 20, 2011) the Scheduling Order deadline for furnishing to the plaintiffs the expert report of Matthew J. Perricone, Ph.D. The Knauf Defendants contacted the Plaintiffs' Steering Committee ("PSC") before filing this Motion, and the PSC expressed no objection to extending the deadline for the Knauf Defendants to furnish the expert report of Matthew J. Perricone, Ph.D. In support, the Knauf Defendants show as follows:

The current Scheduling Order specifies that defendants shall furnish to plaintiffs expert reports by May 13, 2011 [Rec. Doc. 8435]. As of the filing of this Motion, the parties have not received several fact witness deposition transcripts from the court reporter. The Knauf

Defendants anticipate that the opinions expressed by Dr. Perricone in his expert report will depend on testimony from those fact witness depositions. Accordingly, the Knauf Defendants request that the deadline to furnish Dr. Perricone's expert report be extended by a period of seven (7) days (until May 20, 2011) to allow for receipt and review of the fact witness deposition transcripts by Dr. Perricone and completion of his expert report.

Granting this Motion will have not affect on the class certification hearing date, or any other deadlines currently specified in the Scheduling Order.

Respectfully submitted,

/s/ Kyle A. Spaulding
Kerry J. Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email:   kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

COUNSEL FOR THE KNAUF DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2011.

/s/ Kyle A. Spaulding