**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br>**PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.**<br><br>**CASE NO.'s: 09-7628, 09-6690, 10-362, 11-080** | **MAG: JUDGE WILKINSON** |

_____/

**ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD**

This matter came before the Court on the Motion to Withdraw as Counsel of

Record for Defendant, ABURTON HOMES, INC., in the above civil action. The Court,

having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of

Record on behalf of  Defendant, ABURTON HOMES, INC., is hereby granted and that

Brian A. Eves, Addison J. Meyers, and the firm of Mintzer, Sarowitz, Zeris, Ledva &

Meyers, LLP, are hereby discharged from their obligations of representation in this case

and relieved of any further appearance in this case on behalf of Defendant, ABURTON

HOMES, INC. Until such time as a Notice of Appearance is filed by new counsel, all

pleadings shall be served on Defendant, ABURTON HOMES, INC., at: 2026 SW

Justison Ave., Port Saint Lucie, FL 34953.

It is ORDERED this _____ day of May, 2011.


_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE