UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.'s: 09-7628, 09-6690, 10-932, 11-080 | MAG: JUDGE WILKINSON |

_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Brian A. Eves, Addison J. Meyers, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys of record for Defendant, ADVANTAGE BUILDER'S OF AMERICA, INC., and pray this Court to enter its Order granting leave to withdraw as counsel for the Defendant.

In the interim, all future notices and pleadings can be served upon Defendant at the following address: 11796 – C Metro Parkway, Ft. Meyers, FL 33966.

WHEREFORE, the undersigned respectfully request that the court grant the Motion to Withdrawal as Counsel for Defendant; in the above case.

Respectfully submitted,

Dated: May 13, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966

        Fax:  305-774-7743
        ameyers@defensecounsel.com


        /s/ Brian A. Eves
        Brian A. Eves, Esquire
        MINTZER SAROWITZ ZERIS
        LEDVA & MEYERS, LLP
        The Waterford at Blue Lagoon
        1000 NW 57th Court, Suite 300
        Miami, FL  33126
        Tel:   305-774-9966
        Fax:  305-774-7743
        beves@defensecounsel.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of May, 2011.

        /s/ Brian A. Eves
        Brian A. Eves