UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET: 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO | * | |
| KENNETH ABEL, et al | | JUDGE FALLON |
| | * | |
| vs. | | |
| | * | |
| TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al. CASE NO. 2:11-CV-00080-EEF-JCW | * | MAG. JUDGE WILINSON |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, William W. Simmons of the law firm of Glover, Young, Walton and Simmons, PLLC, who hereby enters his appearance on behalf of the defendant, Rightway Drywall, Inc.  This Appearance is made without waiver of any rights, objections or defenses, including the objection of jurisdiction and venue of this Honorable Court.  It is respectfully requested that copies of all future pleadings, documents, correspondence, orders, motions and notices in connection with this action be served upon him.

Respectfully submitted,

/s/ William W. Simmons
William W. Simmons
Mississippi Bar No: 99237
will@gloveryoung.com
Glover, Young, Walton
and Simmons, PLLC
1724a 23rd Ave.
Meridian, MS 39305
Telephone (601) 693-1301
Facsimile (610) 693-1363
Attorney for Rightway Drywall, Inc.

CERTIFICATE OF SERVICE

I hereby certify the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz and Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liason Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras Street, New Orleans, LA 70163, kmiller@frilot.com, and by electronically uploading the same to LexisNexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this the 16th day of May, 2011.

/s/ William W. Simmons