**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-6687 (E.D.La.)<br><br><br>Omni II (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* 10-361)<br><br>Omni III (*Gross, et al v. Knauf Gips, KG, et al* 09-6690)<br><br>Omni VII (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* 11-080)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-06686 (E.D.La.) | |

## ORDER

Considering the above and foregoing Plaintiffs' Motion for Leave of Court to Exceed Page Limit;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file their Memorandum in Support of Motion for Class Certification of Plaintiffs' Claims for Damages Against Venture Supply, which is in excess of the page limits directed by the Court, and the attached Motion, Memorandum in Support and Exhibits are filed into the record.

New Orleans, Louisiana this __13th__ day of May, 2011.

Eldon E. Fallon
United States District Court Judge