## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE MANUFACTURED DRYWALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| **This Document Relates to** *Abel v. Taishan Gypsum Co.,* | : | **MAG. WILKINSON** |
| *Ltd.*, Case No. 11-080 | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## <u>ORDER</u>

On May 11, 2011, the Court issued an Order granting Preservation Alliance of New Orleans, Inc. d/b/a Preservation Resource Center of New Orleans' Motion to Intervene (R. Doc. 8255).  *See* (R. Doc. 8812).  At that time the Court was under the impression that there was no opposition to this Motion.  Upon closer review, the Court has learned that the Plaintiffs' Steering Committee ("PSC") opposes this Motion.  *See* (R. Doc. 8626).  Accordingly, IT IS ORDERED that the previous Order is VACATED.  IT IS FURTHER ORDERED that the Court will reconsider the arguments raised in the Motion, as well as the Response, at the hearing following the monthly status conference on May 26, 2011.

New Orleans, Louisiana, this <u>13th</u> day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE