UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>**Omni II** (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* **10-361**)<br><br>**Omni III** (*Gross, et al v. Knauf Gips, KG, et al* **09-6690**)<br><br>**Omni VII** (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **11-080**)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-06686 (E.D.La.)** | |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
OF PLAINTIFFS' CLAIMS FOR DAMAGES AGAINST VENTURE SUPPLY**

Plaintiffs Fred and Vannessa Michaux, Thomas and Virginia Spencer, Jeremy W. Dickey, and Curtis and Linda Hinkley and their daughter Stephanie Hinkley Lopez, (hereafter "Plaintiffs"), on behalf of themselves and all others similarly situated, move that the proposed class and subclasses set out below be certified pursuant to Fed. R. Civ. P. 23(b)(3) and 23(c)(5). The class and subclasses are defined as follows:

All owners of residential real properties in the states of Virginia,

>Georgia, Alabama, and North Carolina containing Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by Venture Supply Inc., who have not released or assigned their property damage claims to a third party.

The proposed class and subclasses seek class-wide property damages on their claims against Venture Supply.

Pursuant to Fed. R. Civ. P. 23(d) and (g), Plaintiffs asks that they be appointed as class representatives for the class, and that Arnold Levin of Levin, Fishbein, Sedran & Berman; Richard Serpe of Law Offices of Richard Serpe; Jeffrey Breit and Michael Imprevento of Breit, Drescher, Imprevento & Walker; and Richard Lewis of Hausfeld LLP for the Virginia subclass; Russ Herman of Herman, Herman, Katz & Cotler, and Andrea S. Hirsch of Herman Gerel LLP for the Georgia subclass; K. Edward Sexton, II of Gentle Turner & Sexton and Eric D. Hoaglund of McCallum Hoaglund Cook & Irby, LLP for the Alabama subclass; and J. Michael Malone of Hendrin and Malone, PLLC for the North Carolina subclass, be appointed as subclass counsel.

Reasons in support of the motion are set forth in the Memorandum in Support of Plaintiffs' Motion for Class Certification for Damages Against Venture Supply, filed simultaneously herewith. The Proposed Trial Plan and declarations are filed simultaneously with this Motion. A Proposed Order is filed with this Motion.

Dated:  May 12, 2011                                      Respectfully submitted,

**PROPOSED COUNSEL FOR THE VIRGINIA SUBCLASS**

/s/ Arnold Levin_____
Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663
Alevin@lfsblaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: 757) 233-0455

Jeffrey Breit
Michael Imprevento
Breit, Drescher, Imprevento & Walker
1000 Dominioni Tower
999 Waterside Drive
Norfolk, VA 23510
Phone: (757) 622-6000
Fax: (757)-670-3895
jbreit@bdbmail.com
mimprevento@breitdrescher.com

Richard S. Lewis (On the Brief)
Hausfeld LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

**PROPOSED COUNSEL FOR THE GEORGIA SUBCLASS**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

Andrea S. Hirsch, Esquire
HERMAN GEREL LLP
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Phone: (404)-880-9500
Fax: (404)-880-9605
Ahirsch@hermangerel.com

**PROPOSED COUNSEL FOR THE ALABAMA SUBCLASS**

K. Edward Sexton, II
GENTLE TURNER & SEXTON
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
Esexton@gtandslaw.com

Eric D. Hoaglund
MCCALLUM HOAGLUND COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 545-8334
Fax: (205) 824-7768
Ehoaglund@mhcilaw.com

**PROPOSED COUNSEL FOR THE NORTH CAROLINA SUBCLASS**

J. Michael Malone
Hendrin and Malone PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Phone: (919) 420-7867
Fax: (919) 420-0475
Mmalone@hendrenmalone.com

## PLAINTIFFS' STEERING COMMITTEE

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs Liaison Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3400
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com


Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com