**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>**Omni II** (*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* **10-361**)<br><br>**Omni III** (*Gross, et al v. Knauf Gips, KG, et al* **09-6690**)<br><br>**Omni VII** (*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **11-080**)<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-06686 (E.D.La.)** | |

**PLAINTIFFS' PROPOSED TRIAL PLAN FOR CLASS DAMAGE**
**CLAIMS AGAINST VENTURE SUPPLY**

Plaintiffs intend to try this case in two phases:  (1) class-wide liability for property damage, and (2) class-wide property damages.  The Proposed Trial Plan is premised on bifurcating liability from damages.  The Proposed Trial Plan suggests a Phase I liability trial to establish general liability and general causation.  Damages would be left to a Phase 2 trial.  This type of bifurcation is well accepted in the Fifth Circuit and does not raise Seventh Amendment reevaluation concerns.  *Mullen,* 186 F.3d at 628-629; *Watson v. Shell Oil Co.,* 979 F.2d 1014,

1

1019-1020 (5th Cir. 1992); *Turner,* 234 F.R.D. at 606; *Turner v. Murphy,* Order and Reasons (March 2, 2006) at 3, 5-6 (Compendium, (Document 5611-2) ("Comp.") Ex. 16); *Harrell* Order at 10-14, Comp. Ex. 14.

Plaintiffs have also put forth expert declarations identifying methodologies to establish damages utilizing common methodologies, formulaic analysis, or individual mini-trials if necessary. *See* Declaration of Ronald Wright ("Wright Dec.") at ¶¶ 3-11 5/10/11), Comp. Ex. 11; Letter Opinion of Lee H. Waronker, MAI, SRA (5/27/10) ("Waronker Letter") (Comp. Ex. 12). The same expert methodologies can be used to determine damages for each member of the class on an individual basis, or for some forms of relief that can be determined on a class-wide basis. In addition, previous trials in Florida and Louisiana demonstrate benchmark damage awards for the cost of remediation, the alternative living costs, property diminution, loss of use and enjoyment and private property damage. Thus class-wide liability and damages can be established in an efficient manner. Moreover, there are no individual issues associated with any personal injury claims as those claims are excluded from the class, and there are no choice of law issues, since the Plaintiffs' home state substantive law applies.

### **Phase I – Liability (Common Issues of Liability and General Causation)**

Phase I is designed to obtain a finding of class-wide liability for property damage. The law of Virginia, Georgia, Alabama, and North Carolina recognizes property damage claims against distributors and sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts, and warranty law. *Averett v. Shircliff*, 237 S.E.2d 92, 95 (Va. 1977); *Lee v. Bell*, 379 S.E.2d 464 (Va. 1989) (cost of repair is proper measure of damages if evidence has been introduced showing repair costs); *Mayfield v. State*, 705 S.E.2d

717, 719 (Ga. Ct. App. 2011) (quoting *Allgood Road United Methodist Church v. Realty Co.*, 421 S.E.2d 113 (Ga. 1992) ("the general rule for the measure of damages involving real property is the diminution of the fair market value of the property and/or the cost of repair or restoration."); *MAT Systems, Inc. v. Atchinson Properties, Inc.*, 54 So.3d 371, 378 (Ala. Civ. App. 2010) ("In determining the proper measure of damages when personal property has been damaged, 'Alabama adheres to the general principle that one measures damages where personal property has been damaged by calculating the difference between the reasonable market value of the property immediately before it was damaged and the reasonable market value immediately after it was damaged.'"); J. Marsh & C. Gamble, *Alabama Law of Damages* § 7:3 (5th ed.2004) (recognizing that evidence of cost of repair may be a relevant consideration in establishing the difference in value of personal property before and after an injury to that property); *Lakeview Condominium Ass'n v. Village of Pinehurst*, No. COA06-1001, 647 S.E.2d 689 (Table), 2007 WL 2244549, at *9 (N.C. Ct. App. Aug. 7, 2007) (recognizing that in claims for damages to real property, the appropriate measure of damages may be the cost of repair, the reasonable costs of replacement, or the difference between the market value of the property before and after the injury) (collecting cases). Plaintiffs will establish the Defendant's course of conduct and its liability through Venture Supply's own documents, the documents of third parties, and fact witnesses from Venture Supply. This evidence will show that Venture Supply sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, and failed to warn Plaintiffs and class members of the defective nature of the CDW. This evidence of Defendant's common course of conduct, as well as Venture Supply's liability defense, if any; will be the same for the subclass representatives as it is for members of

the subclasses.  *See* Memorandum in Support of Motion at 21-22.  A jury verdict on the liability question as it relates to the property damage claim for the class will be binding on the class and will eliminate the need for hundreds of duplicative trials on this issue.

### Phase II – Class-Wide Property Damage (Successive Trials on Specific Causation (if needed) Compensatory Damages, and Class-Wide Valuation of Damages if Available)

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages.  The plaintiff subclasses do not seek personal injury damages.

Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage.  *Id, see* Memorandum in Support of Motion at 22-27.  Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in mini-trials where each plaintiff uses the same methodology to prove damages.  Alternatively some damages can be formulaic in nature and amenable to class treatment.  For example, Plaintiff's expert, Ronald Wright, has utilized a proven methodology to determine remediation damages for an individual home, but also has utilized a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost.  *See* Wright Dec. at ¶8.  The alternative living costs during the remediation have also been determined in Florida and Louisiana trials, and are amenable to determination by a formulaic method.  The property diminution can be determined individually or on a percentage diminution basis.  The loss of use and enjoyment, and private property damages can be determined individually or on a class-wide basis through the use of a survey instrument of representative subclass members.  *Id.* The proof of damages will rely on the same methodology for the subclass representatives and the members of the class.  Plaintiffs will

4

establish the damages at trial through: (1) the expert opinions of Ronald Wright and Lee Waronker, and (2) the testimony of the subclass representatives, and other fact witnesses.

It is anticipated that the class trial described herein will take 5 days.

Dated: May 12, 2011               Respectfully submitted,

**PROPOSED COUNSEL FOR THE VIRGINIA SUBCLASS**

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663
Alevin@lfsblaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: 757) 233-0455

Jeffrey Breit
Michael Imprevento
Breit, Drescher, Imprevento & Walker
1000 Dominioni Tower
999 Waterside Drive
Norfolk, VA 23510
Phone: (757) 622-6000
Fax: (757)-670-3895
jbreit@bdbmail.com
mimprevento@breitdrescher.com

Richard S. Lewis (On the Brief)
Hausfeld LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

**PROPOSED COUNSEL FOR THE GEORGIA SUBCLASS**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

Andrea S. Hirsch, Esquire
HERMAN GEREL LLP
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Phone: (404)-880-9500
Fax: (404)-880-9605
Ahirsch@hermangerel.com

**PROPOSED COUNSEL FOR THE ALABAMA SUBCLASS**

K. Edward Sexton, II
GENTLE TURNER & SEXTON
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
Esexton@gtandslaw.com

Eric D. Hoaglund
MCCALLUM HOAGLUND COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 545-8334
Fax: (205) 824-7768
Ehoaglund@mhcilaw.com

**PROPOSED COUNSEL FOR THE NORTH CAROLINA SUBCLASS**

J. Michael Malone
Hendrin and Malone PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Phone: (919) 420-7867
Fax: (919) 420-0475
mmalone@hendrenmalone.com

**PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs Liaison Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3400
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com


Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com