

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
|---|
| 00118322-001 |

**Invoice Date:** 04/21/06
**Account#:** POR01 3325
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00118322-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:09:47

**SHIP TO:**
17 CEDAR WOOD VILLAGE
WOODVILLE NC 23502

CREATED BY: Lorrie          Page  1 of  1

| PO#: Terry | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/20/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Pick Up | FRT TERM: Prepaid | |
| SHIP DATE:  04/20/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 10 | PC | 1212DWVS | 1/2" 4X12 | .4800/MSF | 263.33/MSF | 126.40 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 126.40 |
| | | | NC Sales Tax | | | 7.0% | 8.85 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 05/25/06
You may deduct 2.53 if paid by 05/10/06

| Balance | 135.25 |
|---|---|

V029927



**VENTURE SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| | |
|---|---|
| **INVOICE** | |
| 00118883-001 | |

Invoice Date: 05/10/06
Account#: POR01 3489
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00118883-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:45:42

**SHIP TO:**
116 DOLPHIN STREET
MOYOCK NC 23502

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 060372 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 05/03/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: Prepaid |
| SHIP DATE:   05/03/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 41 | 41 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 1.9680/MSF | 263.33/MSF | 518.23 |
| 90 | 90 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 4.3200/MSF | 263.33/MSF | 1,137.59 |
| 17 | 17 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 17.0000/PC | 1.18/PC | 20.06 |
| 4 | 4 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | .0320/MLF | 276.00/MLF | 8.83 |
| 13 | 13 | ROLL | DWTAPE<br>Drywall Tape | 250' | 13.0000/ROLL | 1.88/ROLL | 24.44 |
| 13 | 13 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 13.0000/BKT | 12.72/BKT | 165.36 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 1,889.21 |
| | | | NC Sales Tax | | | 7.0% | 132.24 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 06/25/06
You may deduct 37.78 if paid by 06/10/06

| Balance | 2,021.45 |
|---|---|

V029973



| | | **INVOICE** |
|---|---|---|
| | | 00119691-001 |

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 05/31/06
**Account#:** POR01 3610
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00119691-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:51:56

**SHIP TO:**
43 Cedar Wood Village
Woodville NC 23502

CREATED BY: Lorrie                  Page  1 of  1

| PO#: 060370 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| **ORDER DATE:** 05/22/06 | **SALES** | | **ORDER TYPE:** Whse | | **SHIP VIA:** Our Truck | **FRT TERM:** Prepaid |
| **SHIP DATE:** 05/22/06 | **AGENTS** | | **ORDERED BY:** | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 68 | 68 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 3.2640/MSF | 263.33/MSF | 859.51 |
| 92 | 92 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 4.4160/MSF | 263.33/MSF | 1,162.87 |
| 64 | 64 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 3.4560/MSF | 301.85/MSF | 1,043.19 |
| 99 | 99 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 99.0000/PC | 1.18/PC | 116.82 |
| 15 | 15 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | 1200/MLF | 276.00/MLF | 33.12 |
| 12 | 12 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 12.0000/PC | 1.32/PC | 15.84 |
| 3 | 3 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | 0270/MLF | 276.00/MLF | 7.45 |
| 22 | 22 | ROLL | DWTAPE<br>Drywall Tape | 250' | 22.0000/ROLL | 1.88/ROLL | 41.36 |
| 22 | 22 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 22.0000/BKT | 12.72/BKT | 279.84 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,574.70 |
| | | | NC Sales Tax | | | 7.0% | 250.23 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 07/25/06
You may deduct 71.49 if paid by 07/10/06

**Balance** | 3,824.93

V029989



**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

## INVOICE

### 00116896-002

Invoice Date: 03/24/06
Account#: KEL01 0001
Branch: VENTNRF
Phone#: (252)-473-2160
Fax#: (252)-473-5870
Delivery #: 00116896-002

**BILL TO:**
Kellogg Supply Co.
P.O. Box 99
771 N HWY 64/264
Manteo NC 27954

Reprinted: 11/14/09  07:39:08

**SHIP TO:**
Kellog Supply Co.
P.O Box 99
771 N. HWY 64/264
Manteo NC 27954

CREATED BY: Kim                                    Page  1 of  1

| PO#: 19460 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/21/06 | | SALES | | ORDER TYPE: Whse | SHIP VIA: | | FRT TERM: |
| SHIP DATE:  03/24/06 | | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 240 | 240 | PC | 5848DENSGLASS<br>Densglass GP | 5/8" 4X8 | 240.0000/PC | 19.04/PC | 4,569.60 |
| 2 | 2 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | .0960/MSF | 0.00/MSF | 0.00 |
| | | | ****** SUB-TOTAL ****** | | | | 4,569.60 |
| | | | Freight Charge | | | | 100.00 |

**TERMS:**
2% Discount on 10th of Following Month 25th No Cut Off  Due Date: 04/30/06
You may deduct 91.39 if paid by 04/10/06

| Balance | 4,669.60 |
|---|---|

V029772



Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

## INVOICE

**00122044-001**

**Invoice Date:** 07/24/06
**Account#:** POR01 3864
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00122044-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  10:11:52

**SHIP TO:**
40 Crown Point
South Mills NC 23502

CREATED BY: Lorrie                                    Page  1 of  1

| PO#: 060385 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 07/18/06 | | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: Prepaid |
| SHIP DATE:    07/18/06 | | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 89 | 89 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 4.2720/MSF | 263.33/MSF | 1,124.95 |
| 24 | 24 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 1.1520/MSF | 263.33/MSF | 303.36 |
| 141 | 141 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 7.6140/MSF | 301.85/MSF | 2,298.29 |
| 88 | 88 | PC | TT7008<br>Bullnose Corner Bead #7008 | 8' X 3/4" | 88.0000/PC | 1.85/PC | 162.80 |
| 67 | 67 | PC | TT7009<br>Bullnose Corner Bead #7009 | 9'X 3/4" | 67.0000/PC | 2.08/PC | 139.36 |
| 1 | 1 | PC | TT7309<br>Outside Splayed Bullnose Corner Bead #73 | 9' | 1.0000/PC | 2.08/PC | 2.08 |
| 6 | 6 | PC | TT7110<br>Bullnose Archway Corner Bead #7110 | 10' X 3/4" | 6.0000/PC | 2.76/PC | 16.56 |
| 25 | 25 | ROLL | DWTAPE<br>Drywall Tape | 250' | 25.0000/ROLL | 1.88/ROLL | 47.00 |
| 25 | 25 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 25.0000/BKT | 12.72/BKT | 318.00 |
| 1 | 1 | BG | E245<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 4,427.10 |
| | | | NC Sales Tax | | | 7.0% | 309.90 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 08/25/06
You may deduct 88.54 if paid by 08/10/06

**Balance** | 4,737.00

V030010



**VENTURE**
**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**INVOICE**

**00117217-001**

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117217-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:47:59

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie                Page  1 of   1

| PO#: 9200193-00 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE:Whse | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:    03/28/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance            5,832.00

V029787



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

**00117219-001**

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117219-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:48:24

**SHIP TO:**
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie                    Page  1 of   1

| PO#: 9200193-01 | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE:Whse | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:   03/28/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS                    1/2" 4X12 | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance              5,832.00

V029788



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

## INVOICE

### 00117220-001

**Invoice Date:** 03/30/06
**Account#:** BMW 0004
**Branch:** VENTNRF
**Phone#:** (205)-733-8026
**Fax#:** (205)-733-8626
**Delivery #:** 00117220-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:48:56

**SHIP TO:**
Building Materials Wholesale
940 Dailey Mill Road
McDonough GA 30253

CREATED BY: Lorrie

Page  1 of  1

| PO#: 9400128-00 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | | SALES | ORDER TYPE: Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:  03/28/06 | | AGENTS | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS | 1/2" 4X12 | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

**Balance**  5,832.00

V029789



**VENTURE SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

## INVOICE

| 00117221-001 |
|---|

Invoice Date: 03/30/06
Account#: BMW 0004
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117221-001

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:49:48

**SHIP TO:**
Building Materials Wholesale
940 Dailey Mill Road
McDonough GA 30253

CREATED BY: Lorrie                                    Page  1 of  1

| PO#: 9400128-01 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:   03/28/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS           1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance

| 5,832.00 |
|---|

V029790



**VENTURE SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

### INVOICE

| 00117313-001 |
| --- |

Invoice Date: 03/31/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117313-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09 07:56:28

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie     Page  1 of  1

| PO#: 9200193-02 | | | REF#: | | JOB#: | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 03/30/06 | | SALES | ORDER TYPE:Whse | | SHIP VIA: Our Truck | FRT TERM: | | |
| SHIP DATE:  03/30/06 | | AGENTS | ORDERED BY: | | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS     1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/31/06

Balance

| 5,832.00 |
| --- |

V029796



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

## INVOICE

### 00118059-002

Invoice Date: 04/21/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118059-002

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  08:52:49

**SHIP TO:**
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie     Page 1 of 1

| PO#: 41458-00 | | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA: Our Truck | FRT TERM: | | |
| SHIP DATE:  04/20/06 | AGENTS | | ORDERED BY: | | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

Balance     6,156.00

V029914



**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
| :---: |
| 00118060-002 |

**Invoice Date:** 04/21/06
**Account#:** BMW 0005
**Branch:** VENTNRF
**Phone#:** (205)-733-8026
**Fax#:** (205)-733-8626
**Delivery #:** 00118060-002

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  08:53:11

**SHIP TO:**
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie                                    Page  1 of  1

| PO#: 41458-01 | | REF#: | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE:  04/20/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS            1/2" 4X12<br>Drywall Venture Supply | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

| Balance | 6,156.00 |
| --- | --- |

V029915



| INVOICE |
|---|
| 00118063-002 |

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 04/24/06
**Account#:** BMW 0005
**Branch:** VENTNRF
**Phone#:** (205)-733-8026
**Fax#:** (205)-733-8626
**Delivery #:** 00118063-002

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  09:10:14

**SHIP TO:**
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 41458-02 | | REF#: | | JOB#: | | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:  04/21/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS | 1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

**Balance**  6,156.00



| INVOICE |
| :---: |
| 00118064-002 |

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118064-002

**Reprinted: 11/14/09  09:10:41**

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL  35208

CREATED BY: Lorrie          Page  1 of  1

| PO#: 41458-03 | | REF#: | | JOB#: | | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:   04/21/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS              1/2" 4X12 | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | | |
| | | | | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 6,156.00 |
| | | | | | | | |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

| Balance | 6,156.00 |
| :---: | :---: |



**VENTURE**
**SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
            1140 Azalea Garden Road
            Norfolk, VA  23502-
            USA  Phone: (757)-855-5433

| **INVOICE** |
| --- |
| 00118067-002 |

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118067-002

BILL TO:                    Reprinted: 11/14/09  09:11:24          SHIP TO:
Building Material Wholesale                                        Building Material Wholesale
Post Office Box 1269                                               #1 15th Street West
Pelham AL 35124                                                    Birmingham AL 35208

CREATED BY: Lorrie          Page  1 of  1

PO#: 41458-04          REF#:                    JOB#:

| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE:Whse | SHIP VIA: Our Truck | FRT TERM: |
| SHIP DATE:  04/21/06 | AGENTS | | ORDERED BY: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS            1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | |
| | | | | | | |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | | | | |
| | | | THANK YOU FOR YOUR ORDER! | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

Balance    | 6,156.00 |


**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

| **INVOICE** |
|---|
| **00148750-001** |

**Invoice Date:** 03/21/08
**Account#:** POR01 5932
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148750-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10  07:33:44

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2002
Williamsburg VA 23502

**CREATED BY:** Lorrie                                    Page 1 of 1

| PO#: 08-0014 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | AGENTS Terry | | ORDERED BY: | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB<br>5/8" 4X12  "X" Drywall Gold Bond | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 66 | 66 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .7920/MLF | 275.00/MLF | 217.80 |
| 1 | 1 | BOX | NAIL2<br>2" Smooth CC Drywall Nail #DWCC200 | 1.0000/BOX | 45.00/BOX | 45.00 |
| 1 | 1 | BOX | 300<br>1-1/4" Wood Screw Grabber Coarse<br>#300 8M/box | 1.0000/BOX | 31.00/BOX | 31.00 |
| 1 | 1 | BOX | 368<br>1-1/4" Fine Screw #68 8M/Box | 1.0000/BOX | 37.00/BOX | 37.00 |
| 1 | 1 | BOX | 768<br>2" Bugle Head Fine Thread #768 | 1.0000/BOX | 39.00/BOX | 39.00 |
| | | | ****** SUB-TOTAL ****** | | | 1,686.71 |
| | | | VA Sales Tax | | 5.0% | 84.34 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 33.73 if paid by 04/10/08

| **Balance** | 1,771.05 |
|---|---|

**EV003116**



Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

## INVOICE

### 00148751-001

**Invoice Date:** 03/21/08
**Account#:** POR01 5915
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148751-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 05/04/10  07:34:34**

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2003
Williamsburg VA 23502

**CREATED BY:** Lorrie                     **Page** 1 of  1

PO#: 08-0014          REF#:                         JOB#:
**ORDER DATE:** 03/20/08   **SALES**            **ORDER TYPE:** Whse   **SHIP VIA:** Our Truck   **FRT TERM:** Prepaid
**SHIP DATE:**   03/20/08   **AGENTS** Terry    **ORDERED BY:**
                                                 **AUTH CHG:**

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 87 | 87 | PC | 5812DWGB<br>5/8" 4X12   "X" Drywall Gold Bond | 4.1760/MSF | 245.00/MSF | 1,023.12 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 19 | 19 | PC | HAT781025<br>7/8" Hat Channel 10' 25 Gauge | .1900/MLF | 219.00/MLF | 41.61 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 125 | 125 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | 1.5000/MLF | 275.00/MLF | 412.50 |
| | | | ****** SUB-TOTAL ****** | | | 2,033.77 |
| | | | VA Sales Tax | | 5.0% | 101.69 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 40.68 if paid by 04/10/08

**Balance**   2,135.46

**EV003117**

DPF-VENTURE SUPPLY, INC-1-00088



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**INVOICE**

**00148752-001**

**Invoice Date:** 03/21/08
**Account#:** POR01 5916
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148752-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 05/04/10  07:35:01**

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2004
Williamsburg VA 23502

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 08-0014 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | | SALES | ORDER TYPE: Whse | | SHIP VIA:  Our Truck | | FRT TERM: Prepaid |
| SHIP DATE:  03/20/08 | | AGENTS Terry | ORDERED BY: | | | | |
| | | | AUTH CHG: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 60 | 60 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 2.8800/MSF | 194.16/MSF | 559.18 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB<br>5/8" 4X12  "X" Drywall Gold Bond | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .4000/MSF | 362.00/MSF | 173.76 |
| 15 | 15 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1500/MLF | 306.00/MLF | 45.90 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 50 | 50 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .6000/MLF | 275.00/MLF | 165.00 |
| | | | ****** SUB-TOTAL ****** | | | 2,065.04 |
| | | | VA Sales Tax | | 5.0% | 103.25 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 41.30 if paid by 04/10/08

**Balance**    2,168.29

**EV003118**



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
| --- |
| 00148754-001 |

**Invoice Date:** 03/21/08
**Account#:** POR01 5917
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148754-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:36:23

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2005
Willimaburg VA 23502

CREATED BY: Lorrie                     Page  1 of  1

PO#: 08-0014          REF#:                          JOB#:

| ORDER DATE: 03/20/08 | SALES | ORDER TYPE: Whse | SHIP VIA:  Our Truck | FRT TERM: Prepaid |
| --- | --- | --- | --- | --- |
| SHIP DATE:  03/20/08 | AGENTS Terry | ORDERED BY: | | |
| | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 50 | 50 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 2.4000/MSF | 194.16/MSF | 465.98 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 46 | 46 | PC | 5812DWGB<br>5/8" 4X12  "X" Drywall Gold Bond | 2.2080/MSF | 245.00/MSF | 540.96 |
| 2 | 2 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .0960/MSF | 362.00/MSF | 34.75 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 9 | 9 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .1080/MLF | 275.00/MLF | 29.70 |
| | | | ****** SUB-TOTAL ****** | | | 1,310.59 |
| | | | VA Sales Tax | | 5.0% | 65.53 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 26.21 if paid by 04/10/08

**Balance**   1,376.12

EV003119



**INVOICE**

**00148756-001**

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 03/21/08
**Account#:** POR01 5919
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148756-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 05/04/10 07:36:52**

**SHIP TO:**
Plantion
Bldg 20 Braemar
Unit 2006
Williamsburg VA 23502

**CREATED BY:** Lorrie                    Page  1 of  1

| PO#: 08-0014 | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | | | SHIP VIA: Our Truck | | FRT TERM: Prepaid |
| SHIP DATE:   03/20/08 | AGENTS Kim | | ORDERED BY: | | | |
| | | | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 80 | 80 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 3.8400/MSF | 194.16/MSF | 745.57 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 44 | 44 | PC | 5812DWGB<br>5/8" 4X12   "X" Drywall Gold Bond | 2.1120/MSF | 245.00/MSF | 517.44 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 14 | 14 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1400/MLF | 306.00/MLF | 42.84 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 42 | 42 | PC | RC2<br>Resilient Channel 1/2' 12' 2 Leg | .5040/MLF | 275.00/MLF | 138.60 |
| | | | ****** SUB-TOTAL ****** | | | 1,805.28 |
| | | | VA Sales Tax | | 5.0% | 90.26 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 36.11 if paid by 04/10/08

**Balance**     1,895.54

**EV003120**

DPF-VENTURE SUPPLY, INC-1-00091