## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Plaintiffs' Motion for Class Certification of Plaintiffs' Claims For Damages Against Venture Supply; Order Granting Motion for Class Certification of Plaintiffs' Claims For Damages Against Venture Supply; Memorandum in Support of Plaintiffs' for Class Certification of Plaintiffs' Claims For Damages Against Venture Supply; Declaration of Richard Serpe; Plaintiffs' Proposed Trial Plan For Class Damage Claims Against Venture Supply; and Compendium of Exhibits in Support of Plaintiffs' Motion for Class Certification of Plaintiffs' Claims For Damages Against Venture Supply** have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of May, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047