UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to *Vickers v. Knauf Gips KG*, : MAG. JUDGE WILKINSON
No. 09-4117 :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

The Court previously set for submission on the briefs Meadows of Estero-Bonita Springs Limited Partnership's Motion to Intervene as a Class Action Plaintiff (R. Doc. 8374). *See* (R. Doc. 8596). However, upon further consideration, the Court finds the Motion appropriate for oral argument. Accordingly, IT IS ORDERED that this Motion is set for hearing following the monthly status conference on May 26, 2011.

New Orleans, Louisiana, this 13th day of May 2011.

_____
U.S. District Court