UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

Considering Coastal Construction Group of South Florida, Inc.'s Motion to Quash Subpoena or for Protective Order (R. Doc. 8637), IT IS ORDERED that this Motion is DENIED.

New Orleans, Louisiana, this 13th day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE