UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

Considering Auto-Owners Insurance Co., Owners Insurance Co., and Southern-Owners Insurance Co.'s Motion to Amend Paragraph 14 of Pretrial Order No. 1 (R. Doc. 8754), IT IS ORDERED that this Motion is GRANTED insofar as it pertains to the movants only, and with the understanding that the movants are permitted to convert their paper files into electronic storage, but that the substance thereof may not be altered in doing so.

New Orleans, Louisiana, this 16th day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE