## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  CHINESE-MANUFACTURED** | : | **MDL No. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **SECTION:  L** |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| **Germano, et al. v. Taishan Gypsum Co., Ltd.,** | : | |
| **f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,** | : | |
| **Case No. 09-6687 (E.D.La.)** | : | |
| | : | |

### ORDER

Considering Tobin Trading, Inc., ("Tobin") Motion and Incorporated Memorandum to join the Plaintiffs' Steering Committee's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants and Sanctions (Rec Doc. No. 8685) and the Homebuilder's Steering Committee's Motion for Sanction and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd ("Taishan") and Tai'an Taishan Plasterboard Co., Ltd ("Tai'an") (Rec Doc. No. 8695).

IT IS HEREBY ORDERED that Tobin's Motion to Join is GRANTED.

New Orleans, Louisiana, this 16th  day of May, 2011.

_____

Eldon E. Fallon
United States District Court Judge