UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

ORDER

Considering RCR Holdings II, LLC's Motion to File Third Party Complaint Against Arch Insurance Co. (R. Doc. 8760), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on May 26, 2011, at 9:00 a.m.  IT IS FURTHER ORDERED that responses to this Motion are to be filed by May 23, 2011.

New Orleans, Louisiana, this 16th day of May 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE