UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## ORDER

THIS CAUSE came before the Court on Defendants HPH PROPERTIES, LLC AND HPH HOMES' Motion for Leave to Join in the Homebuilders' Steering Committee's Response in Opposition to Joint Motion for an Order: (1) Preliminarily approving INEX settlement agreement; (2) Conditionally certifying INEX settlement class; (3) Issuing class notice; and (4) Scheduling a settlement fairness hearing [Doc. 8682].

**IT IS HEREBY ORDERED** that Defendants, HPH PROPERTIES, LLC AND HPH HOMES' request is **GRANTED** and said Defendants are allowed to join in Homebuilders' Steering Committee's Response in Opposition to Joint Motion for an Order: (1) Preliminarily approving INEX settlement agreement; (2) Conditionally certifying INEX settlement class; (3) Issuing class notice; and (4) Scheduling a settlement fairness hearing.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana this 16th day of May, 2011.

                                                   **ELDON E. FALLON**
                                                   **UNITED STATES DISTRICT JUDGE**