MINUTE ENTRY
FALLON, J.
MAY 6, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: All Cases**

BEFORE JUDGE ELDON E. FALLON
Court Reporter: Jodi Simcox

Appearances:  Arnold Levin, Esq. For the Plaintiffs' Steering Committee
Russel Howadel, Esq. For Arch Insurance Co.
Rick Duplantier, Esq. For Interior Exterior Building Supply LP
Hugh Scott, Esq. For Liberty Mutual Fire Insurance Co.
Hilary Bass, Esq. For Homebuilders' Steering Committee
Kevin Risley, Esq. For North River Insurance Co.
Khaki Bergeron, Esq. For Hal Collums Construction LLC & DR Horton, Inc.
James Garner, Esq. For Southern Homes LLC, Tallow Creek LLC & Springhill LLC
Joseph Bearden, Esq. For Marsiglia Construction Co.
Megan Donahue, Esq. For National Surety Insurance Co.
Steve Nicholas, Esq. For Mitchell Company, Inc.
Judy Burnthorne, Esq. For Landmark Insurance Co.
Dorothy Wimberly, Esq. For Homebuilders' Steering Committee

Joint Motion of Plaintiffs' Steering Committee, Interior/Exterior Building Supply, LP, Arch Insurance Company and Liberty Mutual Fire Insurance Company, for an Order 1) Preliminarily Approving InEx Settlement Agreement, 2) Conditionally Certifying InEx Settlement Class, 3) Issuing Class Notice, and 4) Scheduling a Settlement Fairness Hearing   (8628)

Argument - TAKEN UNDER SUBMISSION.


JS10:   1:42