MINUTE ENTRY
FALLON, J.
MAY 17, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION             SECTION: L

                                                              JUDGE FALLON
                                                              MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Lenny Davis, Esq. For Plaintiffs' Steering Committee
               Neal Sivyer, Esq. For Taylor interests
               Mike Sexton, Esq. For Banner Supply entities
               Dorothy Wimberly, Esq. For Homebuilders' Steering Committee
               Hilary Bass, Esq. (By phone) for Homebuilders' Steering Committee

Motion of Certain Banner Entities to Strike Homebuilders' Fact Witness List (8619)

Argument - GRANTED IN PART insofar as the witness lists filed by Meadows of Estero-Bonita Springs LP and ATCO Interior Corp. are STRICKEN from the record. DENIED IN PART insofar as the Lennar entities and Taylor entities may retain 1 to 3 fact witnesses without guarantee of participation in the class certification hearing.


JS10:  :20