UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. <br> * |

* * * * * * * * * * * * * ** * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *All Cases*

### DECLARATION OF FRANK T. SPANO IN OPPOSITION TO THE PSC'S AND THE HSC'S MOTIONS TO COMPEL

I, Frank T. Spano, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a partner of the firm of Hogan Lovells US LLP, counsel for Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP") (together, "Defendants"). I am fully familiar with the facts set forth herein. I affirm that I am not a party to the action. I respectfully submit this declaration in opposition to the Plaintiffs' Steering Committee's ("PSC") "Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions" and the Homebuilders' Steering Committee's ("HSC") "Motion for Sanctions and to Compel Additional Jurisdictional Depositions of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard, Co., Ltd." (Rec. Doc. Nos. 8685 and 8695.)

2. In relation to TG 0025412-TG 0025415 produced in Hong Kong prior to the start of the first day of depositions on April 4, 2011, at Examiners' request, Eugene Chen, a Chinese-

speaking attorney from my firm verbally translated each of these four pages that morning during a break.

3. In relation to the PSC's interpreter, prior to the deposition, my colleagues, Eugene Chen and Stacy Yuan, were given an opportunity to conduct a brief telephone interview of the interpreter in the presence of the PSC. Based on that short conversation, there was no compelling reason for Defendants to object to the selection. In practice, however, the interpreters performance was seriously deficient. This became apparent early and beginning on the first day of the deposition, we encouraged the PSC to replace the interpreter with the check interpreter, who was present at the deposition.

New York, New York
Date: May 18, 2011

_Frank T. Spano_ (signature)

_____
Frank T. Spano