**Hogan Lovells**

Joe Cyr
Frank T. Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

February 16, 2011

**VIA E-MAIL AND U.S. REGULAR MAIL**

Lenny Davis, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Facsimile: 504-561-6024

Re:   **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL No. 2047**

Dear Lenny:

In accordance with the Court's instructions earlier today, the attached schedule sets forth the witnesses Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") expect to testify in connection with the topics set forth in the Notices of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on TG and TTP, respectively, on or about October 6, 2010. We understand that the PSC will distribute a copy of this letter to all counsel that have expressed an interest in participating in these depositions; we have previously provided you with their contact information.

Sincerely,

*Frank T. Spano*

Frank T. Spano

Partner
frank.spano@hoganlovells.com
D 212 918 3255

Attachment

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

## SCHEDULE A

| Topic Number | Witness for TG | Witness for TTP |
|---|---|---|
| 1[1] | Peng Wenlong | Peng Wenlong |
| 2 | Peng Wenlong | Peng Wenlong |
| 3 | Peng Wenlong | Peng Wenlong |
| 4[2] | Jia Tongchun | Zhang Jianchun |
| 5 | Jia Tongchun | Zhang Jianchun |
| 6 | Jia Tongchun | Zhang Jianchun |
| 7 | Jia Tongchun | Jia Tongchun |
| 8 | Jia Tongchun | Zhang Jianchun |
| 9 | Jia Tongchun | Zhang Jianchun |
| 10 | Jia Tongchun | Zhang Jianchun |
| 11 | Jia Tongchun | Zhang Jianchun |
| 12 | Jia Tongchun | Zhang Jianchun |
| 13 | Peng Wenlong | Peng Wenlong |
| 14 | Jia Tongchun | Zhang Jianchun |
| 15 | Peng Wenlong | Peng Wenlong |
| 16 | Peng Wenlong | Peng Wenlong |
| 17 | Peng Wenlong | Zhang Jianchun |
| 18 | Jia Tongchun | Zhang Jianchun |
| 19[3] | Peng Wenlong | Peng Wenlong |
| 20 | Peng Wenlong | Peng Wenlong |
| 21 | Peng Wenlong | Peng Wenlong |
| 22 | Peng Wenlong | Peng Wenlong |
| 23 | Peng Wenlong | Peng Wenlong |
| 24 | Jia Tongchun | Jia Tongchun |
| 25 | Jia Tongchun | Jia Tongchun |

---

[1] As described in TG's and TTP's Objections and Responses to Plaintiffs' First Set of Interrogatories Concerning Jurisdictional Issues Addressed to Defendants Taishan Gypsum Co Ltd. and Tai'an Taishan Plasterboard Co. Ltd., no "Related Entity" exists in relation to either TG or TTP as the term is defined by the PSC.

[2] With regard to topics 4-12, 14, and 17, Zhang Jianchun will testify to all matters that are specific to TTP.

[3] Mr. Peng is designated to testify regarding these subjects insofar as they relate to TG's or TTP's sales or other contacts with the United States. However, Mr. Peng is not designated to testify about the details of the design, development, testing, inspection or performance of drywall manufactured by TG or TTP.

1