**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Thursday, February 17, 2011 09:44 PM
**To:** khardt@snllaw.com <khardt@snllaw.com>; Spano, Frank T.; jbslaughter@va-law.org <jbslaughter@va-law.org>; BASSH@gtlaw.com <BASSH@gtlaw.com>; Mark Nanavati <mnanavati@snllaw.com>; Statman, Eric; alevin@lfsblaw.com <alevin@lfsblaw.com>; Russ Herman <RHERMAN@hhkc.com>; FLonger@lfsblaw.com <FLonger@lfsblaw.com>; MGaughan@lfsblaw.com <MGaughan@lfsblaw.com>; rcs@stanleyreuter.com <rcs@stanleyreuter.com>; ter.com <tpo@stanleyreuter.com>; SalkyM@gtlaw.com <SalkyM@gtlaw.com>; mclark@shergarner.com <mclark@shergarner.com>; ecabraser@lchb.com <ecabraser@lchb.com>; keithb@beltlawfirm.com <keithb@beltlawfirm.com>; mporter@maynardcooper.com <mporter@maynardcooper.com>; Lindsay, Alvin F.; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com <CSeeger@seegerweiss.com>; Ervin@colson.com <Ervin@colson.com>; patrick@colson.com <patrick@colson.com>; jrr@lumpkinreeves.com <jrr@lumpkinreeves.com>; andrei@va-law.org <andrei@va-law.org>; Seeger@seegerweiss.com <Seeger@seegerweiss.com>; dblack@perkinscoie.com <dblack@perkinscoie.com>
**Cc:** Spano, Frank T.; jbslaughter@va-law.org <jbslaughter@va-law.org>; BASSH@gtlaw.com <BASSH@gtlaw.com>; MNanavati@SNLLAW.COM <MNanavati@SNLLAW.COM>; khardt@snllaw.com <khardt@snllaw.com>; Statman, Eric; alevin@lfsblaw.com <alevin@lfsblaw.com>; Russ Herman <RHERMAN@hhkc.com>; FLonger@lfsblaw.com <FLonger@lfsblaw.com>; MGaughan@lfsblaw.com <MGaughan@lfsblaw.com>; rcs@stanleyreuter.com <rcs@stanleyreuter.com>; ter.com <tpo@stanleyreuter.com>; SalkyM@gtlaw.com <SalkyM@gtlaw.com>; mclark@shergarner.com <mclark@shergarner.com>; ecabraser@lchb.com <ecabraser@lchb.com>; keithb@beltlawfirm.com <keithb@beltlawfirm.com>; mporter@maynardcooper.com <mporter@maynardcooper.com>; Lindsay, Alvin F.; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com <CSeeger@seegerweiss.com>; Ervin@colson.com <Ervin@colson.com>; patrick@colson.com <patrick@colson.com>; jrr@lumpkinreeves.com <jrr@lumpkinreeves.com>; andrei@va-law.org <andrei@va-law.org>; Seeger@seegerweiss.com <Seeger@seegerweiss.com>; dblack@perkinscoie.com <dblack@perkinscoie.com>
**Subject:** RE: Taishan Gypsum deposition

Your interest is noted. We appreciate the comments and in light of a request by eric statman, counsel for taishan to have a call tomorrow to discuss these depositions I am copying everyone so that counsel for taishan can set a call in number for all to address concerns and have questions answered. I am available tomorrow morning. Eric, please circulate a call in number so anyone who desires can participate. thanks

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** khardt@snllaw.com [mailto:khardt@snllaw.com]
**Sent:** Thursday, February 17, 2011 6:19 PM
**To:** Lenny Davis; Spano, Frank T.; jbslaughter@va-law.org; BASSH@gtlaw.com; Mark Nanavati; Statman, Eric;

alevin@lfsblaw.com; Russ Herman; FLonger@lfsblaw.com; MGaughan@lfsblaw.com; rcs@stanleyreuter.com;
ter.com; SalkyM@gtlaw.com; mclark@shergarner.com; ecabraser@lchb.com; keithb@beltlawfirm.com;
mporter@maynardcooper.com; Lindsay, Alvin F.; Cyr, Joe; Colton, Lauren S.; Chen, Eugene;
CSeeger@seegerweiss.com; Ervin@colson.com; patrick@colson.com; jrr@lumpkinreeves.com; andrei@va-
law.org; Seeger@seegerweiss.com; dblack@perkinscoie.com
**Subject:** Re: Taishan Gypsum deposition

Lenny and Frank. Thank you for carrying the ball on this and addressing some of our concerns.
Obviously there are a number of parties interested in these depositions, the process, the logistics and the
scope. I'm sure we can work out these issues as everyone is investing a lot of time and effort in
scheduling and planning for these depositions a half a world away. With that in mind, and given the fact
that my clients have now noticed these depositions and others may, I would appreciate the opportunity
and notice to participate in discussions with the court on these issues. Other counsel may have the same
interest. It would be easier if we just discuss this so that the week of depositions run smoothly. But if we
need to get the court involved I believe other interested counsel may have a right to participate and
would like to do so. Would you please let me know if this is a problem. Thanks...Ken

Sent from my Verizon Wireless BlackBerry

**From:** "Lenny Davis" <LDAVIS@hhkc.com>
**Date:** Thu, 17 Feb 2011 13:15:05 -0600
**To:** Spano, Frank T.<frank.spano@hoganlovells.com>; <jbslaughter@va-law.org>;
<BASSH@gtlaw.com>; <MNanavati@SNLLAW.COM>; <khardt@snllaw.com>; Statman,
Eric<eric.statman@hoganlovells.com>; <alevin@lfsblaw.com>; Russ
Herman<RHERMAN@hhkc.com>; <FLonger@lfsblaw.com>; <MGaughan@lfsblaw.com>;
<rcs@stanleyreuter.com>; ter.com<tpo@stanleyreuter.com>; <SalkyM@gtlaw.com>;
<mclark@shergarner.com>; <ecabraser@lchb.com>; <keithb@beltlawfirm.com>;
<mporter@maynardcooper.com>; Lindsay, Alvin F.<alvin.lindsay@hoganlovells.com>; Cyr,
Joe<joe.cyr@hoganlovells.com>; Colton, Lauren S.<lauren.colton@hoganlovells.com>; Chen,
Eugene<Eugene.Chen@hoganlovells.com>; <CSeeger@seegerweiss.com>; <Ervin@colson.com>;
<patrick@colson.com>; <jrr@lumpkinreeves.com>; <andrei@va-law.org>;
<Seeger@seegerweiss.com>; <dblack@perkinscoie.com>
**Subject:** RE: Taishan Gypsum deposition

While I disagree with your characterization I am sure judge fallon would want these depositions to
proceed with everyone being able to ask questions. We can agree or disagree as to what may occur but I
am hopeful we can agree that none of us will know what issues may occur as to the time and days
allocated to the taking of the depositions until questioning occurs. My suggestion would be to wait and
see and play it by ear in hong kong. We, the psc, and other questioners must have sufficient time to ask
questions and get answers for both of the entities. I am just raising the issue if in the event this does
become an issue down the road and we need to deal with judge fallon. I am hopeful it is not an issue. If
it is I don't want to have you argue we did not bring the issue up in advance. We believe that 2 days for
each deponent is what has occurred in this case so far and the court will allow for that. As to the other
numbered issues you raise:
1)  Interpreters- please send a cv and resume of credentials. We need to know what the persons
    experience is and be comfortable with them. Also what is the rate and hours they can work.we
    will do the same for the interpreter we get. We may want to split cost if you are interested and
    may ultimately agree on one interpreter once we see how things go.
2)  Prep-we agree that a list of names and spellings should be provided to the interpreters in
    advance. Please send us what you propose to give so we can see it in advance. We will do the

5/17/2011

same.
3) This is quite surprising and concerning. You suggested the dates for the depo. We agreed with YOUR dates. Do you not want the depositions in your office? We will not agree to having these depositions in multiple locations. It is too difficult for us and the court reporter. If we need to address this with the court lets do so today or tomorrow!

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Spano, Frank T. [mailto:frank.spano@hoganlovells.com]
**Sent:** Thursday, February 17, 2011 12:53 PM
**To:** jbslaughter@va-law.org; BASSH@gtlaw.com; MNanavati@SNLLAW.COM; khardt@snllaw.com; Statman, Eric; alevin@lfsblaw.com; Russ Herman; FLonger@lfsblaw.com; MGaughan@lfsblaw.com; rcs@stanleyreuter.com; ter.com; SalkyM@gtlaw.com; mclark@shergarner.com; ecabraser@lchb.com; keithb@beltlawfirm.com; mporter@maynardcooper.com; Lindsay, Alvin F.; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com; Ervin@colson.com; patrick@colson.com; jrr@lumpkinreeves.com; andrei@va-law.org; Seeger@seegerweiss.com; Lenny Davis; dblack@perkinscoie.com
**Subject:** Taishan Gypsum deposition

Lenny:

Addressing your concerns about the number of witnesses and the days allocated for their depositions, you will remember we informed you some time ago that there would be three witnesses, and that at least one witness would address issues common to Taishan Gypsum and TTP. We also informed you that Mr. Peng would testify on the transactional level, and the other two witnesses would testify about higher level topics. You most recently acknowledged this in your email dated February 10, 2011, a copy of which is attached. We now provided you with our deposition designations, but the number of topics and total time available to question on those topics has not changed.

As you also know, under the rules depositions of parties are presumptively limited to seven hours of testimony per deposition. Nevertheless, in view of the foreign language issues in this case we are allocating six days. We believe this is more than sufficient to cover the issues. Your contention that there are 3 witnesses for each party is incorrect. Only 2 witnesses have been designated on behalf of Taishan Gypsum. For many topics there is the same witness for both parties. Furthermore, where we have designated a particular witness for each party on a certain topic, we should not assume that will make the deposition longer. Designating the appropriate witness on behalf of each party may well tend to shorten the deposition since we are designating the most well-informed witness for each party on each topic. In addition, once a witness for one party is questioned on a particular topic there may be few non-repetitive questions to ask the witness for the other party on the same topic. How the examiners allocate their time in deposing each witness is up to their best judgment .

5/17/2011

There are also additional issues we will need to discuss in the upcoming future, including: 1) interpreters--we have been unable to locate more than one interpreter; 2) preparation of the interpreter so that the actual deposition proceeds as smoothly as possible. We may want to exchange names and terms for the interpreter to be familiar with in advance. We may also want the interpreter to meet with the witnesses in advance of each deposition to become familiar with the witness's accent and cadence; and 3) conference room space--we have been able to obtain the necessary conference room space for all of the dates except April 6 and 7. You will have to make separate arrangements for those days.

We look forward to discussing these issues with you.

**Frank Spano**
Partner

| Hogan Lovells US LLP |
| 875 Third Avenue |
| New York, NY 10022 |

| Tel: | +1 212 918 3000 |
|------|-----------------|
| Direct: | +1 212 918 3522 |
| Fax: | +1 212 918 3100 |
| Email: | frank.spano@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*

**From**: Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent**: Thursday, February 17, 2011 07:47 AM
**To**: Spano, Frank T.; Brian Slaughter <jbslaughter@va-law.org>; Bass, Hilarie (Global Operating Shareholder) <BASSH@gtlaw.com>; Mark C. Nanavati <MNanavati@SNLLAW.COM>
**Cc**: khardt@snllaw.com <khardt@snllaw.com>; Statman, Eric; alevin@lfsblaw.com <alevin@lfsblaw.com>; Russ Herman <RHERMAN@hhkc.com>; FLonger@lfsblaw.com <FLonger@lfsblaw.com>; MGaughan@lfsblaw.com <MGaughan@lfsblaw.com>; rcs@stanleyreuter.com <rcs@stanleyreuter.com>; tpo@stanleyreuter.com <tpo@stanleyreuter.com>; JiaSalkyM@gtlaw.com <JiaSalkyM@gtlaw.com>; robertb@hollis-wright.com <robertb@hollis-wright.com>; mclark@shergarner.com <mclark@shergarner.com>; ecabraser@lchb.com <ecabraser@lchb.com>; keithb@beltlawfirm.com <keithb@beltlawfirm.com>; mporter@maynardcooper.com <mporter@maynardcooper.com>; Lindsay, Alvin F.; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com <CSeeger@seegerweiss.com>; Ervin@colson.com <Ervin@colson.com>; patrick@colson.com <patrick@colson.com>; jrr@lumpkinreeves.com <jrr@lumpkinreeves.com>; Andrei Bogos <andrei@va-law.org>; Seeger, Chris <CSeeger@seegerweiss.com>; Montoya, Patrick <patrick@colson.com>; JGrand@seegerweiss.com <JGrand@seegerweiss.com>
**Subject**: RE: Taishan depositions

I have been asked by taishans counsel to let all know that the attached has been sent. In the future hopefully taishan will copy all on this type of communications so that each of you receive it as I did. sending a simple email should be no problem so everyone has the information. We are concerned because we previously understood that only 3 witnesses were being put up to speak on the deposition topics and we were never advised that 2 different witnesses mat speak to different topics depending on which entity was responding. Thus we are concerned that the deposition now means each of the 2 entities have 3 witnesses each for the various topics and as such additional time may be needed to complete each entities 30b6 deposition. Typically we have allowed in this litigation 2 days of deposition each for a deponent/witness. We now apparently have 3 different witnesses/deponents per entity and

different topics for each. While we will try to complete the depositions without delay and in an efficient manner we are concerned and want to raise the issue now that additional time may be needed to complete both 30b6 depositions that are scheduled.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.
The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

5/17/2011

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

5/17/2011