UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| _____ § | MDL NO. 2047 |
| IN RE: § | |
| CHINESE- § | SECTION: L |
| MANUFACTURED § | |
| DRYWALL PRODUCTS § | JUDGE FALLON |
| LIABILITY § | |
| LITIGATION § | MAGISTRATE |
| _____ § | JUDGE WILKINSON |

- - -

CROSS NOTICED IN VARIOUS OTHER ACTIONS

- - -

April 6, 2011

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of JIANCHUN
ZHANG, held at 3 Pedder Street, Central,
Hong Kong, China, commencing at 9:12
a.m., on the above date, before Linda L.
Golkow, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377 | fax 917.591.5672
deps@golkow.com

Page 2

```
1   APPEARANCES:
2
3
    COLSON HICKS EIDSON
4   BY:  PATRICK S. MONTOYA, ESQUIRE
    255 Alhambra Circle
5   Penthouse
    Coral Gables, Florida 33134
6   (305) 476-7400
    patrick@colson.com
7   Representing Plaintiffs' Steering
    Committee in the Federal and State
8   Coordinated Actions
9
10
    SEEGER WEISS LLP
11  BY:  CHRISTOPHER A. SEEGER, ESQUIRE
    BY:  JEFFREY S. GRAND, ESQUIRE
12  One William Street
    New York, New York 10004
13  (212) 584-0700
    cseeger@seegerweiss.com
14  jgrand@seegerweiss.com
    Representing the Plaintiffs' Steering
15  Committee
16
17
    LAW OFFICES OF RICHARD SERPE, P.C.
18  BY:  RICHARD J. SERPE, ESQUIRE
    580 East  Main Street
19  Suite 310
    Norfolk, Virginia 23510
20  (757) 233-0009
    rserpe@serpefirm.com
21  Representing the MDL Plaintiffs and
    the Germano Plaintiffs
22
23       - - -
24
```

Page 3

```
1
    APPEARANCES (CONTINUED):
2
3
    HOGAN LOVELLS US LLP
4   BY:  ERIC D. STATMAN, ESQUIRE
    BY:  RENEE GARCIA, ESQUIRE
5   875 Third Avenue
    New York, New York 10022
6   (212) 918-3000
    Renee.garcia@hoganlovells.com
7   eric.statman@hoganlovells.com
    Representing Taishan Gypsum Co.
8   Ltd. and Tai'an Taishan
    Plasterboard Company Ltd. and the
9   Witness, Jianchun Zhang
10
11  HOGAN LOVELLS INTERNATIONAL LLP
    BY:  EUGENE CHEN, ESQUIRE
12  18th Floor, Park Place
    1601 Nanjing Road West
13  Shanghai, China 200040
    (86 21) 6122 3800
14  eugene.chen@hoganlovells.com
    Representing Taishan Gypsum Co.
15  Ltd. and Tai'an Taishan
    Plasterboard Company Ltd. and the
16  Witness, Jianchun Zhang
17
18  HOGAN LOVELLS INTERNATIONAL LLP
    BY:  STACY YUAN, ESQUIRE
19  31st Floor - Tower 3
    China Central Place
20  Beijing, China 100025
    (86 10) 6582 9488
21  stacy.yuan@hoganlovells.com
    Representing Taishan Gypsum Co.
22  Ltd. and Tai'an Taishan
    Plasterboard Company Ltd. and the
23  Witness, Jianchun Zhang
24
```

Page 4

```
1
2   APPEARANCES (CONTINUED):
3
4
    GREENBERG TRAURIG, LLP
5   BY:  HILARIE BASS, ESQUIRE
    1221 Brickell Avenue
6   Miami, Florida 33131
    (305) 579-0745
7   bassh@gtlaw.com
    Representing the Home Builders
8   Steering Committee
9
10  GALLOWAY JOHNSON TOMPKINS BURR and
    SMITH
11  BY:  CARLINA C. EISELEN, ESQUIRE
    One Shell Square
12  701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
13  (504) 525-6802
    ceiselen@gjtbs.com
14  Representing Interior/Exterior
    Building Supply
15
16
17  PERKINS COIE LLP
    BY:  DAVID L. BLACK, ESQUIRE
18       CRAIG M.J. ALLELY, ESQUIRE
    1899 Wynkoop Street - Suite 700
19  Denver, Colorado 80202
    (303) 291-2300
20  DBlack@perkinscoie.com
    Representing the State of Louisiana
21
22
23
24
```

Page 5

```
1
2   APPEARANCES (CONTINUED):
3
4   WEINBERG, WHEELER, HUDGINS, GUNN &
    DIAL, LLC
5   BY:  NICHOLAS P. PANAYOTOPOULOS, ESQ.
    3344 Peachtree Road, NE
6   Suite 2400
    Atlanta, Georgia 30326
7   (404) 876-2700
    npanayo@wwhgd.com
8   Representing Various Banner
    Defendants
9
10
11  BRENNE, EVANS & MILLMAN, P.C.
    BY:  THEODORE I. BRENNER, ESQUIRE
12  411 East Franklin Street
    Suite 200
13  Richmond, Virginia 23218
    (804) 644-1300
14  Representing Tobin Trading Company
15
16  McKENRY, DANCIGERS, DAWSON &
    LAKE, P.C.
17  BY:  J. BRIAN SLAUGHTER, ESQUIRE
    192 Ballard Court
18  Suite 400
    Virginia Beach, Virginia 23462
19  (757) 461-2500
    Jbslaughter@va-law.org
20  Representing Atlantic Homes LLC and
    Multiple Other Virginia-Based
21  Defendants
22
23
24
```

Page 6

```
1
2   APPEARANCES (CONTINUED):
3
4   SHER GARNER CAHILL RICHTER KLEIN &
    HILBERT, L.L.C.
5   BY:  MATTHEW C. CLARK, ESQUIRE
    909 Poydras Street
6   Suite 2800
    New Orleans, Louisiana 70112
7   (504) 299-2100
    mclark@shergarner.com
8   Representing the Southern Home
    Defendants
9
10
    SINNOTT, NUCKOLS & LOGAN, PC
11  BY:  KENNETH F. HARDT, ESQUIRE
    13811 Village Mill Drive
12  Midlothian, Virginia 23114
    (804) 378-7600
13  khardt@snllaw.com
    Representing Venture Supply, Inc. and
14  Porter-Blaine Corp.
15
16
17
18
19
20
21
22
23
24
```

Page 7

```
1   APPEARANCES VIA TELEPHONE:
2
3   KUCHLER POLK SCHELL WEINER &
    RICHESON LLC
4   BY:  FRANCIS X. deBLANC, III,
    1615 Poydras Street
5   Suite 1300
    New Orleans, Louisiana 70112
6   (504) 592-0691
    slauricella@kuchlerpolk.com
7   Representing Creola Ace Hardware and
    Thomas Gould Inc. in the MDL
8
9
    HUNTON & WILLIAMS LLP
10  BY:  A. TODD BROWN, ESQUIRE
    Bank of America Plaza
11  101 South Tryon Street
    Suite 3500
12  Charlotte, North Carolina  28280
    (704) 378-4700
13  Representing Stock Building Supply,
    LLC
14
15
    JONES, WALKER, WAECHTER, POITEVENT,
16  CARRERE & DENEGRE LLP
    BY:  MEGAN E. DONOHUE, ESQUIRE
17  600 Jefferson Street, Suite 1600
    Lafayette, Louisiana 70501
18  (337) 262-9062
    mdonohue@joneswalker.com
19  Representing Fireman's Fund Insurance
    Company
20
21
22
23
24
```

Page 8

```
1   APPEARANCES VIA TELEPHONE (CONTINUED):
2
3   DUPLASS ZWAIN BOURGEOIS PFISTER &
    WEINSTOCK
4   BY:  PHILIP WATSON, ESQUIRE
    3838 N. Causeway Boulevard
5   Suite 2900
    Metairie, Louisiana 70002
6   (504) 832-3700
    pwatson@duplass.com
7   Representing R&H Masonry, Inc., and
    Swedberg Enterprises, Inc.
8
9
    RUMBERGER, KIRK & CALDWELL, P.A.
10  BY:  ABIGAIL ROBERTS, ESQUIRE
    Brickell Bayview Centre
11  Suite 3000
    80 Southwest 8th Street
12  Miami, Florida 33130
    (305) 358-5577
13  aroberts@rumberger.com
    Representing Defendants' Liaison
14  Counsel for Installers
15
16  PHELPS DUNBAR LLP
    BY:  MITCHELL P. HASENKAMPF, ESQUIRE
17  Canal Place
    365 Canal Street, Suite 2000
18  New Orleans, Louisiana 70130-6534
    (504) 584-9249
19  mitchell.hasenkampf@phelps.com
    Representing State Farm
20
21
22
23
24
```

Page 9

```
1   APPEARANCES VIA TELEPHONE (CONTINUED):
2
3   FULMER LEROY ALBEE BAUMANN
    BY:  MICHAEL MCCAHILL, ESQUIRE
4   2866 East Oakland Park Boulevard
    Ft. Lauderdale, Florida 33306
5   (954) 707-4430
    mosscandace@fulmerleroy.com
6   Representing Independent Builders
    Supply Association (IBSA)
7
8
    THOMPSON COE COUSINS & IRONS, L.L.P.
9   BY:  SUZANNE M. PATRICK, ESQUIRE
    One Riverway, Suite 1600
10  Houston, Texas 77056
    (713) 403-8210
11  spatrick@thompsoncoe.com
    Representing The North River
12  Insurance Company
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 10

```
 1   APPEARANCES VIA STREAM:
 2
 3   BECNEL LAW FIRM, L.L.C
     BY: ROBERT BECNEL, ESQUIRE
 4   106 W 7th Street
     Reserve, Louisiana 70084
 5   (985) 536-1186
     robbecnel@aol.com
 6   Representing the Plaintiffs'
     Steering Committee
 7
 8
 9   QUINN EMANUEL URQUHART & SULLIVAN,
     LLP
     BY: CLINTON DOCKERY, ESQUIRE
10   51 Madison Avenue, 22nd Floor
     New York, New York 10010
11   (212) 849-7000
     clintondockery@quinnemanuel.com
12   Representing Chartis Select Insurance
     Company and Related Chartis Insurers
13
14
     JONES, WALKER, WAECHTER, POITEVENT,
15   CARRERE & DENEGRE LLP
     BY: MEGAN E. DONOHUE, ESQUIRE
16   600 Jefferson Street, Suite 1600
     Lafayette, Louisiana 70501
17   (337) 262-9062
     mdonohue@joneswalker.com
18   Representing Fireman's Fund Insurance
     Company
19
20
     HAYNSWORTH SINKLER BOYD, P.A.
21   BY: CHRISTOPHER B. MAJOR, ESQUIRE
     75 Beattie Place - 11th Floor
22   Greenville, South Carolina 29601
     (864) 240-3200
23   cmajor@hsblawfirm.com
     Representing USG Corporation and L&W
24   Supply Corporation
```

Page 12

```
 1   APPEARANCES (CONTINUED):
 2
 3   ALSO PRESENT:
 4
 5   Stephanie Chin, Official Interpreter
     (Interpreter 1)
 6
 7   Una Wong, Check Interpreter
     (Interpreter 2)
 8
 9
10            - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 11

```
 1   APPEARANCES VIA STREAM (CONTINUED):
 2
 3   TAYLOR WALKER, P.C.
     BY: CHRISTOPHER J. WIEMKEN, ESQUIRE
 4   555 E. Main Street
     Suite 1300
 5   Norfolk, Virginia 23510
     (757) 625-7300
 6   Cwiemken@taylorwalkerlaw.com
 7
 8
 9
     DEUTSCH, KERRIGAN & STILES
10   BY: MELISSA M. SWABACKER, ESQUIRE
     755 Magazine St
11   New Orleans, Louisiana 70130
     (504) 581-5141
12   mswabacker@dkslaw.com
     Representing Landmark American
13   Insurance Company
14
15   KUCHLER POLK SCHELL WEINER &
     RICHESON LLC
16   BY: SOPHIA L. LAURICELLA, ESQUIRE
     1615 Poydras Street
17   Suite 1300
     New Orleans, Louisiana 70112
18   (504) 592-0691
     slauricella@kuchlerpolk.com
19   Representing Creola Ace Hardware and
     Thomas Gould Inc. in the MDL
20
21
22
23
24
```

Page 13

```
 1            - - -
 2          I N D E X
 3            - - -
 4
 5   Testimony of: JIANCHUN ZHANG
 6   By Mr. Montoya              17
     By Mr. Panayotopoulos      174
 7
 8
 9            - - -
          E X H I B I T S
10            - - -
11
     NO.        DESCRIPTION      PAGE
12
     Jianchun-13 Handwritten Note in   56
13      Chinese
14   Jianchun-14 Handwritten note in   74
        Chinese
15
16   Jianchun-15 Handwritten note in  103
        Chinese
17   Jianchun-16 Handwritten note in  131
        Chinese
18
19   Jianchun-17 Document in Chinese,  163
        Bates stamped TG
20      0020116 and TG
        0020117, and English
21      Translation,
        Reconciliation
22      Agreement, October
23      3, 2008
24
```

1  Do you see that?
2       MR. STATMAN: Objection. I
3    just want to clarify that you are
4    only asking him to look at the
5    front page?
6       MR. MONTOYA: That's
7    correct.
8       MR. STATMAN: Okay.
9       Can you read that?
10      THE WITNESS: I see that.
11  BY MR. MONTOYA:
12      Q.   And this is Exhibit 2 from
13  yesterday's deposition of Mr. Jia. And,
14  sir, my question for you, is, do you
15  understand that the company Shandong
16  Taihe Dongxin Company Limited is now
17  known as Taishan Gypsum or TG?
18      A.   I know.
19      Q.   So, for the purposes of
20  today, I will be referring to Taishan
21  Gypsum as TG. Is that okay with you?
22      A.   Yes.
23      Q.   And are you familiar with
24  the company known as Tai'an Taishan

1  Plasterboard Company Limited?
2       A.   I'm familiar.
3       Q.   We will refer to that
4  company today as TTP.
5       MR. CHEN: Objection. Just
6    for clarification to the
7    interpreter, the Chinese name does
8    not have --
9       INTERPRETER 1: They have it
10   here.
11      MR. CHEN: For TTP, there is
12   no Guifen.
13      INTERPRETER 1: I got it
14   from the glossary.
15      MR. CHEN: Right. And I
16   told you yesterday that that was a
17   mistake.
18      INTERPRETER 1: Okay,
19   because I -- okay.
20  BY MR. MONTOYA:
21      Q.   Is that okay with you, sir?
22      A.   Fine.
23      INTERPRETER 1: Thank you.
24  BY MR. MONTOYA:

1       Q.   You currently work for which
2  company?
3       A.   I am now the secretary of
4  the board of directors for TG. I am also
5  the secretary for the board of directors
6  of TTP.
7       Q.   How long have you been the
8  secretary of the board of directors for
9  TG?
10      A.   After the year 2002, I
11  became the secretary of the board of
12  directors of TG.
13      Q.   And you hold that position,
14  that same position today, correct?
15      A.   Yes.
16      Q.   Do you have any other job
17  titles at TG?
18      A.   No.
19      Q.   Have you had in the past any
20  other job titles at TG from 2002 until
21  today?
22      A.   I have always been in this
23  position. I did not have others.
24      Q.   What are your job

1  responsibilities at TG as secretary of
2  the board of directors?
3       INTERPRETER 1: The
4    interpreter asked the witness to
5    pause once in a while.
6       THE WITNESS: As the
7    secretary of the board of
8    directors of TG, I drafted
9    documents for the board of
10   directors. I organize and make
11   preparations for the meetings for
12   the board of directors and the
13   shareholders. At the same time,
14   I'm helping with the directors of
15   the board of directors to run the
16   daily business.
17      INTERPRETER 2: The check
18   interpreter believed that it
19   should be the chairman of the
20   board to -- to assist the chairman
21   of the board to manage the
22   everyday operation of the
23   business.
24      INTERPRETER 1: It was

Page 22

1 wrong. That's wrong by the check
2 interpreter. He was saying dong
3 shi ju, he did not say dong shi
4 zhang. Dong shi zhang is the
5 chairman of the board of
6 directors, but dong shi is the
7 director. So, directors.
8     MR. CHEN: We disagree, but
9 you may wish to clarify.
10 BY MR. MONTOYA:
11     Q. Have you finished your
12 answer, sir?
13     A. That's the chairman of the
14 board of directors.
15     Q. Who is the chairman of the
16 board of directors?
17     A. Mr. Jia Tongchun.
18     Q. Do you report directly to
19 Mr. Jia?
20     A. Yes.
21     Q. How long have you been
22 secretary of the board of directors for
23 TTP?
24     A. I acted as the secretary of

Page 23

1 the board of directors for TTP after mid
2 August of 2010.
3     Q. Did you hold any other
4 positions at TTP before August of 2010?
5     A. No.
6     Q. Did you have any
7 responsibilities at TTP before August of
8 2010?
9     INTERPRETER 1: TTP?
10     MR. MONTOYA: Correct.
11     MR. STATMAN: Objection,
12 vague and ambiguous.
13 BY MR. MONTOYA:
14     Q. You can answer, sir.
15     A. I don't understand. What do
16 you mean by "responsibilities"?
17     Q. Did you do any work for TTP
18 before August of 2010?
19     A. No.
20     Q. Did you have any
21 communications or interactions with
22 anybody at TTP before August of 2010?
23     MR. STATMAN: Objection,
24 time frame.

Page 24

1 BY MR. MONTOYA:
2     Q. You can answer, sir.
3     MR. MONTOYA: I said before
4 August 2010.
5     THE WITNESS: We did not
6 have any communication.
7 BY MR. MONTOYA:
8     Q. How are you able to testify
9 about TTP's activities before 2010?
10     A. As the secretary of the
11 board of directors of TG also -- as the
12 secretary of the board of directors of
13 TG, I have understanding of TG and of its
14 subsidiaries regarding its operations,
15 organizations and structure.
16     Q. How do you have that
17 knowledge?
18     MR. STATMAN: Objection,
19 asked and answered.
20     But you can go ahead and
21 answer.
22     THE WITNESS: I did answer
23 earlier.
24 BY MR. MONTOYA:

Page 25

1     Q. Sir, do you have any --
2     Do you do any daily
3 activities for TTP?
4     MR. STATMAN: Objection,
5 time frame.
6     THE WITNESS: What time
7 frame are you referring to?
8 BY MR. MONTOYA:
9     Q. Sir, how much English do you
10 understand?
11     A. I don't understand English.
12     Q. Do you understand your
13 counsel sitting next to you when he
14 speaks English?
15     A. He speak English.
16     Q. Yes.
17     Do you understand your
18 counsel when he speaks to you in English?
19     A. I don't understand.
20     Q. Can you read any English?
21     A. I cannot read it.
22     Q. It seems that she has not
23 been able to finish her interpretation
24 and you're answering the questions. It

Page 54

1 business?
2     A.   I became the secretary of
3 the board of directors of TTP in mid
4 August 2008.
5         MR. CHEN:  2010.
6         THE WITNESS:  After mid
7     August of 2010.
8 BY MR. MONTOYA:
9     Q.   But what do you do for a
10 company that no longer does business as
11 the secretary of the board of directors?
12         MR. STATMAN:  Objection to
13     form.
14 BY MR. MONTOYA:
15     Q.   You can answer, sir.
16     A.   Now they need a spokesperson
17 on behalf of TTP, therefore, the board of
18 directors of TTP, they selected me.
19     Q.   Are there currently any
20 employees of TTP?
21     A.   I did answer earlier.
22     Q.   And what was that answer?
23     A.   Zhang Min and Meng Fan Long.
24     Q.   Are those two people

Page 55

1 currently employees of TTP?
2     A.   I insist on answer that I
3 provided earlier.
4     Q.   As a courtesy, sir, I would
5 ask you to answer my question.
6         Are those two people
7 currently employees of TTP?
8     A.   Yes.
9     Q.   Are they also currently
10 employees of TG?
11     A.   No.
12     Q.   Who pays them for their work
13 at TTP?
14     A.   TTP pay them.
15     Q.   To do what for a company
16 that is no longer doing business?
17         MR. STATMAN:  Objection to
18     form.
19         You can answer.
20 BY MR. MONTOYA:
21     Q.   You can answer.
22         MR. CHEN:  The objection
23     needs to be translated.
24         MR. STATMAN: Can you please

Page 56

1     translate my objection?
2         THE WITNESS:  When you talk
3     about "them," are you referring to
4     these two person or TTP?
5 BY MR. MONTOYA:
6     Q.   I'm referring to --
7         MR. MONTOYA:  Let's mark
8     this as an exhibit.
9             - - -
10     (Whereupon, Deposition
11     Exhibit Jianchun-13, Handwritten
12     Note in Chinese, was marked for
13     identification.)
14             - - -
15 BY MR. MONTOYA:
16     Q.   Sir, we're going to mark
17 this as Exhibit 13 so it is easier to
18 refer to.
19         MR. MONTOYA:  Translate
20     that.
21 BY MR. MONTOYA:
22     Q.   The people listed on Exhibit
23 13 were the two individuals that you
24 identified that worked at TTP, correct?

Page 57

1         MR. STATMAN:  Objection to
2     form.
3 BY MR. MONTOYA:
4     Q.   You can answer, sir.
5     A.   Yes, these two, they work
6 for TTP.
7     Q.   What are their daily
8 responsibilities for TTP?
9     A.   TTP has already stopped
10 production and operation, but this
11 company continue to exist.  It still has
12 some assets.  It's still got some
13 business and some left over accounts that
14 requires handling.  Therefore, these two
15 people, meaning they still have to work
16 for TTP and for the matters that happen.
17     Q.   What are the assets that you
18 referred to?
19     A.   It still has some factories
20 and equipment.
21     Q.   Is TTP currently producing
22 any product at all?
23     A.   No.
24     Q.   Sir, I'm going to show you

Confidential - Subject to Further Confidentiality Review

Page 58

1 what's been marked as Exhibit 12 from
2 yesterday's deposition of Mr. Jia.  And
3 I'm showing you the Chinese language
4 version.  Have you seen this document
5 before?
6        MR. STATMAN:  Are you asking
7    about the entire document or the
8    front page?
9        MR. MONTOYA:  I'm asking
10    about the document, and I'll
11    narrow my question, and I'm
12    referring to the first page of the
13    Chinese translation in Exhibit 12.
14        THE WITNESS:  I need to take
15    time to read this document.
16 BY MR. MONTOYA:
17    Q.   Take a moment.
18    A.   (Reviewing document.)
19        MR. MONTOYA:  Eric, I'm
20    going to stop him, because I don't
21    want to waste any further time
22    here.
23 BY MR. MONTOYA:
24    Q.   Go ahead, sir.

Page 59

1    A.   Only to read this one page?
2    Q.   My question was, have you
3 seen this document before?
4    A.   No.
5    Q.   So, I'm going to ask you to
6 take a second look at Exhibit 12.  Is
7 that your signature?  I'm referring to
8 the Chinese interpretation of the
9 manufacturer profile form, the last page.
10    A.   It is not my signature.
11    Q.   Do you know whose signature
12 it is?
13    A.   Song Qinghai.
14    Q.   Is Mr. Qinghai qualified to
15 talk about the production of TTP drywall
16 and what was exported to the United
17 States?
18        MR. STATMAN:  Objection to
19    the form.  Assumes a fact not in
20    evidence, but you can answer.
21        MR. PANAYOTOPOULOS:  I'm
22    going to object to the speaking
23    objections.  I would appreciate it
24    if counsel would simply state an

Page 60

1    objection to the form, and if any
2    of the rest of counsel asks for a
3    clarification, then make that
4    clarification.  But, otherwise, I
5    would appreciate it if objections
6    are limited as to form.
7        MR. STATMAN:  I'll object as
8    I see proper.  Thank you.
9        MR. PANAYOTOPOULOS:  Will
10    you mark that, please.
11        I think you are going to
12    have to read back the question.
13        MR. MONTOYA:  Yeah.
14 BY MR. MONTOYA:
15    Q.   Sir, is Mr. Qinghai
16 qualified to talk about the export of TTP
17 drywall to the United States?
18        MR. STATMAN:  Same
19    objection.
20 BY MR. MONTOYA:
21    Q.   Sir, what was Mr. Qinghai's
22 job at TTP?
23    A.   Manager of production.
24    Q.   How long was he the manager

Page 61

1 of production?
2    A.   Between 2006 to 2007.
3    Q.   Does he work in the sales
4 office of TTP?
5        MR. STATMAN:  Objection to
6    form.  Assumes a fact not in
7    evidence.
8 BY MR. MONTOYA:
9    Q.   You can answer, sir.
10    A.   I did not know the situation
11 at that time.
12    Q.   Do you know if Mr. Qinghai
13 ever worked in sales at TTP?
14    A.   I don't know.
15    Q.   Do you know where Mr.
16 Qinghai is today?
17    A.   I know.
18    Q.   Where?
19    A.   He work for a company in
20 China for the province -- in the province
21 of Anhui, A-N-H-U-I, one word.
22    Q.   What's the name of the
23 company?
24    A.   It is called --

16 (Pages 58 to 61)

Page 62

1       MR. STATMAN: Can we take a
2   break in about ten minutes?
3       MR. MONTOYA: Just a moment.
4   Let me finish this line.
5       THE WITNESS: It is called
6   Taishan Gypsum Co. (Tongling)
7   Company Limited.
8   BY MR. MONTOYA:
9       Q.   Is that company a subsidiary
10  of TG?
11      A.   Yes.
12      Q.   Did you talk with him to
13  prepare for your testimony today?
14      A.   I did not talk to him.
15      MR. MONTOYA: Let's take a
16  break, sir.
17      THE VIDEOTAPE TECHNICIAN:
18  The time now is approximately
19  10:21 a.m., and we are now off the
20  record.
21      - - -
22      (Whereupon, a recess was
23  taken from 10:21 a.m. until
24  10:35 a.m.)

Page 63

1       - - -
2       THE VIDEOTAPE TECHNICIAN:
3   This begins Tape 2 of today's
4   deposition. The time now is
5   approximately 10:35 a.m., and
6   we're back on the record.
7   BY MR. MONTOYA:
8       Q.   Sir, from 2006 until 2011,
9   did TTP produce or create an annual
10  report?
11      A.   Mr. Attorney, before I
12  answer your question, can I bring up a
13  request?
14      Q.   I would like you to answer
15  my question first, and then after, you
16  can make your request.
17      A.   Would you mind to repeat
18  that question earlier?
19      Q.   From 2006 until 2011, did
20  TTP create an annual report regarding its
21  business?
22      A.   Between 2006 to 2007, it did
23  create.
24      Q.   Have you reviewed those

Page 64

1   reports?
2       A.   I did not review.
3       Q.   Are they available to you?
4       A.   Can you repeat the question?
5       Q.   Could you get the 2006 and
6   2007 reports?
7       A.   I can.
8       Q.   Why were there no annual
9   reports between 2008 until 2011?
10      A.   Because TTP has already
11  stopped production and operation.
12      Q.   But I understood from your
13  testimony before that TTP was still doing
14  business today.
15      MR. STATMAN: Objection to
16  form.
17  BY MR. MONTOYA:
18      Q.   You may answer.
19      A.   TTP now is no longer doing
20  business.
21      Q.   And it has employees but
22  does not create annual reports; is that
23  correct?
24      A.   I did not see.

Page 65

1       Q.   Do you know if an annual
2   report was created from 2008 until today?
3       A.   Let me recall. The year '06
4   to the year '09, continue to do it.
5   Between the year 2006 and 2009, it
6   continue to do it.
7       Q.   So, is there an annual
8   report in 2008 and 2009 for TTP?
9       MR. STATMAN: Object to
10  form.
11      You can answer.
12      THE WITNESS: Yes.
13  BY MR. MONTOYA:
14      Q.   So, is it your testimony
15  that there are annual reports from TTP
16  from 2006 until 2009 that you have not
17  reviewed?
18      MR. STATMAN: Objection to
19  form. I'm sorry. Objection to
20  form.
21      You may answer.
22      THE WITNESS: I did not
23  review it.
24  BY MR. MONTOYA:

17 (Pages 62 to 65)

Page 66

1    Q.   Does TTP currently have an
2  income for its operations?
3    A.   No income.
4    Q.   How does it pay its
5  employees?
6    A.   The salary of these two
7  employees of TTP now is paid on behalf of
8  them by TG.
9        MR. MONTOYA:  Did he finish
10  his answer?
11        THE WITNESS:  Not yet.
12        MR. CHEN:  Actually, hold
13  on.
14        MR. MONTOYA:  And let me
15  stop you for a second.  We've got
16  objections being made by your
17  lawyer, who is also acting as an
18  interpreter.  I would prefer to
19  have the objections to the
20  interpretation made by the
21  interpreter, because she's been
22  sworn in.  It's nothing against
23  you at all.
24        INTERPRETER 2:  The check

Page 67

1  interpreter believes the witness
2  said it is now TG, that these two
3  employees' salary is being paid by
4  TG, but advancing by TG.
5        INTERPRETER 1:  I don't
6  understand what is advancing.  He
7  was saying they are to pay on
8  behalf.  That is exact word.
9        MR. MONTOYA:  Okay.  Ask him
10  to finish his answer, please.
11        THE WITNESS:  Earlier I
12  wanted to make a request, and you
13  did not allow me.  Now I want to
14  bring this up.
15  BY MR. MONTOYA:
16    Q.   Please do so.
17    A.   I pause -- due to the reason
18  of the interpretation, I pause once in a
19  while for the interpreters to interpret,
20  and then I want to give a complete
21  answer.  When I paused, I did not mean
22  that I had completed my answer.  I want,
23  Mr. Attorney, you allow me to complete my
24  answer before you bring up the next

Page 68

1  question, therefore, I can complete my
2  answer.
3    Q.   In the future, if I cut you
4  off or stop you from talking early,
5  please let me know.
6    A.   Yes.
7    Q.   And if you let me know when
8  you finish your answer, that would help
9  us.
10    A.   Thank you very much for your
11  request.
12        INTERPRETER 1:  And the
13  interpreter would like to ask, to
14  request that the witness don't do
15  the body language, otherwise, it
16  will be difficult for me to
17  interpret.  I want everything to
18  be verbal instead of using --
19        MR. MONTOYA:  That's okay.
20  You don't need to interpret the
21  body language.
22        MR. STATMAN:  I don't want
23  her instructing him about body
24  language.  He's answered every

Page 69

1  question verbally.
2        MR. MONTOYA:  No, I was
3  talking to her.
4  BY MR. MONTOYA:
5    Q.   Does TTP -- strike that.
6        Did TTP have sales records
7  from 2006 until 2011?
8    A.   Between the year 2006 and
9  2007, there were sales records.
10    Q.   Have you finished?
11    A.   Yes, finished.
12    Q.   Did you review the sales
13  records for 2006 and 2007?
14    A.   I did not hear clearly the
15  question.
16    Q.   Did you review the sales
17  records of TTP from 2006 until 2007?
18    A.   No.
19    Q.   Did you review any sales
20  records, contracts or invoices regarding
21  drywall from TTP to the United States?
22        MR. STATMAN:  Objection as
23  to form.  Assumes a fact not in
24  evidence.

Page 70

1  BY MR. MONTOYA:
2      Q.   You can answer, sir.
3      A.   I did not see any invoice or
4  record.
5      Q.   Do you know --
6           When did you first become
7  aware of any sales of drywall from TTP to
8  customers in the United States?
9           MR. STATMAN:  Objection as
10     to form.
11 BY MR. MONTOYA:
12     Q.   You may answer.
13     A.   The first time, are you
14 referring to I, myself?
15     Q.   Yes, sir.
16     A.   I did not discover that.
17     Q.   When have you --
18          When did you first become
19 aware that any drywall from TTP ended up
20 in the United States?
21          MR. STATMAN:  Again,
22     objection as to form.
23 BY MR. MONTOYA:
24     Q.   You can answer.

Page 71

1      A.   I did not discover the
2  drywall of TTP ended up in the United
3  States.
4      Q.   As we sit here talking
5  today, do you have any knowledge
6  regarding TTP drywall being in the United
7  States?
8           MR. STATMAN:  I'm going to
9      object to this as outside the
10     scope, and if he has personal
11     knowledge, he can testify about
12     it.  That being said -- I'm sorry.
13     With that objection in mind, I
14     also object to the form of the
15     question.
16 BY MR. MONTOYA:
17     Q.   You can answer.
18     A.   Would you mind repeating
19 your earlier question?
20     Q.   Yes, sir.
21          I just want to know what
22 knowledge you have regarding TTP's
23 drywall that it manufactured being
24 present in the United States?

Page 72

1           MR. STATMAN:  Again, I
2      repeat my objections as to the
3      scope and as to form.
4  BY MR. MONTOYA:
5      Q.   You can answer, sir.
6      A.   I did not know whether our
7  drywall really has a presence in the
8  United States or not.  But in February of
9  2010, TTP receive an allegation.
10          INTERPRETER 2:  The check
11     interpreter believes the witness
12     said in 2010, February, TTP
13     received litigation, not
14     allegation.
15          INTERPRETER 1:  It's the
16     same.
17 BY MR. MONTOYA:
18     Q.   Sir, are you able to list,
19 to provide us a list of names of
20 employees at TTP from 2006 until 2008 and
21 their positions and job responsibilities?
22          MR. STATMAN:  Object to the
23     scope.
24          But you can answer.

Page 73

1           MR. MONTOYA:  It's number 5.
2  BY MR. MONTOYA:
3      Q.   You can proceed, sir.  You
4  can answer.
5      A.   TTP has already stopped
6  production and operation.  I don't know
7  whether they have kept the list of the
8  names of the employees.
9      Q.   As you sit here today, you
10 cannot give us a list of names of
11 employees and their positions at TTP from
12 2006 until 2008; is that correct?
13          MR. STATMAN:  Objection to
14     form and as to scope.
15          You can answer.
16          THE WITNESS:  Now I am
17     unable to provide.  I don't know
18     now whether these names exist or
19     not.
20 BY MR. MONTOYA:
21     Q.   Can you provide us a list
22 and the names of the officers and
23 directors of TTP from 2006 until 2008?
24     A.   I can provide a list of the

Page 74

1  names of the directors of TTP.
2      Q.  Please give us a listing of
3  the names and the positions of those
4  directors from 2006 until 2008.
5          INTERPRETER 2:  The check
6      interpreter believes the witness
7      said, I can produce the list of
8      names of the directors.
9          MR. STATMAN:  The record
10     just said can't.
11         INTERPRETER 1:  She hasn't
12     finished yet.  She jumps in too
13     early.
14         MR. MONTOYA:  Okay.  It's
15     okay.
16  BY MR. MONTOYA:
17     Q.  Sir, can you write us a list
18  of the directors and officers of TTP from
19  2006 until 2008, please, and we'll mark
20  it as Exhibit 14.
21          - - -
22         (Whereupon, Deposition
23     Exhibit Jianchun-14, Handwritten
24     note in Chinese, was marked for

Page 75

1      identification.)
2          - - -
3          MR. STATMAN:  Again, just
4      objection.  I want to clarify.  He
5      said directors, that he could do a
6      list of the directors.  I'm sorry,
7      he said he would do a list of the
8      directors.
9          MR. MONTOYA:  Let's clear it
10     up then.
11  BY MR. MONTOYA:
12     Q.  Sir, can you provide us a
13  list of the officers and directors of TTP
14  from 2006 until 2008?
15         INTERPRETER 2:  The check
16     interpreter believes that
17     officers -- the interpreter
18     interpreted officers into just as
19     staff in the office, but it should
20     be the management, senior
21     management of the office.
22         INTERPRETER 1:  Objection.
23     As an interpreter, we don't try to
24     digest and figure out what is the

Page 76

1      meaning of it.
2  BY MR. MONTOYA:
3      Q.  Sir, please write down the
4  list to the best of your ability on
5  Exhibit 14.
6          MR. STATMAN:  The list of
7      what?
8          MR. MONTOYA:  The list of
9      officers and directors.
10         MR. STATMAN:  Again, I
11     object as to form, but do your
12     best.
13  BY MR. MONTOYA:
14     Q.  Sir, we've now asked you to
15  write a list of the officers and
16  directors of TTP from 2006 until 2008.
17  If you could please write them down on
18  Exhibit 14.
19         MR. STATMAN:  Can we take a
20     second?  Apparently the problem is
21     she's asking for all office staff.
22         MR. MONTOYA:  Well, she's
23     the official interpreter, and her
24     interpretation goes.  So, that's

Page 77

1  where we are right now.
2          If you could please
3      translate the last question.
4          And perhaps it would satisfy
5      you if we said managers and
6      directors instead and translated
7      that.
8          MR. STATMAN:  I believe that
9      would work.
10         INTERPRETER 1:  The word
11     "officers," there are many ways of
12     interpreting.
13         MR. MONTOYA:  That's okay.
14     I'm going to ask the question.
15         INTERPRETER 1:  Right.
16  BY MR. MONTOYA:
17     Q.  Sir, we've asked you to
18  write down a list of the managers and
19  directors of TTP from 2006 until 2008.
20  Could you please write that down on
21  Exhibit 14?
22     A.  Yes.
23     Q.  There's a pen right over
24  there.  If you could list them starting

1  with the number 1 and list their name and
2  their title.  And if you need to put the
3  year down, or the years, please also do
4  so.
5      A.   I don't understand.  What do
6  you mean by the year?
7      Q.   The years that the people
8  that you are writing down either served
9  as a manager and/or director.
10     A.   Yes.
11     Q.   Sir, is that a complete list
12 of managers and directors of TTP from
13 2006 until 2008?
14     A.   Yes.
15     Q.   Do you know if there are any
16 titles that you listed that are missing
17 from this list?
18     A.   Okay.  The titles they have
19 at TTP are these ones.
20     Q.   So, that's a complete
21 listing of all the managers and directors
22 from 2006 until 2008 at TTP?
23     A.   Yes.
24     Q.   Could you read the names --

1      Could you read for us what
2  you wrote on Exhibit 14, please?
3      A.   Yes.
4      Q.   Please do so.
5      A.   Peng Shiliang, chairman of
6  the board, general manager.  Wang FenQin,
7  director.  Fu Tingwen, director.
8      MR. MONTOYA:  I would ask
9      the interpreter to please write to
10     the best of her ability the names
11     and the titles in English, please.
12     INTERPRETER 1:  Counsel, can
13     I ask the witness if he knows the
14     English that he help me?
15 BY MR. MONTOYA:
16     Q.   Sir, do you know the English
17 translations of any of those names that
18 you've listed on Exhibit 14?
19     A.   I don't know.
20     MR. MONTOYA:  If the
21     interpreter can please do it to
22     the best of her ability.
23     INTERPRETER 1:  Okay.  I'll
24     try my best.

1      (Handing over document.)
2      MR. MONTOYA:  Thank you.
3  BY MR. MONTOYA:
4      Q.   Sir, are any of the people
5  listed on Exhibit 14 officers or
6  directors of TG?  Or officers or
7  managers, excuse me.  Let me reask the
8  question, and you can object.
9      Are any of the people on the
10 list on Exhibit 14 officers or managers
11 of TG?
12     INTERPRETER 1:  Counsel,
13     would you mind to help me to
14     replace the word -- what's
15     officer, because it is very
16     difficult to translate the word
17     "officers" clearly.
18     MR. MONTOYA:  That's fine.
19     Let me rephrase the question.
20 BY MR. MONTOYA:
21     Q.   Are any of the people on the
22 list in Exhibit 14, were they ever
23 managers or directors of TG?
24     A.   No.

1      Q.   Were any of the people on
2  the list in Exhibit 14 managers or
3  directors of Beijing New Building
4  Materials Company?
5      A.   No.
6      Q.   Are any of the people on the
7  list on Exhibit 14 managers or directors
8  of Chinese National Building Materials
9  Company?
10     A.   No.
11     Q.   Were any of the people that
12 are listed on Exhibit 14 managers or
13 directors of any other Taishan
14 subsidiary?
15     MR. STATMAN:  Objection as
16     to form with regard to time frame.
17     You can answer.
18 BY MR. MONTOYA:
19     Q.   You can answer.
20     A.   I don't recall.
21     Q.   Who were the shareholders of
22 TTP from 2006 until 2008?
23     A.   TG is the shareholder.
24     Q.   From 2006 until today?

1  the screen that the interpreter is
2  looking at?
3      A.   I can see it.
4      Q.   Can you read the English on
5  it?
6      A.   I don't understand.
7      Q.   Can you read the English
8  that's on the screen in front of the
9  interpreter?
10     A.   I can see it, but I cannot
11 understand it.
12     Q.   Because it seems to me that
13 you're following along with the
14 transcript on the screen?
15     A.   I want to communicate with
16 the interpreter closely because I worry
17 that I want her to hear me clearly.  I
18 was not looking at the screen.
19     Q.   Okay.
20          Who has the most knowledge
21 regarding the finances of TTP between
22 2006 and 2008?
23     A.   Zhang Min.
24     Q.   Could you write down Zhang

1  Min's name on Exhibit 15 -- or, actually,
2  let me make a new one -- Exhibit 15 for
3  us?
4      A.   Yes.
5      Q.   Please write it for us.
6      A.   (Witness complies.)
7
8             - - -
9          (Whereupon, Deposition
10 Exhibit Jianchun-15, Handwritten
11 note in Chinese, was marked for
12 identification.)
13            - - -
14     Q.   Could you read the name for
15 us again.
16     A.   Zhang Min.
17     Q.   What was Zhang Min's
18 position at TTP?
19     A.   He is the person in charge
20 of finance, finance department.
21          MR. MONTOYA:  If the
22 interpreter can please write his
23 name in English to the best of her
24 ability, the name that's written

1  on Exhibit 15.
2          INTERPRETER 1:  In case the
3  witness does know the English
4  name, can I ask him to help me
5  with this and then I will try?
6          MR. MONTOYA:  Is that okay
7  with you, Counsel?
8          MR. STATMAN:  I'm not sure I
9  understood the request.
10         MR. MONTOYA:  Does the
11 witness know the English name of
12 the person written down on Exhibit
13 15?
14         THE WITNESS:  I don't know
15 how to spell it.
16         INTERPRETER 1:  The
17 interpreter will try her best.
18 BY MR. MONTOYA:
19     Q.   Before you came to testify
20 here today, did you speak with the
21 gentleman identified in Exhibit Number 15
22 regarding the finances in TTP?
23     A.   This is a lady, not a
24 gentleman.

1      Q.   I'm sorry.  Did you speak
2  with the lady before you came here to
3  today to testify?
4      A.   I did communicate with her.
5      Q.   About what?
6          MS. BASS:  Did or did not?
7          MR. MONTOYA:  Did.
8          INTERPRETER 1:  Did.
9          THE WITNESS:  I did.
10 BY MR. MONTOYA:
11     Q.   About what?
12     A.   About the conditions of the
13 operations of TTP.
14     Q.   What did you ask her?
15     A.   The current situation of
16 TTP.
17     Q.   What did she tell you?
18     A.   She told me that now TTP has
19 stopped production and operation.
20     Q.   Did you only ask her about
21 the current financial situation of TTP?
22     A.   Mainly we communicate about
23 the current situation.
24     Q.   She has more knowledge than

Page 106

1 you regarding the finances of TTP from
2 2006 to 2008, correct?
3     A.   Yes.
4     Q.   Did you ask the person
5 identified on Exhibit 14 about any loans
6 between TTP and any other Taishan
7 companies?
8         MR. CHEN:  I think that's
9     Exhibit 15, by the way.
10        MR. MONTOYA:  You are right.
11    Let me reask the question.
12 BY MR. MONTOYA:
13    Q.   Did you ask the person
14 identified on Exhibit 15 about any loans
15 between TTP and any other Taishan
16 companies?
17        MR. STATMAN:  Objection,
18    vague and ambiguous.
19 BY MR. MONTOYA:
20    Q.   You can answer, sir.
21    A.   I did ask.
22    Q.   What did you ask?
23    A.   The question that Mr.
24 Attorney, you asked earlier.

Page 107

1     Q.   I want to know if you asked
2 her about any loans between TTP and any
3 other Taishan subsidiary?
4         MR. STATMAN:  Objection to
5     form.  Again, vague and ambiguous.
6 BY MR. MONTOYA:
7     Q.   You can answer, sir.
8     A.   I did ask.  He said no.
9     Q.   But what did you ask her?
10 What questions did you ask her?
11    A.   The questions that Mr.
12 Attorney asked earlier.
13    Q.   What I want to know is what
14 your conversation was with the person
15 identified on Exhibit 15.  Tell me about
16 your conversation with her.
17        MR. STATMAN:  Object to
18    form.
19 BY MR. MONTOYA:
20    Q.   You can answer, sir.
21    A.   It is not possible for me to
22 recall what I spoke to her.  It is also
23 impossible for me to recall about her of
24 what she said originally.

Page 108

1     Q.   When did you speak with her?
2     A.   When I making preparation
3 for the litigation.
4     Q.   Was it weeks, months ago,
5 days ago?  How long ago?
6     A.   I cannot give you an exact
7 time.
8     Q.   Do you remember your
9 conversation with her at all?
10        MR. STATMAN:  I object to
11    the form.
12 BY MR. MONTOYA:
13    Q.   You can answer.
14    A.   I cannot recall concretely
15 what was being said.
16    Q.   And she was the person who
17 has the most knowledge regarding loans
18 and the financial dealings of TTP from
19 2006 to 2008, correct?
20    A.   Yes.
21    Q.   Where is she working today?
22 Where is she?  Who is her employer now?
23    A.   She is still at TTP.
24    Q.   What is your knowledge

Page 109

1 regarding any sharing of equipment
2 between TTP and any other Taishan
3 subsidiary?
4         MR. STATMAN:  Objection to
5     form, but you can answer.
6         THE WITNESS:  Can you
7     clearly ask your earlier question?
8 BY MR. MONTOYA:
9     Q.   Sure.
10        What knowledge do you have,
11 if any, regarding any sharing of
12 equipment between TTP and any other
13 Taishan subsidiary?  For example,
14 machines for the production of drywall,
15 office equipment, laboratories,
16 computers, these type of items.
17        MR. STATMAN:  I object as to
18    form, and I object as to scope.
19        If you have knowledge, you
20    can answer.
21        MR. MONTOYA:  Please answer,
22    sir.
23        THE WITNESS:  TTP has no
24    subsidiaries.

28  (Pages 106 to 109)

Page 110

1   BY MR. MONTOYA:
2       Q.   I'll ask you the same
3   question but as to between TTP and any
4   other company, any Taishan company?
5           MR. STATMAN:  I object as to
6       form, as to scope, but you can
7       answer.
8           THE WITNESS:  Mr. Attorney,
9       would ask your earlier question
10      clearly to me again.
11  BY MR. MONTOYA:
12      Q.   Sure.
13          What knowledge do you have
14  regarding any sharing of equipment such
15  as machines for the production of
16  drywall, office equipment, lab equipment,
17  computers, those types of items between
18  TTP and any other Taishan company?
19          MR. STATMAN:  Objection to
20      form, objections to scope.  If you
21      can answer.
22          MR. MONTOYA:  That's topic
23      number 11.
24  BY MR. MONTOYA:

Page 111

1       Q.   Please answer the question,
2   sir.
3       A.   Now I understand your
4   question.  TTP, TG and other subsidiaries
5   of TG, they did not share any of these
6   equipments.
7       Q.   How did you find out this
8   information?
9       A.   They are all independent
10  companies.
11      Q.   Did you do any research
12  yourself to determine that TTP did not
13  share any of the types of equipment that
14  I asked you about before with any other
15  Taishan company?
16      A.   Because to the TTG company,
17  their operation have done, I had
18  understanding they don't need any
19  equipment to share.  They themselves have
20  it.
21      Q.   Does TTP have any -- share
22  any of its costs with TG for doing
23  business?
24          MR. STATMAN:  Objection to

Page 112

1   the form.
2   BY MR. MONTOYA:
3       Q.   You can answer.
4       A.   What do you mean by share
5   any of its costs?
6       Q.   When TTP incurs costs for
7   doing -- incurred costs for doing
8   business, did it have any agreements with
9   TG to share those costs between 2006 and
10  2008?
11      A.   I'm still not clear about
12  what are you referring to as "the sharing
13  of costs."
14
15          INTERPRETER 2:  The check
16      interpreter may supply a Mandarin
17      term for sharing the cost.
18          INTERPRETER 1:  It is not
19      upon the interpreter to speculate
20      the meaning of the terms "sharing
21      of cost."
22          MR. MONTOYA:  Please supply
23      the term.
24          (Discussion in Chinese

Page 113

1   between Interpreter 2 and
2   witness.)
3           THE WITNESS: Okay.  I
4       understand.
5   BY MR. MONTOYA:
6       Q.   Go ahead, sir, if you can
7   answer. If you can tell him he can please
8   answer.
9       A.   Can you repeat the question
10  earlier that you mentioned?
11      Q.   Yes.  When TTP incurred
12  costs for doing business between 2006 and
13  2008, did they have any agreement with TG
14  to share those costs?
15          MR. CHEN:  She needs to
16      translate his comment.
17          MR. STATMAN:  Let her --
18          MR. MONTOYA:  That's fine.
19          THE WITNESS:  I want to ask
20      the costs that you mentioned
21      earlier, does it come from TG or
22      does it occur from TTG -- TTP?
23  BY MR. MONTOYA:
24      Q.   From TTP to TG.

29  (Pages 110 to 113)

Page 114

1    A.   Are you talking about the
2  costs coming from TTP to TG?
3    Q.   Correct.
4    A.   When TG provide assistance
5  or help to TTP, TTP has to pay a fee to
6  TG.
7    Q.   Where are the records of
8  those fees being paid?
9        MR. STATMAN:  Objection to
10  form, but you can answer.
11  BY MR. MONTOYA:
12    Q.   Please answer.
13    A.   Are you talking about the
14  record for paying the fee --
15    Q.   Yes.  You said --
16    A.   -- where it is?
17    Q.   You said TTP has to pay a
18  fee to TG.  Are there any records showing
19  that those fees have been paid?
20        MR. STATMAN:  Object to
21  form.
22        THE WITNESS:  Yes.
23  BY MR. MONTOYA:
24    Q.   Where are those records?

Page 115

1    A.   At the finance of TTP.
2    Q.   Who keeps those records,
3  what person?
4        MR. STATMAN:  Objection to
5  form from the previous question.
6  BY MR. MONTOYA:
7    Q.   You can answer, sir.
8    A.   It should be Zhang Min.
9    Q.   You say there are services
10  that TTP pays TG for.  Are there any
11  services that TG does not charge TTP for?
12        MR. STATMAN:  Objection to
13  form.
14  BY MR. MONTOYA:
15    Q.   You can answer, sir.
16    A.   The support and help that TG
17  provided for TTP, they are all charged.
18    Q.   Do you have any knowledge
19  regarding the business plans of TTP from
20  2006 to 2008?
21        MR. STATMAN:  Objection to
22  form, but you can answer.
23        THE WITNESS:  Mr. Attorney,
24  would you mind to tell me exactly

Page 116

1    what do you mean by "business
2    plans."
3  BY MR. MONTOYA:
4    Q.   Did TTP have any written
5  plans about doing business from 2006 to
6  2008?
7    A.   In the years 2006 and 2007,
8  it has its own plan.
9        MR. MONTOYA:  Is he
10    finished?
11  BY MR. MONTOYA:
12    Q.   Are you finished?
13    A.   I finished it, but I want to
14  ask you one question.
15    Q.   Go ahead.
16    A.   In order to help to do the
17  interpretation better, I would still like
18  to ask you for permission for me to turn
19  my head to this direction.  Therefore, I
20  can listen to her better.
21    Q.   Absolutely.
22    A.   Is that okay?
23    Q.   Fine with me.
24        INTERPRETER 2:  Check

Page 117

1    interpreter points out that the
2    witness also says it doesn't mean
3    that I am looking at the screen.
4        THE WITNESS:  When you tell
5    me that I can only do this,
6    (indicating), it was very
7    uncomfortable.
8  BY MR. MONTOYA:
9    Q.   Sir, I did not make that
10    instruction to you.  I just wanted to
11    note that I thought that you were reading
12  the screen.
13        You said that there was a
14  business plan for TTP from 2006 and 2007.
15  Where is that document?
16    A.   We might not have kept it.
17    Q.   Do you know if the business
18  records of TTP have been disposed of from
19  2006 to 2008?
20        MR. STATMAN:  Objection to
21    form.  The time frame was
22    confusing.
23  BY MR. MONTOYA:
24    Q.   You can answer, sir.

Page 118

1    A.   Mr. Attorney, would you mind
2 to repeat it?
3    Q.   Are there any --
4    Do you know of any business
5 records of TTP that have been disposed
6 of, that they no longer have?
7    A.   This I am not sure.
8    Q.   Are you aware of any other
9 documents that may not have been kept by
10 TTP?
11    MR. STATMAN: Objection to
12    the form, vague and ambiguous.
13    But if you can answer it, go
14    ahead.
15    THE WITNESS: Mr. Attorney,
16    I would like to ask you to repeat
17    it to me more clearly again.
18 BY MR. MONTOYA:
19    Q.   I believe before you
20 testified that the business plan for 2006
21 to 2007 may not have been kept. Are you
22 aware of any other documents that may not
23 have been kept by TTP?
24    MR. STATMAN: Object to

Page 119

1    form, but you can answer.
2    THE WITNESS: Yes, I know.
3    Probably there are some documents
4    that may not have been kept.
5 BY MR. MONTOYA:
6    Q.   Do you have any knowledge
7 regarding TTP's marketing plans from 2006
8 to 2008?
9    MR. STATMAN: Objection to
10    form.
11 BY MR. MONTOYA:
12    Q.   You can answer, sir.
13    A.   According to my knowledge,
14 they don't have any marketing plans.
15    Q.   Who did you ask --
16    Did you ask anyone about the
17 marketing plans for TTP and if they exist
18 between 2006 and 2008?
19    A.   We don't have such a plan.
20    Q.   Do you have any knowledge
21 regarding the marketing plans of any
22 other Taishan-related business from 2006
23 to 2008?
24    MR. STATMAN: Objection as

Page 120

1    to form.
2 BY MR. MONTOYA:
3    Q.   You can answer, sir.
4    A.   I did not understand the
5 questions you asked.
6    Q.   Do you have any knowledge
7 regarding the marketing plans of any
8 other Taishan-related business from 2006
9 to 2008?
10    MR. STATMAN: Objection to
11    form.
12    THE WITNESS: Who is related
13    to Taishan?
14 BY MR. MONTOYA:
15    Q.   Any other businesses that
16 have the Taishan as their first name?
17 For example, Taishan Gypsum Jiangyin,
18 Taishan Gypsum Wenzhou, et cetera, or any
19 Taishan subsidiaries?
20    MR. STATMAN: Objection to
21    form, and here I'm going to jump
22    in. I think the confusion is
23    Taishan is a place, and by talking
24    about Taishan subsidiaries, it

Page 121

1    just isn't a question that makes
2    sense.
3 BY MR. MONTOYA:
4    Q.   You can answer, sir.
5    A.   I am still not sure what you
6 are asking about.
7    INTERPRETER 2: Counsel, may
8    the check interpreter try to
9    interpret your question for the
10    witness.
11    MR. MONTOYA: That's okay,
12    no.
13 BY MR. MONTOYA:
14    Q.   I'm asking about Taishan
15 Gypsum subsidiaries. Do you have any
16 knowledge of marketing plans of Taishan
17 Gypsum subsidiaries?
18    A.   I don't know anything about
19 the subsidiaries of Taishan Gypsum of the
20 marketing plans.
21    Q.   Do you have any knowledge
22 regarding any promotional materials by
23 Taishan, by TG subsidiaries?
24    MR. STATMAN: Objection to

1    form.  Assumes a fact not in
2    evidence.
3         You can answer.
4         THE WITNESS:  Mr. Attorney,
5    would you mind to put it in some
6    other way so that it might help me
7    to understand the question better.
8  BY MR. MONTOYA:
9      Q.   Do you have any knowledge
10  regarding any promotional materials by
11  TTP or sales materials?
12     A.   No.
13     Q.   Sir, tell us about your
14  educational background.  Where did you go
15  to school?  And I don't know the
16  educational system here, so, starting
17  with university level, if you went to a
18  university.
19     A.   Fine.  I went to university
20  between 1999 and 1995.
21     Q.   Let me clarify.  1995 to
22  1999?
23     A.   1991 to 1995.
24         INTERPRETER 1:  I made a

1    mistake.
2         THE WITNESS:  1991 to 1995.
3  BY MR. MONTOYA:
4      Q.   Did you obtain a degree?
5      A.   Yes.
6      Q.   In what subject?
7      A.   Education, to teach
8  history -- education in history.
9      Q.   What university did you
10  graduate from?  What was the name of it?
11     A.   Normal University, a
12  teachers college.
13     Q.   Do you have any other
14  degrees besides the teaching degree?
15     A.   I did not have any other
16  degree, but I have done other studies.
17     Q.   What other studies have you
18  done?
19     A.   Between the years 2006 and
20  2009, in Shandong Province at the party
21  school, Communist party school.  I did
22  learn from the distance learning.
23         MR. CHEN:  Distance or
24  correspondence learning.

1  BY MR. MONTOYA:
2      Q.   In what field, what area of
3  study?
4      A.   Management of economics.
5         INTERPRETER 2:  And
6  management.
7         INTERPRETER 1:  I did say
8  that.
9  BY MR. MONTOYA:
10     Q.   Did you obtain a degree in
11  either economics or management after your
12  studies from 2006 to 2009?
13     A.   I did not have a degree, but
14  I had a certificate for graduation.
15     Q.   From what school from 2006
16  to 2009?
17     A.   I did mention it earlier.
18     Q.   Do you have any other
19  licenses or certifications in any other
20  fields of study?
21     A.   No.
22     Q.   Do you have an office at
23  TTP?
24     A.   No office.

1      Q.   Are the two people that are
2  still working at TTP, where are their
3  offices located?
4      A.   Still at TTP.
5      Q.   Are there any other
6  employees at TTP besides the two people
7  you mentioned earlier?
8         MR. STATMAN:  Objection to
9  form.
10  BY MR. MONTOYA:
11     Q.   You can answer.
12     A.   Mr. Peng Shiliang, he is
13  still the chairman of the board and the
14  general manager.
15     Q.   Where is his office located?
16     A.   Mr. Peng Shiliang, he has an
17  office at TTP.  He also has an office at
18  the factories that he is at now.
19     Q.   Do those factories include
20  TG factories?
21         MR. STATMAN:  Objection to
22  form.
23  BY MR. MONTOYA:
24     Q.   You can answer.

Page 126

1    A.   He is at the factory called
2  Lucheng.
3    Q.   If the witness could please
4  write it down.
5    A.   (Witness complies.)
6        It is called the branch
7  office of Lucheng.
8    Q.   Is that owned by Taishan
9  Gypsum?
10   A.   Yes.
11   Q.   Are there other employees
12 that share offices between TTP and
13 Taishan Gypsum?
14       MR. STATMAN:  Objection to
15   form.  Assumes a fact not in
16   evidence.
17 BY MR. MONTOYA:
18   Q.   You can answer, sir.
19   A.   I did not understand when
20 you asked it earlier.
21   Q.   Are there other employees
22 that share offices between TG and TTP?
23       MR. STATMAN:  Objection to
24   form.  You can answer the

Page 127

1    question?
2        THE WITNESS:  What time
3  period?
4  BY MR. MONTOYA:
5    Q.   Any time period, from 2006
6  to present?
7    A.   No.
8    Q.   So, Mr. Peng Shiliang is the
9  only employee of TTP that shares an
10 office with a TG company; is that
11 correct?
12       MR. STATMAN:  Objection to
13   form.
14 BY MR. MONTOYA:
15   Q.   You can answer, sir.
16   A.   Are you talking about Mr.
17 Peng Shiliang or other people?
18   Q.   I'm asking if there are
19 other people that share offices between
20 TTP and TG like Mr. Peng Shiliang?
21   A.   Now I understand.  No.
22   Q.   Why does Mr. Peng Shiliang
23 have an office at a TG factory?
24   A.   Mr. Peng Shiliang is now a

Page 128

1  manager of the factory.
2    Q.   Did TTP have a legal
3  department between 2006 to 2008?
4        MR. GRAND:  Clarify the
5    answer to what he just said.  Is
6    now a manager or is not a manager?
7        MR. MONTOYA:  It's "now."
8        MR. GRAND:  Because you
9    typed "not."
10       MR. STATMAN:  What was the
11   question?
12 BY MR. MONTOYA:
13   Q.   I'll start over again.
14       COURT REPORTER:  Sorry.  Did
15   you say Mr. Peng Shiliang is now a
16   manager?
17       THE WITNESS:  Can we take a
18   break right now?
19       INTERPRETER 1:  Now.  It
20   looks like "now."
21       MR. STATMAN:  It's close to
22   2:00, if you don't mind.
23       THE VIDEOTAPE TECHNICIAN:
24   The time now is approximately 1:54

Page 129

1  p.m., and we are now off the
2  record.
3        - - -
4        (Whereupon, a recess was
5    taken from 1:54 p.m. until
6    2:05 p.m.)
7        - - -
8        THE VIDEOTAPE TECHNICIAN:
9    This begins tape 4 of today's
10   deposition.  The time now is
11   approximately 2:06 p.m., and we're
12   back on the record.
13 BY MR. MONTOYA:
14   Q.   Sir, does TTP have a legal
15 department?
16   A.   No.
17   Q.   Did TTP ever have a legal
18 department?
19   A.   No.
20   Q.   Did TG assist TTP with any
21 legal issues?
22       MR. STATMAN:  Objection,
23   time frame, but go ahead and
24   answer.

33  (Pages 126 to 129)

Page 138

1   a long time ago.
2        Q.   Did TG have a quality
3   control department from 2006 to 2008?
4        A.   Yes.
5        Q.   Did the other Taishan
6   subsidiaries rely upon advice from the
7   quality control department from TG?
8            MR. STATMAN:  I'm going to
9        object to this as being outside
10       the scope.  If you can answer, go
11       ahead, based on your own personal
12       knowledge.
13           THE WITNESS:  The
14       subsidiaries of TG, they have
15       their own independent QC
16       department.
17   BY MR. MONTOYA:
18       Q.   But do those people in those
19   subsidiaries, do they rely upon the
20   quality control department of TG?
21           MR. MONTOYA:  I'm letting
22       counsel know that I'm asking this
23       question under topic 17.
24           MR. STATMAN:  I understand

Page 139

1        what topic 17 says, and I believe
2        it's outside the scope, but he can
3        go ahead and answer.
4            THE WITNESS:  They don't
5        rely, they are not to rely.  They
6        have their own department.  They
7        can handle it on their own.
8   BY MR. MONTOYA:
9        Q.   Where is your office
10   located, you, personally, your own?
11       A.   At TG.
12       Q.   At a particular plant or
13   factory?
14       A.   Inside an office building.
15       Q.   Where?
16       A.   In the city of Tai'an, the
17   province of Shandong, in China.
18       Q.   Are there any TTP employees
19   in your office?
20           MR. STATMAN:  Objection to
21       form.  It's vague and ambiguous.
22   BY MR. MONTOYA:
23       Q.   You can answer, sir.
24       A.   No.

Page 140

1        Q.   At any time were there any
2   employees of TTP that had offices at TG
3   in the building where your office is?
4        A.   No.
5        Q.   Why was TTP formed?
6        A.   For the purpose of issuing
7   the invoice for VAT.
8        Q.   Could TG do the same type of
9   invoicing for VAT?
10           MR. STATMAN:  Objection,
11       time frame.
12   BY MR. MONTOYA:
13       Q.   From 2006 to 2008?
14       A.   Mr. Attorney, would you mind
15   to ask this question again completely.
16       Q.   Sure.
17           Let me first ask you what
18   you mean by TTP being set up for
19   invoicing VAT?
20       A.   According to the rules of
21   the requirement for the tax, TG needs to
22   set up an independent company.
23       Q.   To do what?
24       A.   What do you mean by "what"?

Page 141

1        Q.   To set up an independent
2   company to do what?
3        A.   To issue the invoice for
4   VAT.
5        Q.   Was that a business
6   advantage for TG?
7            MR. STATMAN:  Objection to
8        form, vague and ambiguous.
9   BY MR. MONTOYA:
10       Q.   You can answer.
11       A.   It is a question related to
12   the finance, so, it is very troublesome
13   to make it clear.
14       Q.   Do your best, please.
15       A.   Some of the customers, they
16   need us to issue the invoices for the VAT
17   purpose.  But TG is an enterprise
18   exempted from the VAT tax.  Let me take a
19   minute to think about it before I respond
20   to you.
21           Do you want me to continue
22   to respond here?
23       Q.   Please, please.
24       A.   The bureau, the tax bureau

Page 142

1  informed TG during the second half of the
2  year 2006, if TG wants to continue to
3  enjoy the exemption for VAT tax, they
4  cannot issue VAT invoices to these
5  customers that requested for the invoices
6  for VAT. But for some of the customers,
7  it is a must that they get the invoices
8  for VAT. In order to fulfill the
9  requirement of these customers that wants
10 to have the VAT invoices, TG must
11 independently establish a company totally
12 independent from TG to produce and to
13 sell the drywalls to the customers that
14 want to have the VAT type of invoices.
15 This company must be totally independent
16 from TG. The tax bureau must monitor
17 this company. It is for the purpose of
18 resolving the problem of issuing VAT
19 invoices. So, after discussion and
20 consultation with the tax bureau, under
21 their suggestion, TG established TTP.
22       When I'm saying this, I
23 don't know whether, Mr. Attorney, whether
24 you can understand me or not.

Page 143

1       Q.   I understand you completely
2  fine.
3           The customers that requested
4  VAT invoicing, were they outside -- were
5  any of them outside of China?
6           MR. STATMAN: Objection to
7  form.
8           THE WITNESS: It is a
9  financial knowledge. I cannot
10 give a professional explanation.
11 BY MR. MONTOYA:
12       Q.   It may be my question that's
13 confusing.
14          Were any of the customers
15 that requested VAT invoicing located
16 outside of China?
17          INTERPRETER 1: Counsel, a
18 lot of time for the questions to
19 be translated into the way the
20 Chinese says it, a lot of time I
21 need to interpret it upside down.
22 So, sometimes I need to finish
23 listening to the whole sentence
24 before I can flip over to

Page 144

1  translate.
2           MR. MONTOYA: Okay. If you
3  could translate the way you think
4  is best, I understand.
5           INTERPRETER 1: Thank you.
6           THE WITNESS: I don't know,
7  because the policy for taxation is
8  different for each country.
9  BY MR. MONTOYA:
10      Q.   Would I need to look at the
11 VAT invoices to see if those customers
12 were outside the United States?
13          INTERPRETER 1: Outside the
14 United States?
15          MR. MONTOYA: I'm sorry,
16 outside of China. Thank you.
17          MR. STATMAN: Can you reask
18 the question.
19 BY MR. MONTOYA:
20      Q.   Would the best way for me to
21 find out if the VAT invoicing was for
22 customers outside of China be to look at
23 the VAT invoices?
24          MR. STATMAN: Objection to

Page 145

1  form, but if you can answer, go
2  ahead.
3           THE WITNESS: I don't
4  understand. What do you mean?
5  BY MR. MONTOYA:
6       Q.   Where are the VAT invoices
7  that we've been discussing for TTP
8  located, the documents?
9           INTERPRETER 1: What?
10          MR. MONTOYA: The documents.
11          THE WITNESS: Who are you
12 referring to?
13 BY MR. MONTOYA:
14      Q.   TTP's VAT invoices.
15      A.   At the finance of TTP.
16      Q.   Are those documents still
17 available?
18      A.   Yes.
19      Q.   Do you know if they are in
20 paper or on a computer?
21      A.   Written.
22      Q.   Do you have a company e-mail
23 address for either TTP or TG?
24          INTERPRETER 1: Company

37 (Pages 142 to 145)

1    e-mail address?
2 BY MR. MONTOYA:
3    Q.   Do you have an e-mail
4 address that was issued by either TG or
5 TTP for you to use?
6    MR. STATMAN: Counsel,
7    that's a new question?
8    MR. MONTOYA: Yes.
9    MR. STATMAN: I'll object on
10    the grounds that it's compound,
11    but you can answer.
12    THE WITNESS: I do not
13    understand what you are asking.
14 BY MR. MONTOYA:
15    Q.   Do you have a company e-mail
16 address issued by TG?
17    A.   You mean the company's?
18    Q.   Yes.
19    A.   No.
20    Q.   Are you aware of any
21 licensing agreements between TTP and TG
22 allowing the use of a brand name in
23 February of 2006 to 2008?
24    MR. STATMAN: I object on

1    the ground that it's vague and
2    ambiguous, but you can go ahead
3    and answer.
4    MR. MONTOYA: Counsel,
5    you've produced one in this
6    litigation.
7 BY MR. MONTOYA:
8    Q.   But you can go ahead and
9 answer, sir.
10    A.   Can I look at this document?
11    Q.   I just asked you if you were
12 aware of any agreement?
13    A.   Mr. Attorney, would you mind
14 to repeat the question?
15    Q.   Do you know if a licensing
16 agreement exists between TG and TTP for
17 the years 2006 to 2008?
18    INTERPRETER 1: Counsel, the
19    licensing agreement for the use of
20    the brand name?
21    MR. MONTOYA: No. I said
22    between TG and TTP.
23    INTERPRETER 1: Any
24    licensing agreement or licensing

1    agreement for using the brand
2    name?
3    MR. MONTOYA: Yes.
4    INTERPRETER 1: For using
5    the brand name.
6    MR. STATMAN: I object as to
7    form. And I also object to the
8    interpreter reinterpreting your
9    question. You asked simply was
10    there a licensing agreement, and
11    then she decided that she needed
12    to change it to be a different
13    question entirely.
14    MR. MONTOYA: And I object
15    to your speaking objection, and I
16    clarified the question.
17 BY MR. MONTOYA:
18    Q.   You can answer, sir.
19    MR. STATMAN: I'll also
20    object to the form of it as
21    compound.
22    INTERPRETER 1: There are
23    many ways to interpret licensing.
24    I need to know what that is, then

1    I know how to choose the correct
2    wording.
3 BY MR. MONTOYA:
4    Q.   Are you aware of any
5 licensing agreement for the brand name --
6 for any brand name between TG and TTP
7 between 2006 and 2008?
8    A.   Now I understand.
9    Yes.
10    Q.   Do you know about any sales
11 of equipment between TG and TTP?
12    A.   I don't understand what you
13 mean.
14    Q.   Or production lines or the
15 sales of production lines?
16    MR. STATMAN: The question
17    is compound and getting more
18    compound by the minute. I object.
19    THE WITNESS: Mr. Attorney,
20    would you mind to clearly and
21    completely restate your question.
22 BY MR. MONTOYA:
23    Q.   Sure.
24    Are you aware of any

Page 150

```
 1   contracts or agreements for the sale of
 2   equipment between TG and TTP regarding
 3   production lines?
 4       A.   I want to confirm something.
 5       Q.   Please.
 6       A.   I want to clarify.  Are you
 7   asking the agreement by saying that TTP
 8   or TG, is there any sales of equipment
 9   from TTP to TG or from TG to TTP, this
10   kind of agreement for this kind of
11   dealing?
12       Q.   I would like to know about
13   either one, from TG to TTP or from TTP to
14   TG.
15       A.   Yes.
16       Q.   Do you know about the
17   existence of those agreements?
18           MR. STATMAN:  Objection to
19       form, but you can answer.
20           THE WITNESS:  I know.
21   BY MR. MONTOYA:
22       Q.   What do you know?
23       A.   I know these agreements
24   exist.
```

Page 151

```
 1       Q.   For what?  What is the
 2   nature of the agreements?
 3       A.   TG sold to TTP their
 4   production line and production equipment.
 5       Q.   Between 2006 to 2008, did
 6   TTP manufacture drywall under the TG
 7   brand name?
 8           MR. STATMAN:  Objection to
 9       form, but you can answer.
10           THE WITNESS:  To be
11       accurate, it is between the year
12       2006 to the year 2007.
13   BY MR. MONTOYA:
14       Q.   That's fine.
15       A.   They did use.
16       Q.   Why was production stopped
17   for drywall by TTP in 2008?
18       A.   For the consideration of
19   economic interests.
20       Q.   What interests were those?
21       A.   To explain this question, it
22   takes quite some time.
23       Q.   Please do.
24       A.   Let me think about it, and
```

Page 152

```
 1   then I'll summarize it, and then I will
 2   give you an answer.
 3       Q.   Okay.
 4       A.   During the process of the
 5   operation of TTP, it was discovered that
 6   the customer that required the VAT
 7   invoices were not that many.  The
 8   capacity for the production of the
 9   drywall by TTP was 40 million square
10   meters.
11           Here I need to add a
12   question in order to be able to answer
13   better.
14           MR. MONTOYA:  Is that him
15   speaking or you speaking?
16           INTERPRETER 1:  Him
17   speaking.
18           I need to fix the
19   translation from one word earlier.
20   Now I know what he's talking
21   about.
22           (Interpreter clarification.)
23           To add explanation in order
24   to be able to answer better..
```

Page 153

```
 1           MR. MONTOYA:  Please do.
 2           INTERPRETER 1:  The
 3   question, the word is not question
 4   on page 107 --
 5           (Interpreter clarification.)
 6           Here I need to add an
 7   explanation in order to be able to
 8   answer better.
 9           THE WITNESS:  In the year
10   between 2006 and 2007, TTP
11   implemented the tax policy coming
12   from the government to cut -- to
13   exempt half of the tax.  However,
14   TG implemented the policy to
15   talk -- to exempt all the VAT tax.
16   I did mention earlier that during
17   the operations, TTP find out that
18   there were not that many customers
19   requiring VAT invoicing, but it
20   has the production capacity for 40
21   million square meters.  If we have
22   to sell this 40 million square
23   meters of drywall, they have to --
24   they can only follow the policy
```

Page 154

```
 1   exempting only half of the tax.
 2   Even those products that does not
 3   require for the VAT policy, they
 4   still have to pay 50%, half of the
 5   tax.
 6       Let me think. If TTP also
 7   wants to enjoy the policy for VAT
 8   exemption, then it also enjoy the
 9   50% tax -- the other policy with
10   the 50% tax exemption. Therefore,
11   their consideration was coming
12   from this perspective of economic
13   interest. To establish a company
14   with a smaller capacity of
15   production, it would be okay for
16   this company to fulfill the need
17   of the customers requiring for the
18   VAT invoicing. Based on this
19   reason, TTP stopped production and
20   operation.
21       MR. STATMAN: Are you
22   finished?
23       THE WITNESS: That's it.
24   BY MR. MONTOYA:
```

Page 155

```
 1       Q.   Did TG make the decision to
 2   shut down TTP's production of drywall?
 3       A.   It was a decision made
 4   together by the board of directors of TG
 5   and TTP.
 6       Q.   After TTP stopped producing
 7   drywall in 2008, did TTP sell back the
 8   equipment for making drywall to TG?
 9       A.   Yes.
10       Q.   What other products between
11   2006 to 2008 did TTP produce apart from
12   drywall?
13       MR. STATMAN: Objection to
14   form. You can answer based on
15   your knowledge.
16       THE WITNESS: TTP only
17   produce drywalls.
18   BY MR. MONTOYA:
19       Q.   What was the name of the
20   factory that the TG production line was
21   purchased -- that TG purchased back from
22   TTP? Where was the factory?
23       Let me start again.
24       What was the name of the
```

Page 156

```
 1   factory of the --
 2       What was the name of the TTP
 3   factory that TG bought back the drywall
 4   equipment from?
 5       MR. STATMAN: Objection to
 6   the form.
 7       THE WITNESS: Industrial
 8   park production line.
 9   BY MR. MONTOYA:
10       Q.   How many factories did TTP
11   produce drywall at from 2006 until 2008?
12       A.   TTP?
13       Q.   Yes.
14       A.   TTP has only the old
15   factories. They don't have any other
16   factory.
17       Q.   And what was the name of
18   that factory?
19       A.   TTP?
20       Q.   Yes. What was the name of
21   the factory where they produced drywall
22   from 2006 to 2008?
23       A.   Let me make a correction.
24   This should be between the year 2006 to
```

Page 157

```
 1   the year 2007.
 2       Q.   Okay.
 3       A.   It was called TTP.
 4       Q.   The name of the factory was
 5   called TTP?
 6       A.   I need to explain this, so
 7   let me think.
 8       MR. STATMAN: Do you
 9   understand the question?
10       I'm talking to the
11   interpreter.
12       THE WITNESS: Yes, I
13   understand it. But I want to
14   think about it so that I will be
15   able to respond in a way that he
16   can understand.
17       You can say -- you can put
18   it this way. TTP does not have
19   any other factory. TTP itself on
20   its own is a factory.
21   BY MR. MONTOYA:
22       Q.   And the name of that factory
23   is TTP, right?
24       A.   Let me think about how I can
```

1   explain to you.
2        MR. STATMAN:  Okay.  I'm
3   going to object as to the form
4   because it's vague and ambiguous.
5   He's obviously struggling.  If you
6   can reask him the question --
7        MR. MONTOYA:  I asked him
8   the name of the factory.  I'm not
9   going to reask it.
10        MR. STATMAN:  Assumes facts
11   not in evidence.
12        MR. MONTOYA:  That they
13   don't have a factory for drywall?
14        MR. STATMAN:  No.  If it has
15   a name.
16        MR. GRAND:  Then he can say
17   it doesn't have a name.
18        MR. STATMAN:  He's
19   apparently struggling.
20        MS. BASS:  You don't have
21   any idea why he's struggling.
22        MR. STATMAN:  That's true.
23   That's why I said apparently.
24        THE WITNESS:  The production

1   line of TTP is under the name of
2   TTP.
3        MR. STATMAN:  Are we ready
4   for another break?
5        MR. MONTOYA:  I think we
6   are, yes.
7        THE VIDEOTAPE TECHNICIAN:
8   The time now is approximately 3:09
9   p.m., and we are now off the
10   record.
11             - - -
12        (Whereupon, a recess was
13   taken from 3:09 p.m. until
14   3:21 p.m.)
15             - - -
16        THE VIDEOTAPE TECHNICIAN:
17   This begins Tape 5 of today's
18   deposition.  The time now is
19   approximately 3:21 p.m., and we're
20   back on the record.
21        MR. STATMAN:  Before Mr.
22   Montoya recommences with his
23   questions, I just want to note
24   that originally that Mr. Zhang was

1   scheduled to have his deposition
2   taken over a period of two days.
3   I understand that yesterday you
4   all agreed that his deposition
5   would be taken only today and that
6   you would take Mr. Peng's
7   deposition over the next two days
8   and you would not be taking any
9   depositions on Saturday.  I see
10   nods on the other side of the
11   table, and I'm assuming that's all
12   correct and no one disagrees with
13   that.
14        MR. PANAYOTOPOULOS:  I've
15   not agreed to that, but I suspect
16   it's okay as long as I have an
17   opportunity to ask a few questions
18   today.
19        MR. STATMAN:  That's what I
20   was getting to.  The time is now
21   3:20 approximately.  My watch
22   never seems to be right here, but
23   it's about 3:20.  I interpret a
24   day to generally mean a 9 to 5

1   full day.  We've tried to keep the
2   breaks to a minimum.  I've tried
3   to keep the testimony flowing as
4   best we can.  I'm certainly
5   willing to give a little leeway on
6   the 5:00 issue, but there isn't
7   that much room for leeway.  And so
8   I want you among you, if you can,
9   to reach an agreement about your
10   time.  I'm not going to tell you
11   how to manage your deposition.
12   But if you want some time to ask
13   questions, I think you need to
14   keep that in mind that he's not
15   going to be here indefinitely
16   merely because you decided to
17   reduce his time from two days to
18   one day.
19        MR. PANAYOTOPOULOS:  You
20   just need to understand that we
21   actually have adverse interests.
22   There's no team over here working
23   together.  My clients, I'm the
24   only one who represents my

1  of TG 20116 and 20117.
2       Sir, at this time, I have
3  finished my questioning, and I
4  want to thank you for your time
5  today.
6       THE WITNESS:  Thank you very
7  much for your patience to listen
8  to my answers.
9       MR. MONTOYA:  And your
10 patience with me.
11      I pass the witness.
12      MS. BASS:  Hello, my name is
13 Hilarie Bass, and I represent the
14 Home Builders steering committee.
15      I am going to pass the
16 witness, but only after making a
17 statement for the record.
18      Through no fault of the
19 witness, I do not believe that
20 this individual was put forth
21 today in good faith as a corporate
22 representative of TTP.  That is
23 the case because, first of all, he
24 was not an employee of TTP at the

1  relevant time.  Secondly, he
2  appears today and tells us that he
3  has never even read the profile
4  form submitted by the client about
5  which he is theoretically supposed
6  to be testifying today.  He tells
7  us that there are annual reports
8  for the company, but he hasn't
9  even bothered to review them.  He
10 admits that there are all kinds of
11 documents reflecting the very
12 categories of information that he
13 has been designated to talk about
14 today, and he hasn't reviewed any
15 of them.
16      I would just like to note
17 for the record that there were
18 more than 13 lawyers who flew
19 thousands of miles to come here in
20 good faith to ask questions of a
21 witness which we were told was an
22 individual who had the most
23 knowledge about the specific
24 categories of information

1  described in the deposition
2  designations.  And, in fact, we
3  find that there is somebody still
4  employed by a subsidiary of this
5  company who actually executed the
6  profile form who apparently does
7  have personal knowledge about the
8  information relevant to this
9  lawsuit, but interestingly enough,
10 he is not being produced any time
11 during the week to allow us the
12 appropriate opportunity to ask him
13 questions about issues that are
14 relevant to this lawsuit.
15      It's my view that the bulk
16 of our time today has been wasted.
17 Patrick has been very patient in
18 trying to elicit whatever
19 interesting information this
20 witness might have, but that I
21 believe we are entitled to be
22 reimbursed for our time to be here
23 today, because I do not believe
24 that this individual by anyone's

1  stretch of the imagination can be
2  described as someone who has the
3  best knowledge about the relevant
4  information that are described in
5  the deposition topics.  And so for
6  that reason, I'm not going to
7  waste any further time by
8  questioning him.
9       I will pass the witness.
10      MR. STATMAN:  I just want to
11 respond briefly.  You're wrong on
12 the facts, and you're wrong on the
13 law.  We'll start with the law.
14 The 30(b)(6) witness does not have
15 to be an employee of the company
16 for which he is giving testimony.
17      Second, he's fully answered
18 questions that were directed and
19 clear about each and every one of
20 the categories in which he's been
21 designated.  He is the -- he is
22 qualified and has shown that he's
23 qualified to answer all of those
24 questions, and that is our

44  (Pages 170 to 173)

Page 174

1    obligation.
2        MS. BASS: That's fine.
3    We'll take it up with Judge
4    Fallon. Thank you.
5        MR. STATMAN: That's right.
6        MR. SERPE: There's no need
7    to translate that, I wouldn't
8    think.
9        MR. STATMAN: No, absolutely
10   not.
11       MR. PANAYOTOPOULOS: I also
12   join in the objections from Ms.
13   Bass, but I'm going to try to get
14   some of the questions that
15   possibly this witness has
16   knowledge about while we're here.
17       - - -
18       EXAMINATION
19       - - -
20   BY MR. PANAYOTOPOULOS:
21       Q. Hello. My name is Nick
22   Panayotopoulos, and I represent certain
23   entities by the name of Banner.
24       When did TTP first hear

Page 175

1    about claims being made in America about
2    its drywall?
3        INTERPRETER 1: Counsel, the
4    word claims is not a very --
5    cannot be translated too clearly.
6    Will you help me?
7        INTERPRETER 2: The check
8    interpreter disagrees. Claims
9    should be interpreted as shuo pei.
10       INTERPRETER 1: That is one
11   way of interpreting that.
12       MR. PANAYOTOPOULOS: That's
13   fine.
14       INTERPRETER 1: I did
15   translate it similar to that, but
16   I don't want to guess.
17       MR. PANAYOTOPOULOS: You can
18   ask it that way. That's fine.
19       MR. STATMAN: Are you
20   finished with your translation?
21       INTERPRETER 1: Yes.
22       MR. STATMAN: I object to
23   the form of that question. I
24   object to the scope of that

Page 176

1    question insofar as it concerns
2    the designations, and I am
3    objecting to the scope of that
4    question insofar as it has nothing
5    to do with the jurisdiction. I'll
6    let him answer because I want to
7    move this along, but out of
8    concern for everybody's time, I'm
9    not going to let a whole series of
10   questions like this be asked.
11   He's designated, and these
12   depositions are meant to be for
13   jurisdictional purposes.
14       MR. PANAYOTOPOULOS: Thank
15   you.
16       MR. STATMAN: You can
17   translate that, please.
18       THE WITNESS: Around the
19   year 2010, TTP received legal
20   documents.
21   BY MR. PANAYOTOPOULOS:
22       Q. I'm not asking when TTP
23   first received legal documents. I'm
24   asking when did TTP first hear about

Page 177

1    claims in America that the drywall was
2    defective?
3        MR. STATMAN: Same objection
4    as to form and on scope, but you
5    can answer the question if you
6    can.
7        MR. PANAYOTOPOULOS: Please
8    translate his objection.
9        INTERPRETER 1: I did
10   translate it. Let me try to use
11   another word for claim. I just
12   used the word from Una. Let me
13   use another word here.
14       MR. PANAYOTOPOULOS: And
15   please go ahead and translate his
16   objection again.
17       MR. STATMAN: Same objection
18   as to the previous question.
19       INTERPRETER 1: I got this
20   Chinese translation from the
21   glossary.
22       MR. CHEN: If I could just
23   make one clarification, Mr.
24   Panayotopoulos. The question is

45 (Pages 174 to 177)

Page 178

1  whether you're referring to
2  allegations or complaints or if
3  you're referring to demands for
4  payment. I think that's where the
5  confusion over the term "claims"
6  between all the interpreters is
7  occurring.
8       MR. PANAYOTOPOULOS: Let me
9  be clear. It doesn't matter about
10 litigation. What I'm asking about
11 is anybody making a claim, making
12 a statement that this drywall was
13 defective. So, it does not have
14 to be in the legal context. It
15 just has to be in the context of
16 I'm making this particular claim
17 that something is wrong. I'm just
18 making a statement.
19      INTERPRETER 1: I
20 understand. Counsel, I stated
21 that we tried to translate the
22 word claims in three different
23 ways, and we still don't get the
24 answer across because under

Page 179

1  different situation, the word
2  claims can be translated
3  differently. Is there a better
4  word that can help us better
5  translate?
6       MR. PANAYOTOPOULOS: How
7  about a concern.
8       MR. STATMAN: I can never
9  tell when she's done.
10      MR. PANAYOTOPOULOS: Are you
11 done?
12      MR. STATMAN: I object as to
13 form, and I object as to scope,
14 but please answer the question.
15      MR. PANAYOTOPOULOS: Go
16 ahead and translate what he just
17 said, please.
18      THE WITNESS: I did not hear
19 clearly what were you asking
20 about.
21 BY MR. PANAYOTOPOULOS:
22      Q.  I'm sorry?
23      A.  I did not hear clearly the
24 questions that you just asked.

Page 180

1       Q.   When did TTP first hear that
2  there were concerns in America about its
3  drywall being defective?
4       MR. STATMAN: Objection to
5  form, objection to scope. Please
6  answer the question.
7       INTERPRETER 2: The check
8  interpreter believes that the
9  interpreter did not put defective
10 into the interpretation.
11      INTERPRETER 1: I did. I
12 did exactly every time, I did put
13 a word defective. Huai diao, that
14 is defect. Sometimes the check
15 interpreter cannot hear because it
16 is an upside down translation.
17      MR. PANAYOTOPOULOS: I don't
18 want a justification.
19      THE WITNESS: I answered
20 earlier.
21 BY MR. PANAYOTOPOULOS:
22      Q.   Please answer it again.
23      A.   Around February of 2010.
24      Q.   That's when it received the

Page 181

1  legal papers?
2       MR. STATMAN: I just want to
3  make sure you understand. I have
4  a continuing objection to scope, I
5  don't want to have to reiterate it
6  after every question in this line,
7  so we can move the questioning
8  forward.
9       MR. PANAYOTOPOULOS: I asked
10 a question already.
11      THE WITNESS: When you're
12 talking about "it," who are you
13 referring to? I don't understand.
14      INTERPRETER 1: When "it
15 received the legal papers," who
16 are you referring to as "it?"
17 BY MR. PANAYOTOPOULOS:
18      Q.   You gave me a date in 2010,
19 correct?
20      A.   Yes.
21      Q.   That was the date when your
22 company received legal papers; is that
23 correct?
24      A.   Yes.

46 (Pages 178 to 181)

Page 182

```
 1      Q.   Before that date, had
 2  anybody at your company heard about any
 3  complaints about its drywall in America?
 4          MR. STATMAN:  Objection as
 5      to form.
 6          THE WITNESS:  TTP has
 7      already stopped production.  Only
 8      two people stayed.  How can I put
 9      it?
10  BY MR. PANAYOTOPOULOS:
11      Q.   Prior to the date you gave
12  me, did anybody at TTP have knowledge
13  about any concerns being raised in
14  America about the TTP drywall?
15      A.   I don't know whether there
16  is anyone who knows it or not.
17      Q.   You don't know when the date
18  is?
19      A.   Just earlier, well, I want
20  to find out what question was he asking?
21      Q.   When was the first time that
22  you found out that anyone in America was
23  complaining about TTP drywall?
24          MR. STATMAN:  Objection,
```

Page 183

```
 1      vague and ambiguous.  Answer,
 2      please.
 3          THE WITNESS:  Mr. Attorney,
 4      would you mind to clarify this
 5      question?
 6  BY MR. PANAYOTOPOULOS:
 7      Q.   Have you ever heard that
 8  there are problems, that people are
 9  claiming there are problems with TTP
10  drywall in America?
11          MR. STATMAN:  Objection as
12      to form.
13          THE WITNESS:  Mr. Attorney,
14      would you mind to rephrase it
15      using another method to ask me?
16          MR. CHEN:  The witness also
17      added, the way it's being
18      interpreted, I really don't
19      understand.
20          INTERPRETER 1:  Did he say
21      that?
22          MR. CHEN:  Yes, he did.
23          INTERPRETER 1:  I did not
24      hear that.
```

Page 184

```
 1          THE WITNESS:  I'm talking
 2      about, I don't understand the
 3      meaning, what is the meaning of
 4      what the attorney -- Mr. Attorney,
 5      you want to convey.
 6  BY MR. PANAYOTOPOULOS:
 7      Q.   Are you aware that there are
 8  people in America complaining that
 9  there's a problem with TTP drywall?
10          MR. STATMAN:  Objection to
11      form.
12          THE WITNESS:  I know.
13  BY MR. PANAYOTOPOULOS:
14      Q.   When did you first find out?
15      A.   I cannot tell the exact
16  time.  After the litigation.
17      Q.   The first time you heard
18  from any source that there were
19  complaints about the drywall was after
20  the litigation was started?
21          MR. STATMAN:  Objection to
22      form.
23          THE WITNESS:  Yes.
24  BY MR. PANAYOTOPOULOS:
```

Page 185

```
 1      Q.   You never read anything in
 2  the papers about problems with TTP
 3  drywall in America before that time?
 4          MR. STATMAN:  Objection to
 5      form.
 6          INTERPRETER 2:  The check
 7      interpreter believe paper here
 8      means newspaper.
 9          INTERPRETER 1:  Interpreters
10      do not speculate the meaning of
11      the words.  It's up to the lawyers
12      to clarify.
13          MR. PANAYOTOPOULOS:  Please
14      use the word newspaper or press.
15          THE WITNESS:  Yes.
16  BY MR. PANAYOTOPOULOS:
17      Q.   When was that, the first
18  time that you heard that?
19          MR. STATMAN:  Objection to
20      form.
21          THE WITNESS:  I did answer.
22          INTERPRETER 2:  The check
23      interpreter believes that when the
24      question posed to the witness, you
```

Page 186

1  never read from the papers about
2  the litigation -- about the
3  complaints, and the witness'
4  answer is correct, meaning I have
5  never read from the newspaper,
6  it's not yes, I have read from the
7  paper.
8      INTERPRETER 1: The check
9  interpreter is digesting and
10  speculating the meaning of what
11  was being said. What was said was
12  not as long as what she said.
13  BY MR. PANAYOTOPOULOS:
14     Q.   Did TTP have a customer base
15  in 2006 to 2007?
16      MR. STATMAN: Objection as
17  to form.
18      THE WITNESS: I don't
19  understand. What do you mean by
20  "customer base"?
21  BY MR. PANAYOTOPOULOS:
22     Q.   Did TTP have customers in
23  2006 and 2007 for its drywall?
24     A.   TTP has customers for the

Page 187

1  drywalls.
2     Q.   In 2006/2007?
3     A.   Yes.
4     Q.   What happened to those
5  customers when TTP and TG boards decided
6  to shut down TTP's business?
7      MR. STATMAN: Finished?
8      Objection to the form.
9      THE WITNESS: I don't
10  understand the meaning of this
11  question. What do you mean?
12  BY MR. PANAYOTOPOULOS:
13     Q.   Did the customers that used
14  to get drywall from TTP begin to get
15  drywall from a different TG entity after
16  TTP shut down?
17     A.   The customers of TTP, they
18  are not fixed customers. They can buy
19  the drywall from anywhere.
20     Q.   Did TTP give its client list
21  to a different TG client -- TG entity
22  when TTP went out of business?
23      MR. STATMAN: Objection as
24  to form.

Page 188

1      THE WITNESS: I did answer
2  this question earlier. The
3  customers of TTP, they are not
4  fixed customers of TTP.
5      MR. PANAYOTOPOULOS: Would
6  you repeat my question to him,
7  please.
8      MR. STATMAN: Objection to
9  form.
10      THE WITNESS: I have never
11  seen such a customer list.
12  BY MR. PANAYOTOPOULOS:
13     Q.   Is it your testimony that
14  TTP never had a list of who its customers
15  were?
16      MR. STATMAN: Objection as
17  to form, and I'm going to object
18  as to the scope of this. And I
19  think that's part of the problem.
20      You can answer if you know.
21  And any answer he gives is within
22  the scope of his personal
23  knowledge.
24      THE WITNESS: According to

Page 189

1  my personal understanding?
2  BY MR. PANAYOTOPOULOS:
3     Q.   According to any
4  understanding you had from any source
5  whatsoever.
6     A.   What I mean is that the
7  customers of TTP keeps on changing.
8  Therefore, there's no way for them to
9  write out a list.
10     Q.   So, your testimony is that
11  TTP never had a list of who its customers
12  were, correct?
13      MR. STATMAN: Objection to
14  form.
15      THE WITNESS: That is
16  according to my own understanding,
17  I have never seen such a list.
18  BY MR. PANAYOTOPOULOS:
19     Q.   You spoke earlier about the
20  VAT tax issues, correct?
21     A.   Yes.
22     Q.   And part of the reason that
23  TTP shut down or stopped producing
24  drywall was so that TG could apply for

Page 190

1  VAT exemptions, correct?
2        MR. STATMAN: Objection to
3  form.
4        THE WITNESS: I don't
5  understand the meaning, Mr.
6  Attorney.
7  BY MR. PANAYOTOPOULOS:
8        Q.   The meaning of what?
9        A.   I don't understand what
10  you're talking about. What do you imply?
11        Q.   The boards of TTP and TG
12  decided at some point to shut down TTP's
13  production, correct?
14        A.   Yes.
15        Q.   And the reason that they
16  decided to do that was so they could
17  apply for VAT tax exemption, correct?
18        MR. STATMAN: Objection to
19  form.
20        THE WITNESS: Mr. Attorney,
21  when you are talking about the
22  word "they," who are you referring
23  to?
24  BY MR. PANAYOTOPOULOS:

Page 191

1        Q.   TTP and TG.
2        A.   TTP has already stopped the
3  production, therefore, there is no more
4  tax issue.
5        Q.   It's TG that applies for the
6  VAT exemption, correct?
7        MR. STATMAN: Objection to
8  form, time frame.
9        THE WITNESS: TG enjoy the
10  VAT tax before this.
11        MR. CHEN: Tax exemption.
12        INTERPRETER 1: He did not.
13  He did not say the word
14  "exemption." He just said "enjoy
15  VAT tax."
16        Let me ask the witness to do
17  it over again.
18        THE WITNESS: TG can enjoy
19  the exemption of the VAT tax
20  before this.
21  BY MR. PANAYOTOPOULOS:
22        Q.   The reason --
23        What was the reason that TTP
24  production was shut down?

Page 192

1        MR. STATMAN: Objection,
2  asked and answered.
3        THE WITNESS: I insist on
4  the answer I gave before.
5  BY MR. PANAYOTOPOULOS:
6        Q.   Please repeat it, if you
7  could.
8        A.   The answer I gave earlier
9  was too long. I am unable to repeat it.
10        Q.   Was part of the reason the
11  TTP production was shut down so that some
12  Taishan Gypsum entity could enjoy VAT tax
13  exemption?
14        A.   That is not the case.
15        Q.   Please repeat the reason,
16  then, that you said why TTP was shut
17  down.
18        MR. STATMAN: Objection,
19  asked and answered. And to the
20  extent you can answer that
21  question, please do.
22        THE WITNESS: I insist on
23  the answer that I gave out
24  earlier, and I did explain about

Page 193

1  this because it is a very
2  professional knowledge regarding
3  the finance. I spent a long time
4  to explain this. If I have to
5  repeat it again, it is
6  meaningless.
7        MR. PANAYOTOPOULOS: We're
8  going to be here a very long time
9  if I'm not going to get any
10  answers to my questions, and I
11  don't know what the best way to go
12  about it is, but I can't get any
13  answers out of this -- the
14  witness.
15        MR. STATMAN: Let me suggest
16  that you asked exactly the same
17  question that he had previously
18  been asked which he gave a very
19  long answer. And he's saying that
20  he can't repeat that answer. And
21  let me further suggest that you
22  may have misunderstood some of the
23  things he said. Now, if you'd
24  like to go back and read his

Page 194

1 answer while someone else takes
2 over the questioning, I have no
3 problem with that. But he can't
4 give exactly the same answer that
5 he gave before.
6     MR. PANAYOTOPOULOS: Well,
7 I'm not asking for the exact same
8 answer.
9     MR. STATMAN: You are asking
10 for an answer to exactly the same
11 question. There's no reason he
12 has to repeat it.
13     MR. PANAYOTOPOULOS: The
14 problem is, he's refusing to
15 answer the questions that came
16 before that, and so now I've got
17 to take him through the entire
18 loop. But it's fine. I'm going
19 to let somebody else, if they want
20 to go first, then I'll come back.
21     MR. HARDT: I just have a
22 statement for the record. This is
23 Ken Hardt. I represent Venture
24 Supply and Porter-Blaine

Page 195

1 Corporation. I independently
2 noticed these depositions in the
3 Germano class action and am making
4 a special appearance at these
5 depositions. Pursuant to that
6 notice in the Germano action, I
7 agree with Ms. Bass' statements.
8 The topics that I would have asked
9 have been covered by the
10 attorneys. I don't think the
11 answers are representative of a
12 corporate representative that
13 should have been prepared to
14 answer these questions. Again, no
15 disrespect to the witness, but I
16 think the wrong witness was put up
17 for -- they could have put up a
18 number of witnesses to address the
19 topics, therefore, I'm not going
20 to ask any questions at this time.
21     MR. STATMAN: Rather than
22 respond, we'll let the judge
23 decide when it comes to that.
24     MS. EISELEN: This is

Page 196

1 Carlina Eiselen. I represent
2 Interior/Exterior. I along with
3 other counsel, I cross-noticed
4 this deposition in the MDL, and I
5 share Ms. Bass and Mr. Hardt's
6 objections.
7     MR. BLACK: I'm David Black
8 representing the State of
9 Louisiana.
10     I also share the statements
11 made by Ms. Bass and Mr. Hardt and
12 Carlina. I think this witness was
13 a very, very poor representative.
14 There are many other folks who
15 have been identified in exhibits
16 and otherwise who could have been
17 put here. Instead, they put
18 somebody who didn't have anything
19 to do with the daily operations of
20 TTP during the time that it was in
21 operation for the very clear
22 purpose of avoiding a witness who
23 can answer questions about what
24 TTP did. And I thought the

Page 197

1 purpose of this deposition is to
2 find out what TTP did, how it
3 reacted to what was out there.
4 This witness did not provide that
5 basis.
6     MR. STATMAN: I'm prepared
7 to let everybody join in with what
8 Ms. Bass said before, but when the
9 attorneys' motives are impugned, I
10 have to say something about that.
11     I think that if you press
12 this further, you'll find out that
13 whatever you ascribe to the
14 attorneys is not true. I think
15 when you read the transcript, you
16 will see that the witness, in
17 fact, was capable and did answer
18 all the proper questions that were
19 posed to him and was a fine
20 30(b)(6) designee.
21     MR. BLACK: I respectfully
22 disagree.
23     MR. CLARK: This is Matthew
24 Clark representing Southern Homes.

Page 198

1   Southern Homes joins in the
2   statements of Mr. Black, Ms. Bass
3   and the others and lodges its
4   objection.
5       MR. SLAUGHTER:  This is
6   Brian Slaughter. I represent
7   Atlantic Homes, and I join in the
8   objections raised by the other
9   parties previously.
10  BY MR. PANAYOTOPOULOUS:
11      Q.   Hello again.
12          Is it true that as a result
13  of TTP shutting down its operations, TG
14  could enjoy full tax exemption from VAT?
15      A.   You cannot say this.
16      Q.   Is it true that TG
17  implemented a different policy in 2006 --
18  I'm sorry.  Let me start over.
19          What policy did TG implement
20  to exempt all the VAT tax?
21      MR. STATMAN:  Objection to
22  form.
23      THE WITNESS:  Mr. Attorney,
24      would you mind to say your

Page 199

1   question to describe it once more.
2   BY MR. PANAYOTOPOULOS:
3       Q.   Sure.
4           And I'm reading from the
5   rough transcript of his testimony from
6   earlier today.  Did TTP implement some
7   tax policy to cut the exemption, the VAT
8   exemption?
9       A.   TTP?  Are you talking about
10  TTP or TG?
11      Q.   TG. I'm sorry, TG.
12      A.   Mr. Attorney, would you mind
13  to describe this question to me
14  completely.
15      Q.   You talked earlier about a
16  policy that TG implemented related to
17  VAT, correct?
18      A.   Yes.
19      Q.   Tell me about that policy.
20  What is that policy?
21      MR. STATMAN:  Objection to
22  form, asked and answered.  If you
23  can answer the question.
24      THE WITNESS:  I cannot tell

Page 200

1   accurately the name of that
2   policy.  I cannot tell accurately
3   the name of this document.  There
4   is a tax policy promulgated by the
5   tax bureau of the Chinese
6   government.
7   BY MR. PANAYOTOPOULOS:
8       Q.   I'm not asking for the name.
9   I'm asking for your understanding of what
10  that policy was.
11      MR. STATMAN:  Okay. I think
12  this really is outside the scope.
13          But you can answer to the
14  best of your knowledge.
15      THE WITNESS:  To put it
16  simple, TG.
17      MR. STATMAN:  (Addressing
18  the interpreter.)
19          Would you let him finish his
20  entire answer before you start
21  interjecting.
22          Thank you.
23      INTERPRETER 1:  Yeah, sure.
24  No.  I just want to double check.

Page 201

1   I did not hear.
2       MR. STATMAN:  You said TG
3   three times.
4       THE WITNESS:  Are you asking
5   about TG or TTP?
6   BY MR. PANAYOTOPOULOS:
7       Q.   Whose policy were you
8   talking about earlier related to VAT?
9       A.   The state tax bureau.
10      Q.   I understand that the state
11  issued a new policy related to VAT,
12  correct?
13      A.   I don't know about the new
14  ones.
15      Q.   The one you were talking
16  about just now.
17      A.   Now I understand.  Mr.
18  Attorney, you're referring the tax policy
19  TG implemented at that time, right?
20      Q.   Correct.  Tell me what that
21  policy was, please.
22      A.   TG can enjoy the exemption
23  of VAT.  Finished.
24      Q.   And did that --

51 (Pages 198 to 201)

Page 202

```
 1        In order for TG to enjoy
 2  that VAT exemption, was that in any way
 3  related to the shutdown of TTP
 4  production?
 5     A.   No relationship.
 6     Q.   Does TG submit forms to get
 7  VAT exemptions today?
 8        MR. STATMAN:  I object as
 9  outside the scope.  This witness
10  is clearly designated to talk
11  about TTP.  If he can answer based
12  on his own personal knowledge,
13  that's fine.  But he's not a
14  designated witness of TG.
15        You can answer that.
16        THE WITNESS:  I have already
17  enough regarding the contents of
18  this question.
19        MR. PANAYOTOPOULOS:  I'm
20  going to insist on an answer.
21        MR. STATMAN:  Can you reask
22  the question?  I think he's gotten
23  lost.  I don't know, but I think
24  it --
```

Page 203

```
 1  BY MR. PANAYOTOPOULOS:
 2     Q.   Does TG submit forms to get
 3  VAT exemptions today?
 4     A.   I don't know.
 5     Q.   Are you aware whether TG
 6  ever submitted for VAT exemptions?
 7        MR. STATMAN:  Again, it's
 8  outside the scope of his
 9  designation, but to the extent he
10  has personal knowledge, he can
11  answer.
12        INTERPRETER 1:  The
13  interpreter needs to clarify with
14  the witness because the Chinese
15  words doesn't have the present
16  tense, past tense.  I want to know
17  what tense he's using.
18        MR. CHEN:  I would just note
19  that she's asking was it in the
20  past or the present.
21        INTERPRETER 1:  No.  Because
22  the Chinese word has no "ed" or
23  future tense.  It's all the same.
24        MR. CHEN:  I just wanted to
```

Page 204

```
 1  reflect what she's asking.  I'm
 2  fine with that.
 3        MR. PANAYOTOPOULOS:  Fine,
 4  thank you.  Go ahead.
 5        INTERPRETER 1:  I'm
 6  clarifying with the witness.  I
 7  said there's no future tense and
 8  the present tense and past tense
 9  in the Chinese.  I want him to
10  clarify with me.  He said yes,
11  yes, right.  So, that's why he
12  wants you, the attorney, also to
13  clarify what the time frame are
14  you talking about today.
15        INTERPRETER 2:  The check
16  interpreter believe the witness
17  said TG should have submitted some
18  material.
19        INTERPRETER 1:  He did not
20  say that.  It is a speculation of
21  the check interpreter.  That is
22  not right.
23        MR. PANAYOTOPOULOS:  Sorry.
24  Tell me again what you think he
```

Page 205

```
 1  said.
 2        INTERPRETER 2:  TG should
 3  have submitted some material.
 4        INTERPRETER 1:  He did not
 5  say that.
 6        MR. CHEN:  For the record, I
 7  agree with that, with the check
 8  interpreter.
 9        INTERPRETER 1:  It is a
10  speculation, because it has no
11  tense.
12        MR. STATMAN:  Please ask him
13  again.
14  BY MR. PANAYOTOPOULOS:
15     Q.   In the past, has TG ever
16  submitted for VAT tax exemption?
17        MR. STATMAN:  Objection to
18  form.
19        THE WITNESS:  Need to submit
20  some reports.
21  BY MR. PANAYOTOPOULOS:
22     Q.   TG would submit the reports
23  and then get money back from the
24  government, correct?
```

52 (Pages 202 to 205)

Page 206

1      MR. STATMAN: Objection to
2  the scope, objection to the form.
3      THE WITNESS: The earlier
4  question, the way you bring it up,
5  I cannot understand.
6      MR. PANAYOTOPOULOS: You
7  want to go and change the tape
8  because we're going to be here for
9  a long time.
10      MR. STATMAN: No, we're not.
11  You're asking him questions about
12  TG's VAT applications that you may
13  very well have wanted to ask of
14  somebody else, but you are not
15  going to ask them of this witness.
16  This witness is designated to
17  testify on behalf of TTP. So, I'm
18  going to give you a few more
19  minutes on this line, and then I'm
20  shutting it down.
21      MR. PANAYOTOPOULOS: I
22  understand that you may want to do
23  that. I'm going to ask my
24  questions, and then we'll take it

Page 207

1  up with The Court. You can
2  obviously instruct the witness not
3  to answer if you want, and then we
4  can deal with it at that point.
5      MR. STATMAN: I'll instruct
6  him not to answer if you continue
7  this.
8      MR. PANAYOTOPOULOS: I
9  understand.
10      MR. STATMAN: I will
11  instruct the witness not to
12  answer. If you continue, I will
13  get up and leave. This does not
14  have anything to do with TTP
15  anymore.
16      MR. PANAYOTOPOULOS: I
17  understand.
18      THE VIDEOTAPE TECHNICIAN:
19  The time now is approximately 4:37
20  p.m. and we're now off the record.
21      - - -
22      (Whereupon, a recess was
23  taken from 4:46 p.m. until
24  4:46 p.m.)

Page 208

1      - - -
2      THE VIDEOTAPE TECHNICIAN:
3  This begins Tape 6 of the
4  deposition. The time is
5  approximately 4:46 p.m., and we're
6  back on the record.
7      MR. STATMAN: Nick, it's my
8  intention to go no longer than
9  5:00. I'll give you a little
10  leeway on that, but only if you
11  are going to be asking questions
12  within the scope of his
13  designation, and I don't see the
14  connection right now on the
15  questions that you are asking and
16  anything having to do with his
17  designation.
18      MR. PANAYOTOPOULOS: I
19  understand. Rather than taking
20  the time to argue about it, I
21  figured I'll just ask some
22  questions and maybe we can get
23  through this.
24      MR. STATMAN: Great.

Page 209

1  BY MR. PANAYOTOPOULOS:
2      Q. Do you have any knowledge
3  regarding what TTP did in regards to VAT
4  in the 2006/2007 time frame?
5      A. They don't have particularly
6  to do anything.
7      Q. Do you have knowledge about
8  what TTP did in relation to VAT?
9      MR. STATMAN: Asked and
10  answered. Go ahead.
11      THE WITNESS: It is the same
12  question, therefore, I would give
13  the same -- the answer that I gave
14  earlier -- that I gave earlier.
15  BY MR. PANAYOTOPOULOS:
16      Q. I asked the question
17  earlier. I didn't get an answer to that
18  question. Are you saying that TTP didn't
19  have anything to do with VAT?
20      MR. STATMAN: Object to the
21  form and particularly the
22  statement before the question, but
23  you can answer the question.
24      THE WITNESS: I don't know

Page 210

1    who -- what relationship that
2    you're referring to, the
3    relationship about who.
4    BY MR. PANAYOTOPOULOS:
5        Q.    Did TTP pay VAT in the
6    2006/2007 time period?
7        A.    Yes, they have to pay.
8        Q.    In the 2006/2007 time
9    period, did TTP ever apply for exemptions
10   from VAT?
11       A.    I did explain about this
12   question earlier.  It pays half of the
13   tax and exempt it for half of the tax.
14       Q.    TTP would apply for
15   exemptions from VAT in certain situations
16   in the 2006-2007 time period, correct?
17       INTERPRETER 1:  2006 time
18   period?
19   BY MR. PANAYOTOPOULOS:
20       Q.    '06/07.
21       MR. STATMAN:  Objection as
22   to form.
23       THE WITNESS:  The policy
24   implemented during the period '06

Page 211

1    and '07 by TTP was 50% exemption
2    for the tax.
3    BY MR. PANAYOTOPOULOS:
4        Q.    And that was -- that
5    exemption was in instances where TTP was
6    exporting its products, correct?
7        MR. STATMAN:  Objection.
8        Is she finished?
9        MR. CHEN:  Yes.
10       MR. STATMAN:  Objection to
11   form.
12       You can answer.
13       THE WITNESS:  I don't know,
14   Mr. Attorney, when you're
15   referring to export, I don't know
16   concretely what you're talking
17   about, export.  How do you define
18   concretely the behavior called
19   export?
20   BY MR. PANAYOTOPOULOS:
21       Q.    You understand that TTP
22   would not have been entitled to the VAT
23   exemption unless it was reporting to the
24   Chinese government that it was exporting

Page 212

1    the material?
2        A.    Incorrect.
3        Q.    You believe TTP was entitled
4    to a VAT exemption even in instances
5    where it was selling drywall in China?
6        MR. STATMAN:  Are you asking
7    him what his understanding is?
8        MR. PANAYOTOPOULOS:  Yes.
9        MR. STATMAN:  I object to
10   the form.  You can answer if you
11   can.
12       THE WITNESS:  Let me restate
13   this.  The policy implemented by
14   TTP was the policy for 50% tax
15   exemption.
16       MR. PANAYOTOPOULOS:  Would
17   you please reread my question.
18       - - -
19       (Whereupon, the requested
20   portion of the transcript was read
21   by the court reporter as follows:
22   "Q. You believe TTP was
23   entitled to a VAT exemption even
24   in instances where it was selling

Page 213

1    drywall in China?")
2        - - -
3        MR. STATMAN:  Same
4    objections.
5        THE WITNESS:  Regarding this
6    question, what I can answer is
7    only that the policies that TTP
8    implemented was the VAT 50% tax
9    exemption.
10       MR. PANAYOTOPOULOS:  I'm
11   going to note for the record this
12   witness is not answering my
13   question, and we'll move on, and
14   we'll take it up later with the
15   judge.
16   BY MR. PANAYOTOPOULOS:
17       Q.    Do you know where the
18   VAT-related documents for TTP are today?
19       A.    Documents related to VAT,
20   where they are being kept today?
21       Q.    Correct.
22       A.    What documents are you
23   referring to?
24       Q.    Documents related to VAT