

# 验 资 报 告

泰众诚审验字（2005）第105号

山东泰和东新股份有限公司：

我们接受委托，审验了贵公司截至2005年4月25日止新增注册资本实收情况。按照国家相关法律、法规的规定和协议、章程的要求出资，提供真实、合法、完整的验资资料，保护资产的安全、完整是全体股东及贵公司的责任。我们的责任是对贵公司新增注册资本的实收情况发表审验意见。我们的审验是依据《独立审计实务公告第1号——验资》进行的。在审验过程中，我们结合贵公司的实际情况，实施了检查等必要的审验程序。

贵公司原注册资本为人民币8,300万元，折合股份8,300万股，根据贵公司股东大会决议和修改后章程的规定，申请新增注册资本人民币7,262.5万元，每股面值1.00元，认购价为每股人民币1.80元。由北新集团建材股份有限公司、贾同睿、泰安市安信投资贸易有限公司于2005年4月25日之首缴足；在增发新股的同时，山东泰和集团职工持股者协会将持有的2,800万股、薛玉利将持有的117万股、高玉宝将持有的114万股、朱经华将持有的80万股、张建睿将持有的97.125万股、米为民将持有的60万股以上合计3,268.125万股转让给泰安市东联投资贸易有限公司，转让价格每股人民币1.80元、薛玉利持有的80万股、任绪连将持有的195万股、高玉宝持有的80万股、朱经华持有的109万股、吕文泽持有的183万股、贾元利持有的179万股、赵连刚持有的175万股、李作义持有的174万股、钱凯将持有的164万股、段振涛将持有的162万股、任显华持有的158万股、朱腾高将持有的157万股、张彦修持有的152万股、张建睿持有的80.875万股、米为民持有的80万股以上合计2,126.875万股转让给泰安市安信投资贸易有限公司。在本次增资和股权转让后，贵公司的注册资本为人民币15,562.5万元，总股本为15,562.5万股。经过我们审验，截至2005年4月25日止，贵公司已收到股东北新集团建材股份有限公司、贾同睿、泰安市安信投资贸易有限公司缴纳的新增投资款合计人民币13,072.5万元。其中：注册资本7,262.5万元，折合股份7,262.5万股，资本公积5,810万元，各股东以货币出资。

同时我们注意到，贵公司本次增资前的注册资本为人民币8,300万元，折合8,300万股，已经山东泰安岱宗有限责任会计师事务所审验，并于2002年7月24日出具岱宗验内字（2002）第407号验资报告。截至2005年4月25日止，变更后的累计注册资本为人民币15,562.5万元，总股本为15,562.5万股。

本验资报告仅供贵公司申请变更登记及据以向股东签发出资证明时使用，不应

泰安众诚有限责任会计师事务所    地址：泰理大路34号    电话：0538-6214434

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020644

山东泰和东新建筑股份有限公司验资报告

将其视为是对贵公司验资报告日后资本保全、偿债能力和持续经营能力等的保证。因使用不当造成的后果，与执行本验资业务的注册会计师及会计师事务所无关。

附件1、注册资本变更情况明细表
　　（1）新增注册资本实收情况明细表（表1）
　　（2）注册资本变更前后对照表（表2）
2、验资事项说明

（以下无正文）





泰安众诚有限责任会计师事务所　　　中国注册会计师：

　　　　　　　　　　　　　　　　　中国注册会计师：

地址：泰安迎暄大街24号　　　　　2005年4月25日

泰安众诚有限责任会计师事务所　　地址：迎暄大街24号　　　电话：0538-8214420

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 股东大会决议

二〇〇五年十一月八日，山东泰和东新股份有限公司在公司总部会议室召开第五次临时股东大会，出席会议的股东代表5人，代表公司股份15562.5万股，占公司总股本的100%，符合《公司法》及《公司章程》的规定，形成的决议真实有效。会议由公司董事长贾同春主持，与会股东代表对山东泰和东新股份有限公司经营范围的变更事宜进行了讨论，并决议如下：

山东泰和东新股份有限公司的经营范围由原："纸面石膏板、石膏制品、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸箱收购；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）。"变更为"纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱的收购与销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；自营进出口业务（以山东省对外贸易经济合作局核定的范围为准）。"

全体股东通过了山东泰和东新股份有限公司章程修正案。



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020666



（此页无正文）

股东签名：

二〇〇五年十一月 八日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 山东泰和东新股份有限公司章程修正案

二〇〇五年十一月八日，山东泰和东新股份有限公司在公司总部会议室召开第五次临时股东大会，出席会议的股东代表 5 人，代表公司股份 15562.5 万股，占公司总股本的 100%，符合《公司法》及《公司章程》的规定。会议由公司董事长贾同春主持，与会股东代表对山东泰和东新股份有限公司经营范围的变更事宜进行了讨论，并形成了决议。根据本次股东大会决议，对原公司章程修改如下：

原章程第二章第十二条："经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制品、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸箱收购；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）。"变更为"纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱的收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；自营进出口业务（以山东省对外贸易经济合作局核定的范围为准）。"



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（此页无正文）

股东签名：



二○○五年十一月八日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

### Shareholder Meeting Resolution

On November 8, 2005, Shangdong Taihe Dongxing Co., Ltd. convened the fifth impromptu shareholder meeting in the conference room at the Company's headquarters.  There were five shareholder representatives present at the meeting which represented 155.625 shares or 100% of the Company's total equity and was in compliance with the provisions of the <Company Law> and <The Company's Articles of Incorporation> therefore the resolution reached would be real and effective.  The meeting was held by the Company's Chairman of the Board Jia Tongchun and shareholder representatives engaged in discussion regarding the change in the scope of business for Shangdong Taihe Dongxing Co., Ltd. and reached the following resolutions:

Shangdong Taihe Dongxing Co., Ltd.'s scope of business will be changed from the original: "gypsum boards, plaster products, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase of waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organizations)" to "gypsum boards, plaster products, gypsum board protective tissues, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper and waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organizations) and import and export business (only within the scope approved by Shangdong Foreign Trade Economic Cooperation Bureau)."

All shareholders approved the amendment to Shangdong Taihe Dongxing Co., Ltd.'s Article of Incorporation.

Translation of TG 0020666

Shareholder signature:

    [Seal - illegible]                     [Seal – Beixin Building Material Co., Ltd.]
    [Signature – Xu Xing]               [Signature - illegible]


    [Seal – Taian City [illegible] Investment & Trade Co., Ltd.][Signature – Jia Tongchun]
    [Signature – Jia Tongchun]


    [Taian City Donglian Co., Ltd.]
    [Signature - illegible]


                                     November 8, 2005


                                     Translation of TG 0020667

### Shangdong Taihe Dongxing Co., Ltd. Amendment of Article of Incorporation

On November 8, 2005, Shangdong Taihe Dongxing Co., Ltd. convened the fifth impromptu shareholder meeting in the conference room at the Company's headquarters.  There were five shareholder representatives present at the meeting which represented 155.625 shares or 100% of the Company's total equity which was in compliance with the provisions of the <Company Law> and <The Company's Article of Incorporation> and the resolution reached would be real and effective.  The meeting was held by the Company's Chairman of the Board Jia Tongchun and shareholder representatives engaged in discussion regarding the change in the scope of business for Shangdong Taihe Dongxing Co., Ltd. and reached resolutions.  According to the shareholder meeting resolutions, the Company's original Article of Incorporation will be amended as follows:

The original Article of Incorporation Chapter 2 Article 12:  "With the approval of the company registration agency, the Company's scope of business shall be changed from the original: "gypsum boards, plaster products, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organization)" to "gypsum boards, plaster products, gypsum board protective tissues, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper and waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organization) and import and export business (only within the scope approved by Shangdong Foreign Trade Economic Cooperation Bureau)."

Translation of TG 0020668

Shareholder signature:

[Seal - illegible]                              [Seal – Beixin Group Building Material
                                               Co., Ltd.]
[Signature – Xu Xing]                          [Signature - illegible]


[Seal – Taian City [illegible] Investment & Trading Co., Ltd.]

                                               [Signature – Jia Tongchun]
[Signature – Jia Tongchun]


[Taian City Donglian Investment & Trading  Co., Ltd.]
[Signature - illegible]


                                        November 8, 2005




                                        Translation of TG 0020669

# 山东泰和东新股份有限公司
## 2005 年度股东大会决议

2006 年 4 月 15 日，山东泰和东新股份有限公司（以下简称"公司"或"泰和"）在泰安东尊华美达大酒店召开了 2005 年度股东大会。公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 10.5%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持。经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、《关于公司 2005 年工作总结及 2006 年工作安排的报告》

全体股东认真审议了《关于公司 2005 年工作总结及 2006 年工作安排的报告》，对公司 2005 年的工作给予了充分肯定，同意 2006 年的计划与工作安排。

二、《关于公司 2005 年度财务决算及 2006 年度财务预算的报告》

会议审议通过了公司总会计师米为民所作的《关于公司 2005 年度财务决算及 2006 年度财务预算的报告》。2005 年主要经济指标实现：主营业务收入 5.8689 亿元，其中纸面石膏板收入 5.8433 亿元，占总收入比重为 99.56%。主营业务收入比上年增加了 1.1135 亿元，增长 23.42%。销售纸面石膏板 15545 万平方米，比上年增长了 24.06%。实现利润总额 6642 万元，比上年增加了 3447 万元，增长 107.89%。利润总额扣除所得税 449 万元，扣除少数股东权益 429 万元，实现净利润 5763 万元，比上年增加了 3972 万元，增长 221.83%。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

2006 年主要经济指标计划：产、销量：纸面石膏板 19000 万㎡；

销售收入：78024 万元；利润总额：6529 万元；所得税：529 万元；

净利润：6000 万元。各种品牌的石膏板价格在上年售价的基础上，

平均上涨 5%。

三、《关于公司 2005 年度利润分配的议案》

根据北京市兴华会计师事务所的合并会计报告，公司 2005 年度

共实现净利润 57628037.60 元，提取法定盈余公积及公益金后，可供

股东分配的利润为 34445191.64 元。因为公司正处于快速发展、投资

高峰期，全体股东一致同意 2005 年度公司实现的净利润不向股东分

配，用于项目建设和生产经营。

四、《关于修订公司章程的议案》

全体股东一致同意，根据新《公司法》的有关规定，对《公司章

程》第一百零七条和第一百一十九条作如下修订：

第一百零七条  公司设监事会。监事会由三名监事组成，设监

事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名

监事代行其职权。

第一百一十九条 公司交纳所得税后的利润，按下列顺序分配：

(1)弥补上一年度的亏损；

(2)提取法定公积金 10%；

(3) 提取任意公积金；

(4) 支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

再提取。提取法定公积金后，是否提取任意公积金由股东大会决定。

公司不在弥补公司亏损和提取法定公积金之前向股东分配利润。

五、《关于公司对外投资建厂的议案》

1、在浙江省温州市磐石镇与温州电厂合作建设年产3000万平方米（设计产能2500万平方米/年）纸面石膏板项目，主要利用电厂脱硫石膏，产品市场主要是以温州为中心的东南地区。土地由合资方温州电厂提供，合资公司租用。制粉系统由电厂方投资，我方负责经营管理，制板系统双方合资，计划投资5000万元，注册资本1500万元，泰和占70%，温州电厂方占30%。

2、在陕西省渭南市临渭区建设年产2000万平方米纸面石膏板项目，搬迁徐州法斯特生产线，主要利用当地脱硫石膏和磷石膏，改6层干燥机为8层或适当加长。产品市场为陕西、甘肃、宁夏、内蒙古、青海、河南等地。征地100亩（考虑二期工程），计划投资5000万元，注册资本由泰和占80%，北新建材占20%。

3、继续做好新项目选址工作，对辽宁营口、广东、郑州、合肥等地重点考虑，选择有利位置建厂。

六、《关于江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司增加注册资本的议案》

为筹集建设与发展资金，全体股东一致同意按金融部门的要求对江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司进行增资。在两公司中，北新集团建材股份有限公司均增资至持股比例达到20%。具体如下：

TG 0020679

1、江津泰山石膏建材有限公司增资方案：增加注册资本 1375 万元，其中：泰和将已投入的 1100 万元资本公积转为资本金，北新集团建材股份有限公司再投入 275 万元，使总资本达到 2875 万元，其中泰和出资达到 2300 万元，占注册资本的 80%；北新集团建材股份有限公司出资达到 575 万元，占注册资本的 20%。原持股比例不变。

2、湖北泰山石膏建材有限公司增资方案：增加注册资本 2300 万元，其中：北新集团建材股份有限公司再投入 685 万元，泰和再投入 1615 万元。总资本达到 3800 万元，其中泰和出资达到 3040 万元，占注册资本的比例由 95% 降至 80%，北新集团建材股份有限公司出资达到 760 万元，占注册资本的比例由 5% 增至 20%。

七、《关于北新集团建材股份有限公司对泰和增加贷款担保额度的议案》

为保证项目建设及生产经营所需资金，全体股东同意公司向金融机构借贷融资。北新集团建材股份有限公司原则上同意在保持原贷款担保额度的基础上，为泰和适当增加新的贷款担保额度一亿元，或者由中国建材股份有限公司以适当方式协调解决。泰和其他股东同意为北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任提供反担保，其他股东各自的反担保责任范围为：其在泰和的持股比例乘以北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任的实际偿付金额（包括但不限于本金和利息）所得出的金额。

二〇〇六年四月十五日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020680

（此页无正文，为公司 2005 年度股东大会决议的股东签字页）

股东签字：



北新集团建材股份有限公司

代表人签字：



泰安市国有资产经营有限公司

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020681

Shangdong Taihe Dongxing Co., Ltd.

2005 Annual Shareholder Meeting Resolution

On April 15, 2005, Shangdong Taihe Dongxing Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") called the 2005 annual shareholding meeting at the Ramada Hotel in Taian City. All the Company's shareholders have designated representative to attend the meeting, representing 155.625 million shares or 10.5% of the total shares which is in compliance with the relevant provisions un the <Company Law> and <The Company's Articles of Incorporation> and reached a quorum where resolutions shall be legal and effective. The meeting was chaired by the Company's Chairman Jia Tongchun. After full discussion, all shareholders present at the meeting agreed unanimously and reached the following resolutions:

1.  <Regarding the report on the Company's overall business in 2005 and plans for 2006>

    All shareholders carefully reviewed the <Report on the Company's overall business in 2005 and plans for 2006> and gave the Company full recognition for its work in 2005 and agree to the plan and arrangement for 2006.

2.  <Regarding the report on the Company's financial accounting for 2005 and financial budget for 2006>

    The shareholder meeting approved the <Report on the Company's financial accounting for 2005 and financial budget for 2006> prepared by the Company's Chief Accountant Mi Weiming. Main economic indicators achieved in 2005: principal business income RMB586.89 million, of which RMB584.33 million came from gypsum board or 99.56% of the total income. Income from the principal business increased by RMB111.35 million or 23.42% from the previous year. Gypsum board sales reached 155.45 million square meters, an increase of 24.05% from the previous year. Total profit reached RMB66.42 million, an increase of RMB34.47 million or 107.89%. After deducting RMB4.49 million in taxes and RMB4.29 million in minority interest, net profit reached RMB57.63 million, an increase of RMB39.72 million from the previous year or 221.83%.

Translation of TG 0020677

Major economic indicators for 2006: production and sales volume: Gypsum board 190 million square meters; revenues: RMB780.24 million, total profit: RMB65.29 million; income taxes: RMB5.29 million; net profit: RMB60 million. Prices for gypsum board of all different brands on average increased 5% from the previous year.

3.      <Regarding the proposal for the 2005 profit distribution>

According to report presented by Xinghua Certified Public Accountants in Beijing, in 2005, the Company's net profit came to RMB57628037.60, and after deducting the statutory surplus fund and public welfare fund, the Company's net profit available for distribution to shareholder came to RMB34445191.64. Since the Company is rapidly developing and is at the peak of its investment activity, all shareholder unanimously agreed to not distribute profit to the shareholder and use the funds instead in construction and production management.

4.      <Regarding the proposal to amend the Company's Articles of Incorporation>

All shareholders unanimously agreed that according to the provisions under the <Company Law>, to amend Article 107 and Article 119 of the Company's Articles of Incorporation as follows:

Article 107         The Company shall have a Board of Supervisors. The Board of Supervisors shall consist of three members with one member as the Supervisor Chairman. In the event the Supervisor Chairman shall be unable to perform his duties, the Chairman shall designate one Supervisor to perform his duties on his behalf.

Article 119         The Company's after-tax profit shall be distributed in the following order:
1.      To make up for prior year's loss;
2.      To set aside 10% statutory surplus fund;
3.      To set aside the discretionary surplus fund;
4.      To pay dividend to the shareholder.
In the event the Company's statutory surplus fund shall be more than 50% of the Company's registered capital, there shall be no need to set it aside again. After

Translation of TG 0020678

setting aside the statutory surplus fund, the shareholder meeting shall decide whether there is a need to set aside the discretionary surplus fund.  The Company shall not make dividend distribution to the shareholder before making up for the Company's loss and setting aside the statutory surplus fund.

5.    <Regarding the proposal on the Company's outside investment to open more factories>

(1)    To jointly construct a gypsum board project in Zhejiang Province Wenzhou City Panshi Town with an annual capacity of 30 million square meters (the designed production capacity of 25 million square meters/year) primarily using the desulfurized gypsum from the power plant and the major market is the southeastern region surrounding Wenzhou City.  Land will be provided by the joint venture partner Wenzhou power plant and shall be leased by the joint venture company.  The milling system shall be invested by the power plant and we shall be responsible for the operational management.  The board manufacturing system shall be jointly invested by both parties.  It is planned that the investment will be RMB50 million, registered capital will be RMB15 million where Taihe will account for 70% and Wenzhou will account for 30%.

(2)    To construct a gypsum board project in Shaangxi province Weinan City Lingzi District with annual capacity of 20 million square meters.  The Foster production line will be moved form Xuzhou and will be primarily using the local desulfurized gypsum and phosphoric gypsum and change the dryer to 8 from 6 levels or make it longer if appropriate.  The market for the product will be Shaangxi, Gangsu, Ningxia, Inner Mongolia, Qinghai, Henan etc.  Land should be 100 acres (considering a two-stage construction).  The planned investment will be RMB50 million and Taihe will account for 80% of the registered capital and Beixin Building Material will account for 20%.

(3)    To continue site selection for the new project, and considering locations such as Liaoning Yingkou, Guangdong, Zhenzhou, Hefei  etc.  To select a good location to build a factory.

6.    <Regarding the proposal to increase the registered capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd.>

To raise construction and development capital, all shareholders unanimously agreed to grant the finance department's request to increase capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd.  Between the two companies, Beixin Group Building Material Co., Ltd. has increased its stake to 20% as follows:

Translation of TG 0020679

(1)    Increase in capital investment in Jiangjing Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB13.75 million. Of which, Taihe has converted the RMB11 million capital surplus into capital. Beixin Group Building Material Co., Ltd. again invested RMB2.75 million, so that the total capital reached RMB28.75 million where Taihe's investment reached RMB23 million or 80% of the registered capital, and Beixin Group Building Material Co., Ltd.'s investment reached RMB5.75 million or 20% of the registered capital. The percentage of the original share ownership stays the same.

(2)    Increase in capital in Hubei Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB23 million. Of which, Beixin Group Building Material Co., Ltd. again invested RMB6.85 million with Taihe's RMB16.15 million for the total capital to reach RMB38 million. Of which, Taihe's investment totaled RMB30.4 million and its share ownership percentage dropped from 95% to 80% of the registered capital. Beixin Group Building Material Co., Ltd.'s investment totaled RMB7.6 million and its shareholding percentage increased from 5% to 20%.

7.    <Regarding the proposal for Beixin Group Building Material Co., Ltd. to increase the amount of loan guarantee to Taihe>

To ensure that funds are available for the project construction and production management, all shareholders agreed that the Company shall obtain loan financing from financial institutions. Beixin Group Building Material Co., Ltd. has agreed in principle to keep the original loan guarantee of RMB100 million, and it will appropriately increase new loan guarantee to RMB100 million or to coordinate and resolve the matter in an appropriate manner. Taihe's other shareholders agreed to provide counter guarantee to Beixin Group Building Material Co., Ltd. (or China Building Material Co., Ltd.) under a <Guarantee Contract>. Other shareholders' individual counter-guarantee responsibility: an amount equal to its share ownership percentage in Taihe multiplied by the actual payment amount (including but not limited to the principal and interest) by Beixin Group Building Material Co., Ltd.'s (or China Building Material Co., Ltd.) performance under the <Guarantee Contract>.

April 15, 2006

Translation of TG 0020680

There is no text on this page.  This is the shareholders' signature page for the Shangdong Taihe Dongxing Co., Ltd. Articles of Incorporation

Beixin Group Building Material Co., Ltd.
Signature by the Representative:  [Signature - illegible]
[Seal - Beixin Group Building Material Co., Ltd.]

Taian City National Asset Management Co., Ltd.
Signature by the Representative:  [Signature - Xu [illegible]]
[Seal - Taian City National Asset Management Co., Ltd.]

Taian City Anxin Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature Jia Tongchun]
[Seal - Taian City Anxin Investment & Trading Co., Ltd.]

Taian City Donglian Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature – Wan [illegible]]
[Seal - Taian City Donglian Investment & Trading Co., Ltd.]

Jia Tongchun (signature)   Jia Tongchun

April 25, 2005

23

Translation of TG 0020681

# 泰安市泰山纸面石膏板有限公司章程

为适应社会主义市场经济的要求，发展生产力，依据《中华人民共和国公司法》（以下简称《公司法》）及其他有关法律、行政法规的规定，由山东泰和东新股份有限公司出资设立泰安市泰山纸面石膏板有限公司，特于2006年2月制订本章程。本章程如与国家法律、法规相抵触的，以国家法律、法规为准。

## 第一章  公司名称和住所

第一条    公司名称：泰安市泰山纸面石膏板有限公司（以下简称"公司"）

第二条    公司住所：泰安市岱岳区大汶口

## 第二章  公司经营范围、期限

第三条    公司经营范围：

纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。

第四条    公司经营期限为三十年，从《企业法人营业执照》签发之日起计算。

## 第三章  公司注册资本

第五条    公司注册资本：人民币 1500 万元

公司增加或减少注册资本，必须由股东通过并作出决议。公司减少注册资本还应当自作出减少注册资本决议之日起十日内通知债权人，并于三十日内在报纸上公告。公司变更注册资本应依法向登记机关办理变更登记手续。

## 第四章  公司股东名称、出资方式和出资额

第六条    股东名称、出资方式和出资额如下：

山东泰和东新股份有限公司出资 1500 万元，占注册资本的 100%；

出资方式：货币

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

12

第七条  公司成立后，应向股东签发出资证明书。

出资证明书应当载明下列事项：

（一）公司名称；

（二）公司成立日期；

（三）公司注册资本；

（四）股东的姓名或者名称、缴纳的出资额和出资日期；

（五）出资证明书的编号和核发日期。

出资证明书由公司盖章。

## 第五章 股东的权利和义务

第八条  股东享有如下权利：

（一）决定本章程第十二条规定的事项；

（二）了解公司经营状况和财务状况；

（三）委派董事会成员和监事；

（四）按照实缴的出资比例分取红利；

（五）公司新增资本时，股东有权优先按照出资比例认缴出资；

（六）公司终止后，依法分得公司的剩余财产；

（七）查阅、复制公司章程、董事会会议决议、监事决议和财务会计报告；

（八）法律、法规规定的其他权利。

第九条  股东承担以下义务：

（一）遵守公司章程；

（二）按期缴纳所认缴的出资；

（三）在公司办理登记注册手续后，股东不得抽回投资；

（四）法律、法规规定的其他义务。

## 第六章  股东转让出资的条件

第十条  股东可以向股东以外的人转让其部分或全部出资。

第十一条　股东依法转让其出资后，由公司将受让人的名称、住所以及受让的出资额记载于股东名册。

### 第七章　公司的机构及其产生办法、职权、议事规则

第十二条　公司不设股东，股东是公司的权力机构，行使下列职权：

（一）决定公司的经营方针和投资计划；

（二）委派、更换董事、监事，决定有关董事、监事的报酬事项；

（三）审议批准董事会的报告；

（四）审议批准监事的报告；

（五）审议批准公司的年度财务预算方案、决算方案；

（六）审议批准公司的利润分配方案和弥补亏损方案；

（七）对公司增加或者减少注册资本作出决议；

（八）对发行公司债券作出决议；

（九）对公司合并、分立、解散、清算或者变更公司形式作出决议；

（十）修改公司章程；

（十一）公司向其他企业投资或者为他人提供担保；

（十二）公司章程规定的其他职权。

第十三条　股东作出本章程第十二条所列决定时，应当采用书面形式，并由股东签名后置备于公司。

第十四条　公司设立董事会，成员为3人，由股东委派。董事任期3年，任期届满，经股东继续委派，可以连任。

董事任期届满未及时重新委派，或者董事在任期内辞职导致董事会成员低于法定人数的，在重新委派新的董事就任前，原董事仍应当依照法律、行政法规和公司章程的规定，履行董事职务。

董事会行使下列职权：

（一）向股东报告工作；

（二）执行股东的决议；

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本以及发行公司债券的方案；

（七）制订公司合并、分立、解散或者变更公司形式的方案；

（八）决定公司内部管理机构的设置；

（九）决定聘任或者解聘公司经理及其报酬事项，并根据经理的提名决定聘任或者解聘公司副经理、财务负责人及其报酬事项；

（十）制定公司的基本管理制度；

（十一）公司章程规定的其他职权。

第十五条　董事会会议由董事长召集和主持；董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事召集和主持。

董事会每年至少召开一次会议。董事长应于董事会会议召开前十天，书面通知全体董事会议的时间、地点和主要议题。

第十六条　董事会应在出现任何一种下列情况之日后的五日内召开董事会临时会议：

（一）董事长认为必要时；

（二）三分之一以上董事提议时；

（三）监事提议时。

第十七条　董事会必须有三分之二以上（含三分之二）董事出席方为有效，董事因故不能亲自出席董事会会议时，必须书面委托其他董事参加，由被委托人履行委托书中载明的权力。对所议事项作出的决定应由占全体董事三分之二以上（含三分之二）的董事表决通过方为有效，并应作成会议记录，应当由出席会议的董事或董事委托的其他董事在会议记录上签名。

第十八条　董事会设董事长一人，由董事会选举产生。任期三年，任期届满，可连选连任。

第十九条　公司设经理一名，由董事会聘任或解聘，经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，组织实施董事会决议；

（二）组织实施公司年度经营计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制定公司的具体规章；

（六）提请聘任或者解聘公司副经理、财务负责人；

（七）决定聘任或者解聘除应由董事会决定聘任或者解聘以外的负责管理人员；

（八）董事会授予的其他职权。

经理列席董事会会议。

第二十条　公司设监事一人，由股东委派。监事任期每届 3 年，任期届满，经股东继续委派，可以连任。

监事任期届满未及时重新委派，或者监事在任期内辞职，在重新委派新的监事就任前，原监事仍应当依照法律、行政法规和公司章程的规定，履行监事职务。

第二十一条　监事行使下列职权：

（一）检查公司财务；

（二）对董事、高级管理人员执行公司职务的行为进行监督，对违反法律、行政法规、公司章程或者股东决议的董事、高级管理人员提出罢免的建议；

（三）当董事、高级管理人员的行为损害公司的利益时，要求董事、高级管理人员予以纠正；

（四）向股东会议提出提案；

（五）依照《公司法》第一百五十二条的规定，对董事、高级管理人员

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

提起诉讼。

第二十二条 监事可以列席董事会会议，并对董事会决议事项提出质询或者建议。

监事发现公司经营情况异常，可以进行调查；必要时，可以聘请会计师事务所等协助其工作，费用由公司承担。

第二十三条 公司董事、经理、财务负责人不得兼任公司监事。

## 第八章 公司的法定代表人

第二十四条 董事长为公司的法定代表人，任期为三年，由董事会选举产生和罢免，任期届满，可连选连任。

第二十五条 董事长行使下列职权：

（一）负责召集和主持董事会，检查董事会的落实情况，并向股东和董事会报告工作；

（二）执行股东的决议和董事会决议；

（三）代表公司签署有关文件；

（四）提名公司经理人选，交董事会任免；

（五）在发生战争、特大自然灾害等紧急情况下，对公司事务行使特别表决权和处置权，但这类表决权和处置权须符合公司利益，并在事后向股东和董事会报告。

## 第九章 财务、会计及利润分配

第二十六条 公司应当依照法律、行政法规和国务院财政部门的规定建立本公司的财务、会计制度。

第二十七条 公司应当在每一会计年度终了时编制财务会计报告，并依法经会计师事务所审计。

公司应当于第二年公历三月三十一日前将财务会计报告送交股东。

公司利润分配按照《公司法》及有关法律、法规，国务院财政主管部门的规定执行。

6

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

## 第十章　公司的解散事由与清算办法

第二十八条　公司有下列情形之一的，可以解散：

（一）公司章程规定的营业期限届满或者公司章程规定的其他解散事由出现；

（二）股东决议解散；

（三）因公司合并或者分立需要解散；

（四）依法被吊销营业执照、责令关闭或者被撤销；

（五）人民法院依照《公司法》第一百八十三条的规定予以解散。

公司有上述（一）项情形的，可以通过修改公司章程而存续。

第二十九条　公司解散时，应依《《公司法》》的规定成立清算组对公司进行清算。清算结束后，清算组应当制作清算报告，报股东确认，并报送公司登记机关，申请注销公司登记，公告公司终止。

## 第十一章　股东认为需要规定的其他事项

第三十条　公司根据需要或涉及公司登记事项变更的可修改公司章程，修改后的公司章程不得与法律、法规相抵触，修改公司章程应由股东通过。修改后的公司章程应送原公司登记机关备案，涉及变更登记事项的，同时应向公司登记机关做变更登记。

第三十一条　公司章程的解释权归属于股东。

第三十二条　公司登记事项以公司登记机关核定的为准。

第三十三条　本章程经出资人订立，自公司设立之日起生效。

第三十四条　本章程一式三份，股东留存一份，公司留存一份并报公司登记机关备案一份。

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020823

（此页无正文）

股东签字：



山东泰和东新股份有限公司

法定代表人

二〇〇六年二月十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Articles of Association of Tai'an Taishan Gypsum Board Co., Ltd.

To meet the demand of socialist market economy and based on the regulations of Company Law of the People's Republic of China (hereinafter referred to as "Company Law") and other laws and administrative regulations, Shandong Taihe Dongxin Co., Ltd. contributed to set up Tai'an Taishan Gypsum Board Co., Ltd., hereby the Articles of Association were made in February, 2006. In case the Articles of Association conflict with national laws and regulations, the latter shall prevail.

## Chapter 1 Name of the Company and Its Location

Article 1 Name of the Company: Tai'an Taishan Gypsum Board Co., Ltd. (hereinafter referred to as "Company")

Article 2 Location of the Company: Dawenkou Daiyue District, Tai'an City

## Chapter 2 Business Scope and Duration of the Company

Article 3 Business Scope of the Company:

The manufacturing and sales of gypsum boards, plaster products, lightgage steel joints, new building materials, decoration materials.

Article 4 Duration of the Company is thirty (30) years and shall start from the date on which the *Business License of the Corporation* is issued.

## Chapter 3 Registered Capital of the Company

Article 5 Registered Capital of the Company is RMB 15 million yuan.

The increase or reduction of registered capital of the Company shall be determined by the Shareholder after resolution. When reducing registered capital, the Company shall notify creditors of such reduction within ten (10) day upon the resolution and shall make announcement on newspapers within thirty (30) days. When modifying registered capital of the Company, it shall go through modification formalities with the registration authority.

## Chapter 4 Name of the Shareholder, Mode of  Capital Contribution and Amount of Capital Contribution

Article 6 Name of the Shareholder, Mode of Capital Contribution and Amount of Capital Contribution are as follows:

Shandong Taihe Dongxin Co., Ltd. makes capital contribution of RMB 15 million yuan, accounting for 100% of the total registered capital.

Mode of capital contribution:  Money

1

Translation of TG 0020817

Article 7 After the establishment of the Company, capital contribution certificate shall be issued or reissued to the shareholder.

The capital contribution certificate shall contain the following matters:

(1) Name of the Company;

(2) Date on which the Company is established;

(3) Registered Capital of the Company;

(4) Name of the shareholder, the amount of capital subscribed and date on which the capital contribution is made; and

(5) Number and date of issuance of the capital contribution certificate.

The capital contribution certificate shall be sealed by the Company.

## Chapter 5 Rights and Obligations of the Shareholder

Article 8 The Shareholder shall have the following rights:

(1) To decide the matters stipulated in Article 12 of this Articles of Association;

(2) To be aware of the state of operation and financial situation;

(3) To appoint members of the Board of Directors and the Supervisor;

(4) To share dividend in proportion to the subscribed capital contribution;

(5) To subscribe capital contribution with priority in proportion to capital contribution when increasing capital;

(6) To share the remaining assets after the termination of the Company in accordance with laws;

(7) To consult and copy the Articles of Association, resolutions of Board meetings, resolutions of the Supervisor and financial statements; and

(8) To enjoy other rights stipulated by laws and regulations.

Article 9 The Shareholder shall undertake the following obligations:

(1) To abide by the Articles of Association of the Company;

(2) To make subscribed capital contribution on schedule;

(3) May not withdraw contributed capital after the Company goes through registration formalities; and

(8) To undertake other obligations stipulated by laws and regulations.

## Chapter 6 Conditions for the Shareholder to Transfer Contributed Capital

Article 10 The Shareholder may transfer all or part of its contributed capital to other persons other than the Shareholder.

Translation of TG 0020818

Article 11 After the Shareholder transfers its contributed capital pursuant to laws; the Company shall state the name and location of the transferee and the amount of transferred capital in the register of the Shareholder.

## Chapter 7 The Structure of the Company, Method for the Formation, Its powers and Rules of Procedure

Article 12 The Company does not have shareholder, which is the Company's organ of powers and shall exercise the following powers:

(1) To determine the Company's operational guidelines and investment plans;

(2) To appoint and replace Directors and the Supervisor and determine the matters relating to their remuneration;

(3) To deliberate and approve reports of the Board of Directors;

(4) To deliberate and approve reports of the Supervisor;

(5) To deliberate and approve annual financial budget plans and final account plans of the Company;

(6) To deliberate and approve profit distribution plans and loss recovery plans of the Company;

(7) To make resolution about the increase or reduction of the Company's registered capital;

(8) To make resolution about the issuance of the Company's bonds;

(9) To adopt resolutions about the merger, split-up, dissolution, liquidation or change of company form of the Company;

(10) To revise the Articles of Association of the Company;

(11) To provide guarantee for other corporate investors or others; and

(12) Other powers as specified by the Articles of Association.

Article 13 When the Shareholder makes decisions about the matters relating to Article 13 of the Articles of Association, it shall take written form and record in the Company after signed by the Shareholder.

Article 14 The Company shall have the Board of Directors, which shall have three (3) members appointed by the Shareholder. The term of office of the Directors shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office of the Directors or the Directors resign which renders the members of the Board of Director less than the quorum, the original Directors shall, before the newly appointed Directors assume their post, exercise their powers in accordance with laws, administrative regulations as well as the Articles of Association.

The Board of Directors shall exercise the following powers:

(1) To report the work to the Shareholder;

(2) To exercise the resolutions of the Shareholder;

3

Translation of TG 0020819

(3) To decide the business plans and investment plans of the Company;

(4) To formulate the annual financial budget plans and final plans of the Company;

(5) To formulate profit distribution plans and loss recovery plans of the Company;

(6) To make registered capital increase or reduction plans and bond issuance plans of the Company;

(7) To make plans for merger, split-up, dissolution or change of company form of the Company;

(8) To decide the establishment of internal management system;

(9) To decide the appointment or dismissal of the Company's manager and their remuneration, and decide the appointment or dismissal of the Company's deputy managers, chief financial officer and their remuneration in accordance with the nomination of the managers;

(10) To formulate basic management system of the Company; and

(11) Other powers as specified by the Articles of Association.

Article 15 The Chairman of the Board shall convene and preside over the Board meetings; in case he is unable to or fails to perform his functions, more than half of the Directors shall jointly recommend a Director to convene and preside over the meeting.

The Board of Directors shall convene at least one (1) meeting every year. The Chairman of the Board shall, ten (10) days before the Board meeting, notify all Directors of the time, place and agenda of the meeting in writing.

Article 16 The Board of Directors shall convene temporary Board meetings within five (5) days upon any of the following circumstances:

(1) When the Chairman of the Board deems it is necessary;

(2) When more than half of the Directors propose; or

(3) When the Supervisor proposes.

Article 17 A Board meeting is effective only over 2/3 of the Directors (including 2/3) attending the meeting; in case a Director fails to present the board meeting himself, he should issue a letter of attorney entrusting other person to attend the Board meeting and the attorney shall exercise the powers stated in the letter of attorney. The decisions on the matters deliberated shall be effective only over 2/3 of the Directors (including 2/3) voted. They shall be recorded as minutes and be signed by the Directors attending the meeting or other Directors entrusted by the Directors.

Article 18 The Board of Directors shall have one (1) Chairman, who shall be elected by the Board of Directors. The term of office of the Chairman shall be three (3) years, and the term may be renewed if continuously elected by the Board of Directors.

4

Translation of TG 0020820

Article 19 The Company shall have one (1) General Manager, who shall be appointed or dismissed by the Board of Directors. The General Manager shall be responsible for the Board of Directors and exercise the following powers:

(1) To be in charge of production and operation management of the Company, and carry out resolutions of the Board of Directors;

(2) To organize the Company to implement annual operation plans and investment plans;

(3) To formulate plans of internal management system of the Company;

(4) To formulate basic management system of the Company;

(5) To formulate specific rules of the Company;

(6) To employ or dismiss deputy managers and chief financial officer of the Company;

(7) To decide to employ or dismiss executives other than the personnel being employed or dismissed by the Board of Directors; and

(8) Other powers granted by the Board of Directors. The managers shall attend the Board meetings.

Article 20 The Company shall have one (1) Supervisor, who shall be appointed by the Shareholder. The term of office of the Supervisor shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office or the Supervisor resigns, the original Supervisor shall, before the newly appointed supervisor assumes his post, perform his functions in accordance with the stipulations of laws, administrative regulations and the Articles of Association.

Article 21 The Supervisor shall exercise the following powers:

(1) To check the Company's finance;

(2) To supervise the performance of the Directors and senior executives in exercising their powers, and propose to remove the directors and senior executives who violate laws, administrative regulations, the Articles of Association of the Company or the resolutions of the Board of Directors;

(3) To demand the Directors and senior executives to rectify their behavior when they damage the interests of the Company;

(4) To put forward proposals for the Shareholder; and

(5) To file lawsuit against the Directors and senior executives in accordance with the stipulations in Article 152 of the Company Law.

5

Translation of TG 0020821

Article 22 The Supervisor may attend the Board meetings and propose inquiry or suggestion relating to the resolutions adopted by the Board meetings.

In case the Supervisor finds any abnormality in the operation of the Company, he may conduct investigation; if necessary, he may engage accounting firms to assist his work, and the Company shall bear all the expenses.

Article 23 Any Director, manager or chief financial officer may not concurrently hold the position of supervisor of the Company.

## Chapter 8 Legal Representative of the Company

Article 24 The Chairman of the Board shall be the legal representative of the Company with three (3) years of term of office. The Board of Directors shall elect and remove the Chairman of the Board and if the term of office expires, the Chairman can be continuously elected.

Article 25 The Chairman shall exercise the following powers:

(1) To be responsible for convening and presiding over the Board meetings, check the implementation of the work and report the work to the Shareholder and the Board of Directors;

(2) To carry out resolutions of the Shareholder and the Board of Directors;

(3) To sign relevant documents on behalf of the Company;

(4) To recommend candidates for managers to the Board of Directors; and

(5) To exercise special rights of adjudication and disposition under emergencies such as wars, serious natural calamities, provided that such rights of adjudication and disposition must comply with the interests of the Company and be reported to the Shareholder and the Board of Directors.

## Chapter 9 Finance, Accounting and Distribution of Profits

Article 26 The Company shall establish its financial and accounting systems in accordance with the stipulations of laws, administrative regulations and financial departments of the State Council.

Article 27 The Company shall make financial accounting reports at the end of every accounting year and have them audited by accounting firms in accordance with laws.

The Company shall submit the financial accounting reports to the Shareholder before March, 31 of the next calendar year.

The distribution of profits of the Company shall be carried out in accordance with the stipulations of the Company Law, relevant laws and regulations and the financial departments of the State Council.

6

Translation of TG 0020822

## Chapter 10 Matters Relating to Dissolution of the Company and the Methods for Liquidation

Article 28 The Company may dissolve under any of the following circumstances:

(1) The expiration of the business term stipulated in the Articles of Association of the Company or the occurrence of other matters leading to the dissolution of the Company stipulated in the Articles of Association;

(2) The resolution on dissolution by the Shareholder;

(3) The dissolution required by merger and split-up of the Company;

(4) The revocation of business license pursuant to law, the order to close or repeal the Company; or

(5) The dissolution by the people's court in accordance with the stipulations of Article 183 of the Company Law.

Should any of the aforesaid circumstances exist, the Company may continue to exist by revising the Articles of Association.

Article 29 When in dissolution, the Company shall set up liquidation team to liquidate the Company in accordance with the stipulations of the Company Law. Upon liquidation, the liquidation team shall make liquidation report, and submit it to the Shareholder for confirmation and the registration body of the Company to apply for cancellation of the Company to announce the termination of the Company.

## Chapter 11 Other matters need to be stipulated by the Shareholder

Article 30 The Company may modify the Articles of Association in accordance with its need or involving the change of its registration. The modified articles of association may not conflict with laws and regulations and shall be subject to the approval of the Shareholder. The modified articles of association shall be submitted to the original company's registration body for record, and matters concerning the changes of registration shall be registered with the Company's registration body.

Article 31 The interpretation of the Articles of Association of the Company shall be subject to the Shareholder.

Article 32 The registration matters of the Company shall be subject to the confirmation of the Company's registration body.

Article 33 The Articles of Association is formulated by the capital contributor and shall come into force as of the date on which they are formulated.

Article 34 The Articles of Association shall be in three (3) copies with one (1) copy for the Shareholder, one (1) copy for the Company and one (1) copy for the registration body of the Company.

Translation of TG 0020823

(This page is blank, it is for the signature of Tai'an Taishan Gypsum Board Co., Ltd.)

Signature of the Shareholder:

Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. (Seal)

Legal Representative: Jia Tongchun

June 20, 2006

8

Translation of TG 0020824



# 泰安市泰山纸面石膏板有限公司

# 验 资 报 告

### 泰众诚审验字(2006)第 020 号

泰安众诚有限责任会计师事务所

二〇〇六年二月十三日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020833

泰安市泰山纸面石膏板有限公司验资报告

36

# 验 资 报 告

泰众诚审验字（2006）020 号

**泰安市泰山纸面石膏板有限公司（筹）全体股东：**



我们接受委托，审验了贵公司（筹）截至 2006 年 2 月 10 日止申请设立登记的注册资本的实收情况。按照国家相关法律、法规的规定和协议、章程的要求出资，提供真实、合法、完整的验资资料，保护资产的安全、完整是全体股东及贵公司（筹）的责任。我们的责任是对贵公司（筹）注册资本的实收情况发表审验意见。我们的审验是依据《独立审计实务公告第 1 号——验资》进行的。在审验过程中，我们结合贵公司（筹）的实际情况实施了检查等必要的审验程序。

根据有关协议、章程的规定，贵公司（筹）申请登记的注册资本为人民币 1 500 万元，由股东山东泰和东新股份有限公司于 2006 年 2 月 10 日之前缴足。经我们审验，截至 2006 年 2 月 10 日止，贵公司（筹）已收到股东缴纳的注册资本合计人民币 1 500 万元整，以货币出资。

本验资报告供贵公司（筹）申请设立登记及据以向全体股东签发出资证明时使用，不应将其视为是对贵公司（筹）验资报告日后资本保全、偿债能力和持续经营能力等的保

1

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020834

泰安市泰山机器石膏板有限公司验资报告



证。因使用本报告不当造成的后果，与执行本验资业务的注
册会计师及会计师事务所无关。

附件1、　注册资本实收情况明细表

附件2、　验资事项说明

　　　中国注册会计师：

电话：8214434　　　　　　中国注册会计师：

地址：泰安迎暄大街24号　　　　2006 年 2 月 13 日

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Taian Taishan Gypsum Co., Ltd.

# Capital Verification Report

### Taian Zhongcheng Yan Zi No. 020 (2006)

### Taian Zhongcheng Certified Public Accounting Firm

### February 13, 2006

Translation of TG 0020833

# Capital Verification Report

**Taian Zhongcheng Testing No. 020 (2006)**

## All Shareholders of Taian Taishan Gypsum Co., Ltd. (in preparation period):

We have been commissioned to conduct a verification of the paid-in capital to be applied for registration by Taian Taishan Gypsum Co., Ltd. (in preparation period) (hereinafter, the "Company"), as of February 10, 2006. In accordance with the provisions of applicable laws and regulations and the funding requirements of related agreements and the Articles of Association, it is the responsibility of the Company and its shareholders to provide true, legitimate information concerning capital verification, and to ensure the security and integrity of the Company's assets. Our responsibility is to issue a verification opinion as to the Company's paid-in registered capital. Our verification is in accordance with the *Statement of Independent Auditing Practices No.1: Verification of Capital Contribution.* Over the course of the verification process, we have carried out the necessary audit and verification procedures in light of the Company's actual circumstances.

As set forth in related agreements and provisions of the Articles of Association, the registered capital of the Company in application for its registration is RMB 15,000,000, which shall be fully invested by Shandong Taihe Dongxin Co., Ltd. (hereinafter, "Taihe Dongxin") prior to February 10, 2006. Based on our verification, the Company is already in receipt of the total amount of registration capital of RMB 15,000,000 invested and paid-in by Taihe Dongxin in cash.

This capital verification report shall be used for the Company to apply for registration and issue capital contribution certificates to all of its shareholders, and shall not be regarded as a guarantee of the Company's capital maintenance, solvency or subsequent management ability. Any and all adverse consequences resulting from

Translation of TG 0020834

improper use of this report shall be immaterial to the Certified Public Accountants and accounting firm conducting this capital verification.

  Attachment 1.   Detailed Information of Paid-In Registered Capital

  Attachment 2.   Explanation of Verification Issues

Taian Zhongcheng CPA Firm [*seal*]    China Certified Public Accountant: [*seal*]

Telephone: 8214434       China Certified Public Accountant: [*seal*]

Address: No. 24 Yingxuan Avenue, Taian    February 13, 2006

Translation of TG 0020835

# 企业法人营业执照

名　　称　[illegible]

住　　所　[illegible]

法定代表人　赵建杰

注册资本　[illegible]万元

企业类型　[illegible]（有限责任公司）

经营范围　[illegible]

注册号　370300[illegible]

成立日期　一九九九年十二月三十日

登记机关　[illegible]

营业期限　自[illegible]至[illegible]

（43）

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020841

泰安市泰山热压石膏板有限公司验资报告

# 验 资 报 告

泰众诚审验字（2006）第 137 号

**泰安市泰山纸面石膏板有限公司：** 

　　我们接受委托，审验了贵公司截至 2006 年 6 月 22 日止新增注册资本实收情况。按照国家相关法律、法规的规定和协议、章程的要求出资，提供真实、合法、完整的验资资料，保护资产的安全、完整是全体股东及贵公司的责任。我们的责任是对贵公司新增注册资本的实收情况发表审验意见。我们的审验是依据《独立审计实务公告第 1 号—验资》进行的。在审验过程中，我们结合贵公司的实际情况，实施了检查等必要的审验程序。

　　贵公司原注册资本为人民币 1,500 万元，根据贵公司股东会决议和修改后章程的规定，申请增加注册资本人民币 700 万元，由山东泰和东新股份有限公司于 2006 年 6 月 22 日前缴足，变更后的注册资本为人民币 2,200 万元。经我们审验，截至 2006 年 6 月 22 日止，贵公司已收到山东泰和东新股份有限公司投入的新增资本人民币 723.49 万元，其中注册资本人民币 700 万元，资本公积人民币 23.49 万元，全部为实物资产。货币出资占本次出资注册资本的比例为 0。

　　同时我们注意到，贵公司本次增资前的注册资本为人民币 1,500 万元，已经泰安众诚有限责任会计师事务所审验，并于 2006 年 2 月 13 日出具泰众诚审验字（2006）第 020 号验资报告。截至 2006 年 6 月 22 日止，变更后的累计注册资本为人民币 2,200 万元。

1

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020846

泰安市泰山鹏飞石膏板有限公司验资报告

本验资报告仅供贵公司申请变更登记及据以向股东签发出资证明时使用，不应将其视为是对贵公司验资报告日后资本保全、偿债能力和持续经营能力等的保证。因使用不当造成的后果，与执行本验资业务的注册会计师及会计师事务所无关。

附件1、注册资本变更情况明细表

　　（1）新增注册资本实收情况明细表（表1）

　　（2）注册资本变更前后对照表（表2）

　　2、验资事项说明



泰安众诚有限责任会计师事务所　　中国注册会计师：

电话：8214434

地址：泰安迎暄大街24号　　2006 年 6 月 22 日

中国注册会计师：

2

TG 0020847

# 商标使用授权书

泰安市泰山纸面石膏板有限公司：

　　经研究决定，同意你公司使用山东泰和东新股份有限公司注册的"泰山牌"等商标，使用期限暂定五年。

　　特此授权！



山东泰和东新股份有限公司

二〇〇六年二月二十日

TG 0025412

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Trademark Use Authorization

Taian Taishan Gypsum Board Co., Ltd.:

   Upon review it has been decided to approve your company's use of all trademarks in connection with the "Taishan brand" registered by Shandong Taihe Dongxin Co., Ltd. for a period of use tentatively set at five years.

   It is hereby authorized!


                                        Shandong Taihe Dongxin Co., Ltd.

                                        February 20, 2006

                                 [seal: *Shandong Taihe Dongxin Co., Ltd.*]

# 出 售 协 议

甲方：　泰安市泰山纸面石膏板有限公司

乙方：　山东泰和东新股份有限公司

　　　根据国家有关法律法规，就甲方购买乙方纸面石膏板设备事宜协商一致，签订本合同，以共同信守执行。

　　　第一条：乙方将原工业园使用的两条年产 2000 万平方米的纸面石膏板生产线及附属设备出售给甲方（设备明细见合同附件《设备出售清单》），购买设备款总计为人民币 35,727,650.75 元（大写：叁仟伍佰柒拾贰万柒仟陆佰伍拾柒元柒角伍分）。

　　　第二条：付款方式与时间：本合同签订后，甲方需在三个月内缴清。

　　　第三条：《设备出售清单》中所列设备均按现况出售，于合同生效后十日内交付。

　　　第四条：本合同经甲乙双方签字盖章之日起生效，共同信守。若其中一方违约，则由违约方按成交总额的 10%付给对方违约金。

　　　第五条：本合同未尽事宜，由甲乙双方协商解决。本合同一式四份，甲、乙双方各持两份，经双方签字盖章后生效。

出卖方：山东泰和东新股份有限公司　　　　购买方：泰安市泰山纸面石膏板有限公司

代表人：　　　　　　　　　　　　　　　代表人：

签约日期：2006 年 2 月 20 日

TG 0025413

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Purchase and Sale Agreement

Party A:    Taian Taishan Gypsum Board Co., Ltd.

Party B:    Shandong Taihe Dongxin Co., Ltd.

In accordance with applicable national laws and regulations, and on the basis of mutual consensus concerning Party A's purchase of gypsum board equipment from Party B, the parties hereby enter into the following agreement which shall be binding on both parties.

Article 1: Party B shall sell to Party A two pieces of production line and auxiliary equipment used to produce 20 million square meters of gypsum board per year for use in the Industrial Park (for equipment details, see Appendix entitled *List of Equipment to be Sold*), for a total purchase price of RMB 35,727,650.75 *yuan* (thirty-five billion seven-hundred twenty-seven million six hundred fifty *yuan* seven *jiao* five *fen*).

Article 2: Payment method and timing: Party A shall make payment in full within three (3) months of the execution of this agreement.

Article 3:  The equipment set forth in the *List of Equipment to be Sold* shall be sold "as is," and delivered within ten (10) days of the effective date of this agreement.

Article 4:  This agreement shall be effective and binding upon the signature and seal of both parties. In the event of breach, the breaching party shall pay the non-breaching party liquidated damages equal to 10% of the total amount of the transaction.

Article 5:  Matters not addressed in this agreement shall be resolved through mutual consultation by and between the parties. This agreement shall be executed in four (4) original copies, two for each party, and shall be effective upon the signature and seal of both parties.

Seller: Shandong Taihe Dongxin Co., Ltd.         Buyer: Taian Taishan Gypsum Board Co., Ltd.
[seal: *Shandong Taihe Dongxin Co., Ltd.*]        [seal: *Taian Taishan Gypsum Board Co., Ltd.*]

Representative: [*signature*]                    Representative: [*signature*]

Date of Signature:  February 20, 2006

# 出 售 协 议

出卖方：泰安市泰山纸面石膏板有限公司（以下简称甲方）

购买方：泰山石膏股份有限公司　　　　（以下简称乙方）

　　　根据国家有关法律法规，就乙方购买甲方纸面石膏板设备事宜协商一致，签订本协议，以共同信守执行。

　　　第一条：甲方将原自行使用的两条年产 2000 万平方米的纸面石膏板生产线及附属设备出售给乙方(设备明细见协议附件《设备出售清单》)，购买设备款总计为人民币 31453579.80 元（大写：叁仟壹佰肆拾伍万叁仟伍佰柒拾玖元捌角整）

　　　第二条：付款方式与时间：本协议签订后，乙方需在半年内缴清购买设备款。

　　　第三条：《设备出售清单》中所列设备均按现状出售，于协议生效十日内交付。

　　　第四条：本协议经甲乙双方签字盖章之日起生效，本协议一式四份，甲、乙双方各持两份，共同信守。若其中一方违约，则由违约方按成交总额的 10%付给对方违约金。

　　　第五条：本协议未尽事宜，有甲乙双方协商解决。

出卖方：泰安市泰山纸面石膏板有限公司　　　　购买方：泰山石膏股份有限公司

法定代表人签章：　　　　　　　　　　　　　　法定代表人签章：

签约日期：2008 年 1 月 1 日

TG0025414

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Purchase and Sale Agreement

Seller:    Taian Taishan Gypsum Board Co., Ltd. (hereinafter referred to as "Party A")

Buyer:    Taishan Gypsum Co., Ltd. (hereinafter referred to as "Party B")

In accordance with applicable national laws and regulations, and on the basis of mutual consensus concerning Party B's purchase of gypsum board equipment from Party A, the parties hereby enter into this agreement which shall be binding on both parties.

Article 1:  Party A shall sell to Party B two pieces of production line and auxiliary equipment used to produce 20 million square meters of gypsum board per year for its own use (for equipment details, see Appendix entitled *List of Equipment to be Sold*), for a total purchase price of RMB 31,453,579.80 *yuan* (thirty-one billion four hundred fifty-three million five hundred seventy-nine *yuan* eight *jiao*).

Article 2:  Payment method and timing: Party B shall pay the total cost of the equipment within six (6) months of the execution of this agreement.

Article 3:  The equipment set forth in the *List of Equipment to be Sold* shall be sold "as is," and delivered within ten (10) days of the effective date of this agreement.

Article 4:  This agreement shall be effective upon the signature and seal of both parties, and shall be executed in four (4) original copies, two for each party. In the event of breach, the breaching party shall pay the non-breaching party liquidated damages equal to 10% of the total amount of the transaction.

Article 5:  Matters not addressed in the agreement shall be resolved through mutual consultation by and between the parties.

Seller: Taian Taishan Gypsum Board Co., Ltd.          Buyer: Taishan Gypsum Co., Ltd.
[seal: *Taian Taishan Gypsum Board Co., Ltd.*]          [seal: *Taishan Gypsum Co., Ltd.*]

Signature/Seal of Legal Representative: [*seal*]    Signature/Seal of Legal Representative: [*seal*]

Date of Signature:  January 1, 2008

TG 0025414