**From:** Statman, Eric
**Sent:** Wednesday, March 23, 2011 2:39 PM
**To:** 'Lenny Davis'; Spano, Frank T.; 'rcs@stanleyreuter.com'
**Cc:** 'khardt@snllaw.com'; 'alevin@lfsblaw.com'; 'Russ Herman'; 'FLonger@lfsblaw.com'; 'MGaughan@lfsblaw.com'; 'tpo@stanleyreuter.com'; 'JiaSalkyM@gtlaw.com'; 'robertb@hollis-wright.com'; 'mclark@shergarner.com'; 'ecabraser@lchb.com'; 'keithb@beltlawfirm.com'; 'mporter@maynardcooper.com'; Lindsay, Alvin F.; 'BASSH@gtlaw.com'; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; 'CSeeger@seegerweiss.com'; 'Ervin@colson.com'; 'patrick@colson.com'; 'jrr@lumpkinreeves.com'; 'andrei@va-law.org'; 'JGrand@seegerweiss.com'; 'MNanavati@SNLLAW.COM'; 'Lillian Flemming'; 'jbslaughter@va-law.org'
**Subject:** RE: Taishan depositions

Lenny,
We informed you some months ago that the witnesses would be made available in the following order: Jia, April 4-5; Zhang, April 6-7, and Peng, April 8-9. During a conference call on February 18, we reiterated the schedule and, after some discussion, we agreed with you that Peng would be available mid-day on April 7, if Zhang's deposition were concluded early, and that we would try to maintain some flexibility with regard to Zhang if Jia concluded early. We have arranged our schedules, and the schedules of the witnesses, around these dates. For a variety of reasons, including visa and travel arrangements, we do not have any flexibility in regard to the order of the witnesses.

**Eric Statman**
Counsel

**Hogan Lovells US LLP**
875 Third Avenue
New York, NY 10022

Tel:      +1 212 918 3000
Direct:   +1 (212) 909-0609
Fax:      +1 212 918 3100
Email:    eric.statman@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Wednesday, March 23, 2011 1:24 PM
**To:** Spano, Frank T.; rcs@stanleyreuter.com; Statman, Eric
**Cc:** khardt@snllaw.com; alevin@lfsblaw.com; Russ Herman; FLonger@lfsblaw.com; MGaughan@lfsblaw.com; tpo@stanleyreuter.com; JiaSalkyM@gtlaw.com; robertb@hollis-wright.com; mclark@shergarner.com; ecabraser@lchb.com; keithb@beltlawfirm.com; mporter@maynardcooper.com; Lindsay, Alvin F.; BASSH@gtlaw.com; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com; Ervin@colson.com; patrick@colson.com; jrr@lumpkinreeves.com; andrei@va-law.org; JGrand@seegerweiss.com; MNanavati@SNLLAW.COM; Lillian Flemming; jbslaughter@va-law.org
**Subject:** RE: Taishan depositions

The psc would like to schedule the 3 designees in the following order:

5/10/2011

1) Zhang Jianchun, Director and General Manager of Board of Directors
2) Peng Wenlong (aka Frank Clem), Manager of Foreign Trade
3) Jia Tongchun, Chairman of the Board

We believe that this will save time and promote efficiency. We are concerned that mr clems deposition topics may take longer than one or both of the others and this way , if necessary, we can use the added or lesser time accordingly. Please advise if we can proceed in this order and if we are to finish one early that another witness will be able to begin so that we make the best use of time and continue to proceed with taking the deposition for the entire time frame. thanks

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Lenny Davis
**Sent:** Wednesday, March 16, 2011 12:54 PM
**To:** 'Spano, Frank T.'; 'rcs@stanleyreuter.com'; Statman, Eric
**Cc:** 'khardt@snllaw.com'; 'alevin@lfsblaw.com'; Russ Herman; 'FLonger@lfsblaw.com'; 'MGaughan@lfsblaw.com'; 'tpo@stanleyreuter.com'; 'JiaSalkyM@gtlaw.com'; 'robertb@hollis-wright.com'; 'mclark@shergarner.com'; 'ecabraser@lchb.com'; 'keithb@beltlawfirm.com'; 'mporter@maynardcooper.com'; Lindsay, Alvin F.; 'BASSH@gtlaw.com'; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; 'CSeeger@seegerweiss.com'; 'Ervin@colson.com'; 'patrick@colson.com'; 'jrr@lumpkinreeves.com'; 'andrei@va-law.org'; 'JGrand@seegerweiss.com'; 'MNanavati@SNLLAW.COM'; Lillian Flemming; 'jbslaughter@va-law.org'
**Subject:** RE: Taishan depositions

The psc has retained an interpreter and has secured a location for the deposition in Hong Kong commencing April 4. The location is secured for the entire 6 consecutive days of the deposition and we will be issuing a re-notice so that all are advised. The location is able to accommodate approximately 18 people and a speaker phone and internet access will be available so that the court reporter will be able to live stream the deposition. The following link is a map to the deposition location. Please circulate this to anyone who you deem needs to be aware.

http://maps.google.com/maps?f=q&source=s_q&hl=en&geocode=&q=central+building&aq=&sll=22.279149,114.178776&sspn=0.001832,-3A+Pedder+St,+Hong+Kong&ll=22.281676,114.157881&spn=0.001832,0.003484&z=19

5/10/2011

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Spano, Frank T. [mailto:frank.spano@hoganlovells.com]
**Sent:** Tuesday, February 22, 2011 1:21 PM
**To:** Lenny Davis; 'jbslaughter@va-law.org'; 'rcs@stanleyreuter.com'; Statman, Eric
**Cc:** 'khardt@snllaw.com'; 'alevin@lfsblaw.com'; Russ Herman; 'FLonger@lfsblaw.com'; 'MGaughan@lfsblaw.com'; 'tpo@stanleyreuter.com'; 'JiaSalkyM@gtlaw.com'; 'robertb@hollis-wright.com'; 'mclark@shergarner.com'; 'ecabraser@lchb.com'; 'keithb@beltlawfirm.com'; 'mporter@maynardcooper.com'; Lindsay, Alvin F.; 'BASSH@gtlaw.com'; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; 'CSeeger@seegerweiss.com'; 'Ervin@colson.com'; 'patrick@colson.com'; 'jrr@lumpkinreeves.com'; 'andrei@va-law.org'; 'JGrand@seegerweiss.com'; 'MNanavati@SNLLAW.COM'
**Subject:** Re: Taishan depositions

Lenny I am traveling this week and so is Eric. We will begin assembling the requested info in the meantime and should be able to respond sometime next week.

Under applicable Treasury Regulations we are required to inform you that any advice contained in this e mail or any attachment hereto is not intended or written to be used, and cannot be used, either (i) to avoid penalties imposed under the Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.

**From**: Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent**: Tuesday, February 22, 2011 12:43 PM
**To**: Spano, Frank T.; Brian Slaughter <jbslaughter@va-law.org>; Richard Stanley <rcs@stanleyreuter.com>; Statman, Eric
**Cc**: khardt@snllaw.com <khardt@snllaw.com>; alevin@lfsblaw.com <alevin@lfsblaw.com>; Russ Herman <RHERMAN@hhkc.com>; FLonger@lfsblaw.com <FLonger@lfsblaw.com>; MGaughan@lfsblaw.com <MGaughan@lfsblaw.com>; rcs@stanleyreuter.com <rcs@stanleyreuter.com>; tpo@stanleyreuter.com <tpo@stanleyreuter.com>; JiaSalkyM@gtlaw.com <JiaSalkyM@gtlaw.com>; robertb@hollis-wright.com <robertb@hollis-wright.com>; mclark@shergarner.com <mclark@shergarner.com>; ecabraser@lchb.com <ecabraser@lchb.com>; keithb@beltlawfirm.com <keithb@beltlawfirm.com>; mporter@maynardcooper.com <mporter@maynardcooper.com>; Lindsay, Alvin F.; Bass, Hilarie (Global Operating Shareholder) <BASSH@gtlaw.com>; Cyr, Joe; Colton, Lauren S.; Chen, Eugene; CSeeger@seegerweiss.com <CSeeger@seegerweiss.com>; Ervin@colson.com <Ervin@colson.com>; patrick@colson.com <patrick@colson.com>; jrr@lumpkinreeves.com <jrr@lumpkinreeves.com>; Andrei Bogos <andrei@va-law.org>; Seeger, Chris <CSeeger@seegerweiss.com>; Montoya, Patrick <patrick@colson.com>; JGrand@seegerweiss.com <JGrand@seegerweiss.com>; Mark C. Nanavati <MNanavati@SNLLAW.COM>
**Subject**: RE: Taishan depositions

5/10/2011

As you know Judge Fallon suggested that we request information from you when we believed it would assist in moving things along in an efficient manner. We are thereby asking for the following. If we can get this as soon as possible that would be very beneficial. thanks

1) For each corporate representative identified to testify on behalf of TG and TTP; provide the following information:
   a. The years or employment and positions held with you and any parent company, subsidiary company and related company from 2000 till the present:
   b. All email addresses that each representative utilized to communicate from 2000 till the present
   c. All names that these representatives ever utilized in dealing with customers, including English first or surnames adopted by the representatives as part of communications with US customers.
   d. The location, description and ownership of every computer utilized by these representatives to send emails from 2004-present
   e. For each representative, indentify the bates number(s) for all emails and other documents that were located on the representatives' computers and subsequently produced by you in this matter.

2) Please send us a corporate flow chart for each of the 2 entities. We need to know the position and name of each person and their respective duties

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.
The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this

email (and any attachments) from your system.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

5/10/2011