UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION NO. 09-7628 |
| | * | SECTION L |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | |
| | * | |
| KNAUF GIPS KG, ET AL. | * | |

**DEFENDANT, ED PRICE BUILDING MATERIALS' ANSWER
IN RESPONSE TO PLAINTIFFS' BONNIE AND JOHN H. ADAMS, III, *ET AL.*,
OMNIBUS ACTION COMPLAINT IN INTERVENTION (I(C))**

Defendant, Ed Price Building Materials (hereinafter "Ed Price"), through undersigned counsel, hereby files this Answer in response to Plaintiffs' Bonnie and John H. Adams, III et al's Omnibus Action Intervention I(C) as follows, and adopts and re-alleges its denials, defenses and cross-claims contained in its Answer to the Omnibus Class Action Complaint and in any other responsive pleadings it has filed herein:

INTERVENING PLAINTIFFS

None of the allegations contained in the plaintiffs' Complaint in Intervention I(C) are directed to defendant Ed Price and as such no response is required. Nevertheless, to the extent a

response may be necessary, defendant Ed Price is without knowledge regarding these allegations, and thus denies same for lack of sufficient information to justify a belief therein.

### ALLEGATIONS REGARDING DEFENDANT GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG

1. The allegations contained in Paragraphs 1-2 of Plaintiffs' Omnibus Class Action Complaint in Intervention I(C) are not directed to this Defendant and require no response. To the extent a response may be necessary, Defendant is without knowledge of these allegations, thus they are thereby denied for lack of sufficient information to justify a belief therein.

### ALLEGATIONS REGARDING DEFENDANT KNAUF INTERNATIONAL GmbH

3. The allegations contained in Paragraphs 3-4 of Plaintiffs' Omnibus Class Action Complaint in Intervention I(C) are not directed to this Defendant and require no response. To the extent a response may be necessary, Defendant is without knowledge of these allegations, thus they are thereby denied for lack of sufficient information to justify a belief therein.

### ALLEGATIONS REGARDING DEFENDANT KNAUF INSULATION GmbH

5. The allegations contained in Paragraphs 5-6 of Plaintiffs' Omnibus Class Action Complaint in Intervention I(C) are not directed to this Defendant and require no response. To the extent a response may be necessary, Defendant is without knowledge of these allegations, thus they are thereby denied for lack of sufficient information to justify a belief therein.

### ALLEGATIONS REGARDING DEFENDANT KNAUF UK GmbH

7. The allegations contained in Paragraphs 7-8 of Plaintiffs' Omnibus Class Action Complaint in Intervention I(C) are not directed to this Defendant and require no response. To the extent a response may be necessary, Defendant is without knowledge of these allegations, thus they are thereby denied for lack of sufficient information to justify a belief therein.

## DEMAND FOR JURY TRIAL

Defendant, Ed Price Building Materials, also prays for trial by jury on all issues presented herein.

## PRAYER FOR RELIEF

The allegations contained in the Intervening Plaintiffs' Prayer for Relief do not require a response from defendant Ed Price; however, to the extent a response is required, defendant Ed Price denies all allegations contained in the Prayer for Relief.

WHEREFORE, Defendant, Ed Price Building Materials, prays that this Answer be deemed good and sufficient and prays for all relief, whether legal or equitable, to which it is entitled in this action, and for trial by jury of all issues herein.

Respectfully submitted,

 /s/ Elizabeth Haecker Ryan
Elizabeth Haecker Ryan, T.A. (La. Bar No. 6404)
C. Kieffer Johnson (La. Bar No. 31206)
LEMLE & KELLEHER, L.L.P.
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Tel:    504.584.9138
Fax:    504.584.9142
E-mail:  eryan@lemle.com
E-mail:  kjohnson@lemle.com

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Answer of Ed Price Building Materials has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at KMiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day May, 2011.

                                                      */s/ Elizabeth Haecker Ryan*
                                                        Elizabeth Haecker Ryan