UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Oyster Bay Homes, Inc.'s Motion to Dismiss will be submitted on June 8, 2011 at 9:00 a.m.

      KREBS, FARLEY & PELLETERI, P.L.L.C.

      */s/ Charles B. Long*
      CHARLES B. LONG (#22824)
      THOMAS H. PEYTON (#32635)
      400 Poydras Street, Suite 2500
      New Orleans, Louisiana   70130
      Telephone:   504-299-3570
      Facsimile:    504-299-3582
      E-mail:       clong@kfplaw.com
      E-mail:       tpeyton@kfplaw.com

      ATTORNEYS FOR DEFENDANT
      OYSTER BAY HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      */s/Charles B. Long*
      CHARLES B. LONG