**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Chinese Manufactured Drywall ) | |
| Products Liability Litigation ) | MDL NO. 2047 |
| ) | Section L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Fallon |
| Wendy Lee Hobbie, et al. v. ) | Magistrate Judge Wilkinson |
| RCR Holdings II, LLC, et al. ) | |
| ) | |
| ) | |

**[PROPOSED] CASE MANAGEMENT ORDER**

The Court, having conducted a scheduling conference on _____ at which the parties were represented by their respective counsel, enters the following Scheduling Order:

**A.     Rule 26(a) Disclosures**

All disclosures which must be made pursuant to Fed. R. Civ. P. 26(a) have been completed pursuant to Pretrial Order No. 11, Pretrial Order No. 12, Pretrial Order No. 14a and Pretrial Order No. 1F.

**B.     Motions to Join Parties or Amend Pleadings**

The parties shall file any motions to join parties or amend the pleadings by June 30, 2011.

**C.     Discovery**

**Plaintiffs:**

1.     The Parties shall have until **December 31, 2011**, to conduct both fact and expert discovery, including all discovery pertinent to the issue of class certification.

**Banner**:

1. The Parties shall have until **April 30, 2012**, to conduct both fact and expert discovery, including all discovery pertinent to the issue of class certification.

**Plaintiffs**:

2. On or before **September 15, 2011**, Plaintiffs shall serve upon Defendants the reports of any experts upon whose opinions they intend to rely at trial or rely for purposes of class certification.

**Banner**:

3. On or before **January 15, 2012**, Plaintiffs shall serve upon Defendants the reports of any experts upon whose opinions they intend to rely at trial or rely for purposes of class certification.

**Plaintiffs**:

4. On or before **September 30, 2011**, Defendants shall complete the deposition of Plaintiffs' experts.

**Banner**:

4. On or before **January 31, 2012**, Defendants shall complete the deposition of Plaintiffs' experts.

**Plaintiffs**:

5. On or before **October 15, 2012**, Defendants shall serve upon Plaintiffs the reports of any experts upon whose opinions they intend to rely at trial or rely for purposes of class certification.

**Banner**:

5. On or before **February 15, 2012**, Defendants shall serve upon Plaintiffs the reports of any experts upon whose opinions they intend to rely at trial or rely for purposes of class certification.

**Plaintiffs**:

6 On or before **October 31, 2011**, Plaintiffs shall complete the depositions of Defendants' experts.

**Banner**:

6. On or before **February 29, 2012**, Plaintiffs shall complete the depositions of Defendants' experts.

**Plaintiffs**:

7. On or before **November 15, 2011**, Plaintiffs shall serve upon Defendants the reports of any rebuttal experts whose opinions they intend to rely upon at trial or rely for purposes of class certification.

**Banner**:

7. On or before **March 15, 2012**, Plaintiffs shall serve upon Defendants the reports of any rebuttal experts whose opinions they intend to rely upon at trial or rely for purposes of class certification.

**Plaintiffs**:

8. Counsel shall complete all depositions for trial and all discovery shall be completed no later than **April 30, 2012**.

**Banner**:

8. Counsel shall complete all depositions for trial and all discovery shall be completed no later than **April 30, 2012**

**D.** **Mediation**

**Plaintiffs:**

The parties shall conduct mediation on or before **December 31, 2011** before a mediator to be chosen by the parties.

**Banner**:

The parties shall conduct mediation on or before **April 30, 2012** before a mediator to be chosen by the parties.

**E.** **Motions**

**Plaintiffs:**

1. Dispositive motions shall be filed on or before **December 31, 2011**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

**Banner**:

1. Dispositive motions shall be filed on or before **April 30, 2012**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

**Plaintiffs**:

2. Any motion relative to class certification shall be filed on or before **December 31, 2011**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

**Banner**:

2. Any motion relative to class certification shall be filed on or before **April 30, 2012**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

**Plaintiffs**:

3. The setting of the **December 31, 2011** deadline for completion of discovery shall not limit any Party from filing a summary judgment motion(s) as to merits issues during such period, but any such motions should be narrowly drawn so as to address only issues on which fact discovery has been completed.

**Banner**:

3. The setting of the **April 30, 2012** deadline for completion of discovery shall not limit any Party from filing a summary judgment motion(s) as to merits issues during such period, but any such motions should be narrowly drawn so as to address only issues on which fact discovery has been completed.

F.  **Trial**

   **Plaintiffs:**

After the close of discovery, and after the Court has ruled on all pending dispositive motions and any motion for class certification, the Court will set a further scheduling conference to address, as appropriate, notice to the class, opt-out and other deadlines, the scheduling of motions *in limine*, the scheduling of *Daubert* motions, and whether this matter shall be tried by this Court or the by the transferor Court.

   **Banner**:

Trial will commence in the U.S. District Court Southern District of Florida (West Palm Beach) on _____, 2012 WITH a jury[1]. Trial is estimated to last ____ days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with this Order and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana this ____ day of _____, 2011.

                        ENTERED BY ORDER OF THE COURT:

                        _____
                        ELDON FALLON, JUDGE,
                        UNITED STATES DISTRICT COURT

---

[1] Banner Entities object to this case being given priority or Bellwether status as they believe that this case does not satisfy the requirements for being selected as a Bellwether trial candidate.