Civil District Court for the Parish of Orleans
STATE OF LOUISIANA

No. 2009 - 06564                                                      Section: 13 - M

SOUTHERN HOMES, L.L.C, ET AL
versus
INTERIOR EXTERIOR BUILDING SUPPLI, L.P.

Date Case Filed: 6/25/2009

NOTICE OF SIGNING OF JUDGMENT

TO:

James M Garner Esq                    19589
28th Fl
909 Poydras St
New Orleans                LA 70112-1033

Drew R Ballina Esq                    01704
Ste 2500
650 poydras St
New Orleans                LA 70130-6175

Richard G Duplantier Jr Esq           18874
Ste 4040
701 Poydras St
New Orleans                LA 70139-7749

Martha Y Curtis Esq                   20446
909 Poydras St.
28th Floor
New Orleans                LA 70112

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on February 10, 2011 New Orleans, Louisiana.
February 10, 2011

MINUTE CLERK

EXHIBIT B-5

SOUTHERN HOMES, LLC, ET AL.                NO. 2009-6564   DIVISION "M"

Plaintiff

versus                                      CIVIL DISTRICT COURT

INTERIOR/EXTERIOR BUILDING                  PARISH OF ORLEANS
SUPPLY, LP; INTERIOR/EXTERIOR               STATE OF LOUISIANA
ENTERPRISES, LLC; SOUTH CORTEZ, LLC

Defendant

FILED: _____               _____
                                            DEPUTY CLERK

## JUDGMENT

On February 3, 2011, this Court heard the Motion for Partial Summary Judgment filed by Southern Homes, L.L.C.; Southern Homes Renovations, L.L.C.; Southern Homes AL, Inc.; Tallow Creek, L.L.C.; Gray's Creek of Louisiana, L.L.C.; and Springhill, LLC (collectively "Southern Homes") against Interior/Exterior Building Supply, L.P.; Interior/Exterior Enterprises L.L.C.; and South Cortez, L.L.C. (collectively "INEX"). Present were:

Richard G. Duplantier                       Counsel for Defendant INEX
Jeffrey P. Green

James M. Garner                             Counsel for Plaintiffs Southern Homes
Martha Y. Curtis

Drew R. Ballina                             Counsel for L.A. Homes, Inc. (who filed an
                                            *amicus curiae* brief in support of Southern
                                            Homes' Motion for Partial Summary
                                            Judgment)

After hearing the arguments of counsel, reviewing the pleadings, and reviewing the relevant law, the Court rules as follows:

**IT IS ORDERED** that Southern Homes' Motion for Partial Summary Judgment is hereby **DENIED**, without prejudice, as premature, and that Southern Homes may re-urge its Motion after

Page 1 of 2

90 days from the date of the hearing to allow time for any discovery that the parties wish to conduct.

New Orleans, Louisiana, this \_\_\_\_8-f\_\_\_\_ day of February, 2011

HONORABLE PAULETTE R. IRONS

## CERTIFICATE PURSUANT TO UNIFORM LOCAL RULE 9.5

I hereby certify that a copy of the above and foregoing judgment has been issued to counsel for INEX via email on February 3, 2011. Counsel for INEX approved of this judgment by email on February 4, 2011.

New Orleans, Louisiana, this 4th day of February 2011.

JAMES M. GARNER