UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * * | |

EX PARTE MOTION FOR EXPEDITED HEARING
ON EMERGENCY MOTION FOR PARTIAL NEW TRIAL REGARDING STAY
ISSUED IN THE PRELIMINARY APPROVAL ORDER, OR, IN THE ALTERNATIVE,
MOTION TO ALTER OR AMEND THE ORDER

**NOW COMES** Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), who respectfully move this Court for expedited hearing for its Emergency Motion for Partial New Trial Regarding Stay Issued in The Preliminary Approval Order, Or, in The Alternative, Motion to Alter Or Amend The Order.  Due to a **June 16, 2011** hearing in parallel, *in personam* action against Interior/Exterior Building Supply, LP in a Louisiana state court, *Southern Homes, LLC v. Interior/Exterior Building Supply, LP, et al.*, Civil

District Court, Parish of Orleans, State of Louisiana, Division M, Case No. 09-6564 it is necessary to hear the motion on an expedited basis. That litigation and the June 16, 2011 hearing are described more fully in Southern Homes' Memorandum in Support of Emergency Motion for Partial New Trial Regarding Stay Issued in The Preliminary Approval Order, Or, in The Alternative, Motion to Alter Or Amend The Order.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Alter or Amend, or, in the Alternative, for a New Trial has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of May, 2011.

/s/ James M. Garner
JAMES M. GARNER