UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE JUDGE |
| *ALL CASES* | * | WILKINSON |
| | * | |
| * * * * * * * *  * * * * * * * * * * * | * | |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), have filed the attached Emergency Motion.  **PLEASE TAKE FURTHER NOTICE** that the Emergency Motion will be brought for hearing on the **26th of May, 2011**, following the MDL Status Conference before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC;
SPRINGHILL, LLC; TALLOW CREEK, LLC;
AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Alter or Amend, or, in the Alternative, for a New Trial has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of May, 2011.

/s/ James M. Garner
JAMES M. GARNER