## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | *<br>*<br>* | JUDGE FALLON<br><br>MAGISTRATE JUDGE |
| *ALL CASES* | *<br>* | WILKINSON |
| * * * * * * * *   * * * * * * * * * * * * | * | |

## REQUEST FOR ORAL ARGUMENT OF EMERGENCY MOTION FOR PARTIAL NEW TRIAL REGARDING STAY ISSUED IN THE PRELIMINARY APPROVAL ORDER, OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND THE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC, who, pursuant to Local Rule 78,1E, respectfully request oral argument on the Emergency Motion for Partial New Trial Regarding Stay Issued in The Preliminary Approval Order, Or, in The Alternative, Motion to Alter Or Amend The Order set for hearing before this Honorable Court on the 26th day of May 2011 following the MDL status conference.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Alter or Amend, or, in the Alternative, for a New Trial has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of May, 2011.

/s/ James M. Garner
JAMES M. GARNER