UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 09-2047<br>SECTION: L<br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**RICHARD JORDAN, SUSAN JORDAN, ET AL.**
**V. KNAUF GIPS KG, ET AL.**

**CA 09-7550**
_____

### Plaintiffs' Notice of Voluntary Dismissal With Prejudice As To Independent Builder Supply Association, Inc

Now into Court, through undersigned counsel, come plaintiffs, Richard Jordan, Susan Jordan, Colby Jordan, Nathan Jordan and Florette Nickens (hereinafter "plaintiffs"), who file this their Notice of Voluntary Dismissal With Prejudice As To Independent Builder Supply Association, Inc. in the above captioned matter as it pertains to Case No.: 09-7550 only.  Plaintiffs reserve all their rights as to and against all other named parties to the Chinese-Manufactured Drywall Products Liability Litigation.

Respectfully submitted,

HYMEL, DAVIS & PETERSEN, L.L.C.


s/ L. J. Hymel
L. J. Hymel (Bar # 07137)
10602 Coursey Boulevard
Baton Rouge, LA 70816
Telephone: 225/298-8818
Facsimile: 225/298-8819
E-Mail: ljhymel@hymeldavis.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2011.

                                                                         s/ L. J. Hymel
                                                                          L. J. Hymel