UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et al.*,<br><br>Defendants.<br>_____/ | CASE NO.: 10-362<br>SECT L. Mag 2<br>AMENDED CLASS ACTION COMPLAINT<br><br><br><br>JURY TRIAL DEMAND |

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT/CHARLES BUILDERS, INC.'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE BARBEE OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (OMNI IV (A))**

Defendant Robert/Charles Builders, Inc. ("RCB") hereby submits this Memorandum of Law in Support of its Motion to Dismiss with Prejudice the Claims Brought Against it in the Barbee Omnibus Class Action Complaint In Intervention (Omni IV (A)) (the "Motion"). For the reasons stated in RCB's previously filed Motion to Dismiss the Rogers Amended Class Action Complaint (Omni IV) and Memorandum of Law In support Thereof [D.E. #4668], which RCB incorporates and adopts, Defendant Robert/Charles Builders, Inc. respectfully requests that the Court enter an order dismissing the claims against it with prejudice, and awarding RCB its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

{M2978218;2}

Dated: May 20, 2011

                Respectfully submitted,

**AKERMAN SENTERFITT**

By: /s/ Michael A. Sayre
     Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
     Samantha Kavanaugh, Esq. (Fla. Bar No. 0194662)
     Michael Sayre, Esq. (Fla. Bar No. 17607)
     One Southeast Third Avenue, 25th Floor
     Miami, FL 33131-1714
     Phone: (305) 374-5600
     Fax: (305) 374-5095
     Email: valerie.greenberg@akerman.com
            samantha.kavanaugh@akerman.com
            michael.sayre@akerman.com

*Attorneys for Robert/Charles Builders, Inc.*

Co-Counsel for Robert/Charles Builders, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Memorandum of Law* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163

(kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2011.

/s/ Michael A. Sayre