## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, *et al.*, | CASE NO.: 10-362<br>SECT L. Mag 2<br>AMENDED CLASS ACTION |
| Plaintiffs, | COMPLAINT |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et al.*, | JURY TRIAL DEMAND |
| Defendants. | |
| _____/ | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Robert/Charles Builders, Inc.'s Motion to Dismiss With Prejudice the Claims Against it in the Barbee Omnibus Class Action Complaint In Intervention (Omni IV (A)), and supporting Memorandum of Law, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 8th day of June, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard.

{M2978233;2}

Dated:  May 20, 2011

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:  /s/ Michael A. Sayre _____
    Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
    Samantha Kavanaugh, Esq. (Fla. Bar No.0194662)
    Michael Sayre, Esq. (Fla. Bar No. 17607)
    One Southeast Third Avenue, 25th Floor
    Miami, FL  33131-1714
    Phone:  (305) 374-5600
    Fax:  (305) 374-5095
    Email:  valerie.greenberg@akerman.com
           samantha.kavanaugh@akerman.com
           michael.sayre@akerman.com

    *Attorneys for Robert/Charles Builders, Inc.*

Co-Counsel for Robert/Charles Builders, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
      Susie.morgan@phelps.com
      Skylar.rosenbloom@phelps.com

{M2978233;2}

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA   70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2011.

/s/ Michael A. Sayre _____