UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,<br>Case No. 2:09-cv-07628. | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Shelby Homes at Meadows, Inc. ("Shelby") with respect to the claims asserted against Shelby in the Bonnie and John H. Adams, III Complaint in Intervention I(C) and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated: May 20, 2011.

           s/ Adam C. King
           JEFFREY M. PASKERT
           Florida Bar No. 846041
           jpaskert@mpdlegal.com
           ADAM C. KING
           Florida Bar No. 156892
           aking@mpdlegal.com
           MILLS PASKERT DIVERS
           100 N. Tampa Street, Suite 2010
           Tampa, Florida  33602
           (813) 229-3500 − Telephone
           (813) 229-3502 − Facsimile
           *Attorneys for Shelby Homes at Meadows, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 20, 2011, this document has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                              s/ Adam C. King  
                                              Attorney