**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 2047** <br> **SECTION "L"** |
| **THIS DOCUMENT RELATES TO:** | * * | **JUDGE FALLON** |
| ***D.R. Horton, Inc. – Gulf Coast v. Interior/Exterior Building Supply, LP, et al.*** **Case No. 10-0804 (E.D. La.)** | * * * | **MAG. JUDGE WILKINSON** |

**D.R. HORTON, INC. – GULF COAST'S EX PARTE MOTION TO AMEND THE COURT'S MINUTE ENTRY OF MAY 6, 2011**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, D.R. Horton, Inc. - Gulf Coast, who submits this Ex Parte Motion to Amend the Court's Minute Entry of May 6, 2011, and in support thereof, states as follows:

1.

On May 3, 2011, D.R. Horton, Inc. - Gulf Coast filed its Response in Opposition to Proposed Interior/Exterior Settlement Agreement. [Rec. Doc. 8697].

2.

On May 6, 2011, undersigned counsel made an appearance at the hearing on behalf of D.R. Horton, Inc. - Gulf Coast.

3.

The Court's Minute Entry of May 6, 2011 incorrectly lists "D.R. Horton, Inc." instead of "D.R. Horton, Inc. – Gulf Coast" as making an appearance at the hearing. [Rec. Doc. 8836].

4.

D.R. Horton, Inc. is a separate entity from D.R. Horton, Inc. – Gulf Coast and did not make an appearance at the May 6, 2011 hearing.

5.

Therefore, D.R. Horton, Inc. – Gulf Coast respectfully requests that the Court's Minute Entry of May 6, 2011 be amended to show an appearance was made by undersigned counsel on behalf of D.R. Horton, Inc. – Gulf Coast, not D.R. Horton, Inc.

**Respectfully submitted,**

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

**BY:** /s/ Kari A. Bergeron

Erick Y. Miyagi, #22533
hiko.miyagi@taylorporter.com
John Stewart Tharp, #24230
stewart.tharp@taylorporter.com
Edward J. Laperouse, II #29310
ted.laperouse@taylorporter.com
Leslie Ayres Daniel, #27948
leslie.daniel@taylorporter.com
Kari A. Bergeron #31043
kari.bergeron@taylorporter.com
(451 Florida Street, 8th Floor, 70801)
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Fax: 225-346-8049

**Attorneys for D.R. Horton, Inc. - Gulf Coast**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2011, this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Homebuilders' Liaison Counsel, Dorothy Wimberly, and Insurer Defendants'' Liaison Counsel, Judy Y. Barrasso, by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Kari A. Bergeron___________
Kari A. Bergeron