UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *D.R. Horton, Inc. – Gulf Coast v. Interior/Exterior Building Supply, LP, et al.* Case No. 10-0804 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

## ORDER

Considering D.R. Horton, Inc. – Gulf Coast's Ex Parte Motion to Amend the Court's Minute Entry of May 6, 2011:

**IT IS ORDERED** that the Court's Minute Entry of May 6, 2011 [Rec. Doc. 8836] is hereby amended to reflect that D.R. Horton, Inc. – Gulf Coast, and not D.R. Horton, Inc., made an appearance at the May 6, 2011 hearing through its counsel of record, Kari A. Bergeron.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**JUDGE ELDON E. FALLON**

573396.1