UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED * MDL No. 2047
DRYWALL PRODUCTS LIABILITY *
LITIGATION *
 *
THIS DOCUMENT RELATES TO: * JUDGE FALLON (L)
KENNETH ABEL, et al. *
vs. *
TAISHAN GYPSUM CO., Ltd. *
f/k/a SHANDONG TAIHE DONGXIN *
CO., Ltd., et al *
Case No. 11-080 * MAG. WILKINSON (4)

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

ROBERT STRASSBERG

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for United Dream Builders, Inc., ("United Dream Builders"), and as such, has personal knowledge of the following based on his review of records maintained by United Dream Builders in the regular course of business.

2. United Dream Builders is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Hillsborough County, Florida.

3. United Dream Builders is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. United Dream Builders has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.



EXHIBIT A

5. United Dream Builders has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. United Dream Builders does not have an agent for service of process in Louisiana.

7. United Dream Builders does not have any bank accounts in Louisiana or own any property in Louisiana.

8. United Dream Builders does not solicit business in Louisiana or ever transacted business in Louisiana.

9. United Dream Builders has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. United Dream Builders does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. United Dream Builders has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, United Dream Builders never anticipated it would be haled into court in Louisiana.

ROBERT STRASSBERG

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10 DAY OF May, 2011.

NOTARY PUBLIC

AUBREY ALDANA
Notary Public, State of Florida
Commission # DD071819
My comm. expires Mar. 18, 2013

2