# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Emergency Motion for Expedited Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC;

**IT IS HEARBY ORDERED** that the hearing on the Emergency Motion for Partial New Trial Regarding Stay Issued in The Preliminary Approval Order, Or, in The Alternative, Motion to Alter Or Amend The Order will be held on the **26th day of May, 2011**, following the Status Conference in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON