UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 16 AM 2: 18

LORETTA G. WHYTE
CLERK

SEAN AND BETH PAYTON, et al.,

    Plaintiffs

    V

KNAUF GIPS KG, et al.

    Defendants.

Civil Action No. 09-7628

## NOTICE OF BANKRUPTCY

    Viking Homes of S. W. Florida, Inc., by and through the undersigned, provides Notice that Viking Homes has filed for protection under the United States Bankruptcy Code, Case No.: 9:09-BK-15649 in the United States Bankruptcy Court, Middle District of Florida, Fort Myers Division. This Notice is for the limited purpose of placing on record the bankruptcy filing of the defendant and is not an appearance in this action.

                                              _____ - Pres
                                              Mark A. Soholt

State of Florida
County of Lee

Sworn to and subscribed before me this 11th day of May, 2011, by Mark A. Soholt, President of Viking Homes of SW Florida, Inc.



JENIFER KUNDINGER
MY COMMISSION # DD 987050
EXPIRES: August 29, 2014
Bonded Thru Notary Public Underwriters

Jenifer Kundinger

✓ personally known