UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION:  L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Travis and Leslie Wallace.  IT IS ORDERED that this correspondence is to be filed into the record UNDER SEAL. The Wallace's seek legal advice which would be inappropriate for the Court to comment upon. Accordingly, IT IS FURTHER ORDERED that if the Wallace's have an attorney, that their attorney contact them as soon as possible regarding the issues raised by the correspondence, and if the Wallace's do not have an attorney, the Court may consider appointing one to provide the legal advice sought.

New Orleans, Louisiana, this 16th day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Travis and Leslie Wallace
330 Gershwin Drive
Houston, TX 77079