UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al., | |
| Case No. 2:09-cv-07628 (E.D.La.) | MAG. WILKINSON |

### NOTICE OF SUBMISSION

Defendant, Zamora Corporation gives notice that its Motion to Dismiss Complaint in Intervention I (C) shall be heard on **June 8, 2011 at 9:00 a.m. C.S.T**, in courtroom C468, United States District Court, 500 Poydras Street New Orleans, LA 70130, before the Honorable Eldon E. Fallon, United States District Court Judge.

_____
Rafael dJ. Pozo
Florida Bar No. 982075
Law Offices, Rafael dJ. Pozo, P.A.
P.O. Box 835155
Miami Florida 33283
305 443 4773
305 596 0204 fax
Attorney for Zamora Corporation

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Plaintiff's liason counsel, Russ Herman, Phillip A. Wittman, Homebuilder and Installer liason counsel and Defendant's liason counsel, Kerry Miller via e-mail and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established by MDL 2047, on this _23_ of _May_, 2011.

 

_____

By: Rafael dJ. Pozo

cc: Alina Zamora, via e-mail