UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |

## ORDER

The Court was informed about and forwarded email correspondence sent by a party in the litigation, James Poggio, to counsel for the Taishan entities. This email contains inappropriate language and a threatening tone. The Court has contacted the United States Marshal regarding the issue. Counsel are invited to contact the Court and/or Marshal to discuss any further concerns or issues that may arise with Mr. Poggio. IT IS ORDERED that Mr. Poggio's counsel is to immediately contact his or her client regarding the situation, the Court's response thereto, and take any appropriate action.

New Orleans, Louisiana, this __20th__ day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE