**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|     DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|     LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| Hobbie, et al.  v. | ) | JUDGE FALLON |
| RCR Holdings II, LLC, et al., | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**PLAINTIFFS' MOTION FOR**
**ENTRY OF SCHEDULING ORDER**

    Plaintiff Wendy Lee Hobbie, on behalf of herself and the 140 named plaintiffs on the

Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* No. 10-1113 (E.D.

La.)(collectively, "Plaintiffs"), hereby move the Court for entry of the Proposed Scheduling

Order attached hereto as Exhibit A.  In support of this motion, Plaintiffs submit a Memorandum

of Law filed concurrently.

    WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed

Scheduling Order.

DATED: May 23, 2011                Respectfully submitted,

                              /s/ Gary E. Mason
                              Gary E. Mason
                              MASON LLP
                              1625 Massachusetts Ave., NW,  Suite 625
                              Washington, D.C.  20036
                              Telephone:  (202) 429-2290
                              Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email:  acl@floridahardhatlaw.com
Tel.   561.626.8880  / 954.776.5990
Fax.  561.626.8885
Cell.  954.562.9199

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:  (910) 772-9062

Daniel K. Bryson
LEWIS & ROBERTS
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
 Telephone:  (225) 687-6396

 Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:  (228) 872-4719

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon

Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry

Miller, by U.S. Mail and email or hand delivery and email and upon all parties by

electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-

Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court

of the United States District Court for the Eastern District of Louisiana by using the

CM/ECF System, which will send a notice of electronic filing in accordance with

procedures established in MDL 2047 on this 23rd day of May, 2011.

/s/ Gary E. Mason
Gary E. Mason
