UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *D.R. Horton, Inc. – Gulf Coast v. Interior/Exterior Building Supply, LP, et al.* Case No. 10-0804 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

## ORDER

Considering D.R. Horton, Inc. – Gulf Coast's Ex Parte Motion to Amend the Court's Minute Entry of May 6, 2011:

**IT IS ORDERED** that the Court's Minute Entry of May 6, 2011 [Rec. Doc. 8836] is hereby amended to reflect that D.R. Horton, Inc. – Gulf Coast, and not D.R. Horton, Inc., made an appearance at the May 6, 2011 hearing through its counsel of record, Kari A. Bergeron.

New Orleans, Louisiana, this 23rd day of May, 2011.

_____
**JUDGE ELDON E. FALLON**

573396.1