UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**ORDER GRANTING DEFENDANT OYSTER BAY HOMES, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Oyster Bay Homes, Inc.'s Motion to Exceed Page Limitation

with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  23rd  day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE