UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

**SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628;*

*Dean and Dawn Amato v. Liberty Mutual Ins. Company, et. al.*
*Case No. 10-932;*

*David Gross v. Knauf GIPS KG, et al.*
*Case No. 09-6690;*

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
*Case No. 10-362; and*

*Kenneth and Barbara Wiltz v. Beijing New Building*
*Materials Public Limited Co., Case No. 10-361*
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court upon the Motion to Withdraw by Brett A. Duker, Esquire, Lysa Friedlieb, Esquire and the law firm Sachs Sax Caplan, P.L., as counsel for the Defendant, Albanese-Popkin The Oaks Development Group, L.P., in Case Nos. 09-7628, 10-932, 09-6690, 10-362, and 10-361, currently pending before the Court, and the Court having reviewed the Motion, and being otherwise fully advised in premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The Motion to Withdraw is GRANTED;

2. Brett A. Duker, Esquire, Lysa Friedlieb, Esquire, and the law firm of Sachs Sax Caplan, P.L. is hereby permitted to withdraw as counsel for the Defendant, Albanese-Popkin The

Oaks Development Group, L.P. and shall have no further obligation to this Defendant in these matters; and

    3.    All future pleadings and correspondence are to be mailed to the Defendant as follows: Albanese-Popkin The Oaks Development Group, LP, 1200 South Rogers Circle, Suite 11, Boca Raton, Florida 33487.

    DONE and ORDERED in New Orleans, Louisiana, this 23rd day of May, 2011.

    */s/ Eldon E. Fallon*
    _____
    Honorable Eldon E. Fallon
    United States District Judge

cc:    All counsel of record; and

    Sachs Sax Caplan is directed to provide a copy of this Order to Defendant, Albanese-Popkin The Oaks Development Group, L.P., 1200 South Rogers Circle, Suite 11, Boca Raton, Florida 33487.