IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

*Vickers et al v. Knauf Gips KG et al*
EDLA 09-04117

AND

*Payton, et al v. Knauf Gips KG, et al*
Case No. 09-7628

## ORDER

CAME UNTO BE CONSIDERED the Knauf Defendants' Motion to Extend Scheduling Order Deadlines, the Court, having considered the said Motion is of the opinion that it is meritorious and should be granted. It is accordingly, ordered that the Knauf Defendants are granted seven (7) additional days (until May 20, 2011) to furnish to the plaintiffs the expert report of Matthew J. Perricone, Ph.D.

New Orleans, Louisiana this 23rd day of May 2011.

_____
JUDGE ELDON E. FALLON