# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.'s: 09-7628, 10-361, 09-6690, 10-932,<br>           11-080, 10-362 | MAG: JUDGE WILKINSON |

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, ANTILLES VERO BEACH, LLC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, ANTILLES VERO BEACH, LLC., is hereby granted and that Brian A. Eves, Addison J. Meyers, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, ANTILLES VERO BEACH, LLC. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, ANTILLES VERO BEACH, LLC., at: 370 West Cannery Row Circle, Delray Beach, FL 33483.

It is ORDERED this 23rd day of May, 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE