UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al Case No. 11-080 | * * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

## ORDER GRANTING DEFENDANT LTL CONSTRUCTION, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant LTL Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE