UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

WILLIAM PUGH

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for LTL Construction, Inc., ("LTL"), and as such, has personal knowledge of the following based on his review of records maintained by LTL in the regular course of business.

2. LTL is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Hillsborough County, Florida.

3. LTL is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. LTL has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. LTL has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT "A"

6. LTL does not have an agent for service of process in Louisiana.

7. LTL does not have any bank accounts in Louisiana or own any property in Louisiana.

8. LTL does not solicit business in Louisiana or ever transacted business in Louisiana.

9. LTL has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. LTL does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. LTL has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, LTL never anticipated it would be haled into court in Louisiana.

WILLIAM PUGH

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27 DAY OF April, 2011.

NOTARY PUBLIC

Notary Public State of Florida
Danny Hernandez
My Commission DD997578
Expires 06/02/2014

2