UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *All Cases*

### DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S MOTION FOR LEAVE OF COURT TO FILE EXHIBITS UNDER SEAL

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP") (collectively, "Defendants"), through undersigned counsel, hereby move the Court for leave to file exhibits under seal. On March 18, 2011, Defendants filed an Opposition to the Plaintiffs' Steering Committee (the "PSC") and the Homebuilder Steering Committee's (the "HSC") Motions to Compel (hereafter "Opposition")(Rec. Doc. No. 8841). Attached to the Opposition were Exhibits F and H, which contain confidential information. Therefore, pursuant to Pretrial Order No. 16, the Defendants request leave of court to file Exhibits F and H to the Opposition under seal.

Date: May 23, 2011

                                        Respectfully submitted,

| | |
|---|---|
| Joe Cyr | /s/ Thomas P. Owen Jr. |
| Frank T. Spano | Richard C. Stanley (La. Bar No. 8487) |
| Eric Statman | Thomas P. Owen, Jr. (La. Bar No. 28181) |
| HOGAN LOVELLS US LLP | STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC |
| 875 Third Avenue | |
| New York, New York 10022 | 909 Poydras Street, Suite 2500 |
| E-mail: Joe.cyr@hoganlovells.com | New Orleans, Louisiana 70112 |
| Frank.spano@hoganlovells.com | Telephone: 504-523-1580 |
| Eric.statman@hoganlovells.com | Facsimile: 504-524-0069 |
| Telephone: 212-918-3000 | E-mail: rcs@stanleyreuter.com |
| Facsimile: 212-918-3100 | tpo@stanleyreuter.com |
| *Attorneys for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.* | *Attorneys for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.* |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Motion for Leave of Court to File Exhibits Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of May, 2011.

                                                          /s/ Thomas P. Owen Jr.