UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) (Relates to ALL CASES) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
OPPOSITION TO EMERGENCY MOTION FOR PARTIAL NEW TRIAL
REGARDING STAY ISSUED IN THE PRELIMINARY APPROVAL ORDER,
OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND THE ORDER**

Liberty Mutual Fire Insurance Company ("Liberty Mutual") submits this Opposition to Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC's Emergency Motion for Partial New Trial Regarding Stay Issued in the Preliminary Approval Order or, in the Alternative, Motion to Alter or Amend the Order, which was filed on May 19, 2011. Liberty Mutual opposes the motion for two reasons:

(1) The Emergency Motion is nothing more than a request for reconsideration of the Court's rejection of the movants' position regarding preliminary approval of the proposed InEx Class Action Settlement, but the Emergency Motion cites no new legal principles or factual matters that have not previously been considered by the Court; and

(2) The Court clearly has the legal authority to enter the existing stay orders pending the Fairness Hearing on the proposed InEx Class Action Settlement, as demonstrated by the case law discussed in the Opposition to the Emergency Motion filed by the Plaintiffs' Steering Committee, which discussion is hereby incorporated by reference.

1

639170

For these reasons, Liberty Mutual respectfully requests that the Court deny the Emergency Motion of Southern Homes, LLC, *et al.*

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
cgiarrusso@barrassousdin.com

*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23th day of May, 2011.

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814

639170