UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al Case No. 11-080 | * * * * * * * | JUDGE FALLON (L)<br><br><br><br>MAG. WILKINSON (4) |

## DEFENDANT LTL CONSTRUCTION, INC.'S
## <u>MOTION TO WITHDRAW PLEADING</u>

Defendant LTL Construction, Inc. ("LTL") files this Motion to Withdraw Pleading and respectfully requests that this Court enter an Order allowing LTL to withdraw its Motion to Exceed Page Limitation for LTL's Motion to Dismiss (Doc 8877) due to an error in the proposed underlying pleading. Undersigned Counsel for LTL has conferred with the Court and an order granting the motion to exceed the page limitation has not been entered.

WHEREFORE, Defendant LTL Construction, Inc. respectfully requests that its Motion to Withdraw Pleading be granted and that an Order be entered permitting LTL to withdraw its Motion to exceed the page limitation for LTL's Motion to Dismiss filed on May 23, 2011 (Doc 8877).

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
LTL CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of May, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/Charles B. Long*
CHARLES B. LONG