

山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO., LTD





董事长 总经理: 贾同春
Chairman of the Board, General Manager, Mr. Jia Tongchun

山东泰和东新股份有限公司…制造处地名中外的山东省, 位于济南… 化淮地南边, 东临京沪铁路, … 胶104号道, 电源位 …

以市 …
年生产能力 …
合理分布在全国各 …
公司据 …
产品不仅畅销国内, 还远销阿联酋、… 印… 高质量的 "泰山" 系列石膏板… ISO9001:2000质量体系认证, 2000年 "可维获得" 证书。
企业将高速发展, 为中国墙改事业和新型墙材事业做出应有贡献。

地球是我们唯一共同的家园, 她是生命的创造者, 是人类文明大厦的基石。社会、企业共同实现可持续发展是我们肩负着大家的使命。

泰和集团以实现社会、企业共同发展为已任, 实践 "和谐创新、服务社会…" 为人类居住条件的改善和快速、节约型社会做出自己不懈的努力

Shandong Taihe Dongxin Co., Ltd, ne of the key enterprises in producing new building materials in China, is located in the south of the famous Mt Tai, near the ancient Dawenkou Culture Ruins, neighbors Beijing-Shanghai railway, Beijing-Shanghai, Beijing-Fuzhou express way in the east and National Road NO.104 in the west.

It is abundant in raw gypsum resources, the products "Taishan" series plasterboard can be used as partition and ceiling material and have dvantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health.

"Strict management, high quality, honour customers, with keen social responsibility" is our aim. Through technology and management creation , the plasterboard production capacity reach 300 million $m^2$ per year. The 14 branch factories hold the total capital assets of 1.2 billion Yuan, which distribute around China in a good order. Our yearly throughput will reach one billion square meter in future five years. We have a self-supported import and export ability, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. The high quality plasterboard is in accordance with ISO9001:2000 standard.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.


















泰山王  石膏板 王者风范

"泰山王"牌纸面石膏板是以优质的原料与独特的品质、经过严格加工而成的新样品。具有防火、防潮、保温、施工等特点，可用质轻，便于加工，具有施工效率高、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的装饰板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and eleg... ...its being of fireproof soundinsulation, heat preservation convenient for installation and cut. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.



"泰山王" 牌纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | 厚度规格 (mm) | 技术指标 |
|---|---|---|
| 长度偏差 (mm) | | 0 |
| 宽度偏差 (mm) | | 0 |
| | | ±0.2 |
| | | ±0.2 |
| 断裂荷载 (N) 纵向 | 9.5 / 12 / 15 / 18 | |
| 横向 | | |
| (kg/m²) | | |







Light steel ... partition

轻钢龙骨石膏板隔墙(单层

- 用于新建和改建工程。
- 有隔音、保温、防震、防火的功能。
- 可armed保温层、理线的部分。

Light St el Frame and Pl

- Fix the board to the frame
- Used in the construction and rebuilding projec
- Standard partition for home, office and hotel.
- Function, soundinsulation, heatpreservation, quakeproof, and fireproof.
- H the of Heat insulating layer andsunken cord.

，要错开龙骨之间的连接。

Among ... avoid the weakness between two boards ... on one place.

f partition

污水处理总方量500吨，年产又2万5千吨纸。生产线呼叫系统 明事之分 工年处理2610万《的也机，化浆类各器成均用先进公司的产品，污水处理场采用目前国际领先水平的氧化沟技术，关键设备为进口产品。处理后的污泥和污水可用于生产纸面石膏板。整体装备达到国际先进水平。





我公司生产的石膏板在中国
参与的重大工程项目:

- 上海东方明珠塔
- 上海浦东国际机场
- 上海光大会展中心
- 青岛华普大厦
- 青岛伊都锦商厦
- 大连火车站
- 大连宏孚大厦
- 北京天下第一城
- 北京西客站
- 哈尔滨市政府办公大楼
- 山东电视大厦
- 济南明珠国际商务港
- 郑州邮政大厦
- 西安西北大学办公楼
- 西安大唐电信大楼
- 上海浦东八百伴

- 天津银河大酒店
- 广州市人民政府办公大楼
- 广州市万博中心大厦
- 深圳三星彩管有限公司办公楼
- 长春东方广场大楼
- 深圳富士康有限公司办公大楼
- 江苏新世纪大酒店
- 南京黄埔大厦
- 义乌国际商贸城
- 杭州市政府办公大楼
- 杭州萧山国际机场候机大厅
- 宁波雅戈尔办公大楼
- 温州华侨大酒店
- 福州百安居建材广场
- 沈阳新恒吉大厦





山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO., LTD