UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      *     MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION
                                                             *     JUDGE: FALLON

THIS DOCUMENT RELATES TO
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. *
CASE NO. 2:09-cv-07628
                                                             *

RUFUS AND EMILY ALLDREDGE
                                                             *

* * * * * * * * * * * * * * * * * * * *

**OBJECTION TO INSUFFICIENT NOTICE OF REMEDIATION**

NOW INTO COURT, through undersigned counsel, comes Bailey Lumber & Supply Company ("Bailey") and in response to the Notice of Remediation by Plaintiffs, asserts that the Notice of Remediation served May 24, 2011 setting a remediation date of May 26, 2011 is insufficient to enable Bailey to make the necessary arrangements to attend the remediation, obtain samples of drywall being removed or ascertain the scope of the remediation. Accordingly, Bailey objects to the May 26, 2011 date for the beginning of the Alldredge's home remediation.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Bailey Lumber & Supply Company

-1-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Objection to Insufficient Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2011.

_____
Betty F. Mullin

C:\Users\BETTYM\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\56E33IHT\objection to insufficient notice.wpd