Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Jackson )

**Name of Server:** Donna Davis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19 day of December, 20 10, at 1:02 o'clock PM

**Place of Service:** at 3015 Washington Avenue, in Pascagoula, MS 39565

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Meredith Benoit, spouse of Brent Benoit, member

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bl ; Facial Hair n/a
Approx. Age 25-30 ; Approx. Height 5'6 ; Approx. Weight 110

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Davis
Signature of Server

Subscribed and sworn to before me this 19 day of Dec, 20 10

Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS