Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0199

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bill Gregory Drywall
Court Case No. 09-7628 Sect L

---

State of: __GEORGIA__ ) ss.

County of: __WALTON__ )

**Name of Server:** __MARK MARHET__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16th__ day of __December__, 20 __10__, at __6__ o'clock __P.__ M

**Place of Service:** at  3775 Creekwood Circle , in  Loganville, GA  30052

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bill Gregory Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Deborah   Gregory__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:  __Deborah Gregory__
Sex __F__ ; Skin Color __W__ ; Hair Color __BRN__ ; Facial Hair __None__
Approx. Age __50's__ ; Approx. Height __5'6"__ ; Approx. Weight __160__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Mark M. myf_
Signature of Server

Subscribed and sworn to before me this __16th__ day of __Dec.__, 20 __10__

_J. F. Estlun_
Notary Public          (Commission Expires)

**APS International, Ltd.**

JAMES F ESTLUND
NOTARY
EXPIRES
GEORGIA
DEC. 30, 2011
PUBLIC
GWINNETT COUNTY