Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0229

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bonita Beachwalk, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21st** day of **December**, 20 **10**, at **3:00** o'clock **P** M

**Place of Service:** at **1955 Mission Drive**, in **Naples, FL 34109**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bonita Beachwalk, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Frank Vespi, Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Bald** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **6'0"** ; Approx. Weight **190 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  # 157299

Subscribed and sworn to before me this **28th** day of **December** 20 **10**

_____
Notary Public          (Commission Expires)

APS International, Ltd.

Notary Public, State of Florida
Elena G. Alvarado
My Commission DD779441
Expires 04/06/2012

6973