Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  108015-0233

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Brian Papania
Court Case No. 09-7628 Sect L

State of: MISSISSIPPI  ) ss.
County of: PEARL RIVER )

**Name of Server:** STEVEN SCHOLTES , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of DECEMBER, 20 10, at 436 o'clock P M

**Place of Service:** at ~~Corner of 603 and I-10~~  12961  Hwy 603 , in  Pass Christian, MS 39521

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Brian Papania**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of CYNTHIA PAPANIA , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Brian Papania**
at the place of service, and whose relationship to the person is: WIFE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLK/GRY , Facial Hair NO ;
Approx. Age 49 ; Approx. Height 5'3" ; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this
17 day of DEC , 20 10

Notary Public                6.1-2012
(Commission Expires)