UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION :
: SECTION: L
THIS DOCUMENT RELATES TO: :
: JUDGE FALLON
Case No. 11-252 : MAG. JUDGE WILKINSON
*Daniel Abreu, et al. v. Gebreuder Knauf* :
*Verwaltungsgesellschaft, KG, et al.*: :
:

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Centerline Homes, Inc.,[1] and Centerline Homes at Georgetown, LLC.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.  This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

          Respectfully submitted,

          By: __/s/ Vanessa M. Serrano_____
           PETER R. GOLDMAN
           Florida Bar No. 860565
           VANESSA M. SERRANO
           Florida Bar No. 51555
           BROAD AND CASSEL
           100 S.E. Third Ave., Ste. 2700
           Fort Lauderdale, FL 33394
           Telephone: (954) 764-7060
           Facsimile:  (954) 761-8135
           pgoldman@broadandcassel.com
           vserrano@broadandcassel.com

          *Counsel for Centerline Homes, Inc., and*
          *Centerline Homes at Georgetown, LLC*

---

[1] This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May 2011.

                                                  __/s/ Vanessa M. Serrano_____
                                                  Vanessa M. Serrano

4822-5175-4249.1
34720/0062