UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Case No. 11-252<br>*Daniel Abreu, et al. v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al.*: | | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendant: Boynton Village, LLC[1]. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

                      Respectfully submitted,

                      By: __/s/ Vanessa M. Serrano_____
                          PETER R. GOLDMAN
                          Florida Bar No. 860565
                          VANESSA M. SERRANO
                          Florida Bar No. 51555
                          BROAD AND CASSEL
                          100 S.E. Third Ave., Ste. 2700
                          Fort Lauderdale, FL 33394
                          Telephone: (954) 764-7060
                          Facsimile: (954) 761-8135
                          pgoldman@broadandcassel.com
                          vserrano@broadandcassel.com

                      *Counsel for Boynton Village, LLC*

---

[1] Boynton Village, LLC, was substituted for named defendants Cornerstone Group, LLC, and Cornerstone Group Development, LLC, pursuant to the March 9, 2011, Order granting Joint Motion for Entry of Stipulation Concerning Substitution of Appropriate Party, DE 8060.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May 2011.

                                                                       __/s/ Vanessa M. Serrano_____
                                                                        Vanessa M. Serrano

4832-0857-9849.1
31222/0053