Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0274

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Chris Cadis
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St Tammany** )

**Name of Server:** **Maria Landry**, undersigned, being duly sworn, deposes and says that at the time of service, she was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **December**, 20 **10**, at **10:15** o'clock **A** M

**Place of Service:** at **472 East Chase Ct.**, in **Mandeville, LA 70448**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chris Cadis**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **Ann Cadis**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Chris Cadis** at the place of service, and whose relationship to the person is: **Wife**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **No**
Approx. Age **35**; Approx. Height **5'7"**; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **4th** day of **January**, 20 **11**

Notary Public    **Tenure for Life** (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY