Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0288

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Corner Stone Construction of S.W. Florida, Inc., aka
Cornerstone Construction of Collier Co., LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Crypo__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27th__ day of __December__, 20 __10__, at __7:30__ o'clock __P__ M

**Place of Service:** at __8416 Mallow Lane__, in __Naples, FL  34113__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Corner Stone Construction of S.W. Florida, Inc., aka Cornerstone Construction of Collier Co., LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Daniel Russetto, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __45-55__ ; Approx. Height __5'8"__ ; Approx. Weight __170__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  #157299

APS International, Ltd.

Subscribed and sworn to before me this __30th__ day of __December__, 20 __10__

_____
Notary Public    (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775641
Expires 04/06/2012

6972