UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR MAY 26, 2011 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. PLAINTIFF AND DEFENDANT PROFILE FORMS

III. PRESERVATION ORDER

IV. STATE/FEDERAL COORDINATION

V. STATE COURT TRIAL SETTINGS

VI. MOTIONS IN THE MDL

VII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

VIII. INSURANCE ISSUES

IX. SERVICE OF PLEADINGS ELECTRONICALLY

X. CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XI. OMNIBUS CLASS ACTION COMPLAINTS

XII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

XIII. MEDIATION

XIV. PILOT PROGRAM

XV. STIPULATION CONCERNING SERVICE OF PROCESS AND PRODUCT IDENTIFICATION

XVI. CLASS CERTIFICATION HEARINGS

XVII. KNAUF DEFENDANTS

XVIII. TAISHAN DEFENDANTS

XIX. INTERIOR EXTERIOR DEFENDANT

XX. BANNER DEFENDANTS

XXI. TRIAL SETTINGS IN FEDERAL COURT

XXII. FREQUENTLY ASKED QUESTIONS

XXIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXIV. NEXT STATUS CONFERENCE