**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION:  L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., | : | |
| f/k/a Shandong Taihe Dongxin Co. Ltd., et al., | : | |
| Case No. 09-6687 (E.D.La.) | : | |
| | : | |

**TOBIN TRADING, INC'S MOTION FOR LEAVE OF COURT TO FILE ITS REPLY TO DEFENDANTS TAISHAN GYPSUM CO. LTD., AND TAIAN TAISHAN PLASTERBOARD CO. LTD., OPPOSITION TO THE MOTION TO JOIN THE PSC'S AND HSC'S MOTION TO COMPEL**

Tobin Trading, Inc., ("Tobin"), through its undersigned counsel, respectfully requests leave of court to file its Reply to Defendants Taishan Gypsum Co. Ltd., and Taian Plasterboard Co. Ltd., Opposition to the Motion to Join the PSC's and HSC's Motion to Compel (Rec. No. 8842).

Date:  May 24, 2011

Respectfully submitted,

TOBIN TRADING, INC.

By:   /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

1

        Jay O. Millman, VSB 37212
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: jom@beylaw.com

Alexander S. de Witt, VSB 42708
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, VA  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: adewitt@beylaw.com

*ATTORNEYS FOR TOBIN TRADING, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Tobin Trading Inc.øs Motion For Leave of Court to File Itøs Reply to Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. Opposition to the Motion to Join the PSCøs and HSCøs Motion to Compel has been served on Plaintifføs Liaison Counsel Russ Herman and Defendantøs Liaison Counsel Kerry Mill, by email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with procedures established in MDL 2047, on this 24th day of May, 2011.

By:   /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

*ATTORNEY FOR TOBIN TRADING, INC.*

2