UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, Individually, and on behalf of all others Similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO: |
| | CLASS ACTION COMPLAINT: 10-361 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMAND |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |
| _____/ | |

## NOTICE OF APPEARANCE

The undersigned attorney herewith makes his appearance as **counsel of record** on behalf of Defendant VET CONSTRUCTION, INC.

Dated at Bradenton, Florida, this 4th day of May, A.D., 2010.

_____
James L. Price, Esquire
Florida Bar No.: 0316570
PRICE, HAMILTON & PRICE, CHTD.
2400 Manatee Avenue West
Bradenton, Florida 34205
(941) 748-0550
Attorney for Defendant Vet Construction

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S.Mail to the following attorneys of record this 4th day of May, A. D., 2010.

Kerry Miller,
Defendants' Liaison Counsel

Phillip Wittmann,
Homebuilders and Installers Liaison Counsel

_____
Attorney

# In Re Chinese Drywall Production Liability Litigation

MDL 2047     SECTION: L     JUDGE ELDON FALLON

## MDL 2047 Counsel Contact Information (Form PTO-5)

Please print or type below.

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel    ☒ Defense Counsel    ☐ Third Party Defense Counsel

- **Last Name:** Price
- **First Name:** James
- **Middle Name/Maiden:** L.
- **Suffix:** Mr.
- **Firm Name:** Price, Hamilton + Price, Chtd.
- **Address:** 2400 Manatee Ave. W.
- **City:** Bradenton
- **State:** FL
- **Zip:** 34205
- **Phone:** 941-748-0550
- **Fax:** 941-795-1391
- **Direct Dial No.:**
- **Cell Phone:** 941-228-4115
- **Pager:**
- **Bar No.:** 0316570
- **Email Address:** Jim@phpchtd.com
- **Party Representing:** Vet Construction, Inc.
- **Other Members of Firm involved in this litigation:** Scott Hamilton + Diane McGinness
- **Secretary Name:** Holly Shawvan
- **Paralegal Name:**

### Choose One Option Below:

☒ I elect to have Liaison Counsel transmit documents to me via e-mail and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information.

☐ I do not want to receive orders or other documents from Liaison Counsel.

**Signed:** [signature]    **Date:** 4/30/2010

**Print Name:** James L. Price

Please remit form to: Russ M. Herman, Plaintiffs' Liaison Counsel, 820 O'Keefe Avenue, New Orleans, LA 70113, Email: drywall@hhkc.com; AND Kerry Miller, Defendants' Liaison Counsel, 1100 Poydras Street, Suite 3600, New Orleans, LA 70163-3600, Email: kmiller@frilot.com