Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0293

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Craftmaster, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Maria Landry_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28th_ day of _December_ , 20 _10_, at _5:56_ o'clock _P_ M

**Place of Service:** at _300 Pencarrow Circle_ , in _Madisonville, LA  70447_

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**

**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Craftmaster, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Milton Foersterling_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _62_ ; Approx. Height _6'0_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.     _4th_ day of _January_ , 20 _11_

_Maria Landry_     _Tenure for Life_
Signature of Server     Notary Public          (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

## NOTARY ATTESTS TO
## SIGNATURES ONLY