Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0049

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dunn Wright Construction, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Maria Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __31st__ day of __December__, 20__10__, at __1:30__ o'clock __P__ M

**Place of Service:** at  23746 Jacocks Road, in  Slaughter, LA 70777

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dunn Wright Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Jeff Moore, Owner__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __Yes__
Approx. Age __50__; Approx. Height __5'10-5'11__; Approx. Weight __190__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Maria Landry__
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __7th__ day of __January__, 20 __11__

(Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY