Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gold Coast Homes of SW Florida
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23rd** day of **December**, 20 **10**, at **9:10** o'clock **A** M

**Place of Service:** at **2422 SE 28th St.**, in **Cape Coral, FL 33904**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gold Coast Homes of SW Florida**

**Person Served, and Method of Service:** By delivering them into the hands of a **Spouse of R/A** whose name and title is: **Antoinette Casman, Spouse of The Registered Agent David Casman at their residence.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Frosted**; Facial Hair ___
Approx. Age **45-50**; Approx. Height **5'0"**; Approx. Weight **100**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**
Signature of Server #157153

Subscribed and sworn to before me this ___ day of **December**, 20 **10**

**Elena Awoodo**
Notary Public        (Commission Expires)

APS International, Ltd.

Notary Public, State of Florida
Elena G A___
My Comm___ DD775441
Expires 04/0___12

6968