Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--H.C. Owen Builder, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Maria V. Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _31st_ day of _December_, 20 _10_, at _12:16_ o'clock _P_ M

**Place of Service:** at _5654 Main Street_, in _Zachary, LA  70791_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**H.C. Owen Builder, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Charlene M. Smith, accepted papers for H.C. Owen_.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _56-60_; Approx. Height _5'5-5'6"_; Approx. Weight _145_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _4th_ day of _January_, 20 _11_

_Tenure Indire_
Notary Public     (Commission Expires)

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY