Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Interior/Exterior Enterprises, LP
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany

**Name of Server:** MARIA LANDRY , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23rd day of December, 20 10, at 3:00 o'clock P M

**Place of Service:** at 727 South Cortez Street , in New Orleans, LA 70119

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LP**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Terry Lamonte , Credit Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 48 ; Approx. Height 5'8" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

Subscribed and sworn to before me this 4th day of January, 20 11
_Tenure for life_
Notary Public (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY