Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0066

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Jacks Drywall, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: Maria V. Landry , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31st day of December , 20 10 , at 3: 00 o'clock P M

Place of Service: at   43420 N. Pinecrest Street , in   Gonzales, LA  70737

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jacks Drywall, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Rebecca Jack, husband owns company

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'5 ; Approx. Weight 150

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 4th day of January , 20 11

_Robert John Comeaux_
Notary Public                (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY