Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0076

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JB Plaster, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Mark Hritz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15th** day of **December**, 20 **10**, at **9:31** o'clock **A** M

Place of Service: at **10830 Abernathy Street**, in **Bonita Springs, FL  34135**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**JB Plaster, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an **spouse of officer**, whose name and title is: **Brjida Santago spouse of President Juan Reyes at their residence**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **tan**; Hair Color **Black**; Facial Hair ____
Approx. Age **30's**; Approx. Height **5'4"**; Approx. Weight **120 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  #157600

Subscribed and sworn to before me this **17th** day of **December**, 20 **10**

_Elena Alvarado_
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012