Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0258

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--John L. Crosby, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St Tammany_

Name of Server: _Maria V. Landry_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _30th_ day of _December_, 20 _10_, at _2:01_ o'clock _P_ M

Place of Service: at  311 Rue St. Ann , in  Metairie, LA 70005

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**

**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**John L. Crosby, LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Kurt Forshag, Agent for John L. Crosby, LLC_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _5'11"_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct. _4th_ day of _January_, 20 _11_
_Tenure for life_
Signature of Server                                    Notary Public              (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY