Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0311

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Jonathan Scott Shewmake
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Mobile_ )

**Name of Server:** _Joshua Simmons_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _December_, 20 _10_, at _5:18_ o'clock _P_ M

**Place of Service:** at ~~9530 Celeste Rd~~ _8495 Celeste Rd._, in Saraland, AL 36571

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Jonathan Scott Shewmake**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Jonathan Scott Shewmake** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _40_ ; Approx. Height _5'6"_ ; Approx. Weight _145 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is ~~true~~ and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _16th_ day of _December_, 20 _10_

Notary Public  (Commission Expires)

Legal Inv. Group
P.O. Box 1412
Wetumpka, AL 36092
334-850-3876