Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  108015-0112

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Leroy Leporte, Jr
Court Case No. 09-7628 Sect L

---

State of: _Louisiana_ ) ss.
County of: _St Tammany_ )

**Name of Server:** _Maria Landix_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25 nd_ day of _December_ , 20 _10_ , at _9:40_ o'clock _A_ M

**Place of Service:** at  950 W. Causeway Approach , in  Mandeville, LA  70471

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Leporte, Jr**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of _Megan Bagley_ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Leroy Leporte, Jr**
at the place of service, and whose relationship to the person is: _Office Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _38_ ; Approx. Height _5'7"_ ; Approx. Weight _145_
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landix_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _4th_ day of _January_ , 20 _11_

Notary Public             (Commission Expires)
**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY