Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0241

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mayeaux Construction, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

Name of Server: **Maria Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **December**, 20 **10**, at **3:40** o'clock **P** M

Place of Service: at **14 Carolina Ct.**, in **Covington, LA 70433**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Mayeaux Construction, Inc.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Phil Mayeaux**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Wh** ; Hair Color **Grey** ; Facial Hair **Yes**
Approx. Age **55-60**; Approx. Height **5'9"** ; Approx. Weight **170**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                          **4th** day of **January**, 20 **11**

*Maria Landry*                                                                    *[signature]* Tenure for life
Signature of Server                                                               Notary Public         (Commission Expires)
                                                                                  ROBERT JOHN COMEAUX
**APS International, Ltd.**                                                       Louisiana Civil Law Notary
                                                                                  ID # 026458
                                                                                  Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY