# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et al.<br>(**2:09-cv-07791**) (E.D. La.) | |

### DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO ALTER OR AMEND THE COURT'S ORDER DENYING FCCI'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, (collectively, "FCCI") and file this Motion to Alter or Amend the Court's Order Denying FCCI's Motion to Dismiss for Lack of Personal Jurisdiction (R. Doc. 7356).  FCCI requests that this Court alter or amend its February 9, 2011 Order Denying FCCI's Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative certify the issue for interlocutory appeal under 28 U.S.C. § 1292(b).  FCCI contends that the Court erred in holding that FCCI is subject to personal jurisdiction in Louisiana.  FCCI relies on the Brief in Support of this Motion filed contemporaneously herewith.

This 25th day of May, 2011.

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY


BY:   /S/ ROBERT M. DARROCH
      ROBERT M. DARROCH
      GA State Bar No.: 205490
      rdarroch@gmlj.com
      STEPHANIE F. GLICKAUF
      GA State Bar No.: 257540
      sglickauf@gmlj.com
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084
      Phone: (404) 264-1500
      Fax:   (404) 264-1737

      AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC


By:   /s/ PATRICK E. COSTELLO
      PATRICK E. COSTELLO (#26619)
      pcostello@mblb.com
      JACQUES P. DeGRUY (#29144)
      jdegruy@mblb.com
      4250 One Shell Square
      701 Poydras Street
      New Orleans, Louisiana 70139
      Telephone: 504-595-3000
      Facsimile: 504-522-2121

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S Motion to Alter or Amend the Court's Order Denying FCCI's Motion to Dismiss for Lack of Personal Jurisdiction has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

This 25th day of May, 2011.

By:  /s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121