Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0252

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Jefferson** )

**Name of Server:** **Daniel Moore**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **December**, 20 **10**, at **2** o'clock **P** M

**Place of Service:** at **816 Green Springs Hwy.**, in **Homewood, AL 35209**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Mazer's Discount Home Centers, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JV Davis, Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Grey**; Facial Hair _____
Approx. Age **50**; Approx. Height **6'1"**; Approx. Weight **260**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **16** day of **Dec**, 20 **10**

_____ 5/21/14
Notary Public     (Commission Expires)

**APS International, Ltd.**