Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0226

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Murphy Bateman Building Supplies, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St Tammany** )
Name of Server: **Marla Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the **29th** day of **December**, 20 **10**, at **4:53** o'clock **P** M

Place of Service:  at  1107 Washington St.   , in  Franklinton, LA  70438

Documents Served:  the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Murphy Bateman Building Supplies, LLC**

Person Served, and Method of Service:  By delivering them into the hands of an officer or managing agent whose name and title is: **Hunter Knight, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair **No**
Approx. Age **50** ; Approx. Height **5'11** ; Approx. Weight **185**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **4th** day of **January**, 20 **11**

**Marla Landry**
Signature of Server

APS International, Ltd.

Notary Public   **Tenure for Life**   (Commission Expires)

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY