Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0180

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Paragon Homes Corporation
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __Hillsborough__ )

Name of Server: __Jamie Snyder__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __December__, 20 __10__, at __6:00__ o'clock __P__ M

Place of Service: at __3020 Colonial Ridge Dr__ in __Brandon, FL  33511__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Paragon Homes Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Harvey L. Tucker Registered Agent__.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; ~~Facial Hair~~ __glasses__
Approx. Age __60-65__ ; Approx. Height __5' 8"__ ; Approx. Weight __250 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server   Jamie Snyder
#08-660605
**APS International, Ltd.**

Subscribed and sworn to before me this
__21__ day of __December__ 20 __10__

_____
Notary Public      (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters