Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  108015-0185

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Phillip Latapie
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St Tammany_

**Name of Server:** _Maria Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22nd_ day of _December_, 20 _10_, at _9:55_ o'clock _A_ M

**Place of Service:** at  4431 Iberville St , in  Mandeville, LA 70741

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Phillip Latapie

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of _Sarah Flanagan_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Phillip Latapie
at the place of service, and whose relationship to the person is: _Office Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _dk Brn/Bl_ ; Facial Hair _No_
Approx. Age _35_ ; Approx. Height _5'6"_ ; Approx. Weight _135_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _4th_ day of _January_, 20 _11_
_Tenure for Life_ (Commission Expires)
Notary Public
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID #026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY