Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Phillips Abita Lumber Company, Inc, d/b/a Anita Lumber Company, Inc

Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St Tammany** )

Name of Server: **Maria Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **December**, 20 **10**, at **4:40** o'clock **P** M

Place of Service: at **21459 Hwy 36**, in **Abita Springs, LA 70420**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Phillips Abita Lumber Company, Inc, d/b/a Anita Lumber Company, Inc

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **David Melton**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **Yes**
Approx. Age **47**; Approx. Height **5'11"**; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Maria Landry**
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **4th** day of **January**, 20 **11**

Notary Public    Tenure for Life (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY