Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0191

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pioneer Construction, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Maria Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of December, 2010, at 3:06 o'clock PM

**Place of Service:** at 15001 Thompson Road, in Folsom, LA 70437

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Pioneer Construction, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Nicole Latour

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black/grey Facial Hair No
Approx. Age 47 ; Approx. Height 5'8" ; Approx. Weight 135

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maria Landry
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 4th day of January, 2011

Tenure for Life
Notary Public (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID# 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY