Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0264

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Resource Rental & Renovation LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St Tammany_ )

Name of Server: _Maria Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22nd_ day of _December_, 20 _10_, at _8:20_ o'clock _P_ M

Place of Service: at _21 Beth Drive_, in _Covington, LA 70433_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Resource Rental & Renovation LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Pamela Byrd_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Bl/grey_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _5'6-5'7_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _January_, 20 _11_

_Tenure for life_ (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY