Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0281

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC/The St. Joe Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**  ) ss.
County of: **Duval**  )

**Name of Server:** **Dennis Bartilucci**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **Dec.**, 20 **10**, at **10:15** o'clock **A** M

**Place of Service:** at 245 Riverside Avenue, Ste. 500, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC/The St. Joe Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Christine Martin / Paralegal**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **None**
Approx. Age **36** ; Approx. Height **5'9"** ; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **17** day of **Dec**, 20 **10**

Notary Public    (Commission Expires)

MICHAEL KETCHUM
MY COMMISSION #DD694400
EXPIRES: JUL 11, 2011
Bonded through 1st State Insurance