Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0298

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Royal Homes, co Anthony Marino
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Maria Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of December, 20 10, at 12:10 o'clock PM

**Place of Service:** at 4800 Sharp Rd., in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Royal Homes, co Anthony Marino

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ~~Eva~~ Mrs. Anthony Marino

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 60 ; Approx. Height 5'9" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maria Landry
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 4th day of January, 20 11

Tenure for life
Notary Public (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY