Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0332

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Sampson Drywall, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ST JOHNS** )

**Name of Server:** *PATRICIA LOUGHREY*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *18th* day of *December*, 20 *10*, at *12:15* o'clock *P* M

**Place of Service:** at 127 Dehaven St., in St. Augustine, FL 32086

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sampson Drywall, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: *FAYE SAMPSON, Spouse of owner at Residence Confirmed He does Reside at this address*

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex *F* ; Skin Color *Black* ; Hair Color *Black* ; Facial Hair *NO*
Approx. Age *50* ; Approx. Height *5'6* ; Approx. Weight *160*

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   *26* day of *Dec*, 20 *10*

Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
Fl. Notary Discount Assoc. Co.