IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION : | |
| : | MDL 2047 |
| THIS DOCUMENT RELATES TO: : | SECTION: L |
| : | JUDGE FALLON |
| Abreu, et al. : | MAG. JUDGE WILKINSON |
| Case No. 2:11cv00252 (E.D. La.) : | |
| ……………………………………………………: | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **TODD R. EHRENREICH**, tehrenreich@wwhgd.com; **NICHOLAS P. PANAYOTOPOULOS**, npanayo@wwhgd.com; **SHUBHRA R. MASHELKAR**, smashelkar@wwhgd.com; **MICHAEL A. SEXTON**, msexton@wwhgd.com; and **STEPHEN J. RAPP**, srapp@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326 hereby enters this notice of appearance as counsel of record for the Defendant BANNER SUPPLY CO., BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC and BANNER SUPPLY COMPANY POMPANO, LLC. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted this 25th day of May, 2011.

        Respectfully submitted,

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Todd R. Ehrenreich*
        **TODD R. EHRENREICH, ESQUIRE**
        Florida Bar Number:  945900
        2601 S. Bayshore Drive
        Suite 850
        Miami, Florida 33130
        Telephone (305)455-9500

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number:  560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone: (404) 876-2700

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number:  475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326

        */s/ Michael A. Sexton*
        **MICHAEL A. SEXTON, ESQUIRE**
        Florida Bar Number:  131520
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326

        */s/ Stephen J. Rapp*
        **STEPHEN J. RAPP, ESQUIRE**
        Georgia Bar Number:  103806
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326

        *Counsel for Defendant Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa LLC, and Banner Supply Company Pompano, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 25th day of May, 2011.

                                WEINBERG, WHEELER, HUDGINS,
                                GUNN & DIAL, LLC


                                */s/ Shubhra R. Mashelkar*_____
                                **SHUBHRA R. MASHELKAR, ESQUIRE**