Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0277

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smith Family Homes Corporation
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14 day of December, 20 10, at 9:04 o'clock A M

Place of Service: at 17123 Journeys End Dr., in Odessa, FL 34689

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Smith Family Homes Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Ronald G. Smith Director

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ——
Approx. Age 65 ; Approx. Height 6'0" ; Approx. Weight 180 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Christinia Therien
CPS #05-711290
APS International, Ltd.

Subscribed and sworn to before me this 17th day of December 20 10

Notary Public          (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters