Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0292

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Summit Contractors, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St. Tammany_

Name of Server: _Maria Landry_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _28th_ day of _December_ , 20 _10_, at _1:55_ o'clock _P_ M

Place of Service: at  720 Brownswitch Road, Suite 1 or 2 , in  Slidell, LA  70458

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Summit Contractors, Inc.**

Person Served, and
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and
title is: _Diane Peine , husband owned Summit; he's now deceased_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _blonde_ ; Facial Hair _No_
Approx. Age _65_ ; Approx. Height _5'5"_ ; Approx. Weight _130_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct. _14th_ day of _January_ ,20 _11_

_Maria Landry_                                                          _Robert Jn Jire_
Signature of Server                                Notary Public             (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY