**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**IN RE: CHINESE-MANUFACTURED DRYWALL**          **MDL DOCKET: 2047**
**PRODUCTS LIABILITY LITIGATION**

                                                                      **SECTION:  L**


**THIS DOCUMENT RELATES TO**                              **JUDGE FALLON**
**CASE NO. 2:09cv-07628**

                                                                      **MAG. JUDGE WILKINSON**

_____/


**TAYLOR MORRISON ENTITIES' EX PARTE MOTION FOR AN EXTENSION OF**
**TIME TO FILE A RESPONSE TO DEFENDANT, BANNER SUPPLY COMPANY'S**
**FIRST SET OF INTERROGATORIES**


COMES NOW, Defendants, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., (collectively "Taylor Morrison") by and through their undersigned counsel respectfully moves this honorable Court for an extension of time for which to file a  response to Banner Supply Company's  (hereinafter "Banner") First Set of Interrogatories served on Taylor Morrison April 25, 2011 and, in support thereof states as follows:

1.     Defendants, Taylor Morrison, were served with Defendant, Banner's First Request for Production on April 25, 2011.

2.     Due to other unrelated and pending drywall litigation matters Counsel for Taylor Morrison is unable to complete its answer by May 25, 2011.

3.     Counsel for Taylor Morrison requests a one week extension for Taylor Morrison to file its response to Banner's First Set of Interrogatories served on Taylor Morrison April 25, 2011.

1

WHEREFORE, Defendants, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., hereby request that this honorable Court grant this Motion for an extension of time to file its response to Banner Supply Company's First Set of Interrogatories until June 1, 2011, 7 days from the time of initial service, which was April 25, 2011 and, grant any other such relief the Court deems just and proper.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 25, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer