UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-07628 | JUDGE FALLON |
| _____/ | MAG. JUDGE WILKINSON |

### ORDER GRANTING TAYLOR MORRISON ENTITIES' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT, BANNER SUPPLY COMPANY'S FIRST SET OF INTERROGATORIES

THIS CAUSE, having come before the Court on Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc's (collectively "Taylor Morrison") *ex parte* Motion for Extension of Time to File a Response to Defendant, Banner Supply Company's First Set of Interrogatories (the "Motion") and the Court having reviewed the Motion, and being otherwise fully advised in these premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is Granted and that the Defendants, Taylor Morrison shall have until June 1, 2011 to file their response to Defendant, Banner Supply Company's First Set of Interrogatories served on Taylor Morrison on April 25, 2011.

**DONE AND ORDERED** in chambers, New Orleans, Louisiana, this ___ day of _____, 2011.



ELDON E. FALLON
UNITED STATES DISTRICT JUDGE