Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0330

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes / Sun Construction
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _ST. TAMMANY_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22_ day of _December_, 20 _10_, at _9:00_ o'clock _A_ M

**Place of Service:** at _62250 West End Blvd._, in _Slidell, LA 70461_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Homes / Sun Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Rebecca Fried / Customer Service Mgr._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Blond_ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _51_ ; Approx. Height _5'6"_ ; Approx. Weight _140 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _1st_ day of _January_, 20 _11_

_Kennith Landry_
Signature of Server

Notary Public _____ (Commission Expires)
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY