UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DAVID GROSS, et al. vs. KNAUF GIPS, DG, et al. Case No. 09-6690 | * * * | JUDGE FALLON MAG. JUDGE |

\* \* \* \* \* \* \* \*

**AFFIDAVIT OF**

STATE OF FLORIDA

COUNTY OF _Lee_

Before me, the undersigned authority, personally appeared ROEL KARR, who after being by me duly sworn did depose and testify as follows:

1. I am a Roel Karr, Vice-President of Karr Drywall, Inc. (hereinafter, "Karr"). I am over the age of 21 and am a resident of Florida. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by Karr in the regular course of business.

Exhibit "A"

2. Karr is a named defendant in the Complaint/Amended Complaint filed in the matter entitled *David Gross, et al. v. Knauf Gips, DG, et al.*, E.D. La., No. 2:09-cv-6690 (hereinafter, "Complaint").

3. Karr is a Florida company with its principal place of business in Fort Myers, Florida.

4. Karr does not reside in nor is it domiciled in Louisiana.

5. Karr has no subsidiaries or other related entities either in Louisiana or otherwise.

6. Karr is a construction contractor that contracts with third parties for the construction of residential homes and commercial work.

7. Karr has never performed construction in or had any contracts or subcontracts to perform construction in Louisiana.

8. Karr did/does not manufacture any product.

9. Karr has not purchased or sold real property in Louisiana.

10. Karr has no bank accounts in Louisiana.

11. Karr has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

12. Karr has not and does not maintained any office(s) nor employ any employees in Louisiana.

13. Karr does not solicit business in Louisiana and has never transacted business in Louisiana.

14. According to the schedules attached to the Complaint, as amended, the residence on which Karr allegedly conducted work is located in Florida. In fact, the alleged homeowner who has asserted a claim in the Complaint against Karr does not reside in Louisiana, the property at issue in the Complaint (as pertains to Karr) is not located in Louisiana and Karr did not negotiate or enter into any contract with any plaintiff in Louisiana.

15. Karr does not have any agreements with agents located in the State of Louisiana who are authorized to perform work on behalf of Karr in Louisiana.

16. Considering the above, Karr has no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY, THIS 17 DAY OF MAY, 2011.

_____
Notary Public

My Commission expires: 9/9/2011

Bar/Notary No.: DD712739

62065.03\Pleadings\Affidavit.wpd

3