Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0334

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Swift Supply, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Escambia** )

Name of Server: **Larry Gross**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20** day of **December**, 20 **10**, at **8:10** o'clock **A** M

Place of Service: at **1450 Swift Mill Road**, in **Atmore, AL 36502**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Swift Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Laura Stacey, Office Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **gray**; Facial Hair **no**
Approx. Age **54**; Approx. Height **5'5"**; Approx. Weight **110**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **21st** day of **DECEMBER**, 20 **10**

Notary Public    **5-21-2014**    (Commission Expires)

**APS International, Ltd.**