Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0350

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
 --Tad Brown
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Mobile** )

**Name of Server:** **Cherie A Weatherby**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **December**, 20 **10**, at **6:11** o'clock **P** M

**Place of Service:** at **19450 North 6th Street**, in **Citronelle, AL 36522**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tad Brown**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Michelle Brown**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Tad Brown** at the place of service, and whose relationship to the person is: **wife**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Brown**; Facial Hair _____
Approx. Age **36**; Approx. Height **5'6**; Approx. Weight **110 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A Weatherby_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **21st** day of **December**, 20 **10**

_Mary Austin_   01-12-2013
Notary Public   (Commission Expires)

[Notary Seal: Mary R. Austin, Notary Public, Alabama State at Large]