Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0343

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Twin Lakes Reserve & Golf Club, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __VOLUSIA__ )

**Name of Server:** __BILL PHELPS__, undersigned, being duly sworn, deposes and says that at the time of service, ✗/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3RD__ day of __JANUARY__, 20 __11__, at __2:30__ o'clock __P__ M

**Place of Service:** at __432 W. New York Ave, Ste. A__, in __Deland, FL 32720__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Twin Lakes Reserve & Golf Club, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __AMY WHITMARSH, R.A.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BLONDE__ ; Facial Hair __—__
Approx. Age __48__ ; Approx. Height __5'5"__ ; Approx. Weight __140__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Bill Phelps_
Signature of Server

Subscribed and sworn to before me this __4th__ day of __January__, 20 __11__
Notary Public         (Commission Expires) 4/12/14

**APS International, Ltd.**

KEVIN WHITTON
Commission # DD 960356
Expires April 12, 2014
Bonded Thru Troy Fain Insurance 800-385-7019