Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0345

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--United Home Builders, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Raymond V. Laakso_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _December_, 20 _10_, at _10:15_ o'clock _A_ M

**Place of Service:** at _1309 Caloosa Vista Road_, in _Fort Myers, FL  33901_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**United Home Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joseph Sealy, President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair
Approx. Age _60_ ; Approx. Height _6'0"_ ; Approx. Weight _190 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Raymond V Laakso_
Signature of Server   157154

Subscribed and sworn to before me this _28th_ day of _December_, 20 _10_

_Elena Alvarado_
Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Elena G Alvarado
My Commission DD 775641
Expires 04/00/2012

6951