Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0351

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Velvet Pines Construction, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St Tammany_ )

**Name of Server:** _Maria Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22nd_ day of _December_, 20 _10_, at _4:15_ o'clock _P_ M

**Place of Service:** at _19214 Wymer Rd._, in _Covington, LA  70435_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Velvet Pines Construction, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Sandy Barry_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Wh_ ; Hair Color _reddish_ ; Facial Hair _NO_
Approx. Age _35_ ; Approx. Height _5'6"_ ; Approx. Weight _135-140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _4th_ day of _January_, 20 _11_

_Maria Landry_
Signature of Server

_Tenure for life_
Notary Public          (Commission Expires)

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY