Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0357

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Development, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _December_, 20 _10_, at _11:25_ o'clock _A_ M

**Place of Service:** at _4414-6 Del Prado Blvd._, in _Cape Coral, FL  33904_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Villa Development, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Christopher Canzano, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _35-40_ ; Approx. Height _6'0"_ ; Approx. Weight _180 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                   _20th_ day of _December_, 20 _10_

X _Barbara Gray_                                                          _Elena Alvarado_
Signature of Server  #157153                                              Notary Public         (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G. Alvarado
My Commission DD775441
Expires 04/06/2012