Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0364

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ybarzabal Contractors, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany

**Name of Server:** Maria Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of December, 20 10, at 6:40 o'clock P M

**Place of Service:** at 200 Oak Island Drive, in Mandeville, LA 70448

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ybarzabal Contractors, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr Ybarzabal, Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black/grey Facial Hair no
Approx. Age 55 ; Approx. Height 5'11" ; Approx. Weight 170

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maria Landry
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this ___ day of January, 20 11

Notary Public
ROBERT JOHN COMEAUX
Louisiana
ID # 026456
Tenure for Life

(Commission Expires)

NOTARY ATTESTS TO
SIGNATURES ONLY