Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0273

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Star Homes of Florida, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **January**, 20 **11**, at **5:10** o'clock **P** M

**Place of Service:** at **146 N. Sewalls Point Rd.**, in **Stuart, FL 34966**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Star Homes of Florida, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jose Fernandez - President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Spanish**; Hair Color **Brown/Black**; Facial Hair **—**
Approx. Age **40's**; Approx. Height **5'8"**; Approx. Weight **190-200 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **17** day of **January**, 20 **11**

Notary Public    7-14-12
(Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**