Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0464*9*

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Signature Series Homes, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: *Texas* ) ss.
County of: *Montgomery* )

**Name of Server:** *Alana Willis*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *16th* day of *December*, 20 *10*, at *8:08* o'clock *P* M

**Place of Service:** at  4302 Pecos River Dr., in Spring, TX  77386

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Signature Series Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: *Patricia Long*

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex *F* ; Skin Color *White* ; Hair Color *Red/Blonde* ; Facial Hair _____
Approx. Age *60+* ; Approx. Height *5'6"* ; Approx. Weight *170*

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server  #SCH-1329

Subscribed and sworn to before me this *17* day of *December* 20 *10*

*Joe Barak*
Notary Public       (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013