Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Louran Gips KG
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **January**, 20**11**, at **1:55** o'clock **P** M

Place of Service: at **414 SW Dalton Circle**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Louran Gips KG**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kim Montalto - office manager for Louran Builders**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **—**
Approx. Age **40's**; Approx. Height **5'7"**; Approx. Weight **130-140 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

Subscribed and sworn to before me this **24** day of **January**, 20**11**

_____  7-14-12
Notary Public     (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**