# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS CARL AND AMANDA BRETZMAN OF DEFENDANT EMPIRE PROPERTIES, LLC AND ITS INSURER

Come now, Plaintiffs, Carl and Amanda Bretzman ("Bretzman") and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby give notice of dismissal with prejudice, of all of their claims against Defendant, Empire Properties, L.L.C. ("Empire") and its insurer Catlin Specialty Insurance Company only as to Empire related claims ("Catlin"), and specifically reserve all rights, claims and causes of action against all other parties. This dismissal of Empire and Catlin shall only apply to the Bretzman's claims and not to claims made by any other Plaintiff or party. Each party is to bear its respective costs.

Respectfully submitted,

/s/R. Tucker Yance
R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)
YANCE LAW FIRM, LLC
169 Dauphin Street, suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com
*Attorney for Plaintiffs Carl and Amanda Bretzman*

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS CARL AND AMANDA BRETZMAN OF DEFENDANT EMPIRE PROPERTIES, LLC AND ITS INSURER, has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of May, 2011.

     /s/R. Tucker Yance
     R. TUCKER YANCE (Ala.Bar#: ASB-9775-H71Y)