UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.* EDLA 09-04117 _____/ | |

**DEFENDANT BANNER SUPPLY CO. PORT ST. LUCIE, LLC'S OBJECTION TO TAYLOR MORRISON SERVICES, INC. AND  TAYLOR WOODROW COMMUNITIES AT VASARI, LLC'S INTERROGATORIES**

Defendant BANNER SUPPLY CO. PORT ST. LUCIE, LLC ("BPSL"), pursuant to Rule 33, Fed.R.Civ.P., hereby objects to Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, LLC's ("Taylor Morrison") Interrogatories as follows:

1. Taylor Morrison is not a named defendant in this action.

2. Taylor Morrison filed a Motion to Intervene in this action, and this Court granted Taylor Morrison the ability to intervene for the "limited purposes of negotiating a potential class-wide settlement with, among other parties, Banner and its affiliates." *See* Order and Reasons, p.11, attached hereto as Exhibit "A".

3. Given the foregoing, BPSL objects to all Interrogatories propounded by Taylor Morrison on the grounds that Taylor-Morrison, as a non-party who has been granted leave to intervene for the limited purpose of negotiating a class settlement, has no right to propound Interrogatories pursuant to Rule Rule 33, Fed.R.Civ.P.

4. BPSL reserves all rights to respond and to object to the Interrogatories to the extent the Court determines Taylor Morrison is entitled to propound same.

Respectfully submitted this 26th day of May, 2011.

PETERSON & ESPINO, P.A.<br>
Attorneys for Banner PSL<br>
10631 SW 88th Street, Suite 220<br>
Miami, Florida 33186<br>
Telephone: (305) 270-3773<br>
Facsimile: (305) 275-7410<br>
mpeterson@petersonespino.com

By:       /s/
Michael P. Peterson, Esq.
Florida Bar No.: 982040

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading, Defendant Banner Supply Company Pompano, LLC's Objection to Taylor Morrison Services, Inc. and Taylor Woodrow Communities At Vasari, LLC's Interrogatories has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 26th day of May, 2011.

By:       /s/
Michael P. Peterson, Esq.