David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Black Bear Gypsum Supply, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of November, 20 10, at 7:00 o'clock P M

Place of Service: at 14733 Turnberry Court, in Clearwater, Fl 33762

Documents Served: the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum Supply, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Gina milinovich, Registered agent

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 40's ; Approx. Height 5'6" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Date 11/8/10

Subscribed and sworn to before me this 8th day of November, 20 10

Elaine F. Jones
Notary Public    (Commission Expires)
3/2/13

APS International, Ltd.



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters