David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0004

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Davis Construction Supply, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: Florida ) ss.
County of: Alachua )

**Name of Server:** R. Ryan Gleason, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of November, 20 10, at 4:25 o'clock P.M.

**Place of Service:** at 20725 SW 46th Avenue, in Newberry, FL 32669

**Documents Served:** the undersigned served the documents described as:
Summons (Supplement to Amended Class Action Complaint); Order;
Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Davis Construction Supply, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Pat Davis, Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair No
Approx. Age 60 ; Approx. Height 5'6" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

R. Ryan Gleason
Signature of Server

Subscribed and sworn to before me this 4th day of Nov., 20 10

Notary Public (Commission Expires)

JACKIE V. SMITH
Commission # DD 962873
Expires June 18, 2014
Bonded thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**