David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



**Service of Process by**
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107216-0015

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Interior/Exterior Enterprises, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA  19106-3697**

---

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kenneth Landry_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1st_ day of _November_ , 20 _10_ , at _7:12_ o'clock _A_ M

**Place of Service:** at _727 South Cortez St._ , in _New Orleans, LA  70119_

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LLC**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Michelle Hudd / Office Manager_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _42_ ; Approx. Height _5'7"_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.     _10th_ day of _November_ , 20 _10_

_Kenneth Landry_                          _Tenure for Life_
Signature of Server          Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life