David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0019

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Enterprise, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1st__ day of __November__, 20 __10__, at __1:48__ o'clock __P__ M

Place of Service: at One Aventura, Suite 600
20900 N.E. 30th Avenue , in Aventura, FL 33180

Documents Served: the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Enterprise, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Maydeline Gil Secty to Steve Bimston__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __30__ ; Approx. Height __5'6__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_C._
Signature of Server

Subscribed and sworn to before me this __2nd__ day of __November__, 20 __10__

_Doris F Collins_
Notary Public        (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011

**APS International, Ltd.**