David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--LA Suprema Trading, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1st** day of **November**, 20 **10**, at **1:48** o'clock **P** M

**Place of Service:** at  One Aventura, Suite 600 , in Aventura, FL  33180
20900 N.E. 30th Avenue

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LA Suprema Trading, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Maydeline GL Secty. to Steve Binston**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'6** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **2nd** day of **November**, 20 **10**

Doris F Collins
Notary Public               (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011