Request for Service of Judicial Documents from: USA (MINNESOTA)

Party for Service: THE CHINA CORPORATION LTD.

---

### AFFIRMATION OF SERVICE

       I, LEE Wai Chun, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1.      I was directed by the Registrar, High Court of Hong Kong to serve the above-named THE CHINA CORPORATION LTD. with the following judicial documents:

    i)    Request;
    ii)   Summary of documents to be served;
    iii)  Certificate (unexecuted);
    iv)  Order with Case No. 2:09-cv-6690(E.D. La);
    v)   Summons in a Civil Action with Civil Action No. 09-6690;
    vi)  Class Action Complaint.

2.      Pursuant to an official company search of Registered Office Address of the Party for Service conducted by our Office, the copy of search is now produced and marked as exhibit 'LWC-1'. I did on Wednesday the 22nd day of September 2010 at 1155 hours call at the found Registered Office address of 1604, Kinwick Centre, 32 Hollywood Road, Central, Hong Kong, for effecting the service of the aforesaid judicial documents.

3.      On arrival at the aforesaid address, I found that the premises at the aforesaid address was occupied by S. LIU & CO. CHARTERED ACCOUNTANTS CPA. I revealed the purpose of my visit to Miss LO, a female staff member of S. LIU & CO. CHARTERED ACCOUNTANTS CPA. She told me that S. LIU & CO. CHARTERED ACCOUNTANTS CPA. was the company secretary of the Party for Service THE CHINA CORPORATION LTD. Therefore I served the above-named Party for Service by delivering the aforesaid judicial documents to Miss LO who accepted service on behalf of the Party for Service THE CHINA CORPORATION LTD. at 1604, Kinwick Centre, 32 Hollywood Road, Central, Hong Kong.

      AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at    )
Bailiff Hong Kong Regional Office,    )
26th floor, Wanchai Law Courts Building,  )
Hong Kong,    )
this 20th day of October 2010.

Before me,

(                     )
Commissioner for Oaths
Judiciary

## CERTIFICATE (The China Corporation Ltd.)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

(1) that the document has been served*

— the (date) ........ 2nd September 2010 ........

— at (place, street, number) 1604, Kinwick Centre, 32 Hollywood Road, Central, Hong Kong

— in one of the following methods authorised by article 5

    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

    (b) in accordance with the following particular method*: ........................

    (c) by delivery to the addressee, who accepted it voluntarily*.

The documents referred to in the request have been delivered to:

— (identity and description of person) ........................

— relationship to the addressee (family, business or other): ........................

(2) that the document has not been served, by reason of the following facts*: ........................

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes—

Documents returned ........................

In appropriate cases, documents establishing the service ........................

Affirmation of non-service of Chan Siu-yin, Bailiff's Assistant dated 16th September 2010 and affirmation of service of Lee Wai chun, Bailiff's Assistant dated 20th October 2010.

Done at ........................

Signature and/or stamp,

-3 NOV 2010

-3 NOV 2010

* Delete if inappropriate.