David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smoky Mountain Materials, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

Name of Server: **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29th** day of **October**, 20 **10**, at **3:25** o'clock **P** M

Place of Service: at **8040 Old Palafox St.**, in **Pensacola, FL 32534**

Documents Served: the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Smoky Mountain Materials, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sandra Copeland, Credit Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **N**
Approx. Age **44**; Approx. Height **5'3"**; Approx. Weight **129**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **2nd** day of **November**, 20 **10**

Notary Public             (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064