David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0033

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triorient Trading, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **CONNECTICUT** ) ss.
County of: **HARTFORD** )

**Name of Server:** Eric Rubin, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of November, 20 10, at 2:46 o'clock P M

**Place of Service:** at 76 Tokeneke Road, in Darien, CT 06820

**Documents Served:** the undersigned served the documents described as:
Summons (Supplement to Amended Class Action Complaint); Order;
Amended Class Action Complaint w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Triorient Trading, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Ed Biehl, Operations Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair
Approx. Age 48 ; Approx. Height 5'9" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 17 day of November, 20 10

Signature of Server

Notary Public    (Commission Expires) 8/31/2014

APS International, Ltd.