IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : : : | |

## ORDER

Having considered Tobin Trading Inc.'s Motion for Leave of Court to File its Reply to Defendants Taishan Gypsum Co. Ltd., and Taian Taishan Plasterboard Co. Ltd's., Opposition to the Motion to Join the PSC's and HSC's Motion to Compel;

IT IS HEREBY ORDERED that Tobin's Motion for Leave is GRANTED and the Reply should be filed into the record.

New Orleans, Louisiana, this __25th__ day of May, 2011.

_____
Eldon E. Fallon
United States District Court Judge

1