UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  ) ) ) | MDL NO. 2047 |
| ) | SECTION: L |
| This document relates to all cases  ) ) | JUDGE FALLON |
| ) ) ) | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Its Reply to Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Opposition to the PSC and HSC's Motion to Compel;

IT IS ORDERED BY THE COURT that Plaintiffs' Steering Committee is granted leave of court to file the attached Reply to Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Opposition to the PSC and HSC's Motion to Compel.

New Orleans, Louisiana this 25th day of _____May_____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge