UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al Case No. 11-080 | * * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT LTL**
**<u>CONSTRUCTION, INC.'S MOTION TO WITHDRAW PLEADING</u>**

Considering Defendant LTL Construction, Inc.'s Motion to Withdraw Pleading (Doc 8877) filed on May 23, 2011.

IT IS ORDERED that the Motion to Withdraw Pleading is GRANTED.

New Orleans, Louisiana, this <u>25th</u> day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE