Feb 08 10 02:50p                                                                 p.3

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

**SUBCONTRACTOR INFORMATION**

COMPANY NAME: South Florida Custom Trim    BUS. PHONE #: 455-0570
CONTACT: Eric Sollito                      FAX PHONE #: 455-1195
ADDRESS: PO Box 111301
CITY: Naples            STATE: FL
____ SOLE PROPRIETORSHIP   ____ PARTNERSHIP    X INCORPORATED
FEDERAL ID OR SOCIAL SECURITY #: 65-0950304
REGULAR BUSINESS PHONE #: 455-0570
EMERGENCY 24-HOUR SERVICE #: _____
PAGER #: _____   CONTACT PERSON: _____
MOBILE #: 253-0321              CONTACT PERSON: Eric Sollito
HOME #: _____    CONTACT PERSON: _____

**OFFICERS OF THE COMPANY:**

PRESIDENT/OWNER:   Eric Sollito
VICE PRESIDENT:    Mark Sollito
FIELD SUPERVISOR:  Don Bennet
SAFETY OFFICER:    Eric Sollito
OTHERS- NAME & TITLE: _____

**PERSONS AUTHORIZED TO SIGN FOR RELEASE OF PAYMENT:**

NAME: Eric Sollito      TITLE: Pres
NAME: Mark Sollito      TITLE: VP
NAME: _____      TITLE: _____

**INSURANCE CARRIER:**

COMPANY: Nationwide              PHONE: 498-2111
ADDRESS: 26831 S Tamiami Tr, Bonita Spr, FL 34134
CONTACT PERSON: Dawn Disch

Subcontractor's initials ES          11

**Exhibit A**

Feb 08 10 02:50p                                                                                             p.4

## Breakwater Custom Homes, Inc.

__South Florida Custom Trim__                           __Eric Sollitto__
         (Company Name)                                   (Company Representative)

__Frame  Drywall, Stucco__                              __6-1-05__
         (Trade)                                                (Date)

### VENDOR – APPLICATION CHECKLIST

- This application package must be submitted and approved by the Purchasing Manager prior to any work being Performed.
- NO PAYMENTS will be issued without all of the following current information on file.
- Please call Ron Wademan @ 598-2137 ext. 23 with any questions you may have.

☑ **BASE AGREEMENT**    (See attached. Sign every page and return).

☐ **W-9 Form**          ✓ (See attached)

☑ **SAFETY PROGRAM** ✓  (Applies to any company with 3 or more employees. Provide a copy/example of the safety policies your company enforces).

☑ **SAFETY OFFICER** ✓  (Submit name and cell phone contact number of employee responsible for maintaining a safe job site and conducting regular safety meetings).

**FALL PROTECTION PLAN** ✓  (Applies to any company whose employees are working at heights greater than 6 ft. from ground level. Provide an example of the policy your company enforces).

☑ **MATERIAL SAFETY DATA SHEETS (MSDS)** ✓  (Provide an MSDS sheet on any/all chemicals to be used on any of Breakwater Custom Homes, Inc. job sites).

☑ **ORIGINAL CERTIFICATES of ISSUANCE** ✓  (Must reflect the following minimum coverage and list Breakwater Custom Homes, Inc. As certificate holder.)

    General Liability:          $300,000 Bodily Injury & $300,000 Property Damage.
    Auto:                       $100-300,000 Bodily Injury & $100,000 Property Damage.
    Workman's Compensation:     $500,000 Policy Limit, $100,000 Each Accident & $100,000 each Employee.

☑ **COUNTY LICENSE(s)** ✓  (Provide to Breakwater Custom Homes, Inc., and maintain same, a current copy of your County License(s), applicable to the site location on which you will be working).

☑ **STATE LICENSE**        (Provide to Breakwater Custom Homes, Inc., and maintain same, a current copy of Your State License or State Certification).

☐ Thank you, We look forward to doing business with you !

                                                                    RECEIVED

10/21/04-KRM    C:\MyDocuments\VendorInfo\VendorApplicationChecklist    3/11/2005

Feb 08 10 02:50p                                                                    p.5

# Breakwater Custom Homes, Inc.

## SUBCONTRACTOR BASE AGREEMENT

The purpose of this agreement is to establish obligations of Breakwater Custom Homes, Inc., hereinafter known as Contractor, and  South Florida Custom Tel.  hereinafter known as Subcontractor, with regard to the described work.          (SUBCONTRACTOR COMPANY NAME)          Subcontractor acknowledges that Contractor is free to contract with any other person or persons for the performance of work at contractor's project, which is same or similar to scope of work performed by Subcontractor.

### ARTICLE # 1.0 - GENERAL CONDITIONS

1.1   This contract must be signed by a person having "Actual Authority". In the event the company is a corporation, it must be signed by an authorized person as outlined in the corporate resolution.

1.2   Any plans and specifications furnished to Subcontractor by Contractor are the property of the Contractor and may not be duplicated or used on other work and must be returned to Contractor at the completion of Subcontractor's work. Subcontractor shall perform all work in a thorough and workmanlike manner according to the highest standard of the trade. Subcontractor warrants that all labor done and material furnished shall meet or exceed minimum standards outlined in the American Society for Testing and Materials (A.S.T.M.) and the Standard building Code by S.B.C.C.I. and the State of Florida Uniform Building Code for the specifications relating to their trade. Work performed by Subcontractors shall not be considered complete until approved upon final inspection by Contractor and Inspector(s) having jurisdiction and possession of the premise has been turned over to the Contractor's customer.

1.3   Subcontractors must be licensed to work by the city, municipality or county whose building department has jurisdiction.

### ARTICLE # 2.0 - SAFETY & OSHA

2.1   Subcontractor shall be aware of and familiar with OSHA regulations and agrees to abide by such regulations while present on the Contractor's project and be responsible for any penalties imposed by OSHA for negligence as it relates to Subcontractors failure to follow or enforce OSHA policies and regulations.

2.2   Subcontractor agrees to provide Contractor with copies of OSHA approved Material Safety Data Sheets for any hazardous substances that the Subcontractor brings onto the project prior to bringing on site. This includes any materials the Subcontractor is providing and incorporating into his work.

2.3   Subcontractor agrees to submit to Contractor a written Safety Plan detailing how Subcontractor intends to train his employees through a written, certified program in order to prevent accidents while Subcontractor's employees are working at Contractor's project. This plan must comply with OSHA guidelines and be supplemented from time to time with Safety Meeting minutes.

2.4   Subcontractor agrees to designate a Safety Officer who shall be responsible for conducting regular Safety Meetings. These meetings shall be evidenced by maintaining on the job accurate meeting minutes, accident reports and other forms as required by OSHA guidelines.

2.5   Subcontractor agrees to submit to Contractor a written Fall Protection Plan detailing how Subcontractor intends to train his employees through a written, certified program in order to prevent hazardous falls while

Subcontractor's initials  ES                                   1

10/21/04-KRM              C:\MyDocuments\VendorInfo\SubcontractorBaseAgreement              3/11/2005

Feb 08 10 02:51p                                                                                              p.6

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

Subcontractor's employees are working at heights greater than 6' from ground level. This plan must comp. with OSHA guidelines with regard to fall protection.

2.6  Subcontractor holds harmless the Contractor for any fines levied against Subcontractor or Subcontractor's employees for failure to abide by or enforce OSHA regulations. Subcontractor agrees to pay for or reimburse Contractor for any fines Contractor is levied by OSHA due to Subcontractor or Subcontractor's employees failure to abide by or enforce OSHA regulations.

2.7  Contractor's job supervisor may from time to time give Subcontractor written notice of safety violations. Any notice of violation shall be corrected by Subcontractor upon notice. Uncorrected violations will result in monetary fines and/or a stop work order.

### ARTICLE # 3.0 - PROPOSALS

3.1  The Subcontractor is to submit to the Purchasing Department any updated or new proposals as they occur. All *prices* will be effective for a minimum of *twelve* months (3.2 and 3.3) below take precedence over any established periods of time. A 30-day notice prior to expiration of any bid or proposal is required if a price increase is expected. If said notice is not provided, the existing proposal or bid will automatically "roll over" for another *twelve* month period.

3.2  Purchase orders or work order authorization forms will be issued prior to any job start with the pricing that is current at that time. The Subcontractor will be expected to honor all purchase / work orders regardless of when the actual work is performed.

3.3  In the event that an increase is awarded, the old prices will be honored for all sold units at time of increase.

### ARTICLE # 4.0 - WARRANTY

4.1  Subcontractor expressly warrants against defects in the original material and workmanship until: (i) in the case of residential or commercial construction, other than a condominium, one (1) year from the date of closing by Contractor to the consumer-purchaser; or (ii) in the case of a condominium, one (1) year from the date that the deed of the condominium unit is given by Contractor to the ultimate consumer-purchaser, provided that, if by virtue of Florida's Condominium Law, Contractor's warranty obligation to the ultimate purchaser is for a period greater than one (1) year from the date of such deed. Subcontractor warranty shall continue until Contractor statutory warranty obligation to the ultimate consumer purchaser for such work shall terminate. Roofing Contractors will guarantee the same for a period of three years from the date of closing; or (iii) in the case of a model home, one year from the date the model home is turned over to the end user (consumer) for occupancy. This expressed warranty shall not serve to eliminate any responsibility under Florida Statutes or case law, or to exclude any implied responsibilities.

4.2  Subcontractor agrees to make all repairs and correct any defects under its warranty within ten (10) days after notice from Contractor (ProHome), unless Contractor, in its sole discretion, shall determine that an emergency exists. Subcontractor shall also be liable under its warranty for any loss or damage to other property or work resulting from defective labor, services or materials which it provides. Wh. Subcontractor receives a warranty service work order, the Subcontractor shall contact the individual

Subcontractor's initials _ES_                            2

Feb 08 10 02:51p                                                                                     p.7

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

homeowner to verify the scheduled appointment to perform the work as assigned by ProHome; you must also notify ProHome by fax once the scheduled appointment has been made. All warranty service work orders that are received by the Subcontractor must be returned to ProHome upon completion of the work with the customer's signature signifying acceptance.

**We expect all Subcontractors with service work orders to perform them without undue delay, in ALL events, within ten (10) days from the issuance of the work order by ProHome.**

4.3   ANY SUBCONTRACTOR WITH SERVICE WORK ORDERS SEVEN (7) DAYS OR MORE OUTSTANDING FROM THE SCHEDULED WORK DATE, WILL HAVE THEIR CHECKS HELD UNTIL SUCH TIME AS THE WORK IS SATISFACTORILY COMPLETED. In the event that Subcontractor cannot keep an appointment that has been set up, the Subcontractor shall contact the homeowner to reschedule and notify ProHome of the rescheduled appointment by fax.

### ARTICLE # 5.0 - INDEMNIFICATION

5.1   Subcontractor agrees and does by this agreement indemnify Contractor against all loss, harm, damages, causes of action, claims or liability rising out of or related to work performed or to be performed by Subcontractors, its employees, agents, representatives, Subcontractors, including but not limited to injuries to persons and to property or either of them and including all court costs and attorney's fees incurred by Contractor.

### ARTICLE # 6.0 - WORK RULES

6.1   Subcontractor shall furnish all labor, materials, permit(s), tools, equipment, shop drawings and any other items necessary for the completion of work as determined by Subcontractors' Scope of Work. Subcontractor bid forms, plans, specifications, scope of work, purchase orders and job schedule will be issued by the Contractor from time-to-time in accordance with the terms and conditions of this agreement.

6.2   Subcontractor shall be responsible for providing and installing protective covering on finished materials. Subcontractor shall further be totally responsible for repairing or replacing damaged or stolen subcontractor material including labor and/or material, regardless of cause, until such material is incorporated into the job (i.e. attached, installed, hooked up, etc.). Subcontractors will be held liable for improper workmanship caused by the installation of work over the mistakes of others. In the event work is installed over the visible mistakes of others, all involved Subcontractors will be responsible to correct their portion of the work at no charge to Contractor. The Subcontractor shall make every attempt to preserve and respect the work of the preceding trade, exercising due care not to mar, damage, or destroy existing work and take care in the protection of their own work. If the Subcontractor accidentally damages or destroys another trade's work, the Subcontractor is to notify the superintendent immediately so that timely appropriate action can take place to rectify the damage at Subcontractor's expense.

6.3   Subcontractor shall submit to Contractor at time of invoicing all manufacturer and dealer user information, brochures and warranties and guarantees on appliances, equipment and materials and shall furnish all certificates required by state government bodies or agencies.

Subcontractor's initials _ES_ .                                         3

10/21/04-KRM                    C:\MyDocuments\Vanderbilt\SubcontractorBaseAgreement                    1/11/2005

Feb 08 10 02:52p                                                                                                p.8

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

6.4 In the event that a subcontractor is responsible to apply and provide a copy of the necessary permit(s) required, copies of the permit(s) must be provided to the Contractor a minimum of 7 days prior to commencing the work.

6.5 *BROOM SWEEPING OF FLOORS* AND CLEAN UP OF SCRAP MATERIALS SHALL BE DONE ON A DAILY BASIS. MATERIALS FURNISHED BY THE CONTRACTOR or SUBCONTRACTOR, SCRAP MATERIAL AND PACKING MATERIAL ARE TO BE PLACED IN A DESIGNATED AREA. (Note: the contractor reserves the right to supply and/or furnish laborers on a weekly basis or as needed with a charge to the subcontractors which may be up to $125.00 per occurrence).

6.6 The last worker in each house shall be responsible for securing windows and doors at the end of the day.

6.7 As time is of the essence, Subcontractor hereby agrees to perform all phases of his work in close and timely cooperation with the scheduling requirements issued by Contractor, and to complete all work in each phase without interruption. Subcontractor further agrees to man the job at all times with qualified personnel who conduct themselves in a professional manner. All units to be swept after completing work.

   6.7.1 *Per Collier County Code, Lee County Code, Community Guidelines, etc...there will be no workers allowed on the jobsite before 6:30 a.m. and no later than 7:00 p.m., including prep or clean up time. Also, there is no work allowed on Sundays or any Major Holidays.*

   6.7.2 Abusive and loud language by workers is not permitted.

   6.7.3 No alcohol, drugs or firearms are allowed on Breakwater Custom Homes, Inc. property or jobsites.

   6.7.4 Restrooms: Subcontractor's employees are expected to use the portable toilet units, which Contractor provides for each job.

   6.7.5 Radios must not be played at excessive volume or they may be prohibited from the job site.

   6.7.6 Parking: No Subcontractor employees, under any circumstances are to park vehicles on completed driveways or lots that have been final graded. *Also all parking must be along the sides of the streets off the road so that traffic can get through.* Keep vehicles to a minimum on large crews, *personal vehicles should be parked in the designated parking area(s)*

   6.7.7 *Unsecured equipment and/or tools are not to be left on the jobsite. The Contractor will not be held responsible for any damage or theft.*

6.8 Subcontractor shall have satisfactorily completed all phases of work specified as per the job schedule. Failure to do so can be considered reason for release of Subcontractor and warrant a back charge due to nonperformance. Loss of time due to inclement weather is Subcontractor's responsibility. Expect to make t lost days on weekends, if necessary. Subcontractor is expected to maintain the given schedule at all times.

Subcontractor's initials  _ES_·                       4

10/21/04-KKM                  C:\My Documents\Vendors\SubcontractorBaseAgreement                     3/11/2005

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

6.9 Should Contractor deem Subcontractor unable or unwilling to satisfactorily complete all work specified as per the conditions of this agreement after having been given notice, it shall be the right of the Contractor, without further notice, to hire such person(s) as he deems suitable and to furnish such materials as are necessary and thereby proceed to complete all work originally contracted. The total costs of all such labor and materials shall be back charged against all sums due to Subcontractor as a result of this or any other contract existing between Subcontractor and Contractor.

6.10 Subcontractor must, at all times, exercise care not to trespass or otherwise infringe on the rights of owners of adjoining properties. Workers shall not be permitted in the sales office, models or completed homes, except as required to perform work in those units.

6.11 If a Subcontractor should find on any job conditions that preclude Subcontractor from installing the quality work we expect or doing so in a safe manner, the Subcontractor is to bring the condition to the attention of the superintendent. In Summary... We expect that your phase of the work will be done properly according to plans and specifications with safety in mind; start and complete according to schedule; be clean and complete prior to invoicing; and lastly, service your Scope of Work promptly.

### ARTICLE # 7.0 - PAYMENT PROCEDURES

7.1 Subcontractor shall be solely responsible for payment of all income, withholding, social security, unemployment and other taxes imposed by state or federal law in connection with wages which it pays or persons it employs.

7.2 Subcontractor shall also obtain and pay for all required licenses and permits, shall comply with all requirements of city, county, state and federal ordinances, laws and regulations, including occupational, safety and health acts.

7.3 No work shall be performed without prior authorization. Subcontractor shall understand that any supervising employees of Contractor is authorized to verbally request work to be performed, and that the subcontractor is responsible to request an additional purchase order to be signed by the individual requesting the additional work. The superintendent *may* provide a faxed copy of additional change orders requested by the customer which will be considered as authorization for work requested if additional work is due to a change in customer's contract and not related to unforeseen conditions. If Subcontractor, for whatever reason, performs any work without the necessary authorization Subcontractor understands that he is acting without the proper authorization and will NOT be paid for that work. It will be the Subcontractors responsibility to request a copy of the additional purchase order from the superintendent prior to submitting their invoice.

7.4 On completion of the work, the Subcontractor must submit "All" invoices with the original job work order(s) attached for contracted work which is indicated, these amounts will be paid when work is complete.
In the event there is additional work, which is required, the additional work must be itemized and invoiced separately with a copy of the Additional Purchase Order (supplied by Superintendent or Purchasing) attached for that phase of work. Extra work invoices when received, must be sent to the *Project Manager* for final approval. Once approved, the amount will be paid when work is complete.

7.5 All invoices for *"Work Completed"*, must be submitted by the 10th and 25th of each month, a copy of the monthly payment schedule for the year will be provided by the Contractor, all work which is indicated on

Subcontractor's initials  E S .                          5

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

the original work order(s) that is completed by the 10th and 25th of each month will be authorized for payment by the Project Manager. Work completed by the 10th will be paid on the 25th, work completed by the 25th will be paid on the 10th of the following month.

7.6  10% retainage will be held on all contracted amounts and phases of work with no exception. Such retainage will be reflected within the original work order and will only be released after every phase of work is complete, or a Certificate of Occupancy is received from the governing municipality, or all operational and mechanical systems are started and working properly, and the job has been cleaned, punched out and signed off by the designated job superintendent and project manager. Once the above conditions are met, you will receive payment of the retainage no earlier than 30 days and no later than 60 days.

7.7  DON'T WAIT UNTIL THE LAST MINUTE TO SUBMIT ADDITIONAL WORK INVOICES. SUBMIT ON EACH JOB AS THE WORK IS COMPLETED AND ONLY WHEN COMPLETED BY THE TURN IN DATE. Each invoice submitted for additional work must include a copy of the signed work order provided by the subcontractor. If the invoice is incorrect for any reason, it will be returned to the Subcontractor for correction. The second received date will then determine the payment date, according to the above schedule.

7.8  Subcontractor shall submit all invoices for extra work not included within the work orders provided within 30 days of Certificate of Occupancy. If Subcontractor fails to invoice within the 60-day period from issuance of Certificate of Occupancy, Subcontractor releases Contractor from all obligations to pay any amounts due relative to late invoices.

### ARTICLE # 8.0 – LIEN RELEASES

8.1  Prior to any payment or checks being released, each Subcontractor will be required to sign either a PARTIAL or a FINAL release of lien depending on what portion of the total job is being paid.

8.2  If the subcontractor is a corporation, a copy of the corporate resolution must be provided and attached to this agreement indicating the persons allowed to sign the Lien releases on behalf of the corporation. If the subcontractor is an individual or partnership, a notarized statement must be attached to this agreement indicating the persons authorized to sign the Lien releases. All individuals must provide their Florida driver's license for identification purposes when signing the Lien releases.

8.3  Subcontractors who supply any materials to the job will be required to, provide a list of all suppliers to the Contractor, and submit releases of lien from their suppliers. If requested by the Supplier, these checks will be cut jointly showing payable to both parties.

8.4  All subcontractors prior to final payment is made, must submit a Sworn Contractors Statement of what is owed by the subcontractor to any subcontractor, supplier or employees.

Subcontractor's initials _ES_           '6

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

### ARTICLE # 9.0 – REQUIRED DOCUMENTATION

9.1   Subcontractor to provide proof of U.S. Citizenship pursuant to Section 274A of the Immigration and Nationality Act. Proof of verification may be provided by copies of one or more of the following:

   9.1.1   U.S. Passport
   9.1.2   Certificate of U.S. Citizenship
   9.1.3   Resident Alien Card with photograph of individual
   9.1.4   Social Security Number Card and Certificate of Birth in the U.S. and Drivers License.

9.2   Subcontractor shall at all times during the life of this contract carry and maintain, at the Subcontractor's expense, with a carrier(s) satisfactory to the Contractor, naming the Breakwater Custom Homes, Inc. and all affiliated corporations as an additional insured, the following minimum insurance: In the event that the Subcontractor switches to a new carrier we must be notified IMMEDIATELY. It is your responsibility as a business to make sure we always have the most updated information on file.

   9.2.1   WORKERS' COMPENSATION INSURANCE with Coverage A in accordance with the laws of the State of Florida and Coverage B with minimum policy limits of $500,000, $100,000 each accident and $100,000 each employee.

   9.2.2   COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE, with a minimum of $300,000 combined single limit or $100,000/$300,000 bodily injury and $100,000 property damage, liability per occurrence. This insurance is to apply to all owned, non-owned and hired automobiles used by the Subcontractor in the performance of the work.

   9.2.3   COMPREHENSIVE GENERAL LIABILITY INSURANCE, including CONTRACTUAL LIABILITY, PRODUCTS/COMPLETED OPERATIONS LIABILITY, OWNERS AND CONTRACTORS PROTECTIVE LIABILITY, AND PERSONAL INJURY LIABILITY INSURANCE, covering all operations required to complete the work, including coverage for damage caused by explosion, collapse, and structural injury, and damage to underground utilities, if applicable; with the minimum limits of same to be, per occurrence, $300,000 for bodily injury, and $300,000 for property damage.

   9.2.4   The PRODUCT/COMPLETED OPERATIONS LIABILITY INSURANCE shall be provided for a period of at least one (1) year after completion of the work.

   9.2.5   The CONTRACTUAL LIABILITY INSURANCE coverage shall insure the contractual obligations assumed by the Subcontractor in accepting this Subcontract.

   9.2.6   The Subcontractor shall have its insurance agent furnish to the Contractor certificates of insurance with original signatures, bearing the certificates of the insuring companies, showing the required coverage and stating that the policies described therein will not be altered, canceled, or permitted to expire without first giving thirty (30) days prior notice thereof to the Contractor by certified mail. Such certificates shall be furnished to the Contractor prior to starting work but no later than ten (10)

Subcontractor's initials  ES                    7

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

days after the execution of this Subcontract along with copies of the actual policies of the certificates provided by the insurance agent for review.

Any failure of the Subcontractor to carry appropriate insurance and/or cause certificates to be furnished to the Contractor, as herein required, shall be considered grounds for the immediate cancellation and termination of this contract by the Contractor, and Subcontractor shall not be entitled to receive further payments under this contract unless subsequently reinstated by the Contractor. Subcontractor acknowledges that its insurance as required hereunder, shall be the primary insurance for any items of damage covered thereby and that Contractor's or Owner's insurance shall not be contributory.

9.3 These insurance requirements apply to all Subcontractors, their employees and any Subcontractors they may contract with to fulfill the obligations of this contract. We do not accept Exempt Status Forms (204) in lieu of Workers' Compensation Insurance as described in Article # 9.0, Section 9.2.1. All Subcontractors of Subcontractors must show required documentation (Article # 9.0, Section 9.1) and perform according to all articles of this Base Agreement.

### ARTICLE # 10.0 – TERMINATION

10.1 The contractor may terminate this agreement at their convenience and/or if the subcontractor:

    10.1.1 Persistently or repeatedly refuses or fails to supply sufficient persons and materials to perform the requested scope of work.

    10.1.2 Fails to make a payment to sub-subcontractor / supplier for materials or labor in accordance with their respective agreements between the subcontractor and contractor.

    10.1.3 Persistently disregards laws, ordinances, rules, regulations or orders of public authority having jurisdiction or

    10.1.4 Otherwise is guilty of substantial breach of a provision of the contract documents.

    10.1.5 When any of the above reasons exists, the contractor after giving the subcontractor 7 days written notice may terminate the contract and:

        10.1.5.1 May take possession of the site and all materials, equipment, tools, construction equipment and machinery there on owned by the subcontractor.

        10.1.5.2 Except assignment of sub-subcontractors and

        10.1.5.3 Finish the work by what ever reasonable method the contractor may deem expedient.

    10.1.6 When the contractor terminates the contract for any of the above reasons, the subcontractor shall not be entitled to receive any further payment until the work is finished.

Subcontractor's initials _ES_                8

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

10.1.7 If the unpaid balance of the contract sum exceeds the cost of finishing the work, including any and all services made necessary, there by, such excess shall be paid to the subcontractor. If such costs exceed the unpaid balance, the subcontractor shall pay the difference to the contactor. This obligation shall survive the termination of the contract.

### ARTICLE # 11.0 - OTHER PROVISIONS FOR BASE AGREEMENT

11.1 Any default by Subcontractor under this Subcontract Agreement shall constitute a default under any and all other agreements between Contractor and Subcontractor and shall entitle Contractor to pursue against Subcontractor any remedies provided under such other agreements including, but not limited to, withholding any payments otherwise due and owing from Contractor to Subcontractor pursuant to such other agreement.

11.2 Any references to arbitration contained in any of the contract documents are hereby deleted, and any dispute, which arises under this Subcontract Agreement, shall be resolved only by civil action in a court of competent jurisdiction. In the event that either Contractor or Subcontractor files a civil action to enforce any rights under this Subcontract Agreement, the prevailing party in such action shall be entitled to recover, in addition to the amount of any judgment, all court costs, interest, or expenses and reasonable attorneys' fees. The exclusive venue for any civil action arising out of this Subcontract Agreement shall be Collier County, Florida. This provision shall not in any way limit any other remedies available to either Contractor or Subcontractor.

11.3 Subcontractor shall protect, indemnify and save Contractor and Owner harmless from all claims, encumbrances or liens growing out of the performance of this Subcontract Agreement and Subcontractor will at its cost and expenses, including all attorneys' fees, defend all suits concerning any such claims.

11.4 The indemnification and hold harmless provisions of this Agreement are strictly limited to a sum equal to three (3) times the total Subcontract price provided herein.

11.5 Any payments made hereunder shall not be construed as an acceptance by Contractor of the performance of this Agreement by Subcontractor. Contractor reserves the rights at any time to require that subcontractor comply with the plans and specifications, irrespective of whether monies for said work have been paid to Subcontractor.

11.5 Subcontractor shall notify Contractor in writing of any omission, inconsistency or ambiguity that may appear in the plans, specifications or other contract documents before commencing the work hereunder. Within a reasonable time after receipt of said notice, Contractor will instruct Subcontractor as to the measures to be taken, and Subcontractor shall comply with Contractor's instructions. Unless change orders are issued, any omission, inconsistency or ambiguity to be rectified shall not change the contract time or price.

It is the sole responsibility of Subcontractor to communicate with Contractor prior to commencing the work and to verify any and all changes that may have occurred after signing this Subcontract Agreement.

Subcontractor's initials  ES      9

Feb 08 10 02:54p                                                                    p.14

## Breakwater Custom Homes, Inc.

### SUBCONTRACTOR BASE AGREEMENT

11.6 Subcontractor agrees to hold harmless and unconditionally indemnify Contractor against all liability, cost, expenses, claims and damages which Contractor may at any time suffer or sustain or become liable for by reason of any accidents, damages or injuries either to the persons or property or both, of Subcontractor, or the workmen of either party, or of any other parties, or to the property of Contractor, in any manner arising from the work performed hereunder, including, but not limited to, any negligent act or omission of Contractor, its officers, agents, or employees. The parties hereby acknowledge, pursuant to §725.06, Florida Statutes, that the first $100.00 of the consideration to be paid under this Subcontract Agreement is the specific consideration given by Contractor for the indemnification agreed to herein.

11.7 Each Subcontractor is responsible for obtaining plans, job schedule, purchase orders, change orders and specifications prior to starting any work. These items plus this agreement constitute the entire contract between the parties and there are no other agreements, oral or written, between them. *This agreement may not be modified or amended in any manner.*

I, __Eric Solitto__, as an officer of __South Florida Custom Trim__, have reviewed this Subcontractor Base Agreement with Breakwater Custom Homes, Inc., and understand, acknowledge and agree to all of the above.

_____   6-1-05    _____
Signed and Acknowledged (Subcontractor)   Date          Witness

_____   6/2/05    _____
Signed and Acknowledged (Contractor)   Date          Witness

Feb 08 10 02:54p                                                                                              p.15

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

CSR DS 9003-17   DATE (MM/DD/YYYY) 05/31/06

PRODUCER
Stewart & Sons Insurance, Inc.
P.O. Box 50029
Fort Myers FL 33906-0029
Phone: 239-936-8844

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURERS AFFORDING COVERAGE | NAIC #

INSURED
South Florida Custom Trim, DBA
South Florida Custom Homes
P.O. Box 111301
Naples FL 34108

| INSURER A: | Bridgefield Employers Ins.Co. |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY ☐ PROJECT ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN   EA ACC | $ |
| | | | | | | AUTO ONLY:   AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 830-27829 | 05/24/06 | 05/24/07 | ☒ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
Carpentry

## CERTIFICATE HOLDER

BREAW-1
BREAKWATER CUSTOM HOMES
1998 TRADE CENTER WAY, STE 4
NAPLES FL 34109

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2001/08)                                                                          © ACORD CORPORATION 1988

Feb 06 10 02:55p                                                                                         p.16

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 5/4/2007

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| NATIONWIDE INS - THOMAS AGCY<br>26831 S Tamiami Trail  #52<br>Bonita Springs, FL 34134<br>9-992-6822 | |
| | INSURERS AFFORDING COVERAGE — NAIC# |
| INSURED  SOUTH FLORIDA CUSTOM TRIM INC<br>DBA SOUTH FLORIDA CUSTOM HOMES<br>PO BOX 111301<br>NAPLES, FL 34108 | INSURER A: NATIONWIDE MUTUAL INS |
| | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE [X] OCCUR<br>X WAIVER OF SUBR<br>X PROD/COMPL OPS<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [X] PROJECT  LOC | 77PR766248-3001 | 08/05/06 | 08/05/07 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 5,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | 77BA766248-3002 | 08/05/06 | 08/05/07 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$<br>$ |
| | | **EXCESS/UMBRELLA LIABILITY**<br>OCCUR  CLAIMS MADE<br>DEDUCTIBLE<br>RETENTION  $ | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$<br>$<br>$ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU- / OTH-<br>TORY LIMITS  ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $<br>$<br>$ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| BREAKWATER CUSTOM HOMES INC<br>1998 TRADE CENTER WAY<br>UNIT 4<br>NAPLES, FL  34109<br>239-598-4348 KATHY | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                                       © ACORD CORPORATION 1988