David Gross, et. al., Plaintiff(s)
  vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0124

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Aarco, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

| | |
|---|---|
| Name of Server: | **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the **4th** day of **November**, 20 **10**, at **7:36** o'clock **A** M |
| Place of Service: | at **57 Doubloon Drive**, in **Slidell, LA 70461** |
| Documents Served: | the undersigned served the documents described as:<br>**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on:<br>**Aarco, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: **Gravell Barnhill / Owner** |
| Description of Person Receiving Documents: | The person receiving documents is described as follows:<br>Sex **F** ; Skin Color **Cauc** ; Hair Color **Brown**; Facial Hair **No**<br>Approx. Age **29** ; Approx. Height **5'4"** ; Approx. Weight **160**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.   **10th** day of **November**, 20**10**<br>*Kenith Landry*  *Jeanne Tujaque*<br>Signature of Server    Notary Public    (Commission Expires) |

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life