David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0247

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of Northwest Florida, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: ESCAMBIA )

**Name of Server:** GLENROY LITTLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of NOV, 20 10, at 4:25 o'clock PM

**Place of Service:** at 3000 Gulf Breeze Parkway, in Gulf Breeze, FL 32563

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Adams Homes of Northwest Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SHAUNA L. KIRBY AS EXE ASST

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLONDE ; Facial Hair NONE
Approx. Age 44 ; Approx. Height 5'6 ; Approx. Weight 160

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_littte #603_
Signature of Server

Subscribed and sworn to before me this 4th day of November, 20 10

_signature_
Notary Public      (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064