David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0248

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes Realty, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Escambia__ )

**Name of Server:** __Glenroy Little__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __Nov.__, 20 __10__, at __1200__ o'clock __P__ M

**Place of Service:** at __5508-B N. "W" Street__, in __Pensacola, FL 32505__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes Realty, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Dianne King, Closing Coordinator__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __wht__ ; Hair Color __Blonde__ ; Facial Hair __N/A__
Approx. Age __45__ ; Approx. Height __5'5__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Glenroy Little #503_
Signature of Server

Subscribed and sworn to before me this __3rd__ day of __November__, 20 __10__

_S. Peak_
Notary Public           (Commission Expires)

APS International, Ltd.



SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064