David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0125

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Adrian Kornman
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **November**, 20 **10**, at **1:10** o'clock **P** M

**Place of Service:** at **2053 E. Gause Blvd., Ste. 200**, in **Slidell, LA 70461**

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adrian Kornman**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Adrian Kornman** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Grey**; Facial Hair **No**
Approx. Age **60's**; Approx. Height **5'6"**; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kennith Landry
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **10th** day of **November**, 20 **10**

Notary Public   (Commission Expires)

NOTARY ATTESTS TO
SIGNATURES ONLY
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life