David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0019

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Albert Howard, Jr
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Muscogee )

Name of Server: Franky A Hicks, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of October, 20 10, at 5:32 o'clock P M

Place of Service: at 936 2nd Avenue, in Columbus, GA 31906

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Albert Howard, Jr**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Blk ; Hair Color Brown ; Facial Hair No
Approx. Age 54 ; Approx. Height 6'0" ; Approx. Weight 220

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 28th day of October, 2010

Notary Public    7/27/2014 (Commission Expires)

**APS International, Ltd.**