David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0177

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co., c/o GY Corporate Services, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2nd day of November, 20 10, at 10:00 o'clock A M

**Place of Service:** at Two South Biscayne Blvd., Ste. 3400, in Miami, FL 33131

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co., c/o GY Corporate Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Mark Scheer President of GY Corp. Services, Inc.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'5 ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 2nd day of November, 20 10

Notary Public     (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission DD718151
Expires 08/29/2011