David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0087

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bayou Building Products, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20 __10__, at __9:00__ o'clock __A__ M

**Place of Service:** at __749 Huckleberry Lane__, in __Gretna, LA 70056__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bayou Building Products, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Mary Orgeron / Former Owner__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc__ ; Hair Color __Blond__ ; Facial Hair __No__
Approx. Age __39__ ; Approx. Height __5'2"__ ; Approx. Weight __150__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this __1st__ day of __November__, 20 __10__

_[signature]_ Tenure for Life
Notary Public (Commission Expires)

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life