David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0268

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Black Bear Gypsum Supply, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.
County of: _Hillsborough_ )

**Name of Server:** _Lydia Velez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3Rd_ day of _November_, 20 _10_, at _7:00_ o'clock _P_ M

**Place of Service:** at _14733 Turnberry Court_, in _Clearwater, FL  33762_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Gina millovich, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _40's_ ; Approx. Height _5'6"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _8th_ day of _November_, 20 _10_

_Lydia Velez_   _11/8/10_   _Elaine F. Jones_
Signature of Server   Date   Notary Public   (Commission Expires)
_3/2/13_

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857266
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters