David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0105

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bradford Lumber & Supply, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __Ouachita__ )

**Name of Server:** __Barry Bonner__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __30__ day of __October__, 20 __10__, at __2:25__ o'clock __P__ M

**Place of Service:** at __3322 Deborah Drive__, in __Monroe, LA 71201__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Bradford Lumber & Supply, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Leon Ramsey__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gry__ ; Facial Hair __None__
Approx. Age __70__ ; Approx. Height __5'10"__ ; Approx. Weight __175__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Bonner_
Signature of Server

Subscribed and sworn to before me this __1st__ day of __November__, 20 __10__

_Cynthia Wilmore_
Notary Public        (Commission Expires)

APS International, Ltd.

Cynthia F. Wilmore
Notary Public #26515
Ouachita Parish Louisiana
My Commission is for Life