David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0080

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply House, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish ~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28th_ day of _October_, 20 _10_, at _1058_ o'clock _A_ M

**Place of Service:** at _8550 United Plaza Boulevard, Suite 1001_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Building Supply House, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Ellen Ferriss, Receptionist_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _NA_
Approx. Age _30 yr_ ; Approx. Height _5'5"_ ; Approx. Weight _150 lb_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _2nd_ day of _November_, 20 _10_

_Jonna Dullahan_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**