UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *All Cases*

## ORDER

Considering the foregoing Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED that Exhibits F and H attached to the Defendants Taishan Gypsum Co. Ltd and Taian Taishan Plasterboard Co., Ltd.'s Opposition to the PSC's and the HSC's Motions to Compel (Rec. Doc. No. 8841) be filed under seal.

New Orleans, Louisiana, this __25th__ day of May, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge