MINUTE ENTRY
FALLON, J.
MAY 26, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

The monthly status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Prior to the conference, the Court met with Liaison Counsel and the Chairs of the Steering Committees. At the conference, Liaison Counsel reported to the Court on topics set forth in Joint Report No. 21. (R. Doc. 8913). The conference was transcribed by Ms. Karen Anderson Ibos, Official Court Reporter. Counsel may contact Ms. Anderson Ibos at (504) 589-7776 to request a copy of the transcript. A summary of the monthly status conference follows.

The first topic addressed was profile forms. The Court was previously apprised of a dispute involving incomplete forms and costly access to completed forms. Lead Chair of the Plaintiffs' Steering Committee ("PSC") informed the Court that these issues would be worked out. The Court directed the PSC to ensure that completed forms are accessible.

JS10(00:20)

Dawn Barrios, the Chair of the Federal-Statute Coordination Committee, presented the Court with an updated disk containing the most recent information about Chinese drywall-related state court proceedings. Ms. Barrios asked the Court to contact a number of state court judges from Florida and indicated she would provide their contact information. With regard to state court trial settings, Ms. Barrios informed the Court that a trial is scheduled in Florida state court before Judge Silver in the *Staggs* case. Additionally, there is a motion hearing scheduled in the 22nd JDC, Louisiana state court, involving the Louisiana New Home Warranty Act.

Next, Lead Chair of the PSC informed the Court that another omnibus complaint will be filed this summer involving claims against the Taishan defendants.

Greg Wallance, counsel for the Knauf defendants, reported on the status of the pilot remediation program. Mr. Wallance stated that approximately 250 homes, at the rate of about 15 per week, are currently going through the program. Additionally, ten homes have been completed. Mr. Wallance also stated that the Knauf defendants plan to expand the program to more homes in Florida. The Court praised the program for its ability to provide the parties with a "look and see," and expressed its interest in expanding the program, as well as exploring other options for resolving the homeowners' claims.

With regard to the class certification hearings, those in *Vickers* and *Payton* are going forward on August 23, 2011, but the hearing in *Silva* is stayed due to the recent Preliminary Approval Order of the Interior Exterior class settlement agreement. Plaintiffs recently filed a class certification motion seeking a class action against the Virginia defendants, but this motion has not yet been set for hearing by the Court.

With regard to the depositions of the Knauf defendants, the parties reported to the Court that a July 2011 date has been selected, but not yet finalized.

With regard to the Preliminary Approval Order, the Court was informed that notice is in process.

With regard to the Banner defendants, a number of homebuilders have expressed concern about being left out of settlement negotiations. In response, the Court stated that because of the numerous parties in the litigation it is not practical for all parties to be involved in every settlement negotiation, and directed the parties to proceed with settlement negotiation by looking to the Court-appointed members of the steering committees to represent their respective interests, particularly at the preliminary stages of negotiation, and that once discussions are matured, all necessary parties may be included.

With regard to the Taishan defendants, the PSC informed the Court that a motion to quash was filed by Guardian in response to a subpoena and document request. The Court directed the parties involved to send letters detailing their positions on the issue.

Finally, the Court reminded all interested persons and parties that the next monthly status conference is scheduled for June 14, 2011. The call-in information can be found on the Court's Chinese Drywall MDL website at the "Calendar" page,

http://www.laed.uscourts.gov/Drywall/Calendar.htm.

Oral arguments on the motions set for hearing followed the monthly status conference. Information thereon can be found in the separate minute entry docketed on this date.