UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                                                           |   |                                            |
|---------------------------------------------------------------------------|---|--------------------------------------------|
|                                                                           | : | MDL NO. 2047                               |
| IN RE: CHINESE MANUFACTURED DRYWALL                                       | : |                                            |
| PRODUCTS LIABILITY LITIGATION                                             | : | SECTION: L                                 |
|                                                                           | : |                                            |
|                                                                           | : | JUDGE FALLON                               |
|                                                                           | : | MAG. JUDGE WILKINSON                       |

**THIS DOCUMENT RELATES TO *Gross v. Knauf Gips KG*, Case No. 09-6690**

## ORDER

The Court is in receipt of Defendant Brothers Properties, LA, LCC's correspondence and

Answer and Cross-claim. IT IS ORDERED that these documents are to be entered into the

record. Michael Domingue seeks to represent Brothers pro se. However, under applicable law a

business entity such as Brothers cannot be represented pro se by an individual member of the

entity. Accordingly, IT IS FURTHER ORDERED that the Homebuilders' Steering Committee is

to contact Mr. Dominque to provide general information about the litigation and any other

assistance it finds appropriate.

New Orleans, Louisiana, this 17th day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Michael Domingue
721 West 22nd Street
Houston, TX 77008