OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 19 AM 12:05

LORETTA G. WHYTE
CLERK

Date: 5/18/11

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : Complaint in Intervention I(A) ) to the following:

1. (name) Sterling Communities Realty, Inc
   (address) 3090 Canterbury Drive; Boca Raton, FL 33434
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Plaintiffs

Address   LEVIN, FISHBEIN, SEDRAN & BERMAN
          510 WALNUT STREET - SUITE 500
          PHILADELPHIA, PA 19106-3697