OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 5/18/11

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : Complaint In Intervention I(B) ) to the following:

1. (name) Sterling Communities Realty, Inc
   (address) 3090 Canterbury Drive; Boca Raton, FL 33434
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 WALNUT STREET - SUITE 500
        PHILADELPHIA, PA 19106-3697