UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| AMATO, ET AL. v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * * * * * | MAGISTRATE WILKINSON |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * * | |

******************************************* *

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Dean and Dawn Amato, individually and on behalf of all others similarly situated, who respectfully aver as follows:

1.

Plaintiffs filed their Amended Omnibus Class Action Complaint (V), ("Omni V") in this matter on May 11, 2010, Doc. Rec. 3132.

2.

Named as defendants therein are American International Specialty Lines Insurance Company and Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company (collectively, "AISLIC").

3.

Schedule 2, page 5 of Omni V identifies AISLIC as an alleged insurer of Interior Exterior, under Policy No. 6192675, with effective dates of December 31, 2002 through December 31, 2003 (the "Policy").

4.

AISLIC's insurer profile form confirms that it issued the Policy to King Company Limited Partnership, with Interior/Exterior Building Supply Limited Partnership and Interior/Exterior Enterprises, LLC as additional named insureds.

5.

All evidence to date confirms that no Interior/Exterior entity received any Chinese Drywall from any source until after the expiration of the Policy.

6.

AISLIC has not served either an Answer or a Motion for Summary Judgment in Omni V. Accordingly, pursuant to F.R.C.P. 41(a)(1)(A), plaintiffs are entitled to file this Notice of Dismissal Without Prejudice as of right.

7.

Accordingly, plaintiffs do hereby give notice that they are dismissing, without prejudice, their claims against American International Specialty Lines Insurance Company and Chartis Specialty Insurance Company f/k/a American International Specialty Lines

Insurance Company as pertains to Policy No. 6192675, issued to King Company Limited Partnership, with effective dates of December 31, 2002 through December 31, 2003.

Date:  May 31, 2011       Respectfully submitted,

      /s/Leonard A. Davis
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70130
Telephone:   (504) 581-4892
Facsimile:   (504) 561-6024
*Plaintiffs Liaison Counsel*
*Plaintiffs Steering Committee*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on the 31st day of     May    , 2011.

      /s/ Leonard A. Davis
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70130
Telephone:   (504) 581-4892
Facsimile:   (504) 561-6024
*Plaintiffs Liaison Counsel*
*Plaintiffs Steering Committee*