UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| AMATO, ET AL. v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * * * * | MAGISTRATE WILKINSON |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * * | |
| ***************************************** | * | |

**O R D E R**

CONSIDERING the foregoing Notice of Dismissal Without Prejudice by plaintiffs to dismiss American International Speciality Lines Insurance Company and Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, without prejudice;

IT IS HEREBY ORDERED that American International Speciality Lines Insurance Company and Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as alleged insurer of Interior Exterior under Policy No. 6192675, are hereby DISMISSED from this lawsuit, without prejudice.

New Orleans, Louisiana this _____ date of _____, 2011.

_____
**Honorable Eldon E. Fallon**
United States District Court Judge
For the Eastern District of Louisiana