UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 <br><br> SECTION : L |
| THIS DOCUMENT RELATES TO: *Laura Haya, et al v.Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd., et al*; Docket No. 11-1077 | * * * * | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

NOTICE OF APPEARANCE

IN TO COURT COMES NOW, Kelli D. Mayon of the law firm of Hurricane Legal Center, LLC, who hereby enters her appearance as counsel of record for the following Plaintiffs in the above captioned matter:

| | | |
|---|---|---|
| Baker, Rudolph & Doris | Johnson, Walter & Manezso | Sims, Elvina & Darryl |
| Bell, Dimple | Jones, William & Margie | Sims, Sarah & Michael |
| Bridges, Juanita & William | Lawrence, Annette | Tillman, Joel |
| Brown, Kerri & Jack | Lazard, Norma | Waiters, Terrea & James |
| Butler, Josephine | Lips, Karen | Washington, Monique |
| Coe, Joe & Keyoka | Magee, Eola | Wells, Crystal |
| Duvernay, Victor | Nicholas, Barbara | White, Ronald |
| Elzie, Henry and Edna | Patterson, Manuel | Williams, David |
| Helmstetter, Lorraine | Reed, Jerry | Williams, Albert |
| Hill, Jamar | Sentino, Hubert | Williams, Raymond & Johnell |
| James, Milria | Simon, Reginald | Wilson, Aldolphus |

Please update and add undersigned counsel to all your service and distribution lists in this case.

**Dated**: May 31, 2011

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:___/s/ Kelli D. Mayon_____
        Kelli D. Mayon (LA Bar Roll # 32895)
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile:   (504) 525-1279
        kmayonhlc@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of May, 2011.

        ___/s/  Kelli D. Mayon_____