UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* **Case No. 10-1113**

## ORDER

Considering Plaintiffs' Motion for Entry of a Scheduling Order (R. 8887), IT IS ORDERED that this Motion is scheduled for hearing following the next monthly status conference on June 14, 2011, at 9:00 a.m. central standard time. Responses to the Motion are to be filed by June 8, 2011.

New Orleans, Louisiana, this 31st day of May 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE