UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID GROSS, ET AL. | * | |
|         Plaintiffs | * | |
| | * | CASE NO.: 09-6690 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| KNAUF GIPS KG, ET AL. | * | MAGISTRATE: |
| | * | |
|         Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER AND CROSS-CLAIM

Brothers Properties, LA, LLC responds to the Petition for Damages filed by David Gross, et al. as follows:

### FIRST DEFENSE

In response to the specific allegations of the Petition for Damages, Defendant denies for lack of sufficient information the allegations contained in the Petition, and therefore, denies all the allegations of the Petitions of Damages except to admit that it is a limited liability company organized under the laws of the State of Louisiana.

### SECOND DEFENSE

The Petition fails to state a claim upon which relief may be granted against Defendant. If any loss, damage, injury, harm, expense, or deprivation alleged by Plaintiff was caused by any product manufactured or distributed by any Defendant, that manufacturer or distributor is responsible for



# Michael Domingue

721 West 22ND Street
Houston, Texas 77008

May 13, 2011

**VIA CERTIFIED MAIL;**
**RETURN RECEIPT REQUESTED**

Hon. Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St., Rm. C456
New Orleans, LA 70130

RE:   David Gross, et al. vs. Knauf Gips KG, et al.
      Case No.: 09-6690

Hon. Fallon:

    Enclosed please find my Answer and Cross-Claim, which I am filing on behalf of my LLC as I am not able to afford a private attorney.

Sincerely,

Michael Domingue

cc:   Russ M. Herman, Esq.