OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

2011 MAY 23 PM 2:53

LORETTA G. WHYTE
CLERK

Date: __5/23/11__

__Payton, et al__

vs.

__Knauf Gips KG, et al__

Case No. __09-7628__ Section __L__

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other): _____ ) to the following:

1. (name) __S & O Investments, LLC__
   (address) __107 Westwood St., Mobile, AL 36606__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____"Signature"_____

Attorney for __Plaintiffs__

Address _____

1. Supplement to Complaint
2. Complaint in Intervention I (A)
3. Complaint in Intervention I (B)
4. Complaint in Intervention I (C)

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.