OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

2011 MAY 23 PM 2:54

LORETTA G. WHYTE
CLERK

Date: 5/23/11

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other): _____ ) to the following:

1. (name) S & O Investments, LLC
   (address) 107 Westwood St., Mobile, AL 36606
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address _____

1. Supplement to Complaint
2. Complaint in Intervention I (A)
3. Complaint in Intervention I (B)
4. Complaint in Intervention I (C)