## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, et al,                                  Civil Action No. 11-252 Section L
    Plaintiff,

vs.

GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KD, et al,
    Defendants.
_____/



## SUGGESTION OF BANKRUPTCY

The Defendant(s), Windjammer Home Builders, Inc., files this Suggestion of Bankruptcy pursuant to Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court Middle District of Florida, Tampa Division, Case No.: 8:09-bk-01505-MGW, filed on January 29, 2009. All further actions on the above styled cause are stayed as of January 29, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the following this __24th__ day of May, 2011.

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

                                                      DOUGLAS J. AMIDON, ESQ.
                                                      8606 Little Road
                                                      New Port Richey, FL 34654
                                                      (727) 834-9500
                                                      FBN: 0010146
                                                      Attorney for Debtor, Windjammer
                                                      Home Builders, Inc.

[87fd] [FINAL DECREE]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Case No.
8:09-bk-01505-MGW
Chapter 7

Windjammer Home Builders, Inc.
7239 Little Road
New Port Richey, FL 34654

_____Debtor*_____ /

### FINAL DECREE

The estate of the above-named debtor has been fully administered.

IT IS ORDERED THAT:

– Traci K. Stevenson is discharged as trustee of the estate of the above-named debtor and the bond as pertains to this case is cancelled;

– the Chapter 7 case of the above-named debtor is closed.

BY THE COURT

Dated: April 4, 2011

*(signature)*

Michael G. Williamson
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Set forth all names, including trade names, used by the debtor within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

018665

19509018683019

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/07)                                    Case Number 8:09-bk-01505-MGW

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on January 29, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Windjammer Home Builders, Inc.
7239 Little Road
New Port Richey, FL 34654

| Case Number:<br>8:09-bk-01505-MGW | Taxpayer ID/Employer ID/Other Nos.:<br>59-2806610 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Douglas J. Amidon<br>6008 Main Street<br>New Port Richey, FL 34653<br>Telephone number: 727-834-9500 | Bankruptcy Trustee (name and address):<br>Traci K. Stevenson<br>P O Box 86690<br>Madeira Beach, FL 33738<br>Telephone number: 727-397-4838 |

### Meeting of Creditors

Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: **March 4, 2009**                                    Time: **11:00 AM**
Location: **Room 100-C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602**

### Deadlines to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **June 2, 2009**         For a governmental unit: **180 days from the date of filing**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602<br>Telephone number: 813-301-5162 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday - Friday 8:30 AM - 4:00 PM | Date: February 6, 2009 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.