IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Kenneth Abel, et al<br>　　　　Petitioners. | ) <br>) Civil Action No. 11-080<br>) Section L. MAG 2<br>) |
| v. | ) <br>) |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongixin Co., Ltd., etal<br>　　　　Defendants | ) <br>) <br>) |

## RESPONSE OF DEFENDANT PICAYUNE DISCOUNT BUILDING SUPPLY

Comes now Defendant Picayune Discount Building Supply and in response to the Complaint filed against it says:

I.

## MOTION TO DISMISS

Plaintiff has failed to state a claim upon which relief can be granted as stated under Rule 12, (b)(6) of the Federal Rules of Civil Procedure.

II.

## MOTION FOR A MORE DEFINITE STATEMENT

This defendant believes that the only Plaintiff who is a party in this action with whom the Defendant could have sold any Chinese dry wall is Eddie and Rose Adams residents of 900 Union Avenue, Bogalusa, Louisiana, 70427, but this Defendant does hereby deny that any Chinese Dry Wall sold caused any harm or damage to the Adams, as this Defendant has had installed in other structures without any complaint of damage or harm to the structures.

This Defendant believes that these Plaintiffs have suffered no harm from any

product purchased from this Defendant, but instead are continuing to purchase from this Defendant.

If this Plaintiff has a complaint against this Defendant, please furnish the Defendant with specific instances and particulars about the damage suffered by these Plaintiffs.

III.

## ANSWER

This Defendant admits that it is a retail building supply dealer who ordinarily did not deal in sheet rock, ( this Defendant would show affirmatively) but and after the storm in 2007, and because of the scarcity of sheet rock it did travel to Pensacola, Florida where a shipment of sheet rock was being unloaded and a dealer was offering sheet rock at a very reasonable price, and Picayune Discount Building Supply did purchase and resale this Chinese sheet rock. This Defendant has had this sheet rock installed the home of Brandy who is a daughter of the owner of Picayune Discount Building Supply and ther have been no complaints as well as non of the evidence of damage and injury to persons as described in this Complaint.

This Defendant would show affirmatively to the Court that the sheet rock that was purchased and sold was DEVON which Defendant believes to be safe for use in homes and other structures and does not cause damage to the structure nor to the people who live in the or work in the structure.

Although this is Chinese sheet rock it comes from a factory some distance from the factory that produces the TAISHAN or Taishan Gypsum Co., Ltd. F/K/a Shandong Taihe Dongxin Co., Ltd. Et al factory which this defendant understands the producers of

the defective sheet rock was using gypsum that was used to wash coal and caused the contamination of the sheet rock.

This Defendant would state and allege affirmatively that the sheet rock purchased and sold by it was and has continued to be safe.

This Defendant would state and allege affirmatively that the Chinese Defendants listed in this Complaint are related to the Taishan Gypsum companies and does not include any sheet rock that was produced in any other company such as DEVON.

Because of all the above, this Defendant moves the Court to dismiss the Complaint as to Picayune Discount Building Supply.

This Defendant denies each and every allegation contained in all the Paragraphs of the Complaint.

This Defendant denies each and every request contained in the Prayer for Relief beginning with "WHEREFORE" and ending with "proper".

This Defendant again moves the Court to dismiss this action against this Defendant.

Respectfully Submitted,<br>
DISCOUNT BUILDING SUPPLY, LLC D/B/A<br>
Picayune Discount Building Supply<br>
BY_____<br>
Cheryl Lynn Garrett, Manager

STATE OF MISSISSIPPI
COUNTY OF PEARL RIVER

This day personally came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, Cheryl Lynn Garrett, Manager of Discount Building Supply, LLC. who after being by me first duly sworn states on her oath that the matters and things contained in the foregoing Response to the Complaint filed herein is true

and correct as therein stated upon her information and belief.

*Cheryl Lynn Garrett*
Cheryl Lynn Garrett, Manager

Sworn to and subscribed before me, this the 10th day of April, 2011.

*Notary signature*
Notary Public

My Commission Expires:
February 17, 2013

STATE OF MISSISSIPPI
COUNTY OF PEARL RIVER

I, Cheryl Lynn Garrett, Manager of Discount Building Supply, LLC. do hereby state that I have this day mailed, postage prepaid, a true and correct copy of the foregoing Response to Complaint to Plaintiff's attorneys, Becnel Law Firm, LLC and Morris Bart, LLC., at their regular mailing address, P. O. Drawer H. 106 W. Seventh Street, Reserve, LA. 0084.
This the 17th day of May, 2010.

Sam P. Cooper, Jr.
Attorney at Law
1114 Fifth Avenue
Picayune, MS. 39466
Phone: 1-601-799-0208
Miss Bar No. 06514
Attorney for Defendant
Picayune Discount Building Supply

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Kenneth Abel, et al<br>　　　　Petitioners. | )<br>) Civil Action No. 11-080<br>) Section L. MAG 2<br>) |
| v. | )<br>)<br>) |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe　　) <br>Dongjxin Co., Ltd., etal<br>　　　　Defendants | )<br>) |

### NOTICE OF APPEARANCE

Please take notice that, I, Sam P. Cooper, Jr. Attorney at Law, Mississippi State Bar Number 06514, enters his appearance on behalf of the Defendant Picayune Discount Building Supply, located at 1919 Palestine Road, Picayune, Mississippi, in the above styled and numbered Civil Litigation, and request that he be furnished with any and all pleadings, notice or other papers in this case that are relative and pertinent to this defendant, and that these may be addressed as follows:

> Sam P. Cooper, Jr.
> Attorney at Law
> 1114 Fifth Avenue
> Picayune, MS. 39466
> Telephone: 601-799-0208
> Facsimile: 601-798-6651
> E-Mail: sam_cooepr@bellsouth.net

This the 24th day of May, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Sam P. Cooper, Jr.

## CERTIFICATE OF SERVICE

I, Sam P. Cooper, Jr. do hereby certify that I have this day delivered by regular U. S. Postage, prepaid, a true and correct copy of the above and foregoing pleadings to the following:

1. Becnel Law Firm, LLC and
   Morris Bart, LLC.
   P. O. Drawer H.
   106 W. Seventh Street,
   Reserve, LA. 0084.

2. Kerry J. Miller, Frilot L.L.C.
   Suite 3700
   1100 Poydras street
   New Orleans, . 70163

SO CERTIFIED, this the 24th day of May, 2011

                                             Sam P. Cooper, Jr.
                                             Attorney at Law
                                             1114 Fifth Avenue
                                             Picayune, MS. 39466