David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0122

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Carter Custom Homes, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

Name of Server: __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3rd__ day of __November__, 20 __10__, at __1:30__ o'clock __P__ M

Place of Service: at __61701 Military Rd__, in __Slidell, LA 70452__

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Carter Custom Homes, Inc

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Joe Carter / Owner__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc__ ; Hair Color __Brown__ ; Facial Hair __Yes__
Approx. Age __53__ ; Approx. Height __5'9"__ ; Approx. Weight __280__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   __10th__ day of __November__, 20 __10__

_____      _____
Signature of Server                          Notary Public       (Commission Expires)

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life