David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0174

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Tradition, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690 Sect. L

State of: __Florida__ ) ss.
County of: __Broward__ )

**Name of Server:** __Kenneth Wolf__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __November__, 20 __10__, at __11:35__ o'clock __A__ M

**Place of Service:** at __825 Coral Ridge Drive__, in __Coral Springs, FL 33071__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Centerline Homes at Tradition, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Diane Jordan Executive Assistant__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'5__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __8th__ day of __November__, 20 __10__

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011