# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana vs. KNAUF GIPS KG, ET AL. Case No. 2010-340 | JUDGE FALLON MAG. JUDGE WILKINSON |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MARTIN HALBACH

TO:     ALL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana ("the State"), by and through their undersigned attorneys, without waiving any of its rights to challenge this Court's jurisdiction, will take the oral and/or videotaped deposition of Martin Halbach, on Wednesday, June 8, 2011 and Thursday, June 9, 2011, beginning at 9:00 o'clock a.m. (Eastern Standard Time) at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New York, New York 10022-3598, PH: 212-836-7606, or another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 5 days prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.

72080-0001/LEGAL21010296.1

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

The State of Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a Knauf fact witness.

DATED this ____ day of June, 2011

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/  *David L. Black*
    David L. Black, #22380
    DBlack@perkinscoie.com
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400

Attorneys for Plaintiffs State of Louisiana

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Martin Halbach has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this ____ day of June, 2011.

                                        PERKINS COIE LLP

                                        /s/ *David L. Black*
                                        David L. Black, Esq.