David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0261

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Curington Contracting, Inc., c/o John W. Curington
Court Case No. 09-6690 Sect. L

State of: _Florida_ ) ss.
County of: _Marion_ )

**Name of Server:** _Ernest V. Martinez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _November_, 20 _10_, at _9:50_ o'clock _A_ M

**Place of Service:** at _2652 NE 24 Street_, in _Ocala, FL 34470_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Curington Contracting, Inc., c/o John W. Curington**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _John Curington, Registered agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _m_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _65_ ; Approx. Height _5'10_ ; Approx. Weight _180_
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_2_ day of _Nov._, 20 _10_

_____
Notary Public        (Commission Expires)

6-15-11

KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

21539 E