David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--David W. Stewart, Inc,
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kenwith Landry_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _November_ , 20 _10_ , at _5:45_ o'clock _P_ M

**Place of Service:** at  53089 Highway 433 , in  Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**David W. Stewart, Inc,**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _David W. Stewart / Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _59_ ; Approx. Height _5'5"_ ; Approx. Weight _190_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _10th_ day of _November_ , 20 _10_

_Notary Public_  _Tenure for Life_ (Commission Expires)

**NOTARY ATTESTS TO**
**SIGNATURES ONLY**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life