David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0244

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Davis Construction Supply, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Alachua** )

**Name of Server:** **R. Ryan Gleason**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **November**, 20 **10**, at **4:25** o'clock **P** .M

**Place of Service:** at **20725 SW 46th Avenue**, in **Newberry, FL 32669**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Davis Construction Supply, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Pat Davis, Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair **No**
Approx. Age **60** ; Approx. Height **5'6"** ; Approx. Weight **175**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.          **4th** day of **Nov.**, 20 **10**

*R. Ryan Gleason*                                    *Jackie V. Smith*
Signature of Server                                   Notary Public          (Commission Expires)

JACKIE V. SMITH
Commission # DD 962873
Expires June 18, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**