UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al. | MDL 2047 |
| Plaintiffs, | Section: L |
| v. | Mag. Judge Wilkinson |
| KNAUF GIPS KG, et al. | |

CASE NO.: 09-07628
Re: Bonnie and John H. Adams, III et al.,
Omnibus Class Action Complaint in Intervention (I (C))

## NOTICE OF LIMITED APPEARANCE

NOTICE IS HEREBY GIVEN that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, Rodney J. Janis, Esquire, rodney.janis@wilsonwlser.com, and Michael W. Switzer, Esquire, michael.switzer@wilsonelser.com, of Wilson Elser Moskowitz Edelman & Dicker LLP enter their appearance on behalf of the Defendant, Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware and request that any orders, notices, motions, pleadings, correspondence, etc., be served on the undersigned as counsel of record for Defendant, Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware.

4624622v.1

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 31st day of May, 2011.

    Wilson Elser Moskowitz Edelman & Dicker LLP
    222 Lakeview Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 515-4000
    (561) 515-4001 (fax)

    _____
    Michael W. Switzer, Esquire
    Florida Bar No. 728268
    michael.switzer@wilsonelser.com
    Rodney J. Janis, Esquire
    Florida Bar No. 647896
    rodney.janis@wilsonwlser.com
    *Attorneys for Andrews Hardware Company, Inc.*
    *d/b/a Andrews Ace Hardware*

4624622v.1