JUN-27-2005  03:07  FromFinal Barron Squitero & Faust, P.A.   305 215 0929   T-282  P.3/79  F-16

*(handwritten)* TOTE COPY
David P O · 577

# AIA® Document A111™ — 1997

## Standard Form of Agreement Between Owner and Contractor
where the basis for payment is the COST OF THE WORK PLUS A FEE with a negotiated
Guaranteed Maximum Price

AGREEMENT made as of the Twenty Fourth (24th) day of June  in the year Two
Thousand Five (2005)
(In words, indicate day, month and year)

BETWEEN the Owner:
(Name, address and other information)

~~RCR Holdings LLC~~  *RCR Holdings II, LLC*  *(handwritten)*
960 N. Federal Highway, Suite #200
Boca Raton, FL 33432

*(handwritten)* (IC

and the Contractor:
(Name, address and other information)

Coastal Construction of South Florida, Inc.
d/b/a COASTAL CONDOMINIUMS
790 N.W. 107th Avenue, Suite #306
Miami, Florida 33172

The Project is:
(Name and location)

VILLA LAGO AT RENAISSANCE COMMONS
North Congress Avenue
Boynton Beach, Florida

The Architect is:
(Name, address and other information)

Mouriz, Salazar & Associates, Inc.
7695 S.W. 104th Street
Miami, Florida 33156

The Owner and Contractor agree as follows.

s

ADDITIONS AND DELETIONS:
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An Additions and Deletions Report that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document is not intended for use in competitive bidding.

AIA Document A201-1997, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

This document has been approved and endorsed by the Associated General Contractors of America.

AIA Document A111™ — 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:55:33 on 06/03/2005 under Order No.1000175533_1 which expires on 6/12/2005, and is not for resale.
User Notes:
(1030771865)



## ARTICLE 1  THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 15. If anything in the other Contract Documents is inconsistent with this Agreement, this Agreement shall govern.

1.1 Subject to Subparagraph 1.2.3 of the General Conditions of the Contract, if there is any inconsistency, ambiguity, discrepancy or error in the Contract Documents, the Contractor shall immediately seek clarification from the Architect and notify the Owner that such clarification has been requested. The Architect's clarification shall govern if received by the Contractor within a reasonable period under the circumstances.

1.2 The order or priority of the Contract Documents is as follows:

.1  Exhibit A1 – Qualifications and Assumptions
.2  Exhibit A – GMP Summary
.3  Exhibit B - Miscellaneous Provisions
.4  Exhibit A2 – General Conditions Budget
.5  Exhibit C – Schedule of Allowances
.6  Exhibit E – Drawings / Specifications Log
.7  Exhibit G – Attachment No. 1 – Insurance Addendum
.8  Exhibit K – Contractor's Construction Schedule
.9  AIA 111 – 1997
.10 Exhibit D – General Conditions of the Contract
.11 Exhibit F – Addenda – Residence Finish Schedule
.12 Exhibit H – General Contractor's Subcontract Agreement
.13 Exhibit I – Payment and Performance Bonds (Draft)
.14 Exhibit J – Agreement of General Contractor with Wachovia Bank

In the event of discrepancy between standard Contract language and any additions, deletions and/or changes to the standard language, the acknowledged initialed addition, deletion and/or changes shall govern.

## ARTICLE 2  THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3  RELATIONSHIP OF THE PARTIES

The Contractor accepts the relationship of trust and confidence established by this Agreement and covenants with the Owner to cooperate with the Architect and exercise the Contractor's skill and judgment in furthering the interests of the Owner; to furnish efficient business administration and supervision; to furnish at all times an adequate supply of workers and materials; and to perform the Work in an expeditious and economical manner consistent with the Owner's interests. The Owner agrees to furnish and approve, in a timely manner, information required by the Contractor and to make payments to the Contractor in accordance with the requirements of the Contract Documents.

## ARTICLE 4  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

§ 4.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

4.1.1 Construction will commence the later of July 11, 2005 or the date the Contractor receives all of the following:  1) all required permits; 2) original copy of Builder's Risk "All Risk" insurance policy; 3) original copy of the properly recorded Notice of Commencement from Owner; and, 4) proof of financing.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1976, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                                    (4292811236)

2

C.C.

JUN-27-2005 03:57    FROM:Katz Barron Squitero & Fuust, P.A.    305 285 0329    T-282  P.002    F-117

**4.1.2** The Date of Commencement shall be the latest date per 4.1.1.

**4.1.3** Prior to the Date of Commencement, the Owner shall provide the Contractor with the following items:

   **.1** An executed Owner-Contractor Agreement; and

   **.2** Indication that the Owner has recorded a Notice of Commencement; and

   **.3** Proper evidence of Financing in accordance with Subparagraph 2.2.1 of the General Conditions; and

   **.4** Proper evidence of Builder's Risk Insurance in accordance with Paragraph 11.4 of the General Conditions.

If, prior to commencement of the Work, the Owner requires time to file mortgages, mechanic's liens and other security interests, the Owner's time requirement shall be as follows:

**§ 4.2** The Contract Time shall be measured from the date of commencement.

**§ 4.3** The Contractor shall achieve Substantial Completion of the entire Work not later than 505 days from the date of commencement, as as follows:

*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. Unless stated elsewhere in the Contract Documents, insert any requirements for earlier Substantial Completion of certain portions of the Work.)*

*(Paragraph deleted)*

,subject to adjustments of this Contract Time as provided in the Contract Documents.

**4.3.1** Owner may commence closings at TCO / Substantial Completion subject to Contractor having received final punch list on common areas and units for respective buildings.

*(Insert provisions, if any, for liquidated damages relating to failure to complete on time, or for bonus payments for early completion of the Work.)*

**4.4** Liquidated Damages shall be the sole Owner remedy for Contractor delay and shall be a maximum amount of: Four Thousand Dollars ($4,000.00) for each day delay beyond the Substantial Completion Date as defined in this Agreement. Such Liquidated Damages shall not be considered to be a reimbursable expense under the GMP, but will be deducted by the Owner from funds that would have been due to the Contractor. The maximum amount of Liquidated Damages that can be assessed by the Owner in the aggregate is a total of One Hundred Thousand Dollars ($100,000.00). Contractor acknowledges and agrees that the actual delay damages which Owner will suffer in the event of a delay in achieving Substantial Completion of the Work are difficult, if not impossible to determine, and that the Liquidated Damages described above are a fair and reasonable estimate of the delay damages which the Owner is exposed to suffer in the event of such delay. Owner may deduct the aforesaid Liquidated Damages from any unpaid amount then or thereafter due Contractor under the Contract Documents. Any Liquidated Damages not so deducted from any unpaid amounts due Contractor shall be immediately due and payable to Owner upon demand.

*(handwritten:)* TWO   $20,000.0   (LC

**4.5** ~~The Contractor shall receive an Early Completion Bonus amount of Two Thousand Dollars ($2,000.00) for each day that the Contractor improves upon the Substantial Completion Date as defined in this Agreement. This amount shall apply entirely to the early achievement of the Substantial Completion Date as defined in this Agreement for the Project. An additional Two Hundred Fifty Thousand ($250,000.00) early Completion Bonus shall be paid by the Owner to Contractor if all buildings are TCO'd within Five Hundred and Fifty (550) days of the Date of Commencement. Such Early Completion Bonus shall be considered to be entirely void and rescinded if the Temporary Certificate of Occupancy ("TCO") is invalidated at any time after its issuance, and prior to the issuance of a Final Certificate of Occupancy ("CO"). The Early Completion Bonus shall be considered to be outside of the GMP and shall~~

*(handwritten:)* SEE ATTACHED   (LC

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:06:48 on 06/24/2005 under Order No. 1000173522_1 which expires on 4/21/2006, and is not for resale.
User Notes:    (3606573106)

3

Replace the first three sentences of Paragraph 4.5 as follows:

The Contractor shall receive an Early Completion Bonus in the amount of One Thousand Dollars ($1,000.00) per day for each of the East and West Buildings for which the Contractor receives a Certificate of Occupancy earlier than the published scheduled as set forth in Exhibit "K".

The Contractor shall receive an additional Early Completion Bonus in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) if the Contractor obtains a Certificate of Occupancy for the entire project within five hundred fifty days from the Date of Commencement, with no adjustments in time for any reason whatsoever.

not affect the calculation of "shared savings" in any manner at the time of the Final Completion of the Work.

### ARTICLE 5  BASIS FOR PAYMENT
#### § 5.1 CONTRACT SUM
§ 5.1.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum is the Cost of the Work as defined in Article 7 plus the Contractor's Fee.

§ 5.1.2 The Contractor's Fee is:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee, and describe the method of adjustment of the Contractor's Fee for changes in the Work.)*

The Contractor's Fee is a lump-sum amount of Two Million Four Hundred Thirty Thousand Six Hundred Fifty Dollars ($2,430,650.00) to be paid proportionally on a monthly basis in an amount equal to the percentage of Work in place for the current billing month. No retainage shall be withheld from the Contractor's Monthly Fee billings. This Contractor's Fee is included within the cost identified as the Guaranteed Maximum Price.

Contractor's Fee for Changes:
Changes in the Work must adjust the Contract Sum by the cost of the change as provided for in the AIA Document A-201, General Conditions, plus ten percent (10%) for Contractor's fee for additive changes and allowance overages (plus bond and insurance costs), and shall be adjusted only by the cost of the change for deductive changes and allowance underages.

All changes in the Work will include time extension where the result thereof, in the reasonable opinion of Contractor, will cause delay in the construction of the project. All delays beyond the Contractor's control will be paid for by Owner. For each additional day, General Conditions shall be added via change order at a minimum rate of $5,845.51 per day.

#### § 5.2 GUARANTEED MAXIMUM PRICE
§ 5.2.1 ~~The sum of the Cost of the Work and the Contractor's Fee is guaranteed by the Contractor not to exceed ($____), subject to additions and deductions by Change Order as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner.~~

*(Insert specific provisions if the Contractor is to participate in any savings.)*

The sum of the Cost of the Work, the General Conditions and the Contractor's Fee is guaranteed by the Contractor not to exceed Forty Six Million Nine Hundred Eighty Eight Thousand Dollars ($46,988,000.00) subject to additions and deductions by Change Order as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price ("GMP") is subject to the Assumptions Clarifications contained in Exhibit A to this Agreement. The Contract Sum is the Contractor's Guaranteed Maximum Price for the Work. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner. Accordingly, in the event that the aggregate Cost of the Work exceeds the Contract Sum for any reason not otherwise provided for in this Agreement, such excess shall be the responsibility of the Contractor.

If the actual Cost of the Work plus the Contractor's Fee total less than the Guaranteed Maximum Price, then the savings will be divided as follows: all savings on non-allowance items shall be divided fifty percent (50%) to the Owner fifty percent (50%) to the Contractor. Any savings on allowance items will accrue to the Owner 100%. *Notwithstanding anything contained herein to the Contrary, all savings on General Conditions shall accrue one hundred percent (100%) to the Owner.*

§ 5.2.2 The Guaranteed Maximum Price is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner: *The Owner acknowledges that the General Conditions are not to be intended to be a Guaranteed Maximum within the GMP contract.*

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:00:30 on 06/04/2005 under Order No.1000173321_1 which expires on 4/7/2005. EU is not for resale.
User Notes:                                                                              (4208011220)

9

*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when the amount expires.)*

.1   Exhibit A, including the GMP Summary, including Qualifications & Assumptions, Contractor's
     Fee and the General Conditions Budget; and
.2   The Owner-Contractor Agreement, including Attachment No. 1 (Exhibit G); and
.3   Allowances, as provided in Exhibit C; and
.4   Miscellaneous Provisions, as provided in Exhibit B; and
.5   General Conditions of the Contract; and
.6   Drawings, as listed in Exhibit E; and
.7   Specifications, as listed in Exhibit E.

§ 5.2.3 Unit prices, if any, are as follows:

| Description | Units | Price ($ 0.00) |
|---|---|---|
| Not Applicable | | |

§ 5.2.4 Allowances, if any, are as follows
*(Identify and state the amounts of any allowances, and state whether they include labor, materials, or both.)*

Allowances are identified in the Assumptions and Clarifications included in Exhibit A to this Agreement, and as listed in Exhibit C, Allowances.

§ 5.2.5 ~~Assumptions, if any, on which the Guaranteed Maximum Price is based are as follows:~~

Assumptions, if any, on which the Guaranteed Maximum Price is based are identified in the Qualifications and Assumptions included in Exhibit A to this Agreement.

§ 5.2.6 ~~To the extent that the Drawings and Specifications are anticipated to require further development by the Architect, the Contractor has provided in the Guaranteed Maximum Price for such further development consistent with the Contract Documents and reasonably inferable therefrom. Such further development does not include such things as changes in scope, systems, kinds and quality of materials, finishes or equipment, all of which, if required, shall be incorporated by Change Order.~~
To the extent that the Drawings and Specifications are anticipated to require further development by the Architect or other design professionals, the Contractor has included in the Guaranteed Maximum price for such further development consistent with the Contract Documents and reasonable inferable therefrom. It is the intent and understanding of Contractor in providing a GMP for this Work, that the Drawings and Specifications provide for the construction of the work by the Contractor, including all devices, fasteners, materials or other work not shown in the Drawings and Specifications but which are reasonably inferable therefrom, all of which shall be included as part of the Cost of the Work. The expression "reasonably inferable" and similar terms in the Contract Documents shall be interpreted to mean reasonably inferable by the contractor familiar with the Project and exercising the care, skill and diligence of the Contractor by the Contract Documents.

5.2.7   In the event that the Contractor is required to pay or bear the burden of any new federal, state, or local tax or impact fee, or of any rate increase of any existing tax or impact fee (except a tax on net profits), as a result of any statues, court decision, written ruling, ordinance, or regulation taking effect after the Contract date, or additional premiums for insurance, the Guaranteed Maximum Price shall be increased by the amount of the new or increased tax or impact fee.

General Liability and Worker's Compensation are included at the rate as of the date of the start of the project. Should Contractor's General Liability or Worker's Compensation rate change, this contract value will be adjusted accordingly.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000176522_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                              (4292811256)

37-JUN-2005 02:08AM   From-Barron Squitero & Faust, P.A.   305 285 0328   T-282  P.003/018  F-119
JUN-27-2005  03:08         COASTAL ESTIMATING

**5.2.6**  This Guaranteed Maximum Price is based on reinforcing steel, concrete, metals, drywall and related finishing and component prices as of July 1, 2005. Should these materials not be available at the prices or in a timely manner from which the Guaranteed Maximum Price is based, then the Guaranteed Maximum Price shall be subject to an increase by an amount equal to the difference between the actual cost of such, services or materials and the quoted price and time on which the Guaranteed Maximum Price was based. *This paragraph subject to Exhibit A-2, Division III (Conclude) Item #5.*

**5.3**  Any savings herein referred to as "Scope Savings", may also be realized at any time from reductions in scope to be approved by the Owner in writing. All such savings will accrue to Owner. Contractor's Fee shall not be reduced as a result of the aforementioned Scope Savings".

### ARTICLE 6  CHANGES IN THE WORK

§ 6.1 Adjustments to the Guaranteed Maximum Price on account of changes in the Work may be determined by any of the methods listed in Section 7.3.3 of AIA Document A201-1997.

Adjustments to the Guaranteed Maximum Price on account of changes in the Work shall be determined in accordance with Article 7 of the General Conditions.

§ 6.2 In estimating adjustments to subcontracts (except those awarded with the Owner's prior consent on the basis of cost plus a fee), the terms "cost" and "fee" as used in Section 7.3.3.3 of AIA Document A201-1997 and the terms "cost" and "a reasonable allowance for overhead and profit" as used in Section 7.3.6 of AIA Document A201-1997 shall have the meanings assigned to them in AIA Document A201-1997 and shall not be modified by Articles 5, 7 and 6 of this Agreement.  Adjustments to subcontracts awarded with the Owner's prior consent on the basis of cost plus a fee shall be calculated in accordance with the terms of those subcontracts.

§ 6.3 In calculating adjustments to the Guaranteed Maximum Price, the terms "cost" and "costs" as used in the above-referenced provisions of AIA Document A201-1997 shall mean the Cost of the Work as defined in Article 7 of this Agreement and the terms "fee" and "a reasonable allowance for overhead and profit" shall mean the Contractor's Fee as defined in Section 5.1.2 of this Agreement.

§ 6.4 If no specific provision is made in Section 5.1 for adjustment of the Contractor's Fee in the case of changes in the Work, or if the extent of such changes is such, in the aggregate, that application of the adjustment provisions of Section 5.1 will cause substantial inequity to the Owner or Contractor, the Contractor's Fee shall be equitably adjusted on the basis of the Fee established for the original Work, and the Guaranteed Maximum Price shall be adjusted accordingly.

**6.5**  Increased costs for the items set forth in Article 7, which result from changes in the Work, shall become part of the Cost of the Work, and the Contractor's Fee shall be adjusted as provided in Paragraph 5.1.2.

### ARTICLE 7  COSTS TO BE REIMBURSED
§ 7.1 COST OF THE WORK
The term Cost of the Work shall mean costs necessarily incurred by the Contractor in the proper performance of the Work. Such costs shall be at rates not higher than the standard paid at the place of the Project except with prior consent of the Owner. The Cost of the Work shall include only the items set forth in this Article 7.

§ 7.2 LABOR COSTS
§ 7.2.1 Wages of construction workers directly employed by the Contractor to perform the construction of the Work at the site or, with the Owner's approval, at off-site workshops.

§ 7.2.2 Wages or salaries of the Contractor's supervisory and administrative personnel when stationed at the site with the Owner's approval.

Wages and salaries of the Contractor's supervisory, administrative and technical personnel and all other personnel who provide services in connection with the Work, when assigned to the Project as specifically identified within the General Conditions Budget of the GMP and at the established rates identified within the General Conditions budget of the GMP.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:25:40 on 10/24/2005 under Order No. 1000172329_1 which expires on 4/18/2006, and is not for resale.
User Notes:                                                                                                 (4222311230)

8

*(If it is intended that the wages or salaries of certain personnel stationed at the Contractor's principal or other offices shall be included in the Cost of the Work, identify in Article 14 the personnel to be included and whether for all or only part of their time, and the rates at which their time will be charged to the Work.)*

**§ 7.2.3** Wages and salaries of the Contractor's supervisory or administrative personnel engaged, at factories, workshops or on the road, in expediting the production or transportation of materials or equipment required for the Work, but only for that portion of their time required for the Work.

**§ 7.2.4** ~~Costs paid or incurred by the Contractor for taxes, insurance, contributions, assessments and benefits required by law or collective bargaining agreements and, for personnel not covered by such agreements, customary benefits such as sick leave, medical and health benefits, holidays, vacations and pensions, provided such costs are based on wages and salaries included in the Cost of the Work under Sections 7.2.1 through 7.2.3.~~
Costs paid or incurred by the Contractor for taxes, insurance, contributions, assessments, and benefits required by law or collective bargaining agreements and, for personnel not covered by such agreements, customary benefits such as sick leave, medical and health benefits, holidays, vacations, provided that such costs are based upon the wages and salaries included in the Cost of the Work under Subparagraphs 7.2.1 through 7.2.3 above. The aggregate percentage of all such benefits identified within this subparagraph shall not exceed sixty percent (60.0%) for hourly personnel and forty percent (40.0%) for salaried personnel.

## § 7.3 SUBCONTRACT COSTS
**§ 7.3.1** Payments made by the Contractor to Subcontractors in accordance with the requirements of the subcontracts.

7.3.2   Valid and timely claims made by subcontractors may be considered to be legitimate subcontractor costs under this Article only to the extent that the entitlement and quantum of each subcontractor claim have been researched and validated in detail by the Contractor and the Contractor concurs in writing with the validated subcontractor's position in this regard.

## § 7.4 COSTS OF MATERIALS AND EQUIPMENT INCORPORATED IN THE COMPLETED CONSTRUCTION
**§ 7.4.1** Costs, including transportation and storage, of materials and equipment incorporated or to be incorporated in the completed construction.

**§ 7.4.2** Costs of materials described in the preceding Section 7.4.1 in excess of those actually installed to allow for reasonable waste and spoilage. Unused excess materials, if any, shall become the Owner's property at the completion of the Work or, at the Owner's option, shall be sold by the Contractor. Any amounts realized from such sales shall be credited to the Owner as a deduction from the Cost of the Work.

## § 7.5 COSTS OF OTHER MATERIALS AND EQUIPMENT, TEMPORARY FACILITIES AND RELATED ITEMS
**§ 7.5.1** Costs, including transportation and storage, installation, maintenance, storage taxes, repairs, unloading and return to point of origin, dismantling and removal of materials, supplies, temporary facilities, machinery, equipment, and hand tools not customarily owned by construction workers, that are provided by the Contractor at the site and fully consumed in the performance of the Work; and cost (less salvage value) of such items if not fully consumed, whether sold to others or retained by the Contractor. Cost for items previously used by the Contractor shall mean fair market value.

**§ 7.5.2** Rental charges for temporary facilities, machinery, equipment, and hand tools not customarily owned by construction workers that are provided by the Contractor at the site, whether rented from the Contractor or others, and costs of transportation, installation, minor repairs and replacements, dismantling and removal thereof, including storage, storage taxes, repairs, unloading and return to point of origin. Rates and quantities of equipment rented shall be subject to the Owner's prior approval.

**§ 7.5.3** Costs of removal of waste and debris from the site.

**§ 7.5.4** ~~Costs of document reproductions, facsimile transmissions and long-distance telephone calls, postage and parcel delivery charges, telephone service at the site and reasonable petty cash expenses of the site office.~~
Costs incurred in the field or in the Contractor's Home Office in connection with the Project for document reproductions, facsimile transmissions, and long-distance telephone calls, postage and parcel delivery

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:25:23 on 05/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                    (4292811235)

charges, telephone and computer connection services at the site, site office charges for heat, light, power, water and sanitary facilities, first aid facilities, safety communications systems, elevator services and hoisting, and reasonable petty cash expenditures and all items ancillary to the foregoing or as specifically identified within the General Conditions Budget of the GMP and at the established rates or amounts identified within the General Conditions Budget of the GMP.

§ 7.5.5 ~~That portion of the reasonable expenses of the Contractor's personnel incurred while traveling in discharge of duties connected with the Work.~~

That portion of the reasonable expenses of the Contractor's personnel incurred while traveling in discharge of duties connected with the Work, including meetings and travel to yards and fabrication plants, with prior approval of the Owner. This specifically excludes travel and any other per diem expenses for personnel working out of an out-of-town office.

§ 7.5.6 Costs of materials and equipment suitably stored off the site at a mutually acceptable location, if approved in advance by the Owner.

7.5.7 Rental and/or leasing of automobiles, including vehicle allowances provided by Contractor to those employees providing services in connection with the Work, as specifically identified within the General Conditions Budget of the GMP and at the established rates identified within the General Conditions Budget of the GMP."

§ 7.6 MISCELLANEOUS COSTS
§ 7.6.1 That portion of insurance and bond premiums that can be directly attributed to this Contract:

§ 7.6.2 Sales, use or similar taxes imposed by a governmental authority that are related to the Work.

§ 7.6.3 Fees and assessments for the building permit and for other permits, licenses and inspections for which the Contractor is required by the Contract Documents to pay.

§ 7.6.4 Fees of laboratories for tests required by the Contract Documents, except those related to defective or nonconforming Work for which reimbursement is excluded by Section 13.5.3 of AIA Document A201-1997 or other provisions of the Contract Documents, and which do not fall within the scope of Section 7.7.3.

§ 7.6.5 Royalties and license fees paid for the use of a particular design, process or product required by the Contract Documents; the cost of defending suits or claims for infringement of patent rights arising from such requirement of the Contract Documents; and payments made in accordance with legal judgments against the Contractor resulting from such suits or claims and payments of settlements made with the Owner's consent. However, such costs of legal defenses, judgments and settlements shall not be included in the calculation of the Contractor's Fee or subject to the Guaranteed Maximum Price. If such royalties, fees and costs are excluded by the last sentence of Section 3.17.1 of AIA Document A201-1997 or other provisions of the Contract Documents, then they shall not be included in the Cost of the Work.

§ 7.6.6 Data processing costs related to the Work. <u>Data processing costs shall be limited to only those data processing costs that are occurred at the project site, or those associated with documents produced for the Project at the home offices of the Contractor to the extent included within the General Conditions Budget of the GMP.</u>

§ 7.6.7 Deposits lost for causes other than the Contractor's negligence or failure to fulfill a specific responsibility to the Owner as set forth in the Contract Documents.

§ 7.6.8 Legal, ~~mediation and arbitration costs, including attorneys' fees, other than those arising from disputes between the Owner and Contractor, reasonably incurred by the Contractor in the performance of the Work and with the Owner's prior written approval; which approval shall not be unreasonably withheld.~~

Legal and accounting support costs, costs of any independent experts hired to assist in the dispute resolution process with subcontractors, in accordance with Subparagraph 4.4.1 of the General Conditions, mediation costs, including attorney's fees other than those arising from disputes between the

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:55:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                          (4292611239)

8

Owner and the Contractor, reasonably incurred by the Contractor in the performance of the Work and with the Owner's prior written approval, which approval shall not be unreasonably withheld.

§ 7.6.9 Expenses incurred in accordance with the Contractor's standard personnel policy for relocation and temporary living allowances of personnel required for the Work, if approved by the Owner.

7.6.10   Expenses incurred for compliance with and all other items relating to the requirements of safety, health, occupational, environmental and other laws, regulations, statutes or rulings of governmental agencies related to the Project, however nothing in this Agreement or the General Conditions shall transfer or diminish the actual responsibility of the Subcontractors regarding site safety.

### § 7.7 OTHER COSTS AND EMERGENCIES

§ 7.7.1 Other costs incurred in the performance of the Work if and to the extent approved in advance in writing by the Owner.

§ 7.7.2 Costs due to emergencies incurred in taking action to prevent threatened damage, injury or loss in case of an emergency affecting the safety of persons and property, as provided in Section 10.6 of AIA Document A201-1997.

§ 7.7.3 Costs of repairing or correcting damaged or nonconforming Work executed by the Contractor, Subcontractors or suppliers, provided that such damaged or nonconforming Work was not caused by negligence or failure to fulfill a specific responsibility of the Contractor and only to the extent that the cost of repair or correction is not recoverable by the Contractor from insurance, sureties, Subcontractors or suppliers.

### ARTICLE 8   COSTS NOT TO BE REIMBURSED

§ 8.1 ~~The Cost of the Work shall not include~~ Notwithstanding any provision to the contrary in this Agreement or in the General Conditions, the Cost of the Work shall not include:

§ 8.1.1 Salaries and other compensation of the Contractor's personnel stationed at the Contractor's principal office or offices other than the site office, except as specifically provided in Sections 7.2.2 and 7.2.3 or as may be provided in Article 14.

§ 8.1.2 ~~Expenses of the Contractor's principal office and offices other than the site office.~~   Expenses of the Contractor's principal office or offices other than the site office, except as specifically provided in Subparagraph 7.5.4 above.

§ 8.1.3 Overhead and general expenses, except as may be expressly included in Article 7.

§ 8.1.4 ~~The Contractor's capital expenses, including interest on the Contractor's capital employed for the Work.~~ The Contractor's capital expenses, including interest on the Contractor's capital employed for the Work, except as provided in Paragraph 14.2 below.

§ 8.1.5 Rental costs of machinery and equipment, except as specifically provided in Section 7.5.2.

§ 8.1.6 Except as provided in Section 7.7.3 of this Agreement, costs due to the negligence or failure to fulfill a specific responsibility of the Contractor, Subcontractors and suppliers or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable.

§ 8.1.7 ~~Any cost not specifically and expressly described in Article 7.~~  Any cost not specifically and expressly described in Article 7 or the Guaranteed Maximum Price Summary or the General Conditions Budget of the GMP.

§ 8.1.8 Costs, other than costs included in Change Orders approved by the Owner, that would cause the Guaranteed Maximum Price to be exceeded.

### ARTICLE 9   DISCOUNTS, REBATES AND REFUNDS

§ 9.1 Cash discounts obtained on payments made by the Contractor shall accrue to the Owner if (1) before making the payment, the Contractor included them in an Application for Payment and received payment therefor from the

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 08/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                              (4292651236)

9

Owner, or (2) the Owner has deposited funds with the Contractor with which to make payments; otherwise, cash discounts shall accrue to the Contractor. Trade discounts, rebates, refunds and amounts received from sales of surplus materials and equipment shall accrue to the Owner; and the Contractor shall make provisions so that they can be secured.

§ 9.2 Amounts that accrue to the Owner in accordance with the provisions of Section 9.1 shall be credited to the Owner as a deduction from the Cost of the Work.

### ARTICLE 10   SUBCONTRACTS AND OTHER AGREEMENTS

§ 10.1 Those portions of the Work that the Contractor does not customarily perform with the Contractor's own personnel shall be performed under subcontracts or by other appropriate agreements with the Contractor. The Owner may designate specific persons or entities from whom the Contractor shall obtain bids. The Contractor shall obtain bids from Subcontractors and from suppliers of materials or equipment fabricated especially for the Work and shall deliver such bids to the Architect. Owner for reading. The Owner shall then determine, with the advice of the Contractor and the Architect, which bids will be accepted. The Contractor shall not be required to contract with anyone to whom the Contractor has reasonable objection.

§ 10.2 If a specific bidder among those whose bids are delivered by the Contractor to the Architect (1) is recommended to the Owner by the Contractor; (2) is qualified to perform that portion of the Work; and (3) has submitted a bid that conforms to the requirements of the Contract Documents without reservations or exceptions, but the Owner requires that another bid be accepted, then the Contractor may require that a Change Order be issued to adjust the Guaranteed Maximum Price by the difference between the bid of the person or entity recommended to the Owner by the Contractor and the amount of the subcontract or other agreement actually signed with the person or entity designated by the Owner.

§ 10.3 Subcontracts or other agreements shall conform to the applicable payment provisions of this Agreement, and shall not be awarded on the basis of cost plus a fee without the prior consent of the Owner.

### ARTICLE 11   ACCOUNTING RECORDS

The Contractor shall keep full and detailed accounts and exercise such controls as may be necessary for proper financial management under this Contract, and the accounting and control systems shall be satisfactory to the Owner. The Owner and the Owner's accountants shall be afforded access to, and shall be permitted to audit and copy, the Contractor's records, books, correspondence, instructions, drawings, receipts, subcontracts, purchase orders, vouchers, memoranda and other data relating to this Contract, and the Contractor shall preserve these for a period of three years after final payment, or for such longer period as may be required by law.

### ARTICLE 12   PAYMENTS

#### § 12.1 PROGRESS PAYMENTS

§ 12.1.1 Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents. Each Application for Payment shall use the Contractor's standard form of payment application AIA forms G702 and G703. Except content of the Schedule of Values shall be subject to approval of the Owner as defined within the Contract Conditions. Each Application for Payment shall be accompanied by a cost to date. General Conditions report

§ 12.1.2 The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

§ 12.1.3 Provided that an Application for Payment is received by the Architect not later than the ——— day of a month, the Owner shall make payment to the Contractor not later than the ——— day of the same month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than ( ——— ) days after the Architect receives the Application for Payment. Provided that a draft Application for Payment is received by the Owner not later than the 25th day of the month, and a Final Application for Payment due to the Owner by the 30th day of the month, the Owner shall make payment to the Contractor not later than the 15th day of the following month. If a draft Application for Payment is received by the Owner after the draft application date fixed above [the 25th day

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:05:99 on 06/04/2005 under Order No. 1000175522_1 which expires on 4/21/2006, and is not for resale.
User Notes:   (4593231121A)

10

of a month), payment shall be made by the Owner not later than twenty (20) days after the date that the Owner received the draft Application for Payment.

§ 12.1.4 ~~With each Application for Payment, the Contractor shall submit payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached, and any other evidence required by the Owner or Architect to demonstrate that each disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor, less (2) that portion of those payments attributable to the Contractor's Fee; plus (2) payrolls for the period covered by the present Application for Payment.~~ Application for payments shall be paid on percent complete basis. All invoices and corresponding back up for such billings shall be made available to Owner at Contractor's offices at any reasonable time for audit purposes. In addition to other required items, each Application for Payment shall be accompanied by the following, all in form and substance satisfactory to the Owner and in compliance with applicable Florida statutes: (1) Duly executed waivers and release of lien forms from the Contractor, Subcontractors, Sub-subcontractors and material suppliers for the preceding month's progress payment substantiating payment, and (2) Such other information, documentation and materials as the Construction Lender may require.

§ 12.1.5 ~~Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Guaranteed Maximum Price among the various portions of the Work, except that the Contractor's Fee shall be shown as a single separate item. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.~~ Each Application for Payment shall be based upon (1) the applications of each of the subcontractors and suppliers in the amounts approved by the Contractor for Work completed or estimated to have been completed as of the end of the preceding month and for delivered and stored materials, less any applicable retention and other deductions (if any), and; (2) all other amounts due to the Contractor under Article 7 ; and (3) the monthly payment of Contractor's Fee due to the Contractor under Subparagraph 5.1.2 above.

§ 12.1.6 Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment. The percentage of completion shall be the lesser of (1) the percentage of that portion of the Work which has actually been completed; or (2) the percentage obtained by dividing (a) the expense that has actually been incurred by the Contractor on account of that portion of the Work for which the Contractor has made or intends to make actual payment prior to the next Application for Payment by (b) the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values.

§ 12.1.7 Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

   .1   take that portion of the Guaranteed Maximum Price properly allocable to completed Work as determined by multiplying the percentage of completion of each portion of the Work by the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.8 of AIA Document A201-1997;

   .2   add that portion of the Guaranteed Maximum Price properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work, or if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing;

   .3   add the monthly Contractor's Fee, less retainage of ~~( )..The Contractor's Fee shall be computed upon the Cost of the Work described in the two preceding Clauses at the rate stated in Section 5.1.2 or, if the Contractor's Fee is stated as a fixed sum in that Subparagraph, shall be an amount that bears the same ratio to that fixed sum fee as the Cost of the Work in the two preceding Clauses bears to a reasonable estimate of the probable Cost of the Work upon its completion;~~

   .4   subtract the aggregate of previous payments made by the Owner.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 08/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:

11

(4282811236)

.5   subtract the shortfall, if any, indicated by the Contractor in the documentation required by Section 12.1.4 to substantiate prior Applications for Payment, or resulting from errors subsequently discovered by the Owner's accountants in such documentation; and

.6   subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201-1997.

.7   Upon Substantial Completion of each building(s) , the Owner shall make full payment to the Contractor for the entire unpaid balance of the Contract Sum less One Hundred Fifty Percent (150%) of the value of incomplete work as determined by the Architect and Contractor.  As each scope of incomplete work is completed, payment in the amount being held for that particular work will be paid in accordance with time period set forth in paragraph 12.1.3.

§ 12.1.8 Except with the Owner's prior approval, payments to Subcontractors shall be subject to retainage of not less than     (     ). The Owner and the Contractor shall agree upon a mutually acceptable procedure for review and approval of payments and retention for Subcontractors.

No retainage shall be held on the Contractor's General Conditions or Contractor's Fee.

Adjustments to retainage being held on subcontractors may be made with the Owner's and lender's approval to the retainage requirements to the maximum extent that no further retainage will be withheld from the amount of a Schedule of Values line item from payments due and owing to subcontractors after fifty percent (50.0 %) of such Work is complete and satisfactory to the Owner, the lenders and the Contractor.  This right to request that no further retainage be withheld for future Work shall not be retroactive to any retainage already held.  The remaining retainage already withheld by the Owner shall be released to the subcontractors within thirty (30) days after satisfactory completion of the subcontractors Work as determined by the Owner and the Contractor, subject to approval of construction lender(s).

Upon Substantial Completion of each building(s), the Owner shall make full payment to the Contractor for the entire unpaid balance of the Contract Sum less One Hundred Fifty Percent (150%) of the value of incomplete work as determined by the Architect and Contractor.  As each scope of incomplete work is completed, payment in the amount being held for that particular work will be paid to the Contractor in accordance with time period set forth in paragraph 12.1.3.

§ 12.1.9 In taking action on the Contractor's Applications for Payment, the Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Architect has made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Section 12.1.4 or other supporting data; that the Architect has made exhaustive or continuous on-site inspections or that the Architect has made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's accountants acting in the sole interest of the Owner.

§ 12.2 FINAL PAYMENT
§ 12.2.1 Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

.1   the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201-1997, and to satisfy other requirements, if any, which extend beyond final payment; and

.2   a final Certificate for Payment has been issued by the Architect.

.3   a final accounting for the Cost of the Work and all required supporting documentation have been submitted by the Contractor and approved by the Owner.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:25:35 on 08/24/2005 under Order No.1000176322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                          (4292811236)

.4   In addition to the documentation required for each Application for Payment set forth in this Agreement, the Contractor shall furnish the following all in form and substance satisfactory to the Owner and the Lender in compliance with the applicable Florida statutes: (1) A duly executed and acknowledged Contractor's sworn statement and final affidavit; and (2) Duly executed unconditional waiver and release by the Contractor and all major (major subcontractor or supplier is defined as one who furnished labor, material or equipment having a value of $10,000 or more) Subcontractors, Sub-subcontractors and material suppliers upon final payment; and (3) Such other information, documentation and materials as the Owner, Architect and Construction Lender may require as further set forth in the Agreement and General Conditions and Supplementary Conditions, including but not limited to completed record drawings, final certificate of occupancy if not withheld through no fault of the Contractor by all governing authorities, duly executed and completed warranties for all material, equipment and workmanship as required by the Contract Documents.

.5   If, subsequent to Final Payment and at the Owner's request, the Contractor incurs costs described in Article 7 of this Agreement and not excluded by Article 8 of this Agreement to correct defective or nonconforming Work, the Owner shall reimburse the Contractor such costs and the Contractor's Fee applicable thereto on the same basis as if such costs had been incurred prior to final payment, but not in excess of the Guaranteed Maximum Price, if any.  If the Contractor has participated in "Shared Savings" as provided in Paragraph 5.2.1 of the contract, the amount of such shared savings shall be recalculated and the appropriate credit given to the Owner in determining the net amount to be paid by the Owner to the Contractor.

§ 12.2.2 The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

§ 12.2.3 The Owner's accountants will review and report in writing on the Contractor's final accounting within 30 days after delivery of the final accounting to the Architect by the Contractor. Based upon such Cost of the Work as the Owner's accountants report to be substantiated by the Contractor's final accounting, and provided the other conditions of Section 12.2.1 have been met, the Architect will, within seven days after receipt of the written report of the Owner's accountants, either issue to the Owner a final Certificate for Payment with a copy to the Contractor, or notify the Contractor and Owner in writing of the Architect's reasons for withholding a certificate as provided in Section 9.5.1 of the AIA Document A201-1997. The time periods stated in this Section 12.2.3 supersede those stated in Section 9.4.1 of the AIA Document A201-1997.

§ 12.2.4 If the Owner's accountants report the Cost of the Work as substantiated by the Contractor's final accounting to be less than claimed by the Contractor, the Contractor shall be entitled to demand arbitration of the disputed amount without a further decision of the Architect. Such demand for arbitration shall be made by the Contractor within 30 days after the Contractor's receipt of a copy of the Architect's final Certificate for Payment; failure to demand arbitration within this 30-day period shall result in the substantiated amount reported by the Owner's accountants becoming binding on the Contractor. Pending a final resolution by arbitration, the Owner shall pay the Contractor the amount certified in the Architect's final Certificate for Payment.

§ 12.2.5 ~~If, subsequent to final payment and at the Owner's request, the Contractor incurs costs described in Article 7 and not excluded by Article 8 to correct defective or nonconforming Work, the Owner shall reimburse the Contractor such costs and the Contractor's Fee applicable thereto on the same basis as if such costs had been incurred prior to final payment, but not in excess of the Guaranteed Maximum Price. If the Contractor has participated in savings as provided in Section 5.2, the amount of such savings shall be recalculated and appropriate credit given to the Owner in determining the net amount to be paid by the Owner to the Contractor.~~

## ARTICLE 13  TERMINATION OR SUSPENSION

§ 13.1 The Contract may be terminated by the Contractor, or by the Owner for convenience, as provided in Article 14 of AIA Document A201-1997.  However, the amount to be paid to the Contractor under Section 14.1.3 of AIA Document A201-1997 shall not exceed the amount the Contractor would be entitled to receive under Section 13.2 below, except that the Contractor's Fee shall be calculated as if the Work had been fully completed by the Contractor, including a reasonable estimate of the Cost of the Work for Work not actually completed.

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1976, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                               (4292811236)

13

27-JUN-2005  74:58pm   From-Katz Barron Squitero & Faust, P.A.        306 285 9329        T-282  No. 4893   P. 8

§ 12.2 The Contract may be terminated by the Owner for cause as provided in Article 14 of AIA Document A201-1997. The amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A201-1997 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed an amount calculated as follows:

§ 13.2.1 Take the Cost of the Work incurred by the Contractor to the date of termination;

§ 13.2.2 Add the Contractor's Fee computed upon the Cost of the Work to the date of termination or the sum stated in Section 5.1.2 or, if the Contractor's Fee is stated as a fixed sum in that Section, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and

§ 13.2.3 Subtract the aggregate of previous payments made by the Owner.

§ 13.3 The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 13.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 13, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

§ 13.4 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997; in such case, the Guaranteed Maximum Price and Contract Time shall be increased as provided in Section 14.3.3 of AIA Document A201-1997 except that the term "profit" shall be understood to mean the Contractor's Fee as described in Sections 5.1.2 and Section 6.4 of this Agreement.

## ARTICLE 14  MISCELLANEOUS PROVISIONS

§ 14.1 Where reference is made in this Agreement to a provision AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 14.2 ~~Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.~~

(Insert rate of interest agreed upon, if any.)

| Approved payments due and unpaid under the Contract shall bear interest from the date that the payment is due at the rate of one-half of one percent (0.5%) per month.

(Usury laws and regulations under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)

§ 14.3 The Owner's representative is:
(Name, address and other information.)

Carl Klapper
~~Component Associates of Boynton, Ltd.~~  ACR Holdings II, LLC
860 North Federal Highway, Suite #200
Boca Raton, FL 33432

AIA Document A11™ – 1997. Copyright © 1918, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:08:39 on 06/04/2005 under Order No. 1000176139_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                            (1032241165)

14

§ 14.4 The Contractor's representative is:
*(Name, address and other information.)*

Steve May
Coastal Condominiums
3601 PGA Blvd Suite 101
Palm Beach, FL 33410

§ 14.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

§ 14.6 Other provisions:

14.6.1   This Agreement may not be amended, modified or terminated by oral communication. No written amendment or modification shall be binding upon the Owner unless signed by the Owner's authorized signatory representative. This Agreement shall bind the successors and assigns of the representative parties. No provision of the Contract Documents shall be deemed to have been waived by either party, either expressly, impliedly or by course of conduct, unless such waiver is in writing and signed by such party, which waiver shall apply only to the matter described in the writing and not to any subsequent rights of such party.

14.6.2   All understandings heretofore between the parties are merged into this Agreement and General Conditions, which fully and completely express the terms of their agreement. This Agreement shall be construed under the laws of the State of Florida, and any claims and causes of action arising under or in conjunction with this Agreement shall be brought in a court of competent jurisdiction in Palm Beach County, Florida. Neither the Agreement, nor any memorandum thereof, may be recorded in the Public Records and any such recording by Contractor shall be deemed a material default.

14.6.3   If any provision of this Agreement or the General Conditions shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the of the remaining provisions shall in no way be affected or impaired thereby, and such remaining provisions shall remain in full force and effect. The invalid, illegal or unenforceable provision shall be replaced by a mutually acceptable provision, which being valid, legal and enforceable, comes closest to the intention of the parties underlying the invalid, illegal or unenforceable provision.

14.6.4   The Contract Documents represent the entire agreement between the parties hereto and supersedes all prior negotiations, representations or agreements, whether written or oral. Contractor's relationship with Owner is solely as an independent contractor and nothing contained in the Agreement shall be construed as creating a joint venture, partnership or employer/employee relationship.

14.6.5   Other than stated in this paragraph, there are no intended or unintended third party beneficiaries of this Agreement, and no parties other than the Owner and the Contractor shall have the right to enforce this Agreement. This third party beneficiary limitation specifically excludes the Owner's Lenders, who shall be considered to be intended third-party beneficiaries to this Agreement and who shall have the right to enforce this Agreement.

14.6.6   References to the "Owner" and to "Contractor" hereunder shall be deemed to be references to the parties hereto and their respective successors and assigns. Neither party to the Agreement shall assign, sublet or transfer (by operation of law or otherwise) any interest in the Agreement without the prior written consent of the other party, nor shall Contractor assign any monies due or to become due to it under the Agreement without the prior written consent of the Owner, which consent shall not be unreasonably

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:35:33 on 06/24/2005 under Order No.1000175322_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                     (4292811235)

withheld, delayed or conditioned. Any assignment without such prior written consent shall be void. Owner shall also have the right to assign the Agreement as security to one or more of its lenders. If this Agreement is so assigned to Owner's lenders, Contractor will, on request, execute and deliver such documents and instruments as lender(s) may reasonably request, including without limitation (i) an agreement whereby contractor agrees to perform its services hereunder for lender(s) or their designee in the event that any default by Owner shall occur, so long as Contractor has been paid in full for all Work performed in accordance with this Agreement and (ii) an amendment to the Agreement containing terms and conditions reasonably requested by the lender(s), so long as such terms and conditions do not increase, other than to a minor extent, Contractor's obligations hereunder.

14.6.7 In no event shall Contractor or Owner have any recourse against the partners, officers, directors, employees, agents, and direct or indirect owners of the other party in connection with the obligations and liabilities hereunder. Contractor or Owner, its partners, and its representatives will have no personal liability with respect to any of the provisions of the Agreement. Contractor will look solely to the Owner for the satisfaction of any claims of the Contractor, including, without limitation, the collection of any judgment requiring the payment of money by the Owner in the event of any default or breach by Owner with respect to any of the terms and provisions of the Contract Documents.

14.6.8 Contractor agrees to maintain a competent, full-time staff dedicated to the Project, including a qualified project manager, project superintendent and necessary assistants, to coordinate and provide general direction of the Work and to monitor and coordinate progress of the subcontractors on the Project. The Contractor shall submit to Owner a list of all supervisory and managerial personnel to be associated with the Project. Any additional personnel required by the Contractor to perform the services identified herein shall be requested in writing by the Contractor, along with the reason for requesting such additional personnel. No additional personnel shall be assigned to the Project without the specific and prior written approval of the Owner. If additional personnel are assigned to the Project by the Contractor without receiving prior written authorization by the Owner, those additional personnel shall be considered to be non-reimbursable to the Contractor. If so requested by Owner in writing and for reasonable cause, the Contractor shall change any staff associated with the Project to another individual reasonably acceptable to Owner.

14.6.9 Notwithstanding anything to the contrary in the Construction Documents, the Contract and all of its terms and conditions are subject to approval and or modification by the Owner's construction lender.

14.6.10 Owner and contractor hereby knowingly, irrevocably, voluntarily and intentionally waive any right either may have to a trial by jury in respect of any action, proceeding or counterclaim based upon the contract documents, or arising out of, under, or in connection with the construction of the work or any course of conduct, course of dealing, statements (whether verbal or written) or actions of any party.

14.6.11 Contractor shall keep accurate books of records and accounts in accordance with sound accounting principles of all costs for work performed and all other costs incurred in connection with the Project. Without limiting the foregoing, the materials kept by Contractor shall include all construction related materials generated or obtained by Contractor in connection with the Project, all materials produced or obtained by the Contractor, original estimates, estimating work sheets, correspondence, change order documentation, permit and approved materials, all materials related to disbursements, all materials relating to inspections, observations and certifications, logs concerning construction progress and personnel on the site, all the foregoing are referred to as "Records." Records also include those records necessary to evaluate and verify direct and indirect costs, including overhead allocations as they apply to costs associated with

AIA Document A111™ –1997, Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:55:33 on 08/24/2005 under Order No.1000175822_1 which expires on 4/21/2006, and is not for resale.
User Notes:                                                                                                (4292611635)

27-Jun-2005  04:05PM   Fiorentata Barron Squitero & Faust, P.A.      305 285 0328      T-282 P.008/018  F-718

the Project, together with any other records, documentation or accounting data or information required by any of Owner's Lenders or other parties providing financing for the Project. All Records shall be maintained by Contractor for a minimum of three (3) years following Project Completion or longer if required by law.

**16.6.12** The records identified above in 14.6.11 shall be available to Owner upon request for examination and audit at a mutually convenient time within five (5) working days of such request. Such audits may require inspection and copying from time to time of the Records. Owner's authorized representatives shall have access to the Contractor's facilities and shall be provided adequate and appropriate work space in order to conduct audits in compliance with this Section. Contractor shall require all subcontractors to comply with the provisions of Subparagraphs 14.6.11 and 14.6.12 by insertion of the requirements thereof in any written agreement between Contractor and subcontractor.

**14.6.13** The General Conditions included as a part of the Schedule of Values are to be considered in their totality as a Cost of the Work and will not be considered as an additional line item basis but rather as a part of the total so it relates to any savings below the Guaranteed Maximum Price.

**14.6.14** Contractor shall obtain final Certificate of Occupancy for the project within ninety (90) days following Substantial Completion.

**14.6.15** Salaries and related expenses of the Contractor's employees in the home office performing functions directly related to the Project, including the project executive, project manager, contract administrator, cost reporting, and accounting are to be included in the Cost of the Work to be reimbursed as General Conditions. Such personnel shall be paid only for that portion of their time required for the Work.

**14.6.16** Contractor will make changes to units at its discretion with developers approval. Alterations that will require additional time will be rejected.

SEE ATTACHED FOR 14.6.17 and 14.6.18

## ARTICLE 15  ENUMERATION OF CONTRACT DOCUMENTS

**§ 15.1** The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

**§ 15.1.1** The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A111-1997.

**§ 15.1.2** The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

**§ 15.1.3** The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated , and are as follows:

| Document | Title | Pages |
|---|---|---|
| Not Applicable | | |

**§ 15.1.4** The Specifications are those contained in the Project Manual dated as in Section 15.1.3, and are as follows:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*
Title of Specifications exhibit:  Not Applicable

**§ 15.1.5** The Drawings are as follows, and are dated    unless a different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*
Title of Drawings exhibit:  See Exhibit E

**§ 15.1.6** The Addenda, if any, are as follows:

AIA Document A111™ - 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:55:05 on 06/24/2005 under Order No.1000193402_1 which expires on 4/24/2006, and is not for resale.
User Notes:                                                                     (1232311205)

Received    27-Jun-2005  03:18pm      From-301 467 8228         To-Katz Barron Squitero      Page  008

27-JUN-2005 04:05PM   From Katz Barron Squitero & Faust, P.A.       305 285 0838       T-282  P.008/018  F-118

4.6.7 Notwithstanding anything contained herein
to the contrary, should any provision
of this contract or the exhibits require
the consent of the Owner, the consent
of the Owner shall be required in all
instances and shall be in writing.

4.6.18
Contractor will make its best effort to
deliver the parking garage in a clean, oil free,
stain free condition. Contractor shall not allow
any parking in the garage until turned over
to the Owner.

| Number | Date | Pages |
|--------|------|-------|

*(Paragraph deleted)*

Not Applicable

§ 15.1.7 Other Documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents, such as a list of alternates that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

  .1  Exhibit A1 – Qualifications and Assumptions
  .2  Exhibit A – GMP Summary
  .3  Exhibit B - Miscellaneous Provisions
  .4  Exhibit A2 – General Conditions Budget
  .5  Exhibit C – Schedule of Allowances
  .6  Exhibit E – Drawings / Specifications Log
  .7  Exhibit G – Attachment No. 1 – Insurance Addendum
  .8  Exhibit K – Contractor's Construction Schedule
  .9  AIA 111 – 1997
  .10 Exhibit D – General Conditions of the Contract
  .11 Exhibit F – Addenda – Residence Finish Schedule
  .12 Exhibit H – General Contractor's Subcontract Agreement
  .13 Exhibit I – Payment and Performance Bonds (Draft)
  .14 Exhibit J – Agreement of General Contractor with Wachovia Bank

## ARTICLE 16   INSURANCE AND BONDS

*(List required limits of liability for insurance and bonds. AIA Document A201-1997 gives other specific requirements for insurance and bonds.)*
Contractor's insurance requirements shall be as defined in Attachment No. 1 (Exhibit G) to AIA A111. Contractor's Bonding requirements shall be as defined in the AIA A201 General Conditions, Article 11, paragraph 11.5.

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

OWNER *(Signature)*

*(Printed name and title)*

Coastal Construction of South Florida Inc.
d/b/a COASTAL CONDOMINIUMS

CONTRACTOR *(Signature)*

Daniel E. Whiteman, President
CG CA08060
*(Printed name and title)*

AIA Document A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1997 and 1997 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 17:36:33 on 06/24/2005 under Order No.1000175922_1 which expires on 4/21/2006, and is not for resale.
User Notes:

18

(4292911298)

# Villa Lago
*Boynton Beach, Florida*

## List of Exhibits

### Contract Documents
*June 24, 2005*

Exhibit A

- A – GMP Summary (including Contractor's Fee), dated June 22, 2005

- A1 – Qualifications & Assumptions dated June 23, 2005

- A2 - General Conditions Budget dated June 22, 2005

Exhibit B      Miscellaneous Provisions

Exhibit C      Schedule of Allowances

Exhibit D      General Conditions of the Contract

Exhibit E      Drawing/Specification Log

Exhibit F      Addenda

- Unit Owner's Exhibit "B", Residence Finish Schedule, with modifications

Exhibit G      Attachments

- Attachment No. 1 – Insurance Addendum

Exhibit H      General Contractor's Subcontract Agreement

Exhibit I      Payment & Performance Bonds (Draft)

Exhibit J      Agreement of General Contractor with Wachovia Bank

Exhibit K      Contractor's Construction Schedule



Coastal

ᏟᏟᏟ



**Renaissance Commons - VILLA LAGO**

**Boynton Beach, Florida    June 22, 2005**

**CONTRACT EXHIBIT "A"**

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 1 | 2000 | SITEWORK | | | |
| 2 | 2200 | Misc Excavation Grading Backfilling Road Cleaning | | 49,023 | |
| 3 | 2511 | Pavers at Pkg Ent - Sand Set On Limerock Base | | 36,321 | |
| 4 | 2515 | Dewatering | Allowance | 6,500 | |
| 5 | 2521 | Concrete Paver Bands at Garage Entry | | 13,920 | |
| 6 | 2530 | Bldg Perimeter Connector Sidewalks - Std Conc 5' W | | 27,125 | |
| 7 | 2580 | Stripping Signage & Wheel Stops – Pkg Garages | | 26,676 | |
| 8 | 2616 | Monument Signs - Dimensional Letters | Allowance | 12,500 | |
| 9 | 2830 | Fencing - Relocate Fencing For Owners Operations | | 7,500 | |
| 10 | 2000 | SUBTOTAL / SITEWORK | | $    181,565 | |
| 11 | 3000 | CONCRETE WORK | | | |
| 12 | 3050 | Layout & Engineering | | 58,000 | |
| 13 | 3150 | Concrete Shell Pkg - Divisions 3,4,6 | | 11,000,000 | |
| 14 | 3400 | Erected Precast Parking Garage Pkg - 1 Hr Structure | | 3,560,600 | |
| 15 | 3999 | Garage A Bolt & Coil Rod Mat + Install | Allowance | 7,925 | |
| 16 | 3000 | SUBTOTAL / CONCRETE WORK | | $ 14,626,525 | |
| 17 | 4000 | MASONRY | | | |
| 18 | 4001 | Concrete Block | | In 3150 | |
| 19 | 4210 | Architectural Precast Concrete | Allowance | 17,392 | |
| 20 | 4999 | Extra Grouting for 2 Hr Block Walls | Allowance | 5,000 | |
| 21 | 4999 | Miscellaneous Block Work | | Incl Above | |
| 22 | 4000 | SUBTOTAL / MASONRY | | $     22,392 | |
| 23 | 5000 | METALS | | | |

cic

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 24 | 5300 | Aluminum Belcony & Corridor Railings | | 274,000 | |
| 25 | 5800 | Elevator H Beams Sills Ladders Sumps | Allowance | 15,000 | |
| 26 | 5997 | Expansion Joint Covers et Garage Doors | Allowance | 12,500 | |
| 27 | 5997 | Metal Flashings at Parapets & Garage | Allowance | 22,500 | |
| 28 | 5997 | Miscellaneous Fasteners & Hdw | | 13,250 | |
| 29 | 5000 | SUBTOTAL / METALS | | $    337,250 | |
| 30 | 6000 | CARPENTRY | | | |
| 31 | 6100 | Rough Carp - Roof Blocking at Penetrations | | 10,000 | |
| 32 | 6100 | Rough Carp - Misc Blocking | | 25,600 | |
| 33 | 6100 | Rough Carp - PVC Decorative Shutters | | 13,925 | |
| 34 | 6100 | Timber Frame Roof Str et Club House | Allowance | 5,000 | |
| 35 | 6150 | Wood Trusses - Material - Club House | | 28,040 | |
| 36 | 6175 | Light Gauge Metal Trusses - Complete Package | | 405,449 | |
| 37 | 6250 | Wd Base & Crown Mold - Mat + Install | Allowance | 332,586 | |
| 38 | 6250 | Int Columns - Club House - Mat + Install | Allowance | 3,000 | |
| 39 | 6400 | Cabinets & Stone Tops - Condos | | 2,691,932 | |
| 40 | 6400 | Protection Wrap - Cabinets & Tops | | Incl Above | |
| 41 | 6400 | Cabinets & Tops - Clubhouse & Pool RR | Allowance | 14,500 | |
| 42 | 6600 | Cultured Marble Vanity Tops - M + L - Sec Bath B & D | | 30,520 | |
| 43 | 6600 | Cultured Marble Window Sills - M + L | | Excluded | |
| 44 | 6000 | SUBTOTAL / CARPENTRY | | $  3,560,552 | |
| 45 | 7000 | THERMAL & MOISTURE PROTECTION | | | |
| 46 | 7100 | Combined Waterproofing & Caulking | Allowance | 381,303 | |
| 47 | 7100 | Acrylic Sealer et Garage Floors | | Excluded | |
| 48 | 7100 | Combined Insulation Pkg - Club House | | 7,803 | |
| 49 | 7200 | R-19 Blow In Fiberglass Insul at Mansard Trusses | | 72,090 | |
| 50 | 7200 | R-4 Exterior Wall Foil Insulation | | Incl Above | |

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL | Villa Lago Bldg Pkg Clb 6-22-05 |
| | | | | $ 46,988,000 | |
| 51 | 7200 | Batt Insul at Ext Walls for MStuds Vs Foil for Furring | | 55,080 | |
| 52 | 7200 | 3.5" Unfaced FG Sound Batts at Bathroom Walls | | 84,607 | |
| 53 | 7200 | 3.5" Unfaced FG Sound Batts at Laundry Walls | | 15,055 | |

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | 6-22-05 | **BUYOUT** | **Comments** |
| **ITEM NO.** | **COST CODE** | **ITEM DESCRIPTION** | Villa Lago Bldg Pkg Clb 6-22-05 **FINAL** $ 46,888,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 54 | 7200 | 6" Sound Batts at Bath & Laundry Soffits | 35,567 | |
| 55 | 7200 | 2.5" Unfaced FGSB 2 Sides Tenant Sep Walls | 45,280 | |
| 56 | 7200 | Rigid Foam Insulation at 2 Hr Blk Cavity Walls | 28,350 | |
| 57 | 7320 | Concrete Tile Roofing & Roof Walkway Pads | In 7325 Below | |
| 58 | 7325 | Built Up Roofing | 710,000 | |
| 59 | 7600 | Gutters & Downspouts | Excluded | |
| 60 | 7600 | Primer Over Concrete Deck Under Mansard Trusses | 9,500 | |
| 61 | 7000 | **SUBTOTAL / THERMAL & M P** | $  1,424,635 | |
| 62 | 8000 | **DOORS & WINDOWS** | | |
| 63 | 8100 | Combined Pkg - Drs, Frms, Hdw, Install   Allowance | 546,548 | |
| 64 | 8150 | Club House Drs Frms Hdw - Install | In 8100 Above | |
| 65 | 8160 | 1-3/4" Interior Doors In Lieu Of 1-3/8" | Excluded | |
| 66 | 8385 | Aluminum Windows & Sliding Glass Doors - M + L | 1,468,000 | |
| 67 | 8850 | Vanity Mirrors - Condo Units - M + L   Allowance | 46,945 | |
| 68 | 8000 | **SUBTOTAL / DOORS & WINDOWS** | $  2,061,493 | |
| 69 | 9000 | **FINISHES** | | |
| 70 | 9100 | Stucco | 2,833,000 | |
| 71 | 9200 | Drywall & Metal Stud Framing | 2,512,125 | |
| 72 | 9305 | Ceramic Tile Floors & Walls - Condos | 595,584 | |
| 73 | 9305 | Ceramic Tile - Club House & Pool RRs   Allowance | 2,500 | |
| 74 | 9305 | Ceramic Tile Flooring - Elevators   Allowance | Incl Above | |
| 75 | 9315 | Ceramic Tile Soundproofing   Allowance | 130,500 | |
| 76 | 9510 | Acoustic Ceilings Club House & Pool RR   Allowance | 16,000 | |
| 77 | 9620 | Carpet - Material & Install - Condos / Club House | 340,766 | |
| 78 | 9900 | Painting - Condo Bldgs & Club House - Int & Ext | 860,000 | |
| 79 | 9900 | Painting - Parking Garage Exterior | Incl Above | |

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 8-22-05 |
| 80 | 9000 | SUBTOTAL / FINISHES | | $ 7,290,457 | |
| 81 | 10000 | SPECIALTIES | | | |
| 82 | 10100 | Toilet Partitions - Club House & Pool RR | Allowance | 7,700 | |
| 83 | 10150 | Glass Shower Enclosures | Allowance | 86,139 | |
| 84 | 10200 | Bath Acc - Condos – Material & Install | Allowance | 29,240 | |
| 85 | 10200 | Toilet Acc – Club House - Mat & Install | Allowance | Incl Above | |
| 86 | 10400 | Signage & Identifying Devices | Allowance | 35,500 | |
| 87 | 10550 | Mail Boxes | Allowance | 8,610 | |
| 88 | 10625 | Louvers at Top of Elevator Shafts | | 3,450 | |
| 89 | 10700 | Wire Closet Shelving | Allowance | 38,975 | |
| 90 | 10800 | Fire Extinguishers & Cabinets - Material & Install | | 11,235 | |
| 91 | 10000 | SUBTOTAL / SPECIALTIES | | $ 221,849 | |
| 92 | 11000 | EQUIPMENT | | | |
| 93 | 11100 | Residential Appliances | Allowance | 1,020,970 | |
| 94 | 11480 | Basketball Backstop - Club House | Allowance | 1,500 | |
| 95 | 11850 | Pkg Garage Gates & Tele Entry | Allowance | 87,500 | |
| 96 | 11980 | Trash Chutes | | 21,500 | |
| 97 | 11980 | Trash Chute Interlock System | | 5,700 | |
| 98 | 11980 | Trash Chute Interlock System Wiring & Connections | | 2,500 | |
| 99 | 11000 | SUBTOTAL / EQUIPMENT | | $ 1,139,670 | |
| 100 | 12000 | FURNISHINGS | | | |
| 101 | 12001 | Furniture & Fixtures | | By Owner | |
| 102 | 12500 | Window Treatments | | By Owner | |
| 103 | 12999 | Furnishings - Miscellaneous | | By Owner | |
| 104 | 12000 | SUBTOTAL / FURNISHINGS | | $ - | |
| 105 | 13000 | SPECIAL CONSTRUCTION | | | |

dc

| ESTIMATE BUYOUT SUMMARY | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 106 | 13050 | Pool at SW Bldg + Clubhouse | | 146,000 | |
| 107 | 13050 | Pool at SE Bldg - Lap Pool | | 107,300 | |
| 108 | 13500 | Spa at SE Building | | Incl Above | |
| 109 | 13550 | Fountains at NE & NW Bldg | | 57,400 | |
| 110 | 13205 | Concrete Pool Decks & Walkways | | 54,000 | |
| 111 | 13210 | Pool Deck & Walkway Toppings | | 44,100 | |
| 112 | 13999 | Underground LP Gas Storage Tank | | By Owner | |
| 113 | 13999 | Fire Rescue Air System & Construction | Allowance | 348,500 | |
| 114 | 13000 | SUBTOTAL / SPECIAL CONSTRUCTION | | $ 757,300 | |
| 115 | 14000 | CONVEYING SYSTEMS | | | |
| 116 | 14100 | Elevator Systems | Allowance | 403,000 | |
| 117 | 14110 | Elevator Cab Finishes Allowance | | Excluded | |
| 118 | 14000 | SUBTOTAL / CONVEYING SYSTEMS | | $ 403,000 | |
| 119 | 15000 | MECHANICAL SYSTEMS | | | |
| 120 | 15400 | Plumbing Systems & Roof Storm Drainage | | 1,839,286 | |
| 121 | 15410 | Plumbing Fixtures - Condo Units | Allowance | 541,200 | |
| 122 | 15410 | Plumbing Fixtures - Club House | Allowance | Incl Above | |
| 123 | 15410 | Plumbing Fixtures - Pool Restrooms | Allowance | Incl Above | |
| 124 | 15410 | Plumb Fixtures - 66 Gal Water Heaters | | 135,531 | |
| 125 | 15410 | Gas piping for pool heater and club house. | Allowance | 10,000 | |
| 126 | 15500 | Fire Protection Systems | | 1,050,000 | |
| 127 | 15600 | HVAC Systems - Condo Units | | 1,474,000 | |
| 128 | 15600 | HVAC Systems - Clubhouse | | Incl Above | |
| 129 | 15990 | Test Adjust & Balance | | Incl Above | |
| 130 | 15000 | SUBTOTAL / MECHANICAL SYSTEMS | | $ 5,050,017 | |
| 131 | 16000 | ELECTRICAL SYSTEMS | | | |
| 132 | 16001 | Electrical Systems | | 2,445,000 | |

| ESTIMATE BUYOUT SUMMARY | | | | VILLA LAGO - GMP ESTIMATE - FINAL BUYOUT | |
|---|---|---|---|---|---|
| Buildings + Garage + Club House / Combined | | | 6-22-05 | BUYOUT | Comments |
| ITEM NO. | COST CODE | ITEM DESCRIPTION | | Villa Lago Bldg Pkg Clb 6-22-05 FINAL $ 46,988,000 | Villa Lago Bldg Pkg Clb 6-22-05 |
| 133 | 16530 | Site Lighting Installation – Poles & Circuits | | Excluded | |
| 134 | 16530 | Site Lighting Installation - Courtyards | | Excluded | |
| 135 | 16010 | Light Fixture Pkg - Condo Buildings | Allowance | Incl Above | |
| 136 | 16010 | Light Fixture Pkg - Garages | Allowance | Incl Above | |
| 137 | 16010 | Light Fixture Pkg - Site Lighting & Poles | | Excluded | |
| 138 | 16010 | Light Fixture Pkg - Club House | Allowance | Incl Above | |
| 139 | 16010 | Light Fixture Pkg - Courtyards | | Excluded | |
| 140 | 16999 | Delete CATV & Phone Smart Panels | | Incl Above | |
| 141 | 16999 | Security - CCTV Systems | Allowance | 65,000 | |
| 142 | 16999 | Security Access Control - Club House | Allowance | 10,000 | |
| 143 | 16000 | SUBTOTAL / ELECTRICAL SYSTEMS | | $ 2,520,000 | |
| 144 | | SUBTOTAL / DIVISIONS 2 to 16 | | $ 39,596,706 | |
| 145 | 01000 | General Conditions | | 3,055,938 | |
| 146 | 80215 | General & Liability Insurance | Allowance | 1,000,000 | |
| 147 | | SUBTOTAL / DIV + GC + GL | | $ 43,652,644 | |
| 148 | 91110 | Overhead & Fee | 5.50% | 2,430,650 | |
| 149 | | SUBTOTAL / DIV + GC + GL + FEE | | $ 46,083,294 | |
| 150 | 5998-8 | Warranty Testing & Quality Assurance | | 131,200 | |
| 151 | 91100 | Scope Contingency | Allowance | 500,000 | |
| 152 | 1110 | Permits | | By Owner | |
| 153 | 80050 | Payment & Performance Bonds - 1 Year | | 273,470 37 | Includes 1 Year Bond - NOT 3 Year Add for 3 Year Bond = |
| 154 | | PROJECT TOTAL | | $ 46,988,000 | $ 229,443 |

27-Jun-2005 04:06PM   From:Matt Barron Squitero & Faust, P.A.   806 268 0829   T=282 №.9699   P=19
FROM :Coastal Preconstruction   FAX NO. 1:560 467 5406

# Coastal

## QUALIFICATIONS & ASSUMPTIONS
## CONTRACT EXHIBIT A-1
## Villa Lago
## Boynton Beach, Florida

### June 23, 2005

## I.   DIVISION 1 -- GENERAL REQUIREMENTS

A. **Plans:** This Proposal is based on Plans prepared by Mouriz / Salazar & Associates Architects titled "Villa Lago" and dated "Received by Coastal – January 21, 2005" including the East Building, West Building, Parking Garage, and Club House/pool and more specifically including Plan Sheets as enumerated in the attached Plan Log List of Drawings all of which are superseded by the following Qualifications, Clarifications, and Assumptions.

B. This Proposal includes the East & West Condo Buildings, Parking Garage, and Club House. And all Site Work from an Owner furnished and certified pad from an elevation of 13.17, inside the building footprint, necessary to complete the project. Any other Buildings are specifically excluded.

C. **Schedule:** This Proposal is predicated upon an agreed start date of July 11, 2005 and receiving the building permit, Owner's furnished Builders Risk Policy, properly filed Notice of Commencement and complete, updated drawings incorporating all changes by July 7, 2005—2004 and proof of financing. The completion of the overall project to TCO is 596 days or 19.5 months based on the enclosed Project Schedule.

C.1 It shall be specifically understood that the East Building, West Building and Garage will have a certificate of occupancy in 596 days, concurrently, or approximately 19.5 months from the Date of Commencement as outlined in the AIA A111 agreement Paragraph 4.1, subparagraph 1, subject to approved extensions of time, but as required by the City of Boynton Beach. Within the overall 19.5 month duration the completion of each Building shall be substantially completed approximately as follows: but will not receive a TCO due to the requirement that all buildings will be required to have a TCO at the same time as all buildings interlink and have access to the garage. All buildings shall be turned over as one project.

Received  27-Jun-2005  07:23pm   From-908 497 5235   To-Katz Barron Squitero   Page  019

JUN-27-2005 04:06PM   FAX:   ID:   PAGE:014 R=95%

Renaissance Commons                  Villa Lago                  Qualifications & Assumptions

D. Specifications: A Project Specifications Manual shall not be applicable to this project. This Proposal includes Specification Requirements contained in the above listed Plans but subject to the following Qualifications and Clarifications.

   1. It is intended that a revised Plan, Sheets, and Details be issued on or about July 7, 2005. Contractor shall immediately evaluate, discuss, and price all changes by August 5, 2005. Additionally, Contractor shall make its best effort to minimize cost impact.

E. General Conditions:

   1. The Contractor's General Conditions Budget is based on a Start Date of July 11, 2005. Any delay past that date may cause an increase to the overall cost of the project.

   2. Safety fencing will be installed around the perimeter of the site in a manner that utilizes the existing site fencing for protection of some areas. Protective covered pedestrian walkways are not included.

   3. Office trailer Rental is included for two trailers, in the General Conditions at $3,733 / Month for 2005 and $3,892 / Month for 2006 to cover all Rent Fees for Office space on site which shall be provided for use by the General Contractor at the remote site location on Gateway Blvd. A bus is not included to transport the workers to and from the parking area to the job site. If a bus is required, it shall be at the expense of the Owner as stated in paragraph 4 below.

   4. Temporary Electric Power: Before the T.C.O. is obtained all Temporary Electric Power Expenses shall be included in the General Conditions and paid by the General Contractor. After the T.C.O. is obtained all Temporary and Permanent Electric Power Expenses shall be paid directly by the Owner. Any additional cost incurred to bring power to the trailer compound. Temporary power to the trailers and Contractor's compound is budgeted for 100 LF of appropriate wiring. Additional cost to bring temporary power to the Trailer Compound in excess of 100 LF, shall be at the Owners expense.

   5. If water and sewer connections are not available, a temporary and/or Certificate of Occupancy will not be obtainable. Contractor may not be held responsible for water and sewer connections and substantial completion will not be based on connections if they are not available as required by the Contractor

   6. All necessary Certificates of Contractor's Liability Insurance and/or Policies shall be obtained, paid for and furnished by Contractor to Owner, naming Owner as an insured, except for Builder's Risk "All Risk" Insurance coverage, which will be obtained, furnished and paid for by the Owner naming Contractor as an additional insured. Owner is responsible for the deductible and/or any shortfall on this insurance policy. The Builder's Risk Insurance is to provide coverage to protect all of the Contractor's interests during the course of construction for the amount of the contract, per 11.4 of AIA Document A201-1997. Coverage must also include, but not be limited to, fire, theft, vandalism, malicious mischief, collapse, earthquake, lightning, acts of war, terrorism,

C 16

27-JUN. 27. 2005  4:06PM  Five halls Barton Saultero & Faust, P.A.     805 285 0828                  P-388  NO. 9072  P. 12
FROM :Costal Preconstruction          FAX NO. :800 467 ....

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

water damage, windstorm, flood (maximum obtainable amount up to the contract
amount), formwork, shoring and reshoring, and all other broad perils. Proof of insurance
must be issued to the Contractor prior to commencement of work.

7.  Builders Risk Insurance shall be provided by the Owner in an amount equal to or greater
    then the Contract Amount as needed and in a form satisfactory to the Contractor. This
    policy must name the Contractor as co-insured and will be in force prior to the start of
    construction. All Builders Risk Insurance Deductible Costs and costs for Non-Covered
    Claims are the sole responsibility of the Owner.

8.  Monthly service fees for water, electric power and phones for temporary construction
    services are included at today's rates. Any such rate increase shall be the responsibility of
    the Owner.

9.  The Contractor's General Conditions Budget of $ 3,055,938.00 is based on the
    assumption that the Contractor shall commence construction at phase VI of the
    development (Santorini at Renaissance Commons) by no later than February 01, 2006. If
    for any reason the Contractor should not build Phase VI, Santorini or if Phase VI
    construction does not start by February 1, 2006 then the General Conditions Budget shall
    be increased by $35,000.00 per month. The Contractor shall be paid the amount listed
    above until such date that the Contractor is able to properly commence construction of
    Phase VI.            *Commencing February 1, 2006.*

10. All Testing Services and Fees, including but not limited to, Soil & Concrete Testing shall
    be provided by the Owner. Additionally, Owner shall have a certified survey team layout
    all building corners and establish a benchmark for future surveying that may be required.

11. The Owner shall provide, at Owner's expense, the General Contractor with Thirty (30)
    complete sets of all Construction and coordinated Plans and all Updates to such Plans as
    necessary as determined in the sole judgment of the Contractor.

12. General Contractor Payment & Performance Bonds are included based on the Total
    Project Amount for a one (1) year bond. If a Three (3) year bond is required, the Owner
    shall pay the additional bond premium required for the Three (3) year bond.

13. Allowances are assumed to include Subcontractor Payment and Performance Bonds
    where applicable and unless noted otherwise.

14. The Owner acknowledges that the subcontractor contracts have been negotiated to arrive
    at the stated Contract Sum. Therefore, if a subcontractor defaults on the agreement prior
    to commencing their work, then any additional cost associated with completing that
    scope of work shall be paid by Owner.

15. If a separate pile or spread footing mobilization is required, Owner shall be responsible
    for all costs associated with said mobilization. Pile length is based on _NA_ ft. below

Page 3 of 39

Received  27-Jun-2005  03:25pm       From-805 467 8228           To-Natz Barton Saultero    Page 012

grade. For piles longer than _N/A_ ft., add $_N/A_/lf. For each pile with grout in excess of _N/A_ times the theoretical pile volume, add $_N/A_/cf.

16. All Building Permits, MEP & FP Permits, Specialty Permits, and Permit Fees shall be paid by the Owner. Miscellaneous Fees and related costs shall be paid by the affected Subcontractors. Otherwise, individual sub trade permits are included by each subcontractor as needed. The General Contractor and all affected Subcontractors shall be responsible for coordinating all associated permits and related requirements including but not limited to filling out and submitting Permit Applications & supporting documents.

17. The schedule is based upon availability of all permits (including but not limited to foundations, utility, shell, interior, subsidiary permits, etc.) necessary to sustain continuous construction operations in all areas at all times. The Owner will be responsible for obtaining all necessary Building Department / Municipal approvals in order to facilitate construction operations, including issuance of the main building permit.

18. Utility Relocation or Replacement Costs, and Costs or Fees for use of Storm Systems for Dewatering are excluded, except such dewatering, which is called for in the Exhibit "C", the Schedule of Allowances.

19. Any additional costs resulting from any tax or additional fees imposed under any statute, court decision, rule or regulation becoming effective after the contract date of this Proposal are excluded.

20. All Changes, Qualifications, and Clarifications shall be incorporated into the Plan Documents and the Owner shall be responsible to resubmit such changes to the Building Department for Permit Revisions and incorporation into the final "Legal Record Set" to be kept by the Building Department. The General Contractor shall maintain a **Red Line** Record Set of as Built Drawings including all affected trades and shall provide such information to the Owner as needed. In addition, these documents including design changes will be maintained by the Owner for the "Record Set" for future issuance to the Condo Association. The re-submissions will be timely and in order to accommodate the construction schedule. In the event of tenant revisions, the Owner will be responsible for processing all permit revisions and covering all associated costs.

21. Costs for the removal & abatement of hazardous materials originating from pre-existing conditions, illegal dumping, or other sources & conditions beyond the control of or not caused by the General Contractor or Related Subcontractors are Excluded. Hazardous material abatement & removal from the site, if any, shall be contracted directly by the Owner, with the Owner indemnifying and holding Coastal harmless from any claims relating to removal of hazardous material. Except to the extent the removal is a result of hazardous material brought on site by Coastal or Coastal's subcontractors. Any costs associated with delays resultant from the discovery and removal of hazardous materials shall be borne by the Owner.

Renaissance Commons                   Villa Lago          Qualifications & Assumptions

22. Watchman or Security Guard Services are not included and are to be provided by the Owner if needed or required.

23. The Owner gives Contractor permission to photograph the project and furthermore use both interior and exterior photographs for marketing and promotional purposes.

24. Manufacturer's warranties will be provided as a pass-through from Coastal to the Owner. All other warranties are included as a standard one (1) year warranty unless otherwise indicated within this Assumptions & Clarifications document. Contractor will comply with warranty provisions required by Contractor as provided for under Florida Law. (1) Operation & Maintenance Manual shall be provided for each Condo for a total of (328) Condos.

25. Warranty Periods shall start on the date of Initial Temporary Certificate of Occupancy for the base building and Final County Inspection for T.C.O. for each individual unit.

26. Costs for the following items are to be paid by the Owner subject to the Owner / Contractor Agreement. These costs are not included in our proposal:

   a. Unforeseen subsurface conditions and differing site conditions.
   b. Removal of any obstructions above or below ground.
   c. Building Permits.
   d. Site Impact Fees.
   e. Right of way costs.
   f. Utility company charges for connections to services, temporary and permanent, except what is enumerated herein.
   g. Utility Impact Fees and Hook-Up Fees.
   h. Builder's Risk Insurance naming Coastal as additional insured and any deductible costs. Also including any costs for uninsured items.
   i. Watchman or Security Guard Services are to be by the Owner.
   j. Testing Services, Inspections and Peer Reviews.

27. The Owner will pay for all "Special Inspectors" or Testing which may be required, except for retesting if required due to the fault of the Contractor.

28. The Construction Schedule relies upon the receipt of 100% Construction Documents and Specifications, fully coordinated. All changes to the plans and specifications must be "clouded". Coastal will not be responsible for changes appearing on the plans without this annotation.

29. The Owner shall provide on site parking areas, adjacent to the project.

30. Partial and Final Waivers / Releases of Liens will be provided to the Owner. These releases reflect time specific periods only and not specific dollar amounts.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

31. With time being of essence, all submittals must be approved as noted within five (5) days of submission for critical submittals and ten (10) days for non-critical submittals. Submittals shall be clearly marked as Critical and Non-Critical. Coastal will provide an anticipated submittal schedule for all parties use within Thirty (30) days of an executed Agreement. Any submittals rejected must be clearly marked as to the reason for rejection. After the above-indicated periods, Coastal may release the submittal for material as if it was approved even if no action has been taken by the Architect / Engineers.

32. With time being of essence, all formal Requests for Information (RFIs) shall be responded to, by the architect, within three (3) days of issuance, with an answer that will allow the contractor to construct the project. RFIs on the schedule critical path must be responded to, by the architect, within 48 hours of our request, with an answer that will allow the contractor to construct the project, or a day for day delay will be presented by the General Contractor to the Owner for approval. Such approval shall not be unreasonably withheld.

33. Weekly meetings will be conducted and attended by all parties, including the Design Team. Meetings will be held at the Coastal field office compound and / or Owner facilities.

34. Owner will pay for the Architect and other Design Team members to attend Pre-Construction meetings for each subcontractor and to attend weekly OAC meetings.

35. The Schedule is based on a five (5) day work week and having permission and approval from the Owner for after hours work during Nights, Saturdays, Sundays, and Holidays as make up days as needed to keep pace with requirements of the Schedule and the Targeted Substantial Completion Date. Such after hours work shall also be subject to the approval and restrictions of all Authorities Having Jurisdiction.

36. The entire exterior of the building (building envelope), including but not limited to roofing, stucco, doors, windows, etc., is subject to high velocity winds, water and impact during storms. These products/systems require ongoing maintenance and adjustments and/or repairs after any storm with winds exceeding 50 mph. Should these adjustments and/or repairs not be made by a certified professional and documented as such, the warranty will be null and void. However, these same items may allow water to penetrate the exterior, thereby creating interior leakage during severe water conditions. Any damage as a result of storms on the exterior or interior of a condominium building or unit is to be covered by the condominium association's insurance or by Homeowner's insurance, as applicable, and shall not constitute a basis for a warranty claim against the Contractor. In the event that job site preparation is required for weather conditions, any and all associated costs should be paid for by the Owner outside the GMP. Any cost associated with the preparation for and the re-mobilization after any storm, including tropical storms and hurricanes, has not been included in the Contract Price. Any and all costs will be paid for by Owner. Additionally, lost time as a result of these weather

Page 6 of 39

27-Jun-2005  04:06pm   From-Becker Barron Squitero & Faant, P.A.   986 236 0929   T-262 P.012/019  F-119
FROM :Coatal Preconstruction

Renaissance Commons        Villa Lago        Qualifications & Assumptions

conditions and downtime during same will be an extension of Contract Time along with associated General Conditions costs.

37. Various materials and finishes of materials exposed to the Florida environment will begin to deteriorate over time. Materials such as rooftop equipment, piping, conduits, etc., as well as finishes for stainless steel, wood, aluminum, painting, powder coating, etc. are all subject to deterioration. The Contractor shall provide the Owner, who in turn shall provide the Condominium Association a Written Recommended Maintenance Program. Maintenance will be required by Coastal during the completion stages of construction and by Owner immediately at turnover of the project to the Developer (at base Building T.C.O.) and by the Developer's maintenance personnel until maintenance of the building and common areas has been turned over to the Condo Association.

38. Due diligence will be taken to minimize floor slab cracking, however, some cracking is inherent and should be expected and is not necessarily detrimental to the integrity of the structural properties of the slab. The Owner also is knowledgeable with regard to stucco cracks that will develop over time due to the building settlement, flexure of building and structural elements, movement at expansion joints, and movement of overhangs and framed dropped ceilings. Generally the repair of these items is a normal building maintenance activity. Should the question arise whether or not the Contractor is responsible to perform remedial work on items of this nature, the Architects and/or Engineers of Record shall make the final determination.

39. The Schedule is based upon the availability of all permits (including but not limited to foundations, utility, shell, interior, subsidiary permits, etc.) necessary to sustain continuous construction operations in all areas at all times. The Owner will be responsible for obtaining all necessary Building Department and Municipal approvals in order to facilitate construction operations, including issuance of the main building permit.

40. The Contract Documents will be revised to include all Value Engineering, Cost Savings Items, or Other Changes that are accepted as noted herein. The Revised Documents will be re-permitted by the Owner to include all such changes.

41. An Allowance is included in this Proposal and in the Contract as listed below for the Contractor's General Liability Insurance. Also included in this Proposal and in the Contract shall be the Contractor's Workman's Compensation Insurance based on the
   s Current Rate as of the date of the date of this Proposal. Should the General Liability or Workman's Comp rate change then the Contract Sum will be adjusted accordingly. Such Insurance shall be maintained throughout the Project Duration. One Hundred Percent (100%) of any Saving on General Liability Insurance shall be accrued to the Owner.

42. Any and all comments & changes required by the Final Building Permit will be priced and become an adjustment to the Contract Amount and Construction Documents via change order.

43. All permit fees and associated costs, permits, processing fees, utility hook-up fees, tap fees, meter fees, meters, valves, deposits, connection and / or inspect fees etc. are to be

Received  27-Jun-2005  02:25pm       From-305 407 8829          To-Katz Barron Squitero    Page  020

JUN-27-2005  04:06PM   FAX:                      ID:                  PAGE:016  R=95%

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

the responsibility of and paid for by Owner. Contractor will assist Owner and make best effort to obtain all required permits.

44. Salaries and related expenses of the Contractor's employees performing work in the field related to the Project are to be included in the Cost of the Work and reimbursed in the General Conditions. The Contractor shall furnish a monthly report showing the total amount of General Conditions spent in the prior month. The General Conditions shall be billed on a monthly basis by dividing the total amount of general conditions by the overall project schedule (19) months and that amount shall be paid each and every month.

45. If, during the construction of the project, it is determined that additional on-site management is required in order to maintain the quality and schedule of the on-going projects, the additional costs associated with the additional on-site management will be paid by the Owner.

46. Should the Owner hire any Coastal employee, and / or should any Coastal employee be hired away from Coastal to construct this project, Coastal shall be paid a three (3) times multiplier on the employees total compensation package. This paragraph shall remain in force from the contract date through the construction duration and for six (6) months beyond completion of the project.

47. In the event the project is delayed by the Owner or any Owner's representative, including but not limited to the Architect, Engineer, or Interior Designer, due to changes or untimely decisions or by the untimely work of any Owner's subcontractor, the Contractor shall be entitled to both a contractual time extension and an adjustment to the Contract Sum in the amount of $ 5,845.53 per calendar day, to cover Contractor's general conditions expenses *(provided the Owner receives a written notice)*.

48. All changes made to the Plans shall be redrawn, sealed and re-permitted by the appropriate members of the design team. Plan Changes are to be processed in a manner so as not to delay the progress of the work. 25 Sets of Revised Plans shall be immediately forwarded to the General Contractor. The General Contractor shall be responsible for distributing revised Plans to their affected Subcontractors.

49. If the project is delayed because permits are not issued in a timely manner, then in such event the Contract Sum as set forth in the Contract, shall be increased to include any increase in the cost of the Work (the "Increased Cost") necessarily incurred by the Contractor in the performance of the Work by reason of such delay. The rebar steel is included for the project duration as long as the Owner will allow the Rebar steel to be purchased immediately and pay for stored material, so long as the stored material has a separate insurance policy. The Increased Cost shall include any such increase in labor costs, subcontract costs, general conditions costs, costs of materials and equipment, transportation costs, rental charges, mobilization costs, debris removal costs, costs for insurance and bonds (if any), permit fees, and other costs associated with the Work. Contractor may, with each Application for Payment, include the Increased Cost attributable to the subject time period, together with appropriate documentation evidencing same, and such Increased Cost shall be payable as a portion of such

Renaissance Commons           Villa Lago          Qualifications & Assumptions

Application for Payment, in accordance with the procedures set forth in this Contract. The General Contractor shall provide the Owner with Written Notice of Delays.

50. Timely payment to Contractor is of the essence and, therefore, is of utmost importance and a requirement for Contractor to perform work in a timely manner.

51. If the Architect is, for any reason, not able to make the necessary jobsite inspection required to timely process the Application for Payment, the Contractor will notify the Owner by the fifth (5th) of the month and the Owner will process the Application and payment under these circumstances will be made no later than the tenth (10) of the month.

52. Retainage Shall Not be held on the General Contractor's Fee or General Conditions during construction. Retainage for all Concrete work shall be limited to 5%. All other retainage shall be 10% until the project is 50% complete, at which time the retainage shall be reduced to 5% overall, if approved by the lender.

53. Substantial Completion is defined as the date a Temporary Certificate of Occupancy (TCO) is received from appropriate authorities, unless work, systems, or other items furnished and / or installed by the Owner / Buyer or Owner's / Buyer's separate contractors delay the obtaining of a TCO. In that instance Substantial Completion will be the date that this Contractor has completed all of the Work necessary to obtain a TCO, except for Work interfered with or restrained by the Owner / Buyer or Owner's / Buyer's separate contractors.

54. Florida Law contains important requirements you must follow before you may file a lawsuit for defective construction against a Contractor, subcontractor, supplier, or design professional for an alleged construction defect in your home. Sixty days before you file your law suit, you must deliver to the Contractor, subcontractor, supplier, or design professional a written notice of any construction conditions you allege are defective and provide your Contractor and any subcontractors, suppliers, or design professionals the opportunity to inspect the alleged construction defects and make an offer to repair or pay for the alleged construction defects. You are not obligated to accept any offer made by the Contractor or any subcontractors, suppliers, or design professionals. There are strict deadlines and procedures under Florida Law.

F. Exclusions:

1. The following items are specifically excluded from this Proposal:

2. Utility Bonds, Assessments, or Impact Fees of any sort including but not limited to Water, Sewer, Storm, Roads, Utilities, Etc. are not included.

Renaissance Commons                    Villa Lago            Qualifications & Assumptions

3. Building Permits, DOT permits, DERM and / or South Florida Water Management District Permits, Grading Permits, Etc. Such Permits shall be coordinated and managed by the General Contractor and affected Subcontractors.

4. Inspection Fees, Water Meters, Meter Fees, Tap Fees, Capacity Fees, Air Space Encroachment Fees, Road Closure Permits & Fees, Etc.

5. Removal and / or relocation of existing Overhead Utilities and Traffic Signals. Removal and / or relocation of existing Underground Utilities.

6. Topographical Surveys, Environmental Surveys, Final or As Built Surveys. The General Contractor and affected Subcontractors shall maintain red line As Built Drawings for their portion of the work.

7. Offsite civil improvements or median work other than as shown in the Plans.

8. Unforeseen conditions

9. Costs associated with unforeseen subsurface conditions. Removal and replacement of contaminated, unstable, or unsuitable soils. Excavation and backfilling of buried obstructions. Importing or exporting of fill materials or topsoil. Rock excavation or chipping equipment. All such items are excluded except as is specifically enumerated herein to be included.

10. Abatement, Removal, & Disposal of any Hazardous Materials encountered related to the project.

11. All Furnishings, Fixtures, Equipment, Window Treatments, Fitness Equipment, Restaurant Equipment, Bar Equipment, Etc. The General Contractor shall coordinate with the Owner regarding any additional construction elements or supporting requirements which are not shown in the Plans but are needed for proper installation of such items. The General Contractor and affected Subcontractors shall include all related MEP Rough In for such items only as indicated in the Plans.

12. Receiving, Unloading, Storage, Handling, Installation, Disposal, & Protection of any FF&E items.

13. Any gas, cable, phone, water, sewer, or electric utility fees, deposits or costs associated with supplying final permanent service to the building.

14. Easement plans and documentation or recording of easements for any utilities.

15. Soil borings or geotechnical reports.

16. Threshold inspection services or any special inspection services.

17. Wind Study Analysis.

18. Architectural or Engineering Services.

G. Schedule of Allowances are shown in exhibit "C": The Lump Sum Allowances included in this Proposal, unless otherwise noted, include all Labor, Materials, Equipment, Delivery, Installation, Taxes, Freight, Accessories, and Subcontractor Fees & Bonds where applicable. Allowances for the E & W Buildings, Parking Garage, and Club House are grouped together as one allowance:

H. Items Furnished By Owner: All FF&E Items.

I. Items Provided & Installed By Owner:

    1. The following items shall be Provided and Installed by the Owner:

    2. All Site Work, all site lighting, all Site Utilities to within 10' of the building by Owner, Temporary & Permanent Roads & Maintenance Thereof, Walks, Curbs, & Building Pad Preparation, by Owner. All Site Lighting other covered by the above listed Allowances are by the Owner.

    3. All Landscaping, Irrigation, Hardscaping, & Landscape / Hardscape Lighting.

    4. All Furnishings, Fixtures, & Equipment including All Receiving, Unloading, Handling, Installation, Protection, Cleaning, & Disposal associated with such items.

    5. Interior Designer Finishes in the Club House areas or other areas. Note: Interior Design Plans were not included in the Plan Set for this Project and thus any such finishes are excluded from this Proposal. Finishes are included in accordance with finish schedules and notes listed in the Plan Set subject to the Qualifications and Clarifications listed herein.

## II.   DIVISION 2 – SITE WORK

A. All Site Work shall be provided by the Owner including but not necessarily limited to the following:

    1. Site Demolition: Demolition, removal, and off site disposal of existing above grade site improvements such as curbs, sidewalks, asphalt paving, brick pavers, concrete paving, and other such site improvements as indicated in the drawings and as needed to accommodate the new construction.

    2. All Earthwork & Building Pad Preparation including Preparation of the Sub-grade to 12.17 Elevation, Stockpiling and removal of Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation, Removal of Excess Stockpiled Fill

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

Material, and Preparation of an Equipment Pathway approximately 20' wide around the perimeter of the building area.

3. Temporary and Permanent Road Bed Preparation, Maintenance, Restoration, Removal, and Final Preparation prior to paving.

4. Site Utilities extending up to 10' away from the Building including Domestic Water, Fire Water, Sanitary Sewers, Storm Sewers, Gas Piping, and all Backflow Presenters, Fire Department Connections, Post Indicator Valves, etc. All City of Boynton Beach or Palm Beach County water connections shall be by the Owner. The General Contractor and affected Subcontractors shall extend the Building Utilities to 10' outside of the building and make the final connections. Oil and sand separators shall be furnished and installed by the Owner if required.

5. Storm Drainage extending up to 10' outside of the Building is the responsibility of the Owner.

6. Curbs, Sidewalks outside the building envelope, Steps, Ramps, & Pavers, except for Pool Deck Areas and Parking Garage Entrances, which shall be furnished and installed, as enumerated in the contract documents affixed hereto, by the General Contractor. All other requirements are by the Owner.

7. Asphalt Paving, Site Striping, Site Wheel Stops, & Site Signage are by the Owner, except as enumerated in the allowance schedule or clearly described in the schedule of values.

8. Landscaping, Irrigation Systems, & Water Supply for such.

9. Hardscape Walls inside the Pool & Fountain Courtyard areas as shown on the Plumbing Plans. Note: Hardscape Walls are shown but not detailed on the Plumbing Plans and are not shown on the Architectural Plans and thus are excluded from this Proposal.

10. All Site Lighting is excluded.

11. Site Fountains are excluded, except for Fountains inside the Pool & Courtyard areas which shall be provided by the General Contractor.

12. Final Utility Connections and Storm Connections to the buildings shall be the responsibility of the General Contractor and affected Subcontractors.

B. Earth Work:

1. Site Preparation: The Building Pad, Road Beds, Sidewalk Beds, and Other Site Areas will be prepared and certified by the Owner or others prior to the start of our work on this project. These areas shall be prepared according to the following parameters:

Renaissance Commons                    Villa Lago                Qualifications & Assumptions

2. Building Pads: The building pad subgrade shall be prepared by the Owner to an elevation of 12.17 and graded to a tolerance of plus or minus 1/10th Foot and compacted. The building pad should be overbuilt by 20' or more around the perimeter of the buildings to allow a level working surface and equipment pathway. It is assumed that the existing soils to be excavated for foundations and utilities are suitable and allowable for use as underslab building fill. The Owner shall Stockpile Suitable Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation and also Remove All Excess Stockpiled Fill Material.

3. Road Beds: Road beds shall be prepared and maintained by the Owner, as needed during construction for use as temporary roads. Final redressing, grading, and preparation immediately prior to and placement of asphalt paving shall also be by others.

4. Other Site Areas: Areas to receive landscaping should be prepared to an elevation suitable to allow for importing and placement of planting soil, sod, mulch, plantings, etc. Planting soil, sod, mulch, plantings, etc. are not included.

5. Excess or Borrowed Material: Excess excavated material shall be stockpiled adjacent to the building area in a location as mutually agreed with the Owner. Such material shall be removed, handled, distributed, graded, or otherwise utilized by the Owner or others at a later date. Suitable fill material may be borrowed from a remote location on site as mutually agreed with the Owner.

6. Backfilling & Final Grading: Backfilling of foundation and utility excavations shall be performed by the General Contractor or his Subcontractors. Final backfilling and final grading around the exterior of the buildings and site shall be performed by the Owner's Earthwork Contractor.

7. Acceptance of Subgrade: Prior to the start of construction the prepared subgrade shall be inspected and randomly surveyed by the General Contractor or his Subcontractors. Prior to starting work the General Contractor shall notify the Owner of his acceptance of the subgrade as prepared or of any deficient areas. Deficient areas shall be promptly corrected by the Earthwork Contractor as requested and mutually agreed. The General Contractor or Subcontractors shall not unreasonably withhold acceptance of the subgrade and the Earthwork Contractor shall not unreasonably refuse to correct deficient areas of the subgrade. Owner's Surveyor and Geotechnical Engineer shall certify the building pad as being on grade and suitable for construction. Such certification shall be provided to the General Contractor.

8. Coordination: Owner, General Contractor, and Earthwork Contractor shall coordinate with each other regarding the sitework and subgrade preparation.

9. All fill materials needed for the project may be obtained from on site, except road material. All existing soils on site are assumed to be suitable for use as building fill and backfill material.

Page 13 of 39

CIL

Renaissance Commons                 Villa Lago           Qualifications & Assumptions

10. Excavated material from footings and utility trenches shall be used as fill material under slabs on grade and for backfill material in utility trenches.

11. Excavation and hauling off site of unsuitable or debris contaminated fill material is not included.

C. De-Watering:

1. All site dewatering is excluded, except for the dewatering allowance enumerated in Exhibit "C" Schedule of Allowances, based solely upon data received from the Owner regarding the Soils Report stating the existing water table and typical historic fluctuations are well below the typical bottom of footing elevation.

2. A Dewatering System is excluded for the Parking Garage Ramps or Shared Foundations or for any other areas.

3. An allowance for unforeseen dewatering, use by the Contractor is included in Exhibit "C", Schedule of Allowances, for use by the contractor, at contractor's sole discretion for dewatering.

D. Termite Treatment:

1. All Interior Slab on Grade Areas shall receive Soil Pre-Treatment for Termites prior to placement of the Concrete Slab On Grade and shall include a 5 Year Limited Warranty provided by the Manufacturer.

2. Protection for Formosan Termites is excluded.

E. Pavement Markings, Signage, & Precast Wheel Stops:

1. Parking stall striping & pavement markings in the Parking Garages shall be one coat painted except where specifically indicated in the Plans as Thermoplastic. Site Parking Areas are specifically excluded.

2. Precast concrete wheel stops are included as shown in the Architectural Plans for the Parking Garages. Site Parking Areas are specifically excluded.

3. Wheel stops shall be epoxy anchored in lieu of doweled.

F. Temporary Sheet Piling:

1. Temporary sheet piling is specifically excluded.

G. Monument Signs:

Renaissance Commons                Villa Lago            Qualifications & Assumptions

1. Monument Sign Walls complete are included at the Club House and at the Southwest Corner of the Project Site as shown on Plan Sheet SP-3.

2. Monument Sign Lighting is excluded.

3. An Allowance is included as listed above for Monument Sign Dimensional Brass Lettering and Graphics.

4. Sign Permits are specifically excluded.

## III.   DIVISION 3 - CONCRETE

A. Structural Concrete:

1. All Concrete Work shall be provided in accordance with the Plans, Specifications, and Structural Plans except as designated herein.

2. Galvanized Rebar and DCI Concrete Additives at the Balconies, Terraces, & Walkways or at any other areas are excluded.

3. All Concrete and Grout shall have a Compressive Strength as shown on the Structural drawings on sheet 5-3.2 general structural notes, as enumerated herein in the Plans. All Concrete & Grout Mix Designs shall conform to Standard Mix Designs that are readily available from Concrete Suppliers in close proximity to the Project.

4. Precast Concrete for the Parking Garage Structure shall have a 1 Hour Fire Rating. 2 Hour Fire Ratings for the Parking Garage Structure or Precast Tees are specifically excluded.

5. Pricing for Reinforcing Steel, Concrete, Block, and Formwork are included based on current market prices. The steel rebar is included for the project through December 31, 2005, and as long as the Owner will allow the Rebar steel to be purchased immediately and pay for stored material, of which such stored material will be covered under a separate insurance policy, there will be no price escalation unless the project is delayed by Owner. The Concrete and concrete Block in included through June 30, 2006. The stored material shall have a separate insurance policy. Anticipated escalation of materials pricing is specifically excluded.

6. Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the Architectural Plans. This may not be in compliance with recent Code Amendments and will require the Architect to obtain a Letter of Approval from the City Building Department before Coastal can proceed with construction according to this detail. Coastal does not make any representations as to the acceptability of this detail.

7. The Structural Engineer's Rebar & Concrete Allowances are specifically excluded.

Page 15 of 39

Renaissance Commons                    Villa Lago                 Qualifications & Assumptions

    8.  Concrete Surface Cross Slopes at Balconies and Walkways shall be no less then 1/8" per foot, if the project is correctly drawn and dimensioned by the architect in such a manor to accommodate such slope. However, the 1/4" per foot Cross Slope requirement listed in the Plans can not be guaranteed and thus it is specifically excluded.

B.  Site Concrete:

    1.  4" Thick Standard Concrete Sidewalks are included on the east & west sides of the paver area at the north Parking Garage Entrance, in the area between the Club House and the East Building, on the east side of the East Building, and at the connecting sidewalks leading from the buildings to the main sidewalks adjacent to the road. The main sidewalks and curbs adjacent to the roads are specifically excluded.

    2.  Standard Color grey cement based pavers are included at the north and south Parking Garage Entrances. Pavers shall be installed using Sand Set Installation over a Lime rock Base. Standard Non Colored Concrete paver Retainer Bands are included in these areas.

    3.  4" Thick Standard Concrete Flatwork is included for the Pool Decks and Walkways at the Club House and in the Courtyard areas only. Textured Pool Deck Toppings shall be applied over these areas in a single color diagonal pattern with a minimum gridline to gridline dimension of 24" or greater.

    4.  All Other Site Concrete work including but not limited to Curbs, Walks, Ramps, Stairs, and Pavers is excluded and shall be provided by the Owner.

    5.  The GMP includes changing the beams over the sliding glass doors and windows to (4) #5's and no hoops as stated in Davis Brothers proposal. If this alternate is not acceptable, the cost to install the same as required is an additional $12,000.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 1 submitted for approval April 2005.

    6.  The GMP includes changing the RTB-3 at the pop ups on the roof to a double bond bean, delete the poured deck. If this alternate is not acceptable, the cost to install the same as required is an additional $21,300.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail #2 submitted for approval April 2005.

    7.  The GMP includes changing the RTB-3 at the stair towers and elevator shafts. Drop header at the opening. If this alternate is not acceptable, the cost to install the same as required is an additional $ 3,700.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 3/ # 3A, submitted for approval April 2005.

    8.  The GMP includes changing the parapet cap-1 beam to a single bond beam with (1) #5. If this alternate is not acceptable, the cost to install the same as required is an additional

Renaissance Commons                     Villa Lago                Qualifications & Assumptions

$ 3,800.00 plus fee, insurance and general conditions and shall be added to the GMP.
See attached detail #4 submitted for approval April 2005.

9. The GMP includes deleting the Dura-Wall, which, according to Davis Brothers is not
required by Palm Beach County, Florida. If this alternate is not acceptable, the cost to
install the same as required is an additional $ 20,900.00 plus fee, insurance and general
conditions and shall be added to the GMP.

## IV.   DIVISION 4 - MASONRY

A. Concrete Block Masonry:

1. Reinforced concrete block masonry is included utilizing High Strength CMU as
indicated in the Plans for floors one, two and three only. All other areas are regular
strength block. If this alternate is not acceptable, the cost to install the same as required
is an additional $ 50,900.00 plus fee, insurance and general conditions and shall be
added to the GMP.

2. Exposed Block Walls in the Mechanical Rooms, Electrical Rooms, CATV Rooms,
Security Rooms, and Elevator Equipment Rooms, Trash Rooms and Other Service and
Support areas shall have Mortar Joints Struck Flush, Floated, & Brushed. Tooled Joints,
Stucco, or other Textures or Finish Preparations are excluded in these areas.

3. Vertical reinforcing bars & grout for CMU walls are included at 48" O. C.

4. An Allowance is included in Exhibit "C" Schedule of Allowances, for Additional
Grouting beyond what is shown in the Plans per the Architect's suggestion for areas in
the walls where the Vertical reinforcing bars & grout for CMU walls are included at 48"
O. C.

5. Block Walls for Pool Equipment Rooms adjacent to the Parking Garage which are
shown but not detailed on the Plumbing Plans are specifically excluded.

6. Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the
Architectural Plans. This may not be in compliance with recent Code Amendments and
will require the Architect to obtain a Letter of Approval from the City Building
Department before Coastal can proceed with construction according to this detail.
Coastal does not make any representations as to the acceptability of this detail.

B. Architectural Precast Concrete:

1. An allowance as enumerated in Exhibit "C", Schedule of Allowances for all
Architectural Precast Concrete.

Renaissance Commons             Villa Lago           Qualifications & Assumptions

2. Precast Concrete Columns are included at the exterior of the Club House at the Main Entrance and Terrace only.

3. Precast Concrete Columns, support of/and or Trellises are specifically excluded. These items are not detailed at the Pool & Fountain Courtyard areas as shown, but were shown on a background sheet on the plumbing plans.

4. Precast Concrete for Pools & Fountains are included within the Budget for Pools & Fountains.

5. Exterior Bands, Window Sills, and other Details shall be stucco over foam with a simulated keystone finish. Precast Concrete is excluded in these areas.

6. Precast Concrete Pier Caps are included at the Monument Sign Walls.

7. All Precast Concrete Details, Shapes, Colors, and Finishes shall be per the Manufacturer's Standards for Simulated Keystone.

## V. DIVISION 5 - METALS

A. Structural Steel:

1. All Steel Columns shall be shop primed. Galvanized Steel Columns are specifically excluded.

B. Railings:

1. Stair, Balcony, & Terrace Railings shall be Aluminum with a Powder Coated or ESP Painted Finish.

2. Rail style, color and appearance shail be the same as approved on the San Raphael Shop drawings. Railings shall be core drilled installation.

3. Aluminum Fencing is included at the Monument Entrance Signs and around the Pool Deck area at the Club House only.

4. Standard 42" H Aluminum Picket Railings are included at the the Pool Courtyard Areas.

C. Parking Garage Barrier Cables:

1. Galvanized Parking Garage Barrier Cables are included at the interior ramp walls only.

D. Pool & Fountain Courtyard Trellises:

Renaissance Commons                    Villa Lago            Qualifications & Assumptions

    1. All Trellises and Supporting Columns which are shown but not detailed in the Architectural Plans and / or Plumbing Plans are specifically excluded.

E. Miscellaneous Metals:

    1. Steel Support Frames for the Vanity Counter Tops in the Pool Restrooms and Club House Restrooms if needed are considered to be included in the above listed Allowances for Counter Tops & Cabinets in such areas.

    2. Stair Nosing is specifically excluded.

    3. Steel Pipe Bollards or Steel Angle Column Corner Guards are excluded for the Parking Garages or any other areas.

    4. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for Elevator Hoist Beams, Sill Angles, Pit Ladders, Sump Pit Covers, Expansion Joint Covers, Parapet Flashings, and Miscellaneous Flashings.

F. Stainless Steel:

    1. Stainless Steel Flashings, Trims, Caps, Copings, Trash Chutes, Fasteners, Support Frames, Straps, Accessories, or any other type of Stainless Steel is excluded. Any such items shall be Galvanized Steel or Aluminum in an Appropriate Gauge or Finish as determined by the Contractor.

## VI.  DIVISION 6 – CARPENTRY

A. Rough Carpentry:

    1. Pre Engineered Wood Roof Trusses at 24" O.C. with 5/8" Plywood Roof Sheathing shall be provided at the Club House only. Wood Roof Trusses shall utilize Standard Truss Grade Lumber and Standard Plywood Sheathing. Fire Treated or Pressure Treated Lumber or Plywood for the Roof Trusses and Sheathing are specifically excluded.

    2. Light Gauge Metal Trusses at 48" O.C. with 5/8" Plywood Roof Sheathing as Decking is included at the Condo Buildings in the mansard roof areas. All other roof sheathing for these areas is specifically excluded.

    3. Roof Blocking & Cant Strip Details shall be Fire Treated Wood, Fibrous Material, Rigid Insulation, Other Materials, or Omitted as determined by the Roofing Contractor and Roof System Manufacturer's Standard Details. Due to the difference in chemical make up of fire treated lumber it should be noted that screws used to anchor certain items to or through the fire treated material may need a stainless steel screw application which is specifically excluded.



Renaissance Commons          Villa Lago          Qualifications & Assumptions

4. Plywood Sub Counter Tops & Wall Reinforcing is included at the Serving Bar Counter Tops only. Plywood Sub Tops are excluded for the Kitchen & Bathroom Counter Tops.

5. (1) Row of Wall Blocking in included for the Upper Cabinets and (1) Row is included for the Base Cabinets. Additional Rows of Wall Blocking for the Cabinets are specifically excluded.

6. Tub Skirt Framing is excluded based on the use of Integrally Skirted Tubs, which matches the San Raphael project.

7. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for a Timber Framed Roof Structure at the Club House Gallery Ceilings.

B. Finish Carpentry, Cabinets, & Counters:

1. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for all Wood Baseboards, Crown Molding, and Interior Decorative Columns described below, until the vendor obtains his performance and payment bond. At such time, the allowance shall be removed.

2. 5" Finger Jointed Paint Grade Wood Baseboards and Crown Molding are included for all Condos in the areas shown on the Plans, which matches the San Raphael project.

3. Wood Baseboards are included for the Club House. Crown Molding for the Club House, Offices, or related areas is specifically excluded.

4. Finger Jointed Paint Grade Jambs & 3.25" Casing is included for all pre-hung wood doors, which matches the San Raphael project.

5. Wood Jambs & Casing are not included for the Bi-Fold Doors which shall have a drywall wrap jamb condition.

6. Cabinet & Counter Top Protection Film is included to protect the Kitchen & Bath Cabinets and Counter Tops in the Condo Units.

7. Paint Grade Decorative Wood or Synthetic Columns shall be provided at the Condo Foyer areas as shown in the Enlarged Condo Unit Plans.

8. The proposal accepted by the Owner from Kitchens of South Florida dated February 22, 2005 includes Protective Film is included as provided by Kitchens of South Florida, which matches the product installed in the San Raphael project.

9. Cultured Marble Counter Tops with Integral Sink Bowls are included in the Secondary Bathrooms in the Type B & Type D Units only.

27-Jun-2005 04:06pm    From-Katz Barron Squitero & Faust, P.A.    805 235 0328    T-282 P.016/018 F-116

| Renaissance Commons | Villa Lago | Qualifications & Assumptions |
|---|---|---|

10. Interior Window Sills shall be drywall. All reference to marble or ceramic window sills is specifically excluded and shall be removed from the drawings by the Architect.

11. Plastic Laminate Cabinets or Counter Tops are specifically excluded.

VII. **DIVISION 7 – THERMAL & MOISTURE PROTECTION**. ~~Notwithstanding anything contained herein to the contrary~~, *Contractor agrees that it has included all details and recommendations which were implemented at the San Raphael at the direction of IBA consultants except as listed below.*

A. Waterproofing Systems:

1. Elevator Pits: Fluid Applied Waterproofing shall be provided at the interior walls and floors of the elevator pits.

2. All waterproofing and caulking, is included, which matches the San Raphael project, except as listed below:

3. Cementitious Waterproofing shall be provided at the Slab to Wall Joint along the Exterior Corridors and at the Condo Unit Balconies on all Levels, which matches the San Raphael project.

4. A one coat cementitious Waterproofing shall be provided at the Condominium Unit Balconies, which matches the San Raphael project.

5. A one (1) coat cementitious Waterproofing shall be provided at all exterior corridors and elevator lobbies, ~~which was a single ply applied waterproofing was incorporated into the San Raphael project~~.

6. Stair Treads & Risers shall be Plain Exposed Concrete. Slab Toppings or Waterproofing at the Stair Treads & Risers is specifically excluded, which matches the San Raphael project.

7. A Penetrating Acrylic Sealer at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

8. Auto Traffic Grade Waterproofing at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

9. Mechanical Room Floors shall receive a Penetrating Acrylic Sealer. Waterproofing is not included for any floor, wall, or curb areas in mechanical rooms, electric rooms, trash rooms, service rooms, janitor's closets, or other service & support type areas.

10. Concrete Slab on Grade Areas shall receive a 6 Mil Visqueen Vapor Barrier under the Slab. Under-slab Waterproofing at the Slab on Grade Areas is specifically excluded.

Page 21 of 39

27-Jul-2005  4:07PM  From-Katz Barron Squitero & Faust, P.A.      305 285 0820        T-202  P.017/018  F-110

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

12. Waterproofing of the Precast Concrete Walls at the Parking Garages abutting the Condo Buildings is specifically excluded.

B. Caulking & Joint Sealants:

1. All caulking, is included, which matches the San Raphael project, except as listed below:

2. 1 Additional Bead of Silicone Caulking shall be provided at the perimeter of the Windows & Sliding Glass Doors bridging between the Window Frame and the Block Walls (Beauty bead).

C. Insulation Systems:

1. R-19 Blown Fiberglass Insulation shall be provided in the Mansard Truss areas.

2. 2.5" Kraft Faced Fiberglass Batt Insulation shall be provided at the Exterior Block Walls.

3. Foil Backed Gyp Board or Mold Resistant Gypsum Board is specifically excluded.

4. 2.5" Unfaced Fiberglass Sound Batt Insulation is included at both sides of all Condo Unit Separation Walls.

5. 3.5" Unfaced Fiberglass Sound Batt Insulation is included in all walls surrounding Bathrooms, HVAC Closets, Mechanical Chases, and Laundry Rooms.  Insulation is not included at the Bedroom Walls, or any other interior walls.

6. 6" Unfaced Fiberglass Sound Batt Insulation is included at the Bathroom & Laundry Room Soffits only.

7. Sound Reducing Ceiling Hangers are excluded in the ▓▓▓▓▓▓▓▓ Club House.

8. 10" Sound Batt Insulation and Acoustic Cork Membrane as shown for the Club House and Sports Court are specifically excluded.

9. Expanded Polystyrene Rigid Foam Insulation is included at the 2 Hour Block Cavity Walls at the Parking Garage Expansion Joints.

10. 1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

D. Roofing Systems & Sheet Metal:

1. All Roofing work shall be provided in accordance with FBC requirements.

Page 22 of 39

Renaissance Commons        Villa Lago        Qualifications & Assumptions

2. A 3 Ply Built Up Roof System with Type IV Asphalt Bitumen Pitch and a 1 Ply Modified Bitumen Cap Sheet is included at all Flat Roof areas. Coal Tar Pitch is excluded. Modified Asphalt Pitch is specifically excluded.

3. 300 PSI Light Weight Insulating Concrete with average R-19 Stepped Thickness Insulation is included for all Flat Roof Areas. Tapered Roof Insulation is specifically excluded. The roof drawing detail will be revised by the architect to incorporate the required slope and drainage sufficient for the use of light weight concrete the coordination of the placement and elevation of roof scuppers.

4. The Built Up Roof System with Lightweight Concrete is suitable for a Maximum Wind Uplift Pressure of -75 PSF. It is assumed that this is acceptable and meets all Codes.

5. Built Up Roof areas shall be covered by a 20 Year NDL Manufacturer's Product Warranty.

6. Gutters and Downspouts which are detailed but not located on Architectural Plans are specifically excluded.

7. All Roof Flashings & Pitch Pans shall be Aluminum, Galvanized Steel, or Lead. Stainless Steel Roof Flashings & Metals are specifically excluded.

8. PVC Overflow Scuppers are included, Precast scuppers are excluded as shown in the Architectural Plans.

9. Roof Drain Overflow Piping is specifically excluded.

10. Concrete Tile Roof Systems are included as specified with Direct Screwed Attachment to the roof deck.

11. Standard Pitch Pans are included at roof penetrations.

12. It is assumed that the Concrete Roof Deck as it is currently designed is capable of supporting the additional loads imposed by the Lightweight Concrete Roof Insulation System included in lieu of Tapered Roof Insulation.

13. It is assumed that the Roof Trusses as currently designed are of sufficient height to allow for variations in Roof Elevation due to the Roof Slope and Lightweight Concrete without decreasing the Parapet Height to below the Code Required Minimum.

## VIII. DIVISION 8 – DOORS & WINDOWS

A. Hollow Metal Doors & Frames: Allowances are included as listed above for All Hollow Metal Doors, Entry Doors, Wood Doors, Frames, Hardware, Trim, & Mirrors as described below. This is due to the low bid being unable to furnish a payment and performance bond at

Renaissance Commons                Villa Lago          Qualifications & Assumptions

the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

    1. All Exterior Hollow Metal Doors and Frames shall be galvanized and shall be Miami Dade County Approved.

    2. Condo Unit Entry Doors shall be fire rated hollow metal raised panel doors in hollow metal frames.

B. Wood Doors & Frames:

    1. Condo Unit interior doors shall be 1-3/8" pre-hung hollow core paint grade raised panel molded masonite doors with finger jointed paint grade wood frames and 3.25" casing or smaller as required to fit certain applications. Casing shall be 3.25" finger jointed paint grade material where sufficient space is available. If sufficient space is not available for this size of casing then a narrower casing shall be used. Ripping of casing is specifically excluded.

    2. Wood Jambs & Casing are not included for the Bifold Doors which shall have a Drywall Wrap Jamb Condition.

    3. Wood Doors, Frames, and Hardware material for the interior Clubhouse areas are included per the Door Schedule.

C. Aluminum Windows & Sliding Glass Doors:

    1. Aluminum Windows and Sliding Glass Doors shall be as manufactured by ES Windows or an approved equal as selected by the Contractor.

    2. All Windows, Sliding Glass Doors, and Storefront shall have an ESP Finish.

    3. Fixed Aluminum Frame Windows are included at the Interior and Exterior of the Club House areas.

    4. Interior Windows at the Sports Court shall be Standard Impact Glass.

    5. All Operable Windows shall have Screens.

    6. Screens are specifically excluded at the Sliding Glass Doors.

    7. Windows & Sliding Glass Doors shall be designed to meet South Florida Building Codes. Large missile and small missile impact glazing is included for all exterior windows and doors as required. The rubber installation seal around the window and sliding glass door are designed to meet a maximum of 73 mph, per the NOA.

    8. Insulated Glass is not included where shown.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

9.  Sill Pans & Head Receptors are, specifically excluded.

10. Horizontal Sliding Windows shall have Surface Applied Muntins to simulate the appearance of Single Hung Windows and meet egress requirements. Larger fixed windows at the Clubhouse area shall be divided into smaller units filling the same opening size.

11. Aluminum Storefront Doors are included for the exterior of the Club House. Panic Hardware is excluded. Push Pull Hardware is included.

D.  Finish Door Hardware:

1.  An Allowance as enumerated in Exhibit "C", Schedule of Allowances for All Finish Door Hardware is included for medium grade residential hardware for the Condo Units and medium grade commercial hardware for the common areas.

E.  Mirrors:

1.  An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Square Edge Frameless Vanity Mirrors for the Condo Unit Bathrooms and Public Restrooms.

2.  Square Edge Frameless Vanity Mirrors are included for the Condo Unit Bathrooms and Public Restrooms.

3.  Wall Mirrors are not included in the Fitness Center or related areas.

4.  Wall Mirrors are not included at the Spa or Jacuzzi Tub Surround Walls.

## IX.   DIVISION 9 – FINISHES

A.  General Finishes:

1.  Condo Units:  Walls shall have a Medium Texture Knock Down Finish.  Ceilings shall have a Light Texture Knock Down Finish.  Kitchens and Bathrooms shall have smooth painted walls.

B.  Stucco Details:

1.  Exterior Medallions, Bands, Window Sills, and other Details shall be stucco over foam with an EIFS simulated keystone finish.  Precast Concrete is excluded in these areas.

2.  Stucco Textures:  Light Textured Stucco shall be provided in lieu of Smooth Stucco throughout any areas indicated in the Plans as Smooth Stucco.

Page 25 of 39

Renaissance Commons                    Villa Lago                    Qualifications & Assumptions

3. Horizontal Bands: It is assumed that all horizontal bands will be stucco-over-foam shapes and not pre-cast concrete. Such shapes will have a simulated keystone finish. It is also assumed that the smaller or finer bands at level 1 are scored or tooled bands. Stucco Reveals shall be Tooled Bands.

4. All PVC Reveals & Trims are excluded. All Stucco Reveals, corners, bands, details, etc. shall be tooled in lieu of formed using PVC Trim Pieces.

5. Exterior Window Sills: It is assumed that all exterior window sills will be stucco-over-foam shapes with a simulated keystone finish and not pre-cast concrete.

6. Balcony Ceilings: We are assuming a light textured stucco finish for the balcony ceilings and exterior walkway ceilings.

7. Parking Garages: Stucco is not included for any Precast at the Parking Garages, interior or exterior. Skim Coat Stucco is included over Exposed Block Walls at the Parking Garages.

C. Drywall & Metal Stud Framing Systems:

1. Moisture Resistant Gypsum Board shall be provided at all Bathroom walls.

2. Standard Gypsum Board shall be provided at the Bathroom ceilings.

3. Attic Draft Stops are specifically excluded.

4. Foil Backed Gypsum Board, Mold Resistant Gypsum Board, and Tile Backer Board are specifically excluded.

5. Metal Stud Spacing shall be 16" On Center in lieu of 24" On Center as listed in the Plans.

6. 1-5/8" Metal Stud framing is included at both sides of the Unit Separation Walls and at the Exterior Walls in lieu of 1" x 4" Fire treated, because Pressure treated is unacceptable to the City of Boynton Beach and no longer readily available.

7. Additional Horizontal Pipe Soffits are specifically excluded, unless detailed on the plans enumerated herein. No additional allowances have been incorporated herein.

8. Acoustic Ceiling Hangers are excluded, unless shown.

D. Acoustical Ceiling Systems:

Renaissance Commons          Villa Lago          Qualifications & Assumptions

1. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances, for Suspended Acoustical Ceiling Systems in the Club House and in the West Building Pool Restrooms. Suspended Acoustical Ceiling Systems are not included for any other areas.

E. Granite, Marble, & Ceramic Tile:

1. The Proposal from Kitchens of South Florida dated February 22, 2005 which includes Granite Counter Tops for the Kitchens and Marble Counter Tops in the Master Bathrooms has been approved by the Owner, which matches the San Raphael project and is incorporated herein. Protective Film is included as provided by Kitchens of South Florida.

2. Ceramic Tile Flooring and Wall Finishes shall be equal to Yale Crema & Arena as manufactured by Saloni. All tiles within each Condo Unit shall be the same selection. Approximately 50% of the Condo Units shall be Yale Crema and 50% Arena. Owner shall provide the unit Owner's selection matrix in such time as not to delay the ordering or installation, which shall be incorporated herein.

3. Tile Installation shall be Thin Set in all areas except the shower floors which shall be Mud Set.

4. All floor Soundproofing is an allowance as enumerated in Exhibit "C", Schedule of Allowances, and shall be performed by the Contractor.

5. No Ceramic Tile Base shall be provided in the project. Wood Base shall be provided in all locations shown on the plans and areas where the plans show ceramic tile base.

6. Precast Shower Bases are excluded. Shower Floors shall be 12" x 12" Ceramic Tile.

7. Shower Curbs shall be Adhered Precast Concrete or Fire Treated Wood or Poured in Place Concrete as determined by the Contractor.

8. Ceramic Tile on the Bathroom Walls surrounding the Showers and Tubs shall extend to approximately 7' Above Finish Floor.

9. Ceramic Tile Flooring in the Condo Kitchens shall extend fully under the Refrigerators only but shall not extend under the Dishwashers or Ranges.

10. An Allowance as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

11. Ceramic Tile Flooring and Wall Finishes at the Club House and Pool Restrooms are based on a Material Cost of $2.25 / SF.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

    12. Ceramic Tile Wall Finishes in the Club House Restrooms and Pool Restrooms shall extend to a Wainscot Height of approximately 5' Above Finish Floor. Full Height Tile is specifically excluded.

    13. Interior Window Sills shall be drywall returns. Marble sills are excluded. The Owner will have the drawings changed to reflect all such modifications.

F. Carpeting:

    1. Carpet in the Condo Units shall be either "Boxter Berber" or "Aspen Cut Pile" with a ½" 6 Lb. Rebond Padding. This Carpet Padding is assumed to fulfill the requirements for "Acoustic Matting" under Carpet as listed in the Plans. Otherwise, any Special Acoustic Matting under Carpet is excluded. Approximately 50% of the Condos shall be in Boxter and 50% in Aspen.

    2. Carpet in the Club House shall be provided based on $25.00 / SY for Material, Pad, and Installation.

G. Painting:

    1. Painting shall be provided in accordance with the Finish Schedules & Notes listed in the Plans but subject to the following Qualifications & Assumptions.

    2. All Condo Unit Walls & Ceilings shall be painted flat white latex throughout. Individual Unit Color Selections are specifically excluded.

    3. Interior Condo Doors & Trim shall be painted white using a Satin Finish Latex Enamel.

    4. Exterior Hollow Metal Doors shall be painted with 2 Coats of Alkyd Enamel.

    5. Club House interior areas shall be painted Flat White only. Color Selections are specifically excluded in these areas.

    6. The Interior of Mechanical Rooms, Electrical Rooms, Storage Rooms, CATV Rooms, etc. shall be Exposed Concrete & Struck Joint CMU. Painting is specifically excluded in these Areas.

    7. Parking Garage Exterior Pre-cast Concrete Panels and Columns only painting is specifically excluded.

    8. Parking Garage interior columns, ceilings, and piping shall not be painted. All interior painting of sprinkler pipe or other pipe is specifically excluded.

    9. All Exposed CMU walls not receiving a stucco or drywall finish are finished with one prime coat & one finish coat of paint.

Renaissance Commons                  Villa Lago              Qualifications & Assumptions

## X.   DIVISION 10 – SPECIALTIES

A.  Aluminum & Glass Shower Enclosures: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all shower enclosures as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

   1.  Standard Clear Finish Aluminum Framed Units 70" H with ¼" Clear Tempered are included.

B.  Toilet & Bath Accessories: An allowance is included as listed above for all Toilet and Bath Accessories as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

   1.  Condo Unit Bath Accessories include Towel Bars, Toilet Paper Holders, and Mirrored Medicine Cabinets.

   2.  Public Restroom Accessories include Toilet Paper Dispensers, Paper Towel Dispensers, Waste Receptacles, Grab Bars, Liquid Soap Dispensers, Robe Hooks, and Napkin Dispensers / Disposals.

C.  Wire Closet Shelving: An allowance, as enumerated in Exhibit "C", Schedule of Allowances is included for all closet wire shelving as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

   1.  Wire Closet Shelving is included in the Condo Units as shown in the plans.

D.  Interior & Exterior Signage Systems:

   1.  An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for all Interior and Exterior Signage including but not limited to Code Required Signage, Building Signage, and any other types of Signage that may be required or needed for the project.

   2.  Monument Signage is included as shown in the Plans. An Allowance is included as enumerated in Exhibit "C", Schedule of Allowances for Monument Sign Dimensional Brass Letters and Graphics.

   3.  Temporary Signage for construction is included in General Conditions separate from the above listed Signage Allowance.

Renaissance Commons                  Villa Lago              Qualifications & Assumptions

E. Unitized Mail Box Systems: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all mail box systems as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

   1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Unitized Mail Box Systems in the Club House to serve the Condo Units. Mail Boxes are not shown in the Condo Buildings and thus are excluded in this location.

   2. Any other Mail Boxes or Postal Specialties are e specifically excluded.

F. Canvas Awning Systems:

   1. Canvas Awnings are not shown on the Plans or Building Elevations and thus are excluded. Awnings above the Parking Garage Gates are specifically excluded.

G. Fire Extinguishers & Cabinets:

   1. Fire extinguishers & Cabinets are included in accordance with Code Requirements only.

H. Tenant Storage Lockers:

   1. Tenant Storage Lockers are specifically excluded.

I. Room Safes:

   1. Room Safes are specifically excluded.

J. Hurricane Shutters:

   1. Hurricane Shutters are excluded at the Condo Buildings and the Club House. All Exterior Windows, Sliding Glass Doors, and Storefront Doors shall have Impact Resistant Glass.

## XI.  DIVISION 11 – EQUIPMENT

A. Residential Appliances:

   1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for the Residential Appliances, as listed in the plans enumerated herein, which match, or shall be equal to those furnished in the San Raphael project.

B. Building Maintenance Davit Anchor Systems:

   1. Provisions for a Building Maintenance Davit Anchor System are specifically excluded.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

   C. Fitness Equipment:

      1. Fitness Equipment shall be provided and installed by the Owner and thus it is specifically excluded.

   D. Parking Control Equipment:

      1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Parking Control Gates & Tele Entry Systems.

      2. Electric power supply connections and empty conduits for controls are included for the Parking Garage Gates.

## XII.    DIVISION 12 – FURNISHINGS

   A. Condo Unit & Club House Area Furnishings, Fixtures, and Equipment:

      1. Furnishings, Fixtures, and Equipment for the Condo Units and Clubhouse areas are specifically excluded.

      2. Recessed entry mats are specifically excluded.

      3. Window treatments are specifically excluded.

## XIII.    DIVISION 13 – SPECIAL CONSTRUCTION

   A. Pools, Spas, & Fountains:

      1. Complete Pools, Spas, & Fountains are included based the Proposals from LaGasse Pool Construction Company dated March 1, 2005 and March 2, 2005 including their interpretation of the Plans. In the case of any discrepancy between the Plans and LaGasse's Proposal the Proposal from LaGasse shall supercede.

      2. The Building Pad Sub-grade in the Pool Courtyard area shall be cut and Prepared to elevation 12.17.

      3. Pools are included at the Southeast & Southwest Courtyards and at the Club House as shown in the Plans except the shape of the pools will need to be adjusted to meet Health Department Requirements.

      4. Pools are excluded at the Northeast & Northwest Courtyards.

      5. A Spa / Hot Tub is included at the Southeast Courtyard.



Renaissance Commons                    Villa Lago                Qualifications & Assumptions

6. Gas Fired Pool Heaters are included.

7. Allowances are specifically excluded for Underground LP Gas Storage Tanks. An allowance as enumerated in Exhibit "C", Schedule of Allowances, is included by Don Roll Plumbing for natural Gas Piping from the 10' outside the building to the Pool Heaters.

8. Fountains are included at the Northeast and Northwest Courtyards.

9. 4" Thick Concrete Pool Decks and Walkways are included with a Spray on Pool Deck Topping.

B. Fire Rescue Air Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included e for All Fire Rescue Air Systems and All Related Items, Permits, Supporting or Surrounding Construction, Electrical Connections, Controls, Plumbing Connections, Underground Work, Excavation & Backfilling, Accessories, Etc. This Allowance is based on the Proposal from Rescue Air Systems, Inc. dated January 14, 2005 in the amounts of $ 136,000.00 and $ 176,500.00 with adjustments added for bonds, taxes, and any miscellaneous work or services. The allowance as listed above is assumed to cover everything related to the Fire Rescue Air Systems. It shall be noted that this vendor does not hold a valid Florida Contractor license that will allow the firm to perform this work. Therefore, it is specifically agreed that if this vendor does not comply with Coastal's policy regarding: contract agreement, payment and performance bonds, insurance requirements, Florida licensing, Safety requirements and overall performance criteria, the Owner shall assume all responsibility for the operability of the system and all cost associated thereof.

## XIV.   DIVISION 14 – CONVEYING SYSTEMS

A. Elevator Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for (6) Kone Eco system Elevators Systems for the East & West Buildings based on the final negotiated price with Kone in the amount of $ 403,000.00, based upon the scope of work, features, speed, details, terms and conditions as outlined in the Kone proposal. Note: Elevator Design Issues remain to be resolved and thus the Elevator Systems are being included as an Allowance until such time as these issues are resolved.

2. Automatic Battery Lowering is included. Currently the Building Design does not show an Emergency Electric Generator System and thus any such System is excluded.

3. Elevator Capacity & Speed is 3,500 Lbs. @ 150 FPM.

4. Elevator Doors & Frames shall have a Stainless Steel finish on all levels.

Page 32 of 39

CIC

Renaissance Commons                    Villa Lago            Qualifications & Assumptions

5. Manufacturer's Standard Elevator Cab Front Wall Finishes are included as shown in the elevator manufacturers literature.

6. Manufacturer's Standard Elevator Cab Side Wall, Rear Wall, & Ceiling Finishes are included.

7. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

8. Allowances for Upgraded Elevator Cab Finishes are specifically excluded.

B. Trash Chute Systems:

1. Trash Chute Systems shall include 24" diameter 16 gauge aluminized steel chute tubes with bottom hinged 18" x 18" fire rated stainless steel intake doors, horizontal rolling discharge doors, full diameter vents, caps, pitched flashings, wash down spray heads, top sprinkler head, alternate level sprinkler heads, sanitizing units with 15" x 15" access doors, rubber baffles, sound coating, firestop plates, and isolator pads.

2. Trash Chute Door Interlock Systems are Included.

3. Trash Compactors, Bins, & Sorters are specifically excluded.

4. Stainless Steel Trash Chute Components are excluded except for the Intake Doors as listed above. Any such components shall be Steel, Galvanized Steel, Aluminized Steel, or Aluminum as determined by the Contractor.

5. 1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

## XV.  DIVISION 15 – MECHANICAL SYSTEMS

A. Fire Protection Systems:

1. Fire Protection Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes as designed by Polhemius Fire Protection, whom shall become the engineer of record for the Fire Sprinkler System.

2. A 750 GPM Diesel Fire Pump System is included with an Exhaust System extending to the Roof Level.

3. Water Tanks or other additional water sources are specifically excluded.

4. The existing water supply flow and pressures are assumed to be adequate for proper operation of the Fire Sprinkler Systems as it is currently designed.

Renaissance Commons                    Villa Lago          Qualifications & Assumptions

5. Black Iron Steel Sprinkler Piping and Fittings or CPVC, as applicable, shall be used in the Parking Garage Areas. CPVC Piping shall be used in the Condo Units as allowed by Building Codes.

6. Standard Coverage Heads with a significantly larger Head Count in lieu of Extended Coverage Heads in the Parking Garage. The Plans show Extended Coverage Heads in these areas. However, anticipated increases in the Depth of the Structural Pre-cast Concrete Tees will require the use of Standard Coverage Heads along with an increase in the Head Count and thus Standard Coverage Heads are included at the Parking Garage.

7. Provisions for Fire Protection Systems are included for the Roof Truss Attic areas at the Condo Building Mansard Trusses and Club House Roof Trusses.

8. Sprinklers are excluded for Balconies, Corridors, Overhangs, or any other areas not defined in the Plans as being sprinkler protected.

9. Provisions are included for Additional Standpipes beyond what is shown in the Plans.

10. Roof Manifolds are specifically excluded.

11. Sprinkler Piping, Fittings, Valves, & other components shall have a Standard Factory Mill Finish. Corrosion Resistant Finishes are excluded.

12. Painting or Color Coding of Sprinkler Piping is specifically excluded.

13. Anti Sway Bracing is specifically excluded.

14. Fire Hoses & Hose Racks are specifically excluded. Fire Hose Valve Cabinets with Recessed Painted Frames are Included as shown.

15. Fire Main Piping & Hydrants Shown on Plan Sheet SP 1.1 is excluded. This work shall be provided by the Owner.

B. Plumbing Systems:

1. Plumbing Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. Condo Unit Plumbing Fixtures, Club House Plumbing Fixtures, and Pool Restroom Plumbing Fixtures are included as the same as the fixtures at The San Raphael Project.

3. Water supply and drain lines are included for 3 Pools, 1 Spa and 2 Fountains.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

4. Pool Deck Drains, Planter Drains, & Courtyard area storm drainage is included per Plans.

5. Domestic Water Piping shall be CPVC with Solvent Weld Fittings.

6. Sanitary Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core above and below grade. Insulation shall be provided around all sanitary piping located above the Bathroom Soffits.

7. Roof Storm Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core.

8. Condensate Risers shall be Insulated PVC.

9. An Allowance is included as listed above for the gas piping for the Pool Heaters.

10. Water Meters and Backflow Preventers are specifically excluded.

11. 65 Gallon Water Heaters are included. The Owner guarantees the water heater closets as drawn by the architect in the contract documents have been coordinated and are large enough to accommodate this size of water heater. Any cost associated with larger closets in order to install the larger heater will be at the expense of the Owner.

12. Individual Condo Unit Shut-Off Valves with Access Panels will be installed in the Water Heater Closets.

13. A Wash Down Water Riser is included for each Trash Chute.

14. Underground Sanitary, Storm, and HVAC Condensate Trunk Lines may be relocated away from foundations and pads and installed according to an alternate layout as needed.

15. Under Slab Pipe Hangers are specifically excluded.

C. HVAC Systems:

1. HVAC Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. HVAC Equipment shall be Carrier Units of equal or greater quality and capacity then the Rheem Units listed in the HVAC Equipment Schedule.

3. 1 change of air filters is included.

4. Air Conditioning Ductwork shall be fiberglass.

Renaissance Commons               Villa Lago          Qualifications & Assumptions

5. Exhaust and outside air ducts shall be metal.

6. Trash Chute Exhaust Fans are included as enumerated in the contract documents only.

7. Dryer Exhaust Booster Fans are specifically excluded.

8. Secondary drain pans are specifically excluded.

9. Range Hoods are assumed to be Re-Circulating Non Ducted Type. Ductwork for Range Hoods is specifically excluded.

10. Coastal Corrosion Protection is excluded for HVAC Condenser Unit Coils and / or Condenser Unit Cabinets.

11. HVAC Air Handler Unit Support Stands are included inside each HVAC Closet.

12. HVAC Rooftop Condensing Unit Support Stands with Vibration Pad/or springs are included as shown in the HVAC Plans.

13. Wall Caps shall be used for the Dryer Exhaust Ducts in lieu of Louvers.

14. HVAC AHU Condensate Drains shall be run to the Condensate Risers located in the HVAC Closets. Integral Overflow Pans & Float Switches are included as enumerated in the contract documents only.

15. Certified Testing & Balancing is included for the Common areas and Clubhouse areas only, as provided by the Mechanical Contractor. Certified balance of the individual balance is specifically excluded.

16. HVAC Systems for the Mechanical & Electrical Rooms are included as shown in the Plans. Allowances for additional PTAC Systems or Mini Split Systems for Mechanical & Electrical Rooms other then as show in the Plans are specifically excluded.

## XVI.  DIVISION 16 – ELECTRICAL SYSTEMS

A. General Electrical Systems:

1. Electrical Systems shall be provided in accordance with the Plans and Specifications contained within the Plans and also as allowed by local Building Codes.

2. Wiring shall be MC Cable in most areas with Romex at interior walls inside Condo Units as allowed by Building Codes.

Renaissance Commons                    Villa Lago               Qualifications & Assumptions

3. A complete fire alarm system is included in accordance with Building Codes. Programming as required for Monitoring Services and Monitoring Services are specifically excluded.

4. Lightning Protection Systems, Lightning Preventor Systems, and Transient Voltage Surge Suppression Systems are excluded.

5. Telephone Pre-Wiring is included within each Condo Unit including Standard CAT 5 Four Pair Wiring and Standard Trim. Incoming Phone Service Conduits shall be stubbed out to 5' outside of the buildings. Empty Telephone Home Run Conduits with Pull Strings are included from each Condo Unit and extending to the Telephone Closet Backboard. Home Run Telephone Wiring is included as enumerated in the contract documents only.

6. CATV Pre-Wiring is included within each Condo Unit including Standard Blank Plate Trim and Terminations. Incoming CATV Service Conduits shall be stubbed out to 5' outside of the buildings. Empty CATV Home Run Conduits with Pull Strings are included from each Condo Unit and extending to the CATV Closet Backboard. Home Run CATV Wiring is included as enumerated in the contract documents only.

7. Telephone / CATV Smart Panels are included, as enumerated in the contract documents only.

8. Empty Conduits from the CATV Closet to the roof are included, as enumerated in the contract documents only.

9. FPL Transformers are assumed to be located within 15' of the outside of the buildings at the nearest exterior wall adjacent to the roadway and at a point that is as close as possible to the Electric Rooms. All Transformer Feeder Conductors shall be Aluminum.

10. Power Cords for Appliances are assumed to be provided and installed as part of the Appliance Allowance.

11. Junction Boxes and Connections for Cook Tops and Wall Ovens are included, as enumerated in the contract documents only..

12. HVAC AHU's are assumed to have Integral Disconnect Switches.

13. Single Station Smoke Detectors are included within the Condo Units.

14. Junction Boxes for Paddle Fans and Switches are included. Paddle Fans and Installation of such are specifically excluded.

15. Wiring, Conduits, and other provisions for a Low Voltage Water Meter System are specifically excluded.

Renaissance Commons                    Villa Lago              Qualifications & Assumptions

16. Power supply and connections are included for (3) Pool Equipment Packages, (1) Spa Equipment Package, and (2) Fountain Equipment Packages in the Courtyard areas and at the Club House.

17. Wiring for (1) Trash Compactors is included if shown on the plans dated 1/12/05.

18. Wiring or Conduits at the Condo Unit Entry Doors for a Building Entrance Control System or Card Key System are specifically excluded.

B. Lighting Fixtures:

1. Light Fixtures matching the project at San Raphael are included for all Lighting Fixtures including but not limited to Condo Units, Common Areas, Club House Areas, Parking Garages and Site Fixtures attached to the building around the building perimeters, if shown on the plans enumerated herein.

2. Light fixtures for the pool and courtyard area and site lighting poles and fixtures around the building perimeters, not detailed or shown on the planes enumerated herein, are specifically excluded.

3. Installation, wiring, and connections for Lighting Fixtures are included per the plans.

C. Building Security Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Security CCTV and Clubhouse Access Control Systems.

2. Security System Pre-Wiring inside the Condo Units is included. Pre-Wiring shall include "Free Wiring" (Conduit Excluded) for the Windows, Sliding Glass Doors, & Entry Doors on Level 1 and Sliding Glass Doors & Entry Doors on Levels 2, 3, 4, 5 & 6. Equipment, Devices and Terminations are specifically excluded.

3. AC Power and Empty Control Conduits with Pull Strings are included for (2) Parking Gates at the Garage Entrances.

4. Control Wiring for Gates at Parking Garages shall be part of the Security and Gate Allowances.

5. Empty Conduits and Junction Boxes for Security at the Parking Garages are included as shown in the Plans.

D. Site Lighting:

1. Site Lighting Poles, Bases, Fixtures and Installation are specifically excluded. All site lighting shall be installed by the Owner.

Renaissance Commons                    Villa Lago                    Qualifications & Assumptions

E. Emergency Electric Generator Systems:

1. Currently the Building Design does not show an Emergency Electric Generator System and thus any such System is specifically excluded.



Renaissance Commons - VILLA LAGO
6/22/2006

| | | 19 | MONTHS | 329 |
| | | $2.33 | WEEKS | 6 |

## CONTRACT EXHIBIT A-2

# GENERAL CONDITIONS DETAIL

| Cost Code | Category | Description | Quantity | | Unit | $ / Unit | TOTAL 3,055,938 |
|---|---|---|---|---|---|---|---|
| | | **PRECONSTRUCTION COST** | | | | | |
| 80103 | Labor | Estimating | F | 1 | LS | 15,000 | 15,000 |
| 80103 | Material | Plan Reproduction | F | 1 | LS | 10,000 | 10,000 |
| 80631 | Material | Renderings | | 1 | LS | 231 | 231 |
| 80730 | Sub | Scheduling Consultant | | 1 | LS | | - |
| | | **PERMITS** | | | | | |
| 80025 | | Building Permit | | 0 | LS | - | - |
| 80025 | | Subcontractor Permits | | 0 | LS | - | - |
| 80030 | | Permit Expediting | | 0 | LS | - | - |
| 80105 | | Inspections - Overtime | | 0 | LS | - | - |
| | | **CONSULTANT / PROFESSIONAL FEES** | | | | | |
| 80090 | Sub | Professional Fees | | 0 | LS | - | - |
| 80100 | Sub | Architect Fees | | 0 | LS | - | - |
| 80100 | Sub | Engineer Fees | | 0 | LS | - | - |
| 80105 | Sub | Inspection Fees | | 0 | LS | - | - |
| 80340 | Sub | Partnering | | 0 | LS | 7,000 | - |
| 80760 | Sub | Survey Crew | | 1 | LS | - | - |
| | | **FIELD SUPERVISION** | | | | | |
| 80124 | Labor | General Superintendent | | 32 | weeks | 3,375 | 108,000 |
| 80125 | Labor | Assistant Superintendent | F | 86 | weeks | 3,192 | 275,578 |
| 80126 | Labor | Area Supt. - Structural / M.E.P. | F | 82 | weeks | 2,492 | 204,369 |
| 80127 | Labor | Area Supt. - Finish | | 32 | weeks | 2,492 | 79,754 |
| 80120 | Labor | Area Supt. - Parking Garages | | 20 | weeks | 2,492 | 49,846 |
| | | **PROJECT ENGINEERING / COORDINATION** | | | | | |
| 80130 | Labor | Project Engineer - Field Office | | 72 | weeks | 1,558 | 112,154 |
| | | **PROJECT MANAGEMENT** | | | | | |
| 80157 | Labor | Project Executive | F | 86 | weeks | 2,120 | 183,043 |
| 80150 | Labor | Project Manager | F | 82 | weeks | 3,894 | 319,327 |
| 80131 | Labor | Asst. Project Manager | F | 82 | weeks | 2,337 | 191,696 |
| 80154 | Labor | Purchasing | F | 45 | weeks | 1,731 | 77,885 |
| | | **CONTRACT ADMINISTRATION** | | | | | |
| 80173 | Labor | Field Office Receptionist | F | 78 | weeks | 844 | 65,813 |
| 80175 | Labor | Contract Administrator - Field | F | 78 | weeks | 1,298 | 101,250 |
| 80176 | Labor | Contract Administrator - Office | F | 45 | weeks | 545 | 24,534 |

CIC

| Code | Type | Description | F | Qty | Unit | Unit Cost | Total |
|---|---|---|---|---|---|---|---|
| 80176 | Labor | Accounting - Clerical | F | 52 | weeks | 473 | 38,944 |
| 80177 | Labor | Accounting - Manager | F | 82 | weeks | 180 | 15,875 |
| | | **FINER POINTS COORDINATION** | | | | | |
| 80181 | Labor | Finer Points Coordinator | | 0 | weeks | 1,558 | - |
| 80660 | Material | Owner's Manuals | F | 328 | units | 50 | 16,400 |
| 80515 | Material | Office Supplies | | | units | 30 | - |
| 80678 | Material | Postage | | | units | 30 | - |
| | | **HEALTH INSURANCE** | | | | | |
| 80200 | Labor | Employee Health Insurance | F | 31027 | Hours | 1.85 | - |
| | | **GENERAL LABOR** | | | | | |
| 80251 | Labor | Carpenter | F | 50 | weeks | 900 | 45,000 |
| 80251 | Labor | General Laborer | F | 40 | weeks | 600 | 24,000 |
| 80250 | Labor | Permanent Elevator Operators ( 2 Each) | | | weeks | 1,344 | - |
| 80250 | Labor | Elevator Operators - Overtime | | 0 | weeks | - | - |
| 80806 | Labor | Hoist Operator - Straight Time (2 Each) | F | 11.4 | months | 5,820 | 66,343 |
| 80806 | Labor | Hoist Operator - Overtime (2 Each) | F | 5.7 | months | 2,182 | 12,439 |
| | | **TRAVEL & ENTERTAINMENT** | | | | | |
| 80325 | Material | Travel | | 32 | weeks | 200 | 6,400 |
| 80330 | Material | Top Out Party | | 1 | LS | - | - |
| 80335 | Material | Meals | | 0 | weeks | 50 | - |
| 80350 | Material | Living Expenses | | 0 | weeks | 750 | - |
| | | **TEMPORARY ROADS** | | | | | |
| 80355 | Sub | Temporary Road Installation | | 1 | LS | 5,000 | 5,000 |
| 80356 | Sub | Traffic Maintenance & Cleaning | | 1 | LS | 2,827 | 2,827 |
| 80357 | Sub | Traffic Control | | 0 | weeks | 800 | - |
| | | **TEMPORARY SANITARY FACILITIES** | | | | | |
| 80376 | Material | Trailer Holding Tanks | F | 19 | months | 400 | 7,600 |
| 80375 | Material | Portable Toilets (6 each) | F | 19 | months | 450 | 8,550 |
| | | **TEMPORARY POWER** | | | | | |
| 80400 | Material | FPL Temporary | | 4 | LS | 5,000 | 20,000 |
| 80400 | Material | Electrical Service - Tower Crane | | 0 | LS | 1,000 | - |
| 80400 | Material | Electrical Service - Hoist | F | 1 | LS | 1,000 | 1,000 |
| 80400 | Material | Trailer Consumption | F | 19 | months | 200 | 3,800 |
| 80400 | Material | Site Consumption | F | 19.0 | months | 600 | 11,400 |
| 80400 | Material | Hoist Consumption | F | 14.3 | months | 500 | 7,125 |
| 80401 | Material | Start-up Power (BY OWNER) | | | months | 82,000 | - |
| | | **TEMPORARY WATER** | | | | | |
| 80425 | Material | Potable Water Service | F | 19 | months | 150 | 2,850 |
| 80425 | Material | Pool Fill | F | 1 | LS | 1,500 | 1,500 |
| | | **TEMPORARY PHONE / RADIOS** | | | | | |
| 80450 | Material | Phone System | | 0 | LS | 1,250 | - |
| 80451 | Material | Phone, Local | F | 19 | months | 200 | 3,800 |

| Code | Type | Description | | Qty | Unit | Rate | Total |
|---|---|---|---|---|---|---|---|
| 80451 | Material | Phone, Long Distance | F | 19 | months | 350 | 6,650 |
| 80452 | Material | Mobile Phone Usage total | F | 85 | months | 150 | 12,771 |
| 80510 | Material | Radios | | 5 | LS | 3,500 | 17,500 |
| 80452 | Material | Radio / Phone Maintenance | F | 19 | months | 50 | 950 |
| | | **TEMPORARY PROTECTION** | | | | | |
| 80480 | Material | Temp Protection of Completed Work | F | 328 | units | 100 | 32,800 |
| 80480 | Material | Temp Protect of Elevator Cabs | | 8 | EA | 1,000 | 8,000 |
| 80525 | Material | Temporary Storage | | 8 | months | 300 | 2,400 |
| | | **SECURITY** | | | | | |
| 80475 | Sub | Fence Rental | | 1250 | LF | 4 | 5,000 |
| 80225 | Sub | Security (BY OWNER) | | 0 | weeks | 1,000 | - |
| | | **SITE OFFICE & SUPPLIES** | | | | | |
| 80502 | Material | Trailer / Office Space Rental 2005 | F | 7 | months | 3,733 | 26,131 |
| 80501 | Material | Trailer / Office Space Rental 2006 | F | 7 | months | 3,892 | 27,244 |
| 80500 | Material | Furnishings | | | LS | 2,500 | - |
| 80500 | Material | Pest Control | F | 19 | months | 100 | 1,900 |
| 80500 | Material | TQM Materials | F | 1 | LS | 500 | 500 |
| 80505 | Material | Computer/Printer | | | LS | 2,500 | - |
| 80506 | Material | Office Machines (fax, refrig, etc) | | | LS | 1,000 | - |
| 80515 | Material | Office Supplies | F | 19 | months | 195 | 3,705 |
| 80580 | Material | Copy Machines / Rental / Maintenance | F | 19 | months | 500 | 9,500 |
| 80625 | Material | Project Signage | F | 1 | LS | 1,000 | 1,000 |
| 80676 | Material | Courier | F | 19 | months | 100 | 1,900 |
| 80678 | Material | Postage / Fed Ex | F | 19 | months | 100 | 1,900 |
| | | **DRINKING WATER** | | | | | |
| 80650 | Material | Water Coolers | | | LS | 250 | - |
| 80650 | Material | Bottled & Cups | F | 19 | months | 100 | 1,900 |
| | | **PHOTO'S & DRAWINGS** | | | | | |
| 80630 | Material | Photos - Aerials | F | 19 | months | 150 | 2,850 |
| 80630 | Material | Photos - Progress | F | 19 | months | 50 | 950 |
| 80632 | Material | Video Taping | | 0 | months | 50 | - |
| 80575 | Material | Blueprints (BY OWNER) | F | 1 | LS | 15,000 | - |
| 80576 | Material | As-Built Drawings | F | 1 | LS | 5,000 | 5,000 |
| 80576 | Material | Datum Line Drawings | | | LS | 2,500 | - |
| | | **SCHEDULING / EXPEDITION** | | | | | |
| 80590 | Material | Software - Suretrack/Expedition | | 0 | LS | 5,000 | - |
| 80730 | Sub | Scheduling - Outside Consulting Service | | 0 | months | 500 | - |
| 80675 | | **STORM PROTECTION - By Owner** | | | | | - |
| | | **SAFETY** | | | | | |
| 80676 | L & M | Safety Rails L & M | F | 6 | floors | 3,000 | 18,000 |
| 80676 | L & M | Interior Openings L & M | F | 6 | floors | 500 | 3,000 |
| 80676 | Sub | Temporary Fire Standpipe System | F | 6 | floors | 2,500 | 15,000 |
| 80676 | L & M | Sidewalk Protection | | 0 | LS | 10,000 | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80677 | Material | First Aid Kits | F | 1 | LS | 1,000 | 1,000 |
| 80677 | Material | Safety Signs | F | 1 | LS | 1,000 | 1,000 |
| 80677 | Sub | Training | F | 1 | LS | 1,500 | 1,500 |
| 80677 | Sub | Inspections | | 0 | months | 250 | - |
| 80128 | Labor | Safety Director | F | 82 | weeks | 195 | 16,031 |
| | | **VEHICLES** | | | | | |
| 80700 | Material | Automobiles | F | 39 | months | 500 | 23,279 |
| 80700 | Material | Trucks | F | 52 | months | 600 | 31,039 |
| 80700 | Material | Fuel | F | 91 | months | 75 | 6,790 |
| 80700 | Material | Tolls | F | 91 | months | 25 | 2,283 |
| | | **ON & OFF SITE PARKING** | | | | | |
| 80770 | Material | Golf Carts | | 2 | LS | 3,000 | 6,000 |
| 80770 | Material | Off Site Staging (BY OWNER) | | 0 | LS | - | - |
| 80770 | Sub | Transporation To / From Site (BY OWNER) | | 0 | LS | - | - |
| 80770 | Sub | Transportation On Site | | 0 | LS | - | - |
| 80225 | Sub | Police Officer | | 0 | LS | - | - |
| | | **CRANES** | | | | | |
| 80805 | Material | Tower Crane | | 0 | months | 22,000 | - |
| 80805 | Material | Mobile Crane | | 2 | months | 5,000 | 10,000 |
| 80805 | Labor | Operator - Overtime | | 0 | hours | 60 | - |
| 80805 | Material | Extended Rental | | | months | 22,000 | - |
| | | **EQUIPMENT** | | | | | |
| 80806 | Labor | Heavy Equipment - Clean Up | | 0 | days | 500 | - |
| 80806 | Labor | Concrete Pumps | | 0 | days | 150 | - |
| | | **HOISTING** | | | | | |
| 80807 | Material | Hoist Rental | F | 11.4 | months | 12,500 | 142,500 |
| 80807 | Material | Mobilization/Setup/Climbs/Concrete Base | F | 1 | LS | 3,500 | 3,500 |
| 80807 | Material | Concrete Base | F | 1 | LS | 3,500 | 3,500 |
| 80807 | Material | Gates & Landings | F | 6 | floors | 1,000 | 6,000 |
| 80807 | Material | Service Calls | F | 11.4 | months | 200 | 2,280 |
| 80807 | Material | Intercom | F | 1 | LS | 500 | 500 |
| | | **SMALL TOOLS** | | | | | |
| 80810 | Material | Small Tools / Rental | F | 1 | LS | 2,000 | 2,000 |
| 80900 | Material | Raingear / Hardhats | F | 1 | LS | 546 | 546 |
| | | **HOUSEKEEPING** | | | | | |
| 80830 | Material | Dumpster Pulls | F | 600 | Pulls | 350 | 210,000 |
| 80830 | Material | Trash Chute | F | 6 | Floors | 2,000 | 12,000 |
| 80830 | Material | Trash Chute Screen Enclosure | | 0 | LS | 5,000 | - |
| 80830 | Material | Bulk Trash Hauling | | 6 | months | 500 | 3,000 |
| 80825 | Labor | Clean-up Structural Phase | F | 7.6 | months | 2,598 | 19,745 |
| 80825 | Labor | Clean-up Finishing Phase | F | 5.7 | months | 4,000 | 22,800 |
| | | **FINAL CLEANING** | | | | | |
| 80835 | Sub | Common Areas | F | 1 | LS | 2,583 | 2,583 |

| 80835 | Sub | Rough Clean Units | F | 328 | units | 100 | 32,800 |
| 80835 | Sub | Final Clean Units | F | 328 | units | 150 | 49,200 |
| 80835 | Sub | Touch-up Units | F | 328 | units | 50 | 16,400 |
| | | **PUNCH OUT / CLOSEOUT** | | | | | |
| 80835 | Labor | Punch Out - Common Areas | | 1 | LS | 3,600 | 3,600 |
| 80835 | Labor | Punch Out - Units - 2 man crew | F | 328 | units | 250 | 82,000 |
| 80835 | Material | Materials | F | 328 | units | 50 | 16,400 |
| | | Project Expediting | | 0 | LS | - | |
| | | **TOTAL GENERAL CONDITIONS** | | | | | 3,055,938 |

## WARRANTY, TESTING & QUALITY ASSURANCE

| | | **WARRANTY** | | | | | |
| 80890 | Labor | Warranty Manager | F | 1 | LS | 15,000 | 15,000 |
| 80890 | Material | Miscellaneous Materials | F | 328 | units | 75 | 24,600 |
| 80890 | Labor | Customer Service - 1 service rep | F | 26 | weeks | 1,575 | 40,950 |
| 80890 | Labor | Misc Adjust to $400 / Unit | F | 1 | weeks | 825 | 825 |
| | | **TESTING & QUALITY ASSURANCE** | | | | | |
| 80776 | Sub | Mock Ups | | 1 | LS | - | - |
| 80600 | Sub | Soil Testing (BY OWNER) | | 0 | LS | 2,500 | - |
| 80725 | Sub | Concrete Testing (BY OWNER) | | 0 | LS | 5,000 | - |
| 80875 | Sub | Window Testing | | 1 | LS | 10,000 | - |
| 80875 | Sub | Water Test | | 1 | LS | 7,500 | - |
| 80875 | Sub | Professional Monitoring & Reviews | F | 19 | months | 2,500 | 47,500 |
| 80875 | Sub | Professional Survey / Eng. Report | F | 1 | LS | 2,325 | 2,325 |
| | | **TOTAL WARRANTY, TESTING & QUALITY** | | | | | 131,200 |

| TIME & PERCENTAGE ANALYSIS | Total General Conditions | 3,055,938 |
|---|---|---|
| **HARD CONSTRUCTION COST** | **COST PER WEEK** | 37,117 |
| **PERCENTAGE OF GCs** | **COST PER MONTH** | 160,839 |

UC

# EXHIBIT B

## MISCELLANEOUS PROVISIONS

*Villa Lago*
*Boynton Beach, Florida*

1.  All revisions (changes) made to the Contract Drawings shall be revised and coordinated by the appropriate consultants. Revisions are to be processed in a timely manner as to not delay the progress of the Work. Only revisions which are numbered and "clouded", accompanied by a scope narrative outline, shall be considered as a revision to the Contract Drawings. Contractor shall not be responsible for revisions without noted "numbers and clouds".

2.  It shall be the responsibility for the Owner to permit all revisions and fund all additional permit fees with the Building Departments. In addition, it shall be the Owner's responsibility to maintain the revised permit documents into the "Final Legal Set" for future filing with the Building Department. It shall be incumbent upon the Owner to have permit revisions issued and executed by the Building Departments in a timely manner as to not delay the construction process. In the event of tenant revisions, Owner will be responsible for processing permit revisions and associated costs.

3.  Costs for the removal of hazardous materials are not included. Hazardous material removal from the site, if any, shall be contracted directly by the Owner, with the Owner indemnifying and holding Coastal harmless from my claims relating to removal of hazardous material. Except to the extent the removal is a result of hazardous material brought on site by Coastal or Coastal's subcontractors. Any costs associated with delays resultant from the discovery and removal of hazardous materials shall be borne by the Owner.

4.  Manufacturer's warranties will be provided as a pass-through from Coastal to Owner. All other warranties are included as a standard one (1) year unless otherwise indicated within the Clarifications document. Other warranty requirements are specified in the Agreement with respect to Florida Law. Warranty period shall extend from the date of initial Temporary Certificate of Occupancy.

5.  The Owner will pay for all "special inspectors" or testing which may be required, except for retesting if required due to fault of the Contractor.

6.  The cost of all permits, including street usage, meter rental, utility replacement / relocation and use of storm systems for dewatering is to be by the Owner.

7.  The construction schedule relies upon the receipt of 100% construction documents and specifications, fully coordinated.

*6/25/2005*
*Page* 1 of 4

8.  Partial and Final Waivers/Releases of liens will be provided to the Owner. These releases reflect time specific periods only and not specific dollar amounts.

9.  With time being of essence, all submittals must be approved as noted with five (5) days of submission for critical submittals and ten (10) days for non-critical submittals. Coastal will provide an anticipated submittal schedule for all parties use within sixty (30) days of executed Agreement. Any submittals rejected must be clearly marked as to the reason for rejection. After the above-indicated periods, Coastal may release the submittal for material as approved even if no action has been taken by the Architect / Engineers.

10. With time being of essence, all formal Requests for Information (RFIs) shall be responded to within three (3) days of issuance.

11. Weekly meetings will be conducted and attended by all parties, including the Design Team. Meetings will be held at the Coastal field office compound.

12. Schedule is based on ability to work Saturdays.

13. Various materials and finishes of materials exposed to the Florida environment will begin to deteriorate over time. Materials such as rooftop equipment, piping, conduits, etc., as well as finishes for stainless steel, wood, aluminum, etc. are all subject to deterioration. The Contractor is to provide the Owner, who in turn will provide to the Condominium Association a complete maintenance program for all products on the project. Maintenance will be required by Coastal during the completion stages of construction. Additionally, maintenance will be required by Owner immediately at turnover of the project to the developer (at base Building T.C.O.). The cost of maintenance personnel until maintenance of the building has been turned over to the Condo Association is by Owner.

14. Schedule is based upon availability of all permits (including but not limited to foundations, utility, shell, main building, interior, subsidiary permits, etc.) necessary to sustain continuous construction operations in all areas at all times. The Owner will be responsible for obtaining all necessary Building Department/Municipal approvals in order to facilitate construction operations, including issuance of the main building permit.

15. The Contract Documents will be modified to include all changes and/or cost savings items as indicated in the Qualifications & Assumptions, Exhibit A.

16. All necessary Certificates of Contractor's Liability Insurance and/or Policies shall be obtained, paid for and furnished by Contractor to Owner, naming Owner as an insured, except for Builder's Risk "All Risk" Insurance coverage, which will be obtained, furnished and paid for by the Owner naming Contractor as an additional insured. Owner is responsible for the deductible and/or any shortfall on this insurance policy. The Builder's Risk Insurance is to provide coverage to protect all of the Contractor's interests during the course of construction for the amount of the contract, per 11.4 of

*6/25/2005*
*Page 2 of 4*

27-Jun-2005 4:07PM From Herron Saulters & Faust, P.A. 305 285 0924 T-282 P.0010/016 F-218

AIA Document A201-1997. Coverage must also include, but not be limited to, fire, theft, vandalism, malicious mischief, collapse, earthquake, lightning, acts of war, terrorism, water damage, windstorm, flood (maximum obtainable amount up to the contract amount), formwork, shoring and reshoring, and all other broad perils. Proof of insurance must be issued to the Contractor prior to commencement of work.

17. Any and all changes required by the final building permit will be priced and become an adjustment to the Contract Amount via change order.

18. All permit fees and associated costs, permit processing fees, utility hook-up fees, including meters, valves, deposits, connection and/or impact fees are to be the responsibility of and paid for by Owner.

19. Substantial Completion is defined as the date a Temporary Certificate of Occupancy (TCO) is received from appropriate authorities, unless work, systems, or other items furnished and/or installed by the Owner/Buyer or Owner's/Buyer's separate contractors delay the obtaining of a TCO. In that instance Substantial Completion will be the date that this Contractor has completed all of the Work necessary to obtain a TCO, except for Work interfered with or restrained by the Owner/Buyer or Owner's/Buyer's separate contractors.

20. The Architect (or Owner) will provide the Contractor with a written final punchlist within ten (10) days of Substantial Completion. *per building* . CK
   *Twenty (20)*

21. All Architectural, Engineering, Surveying (including all required calculations for geometric closure of structure), Blueprinting, Inspections, Special Inspectors, Testing, and all other Testing Fees are to be paid by Owner.

22. Jobsite Security Services, if required, shall be paid in full by Owner.

23. If water and sewer connections are not available, a temporary and/or permanent Certificate of Occupancy may not be obtainable. Contractor will not be held responsible for water and sewer connections and substantial completion will not be based on connections if they are not available as required by the Contractor's construction schedule.

24. The costs of the following items are to be paid by the Owner subject to the Owner/Contractor Agreement. These costs are not included in our proposal:

   a. Unforeseen subsurface conditions and differing site conditions.
   b. Removal of any obstructions.
   c. Right of way costs.
   d. Utility company charges for connections to services, temporary and permanent.
   e. Utility Impact fees and hook-up fees.

*6/27/2005*
*Page 3 of 4*

CK

Received 27-Jun-2005 03:25pm From-305 407 8229 To-Katz Barron Saulters Page 023

25. Florida Law contains important requirements you must follow before you may file a lawsuit for defective construction against a Contractor, subcontractor, supplier, or design professional for an alleged construction defect in your home.  Sixty days before you file your law suit, you must deliver to the Contractor, subcontractor, supplier, or design professional a written notice of any construction conditions you allege are defective and provide your Contractor and any subcontractors, suppliers, or design professionals the opportunity to inspect the alleged construction defects and make an offer to repair or pay for the alleged construction defects.  You are not obligated to accept any offer made by the Contractor or any subcontractors, suppliers, or design professionals.  There are strict deadlines and procedures under Florida Law.

# EXHIBIT C

## SUMMARY OF ALLOWANCES

*Villa Lago*
*Boynton Beach, Florida*

The following Lump Sum Allowances are included in this Proposal. Unless otherwise noted these Allowances include all Labor, Materials, Fabrication, Equipment, Delivery, Installation, Taxes, Freight, Accessories, and Subcontractor Fees & Bonds where applicable. Allowances for the E & W Buildings, Parking Garage, and Club House are grouped together in the list below:

The below listed Allowance for Appliances shall include labor, material, taxes, delivery, unloading, uncrating, distribution, installation, and off site disposal of all crating materials. Installation of washers, dryers, microwave ovens, and refrigerators is included in this Allowance. Installation of dishwashers, garbage disposals, cooktops and wall ovens shall be performed by the Plumbing and Electrical Contractors separate from this Allowance.

The below listed Allowance for Plumbing Fixtures shall include materials, taxes, delivery, and sub bonds. Unloading, handling, storage, uncrating, distribution, installation, protection, and disposal of crating shall be provided by the Plumbing Contractor separate from this Allowance.

|  | SCOPES OF WORK |  | VALUES |
|---|---|---|---|
| 1. | Dewatering: |  | $ 8,500 |
| 2. | Monument Sign Dimensional Letters: (2 Signs x 1 Side Each) |  | $ 12,500 |
| 3. | Extra Grouting for 2 Hour Fire Rated Block Walls: |  | $ 5,000 |
| 4. | Architectural Precast Concrete Columns, Trims, & Accessories: |  | $ 17,392 |
| 5. | Elevator H Beams, Sill Angles, Pit Ladders, & Sump Pit Covers: |  | $ 15,000 |
| 6. | Expansion Joint Covers: |  | $ 12,500 |
| 7. | Metal Flashings at Parapets & Garage & Miscellaneous Flashings: |  | $ 22,500 |
| 8. | Garage Anchor Bolt & Coil Rod Material & Installation: |  | $ 7,925 |
| 9. | Timber Framing at Club House Gallery Roof: |  | $ 5,000 |
| 10. | West Building Pool Restroom Counters: |  | $ 1,000 |
| 11. | Club House & Pool Restroom Cabinets & Counters: |  | $ 13,500 |
| 12. | Wood Base, Crown Molding, Interior Columns, Doors, Frames, Hardware, Access Panels, Vanity Mirrors, Wire Shelving, Toilet Partitions, Shower Enclosures, Toilet & Bath Accessories, Medicine Cabinets, Mail Boxes, & Installation -- National Millwork: Note: This price includes the cost of the bond, since the subcontractor is unable to provide a bond at this time. Upon issuance of a bond, the costs thereof shall be removed. |  | $ 1,100,743 |
| 13. | Ceramic Tile – Elevators: |  | $ 2,500 |
| 14. | Ceramic Tile Sound Proofing: |  | $ 130,500 |
| 15. | Acoustical Ceilings – Club House: | $2.50 / SF = | $ 15,000 |
| 16. | Acoustical Ceilings – West Building Pool Restrooms: | $2.50 / SF = | $ 1,000 |
| 17. | Signage – Building & Parking Garage: |  | $ 34,000 |
| 18. | Signage – Club House: |  | $ 1,500 |
| 19. | Basketball Backstop – Club House: |  | $ 1,500 |

EXHIBIT C
SUMMARY OF ALLOWANCES

| 20. | Parking Garage Gates & Tele Entry System, Security & CCTV Systems, Security Access Control – Clubhouse | $ | 162,500 |
|---|---|---|---|
| 21. | Fire Rescue Air Systems & Related Construction: $340,000 + Bond = | $ | 348,500 |
| 22. | Elevator Systems: | $ | 403,000 |
| 23. | Gas Piping For Pool Heaters – Condos: | $ | 10,000 |
| 24. | Gas Piping For Pool Heaters – Club House: | $ | 2,500 |
| 25. | Residential Appliances | | $ 1,020,970 |
| 26. | Scope contingency | $ | 500,000 |
| 27. | General & Liability Insurance | | $ 1,000,000 |

TOTAL ALLOWANCES...................................................................$4,855,030.00

Notes:

1. The Allowance values for the above scopes of Work are the amounts included in the Contract to cover all the cost of the Work as provided for in Article 7 of the Contract, except for the General Contractor's cost of General Conditions, general liability insurance, performance and payment bonds, and overhead/fee. Any savings on Allowance shall be retained by the Owner, and all cost in excess of the Allowance value shall be paid by the Owner.

2. The General Liability allowance is based upon a rate of approximately 2.3% of the gross amount of the Contract. Should Coastal sustain an increase on the policy renewal date of May 15, 2005, The Owner shall be responsible for the incremental cost adjustment on the unpaid balance of the Contract.