UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al | * * * * * * | JUDGE FALLON (L) |
| Case No. 11-080 | * | MAG. WILKINSON (4) |

### ORDER GRANTING DEFENDANT MSC OF NWF, INC.'s MOTION TO EXCEED PAGE LIMITATION

Considering Defendant MSC of NWF, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  31st  day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE