UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * * * | JUDGE FALLON<br><br><br><br><br>MAG. WILKINSON |

**ORDER GRANTING DEFENDANT ALVIAN HOMES, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Alvian Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  31st  day of May, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE