UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al | * * * * * | JUDGE FALLON |
| Case No. 2:10-cv-361-EEF-JCW | * | MAG. WILKINSON |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Alvian Homes, Inc.'s Motion to Dismiss will be submitted for consideration on June 22, 2011 at 9:00 a.m.

                                                           KREBS, FARLEY & PELLETERI, P.L.L.C.

                                                           */s/ Charles B. Long*
                                                           CHARLES B. LONG (#22824)
                                                           THOMAS H. PEYTON (#32635)
                                                           400 Poydras Street, Suite 2500
                                                           New Orleans, Louisiana   70130
                                                           Telephone:   504-299-3570
                                                           E-mail:   clong@kfplaw.com
                                                           E-mail:   tpeyton@kfplaw.com
                                                           ATTORNEYS FOR DEFENDANT
                                                           ALVIAN HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG