**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. | ) | |
| 2:10-cv-00932) | ) | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE**
**NATIONAL SURETY CORPORATION**
**FOR FIREMAN'S FUND INSURANCE COMPANY**

MAY IT PLEASE THE COURT:

The Plaintiffs Steering Committee (hereinafter, "PSC"), desires to substitute National
Surety Corporation in place of Fireman's Fund Insurance Company with respect to claims
concerning policy numbers XTM69242113 and SHX99073488, and to dismiss claims against
Fireman's Fund Insurance Company, without prejudice, concerning the aforementioned policies,
for the reasons set forth below:

1. The PSC identified "Fireman's Fund Insurance Company" in the Amended *Amato*
Complaint as the alleged insurer of The Porter-Blaine Corporation and Venture Supply, Inc.
pursuant to policy number XTM69242113.  Certain plaintiffs brought claims against Fireman's
Fund Insurance Company, in its alleged capacity as insurer of The Porter-Blaine Corporation and
Venture Supply, Inc.

2. Since that filing, it has become apparent that Fireman's Fund Insurance Company
is not the proper defendant to this litigation as to policy number XTM69242113. Fireman's Fund

Insurance Company did not issue policies of insurance to The Porter-Blaine Corporation and Venture Supply, Inc.   Rather, the proper defendant for the claims made by the plaintiffs is National Surety Corporation, which issued certain policies to The Porter-Blaine Corporation and Venture Supply, Inc.

3.      Thus, the PSC desires to substitute National Surety Corporation in place of Fireman's Fund Insurance Company as a defendant in the instant litigation with respect to policy number XTM69242113 and dismiss, without prejudice, all claims in this litigation against Fireman's Fund Insurance Company concerning policy number XTM69242113.

4.      The PSC identified "Fireman's Fund Insurance Company" in the Amended *Amato* Complaint as the alleged insurer of Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC pursuant to policy number SHX99073488.   Certain plaintiffs brought claims against Fireman's Fund Insurance Company, in its alleged capacity as insurer of Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC.

5.      Since that filing, it has become apparent that Fireman's Fund Insurance Company is not the proper defendant to this litigation as to policy number SHX99073488.  Fireman's Fund Insurance Company did not issue policies of insurance to Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC.   Rather, the proper defendant for the claims made by the plaintiffs is National Surety Corporation, which issued certain policies to Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC.

6.      Thus, the PSC desires to substitute National Surety Corporation in place of Fireman's Fund Insurance Company as a defendant in the instant litigation with respect to policy

number SHX99073488 and dismiss, without prejudice, all claims in this litigation against
Fireman's Fund Insurance Company concerning policy number SHX99073488.

Respectfully submitted:


 /s/ Leonard A. Davis
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
*Plaintiffs Liaison Counsel*
*Plaintiffs Steering Committee*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313<br><br>Robert Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |

| | |
|---|---|
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431 |
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322 | |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of June, 2011.

  /s/ Leonard A. Davis
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com