UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Unopposed Motion to Substitute National Surety Corporation for Fireman's Fund Insurance Company filed on behalf of The Plaintiffs Steering Committee;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that National Surety Corporation be substituted as the party defendant in place of Fireman's Fund Insurance Company as to policy numbers XTM69242113 and SHX99073488 and that all claims against Fireman's Fund Insurance Company related to policy numbers XTM69242113 and SHX99073488 in this litigation be dismissed, without prejudice. Each party is to bear its own costs.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge
for the Eastern District of Louisiana

{L0151085.3}                    1