David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Eagle Builders, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **STONE** )
Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **OCTOBER**, 20 **10**, at **1:14** o'clock **P** M

Place of Service: at 7009 Chinquapin Court, in Picayune, MS 39466

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Eagle Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MELISSA RAYBURN, MANAGER**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BROWN**; Facial Hair **NO**
Approx. Age **47** ; Approx. Height **5'3** ; Approx. Weight **135**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **29** day of **OCT**, 20 **10**

Notary Public   /(Commission Expires)

**APS International, Ltd.**

JAMIE N. PARKER
NOTARY PUBLIC
ID No 89270
Comm Expires
April 17, 2012
STATE OF MISSISSIPPI
STONE COUNTY