David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0180

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Everglades Lumber and Building Supplies, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3RD__ day of __November__, 20 __10__, at __11:10__ o'clock __A__ M

**Place of Service:** at __6991 SW 8 Street__, in __Miami, FL 33144__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Everglades Lumber and Building Supplies, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Carlos Arango  V.P.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __White__ ; Facial Hair __No__
Approx. Age __52__ ; Approx. Height __6'5__ ; Approx. Weight __240__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __4th__ day of __November__, 20 __10__

Notary Public                    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD943... 
Expires 01/21/2014