David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0036

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gant & Shivers
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Jce R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _October_, 20_10_, at _2:00_ o'clock _P._ M

**Place of Service:** at _2355-B Pass Road_, in _Biloxi, MS  39531_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gant & Shivers**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jay Jordon - Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _gray_ ; Facial Hair ———
Approx. Age _50-65_ ; Approx. Height _5'11_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _November_, 20 _10_

_David Eaton_
Notary Public        (Commission Expires)

**APS International, Ltd.**

