<mark>Case 2:09-md-02047-EEF-MBN Document 9126 Filed 06/03/11 Page 1 of 1</mark>

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0076

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holmes Building Materials, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of October, 20 10, at 2:45 o'clock P M

**Place of Service:** at 6190 Greenwell Springs Road, in Baton Rouge, LA 70806

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holmes Building Materials, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Madelyn Taylor, Inside Sales

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BROWN ; Facial Hair N/A
Approx. Age 35-50 ; Approx. Height 5'5" ; Approx. Weight 125 lb

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this
2ND day of NOVEMBER, 20 10

*James Hallaher* 4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**