David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0081

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Johnny Weary
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tamany )

**Name of Server:** Kenneth Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of November, 20 10, at 6:30 o'clock P M

**Place of Service:** at 616 Lincerne Street, in Bogalusa, LA 70427

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Johnny Weary**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of Kathrine Weary, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Johnny Weary**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color Brown; Hair Color Brown; Facial Hair No
Approx. Age 54; Approx. Height 5'4"; Approx. Weight 160

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kenneth Landry
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 10th day of November, 20 10

Tenure for Life
Notary Public    (Commission Expires)

NOTARY ATTESTS TO SIGNATURES ONLY
**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life