David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0104

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leon Ramsey
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **Ouachita** )

**Name of Server:** **Barry Bonner**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30** day of **October**, 20 **10**, at **2:25** o'clock **P** M

**Place of Service:** at ~~192 Music Road~~/**3322 Deborah Drive**, in Monroe, LA ~~71203~~/**71201**

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leon Ramsey**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Leon Ramsey**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **None**
Approx. Age **70**; Approx. Height **5'10"**; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barry Bonner*
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **1st** day of **December**, 20 **10**

*Cynthia F. Wilmore*
Notary Public       (Commission Expires)
Cynthia F. Wilmore
Notary Public #26515
Ouachita Parish Louisiana
My Commission is for Life