David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0107

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lucas Construction Corporation
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kenneth Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20 __10__, at __7:30__ o'clock __A__ M

**Place of Service:** at __5472 Louis Prima Drive, West__, in __New Orleans, LA  70128__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lucas Construction Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Bryan Lucas, Owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __Brown__; Hair Color __Grey__; Facial Hair __No__
Approx. Age __51__; Approx. Height __6'0"__; Approx. Weight __180__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kenneth Landry__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __10th__ day of __November__, 20 __10__

__Tenure for Life__
Notary Public       (Commission Expires)

NOTARY ATTESTS TO
SIGNATURES ONLY

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life