| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0256

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MacGlen Builders, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **BAKER** )

Name of Server: **PATRICIA LOUGHERY**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **NOV**, 20 **10**, at **12:40** o'clock **P** M

Place of Service: at 5985 South River Circle, in Macclenny, FL 32063

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MacGlen Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **BENTLEY RHODEN**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BLK**; Facial Hair **NONE**
Approx. Age **43**; Approx. Height **5'8"**; Approx. Weight **165**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4** day of **NOV**, 20 **10**

Signature of Server

**APS International, Ltd.**

Notary Public    (Commission Expires)

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011