| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0230

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medallion Homes Gulf Coast, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

**State of:** Florida ) ss.
**County of:** Manatee )

**Name of Server:** Maryellen Janney, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of November, 20 10, at 11:50 o'clock A M

**Place of Service:** at 2212 58th Avenue E, in Bradenton, FL 34203

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Medallion Homes Gulf Coast, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Margo Holeman, Office Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair No
Approx. Age 48 ; Approx. Height 5'8" ; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*/s/ Maryellen Janney*
Signature of Server

Subscribed and sworn to before me this 5th day of Nov, 20 10

*/s/ Shelly Huffman*
Notary Public    (Commission Expires)

SHELLY HUFFMAN
Commission DD 757276
Expires April 28, 2012
Bonded...

**APS International, Ltd.**

60378