David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0260

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MGB Construction, c/o William E. Ballough
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **INDIAN RIVER** )

**Name of Server:** **WILLIAM BRESSETT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2** day of **November**, 20**10**, at **9:45** o'clock **A** M

**Place of Service:** at **3585 Lucia Drive**, in **Vero Beach, FL 32967**

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
MGB Construction, c/o William E. Ballough

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **WILLIAM BALLOUGH**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **GRAY/Blond** Facial Hair **n**
Approx. Age **50** ; Approx. Height **6'2"** ; Approx. Weight **200**

xx To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **3** day of **November**, 20 **10**

Notary Public               (Commission Expires)

APS International, Ltd.



DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537