David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0069

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Miller Construction Company, National Registered Agents, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Montgomery_ )

**Name of Server:** _Glenn McDaniel_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _October_, 20 _10_, at _11:45_ o'clock _A_ M

**Place of Service:** at _150 South Perry Street_, in _Montgomery, AL  36104_

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Miller Construction Company, National Registered Agents, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Cecillia Russell_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N_
Approx. Age _48_ ; Approx. Height _5'9"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _29_ day of _October_, 20 _10_

Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF ALABAMA AT...
MY COMMISSION EXPIRES: Oct 15, 2011
BONDED THRU NOTARY PUBLIC...