David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107331-0033

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--North Pacific Group
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: __Oregon__ ) ss.
County of: __Multnomah__ )

**Name of Server:** __Paul J. Bahr__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of __October__ , 20 10 , at 10:28 o'clock A M

**Place of Service:** at  10300 SW Greenburg Road , in  Portland, OR  97223

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**North Pacific Group**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Susan Hutchings — Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 3rd day of __November__ , 20 10

_____
Signature of Server

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
**WALLY E LEMKE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 436239
MY COMMISSION EXPIRES MARCH 17, 2013