David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0231

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--NuWay Drywall, LLC, c/o Alex I. Rivera
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Manatee** )

**Name of Server:** **Maryellen Janney**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **Nov**, 20 **10**, at **10:55** o'clock **A** M

**Place of Service:** at **384 Snapdragon Loop**, in **Bradenton** FL 34212

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**NuWay Drywall, LLC, c/o Alex I. Rivera**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Karen Rivera, Spouse & Co-resident of Alex Rivera. Address is a residence.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair **No**
Approx. Age **36** ; Approx. Height **5'10"** ; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maryellen Janney_
Signature of Server

Subscribed and sworn to before me this **9th** day of **Nov**, 20 **10**

_Shelly Huffman_
Notary Public       (Commission Expires)

SHELLY HUFFMAN
Commission DD 757279
Expires April 28, 2012
Bonded Thru Troy Fain...

**APS International, Ltd.**

6379