avid Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocean Springs Lumber Company, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **November**, 20 **10**, at **12:32** o'clock **P** M

Place of Service: at ~~7 Chandler Cove~~ **1611 Government St**, in Ocean Springs, ~~MN~~ **MS** 39564

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ocean Springs Lumber Company, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Patty Beauger, Credit department**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **no**
Approx. Age **50+** ; Approx. Height **5'6"** ; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Donna Davis*
Signature of Server

Subscribed and sworn to before me this **1** day of **November**, 20 **10**

*[signature]*
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS