David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0185

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Isles Holdings, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of November, 20 10, at 12:36 o'clock P M

**Place of Service:** at 436 SW 8th Street, in Miami, FL 33131

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Palm Isles Holdings, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Vanessa Fish Secretary

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'6 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 2nd day of November, 20 10
Doris F Collins
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011