UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

## **O R D E R**

On May 3, 2011, the PSC filed a Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants and a Motion for Sanctions. (R. Doc. 8685). The Homebuilders' Steering Committee ("HSC") filed a similar motion. *See* (R. Doc. 8695). A number of parties joined in these motions, including Interior Exterior Building Supply, LP, Louisiana State, Venture Supply, Inc., Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC, and Tobin Trading, Inc. *See* (R. Docs. 8755, 8758, 8768, 8792, 8805). These motions were set for hearing on May 26, 2011. *See* (R. Doc. 8800). The Court issued the following rulings on these motions:

>Argument-GRANTED IN PART with regard to compelling further written discovery and depositions relevant to personal jurisdiction over the Taishan defendants, and CONTINUED IN PART with regard to the requests for sanctions. These rulings will best further the Court's goal to resolve the pending Motion to Vacate filed by [Taishan Gypsum Co, Ltd.], which raises challenges to this Court's exercise of personal jurisdiction, a legal issue enshrouded in facts and requiring extensive depositions and written discovery.
>
>To carry out this Order, the Court directs the parties to organize their written discovery and determine which documents have not yet been produced. Any disputes remaining after meeting-and-conferring should be brought before the Court for a decision.

>A number of counsel traveled to Hong Kong to carry out such depositions, but upon review of the transcripts thereof, the Court is convinced that these depositions were ineffective because of disagreement between interpreters, counsel, and witnesses, translation difficulties, speaking objections, colloquy among counsel and interpreters, and in general ensuing chaos.  Therefore, it is necessary to redo these depositions, this time under the supervision of the Court.  With regard to the next round of depositions, the Court directs the parties to designate witnesses to be deposed and objections thereto, and, if necessary, the Court will make a decision.  These witnesses are to be knowledgeable about the noticed topics and prepared to adequately answer questions.  The Court also directs the parties to select a single mutually agreeable translator, and if that is not possible, the Court will consult the State Department and receive recommendations for one.  The parties are to consider expanding the typical length of depositions to accommodate the numerous parties, but at the same time questioning should be carried out by a few designated attorneys who are to confer with and consider the questions suggested by interested parties.  Further, the next round of depositions will be supervised by either a special master appointed by the Court or Judge Fallon himself, depending upon costs and availability.  This will allow for resolution of objections immediately.  Objections are to be concise and free of reasoning.
>
>The Court will revisit the issue of sanctions at a later date so the parties can concentrate on completing discovery.
>
>Finally, in the near future the Court will schedule a status conference to discuss these directives in further detail.

Accordingly, pursuant to the last provision of the ruling, IT IS ORDERED that a telephone status conference is scheduled for June 9, 2011, at 10:00 a.m. to discuss the next round of TG and TTP Rule 30(b)(6) depositions in Hong Kong, and the logistics thereof, including, but not limited to, dates, length, and location for the depositions, designation of topics and witnesses, selection of an interpreter, hiring a court reporter, designation of counsel for questioning, Judge Fallon or a special master's presence at the depositions, and the status of written discovery necessary for the depositions.  The conference call number is 877-336-1839, access code 4227405, and security code 60911.

New Orleans, Louisiana, this 2nd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE