David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0250

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pate Stevedore Company of Pensacola
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Escambia )
Name of Server: Amber Brownlee, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5th day of November, 20 10 at 12 o'clock 55 PM

Place of Service: at 720 S. Barracks St. #A , in Pensacola, FL 32502

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Pate Stevedore Company of Pensacola

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Matthew Pate (Owner, Manager)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair None
Approx. Age 37 ; Approx. Height 5'10 ; Approx. Weight 190

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 9th day of November, 20 10

Notary Public (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064