Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Email: jrichards@pszjlaw.com
        lcantor@pszjlaw.com

Attorneys for Reorganized Woodside Homes of
Southeast Florida, LLC, et al.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| Daniel Abreu, et al,, | Civil Case No.: 11-252 Section L |
|---|---|
| Plaintiffs, | **NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE, OF AUTOMATIC STAY, AND OF CONFIRMATION OF PLAN AND PLAN INJUNCTION** |
| v. | |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, | |
| Defendants. | **[No Hearing Required]** |

**PLEASE TAKE NOTICE** that on August 20, 2008, petitioning creditors John Hancock Life Insurance Company, AXA Equitable Life Insurance Company, Metropolitan Life Insurance Company, New York Life Insurance Company, and Security Life of Denver by ING Investment Management LLC, as agent (the "Petitioning Creditors"), filed an involuntary bankruptcy proceeding against Woodside Homes of Southeast Florida, LLC, under Case No. 08-20847 (the "Debtor" or "Woodside Southeast Florida") under Chapter 11 of the United States Bankruptcy Code 11 U.S.C. § 1101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Riverside Division (the "Bankruptcy Court"). A copy of the involuntary petition is attached hereto as Exhibit "A".

On September 16, 2008 the Debtor consented to the commencement of a chapter 11 case with respect to the involuntary petition and on that date an Order for Relief was entered against Woodside Southeast Florida. The chapter 11 case of Woodside Southeast Florida was consolidated for administrative purposes by the Bankruptcy Court with the cases of Woodside Group, LLC and its affiliated entities under lead case number 08-20682. Pachulski Stang Ziehl & Jones LLP is reorganization counsel to the Debtor and is filing this Notice for informational purposes only.

**PLEASE TAKE FURTHER NOTICE** that as a result of the pendency of the Debtor's bankruptcy case and the application of Section 362 of the Bankruptcy Code, all proceedings against the Debtor are automatically stayed. The automatic injunction granted by Section 362(a) of the Bankruptcy Code will remain in effect until the bankruptcy case is dismissed or closed, or until such earlier times as set forth in Sections 362(c), (d), (e) and (f) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2009, the Bankruptcy Court entered an order confirming the second amended joint plan of reorganization of Woodside Group, LLP and affiliated debtors, as modified (the "Plan"). The Plan became effective as of the close of business on December 31, 2009 (the "Effective Date"). As a result, Woodside Southeast Florida is a Reorganized Debtor and claims against Woodside Southeast Florida are governed by the provisions of the Plan. Paragraph 10.3 of the Plan states as follows:

> Except as otherwise set forth in the Plan, Confirmation of the Plan shall discharge the Reorganizing Debtors and the Reorganized Debtors from all Claims or other debts that arose at any time before the Effective Date, and all debts of the kind specified in Sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not: (a) a proof of claim based on such debt is filed or deemed filed under Section 501 of the Bankruptcy Code; (b) a Claim based on such debt is Allowed under Section 502 of the Bankruptcy Code; or (c) the holder of a Claim has accepted the Plan. As of the Effective Date, all entities that have held, currently hold or may hold a Claim or other debt or liability that is discharged or any other right that is terminated under the Bankruptcy Code or the Plan are permanently enjoined, to the full extent provided under Section 524(a) of the Bankruptcy Code, from "the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset

any such debt as a personal liability" of the Reorganizing Debtors, the Reorganized Debtors or the Liquidating Debtors, except as otherwise set forth in this Plan. Nothing contained in the foregoing discharge shall, to the full extent provided under Section 524(e) of the Bankruptcy Code, affect the liability of any other entity on, or the property of any other entity for, any debt of the Debtors that is discharged under the Plan.

As a consequence of the Plan's implementation, claims against Woodside Southeast Florida (or its predecessor in interest) arising prior to the Effective Date are barred except as expressly provided under the provisions of the Plan and other applicable orders of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay, and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including costs and attorneys' fees, and in appropriate circumstances, awards of punitive damages to compensate the Debtor for loss arising out of violation of the automatic stay.

Dated:   June 1, 2011                           PACHULSKI STANG ZIEHL & JONES LLP

                                                By    /s/ Linda F. Cantor
                                                      Jeremy V. Richards
                                                      Linda F. Cantor
                                                      Maxim B. Litvak
                                                      Attorneys for Woodside Homes of
                                                      Southeast Florida, LLC, Debtor and Debtor
                                                      in Possession

**EXHIBIT A**

Form B5 (Official Form 5) - (Rev. 12/07)　　　　　　　　　　　　　　　　　　　2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Involuntary Petition** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company | ALL OTHER NAMES used by the debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.): 86-0890979 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>39 EAST EAGLERIDGE DR.<br>SUITE 102<br>NORTH SALT LAKE UT 84054 | MAILING ADDRESS OF DEBTOR (If different street address) from |
| County of Residence or Principal Place of Business　　ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7　　☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Name of Debts<br>(Check one box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box.) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Woodside AMR 107, Inc. | Case Number<br>08-13394-PC | Date<br>03/31/08 |
|---|---|---|
| Relationship<br>Affiliate | District<br>Central District of California | Judge<br>Peter Carroll |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
　or
　b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**THIS SPACE FOR COURT USE ONLY**

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)      2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X [signature]  (State Title)<br>Signature of Petitioner or Representative<br>Metropolitan Life Insurance Company    6/16/08<br>Name of Petitioner    Date Signed<br>Name & Mailing Frank Monfalcone, Director<br>Address of Individual    10 Park Avenue<br>Signing in Representative    Morristown, NJ 07962-1902<br>Capacity | X [signature]    AUG 1 5 2008<br>Signature of Attorney    Date<br>Bingham McCutchen LLP<br>Name of Attorney Firm (if any)<br>Address:    355 South Grand Avenue, Suite 4400<br>     Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X<br>Signature of Petitioner or Representative    (State Title)<br><br>Name of Petitioner    Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (if any)<br>Address:<br><br>Telephone No.: |
| X<br>Signature of Petitioner or Representative    (State Title)<br><br>Name of Petitioner    Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (if any)<br>Address:<br><br>Telephone No.: |

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)                                           2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X [signature] SVP  AUG 1 5 2008<br>Signature of Petitioner or Representative  (State Title)<br>Security Life of Denver Insurance Company<br>by ING Investment Management LLC, as agent | X [signature]                              AUG 1 5 2008<br>Signature of Attorney                              Date<br>Bingham McCutchen LLP |
|---|---|
| Name of Petitioner   Christopher P. Lyons<br>Name & Mailing<br>Address of Individual    5780 Powers Ferry Road, NW<br>Signing in Representative   Suite 300<br>Capacity                      Atlanta, GA 30327-4349 | Name of Attorney Firm (if any)<br>Address:   355 South Grand Avenue, Suite 4400<br>              Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X<br>Signature of Petitioner or Representative   (State Title) | X<br>Signature of Attorney                              Date |
| Name of Petitioner                              Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |
| X<br>Signature of Petitioner or Representative   (State Title) | X<br>Signature of Attorney                              Date |
| Name of Petitioner                              Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)                                      2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| Senior Vice President<br>X _/s/ Paul L. Harinstein_  (State Title)<br>Signature of Petitioner or Representative<br>AXA Equitable Life Insurance Company   6/17/08<br>Name of Petitioner                                    Date Signed<br>Name & Mailing          Paul L. Harinstein<br>Address of Individual    1290 Avenue of the Americas<br>Signing in Representative New York, NY 10104<br>Capacity | X _/s/_                                   AUG 1 5 2008<br>Signature of Attorney                        Date<br>Bingham McCutchen LLP<br>Name of Attorney Firm (if any)<br>Address:    355 South Grand Avenue, Suite 4400<br>            Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X<br>Signature of Petitioner or Representative   (State Title)<br>                                     Date Signed<br>Name of Petitioner<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X<br>Signature of Attorney                        Date<br>Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |
| X<br>Signature of Petitioner or Representative   (State Title)<br>                                     Date Signed<br>Name of Petitioner<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X<br>Signature of Attorney                        Date<br>Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)   2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X *[signature]* Wilma H. Davis   (State Title)
Signature of Petitioner or Representative
John Hancock Life Insurance Company   6/16/08
Name of Petitioner Wilma H. Davis   Date Signed
Senior Managing Director
Name & Mailing Address of Individual   197 Clarendon Street C-2
Signing in Representative Capacity   Boston, MA 02117

X *[signature]*   AUG 1 5 2008
Signature of Attorney   Date
Bingham McCutchen LLP
Name of Attorney Firm (if any)
Address:   355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone No.: (213) 680-6465

X _____   (State Title)
Signature of Petitioner or Representative
Name of Petitioner   Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

X _____   Date
Signature of Attorney
Name of Attorney Firm (if any)
Address:
Telephone No.:

X _____   (State Title)
Signature of Petitioner or Representative
Name of Petitioner   Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

X _____   Date
Signature of Attorney
Name of Attorney Firm (if any)
Address:
Telephone No.:

_5_ Continuation Sheets attached

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)    2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _signature_ CORP. VP<br>Signature of Petitioner or Representative   (State Title)<br>New York Life Insurance Company  AUG 1 5 2008 Signed | X _signature_   AUG 1 5 2008<br>Signature of Attorney   Date<br>Bingham McCutchen LLP |
| Name of Petitioner  R. G. Brandon<br>Name & Mailing Address of Individual Signing in Representative Capacity: 51 Madison Avenue, Room 206, New York, NY 10010 | Name of Attorney Firm (if any)<br>Address:  355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X<br>Signature of Petitioner or Representative   (State Title) | X<br>Signature of Attorney   Date |
| Name of Petitioner   Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |
| X<br>Signature of Petitioner or Representative   (State Title) | X<br>Signature of Attorney   Date |
| Name of Petitioner   Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |

Form B5 (Official Form 5) - (Rev. 12/07)

Involuntary Petition (Continuation Page)

In re: Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| Woodside Portofino, Inc. | 08-13396-PC | 03/31/2008 |
| **Relationship** | **District** | **Judge** |
| Affiliate | Central District of California | Peter Carroll |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Hancock Life Insurance Company<br>197 Clarendon Street C-2<br>Boston, MA 02117 | Noteholder | $51,900,000 |
| AXA Equitable Life Insurance Company<br>1290 Avenue of the Americas,<br>New York, NY 10104 | Noteholder | $40,000,000 |
| Metropolitan Life Insurance Company<br>10 Park Avenue<br>Morristown, NJ 07962-1902 | Noteholder | $35,500,000 |
| New York Life Insurance Company<br>51 Madison Avenue<br>New York, NY 10010 | Noteholder | $18,500,000 |
| Security Life of Denver Insurance Company by ING Investment Management LLC, as agent<br>5780 Powers Ferry Road NW, Suite 300<br>Atlanta, GA 30327-4349 | Noteholder | $10,000,000 |

**CERTIFICATE OF SERVICE**

I, Diane H. Hinojosa, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California.

I certify that on June 3, 2011, I caused to be served a full and correct copy of the foregoing **NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE, OF AUTOMATIC STAY, AND OF CONFIRMATION OF PLAN AND PLAN INJUNCTION** by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, on the followingr parties and/or counsel who are registered ECF Users.

> **Russ M. Herman - rwestenfeld@hhkc.com**
>
> **Leonard A. Davis - ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com**

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 3, 2011, at Los Angeles, California.

                                             ___/s/__*Diane H. Hinojosa*_____
                                                             Diane H. Hinojosa