David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0257

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--POD Homes, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __HIGHLANDS__ )

**Name of Server:** __Vito P. Grimaldi, Sr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __November__, 20 __10__, at __1:40__ o'clock __P__M

**Place of Service:** at __2141 Lakeview Dr.__, in __Sebring, FL 33870__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
POD Homes, LLC __Clifford Ables__
By delivering them into the hands of an officer or managing agent whose name and title is: __Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __BRN__; Facial Hair __NO__
Approx. Age __50__; Approx. Height __6'1"__; Approx. Weight __185__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __05__ day of __Nov.__, 20 __10__

Notary Public (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Damon Hadwin
Commission #DD717961
Expires: SEP. 23, 2011
BONDED THRU ATLANTIC BONDING CO., INC.