David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0251

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R & H Masonry Contractors, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

Name of Server: **GLENROY LITTLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **NOV**, 20**10**, at **6:35** o'clock **P** M

Place of Service: at **3909 Andrew Jackson Circle**, in **Pace, FL 32571**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**R & H Masonry Contractors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **R HARRY AS, OWNER**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **GRAY** ; Facial Hair **NONE**
Approx. Age **60** ; Approx. Height **6.0** ; Approx. Weight **195**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Little #523_
Signature of Server

Subscribed and sworn to before me this **4th** day of **November**, 20 **10**

_signature_
Notary Public     (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064