David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0258

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC/The St. Joe Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Duval )

**Name of Server:** Rodney Denson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of November, 20 10, at 3:20 o'clock P M

**Place of Service:** at 245 Riverside Avenue- Ste. 500, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rivercrest, LLC/The St. Joe Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Christine Martin, Director of Compliance

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair N
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 135

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 3rd day of November, 20 10

Michelle E. Reels      9/13/13
Notary Public      (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Michelle E Reels
My Commission DD924721
Expires 09/13/2013