David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0055

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Rocky Ruckman
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **HARRISON** )

**Name of Server:** **Joe R. Gillis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **October**, 20**10**, at **6:40** o'clock **P** M

**Place of Service:** at 11367 ~~Creek Circle~~ **JC CREEL CIRCLE**, in Gulfport, MS

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rocky Ruckman**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Rocky Ruckman** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair **Mustache, Beard**
Approx. Age **41-50**; Approx. Height **5'11"**; Approx. Weight **170**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **1st** day of **November**, 20**10**
**David Eaton**
Notary Public (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires Sept. 22 2014
HARRISON COUNTY