David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107331-0245

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S & D Specialists, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Alachua__ )
Name of Server: __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4th__ day of __Nov.__, 20 __10__, at __9:55__ o'clock __A__ M

Place of Service: at __12385 SW 46th Trail__, in __Lake Butler, FL 32054__

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**S & D Specialists, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Derrill Boyette, Director__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gry__ ; Facial Hair __None__
Approx. Age __65__ ; Approx. Height __5'10"__ ; Approx. Weight __220__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
APS International, Ltd.

Subscribed and sworn to before me this __5TH__ day of __November__, 20 __10__

_R. Ryan Gleason_
Notary Public     (Commission Expires)



R. RYAN GLEASON
Commission # EE 037114
Expires October 25, 2014
Bonded Thru Troy Fain Insurance 800-385-7019