David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sedgwick Developers, Inc., c/o Larry Heller, Registered Agent

Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2nd__ day of __November__, 20 __10__, at __10:10__ o'clock __A__ M

**Place of Service:** at __One Biscayne Tower, 15th Floor__, in __Miami, FL  33131__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Sedgwick Developers, Inc., c/o Larry Heller, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: __Janing Rivas Secretary to Larry Heller__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __27__ ; Approx. Height __5'5__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __2ND__ day of __November__, 20 __10__

Doris F Collins
Notary Public     (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011