David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0198

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shelby Homes, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1st day of November, 2010, at 1:15 o'clock P M

Place of Service: at 2750 North East 185th Street-2NF Fl., in Aventura, FL 33180

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Shelby Homes, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Phil Epstein Managing Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color White; Facial Hair No
Approx. Age 65; Approx. Height 6'0; Approx. Weight 215

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 2nd day of November, 20 10

Signature of Server

Notary Public                (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011