David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0201

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **November**, 20 **10**, at **12:36** o'clock **P** M

Place of Service: at  436 SW 8th Street, Ste. 2000 , in  Miami, FL  33130

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Vanessa Fish   Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Black** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **25** ; Approx. Height **5'6** ; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **2nd** day of **November**, 20 **10**

_Doris F Collins_
Notary Public                    (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011