David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0209

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes of Broward XI, Inc., c/o Michael Peredo, Hector Garcia, and/or Gerardo Aguirre
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3RD__ day of __November__, 20 __10__, at __12:25__ o'clock __P__ M

**Place of Service:** at __12895 SW 132 Street, Suite 200__, in __Miami, FL  33186__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes of Broward XI, Inc., c/o Michael Peredo, Hector Garcia, and/or Gerardo Aguirre**
By delivering them into the hands of an officer or managing agent whose name and title is: __Alina Rodriguez  Project Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __5' 5__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ____ day of __November__, 20 __10__

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014