David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0276

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Space Coast Truss, LLC, c/o Keith Buescher
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **BREVARD** )
Name of Server: **ALFRED S. PULASKI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5TH** day of **NOVEMBER**, 20 **10**, at **9:45 A** o'clock ___ M

Place of Service: at   6905 North Wickham Road, Suite 501   , in   Melbourne, FL 32940

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Space Coast Truss, LLC, c/o Keith Buescher**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **DAN BERNARDI - DIR. OF ACCTG SERVICES - MERCEDES HOMES** (SPACE COAST TRUST - SUBSIDIARY OF MERCEDES HOMES IS A BANKRUPT COMPANY)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BROWN**; Facial Hair **NO**
Approx. Age **56**; Approx. Height **5'-7"**; Approx. Weight **250**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Alfred S Pulaski*
Signature of Server

Subscribed and sworn to before me this **8** day of **Nov**, 20 **10**

_____
Notary Public   (Commission Expires)

**APS International, Ltd.**

JOSEPH E. CARRANO
MY COMMISSION # DD 729958
EXPIRES: January 22, 2012
Bonded Thru Budget Notary Services