David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0034

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steeler, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **WASHINGTON** ) ss.
County of: **KING** )

**Name of Server:** ROBERT HOYDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of October, 20 10, at 4:34 o'clock P M

**Place of Service:** at 701 Fifth Avenue, Suite 5500, in Seattle, WA 98104

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Steeler, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: WALTER J. YUND, REGISTERED AGENT (JR.)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair ___
Approx. Age 57 ; Approx. Height 5'8" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server / ROBERT HOYDEN

Subscribed and sworn to before me this 1st day of November, 2010

Notary Public    3/20/11 (Commission Expires)

APS International, Ltd.

TRACI E. NASH
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-20-11