David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0254

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steve Harrington Homes, Inc., c/o Steve Harrington
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SANTA ROSA** )

**Name of Server:** **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **November**, 20 **10**, at **7:57** o'clock **P** M

**Place of Service:** at **8335 Highway 89**, in **Milton, FL 32570**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Steve Harrington Homes, Inc., c/o Steve Harrington**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **KAREN HARRINGTON, SPOUSE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Wht**; Hair Color **Blonde**; Facial Hair **n/a**
Approx. Age **46**; Approx. Height **5'1**; Approx. Weight **156**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **10th** day of **November**, 20 **10**

Signature of Server

Notary Public           (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064