Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Stock Building Supply, LLC, by serving CT Corporation System
Court Case No. 09-6690 Sect. L

State of: New Mexico ) ss.
County of: Santa Fe )

| | |
|---|---|
| **Name of Server:** | **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 10/25/10 @ 2:20 pm |
| **Place of Service:** | at 123 East Marcy, city of Sante Fe, state of NM |
| **Documents Served:** | the undersigned served the documents described as: Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A" |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Stock Building Supply, LLC, by serving CT Corporation System** By delivering them into the hands of an officer or managing agent whose name and title is **Leanne Martoney, Agent** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color brown ; Facial Hair N/A Approx. Age 33 ; Approx. Height 5'06" ; Approx. Weight 130 ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this 3rd day of November, 2010. Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 107331-30



OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC, STATE OF NEW MEXICO
My Commission Expires: 2/20/14