David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Lousiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3rd_ day of _November_, 20 ___, at _12:47_ o'clock _P_ M

**Place of Service:** at _62250 West End Blvd_, in _Slidell, LA 70461_

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Sunrise Homes
By delivering them into the hands of an officer or managing agent whose name and title is: _Rebecca Fried / Customer Service Manager_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _51_ ; Approx. Height _5'6"_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

Subscribed and sworn to before me this _10th_ day of _November_, 20 _10_.

_Tenure for Life_
Notary Public     (Commission Expires)

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life