| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0149

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor Morrison Services, Inc., c/o NRAI Services, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of November, 20 10, at 2:15 o'clock P. M

**Place of Service:** at 2731 Executive Park Drive, Ste. 4, in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Taylor Morrison Services, Inc., c/o NRAI Services, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Unicka Brown, Supervisor of Process

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 30 ; Approx. Height 5'7" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 5th day of November, 20 10

Jonathan Levy
Notary Public      (Commission Expires)

**APS International, Ltd.**