David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0259

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company, c/o Bradford Slappery
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Duval )

**Name of Server:** Rodney Denson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of November, 20 10, at 3:06 o'clock P M

**Place of Service:** at 111 Riverside Avenue, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The Haskell Company, c/o Bradford Slappery

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Vanessa McMillan, Director

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Grey ; Facial Hair N
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 150

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
APS International, Ltd.

Subscribed and sworn to before me this 3rd day of November, 20 10.

_Michelle E Reels_    9/13/13
Notary Public          (Commission Expires)

Notary Public State of Florida
Michelle E Reels
My Commission DD924721
Expires 09/13/2013