David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Thomas R. Gould, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **MARION** )

Name of Server: **ROBERT W. MCGUINNESS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3RD** day of **NOVEMBER**, 20 **10**, at **7:10** o'clock **A** M

Place of Service: at 19 Teak Way Drive, in Ocala, FL 34472

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Thomas R. Gould, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **SHIRLEY GOULD, SPOUSE OF REGISTERED AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BROWN**; Facial Hair **N/A**
Approx. Age **49**; Approx. Height **5.5**; Approx. Weight **240**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

05-07-6
Signature of Server

Subscribed and sworn to before me this **3RD** day of **NOVEMBER**, 20 **10**

6-15-11
Notary Public     (Commission Expires)

KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**

21540