| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0082

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Thompson Wood Products, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5th** day of **November**, 20 **10**, at **6:00** o'clock **P** M

**Place of Service:** at **78920 Highway 1083**, in **Bush, LA 70431**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Thompson Wood Products, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Wayne Thompson**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc.**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **66**; Approx. Height **5'10**; Approx. Weight **168**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **10** day of **November**, 20 **10**

Notary Public   Tenure for Life
(Commission Expires)

NOTARY ATTESTS TO SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life