David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0280

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Triorient Trading, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **CONNECTICUT** ) ss.
County of: **HARTFORD** )

**Name of Server:** ___Eric Rubin___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15__ day of __November__, 20 __10__, at __2:46__ o'clock __P__ M

**Place of Service:** at __76 Tokeneke Rd__, in __Darien, CT 06820__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Triorient Trading, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Ed Biehl, Operations Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gray__ ; Facial Hair _____
Approx. Age __48__ ; Approx. Height __5'9"__ ; Approx. Weight __165__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __17__ day of __November__, 20 __10__

Notary Public      (Commission Expires) 8/31/2014

APS International, Ltd.