UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>          PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| ********************************************** | |
| THIS DOCUMENT RELATES TO:<br>Dean and Dawn Amato, et al. | JUDGE FALLON |
| Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Kerry J. Miller, Kyle A. Spaulding, and T. Louis Colletta  hereby file their Notice

of Appearance as additional counsel of record for Defendants Clarendon America

Insurance Company, Praetorian Specialty Insurance Company, and QBE Specialty

Insurance Company, and request that copies of all pleadings served in this case be served

upon undersigned at the following office.

Respectfully submitted,

BY:    /s/Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8249
Facsimile: (504)599-8137
Email: kspaulding@frilot.com
ATTORNEYS FOR CLARENDON AMERICA
INSURANCE COMPANY, PRAETORIAN
SPECIALTY INSURANCE COMPANY, and QBE
SPECIALTY INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Kyle A. Spaulding_____