UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| ****************************************** | |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean Payton,,et al. | |
| Case No. 2:09-cv-07628 | MAG. JUDGE WILKINSON |
| Amato, et al. | |
| Case No. 2:10cv00932 | |

## NOTICE OF APPEARANCE

Kerry J. Miller, Kyle A. Spaulding, and T. Louis Colletta hereby file their Notice of Appearance as counsel of record for McMath Construction, Inc., and request that copies of all pleadings be served upon undersigned at the following office.

    Respectfully submitted,

    BY: ___/s/Kyle A. Spaulding
    KERRY J. MILLER (#24562)
    KYLE A. SPAULDING (#29000)
    THOMAS LOUIS COLLETTA, Jr. (#26851)
    FRILOT L.L.C.
    1100 Poydras Street
    Suite 3700
    New Orleans, LA 70163
    Telephone: (504)599-8249
    Facsimile: (504)599-8137
    Email: kspaulding@frilot.com
    Attorneys for McMath Construction, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/**Kyle A. Spaulding**