UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL  MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION

SECTION L

*********************************************

THIS DOCUMENT RELATES TO:  JUDGE FALLON
Sean Payton,,et al.
Case No. 2:09-cv-07628  MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

Kerry J. Miller, Kyle A. Spaulding, and T. Louis Colletta hereby file their Notice of Appearance as counsel of record for Anthony's Drywall, Inc., and request that copies of all pleadings be served upon undersigned at the following office.

Respectfully submitted,

BY:  /s/Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8249
Facsimile: (504)599-8137
Email: kspaulding@frilot.com
Attorneys for Anthony's Drywall, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Kyle A. Spaulding