UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL            MDL NO. 2047
      PRODUCTS LIABILITY LITIGATION

                                                           SECTION L

*********************************************

THIS DOCUMENT RELATES TO:                      JUDGE FALLON
Sean Payton,,et al.
Case No. 2:09-cv-07628                         MAG. JUDGE WILKINSON
Dean and Dawn Amato, et al.
Case No. 2:10-cv-00932, and

<u>**NOTICE OF APPEARANCE**</u>

       Kerry J. Miller, Kyle A. Spaulding, and T. Louis Colletta hereby file their Notice

of Appearance as counsel of record for Craftmaster, LLC, and request that copies of all

pleadings be served upon undersigned at the following office.

                       Respectfully submitted,

                       BY:   /s/Kyle A. Spaulding
                       KERRY J. MILLER (#24562)
                       KYLE A. SPAULDING (#29000)
                       THOMAS LOUIS COLLETTA, JR. (#26851)
                       FRILOT L.L.C.
                       1100 Poydras Street
                       Suite 3700
                       New Orleans, LA 70163
                       Telephone: (504)599-8249
                       Facsimile: (504)599-8137
                       Email: kspaulding@frilot.com
                       Attorneys for Craftmaster, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

**/s/Kyle A. Spaulding**