UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * * | JUDGE:  FALLON |
| **This document related to:** | * * | |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * | MAG:  WILKINSON |

*******************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Rule 12(b) Motion to Dismiss filed by Rightway Drywall, Inc. and Rightway Drywall, L.L.C., is hereby set for the 22nd day of June, 2011, at 9:00 a.m.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**PAUL J. VERLANDER (#19196)**
**PHILIP G. WATSON (#31356)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
pverlander@duplass.com
pwatson@duplass.com
**Counsel for Defendant, Rightway Drywall, Inc. and Rightway Drywall, L.L.C.**

## C E R T I F I C A T E

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2011.

                                        s/Andrew D. Weinstock
                                    _____
                                    ANDREW D. WEINSTOCK #18495
                                          andreww@duplass.com