UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113<br>_____/ | MAG. JUDGE WILKINSON |

### BANNER'S RESPONSE IN OPPOSITION TO
### PLAINTIFFS' MOTION FOR ENTRY OF SCHEDULING ORDER

COME NOW Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Fort Myers, LLC, and Banner Supply Company Tampa, LLC (collectively referred to as "Banner"), by and through the undersigned counsel, and file this Response in Opposition to Plaintiffs' Motion for Entry of Scheduling Order. For the reasons set forth below, Plaintiffs' Motion for Entry of Scheduling Order should be denied.

### OPPOSITION

Plaintiffs' Motion seeks entry of a scheduling order to allow this case to proceed expeditiously. Specifically, Plaintiffs' Scheduling Order proposes a trial of this action to commence in early 2012 and a third mediation prior to the end of 2011. Banner opposes giving this case priority or bellwether status. This Court has previously suggested a protocol for selecting cases for bellwether trials. *See* Doc No. 111; Jt. Report No. 20, Section X. The suggested process involves the coordination with the Court and discussion amongst all parties. Plaintiffs' Motion fails to comport with the Court's instructions and the parties' understanding. Moreover, the *Hobbie* Plaintiffs are in the exact same position as all other plaintiffs involved in the Chinese Manufactured Drywall Products Liability Litigation, and have failed to show why

their case warrants unique, preferential, expedited treatment where the Court has informed all parties as to its suggested procedure for selecting bellwether trial cases.

Alternatively, if the Court is inclined to grant Plaintiffs' Motion, Banner respectfully requests that the Case Management Order reflect the dates suggested by Banner rather than Plaintiffs.  *See* Proposed Case Management Order, filed contemporaneously with Plaintiffs' Motion.  Additionally, pursuant to 28 U.S.C.A. § 1407(a), the trial of this matter shall take place in the United States District Court, Southern District of Florida, West Palm Beach Division.  *Id.* ("Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred . . . .").

## CONCLUSION

Based on the foregoing, Banner requests an Order DENYING Plaintiffs' Motion for Entry of Scheduling Order.

Respectfully submitted, this 7th day of June, 2011.

> **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
>
> */s/ Shubhra R. Mashelkar*
> **SHUBHRA R. MASHELKAR, ESQUIRE**
> Georgia Bar Number: 475388
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA 30326
> Telephone (404)876-2700
> smashelkar@wwhgd.com
> *Counsel for Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Fort Myers, LLC, and Banner Supply Company Tampa, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading, Banner's Response in Opposition to Plaintiffs' Motion for Entry of Scheduling Order, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 7th day of June, 2011.

      **WEINBERG, WHEELER, HUDGINS,**
       **GUNN & DIAL, LLC**

      */s/ Shubhra R. Mashelkar*
      **SHUBHRA R. MASHELKAR, ESQUIRE**
      Georgia Bar Number:  475388
      3344 Peachtree Road, Suite 2400
      Atlanta, GA  30326
      Telephone (404)876-2700
      smashelkar@wwhgd.com
      ***Counsel for Banner Supply Company**, **Banner Supply Company Pompano, Banner Fort Myers LLC, and Banner Supply Company Tampa***