David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International,**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0224

## AFFIDAVIT OF SERVICE -- Corpor

Service of Process on:
--Aburton Homes, Inc., c/o Richard Ad
Court Case No. 09-6690 Sec

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**
County of: **Martin** ) ss.

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **November**, 20 **10**, at **11:25** o'clock **A** M

Place of Service: at **2026 SW Justison Avenue**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aburton Homes, Inc., c/o Richard Adams**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Carol Adams - Director**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair —
Approx. Age **40's**; Approx. Height **5'5"**; Approx. Weight **120 lbs**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **29** day of **November**, 20 **10**

*BAP*
Notary Public
**7-14-12**
(Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services