David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0182

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Amerisouth, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of November, 20 10, at 6:15 o'clock P M

**Place of Service:** at 3942 South East 9th Court, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Amerisouth, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Joseph Intorcia, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair ___
Approx. Age 55-60 ; Approx. Height 5'8" ; Approx. Weight 180 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server   157153

Subscribed and sworn to before me this 10th day of November, 20 10

Elena Alvarado
Notary Public   (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012