David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0189

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bay Colony-Gateway, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4th__ day of __November__, 20 __10__, at __1:40__ o'clock __P__ M

**Place of Service:** at __24301 Walden Center Dr, Ste 300__, in __Bonita Springs, FL 34134__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bay Colony-Gateway, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a __legal assistant__, whose name and title is: __Mary Cook, Legal Assistant__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Brown__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'6"__; Approx. Weight __130 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  #157299

APS International, Ltd.

Subscribed and sworn to before me this __9th__ day of __November__, 20 __10__

_____
Notary Public     (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012