David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0191

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BBL-Florida Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **November**, 20**10**, at **1:15** o'clock **P** M

**Place of Service:** at **1515 Broadway**, in **Fort Myers, FL 33901**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**BBL-Florida Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ellen S. Stone, Paralegal for J. Jeffrey Rice, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5'1"** ; Approx. Weight **140 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157154**

Subscribed and sworn to before me this **11th** day of **November**, 20**10**

Elena Alvarado
Notary Public    (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012