David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0057

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bell Construction
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Claiborne )

Name of Server: **Kendrick Watson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **Nov**, 20 **10**, at **4/10** o'clock **P** M

Place of Service: at ~~PO Box 322~~ **309 Church St.**, in **Port Gibson** ~~Hermanville~~, MS ~~39086~~

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bell Construction**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Server; Keith Investigation; K. Watson**
**Emma Bell, owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **Male**; Skin Color **Brn**; Hair Color **DK**; Facial Hair **n/a**
Approx. Age **55**; Approx. Height **5-7**; Approx. Weight **189**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **17th** day of **November**, 20 **10**

Wanda S. Dunn
Notary Public (Commission Expires)

**APS International, Ltd.**

[Notary Seal: Wanda S. Dunn, Notary Public, Claiborne County, MS, My Commission Expires June 11, 2011]