David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--CB Dupree Construction, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** TOM CASSISA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of December, 20 10, at 7:45 o'clock P M

**Place of Service:** at 17607 Heritage Estates Drive, in Baton Rouge, LA 70810

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
CB Dupree Construction, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Charles B. Dupree, Jr., Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 50 yo; Approx. Height 250 lbs ; Approx. Weight 6' 0"

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this 2nd day of DECEMBER, 20 10

*James Dallala* 4/29/2013
Notary Public        (Commission Expires)

**APS International, Ltd.**