David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chase Construction, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of November, 20 10, at 10:42 o'clock A M

**Place of Service:** at 1714 Cape Coral Parkway East, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Chase Construction, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an Assistant, whose name and title is: Patricia Kelly, Assistant to Robert Burandt, Esq. Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color Black; Hair Color Black; Facial Hair ___
Approx. Age 45-50; Approx. Height 5'5"; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server # 157153

Subscribed and sworn to before me this 9th day of November, 20 10

_____ _____
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012

