| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0197

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Comfort Home Builders, Inc
   Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **November**, 20 **10**, at **11:05** o'clock **A** M

**Place of Service:** at **1686 Lakeview Terrace**, in **North Fort Myers, FL 33903**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Comfort Home Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **James Gordon, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey/Balding**; Facial Hair _____
Approx. Age **55**; Approx. Height **5'9"**; Approx. Weight **195 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Donald Skipper II_  **1157197**
Signature of Server

Subscribed and sworn to before me this **12** day of **November**, 20 **10**

_Elena Alvarado_
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012