David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0199

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coral Plastering & Wall Systems, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of November, 20 10, at 11:18 o'clock A M

**Place of Service:** at 3801 Sand Road, in Cape Coral, FL 33993

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Coral Plastering & Wall Systems, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Toni Alspaugh, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 40-45 ; Approx. Height 5'3" ; Approx. Weight 120 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray #15715-3
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 9th day of November, 20 10

Elena Alvarado
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012