David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0200

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Dave Walker Construction, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

Name of Server: __Joseph Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __November__, 20 __10__, at __7:10__ o'clock __P__ M

Place of Service: at __6161 Hidden Oaks Lane__, in __Naples, FL  34119__

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Dave Walker Construction, Inc**

Person Served, and Method of Service: By delivering them into the hands of __spouse + Vice President__ whose name and title is: __Traci Walker, spouse of Registered Agent David Walker and as Vice President__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __40__ ; Approx. Height __5'6"__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  157299

**APS International, Ltd.**

Subscribed and sworn to before me this __19th__ day of __November__, 20 __10__

_Elena Alvarado_
Notary Public  (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012