| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 107331-0202

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Dupont Builders, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19th__ day of __November__, 20 __10__, at __9:30__ o'clock __A__ M

**Place of Service:** at ~~5695 Shaddelee Ln W~~ __13440 Parker Commons Blvd Ste 103D__, in __Fort Myers, FL 33919__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dupont Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Victor Dupont, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __60__ ; Approx. Height __6'2"__ ; Approx. Weight __185 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Raymond V Laakso__  #157154
Signature of Server

Subscribed and sworn to before me this __29th__ day of __November__, 20 __10__
__Traci A. DeSalvo__  10/22/2011
Notary Public   (Commission Expires)

TRACI A. DESALVO
Comm# DD0827525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**