David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0128

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL                                    --Dynamic Contractors
                                                          Court Case No. 09-6690 Sect. L
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LAFAYETTE_ )

**Name of Server:** _STEVE REGAN_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18TH_ day of _NOVEMBER_ , 20 _10_ , at _9:50_ o'clock _A_ M

**Place of Service:** at  425 Heart D. Farm Rd. , in  Youngsville, LA 70592

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dynamic Contractors**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _JOE ALDERMAN_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _BLACK_ ; Facial Hair _—_
Approx. Age _47_ ; Approx. Height _5'8"_ ; Approx. Weight _170_

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Steve Regan_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _18TH_ day of _NOVEMBER_ , 20 _10_

_DEATH_
Notary Public                (Commission Expires)

OFFICIAL SEAL
PAUL J. GUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE