David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0108

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Federal Construction Specialist, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __CADDO PARISH__ )

**Name of Server:** __BILL RHODES__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27th__ day of __October__, 20 __10__, at __3:00__ o'clock __P__.M

**Place of Service:** at __5252 Norfolk__, in __Shreveport, LA  71107__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Federal Construction Specialist, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __MARCUS L. PITTMAN, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BRN__ ; Facial Hair __NONE__
Approx. Age __45__ ; Approx. Height __6'__ ; Approx. Weight __240__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.   nnot in military

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __28th__ day of __October__, 20 10

Signature of Server  *Bill Rhodes*
Bill Rhodes, Server
**APS International, Ltd.**

Notary Public   (Commission Expires)

WILLIAM H. MALPASS, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY # 51924