David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0204

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Choice Drywall Servicecs, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **November**, 20 **10**, at **2:10** o'clock **P** M

Place of Service: at **26690 Bridgeport Lane**, in **Bonita Springs, FL 34125**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**First Choice Drywall Servicecs, Inc**
By delivering them into the hands of a **co-resident** whose name and title is: **Elda Arredondo, mother/co-resident with Gabriela Arredondo, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Race Hispanic** Hair Color **Brown** ; Facial Hair
Approx. Age **55** ; Approx. Height **5'2"** ; Approx. Weight **110 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  **157299**

Subscribed and sworn to before me this **4th** day of **November**, 20 **10**

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012