David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0205

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __November__, 20 __10__, at __5:55__ o'clock __P__ M

Place of Service: at __2422 SE 28th St__, in __Cape Coral, FL  33904__

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __David Casman, Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Black__; Facial Hair ____
Approx. Age __45-50__; Approx. Height __6'0"__; Approx. Weight __185 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__  #157153
Signature of Server

Subscribed and sworn to before me this __10th__ day of __November__, 20 __10__

__Elena Alvarado__
Notary Public     (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

