David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0049

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Garraway's Stores, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____
Name of Server: _____ undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _Nov_, 20 _10_, at _2_ o'clock _P_ M

**Place of Service:** at 2127 Columbia Avenue, in Prentiss, MS 39474

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Garraway's Stores, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _____; Facial Hair _No_
Approx. Age _60's_; Approx. Height _6'_; Approx. Weight _225_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _15_ day of _September_, 20 _10_

Signature of Server   Notary Public   (Commission Expires)

ID No 19384
NOTARY PUBLIC
Comm Expires
April 3, 2014
STATE OF MISSISSIPPI
DONNA W. STUCKEY
SIMPSON COUNTY

**APS International, Ltd.**