David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0208

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heights Properties, L.L.C
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of November, 20 10, at 1:15 o'clock P M

**Place of Service:** at 2180 Immokalee Road-Ste.316, in Naples, FL 34110

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Heights Properties, L.L.C**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kevin Denti, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair ___
Approx. Age 45; Approx. Height 5'9"; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299

APS International, Ltd.

Subscribed and sworn to before me this 19th day of November, 20 10

Elena Alvarado
Notary Public   (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD 784411
Expires 04/06/2012