UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO<br>   Daniel Abreu, et al. v. Gerbrueder Knauf Verwaltungsgesellschaft, KG et al.<br>   CASE NO. 11-252 | *<br><br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

The law firm of Simon, Peragine, Smith & Redfearn, L.L.P. and the undersigned attorneys, Daniel J. Caruso, Herman J. Hoffmann and Betty F. Mullin hereby make their appearance, on behalf of Bailey Lumber & Supply Company in *Daniel Abreu, et al. v. Gerbrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Eastern District of Louisiana, Case No. 11-252, reserving all defenses to this action and objections concerning service of process, venue and/or jurisdiction, further requesting that all future papers filed in this case be served on said undersigned attorneys.

                                                      Respectfully submitted,

                                                      _____
                                                      Daniel J. Caruso (03941) (T.A.)
                                                      Herman J. Hoffmann (06899)
                                                      Betty F. Mullin (09818)
                                                      Simon Peragine Smith & Redfearn L.L.P.
                                                      1100 Poydras Street, 30th Floor
                                                      New Orleans, Louisiana 70163-3000
                                                      Telephone: (504) 569-2030
                                                      Fax: (504) 569-2999

                                                      Attorneys for Bailey Lumber & Supply Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2011.

_____
Betty F. Mullin

N:\DATA\K\03437001\pleadings\notice of appearance (abreu).wpd