David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K&B Homes, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690 Sect. L

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Jamie Snyder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of November, 20 10, at 4:58 o'clock P M

**Place of Service:** at 1010 Lumsden Trace Circle, in Valrico, FL 33594

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
K&B Homes, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Kay Dinova, Wife - Authorized c/o Vincent A Dinova

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair glasses
Approx. Age 49 ; Approx. Height 5'8" ; Approx. Weight 200 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jamie Snyder
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 8th day of November, 20 10

Notary Public (Commission Expires)



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters