David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0211

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Karr Drywall, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **November**, 20 **10**, at **10:55** o'clock **A** M

Place of Service: at **3550 Work Drive, Suite B-9**, in **Fort Myers, FL 33916**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Karr Drywall, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer **manager** whose name and title is: **Gloria Vasquez, office manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Race-Hispanic** Hair Color **Black** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5'0"** ; Approx. Weight **100 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Raymond V. Laakso_ #157154
Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20___

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alverado
My Commission DD775441
Expires 04/06/2012

60969