David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0035

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kenneth B Speights Construction Co.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Covington_

**Name of Server:** _Marino Williams_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15_ day of _Nov_, 20 _10_ at _3:00_ o'clock _P_ M

**Place of Service:** at _2675 Gates Drive_, in _Bassfield, MS 39421_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kenneth B Speights Construction Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joel Speights, Vice President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _50's_ ; Approx. Height _6'_ ; Approx. Weight _225_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _15_ day of _November_, 20 _10_

Signature of Server

Notary Public (Commission Expires)

APS International, Ltd.

State of Mississippi
Donna W. Stuckey
ID No 19384
NOTARY PUBLIC
Comm Expires April 3, 2014
Simpson County