David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0067

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lawrence McCorvey
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _ALABAMA_ ) ss.
County of: _MONROE_ )

**Name of Server:** _F.V. LAURIA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2nd_ day of _November_, 20 _10_, at _5:30_ o'clock _P_ M

**Place of Service:** at _1671 Horandy Road_, in _Monroeville, AL  36460_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lawrence McCorvey**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of _Elizabeth McCorvey_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Lawrence McCorvey** _as his spouse_ at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _black_; Hair Color _black_; Facial Hair _N/A_
Approx. Age _57_; Approx. Height _5'7"_; Approx. Weight _135_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server
APS International, Ltd.

STATE of ALABAMA
ESCAMBIA COUNTY
Subscribed and sworn to before me this _4th_ day of _November_, 20 _10_

_Marlene Lauria_
Notary Public    (Commission Expires)
1/26/2011