David Gross, et. al., Plaintiff(s)
   vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0227

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Magnum Development, LLC, c/o Harold R. Muxlow, Sr.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Sarasota )

**Name of Server:** Raymond K. Feliciano, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23 day of November, 20 10, at 4:15 o'clock P M

**Place of Service:** at 6704 Kenwood Drive, in North Port, FL 34287

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Magnum Development, LLC, c/o Harold R. Muxlow, Sr.**
By delivering them into the hands of an officer or managing agent whose name and title is: Harold Muxlow, Sr.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows: mostly
Sex M; Skin Color White; Hair Color White; Facial Hair Beard and mustache
Approx. Age 70-80; Approx. Height 5'5"; Approx. Weight 190

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 24th day of Nov, 20 10

Notary Public   (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 23, 2012

**APS International, Ltd.**

60377