David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--McLean Drywall, c/o Don McLean
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Tenn_ ) ss.
County of: _Bradly_ )

**Name of Server:** _Arnold Botts_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _Nov_, 20 _10_, at _11_ o'clock _A_ M

**Place of Service:** at 508 Bear Paw Trail, in Blue Ridge, GA 30513

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**McLean Drywall, c/o Don McLean**
By delivering them into the hands of an officer or managing agent whose name and title is: ____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _m_; Skin Color _white_; Hair Color _gray_; Facial Hair _—_
Approx. Age _45_; Approx. Height _6-0_; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Arnold Botts_
Signature of Server

Subscribed and sworn to before me this _9th_ day of _November_, 20 _10_

_[signature]_  06/08/2011
Notary Public    (Commission Expires)

[Notary seal: State of Tennessee Notary Public, Bradley County, Darlene...]

**APS International, Ltd.**