David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Negotiable Remodeling
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Pearl River )

**Name of Server:** Steven Scholtes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30 day of October, 20 10, at 4:13 o'clock P M

**Place of Service:** at 17 Kerry Street, in Carriere, MS 39426

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Negotiable Remodeling
By delivering them into the hands of an officer or managing agent whose name and title is: Donna Salva, Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blond ; Facial Hair No
Approx. Age 47 ; Approx. Height 5'9 ; Approx. Weight 140

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 4 day of November, 20 10

Notary Public           (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
JAMIE N. PARKER
NOTARY PUBLIC
ID No 89270
Comm Expires
April 17, 2012
STONE COUNTY