David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0283

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Oakwood Mobile Homes, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ALABAMA_ ) ss.
County of: _MONTGOMERY_ )

**Name of Server:** _GLENN MCDANIEL_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15_ day of _November_, 20 _10_, at _3:30_ o'clock _PM_ M

**Place of Service:** at 2 N Jackson St, in Montgomery, AL 36104

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Oakwood Mobile Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: _LAURA PAYNE, Employee to accept for C.T. Corp Systems, Inc._

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ____ ; Skin Color ____ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _16_ day of _November_, 20 _10_

_Diane West Melton_
Notary Public          (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 21, 2012
BONDED THRU NOTARY PUBLIC UNDERWRITERS