David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0214

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Parr-Self, Inc
**Court Case No. 09-6690 Sect. L**

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.

County of: _Lee_ )

**Name of Server:** _Barbara Gray_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _November_ , 20 _10_ , at _11:10_ o'clock _A_ M

**Place of Service:** at _2525 SE 20th Place_ , in _Cape Coral, FL  33904_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Parr-Self, Inc**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Faye Self, Vice President_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair _____
Approx. Age _60-65_ ; Approx. Height _5'7"_ ; Approx. Weight _130 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

X _Barbara Gray_
Signature of Server  #15715 3

**APS International, Ltd.**

Subscribed and sworn to before me this
_6th_ day of _November_, 20 _10_

_Elena Alvarado_
Notary Public          (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012