David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0050

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Speights Cash & Carry
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: _____

**Name of Server:** _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of Nov, 20 10, at 2 o'clock 15 PM

**Place of Service:** at 1805 Dale Street, in Prentiss, MS 39474

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Speights Cash & Carry**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Robert Speights, Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Grey; Facial Hair No
Approx. Age 70; Approx. Height 5'8"; Approx. Weight 230
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 15 day of November, 20 10

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI, DONNA W. STUCKEY, ID No 19384, NOTARY PUBLIC, Comm Expires April 3, 2014, SIMPSON COUNTY]