David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0273

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Suarez Housing Corporation
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of November, 20 10, at 2:48 o'clock P M

Place of Service: at 6522 Gunn Hwy., in Tampa, FL 33625

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Suarez Housing Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sarah Flint, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair ____
Approx. Age 35 ; Approx. Height 5'5" ; Approx. Weight 120 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

Subscribed and sworn to before me this 8 day of November, 20 10

_____          _____
Notary Public          (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters