David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0113

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Construction & Development, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Kennith Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of November, 20 10, at 9:46 o'clock A M

**Place of Service:** at 643 Magazine Street, Suite 300, in New Orleans, LA 70130

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Construction & Development, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Tamara Plattsmier / Legal Sect

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Brown ; Facial Hair No
Approx. Age 27 ; Approx. Height 5'2" ; Approx. Weight 100

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10th day of November, 20 10

Notary Public    (Commission Expires)
ROBERT JOHN COMEAUX
Louisiana Law Notary
Tenure for Life

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY