David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0219

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Trust America Homes, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Charlotte_ )
Name of Server: _Sean K. Spoonts_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _11th_ day of _November_, 20 _10_, at _3:50_ o'clock _P_ M

Place of Service: at _555 Gaspar Drive_, in _Placida, FL  33946_

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Trust America Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Claire Pope as President_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _50+_ ; Approx. Height _5'7"_ ; Approx. Weight _125_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  CPS # 157595
Signature of Server

Subscribed and sworn to before me this _15_ day of _Nov_, 20 _10_

_[signature]_
Notary Public    (Commission Expires)

**APS International, Ltd.**

SUSAN L SPAINHOUR
MY COMMISSION # DD929331
EXPIRES September 29, 2013
(407) 398-0153    FloridaNotaryService.com