David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0253

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Westerheim Properties, Inc., c/o Jennifer Westerheim
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

Name of Server: **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **November**, 20 **10**, at **4:15** o'clock **P** M

Place of Service: at 3108 Brittany Court, in Pensacola, FL 32504

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Westerheim Properties, Inc., c/o Jennifer Westerheim

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jennifer Westerheim, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Red**; Facial Hair **N**
Approx. Age **40**; Approx. Height **5'7"**; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **15th** day of **November**, 20 **10**
#DD891064
exp. May, 19, 2013

Notary Public    (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires M- 19, 2013
Commission # [   ] 1064