| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 104035-0399

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Oakwood Mobile Homes
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

**State of:** NC ) ss.
**County of:** Alamance )

**Name of Server:** Kimberly Hamilton, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of December, 20 10, at 11:00 o'clock A M

**Place of Service:** at 7800 McCloud Road, in Greensboro, NC 27409

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Oakwood Mobile Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Dewey Whitley, Legal Coordinator for Vanderbilt Mortgage and Finance, Inc. Vanderbilt bought Oakwood's Assets, per Mr. Whitley

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color gray ; Facial Hair —
Approx. Age 58 ; Approx. Height 5'10" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kimberly Hamilton_
Signature of Server

Subscribed and sworn to before me this 14 day of Dec, 20 10

_Pamela Massey_    Aug 28-2013
Notary Public    (Commission Expires)

**APS International, Ltd.**

```
PAMELA MASSEY
Notary Public
Alamance County
North Carolina
My Commission Expires Aug 28, 2013
```