David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0295

--- **AFFIDAVIT OF SERVICE -- Corporate**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Daniel Dae Loughy Homes, Inc., dba Tropical Homes
Court Case No. 09-6690 Sect. I.

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

Name of Server: Michael Rocco _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of December , 20 10 , at 10:01 o'clock A. M

Place of Service: at 308 Chambord Terrace _____ , in Palm Beach Gardens, FL 33410

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)): Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Daniel Dae Loughy Homes, Inc., dba Tropical Homes**

Person Served, and
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and
title is: Refused to Provide name / Full Time Resident (admitted)

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair _____
Approx. Age 60 ; Approx. Height 5'4" ; Approx. Weight 125
To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
1 5 day of December , 20 10

Signature of Server

**APS International, Ltd.**

Notary Public                    (Commission Expires)