David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0400

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Magnum Development, LLC, c/o Harold R. Muxlow, Sr.

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Sarasota_ )

**Name of Server:** _Raymond K. Feliciano_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_, 20 _10_, at _3:45_ o'clock _P_ M

**Place of Service:** at _6704 Kenwood Drive_, in _North Port, FL 34287_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Magnum Development, LLC, c/o Harold R. Muxlow, Sr.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Harold R. Muxlow, Sr., Officer_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _Gray Mustache + Beard_
Approx. Age _70's_ ; Approx. Height _5'7"_ ; Approx. Weight _180_
[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _28th_ day of _Dec_, 20 _10_

_Shelly Huffman_

Notary Public          (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
...ssion DD 757276
...res April 28, 2012
...Thru Troy Fain Insurance 800-385-7012

6/1/61