David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0401

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Blanchard Homes, Inc., c/o David A. Blanchard
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Lake_ )

Name of Server: _Lawrence F. Lyons_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12th_ day of _February_, 20_11_, at _11:53_ o'clock _A_ M

Place of Service: at 796 Aberdeen Run , in The Villages, FL 32162

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Blanchard Homes, Inc., c/o David A. Blanchard

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _David A. Blanchard, Registered Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _No_
Approx. Age _65_ ; Approx. Height _6'3"_ ; Approx. Weight _280_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _12th_ day of _February_, 20_11_.

Notary Public    (Commission Expires)

APS International, Ltd.

LINDA M. TOPPING
MY COMMISSION # DD 991184
EXPIRES: June 22, 2014
Bonded Thru Budget Notary Services

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-6690

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Blanchard Homes, Inc. c/o David A. Blanchard__
was received by me on *(date)* __February 10, 2011__.

☑ I personally served the summons on the individual at *(place)* __796 Aberdeen Run, The Villages, FL 32162__ on *(date)* __2-12-11__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there.
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2-12-11__

__Lawrence F. Lyons__
Server's signature

__Lawrence F. Lyons__
Printed name and title
__Certified Process Server #10-9-16-21__

_____
Server's address

Additional information regarding attempted service. etc: