APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN   Document 9312   Filed 06/07/11   Page 1 of 5

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Office of the Chief Secretary for Administration<br>Room 140, Central Gov't Offices (East Wing)<br>Government Secretariat<br>Lower Albert Road<br>Central<br><br>Hong Kong, China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (*identité et adresse*)     The China Corporation, LTD.
Room A22, 13/F, Block A, 37-41 San Mei Street, Wah Lok Industrial Centre, Fotan, Sha Tin, New Territories, Hong Kong, China
                                                        Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Summary of the Document to be Served | Done at                                                                   , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.           , *le* 12/10/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,                    USM-94
both of which may still be used)                                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___28th January 2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* ___
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summon in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___Affirmation of Service of Cheung Oi-lin, Bailiff's Assistant dated 16th February 2011___

Done at
*Fait à* ___, le ___ 21 FEB 2011

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal of the High Court, Hong Kong]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

Request for Service of Judicial Documents from: USA (Minnesota)

Party for Service: The China Corporation, LTD.

## AFFIRMATION OF SERVICE

I, CHEUNG Oi-lin, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named The China Corporation, LTD. with the following judicial documents:

   i) Request;
   ii) Summary of the document to be served;
   iii) Certificate (unexecuted);
   iv) Summons in a Civil Action (Supplement to Amended Class Action Complaint) with Civil Action No. 09-6690 Sect. L;
   v) Order with MDL NO.2047 and
   vi) Amended Class Action Complaint with Case No.: 09-6690.

2. Pursuant to the search conducted by our office via the Companies Registry of Hong Kong, the registered office of the Party for Service was situated at 1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong. A copy of Notification of Situation of Registered Office provided by the Companies Registry of Hong Kong was produced and marked as "Exhibit COL-1".

3. I did on Friday the 28th day of January 2011 at 1225 hours serve the above-named The China Corporation, LTD. with the aforesaid judicial documents by leaving the same at its registered office, which was situated at 1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                    )
Bailiff Hong Kong Regional Office,             )
26th floor, Wanchai Law Courts Building,       )
Hong Kong                                      )
this 15th day of February 2011

Before me,

( SUEN Wai-keung )
Commissioner for Oaths
Judiciary

註冊辦事處座落地點通知書
**Notification of Situation of Registered Office**

| | |
|---|---|
| 公司註冊處 **Companies Registry** | (公司條例第 92(2)條)<br>(Companies Ordinance s. 92(2)) |

表格 Form **R1**

**重要事項 Important Notes**

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**: 929040

**1  公司名稱 Company Name**

THE CHINA CORPORATION LIMITED

**2  註冊辦事處 Registered Office**

請在有關空格內加 ✓ 號 Please tick the relevant box

☐ 申報首個註冊辦事處座落地點
**Notification of Situation of First Registered Office**

☑ 申報更改註冊辦事處座落地點
**Notification of Change of Situation of Registered Office**

(註 Note 5) 在香港的註冊辦事處座落地點 **Situation of Registered Office in Hong Kong**

1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong

生效日期 **Effective Date**: 14 / 03 / 2007
日 DD / 月 MM / 年 YYYY

(註 Note 6) **3  電郵地址 E-mail Address**

生效日期 Effective Date:

For and on behalf of
ComSec Services Limited
公司秘書服務有限公司

簽署 Signed: ......(Authorised Signature)......

姓名 Name: COMSEC SERVICES LIMITED
董事 Director / 秘書 Secretary *

日期 Date: 14/03/2007
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

. this is the exhibit marked 'CoL-1'.
(請勿填寫本欄 For Official Use) Affirmation/
Affidavit of ..CHEUNG Oi-lim......
Dated the 15th day of February

SUEN Wai-keung
A Commissioner for oaths

(註 Note 3) **提交人的資料 Presentor's Reference**

姓名 Name: ASIAPACIFICSEC LIMITED

地址 Address: 1604 Kinwick Centre,
32 Hollywood Road,
Central, Hong Kong

電話 Tel: 2868 1287    傳真 Fax: 2868 1163

電郵地址 E-mail Address: -

檔號 Reference: Our Ref.: (SL) T0041 (KL)
/ Doc. No.: T00410014

指明編號 2/2004 (2004 年 2 月)
Specification No. 2/2004 (Feb. 2004)

23400296358
R1    0929040
05/11/2007



0119

CSO/ADM/SJ/12/2010A

Request for Service of Judicial Documents from
**USA (Minnesota)**

Judicial Documents to be served on:
**The China Corporation, LTD.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIRMATION OF CHEUNG OI LIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 15th day of February 2011
Bailiff Hong Kong Regional Office,
26th floor, Wanchai Law Courts Building,
Hong Kong Special Administrative Region