David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0404

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf South Drywall
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Mobile** )

**Name of Server:** _Daniel Webster_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10th_ day of _March_, 20_11_, at _3:00_ o'clock _P_ M

**Place of Service:** at _10332 Parker Station Ct._, in Theodore, AL 36582

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gulf South Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _David Rogers, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _35_ ; Approx. Height _5' 10"_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel J Webster_
Signature of Server

Subscribed and sworn to before me this _15th_ day of _March_, 20_11_
_Deborah A. Anderson_  01/29/2012
Notary Public      (Commission Expires)

**APS International, Ltd.**