# THE PEOPLE'S REPUBLIC OF CHINA
# SHANDONG PROVINCE QINGDAO CITY
# PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. SX-11-20*
*Judicial Association No. FX-11-2024*

| Cause No. | International Entrusted Service | Cause of Action | Shandong Province Law Association Receiving No. (2011) 6 |
|---|---|---|---|
| Document Served and Number | US court document, one copy | | |
| Recipient (Unit) | Shandong Oriental International Trading Corp., Ltd. | | |
| Address for Service | 17-21/F, Shandong International Trades Mansion, 51 Taiping Road, Qingdao, China. | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Huang, Zu Jiang | | January 31, 2011 |
| Notes | | | |

Issuer: Jiang, Qiu Jie                     Server: Wu, Zhi Gang     Song, Lian Shun

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

SX-10-2024

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
~~(identity and address)~~
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   __Shandong Oriental International Trading Co., Ltd.__
__17-21/F Shandong International Trades Mansion, 51 Taiping Road, Qingdao 266002, China__
Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at _____, the
*Fait à* __Minneapolis, Minnesota, U.S.A.__  , le  12/17/6

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Shandong Oriental International Trading Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

SX-10-2024

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* Jan, 31th, 2011
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          *b) selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Zujiang Huang
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* business

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Beijing , the March 1st, 201
*Fait à* ____ , *le* ____

Signature and/or stamp.
*Signature et/ou cacheté*

[Seal: 中华人民共和国 司法部]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

# 中华人民共和国山东省青岛市人民法院
## 送 达 回 证



FX-11-20
SX-10-2024

| 案　由 | 涉外送达 | 案号 | 鲁高法协受（2011）6 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 美国法院文书一份。 | | |
| 受送达人 | 山东省东方国际贸易股份有限公司 | | |
| 送达地址 | 山东省青岛市太平路 51 号山东国贸大厦 17-21 | | |
| 受送达人<br>签名或盖章 | 　　　　　　　　　　　　年　　月　　日 | | |
| 代收人及<br>代收理由 | 黄祖江　2011年 1月31日 | | |
| 备　注 | | | |

填发人：姜秋杰　　　　　　　　送达人：吴志刚　宋连顺