David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0289

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Gallery Development Group, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __March__, 20 __11__, at __5:36__ o'clock __P__ M

Place of Service: at __1120 Skiff Place__, in __Sanibel, FL__

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**American Gallery Development Group, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Kenneth Colter, Managing Member by drop service__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __50-55__ Approx. Height __5'8"__; Approx. Weight __165 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server #67153

Subscribed and sworn to before me this __16th__ day of __March__, 20 __11__

__Elena Alvarado__
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/09/2012

6986