David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Coast Drywall Building Products, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
Parish of: **Tangipahoa** )

Name of Server: **Michael Cooper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **Dec**, 20 **10**, at **6:30** o'clock **P** M

Place of Service: at **18288 Old Covington Highway**, in **Hammond, LA 70403**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Drywall Building Products, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Knauf**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **wh**; Hair Color **br.**; Facial Hair **No**
Approx. Age **42-46**; Approx. Height **5'10**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24** day of **Dec**, 20 **10**

Signature of Server

Notary Public **Jen Colara #9045** (Commission Expires) **Lifetime**

**APS International, Ltd.**