UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION            MDL NO. 2047

                                         SECTION: L

THIS DOCUMENT RELATES TO                 JUDGE: Fallon
*Daniel Abreu, et. al. v. Gebrueder Knauf*   MAG. JUDGE WILKINSON
*Verwaltungsgesellschaft, KG, et. al.*
Case No: 2:11- 252 (E.D.La.)
_____/

## NOTICE OF SPECIAL APPEARANCE

The law firm of Roetzel & Andress, LPA, and the undersigned attorney, John Armando Boudet, Esquire, hereby file their special appearance to contest personal jurisdiction on behalf of Defendant, Holiday Builders, Inc., a Florida corporation, in <u>Daniel Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.,</u> United States District Court for the Eastern District of Louisiana, Case No: 11-252 and request that all future papers filed in this case be served on said undersigned attorney.

        Respectfully submitted,

        /s/ John Armando Boudet
        John Armando Boudet
        Florida Bar No. 0515670
        jboudet@ralaw.com
        Roetzel & Andress, LPA
        420 South Orange Avenue
        CNL Center II, 7th Floor
        Orlando, FL  32801
        Telephone No: 407.896-2224
        Facsimile No: 407.835.3596
        *Counsel for Defendant, Holiday Builders, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF SPECIAL APPEARANCE, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2011.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

343225 v_01 \ 108652.0055