AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Wendy Hobbie, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-cv-1113-EEF-JCW |
| RCR Holdings II, LLC | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Arch Insurance Company | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*

> Arch Insurance Company
> c/o: Florida Chief Financial Officer as RA
> 200 East Gaines Street
> Tallahassee, FL  32399-4201

A lawsuit has been filed against defendant   RCR Holdings II, LLC  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Wendy Hobbie, et al.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

  Gregory S. Weiss, Esq., LEOPOLD~KUVIN, P.A. 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL  33410

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Adam C. Linkhorst, Esq., LINKHORST & HOCKIN, P.A., 4495 Military Trail, Suite 106, Jupiter, FL  33458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Loretta G. Whyte
*Name of clerk of court*

Date:  Jun 07 2011

*Deputy clerk's signature*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:10-cv-1113-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | Add Attachment | Reset |