UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED | * MDL No. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| Omnibus Complaint I | * MAGISTRATE WILKINSON |
| Case No. 2:09-cv-07628 | * |
| Omnibus Complaint V | * |
| Case No. 10-cv-0932 | * |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through under signed counsel comes Defendant, Affordable Homes & Land, LLC, who hereby moves for an Order substituting Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Affordable Homes & Land, LLC in the above-referenced Complaint(s).

RESPECTFULLY SUBMITTED:

| SHARON B. KYLE, A.P.L.C. | FRILOT, L.L.C. |
|---|---|
| _____ | /s/ Kerry J. Miller_____ |
| SHARON B. KYLE (#25437) | KERRY J. MILLER (#24562) |
| NANCY A. RICHEAUX (#29397) | PETER E. SPERLING (#17812) |
| STEVEN K. SCHILLING (#27635) | THOMAS L. COLLETTA, JR. (#26851) |
| 4960 Bluebonnet Blvd., Ste. A | KYLE A. SPAULDING (#29000) |
| Baton Rouge, Louisiana 70809 | 1100 Poydras Street, Ste. 3700 |
| Telephone: 225/293-8400 | New Orleans, Louisiana 70163 |
| Facsimile: 225/291-9501 | Telephone: 504/599-8000 |
| | Facsimile: 504/599-8100 |

---

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this  7th  day of   June  , 20 11  .

_____