FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | * MDL No. 09-2047<br>*<br>*<br>* JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>Omnibus Complaint I<br>Case No. 2:09-cv-07628<br>Omnibus Complaint V<br>Case No. 10-cv-0932 | *<br>* MAGISTRATE WILKINSON<br>*<br>*<br>* |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Affordable Homes & Land, LLC,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Affordable Homes & Land, LLC in the above-referenced Complaint(s).

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA