## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Omnibus Complaint I Case No. 2:09-cv-07628 Omnibus Complaint V Case No. 10-cv-0932 | * * MAGISTRATE WILKINSON * * * |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through under signed counsel comes Defendant, Arthur Homes, LLC, who hereby moves for an Order substituting Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Arthur Homes, LLC in the above-referenced Complaint(s).

RESPECTFULLY SUBMITTED:

| SHARON B. KYLE, A.P.L.C. | FRILOT, L.L.C. |
|---|---|
| _____ SHARON B. KYLE (#25437) NANCY A. RICHEAUX (#29397) STEVEN K. SCHILLING (#27635) 4960 Bluebonnet Blvd., Ste. A Baton Rouge, Louisiana 70809 Telephone: 225/293-8400 Facsimile: 225/291-9501 | /s/ Kerry J. Miller_____ KERRY J. MILLER (#24562) PETER E. SPERLING (#17812) THOMAS L. COLLETTA, JR. (#26851) KYLE A. SPAULDING (#29000) 1100 Poydras Street, Ste. 3700 New Orleans, Louisiana 70163 Telephone: 504/599-8000 Facsimile: 504/599-8100 |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this  7th  day of   June  , 20 11  .

_____