FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | * MDL No. 09-2047<br>*<br>*<br>* JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | *<br>* MAGISTRATE WILKINSON |
| **Omnibus Complaint**<br>**Case No. 2:09-cv-07628** | * |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Big River Construction and Remodeling Company, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for Big River Construction and Remodeling Company, Inc. in the above referenced Complaint.

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA