UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| | * MAGISTRATE WILKINSON |
| Omnibus Complaint | * |
| Case No. 2:09-cv-07628 | * |

**JOINT MOTION TO SUBSTITUTE COUNSEL**

NOW INTO COURT, through undersigned counsel comes Defendant, Font Builders, Inc. who hereby moves for an Order substituting Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for Font Builders, Inc. in the above referenced Complaint.

RESPECTFULLY SUBMITTED:

| SHARON B. KYLE, A.P.L.C. | FRILOT, L.L.C. |
|---|---|
| | _s/ Kerry J. Miller_ |
| SHARON B. KYLE (#25437) | KERRY J. MILLER (#24562) |
| NANCY A. RICHEAUX (#29397) | PETER E. SPERLING (#17812) |
| STEVEN K. SCHILLING (#27635) | THOMAS L. COLLETTA, JR. (#26851) |
| 4960 Bluebonnet Blvd., Ste. A | KYLE A. SPAULDING (#29000) |
| Baton Rouge, Louisiana 70809 | 1100 Poydras Street, Ste. 3700 |
| Telephone: 225/293-84001100 | New Orleans, Louisiana 70163 |
| Facsimile: 225/291-9501 | Telephone: 504/599-8000 |
| | Facsimile: 504/599-8100 |

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this _7th_ day of _June_, 20_11_.

_____