| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**Omnibus Complaint**<br>**Case No. 2:09-cv-07628** | \* MDL No. 09-2047<br>\*<br>\*<br>\* **JUDGE FALLON**<br>\*<br>\* **MAGISTRATE WILKINSON**<br>\*<br>\* |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Font Builders, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for Font Builders, Inc. in the above referenced Complaint.

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA