## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| | * MAGISTRATE WILKINSON |
| Omnibus Complaint VIII Case No. 11-cv-252 | * * |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel comes Defendant, Rockwell Builders, LLC who hereby moves for an Order substituting Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for Rockwell Builders, LLC in the above referenced Complaint.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.                    FRILOT, L.L.C.

_____         s/ Kerry J. Miller_____
SHARON B. KYLE (#25437)                     KERRY J. MILLER (#24562)
NANCY A. RICHEAUX (#29397)                  PETER E. SPERLING (#17812)
STEVEN K. SCHILLING (#27635)                THOMAS L. COLLETTA, JR. (#26851)
4960 Bluebonnet Blvd., Ste. A               KYLE A. SPAULDING (#29000)
Baton Rouge, Louisiana 70809                1100 Poydras Street, Ste. 3700
Telephone: 225/293-84001100                 New Orleans, Louisiana 70163
Facsimile: 225/291-9501                     Telephone: 504/599-8000
                                            Facsimile: 504/599-8100

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this  7th  day of  June  , 20 11 .

_____