UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>U.S. Eastern District Court<br>Case No. 2:09-cv-07025 | * MDL No. 09-2047<br>*<br>*<br>* JUDGE FALLON<br>*<br>* MAGISTRATE WILKINSON<br>* |

Removed to U.S. Eastern District Court from Orleans Parish District Court – Docket # 2009-9595

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Arthur Homes, LLC,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Arthur Homes, LLC in the above-referenced Complaint(s).

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA