Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--A.R.B.C. Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1st** day of **December**, 20 **10**, at **1:20** o'clock **P** M

**Place of Service:** at **2210 Vanderbilt Bech Rd,. Suite 1201**, in **Naples, FL 34109**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**A.R.B.C. Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of a **Receptionist** whose name and title is: **Jody Vanderbilt, Receptionist on 2nd attempt**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blond**; Facial Hair ___
Approx. Age **50**; Approx. Height **5'8"**; Approx. Weight **130 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server #157299
APS International, Ltd.

Subscribed and sworn to before me this **6th** day of **December**, 20 **10**

_____
Notary Public  (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012