Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ace Hardware Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _ALABAMA_ ) ss.
County of: _MONTGOMERY_ )

| | |
|---|---|
| **Name of Server:** | _GLENN McDANIEL_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _16_ day of _November_, 20 _10_, at _10:15_ o'clock _A._ M. |
| **Place of Service:** | at _150 S. Perry St._, in _Montgomery, AL  36104_ |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in  Interventio** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Ace Hardware Corporation** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _CECILLIA RUSSELL MANAGER FOR CSC LAWYERS, INC._ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _N_ Approx. Age _45_ ; Approx. Height _5'8"_ ; Approx. Weight _140_ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Subscribed and sworn to before me this _16_ day of _November_, 20 _10_ |

_____
Signature of Server

_Diane West Melton_
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 21, 2012
BONDED THRU NOTARY PUBLIC UNDERWRITERS