Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aces Towing Enterprises, L.L.C.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St Tammany** )

**Name of Server:** **Maria Vinson Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1st** day of **December**, 20 **10**, at **9:57** o'clock **A** M

**Place of Service:** at **205 W. St. Bernard Hwy**, in **Chalmette, LA 70043**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Aces Towing Enterprises, L.L.C.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Amado Maschmeyer, Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **no**
Approx. Age **35-40**; Approx. Height **5'10**; Approx. Weight **170**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6th** day of **December**, 20 **10**

*Maria Landry*
Signature of Server

*[Notary signature]*
Notary Public   (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458

NOTARY ATTESTS TO
SIGNATURES ONLY