UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, et al.<br>No. 10-1113 | MAGISTRATE JUDGE WILKINSON |

_____/

**PRECISION DRYWALL, INC.'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF SCHEDULING ORDER**

COMES NOW, PRECISION DRYWALL, INC. ("PRECISION"), by and through its undersigned counsel, and joins Banner's Response in Opposition to Plaintiff's Motion for Entry of Scheduling Order, Document No. 9234, filed herein on June 7, 2011, by BANNER SUPPLY COMPANY; BANNER SUPPLY COMPANY POMPANO, LLC; BANNER FORT MYERS, LLC; and BANNER SUPPLY COMPANY TAMPA, LLC (the "Banner Entities"), for the reasons set forth therein.  PRECISION hereby incorporates by reference, joins, and adopts each and every argument set forth by the Banner Entities in Document No. 9234 as if fully set forth herein.

Respectfully submitted,

/s/Kieran F. O'Connor, Esq.
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@ogdensullivan.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
111 N. Orange Avenue, Suite 850
Orlando, Florida 32801
Telephone:  (407) 843-2100

2

                                        Facsimile:  (407) 843-2061
                                        *Attorneys for Precision Drywall, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of June, 2011.

                                        /s/ Kieran F. O'Connor, Esq.
                                        Kieran F. O'Connor, Esq.