UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED              :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                :
LITIGATION                                :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                 :    JUDGE FALLON
                                          :
                                          :    MAG. JUDGE WILKINSON

ALL CASES                                 :
-----------------------------------------------------------------x
```

**ORDER**

Considering the Joint Motion For Entry of Stipulation Concerning Discovery, the Court finds the motion meritorius and should be granted;

IT IS HEREBY ORDERED that the agreed stipulation attached as Exhibit "A" to the Joint Motion For Entry of Stipulation Concerning Discovery is hereby entered into the record of this matter.

New Orleans, Louisiana this __7th__ day of June, 2011.

_____
JUDGE ELDON E. FALLON