UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| This document relates to: | * * | |
| AMATO, ET AL. v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * * * * | MAGISTRATE WILKINSON |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * | |

****************************************************

ORDER

CONSIDERING THE FOREGOING MOTION by plaintiffs to dismiss Bituminous Insurance Companies, a/k/a Bituminous Casualty Corporation, without prejudice,

IT IS HEREBY ORDERED that Bituminous Insurance Companies, a/k/a Bituminous Casualty Corporation, is hereby dismissed from this lawsuit, without prejudice.

NEW ORLEANS, LOUISIANA, this _____7th_____ day of ____June_____ 2011.

_____
HONORABLE ELDON E. FALLON
JUDGE, U.S. DISTRICT COURT