UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED       :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :
LITIGATION                         :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :    JUDGE FALLON
                                   :
ALL CASES                          :    MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

## STIPULATION CONCERNING DISCOVERY

1.      As used in this Stipulation, the "Knauf Defendants" means Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, and Gebr. Knauf Verwaltungsgesellschaft KG.

2.      The Knauf Defendants will produce the following witnesses for deposition:

      a.      Martin Halbach:  (June 8-9, 2011; New York)

      b.      Baldwin Knauf:  (July 21-22, 2011; Frankfurt, Germany)

      c.      Hans Peter Ingenillem:  (July 25-26, 2011; Frankfurt, Germany)

      d.      Ann Zhong:  (week of August 8, 2011; Hong Kong)

      e.      Zhang Fudong (week of August 8, 2011; Hong Kong)

      f.      Continued deposition of Mark Norris (week of August 8, 2011; Hong Kong)

      g.      Continued deposition of Knauf Gips KG through Hans-Ulrich Hummel (date and location to be determined).

EXHIBIT A

3.      This Stipulation incorporates by reference the Court's September 9, 2010 order

overruling the Knauf Defendants' objection to discovery other than through the Hague

Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.  Nothing in this

Stipulation shall be construed as a waiver of that objection or to any objection to jurisdiction.

Dated: June 3, 2011

Respectfully submitted,


/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone:  (212) 836-8485
Fax:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Miles P. Clements (#4184)
Peter E. Sperling (#17812)
Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8194
Fax:  (504) 599-8145
Email:  kmiller@frilot.com

*Attorneys for Knauf Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulation Concerning Jurisdictional Discovery has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2011.

/s/ Kyle Spaulding