UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al.,　　　　CIVIL ACTION NO: 09-07628
Plaintiff

Vs

KNAUF GIPS KG, et al.



*FILED MAY 19 2011 LORETTA G. WHYTE CLERK*

RESPONSE TO PLAINTIFFS', BONNIE AND JOHN H. ADAMS, III et al.,
OMNIBUS CLASS ACTION COMPLAINT

Al Brothers, Inc is a named Defendant in this Case No. 09-07628. Please be advised that Al Brothers, Inc. was sold in September of 2006 and the corporation dissolved in 2008 before any allegations of wrongdoing concerning the effect of Chinese drywall. Please see the enclosed documentation. Al Brothers, Inc. denies any responsibility for damage caused by the manufacturer who produced the defective drywall.

Respectfully submitted this 31st day of May, 2011

　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan R. Jostes*
　　　　　　　　　　　　　　　　　　　　　　Alan R. Jostes
　　　　　　　　　　　　　　　　　　　　　　919 S Charlotte St
　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this

13th day of May, 2011

*/s/ Alan R. Jostes*

TENDERED FOR FILING

JUN - 6 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process ____
_X_ Dktd _____
_X_ CtRmDep ___
　　 Doc No. ____



**Florida Department of State**
**Division of Corporations**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search

Events    No Name History                                              Submit

# Detail by Entity Name

## Florida Profit Corporation

AL BROTHERS, INC.

## Filing Information

Document Number    S67811
FEI/EIN Number     650273301
Date Filed         07/22/1991
State              FL
Status             INACTIVE
Last Event         ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed   09/26/2008
Event Effective Date NONE

## Principal Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

## Mailing Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

## Registered Agent Name & Address

JOSTES, ALAN R.
2512 SW 22ND PL
CAPE CORAL FL 33914

Address Changed: 01/26/2004

## Officer/Director Detail

### Name & Address

Title SEC

JOSTES, AL
2512 SW 22ND PL
CAPE CORAL FL 33914 US

Title P

JOSTES, AL
2512 SW 22ND PL
CAPE CANAL FL 33914 US

Title VP

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Sean and Beth Payton, et al )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-7628 Sect. L
Knauf Gips KG, et al )
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**  Complaint in Intervention I(C)

To: *(Defendant's name and address)* Al Brothers, Inc.
919 S. Charlotte St.
Lombard, IL 60148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: Jan 28, 2011

*Signature of Clerk or Deputy Clerk*

**TENDERED FOR FILING**

MAY 16 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

ALAN R JOSTES
919 S Charlotte St
Lombard, IL 60148
Phone: 630-495-9925

In regards to: Civil Action No. 09-7628 Sect. L

To Whom It May Concern:

In response to your filing against Al Brothers, Inc. concerning the effect of Chinese drywall in a residence. Please see the enclosed information from the State of Florida in regards to the dissolution of Al Brothers, Inc in 2008. Before that, Al Brothers, Inc. was sold in September of 2006.

For the work performed by Al Brothers, Inc. prior to sale and dissolution:
Al Brothers, Inc. denies any responsibility for damage caused by the manufacturer who produced the defective drywall.

Thank you,
Alan R Jostes.

TENDERED FOR FILING

MAY 19 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COPY

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Sean and Beth Payton, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-7628 Sect. L |
| Knauf Gips KG, et al ) | |
| *Defendant* ) | |

SUMMONS IN A CIVIL ACTION    Complaint in Intervention I(C)

To: *(Defendant's name and address)* Al Brothers, Inc.
919 S. Charlotte St.
Lombard, IL 60148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: Jan 28, 2011

*Signature of Clerk or Deputy Clerk*

**TENDERED FOR FILING**

MAY 16 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk






7010 3090 0001 5077 4394

From A. Sosres
919 S. Charlotte St
Lombard, IL 60148

US District Court
Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130