UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| | * | |
| **This document related to:** | * * | |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * | MAG: WILKINSON |

*****************************************************************************

## RULE 12(b) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, Rightway Drywall, Inc., and Rightway Drywall, L.L.C., who respectfully submit this Rule 12(b) Motion to Dismiss. In support of this motion, the defendant refers the Court to its memorandum of law filed contemporaneously.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**PAUL J. VERLANDER (#19196)**
**PHILIP G. WATSON (#31356)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
kderham@duplass.com
**Counsel for Defendants, Rightway Drywall, Inc., and Rightway Drywall, L.L.C.**

**C E R T I F I C A T E**

I hereby certify that on the 9th day of June, 2011, a copy of the foregoing Rule 12(b) Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                        s/Andrew D. Weinstock
                      _____
                      ANDREW D. WEINSTOCK #18495
                          andreww@duplass.com