UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, | CASE NO. 11-080<br>SECT. L    MAG. 2 |
| Plaintiffs,<br>v. | CLASS ACTION COMPLAINT<br>JURY TRIAL DEMAND |
| TAISHAN GYPSUM CO., LTD, F/K/A SHANDONG TAIHE DONGXIM CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD, A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., | |
| Defendants. \ | |

STIPULATION AND SUBSTITUTION OF COUNSEL

COME NOW, the undersigned attorneys and file this their joint stipulation for substitution of counsel on behalf of the Defendant, Rosen Building Supples, Inc. and Rosen Materials. LLC, in the above styled cause. Rodney J. Janis, Esquire, of the law offices of Wilson Elser Moskowitz Edelman & Dicker, will be substituted for Rodney J. Janis, Esquire of the law offices of Fowler White Burnett on behalf of the Defendant, Rosen Building Supples, Inc. and Rosen Materials. LLC.

DATED this 9 day of June, 2011.

Michael W. Switzer
Rodney J. Janis, Esquire
Wilson Elser Moskowitz Edelman & Dicker
100 Southeast Second Street, Suite 3800
Miami, FL 33131-2126
(305) 374-4400

By:_____
Rodney J. Janis, Esquire
Florida Bar No. 647896

Henry Burnett, Esquire
Fowler White Burnett
Espirito Santo Plaza
1395 Brickell Avenue
Miami, FL 33131
(305) 789-9206

By:_____
Henry Burnett, Esq.
Florida Bar No. 010376

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above has been served upon all parties by uploading same electronically to LexisNexis File and Serve and the CM/ECF System in accordance with Pretrial Order No. 6 this 9 day of June, 2011.

By: /s/ Rodney Janis