UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, | CASE NO. 11-080<br>SECT. L    MAG. 2 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| v. | JURY TRIAL DEMAND |
| TAISHAN GYPSUM CO., LTD, F/K/A SHANDONG TAIHE DONGXIM CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD, A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., | |
| Defendants. | |

ORDER ON SUBSTITUTION OF COUNSEL

Upon reading and filing of the foregoing Stipulation of Counsel, and the Court having been fully advised in the premises, it is thereupon

ORDERED and ADJUDGED:

1. That Rodney J. Janis, Esquire of the law offices of FOWLER WHITE BURNETT is hereby authorized to withdraw as counsel of record for the Defendant, Rosen Building Supples, Inc. and Rosen Materials. LLC.

2. That Rodney J. Janis, Esquire of the law offices of Wilson Elser Moskowitz Edelman & Dicker is authorized to appear on behalf of said Defendant, Rosen Building Supples, Inc. and Rosen Materials. LLC.

DONE and ORDERED at _____, Louisiana, this ____ day of _____, 2011.

_____
Judge

cc: Rodney Janis, Esquire
    Henry Burnett, Esquire
    All Parties Electronically