UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON
MG JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

McDuffie, et al v. Knauf Gips KG, et al
Case No. 2:10-CV-00333.
_____\\

ORDER ON SUBSTITUTION OF COUNSEL

Upon reading and filing of the foregoing Stipulation of Counsel, and the Court having been fully advised in the premises, it is thereupon

ORDERED and ADJUDGED:

1. That Rodney J. Janis, Esquire and Michael W. Switzer, Esquire of the law offices of FOWLER WHITE BURNETT is hereby authorized to withdraw as counsel of record for the Defendant, ANDREWS HARDWARE.

2. That Rodney J. Janis, Esquire and Michael W. Switzer, Esquire of the law offices of Wilson Elser Moskowitz Edelman & Dicker is authorized to appear on behalf of said Defendant, ANDREWS HARDWARE.

DONE and ORDERED at _____, this \_\_\_\_ day of _____, 2011.

_____
Judge

cc:
Rodney J. Janis, Esquire
Henry Burnett, Esquire
All Others Electronically