UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL NO. 09-2047
      PRODUCTS LIABILITY LITIGATION *
       * SECTION: L
       *
       * JUDGE FALLON
       *
       * MAG. JUDGE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO :
Case No. 10-362 SECTL. Mag 2
Rogers, et al. v. Knauf Gips KG, et al

## STIPULATION AND SUBSTITUTION OF COUNSEL

COME NOW, the undersigned attorneys and file this their joint stipulation for substitution of counsel on behalf of the Defendant, Andrews Hardware Company, Inc., in the above styled cause. Rodney J. Janis and Michael W. Switzer, of the law offices of Wilson Elser Moskowitz Edelman & Dicker, will be substituted for Rodney J. Janis and Michael W. Switzer, of the law offices of Fowler White Burnett on behalf of the Defendant, Andrews Hardware Company, Inc.

DATED this 9 day of June, 2011.

| | |
|---|---|
| Michael W. Switzer, Esquire #3728628 | |
| Rodney J. Janis, Esquire | Henry Burnett, Esquire |
| Wilson Elser Moskowitz Edelman & Dicker | Fowler White Burnett |
| 100 Southeast Second Street, Suite 3800 | Espirito Santo Plaza |
| Miami, FL 33131-2126 | 1395 Brickell Avenue |
| (305) 374-4400 | Miami, FL 33131 |
| | (305) 789-9206 |
| By: _____ | By: _____ |
| Rodney J. Janis, Esquire | Henry Burnett, Esq. |
| Florida Bar No. 647896 | Florida Bar No. 010376 |

## CERTIFICATE OF SERVICE

I hereby certify that on  9  day of  June , 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer