UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO :
Case No. 10-362 SECTL. Mag 2
Rogers, et al. v. Knauf Gips KG, et al

## ORDER ON SUBSTITUTION OF COUNSEL

Upon reading and filing of the foregoing Stipulation of Counsel, and the Court having been fully advised in the premises, it is thereupon

ORDERED and ADJUDGED:

1. That Rodney J. Janis and Michael W. Switzer of the law offices of FOWLER WHITE BURNETT is hereby authorized to withdraw as counsel of record for the Defendant, Andrews Hardware Company, Inc.

2. That Rodney J. Janis and Michael W. Switzer of the law offices of Wilson Elser Moskowitz Edelman & Dicker is authorized to appear on behalf of said Defendant, Andrews Hardware Company, Inc.

DONE and ORDERED at _____, Louisiana,, this ____ day of _____, 2011.

_____
Judge

cc:
Rodney J. Janis, Esquire
Henry Burnett, Esquire
All others electronically