UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET : 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

### STIPULATION AND SUBSTITUTION OF COUNSEL

COME NOW, the undersigned attorneys and file this their joint stipulation for substitution of counsel on behalf of the Defendant, Rosen Building Supplies, Inc., in the above styled cause. Rodney J. Janis and Michael W. Switzer of the law offices of Wilson Elser Moskowitz Edelman & Dicker, will be substituted for Rodney J. Janis and Michael W. Switzer, of the law offices of Fowler White Burnett on behalf of the Defendant, Rosen Building Supplies, Inc.

DATED this 9 day of June, 2011.

Michael W. Switzer #728268
Rodney J. Janis, Esquire
Wilson Elser Moskowitz Edelman & Dicker
100 Southeast Second Street, Suite 3800
Miami, FL 33131-2126
(305) 374-4400

By: _____
Rodney J. Janis, Esquire
Florida Bar No. 647896

Henry Burnett, Esquire
Fowler White Burnett
Espirito Santo Plaza
1395 Brickell Avenue
Miami, FL 33131
(305) 789-9206

By: _____
Henry Burnett, Esq.
Florida Bar No. 010376

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9 day of June 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

<u>s/Michael Switzer</u>