UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL DOCKET : 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

*ALL CASES*   MAG. JUDGE WILKINSON

## ORDER ON SUBSTITUTION OF COUNSEL

Upon reading and filing of the foregoing Stipulation of Counsel, and the Court having been fully advised in the premises, it is thereupon

ORDERED and ADJUDGED:

1. That Rodney J. Janis and Michael Switzer of the law offices of FOWLER WHITE BURNETT are hereby authorized to withdraw as counsel of record for the Defendant, Rosen Building Supplies, Inc.

2. That Rodney J. Janis and Michael W. Switzer of the law offices of Wilson Elser Moskowitz Edelman & Dicker are authorized to appear on behalf of said Defendant, Rosen Building Supplies, Inc.

DONE and ORDERED at _____, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
Judge

cc:
Rodney J. Janis, Esquire
Henry Burnett, Esquire
All others electronically