UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON
MG JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG, et al
CASE NO. 2:09-CV-7628

_____\

## STIPULATION AND SUBSTITUTION OF COUNSEL

COME NOW, the undersigned attorneys and file this their joint stipulation for substitution of counsel on behalf of the Defendant, PROBUILD EAST LLC, in the above styled cause. Rodney J. Janis, Esquire, and Michael W. Switzer, Esquire of the law offices of Wilson Elser Moskowitz Edelman & Dicker, will be substituted for Rodney J. Janis, Esquire and Michael W. Switzer, Esquire of the law offices of Fowler White Burnett on behalf of the Defendant, PROBUILD EAST LLC

DATED this 9 day of June, 2011.

Michael W. Switzer, Esquire
Rodney J. Janis, Esquire
Wilson Elser Moskowitz Edelman & Dicker
100 Southeast Second Street, Suite 3800
Miami, FL 33131-2126
(305) 374-4400

By: _____
Rodney J. Janis, Esquire
Florida Bar No. 647896

Henry Burnett, Esquire
Fowler White Burnett
Espirito Santo Plaza
1395 Brickell Avenue
Miami, FL 33131
(305) 789-9206

By: _____
Henry Burnett, Esq.
Florida Bar No. 010376

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above has been served upon all parties by uploading same electronically to LexisNexis File and Serve and the CM/ECF System in accordance with Pretrial Order No. 6 this 9 day of June, 2011.

By: /s/ Rodney Janis