Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107674-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atlantic Homes Development Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA** ss.
County of: **City of Norfolk**
Name of Server: **William L. Sasser Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **November**, 20 **10**, at **11:58** o'clock **A** M

Place of Service: at **109 Nat Turner Blvd.**, in **Newport News, VA  23606**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Homes Development Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Allen, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **60-65**; Approx. Height **6'2"**; Approx. Weight **200 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **18th** day of **November**, 20 **10**

**4-30-2014**

Signature of Server                    Notary Public            (Commission Expires)

APS International, Ltd.

*[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]*