IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| =============================== x | ============================ | |
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x | MDL NO. 2047 SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO: | x x | MAG. JUDGE WILKINSON |
| Payton et al v. Knauf Gips KG et al EDLA 09-07628 AND Vickers et al v. Knauf Gips KG et al EDLA 09-04117 | | |
| =============================== x | ============================ | |

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
## TRACEY DODD

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that the Plaintiffs Steering Committee ("PSC") in the MDL, will take the oral and/or videotaped deposition of **Tracey Dodd** on Thursday, **June 16, 2011** beginning at **9:00 o'clock a.m. CT** at the offices of **Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Suite 4040, One Shell Square, New Orleans, LA  70139, Ph:  (504) 525-6802,** or at another location mutually agreed upon by the parties.

        Primary Examiner:         A member of the PSC or its designee
        Videotaped Deposition:    Yes
        Call-In Number:           **888-337-8218**
                                  **Participant Code:  769758**

1

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

The PSC reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

In addition, the deponent/witness is requested to produce the following:

1. A complete statement of all opinions the witness will express and the basis and reasons for them;
2. Reports on and notes from all inspections done in LA on CDW class representatives and CDW fact witnesses' homes;
3. The data or other information considered by the witness in forming them;
4. Any exhibits that will be used to summarize or support them;
5. The witness's qualifications, including a list of all publications authored in the previous ten (10) years;
6. A list of all other cases in which, during the previous four (4) years, the witness testified as an expert at trial or by deposition; and
7. A statement of the compensation to be paid for the study and testimony in the case.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the

status conference. This is a deposition of a Banner expert on the issue of class certification.

        Respectfully submitted,

        /s/ Leonard A. Davis_____
        **Russ M. Herman** (Bar No. 6819)
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        **HERMAN, HERMAN, KATZ & COTLAR, LLP**
        820 O'Keefe Avenue
        New Orleans, LA  70113
        PH:  (504) 581-4892
        FAX:  (504) 561-6024

        **Plaintiffs' Liaison Counsel**

Dawn M. Barrios  
701 Poydras Street  
Suite 3650  
New Orleans, LA  70139  
PH:  (504) 524-3300  
Fax:  (504) 524-3313  

Robert Josefsberg  
25 Flagler Street  
8th Floor  
Miami, FL  33130  
PH:  (305) 358-2800  
Fax:  (305) 358-2382  

Ben Gordon  
316 S. Baylen Street  
Suite 600  
Pensacola, FL  32502  
PH:  (850) 435-7090  
Fax:  (850) 436-6091  

Arnold Levin  
510 Walnut Street  
Suite 500  
Philadelphia, PA  19106  
PH:  (215) 592-1500  
Fax:  (215) 592-4663  

Jerrold Seth Parker  
3301 Bonita Beach Road  
Bonita Springs, FL  34134  
PH:  (239) 390-1000  
Fax:  (239) 390-0055  

Christopher Seeger  
One William Street  
New York, NY  10004  
PH:  (212) 584-0700  
Fax:  (212) 584-0799  

Scott Weinstein  
12800 University Drive  
Suite 600  
Ft. Myers, FL  33907  
PH:  (239) 433-6880  
Fax:  (239) 433-6836  

Daniel E. Becnel, Jr.  
425 W. Airline Highway  
Suite B  
LaPlace, LA  70068  
PH:  (985) 536-1186  
Fax:  (985) 536-6445  

Ervin Amanda Gonzalez  
255 Aragon Avenue  
Cora Gables, FL  33134  
PH:  (305) 476-7400  
Fax:  305) 476-7444  

Hugh P. Lambert  
701 Magazine Street  
New Orleans, LA  70130  
PH:  (504) 581-1750  
Fax:  (504) 529-2931  

Gerald E. Meunier  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, LA  70163-2800  
PH:  (504) 522-2304  
Fax:  (504) 528-9973  

James Robert  Reeves  
160 Main Street  
Biloxi, MS  39530  
PH:  (228) 374-5151  
Fax:  (228) 374-6630  

Bruce William Steckler  
3102 Oak Lawn Ave.  
Suite 1100  
Dallas, TX  75219  
PH:  (214) 523-6674  
Fax:  (214) 520-1181  

Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431

| | |
|---|---|
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322 | |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　/s/ Leonard A. Davis
　　　　　　　　　　　　　　　　　　　Leonard A. Davis, Esq.
　　　　　　　　　　　　　　　　　　　Herman, Herman, Katz & Cotlar, LLP
　　　　　　　　　　　　　　　　　　　820 O'Keefe Ave.
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70113
　　　　　　　　　　　　　　　　　　　PH: (504) 581-4892
　　　　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　　　　ldavis@hhkc.com

5