Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Black Bear Gypsum Supply, LLC, c/o Gina Milinovich
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of November, 20 10, at 7:00 o'clock PM

Place of Service: at 14733 Turnberry Ct., in Clearwater, FL 33762

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum Supply, LLC, c/o Gina Milinovich**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Gina Milinovich, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 40's ; Approx. Height 5'6" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_ 11-18-10
Signature of Server

Subscribed and sworn to before me this 18th day of November, 20 10
_Elaine F. Jones_
Notary Public (Commission Expires)
3/2/13

**APS International, Ltd.**

