Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Chase Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ___Florida___ ) ss.
County of: ___Lee___ )
Name of Server: ___Barbara Gray___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __24th__ day of __November__, 20 __10__, at __9:20__ o'clock __A__ M

Place of Service: at __1714 Cape Coral Pkwy East__, in __Cape Coral, FL  33904__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in  Interventio**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Chase Construction, Inc.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Kim Harpster, Legal Assistant for Robert Burandt, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Red__ ; Facial Hair _____
Approx. Age __50-55__ ; Approx. Height __5'2"__ ; Approx. Weight __120 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server   #157153

**APS International, Ltd.**

Subscribed and sworn to before me this __1st__ day of __December__, 20 __10__

_Elena Alvarado_
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6577