Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0034

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deangelis Diamond Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Joseph R. Gripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30th day of November, 20 10, at 3:05 o'clock P M

**Place of Service:** at 4001 Tamiami Trail, #250, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Deangelis Diamond Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Morey, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 180 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
X _____
Signature of Server  137299

Subscribed and sworn to before me this 6th day of December, 20 10

_____
Notary Public       (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012