Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Delgado's Painting
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Maria V. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1st__ day of __December__, 20 __10__, at __11:20__ o'clock __A__ M

**Place of Service:** at __422 Terry Parkway__, in __Gretna, LA 70056__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Delgado's Painting**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Cesar Delgado, Owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Hispanic__ ; Hair Color __Balding w/ dark hair__ ; Facial Hair __no__
Approx. Age __44-46__ ; Approx. Height __5'11"__ ; Approx. Weight __200__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Maria Landry__
Signature of Server

Subscribed and sworn to before me this __1st__ day of __December__, 20 __10__

Notary Public (Commission Expires) Tenure for Life

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY