Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Devonshire Properties, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of November, 20 10, at 10:08 o'clock A M

**Place of Service:** at 3412 Bay to Bay Blvd., in Tampa, FL 33629

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Devonshire Properties, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Neil Layton - President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; ~~Facial Hair~~
Approx. Age 56 yrs ; Approx. Height 6'1" ; Approx. Weight 230 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                  17th day of November, 20 10

_Christinia Therien_                                                     _[signature]_
Signature of Server                                                      Notary Public        (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters