Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G & B Roofing & Construction, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__
Name of Server: __Maria V. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1st__ day of __December__, 20 __10__, at __4:12__ o'clock __P__ M

Place of Service: at  __503 Du Monde Drive__, in  Westwego, LA  70094

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**G & B Roofing & Construction, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Bob Hernandez, owner__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Hispanic__; Hair Color __Black__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __5'10"__ ; Approx. Weight __175-180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __6th__ day of __December__, 20 __10__

_Lenine_____
Notary Public       (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY