Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Grand Harbour Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __29th__ day of __November__, 20 __10__, at __8:50__ o'clock __A__ M

Place of Service: at __4422 Del Prado Blvd__, in __Cape Coral, FL  33904__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Grand Harbour Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of a: __Receptionist__, whose name and title is: __Fran Robertson, Receptionist — on 2nd attempt__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __60-65__; Approx. Height __5'5"__ ; Approx. Weight __155 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this that the foregoing is true and correct.                __2nd__ day of __December__, 20 __10__

X __Barbara Gray__       __Elena Alvarado__
Signature of Server  #15153       Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012