Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--HC Seals Drywall Partners
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MISSISSIPPI ) ss.

County of: PEARL RIVER )

Name of Server: STEVEN SCHOLTES, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of Nov , 20 10, at 2:55 o'clock PM

Place of Service: at 125 George Mitchell Rd. , in Carriere, MS 39426

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in  Interventio**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**HC Seals Drywall Partners**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: SARAH SEALS, Office Manager

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GRY ; Facial Hair NO
Approx. Age 67 ; Approx. Height 5'3 ; Approx. Weight 125

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 23 day of November 20 10

_____  6-1-2012
Notary Public   (Commission Expires)

**APS International, Ltd.**

KAREN K. YORDY
Comm #74074
NOTARY PUBLIC
HANCOCK, MISSISSIPPI
Comm. Expires
June 1, 2012