Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0081

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders, Inc., Attn: Michael Yashko
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24th** day of **November**, 20**10**, at **10:15** o'clock **A** M

Place of Service: at **2320 First Street**, in **Fort Myers, FL 33901**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc., Attn: Michael Yashko**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Lisa Fowler, Paralegal for Attorney Michael Yashko**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Brwn**; Facial Hair
Approx. Age **45**; Approx. Height **5'1"**; Approx. Weight **135 lbs**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **157154**

Subscribed and sworn to before me this **2nd** day of **December**, 20 **10**

Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012