Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0093

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Property Investments of Central Flor, dba
Henin International Services
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )
Name of Server: Barry Driskoll, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of November, 20 10, at 11:57 o'clock A M

Place of Service: at 4801 Courthouse Street, Ste. 300, in Virginia Beach, VA 23188

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**International Property Investments of Central Flor, dba Henin International Services**
By delivering them into the hands of an officer or managing agent whose name and title is: Paul W. Gerhardt, Registered agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair NO
Approx. Age 50-55 ; Approx. Height 6' ; Approx. Weight 200 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 16 day of November, 20 10

3-31-2014
Notary Public     (Commission Expires)