Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Ironwood Properties, Inc.
Court Case No. 10-361 Section L

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

| | |
|---|---|
| **Name of Server:** | Michael Rocco _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 23rd day of November , 20 10 , at 11:09 o'clock A. M |
| **Place of Service:** | at 54 SW Boca Raton Blvd. _____ , in Boca Raton, FL 33432 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Ironwood Properties, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Scott Glickstein, Registered Agent / Attorney |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color White ; Hair Color Blad ; Facial Hair _____ Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 150 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Michael Rocco _____ Signature of Server **APS International, Ltd.** | Subscribed and sworn to before me this 29th day of November , 20 10 Jonathan Levy _____ Notary Public     (Commission Expires) |

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.