Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Morris & Sons, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FL** ) ss.
County of: **Brevard** )

Name of Server: **C. L. Shepherdson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **Dec**, 20 **10**, at **1:30** o'clock **P** M

Place of Service: at **561 Rainer Street NE**, in **Palm Bay, FL 32907**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jim Morris & Sons, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jim Morris, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Br** ; Facial Hair **—**
Approx. Age **50** ; Approx. Height **5'10** ; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **3** day of **December**, 20**10**

Notary Public - STATE OF FLORIDA (Commission Expires)
Edwin Neal Chancellor, Jr.
Commission # DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**