UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION:   L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Laura Haya, et al. v. Tiashan Gypsum Co., Ltd f/k/a Shandong Tiahe Dongxin Co., Ltd. et al. Case No. 11-1077 (E.D.La.) | * * * * | |

******************************************

**PLAINTIFFS, MARK AND ANITRA BLAY'S
NOTICE OF REMEDIATION**

     NOTICE IS HEREBY given that Mark and Anitra Blay, Plaintiffs in the above captioned matter, will begin remediation of their property beginning on Wednesday, June 15, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at jepstein@hhkc.com.

                        Respectfully submitted,

                        **/s/ Leonard A. Davis**

                        _____
                        **RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
JEREMY S. EPSTEIN, La. Bar No. 32135
HERMAN, HERMAN, KATZ & COTLAR, LLP**
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Telephone:   (504) 581-4892
                        Fax No.:   (504) 561-6024
                        *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Plaintiffs, Mark and Anitra Blay's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants'

Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9 $^{th}$ day of June    , 2011

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS