## SHAPIRO BLASI WASSERMAN & GORA, P.A.
### ATTORNEYS AT LAW

BRIAN M. BECHER
ANDREW B. BLASI
ADAM S. CHOTINER[2]
THOMAS A. CONRAD[8]
ANDREW M. DECTOR[1]
ROBIN I. FRANK
MICHAEL H. GORA[4]
ELLEN M. LEIBOVITCH[2]
DANIEL R. LEVINE[2]
SETH A. MARMOR[3,5,6]
DAVID LLOYD MERRILL
MICHAEL B. SHAPIRO
JEFFREY P. WASSERMAN
AARON A. WERNICK[7]

CORPORATE CENTRE AT BOCA RATON
SUITE 400
7777 GLADES ROAD
BOCA RATON, FLORIDA 33434

TELEPHONE (561) 477-7800
FAX (561) 477-7722
BROWARD (954) 989-8100
E-MAIL: attorneys@sbwlawfirm.com
www.sbwlawfirm.com

OF COUNSEL
BRENDA M. ABRAMS
SANFORD L. MUCHNICK
ROBIN CARAL SHAW
GARY E. SHERMAN

HOLLYWOOD OFFICE
EMERALD VILLAGE PROFESSIONAL PLAZA
3864 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021

1 ADMITTED IN FL & NJ
2 BOARD CERTIFIED IN LABOR & EMPLOYMENT LAW
3 ADMITTED IN FL & NY
4 BOARD CERTIFIED IN FAMILY AND MATRIMONIAL LAW
5 BOARD CERTIFIED IN ELDER LAW
6 BOARD CERTIFIED IN WILLS, TRUSTS & ESTATES
7 ADMITTED IN FL, CA & WI
8 CERTIFIED CIRCUIT CIVIL MEDIATOR

May 24, 2011

Plaintiffs' Steering Committee
Chinese Drywall Litigation
c/o Bruce W. Steckler, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Re: Motion to withdraw as counsel for James Poggio as to Chinese Drywall Litigation

Dear Bruce:

Please let this letter serve as consent by Shapio, Blasi, Wasserman & Gora, PA for the Plaintiffs' Steering Committee ("PSC") to enter a motion, on behalf of our firm, to withdraw as counsel for James Poggio as to claims he may have related to Chinese manufactured drywall. It is our understanding that Mr. Poggio has retained David Horsley, Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, to continue to pursue his claims.

Should you or the PSC require any additional information or documents to complete this matter, please do not hesitate to contact me.

Respectfully submitted,

Michael B. Shapiro
Managing Partner

MBS/vmb