

Jeremy W. Alters
David C. Rash
Robert C. Gilbert
Justin D. Grosz
Matthew T. Moore
Bruce Rogow, Special Counsel

<u>*Via E-mail and U.S. Mail*</u>

May 24, 2011

Plaintiffs' Steering Committee
Chinese Drywall Litigation
c/o Bruce W. Steckler, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

      Re:  Motion to withdraw as counsel for James and Janice Poggio as to Chinese Drywall Litigation

Dear Bruce:

    Let this letter serve as consent by Alters Law Firm (f/k/a Alters Boldt Brown Rash & Culmo) for the Plaintiffs' Steering Committee ("PSC") to enter a motion, on behalf of our firm, to withdraw as counsel for James and Janice Poggio as to claims they may have related to Chinese manufactured drywall. It is our understanding that Mr. and Mrs. Poggio have retained David Horsley, Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200 Birmingham, Alabama 35203, to continue to pursue their claims.

    Should you or the PSC require any additional information or documents to complete this matter, please do not hesitate to contact me.

                         Very truly yours,

                         Matthew T. Moore, Esq.

MTM/jr

www.alterslaw.com

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, Florida 33137 • Telephone: 305-571-8550 • Fax: 305-571-8558