UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-252 (E.D.La.). | |

**BRIAN LAMBERT'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANT, PAUL HOMES OF FLORIDA, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Brian Lambert hereby dismisses, without prejudice, all of his claims against DEFENDANT(s) Paul Homes of Florida, Inc., in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Brian Lambert shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Eric O'Steen, counsel for Brian Lambert, dated 05/09/2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

         Respectfully submitted,

Dated: June 9, 2011

         /s/ Russ M. Herman
         Russ M. Herman, Esquire (Bar No. 6819)
         Leonard A. Davis, Esquire (Bar No. 14190)
         Stephen J. Herman, Esquire (Bar No. 23129)
         HERMAN, HERMAN, KATZ & COTLAR, LLP
         820 O'Keefe Avenue
         New Orleans, Louisiana 70113
         Phone: (504) 581-4892
         Fax: (504) 561-6024
         LDavis@hhkc.com
         *Plaintiffs' Liaison Counsel*
         *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of June, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047