**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | |

**ANTHONY & DONNA BRESCIA'S NOTICE OF**
**VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,**
**OF DEFENDANT(S)**

      Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Anthony & Donna Brescia, hereby dismisses, without prejudice, all of their claims against DEFENDANT(s), in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Eric O'Steen, counsel for Anthony & Donna Brescia dated May 9, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                        Respectfully submitted

Dated: June 9, 2011               /s/ Russ M. Herman
                                    Russ M. Herman, Esquire (Bar No. 6819)
                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                    HERMAN, HERMAN, KATZ & COTLAR, LLP
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    LDavis@hhkc.com
                                    *Plaintiffs' Liaison Counsel*
                                    *MDL 2047*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of June, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047