

# REICH & BINSTOCK, LLP

A Partnership Including Professional Corporations
ATTORNEYS & COUNSELORS AT LAW

4265 San Felipe, Suite #1000
Houston, TX 77027
Phone: 713-622-7271
Fax: 713-623-8724
Web: www.reichandbinstock.com

**HOUSTON • LOS ANGELES • NEW ORLEANS**

May 9, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
                Payton, et al. v. Knauf GIPS KG, et. al.; Case No. 2:09-cv-07628 (E.D.La.)

Dear Russ and Lenny:

     My client(s), Anthony & Donna Brescia, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant(s) in the above matter.

                                          Very truly yours,

                                          Eric O'Steen

Enclosures: as stated
EO/dja