UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al.* v. KNAUF GIP KG, *et al.*, Case No. 2:09-cv-07628-EEF-JCW | |

_____/

### J. HELM CONSTRUCTION, INC.'S
### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
### IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant, J. Helm Construction, Inc. ("J. Helm"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss With Prejudice the Claims Brought Against It in the Amended Payton Omnibus Class Action Complaint* (Omni I) filed on July 12, 2010 [D.E. 4370]. Through the proposed Notice of Supplemental Authority, J. Helm seeks to inform the Court of recent Florida drywall decisions that offer additional support for J. Helm's arguments in its Motion to Dismiss. A proposed order granting J. Helm's leave to file its supplemental authority is attached as Exhibit **A**. The Notice of Supplemental Authority and its associated exhibits are attached as Exhibits **B-F**.

{M3061935;1}

Dated: June 9, 2011

                         BY: /s/ Michael A. Sayre
                               Valerie Greenberg, Esq.
                               Fla. Bar No. 026514
                               Samantha Kavanaugh, Esq.
                               Fla. Bar No. 0194662
                               Michael Sayre, Esq.
                               Fla. Bar No. 17607
                               One Southeast Third Avenue, 25th Floor
                               Miami, FL 33131-1714
                               Phone: (305) 374-5600
                               Fax: (305) 374-5095
                               Email: valerie.greenberg@akerman.com
                               Email: samantha.kavanaugh@akerman.com
                               Email: michael.sayre@akerman.com

                               *Attorneys for J. Helm Construction, Inc.*

*Co-Counsel for J. Helm Construction, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
         Susie.morgan@phelps.com
         Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that *J. Helm Construction, Inc.'s Motion for Leave to File Supplemental Authority in Further Support of Its Motion to Dismiss* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2011.

/s/     Michael A. Sayre

{M3061935;1}