# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 02047
PRODUCTS LIABILITY LITIGATION            SECTION L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## ROBERT/CHARLES BUILDERS, INC.'S
### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant, Robert/Charles Builders, Inc. ("Robert/Charles"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss With Prejudice the Claims Brought Against It in the Rogers Amended Class Action Complaint* filed on July 27, 2010 [D.E. 4668] and its *Motion to Dismiss With Prejudice the Claims Brought Against it in the Barbee Omnibus Class Action Complaint in Intervention* filed on May 20, 2011 [D.E. 8851]. Through the proposed Notice of Supplemental Authority, Robert/Charles seeks to inform the Court of recent Florida drywall decisions that offer additional support for Robert/Charles's arguments in its Motion to Dismiss. A proposed order granting Robert/Charles leave to file its supplemental authority is attached as Exhibit **A**. The Notice of Supplemental Authority and its associated exhibits are attached as Exhibits **B-E**.

{M3062055;1}

Dated: June 9, 2011

        By: /s/ Michael A. Sayre
            Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
            Samantha Kavanaugh, Esq. (Fla. Bar No. 0194662)
            Michael Sayre, Esq. (Fla. Bar No. 17607)
            One Southeast Third Avenue, 25th Floor
            Miami, FL 33131-1714
            Phone: (305) 374-5600
            Fax: (305) 374-5095
            Email: valerie.greenberg@akerman.com
                    samantha.kavanaugh@akerman.com
                    michael.sayre@akerman.com

            *Attorneys for Robert/Charles Builders, Inc.*

*Co-Counsel for Robert/Charles Builders, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

{M3062055;1}

## CERTIFICATE OF SERVICE

I hereby certify that *Robert/Charles Builders, Inc.'s Motion for Leave to File Supplemental Authority in Further Support of Its Motion to Dismiss* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2011.

/s/    Michael A. Sayre