UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
PRODUCTS LIABILITY LITIGATION             SECTION L

                                          JUDGE FALLON
                                          MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

### ORDER GRANTING ROBERT/CHARLES BUILDERS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Robert/Charles Builders, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, Robert/Charles Builders, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Robert/Charles Builders, Inc.'s previously filed Motions to Dismiss [D.E.s 4668 and 8851].

NEW ORLEANS, LOUISIANA, this ____ day of June, 2011.

_____
ELDON E. FALLON
United States District Court Judge

{M3062089;1}