UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 09-7628 *Sean Payton, et al. v. Knauf Gips KG, et al.* | : : | |

(Omnibus Complaint in Intervention I(C) - Plaintiffs Bonnie and John H. Adams, et al.)

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., Centerline Homes Construction, Inc., and Centerline Homes, Inc.'s *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including June 30, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants in Plaintiffs' Bonnie and John H. Adams, III, et al., Omnibus Class Action Complaint in Intervention I(C).

New Orleans, Louisiana this _____ day of June 2011.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**