# WOLFE LAW GROUP

NEW ORLEANS
4821 PRYTANIA STREET
NEW ORLEANS, LA
70115
(504)894-9653
F:(866)761-8934

SEATTLE
#9 S JACKSON ST, #77275
SEATTLE, WA
98104-2818
(206)801-1600
F:(866)761-8934

June 09, 2011

TO:  Leonard A. Davis, Esq.
     Russ M. Herman, Esq.
     Herman, Herman, Katz & Cotlar, LLP
     820 O'Keefe Avenue, Suite 100
     New Orleans, LA 70113

CC:  Glen R. Galbraith via email only

In Re: Chinese Manufactured Drywall Products Liability Litigation
       David Gross, et al, v. Knauf Gips, KG, et al.
       Case No.: 09-7628

**SENT VIA EMAIL**
MGaughan@lfsblaw.com and LDAVIS@hhkc.com

Dear Lenny and Russ:

My clients, Jennifer & Frank Caminita and Peter Nieto, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Smith and Core, Inc., in the above referenced Omnibus Complaint. Jennifer & Frank Caminita and Peter Nieto shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Best Regards,
WOLFE LAW GROUP, L.L.C.

Seth J. Smiley
*Counsel for Jennifer & Frank Caminita and Peter Nieto*