Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  107674-0104

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Kevin Burton
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Marva V. Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _December_, 20 _10_, at _9:17_ o'clock _A_ M

**Place of Service:** at _11120 S. Idlewood Court_, in _New Orleans, LA  70128_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kevin Burton**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of _Mrs Kevin Burton_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Kevin Burton** _wife of Kevin Burton_
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _Brown_; Hair Color _Black_; Facial Hair _No_
Approx. Age _43_; Approx. Height _5'8"_; Approx. Weight _150_
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Marva Landry_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this
_10_ day of _December_, 20 _10_
_Tenure for Life_
Notary Public   (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY