**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips, KG et al., Case No. 2:09-cv-07628 | MAG. JUDGE WILKINSON |

_____/

**NOTICE OF APPEARANCE**

The law firm of Murai, Wald, Biondo & Moreno, P.A., hereby files its appearance as counsel of record on behalf of Defendant NORTHSTAR HOMEBUILDERS, LLC and requests that copies of all pleadings, notices, motions, orders and other documents filed in this proceeding be sent to the undersigned counsel pursuant to the procedures established by this Court.

Respectfully submitted,

MURAI, WALD, BIONDO
& MORENO, P.A.
1200 Ponce de Leon Boulevard
Coral Gables, FL 33134
Tel: (305) 444-0101
Fax: (305) 444-0174

By: s/ Allen P. Pegg .
Allen P. Pegg
Florida Bar No. 597821
apegg@mwbm.com
Gerald B. Wald
Florida Bar No. 215112
gwald@mwbm.com

**CERTIFICATE OF SERVICE**

     IT IS HEREBY CERTIFIED that on June 10, 2011, the foregoing Notice has been served on all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court by using the CM/ECF system this 10th day of June, 2011, which will serve a Notice of Filing on all counsel of record in accordance with the procedures established in MDL 2047.

                                     By:  s/ Allen P. Pegg   .