UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Kenneth and Barbara Wiltz, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Beijing New Building Materials | ) | |
| Public Limited Co., et al. | ) | |
| Case No. 10-361 | ) | |
| _____ | ) | |

## PLAINTIFFS WILLIAM AND STACEY PEEK'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY IN ORDER TO SERVE A REQUEST FOR PRODUCTION ON DEFENDANT DEVONSHIRE PROPERTIES, INC.

Plaintiffs William and Stacey Peek hereby submit the following Memorandum in Support of their Motion to Lift Stay in Order to Serve a Request for Production on Defendant Devonshire Properties, Inc.

Plaintiffs are contemplating repairing and remediating their home due to the presence of defective Chinese drywall. Plaintiffs need the blueprints, design drawings, as-built plans, and specifications for their home in order to obtain bids for the repair and remediation of their home. Pursuant to Florida Statutes section 558.004(15), Plaintiffs are entitled to blueprints, design drawings, as-built plans, and specifications for their home.

Florida Statutes section 558.004(15) provides that a mandatory exchange of information be conducted between a claimant for construction defect and a person placed on notice of the construction defect. Upon written notice and request, the Defendant was requested to provide Plaintiffs with the following: "any design plans, specifications, and as-built plans; any documents detailing design drawings or specifications." Ex. "A," attached hereto.

1

On October 21, 2009, Plaintiffs sent a notice letter to Defendant Devonshire Properties, Inc. pursuant to Florida Statutes section 558.004(15), requesting, in part, design plans, specifications, and as-built plans.  Ex. "A," attached hereto.  In reply to Plaintiffs' counsel's October 21, 2009 letter, Defendant Devonshire Properties, Inc. did not provide any blueprints, or as-built plans for the home as requested.  Ex. "B," attached hereto.

Once again, on October 13, 2010, Plaintiffs' counsel requested the aforementioned materials from Defendant's counsel.  In response, Defendant's Florida counsel directed Plaintiffs to speak with Defendant's Louisiana counsel.  Ex. "C," attached hereto.  Undersigned counsel contacted Defendant's Louisiana counsel telephonically and was asked to serve a Request for Production.

Plaintiffs seek to lift the stay to serve a single Request for Production for the blueprints, design drawings, specifications, and as-built plans of Plaintiffs' home upon Defendant Devonshire Properties, Inc.  Plaintiffs' Proposed Request for Production, Ex. "D," attached hereto.  In addition to being entitled to the information under Florida Statutes section 558.004(15), the requested items are within the scope of discovery contemplated by Fed. R. Civ. P. 26.

WHEREFORE, Plaintiffs William and Stacey Peek respectfully request that the Court schedule argument on the foregoing motion following the monthly status conference scheduled for June 14, 2011, or at a time set by the Court.

Respectfully Submitted,

Dated: June 10, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew Lemmon
Lemmon Law Firm, LLC
650 Poydras Street
Suite 2335
New Orleans, LA  70130
P.O. Box 904
Hahnville, LA  70057
Phone:  (985) 783-6789
Fax:  (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com