

**Colson Hicks Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

October 21, 2009

**Via FEDEX**
Devonshire Properties, Inc.
c/o Gary A. Gibbons, Esq.
Gibbons, Neuman, et al.
3321 Henderson Boulevard
Tampa, Florida 33609
Fax: (813) 877-9290

    Re:    Defective Drywall—William & Stacy Peek, residence address
             11 Baffin Ave., Tampa, FL 33606

Dear Mr. Gibbons:

       We write to advise you that we represent the Peeks in their claim against your client, Devonshire Properties, Inc. (and, possibly, Devonshire Custom Homes, LLC as an alter ego or for successor liability), for the construction defects due to Devonshire's construction of the Peeks' home with defective Chinese drywall. We are writing to you based on your directive to the Peeks not to contact your clients' principals. As your client(s), by your letter to the Peeks and by Devonshire's inaction, has already denied the Peeks' claim under ch. 558, Florida Statutes, we write to request certain information from you set forth below.

       This letter is also our formal request pursuant to Fla. Stat. § 627.4137 regarding the disclosure of certain information pertaining to insurance coverage. Pursuant to the Statute, please provide us with a statement within thirty (30) days, under oath, of a corporate officer setting forth the following information with regard to each known policy of insurance on the aforementioned property, including excess or umbrella insurance:

    1.    The name of the insurer;

    2.    The name of each insured;

    3.    The limits of the liability coverage;

    4.    A statement of any policy or coverage defense which the insurer reasonably believes is available to the insurer at the time of filing such statement;

    5.    <u>A copy of the entire policy</u> (we will not accept a declaration page);

    6.    The name and coverage of each known insurer of your policy holder.

| The Law Firm of Colson Hicks Eidson
| 255 Aragon Avenue | 2nd Floor | Coral Gables, Florida | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com



PLAINTIFF'S EXHIBIT A


Colson
Hicks
Eidson

  We request that you take all steps necessary to preserve all evidence regarding Devonshire Properties' involvement in the construction of the subject home so that we may have the opportunity to inspect the same.

  Under Florida Statutes section 558.004(15), within 30 days, please provide us with any design plans, specifications, and as-built plans; any documents detailing the design drawings or specifications; photographs, videos, and expert reports that describe any defect upon which the claim is made; subcontracts; and purchase orders for the work that is claimed defective or any part of such materials. Also please provide us with the notice letters your client(s) sent to its subcontractors as referenced in your August 17, 2009, correspondence to the Peeks. We will pay the reasonable costs of reproduction. Thank you for your anticipated cooperation in this regard.

  In addition, this letter confirms that, at an August meeting, the Peeks delivered notice to Devonshire of not only the drywall issues but also of other defects and non-compliances with specifications, and those defects and non-compliances also require repair and/or replacement. All of these defects and non-compliances are detailed in the report the Peeks hand delivered to Devonshire at the meeting; the report is by Adam M. Harden of Dovetail Project. As with the drywall, Devonshire has denied the existence of any defects and has failed to correct these issues.

  Since the meeting, the Peeks have compiled a list of even more defects and non-compliances with specifications, all of which also require repair and/or replacement. These are:

1. Both sets of garage doors need adjustment and the single-car garage has a track wheel that came off.
2. Butler pantry refrigerator door does not close properly.
3. Exterior paint not finished.
4. Interior paint not finished.
5. Side door in two-car garage does not close.
6. Bo's bedroom entry door does not close.
8. Bo's bedroom closet pocket door does not slide properly (paint scratches when door slides).
9. Ice maker in main refrigerator does not work.
10. Garage floors surfacing is peeling up.
11. Interior stain not finished and needs touch up.
12. Exterior stain in ceilings is not finished.
13. Ceilings have seam problem throughout the house.
14. Drywall seams on walls have problem throughout the house.
15. Christina's bathroom toilet flushes improperly.
16 AC drainage pipes doubled up together causing large puddle.
17. Electric out in family room wall (60" TV does not work).
18. Downstairs guest bedroom electric does not work.
19. Guest bathroom electric does not work.
20. Lights in main entry: breaker keeps blowing.

2



21. Lights in main stairway and upstairs hallway; breaker keeps blowing.
22. Base molding needs caulking in various areas.
23. Triple crown molding needs caulking in various areas.
24. Both sets of stairwells need final coat of white paint.
25. Lights in different parts of the house keep blowing.
26. Lights switches on walls become very warm while on.
27. The trim around all doors and window is supposed to be textured, but some is not.
28. There is a perpetual odor of rotten eggs in the house (plumbers have not been able to find a cause in the plumbing system).
29. Paint throughout the house has streaks (and Sherwin Williams has not been figure out a fix).
30. Light fixtures are corroding.

We look forward to your early reply. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Ervin A. Gonzalez