**From:** GFPTAMPA@aol.com [mailto:GFPTAMPA@aol.com]
**Sent:** Wednesday, February 16, 2011 2:03 PM
**To:** Montoya, Patrick
**Cc:** gthodges1@msn.com
**Subject:** Re: BLUE PRINTS 11 BAFFIN

In a message dated 10/13/2010 9:33:30 A.M. Eastern Standard Time, patrick@colson.com writes:
Dear Mr. Gibbons,

Pursuant to Florida Statutes section 558.004(15), we make our request for any design plans, specifications, as-built plans; any documents detailng the design drawings or specifications regarding the subject property. We also offer to pay the reasonable costs of reproduction of the same. We believe we have made this request before, but in an abundance of caution, and in the spirit of cooperation in this matter, we do so again. Florida Statutes section 558.004(15) provides as follows:

"Upon request, the claimant and any person served with notice pursuant to subsection (1) shall exchange, within 30 days after service of a written request, which request must cite this subsection and include an offer to pay the reasonable costs of reproduction, any design plans, specifications, and as-built plans; any documents detailing the design drawings or specifications; photographs, videos, and expert reports that describe any defect upon which the claim is made; subcontracts; and purchase orders for the work that is claimed defective or any part of such materials. In the event of subsequent litigation, any party who failed to provide the requested materials shall be subject to such sanctions as the court may impose for a discovery violation. Expert reports exchanged between the parties may not be used in any subsequent litigation for any purpose, unless the expert, or a person affiliated with the expert, testifies as a witness or the report is used or relied upon by an expert who testifies on behalf of the party for whom the report was prepared."

Thank you in advance for your anticipated cooperation and early reply.

Very truly yours,

Patrick S. Montoya, Esq.
Partner
Colson Hicks Eidson
255 Aragon Ave., 2nd Floor
Coral Gables, FL 33134
Phone: 305-476-7400
Fax: 305-476-7476
email: Patrick@colson.com<mailto:Patrick@colson.com>

---

From: Gary Gibbons [ggibbons@GibbLaw.com]
Sent: Wednesday, October 13, 2010 10:30 AM
To: GFPTAMPA@aol.com



PLAINTIFF'S EXHIBIT
C

Cc: Gonzalez, Ervin; Montoya, Patrick; gthodges1@msn.com
Subject: RE: BLUE PRINTS 11 BAFFIN

In light of the pending litigation, any request for documents should be made through a formal request for production addressed to Louisiana counsel representing Devonshire Properties, Inc.

Gary A. Gibbons, Esquire
Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A.
3321 Henderson Boulevard
Tampa, FL 33609
Tel: 813 877-9222
Fax: 813 877-9290
ggibbons@gibblaw.com<mailto:rneuman@gibblaw.com>

---

Information contained in this message, and any attachments thereto, may be attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. - Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A.

Circular 230 Notice:  In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

From: GFPTAMPA@aol.com [mailto:GFPTAMPA@aol.com]
Sent: Wednesday, October 13, 2010 10:12 AM
To: Gary Gibbons
Cc: ervin@colson.com; Patrick@colson.com; gthodges1@msn.com
Subject: Re: BLUE PRINTS 11 BAFFIN

In a message dated 9/28/2010 11:58:27 A.M. Eastern Daylight Time, ggibbons@GibbLaw.com writes:
I will inquire with my client and let you know.  I don't know if they will be able to provide a set of the plans this afternoon on short notice.

Gary A. Gibbons, Esquire
Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A.
3321 Henderson Boulevard
Tampa, FL 33609
Tel: 813 877-9222
Fax: 813 877-9290
ggibbons@gibblaw.com<mailto:rneuman@gibblaw.com>

---

Information contained in this message, and any attachments thereto, may be attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any

dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. - Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A.

Circular 230 Notice: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

From: GFPTAMPA@aol.com [mailto:GFPTAMPA@aol.com]
Sent: Tuesday, September 28, 2010 10:23 AM
To: dpropert@tampabay.rr.com; Gary Gibbons
Cc: ervin@colson.com; Patrick@colson.com; gthodges1@msn.com
Subject: BLUE PRINTS 11 BAFFIN

Neil & Debbie Layton,

   Neil I need Blue prints of 11 Baffin for remediation of the my house. I would like to pick up today at 3:00 P.M. If you have a problem let me know when I can pick up blue prints.

Many Thanks,

William R. (Billy) Peek
President/CEO
Global Friction Products, Inc.
2003 South 50th Street
Tampa, Fl 33619
877-285-2700 TOLL FREE
813-241-2700 OFFICE
813-241-2730 FAX
813-390-0000 CELL
www.globalfrictionproducts.com<http://www.globalfrictionproducts.com/>

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Mr. Gibbon's this is my 3rd attempt could you please get me copy of 11 Baffin Avenue blue prints for my remediation.

Many Thanks,

William R. (Billy) Peek
President/CEO
Global Friction Products, Inc.
2003 South 50th Street
Tampa, Fl 33619
877-285-2700 TOLL FREE
813-241-2700 OFFICE
813-241-2730 FAX
813-390-0000 CELL
www.globalfrictionproducts.com<http://www.globalfrictionproducts.com/>

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Patrick I have not received blue prints can you please ask for another copy so I can get quotes on remediation for my house.

Many Thanks,

**William R. (Billy) Peek**
**President/CEO**
**Global Friction Products, Inc.**
**2003 South 50th Street**
**Tampa, Fl 33619**
**877-285-2700 TOLL FREE**
**813-241-2700 OFFICE**
**813-241-2730 FAX**
**813-390-0000 CELL**
**www.globalfrictionproducts.com**

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.