UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Kenneth and Barbara Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al. Case No. 10-361 _____ | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER**

Considering Plaintiffs William and Stacey Peek's Motion to Lift Stay in Order to Serve a Request for Production on Defendant Devonshire Properties, Inc.,

IT IS ORDERED that the stay is lifted in this case in order for Plaintiffs William and Stacey Peek to serve Defendant Devonshire Properties, Inc. with a Request for Production.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge