UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

* * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR JUNE 14, 2011 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. INSURANCE ISSUES

IV. STATE/FEDERAL COORDINATION

V. OMNIBUS CLASS ACTION COMPLAINTS

VI. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII. MEDIATION

VIII. PILOT PROGRAM

IX. CLASS CERTIFICATION HEARINGS

X. KNAUF DEFENDANTS

XI. TAISHAN DEFENDANTS

XII. INTERIOR EXTERIOR DEFENDANT

XIII.  BANNER DEFENDANTS

XIV.  FREQUENTLY ASKED QUESTIONS

XV.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVI.  NEXT STATUS CONFERENCE