UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**Vickers et al. v. Knauf Gips KG, et al.**
**EDLA 09-04117**
**Payton, et al. v. Knauf Gips KG et al.**
**EDLA 09-07628**
_____/

### BANNER SUPPLY CO.'S MOTION TO EXCLUDE TESTIMONY OF LEE H. WARONKER, MAI, SRA

Defendant, Banner Supply Co., a Florida Corporation (hereinafter "Banner"), by and through their undersigned counsel, hereby file this files this Motion to Exclude Testimony of Lee H. Waronker, MAI, SRA and moves this Honorable Court to GRANT Banner's motion. In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

Respectfully submitted, this 10th day of June, 2011.

                              **WEINBERG, WHEELER, HUDGINS,**
                              **GUNN & DIAL, LLC**

                              */s/ Shubhra R. Mashelkar*
                              **SHUBHRA R. MASHELKAR, ESQUIRE**
                              Georgia Bar Number: 475388
                              3344 Peachtree Road, Suite 2400
                              Atlanta, GA  30326
                              Telephone (404) 876-2700
                              smashelkar@wwhgd.com
                              *Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Supply Company's Motion to Exclude Testimony of Lee H. Waronker, MAI, SRA** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 10th day of June, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**