# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2   _____
                                §   MDL NO. 2047
                                §
 3   IN RE:                     §
     CHINESE-MANUFACTURED       §   SECTION: L
 4   DRYWALL PRODUCTS LIABILITY  §
     LITIGATION                 §
 5   _____    §   JUDGE FALLON
                                §
 6   THIS DOCUMENT RELATES TO    §
     ALL ACTIONS                §   MAG. JUDGE
 7                              §    WILKINSON
                                §
     _____
 8
 9
10
11              THURSDAY, MAY 19, 2011
12                 - CONFIDENTIAL -
13       SUBJECT TO CONFIDENTIALITY FURTHER REVIEW
14                     - - -
15
16
              Videotaped deposition of LEE WARONKER,
17   MAI, SRA, held at the offices of HERMAN HERMAN
     KATZ & COTLAR, 820 O'Keefe Avenue, New Orleans,
18   Louisiana, commencing at 9:03 a.m., on the above
     date, before Lori Cobb, Certified Court Reporter
19   (LA), Registered Professional Reporter, Certified
     LiveNote Reporter.
20
21                     - - -
22          GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591.5672
24              deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

1       Q      And for how long have you held that?

2       A      Probably be the early 1990s.

3       Q      Do you have any special certifications

4    or licenses with respect to stigma analysis?

5       A      No.

6       Q      Or environmental contamination analysis?

7       A      No.

8       Q      Have you ever written any articles on

9    environmental contamination analysis?

10      A      No.

11      Q      Have you ever given any lectures or

12   speeches regarding environmental contamination

13   analysis?

14      A      No.

15      Q      And same questions with respect to

16   stigma; have you written any articles on stigma

17   analysis?

18      A      No.

19      Q      Given any lectures or speeches regarding

20   stigma analysis?

21      A      No.

22      Q      Do you have any particular expertise in

23   that area?

24      MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

```
 1              Form.

 2         THE WITNESS:

 3         A    General expertise?  Other than

 4    experience, no.

 5    BY MS. GARVEY:

 6         Q    I don't know if I asked for this, but I

 7    would like to get copies of the deposition

 8    transcripts from the cases in which you testified

 9    as a stigma expert also.

10         A    Let me ask you, how do I get those?

11         Q    They're not in your files?

12         A    No.

13         Q    Then we'll have to look into it; the

14    attorneys who represented you at the time should

15    have copies.

16              You are not an engineer; is that

17    correct?

18         A    Correct.

19         Q    Nor an industrial hygienist?

20         A    Correct.

21         Q    Not a doctor?

22         A    Correct.

23         Q    Or a chemist?

24         A    Correct.
```

Confidential - Subject to Further Confidentiality Review

1    that could have informed your opinion further;

2    isn't that correct?

3         A     I think you're looking to specific

4    numbers, and B is a general statement that people

5    who would purchase a home that has been remediated

6    will expect a discount.  Now you're going to get

7    to the question of quantifying that discount.

8    That's a whole different analysis.

9         Q     Except the first sentence you're not

10    talking about consumer choice, you simply state

11    the value of homes.

12         A     Well, the value of a home would be based

13    upon consumers; those are the people who buy it,

14    and that's the basis of value.

15         Q     Right.  And the way you can see value is

16    by looking at market data; isn't that correct?

17         A     You could, yes.

18         Q     Okay.

19              You could look to see what remediated

20    homes are selling for versus neighboring homes

21    that never had Chinese drywall in the first place;

22    correct?

23         A     Yes, you could.

24         Q     But you did not do that in offering your

Confidential - Subject to Further Confidentiality Review

```
 1    opinion B; correct?

 2         A    In January of '11, no, I did not.

 3         Q    And you haven't done it still to this

 4    day; is that correct?

 5         A    I have not been asked to do it.

 6         Q    Nor have you done it?

 7         A    Nor have I done it.

 8         Q    In letter C, you say:  The loss in value

 9    of homes that have defective Chinese-manufactured

10    drywall and that were repaired/remediated with

11    Chinese-manufactured drywall is known as stigma

12    damages.  The consumer's fear, whether reasonable

13    or not, is recognized in the real estate and

14    appraisal industry, and stigma damages will result

15    in diminution of value.

16              I think I read that correctly.

17         A    I digress.  Going back to part B; B is

18    that homes -- (Reading to self.)

19              Okay.  I'm sorry.  Go ahead.

20         Q    Looking at paragraph C.

21         A    Right.

22         Q    The first sentence just simply states an

23    appraisal concept that that's known as stigma

24    damages; correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1    and here I'm quoting:  Gets being towards the art

 2    part, not the science part?

 3         A    Correct.

 4         Q    Do you recall testifying to that?

 5         A    I do.

 6         Q    And would you still agree with that

 7    statement?

 8         A    I think now we're in a bit more -- with

 9    the new data that we'd be able to do it more

10    towards the science than the art.

11         Q    And the statement that you made at your

12    deposition was regarding associated risk.  At that

13    time it would have also been true for stigma

14    analysis; correct?

15         A    Correct.

16         Q    And now you're saying with the available

17    data that's currently out there, you could get

18    more towards the science part for associated risk.

19    Is that also true for stigma analysis?

20         A    Yes.

21         Q    You further testified in Seifart that

22    because there isn't the experience in the

23    marketplace, you would have to do it -- this is

24    now a quote:  You would have to do it on a
```

Confidential - Subject to Further Confidentiality Review

1    case-by-case basis, query individuals, interview

2    people to see what effect it would have.  End

3    quote.

4            Do you recall testifying to that?

5        A    Vaguely.

6        Q    Do you agree with that testimony?

7        A    Yes.

8        Q    And do you still agree with that

9    testimony?

10       A    Yes.

11       Q    It's important to look at each home on a

12   case-by-case basis and to discuss the issues with

13   individuals; correct?

14       A    That was for analysis of being able to

15   estimate the stigma damages.  So what we're

16   talking there is about individual case studies to

17   see if there's any consistency as to loss in value

18   in purchasing a home that had Chinese drywall that

19   was not fixed and/or had Chinese drywall that was

20   remediated and fixed up.

21       Q    Right.  Individual case studies of

22   different homes; correct?

23       MR. MONTOYA:

24           Form.

1          THE WITNESS:

2          A     We call it -- you would want to pair

3     sales, is what we call it.  But, yes, individual

4     case studies.

5     BY MS. GARVEY:

6          Q     So when you say pair sales, you mean

7     you'd look at a home in a given neighborhood, and

8     then the neighboring home, and compare those?

9          A     Correct.

10          Q     And then in a different town you'd also

11     try to pair up two homes, and then the next town

12     over, the same thing; correct?

13          A     Correct.

14          Q     Trying to look at homes that are as

15     alike as possible?

16          A     Correct.

17          Q     And that's the case for stigma analysis

18     as well as associated risk analysis; correct?

19          A     Correct.

20          Q     You testified in your deposition in

21     Seifart that there's no literature that supports

22     any statistical analysis of any quantitative

23     number approach regarding associated risk

24     analysis.

Confidential - Subject to Further Confidentiality Review

```
 1        Q     Okay.

 2              Are there any articles in the trade

 3     press regarding stigma damage analysis for Chinese

 4     drywall?

 5        A     I'm sure there are.

 6        Q     Did you review any?

 7        A     I don't recall.

 8        Q     You don't recall any?

 9        A     I don't recall reviewing them.  Again,

10     over and over again, I've read hundreds of

11     articles.  To remember which ones said which, I

12     really don't -- you know, I don't recall.

13        Q     Okay.

14        A     I've not done a bibliography of what

15     I've read and what it said, what I read and what

16     it said.  I'm looking online at a lot of articles,

17     I'm looking at journals at a lot of articles, I'm

18     not keeping track of that.

19        Q     You know, though, that as an expert it

20     is important to keep track of the articles that

21     you read that might influence the testimony you

22     give in a case.  You're aware of that; aren't you?

23        A     I do have articles in the back of my

24     report, and you have articles that were provided
```

```
 1    three brokers had Chinese drywall listings?

 2         A    I searched the Multiple Listing for the

 3    term Chinese drywall.

 4         Q    And have you done that since then?

 5         A    No.

 6         Q    Didn't do it in preparation for today?

 7         A    No.

 8         Q    And didn't do it in preparation for

 9    submitting your January 24th report?

10         A    Correct.

11         Q    Do you know how many sales there have

12    been involving Chinese drywall remediated homes?

13         A    No.

14         Q    Did you review the names and the

15    addresses of the class representatives and fact

16    witnesses that have been involved in this class

17    certification process in order to see whether or

18    not their homes have been remediated?

19         A    The only one I'm familiar with is one

20    home in particular.  I think it was the Ronkin

21    home that was remediated.  R-O-N-K-I-N, I believe

22    is the spelling.

23         Q    Any -- no others?

24         A    That were remediated?  Of the ones I
```

Confidential - Subject to Further Confidentiality Review

1    Chinese-manufactured dry- -- defective

2    Chinese-manufactured drywall that has been

3    repaired/remediated is less than a similarly

4    situated home that did not have defective

5    Chinese-manufactured drywall.

6            So I'm asking if you've actually looked

7    at any of the sales of these homes in order to

8    inform that opinion?

9        A    Other sales?  No.

10       Q    Okay.

11           Given that you don't know about this

12   Vero Beach, Florida home at all, I suppose you

13   don't know whether or not it sold at a higher

14   price than it originally sold for in '06; is that

15   correct?

16       A    Then I would have to know what it sold

17   for in '06.  Was it sold with Chinese drywall in

18   it --

19       Q    Right.  No, it was not.

20       A    -- and was it remediated.

21           You're asking questions that there --

22   and this is not an easy process.  You're talking

23   about there's -- you have to be extremely

24   detailed; and just because a home sold that was

Confidential - Subject to Further Confidentiality Review

 1     remediated doesn't answer all your questions.

 2          Q     What else would you have to know?

 3          A     You would have to know the extent of the

 4     remediation, as I testified earlier.  You would

 5     have to know whether or not the buyer was informed

 6     that it had -- previously had Chinese drywall.  I

 7     think you would want the buyer -- if I was the

 8     buyer, I would want to not only know that it was

 9     remediated, but to see the detailed list of it.

10               And then you have to see what other

11     things were -- was there a pool added, did they

12     add on a second story, did they do some other

13     improvements.  So to get the best details and

14     analysis, you're going to have to go through and

15     separate all the information.

16          Q     By going home by home by home?

17          A     To figure out what the typical loss in

18     value is, yes.  They would be able to give you --

19     to see whether or not, what the relationship is as

20     to the stigma as to the value, whether you can

21     quantify it dollarwise or percentagewise.

22          Q     You would have to look at all the homes?

23          A     You wouldn't have to look at all the

24     homes.

Confidential - Subject to Further Confidentiality Review

```
 1        MR. MONTOYA:

 2            Form.

 3        THE WITNESS:

 4        A     Why look at all the homes?

 5   BY MS. GARVEY:

 6        Q     Well, in order to perform this analysis.

 7        A     No, you want to look at homes to see

 8   what the loss in value is.  What you're trying to

 9   find out is whether or not somebody has or will

10   pay less for a home that has been remediated.

11        Q     Uh-huh.

12        A     So, yeah, if you could look at all of

13   them, yeah.  But if 100 for 100 say the same

14   thing, then you don't have to look at 101.

15        Q     That's fair.

16        A     So it's a question of whether or not

17   there's consistency as far as the way that the

18   buyer looks at it, and the knowledge the buyer

19   has.

20        Q     And, of course, as we discussed earlier,

21   remediation protocols can vary between homes,

22   which is why it's important to see what was done

23   in the given home; correct?

24        A     Correct.
```

Confidential - Subject to Further Confidentiality Review

```
 1        A     Correct.

 2        Q     And that's material we talked about

 3   earlier that I asked you to produce; correct?

 4        A     Correct.

 5        Q     What new did you rely on to prepare your

 6   January 24th opinion report that you didn't rely

 7   on to prepare Seifart?

 8        A     Nothing.

 9        Q     How much time did you put into this new

10   report?  I know you said that Mr. Montoya's firm

11   drafted it for you.

12        A     No time.

13        Q     I believe Mr. Montoya, in sending me

14   your files -- I'm sort of looking at Mr. Montoya

15   with this question -- also sent me copies of

16   deposition transcripts from depositions that were

17   taken of both the class representatives and the

18   fact witnesses?

19        MR. MONTOYA:

20            Correct.

21        MS. GARVEY:

22            Thank you.

23   BY MS. GARVEY:

24        Q     Have you reviewed those?
```

Confidential - Subject to Further Confidentiality Review

1      A     -- nothing that I wrote down from his

2    house.  It was the first one I inspected.  It was

3    Mother's Day; they had just gotten in, so it was a

4    little hurried.

5           But he was showing me upstairs where his

6    shrine is, and commenting about the smell was a

7    little bit more upstairs, I believe, in his

8    opinion, than downstairs.  I just kind of casually

9    smelled it; it wasn't, like, knocked me over

10   smelling it.

11          And then he talked about the homes down

12   the street.  And I think he said he was the class

13   action rep, or something of this nature, which

14   didn't really mean a lot to me.  And he went

15   through the house and showed me where, I think,

16   they had taken some samples, and I just took some

17   random photos of the house.

18   BY MS. GARVEY:

19      Q    Did you come to any conclusions about by

20   what amount his house would be discounted due to

21   stigma?

22      A    No.

23      Q    Do you know what percentage of his house

24   contained Chinese drywall?

Confidential - Subject to Further Confidentiality Review

```
 1    Housekeeper was there, another one had no smell,

 2    so I really didn't talk to her.  I have not talked

 3    to her.  I just read her deposition because she

 4    wasn't there.

 5         Q    Okay.

 6         A    Felix Diaz.

 7         Q    Let me actually stop for one second.

 8    The Ronkin house which has been remediated?

 9         A    Correct.

10         Q    Did you come to any conclusions about --

11    since you actually have a remediated home there to

12    look at in its remediated state, did you come to

13    any conclusions about what the discounted value

14    would be due to any stigma effect?

15         A    I did not.

16         Q    Okay.

17         A    Should I keep going?

18         Q    Sure.

19         A    Felix Diaz, he likes to talk, Mr. Diaz.

20    Two-story house, fenced yard, his electric plug

21    was black, everything was going black.  He

22    believes it's 100 percent Chinese drywall from

23    United Homes, I guess, was the builder.  Moved in

24    about 3 years ago; 1 year, plus or minus, replaced
```

Confidential - Subject to Further Confidentiality Review

1      appliances, TV, DVD, televisions, again, AC three

2      times.

3              Was on the market -- he said his house

4      was on the market; no one would pay for my house

5      with Chinese drywall.  End quote.

6              I am getting repeating problems.

7      He's using -- respiratory problems.  I'm sorry.

8      He uses Nasunex -- N-A-S-U-N-E-X, I believe -- is

9      what it's called.  And I note that I smelled some

10     sulfur smell in the house.

11         Q    Again, did you draw any conclusions

12     about any stigma discount?

13         A    No.

14         Q    Okay.

15         A    I think -- there was one -- hmmm.  You

16     want yesterday's notes, too?

17         Q    Yes, please.

18         A    I'm trying to keep them separate because

19     I'm trying to type them up, but it's not working.

20     (Reviewing document.)I haven't had a chance to

21     match them up yet.

22              So Gus was the one, 12-whatever, did not

23     redo the wiring.  If behind Chinese drywall then

24     they changed the wiring, but he did not do the

Confidential - Subject to Further Confidentiality Review

```
 1          A     No.

 2          Q     Just two more.  The Nguyen home --

 3     N-G-U-Y-E-N -- also on the west coast of Florida?

 4          A     No.

 5          Q     The Bidigare home also on the west

 6     coast?

 7          A     No.

 8          Q     For those homes that you did visit, I

 9     know you didn't reach a conclusion in terms of any

10     quantification regarding stigma damages?

11          A     Correct.

12          Q     Did you reach any conclusions regarding

13     whether or not there even would be stigma damages

14     associated with those homes if they were to be

15     remediated?

16          MR. MONTOYA:

17               Form.

18     BY THE WITNESS:

19          Q     My conclusion holds firm that if there

20     are two homes side by side and you have your

21     choice, the one that had to be remediated is going

22     to be less than the other one.

23     BY MS. GARVEY:

24          Q     And that is despite the fact that you
```

Confidential - Subject to Further Confidentiality Review

```
 1    did none of the investigation you said you'd want

 2    to do, like, looking at comparable sales in the

 3    same neighborhood?

 4         A    Correct.

 5         MR. MONTOYA:

 6              Form.

 7    BY MS. GARVEY:

 8         Q    The reason you would look at comparable

 9    sales is that would assist you in formulating an

10    opinion; correct?

11         A    It would assist you in quantifying it.

12         Q    Not in formulating it; that you just do

13    from the top of your head?

14         MR. MONTOYA:

15              Form.

16         THE WITNESS:

17         A    No.  That was from talking to people;

18    brokers, potential -- I won't say potential, but

19    the individuals and good old-fashioned common

20    sense.

21         Q    Okay.  But, of course, the market data

22    could show something contrary to what you have

23    opined; isn't that correct, and the only way to

24    know is to look at it; isn't that right?
```

1      A      She's saying there is no discount, but

2   she is not answering the proper question.   The

3   proper question is just not that -- I asked it

4   incorrectly, obviously.   The proper question would

5   be, now do you have a choice of the two.

6          And that's why I followed up with the

7   question, because I knew she -- now you understand

8   why I had face-to-face interviews, you're able to

9   explain a little more clearly than things that get

10  written in e-mail, it's not as clear.   But

11  regardless, I recorded it as a zero.

12  BY MS. GARVEY:

13     Q      Yep.   Okay.

14          Are you aware of the fact that homes

15  were remediated as early as 2009, or in early --

16  excuse me -- as early as early 2009?

17     A      I don't know of any specific homes, no.

18     Q      You would agree with me that stigma

19  damage will continue to dissipate over time in the

20  context of Chinese drywall remediation; wouldn't

21  you?

22     A      I think I testified in court that I

23  believe it will dissipate over time until or

24  unless something happens to bump it up again;

Confidential - Subject to Further Confidentiality Review

1    or new carpeting, or new painting is not unlike

2    you would say about any other house that had new

3    appliances, new carpeting, new painting --

4         Q    Right, so --

5         A    -- so there's no difference.

6              So your insinuation is that, oh, we're

7    going to build that up.  Well, you're going to

8    build up any good quality in the house regardless

9    of if it had Chinese drywall or didn't have

10   Chinese drywall.

11             We're not going to say, oh, by the way,

12   this has the worst carpet in the world, you may

13   want to buy -- and the paint job, it's ugly.  I

14   mean, so, yes, you're going to talk up any of the

15   good qualities of the house, regardless -- with or

16   without Chinese drywall.  But it's not like we're

17   talking up specifically to cover the Chinese

18   drywall, and that's the implication you're making.

19        Q    Right.  No, it's actually not the

20   implication I'm making.

21             I'm thinking back to some testimony you

22   gave in Seifart was that there's actually added

23   value to a remediated Chinese drywall house that

24   doesn't exist in a house that never had Chinese

Confidential - Subject to Further Confidentiality Review

1    drywall in the first place.

2         A    Please read that.

3         Q    Sure.

4              (Discussion off the record.)

5    BY MS. GARVEY:

6         Q    Question:  But you're definitely going

7    to have freshly painted walls throughout the

8    home -- throughout the house?

9              Answer:  Correct.

10             Question:  You're going to have new

11   appliances to the extent that they're replaced?

12             Answer:  Correct.

13             Question:  You're going to have a new

14   HVAC system or systems?

15             Answer:  Correct.

16             Question:  Those are positive.  I mean,

17   they make it newer than it would have been had

18   this not happened in the first place.

19             Answer:  You pick up probably 2 years,

20   maybe.

21             Question:  Okay.  But, I mean, that has

22   a value, certainly?

23             Answer:  You could say it has a value.

24   I don't know when a buyer buys a house, and you're

Confidential - Subject to Further Confidentiality Review

1    looking at a million-5, million-6 purchase, how

2    you could differentiate between the sale of the

3    house at a million-5 because it's got -- the

4    appliances are a year or two newer.  That's a hard

5    adjustment to make.  With that said, in the

6    overall package maybe somebody says, well, this is

7    great; I have all brand-new stuff and I'm moving

8    in.

9         A    Okay.

10        Q    Do you still agree with that testimony

11   you gave in Seifart?

12        A    Yes.

13        Q    When we were talking about items, like,

14   whether a home has a certification for the work

15   it's undergone or not, the scope of the

16   remediation that was done, whether the market is

17   good or bad, how long ago the remediation was

18   done, all of those factors influence the amount of

19   stigma that a home might feel; correct?

20        A    You rattled off a lot of things there.

21   Let's take them one by one.

22        Q    Sure.

23   MR. MONTOYA:

24             Object to the form.

Confidential - Subject to Further Confidentiality Review

1    it's minimal by comparison.

2        Q    In your testimony in Seifart you weren't

3    making a comparison, you simply testified I think

4    your stigma risk is minimal.

5        MR. MONTOYA:

6            Object to the form.

7        THE WITNESS:

8        A    I would have to look at the previous

9    conversation of the context of what was going on.

10   BY MS. GARVEY:

11       Q    Okay.  It's page 42.  Just have a look;

12   we're not marking this.  It's a long answer.  It

13   begins on 41 and it goes on to 42.  Have a look.

14       A    (Reviewing document.)

15           Okay.

16       Q    Do you stand by your testimony that

17   stigma risk is minimal because you've taken that

18   risk out by doing the proper remediation?

19       MR. MONTOYA:

20           Object to the form.

21       THE WITNESS:

22       A    It's minimal.

23   BY MS. GARVEY:

24       Q    Can you quantify the word "minimal"?

Confidential - Subject to Further Confidentiality Review

```
 1      A    No.

 2      Q    I've seen you use the term "deep

 3   discount".  What constitutes a deep discount?  Can

 4   you quantify that?

 5      A    A deep discount is the fact that you

 6   would have to pay for remediation yourself; you

 7   would have to move out of the house.  There's all

 8   sorts of other expenses, so that's a deeper

 9   discount than one that's already been done,

10   remediated.

11      Q    Does "deep" in your mind have some

12   number associated with it?

13      A    No.

14      Q    Nor does "minimal"?

15      A    No.

16      Q    So it's just an imprecise opinion?

17   MR. MONTOYA:

18          Object to the form.

19   THE WITNESS:

20      A    Yes.

21   BY MS. GARVEY:

22      Q    If could you look at Exhibit Number #2,

23   your report?  At page 40 -- which is a page you

24   numbered, easier to find -- you state at the end
```

Confidential - Subject to Further Confidentiality Review

1    had Chinese drywall.

2    BY MR. PANAYOTOPOULOS:

3        Q    You understand that because it's

4    subjective in nature, different people will have

5    different opinions; correct?

6        A    That's a pretty typical statement, yes.

7        Q    And you've made no effort, other than

8    what you did for the Seifart home, to quantify

9    stigma damage for any other homes; correct?

10        A    I have not been asked to.

11        Q    And thus you made no effort; correct?

12        A    Correct.

13        Q    And you also made no effort to quantify

14    the benefit, if any, as a result of somebody

15    buying a renovated home; correct, after replacing

16    Chinese drywall and gutting a home?

17        A    I have done no analysis as to valuation

18    since the Seifart appraisal.

19        Q    On any home?

20        A    On any home with Chinese drywall.

21        Q    To show whether the benefit, any

22    benefit, out of having a renovated home is larger

23    than the stigma damages; right?

24        A    I'm certain as all the homeowners that

Confidential - Subject to Further Confidentiality Review

1    I've talked to, nobody would really -- if they had

2    the choice of getting appliances 2 years newer,

3    okay, and painted drywall that's nice and clean,

4    versus never having to go through this instance,

5    I'm pretty darn certain whoever I talked to, their

6    choice would be I will take -- you know, I'll take

7    old appliances over the Chinese drywall.

8         Q    But you've done no analysis to check on

9    what the answer is by the evidence, by looking?

10        A    The evidence is talking to people who

11   say I would never buy a home that had Chinese

12   drywall; I would never buy a home, even if it was

13   remediated, with Chinese drywall because I've been

14   through this whole situation and my son had a

15   bloody nose and my husband has headaches, he's got

16   to go through a respirator.  These are -- so I'm

17   not quantifying anything, correct.

18        Q    Okay.

19             And even though now there's available

20   evidence where you could go out and measure and

21   check on what actually the sales have been to see

22   if your hypothesis is correct, you haven't done

23   any of that; correct?

24        MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

 1          Form.

 2          THE WITNESS:

 3          A     If you're willing to pay me to do that,

 4    or somebody is willing to pay me to do that, I'll

 5    be more than glad to.  Nobody has offered to do

 6    such.  Until they do, I don't know about you, but

 7    I don't go out and just do things just for fun if

 8    it's -- you know, unless it's non-business

 9    related.

10    BY MR. PANAYOTOPOULOS:

11          Q     The plaintiffs never asked you to do

12    that?

13          A     Correct.

14          Q     The plaintiffs' attorneys never asked

15    you to do that?

16          A     Nobody has asked me to do that, as we

17    speak here today.

18          Q     But you understand that that's one way

19    of verifying whether there is stigma damage in

20    every instance or not; right?

21          A     I have testified to that all day today,

22    yes.

23          Q     And that would be a more reliable method

24    to find out if there was stigma damage; would you

Confidential - Subject to Further Confidentiality Review

```
 1   agree with that?

 2        A    I would agree with that.

 3        MR. MONTOYA:

 4             Form.

 5   BY MR. PANAYOTOPOULOS:

 6        Q    Rather than randomly asking various

 7   individuals; right?

 8        A    At the time I asked random individuals,

 9   as I testified to earlier, there were no sales or

10   resales of Chinese drywall at that point in time.

11   The other situation is somebody is going to have

12   to pick a date and value.

13        Q    Sure.

14        A    So you have all sorts of things you're

15   asking questions about, and there's no answer.

16             The question has to be when was it

17   remediated, how was it remediated, what is your

18   date of value, when did the value actually -- when

19   did you lose value; so there's lots of questions,

20   so you're asking a lot of things that until

21   somebody sets out the protocol, it could be a

22   waste of time going through this analysis.

23        Q    But that's what would ultimately give us

24   an answer whether your hypothesis is correct;
```

Confidential - Subject to Further Confidentiality Review

1          And just in general, we're in an office

2     building that has appraisers on my staff, and

3     another -- back then, two appraisal firms, and,

4     one, we just usually bounce things off one another

5     as to see if it makes sense; what's logical.

6          Q    You talked to some real estate

7     professionals; I think you mentioned there was

8     three of them that you talked to?

9          A    One by e-mail, two by phone.

10          Q    Okay.  What did the ones by phone tell

11     you?

12          A    The one by phone said there would be a

13     loss, but couldn't quantify it; the other gave the

14     range that's in my report.

15          Q    Let me back up a second.

16          What did you ask them, what was the

17     subject of the phone call?

18          A    Same question I've asked everybody else.

19     There's two properties side by side, everything is

20     identical; one had Chinese drywall they

21     remediated, the other never had it; would there be

22     a difference in value.

23          Q    And what did those two real estate

24     professionals tell you?

Confidential - Subject to Further Confidentiality Review

```
 1        A     Two said there would be a difference.

 2   One cited percentages; one said she couldn't

 3   quantify it, or he said he couldn't quantify it.

 4        Q     And the third person you communicated

 5   with by e-mail; right?

 6        A     Correct.

 7        Q     What did that -- what was -- you asked

 8   the person the same hypothetical question?

 9        A     In writing, I believe so.  The second

10   part of the question was basically the same

11   hypothetical.

12        Q     And what was their answer?

13        A     She said there would be no change in

14   value.

15        Q     Did you report that?

16        A     Yes, I did.

17        Q     And that was contained in the report in

18   the Seifart matter; right?

19        A     That is correct.

20        Q     And the report in the Seifart matter was

21   attached to Exhibit #2 of your report in this

22   case; right?

23        A     Correct.

24        Q     When you called -- calling folks in the
```

Confidential - Subject to Further Confidentiality Review

```
 1        A    Correct.

 2        Q    Okay.  In this case in January of 2011,

 3   you didn't look -- you didn't ask the plaintiffs

 4   to find out if there was any available empirical

 5   data; correct?

 6        A    At that point in time it had nothing to

 7   do with value.  If we were going to go on to

 8   value, then I would have looked for empirical

 9   data.

10        Q    You don't think empirical data has

11   anything to do with the opinion that every single

12   home has diminished in value after it's renovated

13   because of Chinese drywall?

14        A    Correct.  I think there's a loss in

15   value; your loss -- you know, the loss in value

16   and your likelihood of increased marketing time is

17   an indirect loss in value.

18        Q    Empirical data would do nothing to

19   change that opinion; correct?

20        A    If --

21   MR. MONTOYA:

22        Form.

23   THE WITNESS:

24        A    -- every house or a multitude -- or
```