UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

Vickers et al. v. Knauf Gips KG, et al.
EDLA 09-04117
Payton, et al. v. Knauf Gips KG et al.
EDLA 09-07628
_____/

## ORDER

Considering Banner Supply Co's Motion to Exclude Testimony of Lee H. Waronker, MAI, SRA;

**IT IS SO ORDERED BY THE COURT** that Banner Supply Co's Motion to Exclude Testimony of Lee H. Waronker, MAI, SRA is GRANTED.

New Orleans, Louisiana, this \_\_\_ day of June, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge