UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**Vickers et al. v. Knauf Gips KG, et al.**
**EDLA 09-04117**
**Payton, et al. v. Knauf Gips KG et al.**
**EDLA 09-07628**
_____/

## ORDER

Considering Banner Supply Co's Motion to Exclude Testimony of Ronald E. Wright;

**IT IS SO ORDERED BY THE COURT** that Banner Supply Co's Motion to Exclude Testimony of Ronald E. Wright is GRANTED.

New Orleans, Louisiana, this ___ day of June, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge