UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED      :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        :
LITIGATION                        :   SECTION:    L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :   JUDGE FALLON
                                  :
*Payton v. Knauf Gips KG, et al.*, No. 09-7628   :   MAG. JUDGE WILKINSON
------------------------------------------------------------------x

# KNAUF DEFENDANTS' MOTION TO EXCLUDE THE REPORT AND PROPOSED TESTIMONY OF CLASS PLAINTIFFS' EXPERT, LEE WARONKER, UNDER FEDERAL RULE OF EVIDENCE 702

NOW INTO COURT come the Knauf Defendants[1] and move this Court for an Order to Exclude the Report and Proposed Testimony of Class Plaintiffs' Expert, Lee Waronker, under Federal Rule of Evidence 702, all as more fully set forth in their Memorandum attached hereto.

Dated: June 10, 2011

Respectfully submitted,

By:  Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8249
Facsimile:  (504) 599-8137
Email:  kspaulding@frilot.com

---

[1] The Knauf Defendants are those named in the plaintiffs' class certification motion: Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd. and Knauf Gips KG.

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' M Motion to Exclude the Report and Proposed Testimony of Class Plaintiffs' Expert, Lee Waronker, Under Federal Rule of Evidence 702 has been served upon Plaintiffs' Liaison Counsel and counsel for the Builders by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2011.

/s/ Kyle Spaulding