# EXHIBIT 4

**Print Requests, Duplicating**

**From:** Linda Reynolds [linda@reynoldsrealty.com]
**Sent:** Wednesday, May 26, 2010 10:24 AM
**To:** 'Lee'
**Subject:** RE: Chinese Drywall

No, if anything I would think there would be resistance to the one that wasn't. The thought in the back of their minds would be that it could have Chinese drywall. In either case one the property has been fixed there should be no discount on the house. Once it has been fixed the problem is no longer existant. The two homes are materially equal.

If you are appraising, if the home has been fixed then I wouldn't take any dollars off just because it use to have a problem. You don't discount because a roof use to have a problem but is now fixed.

Linda

**From:** Lee [mailto:lee@waronkerandrosen.com]
**Sent:** Wednesday, May 26, 2010 8:21 AM
**To:** 'Linda Reynolds'
**Subject:** RE: Chinese Drywall

Linda,

Thank you for your comments and the referral. One last follow up question. If there were two homes side-by-side that were identical, one that never had Chinese drywall and the other that was remediated, do you think there would be any resistance to the one that was remediated? Or a longer marketing time, specifically in this current market?

Thanks again, and the dogs seem like a great idea.

Sincerely,

Lee



Lee H. Waronker, MAI, SRA
Waronker & Rosen, Inc
Real Estate Appraisers & Consultants
5730 SW 74 Street, Suite 200
Miami, FL 33143

305-665-8890
Direct dial 786-837-6266
Fax 305-665-5188
lee@waronkerandrosen.com

**From:** Linda Reynolds [mailto:linda@reynoldsrealty.com]
**Sent:** Wednesday, May 26, 2010 7:55 AM
**To:** 'Lee'
**Subject:** RE: Chinese Drywall

Sorry I forgot to answer one of your questions.

1

If the problem has been fixed, then no discounts because it HAD the problem.  Problem fixed = home that is just fine.

**From:** Lee [mailto:lee@waronkerandrosen.com]
**Sent:** Tuesday, May 25, 2010 7:00 PM
**To:** Linda@ReynoldsRealty.com
**Subject:** Chinese Drywall

Dear Linda,

I saw your name in an article regarding Chinese drywall.  I am appraising a home here in Miami for a house that requires remediation due to Chinese drywall.  In question is whether a buyer would discount the purchase of a home that was remediated.  Was the home referenced in the article remediated, and if so are buyers still leery about a purchase?

Any insight you can provide would be appreciated.

Sincerely,

# Lee

Lee H. Waronker, MAI, SRA
Waronker & Rosen, Inc
Real Estate Appraisers & Consultants
5730 SW 74 Street, Suite 200
Miami, FL 33143

305-665-8890
Direct dial 786-837-6266
Fax 305-665-5188
lee@waronkerandrosen.com