UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED           :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :
LITIGATION                             :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :    JUDGE FALLON
                                       :
Payton v. Knauf Gips KG, et al., No. 09-7628  :  MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

## NOITICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion on for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130 on Wednesday, the 13th day of July, 2011 beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Dated:  June 10, 2011                    Respectfully submitted,

                                         By:  Kyle A. Spaulding
                                         MILES P. CLEMENTS (#4184)
                                         PETER E. SPERLING (#17812)
                                         KERRY J. MILLER (#24562)
                                         KYLE A. SPAULDING (#29000)
                                         PAUL C. THIBODEAUX (#29446)
                                         FRILOT L.L.C.
                                         1100 Poydras Street
                                         Suite 3700
                                         New Orleans, LA 70163
                                         Telephone:  (504) 599-8249
                                         Facsimile:  (504) 599-8137
                                         Email:  kspaulding@frilot.com

1

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' M Motion to Exclude the Report and Proposed Testimony of Class Plaintiffs' Expert, Lee Waronker, Under Federal Rule of Evidence 702 has been served upon Plaintiffs' Liaison Counsel and counsel for the Builders by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2011.

/s/ Kyle Spaulding