UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL    MDL No. 2047
        PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:    JUDGE FALLON
MAG. JUDGE WILKINSON

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*

Case No. 2:11-cv-00252 (E.D. La.)

_____/

### NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq., Mark A. Salky, Esq., Adam. M. Foslid, Esq., and Timothy A. Kolaya, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant RAH of Texas LP.  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Dated: June 10, 2011                                Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for RAH of Texas LP*
333 Avenue of the Americas
(333 S.E. 2nd Avenue)
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com
E-mail: kolayat@gtlaw.com

By:_____s/ Mark A. Salky_____
        HILARIE BASS
    Florida Bar No. 334323
      MARK A. SALKY
    Florida Bar No. 058221
      ADAM M. FOSLID
    Florida Bar No. 682284
    TIMOTHY A. KOLAYA
     Florida Bar No. 056140

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2011.

                                                                                    s/ Mark A. Salky
                                                                                   MARK A. SALKY