Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L & W Supply Coporation, dba Seacoast Supply Company c/o Corporation Trust Center
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16** day of **November**, 20 **10**, at **1:05** o'clock **P** M

**Place of Service:** at **1209 Orange Street**, in **Wilmington, DE 19801**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**L & W Supply Coporation, dba Seacoast Supply Company c/o Corporation Trust Center**
By delivering them into the hands of an officer or managing agent whose name and title is: **Scott LaScala (Operations Mgr)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc.**; Hair Color **Brn**; Facial Hair _____
Approx. Age **35**; Approx. Height **6'**; Approx. Weight **230**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **16** day of **Nov**, 20 **10**

Notary Public (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE