Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  107674-0120

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Oscar Jiles, dba JJ Construction
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Maria Vinson Landry_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1st_ day of _December_ , 20 _10_ , at _9:27_ o'clock _A_ M

**Place of Service:** at _108 Jiles Lane_ , in _Braithwaite, LA  70040_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Oscar Jiles, dba JJ Construction**

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Oscar Jiles, dba JJ Construction** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Brown_ ; Hair Color _Black_ ; Facial Hair _no_
Approx. Age _55-60_ ; Approx. Height _5'10"_ ; Approx. Weight _175_

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _7th_ day of _December_ , 20 _10_

_Tenure for Life_
(Commission Expires)

Notary Public
**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY