Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0125

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--P.D.C. Drywall Contractors, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **November**, 20 **10**, at **5:45** o'clock **P** M

**Place of Service:** at **601 Howard Creek Lane**, in **Stuart, FL 34994**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**P.D.C. Drywall Contractors, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Peter Cuomo - President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair —
Approx. Age **40-50**; Approx. Height **5'10"**; Approx. Weight **200-250 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

Subscribed and sworn to before me this **23** day of **November**, 20 **10**

_____ 7-14-12
Notary Public   (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**