Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0127

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Par-Self, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1st day of December , 20 10 , at 11:23 o'clock A M

Place of Service: at 2525 SE 20th Place , in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Par-Self, Inc**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: Robert Self, Registered Agent

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair _____
Approx. Age 70-75; Approx. Height 6'0" ; Approx. Weight 165 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct

X _Barbara Gray_
Signature of Server  # 157153

Subscribed and sworn to before me this
10th day of December, 20 10

_Elena Alvarado_
Notary Public           (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

06004