Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Peak Building Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )

Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of November, 20 10, at 2:33 o'clock P M

Place of Service: at 308 Sturgeon Lane, in Virginia Beach, VA 23456
met at 7-11 - Corner of Dam Neck & General Booth, Virginia Beach, VA 23454

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Peak Building Corporation**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Steven E. Paland, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color GRAY ; Facial Hair NO
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 180 LBS

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 26th day of November, 20 10

Signature of Server

Notary Public    3-31-2014 (Commission Expires)

APS International, Ltd.

[Notary Seal: Ryan Christian Rodriguez, Notary Public, Reg. # 268504, My Commission Expires Mar. 31, 2014, Commonwealth of Virginia]