Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0139

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Turner Drywall, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Greg Scott**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **November**, 20 **10**, at **6:05** o'clock **P** M

**Place of Service:** at **10736 Jacamar Drive**, in **New Port Richey, FL 34654**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Ray Turner Drywall, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Ray Turner, President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **m**; Skin Color **white**; Hair Color **Gray**; Facial Hair ____
Approx. Age **50's**; Approx. Height **6' 3"**; Approx. Weight **220**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ 11/23/10
Signature of Server

Subscribed and sworn to before me this **23rd** day of **November**, 20 **10**

_____
Notary Public   (Commission Expires)
3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters