Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107674-0147

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Rottlund Homes of Florida, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

| | |
|---|---|
| **Name of Server:** | __Lydia Velez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __17th__ day of __November__, 20 __10__, at __11:00__ o'clock __A__ M |
| **Place of Service:** | at  625 Court Street, Suite __200__ , in  Clearwater, FL  33756 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Rottlund Homes of Florida, Inc** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: __Harry Cline, Registered Agent__ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __m__; Skin Color __white__; Hair Color __Gray__; Facial Hair _____ Approx. Age __56__; Approx. Height __6' 0"__; Approx. Weight __160__ |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

| | |
|---|---|
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _____ 11-18-10 Signature of Server | Subscribed and sworn to before me this __18th__ day of __November__, 20 __10__ _____ Notary Public    (Commission Expires) __3/2/13__ |

## APS International, Ltd.



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters