Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0159

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S3 Enterprises, Inc, dba A1 Brothers Metal Framing and Drywall

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29th** day of **November**, 20**10**, at **10:31** o'clock **A** M

**Place of Service:** at **3323 SW 8th Street**, in **Cape Coral, FL 33991**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**S3 Enterprises, Inc, dba A1 Brothers Metal Framing and Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: **Stacey Spencer, spouse of the Registered Agent Jeff Spencer on 2nd attempt at their residence**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **40-45**; Approx. Height **5'3"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray** #157153
Signature of Server

Subscribed and sworn to before me this **2nd** day of **December**, 20**10**

**Elena Alvarado**
Notary Public   (Commission Expires)

**APS International, Ltd.**


Notary Public: State of Florida
Elena G Alvarado
My Commission DD775841
Expires 08/06/2012

