Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Safeway Contractors, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__

**Name of Server:** __Maria V. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1st__ day of __December__, 20 __10__, at __12:56__ o'clock __P__ M

**Place of Service:** at __705 Florida Street__, in __River Ridge, LA  70123__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Safeway Contractors, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent, whose name and title is: __Carl Straight - resides with father__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __none__
Approx. Age __65-70__ ; Approx. Height __6'0"__ ; Approx. Weight __210__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __6th__ day of __December__, 20 __10__

__Maria Landry__
Signature of Server

__[signature]__
Notary Public          (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY