Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0162

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Bay Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Mark Hritz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of November, 20 10, at 11:40 o'clock A M

**Place of Service:** at 9990 Coconut Road, Ste. 336, in Bonita Springs, FL 34135

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Southern Bay Homes, Inc.

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: Mark Bagley, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color white; Hair Color Brown; Facial Hair ___
Approx. Age 50; Approx. Height 5'10"; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X [signature] #157600
Signature of Server

Subscribed and sworn to before me this 2nd day of December, 20 10

[signature] Elena Alvarado
Notary Public   (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775641
Expires 04/05/2012

6616