**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION TO ALLOW SERVICE OF COMPLAINTS ON LOWE'S HOME CENTERS, INC.**

**INTRODUCTION**

The Plaintiffs' Steering Committee (the "PSC") is moving to serve certain complaints on Lowe's Home Centers, Inc. ("Lowe's") where the plaintiffs who are bringing claims against Lowe's in these complaints have satisfied all conditions of an agreed stay order between the PSC and Lowe's. Since these plaintiffs have satisfied all conditions imposed by the agreed stay order for bringing claims against Lowe's, the PSC requests that the Court allow it to serve Lowe's with the intervention I(A) complaint and the Omnibus VII complaint.

**FACTS**

The origins of the agreed stay order involve a class action settlement that was negotiated by certain plaintiffs' counsel who initiated litigation against Lowe's in Georgia state court in *Vereen v. Lowe's Home Centers, Inc.*, Case No. SU10-CV-2267B (Ga. Super. Ct., Muscogee County). Since the proposed class action settlement impacted this Court's jurisdiction over claims involving Chinese manufactured drywall, the PSC filed a motion to enjoin the *Vereen* proceedings. *See* Document 5011. Lowe's, in response, filed a motion to stay the claims against it in the MDL based

1

on the class settlement reached in *Vereen*. *See* Document 5066.[1]  The PSC and Lowe's resolved their dispute by negotiating the agreed stay order thus avoiding the necessity of this Court ruling on either of these motions.

On November 10, 2010, the Court entered an order following the joint motion of the PSC and Lowe's for entry of agreed stay order. *See* Document 6344. The essence of this agreed stay order provides that only those plaintiffs that timely opted out of the *Vereen* settlement and provided indicia that they have Chinese manufactured drywall in their homes could pursue claims against Lowe's. As a result of the agreed stay order, the PSC did not serve Lowe's with any new complaints and/or complaints that had not been served on Lowe's as of November 10, 2010. For this reason, the PSC refrained from serving Lowe's with the intervention I(A) complaint in *Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628, the intervention III(A) complaint in *Gross, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-6690, and the Omnibus VII complaint in *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-080.[2]  Now that the conditions precedent for service have been met with regard to the intervention I(A) complaint and the Omnibus VII complaint, however, the time has arrived for the PSC to seek permission to serve these pleadings.

---

[1] Lowe's also opposed the plaintiffs' motion to intervene in *Gross* for the same reasons stated in its motion to stay. *See* Document 5069 (involving the Omnibus III(A) complaint). Lowe's did not oppose the plaintiffs' motion to intervene in *Payton*, *see* Document 4346, even though certain plaintiffs participating in the Omnibus I(A) complaint asserted claims against Lowe's.

[2] The PSC is not moving to serve the intervention III(A) complaint on Lowe's even though several plaintiffs asserted claims against Lowe's in this complaint. The plaintiffs asserting claims against Lowe's in the intervention III(A) complaint are Charles and Tracy Bowden, Gregory Bell, and Barry and Annette Dempster. Counsel for Barry and Annette Dempster has advised the PSC that their clients did not timely opt out of the Lowe's class settlement. Counsel for Gregory Bell and Charles and Tracy Bowden has not responded to the PSC's inquiries about whether their clients timely opted out of the Lowe's class settlement.

**ARGUMENT**

The PSC has contacted counsel representing each of the plaintiffs who are bringing claims against Lowe's in the Omnibus I(A) complaint and the Omnibus VII complaint. These counsel have informed the PSC that they have complied with the terms of the agreed stay order by timely opting out of the *Vereen* settlement and by providing indicia of Chinese manufactured drywall in their homes. Accordingly, the PSC believes service of these complaints on Lowe's is proper since the plaintiffs making claims against Lowe's have satisfied all conditions precedent for bringing their claims.

WHEREFORE, for the reasons set forth above, the PSC respectfully requests that the Court grant its motion to allow service of complaints on Lowe's.

                                            Respectfully submitted,

Dated: June 13, 2011                          /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        Matthew C. Gaughan (On the Brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        215-592-1500 (phone)
        215-592-4663 (fax)
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com



Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com