UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's (the "PSC") Motion to Allow Service of Complaints on Lowe's Home Centers, Inc.;

IT IS HEREBY ORDERED that the PSC's Motion to Allow Service of Complaints on Lowe's Home Centers, Inc be and is hereby GRANTED.

New Orleans, Louisiana, this \_\_\_ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge