UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | CASE NO.: 2:09-MD-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| This Document Relates to: Daniel Abreu et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al. Docket No.: 11-252_____/ | : : : | MAG. WILKINSON |

### NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as counsel on behalf of SANTA BARBARA ESTATES, INC., defendant in Daniel Abreu et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al., United States District Court, Eastern District of Louisiana, Case No. 11-252.

        Respectfully submitted,

        BY: /s/ Abbey L. Kaplan
        Abbey L. Kaplan, *Admitted Pro Hac Vice*
        Florida Bar No. 200255
        KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
        Miami Center, Seventeenth Floor
        201 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 379-9000
        Facsimile:  (305) 379-3428
        Email: akaplan@klugerkaplan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June, 2011, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire