007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

_____/

## LIMITED MOTION TO ENROLL AS ADDITIONAL COUNSEL
## FOR COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Coastal Construction Group of South Florida, Inc., who moves this Court to enroll Richard G. Duplantier, Jr. (Louisiana Bar No. 18874) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith, as its additional counsel of record for the limited and specified role to orally argue against Plaintiffs' Motion for Entry of Scheduling Order. Mr. Duplantier will have no other role in the defense or prosecution of any other matter other than to orally argue Coastal Construction's Opposition to Plaintiffs' Motion for Entry of Scheduling Order. Undersigned counsel certifies that the enrollment of additional counsel will in no way delay these proceedings.

WHEREFORE, mover prays for an Order enrolling Richard G. Duplantier, Jr. as additional counsel of record on its behalf in the above-entitled and captioned matter.

Respectfully submitted:

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

- and -

*Richard G. Duplantier, Jr.   /s/*
_____
Richard G. Duplantier, Jr. (# 18874)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 13th day of May, 2011.

/s/ Addison J. Meyers
Addison J. Meyers