007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Hobbie, et al. v. RCR Holdings II, LLC, et al.**<br>**No. 10-1113** | |

_____/

## ORDER ON LIMITED MOTION TO ENROLL AS ADDITIONAL COUNSEL
## FOR COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.

THIS CAUSE having come before this Honorable Court on Defendant, **COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC'S** Motion to enroll Richard G. Duplantier, Jr. (Louisiana Bar No. 18874) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith, as additional counsel of record for the limited and specified role to orally argue against Plaintiffs' Motion for Entry of Scheduling Order.  Said Motion is hereby Granted on this _____ day of _____, 2011.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE