UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, et al.<br>No. 10-1113 | MAGISTRATE JUDGE WILKINSON |

## PRECISION DRYWALL, INC.'S MOTION FOR LEAVE OF COURT TO JOIN IN THE BANNER ENTITIES' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF SCHEDULING ORDER

COMES NOW, PRECISION DRYWALL, INC. ("PRECISION"), by and through its undersigned counsel, and moves this Court for leave to join Banner's Response in Opposition to Plaintiff's Motion for Entry of Scheduling Order, Document No. 9234 (the "Banner Opposition"), filed herein on June 7, 2011, by BANNER SUPPLY COMPANY; BANNER SUPPLY COMPANY POMPANO, LLC; BANNER FORT MYERS, LLC; and BANNER SUPPLY COMPANY TAMPA, LLC (the "Banner Entities"). PRECISION incorporates by reference and adopts each and every argument set forth in the Banner Opposition as if fully set forth herein.

Accordingly, because PRECISION agrees with each and every point made in the Banner Opposition, PRECISION respectfully requests that it be permitted to join the Banner Opposition.

> Respectfully submitted,
>
> /s/Kieran F. O'Connor, Esq.
> KIERAN F. O'CONNOR, ESQUIRE
> Florida Bar No. 896829
> koconnor@ogdensullivan.com
> DEREK J. ANGELL, ESQUIRE
> Florida Bar No. 73449
> dangell@ogdensullivan.com
> OGDEN, SULLIVAN & O'CONNOR, P.A.
> 111 N. Orange Avenue, Suite 850
> Orlando, Florida 32801
> Telephone: (407) 843-2100
> Facsimile: (407) 843-2061
> *Attorneys for Precision Drywall, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of June, 2011.

> /s/ Kieran F. O'Connor, Esq.
> Kieran F. O'Connor, Esq.