UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, et al.<br>No. 10-1113 | MAGISTRATE JUDGE WILKINSON |

_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned parties shall bring on their Motion for Leave of Court to Join in the Banner Entities' Opposition to Plaintiff's Motion for Entry of Scheduling Order before the Honorable Eldon E. Fallon, Judge of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 on the 14th day of June, 2011, at 9:00 a.m., or as soon thereafter as the matter may be heard.

Respectfully submitted,

/s/Kieran F. O'Connor, Esq.
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@ogdensullivan.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
111 N. Orange Avenue, Suite 850
Orlando, Florida 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
*Attorneys for Precision Drywall, Inc.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of June, 2011.

/s/ Kieran F. O'Connor, Esq.
Kieran F. O'Connor, Esq.