Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Suarez Housing Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** KENNETH R Steinberg , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3RD day of December , 20 10 , at 11:00 o'clock AM

**Place of Service:** at 9950 Princess Palm #200 - , in Tampa, FL ~~33625~~ 33619
#212

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Suarez Housing Corporation** N/K/A ALPHA HOMES INC.

**Person Served, and** By delivering them into the hands of an officer or managing agent whose name and
**Method of Service:** title is: Jason Starling, V.P.

**Description of** The person receiving documents is described as follows:
**Person Receiving** Sex M ; Skin Color White ; Hair Color Brown ; ~~Facial Hair~~ ___
**Documents:** Approx. Age 25+ ; Approx. Height 5'10" ; Approx. Weight 160 lbs
☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury Subscribed and sworn to before me this
that the foregoing is true and correct. 6th day of December , 20 10

_Kenneth R Steinberg_ _____
Signature of Server Notary Public (Commission Expires)

**APS International, Ltd.**

**S & W Process Service**
902 N. Rome Ave.
Tampa, FL 33606



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters