Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0174

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, R/A The Corporation Trust Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

**State of:** Delaware ) ss.
**County of:** New Castle )

**Name of Server:** Adam Golden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of November, 20 10, at 1:05 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
USG Corporation, R/A The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: Scott LaScala (Operations Mgr)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc. ; Hair Color Brn ; Facial Hair ____
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16 day of Nov, 20 10

Notary Public (Commission Expires)

*Notary seal: Giovanna Messina, My Commission Expires July 9, 2012, Notary Public, State of Delaware*

APS International, Ltd.