Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0177

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Wellington, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ )ss.
County of: _City of Norfolk_ )

**Name of Server:** _William L. Sassa Jr._, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _November_, 20 _10_, at _11:22_ o'clock _A_ M

**Place of Service:** at  740 Thimble Shoals Blvd., Ste. F           , in  Newport News, VA  23606

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Wellington, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kelly Kranz, authorized agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _35-40_; Approx. Height _5'8_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _18th_ day of _November_, 20 _10_

_4-30-2014_

Signature of Server            Notary Public            (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 260501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA

# Stein & Stein

A Professional Corporation

740 Thimble Shoals Blvd., Suite F
Newport News, Virginia 23606-3574

Mailing Address:
P. O. Box 12265
Newport News, Virginia
23612

~nnett L. Stein

( ;ott Stein

Phone (757) 873-1221 / Fax (757) 873-4449

March 16, 2009

TO THE SHERIFF FOR THE CITY OF NEWPORT NEWS
OR PRIVATE PROCESS SERVICE

Re: Service of Process on Registered Agent

Dear Sir or Madam:

The undersigned hereby authorizes the following individuals to accept service of process on their behalf as indicated:

| FOR SERVICE ON: | AUTHORIZED TO ACCEPT: |
|---|---|
| Bennett L. Stein, Registered Agent | M. Scott Stein, Esquire<br>Deborah A. Bailey<br>Donna M. Wellendorf<br>Kelly I. Kranz |
| M. Scott Stein, Registered Agent | Bennett L. Stein, Esquire<br>Donna M. Wellendorf<br>Deborah A. Bailey<br>Kelly I. Kranz |

Yours very truly,

Bennett L. Stein, Esquire

M. Scott Stein, Esquire

COMMONWEALTH OF VIRGINIA
In the City of Newport News, to wit:

Acknowledged before me, a Notary Public in and for the City and State aforesaid, by BENNETT L. STEIN and M. SCOTT STEIN, in my City and State aforesaid, on this 16th day of March, 2009.

Notary Public

My commission expires: 11/30/2011
My registration number: 7114759

Helene R. Emanuele
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #139873 7114759
My Commission Expires
11/30/2011