UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This document relates to Case No. 11-252 (*Abreu*) | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF MELINDA M. RISEDEN ON BEHALF OF DEFENDANT, 5177 BUILDERS, LTD. AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, Melinda M. Riseden of the law firm Crain, Caton & James, P.C. and hereby enrolls as counsel of record on behalf of Defendant, 5177 Builders, Ltd. It is specifically requested that all future pleadings, orders, notices, motions, documents and correspondence be served on her in connection with this action on behalf of Defendant, 5177 Builders, Ltd.:

>Melinda M. Riseden
>Texas State Bar No. 24041443
>Southern District of Texas No. 38193
>**CRAIN, CATON & JAMES, P.C.**
>1401 McKinney, Suite 1700
>Houston, Texas  77010
>Telephone:  (713) 658-2323
>E-Mail:  mriseden@craincaton.com

DATED:  June 14, 2011.

143 - 471552v2
028170/000008

Respectfully submitted,

By: /s/ Melinda M. Riseden
    Melinda M. Riseden
    Attorney-in-Charge
    Texas State Bar No. 24041443
    Southern District of Texas Bar No. 38193
    **CRAIN, CATON & JAMES, P.C.**
    Five Houston Center
    1401 McKinney, Suite 1700
    Houston, Texas 77010-4035
    Telephone: (713) 658-2323
    Facsimile: (713) 658-1921
    Email: mriseden@craincaton.com

**ATTORNEYS FOR 5177 BUILDERS, LTD.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance of Melinda M. Riseden and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2011.

    /s/ Melinda M. Riseden