

Leslie Miller Tomczak
Suite 1600
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Tel: 954.463.2700
Fax: 954.463.2224

June 14, 2011

Clerk of the Court, U.S. District Court
Attn: Dean Oser, Docket Clerk
Eastern District of Louisiana
500 Poydras Street, Room C-450
New Orleans, LA 70130

In Re: MDL 2047 Chinese Manufactured Drywall Products Liability Litigation
David and Cheryl Gross, et al. v. Woodland Enterprises, Inc., et al. (MDL 6690)

Dear Mr. Oser:

Attached are two Summonses on a Third-Party Complaint to be issued for service of process upon Triple "E" Corporation and Banner Supply Company Port St. Lucie of Woodland Enterprises, Inc.'s Crossclaim and Third Party Complaint. (D.E. 9417).

Thank you.

Sincerely,

Leslie Miller Tomczak

Enclosures

akerman.com
BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.   WEST PALM BEACH

{FT783828;1}

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| David Gross, Cheryl Gross, et al.<br>*Plaintiff*<br>v.<br>Woodland Enterprises, Inc., et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Banner Supply Company Port St. Lucie, LLC<br>*Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:09"cv-6690-EEF-JCW |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC
By Serving Its Registered Agent:
Arthur Landers
7195 N.W. 30th Street
Miami, FL  33122

A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __s David & Cheryl Gross, et al__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL  33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., and Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may — but are not required to — respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:09"cv-6690-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____      _____
                           *Server's signature*

                           _____
                           *Printed name and title*


                           _____
                           *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| David Gross, Cheryl Gross, et al. <br> *Plaintiff* <br> v. <br> Woodland Enterprises, Inc., et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> Triple "E" Corporation <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 2:09-cf-6690-EEF-JCW <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   TRIPLE "E" CORPORATION
By Serving:
Paul T. East, as President and Registered Agent
2723 Horseshoe Trail
Palm City, FL   33490

A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __David & Cheryl Gross, et al.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Valerie E. Greenberg, Esq. Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, #sq.
  AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL   33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Russ M. Herman, Esq., Leonard A. Davis, Esq.
  Herman, Herman, Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, LA   70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:09-cf-6690-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRIPLE "E" Corporation
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                       _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*


                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc: