UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

For reasons to be explained by the Court at the monthly status conference on June 14, 2011, IT IS ORDERED that prosecution of all Banner-related proceedings involving Chinese drywall pending in both federal and state courts shall be STAYED until further order from the Court. Banner includes, but is not limited to, Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, and Banner Supply International, LLC, as well as Banner's insurers.

New Orleans, Louisiana, this 11th day of June 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE