UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL Docket No. 2047 SECTION L DISTRICT JUDGE FALLON |
| This document relates to Case No. 11-252 (*Abreu*) | | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby give notice of their appearance as counsel for StudioMet, PLLC ("StudioMet"), Defendant in Civil Action No. 11-252 Section L, *Daniel Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* filed in the United States District Court for the Eastern District of Louisiana.

Counsel for StudioMet respectfully request that copies of all notices, pleadings, orders, motions, documents and correspondence be served as follows:

> James A. Collura, Jr.
> Sean M. McChristian
> COATS│ROSE
> 3 East Greenway Plaza, Suite 2000
> Houston, Texas 77046-0307
> (713) 651-0111 Telephone
> (713) 890-3964 Facsimile
> E-mail: jcollura@coatsrose.com
>          smcchristian@coatsrose.com

*1624574.1/011579.000001*

Respectfully submitted,

# COATS │ ROSE

By: /s/ James A. Collura, Jr.
JAMES A. COLLURA, JR.
Texas Bar No. 24044502
SEAN M. MCCHRISTIAN
Texas Bar No. 24067751
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046-0307
(713) 651-0111 Telephone
(713) 890-3964 Facsimile
E-mail: jcollura@coatsrose.com
smcchristian@coatsrose.com

**ATTORNEYS FOR DEFENDANT STUDIOMET, PLLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of Papers has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2011.

/s/ James A. Collura, Jr.
James A. Collura, Jr.