# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 02047
SECTION L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## ORDER GRANTING J. HELM CONSTRUCTION, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *J. Helm Construction, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, J. Helm Construction, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for J. Helm Construction, Inc.'s previously filed Motion to Dismiss [D.E. 4370].

NEW ORLEANS, LOUISIANA, this 13th day of June, 2011.

_____
ELDON E. FALLON
United States District Court Judge

{M3061949;1}