# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO.: 2047

DRYWALL PRODUCTS LIABILITY
LITIGATION     SECTION: L

    JUDGE FALLON
(This Document Relates to Case No. 2:11-CV-252)     MAG. JUDGE WILKINSON

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, K Hovnanian Developments of Texas, Inc., in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: June 14, 2011

    Respectfully submitted,

    BILZIN SUMBERG BAENA PRICE
    & AXELROD LLP
    1450 Brickell Avenue
    Suite 2300
    Miami, Florida 33131-3456

    Tel.: (305)374-7580   Fax: (305)374-7593

    BY: /s/ *Melissa Pallett-Vasquez*
        ROBERT W. TURKEN, ESQ.
        Florida Bar No. 306355
        rturken@bilzin.com
        ADAM F. HAIMO, ESQ.
        Florida Bar No. 502731
        ahaimo@bilzin.com
        MELISSA PALLETT-VASQUEZ, ESQ.
        Florida Bar No. 715816
        mpallett@bilzin.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2011.

                                        By: *Melissa Pallett-Vasquez*
                                              Melissa Pallett-Vasquez