# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al.* v. KNAUF GIP KG, *et al.*, Case No. 2:09-cv-07628-EEF-JCW | |

_____/

## ORDER GRANTING ARANDA HOMES, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Aranda Homes, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, Aranda Homes, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Aranda Homes, Inc.'s previously filed Motions to Dismiss [D.E.s 4362 and 6903].

NEW ORLEANS, LOUISIANA, this ____ day of June, 2011.

_____
ELDON E. FALLON
United States District Court Judge

{M3061391;1}