UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, L.L.C., et al. | * * | MAG. JUDGE WILKINSON |
| Case No. 10-1113 | * | |

\* \* \* \* \* \* \*

**CONSENT MOTION TO WITHDRAW COUNSEL AND SUBSTITUTE COUNSEL OF RECORD ON BEHALF OF PRECISION DRYWALL, INC.**

NOW INTO COURT, through undersigned counsel, comes defendant, Precision Drywall, Inc. (hereinafter, "Precision"), which respectfully suggests to this Honorable Court that it desires that Lloyd N. Shields (La. Bar No. 12022), Elizabeth L. Gordon (La. Bar No. 21619), Andrew G. Vicknair (La. Bar No. 28448) and Adrian A. D'Arcy (La. Bar No. 29137) of the law firm of Shields Mott Lund, L.L.P. be substituted as counsel of record for said defendant, in the place and stead of Michelle I. Nelson of the law firm of Paxton & Smith, P.A. Defendant certifies to this Court that this substitution is not interposed for delay and will not retard the progress of this matter.

WHEREFORE, Precision Drywall, Inc. prays that this Honorable Court substitute Lloyd N. Shields, Elizabeth L Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law firm of Shields Mott Lund L.L.P., as counsel of record in the place of Michelle I. Nelson.

    Respectfully submitted,

    /s/ Michelle I. Nelson
    Michelle I. Nelson (Fla. Bar No. 436194)
    Paxton & Smith, P.A.
    Barristers Building, Suite 500
    1615 Forum Place
    West Palm Beach, Florida 33401
    Telephone: (561) 684-2121
    Facsimile: (561) 684-6855
    min@paxsmith.com


    /s/ Elizabeth L. Gordon
    Lloyd N. Shields (La. Bar No. 12022)
    Elizabeth L. Gordon (La. Bar No. 21619)
    Andrew G. Vicknair (La. Bar No. 28448)
    Adrian A. D'Arcy (La. Bar No. 29137)
    Shields Mott Lund L.L.P.
    650 Poydras Street, Suite 2600
    New Orleans, Louisiana 70130
    Telephone: (504) 581-4445
    Facsimile: (504) 584-4440
    lnshields@shieldsmottlund.com
    elgordon@shieldsmottlund.com
    ajvicknair@shieldsmottlund.com
    aadarcy@shieldsmottlund.com

    Attorneys for
      Precision Drywall, Inc.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Consent Motion to Withdraw Counsel and Substitute Counsel of Record on Behalf of Precision Drywall, Inc.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 8th day of June, 2011.

/s/ Michelle I. Nelson

62065-02\Pleadings\Motion to Substitute.a.wpd