UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, L.L.C., et al. | * * | MAG. JUDGE WILKINSON |
| Case No. 10-1113 | * | |
| *   *   *   *   *   *   * | | |

## ORDER

Having considered Defendant's, Precision Drywall, Inc., motion to withdraw and substitute counsel, it is hereby **ORDERED** that Defendant's motion is **GRANTED**; it is further **ODERED** that Michelle I. Nelson of the law firm of Paxton & Smith, P.A. be and hereby is permitted to withdraw and that Lloyd N. Shields, Elizabeth L Gordon, Andrew G. Vicknair and Adrian A. D'Arcy are counsel of record for Precision Drywall, Inc. in this matter.

New Orleans, Louisiana, this __ day of ___, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge