UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL            MDL DOCKET: 2047
       PRODUCTS LIABILITY LITIGATION
                                               SECTION: L
THIS DOCUMENT RELATES TO:

ALL CASES                                      JUDGE FALLON
                                               MAG. JUDGE WILKINSON

NOTICE OF CHANGE OF ADDRESS

Please take notice of the following Change of Address for attorneys Michael W. Switzer, Florida Bar No. 728268 and Rodney J. Janis, Florida Bar No. 647896. The new address is:

Michael W. Switzer, Esq
Michael.Switzer@wilsonelser.com
Rodney J. Janis, Esq.
Rodney.Janis@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 515-4000
(561) 515-4001 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on 15 day of June, 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.

/s/Rodney Janis