# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL         MDL No. 02047
         PRODUCTS LIABILITY LITIGATION              SECTION L
                                                                         JUDGE FALLON
                                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW
_____/

## MANAGEMENT SERVICES OF LEE COUNTY, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

     Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. ("Paul Homes"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint in Intervention (I(A))*, filed by Defendant on October 22, 2010 [D.E. 6059].  Through the proposed Notice of Supplemental Authority, Paul Homes seeks to inform the Court of recent Florida drywall decisions that offer additional support for Paul Homes' arguments in its Motion to Dismiss.  A proposed order granting Paul Homes leave to file its supplemental authority is attached as Exhibit **1**.  The Notice of Supplemental Authority, with incorporated exhibits, is attached as Exhibit **2**.

Dated:  June 15, 2011

                        Respectfully submitted,

                        **AKERMAN SENTERFITT**

BY:       /s/ Stacy Bercun Bohm
      Stacy Bercun Bohm (Fla. Bar No. 022462)
      Valerie B. Greenberg. (Fla. Bar No. 26514
      Leslie Miller Tomczak (Fla. Bar No. 126489)
      Las Olas Centre II, Suite 1600
      350 East Las Olas Boulevard
      Fort Lauderdale, Florida 33301-2229
      Telephone: (954) 463-2700
      Telecopier: (954) 463-2224
      Email:  stacy.bohm@akerman.com
              valerie.greenberg@akerman.com
              leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC., F/K/A PAUL HOMES, INC.**

**LOCAL COUNSEL FOR DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC., F/K/A PAUL HOMES, INC.**
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and exhibits have been served on Plaintiffs' Liaison Counsel, Russ Herman, at Herman, Katz & Coltar, LLP, 820 O'Keefe Avenue., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, at Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com) by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

/s/   Stacy Bercun Bohm

{FT783878;1}                           3