# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL No. 02047
         PRODUCTS LIABILITY LITIGATION         SECTION L
                                                          JUDGE FALLON
                                                          MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

GROSS, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-09-6690 (E.D. La.)
_____/

**ORDER GRANTING WOODLAND ENTERPRISES, INC.'S**
**EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**
**IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

    Upon consideration of *Woodland Enterprises, Inc.'s Ex Parte Motion for Leave to File*

*Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

    **ORDERED and ADJUDGED** that:

    1.    The Motion is granted.

    2.    Defendant, Woodland Enterprises, Inc.'s Notice of Supplemental Authority and

its associated exhibits shall be filed as additional support for Woodland Enterprises, Inc.'s

previously filed Motion to Dismiss [D.E. 4435].

    NEW ORLEANS, LOUISIANA, this ____ day of June, 2011.

                                               _____
                                             ELDON E. FALLON
                                             United States District Court Judge