UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

NOW INTO COURT, through undersigned counsel comes The Plaintiffs Steering Committee, who moves to substitute certain of the party defendants for the reasons set forth below:

1. The Plaintiffs identified "Underwriters at Lloyd's, London" as the insurer in the Amended Amato Complaint for Saturano Construction AB, Inc. for the policy periods November 29, 2006 to November 29, 2007 and November 29, 2007 to November 29, 2008 pursuant to Commercial General Liability Policy numbers PAT20702006 and PAT20702007. The Plaintiffs further identified "Underwriters at Lloyd's, London" as the insurer in Amended Amato Complaint for Saturano Construction AB, Inc. for the policy period November 29, 2008 to November 29, 2009 pursuant to Commercial General Liability Policy number ART005360 Carmela Nunez is the only plaintiff with a claim against any of these policies.

2. Since that filing, it has become apparent that "Underwriters at Lloyd's, London" are not the proper defendants to this litigation. "Underwriters at Lloyd's, London" did not issue any policy of insurance to Saturno Construction AB, Inc. Rather, the proper defendants are as follows: a) as to Commercial General Liability Policy numbers PAT20702006 and PAT20702007, the proper defendant for these policies is Omega Dedicated Ltd. (UK), the sole

underwriting Member or "Name" for Syndicate 958 and b) as to Commercial General Liability Polciy number ART005360, Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200.

5. Thus, Plaintiff desires to substitute Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 and dismiss Underwriters at Lloyd's, London, without prejudice, as to the claims of Carmela Nunez under Commercial General Liability Policy numbers PAT20702006 and PAT20702007 in favor of Saturano Construction AB, Inc. for the policy periods November 29, 2006 to November 29, 2007 and November 29, 2007 to November 29, 2008 at issue in this litigation; and

Plaintiff desires to substitute Argo Underwriting Agency, Ltd. the sole underwriting member or "Name" for Syndicate 1200 and dismiss Underwriters at Lloyd's, London, without prejudice, as to the claims of Carmela Nunez under Commercial General Liability Policy numbers ART005360 in favor of Saturano Construction AB, Inc. for the policy period November 29, 2008 to November 29, 2009  2008 also at issue in this litigation.

## Conclusion

WHEREFORE, The Plaintiffs Steering Committee and counsel for the affected plaintiff, Carmela Nunez, pray that Omega Dedicated Ltd. (UK), the sole underwriting Member or "Name" for Syndicate 958 be substituted as the party defendant in place of Underwriters at Lloyd's of London and to dismiss Underwriters at Lloyd's of London, without prejudice, as to Commercial General Liability Policy numbers PAT20702006 and PAT20702007 in favor of Saturano Construction AB, Inc, for the policy periods November 29, 2006 to November 29, 2007 and November 29, 2007 to November 29, 2008 placed at issue in this litigation; and

Further pray that Argo Managing Agency, Ltd., the Managing Agency for the members of Syndicate 1200 be substituted as the party defendant in place of Underwriters at Lloyd's of

London and to dismiss Underwriters at Lloyd's of London, without prejudice, as to Commercial General Liability Policy number ART005360 in favor of Saturano Construction AB, Inc, for the policy period November 29, 2008 to November 29, 2009 also placed at issue in this litigation.

**HERMAN, HERMAN, KATZ & COTLAR, LLP**

*/s/  Leonard A. Davis*

Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
820 O'Keefe Avenue
Telephone: (504) 581-4892
Telecopier: (504) 561-6024

**Plaintiffs' Liason Counsel**

**PLAINTIFFS STEERING COMMITTEE**

**AND**

**MILSTEIN, ADELMAN & KREGER and ROBERTS & DURKEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion and Incorporated Memorandum to Substitute Parties has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system,

which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

                                        *s/ Leonard A. Davis*

Leonard A. Davis (La. Bar No. 14190)
820 O'Keefe Avenue
New Orleans, Louisiana
Plaintiffs Liason Counsel
Plaintiffs Steering Committee