UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

NOW INTO COURT, through undersigned counsel comes the Plaintiffs Steering Committee (hereinafter "PSC") who moves to substitute certain of the party defendants for the reasons set forth below:

1. Plaintiffs identified "Chubb Group of Insurance Companies" in the Amended Amato Complaint as the insurer for M/I Homes, Inc. pursuant to Commercial General Liability Policy number 7979-31-15. Plaintiffs, John Austin, Kevin and Jennifer Branzon, Roberto and Angela Correll, Bill and Cynthia Martineau, Steven Minafri, and Stanley Duke ("Plaintiffs"), brought claims against "Chubb Group of Insurance Companies" in its alleged capacity as insurer of M/I Homes, Inc.

2. Since that filing, it has become apparent that Chubb Group of Insurance Companies is not the proper defendant to this litigation. Chubb Group of Insurance Company did not issue any policy of insurance to M/I Homes, Inc. Rather, the proper defendant for the claims made by the plaintiffs as to the alleged policy is Federal Insurance Company ("Federal").

3. Thus, Plaintiffs desire to substitute Federal in place of Chubb Group of Insurance Companies and dismiss all claims against Chubb Group of Insurance Companies, without prejudice, in this litigation.

## Conclusion

WHEREFORE, The Plaintiffs Steering Committee prays that Federal Insurance Company be substituted as the party defendant in place of Chubb Group of Insurance Companies and that any and all claims against Chubb Group of Insurance Companies as they relate to Commercial General Liability Policy number 7979-31-15 issued to M/I Homes, Inc., without prejudice.

**HERMAN, HERMAN, KATZ & COTLAR, LLP**

*/s/ Leonard A. Davis*
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
820 O'Keefe Avenue
Telephone: (504) 581-4892
Telecopier: (504) 561-6024

**Plaintiffs' Liaison Counsel**

**PLAINTIFFS STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion and Memorandum to Substitute Parties has been served on has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

                                                    **HERMAN, HERMAN, KATZ & COTLAR, LLP**

                                                    */s/ Leonard A. Davis*
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
820 O'Keefe Avenue
Telephone: (504) 581-4892
Telecopier: (504) 561-6024
**Plaintiffs' Liaison Counsel**