UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion to Substitute Parties filed on behalf of The Plaintiffs Steering Committee:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Federal Insurance Company be substituted as the proper defendant as to Commercial General Liability Policy number 7979-31-15 issued to M/I Homes, Inc. and the claims against Chubb Group of Insurance Companies be dismissed, without prejudice.

New Orleans, Louisiana this ___ day of June, 2011.

                                                              Judge Eldon E. Fallon
                                                              United States District Court Judge
                                                              for the Eastern District of Louisiana