UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>         PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al*. v.<br>KNAUF GIP KG, *et al*.,<br>Case No. 2:09-cv-07628-EEF-JCW<br>_____/ | |

### HAMMER CONSTRUCTION SERVICES, LTD.'S
### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
### IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant, Hammer Construction Services, Ltd. ("Hammer"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint*, filed by Defendant on July 9, 2010 [D.E. 4355]. Through the proposed Notice of Supplemental Authority, Hammer seeks to inform the Court of recent Florida drywall decisions that offer additional support for Hammer's arguments in its Motion to Dismiss. A proposed order granting Hammer leave to file its supplemental authority is attached as Exhibit **1**. The Notice of Supplemental Authority, with incorporated exhibits, is attached as Exhibit **2**.

{FT783863;1}

Dated: June 15, 2011

                                                          Respectfully submitted,

                                                          **AKERMAN SENTERFITT**

BY:      /s/ Stacy Bercun Bohm
        Stacy Bercun Bohm (Fla. Bar No. 022462)
        Valerie B. Greenberg. (Fla. Bar No. 26514
        Leslie Miller Tomczak (Fla. Bar No. 126489)
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, Florida 33301-2229
        Telephone: (954) 463-2700
        Telecopier: (954) 463-2224
        Email: stacy.bohm@akerman.com
                valerie.greenberg@akerman.com
                leslie.tomczak@akerman.com

        **LEAD COUNSEL FOR DEFENDANT**
        **HAMMER CONSTRUCTION**
        **SERVICES, LTD.**

**LOCAL COUNSEL FOR DEFENDANT**
**HAMMER CONSTRUCTION SERVICES, LTD.**
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document and exhibits have been served on Plaintiffs' Liaison Counsel, Russ Herman, at Herman, Katz & Coltar, LLP, 820 O'Keefe Avenue., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, at Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com) by U.S. Mail and e-mail <u>or</u> by hand delivery and email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

                                                                               /s/   Stacy Bercun Bohm