UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2047

                                                 SECTION L

THIS DOCUMENT RELATES TO                         Judge: Fallon
*Daniel Abreu, et. al. v. Gebrueder Knauf*       MAG JUDGE WILKINSON
*Verwaltungsgesellschaft, KG, et. al.*
Case No: 2:11-252 (E.D.La.)
_____/

## NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that Defendant, Holiday Builders Construction of Florida, LLC, has filed the attached Motion to Dismiss for Lack of Personal Jurisdiction. PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on July 6, 2011, at 11:00 a.m. before Magistrate Judge Joseph C. Wilkinson, Jr.

                        Respectfully submitted,

                        /s/ John Armando Boudet
                        John Armando Boudet
                        Florida Bar No. 0515670
                        jboudet@ralaw.com
                        Roetzel & Andress, LPA
                        420 South Orange Avenue
                        CNL Center II, 7th Floor
                        Orlando, FL 32801
                        Telephone No: 407.896.2224
                        Facsimile No: 407.835.3596
                        *Counsel for Defendant, Holiday Builders*
                        *Construction of Florida, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing MEMORANDUM IN SUPPORT OF DEFENDANT, HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (VIII) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896.2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders*
*Construction of Florida, LLC*