# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs Steering Committee (hereinafter, "PSC") who moves to substitute a certain party defendant for the reasons set forth below:

1. The Plaintiffs identified "RSUI Group, Inc." in the Amended Amato Complaint as the insurer for Interior/Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC. Certain plaintiffs brought claims against RSUI Group, Inc., in its alleged capacity as insurer of Interior/Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC.

2. Since that filing, it has become apparent that RSUI Group, Inc. is not the proper defendant to this litigation. RSUI Group, Inc. did not issue policies of insurance to Interior/Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC. Rather, the proper defendant for the claims made by the plaintiffs is Landmark American Insurance Company, which issued certain commercial general liability policies to Interior/Exterior Building Supply, L.P. and/or Interior Exterior Enterprises, LLC.

3.	Thus, Plaintiffs desire to substitute Landmark American Insurance Company in place of RSUI Group, Inc. as a defendant in the instant litigation and dismiss all claims against RSUI Group, Inc., without prejudice, in this litigation.

## Conclusion

WHEREFORE, The Plaintiffs Steering Committee prays that Landmark American Insurance Company be substituted as the party defendant in place of RSUI Group, Inc. and that any and all claims against RSUI Group, Inc. be dismissed with without prejudice.

Respectfully submitted:

/s/ Leonard A. Davis_____
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
*Plaintiffs Liaison Counsel*
*Plaintiffs Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion to Substitute Parties has been served on has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

        HERMAN, HERMAN, KATZ & COTLAR, LLP

        */s/ Leonard A. Davis*
        Russ M. Herman (La. Bar No. 6819)
        Leonard A. Davis (La. Bar No. 14190)
        Stephen J. Herman (La. Bar No. 23129)
        820 O'Keefe Avenue
        Telephone: (504) 581-4892
        Telecopier: (504) 561-6024
        **Plaintiffs' Liaison Counsel**