UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL                MDL No. 02047
           PRODUCTS LIABILITY LITIGATION                       SECTION L
                                                                                           JUDGE FALLON
                                                                                           MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW
_____/

### R. FRY BUILDERS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant, R. Fry Builders, Inc. ("Fry"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint*, filed by Defendant on July 9, 2010 [D.E. 4357].  Through the proposed Notice of Supplemental Authority, Fry seeks to inform the Court of recent Florida drywall decisions that offer additional support for Fry's arguments in its Motion to Dismiss.  A proposed order granting Fry leave to file its supplemental authority is attached as Exhibit **1**.  The Notice of Supplemental Authority, with incorporated exhibits, is attached as Exhibit **2**.

{FT783895;1}

Dated: June 15, 2011

                      Respectfully submitted,

                      **AKERMAN SENTERFITT**

BY:     /s/ Stacy Bercun Bohm
         Stacy Bercun Bohm (Fla. Bar No. 022462)
         Valerie B. Greenberg. (Fla. Bar No. 26514
         Leslie Miller Tomczak (Fla. Bar No. 126489)
         Las Olas Centre II, Suite 1600
         350 East Las Olas Boulevard
         Fort Lauderdale, Florida 33301-2229
         Telephone: (954) 463-2700
         Telecopier: (954) 463-2224
         Email: stacy.bohm@akerman.com
                   valerie.greenberg@akerman.com
                   leslie.tomczak@akerman.com

         **LEAD COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**

**LOCAL COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

{FT783895;1}       2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document and exhibits have been served on Plaintiffs' Liaison Counsel, Russ Herman, at Herman, Katz & Coltar, LLP, 820 O'Keefe Avenue., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, at Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com) by U.S. Mail and e-mail <u>or</u> by hand delivery and email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2011.

                                              /s/   Stacy Bercun Bohm