# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L
                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW
_____/

**ORDER GRANTING R. FRY BUILDERS, INC.'S**
**EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**
**IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

       Upon consideration of *R. Fry Builders, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

       **ORDERED and ADJUDGED** that:

       1.      The Motion is granted.

       2.      Defendant, *R. Fry Builders, Inc.'s* Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for *R. Fry Builders, Inc.'s* previously filed Motion to Dismiss [D.E. 4357].

       NEW ORLEANS, LOUISIANA, this _____ day of June, 2011.


                                      _____
                                      ELDON E. FALLON
                                      United States District Court Judge

{FT783887;1}