MINUTE ENTRY
FALLON, J.
JUNE 14, 2011

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: 10-1113**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert/Dean Oser
Court Reporter: Jodi Simcox

Appearances: Gary Mason, Esq. And Dan Bryson, Esq. For Plaintiffs
Richard Duplantier, Esq. For Coastal Construction
Greg Weiss, Esq. for RCR Holdings
Nick Panayotoloulos, Esq. For Certain Banner Entities

I. Class Action Plaintiff in *Hobbie*, Wendy Lee Hobbie's Motion for Entry of Scheduling Order (R. Doc. 8887)

   Argument-DENIED but with the direction to the parties to conduct discovery and file motions to resolve the disputed claims. IT IS ORDERED that the parties are to provide to the Court within one week a proposal for doing so, and if they cannot agree on a proposal, competing proposals may be submitted within this time frame which the Court resolve.

JS 10:   :12