## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L JUDGE FALLON |
| **THIS DOCUMENT RELATES TO** *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | MAG. JUDGE WILKINSON |

### ORDER

Considering the Landmark American Insurance Company's Motion to Dismiss Pursuant to Rule 12(B)(1) for Improper Direct Action on First Party Property Policy;

**IT IS ORDERED** that the claims of plaintiffs, Christine and Robert Akers, Larry and Rene Galvin, Allan Neumann and Jim Tarzy against Landmark American Insurance Company  in connection with Landmark American Insurance Company policy LHD340232, as pleaded in the *Amato* Omnibus Complaint, be and are hereby dismissed with prejudice. Plaintiffs, Christine and Robert Akers, Larry and Rene Galvin, Allan Neumann and Jim Tarzy, and any other plaintiffs in the *Amato* Omnibus Complaint, reserve their rights and claims against any and all other defendants therein.  Each party is to bear their own attorneys' fees and costs.

New Orleans, Louisiana, this 15th day of June, 2011

_____

**UNITED STATES DISTRICT COURT JUDGE**