UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| KENNETH AND BARBARA WILTZ, ET AL<br>vs.<br>BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al<br>Case No. 10-0361 | SECTION l<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## ORDER

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll/Substitute Counsel for Plaintiffs James and Janice Poggio (Omni II).

**IT IS HEREBY ORDERED** that Shapiro, Blasi, Wasserman & Gora, P. A. and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) are removed as counsel of record; and

**IT IS FURTHER ORDERED** that David Horsley of the law firm of Collins & Horsley, P.C. is substituted as counsel of record for Plaintiffs James and Janice Poggio, in the above-captioned proceeding.

New Orleans, Louisiana, this the __13th__ day of __June__, 2011.

_____
UNITED STATES DISTRICT JUDGE