# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY ANNE BENES, individually, and on behalf of all others similarly situated, *et. al*,<br><br>    Plaintiffs,<br><br>v.<br><br>KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., *et. al*,<br><br>    Defendants.<br>_____/ | CASE NO.: 09-6690<br><br>CLASS ACTION COMPLAINT<br><br><br>JURY TRIAL DEMAND |

## ORDER GRANTING ARANDA HOMES, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Aranda Homes, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1.    The Motion is granted.

2.    Defendant, Aranda Homes, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Aranda Homes, Inc.'s previously filed Motions to Dismiss [D.E.s 4434 and 5960].

NEW ORLEANS, LOUISIANA, this ____ day of June, 2011.

 

_____
ELDON E. FALLON
United States District Court Judge

{M3064203;1}