## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, *et. al*, | CASE NO.: 10-361 SECT. L MAG 2 AMENDED CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., *et. al*, | |
| Defendants. _____/ | |

## ARANDA HOMES, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant, Aranda Homes, Inc. ("Aranda"), respectfully requests leave to file a Notice of Supplemental Authority to further support its *Motion to Dismiss with Prejudice the Claims Brought Against it in the Wiltz Amended Omnibus Class Action Complaint (Omni II)* filed on July 12, 2010 [D.E. 4369] and its *Motion to Dismiss With Prejudice the Claims Brought Against it in the Burke(Omni II(A)), Amorin (Omni II(B)) and Abromat/Worobec (Omni II(C)) Omnibus Class Action Complaints in Intervention* on January 26, 2011 [D.E. 7248]. Through the proposed Notice of Supplemental Authority, Aranda seeks to inform the Court of recent Florida drywall decisions that offer additional support for Aranda's arguments in its Motion to Dismiss. A proposed order granting Aranda leave to file its supplemental authority is attached as Exhibit **A**. The Notice of Supplemental Authority and its associated exhibits are attached as Exhibits **B-F**.

{M3064184;1}

Dated: June 16, 2011  **AKERMAN SENTERFITT**

BY: /s/      Valerie Greenberg
Fla. Bar No. 026514
Stacy J. Harrison, Esq.
Fla. Bar No. 44109

One SE 3rd Ave., 25th Floor, Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email: valerie.greenberg@akerman.com
Email: stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Motion for Leave to File Supplemental Authority in Further Support of Its Motion to Dismiss* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2011.

                                                  /s/     Valerie Greenberg