UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED | * MDL No. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| Omnibus Complaint I | * MAGISTRATE WILKINSON |
| Case No. 2:09-cv-07628; | * |
| Omnibus Complaint V | * |
| Case No. 10-cv-0932; | * |
| US Eastern District Court | * |
| Case No. 09-5828 (Chad Jarrell et al. v. Knauf et al.);  and | * |
| US Eastern District Court | * |
| Case No. 10-340 (State of Louisiana v. Knauf et al. – Removed to U.S. Eastern District Court from Orleans Parish District Court - Docket # 2010 -392) | |

ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Mayeaux Construction, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Mayeaux Construction, Inc. in the above-referenced Complaint(s).

Signed in New Orleans, Louisiana, this 13th day of June 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA