UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * MAGISTRATE WILKINSON |
| Omnibus Complaint VIII Case No. 11-cv-252 | * * |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Rockwell Builders, LLC,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for Rockwell Builders, LLC in the above referenced Complaint.

Signed in __New Orleans__, Louisiana, this 13th day of _____June_____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA