UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * MAGISTRATE WILKINSON |
| Omnibus Complaint Case No. 2:09-cv-07628 Omnibus Complaint Case No. 10-cv-0932 | * * * |

### ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by H.C. Owen Builder, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux and the law firm of Sharon B. Kyle, APLC as counsel of record for H.C. Owen Builder, Inc. in the above referenced Complaint.

Signed in New Orleans , Louisiana, this 13th day of June 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA