UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 <br> * <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> Omnibus Complaint I <br> Case No. 2:09-cv-07628 <br> Omnibus Complaint V <br> Case No. 10-cv-0932 <br> Omnibus Complaint VI <br> Case No. 10-cv-3070 | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Benoit Builders, LLC f/k/a Benoit Builders & Realtors, LLC,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Benoit Builders, LLC f/k/a Benoit Builders & Realtors, LLC in the above-referenced Complaint(s).

Signed in New Orleans, Louisiana, this 13th day of June 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA