FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 * * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| Omnibus Complaint I | * MAGISTRATE WILKINSON |
| Case No. 2:09-cv-07628 | * |
| Omnibus Complaint V | * |
| Case No. 10-cv-0932 | * |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Affordable Homes & Land, LLC,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Affordable Homes & Land, LLC in the above-referenced Complaint(s).

Signed in __New Orleans__, Louisiana, this 13th day of __June__ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA