## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-6687 (E.D.La.)**

*Payton, et al. v. Knauf Gips, KG, et al.,* **Case No. 2:09-cv-7628 (E.D.La.)**

*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 2:10-cv-361 (E.D.La.)**

*Gross, et al v. Knauf Gips, KG, et al.,* **Case No. 2:09-6690 (E.D.La.)**

*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 2:11-080 (E.D.La.)**

*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-06686 (E.D.La.)**

## THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO LIFT STAY AND FOR APPROVAL OF PROPOSED SCHEDULING ORDER

NOW INTO COURT comes The Plaintiffs' Steering Committee ("PSC") who moves this Court to lift the stay with regard to the Plaintiffs' Motion for Class Certification of Plaintiffs' Claims for Damages Against Venture Supply (the "Motion for Class Certification") [Document # 8829] and the Plaintiffs' Steering Committee's Motion to Allow Service of Complaints on Lowe's Home

1

Centers, Inc. (the "Motion to Allow Service of Complaints") [Document # 9462].

The PSC also moves that the Court approve the following proposed scheduling order with regard to the Motion for Class Certification involving Venture Supply, Inc. ("Venture"):

1. **Interventions.** Any interested party, including assignees of homeowner claims, who seeks to intervene in the Motion for Class Certification shall be subject to the terms, conditions and deadlines set forth in this Order. Any such party seeking to intervene shall file appropriate pleadings with the Court prior to July 28, 2011.

2. **Discovery to Class Representatives and Fact Witnesses.** Commencing as of the date this Order is entered, Venture shall be entitled to propound additional written discovery upon the designated class representatives. This discovery shall not be repetitive of information previously provided in the Plaintiff Profile Form provided by the class representative. Further, Venture shall be entitled to depose the representative plaintiffs. Each deposition shall be limited to one day per deponent. Depositions of class representatives shall be completed by August 14, 2011. If additional fact witnesses are disclosed by either party, such disclosure shall be made in sufficient time prior to the class certification hearing so that a reasonable opportunity to take discovery is provided to the other side, without prejudice to any party.

3. **Disclosure/Discovery of Plaintiffs' Experts.** To the extent Plaintiffs rely upon any experts, Plaintiffs shall furnish to Venture expert reports in accordance with Fed.R.Civ.P. 26(a)(2)(B) or Affidavits (which may have already been provided in the original filed motions) and dates of availability of their experts for depositions by August 14, 2011. Venture shall complete the depositions of Plaintiffs' experts by September 16, 2011.

4. **Designation of Fact Witnesses.** Plaintiffs, Venture and Intervenors shall all designate fact witnesses who may be called to testify at the class certification hearing (whether live or by

2

deposition) by September 16, 2011.

     5. **Disclosure/Discovery of Venture's Experts.**  To the extent Venture relies upon any experts, Venture shall furnish to plaintiffs expert reports in accordance with F.R.C.P. 26(a)(2)(B) or Affidavits and dates of availability of their experts for depositions by September 19, 2011.  The Plaintiffs shall complete the depositions of the Venture's experts by October 14, 2011.

     6. **Opposition to Motion for Class Certification.**  Venture shall file their Memorandum in Opposition to the Motion for Class Certification together with exhibits, affidavits and depositions by October 21, 2011.  Supporting affidavits or depositions may be referenced and/or attached only if the affiants/deponents were timely designated in accordance with this Order.

     7. **Plaintiffs' Memorandum in Reply.**  By November 4, 2011, plaintiffs shall file their Memorandum in Reply to Venture's Memorandum in Opposition to the Motion for Class Certification.  Supporting affidavits or depositions may be referenced and/or attached only if the affiants/deponents were timely designated in accordance with this Order.

     8. *Daubert* **Challenges.**  To the extent any party files a *Daubert* challenge to any experts, such motion shall be filed prior to November 4, 2011 so that briefing can take place and the Court can schedule a hearing, if necessary, in advance of the hearing date on the Motion for Class Certification.  The parties are encouraged to meet and confer in advance to avoid the filing of unnecessary motions relating to *Daubert* challenges.

     9. **Hearing.**  The hearing on the Motion for Class Certification shall commence on a date to be determined by the Court after November 4, 2011, and shall continue from day to day thereafter as needed.

     WHEREFORE, the PSC prays that this Court lift the stay in this matter as to the Motion for Class Certification and the Motion to Allow Service of Complaints.  The PSC respectfully requests

that the Court hear argument on the Motion to Allow Service of Complaints following the monthly

status conference on July 14, 2011, or at a time set by the Court, and approve the scheduling order

proposed by the PSC with regard to the Motion for Class Certification.

                                   Respectfully submitted,


Dated: June 17, 2011               /s/ Russ M. Herman
                                   Russ M. Herman, Esquire (Bar No. 6819)
                                   Leonard A. Davis, Esquire (Bar No. 14190)
                                   Stephen J. Herman, Esquire (Bar No. 23129)
                                   HERMAN, HERMAN, KATZ & COTLAR, LLP
                                   820 O'Keefe Avenue
                                   New Orleans, Louisiana 70113
                                   Phone: (504) 581-4892
                                   Fax: (504) 561-6024
                                   LDavis@hhkc.com
                                   *Plaintiffs' Liaison Counsel*
                                   *MDL 2047*

                                   Arnold Levin (On the Brief)
                                   Fred S. Longer (On the Brief)
                                   Matthew C. Gaughan (On the Brief)
                                   Levin, Fishbein, Sedran & Berman
                                   510 Walnut Street, Suite 500
                                   Philadelphia, PA 19106
                                   215-592-1500 (phone)
                                   215-592-4663 (fax)
                                   Alevin@lfsblaw.com
                                   *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Motion to Lift Stay and for Approval of Proposed Scheduling Order as well as the Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of June, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047