007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br>**SECTION L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | **MAG. JUDGE WILKINSON** |

## ORDER ON LIMITED MOTION TO ENROLL AS ADDITIONAL COUNSEL
## FOR COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.

THIS CAUSE having come before this Honorable Court on Defendant, **COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC'S** Motion to enroll Richard G. Duplantier, Jr. (Louisiana Bar No. 18874) of the law firm of Galloway, Johnson, Tompkins, Burr & Smith, as additional counsel of record for the limited and specified role to orally argue against Plaintiffs' Motion for Entry of Scheduling Order. Said Motion is hereby Granted on this 17th day of June, 2011.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE