## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL
          PRODUCTS LIABILITY LITIGATION

MDL No. 02047
SECTION L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

### ORDER GRANTING HAMMER CONSTRUCTION SERVICES, LTD.'S
### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
### IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Hammer Construction Services, Ltd.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1.    The Motion is granted.

2.    Defendant, Hammer Construction Services, Ltd.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Hammer Construction Services, Ltd.'s previously filed Motion to Dismiss [D.E. 4355].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

ELDON E. FALLON
United States District Court Judge