UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2047 SECTION: L JUDGE FALLON |
| **THIS DOCUMENTS RELATES TO:** RONNIE VAN WINKLE SR. et al, No. 09-4378 | * * | MAG. JUDGE WILKINSON |

* * * * * * * *

## JUDGMENT

Before the court is Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1) (See Docs. 384 and 4423) seeking dismissal of the Complaint filed by Ronnie Van Winkle, Sr. and Anne Van Winkle, styled *Van Winkle, et al v. Knauf Gips KG, et al,* 09-4378 (E.D La. 7/10/09), for lack of either federal question jurisdiction or diversity jurisdiction.

The Court, after considering the pleadings, memoranda, evidence, exhibits and consent of parties, finds that the Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1) filed by Nautilus Insurance Company be and is hereby **GRANTED**;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint filed by Ronnie Van Winkle, Sr. and Anne Van Winkle, styled *Van Winkle, et al v. Knauf Gips KG, et al,* 09-4378 (E.D La. 7/10/09), be and is hereby **DISMISSED,** without prejudice, each party to bear its own costs.

**NEW ORLEANS**, Louisiana this 15th day of June, 2011.

HONORABLE ELDON E. FALLON

{