UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, et al.<br>No. 10-1113 | MAGISTRATE JUDGE WILKINSON |

## ORDER GRANTING PRECISION DRYWALL'S MOTION FOR LEAVE OF COURT TO JOIN IN THE BANNER ENTITIES' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF SCHEDULING ORDER

Considering the foregoing Precision Drywall, Inc.'s Motion for Leave of Court to Join in the Banner Entities' Opposition to Plaintiff's Motion for Entry of Scheduling Order;

IT IS ORDERED that Precision Drywall, Inc.'s Motion for Leave of Court to Join in the Banner Entities' Opposition to Plaintiff's Motion for Entry of a Scheduling Order is GRANTED and Precision Drywall, Inc. is permitted to join in the relief sought in Banner's Response in Opposition to Plaintiff's Motion for Entry of a Scheduling Order, Document No. 9234, filed herein on June 7, 2011.

DONE IN OPEN COURT this <u>15th</u> day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE