UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

JOYCE W. ROGERS, *et al.* v.
KNAUF GIPS KG, *et al.*,
Case No. 10-362

_____/

**ORDER GRANTING MANAGEMENT SERVICES OF LEE COUNTY, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Upon consideration of *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s* Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s* previously filed Motion to Dismiss [D.E. 4358].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

ELDON E. FALLON
United States District Court Judge

{FT783894;1}