# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L
                                    JUDGE FALLON
                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## ORDER GRANTING MANAGEMENT SERVICES OF LEE COUNTY, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s*

*Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to*

*Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1.     The Motion is granted.

2.     Defendant, *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s*

Notice of Supplemental Authority and its associated exhibits shall be filed as additional support

for *Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s* previously filed Motion to

Dismiss [D.E. 4341].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

ELDON E. FALLON
United States District Court Judge