UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL NO. 2047 |
| | ) | |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. | ) | |
| Case No. 09-6690 (E.D.La.) | ) | MAG. JUDGE WILKINSON |
| | ) | |
| _____ | ) | |

**EX PARTE MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR CNBM USA CORP.**

NOW INTO COURT, through undersigned counsel, comes defendant CNBM USA

Corp., which respectfully requests that this Court allow J. Jeffrey Patton and Daniel L. Stanner of

the law firm of Tabet DiVito and Rothstein LLC and Quentin F. Urquhart, Jr. and John W.

Sinnott of the law firm of Irwin Fritchie Urquhart & Moore LLC to withdraw as counsel of

record on behalf of CNBM USA Corp. pursuant to an instruction from the client.  CNBM USA

Corp.'s address is: 650 Camino De Gloria, Walnut, California 91789.

Dated:   June 17, 2011.

Respectfully submitted,

/s/John W. Sinnott
QUENTIN F. URQUHART, JR (#14475)
JOHN W. SINNOTT (#23943)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Telephone:  (504) 310-2100
Facsimile: (504) 310-2101

And

J. Jeffrey Patton
Daniel L. Stanner
TABET DiVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street
7th Floor
Chicago, Illinois 60604
Telephone:  (312) 762-9450
Facsimile: (312) 762-9451

Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Withdraw as Counsel of Record for CNBM USA Corp. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of June, 2011.

/s/ John W. Sinnott