UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. Case No. 09-6690 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for CNBM USA Corp.;

IT IS ORDERED that the motion is granted. The appearances of J. Jeffrey Patton and Daniel L. Stanner of the law firm of Tabet DiVito and Rothstein LLC and Quentin F. Urquhart, Jr. and John W. Sinnott of the law firm of Irwin Fritchie Urquhart & Moore LLC are hereby deemed withdrawn.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
Eldon E. Fallon
United States District Judge