## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 02047
PRODUCTS LIABILITY LITIGATION     SECTION L
    JUDGE FALLON
    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

GROSS, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 2:09-cv-09-6690 (E.D. La.)

_____/

### ORDER GRANTING WOODLAND ENTERPRISES, INC.'S
### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
### IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Woodland Enterprises, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1.     The Motion is granted.

2.     Defendant, Woodland Enterprises, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Woodland Enterprises, Inc.'s previously filed Motion to Dismiss [D.E. 4435].

NEW ORLEANS, LOUISIANA, this 7th day of June, 2011.

ELDON E. FALLON
United States District Court Judge