UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

KENNETH and BARBARA WILTZ, *et al.*, *Plaintiffs v.*
BEIJING NEW BUILDING MATERIALS PUBLIC
LTD. CO., *et al.*, *Defendants.*
Case No. 2:10-cv-00361 (E.D. La.)
_____/

## ORDER GRANTING R. FRY BUILDERS, INC.'S
## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *R. Fry Builders, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, *R. Fry Builders, Inc.'s* Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for *R. Fry Builders, Inc.'s* previously filed Motion to Dismiss [D.E. 7702].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

_____
ELDON E. FALLON
United States District Court Judge

{FT783914;1}