UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON (L) <br><br> MAG. WILKINSON (4) |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

BENNY LEROY MARTZ

who, being duly sworn, upon his oath deposed and stated as follows:

1. He was the Managing Member for Regency Homes, Inc. (Regency Homes") and as such, has personal knowledge of the following based on his review of records maintained by Regency Homes in the regular course of business.

2. Regency Homes was a corporation organized under the laws of the State of Florida and had its principal place of business in Palm Beach County, Florida. Regency Homes was administratively dissolved on September 24, 2010.

3. Regency Homes was a home builder that contracted with third party vendors for the construction of single-family homes and/or sold completed single-family homes.

4. Regency Homes never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.



5. Regency Homes was never licensed or registered to do business in Louisiana nor ever had any offices or employees in Louisiana.

6. Regency Homes does not have an agent for service of process in Louisiana.

7. Regency Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Regency Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Regency Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Regency Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Regency Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Regency Homes never anticipated it would be haled into court in Louisiana.

_____
BENNY LEROY MARTZ

SWORN TO AND SUBSCRIBED June
BEFORE ME THIS 2nd DAY OF ~~MAY~~, 2011.

_____
NOTARY PUBLIC



PATRICIA R. HARRIS
MY COMMISSION # DD 836097
EXPIRES: November 11, 2012
Bonded Thru Notary Public Underwriters

2