UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

IT IS ORDERED that the following motions are scheduled for hearing following the monthly status conference on July 14, 2011, at 9:00 a.m. central standard time:

(1) Southern Homes, LLC, Tallow Creek, LLC, and Springhill, LLC's Motion to Set Evidentiary Hearing to Determine Security (R. Doc. 9501);

(2) Plaintiffs William and Stacey Peek's Motion to Lift Stay in Order to Serve a Request for Production on Defendant Devonshire Properties, Inc. (R. Doc. 9425); and

(3) The Plaintiffs' Steering Committee's Motion to Allow Service of Complaints on Lowe's Home Centers, Inc. (R. Doc. 9462).

IT IS FURTHER ORDERED that responses in opposition are to be filed by July 5, 2011.

New Orleans, Louisiana, this 16th day of June, 2011.

UNITED STATES DISTRICT JUDGE