OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 17 PM 4:18

LORETTA G. WHYTE
CLERK

Date: 6/17/11

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other): Complaint in Intervention I(A) ) to the following:

1. (name) Arthur Homes (JL Arthur)
   (address) 77384 Green Valley Rd., Folsom, LA 70453
2. (name) Big Bear Const. Co
   (address) 14350 South Lakeshore Dr. Covington, LA 70434
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address: LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____