UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, *et. al*, | CASE NO.: 10-362<br>SECT L. Mag 2 |
| Plaintiffs, | AMENDED CLASS ACTION COMPLAINT |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et. al*, | JURY TRIAL DEMAND |
| Defendants. | |

### ORDER GRANTING ARANDA HOMES, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Aranda Homes, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, Aranda Homes, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Aranda Homes, Inc.'s previously filed Motion to Dismiss [D.E. 4389].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

_____
ELDON E. FALLON
United States District Court Judge

{M3064224;1}