# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, *et. al*, | CASE NO.: 10-361<br>SECT. L MAG 2<br>AMENDED CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., *et. al*, | |
| Defendants. | |

## ORDER GRANTING ARANDA HOMES, INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Upon consideration of *Aranda Homes, Inc.'s Ex Parte Motion for Leave to File Supplemental Authority in Further Support of its Motion to Dismiss* ("Motion"), it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is granted.

2. Defendant, Aranda Homes, Inc.'s Notice of Supplemental Authority and its associated exhibits shall be filed as additional support for Aranda Homes, Inc.'s previously filed Motions to Dismiss [D.E.s 4369 and 7248].

NEW ORLEANS, LOUISIANA, this 17th day of June, 2011.

*[signature: Eldon E. Fallon]*

ELDON E. FALLON
United States District Court Judge

{M3064179;1}