# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## O R D E R

Considering the foregoing Unopposed Motion to Substitute Parties filed on behalf of The Plaintiffs Steering Committee;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Landmark American Insurance Company be substituted as the party defendant in place of RSUI Group, Inc. and that any and all claims at issue in this litigation against RSUI Group, Inc. are dismissed without prejudice.  Each party is to bear its own costs.

New Orleans, Louisiana, this 17th day of _____June_____, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge