## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L |
| | ) | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Unopposed Motion to Substitute Parties filed on behalf of The Plaintiffs Steering Committee and the affected plaintiff, Carmela Nunez ("Plaintiff"):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Omega Dedicated Ltd. (UK), the sole underwriting Member or "Name" for Syndicate 958, should be substituted as the proper party defendant in place of Underwriters at Lloyd's of London and to dismiss Underwriters at Lloyd's of London, without prejudice, as to Commercial General Liability Policy numbers PAT20702006 and PAT20702007 in favor of Saturano Construction AB, Inc, for the policy periods November 29, 2006 to November 29, 2007 and November 29, 2007 to November 29, 2008;

FURTHER, Argo Managing Agency, Ltd., the Managing Agency for the members of Syndicate 1200, should be substituted as the proper party defendant in this action as the insurer of Saturno Construction for the policy period November 29, 2008 to November 29, 2009 (ART005360);

AND, Underwriters at Lloyd's, London should be dismissed, without prejudice.

New Orleans, Louisiana this 17th day of June, 2011.

*[Signature: Eldon E. Fallon]*

Judge Eldon E. Fallon
United States District Court Judge
for the Eastern District of Louisiana