IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:09-cv-7628) | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## M. E. Gibbens, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction

COMES NOW the separate Defendant M. E. Gibbens, Inc., by and through counsel, and files this its Motion to Dismiss for Lack of Personal Jurisdiction, saying in support as follows:

1. All claims against M. E. Gibbens in this litigation arise from residential construction performed on real property owned by Plaintiff(s) in Mississippi;

2. Defendant and all parties making claims against Defendant are resident citizens of Mississippi;

2. For these reasons and others more specifically set forth in the accompanying memorandum in support of this motion, M. E. Gibbens lacks any contacts with this jurisdiction and the claim against M. E. Gibbens should be dismissed for lack of personal jurisdiction.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Court issue an Order dismissing the claims against M. E. Gibbens together with such other relief as the Court may find appropriate.

RESPECTFULLY SUBMITTED, this the 17th day of June, 2011.

                                                    M. E. Gibbens, Inc.

                                      By:    */s/ Jeff Moffett*
                                                    JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

                                              CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 17th day of June, 2011.

                                                     By:    */s/ Jeff Moffett*
                                                                 JEFFREY S. MOFFETT