UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay and for Approval of the Proposed Scheduling Order (R. Doc. 9549), IT IS ORDERED that this Motion is scheduled for hearing following the monthly status conference on July 14, 2011, at 9:00 a.m. insofar as the Motion pertains to the PSC's request to set for hearing Plaintiffs' Motion for Class Certification of Plaintiffs' Claims for Damages Against Venture Supply (R. Doc. 8829).
Responses are to be filed by June 29, 2011.

New Orleans, Louisiana, this 17th day of June 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE