**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Chinese Manufactured Drywall ) | |
| Products Liability Litigation ) | MDL NO. 2047 |
| ) | Section L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Fallon |
| Wendy Lee Hobbie, et al. v. ) | Magistrate Judge Wilkinson |
| RCR Holdings II, LLC, et al. ) | |
| ) | |
| ) | |

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

The Court, having conducted a hearing on Plaintiffs' Motion for Entry of Scheduling Order on June 14, 2011 at which the parties were represented by their respective counsel, enters the following Scheduling Order setting forth the following legal issues to be resolved through discovery and motion practice:

**A.     Identified Issues**

The Court has requested the parties to identify key issues which can be resolved through limited discovery and motion practice. The parties have identified the following issues:

1. Whether the Plaintiffs' tort claims are barred by the Economic Loss Rule and whether summary judgment should be entered in favor of some or all of the Defendants with respect to Plaintiffs' claim for Strict Liability;

2. Product Identification;

3. Whether Plaintiffs have sufficiently alleged a claim for Breach of Warranty of Fitness and whether summary judgment should be entered in favor of some or

{00407970.DOC}

   all of the claims made against or defenses raised by the Defendants with respect to Plaintiffs' claim for Breach of Warranty of Fitness;

   4. Whether Plaintiffs have sufficiently alleged a claim for Violations of the Florida Building Code and whether summary judgment should be entered in favor of some or all of the claims made against or defenses raised by Coastal with respect to Plaintiffs' claims for Violations of the Florida Building Code; and

   5. Whether summary judgment should be entered in favor of some or all of the claims or defenses raised in RCR Holdings II's Third Party Complaint against Arch Insurance Company for Breach of Contract.

B. **Limited Discovery**

   1. The Parties shall have until **November 15, 2011**, to conduct limited discovery focused on the Identified Issues.

C. **Briefing Schedule**

   1. Dispositive motions related to the Identified Issues shall be filed on or before **November 30, 2011**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

D. **Identification of "Test" Cases**

   1. On or before **November 30, 2011**, the Parties shall submit to the Court a list of no more than six units owned by Plaintiffs. The Court shall select some or all of the units from the list as "test" cases for trial. If the parties are unable to agree on six units, each side may submit up to six units for the Court's consideration.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with this Order and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana this ____ day of _____, 2011.

                                      ENTERED BY ORDER OF THE COURT:

                                      _____
                                      ELDON FALLON, JUDGE,
                                      UNITED STATES DISTRICT COURT