**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|      DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|      LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| Hobbie, et al.  v. | ) | JUDGE FALLON |
| RCR Holdings II, LLC, et al., | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |
| | ) | |

**NOTICE OF SUBMISSION**

**TAKE NOTICE** that Plaintiff Wendy Hobbie's Motion for Scheduling Order will be

submitted for consideration on July14, 2011 at 9:00 a.m.

DATED: June 21, 2011           Respectfully submitted,

                                   */s/ Daniel K. Bryson*
                                   LEWIS & ROBERTS
                                   3700 Glenwood Avenue, Suite 410
                                   Raleigh, NC 27612
                                   Telephone: (888) 981-0939
                                   Facsimile: (919) 981-0199

                                   Gary E. Mason
                                   MASON LLP
                                   1625 Massachusetts Ave., NW,  Suite 605
                                   Washington, D.C.  20036
                                   Telephone:  (202) 429-2290
                                   Facsimile:  (202) 429-2294

                                   Adam C. Linkhorst, Esq.
                                   LINKHORST & HOCKIN P.A.
                                   4495 Military Trail, Suite 106
                                   Jupiter, Florida 33458
                                   Email:  acl@floridahardhatlaw.com
                                   Telephone:   561.626.8880  / 954.776.5990
                                   Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 21th day of June, 2011.

*/s/ Daniel K. Bryson*
Daniel K. Bryson