# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| David Gross, et al. v. Knauf Gips KG, et al. Case No. 09-6690 (E.D.La.) | * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Edward and Jacqueline Mayo, who moves this Honorable Court for an order enrolling Russ M. Herman, Louisiana Bar No. 6819; Leonard A. Davis, Louisiana Bar No. 14190; Stephen J. Herman, La. Bar No. 23219; Joseph E. "Jed" Cain, La. Bar No. 29785; and Jeremy S. Epstein, La. Bar No. 32135, of the law firm Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, Louisiana 70113, as counsel of record on behalf of Plaintiffs in the above-captioned matter. Plaintiffs originally filed suit Pro-Se and have since employed the law firm of Herman, Herman, Katz & Cotlar, L.L.P. as counsel in this matter.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____

**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:   (504) 581-4892
Fax No.:   (504) 561-6024
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll as Counsel of Record for Plaintiffs, Edward and Jacqueline Mayo, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of June, 2011.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS

W:\! DRYWALL\27688 Client\@Client Files\Mayo, Edward (218) PP3\Pleadings\MTE in mdl 2047 for Ed and Jacqueline Mayo 6-21-11.wpd

2