UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION:  L** |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **David Gross, et al. v. Knauf Gips KG, et al.** | * | |
| **Case No. 09-6690 (E.D.La.)** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the Motion to Enroll As Counsel of Record, filed by Plaintiffs, Edward and

Jacqueline Mayo;

**IT IS HEREBY ORDERED** that Russ M. Herman, Leonard A. Davis, Stephen J. Herman,

Joseph E. "Jed" Cain, and Jeremy S. Epstein, and the law firm Herman, Herman, Katz & Cotlar,

L.L.P. be enrolled as counsel of record for Plaintiffs, Edward and Jacqueline Mayo.

New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge