UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :   SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :   JUDGE FALLON
                                        :
Payton v. Knauf Gips KG, et al., No. 09-7628  :   MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

## STIPULATION AND ORDER CONCERNING CLASS CERTIFICATION SCHEDULE

By agreement of the parties, the deadlines in this Court's Scheduling Order regarding Hearings for Class Certification, dated March 24, 2011 [Rec. Doc. 8385], as amended by this Court's Amended Order, dated March 28, 2011 [Rec. Doc. 8402] are suspended until further notice of the Court.

Dated: June 21, 2011

|  | Respectfully submitted, |
|---|---|
| /s/ Russ M. Herman | /s/ Steven Glickstein |
| Russ M. Herman | Steven Glickstein (NY Bar No. 1038157) |
| Leonard A. Davis | Jay P. Mayesh (NY Bar No. 1081603) |
| HERMAN, HERMAN, KATZ | KAYE SCHOLER LLP |
|   & COTLAR, LLP | 425 Park Avenue |
| 820 O'Keefe Avenue | New York, NY 10022 |
| New Orleans, Louisiana 70113 | Phone: (212) 836-8485 |
| Phone: (504) 581-4892 | Fax: (212) 836-6485 |
| Fax: (504) 561-6024 | Email: sglickstein@kayescholer.com |
| Email: Ldavis@hhkc.com | |
| | Miles P. Clements (#4184) |
| Plaintiffs' Liaison Counsel | Peter E. Sperling (#17812) |
| MDL 2047 | Kerry J. Miller (#24562) |
| | Kyle A. Spaulding (#29000) |
| Arnold Levin | Paul C. Thibodeaux (#29446) |
| Fred S. Longer | FRILOT, L.L.C. |
| Matthew C. Gaughan | 1100 Poydras Street |
| Levin, Fishbein, Sedran & Berman | Suite 3700 |
| 510 Walnut Street, Suite 500 | New Orleans, LA 70163 |

Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

Phone: (504) 599-8194
Fax: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Knauf Defendants*

SO ORDERED:

New Orleans, Louisiana, this 21st day of June, 2011,

_____
U.S. District Judge

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Stipulation and Order Concerning Class Certification Schedule has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 17th day of June, 2011.

                                                      /s/ Kyle Spaulding