IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEAN AMATO AND DAWN AMATO,** * | | **CASE NO.: MDL 2047** |
| **INDIVIDUALLY AND ON BEHALF OF** * | | |
| **THEIR MINOR CHILDREN, HALEE AMATO** * | | |
| **and EMMA AMATO** * | | |
| * | | |
| **Plaintiffs,** * | | |
| v. | | |
| * | | |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD** * | | |
| **TIANJIN CO., LTD.; KNAUF** * | | |
| **PLASTERBOARD WUHU CO., LTD.;** * | | |
| **KNAUF PLASTERBOARD DONGGUAN CO.,** * | | |
| **LTD.; INTERIOR EXTERIOR BUILDING** * | | |
| **SUPPLY, L.P.; and INTERIOR EXTERIOR** * | | |
| **ENTERPRISES, L.L.C.** * | | **JURY TRIAL DEMANDED** |
| * | | |
| **Defendants,** * | | |
| * | | |
| Refer to Case No. 09-6805 * | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, comes Counsel for Petitioner Dean and Dawn Amato, , Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow her to withdraw as counsel in the above-referenced matter. Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case.  Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signatures.

Respectfully submitted,

/s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)
CAYCE C. PETERSON (LA Bar #32217)
CANDACE C. SIRMON (LA Bar #30728)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

## CERTIFICATE OF SERVICE

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of June, 2011.

/s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)