IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEAN AMATO AND DAWN AMATO,** | * | **CASE NO.: MDL 2047** |
| **INDIVIDUALLY AND ON BEHALF OF** | * | |
| **THEIR MINOR CHILDREN, HALEE AMATO** | * | |
| **and EMMA AMATO** | * | |
| | * | |
| **Plaintiffs,** | * | |
| v. | | |
| | * | |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD** | * | |
| **TIANJIN CO., LTD.; KNAUF** | * | |
| **PLASTERBOARD WUHU CO., LTD.;** | * | |
| **KNAUF PLASTERBOARD DONGGUAN CO.,** | * | |
| **LTD.; INTERIOR EXTERIOR BUILDING** | * | |
| **SUPPLY, L.P.; and INTERIOR EXTERIOR** | * | |
| **ENTERPRISES, L.L.C.** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **Defendants,** | * | |
| | * | |
| Refer to Case No. 09-6805 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the above-captioned matter and that Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to enroll and substitute as counsel for.

Thus done and signed this ___ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE