# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD GUIDRY AND** | * | **CIVIL ACTION** |
| **AMY GUIDRY** | * | |
| | * | |
| **VERSUS** | * | **NO. MDL 2047** |
| | * | |
| **KNAUF GIPS KG, KNAUF PLASTERBOARD** | * | |
| **TIANJIN CO., LTD., TAISHAN GYPSUM CO.** | * | |
| **LTD. f/k/a SHANDONG TAIHE DONGXIN CO.** | * | |
| **LTD.,** | * | **JURY TRIAL REQUESTED** |
| | * | |
| **Defendants,** | * | |
| | * | |
| Refer to Case No. 09-4122 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, comes Counsel for Petitioner Richard and Amy Guidry, Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow her to withdraw as counsel in the above-referenced matter. Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case. Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signatures.

        Respectfully submitted,

        /s/ Hugh P. Lambert
        HUGH P. LAMBERT (LA Bar #7933)
        CAYCE C. PETERSON (LA Bar #32217)
        CANDACE C. SIRMON (LA Bar #30728)
        LAMBERT & NELSON, PLC

701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

## **CERTIFICATE OF SERVICE**

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of June, 2011.

    /s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)