UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Payton, et al. v. Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.) | * | |
| | * | |

******************************************

### PLAINTIFFS, CLEMENT AND MARGARET LARTIGUE'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Clement and Margaret Lartigue, Plaintiffs in the above captioned matter, will begin remediation of their property beginning on Tuesday, July 5, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at jepstein@hhkc.com.

        Respectfully submitted,

        **/s/ Leonard A. Davis**
        _____
        **RUSS M. HERMAN, La. Bar No. 6819**
        **LEONARD A. DAVIS, La. Bar No. 14190**
        **STEPHEN J. HERMAN, La. Bar No. 23219**
        **JOSEPH E. "JED" CAIN, La. Bar No. 29785**
        **JEREMY S. EPSTEIN, La. Bar No. 32135**
        **HERMAN, HERMAN, KATZ & COTLAR, LLP**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone:    (504) 581-4892
        Fax No.:       (504) 561-6024
        *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs, Clement and Margaret Lartigue's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of June, 2011.

                                                       /s/ Leonard A. Davis
                                                      _____
                                                      LEONARD A. DAVIS