UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to: 11-080 (Abel)  Judge Fallon
Mag. Judge Wilkinson

_____/

## COUNSEL'S JOINT MOTION TO SUBSTITUTE COUNSEL FOR ASHTON TAMPA RESIDENTIAL L.L.C.

Jaret J. Fuente and the law firm of Carlton Fields, P.A. and Jeffrey M. Paskert and the law firm of Mills Paskert & Divers, P.A. move to substitute Jaret J. Fuente and the law firm of Carlton Fields, P.A. in place of Jeffrey M. Paskert and the law firm of Mills Paskert & Divers, P.A. as counsel for Ashton Tampa Residential L.L.C., one of the defendants in this matter.

Ashton Tampa Residential L.L.C. specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court. Ashton Tampa Residential L.L.C. further avers that this does not constitute a waiver of any kind, but is filed per Court order requiring appearance of counsel.

Dated this 22nd day of June, 2011                Dated this 22nd day of June, 2011

/s/Jeffrey M. Paskert                           /s/Jaret J. Fuente
Jeffrey M. Paskert                              Jaret J. Fuente
Florida Bar No. 846041                          Florida Bar No. 0146773
Adam C. King                                    Carlton Fields, P.A.
Florida Bar No. 156892                          P. O. Box 3239
Mills Paskert Divers, P.A.                      Tampa, FL 33601
100 N. Tampa St., Suite 2010                    Phone: (813) 223-7000
Tampa, FL 33602                                 Fax:   (813) 229-4133
Phone: (813) 229-3500                           E-mail:jfuente@carltonfields.com
Fax:   (813) 229-3502
E-mail:jpaskert@mpdlegal.com

19193015.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this <u>22nd</u> day of June, 2011.

s/ Jaret J. Fuente
Attorney
