IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL. NO: 2047

SECTION: L

(Relates to 2:09-cv-6690) 7628

JUDGE FALLON
MAG. JUDGE WILKINSON

## Affidavit of Michael Gibbens

STATE OF MISSISSIPPI

COUNTY OF Hancock

Before me, the undersigned authority, on this day appeared Michael Gibbens, who being duly sworn did say on his oath:

1. I am President and Incorporator of M.E. Gibbens, Inc., and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. M.E. Gibbens, Inc., has a principal place of business in Bay St. Louis, Mississippi;

4. M.E. Gibbens, Inc., is in the business of building single family homes;

5. M.E. Gibbens, Inc., has never purchased or sold real property in Louisiana and has not constructed, repaired or otherwise performed work on any single family homes in Louisiana;

6. M.E. Gibbens, Inc., is not licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

7. M.E. Gibbens, Inc., has no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allege work was performed on their home by M.E. Gibbens, Inc., reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and M.E. Gibbens, Inc., did not negotiate or enter into any contract with any Plaintiff in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, M.E. Gibbens, Inc., did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
Michael Gibbens

SWORN to and subscribed before me, this the __16th__ day of __June__, 2011.

_____
Notary Public

My commission expires: __April 6, 2013__

[Notary seal: STATE OF MISSISSIPPI, DARLENE MARTINEZ, NOTARY PUBLIC, ID# 48667, Commission Expires April 6, 2013, HANCOCK COUNTY]

2