IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., No. 10-1113 | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC'S MOTION FOR ENTRY OF DEFENDANT'S PROPOSED SCHEDULING ORDER**

Plaintiff Wendy Lee Hobbie, on behalf of herself, the 140 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* No. 10-1113 (E.D.L.A.) (collectively, "Plaintiffs"), and all others similarly situated, hereby oppose Coastal Construction Group of South Florida, Inc.'s Motion for Entry of Defendant's Proposed Scheduling Order and incorporate by reference the arguments set forth in Plaintiffs' motion for entry of scheduling order filed June 21, 2011.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendant's Motion and enter Plaintiffs' Proposed Scheduling Order.

DATED: June 22, 2011         Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

{00408091.DOC}

Gary E. Mason  
MASON LLP  
1625 Massachusetts Ave., NW, Suite 605  
Washington, D.C.  20036  
Telephone:  (202) 429-2290  
Facsimile:  (202) 429-2294  

Adam C. Linkhorst, Esq.  
LINKHORST & HOCKIN P.A.  
4495 Military Trail, Suite 106  
Jupiter, Florida 33458  
Email:  acl@floridahardhatlaw.com  
Telephone:   561.626.8880  / 954.776.5990  
Facsimile:  561.626.8885  

Joel R. Rhine  
RHINE LAW FIRM  
314 Walnut Street, Suite 1000  
Wilmington  NC  28401  
Telephone:  (910) 772-9960  
Facsimile:   (910) 772-9062  

Chris Coffin  
PENDLEY BAUDIN & COFFIN, LP  
Post Office Drawer 71  
24110 Eden Street  
Plaquemine, Louisiana 70765  
Telephone:  (225) 687-6396  

Stephen Mullins  
LUCKEY & MULLINS  
2016 Bienville Blvd  
P.O. Box 990  
Ocean Springs, MS 39564  
Telephone:  (228) 875-3175  
Facsimile:   (228) 872-4719  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 22nd day of June, 2011.

/s/ *Daniel K. Bryson*
Daniel K. Bryson