AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| In re: Chinese Man. Drywall Prod. Liab. Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL 2047 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of Louisiana   ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Guardian Building Products Distribution, Inc., through its Registered Agent, C.T. Corporation Systems, 1201 Peachtree, N.E., Atlanta, GA  30361

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Elmore & Wall, P.A., 55 Beattie Place, Suite 1050, Greenville, South Carolina  29601 | Date and Time: 07/18/2011 10:30 am |
|---|---|

The deposition will be recorded by this method:   Oral and Videotaped

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Re-Notice of 30(b)(6) Deposition attached hereto for documents to be produced (if not already produced).

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   06/07/2011

*CLERK OF COURT*

OR

_____        _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   PSC/Plaintiffs
, who issues or requests this subpoena, are:
Russ M. Herman, Esq. (rherman@hhkc.com)/Leonard A. Davis, Esq. (ldavis@hhkc.com), Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana  70113, PH:  (504) 581-4892

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL 2047

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Guardian Building Products Dist, Inc. was received by me on *(date)* 6-7-11.

☑ I served the subpoena by delivering a copy to the named individual as follows: Served Cristina Heyward of CT Corp, Registered Agent
on *(date)* 6-8-11; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

TL Ramirez - Process Server
Printed name and title

63 Ayers Rd, Marietta, GA 30060
Server's address

Additional information regarding attempted service, etc:

896