AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| In re: Chinese-Manuf Drywall Prod. Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL 2047 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of Louisiana        ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   JP Morgan Chase & Co., through its reg. agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, New Castle County, Delaware  19801

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  Seeger Weiss, LLP, One William Street, New York, NY 10004  PH:  (212) 584-0700 | Date and Time:<br><br>07/07/2011 9:00 am |
|---|---|

The deposition will be recorded by this method:   oral and videotaped (streaming and call-in provided)

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attached Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6), which includes deposition topics and documents to produce.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   05/25/2011

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Plaintiffs/PSC
_____ , who issues or requests this subpoena, are:
Russ M. Herman, Esq. (rherman@hhkc.com)/Leonard A. Davis, Esq. (ldavis@hhkc.com), Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA  70113  PH: (504) 581-4892

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  MDL 2047

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    JP Morgan Chase & Co.

was received by me on *(date)*      05/26/2011    .

☑ I served the subpoena by delivering a copy to the named individual as follows:  Service was accepted by

_Scott LaScala, Managing Agent at Corporation Trust Company at 1209 Orange St., Wilmington, DE 19801 at

5/26/11 at 2:10 PM                                         on *(date)*  05/26/2011    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                          for travel and $                          for services, for a total of $      0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/27/2011                                         *Server's signature*

Savannah Finocchiaro, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657

*Server's address*

Additional information regarding attempted service, etc: