UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>ROBERT W. BLOCK, III, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.<br>CASE NO.: 11-1363 (Omni X) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm, Valerie B. Greenberg and Leslie M. Tomczak of Akerman Senterfitt, hereby file their Notice of Appearance as counsel of record for Defendant, R. Fry Builders, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

/s/ Stacy Bercun Bohm
    Stacy Bercun Bohm, Esq.
    Florida Bar Number:  022462
    Email:  stacy.bohm@akerman.com
    Valerie B. Greenberg, Esq.
    Florida Bar Number: 026514
    Email:  valerie.greenberg@akerman.com

*Attorneys for Defendant R. Fry Builders, Inc.*

{FT785262;1}

Co-Counsel for R. Fry Builders, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2011.

/s/ Stacy Bercun Bohm

{FT785262;1}