007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | **MAG. JUDGE WILKINSON** |

## COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S MOTION IN OPPOSITION TO PLAINTIFF'S PROPOSED SCHEDULING ORDER

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. (Coastal Construction), by and through undersigned counsel, hereby files it opposition to Plaintiff's Proposed Scheduling Order and moves the Court to deny Plaintiff's Motion for a Scheduling Order at this time until Banner's proposed Settlement is resolved, or in the alternative enter the Defendant's Proposed Scheduling Order, attached hereto as Exhibit A. In support of this motion, Coastal Construction submits its Memorandum of Law filed concurrently.

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., respectfully requests that the Court enter the Proposed Scheduling Order.

[Continued on following page]

Hobbie, et al. v. RCR Holdings II, LLC<br>
Case No.: 2:10-cv-01113-EEF-JCW<br>
Page 2 of 2

Respectfully submitted,

Dated: June 23, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 23rd day of June, 2011.

/s/ Addison J. Meyers
Addison J. Meyers