UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| (Relates to ALL CASES) | |

### LIBERTY MUTUAL FIRE INSURANCE COMPANY'S OPPOSITION TO MOTION OF SOUTHERN HOMES, LLC; TALLOW CREEK, LLC; AND SPRINGHILL, LLC TO SET EVIDENTIARY HEARING TO DETERMINE SECURITY

Liberty Mutual Fire Insurance Company ("Liberty Mutual") submits this additional Opposition to Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively, "Southern Homes")'s Motion to Set Evidentiary Hearing to Determine Security. First, Liberty Mutual adopts and incorporates by reference the arguments made by the PSC, class counsel, and subclass counsel in their opposition to the motion that there is simply no basis to rehash this issue. *See* Rec. Doc. No. 9609.

In addition, Liberty Mutual contends that Southern Homes has not shown any need for security, and indeed there is none. Pending final approval of the InEx settlement and allocation of the settlement proceeds, the Court will control the settlement proceeds, which will include the proceeds of Liberty Mutual's and Arch's primary commercial general liability policies. *See* Settlement Agreement, at §§ 12, 15. This arrangement more than adequately protects Southern Homes' interest in and claim, if any, to a share of those proceeds. Once the allocation process begins, Southern Homes can submit its claim and participate in the allocation if appropriate. *See id.* at § 16. If money is allocated to Southern Homes and if Southern Homes

1

is not happy with its allocation, it and any other claimant can appeal that allocation through a global process set forth in the settlement and the law. *See id.* at § 16.1. Therefore, no matter its ultimate argument or dispute, Southern Homes' interest is fully protected and it has not demonstrated any need for or entitlement to additional security because this Court is holding all the funds.

For these reasons, Liberty Mutual respectfully requests that the Court deny the Motion of Southern Homes, LLC, *et al.*

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
cgiarrusso@barrassousdin.com

*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2011.

/s/ *Judy Y. Barrasso*
Judy Y. Barrasso, 2814