# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 2:11-cv-00080-EEF-JCW

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL
## FOR MAZER'S DISCOUNT HOME CENTER'S, INC.

PLEASE TAKE NOTICE that Christopher A. Bottcher, Mary Blanche Hankey, and the law firm of SIROTE & PERMUTT, P.C., do hereby make this appearance as additional attorneys of record for the Defendant, Mazer's Discount Home Center's, Inc. in the above-referenced matter. This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced case be served upon the undersigned counsel.

DOCSBHM\1793537\1\

Respectfully submitted,


/s/ Christopher A. Bottcher
Christopher A. Bottcher
Mary Blanche Hankey

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, via e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 24th day of June 2011.


/s/ Christopher A. Bottcher
Of Counsel