**MINUTE ENTRY**
**FALLON, J.**
**JUNE 23, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. WILKINSON** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon

Fallon to follow-up with the parties regarding the status of discovery and depositions for

defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd.  Leonard Davis

participated on behalf of the Plaintiffs' Steering Committee; Frank Spano participated on behalf

of the Taishan defendants.

The Court first acknowledged it had received the Taishan defendants' correspondence

regarding their position on discovery and depositions and which included a chart detailing their

views on the information provided by the first depositions.

The Court next directed the parties to continue to work towards the written discovery

deadline of July 25, 2011, set at the last conference, *see* (R. Doc. 9524), and to bring any

disputes to the Court for resolution.  The PSC indicated it was continuing to review the

discovery in its possession and relevant correspondence provided to it by the Taishan defendants.

The Taishan defendants assert there is no more written discovery that needs to be produced other

than certain documents it plans to produce shortly, some of which are in Chinese and will need

JS10(00:25)

to be translated.

The Court also directed the parties to continue to meet-and-confer regarding the logistics of the Rule 30(b)(6) depositions, particularly selection of a limited number of examiners, designation of deposition topics, the witness or witnesses who will be deposed, selection of a mutually agreeable interpreter, and the location for the depositions to take place. Any disputes on these issues should be brought to the Court for resolution. In response, the PSC stated it is continuing to meet-and-confer with both parties interested in attending and/or participating in the depositions and the Taishan defendants to meet these goals. The PSC indicated it would like the Court's assistance in retaining an interpreter from the State Department, to which the Court agreed. Additionally, the parties agreed that the Taishan defendants' counsel's Hong Kong office would be an amendable location, and defense counsel agreed to look into securing it for that purpose.

The Court raised the issue of the dates for the Rule 30(b)(6) depositions in Hong Kong. After hearing from the parties, the Court selected an appropriate date. Accordingly, IT IS ORDERED that the depositions are SCHEDULED for the week of January 9, 2012.

Finally, the Court determined that a subsequent conference is necessary to keep it apprised of the progress of disputes regarding the discovery and depositions. Accordingly, IT IS ORDERED that a status conference is scheduled following the monthly status conference on July 14, 2011.