UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

ORDER

IT IS ORDERED that Plaintiffs' Motion for Entry of Scheduling Order (R. Doc. 9602) is scheduled for hearing following the monthly status conference on July 14, 2011, at 9:00 a.m. central standard time. IT IS FURTHER ORDERED that responses to this Motion are to be filed by June 30, 2011.

New Orleans, Louisiana, this 23rd day of June, 2011.

_____
U.S. DISTRICT JUDGE