UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, individually, and on behalf
of all others similarly situated, [ADDITIONAL
PLAINTIFFS LISTED ON SCHEDULE OF
PLAITIFFS, ATTACHED HERETO AS
EXHIBIT "A"]

      Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG;
KNAUF INTERNATIONAL GmbH; KNAUF
INSULATION GmbH; KNAUF UK GMBH;
KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD; KNAUF
PLASTERBOARD (WUHU), CO., LTD.;
GUANGDONG KNAUF NEW BUILDING
MATERIAL PRODUCTS CO., LTD.
[ADDITIONAL DEFENDANTS LISTED ON
SCHEDULE OF DEFENDANTS, ATTACHED
HERETO AS EXHIBIT "B"],

      Defendants.

CASE NO. 2:11-cv-00252-EEF-JCW



## DEFENDANT GROVE HAMMOCKS'
## ANSWER AND AFFIRMATIVE DEFENESES
## TO OMNIBUS CLASS ACTION COMPLAINT (VIII)

      Defendant, **GROVE HAMMOCKS INVESTMENTS, LLC** ("GROVE"), by and through undersigned counsel, files this Answer and Affirmative Defenses to the *Omnibus Class Action Complaint (VIII)* (the "**Complaint**") filed by Daniel Abreu, individually, and on behalf of others similarly situated, (the "**Plaintiffs**"), and responds as follows to the individually numbered allegations of the Complaint, denying all allegations not expressly admitted:

## JURISDICTION, PARTIES, AND VENUE

- Admits that it is a citizen of Florida. Defendant further admits that Plaintiffs purport to invoke the jurisdiction of this Court pursuant to 28 U.S.C. § 1332(d)(2) and the Class

1

_Fee _____
_Process _____
x Dktd _____
_CtRmDep _____
_Doc. No. _____

Action Fairness Act ("CAFA"), but denies same and strict proof thereof is hereby demanded.

- Admits that Plaintiffs purport to invoke the jurisdiction of this Court under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367, but denies same and strict proof thereof is hereby demanded.

- Denies.

- **PLAINTIFFS**

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

2

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
- Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

1. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
2. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
3. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
4. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.
5. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

6. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

7. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

8. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

9. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

10. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

11. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

12. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

13. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

14. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

15. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

16. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

17. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

18. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

19. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

20. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

21. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

22. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

23. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

24. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

25. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

26. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

27. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

28. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

29. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

30. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

31. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

32. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

33. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

34. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

35. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

36. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

37. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

38. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

39. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

40. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

41. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

42. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

43. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

44. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

45. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

46. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

47. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

48. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

49. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

50. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

51. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

52. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

53. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

54. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

55. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

56. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

57. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

58. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

59. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

60. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

61. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

62. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

63. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

64. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

65. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

66. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

67. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

68. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

69. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

70. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

71. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

72. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

73. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

74. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

75. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

76. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

77. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

78. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

79. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

80. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

81. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

82. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

83. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

84. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

85. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

86. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

87. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

88. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

89. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

90. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

91. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

92. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

93. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

94. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

95. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

96. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

97. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

98. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

99. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

100. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

101. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

102. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

103. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

104. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

105. Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

106.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

107.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

108.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

109.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

110.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

111.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

112.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

113.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

114.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

115.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

116.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

117.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

118.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

119.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

120.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

121.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

122.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

123.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

124.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

125.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

126.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

127.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

128.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

129.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

130.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

131.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

132.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

133.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

134.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

135.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

136.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

137.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

138.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

139.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

140.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

141.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

142.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

143.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

144.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

145.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

146.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

147.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

148.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

149.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

150.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

151.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

152.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

153.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

154.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

155.     Without knowledge sufficient to enable GROVE to admit or deny the allegations
in this paragraph, which relate to the alleged activities of others, and therefore deny same
in its entirety and strict proof thereof is hereby demanded.

156.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

157.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

158.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

159.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

160.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

161.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

162.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

163.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

164.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

165.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

166.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

167.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

168.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

169.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

170.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

171.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

172.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

173.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

174.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

175.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

176.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

177.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

178.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

179.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

180.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

181.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

182.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

183.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

184.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

185.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

186.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

187.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

188.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

189.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

190.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

191.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

192.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

193.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

194.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

195.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

196.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

197.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

198.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

199.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

200.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

201.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

202.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

203.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

204.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

205.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

206.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

207.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

208.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

209.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

210.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

211.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

212.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

213.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

214.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

215.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

216.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

217.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

218.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

219.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

220.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

221.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

222.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

223.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

224.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

225.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

226.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

227.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

228.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

229.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

230.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

231.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

232.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

233.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

234.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

235.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

236.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

237.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

238.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

239.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

240.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

## DEFENDANTS

241.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

242.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

243.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

244.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

245.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

246.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

247.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

248.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

249.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

250.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

251.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

**The Distributor/Supplier/Importer/Exporter/Broker Defendants**

252.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

253.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

254.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

255.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

256.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

257.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

258.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

259.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

260.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

261.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

262.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

**The Developer/Builder Subclasses**

263.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

264.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

265.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

266.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

267.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

268.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

269.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

270.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

271.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

272.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

273.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

274.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

275.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

276.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

277.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

278.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

279.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

280.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

281.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

282.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

283.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

284.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

285.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

286.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

287.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

288.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

289.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

290.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

291.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

292.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

293.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

294.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

295.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

296.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

297.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

298.    GROVE admits that it is organized under the laws of Florida, and that it sold a home to a Subclass Member, and denies the remainder of the allegations in its entirety and strict proof thereof is hereby demanded.

299.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

300.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

301.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

302.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

303.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

304.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

305.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

306.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

307.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

308.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

309.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

310.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

311.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

312.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

313.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

314.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

315.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

316.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

317.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

318.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

319.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

320.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

321.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

322.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

323.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

324.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

325.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

326.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

327.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

328.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

329.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

330.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

331.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

332.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

333.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

334.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

335.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

336.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

337.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

338.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

339.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

340.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

341.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

342.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

343.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

344.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

345.    Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

346.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

347.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

348.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

349.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

350.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

351.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

352.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

353.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

354.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

355.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

356.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

357.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

358.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

359.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

360.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

**The Contractor/Installer Subclasses**

361.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

362.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

363.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

364.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

365.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

366.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

367.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

368.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

369.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

370.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

371.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

372.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

373.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

374.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

375.     Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

376.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

377.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

378.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

## FACTS REGARDING PROBLEMATIC DRYWALL

379.      Without knowledge sufficient to enable GROVE to admit or deny the allegations in this paragraph, which relate to the alleged activities of others, and therefore deny same in its entirety and strict proof thereof is hereby demanded.

380.      Denied.

381.      Denied.

382.      Denied.

383.      Denied.

384.      Denied.

385.      Denied.

386.      Denied that GROVE engaged in the conduct alleged, and is without knowledge sufficient to enable GROVE to admit or deny the remainder of the allegations, which relate to the alleged activities of others, and therefore deny same and strict proof thereof is hereby demanded.

387.      Denied.

388.      Denied.

389.      Denied.

390.      Denied.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

391.      GROVE denies the allegations of paragraph 437 pertaining to class definition.

### The Distributor/Supplier/Importer/Exporter/Broker Subclasses (Subclasses 1 – 10)

392.     GROVE denies the allegations of paragraph 438 pertaining to subclass definitions, and denies the remainder of the allegations and strict proof thereof is hereby demanded.

393.     GROVE denies the allegations of paragraph 439 pertaining to classification of entities within the subclass definitions, and denies the remainder of the allegations and strict proof thereof is hereby demanded.

**The Builder/Developer Subclasses (Subclasses 11-108)**

394.     GROVE denies the allegations of paragraph 440 pertaining to class definition, and denies the remainder of the allegations and strict proof thereof is hereby demanded.

395.     GROVE denies the allegations of paragraph 441 pertaining to class definition and the sub-classes set fourth therein.   In particular, GROVE denies that sub-classes identified in Schedule 2 are appropriate as it pertains to GROVE.

**The Contractor/Installer Subclasses (Subclasses 109-126)**

396.     GROVE denies the allegations of paragraph 442 pertaining to the subclass definition, and denies the remainder of the allegations and strict proof thereof is hereby demanded.

397.     GROVE denies the allegations of paragraph 443 pertaining to subclass definition and the sub-classes set fourth therein.

**General Class Allegations and Exclusions from the Class Definitions**

398.     GROVE denies the allegations of paragraph 444 pertaining to class definitions and the sub-classes set fourth therein.

399.     Denied.

400.     GROVE denies all allegations of paragraph 446 including sub-paragraphs (a) through (d), inclusive.  GROVE contends the issues of contract, any potential tort liability or liability and damages are all unique to the individual Plaintiffs.  GROVE contends the class certification for such issues should not be permitted by the Court.

401.     Denied.  GROVE contends the alleged damage sustained in any home is unique to each individual homeowner, and is not typical, therefore defeating any class action.

402.     Denied.

403.     Denied.

404.      Denied. GROVE contends the class action is not appropriate given the individual and unique relationship between GROVE and its respective potential Plaintiff/purchaser. Thus, the obligations and responsibilities owed by GROVE to its potential Plaintiff/purchaser is separate and unique from other Plaintiffs. Therefore, there is no commonality nor typicality with regard to each home sold, where each home is different in size, interior, decoration and finishes. Therefore, no Plaintiff can be similarly aligned, as each home is unique.

405.      Denied.   Additionally, GROVE contends injunctive relief is inappropriate as Plaintiffs have individual remedies available at law.

406.      Denied.

407.      Denied.

## COUNT I - NEGLIGENCE

408.      GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

409.      Denied.

410.      Denied.

411.      Denied.

412.      Denied.

413.      Denied.

414.      Denied.

415.      Denied.

## COUNT II
## NEGLIGENCE PER SE
### (Against All Defendants)

416.      GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

417.      Denied.

418.      Denied.

419.      Denied for lack of knowledge.

420.      Denied.

421.      Denied.

422.    Denied.

## COUNT III
## STRICT LIABILITY
### (All Defendants)

423.    GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

424.    Denied.

425.    Denied.

426.    Denied.

427.    Denied.

428.    Denied for lack of knowledge.

429.    Denied for lack of knowledge.

430.    Denied for lack of knowledge.

431.    Denied.

432.    Denied for lack of knowledge.

433.    Denied for lack of knowledge.

434.    Denied for lack of knowledge.

435.    Denied.

436.    Denied.

437.    Denied for lack of knowledge.

438.    Denied for lack of knowledge.

439.    Denied for lack of knowledge.

440.    Denied for lack of knowledge.

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (All Defendants)

441.    GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

442.    Denied.

443.    Denied.

444.    Denied.

445.    Denied.

446.     Denied.

447.     Denied.

448.     Denied.

## COUNT V
## BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY
## PURSUANT TO FLORIDA STATUTES SECTION 718.203
### (On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)
### (Against Builders Only)

449.     Count V does not apply to GROVE, therefore no response is required to the allegations contained therein.  To the extent the allegations in Count V are deemed to apply to GROVE, GROVE denies the allegations contained in paragraphs 496 through 506 and strict proof thereof is hereby demanded.

## COUNT VI
## BREACH OF IMPLIED WARRANTY OF HABITABILITY
### (Against Builders Only)

507.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

508.     Denied.

509.     Denied.

510.     Denied for lack of knowledge.

511.     Denied.

512.     Denied.

513.     Denied.

## COUNT VII
## BREACH OF CONTRACT
### (Against Builders Only)

514.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

515.     Denied.

516.     Denied.

517.     Denied.

## COUNT VIII
## VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (On Behalf of Plaintiffs Who Own Homes in the State of Louisiana)
### (Against Louisiana Builders Only)

518.     Count VIII does not apply to GROVE, therefore no response is required to the allegations numbered 518 through 524.

## COUNT IX
## REDHIBITION
### (By Louisiana Plaintiffs Against All Defendants)

525.     Count IX does not apply to GROVE, therefore no response is required to the allegations contained therein.  To the extent the allegations in Count IX are deemed to apply to GROVE, GROVE denies the allegations contained in paragraphs 525 through 534 and strict proof thereof is hereby demanded.

## COUNT X
## LOUISIANA PRODUCTS LIABILITY ACT
### (Manufacturing Defendants)
### (Pleaded in the Alternative Against Distributor Defendants)

535.     Count X does not apply to GROVE, therefore no response is required to the allegations contained therein.  To the extent the allegations in Count X are deemed to apply to GROVE, GROVE denies the allegations contained in paragraphs 535 through 548 and strict proof thereof is hereby demanded.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

549.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

550.     Denied.

551.     Denied.

552.     Denied.

553.     Denied for lack of knowledge.

554.     Denied.

555.     Denied.

**COUNT XII**
**UNJUST ENRICHMENT**
**(All Defendants)**

556.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

557.     GROVE admits that it sold a home to the respective Plaintiff, and denies as to the remainder of the allegations in its entirety and strict proof thereof is hereby demanded.

558.     Denied.

559.     Denied.

**COUNT XIII**
**VIOLATION OF CONSUMER PROTECTION ACTS**
**(All Defendants)**

560.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

561.     Denied.

562.     Denied.

563.     Denied.

564.     Denied.

**COUNT XIV**
**EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING**
**(All Defendants)**

565.     GROVE realleges and incorporates by reference its responses to paragraph 1 through 453 of the Complaint as though fully set forth herein.

566.     Denied.

567.     Denied.

568.     Denied that Plaintiffs are entitled to the relief requested.

569.     Denied.

570.     Denied for lack of knowledge.

571.     Denied for lack of knowledge.

572.     Denied.

573.     Denied for lack of knowledge.

574.     Denied for lack of knowledge.

50

575.       Denied for lack of knowledge.

576.       Denied for lack of knowledge.

577.       Denied for lack of knowledge.

Unless otherwise expressly stated above, each and every averment in the Complaint, which is not affirmatively admitted, is hereby denied, and GROVE hereby demands strict proof thereof.

## PRAYER FOR RELIEF

GROVE denies that Plaintiffs are entitled to the relief requested.

## AFFIRMATIVE DEFENSES

For its Affirmative Defenses, GROVE states as follows:

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the statute of limitations.  The Plaintiffs have not alleged actual proof of any active concealment or misrepresentation on the part of GROVE.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims for breach of warranties are barred, in whole or in part, by Plaintiffs' failure to attempt any enforcement of a warranty within one year from the date of closing, as required by the contract.  Finally, Plaintiffs' claim for breach of warranty of a particular purpose is also barred by Plaintiffs' failure to plead any particular or unusual purpose for which the "home" is put to use.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to comply with the notice requirements under Chapter 558 of the Florida Statutes. The statute requires Plaintiffs to provide GROVE with notice of any alleged defects and an opportunity to cure.  Plaintiffs failed to provide such notice prior to commencing this litigation.  Thus, Plaintiffs have violated the provisions of Chapter 558.  Accordingly, Plaintiffs' claims for relief are barred.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to provide GROVE an opportunity to inspect and cure defects.  Plaintiffs have failed to provide GROVE with any written notice, inspection, or opportunity to cure as required by the contract between the parties.  Therefore, Plaintiffs claims are barred.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for negligence and tort liability are barred, in whole or in part, by the Florida Economic Loss Rule. Plaintiffs are not permitted to seek remedies in tort for contractual damages. Any right which Plaintiffs seek to enforce against GROVE arise solely from the contract between the parties, which governs the responsibilities and damages to be sought in this litigation. Accordingly, Plaintiffs' claims for negligence and tort recovery are barred.

<h3 align="center">SIXTH AFFIRMATIVE DEFENSE</h3>

Plaintiffs' claims are barred, in whole or in part, for failure to provide GROVE timely notice of the alleged defects and for Plaintiffs' failure to enforce its contractual rights within one year of the date of closing as required by the contract. Accordingly, any contractual or statutory warranties have lapsed, since over one year has passed since the date of purchase of the home.

<h3 align="center">SEVENTH AFFIRMATIVE DEFENSE</h3>

Plaintiffs' claims are barred, in whole or in part, since any alleged defects in the drywall result from the manufacturing process of third parties. Moreover, GROVE made no alteration or changes to the drywall. GROVE merely used the drywall for its intended purpose.

<h3 align="center">EIGHTH AFFIRMATIVE DEFENSE</h3>

Plaintiffs' claim for private nuisance is barred, in whole or in part, since Florida private nuisance jurisprudence protects the rights of adjoining landowners. Plaintiffs have not alleged that GROVE is an adjoining landowner with whom Plaintiffs have a contemporaneous dispute. In addition, the drywall Plaintiffs allege is creating the private nuisance is not within the control of GROVE and GROVE is, therefore, not in a position to remedy or abate the private nuisance. Accordingly, Plaintiffs' claim for private nuisance is barred.

<h3 align="center">NINTH AFFIRMATIVE DEFENSE</h3>

Plaintiffs' claim for medical monitoring is barred, in whole or in part, where Plaintiffs have an adequate remedy at law. Plaintiffs' claim for medical monitoring is, in substance, a claim for injunctive relief. To prevail on a claim for injunctive relief, Plaintiffs must demonstrate that remedies at law are inadequate to redress an irreparable injury. Plaintiffs, however, seek to recover compensable damages in tort and for breach of contract. Thus, it is evident Plaintiffs have adequate remedies at law. Accordingly, Plaintiffs fail to state a claim for injunctive relief.

In addition, Plaintiffs have failed to state a claim for medical monitoring. Plaintiffs have failed to allege that the prescribed medical monitoring regime is different from that normally

recommended in the absence of such alleged exposure. Absent such allegation, Plaintiffs have failed to state a claim for medical monitoring. Moreover, the medical monitoring relief sought by Plaintiffs is outside the scope of relief under the contract between the parties.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages by failing to remedy the alleged defects with the drywall.

## ELEVENTH AFFIRMATIVE DEFENSE

In the event Plaintiffs should enter a settlement agreement with any party, GROVE preserves its right to a set-off of any funds received by Plaintiffs in such settlement.

## TWELFTH AFFIRMATIVE DEFENSE

To the extent the Court permits Plaintiffs to pursue recovery under theories of negligence and/or tort liability, GROVE seeks to preserve and asserts its right under Florida Statute 768.81 that any potential judgment be based on GROVE's percentage of fault and not on the basis of joint and several liability.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrine of comparative negligence. To the extent the Court permits Plaintiffs to pursue negligent or tort remedies, GROVE contends that Plaintiffs are guilty of comparative fault and failing to affect proper and immediate repairs to the appliances and walls in the home, as well as failing to properly and timely detect problems with the home. Moreover, Plaintiffs' failure to advise GROVE in a timely manner compromised GROVE's ability to remedy the alleged defects. Accordingly, Plaintiffs' recovery, if any, is to be proportionately reduced according to the doctrine of comparative negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and estoppel.

## AFFIRMATIVE DEFENSES RESERVED

GROVE reserves all affirmative defenses that may exist or in the future be available, based on discovery and other factual investigation in this case.

Respectfully submitted this 15th day of June, 2011.

> PAUL L. ORSHAN, P.A.
> Counsel for Grove Hammocks
> Investments, LLC
> 2506 Ponce de Leon Boulevard
> Coral Gables, Florida  33134
> TEL:   305-529-9380
> FAX:   305-402-0777
>
> By:   _____
>         Paul L. Orshan, Esq.
>         Florida Bar No. 776203
>         Jose-Carlos A. Villanueva, Esq.
>         Florida Bar No. 0034658


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2011, a true and correct copy of the foregoing was served via U.S. Mail upon:  Russ M. Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, Counsel for Plaintiffs, 820 O'Keefe Avenue, New Orleans, LA  70113.

> PAUL L. ORSHAN, P.A.
> Counsel for Grove Hammocks
> Investments, LLC
> 2506 Ponce de Leon Boulevard
> Coral Gables, Florida  33134
> TEL:   305-529-9380
> FAX:   305-402-0777
>
> By:   _____
>         Paul L. Orshan, Esq.
>         Florida Bar No. 776203
>         Jose-Carlos A. Villanueva, Esq.
>         Florida Bar No. 0034658