007028.000004

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047** |
| | **SECTION L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE WILKINSON** |
| **Hobbie, et al. v. RCR Holdings II, LLC, et al. No. 10-1113** | |

______________________________________________/

**PROPOSED SCHEDULING ORDER**

The Court, having conducted a hearing on Plaintiffs' Motion for Entry of Scheduling Order on June 14, 2011 at which the parties were represented by their respective counsel, enters the following Scheduling Order setting forth the following legal issues to be resolved through discovery and motion practice:

**A. Identification and residency of Plaintiffs:**

1. The Parties shall have until **September 15, 2011**, to conduct limited discovery focused on the issue of the identity of all Plaintiffs and potential Plaintiffs, as well as the residency and citizenship status of all Plaintiffs and potential Plaintiffs.
2. Dispositive motions related to residency of the Plaintiffs and jurisdiction and venue concerns shall be filed on or before **September 31, 2011**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

**B. Identification of the manufacturer of the alleged drywall contained in the affected residences:**

1. The Parties shall have until **March 15, 2012**, to conduct limited discovery focused on the issue of the identity of the manufacturer of the drywall located within the residences subject to this case. No destructive testing shall be allowed without order of the Court, or the agreement of all parties.

**C: The Economic Loss Rule and Strict Liability:**

1. The Parties shall have until **March 15, 2012**, to conduct limited discovery focused on the issue of whether the Plaintiffs' tort claims are barred by the Economic Loss Rule and whether summary judgment should be entered in favor of some or all of the Defendants with respect to Plaintiffs' claim for Strict Liability.
2. Dispositive motions related to whether the Plaintiffs' tort claims are barred by the Economic Loss Rule and whether summary judgment should be entered in favor of some or all of the Defendants with respect to Plaintiffs' claim for Strict Liability shall be filed on or before **April 15, 2012**. The time for filing of reply briefs shall be governed by the Federal and Local Rules. Oral arguments, if allowed, will be scheduled by the Court.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with this Order and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court. SO ORDERED on this ______ day of __________________________, 2011.

______________________________
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE