UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al Case No. 2:10-CV-362 | * * * * * | JUDGE FALLON MAGISTRATE WILKINSON |

## ORDER GRANTING DEFENDANT LTL CONSTRUCTION, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant LTL Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 24th day of June 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE