UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the current deadline of June 28, 2011, for responses to the Motion for Entry of an Order: (1) Preliminarily Approving Stipulation and Agreement of Settlement, (2) Conditionally Certifying Class, (3) Issuing Class Notice, and (4) Scheduling Fairness Hearing (R. Doc. 9558), *see* (R. Doc. 9567, pg. 2), IT IS ORDERED that this deadline is extended to July 5, 2011.

New Orleans, Louisiana, this 27th day of June 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE