UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF DOCUMENT PRODUCTION**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give this notice of production. The documents, Bates labeled TG 0025416 – TG 0025553, were produced to the PSC in electronic format via Federal Express on June 27, 2011.

The documents may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the documents should be made by contacting Courtney Colligan via email at courtney.colligan@hoganlovells.com.

June 27, 2011

          Respectfully submitted,

          /s/ Thomas P. Owen, Jr.
          Richard C. Stanley (La. Bar No. 8487)
          Thomas P. Owen, Jr. (La. Bar No. 28181)
          STANLEY, REUTER, ROSS, THORNTON
          & ALFORD, LLC
          909 Poydras Street, Suite 2500
          New Orleans, Louisiana 70112
          Telephone: 504-523-1580
          Facsimile: 504-524-0069
          E-mail: rcs@stanleyreuter.com
          tpo@stanleyreuter.com

          Joe Cyr
          Frank T. Spano
          Eric D. Statman
          Matthew J. Galvin
          HOGAN LOVELLS US LLP
          875 Third Avenue
          New York, New York 10022
          Email: Joe.cyr@hoganlovells.com
          Frank.spano@hoganlovells.com
          Eric.statman@hoganlovells.com
          matthew.galvin@hoganlovells.com
          Telephone: 212-918-3000
          Facsimile: 212-918-3100

          **Attorneys for Taishan Gypsum Co. Ltd.**
          **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above Notice of Production by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by Federal Express and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, on this 27th day of June, 2011.

                                                                                                        */s/* Thomas P. Owen Jr.