UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: 2:11-cv-1077 (Haya, et al.) | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Neal A. Sivyer and Sivyer Barlow & Watson, P.A. hereby gives notice of their appearance as counsel of record for Taylor Morrison Services, Inc., in this case and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

        **SIVYER BARLOW & WATSON, P.A.**
        401 E. Jackson Street, Suite 2225
        Tampa, Florida  33602
        Telephone:  (813) 221-4242
        Facsimile:  (813) 227-8598

        /s/ Neal A. Sivyer_____
        Neal A. Sivyer
        Florida Bar No. 373745

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 28, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Defendants' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

        /s/ Neal A. Sivyer_____
        Neal A. Sivyer