UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Abel, et al. v. Taishan Gypsum Co., Ltd., et. al., Case No. 2:11-cv-080 (E.D.La.)<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-252 (E.D.La.) | |

**JOINT MOTION FOR ENTRY OF STIPULATION CONCERNING DISMISSAL OF DEFENDANT, SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT, CORRECTION OF PROPERTY ADDRESS AND SERVICE OF PROCESS**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), Wyman Stokes Builder, Inc. and Defendant, Wyman Stokes Builder, LLC, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval. The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to dismiss an improper party, to substitute the appropriate party as a defendant and to correct an improper property address. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC, Wyman Stokes Builder, Inc. and Defendant, Wyman Stokes Builder, LLC request that this Court approve the agreed stipulation and enter same into the record.

1

Respectfully submitted,

Dated: June 28, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Geoffrey H. Gentile, Sr.
Geoffrey H. Gentile, Sr.
Boyle, Gentile, Leonard & Crockett, P.A.
2050 MCGREGOR BOULEVARD
Fort Myers, FL 33901
Ph:  (239) 337-1303
Fax: (954) 761-8135
Ggentile@boylegentilelaw.com

*Counsel for* Wyman Stokes Builder, Inc.
*and Wyman Stokes Builder, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing joint motion for entry of stipulation concerning dismissal of defendant, substitution of appropriate party as defendant, correction of property address and service of process has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047