UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND  Abel, et al. v. Taishan Gypsum Co., Ltd., et. al.,  Case No. 2:11-cv-080 (E.D.La.)  Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-252 (E.D.La.) | |

**STIPULATION CONCERNING DISMISSAL OF DEFENDANT, SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT, CORRECTION OF PROPERTY ADDRESS AND SERVICE OF PROCESS**

The Plaintiff Steering Committee ("PSC"), Wyman Stokes Builder, Inc. and Defendant, Wyman Stokes Builder, LLC, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs, Patrick and Susan Sweeney, have asserted claims against Wyman Stokes Builder, LLC (subclass 215) in *Abel, et al. v. Knauf GIPS KG, et. al.*,  Case No. 2:10-cv-00362 (E.D.La.).

WHEREAS, Plaintiff, Alan Feld, has asserted claims against Wyman Stokes Builder, LLC (subclass 108) in *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 2:11-cv-252 (E.D.La.).

WHEREAS, Wyman Stokes Builder, LLC was improperly named as a defendant in *Abel*

1

and *Abreu*.

WHEREAS, the proper party that is aligned with Patrick and Susan Sweeney and Alan Feld is Wyman Stokes Builder, Inc.

WHEREAS, the *Abel* complaint provides an improper property address for Patrick and Susan Sweeney of 3100 Orangetowntree Bend, Ft. Myers, Florida 33905.

WHEREAS, the proper address of the property owned by Patrick and Susan Sweeney is 3100 Orangetree Bend, Ft. Myers, Florida 33905.

BASED ON THE FORGOING, the PSC, Wyman Stokes Builder, Inc. and Defendant, Wyman Stokes Builder, LLC hereby stipulate and agree as follows:

1. Defendant Wyman Stokes Builder, LLC is hereby dismissed, without prejudice, from *Abel* (inclusive of all past or future intervention complaints filed in this action) and *Abreu* (inclusive of all past or future intervention complaints filed in this action).

2. Wyman Stokes Builder, Inc., as the proper party in interest, is deemed to be substituted in place of Wyman Stokes Builder, LLC as the proper defendant in *Abel* (subclass 215) (inclusive of all past or future intervention complaints filed in this action) and *Abreu* (subclass 108) (inclusive of all past or future intervention complaints filed in this action).

3. All plaintiffs asserting claims against Wyman Stokes Builder, LLC in *Abel* (inclusive of all past or future intervention complaints filed in this action) and *Abreu* (inclusive of all past or future intervention complaints filed in this action) are deemed to have properly asserted claims against Wyman Stokes Builder, Inc.

4. Counsel for Wyman Stokes Builder, Inc. further agrees to accept service of process on behalf of Wyman Stokes Builder, Inc. and to enter an appearance in *Abel* and *Abreu*.

5. The *Abel* complaint is also deemed to provide the correct property address for Patrick and Susan Sweeney of 3100 Orangetree Bend, Ft. Myers, Florida 33905, not 3100 Orangetowntree Bend, Ft. Myers, Florida 33905.

Respectfully submitted,

Dated: June 28, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
MDL 2047

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
MDL 2047

/s/ Geoffrey H. Gentile, Sr.
Geoffrey H. Gentile, Sr.
Boyle, Gentile, Leonard & Crockett, P.A.
2050 MCGREGOR BOULEVARD
Fort Myers, FL 33901
Ph: (239) 337-1303
Fax: (954) 761-8135
Ggentile@boylegentilelaw.com

*Counsel for* Wyman Stokes Builder, Inc.
*and Wyman Stokes Builder, LLC*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing stipulation concerning dismissal of defendant, substitution of appropriate party as defendant, correction of property address and service of process has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2011.

                                            /s/ Leonard A. Davis
                                            Leonard A. Davis, Esquire
                                            Herman, Herman, Katz & Cotlar, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            Plaintiffs' Liaison Counsel
                                            MDL 2047