# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Abel, et al. v. Taishan Gypsum Co., Ltd., et. al.,  Case No. 2:11-cv-080 (E.D.La.)<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-252 (E.D.La.) | |

## ORDER

Upon consideration of Joint Motion for Entry of Stipulation Concerning Dismissal of Defendant, Substitution of Appropriate Party as Defendant, Correction of Property Address and Service of Process;

IT IS ORDERED BY THE COURT that said motion is GRANTED;

IT IS FURTHER HEREBY ORDERED BY THE COURT that the agreed stipulation attached as Exhibit "A" to the Joint Motion for Entry of Stipulation Concerning Dismissal of Defendant, Substitution of Appropriate Party as Defendant, Correction of Property Address and Service of Process is hereby entered into the record of this matter.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge