UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*****************************************************

OMNI II--KENNETH AND BARBARA WILTZ, et al. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO, et al.;
CASE NO. 2010 CV 361

OMNI III-- DAVID GROSS, et al. vs. KNAUF GIPS KG, et al.;
CASE NO. 09-6690

OMNI VII-- KENNETH ABEL, et al.. vs. TAISHAN GYPSUM, et al.;
CASE NO. 11-080

---

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Venture Supply, Inc. has filed the attached Motion to Lift Stay. **PLEASE TAKE FURTHER NOTICE** that Defendant has moved the Court before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, on a date to be determined by the Court, following the Court's next monthly status conference on July 14, 2011, or as soon thereafter as counsel can be heard, for a hearing on Venture Supply, Inc.'s Motion to Lift Stay, and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s/  Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard, Ste. 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:   (504) 836-5289
Attorneys for Venture Supply, Inc.

And

Mark C. Nanavati, Esq. (VSB #38709)
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mille Drive
Midlothian, Virginia 23114
Telephone: (804) 378-7600
Facsimile:  (804) 378-2610
Attorneys for Venture Supply, Inc.

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28nd day of June 2011.

/s/  Brett M. Bollinger
Brett M. Bollinger