11-249/blb/tth

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| LAURA HAYA, et al., | Civil Action No.: 11-1077 |
| | Sect. L Mag 2 |
| Plaintiff, | |
| vs. | |
| TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al | |
| Defendants. | |
| _____/ | |

## NOTICE OF APPEARANCE

COMES NOW the law firm of ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A., reserving all rights including the right to object to the jurisdiction of this Court, on behalf of Defendant, RINKER MATERIALS OF FLORIDA, INC. N/K/A CEMEX CONSTRUCTION MATERIALS OF FLORIDA, LLC, and hereby enters its appearance for and on behalf of said Defendant in the above-styled cause.

It is requested that all future pleadings be copied to the undersigned, Attention: BENJAMIN L. BEDARD, ESQUIRE.

It is requested that Roberts, Reynolds, Bedard & Tuzzio, P.A. be added to the Certificate of Service list effective immediately.

Respectfully submitted,

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A.**
Counsel for CEMEX, Inc.
470 Columbia Drive, Bldg 101C
West Palm Beach, FL 33409
PHONE:	561 688-6560
FAX:	561 688-2343
EMAIL:	bbedard@rrbpa.com

By: _____
/BENJAMIN L. BEDARD
FBN: 983772

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Counsel list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A.
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561/688-6560
Fax: 561/688-2343
Email: bbedard@rrbpa.com
Attorneys for CEMEX, Inc.

BENJAMIN L. BEDARD
Florida Bar No: 983772

| | |
|---|---|
| STYLE: | Haya, et al. v. Rinker Materials of Florida, Inc. N/k/a Cemex Construction Materials of Florida, LLC |
| CASE NO.: | 11-1077 |
| OUR FILE NO.: | **11-249** |

## COUNSEL LIST

RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PHONE:   504/581-4892
FAX:   504/561-6024
Counsel for Plaintiffs
EMAIL:   rherman@hhkc.com
EMAIL:   ldavis@hhkc.com
Scty: Lillian:   lflemming@hhkc.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BENJAMIN L. BEDARD, ESQUIRE
Roberts, Reynolds, Bedard & Tuzzio, P.A.
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Counsel for CEMEX, Inc.
PHONE:   561/688-6560
FAX:   561/688-2343
EMAIL:   bbedard@rrbpa.com
Scty: Tiffanie:  tharris@rrbpa.com