UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Kenneth Abel, et al v. Taishan Gypsum Co., LTD, fka Shandong Taihe Dongxin Co., LTD, et al; Cause No. 11-080 | |

## VOLUNTARY MOTION FOR PARTIAL DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Michael Dunbar, Robyn Evans, Craig and Danyell Miller, Felix and Jacqueline Sheperd, Tracy Sheperd, Diane Bryson, and Jason and Jennifer Thompson, and hereby voluntarily move to dismiss their claims against Defendants, Welsh Companies of Brevard, Inc. and Welsh Construction, LLC., without prejudice, and reserving all rights against all other parties and defendants. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, counsel for Plaintiffs, Michael Dunbar, Robyn Evans, Craig and Danyell Miller, Felix and Jacqueline Sheperd, Tracy Sheperd, Diane Bryson, and Jason and Jennifer Thompson, dated June 27, 2011, specifically authorizing the undersigned to file this Voluntary Motion for Partial Dismissal.

**WHEREFORE**, the Plaintiffs identified herein respectfully pray that this Voluntary Motion for Partial Dismissal be granted and that all claims against Welsh Companies of Brevard, Inc. and Welsh Construction, LLC be dismissed, without prejudice, reserving any and all rights against all other parties and defendants, with each party to bear their own costs.

Respectfully submitted,

Dated: June 28, 2011						BY: /s/ Russ M. Herman
								Russ M. Herman, Esquire (Bar No. 6819)
								Leonard A. Davis, Esquire (Bar No. 14190)
								Stephen J. Herman, Esquire (Bar No. 23129)
								Herman, Herman, Katz & Cotlar, LLP
								820 O'Keefe Avenue
								New Orleans, Louisiana 70113
								Phone: (504) 581-4892
								Fax: (504) 561-6024
								LDavis@hhkc.com
								*Plaintiffs' Liaison Counsel*
								*MDL 2047*

								Arnold Levin, Esquire
								Fred S. Longer, Esquire
								Matthew C. Gaughan
								Levin, Fishbein, Sedran & Berman
								510 Walnut Street, Suite 500
								Philadelphia, PA 19106
								Phone: (215)-592-1500
								Fax: (215) 592-4663
								Alevin@lfsblaw.com
								*Plaintiffs' Lead Counsel*
								*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## **OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P. O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047