UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Kenneth Abel, et al v. Taishan Gypsum Co., LTD, fka Shandong Taihe Dongxin Co., LTD, et al; Cause No. 11-080 | |

## ORDER

Considering the above and foregoing Voluntary Motion for Partial Dismissal,

**IT IS HEREBY ORDERED** that the Plaintiffs, Michael Dunbar, Robyn Evans, Craig and Danyell Miller, Felix and Jacqueline Sheperd, Tracy Sheperd, Diane Bryson, and Jason and Jennifer Thompson, claims against Defendants, Welsh Companies of Brevard, Inc. and Welsh Construction, LLC, be granted, and that all of these Plaintiffs' claims against Welsh Companies of Brevard, Inc. and Welsh Construction, LLC be and the same are hereby dismissed, without prejudice, reserving any and all of the Plaintiffs rights to proceed against all other parties and Defendants, whether named or unnamed.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**Eldon E. Fallon**
**United States District Court Judge**