UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 |
| | * |
| | * JUDGE: FALLON |
| THIS DOCUMENT RELATES TO | * |
| David Gross, et al. v. Knauf Gips, KG, et al. | * |
| Case No. 09-cv-6690 (L)(2) | * |

* * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO SUBSTITUTE

NOW INTO COURT, through undersigned counsel comes Defendant, Steeler, Inc., who whereby moves for an Order substituting Daniel J. Caruso, Herman C. Hoffman, Betty F. Mullin and the law firm of Simon, Peragine, Smith & Redfearn, L.L.P. in place of Steven W. Copley, Dana Dupre and the law firm of Gordon Arata McCollam Duplantis & Eagan L.L.P. as counsel of record for Steeler, Inc. in the above referenced Complaint.

Respectfully submitted,

_____
Steven W. Copley
Dana Dupre
Gordon Arata McCollam Duplantis
& Eagan, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2011.

_____
Betty F. Mullin