UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | *   MDL No. 09-2047<br>*<br>*   JUDGE: FALLON<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Steeler, Inc.,

IT IS ORDERED by the Court that Daniel J. Caruso, Herman C. Hoffman, Betty F. Mullin and the law firm of Simon, Peragine, Smith & Redfearn, L.L.P. be and are herby substituted in place of Steven W. Copley, Dana Dupre and the law firm of Gordon Arata McCollam Duplantis & Eagan L.L.P. as counsel of record for Steeler, Inc. in the above referenced Complaint.

Signed in _____, Louisiana, this _____ day of _____, 2011.


_____
JUDGE, EASTERN DISTRICT OF LOUISIANA