UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.'s: 09-7628, 09-6690, 10-932 | MAG: JUDGE WILKINSON |

### ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, GROZA BUILDERS, INC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, GROZA BUILDERS, INC., is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, GROZA BUILDERS, INC. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, GROZA BUILDERS, INC., at: 511 S.W. Port St. Lucie Blvd., Port Saint Lucie, FL 34953.

It is ORDERED this ____ day of June, 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE