# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of LOUISANA

Case Number: 2:09-CF-6690-EEF-JCW

Plaintiff:
DAVID GROSS, CHERYL GROSS, ET AL.,

vs.

Defendant:
WOODLAND ENTERPRISES INC., ET AL.,

For:
Valerie Greenberg, Esq.
AKERMAN SENTERFITT
One S.E. Third Avenue, 28th Floor
Miami, FL 33131

Received by SERVICE OF PROCESS, INC. on the 21st day of June, 2011 at 8:25 pm to be served on **BANNER SUPPLY COMPANY PT. ST. LUCIE LLC. SERVING R/A ARTHUR LANDERS, 7195 NW 30TH ST., MIAMI, FL 33122.**

I, Ramon Lopez, do hereby affirm that on the **22nd day of June, 2011 at 4:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS ON A THIRD PARTY AND DEFENDANT WOODLAND ENTERPRISES INC., CROSSCLAIM AND THIRD PARTY CLAIM** with the date and hour of service endorsed thereon by me, to: **MIKE DOBSON** as **OPERATIONS MANAGER** for **BANNER SUPPLY COMPANY PT. ST. LUCIE LLC.**, at the address of: **7195 NW 30TH ST., MIAMI, FL 33122**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, F.S. 92.525 Verification of documents.

Ramon Lopez
Special P.S. #564

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: SOP-2011001217
Ref: 25961/233229

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| David Gross, Cheryl Gross, et al. <br> *Plaintiff* <br> v. <br> Woodland Enterprises, Inc., et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> Banner Supply Company Port St. Lucie, LLC <br> *Third-party defendant* | Civil Action No. 2:09"cv-6690-EEF-JCW |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC
By Serving Its Registered Agent:
Arthur Landers
7195 N.W. 30th Street
Miami, FL  33122

    A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __s David & Cheryl Gross, et al__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL  33301

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., and Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA  70113

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Loretta G. Whyte
*Name of clerk of court*

Date: __Jun 15 2011__

*Deputy clerk's signature*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:09"cv-6690-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: