UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, L.L.C., et al. | * * | MAG. JUDGE WILKINSON |
| Case No. 10-1113 | * | |
| *   *   *   *   *   *   * | | |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD ON BEHALF OF PRECISION DRYWALL, INC.

NOW INTO COURT, through undersigned counsel, come defendant, Precision Drywall, Inc., which files this motion to enroll Lloyd N. Shields (La. Bar No. 12022), Elizabeth L. Gordon (La. Bar No. 21619), Andrew G. Vicknair (La. Bar No. 28448) and Adrian A. D'Arcy (La. Bar No. 29137) of the law firm of Shields Mott Lund L.L.P., as additional counsel of record in the captioned matter. Kieran O'Connor and Derek J. Angell of the law firm of Ogden, Sullivan & O'Connor, P.A., will remain as counsel of record in this case. Movers certify that this motion is not interposed for delay and will not retard the progress of the matter.

WHEREFORE, defendant, Precision Drywall, Inc., prays that this Honorable Court enroll Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law

firm of Shields Mott Lund L.L.P. as additional counsel of record for Precision Drywall, Inc., and that Kieran O'Connor and Derek J. Angell of the law firm of Ogden, Sullivan & O'Connor, P.A. will also remain as counsel of record for Precision Drywall, Inc. in the captioned matter.

    Respectfully submitted,

/s/Kieran F. O'Connor, Esq.
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@ogdensullivan.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
111 N. Orange Avenue, Suite 850
Orlando, Florida 32801
Telephone: (407) 843-2100

Attornys for
  Precision Drywall, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Motion to Enroll Additional Counsel of Record on Behalf of Precision Drywall, Inc*. has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 23rd day of June, 2011.

/s/ Kieran F. O'Conmnor

62065-02\Pleadings\Motion to Enroll.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, L.L.C., et al. | * * | MAG. JUDGE WILKINSON |
| Case No. 10-1113 | * | |

\* \* \* \* \* \* \*

———

**ORDER**

———

Having considered Defendant's, Precision Drywall, Inc., motion to withdraw and substitute counsel, it is hereby **ORDERED** that Defendant's motion is **GRANTED**; it is further **ODERED** that Michelle I. Nelson of the law firm of Paxton & Smith, P.A. be and hereby is permitted to withdraw and that Lloyd N. Shields, Elizabeth L Gordon, Andrew G. Vicknair and Adrian A. D'Arcy are counsel of record for Precision Drywall, Inc. in this matter.

New Orleans, Louisiana, this __ day of ___, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge