# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )  ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: 11-252 (Abreau) _____ | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

### NOTICE OF APPEARANCE OF COUNSEL

NOW COMES Defendant, R.H. Hernandez Drywall, Inc., who files this Notice of Appearance, as follows:

I.

In the referenced matter, Jeffrey L. Dorrell (TX Bar No. 00787386) of Escamilla, Poneck & Cruz, LLP hereby appears as Counsel and Kerry J. Miller (LA Bar No. 24562) of Frilot L.L.C. as Liaison Counsel on behalf of defendant, R.H. Hernandez Drywall, Inc.

II.

This appearance is submitted without waiver of objections to jurisdiction or venue on behalf of the client represented by Escamilla, Poneck & Cruz, LLP and Frilot L.L.C. in accordance with Pre-Trial Order No. 5.

Respectfully Submitted,

**ESCAMILLA, PONECK & CRUZ, LLP**

By: \_/s/ Jeffrey L. Dorrell_____

Jeffrey L. Dorrell
TX State Bar No. 00787386
201 Stratford
Houston, Texas 77006
Direct: 713-807-1188
FAX: 713-864-0048
**ATTORNEYS FOR DEFENDANT
R.H. HERNANDEZ DRYWALL, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of June, 2011.


      /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**