UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| David Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-06690 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero") with respect to the claims asserted against Meadows of Estero in Mary Anne Benes' Substituted and Amended Complaint in Intervention (III) and the Ruben Jaen, et al. Complaint in Intervention III(A) and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  June 29, 2011.

                                                    s/ Adam C. King
                                                    JEFFREY M. PASKERT
                                                    Florida Bar No. 846041
                                                    jpaskert@mpdlegal.com
                                                    ADAM C. KING
                                                    Florida Bar No. 156892
                                                    aking@mpdlegal.com
                                                    MILLS PASKERT DIVERS
                                                    100 N. Tampa Street, Suite 2010
                                                    Tampa, Florida  33602
                                                    (813) 229-3500 − Telephone
                                                    (813) 229-3502 − Facsimile
                                                    *Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 29, 2011, this document has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            s/ Adam C. King
                                            Attorney