UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ---------------------------------------------------- x | | ---------------------------------------------- |
| | x | |
| DANIEL ABREU, et al., | x | CASE NO: 11-252 Section L Mag 2 |
| | x | |
| v. | x | |
| | x | |
| | x | |
| GEBRUEDERKNAUF | x | |
| VERWALTUNGSGESELLSCHAFT, KG; | x | |
| et al. | x | |
| | x | |
| ---------------------------------------------------- | x | ---------------------------------------------- |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by C.A. STEELMAN, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. STEELMAN, INC. shall be granted until August 2, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-252, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

4203893.1