# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 <br> SECTION:  L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| David Gross, et al. v. Knauf Gips KG, et al. Case No. 09-6690 (E.D.La.) | * * * | |

*********************************************

## ORDER

Considering the Motion to Enroll As Counsel of Record, filed by Plaintiffs, Edward and Jacqueline Mayo;

**IT IS HEREBY ORDERED** that Russ M. Herman, Leonard A. Davis, Stephen J. Herman, Joseph E. "Jed" Cain, and Jeremy S. Epstein, and the law firm Herman, Herman, Katz & Cotlar, L.L.P. be enrolled as counsel of record for Plaintiffs, Edward and Jacqueline Mayo.

New Orleans, Louisiana, on this 28th day of June, 2011.

_____
Eldon E. Fallon
United States District Court Judge