IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN AMATO AND DAWN AMATO, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, HALEE AMATO and EMMA AMATO<br><br>Plaintiffs,<br><br>v.<br><br>KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN CO., LTD.; KNAUF PLASTERBOARD WUHU CO., LTD.; KNAUF PLASTERBOARD DONGGUAN CO., LTD.; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; and INTERIOR EXTERIOR ENTERPRISES, L.L.C.<br><br>Defendants,<br><br>Refer to Case No. 09-6805 | CASE NO.: MDL 2047<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the above-captioned matter and that Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to enroll and substitute as counsel for.

Thus done and signed this 28th day of _____June_____, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE