**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD GUIDRY AND** | * | **CIVIL ACTION** |
| **AMY GUIDRY** | * | |
| | * | |
| **VERSUS** | * | **NO. MDL 2047** |
| | * | |
| **KNAUF GIPS KG, KNAUF PLASTERBOARD** | * | |
| **TIANJIN CO., LTD., TAISHAN GYPSUM CO.** | * | |
| **LTD. f/k/a SHANDONG TAIHE DONGXIN CO.** | * | |
| **LTD.,** | * | **JUDGE FALLON** |
| | * | |
| | | **SECTION "L"** |
| **Defendants,** | * | |
| | * | |
| **Refer to Case No. 09-4122** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the above-captioned matter and that Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to enroll and substitute as counsel for.

Thus done and signed this 28th day of _____June_____, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE