## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  **CHINESE-MANUFACTURED DRYWALL**
       **PRODUCTS LIABILITY LITIGATION**

**This Document Relates to:  11-080 (Abel)**

                **MDL No. 2047**

                **SECTION: L**

                **Judge Fallon**
                **Mag. Judge Wilkinson**

## ORDER

Considering the foregoing Counsel's Joint Motion to Substitute Counsel for Ashton Tampa Residential L.L.C.,

IT IS ORDERED that Jaret J. Fuente and the law firm of Carlton Fields, P.A. be and are hereby substituted in place of Jeffrey M. Paskert, Adam C. King, and the law firm of Mills Paskert & Divers, P.A. as counsel of record for Ashton Tampa Residential L.L.C.

IT IS FURTHER ORDERED that neither Counsel's Joint Motion, nor this Order shall be deemed to be a waiver of any of Ashton Tampa Residential L.L.C.'s rights or defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court.

Signed in  New Orleans  Louisiana, this 28th day of ___June___ 2011.

JUDGE, EASTERN DISTRICT OF LOUISIANA