UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| Joyce W. Rogers, et al. v. Knauf Gips, KG, et al. Civil Action No. 10-362 | : : : | |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW TO COURT**, through undersigned counsel, comes Royal Homes, L.L.C., who, pursuant to LR83.2.11 of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, moves this Honorable Court for an Order allowing Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., to withdraw as counsel of record on behalf of Royal Homes, L.L.C., and substituting as counsel of record for Royal Homes, L.L.C., in these proceedings, and enrolling for those purposes, Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C.

**WHEREFORE**, Royal Homes, L.L.C., prays that Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., be withdrawn as counsel

of record for Royal Homes, L.L.C., in these proceedings, and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be allowed to enroll as counsel of record on behalf of Royal Homes, L.L.C., in these proceedings and that the Court's records be changed to reflect the same.

Respectfully submitted,

/s/Patricia A. Krebs
Patricia A. Krebs (LA Bar #2035)
Charlotte P. Livingston (LA Bar #26894)
**KING, KREBS, AND JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
Telephone: 504.582.3800
Facsimile: 504.582.1233


/s/Drew R. Ballina
Warren Horn (LA Bar #14380)
Drew R. Ballina (LA Bar #01704)
**HELLER, DRAPER, HAYDEN**
   **PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Facsimile: 504.299.3399

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Joint Motion to Withdraw and Substitute Counsel of Record* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of June 2011.

/s/Drew R. Ballina
**DREW R. BALLINA**

3441.18979.317267.1

2