UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Joyce W. Rogers, et al. v. Knauf Gips, KG, et al. Civil Action No. 10-362 | : : : | |

## ORDER

Considering the foregoing *Joint Motion to Withdraw and Substitute Counsel of Record*;

**IT IS ORDERED** that Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., be and are hereby allowed to withdraw as counsel of record for Royal Homes, L.L.C., and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be and are hereby substituted as counsel of record for Royal Homes, L.L.C., in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this _____day of _____ 2011.

_____
**Eldon E. Fallon**
**United States District Court Judge**

3441.18979.317269.1