UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-6690 (L)(2) | * * * * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Steeler, Inc.,

IT IS ORDERED by the Court that Daniel J. Caruso, Herman C. Hoffman, Betty F. Mullin and the law firm of Simon, Peragine, Smith & Redfearn, L.L.P. be and are herby substituted in place of Steven W. Copley, Dana Dupre and the law firm of Gordon Arata McCollam Duplantis & Eagan L.L.P. as counsel of record for Steeler, Inc. in the above referenced Complaint.

Signed in __New Orleans__, Louisiana, this __28th__ day of __June__, 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA