UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION** | **MDL No.: 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

**Hobbie v. RCR Holdings II, LLC, et al.**
**No. 10-1113**

### RCR HOLDINGS II, LLC'S RESPONSE TO
### PLAINTIFFS' MOTION FOR ENTRY OF SCHEDULING ORDER

COMES NOW Third Party Plaintiff, RCR HOLDINGS II, LLC, by and through its undersigned counsel, hereby responds to Plaintiffs' Motion for Entry of Scheduling Order (D.E.#9602), and in support thereof states as follows:

1.      On June 11, 2010, Third Party Plaintiff, RCR Holdings II, LLC ("RCR"), filed a Complaint in the 15th Judicial Circuit in and for Palm Beach County, Florida, against Third Party Defendant Arch Insurance Company ("Surety"), for breach of contract, pursuant to Surety's failure to make payment on that certain performance bond securing the performance of Coastal Construction as general contractor for RCR.

2.      On August 9, 2010, after several preliminary motions, Surety filed its Answer and Affirmative Defenses to RCR's Complaint, a copy of which is attached hereto as RCR's Exhibit "A". Surety alleged 31 Affirmative Defenses therein.

*Leopold~Kuvin, P.A.*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone: (561) 515-1400 Facsimile (561) 515-1401*

3.     On November 1, 2010, after the state court action against Surety was set for trial, Surety moved to stay the proceedings in the state court action in favor of the instant proceedings.

4.     On May 9, 2011, RCR moved to file its Third Party Complaint against Surety in this Court (D.E. #8760), which Third Party Complaint is nearly identical to the Complaint that was filed in the 15th Judicial Circuit in and for Palm Beach County, Florida.

5.     On May 26, 2011, this Court granted RCR's Motion for Leave to File Third Party Complaint (D.E. #9107), and RCR's counsel immediately forwarded the then-filed Third Party Complaint to counsel for Surety via mail and email, requesting that counsel for Surety accept service on behalf of Surety; however, no one responded to the request.

6.     On June 14, 2011, RCR served the Third Party Complaint upon Surety via formal process through Florida's Department of Financial Services.

## LEGAL ARGUMENT

RCR desires to move its straightforward, one-count Third Party Complaint against ARCH INSURANCE COMPANY forward, and only through a well crafted Scheduling Order will this matter be resolved.  RCR agrees with the proposed pretrial schedule submitted by the *Hobbie* Plaintiffs, and further, Surety should have a very granular idea of its defenses to RCR's Third Party Complaint in light of its Answer and Affirmative Defenses (Exhibit "A").  The *Hobbie* Plaintiffs' Proposed Scheduling Order will provide the parties adequate time to develop and test the issues raised in the Third Party Complaint anticipated to be raised by Surety. Therefore, RCR respectfully requests this Court to grant Plaintiffs' Motion for Entry of

*Leopold~Kuvin, P.A.*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone:  (561) 515-1400  Facsimile (561) 515-1401*

Scheduling Order; moreover, RCR respectfully requests this Court to enter Plaintiff's Proposed

Scheduling Order.

WHEREFORE, Third Party Plaintiff, RCR HOLDINGS II, LLC, respectfully requests

this Court to grant Plaintiffs' Motion for Entry of Scheduling Order (D.E. #9602), and requests

this Court to enter Plaintiffs' Proposed Scheduling Order.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
Email:  gweiss@leopoldkuvin.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the above and foregoing **RCR Holdings II, LLC's Response to Plaintiffs' Motion For Entry Of Scheduling Order** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 29th day of June, 2011.


s/GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No.: 163430