UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>**Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No.: 11-cv-1077 (E.D.La.)**<br><br>**Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No.: 11-cv-1363 (E.D.La.)**<br><br>**Amorin, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al., Case No.: 11-cv-1395 (E.D.La.)** | |

## **ORDER**

Upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m);

IT IS HEREBY ORDERED that said motion is GRANTED, and plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m) for service of the complaints in *Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.*, et al., Case No.: 11-cv-1077; *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No.: 11-cv-1363; and *Amorin, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al.*, Case No.: 11-cv-1395.

New Orleans, Louisiana, this 28th day of _____June_____, 2011.

_____
Eldon E. Fallon
United States District Court Judge