UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

ORDER

IT IS ORDERED that the Motion to Lift Stay by Defendant Venture Supply, Inc. (R. Doc. 9653) is scheduled for hearing following the monthly status conference on July 14, 2011, at 9:00 a.m. central standard time.  IT IS FURTHER ORDERED that responses to this Motion are to be filed by July 5, 2011.

New Orleans, Louisiana, this 29th  day of June, 2011.

_____
U.S. District Judge