UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.'s: 09-7628, 09-6690 | |

_____/

**ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD**

  This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, M G B CONSTRUCTION, INC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

  It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, M G B Construction, Inc., is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, M G B Construction, Inc. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, M G B Construction, Inc., at: 3585 Lucia Drive, Vero Beach, Florida 32967.

It is ORDERED this ____ day of June, 2011.

                _____
                HONORABLE ELDON E. FALLON
                U.S. DISTRICT COURT JUDGE