UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED       :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :
LITIGATION                         :      SECTION:    L
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :      JUDGE FALLON
                                   :
ALL CASES                          :      MAG. JUDGE WILKINSON
-------------------------------------------------------------x
```

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel for the Knauf Defendants[1] requests that the Court bring the Motion for Clarification of INEX and Banner Stay Order for submission before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 14th of July 2011 following the monthly status conference.

---

[1]     The Knauf Defendants are Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebrueder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH and Knauf UK GmbH.

Respectfully submitted,

By:  Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Knauf Defendants' Motion for Clarification of Stay Orders has been served upon Plaintiffs' Liaison Counsel and counsel for InEx and Banner by email and by electronically uploading the same to CM/ECF and LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 29th day of June, 2011.

<u>/s/ Kyle Spaulding</u>