UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| DANIEL ABREU, Individually, on behalf of all others similarly situated [ADDITIONAL PLAINTIFF LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"] <br>**Plaintiffs** <br><br> GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UL GmbH; KANUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD. [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B" <br>**Defendants** | CIVIL ACTION No. 11-252 Section L |

## ORIGINAL ANSWER OF CHASE DRYWALL LTD

COMES NOW, CHASE DRYWALL LTD and files this is original answer and would show this Court as follows;

1) This Defendant is without knowledge to admit or deny allegation of Plaintiff's 1 thru 424 but does not dispute same.

2) Defendant denies the allegation of Plaintiff 425 thru 453.

3) Defendant denies the allegation of Plaintiff 454 thru 461.

4) Defendant denies the allegation of Plaintiff 462 thru 468.

5) Defendant denies the allegation of Plaintiff 469 thru 486.

6) Defendant denies the allegations of Plaintiff 487 thru 577.

WHEREFORE PREMISES CONSIDERED, CHASE DRYWALL LTD., prays that all claims asserted against CHASE DRYWALL be dismissed.

Respectfully submitted,

CHUCK PORTZ
PORTZ & PORTZ
SBOT No. 16163235
1314 Texas Avenue, Suite 1001
Houston TX 77002
Telephone 713-223-5299
Facsimile 713-223-1901

## CERTIFICATE OF SERVICE

I hereby certify that on June __27__, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following parties;

| | |
|---|---|
| Russ M. Herman, Esquire<br>Leonard A. Davis, Esquire<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, TX 70113<br>*Plaintiffs' Liaison Counsel* | VIA FACSIMILE 504-561-6024 |
| Arnold Levin<br>Fred S. Longer<br>Matthew C. Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia PA 19106<br>*Plaintiff's Lead Counsel* | VIA FACSIMILE 215-592-4663 |

CHUCK PORTZ
PORTZ & PORTZ
SBOT No. 16163235
1314 Texas Avenue, Suite 1001
Houston TX 77002
Telephone 713-223-5299
Facsimile 713-223-1901