IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE FALLON |
| Slidell Property Mgt., LLC v. Knauf GIPS KG et al | * * * | |
| EDLA 09-6068 | * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW COUNSEL

NOW INTO COURT, comes Plaintiff, Slidell Property Management, LLC, through undersigned counsel of record, Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court withdraw Linda J. Nelson as counsel in the above-referenced matter. Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case.  Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signatures.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)
CAYCE C. PETERSON (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130

Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com

## CERTIFICATE OF SERVICE

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of June, 2011.

 /s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)