## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        *        MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY         *
LITIGATION                         *        SECTION:   L
                                   *
THIS DOCUMENT APPLIES TO:          *        JUDGE FALLON
                                   *
**Slidell Property Mgt., LLC v. Knauf GIPS**   *
**KG et al**                       *
                                   *
**EDLA 09-6068**                   *        MAG. JUDGE WILKINSON
                                   *
                                   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the above and foregoing Motion to Withdraw Counsel of Record:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the above-captioned matter and that Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 will remain counsel or record.

Thus done and signed this ___ day of _____, 2011 in New Orleans, Louisiana.


_____
HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE