UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-md-2047 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** | |
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, et al | |
| vs. | |
| TAISHAN GYPSUM CO., LTD., et al | |
| Civil Action No. 11-1077 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **S. Manoj Jegasothy, Esquire, Marc T. Thirkell, Esquire, David J. Morgan, Esquire,** and Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, 301 Grant Street, Pittsburgh, Pennsylvania, 15219, 412-562-8800, manoj.jegasothy@bipc.com, marc.thirkell@bipc.com and david.morgan@bipc.com hereby enter their appearances as counsel of record for the following Defendants in *Laura Haya, Daniel Haya and Irene Haya, et al, v. Taishan Gypsum Co., Ltd.*:  84 Lumber Company, LP, which has been improperly named and should be designated as 84 Lumber Company.  Please update and add the above-mentioned counsel to your service and distribution lists.

Respectfully submitted,

/s/ Marc T. Thirkell
S. Manoj Jegasothy, Esquire, PA ID #80084
Marc T. Thirkell, Esquire, PA ID #90995
David J. Morgan, Esquire, PA ID #201201
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:    412-562-1041
*Counsel for 84 Lumber Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Entry of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of June, 2011.

/s/ Marc T. Thirkell