UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Dean and Dawn Amato, et al. | * | MAG. JUDGE WILKINSON |
| v. | * | |
| Liberty Mutual Insurance Co., et al. | * | |
| Case No. 10-932 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION FOR EXTENSION OF TIME
### TO COMPLETE PROFILE FORM

Defendant, JM Interiors, Inc. ("JM"), while reserving all rights and without waiving any defenses including but not limited to the right to contest service, venue, or jurisdiction, respectfully moves this Honorable Court for an extension of time until thirty (30) days after the signing of the accompanying Order to serve Plaintiffs' Liaison Counsel with its Profile Form in the above-captioned matter, and in support thereof states as follows:

1. The Court entered Pre-Trial Order 1G on May 27, 2010, providing that Defendant Profile Forms are to be submitted to appropriate Liaison Counsel within forty (40) days after service of process;

2. The undersigned was recently retained to handle this matter and has been diligently working to obtain all the information necessary to complete JM's Profile Form, however additional time is needed to gather all necessary information and to confirm its accuracy;

3. This extension will neither prejudice any of the parties, nor delay this matter;

4. This is JM's first request for an extension of time to complete and serve its Profile Form;

5. This Court has the authority to grant the relief requested herein pursuant to Federal Rule

00063734

of Civil Procedure 6.

WHEREFORE, defendant, JM, respectfully requests that this Court grant it an extension of time until thirty (30) days after the signing of the accompanying Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ Chris H. Irwin
Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:   (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for JM Interiors, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion for Extension of Time to Complete Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of June 2011.

/s Chris H. Irwin