UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Dean and Dawn Amato, et al. | * | MAG. JUDGE WILKINSON |
| v. | * | |
| Liberty Mutual Insurance Co., et al. | * | |
| Case No. 10-932 | * | |

**********************************

## ORDER

Upon consideration of the *Ex Parte* Motion for Extension of Time to Complete Profile Form filed by defendant, JM Interiors, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, JM Interiors, Inc., shall be granted an extension of time until thirty (30) days after the signing of this Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE

00063737