UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THTS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 | * * * * | MAG. JUDGE WILKINSON |

**************************************

## ORDER

Upon consideration of the *Ex Parte* Motion for Extension of Time to Complete Profile Form filed by defendant, JM Interiors, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, JM Interiors, Inc., shall be granted an extension of time until thirty (30) days after the signing of this Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                    _____
                                                                                           JUDGE

00063740