003578.02301 M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.**<br>**CASE NO.: 11-080** | **MAG:JUDGE WILKINSON** |

_____/

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, MSC of NWF, INC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Star Homes of Florida, LLC, is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Star Homes of Florida, LLC. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, MSC of NWF, INC., at: 1694 Champagne Avenue, Gulf Breeze, Florida 32563.

It is ORDERED this _____ day of June, 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

1161298