

**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

June 24, 2011

Eastern District of Louisiana - U.S. District Court
Loretta G. Whyte, Clerk
500 Poydras Stret
C-151 U.S. Courthouse
New Orleans, LA  70130-3367

Re:  Laura Haya, et al., Pltfs. vs. Taishan Gypsum Co., Ltd., etc., et al. including McCar Homes, Inc., Dfts.

Case No.   11-1077

Dear Sir/Madam:

We are returning documents served/received for McCar Homes, Inc.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Donna Moch
Service of Process Manager

Log# 518731845

FedEx Tracking# 797247351417

cc:  Russ M. Herman
     Herman, Herman, Katz & Cotlar, LLP
     820 O'Keefe Ave.,
     New Orleans, LA  70113