UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
    PRODUCTS LIABILITY LITIGATION

                                             SECTION:  L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
**ALL CASES AND**

*Payton, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-07628 (E.D.La.)**

*Wiltz, et al. v. Beijing New Building Materials*
*Public Limited Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

*Gross, et al. v. Knauf Gips, KG et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:10-cv-00362 (E.D.La.)**

*Amato, et al. v. Liberty Mutual Ins., Co., et al.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Abel, et al. v Taishan Gypsum Co., Ltd., f/k/a*
*Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-00089 (E.D. La.)**

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 2:11-cv-00252 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-01077 (E.D. La.)**

*Vickers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-04117 (E.D. La.)**
_____/

**TAYLOR MORRISON ENTITIES' EX PARTE MOTION FOR LEAVE**
**TO FILE EXHIBITS UNDER SEAL**

**NOW INTO COURT,** come Taylor-Woodrow Communities at Vasari, LLC, Taylor Morrison Construction Company, Taylor Morrison Services, Inc., Morrison Homes, Inc., Taylor Morrison of Florida, Inc., Morrison Homes, Inc., Taylor Morrison, Inc., Taylor Woodrow Homes Central Florida Division, LLC, Taylor Woodrow, Inc., Taylor Woodrow at Vasari, LLC., Taylor Woodrow Homes Florida, Inc., Taylor Woodrow Homes-Southwest, Florida Division, LLC, together with all affiliates and subsidiaries (collectively "Taylor Morrison"), hereby seeks leave to file under seal Confidential Draft Settlement Agreements in support of its correspondence to Judge Fallon dated July 1, 2011, and in reply to the correspondence of Arnold Levin dated June 30, 2011, and states:

1.      On June, 14 2011, Plaintiffs' Steering Committee ("PSC"), and Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under Banner Insurance Policies (collectively, "Banner") and its insurers jointly filed Motion for an Order: (1) Preliminarily Approving Stipulation and Agreement of Settlement; (2) Conditionally Certifying Class; (3) Issuing Class Notice; and (4) Scheduling Fairness Hearing ("Motion to Approve Banner Settlement Agreement") [D.E.9470].

2.      On June 30, 2011 counsel for the PSC submitted a letter to Judge Fallon and addressed to counsel for homebuilder defendants, Taylor Morrison and Lennar which described its position on "carve-out" amounts under the draft settlement agreement between Banner and Taylor Morrison.

3.      On July 1, 2011, Taylor Morrison has delivered a responsive letter to Judge Fallon which requires it to identify various confidential draft settlement agreements.

4.      Taylor Morrison seeks to provide this Court with the opportunity to review the confidential draft settlement agreements identified in its letter of July 1, 2011.

5.      Taylor Morrison requests this Court's approval to file under seal, Exhibit "A" to the July 1, 2011 letter, a copy of the draft Settlement Agreement between Taylor Morrison and Banner, dated June 17, 2011.

6.      Taylor Morrison requests this Courts approval to file under seal, Exhibit "B" to the July 1, 2011 letter, a copy of the draft Settlement Agreement between The Ryland Group and Banner, dated June 17, 2011.

7.      Taylor Morrison requests this Courts approval to file under seal, Exhibit "C" to the July 1, 2011 letter, a copy of the draft Settlement Agreement between Taylor Morrison, Knauf and Banner, dated on or about February 11, 2011.

8.      The proposed Exhibits have been filed under seal to prevent them from becoming a matter of public record.

WHEREFORE, Taylor Morrison, for good cause shown above, respectfully requests an Order granting this Motion for Leave to File Exhibit Under Seal and for such other relief as this Court deems just and proper.

         /s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Taylor Morrison Services, Inc.,*
*and Taylor Woodrow Communities at Vasari,*
*LLC*

**<u>CERTIFICATE OF SERVICE</u>**


I HEREBY certify that on July 1, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.


/s/ Neal A. Sivyer
Attorney