UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br>CASE NO.: 09-7628 | MAG: JUDGE WILKINSON |

_____/

**MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**

COMES NOW, Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys of record for Defendant, STAR HOMES OF FLORIDA, LLC, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP was retained to represent Defendant, Star Homes of Florida, LLC, by insurance for the Defendant.

2. Insurance for the Defendant, Star Homes of Florida, LLC, has since withdrawn coverage for this incident based on an exclusion clause contained in the policy.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for the Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the Defendant, Star Homes of Florida, LLC, by certified mail. The letter advises the Defendant:

    a. Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP is withdrawing as counsel,

    b. substitution counsel will need to be retained, and

    c. notifies the Defendant of all upcoming hearings and deadlines.

5. The Defendant, Star Homes of Florida, LLC's, last known address:

>2041 S.W. Bayshore Boulevard
>Port Saint Lucie, Florida 34984

WHEREFORE, the undersigned respectfully request that the court grant the Motion to Withdrawal as Counsel for Defendant; in the above case.

                                  Respectfully submitted,

Dated: July 1, 2011

                              /s/ Addison J. Meyers
                              Addison J. Meyers, Esquire
                              MINTZER SAROWITZ ZERIS
                              LEDVA & MEYERS, LLP
                              The Waterford at Blue Lagoon
                              1000 NW 57th Court, Suite 300
                              Miami, FL  33126
                              Tel:   305-774-9966
                              Fax:  305-774-7743
                              ameyers@defensecounsel.com


                              /s/ Raul R. Loredo
                              Raul R. Loredo, Esquire
                              MINTZER SAROWITZ ZERIS
                              LEDVA & MEYERS, LLP
                              The Waterford at Blue Lagoon
                              1000 NW 57th Court, Suite 300
                              Miami, FL  33126
                              Tel:   305-774-9966
                              Fax:  305-774-7743
                              rloredo@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Star Homes of Florida, LLC, 2041 S.W. Bayshore Boulevard, Port Saint Lucie, Florida 34984 on this 1st day of July, 2011.

/s/ Addison J. Meyers
Addison J. Meyers