**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL. | MAG: JUDGE WILKINSON |
| CASE NO.: 09-7628 | |

_____/

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, WESTPOINT DEVELOPMENT, LLC, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Westpoint Development, LLC, is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Westpoint Development, LLC. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, Wespoint Development, LLC, at: 10998 Bonita Beach Road, Suite 2, Bonita Springs, Florida 34135 and 28448 Del Lago Way, Bonita Springs, Florida 34135.

It is ORDERED this _____ day of July, 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE