**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
TO THE KNAUF DEFENDANTS' MOTION FOR
CLARIFICATION OF INEX AND BANNER STAY ORDERS**

**I.     INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") hereby responds to the Knauf defendants

motion for clarification of InEx and Banner stay orders.  The Knauf defendants' motion

essentially questions whether Banner may continue to pursue third party claims in pending

litigation in light of this Court's recent stay orders.  The PSC submits that Banner's third party

claims are not subject to the stay order, and for practical reasons, participation in scheduled

discovery by Banner should be permitted to proceed.

**II.     ARGUMENT**

Pursuant to this Court's authority under the All Writs Act, 18 U.S.C. §1651, upon the

preliminary approval of the InEx settlement and the issuance of notice thereby, this Court had

authority to stay any proceeding impacting that settlement.  *See In re Corrugated Container

Antitrust Litig.*, 659 F.2d 1332, 1333 (5th Cir. 1981); *In re Diet Drugs*, 282 F.3d 220, 236-37 (3d

Cir. 2002); *In re Baldwin-United Corp.*, 770 F.2d 328, 337-38 (2d Cir. 1985); and *Battle v.

Liberty Nat'l Life Ins. Co.*, 877 F.2d 877, 880-82 (11th Cir. 1998).  Under the aegis of this

Court's oversight and jurisdiction over the settlement all matters involving InEx are stayed.  *See*

*In re Chinese Manufactured Drywall Products Liab. Litig.*, 2011 WL 2313866, \*7 (E.D. La. June 9, 2011).

For administrative purposes, this Court issued a stay order involving the Banner entities on June 11, 2011.  Thereafter, on June 14, 2011, the parties presented their Joint Motion for an Order: (1) Preliminarily Approving Stipulation and Agreement of Settlement; (2) Conditionally Certifying Class; (3) Issuing Class Notice; and (4) Scheduling Fairness Hearing.  A hearing on the matter has been set for July 14, 2011.  As preliminary approval has not yet been granted, the Court's June 11, 2011 Order staying matters involving Banner has been issued under the Court's inherent authority to control its docket and administer the matters before the Court.[1]  Of course, this Court could also find that a conceptional *res* has been created affording the Court similar authority.  *See* June 9, 2011 Order, *supra*.

Knauf, in the instant motion, questions whether Banner's third party claims should be stayed in light of the current posture of the Banner settlement.   The Banner Settlement Agreement, however, specifically addresses Banner's third-party claims against Knauf, as follows:

> This Settlement does not release any claims whatsoever that the Settling Defendants may have against third parties arising out of, in any manner related to, or connected in any way with Chinese Drywall, including claims against Knauf Gips KG; Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu), Co., Ltd.; and Guangdong Knauf New Building Materials Products Co., Ltd.; Beijing New Building Materials Public Ltd. Co.; Taishan Gypsum Co., Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd.; Taian Taishan Plasterboard Co., Ltd.; Pingyi Zhongxin Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.; Crescent City Gypsum, Inc.; and any other manufacturer or entity related to a manufacturer of Chinese drywall.  The Parties will not

---

[1]Obviously, should the Court grant preliminary approval of the Banner settlement, then the triggering of this Court's authority under the All Writs Act becomes unquestioned.  *See In re Diet Drugs, supra.*

> interfere with and will reasonably cooperate with the Settling
> Defendants' rights or efforts to assert claims and obtain recoveries
> against third parties arising out of, in any manner related to, or
> connected in any way with Chinese Drywall."  (Settlement § 3.2)

Thus, the stay order should not impair Banner's rights to pursue its third-party claims.

Moreover, practical realities suggest that already scheduled discovery should proceed without prejudicing Banner's ability to participate in that discovery or any of the other parties involved in that discovery.  Indeed, given the difficulties the parties have experienced with "on-again, off-again" discovery it ill-behooves Knauf to attempt to derail scheduled proceedings such as the depositions scheduled to take place at the end of July in Germany or those to take place in Hong Kong.  These depositions have been scheduled in advance given the difficulties making travel plans in the summer to such distant locations.  Because Banner's insurance provides for the cost of defense without impacting the amounts of insurance intended for the proposed settlement, there is no prejudice to Knauf or any other party if Banner's counsel are permitted to participate in the scheduled discovery.  Efficiency dictates that the already scheduled discovery should go forward as scheduled with Banner participating so that no delays or repetition of discovery occur because of a forced absence of Banner at these depositions or other discovery events.

## III.  **CONCLUSION**

Accordingly, the PSC respectfully submits that any clarification by the Court should allow for Banner's ability to pursue its claims against third-parties and to participate in on-going discovery.

Respectfully submitted,

Dated: July 1, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response to the Knauf Defendants' Motion for Clarification fo InEx and Banner Stay Orders has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of July, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047