# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.,* **Case No. 2:09-cv-7628 (E.D.La.)**<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 2:10-cv-361 (E.D.La.)**<br><br>*Gross, et al v. Knauf Gips, KG, et al.,* **Case No. 2:09-6690 (E.D.La.)**<br><br>*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 2:11-080 (E.D.La.)**<br><br>*Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* **Case No. 2:09-cv-06686 (E.D.La.)** | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave of Court to File Reply in Support of Motion to Lift Stay and for Approval of Proposed Scheduling Order;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Leave of Court to File Reply in Support of Motion to Lift Stay and for Approval of Proposed Scheduling Order be and is hereby granted, and the attached Reply is filed into the record herein.

1

New Orleans, Louisiana, this _____ day of July, 2011.

                                                _____
                                                Eldon E. Fallon
                                                United States District Court Judge