

| | | | |
|---|---|---|---|
| SCOTT C. BARNES | ROBERT M. LOEHR | ROBERT E. PRICE | OF COUNSEL: |
| BRIAN H. BARR | KATHERINE McFARLAND | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| BRANDON L. BOGLE | Wm. JEMISON MIMS, JR. | MATTHEW D. SCHULTZ | BEN W. GORDON, JR. |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | AMANDA R. SLEVINSKI | |
| WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | K. LEA MORRIS | LEO A. THOMAS | D.L. MIDDLEBROOKS (1926-1997) |
| KRISTIAN KRASZEWSKI | PETER J. MOUGEY | BRETT VIGODSKY | DAVID H. LEVIN (1928-2002) |
| KIMBERLY R. LAMBERT | DANIEL A. NIGH | AARON L. WATSON | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | | |
| MARTIN H. LEVIN | MIKE PAPANTONIO | | |

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION   ATTORNEYS AT LAW

June 22, 2011

*Via Facsimile (504) 561-6024 & U.S. Mail*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
    *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
    **Civil Action No.: 10-361**

Dear Russ and Lenny:

  My clients, Eduardo and Mercedes Suarez, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Beazer Homes Corp. in the above matter, reserving their rights and claims against any and all other defendants therein.

              Very truly yours,

              Ben W. Gordon, Jr.

BWG/cac