UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br><br>**Civil Action No. 10-361** | |

### KAREN AND ERIC WILCOX'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, BEAZER HOMES CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Karen and Eric Wilcox, hereby dismiss, with prejudice, all of their claims against Beazer Homes Corp., defendant in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Karen and Eric Wilcox shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Karen and Eric Wilcox, dated June 16, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,


Dated: July 5, 2011				/s/ Russ M. Herman
						Russ M. Herman, Esquire (Bar No. 6819)
						Leonard A. Davis, Esquire (Bar No. 14190)
						Stephen J. Herman, Esquire (Bar No. 23129)
						HERMAN, HERMAN, KATZ & COTLAR, LLP
						820 O'Keefe Avenue
						New Orleans, Louisiana 70113
						Phone: (504) 581-4892
						Fax: (504) 561-6024
						LDavis@hhkc.com
						*Plaintiffs' Liaison Counsel*
						*MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis, Esquire
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      Plaintiffs' Liaison Counsel
                                      MDL 2047