UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br><br>Civil Action No. 09-6690 | |

### DANIEL AND DANIELLE KAPALIN'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, BEAZER HOMES CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Daniel and Danielle Kapalin, hereby dismiss, with prejudice, all of their claims against Beazer Homes Corp., defendant in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs.  Daniel and Danielle Kapalin shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Daniel and Danielle Kapalin, dated June 16, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                Respectfully submitted,

Dated: July 5, 2011                /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

      /s/ Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047