UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br><br>Civil Action No. 09-6690 | |

### ROBERT MORRIS' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, BEAZER HOMES CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Robert Morris, hereby dismisses, with prejudice, all of his claims against Beazer Homes Corp., defendant in Plaintiffs' Omnibus Complaint, reserving his rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Robert Morris shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Robert Morris, dated June 16, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                        Respectfully submitted,

Dated: July 5, 2011                /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047