UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company, et al.*<br><br>**Civil Action No. 10-932** | |

### DANIEL AND DANIELLE KAPALIN'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Daniel and Danielle Kapalin, hereby dismiss, with prejudice, all of their claims against Beazer Homes Corp., and its insurers, including but not limited to Steadfast Insurance Company, American Guarantee & Liability Insurance Company, Endurance Specialty Insurance Ltd., SR International Business Insurance Company, Swiss Re International SE, and XL Insurance Company Ltd., defendants in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Daniel and Danielle shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Daniel and Danielle Kapalin, dated June 16, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,


Dated: July 5, 2011	/s/ Russ M. Herman
	Russ M. Herman, Esquire (Bar No. 6819)
	Leonard A. Davis, Esquire (Bar No. 14190)
	Stephen J. Herman, Esquire (Bar No. 23129)
	HERMAN, HERMAN, KATZ & COTLAR, LLP
	820 O'Keefe Avenue
	New Orleans, Louisiana 70113
	Phone: (504) 581-4892
	Fax: (504) 561-6024
	LDavis@hhkc.com
	*Plaintiffs' Liaison Counsel*
	*MDL 2047*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman, Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhkc.com
        Plaintiffs' Liaison Counsel
        MDL 2047