

| | | | |
|---|---|---|---|
| SCOTT C. BARNES | ROBERT M. LOEHR | ROBERT E. PRICE | OF COUNSEL: |
| BRIAN H. BARR | KATHERINE McFARLAND | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| BRANDON L. BOGLE | Wm. JEMISON MIMS, JR. | MATTHEW D. SCHULTZ | BEN W. GORDON, JR. |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | AMANDA R. SLEVINSKI | |
| WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | K. LEA MORRIS | LEO A. THOMAS | D.L. MIDDLEBROOKS (1926-1997) |
| KRISTIAN KRASZEWSKI | PETER J. MOUGEY | BRETT VIGODSKY | DAVID H. LEVIN (1928-2002) |
| KIMBERLY R. LAMBERT | DANIEL A. NIGH | AARON L. WATSON | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | | |
| MARTIN H. LEVIN | MIKE PAPANTONIO | | |

**LEVIN • PAPANTONIO THOMAS • MITCHELL RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION   ATTORNEYS AT LAW

June 16, 2011

*Via Facsimile (504) 561-6024 & U.S. Mail*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
*Amato, et al. v. Liberty Mutual Insurance Company, et al.* - Civil Action No.: 10-932

Dear Russ and Lenny:

My clients, Daniel and Danielle Kapalin, Robert Morris, Karen and Eric Wilcox, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Beazer Homes Corp. and its insurers including but not limited to Steadfast Insurance Company, American Guarantee & Liability Insurance Company, Endurance Specialty Insurance Ltd., SR International Business Insurance Company, Swiss Re International SE, and XL Insurance Company Ltd. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Ben W. Gordon, Jr.

BWG/cac