UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amato, et al. v. Liberty Mutual Insurance Company, et al.*<br><br>Civil Action No. 10-932 | |

ROBERT MORRIS' NOTICE OF
VOLUNTARY DISMISSAL, WITH PREJUDICE,
OF DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Robert Morris, hereby dismisses, with prejudice, all of his claims against Beazer Homes Corp., and its insurers, including but not limited to Steadfast Insurance Company, American Guarantee & Liability Insurance Company, Endurance Specialty Insurance Ltd., SR International Business Insurance Company, Swiss Re International SE, and XL Insurance Company Ltd., defendants in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Robert Morris shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Robert Morris, dated June 16, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: July 5, 2011					/s/ Russ M. Herman
					Russ M. Herman, Esquire (Bar No. 6819)
					Leonard A. Davis, Esquire (Bar No. 14190)
					Stephen J. Herman, Esquire (Bar No. 23129)
					HERMAN, HERMAN, KATZ & COTLAR, LLP
					820 O'Keefe Avenue
					New Orleans, Louisiana 70113
					Phone: (504) 581-4892
					Fax: (504) 561-6024
					LDavis@hhkc.com
					*Plaintiffs' Liaison Counsel*
					*MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

/s/_Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047