

| | | | |
|---|---|---|---|
| SCOTT C. BARNES | ROBERT M. LOEHR | ROBERT E. PRICE | OF COUNSEL: |
| BRIAN H. BARR | KATHERINE McFARLAND | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| BRANDON L. BOGLE | Wm. JEMISON MIMS, JR. | MATTHEW D. SCHULTZ | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | AMANDA R. SLEVINSKI | BEN W. GORDON, JR. |
| WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | |
| RACHAEL R. GILMER | K. LEA MORRIS | LEO A. THOMAS | LEFFERTS L. MABIE, JR. (1925-1996) |
| KRISTIAN KRASZEWSKI | PETER J. MOUGEY | BRETT VIGODSKY | D.L. MIDDLEBROOKS (1926-1997) |
| KIMBERLY R. LAMBERT | DANIEL A. NIGH | AARON L. WATSON | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | | STANLEY B. LEVIN (1938-2009) |
| MARTIN H. LEVIN | MIKE PAPANTONIO | | |

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION     ATTORNEYS AT LAW

June 16, 2011

*Via Facsimile (504) 561-6024 & U.S. Mail*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
              *Abel, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co.,*
              *Ltd., et al.* - Civil Action No.: 11-080

Dear Russ and Lenny:

    My clients, Daniel and Danielle Kapalin, Robert Morris, Christina Swan and Michael Hardwick, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Beazer Homes Corp. in the above matter, reserving their rights and claims against any and all other defendants therein.

                                          Very truly yours,

                                          Ben W. Gordon, Jr.

BWG/cac