UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
PRODUCTS LIABILITY LITIGATION     Section L

THIS DOCUMENT RELATES TO:     JUDGE FALLON
    MAG. JUDGE WILKINSON

ALL CASES
_____/

**ORDER**

Considering Non-Party Douglas B. Francis's request to join the Opposition By Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement. [Rec. Doc. 9707],

**IT IS HEREBY ORDERED** that the Non-Party Douglas B. Francis's request is granted and said Non-Party is allowed to join the Opposition By Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement.

New Orleans, Louisiana this _____ day of July, 2011

_____
Eldon E. Fallon
U.S. District Court Judge