UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.* | |
| Case No. 2:10-cv-00361-EEF-JCW | MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' TED AND PAMELA GILL'S CLAIMS AGAINST DEFENDANTS BEAZER HOMES CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Ted and Pamela Gill, hereby voluntarily dismiss with prejudice all of their claims against Defendants Beazer Homes Corp. The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Ted and Pamela Gill, dated April 28, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                                Respectfully submitted,

                                                /s/ Leonard A. Davis
                                                Russ M. Herman, Esq. (LA Bar No. 6819)
                                                Leonard A. Davis, Esq. (LA Bar No. 14190)
                                                Stephen J. Herman, Esq. (LA Bar No. 23129)
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Ave.
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                Plaintiffs' Liason Counsel
                                                MDL 2047

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal With Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of July, 2011.

                                                <u>/s/ Leonard A. Davis</u>