**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

**REPLY TO: FLORIDA**
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

April 28, 2011

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> Re:    Chinese Manufactured Drywall Products Liability Litigation
>          Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.
>          Case No. 2:10-cv-00361-EEF-JCW

Dear Lenny and Russ:

My clients, Ted and Pamela Gill, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file a Notice of Voluntary Dismissal With Prejudice of Defendant, Beazer Homes Corp., on their behalf in the above-referenced matter, reserving their rights and claims against any all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information.

Very truly yours,
Parker Waichman Alonso LLP

By
April S. Goodwin, Esq.

ASG/ip