UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| ROBERT W. BLOCK, III, et al. v. | * | MAG. JUDGE WILKINSON |
| Gebrueder Knauf | * | |
| Verwaltungsgesellschaft, KG, et al. | * | |
| Case No.: 11-1363 | * | |

**************************************

### CHARLES AND ESTORIA DUNCAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Charles and Estoria Duncan, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Charles and Estoria Duncan shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Charles and Estoria Duncan, dated June 27, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                              Respectfully Submitted,

                              */s/ Leonard A. Davis*
                              RUSS M. HERMAN, ESQ. (#6819)
                              LEONARD A DAVIS, ESQ. (#14190)
                              STEPHEN J. HERMAN, ESQ. (#23129)
                              Herman, Herman, Katz & Cotlar, LLP
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Tel: (504) 581-4892
                              Fax: (504) 561-6024
                              LDavis@hhkc.com
                              *Plaintiffs' Liaison Counsel, MDL 2047*

00408478.WPD

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

                    */s/ Leonard A. Davis*
                    Herman, Herman, Katz & Cotlar, LLP
                    820 O'Keefe Avenue
                    New Orleans, LA 70113
                    Tel: (504) 581-4892
                    Fax: (504) 561-6024
                    LDavis@hhkc.com
                    *Plaintiffs' Liaison Counsel, MDL 2047*

00408478.WPD