# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

Richard M. Lewis
James A. Roberts, III
Winston L. Page, Jr.
Timothy S. Riordan
Daniel K. Bryson
John D. Elvers
Brian D. Lake
John H. Ruocchio
Gary V. Mauney
Kimberly R. Wilson *
Jeffrey A. Misenheimer
Paul R. Dickinson, Jr.

Matthew C. Bouchard **
Paul C. McCoy
Sarah C. Blair
Scott C. Harris
Melissa K. Walker
William J. Blakemore
J. Timothy Wilson
Brooke N. Albert
Mallory E. Williams
Jessica E. Bowers
Matthew E. Lee
Paige L. Pahlke

3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Mailing Address
Post Office Box 17529
Raleigh, NC 27619-7529

(888) 981-0939
Telephone (919) 981-0191
Facsimile (919) 981-0199

Charlotte Office
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Telephone (704) 347-8990
Facsimile (704) 347-8929

Daniel K. Bryson
Direct Dial: (919) 719-8526
Email: dkb@lewis-roberts.com

* Also Admitted in W. VA   ** Also Admitted in MA

June 27, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.
Case No.: 11-1363

Dear Lenny and Russ:

My clients, Charles and Estoria Duncan, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc., in the above referenced Omni Complaint. Charles and Estoria Duncan shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

Very truly yours,

Daniel K. Bryson

{00408479.DOC}