UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| ALL CASES _____/ | |

### ORDER

Considering Judson Construction, LLC's request to join the Opposition By Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement. [Rec. Doc. 9707],

**IT IS HEREBY ORDERED** that the Defendant Judson Construction, LLC's request is granted and said Defendant is allowed to join the Opposition By Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement.

New Orleans, Louisiana this _____ day of July, 2011

_____
Eldon E. Fallon
U.S. District Court Judge