UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ALL CASES<br>_____/ | |

## TIMBERLINE BUILDERS, INC.'S JOINDER WITH THE OPPOSITION BY CERTAIN HOMEBUILDERS TO BANNER-RELATED JOINT MOTION FOR PRELIMINARY APPROVAL OF STIPULATION AND AGREEMENT OF SETTLEMENT.

Defendant Timberline Builders, Inc. joins the Opposition By Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement. [Rec. Doc. 9707]. Defendant reserves all defenses, and does not waive any objections to service of process, jurisdiction or venue. Defendant submits that this Joinder is filed for the limited purpose of objecting to the proposed Banner settlement and reserves the right to withdraw it.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of July, 2011.

Respectfully submitted,
YESLOW & KOEPPEL, P.A.
Attorneys for Timberline
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
     Steven G. Koeppel
     Florida Bar No. 602851