UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL	MDL No. 2047
PRODUCTS LIABILITY LITIGATION	Section L

THIS DOCUMENT RELATES TO:	JUDGE FALLON
	MAG. JUDGE WILKINSON

ALL CASES
_____/

**NON-PARTY DOUGLAS B. FRANCIS'S JOINDER WITH THE CERTAIN HOMEBUILDERS' RESPONSE IN OPPOSITION TO THE JOINT MOTION FOR ORDERS: (1) PRELIMINARY APPROVING THE STIPULATION AND SETTLEMENT; (2) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; AND (4) SCHEDULING A FAIRNESS HEARING REGARDING THE PROPOSED BANNER SETTLEMENT**

Douglas B. Francis, a non-party, joins the Certain Homebuilders' Response in Opposition to the Joint Motion For Orders: (1) Preliminary Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement. [Rec. Doc. 9730]. Non-Party Douglas B. Francis is a named co-defendant with Banner Supply in a Florida case in the Twentieth Judicial Circuit in Lee County, to wit: Case No. 2009-CA-001280 (Pisaris-Henderson v. Douglas B. Francis, et al, et al). In filing this Joinder, Non-Party Douglas B. Francis reserves all defenses, and does not waive any objections to service of process, jurisdiction or venue. Non-Party Douglas B. Francis submits that this Joinder is filed for the limited purpose of objecting to the proposed Banner settlement and reserves the right to withdraw it.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of July, 2011.

Respectfully submitted,
YESLOW & KOEPPEL, P.A.
Attorneys for Francis
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
       Steven G. Koeppel
       Florida Bar No. 602851