UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL No. 2047
PRODUCTS LIABILITY LITIGATION        Section L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
       MAG. JUDGE WILKINSON

ALL CASES
_____/

**ORDER**

      Considering Non-Party Douglas B. Francis's request to join the Certain Homebuilders' Response in Opposition to the Joint Motion For Orders: (1) Preliminary Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement.  [Rec. Doc. 9730],

      **IT IS HEREBY ORDERED** that the Non-Party Douglas B. Francis's request is granted and said Non-Party is allowed to join the Certain Homebuilders' Response in Opposition to the Joint Motion For Orders: (1) Preliminary Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement.

      New Orleans, Louisiana this _____ day of July, 2011

                                 _____
                                 Eldon E. Fallon
                                 U.S. District Court Judge