UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ALL CASES<br>_____/ | |

**ORDER**

Considering Defendant Judson Construction, LLC's request to join the Certain Homebuilders' Response in Opposition to the Joint Motion For Orders: (1) Preliminary Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement. [Rec. Doc. 9730],

**IT IS HEREBY ORDERED** that the Defendant Judson Construction, LLC's request is granted and said Defendant is allowed to join the Certain Homebuilders' Response in Opposition to the Joint Motion For Orders: (1) Preliminary Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement.

New Orleans, Louisiana this _____ day of July, 2011

_____
Eldon E. Fallon
U.S. District Court Judge