# EXHIBIT A

# STATE OF LOUISIANA

**THIS RECORD IS VALID FOR DEATH ONLY**

IMPORTANT: 1411652
PRINT or TYPE, black ink or ribbon mandatory

BIRTH No. 6581573

STATE OF LOUISIANA
CERTIFICATE OF DEATH

FILE No. 117    2010 19 753

**DECEDENT**
- 1A. Last Name: Cooper
- 1B. First: Brenda
- 1C. Middle: Lorraine
- 2A. Date of Death: July 11, 2010
- 3. Sex: Female
- 4. Race: Black
- 5. Marital Status: Never Married
- 7. Date of Birth: March 1, 1947
- 8A. Age: 63
- 9. Birthplace: New Orleans, Louisiana
- 10. Usual Occupation: Homemaker
- 11. Kind of Business: Own Home
- 13. Ever in U.S. Armed Forces: No
- 14. Social Security Number: 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
- 15. Education: 4 (college)

**PLACE OF DEATH**
- Residence
- 15B. Name of Facility: 1812 Mazant Street
- 16C. Place of Death in City Limits: Yes
- 17A. City: New Orleans
- 17B. Parish of Death: Orleans

**RESIDENCE**
- 18A. Street Address: 1812 Mazant St.
- 18B. Parish: Orleans
- 18C. State: Louisiana
- 18D. City: New Orleans
- 18E. Zip: 70126
- 18F. Inside City Limits: Yes

**PARENTS**
- 19A. Father's Last Name: Cooper, Sr.  First: Warren  Middle: Vernon
- 19B. Father's Place of Birth: New Orleans, Louisiana
- 20A. Mother's Maiden Name: Watson  First: Estelle  Middle: Lorraine
- 20B. Mother's Place of Birth: New Orleans, Louisiana

**INFORMANT**
- 21A. Name: Rev. Warren V. Cooper, Jr.
- 21B. Address: 11401 Maxine Dr., N.O. LA 70128
- 21C. Date: July 12, 2010

**DISPOSITION**
- 22A. Method: Burial
- 22B. Date: July 15, 2010
- 22C. Cemetery: Providence Mem Park, Met, LA
- Facility Number: 2743
- License Number: E1365

**REGISTRAR**
- Signature/Funeral Director: Louis Charbonnet
- Charbonnet-Labat-Glapion Funeral Home, 1615 St. Philip St., New Orleans, LA 70116
- 24. Alterations: Coroner letter SR9-8-10
- 26A. Burial Transit Permit: 5097736
- 26B. Parish of Issue: Jefferson
- 26C. Date of Issue: 7-13-10

**MANNER OF DEATH:** Natural

**CERTIFIER:** New Orleans Coroner's Office
Frank Minyard, MD, Coroner
29C. Date: 07/16/2010
Address: 2612 Martin Luther King Blvd., New Orleans, LA 70113

**CAUSE OF DEATH**
- Immediate Cause: Hypertensive Cardiovascular Disease

PHS 16 - (REV. 04/04)

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

SEP - 9 2010



EXHIBIT P-2



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR

WARNING: It is illegal to alter or counterfeit this copy.