# EXHIBIT B

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 11-2106   DIVISION G   DOCKET NO. _____

SUCCESSION OF BRENDA LORRAINE COOPER

FILED: _____ DEPUTY CLERK: _____

### LETTERS OF INDEPENDENT ADMINISTRATION

This shall certify to all whom it shall concern, that on the 25th day of February 2011 an application was made to the Honorable Judges of the Civil District Court for the Parish of Orleans, State of Louisiana by petition, praying that WARREN V. COOPER, JR. might be appointed Independent Administrator of the Succession of BRENDA LORRAINE COOPER.

NOW KNOW YE, that WARREN V. COOPER, JR. is hereby appointed Independent Administrator of the Succession of BRENDA LORRAINE COOPER, and further that WARREN V. COOPER, JR. has fulfilled all the requisites of the law.

Witness, our Hand and the Seal of The Civil District Court for the Parish of Orleans, State of Louisiana, this 25th day of February, 2011.

_____
Paulette R. Brown
Judge-Division J

EXHIBIT P-2

A TRUE COPY