UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL No. 2047
PRODUCTS LIABILITY LITIGATION              Section L

THIS DOCUMENT RELATES TO:                  JUDGE FALLON
                                           MAG. JUDGE WILKINSON
ALL CASES
_____/

**NON-PARTY BMD, INC.'S JOINDER IN THE INSTALLER DEFENDANTS' OBJECTIONS TO THE MOTION FOR AN ORDER PRELIMINARILY APPROVING THE BANNER ENTITIES' SETTLEMENT AGREEMENT, CONDITIONALLY CERTIFYING THE BANNER ENTITIES' SETTLEMENT CLASS, ISSUING CLASS NOTICE, AND SCHEDULING A SETTLEMENT FAIRNESS HEARING**

BMD, Inc., a non-party, joins the Installer Defendants' Objections to the Motion for an Order Preliminarily Approving the Banner Entities' Settlement Agreement, Conditionally Certifying the Banner Entities' Settlement Class, Issuing Class Notice, and Scheduling a Settlement Fairness Hearing.

BMD, Inc. is a named co-defendant with Banner Supply in a Florida case in the Twelfth Judicial Circuit in Sarasota County, to wit: Case No. 2006-CA-11743 (Medallion Homes v. Altaf Qayoom, et al). In filing this Joinder, Non-Party BMD, Inc. reserves all defenses, and does not waive any objections to service of process, jurisdiction or venue. Non-Party BMD, Inc. submits that this Joinder is filed for the limited purpose of objecting to the proposed Banner settlement and reserves the right to withdraw it.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of July, 2011.

Respectfully submitted,
YESLOW & KOEPPEL, P.A.
Attorneys for BMD, Inc
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
      Steven G. Koeppel
      Florida Bar No. 602851