UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION                Section L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
                                             MAG. JUDGE WILKINSON
ALL CASES
_____/

**ORDER**

Considering Non-Party's BMD, Inc.'s request to join in the Installer Defendants' Objections to the Motion for an Order Preliminarily Approving the Banner Entities' Settlement Agreement, Conditionally Certifying the Banner Entities' Settlement Class, Issuing Class Notice, and Scheduling a Settlement Fairness Hearing.

**IT IS HEREBY ORDERED** that the Non-Party BMD, Inc.'s request is granted and said Non-Party is allowed to join in the Installer Defendants' Objections to the Motion for an Order Preliminarily Approving the Banner Entities' Settlement Agreement, Conditionally Certifying the Banner Entities' Settlement Class, Issuing Class Notice, and Scheduling a Settlement Fairness Hearing.

New Orleans, Louisiana this _____ day of July, 2011

                                      _____
                                      Eldon E. Fallon
                                      U.S. District Court Judge