UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Considering Defendant Coral Plastering & Wall Systems, Inc.'s request to join in the Installer Defendants' Objections to the Motion for an Order Preliminarily Approving the Banner Entities' Settlement Agreement, Conditionally Certifying the Banner Entities' Settlement Class, Issuing Class Notice, and Scheduling a Settlement Fairness Hearing.

**IT IS HEREBY ORDERED** that the Defendant Coral Plastering & Wall Systems, Inc.'s request is granted and said Defendant is allowed to join in the Installer Defendants' Objections to the Motion for an Order Preliminarily Approving the Banner Entities' Settlement Agreement, Conditionally Certifying the Banner Entities' Settlement Class, Issuing Class Notice, and Scheduling a Settlement Fairness Hearing.

New Orleans, Louisiana this _____ day of July, 2011

_____
Eldon E. Fallon
U.S. District Court Judge