UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-252 (E.D.La.). | |

BARBARA THORNHILL'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANT, STUDIO MET, PLLC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Barbara Thornhill, hereby dismisses, without prejudice, all of her claims against DEFENDANT Studio MET, PLLC in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Barbara Thornhill shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from Eric O'Steen, counsel for Barbara Thornhill, dated 06/29/2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:   July 5, 2011

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2011.

                        /s/ Leonard A. Davis
                        Leonard A. Davis, Esquire
                        Herman, Herman, Katz & Cotlar, LLP
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        LDavis@hhkc.com
                        Plaintiffs' Liaison Counsel
                        MDL 2047