

# REICH & BINSTOCK, LLP

A Partnership Including Professional Corporations
ATTORNEYS & COUNSELORS AT LAW

4265 San Felipe, Suite #1000
Houston, TX 77027
Phone: 713-622-7271
Fax: 713-623-8724
Web: www.reichandbinstock.com

**HOUSTON • LOS ANGELES • NEW ORLEANS**

June 29, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
Omnibus Complaint VIII – Case No.: 21-252 - Daniel Abreu, individually,
and on behalf of all others similarly situated, et al.

Dear Russ and Lenny:

My client, Brian Lambert, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all his claims against Defendant Paul Homes of Florida, LLC, in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

Eric O'Steen

Enclosures: none