UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  JUDGE FALLON (L) |
| THIS DOCUMENT RELATES TO: | * * | MAG. WILKINSON (4) |
| SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | |
| KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * * | |
| DAVID GROSS, et al vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | |
| JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al Case No. 2:10-CV-362 | * * * * * | |
| DEAN and DAWN AMATO, et al vs. LIBERTY MUTUAL INS., et al Case No. 2:10-cv-932-EEF-JCW | * * * * * | |
| KENNETH ABEL, et al vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN | * * * * | |

CO., Ltd., et al                                       *
Case No. 11-080                                        *
                                                       *
DANIEL ABREU, et al                                    *
vs.                                                    *
GEBRUEDER KNAUF                                        *
VERWALTUNGSGESELLSCHAFT, KG,                            *
et al                                                  *
Case No. 11-252                                        *
                                                       *
KAREN VICKERS, et al                                   *
vs.                                                    *
KNAUF GIPS, KG, et al                                  *
Case No. 2:09-cv-04117                                 *
                                                       *
LAURA HAYA, et al                                      *
vs.                                                    *
TAISHAN GYPSUM CO., LTD.                               *
F/K/A SHANDONG TAIHE                                   *
DONGXIN CO., LTD., et al                               *
Case No. 2:11-cv-01077                                 *


## CERTAIN FLORIDA HOMEBUILDERS' RESPONSE IN OPPOSITION TO THE JOINT MOTION FOR ORDERS: (1) PRELIMINARILY APPROVING THE STIPULATION AND SETTLEMENT; (2) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; AND (4) SCHEDULING A FAIRNESS HEARING  REGARDING <u>THE PROPOSED BANNER SETTLEMENT</u>

2

Certain Florida Homebuilders,[1] through special appearance of undersigned counsel appearing only for the purpose of submitting their opposition to and objecting to the Joint Motion for Orders: (1) Preliminarily Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement ("Motion to Preliminarily Approve Banner Settlement Agreement") [Rec. Doc. No. 9558]. By making a special appearance, Certain Florida Homebuilders specifically note they have filed or will file motions to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and reserve all rights to object to the jurisdiction of this court. Despite the jurisdictional objections, Certain Florida Homebuilders' rights and interests are materially and negatively impacted by the Banner Settlement Agreement and require a response as the proposed settlement will impact the homebuilders. For the following reasons, this Court should deny the Motion to Preliminarily Approve Banner Settlement Agreement.

Initially, Certain Florida Homebuilders adopt and fully incorporate the arguments asserted in "Certain Homebuilders' Response in Opposition to the Joint Motion for Orders:

---

[1]The "Certain Florida Homebuilders" include: Hansen Homes of South Florida, Inc., LTL Construction, Inc., Gold Coast Homes of S.W. Florida, Inc., Aubuchon Homes, Inc.. Heights Properties, LLC, RFC Homes, Inc., Baywood Construction, Inc., Danal Homes Development, Oyster Bay Homes, Inc., Eastern Construction Group, Inc., CL Architects & Contractors, Grand Harbour Homes, Inc., Amerisouth, Inc., Dupont Builders, Inc., Gregan Construction, Inc., The Jade Organization, Inc., Cloutier Brothers, Inc., Medallion Homes Gulf Coast, Inc., Regency Homes, Inc., and Wyman Stokes Builder, Inc.

(1) Preliminarily Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement" [Rec. Doc. No. 9730] and "Opposition by Certain Homebuilders to Banner-Related Joint Motion for Preliminary Approval of Stipulation and Agreement of Settlement" [Rec. Doc. Nos. 9706, 9707, 9708, and 9709] as if fully recited herein.

Further, to the extent that the Plaintiffs Steering Committee ("PSC"), the Homebuilders' Steering Committee ("HSC"), and other parties continue to negotiate regarding the Banner Settlement Agreement,[2] Certain Florida Homebuilders respectfully request that the negotiations include counsel for homebuilders who have not repaired properties at issue in the MDL. Certain Florida Homebuilders submit that a conflict of interest exists between repairing and non-repairing builders. Because the HSC consists primarily of counsel for homebuilders who have had the financial capability to repair the subject properties, Certain Florida Homebuilders' have a reasonable fear that non-repairing builders' interests will be lost in negotiations by the HSC. Thus, beyond not preliminarily approving the Banner Settlement Agreement, the Court should also require that non-repairing

---

[2]Or any negotiations involving non-repairing builder's interests in this litigation, for that matter.

homebuilders be permitted to participate in any future negotiations that attempt to resolve any and all claims on a global basis.

Accordingly, Hansen Homes of South Florida, Inc., LTL Construction, Inc., Gold Coast Homes of S.W. Florida, Inc., Aubuchon Homes, Inc.. Heights Properties, LLC, RFC Homes, Inc., Baywood Construction, Inc., Danal Homes Development, Oyster Bay Homes, Inc., Eastern Construction Group, Inc., CL Architects & Contractors, Grand Harbour Homes, Inc., Amerisouth, Inc., Dupont Builders, Inc., Gregan Construction, Inc., The Jade Organization, Inc., Cloutier Brothers, Inc., Medallion Homes Gulf Coast, Inc., Regency Homes, Inc., and Wyman Stokes Builder, Inc. respectfully request that this Honorable Court deny the Motion to Preliminarily Approve Banner Settlement Agreement and require that non-repairing homebuilders be permitted to participate in any further negotiations that attempt to resolve any and all on a global basis.

5

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANTS HANSEN
HOMES OF SOUTH FLORIDA, INC., LTL
CONSTRUCTION, INC., GOLD COAST
HOMES OF S.W. FLORIDA, INC.,
AUBUCHON HOMES, INC.. HEIGHTS
PROPERTIES, LLC, RFC HOMES, INC.,
BAYWOOD CONSTRUCTION, INC.,
DANAL HOMES DEVELOPMENT, OYSTER
BAY HOMES, INC., EASTERN
CONSTRUCTION GROUP, INC., CL
ARCHITECTS & CONTRACTORS, GRAND
HARBOUR HOMES, INC., AMERISOUTH,
INC., DUPONT BUILDERS, INC., GREGAN
CONSTRUCTION, INC., THE JADE
ORGANIZATION, INC., CLOUTIER
BROTHERS, INC., MEDALLION HOMES
GULF COAST, INC., REGENCY HOMES,
INC., AND WYMAN STOKES BUILDER,
INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG

7