UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047 <br> * <br> *  SECTION "L" <br> * |
| THIS DOCUMENT RELATES TO ALL CASES | *  JUDGE FALLON <br> * <br> *  MAG. JUDGE WILKINSON |

## RESPONSE IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO ALLOW SERVICE OF COMPLAINTS ON LOWE'S HOME CENTERS, INC.

Notwithstanding the fact that the PSC has already served three of the Omnibus Complaints on Lowe's Home Centers, Inc., the PSC has filed a motion requesting the Court to grant an order allowing them to serve those complaints and others. Because none of the Plaintiffs who have listed Lowe's Home Centers, Inc. (hereinafter "Lowe's") as a named Defendant in this MDL has provided any valid information or evidence that they purchased Chinese Drywall from Lowe's, they are not entitled to proceed, and the PSC's motion should be denied.

Lowe's previously asked the PSC to dismiss the claims of the then-known eleven (11) Plaintiffs who had alleged the purchase of Chinese Drywall from Lowe's. Pursuant to an agreement between the PSC and Lowe's that was memorialized in an Agreed Stay Order of this Court (Rec. 6344), the PSC was required, on or before March 5, 2011, to "provide sufficient indicia that there is CDW from Lowe's ...(i.e., the identification of markings on the drywall that establish it is CDW, whether provided in the form of photographs, actual drywall samples to be taken from the home, or written, signed reports of visual inspections at the home) that the home in question contains CDW **and** that the CDW in the home was purchased from Lowe's. If they do not, claims already asserted against Lowe's only by that particular Current Potential Claimant

1

shall be dismissed by the PSC in the MDL, and no new claims may be asserted as to Lowe's without such mutually agreeable proof."

Three months after the March 5 date, and having received no such indicia, Lowe's requested the dismissal of these MDL plaintiffs' claims. (See attached as Exhibit "A", June 8, 2011 correspondence to PSC). Instead of responding to the letter or providing the indicia, PSC filed this "Motion to Allow Service of Complaints on Lowe's Home Centers, Inc" on June 13.

On June 21, 2011, counsel for Lowe's sent a letter to the PSC, again notifying the PSC that it had still not provided sufficient indicia that any of the named Plaintiffs in the MDL had Chinese Drywall purchased from Lowe's in their homes. (See attached as Exhibit "B", June 21, 2011 correspondence to PSC). And because the PSC had not done so, counsel for Lowe's suggested a "Meet and Confer" to address these issues and the PSC's motion.

Undersigned counsel and Fred Longer, as representative of the PSC, discussed these issues on June 23, 2011. It was agreed that Mr. Longer would attempt to obtain indicia for those Plaintiffs who had not yet agreed to dismiss their claims against Lowe's. As to the Omnibus Complaints that had already been served on Lowe's without leave of Court, Mr. Longer explained that there was some error in communication with their service entity. A week later, on June 30, 2011, Mr. Longer emailed undersigned counsel with a list of Plaintiffs that would be dismissed, cases that would not be dismissed, and two (2) new Plaintiffs who have made claims against Lowe's. But neither Mr. Longer nor anyone else from the PSC provided the required indicia for any Plaintiff. (See attached as Exhibit "C", June 30, 2011 Inter-Office Memorandum).

Despite ample time to do so and in the face of frequent reminders that it provide the agreed upon indicia, the PSC has failed to satisfy the requirements of this Court's Agreed Stay

Order. Furthermore, the Agreed Stay Order included an order "staying all proceedings against Lowe's in the MDL until the conclusion of the *Vereen* settlement claims process."

Accordingly, the PSC's Motion to Allow Service upon Lowe's should be denied.

Respectfully submitted:

**ADAMS AND REESE LLP**

/s/*William B. Gaudet*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
701 Poydras Street
One Shell Square, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
William.Gaudet@arlaw.com
Frank.Liantonio@arlaw.com
Edwin.Laizer@arlaw.com
Jeff.Richardson@arlaw.com
*Attorneys for Lowe's Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of July, 2011.

/s/*William B. Gaudet*