# EXHIBIT "A"



## ADAMS AND REESE LLP

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
New Orleans
Washington, DC

June 8, 2011

<u>VIA EMAIL (RHERMAN@hhkc.com)</u>

Russ M. Herman
Leonard Davis
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

    Re:   *In Re: Chinese-Manufactured Drywall Products Liability Litigation*
           *United States District Court for the Eastern District of Louisiana*
           *Docket No. MDL No. 2047*
           *Our File No.: 9560-44*

Gentlemen:

    On November 9, 2010, Judge Fallon signed an Order and Agreed Stay Order [Rec. 6344] which required plaintiffs in the MDL with alleged Chinese-Manufactured Drywall ("CDW") claims against Lowe's ("Current Potential Claimants"), as defined in the Agreed Stay Order, to provide, *on or before March 5, 2011*, sufficient indicia that there is CDW in the home <u>and</u> that the CDW in the home was purchased from Lowe's. We began our discussions with the PSC (and Judge Fallon) regarding resolving the claims against Lowe's in the MDL back in August 2010, which culminated in the Agreement and Agreed Stay Order on November 9, 2010.

    We have not pressed this issue until now, but more than three months have passed now since the March 5, 2011 deadline, and no Current Potential Claimants have provided this information. Thus, we believe it is reasonable at this time to formally move to dismiss all MDL claims against Lowe's. Accordingly, pursuant to the Agreed Stay Order, claims already asserted against Lowe's by those Current Potential Claimants should now be dismissed by the PSC in the MDL.

    For your convenience, here is a list of the known Current Potential Claimants who have asserted claims against Lowe's in the MDL that are required to be dismissed pursuant to the Agreed Stay Order:

        Gregory Bell, Omnibus III(A)
        Charles and Tracy Bowden, Omnibus III(A) & Omnibus VII
        Barry J. and Annette H. Dempster, Civil Action No. 09:5482



EXHIBIT A

One Shell Square • 701 Poydras Street, Suite 4500 • Ne[w Orleans, LA 70139] • [(504)] 581.3234 • Fax (504) 566.0210 • www.adamsandreese.com

*Russ M. Herman*
*June 8, 2011*
*Page 2 of 2*

---

      Debra Frazier, Omnibus VII
      James Gilman c/o Carolyn Houck, Omnibus VII
      Sheila Guidry, Civil Action No. 09:6690 & Omnibus VII
      T. Jack Kent, Civil Action No. 10:1110
      Alphonso and Nora Walker, Omnibus VII
      Charles M. Franklin, Jr., Omnibus IX
      Wanda Garnier, Omnibus IX
      Gerald Grizzard, Omnibus IX

  In compliance with the Agreed Stay Order, we ask that the PSC file the required dismissals promptly, but no later than June 22, 2011. Thank you for your cooperation.

  With best regards, we remain,

                Very truly yours,

                ADAMS AND REESE LLP

                William B. Gaudet

WBG/wq

cc: Arnold Levin (via email alevin@lfsblaw.com)