# EXHIBIT "C"

**LEVIN, FISHBEIN, SEDRAN & BERMAN**
INTER-OFFICE MEMORANDUM

TO:      Fred Longer
FROM:    Matthew Gaughan
DATE:    June 30, 2011
RE:      Status of Actions Against Lowe's
*************************************************************************

I. **STATUS OF CASES REFERENCED IN GAUDET LETTER**

   A. **CASES THAT WILL BE DISMISSED**

   1. Gregory Bell–Omni III(A)--Becnel Law Firm.

   2. Charles and Tracy Bowden, Omni III(A) and Omni VII--Becnel Law Firm, LLC/Morris Bart, LLC.

   3. Barry J and Annette H. Dempster–Lemmon Law firm (This client is listed on III(A)).

   4. Charles M. Franklin, Jr.–Omni IX– Herman, Herman, Katz & Cotlar

   5. Wanda Garnier–Omni IX– Herman, Herman, Katz & Cotlar

   6. Gerald Grizzard–Omni IX– Parker Waichman

   B. **CASES THAT WILL NOT BE DISMISSED**

   Each of the plaintiffs below timely opted out of the Lowe's settlement, provided indicia of CDW along with their PPF, and provided indicia of Lowe's by identifying Lowe's as the distributor/supplier on their PPFs.

   7. Debra Frazier–Omni VII--Reich & Binstock, LLP

   8. James Gilman, c/o Carolyn Houck–Omni VII– Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

   9. Sheila Guidry–Omni III and VII--Bruno & Bruno, LLP.

   10. Alphonso and Nora Walker–Omni VII--Martzell & Bickford.



C. **CASES WITH NO REPLY TO PSC'S INQUIRIES**

11. T. Jack Kent – this claim was not made on a PSC complaint - Roberts & Durkee

D. **CASES THAT WERE NOT REFERENCED IN GAUDET LETTER**

12. Charles and Estoria Duncan - Omni X - Lewis & Roberts, LLP - counsel has agreed to dismiss the claim against Lowe's.

13. Robert J. West, III - Omni X - -Bruno & Bruno, LLP - counsel has been instructed that they must file a motion in accordance with the agreed stay order before the PSC with serve the complaint on Lowe's. Counsel has not yet informed the PSC whether they will file a motion or dismiss the claim.