UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 2:10-cv-361 (E.D.La.)**<br><br>*Gross, et al v. Knauf Gips, KG, et al.,* **Case No. 2:09-6690 (E.D.La.)**<br><br>*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 2:11-080 (E.D.La.)** | |

## ORDER

Considering the above and foregoing the Plaintiffs' Steering Committee's Unopposed Motion for Leave to File Brief in Extension of Deadline;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file their opposition to Venture Supply, Inc.'s motion to lift stay, which was submitted to the Court one day past the deadline for the filing of an opposition, and the clerk is hereby directed to enter the opposition to Venture Supply, Inc.'s motion to lift stay into the record.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge