1802.003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| DEAN and DAWN AMATO, et al, | |
| vs. | |
| LIBERTY MUTUAL INS., et al, Case No.: 2:10-cv-932-EEF-JCW _____/ | MAG. WILKINSON |

## NOTICE OF APPEARANCE AS CO-COUNSEL

COMES NOW, Lisa A. Oonk, Esquire, Dalan, Katz & Siegel P.L., and hereby files this Notice of Appearance as co-counsel on behalf of the Defendant, VININGS INSURANCE COMPANY, in the above-styled cause. VININGS INSURANCE COMPANY reserves all rights to object to jurisdiction, venue or service and preserves all defenses. Undersigned counsel requests that all copies of pleadings served in this case be served upon the undersigned at the following office and email address:

/s/ Lisa A. Oonk_____
Lisa A. Oonk, Esquire
Dalan, Katz & Siegel, P.L.
2633 McCormick Drive, Suite 101
Clearwater, Florida  33759
(727) 796-1000 - Telephone
(727) 797-2200 – Facsimile
loonk@dalan-katz.com
Attorney for Vinings Insurance Company
Florida Bar Number: 006238

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served on Plaintiff Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of July, 2011.

    /s/ Lisa A. Oonk
    Lisa A. Oonk, Esquire
    Dalan, Katz & Siegel, P.L.
    2633 McCormick Drive, Suite 101
    Clearwater, Florida  33759
    (727) 796-1000 - Telephone
    (727) 797-2200 – Facsimile
    loonk@dalan-katz.com
    Attorney for Vinings Insurance Company
    Florida Bar Number: 006238