UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L

THIS DOCUMENT RELATES TO: : JUDGE FALLON
: MAG. JUDGE WILKINSON

Case No. 11-252
*Daniel Abreu, et al. v. Gebreuder Knauf*
*Verwaltungsgesellschaft, KG, et al.*

### ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc.'s *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including July 29, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants.

New Orleans, Louisiana this _____ day of July 2011.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE