## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *ALL CASES* | * | **WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

## CONSENT MOTION TO CONTINUE MOTION TO SET EVIDENTIARY HEARING TO DETERMINE SECURITY

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes") respectfully move this Court to continue the hearing on Southern Homes' Motion to Set Evidentiary Hearing to Determine Security, currently set for **July 14, 2011** (*See* R. Doc. 9579), to be reset for **August 17, 2011 at 9:00 a.m.** or the next available hearing date thereafter.  Undersigned counsel has contacted counsel for the plaintiffs via the Plaintiffs' Steering Committee, Interior/Exterior Building Supply, LP, and Liberty Mutual Fire Insurance Company (counsel for the responding parties), and those counsel have consented to such an extension.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Consent Motion to Continue Motion to Set Evidentiary Hearing to Determine Security has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2011.

/s/ James M. Garner
JAMES M. GARNER

2