UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED  :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY    :
LITIGATION                                      :  SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:     :  JUDGE FALLON
                                                       :
ALL CASES                                  :  MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**MOTION FOR LEAVE TO FILE KNAUF DEFENDANTS'
REPLY IN SUPPORT OF THEIR MOTION FOR
CLARIFICATION OF INEX AND BANNER STAY ORDERS**

**NOW COME** the Knauf Defendants, who move this Honorable Court for leave to file the Reply in Support of Their Motion for Clarification of INEX and Banner Stay Order. The Knauf Defendants wishes to address the arguments contained in the oppositions of Banner, InEx, Chartis (Banner's insurer), and the PSC, which may assist the Court in its ruling. The Knauf Defendants' Reply is attached hereto as Exhibit "1."

Dated: July 8, 2011

Respectfully submitted,

By: Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File the Knauf Defendants' Reply in Support of Their Motion for Clarification of Stay Orders has been filed via CM/ECF and served upon Plaintiffs' Liaison Counsel and counsel for InEx and Banner by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 8th day of July, 2011.

/s/ Kyle Spaulding