**From:** Spillis, Peter K. [PSpillis@wwhgd.com]
**Sent:** Friday, June 24, 2011 4:14 PM
**To:** Joy Lundeen
**Cc:** Alhadeff, Seth V.; Thomas Aubin; Ehrenreich, Todd; 'Glickstein, Steven'
**Subject:** RE: Fallon's Stay Order

No.

---

**From:** Joy Lundeen [mailto:JLundeen@stearnsweaver.com]
**Sent:** Friday, June 24, 2011 4:07 PM
**To:** Spillis, Peter K.
**Cc:** Alhadeff, Seth V.; Thomas Aubin; Ehrenreich, Todd; 'Glickstein, Steven'
**Subject:** RE: Fallon's Stay Order

Thanks. As to the exception cases, do you know of any cases other than Seifart and Harrell that fit within your "possible" set of cases that Banner *may* pursue during the pendency of the Stay?

Joy Spillis Lundeen, Esq.

---

**From:** Spillis, Peter K. [mailto:PSpillis@wwhgd.com]
**Sent:** Friday, June 24, 2011 3:53 PM
**To:** Joy Lundeen
**Cc:** Alhadeff, Seth V.; Thomas Aubin; Ehrenreich, Todd
**Subject:** RE: Fallon's Stay Order

Joy,
I would describe it a bit differently. Our position is that Judge Fallon's order does not expressly prohibit Banner's pursuit of any affirmative claims; However, as a practical matter the effect of the stay is that it will not be possible for Banner to pursue its 3rd party claims in cases in which Banner has not resolved the 1st party claims against it.

---

**From:** Joy Lundeen [mailto:JLundeen@stearnsweaver.com]
**Sent:** Friday, June 24, 2011 2:30 PM
**To:** Spillis, Peter K.
**Cc:** Alhadeff, Seth V.; Thomas Aubin
**Subject:** Fallon's Stay Order

Peter

We are filing papers with Judge Fallon for clarification of the Order. Please confirm that your (Banner's) position is the same as you previously conveyed to me: that the stay provisions apply not only to claims asserted against Banner, but also to third-party claims asserted by Banner against other parties, except where a first-party claim against Banner already had been resolved.

Thanks
Joy Spillis Lundeen, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2500
Miami, FL 33130
Direct: 305-789-3425
Main: 305-789-3200
Fax: 305-789-2632
jlundeen@stearnsweaver.com
www.stearnsweaver.com

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

EXHIBIT A