# EXHIBIT B

## Debbie Murphy

| | |
|---|---|
| **From:** | Debbie Murphy |
| **Sent:** | Wednesday, May 18, 2011 8:35 AM |
| **To:** | Hilarie Bass |
| **Cc:** | Russ Herman; 'Lenny Davis'; Fred Longer; Michael Peterson; Jane Byrne; 'Gonzalez, Ervin'; 'Ehrenreich, Todd'; 'RDarroch@GMLJ.com' |
| **Subject:** | FW: Banner Term Sheet (Revised May 17) |
| **Attachments:** | 5.17.11 Draft Banner Term Sheet.pdf |

From Arnold Levin –

Dear Hillary – Attached is the current Banner Term Sheet. We do not anticipate substantive changes. Your views are requested. We are on a tight schedule.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.