**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**O R D E R**

Considering the Motion for Leave of Court to File The Plaintiffs' Steering Committee's Reply in Support of Motion to Allow Service of Complaints on Lowe's Home Centers, Inc.;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave to file The Plaintiffs' Steering Committee's Reply in Support of Motion to Allow Service of Complaints on Lowe's Home Centers, Inc.; and same is to be filed into the record herein.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge