# EXHIBIT "A"

# REQUEST FOR EXCLUSION

TO:        **Lowe's Drywall Exclusions**
           **P.O. Box 869066**
           **Plano, Texas 75086-9066**


I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers,*
*Inc.*, Case NO. SU10-CV-2267B.


**Jessica Sutherland**
_____
(Full Name – Please Print Clearly)


**755 Ridgefield Way**
_____
(Address)


**Odenville, AL 35120**
_____
(City, State, Zip Code)


*With my client's permission and authority*
_____
(Signature)


11-7-10
_____
(Date)


Must be postmarked on or before: **November 9, 2010**







Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing this form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner **Chad + Jessica Sutherland**
Address of Affected Property **755 Ridgefield Way**
**Odenville, AL 35120**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form **Jessica Sutherland**

Is above your primary residence? (Yes)  No

Mailing Address (if different)

Phone: **(205) 873 - 1348**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: **James V. Doyle Jr.**
Address: **DOYLE LAW FIRM, PC**
**P.O. Box 36445**
**Birmingham, AL 35236**
Phone: **(205) 533-9500**
Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer **Allstate Indemnity Company**
Policy #: **9 45 046439 04/00**
Agent: **Burns Insurance Agency**
Address: **5451 Chalkville Road**
**Birmingham, AL 35235**

Phone: **(205) 856-9022**

+ Attach Copy of Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Chad Dale Sutherland | 8/11/06 | / / | M / F | 12/24/29 | Yes  No | Owner - occupant |
| Jessica Jane Sutherland | 8/11/06 | / / | M / F | 10/25/81 | Yes  No | Owner - occupant |
| Ethan Isaiah Sutherland | 8/11/06 | / / | M / F | 6/29/06 | Yes  No | Occupant |
| Presley Tatum Sutherland | 8/11/06 | / / | M / F | 8/19/09 | Yes  No | occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal Injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   James V. Doyle, Jr

   1.2. When did the inspection take place?   4 /15/10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   James V. Doyle, Jr.

   2.2. When was this determination made?   4 /15/10

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf Tianjin China | Ceiling |
|  |  |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2750 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 9900 | Occupied | ✓ | |
| Height of Interior Walls | 10'-15' | Year-round | ✓ | |
| Number of Bedrooms | 4 | Summer | | ✓ |
| Number of Bathrooms | 3 | Winter | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 2 /7/06 | Completion Date | 8 /11/06 |
|---|---|---|---|
| Move in Date: | 8 /11/06 | Date Acquired Home | 8 /11/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

J+J Homes

Address: 100 Maple Lane
Odenville, AL 35120

Phone: (       ) -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (       )

## Section X. Drywall Supplier

Drywall Supplier's Name:

Interior Exterior Bldg. Supply, LP
P.O. Box 4002
New Orleans, LA 70178

Phone: (504) 488-1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Claimant's Signature_ | 5/10/10 _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| _Claimant's Signature_ | 5/10/10 _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |

Page 3



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 962577-00 |
| PO DATE | P.O. NO. | PAGE# |
| 05/08/06 | 19912577 | 1 |

CUST.#:    299

SHIP TO: LOWES STOEW #594
RIGEFIELD LOT # 35

TRUSSVILLE, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| KMD | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 76 | 0 | 76 | PC | 300.00 | MSF | 1094.40 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|   | ********************************************** | | | | | | | |
|   | 26 PIECES DOWNSTAIRS | | | | | | | |
|   | 50 PIECES UPSTAIRS | | | | | | | |
| 2 | 541212R | 114 | 0 | 114 | PC | 330.00 | MSF | 2031.48 |
|   | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
|   | ********************************************** | | | | | | | |
|   | 28 PIECES DOWNSTAIRS | | | | | | | |
|   | 86 PIECES UPSTAIRS | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 190 | | Total | | 3125.88 |
|   | | | | | | Invoice Total | | 3125.88 |

Cash Discount    31.26  If Paid By 06/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19881

**Allstate Indemnity Company** 



## RENEWAL
# Deluxe Plus Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Chad and Jessica J<br>Sutherland<br>755 Ridgefield Way<br>Odenville AL 35120-5492 | **YOUR ALLSTATE AGENT IS:**<br>Burns Insurance Agy<br>5451 Chalkville Road<br>Birmingham AL 35235 | **CONTACT YOUR AGENT AT:**<br>(205) 856-9022 |
| **POLICY NUMBER**<br>9 45 046439 04/09 | **POLICY PERIOD**<br>Begins on Apr. 9, 2010<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Apr. 9, 2010 to Apr. 9, 2011<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
755 Ridgefield Way, Odenville, AL 35120-5492

**MORTGAGEE**
- EVERHOME MORTGAGE COMPANY       ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 2139       Jacksonville FL 32232-0002       *Loan # 1700155986*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $799.05 |
| **TOTAL** | **$799.05** |

*Policy countersigned by original agent Burns Insurance Agy*



Information as of
February 22, 2010

MCE-21-3

# Allstate Indemnity Company

Policy Number:  9 45 045439 04/09     Your Agent:  Burns Insurance Agy  (205) 655-9022
For Premium Period Beginning:   Apr. 9, 2010

# Important Notice

## DWELLING PROFILE

Allstate has determined that the estimated cost to replace your home is : $182,652

The enclosed Policy Declarations shows the limit of liability applicable to Coverage A—Dwelling Protection of your homeowners insurance policy. The estimated replacement cost of your home is the minimum amount for which we will insure your home.

The decision regarding the limit applicable to your Coverage A — Dwelling Protection is your decision to make, as long as, at a minimum, your limit equals the estimated replacement cost as determined by Allstate and does not exceed maximum coverage limitations established by Allstate.

It is important to keep in mind that your Coverage A limits reflect a replacement cost that is only an estimate based on data that was available to us when we made this estimate (this data is described further below). The actual amount it will cost to replace your home cannot be known until after a covered total loss has occurred.

### How is the replacement cost estimated?
Many factors can affect the cost to replace your home, including its age, size, and type of construction. For example, the replacement cost uses construction data, such as labor and materials, that are available to us when we made this estimate. This estimate is also based on characteristics of the home, which include information that you provided to us. You might have chosen to insure your home for a higher amount than the estimated replacement cost shown above.

### Note to customers renewing their policy
The estimated replacement cost for your home may have changed since the last time we communicated this information to you.  This is because, at renewal, Allstate uses the home characteristics that you have provided to us to recalculate and update the estimated replacement cost.  Using updated labor and material rates for your zip code, Allstate takes the home characteristics you have provided and determines the updated estimated replacement cost.  The information about your home's characteristics is provided below.

If the information about your home shown below requires any change or if you have any questions or concerns about the information contained in this Important Notice, please contact your Allstate representative, or call us at 1-800-Allstate.®

DWELLING STYLE: Bi-Level, 2.0 Story(s),  1 Family(s), Built 2006, Living Area  2400 sq. ft.

FOUNDATION:   100% Slab

ADDITIONS:    Attached Structures -- Built-in Garage - 2 Car (1)

              Attached Structures -- Wood Deck  200 sq. ft.

              Interior -- Kitchen - Average (1)

              Interior -- Full Bath - Average (3)

              Interior -- Fireplace - Single (1)

DETAIL:    Exterior Walls -- Brick Veneer  100 %

          Roofing -- Asphalt/Fiberglass Shingle  100 %

## Allstate Indemnity Company



Policy Number:  9 45 046439 04/09      Your Agent:  Burns Insurance Agy  (205) 856-9022
For Premium Period Beginning:   Apr. 9, 2010

Interior Partitions -- Drywall  100 %

Interior Partitions -- Less than 10 ft Wall Height  100 %

Heating & Cooling -- Heat & Central Air Cond. - Avg Cost  100 %

Decrease Language:
*Additional information about Dwelling Protection limits*
Your policy includes a feature called "Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area that may have occurred during the policy period. This information is useful in estimating the amount of insurance coverage needed to cover the cost of rebuilding your home in the event of a covered total loss.

We would like you to know that your policy's PIA recently indicated that certain construction costs in your market have declined. Based on this information, you may decide to lower your Dwelling Protection limits. If you choose to lower your Coverage A—Dwelling Protection limits, your premium will decrease accordingly. Please note that decreasing your Dwelling Protection limits may result in decreases in other coverages that are tied to your Coverage A limits and could lower your premium.

It is important for you to understand that PIA estimates are only estimates and lowering your Dwelling Protection limits may leave you with insufficient coverage in the event of a loss. For example, if you have done any remodeling to your home which has not been updated in our records, your home's replacement cost may be higher than our current records indicate. In that case, you may want to maintain or even increase your limits. Conversely, there is a possibility that your current limits may provide coverage in excess of the actual replacement cost of your home not only based on the PIA estimate, but on other considerations. For example, if you originally decided to insure your home at an amount that exceeded the estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about PIA, or your policy in general, please contact your Allstate representative.

X67831



**AGREEMENT FOR THE CONSTRUCTION**
**AND SALE OF REAL PROPERTY**
**(New Home Contract)**

This agreement for the construction and sale of real property (hereinafter "this Agreement") is hereby bargained for, made and entered into on this the <u>07</u> day of <u>February</u> 20 <u>06</u> by and between <u>J&J Homes</u> (hereinafter referred to as the "Builder") and <u>Chad & Jessica Sutherland</u> (hereinafter, whether on or more, referred to as the "Purchaser").

**WITNESSETH:**

The Purchaser desires to purchase from the Builder and the Builder has agreed to sell to the Purchaser the following described real property (the "Property") situated in the county of <u>St. Clair</u>, Alabama, and more particularly described as follows:

<u>Address:</u> 755 Ridgefield Way

<u>Legal description:</u> Lot <u>35</u>   Block _____   Survey <u>Lot 35, Ridgefield Subdivision, Phase 3</u>

<u>Section 6, township 16 south, range 2 east</u>   Map <u>2005</u>   Page <u>65</u>

The Property either has been or will be improved with a residential dwelling (the "Dwelling") in accordance with the provisions of this Agreement. As a part of the negotiation of the terms and provisions of this Agreement, the Purchaser and the Builder have negotiated between themselves the terms and provisions of a Limited new Home Warranty Agreement and Building Quality Standards Section as described herein below.

**NOW, THEREFORE**, in consideration of the foregoing recitals, the agreements contained herein and attached hereto, the provisions of the Limited New Home Warranty Agreement, and other good and valuable considerations,, the receipt and sufficiency of which are hereby acknowledged, the Purchaser and the Builder do hereby agree as follows:

1. **Purchase and Sale:** the Purchaser hereby agrees to purchase from the Builder and the Builder hereby agrees to sell to the Purchaser the Property.

2. **Purchase Price:** The purchase price to be paid by the Purchaser to the Builder for the conveyance of the Property, as improved with the Dwelling, shall be the sum of $ <u>198,600.00</u> dollars (the "Purchase Price") and shall be payable as follows: *Purchase price $192,900.00 $198,600.00 includes $5700.00 of Purchaser's Prepaid items + closing costs,*

| | | |
|---|---|---|
| Earnest Money, payable upon the execution of this Agreement, in the amount of | $ | 500.00 |
| Additional Earnest Money payable on or before _____ in the amount of | $ | _____ |
| Down Payment payable on or before _____ in the amount of | $ | _____ |
| The balance of the Purchase Price, in spendable funds, payable upon the conveyance of the property in the amount of | $ | 198,600.00 |
| Total Purchase Price | $ | 198,600.00 |

All payments of Down Payment shall be paid to the Builder and may be spent by the Builder toward costs and expenses of consturcting the dwelling, unless provided otherwise in this Agreement.

3. **Earnest Money & Purchaser's Default:** builder hereby authorizes the Listing Broker, <u>Four Star Realty, LLC</u> to hold the earnest money in trust for Builder pending the fulfillment of this contract. In the event Purchaser fails to carry out and perform the terms of this contract, the earnest money shall be forfeited as liquidated damages at the option of Builder, provided Builder agrees to the cancellation of this contract. Said earnest money so forfeited shall be divided equally between Builder and Builder's Broker. In the event both Purchaser and Builder claim the earnest money, the firm holding the earnest money may interplead the disputed portion of the earnest money into court, and shall be entitled to reimbursement from the parties for court costs, attorney fees and other expenses relating to the interpleader action.

Builder's Initials _____

Seller's Initials _____
Purchasers

**4.  Down Payment & Purchaser's Default:** The Purchaser hereby authorizes the Builder to utilize and spend the Down Payment funds shown above toward expenses and costs of the Property. In the event purchaser fails to carry out and perform the terms of this Contract, the down payment shall be forfeited to the Builder up to the amount of actual costs incurred. Any excess of down payment over actual costs incurred shall be reimbursed to the Purchaser along with an itemized accounting of costs incurred by Builder. Such forfeiture of down payment does not limit the Builder to any other remedies available under this contract.

**5.  Financing:** The provisions of this paragraph shall be applicable only if initialed by both the Builder and the Purchaser. This Agreement is subject to the Purchaser being able to obtain a CONVENTIONAL loan in the amount of $ _____ or 100 % of the loan amount. The Purchaser agrees to make application for the Loan within five (5) working days after the date of this Agreement and receive written approval of said loan within thirty (30) calendar days of this contract. If written notice is given to the Builder within such period that the Purchaser cannot obtain financing, the earnest money shall be refunded to the Purchaser by the Builder. If for any reason this sale is not closed and Buyer has failed to notify Builder of his inability to obtain loan approval within the thirty-day period referred to above, the earnest money shall be forfeited as liquidated damages to the Builder, and thereafter neither party shall have any further obligation under this Contract to the other.  Builder has the right to approve or disapprove any lender the Purchaser chooses. The Purchaser agrees to keep the Builder fully informed of the status of the Purchser's efforts to secure the approval of the Loan. The Purchaser shall provide such evidence as may be required by the Builder, including a written commitment for the Loan, to confirm the final Loan approval. The Builder shall have the right to delay the commencement of the construction of the Dwelling, if applicable, or delay the completion of the construction of the Dwelling, if applicable, until such time as it has been determined, to the satisfaction of the Builder, that the Loan to the Purchaser has been or is likely to be approved. Any such determination by the Builder shall be for the sole benefit of the Builder and may not be relied upon in any manner by the Purchaser. If the Purchaser gives such written notice to the Builder of the obtaining of the financing, this contract will no longer be conditioned upon or subject to the Purchaser obtaining financing. Once Purchaser(s) agree to pay the extra fees or charges incurred due to delays in closing because of no fault of the Builder, Purchaser(s) agree to pay the extra fees or charges. If delay is over three (3) working days the Purchaser(s) agree to pay the Builder a per diem per day towards interest on the construction loan. However, if written notice is given to the Builder within such period that the Purchaser cannot obtain financing, the earnest money shall be refunded to the Purchaser by the Builder. The Purchaser agrees to use their best efforts in good faith to obtain financing within the specified period of time. Until the Purchaser gives written notice to the Builder that they have obtained such financing, all decorating decisions will be subject to the approval of the Builder.

The Builder: _____          The Purchaser: _~signature~_

**6.  The Dwelling:** the Property either has or will be improved with the Dwelling (the parties must select one, and only one, of the following subparagraphs by initialing the subparagraph which is applicable.)

~~6 A.  Completed Construction:  As of the execution of this Agreement, the Dwelling has been completed and the Purchaser has inspected and accepted the Dwelling, as completed, subject to the preoccupancy inspection to be made by the Purchaser and the Builder pursuant to the Limited New Home Warranty Agreement / Building Quality Standards Section.~~

The Builder: _~X~_          The Purchaser: _~X~_

~~6 B.  Partially Complete Construction:  The construction of the Dwelling has been commenced and, as of the date of this Agreement, is only partially complete. The Purchaser has inspected the portion of the Dwelling which has been constructed and finds same to be acceptable. The construction of the Dwelling shall be completed by the Builder in accordance with the provisions of this Agreement and the Limited New Home Warranty Agreement and in general conformity with the plans and specifications (the "Plans and Specifications") attached to this Agreement as Addendum "A" and incorporated herein, except that; to the extent that the portion of the Dwelling which has been constructed as of the date of the Agreement is different from the Plans and Specifications, then the Plans and Specifications shall be deemed modified to be consistent with the actual construction.~~

The Builder: _~X~_          The Purchaser: _~X~_

_~signature~_
Builder's Initials _____          Purchaser's Initials

**6 C. Pre - Sale Construction:** the construction of the Dwelling upon the Property has not yet been commenced. The builder agrees that the Dwelling shall be constructed in accordance with the provisions of this Agreement and the Limited New Home Warranty Agreement / Building Quality Standards Section and in general conformity with the Plans and Specifications attached hereto as Addendum ___B___ and incorporated.

The Builder: _____                           The Purchaser: _____

_____

The Plans and Specifications, if applicable, have been signed and dated simultaneously with the executions of this Agreement by both the Builder and the Purchaser and any changes in the Plans and Specifications which have been agreed upon by both the Builder and the Purchaser have been clearley shown and initialed by both the Builder and the Purchaser. The construction of the Dwelling shall be deemed completed upon the issuance of a certificate of occupancy by the applicable governmental building inspection department, if there is such a department in the jurisdiction in which the Property is located, and, if no such department exists, then upon the reasonable determincation by the Builder that the construction of the Dwelling is substantially complete.

**7. Supervision of Work:** Purchaser agrees that the direction and supervision of the working forces, including subcontractors, rests exclusively with the Builder and Purchaser agrees not to issue any instruction to or otherwise interfere with same. The Builder shall be the authority for the proper usage, arrangements, and placement of fixtures, equipment and materials in accordance with recognized standards. Slight deviations from plans and specifications shall be construed as substantial compliance with this agreement. The Purchaser further agrees not to negotiate for additional work with the builder's subcontractors, not to engage other builders or subcontractors except with the Builder's consent and in such manner as will not interfere with Builder's completion of work under this contract.

Purchaser's Initials _____

**8. Changes to Plans and Specifications:** If the Builder has agreed to construct the Dwelling or complete the construction of the Dwelling, in general conformity with Plans and Specifications pursuant to the preceding paragraph, the Builder shall be under no obligation to make any changes, additios or alterations to the Plans and Specifications. The Builder may elect to make changes, additions or alterations to the Plans and Specifications upon the request of the Purchaser; however, the Builder shall not be obligated to do so. The Builder, at his option, may impose a change order charge. This charge is in addition to the cost of the change. The change order charge, if applicable, and the cost of the change must be paid for prior to change being installed or made in home. In the event that the Builder and the Purchaser agree upon changes, additions or alterations to the Pans and Specifications, then such agreement shall become effective only upon the execution by both the Builder and the Purchaser of a written change order, in a form which is acceptable to the Builder and which sets forth the changes to be made and the additional consideration to be paid by the Purchaser to the Builder in connection therewith, and the payment by the Purchaser to the Builder of such portion of said additional consideration as shall be required by the Builder. Any such additional consideration shall be in addition to the Purchase Price and any payments of said additional consideration by the Purchaser to the Builder shall not be a credit against the Purchase Price. The Builder shall not be obligated to agree to any such changes, additions or alterations to the Plans and Specifications and may condition any such agreement upon such maters as the Builder shall, in sole discretion of the Builder, determine, including, but not limited to, the approval of such changes by the Purchaser's lender and the local building inspection officials, if any. The failure of the Builder to obtain a written Change Order from the Purchaser, in the manner described above, shall not be deemed a waiver of the Builder's right to recover the costs of any such change substantially completed by the Builder.

**9. Decorating Allowance:** The Builder may allow the purchaser to select some or all of the decorating items to be incorporated into the Dwelling, provided that same have not already been ordered or incorporated therein. Such items may include brick, paint colors, roof colors, light fixtures, wall paper, and floor covering for which the Builder shall establish allowances. the Purchaser shall make such selections within seven (7) working day after the request by the Builder. If selecions of the Purchaser exceed the amount of allowances established by the Builder, then the Purchaser shall pay such portion of any such excess as shall be required by the Builder at the time of making the selections. The allwoances established by the builder and which are included in the Purchase Price are attached hereto as Addendum  A_____ . In no event shall the Purchase Price be reduced as the result of the expenditure of less than the allowance for any particular item.

_____
Builder's Initials

Purchaser's Initials

**10. The Closing:** The closing (the "Closing") shall occur on or before the 31_____ day of July_____ 20 06____ (the "Closing Date") except that the Builder shall have a reasonable time thereafter within which to perfect title or cure title defects, and further provided that the Closing Date may be extended by the Builder for such additional time as the Builder shall determine to be reasonably necessary (a) as the result of any delay in the approval of the Purchaser's Loan, or (b) to complete the construction of the Dwelling, if applicable, as the result of any delays in the progress of construction such as, but not limited to, inclement weather, changes in the Plans and Specifications agreed upon between the parties, requirements of any building officials or other governing authorities, work stoppages, delays in the delivery of materials, contingencies under this Agreement, the completion of the preoccupancy inspection and any additional work required as the result thereof, and any other matters which might delay the completion for construction of the Dwelling. In the event of the delay of the Closing Date pursuant to the foregoing provisions, then the Closing Date shall be that date which has been established in writing between the Builder and the Purchaser. At the Closing, the builder shall convey title to the Property to the Purchaser by Statutory Warranty Deed subject to the current ad valorem taxes, easements, restrictions, rights-of-way, covenants, reservations and other matters of record; all matters which would be revealed by an accurate survey or inspection of the Property; applicable subdivision, zoning and other applicable governental regulations and restrictions; and less and except any mineral, mining or other subsurface rights previously conveyed or otherwise not owned by the Builder. Possession of the Property shall be delivered to the Purchaser upon the Closing. The Closing shall be held at such time of day and at such location as shall be reasonably agreed upon between the Builder and the Purchaser; provided, if the parties cannot agree, then the closing shall be held at such time of the day as shall be established by the Builder at either the office of the Builder or the office of the Builder's attorney.

**11. Selection of Attorney:** Purchaser and Builder hereby agree to share equally the fees of a closing attorney ☒ YES ☐ NO. If they have agreed to share the fees of a closing attorney hereunder, Purchaser and Builder acknowledge and agree that such sharing may involve a potential conflict of interest and they may be required to execute an affidavit at closing acknowledging their recognition and acceptance of same. The parties further acknowledge that they have a right to be represented at all times by an attorney of their own choosing, at their own expense, in connection with this contract.

**12. Title Insurance:** Builder agrees to furnish Purchaser a standard form owner's title insurance policy at Builder's expense, issued by a company qualified to insure titles in Alabama, in the amount of the purchase price, insuring Purchaser against loss on account of any defect or encumbrance in the title, subject to exceptions herein and subject to all of the matters set forth in this agreement with respect to the status of title to the property and subject to such other matters as are customarily included in such commitments, otherwise the earnest money shall be refunded to the Purchaser. In the event of the simultaneous issuance of a mortgagee's title insurance policy, the premium shall be divided evenly between the Builder and the Purchaser, even if the mortgagee is the Builder.

**13. Closing Costs:** At the closing, the Builder shall pay the cost of the preparation of the deed. The Purchaser shall pay all loan closing costs, discount points, mortgage insurance premiums, prepaid items and recording fees. Ad valorem taxes shall be prorated as of the date of closing between the Builder and the Purchaser. The Purchaser agrees to pay for the credit report and appraisal at time of loan application and both are to be ordered immediately.

**14. Survey:** Purchaser, at purchaser's expense, requires a survey by a registered Alabama land surveyor of Purchaser's choosing. Purchaser acknowledges that a survey of the property is material to the transaction, and an election to close without a survey shall be deemed a waiver of all claims regarding items that an accurate survey would have revealed. If survey shows an encroachment, the same shall be treated as a defect in title.

**15. Covenants and Restrictions:** Purchaser acknowledges receipt of Architectural Guidelines and Covenants for the Ridgefield_____ community which provides for mandatory membership in the Homeowner's Association. Annual assessments are to promote the recreational, health, safety, welfare, common benefit and enjoyment of the owners and to provide for the general upkeep and maintenance of the common areas of the development. Purchaser agrees to pay annual dues of $ 150.00_____ which will be collected at closing of the home and will be billed annually at the anniversary date.

Purchasers Initials _____

Builder's Initials _____                                        Purchaser's Initials _____

**16. Soil Conditions:** Purchaser(s), by the execution of this contract acknowledges that he/she has been informed by the Builder of the soil conditions in St. Clair _____ County. Purchaser agrees that the Builder is not responsible for earthquake, underground mines, sinkholes, drainage, limestone formation, soil conditions, or any other known or unknown surface or subsurface condition or conditions that exist or occur or cause damage to persons or structure. *Four Star Realty, LLC*, Realtors nor its agents or subagents make any representation or warranty of any kind as to condition of subject property.

**17. Prorations:** Ad valorem taxes, as determined on the date of closing, insurance transferred, accrued interest on mortgage(s) assumed, and fire district or other dues, if any, are to be prorated between Builder and Purchaser as of the date of delivery of the deed, and any existing escrow deposits shall be credited to Builder. Unless otherwise agreed herein, all ad valorem taxes except municipal are presumed to be paid in arrears for the purposes of proration; municipal taxes, if any, are presumed to be paid in advance.

**18. Condition of Property:** Builder is to provide Purchaser with a one-year Limited New Home Builder's Warranty, which is attached as Addendum B _____ , and Purchaser agrees to accept the terms and conditions of said Warranty as his only implied or expressed warranty.

**19. Time Is Of The Essence:** TIME IS OF THE ESSENCE with respect to the obligation of the Purchaser to close the purchase of the Property and pay the Purchase Price within the time required pursuant to this agreement.

**20. Termite:** Builder to furnish Purchaser with a termite letter dated as of the date of the original soil treatment guaranty.

**21. Agency Disclosure:** The Listing Company is Four Star Realty, LLC _____ , The selling Company is Four Star Realty, LLC

The Listing Company is: Four Star Realty, LLC _____ .

| (Two blocks may be checked) | The Selling Company is: Four Star Realty, LLC _____ |
|---|---|
| ☐ An agent of the Seller | (Two blocks may be checked) |
| ☐ An agent of the Buyer | ☐ An agent of the Seller |
| ☒ An agent of both the seller and buyer, and is acting as a limited consensual dual agent | ☐ An agent of the Buyer |
| ☐ Assisting the ☐ buyer ☐ seller as a transaction broker. | ☒ An agent of both the seller and buyer, and is acting as a limited consensual dual agent |
| | ☐ Assisting the ☐ buyer ☐ seller as a transaction broker. |

Builder's Initials _____

Purchaser's Initials _____

Listing Agent(s) Initials  D.J.E.

Selling Agent(s) Initials  D.J.E.

**22. Insulation:** Living area ceilings will be insulated with per code _____ type insulation to a thickness of per code inches, which thickness, according to its manufacturer, will result an R-Value of per code _____ . Living area exterior walls will be insulated with per code _____ type insulation to a thickness of per code _____ inches, which thickness, according to the manufacturer, will result in an R-Value of per code _____ . The Purchaser acknowledges and agrees that, in accordance with Federal Trade Commission Regulations, this information has been supplied by the installer of the insulation and has not been determined by the Builder. The Purchaser acknowledges and agrees that the Builder shall have no liability or obligation with respect to the accuracy of the information included in this paragraph.

**23. Arbitration:** The Builder and the Purchaser acknowledge that this Agreement necessarily involves interstate commerce by virtue of the materials and components contained in the Dwelling and each of the undersigned herby agrees to arbitrate any and all disputes arising under this Agreement and to be bound by the decision of the arbitrator which shall be conducted pursuant to the Construction Industry Rules of the American Arbitration Association.

_____
Builder's Initials

_____
Purchaser's Initials

**24. Notices:** Any notices to be given pursuant to the provisions of this Agreement shall be in writing and shall be deemed received by the party to whom given when deposited in the United States mail, by certified mail, with postage pre-paid, and addressed as follows:

When to the Builder:    J + J Homes

When to the Purchaser:    Chad & Jessica Sutherland

3216 Bearden Place apt 6

Birmingham, 35243

The address of a party may be changed by written notice to the other party in the manner described above.

**25. Default:** Should this transaction not be concluded because of the material default of the Builder in the performance of the obligations of the Builder pursuant to this Agreement, and should said default not be remedied within ten (10) days after written notice from the Purchaser to the Builder setting forth the details of the default and demanding that the default be remedied (or within such reasonable period of time as may be necessary to remedy the default in the event that ten (10) days is not a sufficient time, provided that the Builder is diligently pursuing the remedy of any such default), then the Earnest Money and any other sums received by the Builder from the Purchase with respect to changes in the Plans and Specifications or with respect to allowance overages, shall be refunded to the Purchaser without interest, and thereupon this Agreement shall be deemed terminated and both the Builder and the Purchaser shall be relieved of any further obligations hereunder. This shall be the sole remedy available to the Purchaser in the event of a default by the Builder. In the event of default by the Purchaser in the performance of the obligations of the Purchaser under this Agreement, and should said default not be remedied with ten (10) days after written notice from the Builder to the Purchaser setting forth the details of the default and demanding that the default be remedied, then the Builder shall have the option to (a) retain all sums paid to the Builder by the Purchaser pursuant to this Agreement including, but not limited to, Earnest Money, any additional Earnest Money, any Down Payment, any sums with respect to changes in the Plans and Specifications, any sums with respect to allowance overages, and any other sums, as liquidated damages, by the Purchaser, which sums shall be applied toward the actual damages of the Builder, and the Builder shall be entitled to recover from the Purchaser the balance of any damages incurred by the Builder; or (c) the Builder shall have the right to retain all sums paid to the Builder, as aforesaid, by the Purchaser as liquidated damages, and the Builder shall have the right to pursue, in addition to the retainage of said sums, equitable relief against the Purchaser, including the remedy of specific performance.

**26. General Provisions:**

a. Should any provision of this Agreement be deemed unenforceable by a court of competent jurisdiction, that determination will not affect the enforceability of the remaining portions.

b. This Agreement shall be binding upon the Builder and the Purchaser, and their respective heirs, successors, executors or administrators.

c. This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

d. The titles or headings to the paragraphs included herein are for convenience only and shall not add to, reduce, limit or modify in any manner the content thereof.

e. The use of one gender shall include all other genders, the use of singular shall include the plural, and the use of the plural shall include the singular, all as may be appropriate to the context in which they are used.

f. The rights of the Purchaser hereunder may not be assigned by the Purchaser without the written consent of the Builder, which consent may be withheld in the discretion of the Builder.

Builder's Initials

Purchaser's Initials

**27. Limited New Home Warranty / Builders Quality Standards Section:** The Purchaser and the Builder agree to the terms and conditions of the Limited New Home Warranty Agreement attached hereto as Addendum **B + C** and made a part of this agreement. The terms and provisions of the Limited new Home Warranty Agreement have been fully negotiated between the Purchaser and the Builder as a part of the negotiation of the terms and provisions of this Agreement. The Limited New Home Warranty Agreement has been fully executed, as of the date of this Agreement, and the terms and provisions thereof are an integral part of the terms and provisions of this Agreement. The Purchaser and the Builder agree to re-execute the Limited New Home Warranty Agreement and to deliver duplicate originals of same at the Closing. the Purchaser and the Builder agree to be fully bound by the terms and provisions of the Limited New Home Warranty Agreement and agree that the Limited New Home Warranty Agreement shall survive the Closing and the conveyance of title to the Property. Pursuant to the Limited New Home Warranty Agreement, the Purchaser and the Builder shall make a preoccupancy inspection of the Dwelling.

**28. Non-Payment:** In the event Purchaser shall fail to pay any monies due builder, Builder may refuse to perform any further work to the premises under warranty or otherwise until Purchaser pays the full sum, plus interest at the maximum rate allowable, attorney's fees and court costs. This provision shall survive the delivery of the deed under this Contract.

**29. WAIVER OF WARRANTIES AND CLAIMS:** THE PURCHASER AGREES THAT THE LIMITED WARRANTY AGREEMENT IS GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY AND WORKMANSHIP AND IS ALSO IN LIEU OF ANY CLAIMS FOR CONSEQUENTIAL DAMAGES, MENTAL ANGUISH OR DISTRESS, AND FOR DAMAGES BASED UPON NEGLIGENCE, FRAUD OR MISREPRESENTATION, AND THE PURCHASER HEREBY EXPRESSLY WAIVES AND DISCLAIMS ANY SUCH WARRANTIES AND CLAIMS WITH RESPECT TO BOTH THE DWELLING AND THE PROPERTY.

The Purchaser acknowledges that the Purschaser has read, understood and accepted the forgoing.

**30. PURCHASER AND BUILDER HEREBY ACKNOWLEDGE AND AGREE:** THAT *FOUR STAR REALTY, LLC,* _____ David Eubanks _____ its officer(s), director(s), employee(s), broker(s) and sales associate(s) shall not be held responsible or liable for any obligations or agreements that the Purchaser or Builder have to one another hereunder and shall not be held responsible for any representation or the passing of any information to or from the Purchaser(s) or Builder(s) and, agree to discharge and release *FOUR STAR REALTY, LLC,* David Eubanks _____ it's officer(s), director(s), employee(s), broker(s), and sales associate(s) from any claims, demands, damages, actions, causes of actions or suit at law arising from the sale of said property and shall include but not be limited to the condition of the heating, cooling, plumbing, water and electrical systems and any built-in appliances; the roof and basement, including leaks therein; the size and area of the property; workmanship or construction materials, including floors; structural condition; utility and sewer or septic system condition and/or availability; the investment or resale value of property; subsurface or subsoil condition, sinkholes, and mining or mineral rights, or other soil conditions, including radon or other potentially hazardous gases or toxic materials including asbestos; existence of, or damage from, wood destroying insects and/or fungus; property access, easements, covenants, restrictions, developments, structures and any matters affecting the character of the neighborhood; appurtenances thereto or any related mortgage terms and conditions.

**31. Additional Provisions:** set forth on any attached Addendum, if signed by all parties hereto, are hereby incorporated and made a part of this Contract by reference as though fully set forth herein.

Builder's Initials                                    Purchaser's Initials

**32. Entire Agreement:** This Agreement and the Limited New Home Warranty Agreement, together with all of the other addendums and attachements to this Agreement and the Limited New Home Warranty Agreement, constitute the entire agreement of the parties and the Purchaser acknowledges that the Purchaser has not relied upon any oral or written statements, undertakings, or presentations and that no prior agreement or understanding shall be valid or of any force or effect, unless the same have been fully set forth in this Agreement, the Limited New Home Warranty Agreement, or the addendums and exhibits thereto. The covenants and agreements contained in this Agreement and the Limited New Home Warranty Agreement/Builders Quality Standards Section cannot be altered, changed, modified or added to, except in a written instrument signed by the Purchaser and the Builder. No representation, inducement, understanding, or anything of any nature whatsoever made, stated or represented by the Builder or on the Builder's behalf, either orally or in writing, (except as specifically set forth in the Agreement or in the Limited New Home Warranty Agreement/Builders Quality Standards Section) has induced the Purchaser to enter into this Agreement or shall be enforceable in any manner against the Builder.

**IN WITNESS WHEREOF,** the undersigned parties have set their hands and seals to this Agreement on this the 07 _____ day of February _____ , 20 06 _____ .

WITNESS:                                                THE BUILDER:

_____                        By: _____

                                                       Its: _____

WITNESS:                                                PURCHASER: _____

_____

WITNESS:                                                PURCHASER: _____

_____
02-07-06

**COMMISSION:** THE COMMISSION PAYABLE TO THE AGENT(S) IN THIS SALE IS NOT SET BY THE BIRMINGHAM AREA BOARD OF REALTORS, INC., BUT IS NEGOTIABLE BETWEEN BUILDER AND THE AGENT. Builder agrees to pay *FOUR STAR REALTY, LLC* (Listing Agent) and Four Star Realty _____ (Selling Agent), a commission in the amount of 5% _____ of the Purchase Price of $ 192,900.00 _____ only in the event this sale closes with the Purchaser named in this Contract. In addition, the Agents certify that they have not made any representations or commitments to Purchaser which have not been made a part of this Contract.

_____
Listing Agent

                                                       By: _____
                                                           Builder

_____
Selling Agent

## ADDENDUM

The terms and conditions of this addendum are a part of that certain contract dated the 07    day of February 20 06    , between the undersigned Buyer(s) and Seller(s) for the purchase of the property located at

755 Ridgefield Way, Odenville Alabama, 35120

1. Builder agrees to allow the purchaser to choose up to 3 wall colors (colors must be applied with only 2 coats).
2. Builder agrees to allow the purchaser to choose color of hardwood stain.
3. Builder agrees to have hardwood treads installed on all the stairs at the front door entrance (up and down).
4. Builder agrees to allow the purchaser to choose stain color for cabinets.
5. Builder agrees to allow the purchaser to choose hardware for all cabinet drawers and doors.
6. Builder agrees to allow the purchaser to choose the carpet color and style.
7. Builder agrees to allow the purchaser to choose the brick color and style.
8. Builder agrees to allow the purchaser to choose the vinyl siding color.
9. Builder agrees to allow the purchaser to choose the ceramic tile color for the floors.
10. Builder agrees to allow the purchaser to choose the ceramic tile for the kitchen back splash.
11. Builder agrees to have black appliances installed in the kitchen (stove, microwave & dishwasher).
12. Builder agrees to allow the purchaser to choose the lighting fixtures to be installed.
13. Purchaser understands and agrees that all choices are subject to the builder's approval. Purchaser further understands that all the choices must be within the builder's allowances and any overages must be paid prior to installation and paid to the supplier. Purchaser understands that any overage charges are non refundable.
14. Builder agrees to allow the purchaser to choose the counter top covering from builder's pre-selected choices.
15. Builder agrees to have speed base board installed.
16. Builder agrees to install towel racks (one for hand towel and one for body towel), toilet paper dispenser, and mirrors all bathrooms.
17. Builder and Purchaser agree to make the spec sheet prepared by Purchasers a part of this Contract to be used in conjunction with the builder's spec. sheet.
18. Builder agrees to pay up to, but not to exceed, $5700.00 in Purchaser's closing costs and prepaid items.

_____     _____
WITNESS TO BUYER(S) SIGNATURE(S)      BUYER                          DATE

                                     _____
                                      BUYER                          DATE

_____     _____
WITNESS TO BUYER(S) SIGNATURE(S)      SELLER                         DATE

                                     _____
                                      SELLER                         DATE

# J & J HOMES, LLC

## LIMITED NEW HOME WARRANTY
## &
## BUILDING QUALITY STANDARDS SECTIONS

Congratulations on your new home by J & J Homes.  Please read and keep
all information for you as a buyer on your new home warranty and
construction building quality standard sections.  This spells out in detail
what is covered by the warranty and what is not covered.

ADDENDUM   B

## LIMITED NEW HOME WARRANTY

This Agreement made this __07__ day of __February__, 2005, by and between

__J & J Homes__ (BUILDER) of _____

(BUILDERS' ADDRESS) __Chad & Jessica Sutherland__ (PURCHASER) of

__755 Ridgefield Way__ (HOME/PROPERTY ADDRESS).

WHEREAS, Builder has caused to be built for sale to Purchaser or under contract with Purchaser a Home situated on land located in the County of __St. Clair__ State of Alabama, at the above property address; and

WHEREAS, Builder does hereby agree to give a limited warranty on the Home located at the above property for a period of one (1) year following closing or occupancy by the Purchaser, whichever event shall first occur, upon the following condition:

NOW, THEREFORE, in consideration of the payment of the purchase price of the Home, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the premises and agreements hereinafter set forth, the parties hereby agree as follows:

1. Not later than thirty (30) days after closing or occupancy, whichever event shall first occur, the Purchaser shall deliver a written list of any minor omissions or malfunctions not previously made known in writing to the Builder. To the extent that such items are a normal Builder responsibility or not otherwise excluded hereunder, corrections or adjustments will be made by the Builder.

2. Builder warrants the above Home to be free from latent defects for a period of one (1) year following closing or occupancy, whichever event shall first occur.

A latent defect in construction is herein defined as a defect not apparent at time of occupancy or closing, but which becomes apparent within one (1) year from date of closing or occupancy, whichever event shall first occur, and such defect has been directly caused by Builder's failure to construct in accordance with the standards of construction prevailing in the geographical area of the Home. It is stressed, however, that normal characteristic behavior of building materials, wear and tear, general maintenance, and like terms, will not constitute a latent defect.

PROCEDURE: Should it appear that a possible latent defect (non-emergency nature) has developed, Purchaser shall outline pertinent details in writing, and deliver same to Builder. Following receipt of such notice, Builder will make an inspection. If a latent defect exists, the Builder will (at Builder's sole option) either (1) repair, (2) replace, or (3) pay to Purchaser the reasonable cost of such repair or replace due to such latent defect(s); however, Builder shall not be obligated to spend more than the purchase price of the Home less the value of the land upon which the Home is situated.

---

NOTWITHSTANDING ANYTHING TO THE CONTRARY STATED HEREIN, THIS WARRANTY DOES NOT COVER ANY APPLIANCE, PIECE OF EQUIPMENT, OR ITEM WHICH IS A CONSUMER PRODUCT FOR PURPOSES OF THE MAGNUSON - MOSS WARRANTY ACT (15 U.S.C. § 2301 THROUGH 2312.

---

THIS WARRANTY IS GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES, EITHER EXPRESSES OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY AND WORKMANSHIP, EXCEPT, IF APPLICABLE, SUCH WARRANTY AS SPECIFICALLY STATED IN ANY REQUIRED VA/FHA WARRANTY DELIVERED SIMULATNEOUSLY HEREWITH.

3. The Builder shall not be liable under this Agreement unless written notice of the latent defect shall have been given by Purchaser to Builder within the one (1) year warranty period. Steps taken by the Builder to correct any defect or defects shall not act to extend the warranty period described hereunder.

4. The Purchaser shall have ninety (90) days, after expiration of the one (1) year warranty, to bring any legal action hereunder.

5. Builder hereby assigns to Purchaser all of Builders' rights, if any, under manufacturers' warranties on appliances and items of equipment included in the Home. Builder assumes no responsibility for such manufacturers' warranties and Purchaser should follow the procedures in these warranties if defects appear on such appliances and items of equipment.

6. Builder does not assume responsibility for any of the following, all of which are expressly excluded from coverage under this Limited Warranty:

(a) Defects in appliances and pieces of equipment which are covered by manufacturer's warranties.

(b) Incidental, consequential, or secondary damages caused by a breach of this warranty.

(c) Defects which are the result of characteristics common to the materials used, such as (but not limited to warping and deflection of wood; mildew and fading, chalking, and checking of paint due to sunlight; cracks due to drying and curing of concrete, stucco, plaster, bricks, and masonry; drying, shrinking and cracking of caulking and weather-stripping.

(d) Conditions resulting from condensation on, or expansion or contraction of, materials.

(e) Defective design or materials supplied by Purchaser or installed under his direction; or defects in, or caused by anything not built into or installed in the Home pursuant to contract between Builder and Purchaser.

(f) Damages due to ordinary wear and tear, abusive use, or lack of proper maintenance of the Home.

(g) Loss or injury due to the elements.

(h) Landscaping or any portion thereof is hereby expressly excluded from this warranty including sodding, seeding, shrubs, trees and plantings.

(i) Insect damage of any nature whatsoever.

(j) Non-uniformity of appearance of used or simulated used brick.

(k) Chips, scratches, or mars in tile, woodwork, walls, porcelain, brick, plumbing fixtures, formica and glass not expressly identified to Builder prior to closing.

(l) Dripping faucets and toilet adjustments after the initial thirty (30) day warranty period described herein.

(m) Utility service lines installed by developer, municipality or service company and back filling or slumping thereof.

(n) Deterioration or defects in asphalt paving.

(o) Changes or failures in the underground water table and sub-surface soil structures beyond the Builder's control.

7. Site Drainage: Builder puts Swales and grades to keep water from house. Buyer is responsible for maintaining and keeping grades that have been properly established. Any changes by buyer does away with the warranty.

8. Concrete: Basement slabs, drive-ways and porches. Cracks are normal, builder is not responsible.

9. Basement or foundation walls, Cracks: Shrinkage cracks are not unusual in foundation walls. Builder will fix only cracks in excess of 1/4 inch of width.

10. Stoops and Steps sometimes settle, heave or separate. Builder will maintain for 1 year.

11. Small hairline cracks due to shrinkage are common in mortar joints in masonry construction. Cracks greater than 3/8 of an inch are considered excessive, builder will repair joints but is not responsible for color variation between old and new mortar.

12. Floor Squeaks and loose sub floors are common conditions to new construction and a squeak-proof floor cannot be guaranteed.

13. Builder is not responsible for water pressure in house, due to problem with city water, development pressure problems, this is beyond builder's control.

14. Septic Systems: Builder guarantees only to put in system to the specs of St. Clair Co. Health Department to be passed and inspected by the Health Dept. and to use installed state certified systems. Both owner and builder are aware that builder has no liability in this manner. Installer warranties this for one (1) year.

15. Basement Leaks: Leaks resulting in actual trickling of water shall be repaired. Leaks caused by improper landscaping or failure to maintain proper grades are not covered by warranty. Dampness of wall or floors may occur in new construction and is not considered a deficiency. Builder will take action as necessary to correct basement leaks, except when the cause is determined to result from buyer negligence.

16. Louvers and Vents: Attic vents or louvers must be provided for proper ventilation. Leaks due to driving rain or snow are not covered.

17. <u>Gutters:</u> It is owner's responsibility to keep cleaned out, and free of debris to keep them from overflowing.

18. <u>Broken Glass:</u> After closing, no warranty is provided for broken glass.

19. <u>Window Condensation:</u> Is a result beyond builder's control due to temperature differences inside and out - No Warranty.

20. <u>Sheetrock:</u> Defects which appear during limited warranty, such as nail pops, blisters in tape or other blemishes will be repaired in the one (1) year warranty (does not include painting).

21. <u>Mildew or Fungus on painted surfaces:</u> Mildew of fungus will sometime form on painted surface. This is a condition the builder cannot control and is a buyer maintenance.

22. <u>Carpet:</u> Carpet seams will show, however, no visible gap is accepted.

23. <u>Carpet-Stretch:</u> Carpet will sometimes become loose. Builder will re-stretch is needed within the one (1) year period.

24. <u>Noisy water pipes:</u> Builder cannot remove all noises due to water flow and pipe expansion.

25. <u>Heating and Air:</u> This has separate warranty with installer.

26. <u>Electrical:</u> To be installed by master electrician and will be done by code to pass inspection by local inspector's unless in county or town without inspector.

27. <u>Completion of house:</u> Owner to sign completion and inspection form before closing and moving in stating that contract is fulfilled, and workmanship passes owner's satisfaction. Thirty (30) days after closing, owner is to make a Punch List of odds and ends for builder in writing. Then, builder will set up a time to fix minor defects, all at once if possible, that is covered in this one (1) year warranty.

28. All warranty work shall be scheduled during normal weekday working hours except in emergencies.

29. This warranty is extended only to the Purchaser named herein. It is not transferable to subsequent purchasers of the home.

30. Should any term of this Agreement be deemed by a Court of competent jurisdiction to be unenforceable, such determination shall not affect the enforceability of the remaining provisions.

31. Use of one gender shall include all other genders; use of the singular shall include the plural; and use of the plural shall include the singular; all as may be appropriate.

32. This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

BUILDER:

_____
(Name of Builder)

By:_____

PURCHASER:

By: _____

By: _____

ADDENDUM   C

## Building Quality Standards Section

### 1. Site Work

**A. Site Grading:**

|  |  |
|---|---|
| 1) Possible Defect | Settling of ground around foundation, utility trenches or other areas. |
| Building Standard | Settling of ground around foundation walls, utility trenches or other filled areas shall not interfere with water drainage away from the Home. |
| Responsibility | If builder has provided the final grading then they will fill the settled areas affecting proper drainage, one time only, during the Limited Warranty Period. Buyer shall be responsible for removal and replacement of shrubs or other landscaping affected by placement of such fill. |

**B. Site Draining:**

|  |  |
|---|---|
| 2) Possible Defect | Improper drainage of the site. |
| Building Standard | The necessary grades and swales shall have been established by builder to insure proper drainage away from the Home. Standing or ponding water shall not remain for extended periods in the immediate area after a rain (generally no more than 24 hours), except that in swales which drain other areas, or areas where sump pump discharge, or in areas where the gutter drains discharge, a longer period can be anticipated (generally no more than 48 hours). The possibility of standing water after an unusually heavy rainfall should be anticipated. No grading determination shall be made while there is frost or snow on the ground, or while the ground is saturated. |
| Responsibility | Builder is responsible only for initially establishing the proper grades and swales. The Buyer is responsible for maintaining such grades and swales once they have been properly established. |

### 2. Concrete

**A. Expansion and Contraction Joints:**

|  |  |
|---|---|
| 1) Possible Defect | Separation or movement of concrete slabs within the structure at expansion joints. |
| Building Standard | Concrete slabs within the structure are designed to move at expansion joints. |
| Responsibility | None. |

**B. Cast-In-Place Concrete**

|  |  |
|---|---|
| 1) Possible Defect | Cracking of concrete slab during the Limited Warranty. |
| Building Standard | Minor cracks in concrete are normal. Cracks exceeding 1/4 inch in width or 1/4 inch in vertical displacement shall be repaired. |
| Responsibility | Builder will repair cracks exceeding the maximum tolerances by surface patching or other methods as required. |

**2) Possible Defect**            Cracking in slab of attached garage during the Limited Warranty.

    **Building Standard**        Cracks in garage slabs in excess of 1/4 inch in width or 1/4 inch in vertical displacement shall be repaired.

    **Responsibility**            Builder will repair cracks exceeding maximum tolerances by surface patching or other methods as required.

**3) Possible Defect**            Uneven concrete floors/slabs during the Limited Warranty.

    **Building Standard**        Concrete floors in rooms designed for habitability shall not have pits, depressions or areas of unevenness exceeding 1/4 inch in 32 inches.

    **Responsibility**            Builder will correct or repair to meet the Building Standard.

**4) Possible Defect**            Cracks in concrete slab-on-grade floors with finish flooring during the Limited Warranty.

    **Building Standard**        Cracks which rupture the finish flooring material shall be repaired.

    **Responsibility**            Builder will repair cracks, as necessary, so as not to be readily apparent when the finish flooring material is in place.

**5) Possible Defect**            Pitting, scaling or spalling of concrete work covered by this Limited Warranty.

    **Building Standard**        Concrete surfaces shall not disintegrate to the extent that the aggregate is exposed and loosened under normal conditions or weathering and use.

    **Responsibility**            Builder will take whatever correction action is necessary to repair or replace defective concrete surfaces. Builder is not responsible for deterioration caused by salt, chemicals, mechanical implements and other factors beyond its control.

**6) Possible Defect**            Settling, heaving, or separating of stoops, steps, or garage floors during the Limited Warranty.

    **Building Standard**        Stoops, steps, or garage floors shall not settle, heave or separate in excess of one inch from the house structures.

    **Responsibility**            Builder will take whatever correction action is required to meet the Building Standard.

**7) Possible Defect**            Standing water on stoops, patios, porches and garage floors during the Limited Warranty.

    **Building Standard**        Water should drain from outdoor stoops and steps. The possibility of minor water standing on stoops for a short period after rain can be anticipated. Blowing rain can enter garage around garage doors.

    **Responsibility**            Builder shall take corrective action to assure draining of such areas by sawing grooves to drain such areas.

## 3. Masonry

### A. Unit Masonry

**1) Possible Defect** — Cracks in masonry walls or veneer during the Limited Warranty.

**Building Standard** — Small hairline cracks due to shrinkage are common in mortar joints in masonry construction. Cracks greater than 3/8 inch in width are considered excessive.

**Responsibility** — Builder will repair cracks in excess of Building Standard by pointing or patching. These repairs shall be made during the Limited Warranty Period. Builder will not be responsible for color variation between old and new mortar.

## 4. Wood and Plastic

### A. Rough Carpentry

**1) Possible Defect** — Floors squeak or subfloor appears loose during the Limited Warranty.

**Building Standard** — Floor squeaks and loose subfloor are often temporary conditions common to new construction, and a squeak-proof floor cannot be guaranteed.

**Responsibility** — Builder will correct or repair to meet Building Standard.

**2) Possible Defect** — Uneven wood floors during the Limited Warranty.

**Building Standard** — Floors shall not have more than 1/4 inch ridge or depression within any 32 inch measurement when measured parallel to the joists. Allowable floor and ceiling joist deflections are governed by the applicable building code.

**Responsibility** — Builder will correct or repair to meet Building Standard.

**3) Possible Defect** — Bowed walls during the Limited Warranty.

**Building Standard** — All interior and exterior walls have slight variances on their finished surfaces. Bowing of walls should not detract from or blemish the wall's finished surface. Walls should not bow more than 1/4 inch out of line within any 32 inch horizontal or vertical measurement.

**Responsibility** — Builder will repair to meet the Building Standard.

**4) Possible Defect** — Out-of-plumb walls.

**Building Standard** — Walls should not be more than 1/4 inch out of plumb for any 32 inch vertical measurement.

**Responsibility** — Builder will repair to meet the Building Standard.

**B. Finish Carpentry (Interior)**

| | |
|---|---|
| **1) Possible Defect** | Poor quality of interior trim workmanship during the Limited Warranty. |
| **Building Standard** | Joints in moldings or joint between moldings and adjacent surface shall not result in open joints exceeding 1/8 inch in width. |
| **Responsibility** | Builder will repair defective joints, as defined.  Caulking is acceptable. |

**C. Finish Carpentry (Exterior)**

| | |
|---|---|
| **1) Possible Defect** | Poor quality of exterior trim workmanship during the Limited Warranty. |
| **Building Standard** | Joints between exterior trim elements, including siding and masonry, shall not result in open joints in excess of 3/8 inch.  In all cases the exterior trim, masonry and siding shall be capable of performing its function to exclude the elements. |
| **Responsibility** | Builder will repair open joints, as defined.  Caulking is acceptable. |

## 5. Thermal and Moisture Protection

**A. Insulation**

| | |
|---|---|
| **1) Possible Defect** | Insufficient insulation. |
| **Building Standard** | Insulation shall be installed in accordance with the specification sheet and contract. |
| **Responsibility** | Builder will install insulation to meet the specification requirements. |

**B. Louvers and Vents**

| | |
|---|---|
| **1) Possible Defect** | Leaks due to snow or rain driven into the attic through louvers or vents. |
| **Building Standard** | Attic vents and/or louvers must be provided for proper ventilation of the attic of the structure. |
| **Responsibility** | None. |

**C. Roofing and Siding**

| | |
|---|---|
| **1) Possible Defect** | Ice build-up on roof. |
| **Building Standard** | During prolonged cold spells, ice build-up is likely to occur at the eaves of a roof.  This condition occurs when show and ice accumulate and gutters and down spouts freeze up. |
| **Responsibility** | Prevention of ice build-up on the roof is a Buyer maintenance item. |
| **2) Possible Defect** | Roof or flashing leaks during the Limited Warranty. |
| **Building Standard** | Roofs or flashing shall not leak under normally anticipated conditions, except where cause is determined to result from ice build-up or Buyer action or negligence. |
| **Responsibility** | Builder will repair any verified roof or flashing leaks not caused by ice build-up or Buyer action or negligence. |

   **3) Possible Defect**        Delamination of veneer siding or joint separation during the Limited Warranty.

      **Building Standard**        All siding shall be installed according to the manufacturer's and industry's accepted standards. Separations and delaminations shall be repaired or replaced.

      **Responsibility**        Builder will repair or replace siding as needed unless caused by Buyer neglect to maintain siding properly. Repaired area may not match in color and/or texture. For surfaces requiring paint, Builder will paint only the new materials. The Buyer can expect that the newly painted surface may not match original surface in color.

## D. Gutters

   **1) Possible Defect**        Gutter and/or down spout leak during the Limited Warranty.

      **Building Standard**        Gutters and down spouts shall not leak but gutters may overflow during heavy rain.

      **Responsibility**        Builder will repair leaks. It is a Buyer responsibility to keep gutters and down spouts free of leaves and debris which could cause overflow.

   **2) Possible Defect**        Water standing in gutters during the Limited Warranty.

      **Building Standard**        When gutter is unobstructed by debris, the water level shall not exceed one (1) inch in depth. Industry practice is to install gutters approximately level. Consequently, it is entirely possible that small amounts of water will stand in certain sections of gutter immediately after a rain.

      **Responsibility**        Builder will correct to meet Building Standard.

## E. Sealants

   **1) Possible Defect**        Leaks in exterior walls due to inadequate caulking during the Limited Warranty.

      **Building Standard**        Joints and cracks in exterior wall surfaces and around openings shall be properly caulked to exclude the entry of water.

      **Responsibility**        Builder will repair and/or caulk joints or cracks in exterior wall surfaces as required to correct deficiencies once, during the Limited Warranty Period. Even properly installed caulking will shrink and must be maintained during the life of the Home.

## 6. Doors and Windows

### A. Wood, Metal and Plastic Doors

   **1) Possible Defect**        Warping of exterior doors during the Limited Warranty.

      **Building Standard**        Exterior doors will warp to some degree due to the temperature differential on inside and outside surfaces. However, they shall not warp to the extent that they become inoperable or cease to be weather resistant or exceed National Woodwork Manufacturers Association Standards (1/4 inch, measured diagonally from corner to corner).

| | | |
|---|---|---|
| | Responsibility | Builder will correct or replace and refinish defective doors. |
| 2) | Possible Defect | Warping of interior passage and closet doors during the Limited Warranty. |
| | Building Standard | Interior doors (full opening) shall not warp in excess of National Woodwork Manufacturers Association Standards (1/4 inch, measured diagonally from corner to corner). |
| | Responsibility | Builder will correct or replace and refinish defective doors to match existing doors as nearly as possible, during the Limited Warranty Period. |
| 3) | Possible Defect | Shrinkage of insert panels show raw edges. |
| | Building Standard | Panels will shrink and expand and may expose unpainted surfaces. |
| | Responsibility | None. |
| 4) | Possible Defect | Split in door panel during the Limited Warranty. |
| | Building Standard | Split panels shall not allow light to be visible through door. |
| | Responsibility | Builder will, if light is visible, fill split and match paint or stain as closely as possible, one time during the Limited Warranty Period. |
| 5) | Possible Defect | Scratches or dents in door. |
| | Building Standard | Door should be scratch and dent free at the time of closing. |
| | Responsibility | Builder will repair all dents and scratches that were indicated on the preoccupancy inspection report made by the Buyer. |

**B. Glass**

| | | |
|---|---|---|
| 1) | Possible Defect | Broken glass. |
| | Building Standard | None. |
| | Responsibility | Broken glass not reported to Builder prior to closing is the Buyer responsibility. |

**C. Garage Doors**

| | | |
|---|---|---|
| 1) | Possible Defect | Garage door fails to operate properly, under normal use during the Limited Warranty Period. |
| | Building Standard | Garage doors shall operate properly. |
| | Responsibility | Builder will correct or adjust garage doors as required. |
| 2) | Possible Defect | Garage doors allow entrance of snow or water during the Limited Warranty. |
| | Building Standard | Garage doors shall be installed as recommended by the manufacturer. Some entrance of the elements can be expected under abnormal conditions. |
| | Responsibility | Builder will adjust or correct garage doors to meet manufacturer's recommendations. Builder is not responsible for blowing rain coming in garage around garage door. |

## D. Windows

**1) Possible Defect**     Malfunction of windows during the Limited Warranty Period.

**Building Standard**     Windows shall operate with reasonable ease, as designed.

**Responsibility**     Builder will correct or repair as required.

**2) Possible Defect**     Condensation and/or frost on windows.

**Building Standard**     Windows will collect condensation on interior surfaces when extreme temperature differences and high humidity levels are present. Condensation is usually the result of climatic/humidity conditions, created by the Buyer.

**Responsibility**     Unless directly attributed to faulty installation, window condensation is a result of conditions beyond control. No corrective action required.

## E. Weather-stripping and Seals

**1) Possible Defect**     Air infiltration around doors and windows during the Limited Warranty.

**Building Standard**     Some infiltration is normally noticeable around doors and windows, especially during high winds. Poorly fitted weather-stripping shall be adjusted or replaced. It may be necessary for the Buyer to have storm doors and windows installed to provide satisfactory solutions in high wind areas.

**Responsibility**     Builder will adjust or correct poorly fitted doors, windows and poorly fitted weather-stripping.

---

## 7. Finishes

## A. Gypsum Wallboard

**1) Possible Defect**     Defects which appear during the Limited Warranty such as nail pops, blisters in tape, or other blemishes.

**Building Standard**     Slight "imperfections" such as nail pops, seam lines and cracks not exceeding 1/8 inch in width are common in gypsum wallboard installations and are considered acceptable.

**Responsibility**     Builder will repair only cracks exceeding 1/8 inch in width, one time only, during the Limited Warranty Period. (See 7.E., "Painting)

## B. Ceramic Tile

**1) Possible Defect**     Ceramic tile cracks or becomes loose during the Limited Warranty Period.

**Building Standard**     Ceramic tile shall not crack or become loose.

**Responsibility**     Builder will replace cracked tiles and re-secure loose tiles unless the defects were caused by the Buyer's actions or negligence. Builder will not be responsible for discontinued patterns or color variations in ceramic tile.

2) **Possible Defect**    Cracks appear in grouting of ceramic tile joints or at junctions with other materials such as a bathtub.

**Building Standard**    Cracks in grouting of ceramic tile joints are commonly due to normal shrinkage conditions.

**Responsibility**    Builder will repair grouting if necessary one time only, during the Limited Warranty Period. Builder will not be responsible for color variations or discontinued colored grout. Re-grouting of these cracks is a maintenance responsibility of the Buyer within the life of the Home.

**C. Finished Wood Flooring**
1) **Possible Defect**    Cracks developing between floor boards during the Limited Warranty.

**Building Standard**    Cracks in excess of 1/8 inch in width shall be corrected.

**Responsibility**    Builder will repair cracks in excess of 1/8 inch by filling or replacing, at Builder's option.

**D. Resilient Flooring**
1) **Possible Defect**    Nail pops appear on the surface of resilient flooring during the Limited Warranty Period.

**Building Standard**    Readily apparent nail pops shall be repaired.

**Responsibility**    Builder will correct nail pops which have broken the surface. Builder will repair or replace, at its sole option, resilient floor covering in the affected area with similar material. Builder will not be responsible for discontinued patterns or color variations in the floor covering.

2) **Possible Defect**    Depression or ridges appear in the resilient flooring due to subtle irregularities during the Limited Warranty Period.

**Building Standard**    Readily apparent depressions or ridges exceeding 1/8 inch shall be repaired. The ridge or depression measurement is taken as the gap created at one end of a six inch straightedge placed over the depression or ridge with three inches of the straightedge on one side of the defect, held tightly to the floor.

**Responsibility**    Builder will take corrective action as necessary, to bring the defect within acceptable tolerance so that the affected area is not readily visible. Builder will not be responsible for discontinued patterns or color variations in floor covering.

3) **Possible Defect**    Resilient flooring loses adhesion during the Limited Warranty.

**Building Standard**    Resilient flooring shall not lift during the Limited Warranty.

**Responsibility**    Builder will repair or replace, at its sole option, the affected resilient flooring as required. Builder will not be responsible for discontinued patterns or color variation of floor covering, or for problems caused by Buyer neglect or abuse.

| | |
|---|---|
| 4) **Possible Defect** | Seams or shrinkage gaps at resilient flooring joints during the Limited Warranty. |
| **Building Standard** | Gaps shall not exceed 1/16 inch in width in resilient floor covering joints. Where dissimilar materials abut, a gap not to exceed 1/8 inch is acceptable. |
| **Responsibility** | Builder will repair or replace, at its sole option, the affected resilient flooring as required.  Builder will not be responsible for discontinued patterns or color variations of floor covering, or for problems caused by Buyer neglect or abuse. |

**E. Painting**

| | |
|---|---|
| 1) **Possible Defect** | Exterior paint or stain peels, deteriorates or fades during the Limited Warranty Period. |
| **Building Standard** | Exterior paint or stains should not fail during the Warranty period.  However, fading is normal and the degree is dependent on climatic conditions. |
| **Responsible** | If paint or stain is defective, Builder will properly prepare and refinish affected areas, matching color as close as possible.  Where finish deterioration affects the majority of the wall area, the whole area will be refinished. |
| 2) **Possible Defect** | Painting required as corollary repair because of other work. |
| **Building Standard** | Repairs required under this Limited Warranty shall be finished to match surrounding areas as closely as practicable. |
| **Responsibility** | Builder will finish repair work as indicated. |
| 3) **Possible Defect** | Deterioration of varnish or lacquer finishes. |
| **Building Standard** | Natural finishes on interior woodwork shall not deteriorate during the Limited Warranty Period.  However, varnish type finishes used on the exterior will deteriorate rapidly and are not covered by the Limited Warranty. |
| **Responsibility** | Builder will retouch affected areas of natural finish interior woodwork, matching the color as clearly as possible. |
| 4) **Possible Defect** | Mildew or fungus on painted surfaces. |
| **Building Standard** | Mildew or fungus will form on a painted surface if the structure is subject to abnormal exposures (i.e., rainfall, ocean, lake, or river front). |
| **Responsibility** | Mildew or fungus formation is a condition that Builder cannot control and is a Buyer maintenance item unless it is a result of noncompliance with other sections of the Building Standard. |

**F. Wall Covering**

    **1) Possible Defect**    Peeling of wall covering during the Limited Warranty.

    **Building Standard**    Peeling of wall covering shall not occur.

    **Responsibility**    Builder will repair or replace defective wall covering applications.

    **2) Possible Defect**    Edge mismatching in pattern of wall covering.

    **Building Standard**    None.

    **Responsibility**    None.

**G. Carpeting**

    **1) Possible Defect**    Open carpet seams during the Limited Warranty.

    **Building Standard**    Carpet seams will show.  However, no visible gap is acceptable.

    **Responsibility**    Builder will correct.

    **2) Possible Defect**    Carpeting becomes loose, seams separate or stretching occurs during the Limited Warranty Period.

    **Building Standard**    Wall to wall carpeting, installed as the primary floor covering, when stretched and secured properly shall not come up, become loose, or separate from its point of attachment.

    **Responsibility**    Builder will re-stretch or re-secure carpeting as needed, if original installation was performed by Builder.

    **3) Possible Defect**    Spots on carpet, minor fading, not indicated on the preoccupancy inspection,

    **Building Standard**    Exposure to light may cause spots on carpet and/or minor fading.

    **Responsibility**    None.

**H. Special Coatings**

    **1) Possible Defect**    Cracks in exterior stucco wall surfaces.

    **Building Standard**    Cracks are not unusual in exterior stucco wall surfaces.  Cracks greater than 1/8 inch in width shall be repaired.

    **Responsibility**    Builder will repair cracks exceeding 1/8 inch in width, one time only, during the Limited Warranty Period.

**8. Specialties**

**A. Louvers and Vents**

    **1) Possible Defect**    Inadequate ventilation of attics.

    **Building Standard**    Attic spaces shall be ventilated as required by the approved building code.

    **Responsibility**    Builder shall provide for adequate ventilation.  Builder will not be responsible for alterations to the original system.

## B. Fireplaces

**1) Possible Defect**   Fireplace or chimney does not draw properly.

**Building Standard**   A properly designed and constructed fireplace and chimney shall function properly. It is normal to expect that high winds can cause temporary negative draft situations. Similar negative draft situations can also be caused by obstructions such as large branches of trees too close to the chimney. Some homes may need to have a window opened slightly to create an effective draft, if they have been insulated and weatherproofed to meet high energy conservation criteria.

**Responsibility**   Builder will determine the cause of malfunction and correct if the problem is one of design or construction of the fireplace.

**2) Possible Defect**   Chimney separates from structure to which it is attached.

**Building Standard**   Newly built fireplaces will often incur slight amounts of separation. Separation shall not exceed 1/2 inch from the main structure in any 10 foot vertical measurement.

**Responsibility**   Builder will determine the cause of separation and correct if standard is not met. Caulking is acceptable.

**3) Possible Defect**   Firebox paint changed by fire.

**Building Standard**   None.

**Responsibility**   None. Heat from fires will alter finish.

**4) Possible Defect**   Cracked firebrick and mortar joints.

**Building Standard**   None.

**Responsibility**   None. Heat and flames from "roaring" fires will cause cracking.

## 9. Equipment

### A. Cabinets

**1) Possible Defect**   Surface cracks, joint delaminations and chips in high pressure laminates on vanity and kitchen cabinet countertops during the Limited Warranty.

**Building Standard**   Countertops fabricated with high pressure laminate covering shall not delaminate.

**Responsibility**   Builder will replace delaminated coverings to meet specified criteria. Builder will not be responsible for chips and cracks noted after the preoccupancy inspection.

**2) Possible Defect**   Kitchen cabinet malfunctions within the Limited Warranty Period.

**Building Standard**   Warpage not to exceed 1/4 inch as measured from face to point of furthermost warpage with door or drawer front in closed position.

**Responsibility**   Builder will correct or replace doors or drawer fronts.

3) **Possible Defect**  Gaps between cabinets, ceilings or walls..

**Building Standard**  Acceptable tolerance 1/4 inch in width.

**Responsibility**  Builder will correct to meet Building Standard.

## 10. Plumbing

### A. Water Supply System

1) **Possible Defect**  Plumbing pipes freeze and burst.

**Building Standard**  Drain, waste and vent, and water pipes shall be adequately protected as required by applicable code, during normal anticipated cold weather, and as defined in accordance with American Society of Heating, Refrigerating and Air Conditioning Engineers ("ASHRAE") design temperatures, to prevent freezing.

**Responsibility**  Builder will correct situations not meeting code. It is the Buyer's responsibility to drain or otherwise protect lines and exterior faucets exposed to freezing temperatures.

2) **Possible Defect**  Water supply system fails to deliver water.

**Building Standard**  All on-site service connections to municipal water main and private water supply shall be builder's responsibility. Private systems shall be designed and installed in accordance with approved building, plumbing and health codes.

**Responsibility**  Builder will repair if failure is result of defective workmanship or materials. If conditions beyond builders control disrupt or eliminate the source of the supply, builder has no responsibility.

### B. Plumbing System

1) **Possible Defect**  Faucet or valve leak during the Limited Warranty.

**Building Standard**  No valve or faucet shall leak due to defects in workmanship and materials.

**Responsibility**  Builder will repair or replace the leaking faucet or valve.

2) **Possible Defect**  Defective plumbing fixtures, appliances or trim fittings during the Limited Warranty Period.

**Building Standard**  Fixtures, appliances or fittings shall comply with their manufacturer's standards.

**Responsibility**  Builder will replace any defective fixture or fitting which does not meet acceptable standards, as defined by the manufacturer.

3) **Possible Defect**  Noisy water pipes during the Limited Warranty.

**Building Standard**  There will be some noise emitting from the water pipe system, due to the flow or water. However, water hammer shall be eliminated.

**Responsibility**  Builder cannot remove all noises due to water flow and pipe expansion. Builder will correct to eliminate "water hammer".

4) **Possible Defect**    Cracking or chipping of porcelain, marble or fiberglass surfaces.

**Building Standard**    Chips and cracks on surfaces of bathtubs and kitchen sinks can occur when surface is hit with a sharp or heavy object.

**Responsibility**    Builder will not be responsible for repairs unless damage is indicated on the preoccupancy inspection or is reported before the closing.

## C. Piping

1) **Possible Defect**    Leakage from any piping during the Limited Warranty Period.

**Building Standard**    No leaks of any kind shall exist in any soil, waste, vent or water pipe. Leaks on the road side of the water meter are the responsibility of the appropriate utility company.  Condensation on piping does not constitute leakage, and is not covered.

**Responsibility**    Builder will make repairs to eliminate leakage.

2) **Possible Defect**    Stopped up sewers, fixtures and drains during the Limited Warranty.

**Building Standard**    Sewers, fixtures and drains shall operate properly.

**Responsibility**    Builder will not be responsible for sewers, fixtures and drains which are clogged through Buyer negligence.  Where defective construction is shown to be the cause, builder will assume the cost of the repair.

3) **Possible Defect**    Refrigerant lines leak during the Limited Warranty.

**Building Standard**    Refrigerant lines shall not develop leaks during normal operation.

**Responsibility**    Builder will repair leaking refrigerant lines and re-charge unit, unless damage was caused by the Buyer.

## 11. Heating and Cooling

### A. Heating

1) **Possible Defect**    Inadequate heating during the Limited Warranty.

**Building Standard**    Heating system shall be capable of producing an inside temperature of 70 degrees F, as measured in the center of each room at a height of 5 feet above the floor, under local outdoor winter design conditions as specified in ASHRAE handbook. Federal, state or local energy codes shall supersede this standard where such codes have been locally adopted.

**Responsibility**    Builder will correct heating system to provide the required temperatures. However, the Buyer shall be responsible for balancing dampers, registers and other minor adjustments.

### B. Refrigeration

1) **Possible Defect**    Inadequate cooling during the Limited Warranty.

**Building Standard**    The cooling system shall be capable of maintaining a temperature of 78 degrees F, as measured in the center of each room at a height of 5 feet above the floor, under local outdoor summer design conditions as specified in ASHRAE handbook.  In the case of outside temperatures exceeding 95 degrees F, a differential of 15 degrees F from the outside temperature will be maintained.  Federal, state, or local energy codes shall supersede this standard where such codes have been locally adopted.

| | |
|---|---|
| Responsibility | Builder will correct cooling system to meet temperature conditions, in accordance with specifications. |

**C. Condensation Lines**

| | |
|---|---|
| 1) Possible Defect | Condensation lines clog up. |
| Building Standard | None. |
| Responsibility | Condensation lines will clog eventually under normal use. This is a Buyer maintenance item. |

## 12. Ventilation

**A. Air Distribution**

| | |
|---|---|
| 1) Possible Defect | Noisy ductwork. |
| Building Standard | When ductwork is heated, it expands and when cooled, it contracts. The result is "ticking" or "cracking" which is generally to be expected. |
| Responsibility | None. |
| 2) Possible Defect | Ductwork separates or becomes unattached during the Limited Warranty. |
| Building Standard | Ductwork shall remain intact and securely fastened. |
| Responsibility | Builder will re-attach and re-secure all separated or unattached ductwork. |

## 13. Electrical

**A. Circuit Breakers**

| | |
|---|---|
| 1) Possible Defect | Circuit breakers (excluding ground fault interrupters) "kick out" during the Limited Warranty. |
| Building Standard | Circuit breakers shall not activate under normal usage. |
| Responsibility | Builder will check wiring circuits for conformity with electrical code requirements. Builder will correct circuitry not conforming to code specifications. |
| 2) Possible Defect | Ground fault interrupter trips frequently. |
| Building Standard | Ground fault interrupters are sensitive devices installed into the electrical system to provide protection against electrical shock. These sensitive devices can be tripped very easily. |
| Responsibility | Builder shall install ground fault interrupter in accordance with approved electrical code. Tripping is to be expected and is not covered, unless due to a construction defect. |

**B. Outlets, Switches, and Fixtures**

    **1) Possible Defect**          Drafts from electrical outlets.

        **Building Standard**        Electrical junction boxes on exterior walls may produce air flow whereby the cold air can be drawn through the outlet into a room. The problem is normal in new home construction.

        **Responsibility**          None.

    **2) Possible Defect**          Malfunction of electrical outlets, switches or fixtures during the Limited Warranty.

        **Building Standard**        All switches, fixtures and outlets shall operate as intended.

        **Responsibility**          Builder will repair or replace defective switches, fixtures and outlets.

**C, Wiring**

    **1) Possible Defect**          Failure of wiring to carry its designated load.

        **Building Standard**        Wiring should be capable of carrying the designed load for normal residential use.

        **Responsibility**          Builder will check wiring for conformity with the approved electrical code requirements. Builder will repair wiring not conforming to code specifications.

\* Builder is not responsible for any mold or mildew on house or paint, this is a non-warranty item due to the weather, rain, heat and humidity and other elements beyond the control of the builder. This is a buyers maintenance item.

\* Builder has no warranty on landscaping (sod or shrubbery). Owner is to have contract with Landscaper. Builder has no responsibility for hay and seed washing away due to heavy rains.

\*\*\***Arbitration** - Builder and owner acknowledge that this agreement necessarily involves interstate commerce by virtue of the materials and components contained in the dwelling and each of the undersigned hereby agrees to arbitrate any and all disputes arising under this agreement and to be bound by the decision of the arbitrator, which shall be conducted pursuant to the Construction Industry Rules of the American Arbitration Association.

\* The Buyer hereby acknowledges that the buyer has read, understood and accepted these Building Quality Standards.


_Jessica Sutherland_
Buyer

_Chad Wade Sutherland_
Buyer