











Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Debra Frazier
Address of Affected Property: 10231 Cashewood Drive, New Orleans, LA 70127

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental

Name of Person Completing this Form: Debra Frazier

Is above your primary residence? ☒ Yes ☐ No

Mailing Address (if different): 1820 Benefit Street, New Orleans, LA 70122

Phone: (504) 495-1656

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

Represented By: Frank J. D'Amico Jr.
Address: Reich + Binstock, LLP, 622 Baronne Street, New Orleans, LA 70113
Phone: (504) 525-7272
Case No. /Docket Info: 10-361

### Section II. Insurance Information

Homeowner/ Renter Insurer: United Fire and Indemnity Co.
Policy #: 80808045
Agent: Fred Rohrbacker
Address: P.O. Box 739, Cedar Rapids, OH 52407-3909
111 Veterans Blvd Ste 802, Metairie, LA 70005
Phone: (504) 832-4161

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries? | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Debra Frazier | 2/2001 | present | M / F | 2/15/57 | Yes / No | owner-occupant |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

FrazierD00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes ☐ No
1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Project Time + Cost Forensic Consulting Services, P.A.
1.2. When did the inspection take place? 9/17/2009
2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes ☐ No
2.1. If "Yes" to Question 2.0, Section IV. Who made this determination? Timothy J. Moore
2.2. When was this determination made? 10/19/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Co. Ltd. | "Made in China" | Attic + Closet of 1st bedroom of home |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,344 sq ft | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | |
| Height of Interior Walls | 8 ft | Year-round | ☒ | |
| Number of Bedrooms: | 3 | Summer | ☒ | |
| Number of Bathrooms: | 2 | Winter | ☒ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | | | ☒ |
| Other Fixtures | | ☒ | |
| Were repairs made to the plumbing system? | | No | |
| Dates: N/A | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | | | |
| 2nd Panel | | | ☒ |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: / /       Completion Date: / /
Move in Date: / /     Date Acquired Home: / /

Date Range for Renovations: (Month/Day/Year)
Start Date: 11/1/2007   Completion Date: 12/1/2008
Move in Date: 1/1/2009

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☒ | | |
| First Floor: Full Wall of drywall replaced | ☒ | | |
| Second Floor: Any drywall replaced | | | ☒ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: Not a new construction
Address:
Phone: (   )   -
+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: Joseph Jones
Address:
Phone: (504) 813-9109

### Section X. Drywall Supplier

Drywall Supplier's Name: Home Depot / Lowes
Address: 1230 I-10 Service Rd / 2001 Elysian Fields Ave.
New Orleans, LA 70128 / New Orleans, LA 70117
Phone: (504) 246-4572 / (504) 948-8568

FrazierD00002

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Debra M. Frazier_    12/1/09

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

FrazierD00003

| | | |
|---|---|---|
| **LAFAYETTE INSURANCE COMPANY**<br>118 SECOND AVE SE<br>PO BOX 73909<br>CEDAR RAPIDS IA 52407-3909 | 0210 | **INSUREDS COPY**<br>ACCOUNT NUMBER: 178097<br>POLICY NUMBER: 80808045<br>**HOMEOWNERS DECLARATION** |

POLICY WILL BE BILLED TO THE INSURED

| ISSUE DATE | 01/14/2009 | REPLACEMENT OF | 80808045 | V | RENEWAL |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | DEBRA ANN FRAZIER<br>1820 BENEFIT ST<br>NEW ORLEANS LA 70122 | AGENCY & CODE 570175<br>STONE INSURANCE INC<br>PO BOX 1710<br>MANDEVILLE LA 70470-1710 |

POLICY PERIOD: 12:01 A.M. Standard time At The Residence Premises    FROM: 02/23/2009    TO: 02/23/2010
And for successive policy periods as stated below.

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions. If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period, subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will terminate after any statutorily required notices are mailed to you. An insufficient funds check is not considered payment.

| COVERAGE | DESCRIBED LOCATION AND COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---:|---:|
| | DESCRIBED LOCATION:<br>10231 CASTLEWOOD DRIVE<br>NEW ORLEANS LA 70127<br><br>PRIMARY, 1 FAMILY, 1-STORY,<br>YEAR OF CONSTRUCTION 1970, FRAME,<br>PROTECTION CLASS 2, TERRITORY 036, WITHIN CITY LIMITS<br>BCEG 99 | | |
| A | DWELLING | 104,000 | 1,481 |
| B | OTHER STRUCTURES | 10,400 | INCL |
| C | PERSONAL PROPERTY | 52,000 | INCL |
| D | LOSS OF USE | 20,800 | INCL |
| E | PERSONAL LIABILITY - EACH OCCURRENCE | 100,000 | INCL |
| F | MEDICAL PAYMENTS - EACH PERSON | 1,000 | INCL |
| | FORMS<br><br>HO0003   0491 SPECIAL FORM<br>HO0117   0208 LA-SPECIAL PROVISIONS<br>HO0342   0704 LIMITED FUNGI,WET OR DRY ROT<br>HO0353   0805 SPECIAL HURRICANE DED-LOUISIANA<br>HO0416   0491 PREMISES ALARM OR FIRE PROTECTION<br>                LOCAL SMOKE ALARM<br>HO0496   0491 HOME DAY CARE BUSINESS-NO LIABILITY<br>                COVERAGE/LIMITED PROPERTY COVERAGE | | -17 |

DEDUCTIBLE - SECTION I $ 1000
Except 2% of coverage A for Hurricane

In case of a loss under Section I, we cover only that part of the loss over the deductible stated.

This Declarations Page supersedes and replaces any preceding declarations page bearing the same policy number for this policy period.    X _____
(COUNTERSIGNED BY AUTHORIZED REPRESENTATIVE)

HO 70 01 10 96

FrazierD00004

*07014360*

ACCOUNT NUMBER: 178097
POLICY NUMBER: 80808045

## SUPPLEMENTAL HOMEOWNERS DECLARATIONS

| COVERAGE | DESCRIBED LOCATION AND COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|---|
| HO0498 | 0491 REFRIGERATED PROPERTY COVERAGE | | 10 |
| HO7003 | 0491 AUTOMATIC VALUATION ADJUSTMENT | | |
| IL7009 | 0491 PUNITIVE OR EXEMPLARY DAMAGES EXCL | | |
| | LOSS FREE DISCOUNT | | -221.00 |
| | HURRICANE REINSURANCE ASSESSMENT 2007 LA FP EMG ASSM - 5.0% | | 63.00 |
| | TOTAL PREMIUM | | 1,316.00 |

HO 70 47 10 96

*08014370*

FrazierD00005

| | | | |
|---|---|---|---|
| LAFAYETTE INSURANCE COMPANY | | 0210 | INSUREDS COPY |
| 118 SECOND AVE SE | | ACCOUNT NUMBER | 178097 |
| PO BOX 73909 | | POLICY NUMBER | 80808045 |
| CEDAR RAPIDS IA 52407-3909 | | **HOMEOWNERS DECLARATION** | |

POLICY WILL BE BILLED TO THE INSURED

| ISSUE DATE | 01/14/2009 | REPLACEMENT OF | 80808045 | V | RENEWAL |
|---|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | DEBRA ANN FRAZIER 1820 BENEFIT ST NEW ORLEANS LA 70122 | | AGENCY & CODE 570175 STONE INSURANCE INC PO BOX 1710 MANDEVILLE LA 70470-1710 | | |
| POLICY PERIOD | 12:01 A.M. Standard time At The Residence Premises | FROM: 02/23/2009 | TO: 02/23/2010 | | |

And for successive policy periods as stated below.

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions. If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period, subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will terminate after any statutorily required notices are mailed to you. An insufficient funds check is not considered payment.

| COVERAGE | DESCRIBED LOCATION AND COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|---|
| | DESCRIBED LOCATION: 10231 CASTLEWOOD DRIVE NEW ORLEANS LA 70127 PRIMARY, 1 FAMILY, 1-STORY, YEAR OF CONSTRUCTION 1970, FRAME, PROTECTION CLASS 2, TERRITORY 036, WITHIN CITY LIMITS BCEG 99 | | |
| A | DWELLING | 104,000 | 1,481 |
| B | OTHER STRUCTURES | 10,400 | INCL |
| C | PERSONAL PROPERTY | 52,000 | INCL |
| D | LOSS OF USE | 20,800 | INCL |
| E | PERSONAL LIABILITY - EACH OCCURRENCE | 100,000 | INCL |
| F | MEDICAL PAYMENTS - EACH PERSON | 1,000 | INCL |
| | FORMS HO0003   0491 SPECIAL FORM HO0117   0208 LA-SPECIAL PROVISIONS HO0342   0704 LIMITED FUNGI, WET OR DRY ROT HO0353   0805 SPECIAL HURRICANE DED-LOUISIANA HO0416   0491 PREMISES ALARM OR FIRE PROTECTION            LOCAL SMOKE ALARM HO0496   0491 HOME DAY CARE BUSINESS-NO LIABILITY            COVERAGE/LIMITED PROPERTY COVERAGE | | -17 |

DEDUCTIBLE - SECTION I $ 1000
Except 2% of coverage A for Hurricane

In case of a loss under Section I, we cover only that part of the loss over the deductible stated.

This Declarations Page supersedes and replaces any preceding declarations page bearing the same policy number for this policy period.

X _____
(COUNTERSIGNED BY AUTHORIZED REPRESENTATIVE)

HO 70 01 10 96

*07014360*



FrazierD00006

| | ACCOUNT NUMBER: | 178097 |
|---|---|---|
| | POLICY NUMBER: | 80808045 |

## SUPPLEMENTAL HOMEOWNERS DECLARATION

| COVERAGE | DESCRIBED LOCATION AND COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|---|
| HO0498 | 0491 REFRIGERATED PROPERTY COVERAGE | | 10 |
| HO7003 | 0491 AUTOMATIC VALUATION ADJUSTMENT | | |
| IL7009 | 0491 PUNITIVE OR EXEMPLARY DAMAGES EXCL | | |
| | LOSS FREE DISCOUNT | | -221.00 |
| | HURRICANE REINSURANCE ASSESSMENT 2007 LA FP EMG ASSM - 5.0% | | 63.00 |
| | TOTAL PREMIUM | | 1,316.00 |

HO 70 47 10 96

*08014370*

FrazierD00007

FrazierD00008

## FCRA INSURANCE SCORING NOTICE

0137 Number of Retail Accounts

0134 Number of Department Store Accounts

0907 Lack of Reported Information on Oil Company Accounts

0149 Number of Personal Finance Accounts

Reference Number 81024434003184

*09014380*

## Job Site & Customer Information

Repair Location: 10231 Castlewood Dr.
New Orleans, LA. 70127

Cause & Date of Damage: Katrina. 9/29/05

Type of Damage: Water & Wind

Cost of Repairs: $65,000 ºº  *tax included
1st $30,000 up Front  2nd $20,000.⁵⁰ $15,000 After sheetrock hung  3rd $15,000.⁰⁰ Completion.

Customer(s): Ms. Debra Frazier

Home Address (if different):

Contact Number(s): (504) 495-1656
wk. (504) 821-4225

*Comments: To remove old roof and replace with new 30 year shingles. To install new window in front of house. To remove sheetrock and nails from int. of house. Will bleach int. of house and clean it. Will install insulation hang sheetrock hang tape float and finish. Will prime + paint interior of house. Will install ceramic Tile + Carpet to 3 Bedrooms. Will install kitchen cabinets all wood. Will install Laminate Countertop in kitchen + Bathrooms. Also will install new ext + int. Door. Will install all trim in house. Will install central Air + Heat in house. Will repair all plumbing in house.

Thank you.

Note: Contractor will by All Material.
✻ Will repair Termite Damage.
✻ Will also install Carpet in Den
✓ Change to Ceramic

FrazierD00009

Ref# 504-236-0458 - ms Jazell Sutton ✓
504-610-0514 - ms. Tasha ✓
602-451-0474 - ms Pam ✓

## Customer Acknowledgement

In signing below I acknowledge this contract between both myself and Joe's Painting and Repair to perform the work indicated in the repair estimate. I also acknowledge that I have read over the repair estimate and this contract and agree to all terms.

Customer Signature _____Debra A Frazier_____

Date  10/4/07

_____Joseph L. Jones_____
Joseph L. Jones (Owner)

10/2/07
Date

*Thanks For Your Business!*
Joe's Painting & Repair

FrazierD00010

# Joe's Painting

## Hold Harmless Form

Effective this __2__ day of __Oct__, 200__7__, to the Right-of-Entry to __10231 Castlewood Dr__, New Orleans, LA 70__127__. Mr. Joseph Jones agrees that he will not hold harmless Mr./<u>Mrs.</u>/Miss __Debra Frazier__ for himself and/or his employees for any claim of injury of any type whatsoever at the above property.

_Joseph T. Jones_ D.B.A. Joe's Painting
Owner Signature

_Joseph L. Jones_
Joseph Jones

_Debra A. Frazier_
Owner Signature

_[signature]_
Witness

FrazierD00011