# EXHIBIT "C"

# REQUEST FOR EXCLUSION

TO:
**Lowe's Drywall Exclusions**
**P.O. Box 869066**
**Plano, Texas 75086-9066**

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers,*

*Inc.*, Case NO. SU10-CV-2267B.


James Gordon Gillman
(Full Name – Please Print Clearly)

6435 Dallas Ave
(Address)

Pensocola Fl. 32526
(City, State, Zip Code)

*James Gordon Gillman*
(Signature)

11 / 3 / 10
(Date)


Must be mailed before: **November 9, 2010**

# Barksdale & Associates, Inc.

## Drywall Assessment Report

**Owner Name:** James Gillman

**Inspection Date:** 11-4-09  **Inspector(s):** John Barksdale / Jann Overton

### Owner Contact Information

**Name:** James Gillman

**Mailing Address:** 6435 Dallas Ave.

**City, State, Zip Code:** Pensacola, FL. 32526

**Home Phone:** N/A     **Work/Cell Phone:** 232-2193

**Email Address:** _____

**Owner/Representative Present During Inspection (Name):** James Gillman

### Property Information

**Type:** Residential     **Address:** 6435 Dallas Ave.

**City, State, Zip Code:** Pensacola, FL 32526

**Date Structure Built or Restored:** 2005-06  **If Restored, Full or Partial:** N/A

**Circumstances of Restoration:** N/A

**General Contractor's Name & Phone #:** Corti Construction

**HVAC Contractor's Name & Phone #:** _____

**Electrician's Name & Phone #:** _____

**Plumber's Name & Phone #:** _____

**Approximate Square Footage of House:** 1400     **Number of Floor Levels:** 1

**Interior Wall Height:** 8'   **No. of Bedrooms:** 3   **No. of Bathrooms:** 2.0

**Type HVAC Unit:** Electric heat pump cool & heat     **Make:** Goodman

**Compressor Location:** West outside   **Air Handler Location:** Hallway

**Type of Electrical Wiring:** Copper     **Circuit Breaker Location:** Garage

**Hot Water Heater Location:** Garage     **Plumbing Type** PVC/Copper/Other

**House Occupied:** Yes / No   **Year-round:** ✓   **Summer:** _____   **Winter:** _____

### Air Quality Parameters Measured During Inspection

**Time:** 1233 **Location:** Outside       **Temperature** 76.4 °F.  **Relative Humidity** 43.6 %

**Time:** 1217 **Location:** Breakfast Rm.  **Temperature** 82.3 °F.  **Relative Humidity** 42.0 %

**Time:** 1226 **Location:** Master bedroom **Temperature** 76.7 °F.  **Relative Humidity** 48.5 %

**Time:** _____ **Location:** _____  **Temperature** _____ °F.  **Relative Humidity** _____ %

 **Barksdale & Associates, Inc.**    **Drywall Assessment Report**

**Owner Name:** *James Gillman*

## Diagram of House/Structure Floor Plan (Show North Arrow)

**Key:** BR = Bedroom; BT = Bathroom; KT = Kitchen; LR = Living Room; DR = Dining Room; AH = Air Handler; LA = Laundry Room; GA = Garage; CB = Circuit Breaker; WH = Hot Water Heater; E = Electric Receptacle or Switch Box Inspected; (E+ = Corrosion Observed E- = No Corrosion Observed); DWI = Drywall Inspection Hole Location; DWS = Drywall Sample Location.  (Add Additional Pages If Needed)

*see attached diagram*

11/4/2009

Escambia County Property Appraiser
041064640





**Barksdale & Associates, Inc.**   **Drywall Assessment Report**

**Owner Name:** _James Gillman_

### Conditions Assessment

Conditions specified for the "Case Definition (03-31-09) for Premature Corrosion in Residences Possibly Associated with the Presence of Imported Drywall from China", as published by the Florida Department of Health (FDOH). Homes constructed after 2003 (2004 to present) must meet two or more conditions; and those built prior to 2004 must meet three or more of the following conditions:

**1) Presence of sulfur-like or other unusual odors.** Yes _✓_ No ____

Describe/Locations/Odor Intensity (Scale 1 to 10):

_Moderate (scale 5) sulfur odor throughout house_

**2) Observed presence of Chinese manufactured drywall in the home (e.g., product stamps of "China", "Knauf", "Tianjen", etc).** Yes _✓_ No ____

Describe/Locations: _"Made In China ..." observed on drywall in middle bedroom, east wall near floor. Ceiling drywall in attic marked "450 04/15/07 R. Edwards 03:58 B"; this is believed to be made in U.S._

**3) Observed copper corrosion, indicated by black, sooty coating of un-insulated copper pipe leading to the air handling unit present in the garage or (mechanical closet) of home.** Yes _✓_ No ____

Describe/Locations: _Black corrosion of freon line in mechanical closet_

**4) Documented failure of air conditioner evaporator coil (located inside the air handling unit).** Yes _✓_ No ____

Describe/Conditions: _Owner reported he has replaced coils three times since 2007, last time was in June 2009._



**Barksdale & Associates, Inc.** **Drywall Assessment Report**

**Owner Name:** _James Gillman_

**5) Confirmation by an outside expert or professional for the presence of premature copper corrosion on un-insulated copper wires and/or air conditioner evaporator coils (inside the air handling unit). Yes** ✓ **No** ____

Corroded Copper **Ground Wires in Circuit Breaker Panel**: Yes ✓ No ____

Describe/Locations: _____

Corroded Stripped Ends of **Current Wires in Circuit Breaker Panel**: Yes ✓ No ____

Describe/Locations: _____

Corroded Copper **Ground Wires In Receptacle and/or Switch Boxes**: Yes ✓ No ____

Corroded Stripped Ends of Copper **Current Wires In Receptacle and/or Switch Boxes**: Yes ✓

No __

Number of Boxes Inspected: _19_   Number of Boxes With Ground or Current Wire Corrosion: _19_

Describe/Locations: _(See floor plan map)_ _____

_____

_____

_____

_____

Corroded **Copper Coils In Air Handler**: Freon Line Yes ✓ No ____ Describe _Black_____

"U" Tube Lines Yes ✓ No ____ Describe _____ "

Freon Suction Line Yes ✓ No ____ Describe _____ "

Other Copper Lines Yes ✓ No ____ Describe _____ "

Describe/Locations: _____ "

**Other Corrosion or Problems Observed**

Hot Water Heater Copper Pipes: Yes ____ No ✓ Describe/Locations: Cold ____ Hot ____

Corroded Brass Fittings Yes ____ No ✓ Describe/Locations: _____

_____

_____

Corroded Other Plumbing: Yes ____ No ✓ Describe/Locations: _____

_____

Refrigerator Compressor Copper Tubing: Yes ____ No ____ Describe: _____ _Not inspected_

Refrigerator Heat Exchange Copper Coil Tubing: Yes ____ No ____ Describe: _____ "

Refrigerator Copper Water Line to Icemaker: Yes ____ No ____ Describe/Locations: _Is plastic_

**Barksdale & Associates, Inc.**     **Drywall Assessment Report**

**Owner Name:** _James Gillman_

Other HVAC Components: Stripped Ends of Copper Current Wires in Air Handler Yes ✓ No ____
Describe/Locations: _____

Tarnished/Stained Mirrors: Yes ✓  No ____  Describe/Locations: _In master bathroom_

Tarnished Silver/Jewelry: Yes ____  No ✓  Describe/Locations: _____

Other Corrosion or Problems (Light fixtures, metallic hardware, other fixtures): Yes ____  No ✓
Describe/Locations: _____

### Notes or Other Comments

_Owner reported that drywall was purchased by builder from Lowes in Pensacola (either Fairfield Drive or Mobile Highway Store)._

**Does House/Structure Meets FDOH Case Definition Conditions?:  Yes ✓  No ____**
Reasons: _5_ of 5 Conditions Observed.  Other Reasons: _____

### Recommendations

### Samples Collected

**Drywall** (One per each distinct product mark) : Yes ✓  No ____  Describe/Locations: (See floor plan map) _1) Drywall from east wall in middle bedroom, near floor; 2) drywall from ceiling in garage near attic access (probable U.S. made)._ _"made in China"_

**Barksdale & Associates, Inc.**    **Drywall Assessment Report**

Owner Name: _James Gillman_

---

**Drywall Cuts Patched?:** Yes _____  No ✓

  Holes Covered With Polyethylene and/or Tape? Yes ✓  No _____. Describe: _____

**Air Samples:** Yes _____  No ✓  Describe/Locations: _____

**Other Samples:** Yes ✓  No _____  Describe/Locations: _Alchohol swab of_
_Copper freon line in HVAC closet._

---

**HVAC System Operating During Inspection?** Yes ✓  No _____  Heat _____  Cool ✓

**Tapwater Taste/Odor Test:** Sulfur Taste/Odor Present?  Yes _____  No ✓

**Sulfur Odor In Outside Air?** Yes _____  No ✓

**Inspection Photograph Numbers:** _7514_  to _7566_ .

**Inspection Start Time:** _1208_  End Time _1415_   Travel Time (Hours) _35 minutes_

**Vehicle Mileage:** _15_  miles

**Inspector Signature:** _John Barksdale_    Date _11-4-09_

MADE IN CHINA MEET OR EXCEEDS

MADE IN CHINA MEET OR EXCEEDS





Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.   To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | JAMES GILLMAN C/O CAROLYN HOUK |
| Address of Affected Property | 6435 Dallas Ave. |
| | Pensacola, FL 32526 |

City:            State:            Zip:

Is this Property:*    Residential [✓]    Commercial [ ]    Governmental [ ]

Name of Person Completing this Form

Is above your primary residence?        Yes [✓] No [ ]

Mailing Address (if different)

City:            State:            Zip:

Phone:        (850)232-2193

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:   [✓]    Owner-Occupant        Owner Only        Renter-Occupant

| | |
|---|---|
| Represented By: | LEVIN, PAPANTONIO, ET AL. |
| Address: | 316 S. BAYLEN STREET; STE. 600 |
| | PENSACOLA, FL 32502 |

City:            State:            Zip:

Phone:        850-435-7000

Case No. /Docket Info:        2:11-cv-00080(E.D. La.) (VII)

### Section II. Insurance Information

Homeowner/ Renter Insurer:        None Available

Policy #:

Agent:

Address:

City:            State:            Zip:

Phone:

**+ Attach Copy of  Insurance Declaration Page**

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| James Gillman | 12-31-07 | | M [✓] F [ ] | 9-11-66 | Yes [✓] No [ ] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Gilman, J 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    James Barksdale

   1.2. When did the inspection take place?    `11-4-09`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☐ No ☐

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Barksdale & Associates

   2.2. When was this determination made?    `11-4-09`

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan | Made in China Meets or Exceeds | Middle bedroom, east wall near floor |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

   1.2. When was notice sent?

   + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

   2.2. When was the request made?

   + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

   3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

     3.1.a. If "Yes" to Question 3.1. Section V. When was the offer made?

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was/is the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☑ No ☐

     3.2.e. Who possesses the samples?    Barksdale & Associates

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?    Conti Construction

   1.2. When was notice sent?    `10-22-09`

   + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

   2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

   4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

   5.2. What repairs were performed?

   5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

| Section VII. Home Information | | | | |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1400 | | Yes | No |
| Estimated Sq. Ft. of Drywall | 11200 | Occupied | ✓ | |
| Height of Interior Walls | 8 Feet | Year-round | ✓ | |
| Number of Bedrooms | 3 | Summer | | |
| Number of Bathrooms | 2 | Winter | | |

| Plumbing System | | | |
|---|---|---|---|
| | Blackening or Corrosion? | | |
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ✓ | | |
| Copper Piping | ✓ | | |
| Copper Fixtures | | ✓ | |
| Other Fixtures | | ✓ | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

| Electrical System | | | |
|---|---|---|---|
| | Blackening or Corrosion? | | |
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

| Section VIII. Construction/Renovation Information | | | |
|---|---|---|---|
| Date Range for New Home Construction: (Month/Day/Year) | | | |
| Start Date: | Unknown | Completion Date | 12/2007 |
| Move In Date: | 12/2007 | Date Acquired Home | 12/2007 |
| Date Range for Renovations: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
Conti Construction
Address:        5317 Bellview Ave.
Pensacola, FL 32526
City:        State:        Zip:
Phone:        850-944-5227

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name:
N/A
Address:
City:        State:        Zip:
Phone:

**Section XI. Drywall Supplier**

Drywall Supplier's Name:
Lowes Home Centers, Inc.
Address:        1605 Curtis Bridge Road
Wilkesboro, NC 28697
City:        State:        Zip:
Phone:        336-838-1500

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _James Nardin Gilliams_ | _2/14/11_ | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Gilman, J 0003

## ATTACHMENT TO PLAINTIFF PROFILE FORM - RESIDENTIAL PROPERTIES

This form asks about corrosion in electrical and plumbing systems in the home. Plaintiffs have answered "No" to some of these items. Plaintiffs state that they are not presently aware of these types of corrosion. However, they are unable to definitively state that such corrosion cannot be found in their home because they have not inspected every inch of the wiring and plumbing in their home. Moreover, Plaintiffs believe that the corrosion is an ongoing process, such that areas which are not presently corroded may corrode in the future. For these reasons, Plaintiffs reserve the right to change any "No" answer to "Yes" upon further inspection.



**Florida Farm Bureau General Insurance Company**
5700 S.W. 34th Street   Gainesville, Florida 32608-5300

**FARM BUREAU INSURANCE**

# POLICY DECLARATION
## RENEWAL
### AND NOTICE OF RENEWAL PREMIUM

**Policy Number:** 8608724           **Policy Type:** HOMEOWNERS POLICY
**Policy Period:** From: 03/15/2011    To: 03/15/2012
(12:01 a.m. Standard time at location of the residence premises)

FORMS AND ENDORSEMENTS:

```
BJP1776(3-SP)-X(ED.04 91)(REV.12-00)- POLICY JACKET - FORM 3 - SPECIAL FORM
FHO-21 (ED. 04/02) - NOTICE TO THE INSUREDS - AIRBOATS
FHO 01 09 04 09 - AMENDATORY ENDORSEMENT
FHO 01 09A 01 10 - CANCELLATION AND NONRENEWAL PROVISIONS - FLORIDA
FHO 16 10 01 09 - AMENDATORY ENDORSEMENT - WATER EXCLUSION
FHO-15 (REV. 12/00) - ADJUSTED BUILDING COST
FHO 04 90 04 91 - PERSONAL PROPERTY REPLACEMENT COST
FHO 03 55A 05 05 - CALENDAR YEAR HURRICANE DEDUCTIBLE (PERCENTAGE) WITH
    SUPPLEMENTAL RECORD KEEPING REQUIREMENT - FLORIDA
    (ALL FORMS EXCEPT HO 0004 AND HO 0006)
FHO 04 32 (04/02) - LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
HO 04 41 04 91 - ADDITIONAL INSURED (RES. PREMISES)
FHO-22 (06/06) - HURRICANE EXCLUSION - SCREENED ENCLOSURES
```

INFORMATIONAL NOTICES (not part of policy):

```
IL HURNOT-02 (01/06) - YOUR HURRICANE DEDUCTIBLE NOTICE
93-7-4366 (REV.10/05) - NOTICE OF IMPORTANT COVERAGE CHANGES
93-7-4235 (REV. 01/06) - OUTLINE OF COVERAGE
93-7-4396 (REV. 05/02) - A JOINT PRIVACY NOTICE
93-7-4414 (01/06) - ADVISORY NOTICE TO POLICYHOLDERS
OIR-B1-1655 (REV. 02/10) NOTICE OF PREMIUM DISCOUNTS FOR
    HURRICANE LOSS MITIGATION
OIR-B1-1670 (1-1-06) - CHECKLIST OF COVERAGE
```

RESIDENCE PREMISES is located at:
6435 DALLAS AVE PENSACOLA FL 032526, Section 039, Township 01S, Range 30W,
BELLVIEW FD, ESCAMBIA County, but is limited to those grounds immediately
extending 0150 feet from any exterior wall of the dwelling. Built in 2007,
frame with aluminum siding construction, primary residence, dwelling is
over 1000 feet from hydrant.

***    continued on back    ***

Refer inquires to: *[signature] Herron*

Change Effective: 03/15/2011
Process Date: 01/12/2011    Agent: JOHN L HERRON
FFB-DEC-01 (Ed. 08/05)      Molino Office: (850) 587-2135

06403

Gilman, J 0005

Page:  4  of  4

### Florida Farm Bureau General Insurance Company
5700 S.W. 34th Street   Gainesville, Florida 32608-5300

## POLICY DECLARATION



COVERAGE / LIMITS:

Section I Coverage:

| | Limit of Liability |
|---|---|
| A. Dwelling | $110,100 |
| B. Other Structures | $11,010 |
| C. Personal Property | $55,050 |
| D. Loss of Use | $22,020 |

Ordinance or Law Coverage Rejected

Section II Coverage:

| | Limit of Liability | |
|---|---|---|
| E. Personal Liability | $100,000 | |
| | Each Occurrence | |
| F. Medical Payments | $5,000 | |
| | Each Person | |

Section I Loss Deductibles: 2% Calendar Year Hurricane= $2,202; Other Perils=$1000 .

TOTAL POLICY PREMIUM:                                                          $833.00
     Your total policy premium includes
     the following hurricane premium -      $178.00

     Your policy premium has changed by    $152.00. Of this amount,
          .00 is due to a change in coverage and    $152.00 is due to
     a rate change approved by the Florida Office of Insurance Regulation
     and/or other changes initiated by you or us.  (Does not include
     premium changes to Country Squire or other Misc. endorsements.)

State of Florida Emergency Management Fee:                                     $2.00

FL Hurricane Catastrophe Fund Emergency Assessment                            $10.83
Citizens Property Insurance Corporation Emergency Assessment                  $12.00
Florida Insurance Guaranty Association Recoupment Surcharge 2007-3             $.00
Florida Insurance Guaranty Association Recoupment Surcharge 2009-1             $6.00
                                        POLICY TOTAL:                         $863.83

ADDITIONAL COVERAGES\CREDITS\SURCHARGES:

   Credit for Increased Deductible                              Included

   Building Code Effectiveness Grading
      Premium Adjustment        $11.00CR                        Included
      Max. Credit     $20.00  Max. Surcharge     $5.00

   FHO 0490 Personal Property Replacement Cost                  Included

   New Home Credit                                              Included

   Hurricane Mitigation Credit                                  Included

   Sinkhole Loss Exclusion Credit                               Included

   HO 04 41 Additional Insured                                  Included
   CAROLYN M HOUK
      Insurable Interest: CO-OWNER



SCOTT C. BARNES
BRIAN H. BARR
M. ROBERT BLANCHARD
VIRGINIA M. BUCHANAN
STEPHEN H. ECHSNER
RACHAEL R. GILMER
PETE KAUFMAN
KRISTIAN KRASZEWSKI
KIMBERLY R. LAMBERT
FREDRIC G. LEVIN

MARTIN H. LEVIN
ROBERT M. LOEHR
KATHERINE McFARLAND
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
AMANDA SLEVINSKI
W. CAMERON STEPHENSON
MEGHAN M. TANS
LEO A. THOMAS
BRETT VIGODSKY
CHRISTOPHER M. VLACHOS

WILLIAM F. CASH III
(LICENSED ONLY IN OHIO)

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**ECHSNER & PROCTOR • P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

October 22, 2009

**William F. Cash III**
Phone: 850-435-7059
Fax: 850-436-6059
bcash@levinlaw.com

Conti Construction
5317 Bellview Ave.
Pensacola, FL 32526

## CHINESE DRYWALL DEMAND LETTER
## PURSUANT TO CHAPTER 558, FLORIDA STATUTES

Re:  James Gillman
     6435  Dallas Avenue
     Pensacola, FL 32526

Dear Sir or Madam:

This law firm represents James Gillman, the owner of a home located at 6435  Dallas Avenue, Pensacola,  FL 32526, which you constructed.  This letter is intended to put you on notice of a claim for a construction defect James Gillman has recently discovered in the home. We appreciate your cooperation notifying us if you believe this letter has reached you by mistake-for example, if you did not construct this home.

The nature of the defect is that one or more of the interior walls has been constructed using defective Chinese drywall.  This defect is well known in the construction industry and in the general media.  In summary, James Gillman believes that the home contains defective drywall, manufactured in China, that emits a foul smell and corrosive gases.  This drywall is responsible for causing damage to structural components, fixtures, the contents of the home, and other items.  Specifically, the drywall has rendered the home completely and thoroughly defective, with damage to walls, wiring, insulation, paint, flooring, plumbing fixtures, appliances, air conditioners, tile work, grout, metal surfaces, and other component parts.  It has also damaged personal property throughout the home, and adversely affected the value of the home in the form of stigma damages.  Furthermore, plaintiff believes his health may have been adversely affected by the gases.

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591 CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

Gilman, J 0007

October 22, 2009
Conti Construction
Page 2

We demand full compensation for all damage. In particular, we demand a new home free of all defects; removal and replacement of all drywall, appliances, systems, and other home components; replacement of all personal property that has been affected; incidental and consequential damages; attorney fees and costs; and all other damages available at law.

This letter is intended to place you on notice of the claim sufficient to trigger the 60-day period for filing suit set by Fla. Stat. § 558.004(1), and should not be taken as the complete statement of James Gillman's claim for defect. Nor can we concede, at this time, that Chapter 558 even applies to products liability claims. Nevertheless, we believe this letter is sufficient to place you on notice of an intent to file an action against you if you do not resolve the problem to our complete satisfaction.

Nothing in this letter is intended to limit claims for repairs, replacement, or full damages under the law, because the defective drywall may be responsible for other problems not mentioned here or not yet discovered, and the precise mechanism through which the drywall causes these problems may not yet be known. Also, § 558.002 explicitly excludes claims for personal injuries arising from construction defects, so we do not acknowledge here that the notice requirements of Chapter 558 apply to any claim for personal injuries.

In the interests of full cooperation, James Gillman will make the home reasonably available for access by you for an inspection. We would ask that any such inspection follow the protocol set out by the federal U.S. District Court for the Eastern District of Louisiana in MDL Case No. 2047, *In re Chinese-Manufactured Drywall Products Liability Litigation.*

**Pursuant to Fla. Stat. § 558.004(5), you have 45 days in which to respond to this letter with either an offer to settle this matter or a refusal of this demand, and we would appreciate your prompt response.** (Notwithstanding this time period, James Gillman reserves the right to make any repairs necessary "to protect the health, safety, and welfare" of any occupant at any time, as permitted by Fla. Stat. § 558.004(9).) If you are offering a settlement program for owners of homes with Chinese drywall, you are invited to provide the details of the settlement program with our firm.

**This letter is also intended to put you on notice that James Gillman now intends to pursue a warranty claim under any express, implied, or statutory warranty that you provide or that is provided by another entity and which you are aware of. Please forward a copy of all applicable warranties, along with the relevant claims procedures, to this firm. If you do not timely comply with this request for information, James Gillman reserves the right to make claims against all available warranties without fulfilling any conditions precedent or complying with any further preliminary notice procedures.**

October 22, 2009
Conti Construction
Page 3

       Please direct this notice to your legal department or counsel and ask them to contact us immediately.  Also, be advised that you must refrain from further contact with our client.  I am available to discuss this matter with you further at your convenience, and I thank you for your courtesy and cooperation.

                    Sincerely,

                    WILLIAM F. CASH III, Esq.

WFC/cac

Lounge

door

kitchen

dining room

ALL 8 FT walls

door

Living Room

door

P.G

Bedroom

full BATH

Bed Room

Bed Room

full BATH

Gilman, J 0010

02/17/2010 WED 15:25  FAX 8508571976 THE UPS STORE #4535                    ☒002/007

RESIDENTIAL SALES AGREEMENT

PARTIES: _____ Carolyn Houk _____ ("Buyer"), and _____ Conti Construction Company Inc. _____ ("Seller"),
Hereby agree that the Seller shall sell and Buyer shall buy the following Property upon the following terms and conditions,
which include any ADDENDA and the STANDARDS FOR REAL ESTATE TRANSACTIONS:

I.  DESCRIPTION: Street Address _____ 6435 Dallas Ave. _____ County _____ Escambia _____ FL Legal Description:
    see attached exhibit "A"

II.  FIXTURES & PERSONAL PROPERTY: This sale includes but is not limited to all existing fixtures, Built in cabinetry,
attached lighting & ceiling fan(s), plumbing fixtures, built-in kitchen appliances, (range, dishwasher), garage door, as
now installed on the property as well as the following: concrete driveway in front of house, gravel driveway up
to Dallas Ave, sod in front of house, 2 rows of sod down the sides and across the rear of home

III. TERMS:
FOLLOWS:

PURCHASE PRICE IS PAYABLE IN U.S. CURRENCY AS

(a) Binder Money received in the form of
___ CASH _x_ CHECK ___ OTHER
To be held by _ Conti Construction Co. Inc. _   $ ___ 10,000.00 ___

(b) Additional  Binder Money   Due on or before ___ N/A ___

(c) New Mortgage Financing in the amount
$ _____ -0- _____

(d) Mortgage Assumed: Approximate ___ Firm ___
    Principal Balance -------------   $ ___ 135,000.00 ___

(e) Purchase Money Mortgage and Note to Seller
on terms set forth below, in the principal amount of
$ _____ N/A _____

(f) Cash upon Closing     $ ___ 135,000.00 ___
(this amount does not include
any adjustments, pro-rations, or
closing costs, as agreed upon)

(g) rebated cash back at
closing       $ ___ 10,000.00 ___
(this amount is an agreed upon
rebate for consideration of buyer
completing landscaping and
driveway)

PURCHASE PRICE   $ ___ 145,000.00 ___

**Funds for closing are required to be
Cash, Wire Transfer, Cashiers or
Official Bank Check.**

*Handwritten notes:*
*Paid Michael Angelo*
*$2,000.00*
*12/7/07 CK# 1981*
*Per Johnny*
*Paid 12/28/07 10,053.00*
*CK# 1987*
*John A Conti*
*Paid $113,146.30*
*on 11-28-07*
*Towards Contract*
*John A Conti*

IV. FINANCING:
_x_ A. Buyer will pay CASH with No Financing Contingency.
___ B. If a third-party loan is to be obtained, this Contract is conditioned upon the Buyer obtaining a firm commitment for
said loan within ___ (30 days if not indicated) from the Effective Date hereof, at prevailing rates of recognized residential
lenders in the area in the amount set forth in 111 (c) above. Buyer agrees to make application within five (5) days from
the Effective Date hereof and use reasonable diligence to obtain timely said loan commitment. Upon request, Buyer
agrees to immediately notify Seller of having applied for a loan, furnish the name of the lender and written evidence
stating the Buyer's pre-qualification and ability to secure the loan applied for to complete this purchase.

Should Buyer not apply for loan within five-day period, the Seller may, at Seller's option, terminate this agreement by
giving written notice to the Buyer, in which case the escrow money will be forfeited to the Seller.

If Buyer's application for a loan is not approved by initial lender, Buyer shall, within five (5) days, make application with a
second lender and the time period for obtaining a firm commitment and closing, shall be accordingly extended. Should
Buyer be unable to obtain same, either party may cancel this Contract and the Escrow Money shall be refunded to the
Buyer, less any and all costs incurred on behalf of Buyer. Buyer shall pay all up-front fees and charges required by the
mortgage company including appraisal and credit report charges; notwithstanding the fact that some or all of said

charges may be reimbursed by Seller at closing. In the event the Escrow Money check is not honored, for any reason, by the bank upon which it is drawn, Escrow Agent shall promptly notify Buyer and Seller. If the Buyer does not timely deliver good funds, the Seller shall have the right to terminate this Contract upon written notice to Buyer.

   C. Buyer represents that Buyer has sufficient cash (together with, and subject to approval of the loan or loans, if any, as described herein) to complete the purchase unless otherwise disclosed in this Contract. Buyer does not have real or personal property to sell in order to complete the purchase unless otherwise disclosed in this Contract. Buyer has no knowledge of credit problems that would adversely affect loan approval that have not been disclosed.

Seller Initials: _____                    Revised June 2005 Page 1 of 3            Buyer Initials _____

Gilman, J 0012

ATTACHMENT 2 TO PLAINTIFF PROFILE FORM - RESIDENTIAL PROPERTIES

This form asks for a New Home Warranty Declaration.   Plaintiff has stated he does  not
have a copy of the same to produce.