# EXHIBIT "D"

# **REQUEST FOR EXCLUSION**

TO:

Lowe's Drywall Exclusions P.O. Box 869066 Plano, Texas 75086-9066

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

Shelia Guidry
(Name)

11111 S. Idlewood Court
(Address)

New Orleans, LA 70128
(City, State, Zip Code)

_____
(Signature) Joseph M. Bruno with My Client's Permission and Authority

1/24/2011
(Date)

Must be mailed before: **February 7, 2011**




*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*




GUIDRYS: 00031






*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

GUIDRYS : 00032





*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*




GUIDRYS:00033






*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






Guidry, Shelia
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

 

 

*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

GUIDRYS : 00036






*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

GUIDRYS:00037

*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






GUIDRYS : 00038






Guidry, Shelia
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
BRUNO & BRUNO, L.L.P.

GUIDRYS: 00039






*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*



GUIDRYS:00041

Print Form

Supplemental & Amended

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES  

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON  

**For Internal Use Only**  
File Number: ____  
Date Received: ____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Shelia Guidry  
Address of Affected Property: 11111 S. Idlewood Court, New Orleans, Louisiana 70128  

Is this Property: [X] Residential  [ ] Commercial  [ ] Governmental  
Name of Person Completing this Form: Shelia Guidry  
Is above your primary residence? (●) Yes  ( ) No  
Mailing Address (if different): ____  
Phone: (504) 246-0874  

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.  
Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant  
Represented By: Joseph M. Bruno  
Address: BRUNO & BRUNO, L.L.P., 855 Baronne Street, New Orleans, Louisiana 70113  
Phone: (504) 525-1335  
Case No. /Docket Info: 11-080

## Section II. Insurance Information

Homeowner/ Renter Insurer: N/A  
Policy #: ____  
Agent: ____  
Address: ____  
Phone: ( ) ____  

+ Attach Copy of Insurance Declaration Page

## Section IV. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Shelia Guidry | 12/01/95 | / / | M / [X]F | 05/28/62 | Yes  No(●) | Owner-Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

GUIDRYS: 00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes ☐ No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Bruno & Bruno, L.L.P.
    1.2. When did the inspection take place? 01/12/10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes ☐ No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Bruno & Bruno, L.L.P.
    2.2. When was this determination made? 01/12/10

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| TTP | Made in China Meets or Exceed ASTM C139604 Standard | Entire home |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1955 | | | |
| Estimated Sq. Ft. of Drywall | 8016 | Occupied | ☒ | ☐ |
| Height of Interior Walls | 8' | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☒ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☒ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | Yes | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☐ | ☒ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 04/01/08 | Completion Date | 10/01/08 |
|---|---|---|---|
| Move In Date: | 10/01/08 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☒ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☒ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Lowe's Home Centers, Inc.

Address:

Phone: ( ) -

GUIDRYS: 00002

| Section XI Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 21 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_[signature]_    1-12-10
Claimant's Signature    Date Signed    Claimant's Signature    Date Signed

_____    _____    _____    _____
Claimant's Signature    Date Signed    Claimant's Signature    Date Signed

_____    _____    _____    _____
Claimant's Signature    Date Signed    Claimant's Signature    Date Signed

GUIDRYS: 00003
GUIDRYS: 00003


GUIDRYS: 00004
GUIDRYS: 00004