UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION * * | MDL No.: 2047 |
| * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: * | |
| * | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-6690 * (E.D.La.) * | MAG. JUDGE WILKINSON |
| * | |
| *Wiltz, et al. vs. Beijing New Building Materials Public Limited Co., et al.*, Case No. 2:10-CV-0361 (E.D.La.) * * | |
| * | |
| and * | |
| * | |
| *Abel, et al. vs. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-0080 (E.D.La.) * * | |
| * | |

**************************************************

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel of record for **ACE Home Center, Inc.**, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

        Respectfully submitted,

        /s/   Carroll H. Sullivan
        CARROLL H. SULLIVAN (Trial Attorney)
        (Email: csullivan@scottsullivanlaw.com)

        SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
        56 St. Joseph Street
        Regions Bank Building, 10 Floor
        Mobile, Alabama 36633
        Telephone: (251) 433-1346
        Facsimile: (251) 433-1086
        Toll Free: (800) 239-6733
        *Attorney for Defendant ACE Home Center, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing *Rule 7.1 Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this   11th   day of July, 2011.

                  /s/   Carroll H. Sullivan
                  CARROLL H. SULLIVAN