UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Hobbie, et al. v. RCR Holdings II, L.L.C., et al. Case No. 10-1113 | * * | MAG. JUDGE WILKINSON |

* * * * * * *

_____

**ORDER**
_____

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record on Behalf of Precision Drywall, Inc.;

IT IS HEREBY ORDERED that Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law firm of Shields Mott Lund L.L.P. are enrolled as additional counsel of record for Precision Drywall, Inc.;

IT IS FURTHER ORDERED that Kieran O'Connor and Derek J. Angell of the law firm of Ogden, Sullivan & O'Connor, P.A. will also remain as counsel of record for Precision Drywall, Inc. in the captioned matter.

New Orleans, Louisiana, this  11th  day of July, 2011.

_____
JUDGE ELDON E. FALLON
UNITES STATES DISTRICT COURT