UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO **ALL CASES** | * | |

* * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE OF KCG, INC.

NOW INTO COURT, through undersigned counsel, comes KCG, Inc. ("Defendant") and files this Corporate Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules:

1.

Defendant is an Arizona corporation, Inc.; it has no parent corporation.

2.

No publicly traded company owns 10% or more of Defendant's stock.

[signature block next page]

Respectfully submitted,

*(signature)*

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for KCG, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Corporate Disclosure of KCG, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of July, 2011.

*(signature)*

Betty F. Mullin

N:\DATA\M\26103001\pleadings\corporate disclosure.wpd