UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Kenneth Abel, et al. v. Taishan Gypsum, Co. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-080 | * * * * * | MAG. JUDGE WILKINSON |

**********************************

## ORDER

Upon consideration of the *Ex Parte* Motion for Extension of Time to Complete Profile Form filed by defendant, Mid-State Drywall, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, Mid-State Drywall, Inc., shall be granted an extension of time until thirty (30) days after the signing of this Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
U.S. DISTRICT JUDGE

00063724