UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047  JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Sean Payton, et al Case No. 2:09—cv-7628 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Larry Roedel, and Carlton Jones, III and the law firm of Roedel, Parsons, Koch, Blache, Balhoff & McCollister as counsel of record for DC Builders, L.L.C. in the above referenced matter.

Signed in  New Orleans , Louisiana, this  11th  day of  July  2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

#395054