UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 2:10-cv-361 (E.D.La.)**<br><br>*Gross, et al v. Knauf Gips, KG, et al.,* **Case No. 2:09-6690 (E.D.La.)**<br><br>*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 2:11-080 (E.D.La.)** | |

**THE PLAINTIFFS' STEERING COMMITTEE'S OPPOSITION TO VENTURE SUPPLY, INC.'S MOTION TO LIFT STAY**

**I.     INTRODUCTION**

On June 28, 2011, Venture Supply, Inc. ("Venture Supply" or "Venture") filed a motion to lift stay requesting that the Court schedule argument on certain motions to dismiss that it had previously filed on personal jurisdiction grounds. *See* document # 9653.  Venture Supply's attempt to advance its personal jurisdiction motions at this stage is nothing more than procedural jockeying amongst many other similar motions, and also an effort to avoid argument on the Plaintiffs' Motion for Class Certification of Plaintiffs' Claims for Damages Against Venture Supply (the "Motion for Class Certification") [Document # 8829].  In light of the Court's past practice of postponing such substantive motions until class procedural motions are addressed, it is respectfully submitted that the Court should reject Venture's efforts to prematurely advance its motion to dismiss.

1

**II.     ARGUMENT**

Venture's motion seeking to schedule argument on its motions to dismiss in advance of the Motion for Class Certification is just another example of its efforts to avoid argument on class certification. That is, when the PSC moved for the Court to issue a scheduling order on the Motion for Class Certification, *see* document # 9549, Venture Supply opposed the motion by raising personal jurisdiction arguments as well as other premature arguments concerning the propriety of class certification. *See* document nos. 9596 and 9597. Like Venture Supply's efforts to delay the issuance of a scheduling order by forcing an agenda contrary to that desired by the Court, Venture's efforts to schedule argument on its personal jurisdiction motions are improper and should be rejected.

This Court has carefully crafted procedures aimed at addressing and resolving important issues that impact the entire litigation and/or serve as a possible impetus for the settlement of claims. These procedures have been remarkably successful and have allowed several important developments such as the announcement of the remediation program with the Knauf defendants. These same procedures precipitated settlements with Banner Supply and Interior Exterior Building Supply ("InEx") who were the largest distributor/suppliers in the states of Florida and Louisiana. Venture, who was the largest known distributor/supplier of Chinese manufactured drywall in the Virginia, would have the Court take a different course with no aim at accomplishing a possible settlement of the claims against it while addressing the procedural question of class certification.

Rather than selecting the course of delay being proposed by Venture Supply, it is respectfully submitted that the Court should follow the same procedures that have been so successful in the past. This Court's procedures for addressing class motions have directly resulted in the above settlements with Banner and InEx. While the parties prepared to address the class issues involving Banner and

2

InEx, class settlements resulted which are now the subject of motions to certify settlement classes involving these defendants.  Now it is time to address class certification with regard to a similarly situated defendant who was the largest distributer/supplier of Chinese drywall to Virginia homeowners.

Venture Supply's motion seeking to schedule argument on its motions to dismiss is just another hurdle that it seeks to erect with the hopes of delaying class certification and/or a possible resolution of the claims that have been asserted against it.  These efforts by Venture to disrupt the Court's carefully crafted management procedures should not be allowed to further delay justice to the Virginia and other homeowners who have been injured by Venture Supply.  Accordingly, the Court should deny Venture's motion to lift stay.

### III.   CONCLUSION

WHEREFORE, the PSC prays that this Court deny Venture's motion to lift stay.

Respectfully submitted,

Dated: July 6, 2011  /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel
MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm. LLC |
| 701 Poydras Street, Suite 3650 | P.O. Drawer H |
| New Orleans, LA 70139 | 106 W. Seventh Street |
| Phone: (504) 524-3300 | Reserve, LA 70084 |
| Fax: (504) 524-3313 | Phone: (985) 536-1186 |
| Barrios@bkc-law.com | Fax: (985) 536-6445 |
| | dbecnel@becnellaw.com |

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee's opposition to Venture Supply, Inc.'s motion to lift stay has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of July, 2011.

      /s/ Leonard A. Davis  
      Leonard A. Davis, Esquire  
      Herman, Herman, Katz & Cotlar, LLP  
      820 O'Keefe Avenue  
      New Orleans, Louisiana 70113  
      Phone: (504) 581-4892  
      Fax: (504) 561-6024  
      LDavis@hhkc.com  
      Plaintiffs' Liaison Counsel  
      MDL 2047