## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| *ALL CASES* | * * | |

## **ORDER**

Considering the Consent Motion to Continue Motion to Set Evidentiary Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes");

IT IS HEREBY ORDERED that Southern Homes' Motion is GRANTED and the hearing reset for August 24, 2011, following the monthly status conference at 9:00 a.m.

New Orleans, Louisiana, this 11th day of July 2011.

JUDGE ELDON E. FALLON