UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L

---

THIS DOCUMENT RELATES TO: : JUDGE FALLON
:
ALL CASES : MAG. JUDGE WILKINSON

---

## ORDER

**CONSIDERING** the Motion for Leave to File Knauf Defendants' Reply in Support of their Motion for Clarification of INEX and Banner Stay Orders;

**IT IS ORDERED** that the Knauf Entities are granted leave of Court to file the Motion for Leave to File Knauf Defendants' Reply in Support of their Motion for Clarification of INEX and Banner Stay Orders.

New Orleans, Louisiana, this __11th__ day of July, 2011.

*/s/ Eldon E. Fallon*
JUDGE ELDON E. FALLON