UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.) | |

### ORDER

Upon consideration of Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. Reverend Warren C. Cooper, Jr., as Administrator of the Estate of Brenda Lorraine Cooper, Deceased, is deemed substituted in place of Brenda Cooper as the plaintiff of record for the property located at 1812-14 Mazant Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 11th day of July, 2011.

Eldon E. Fallon
United States District Court Judge