# AFFIDAVIT OF SERVICE

State of LOUISIANA     County of EASTERN     U.S. District Court

Case Number: 2:09-CF-6690-EEF-JCW

Plaintiffs:
DAVID GROSS, CHERYL GROSS, ET AL.
WOODLAND ENTERPRISES, INC., ET AL, Defendant, Third Party Plaintiff
v.    TRIPLE "E" CORPORATION, Third Party Defendant

For:
AKERMAN SENTERFITT - FT. LAUDERDALE

Ft. Lauderdale, FL

Received by SERVICE OF PROCESS, INC on the 24th day of June, 2011 at 11:38 am to be served on **TRIPLE "E" CORPORATION By serving: PAUL T. EAST, AS PRESIDENT AND REGISTERED AGENT, 2723 HORSESHOE TRAIL, PALM CITY, FL 33490.**

I, DEBRA DUNCAN, being duly sworn, depose and say that on the **29th day of June, 2011 at 7:38 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **THIRD PARTY SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PAUL EAST** as **Registered Agent** at the address of **2723 HORSESHOE TRAIL, PALM CITY, FL 33490** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40+, Sex: M, Race/Skin Color: Caucasian, Height: 6', Weight: 185, Hair: Shaved Bald, Glasses: Y

I certify that I am a US citizen over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Notary is not required pursuant to Fla.Stat.§92.52(2).

Subscribed and Sworn to before me on the 1st day of July,
2011 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBRA DUNCAN
Process Server # 09-01

SERVICE OF PROCESS, INC
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: JJR-2011002734

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| David Gross, Cheryl Gross, et al. <br> *Plaintiff* <br> v. <br> Woodland Enterprises, Inc., et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> Triple "E" Corporation <br> *Third-party defendant* | Civil Action No. 2:09-cf-6690-EEF-JCW |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* TRIPLE "E" CORPORATION
By Serving:
Paul T. East, as President and Registered Agent
2723 Horseshoe Trail
Palm City, FL 33490

A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __David & Cheryl Gross, et al.__

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Esq. Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL 33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __Jun 15 2011__

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:09-cf-6690-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    TRIPLE "E" Corporation

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                                       *Server's signature*

                                        _____
                                                        *Printed name and title*

                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: