UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

*Payton, et al. v. Knauf Gips, KG, et al.*
EDLA 09-07628

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
EDLA 2:10-cv-000361

*Gross, et al. v. Knauf Gips, KG, et al.*
EDLA 2:09-cv-6690

*Rogers, et al. v. Knauf Gips, KG, et al.*
EDLA 2:10-cv-00362

*Amato, et al. v. Liberty Mutual Ins. Co.*
EDLA 2:10-cv-00932

*Hernandez, et al. v. AAA Insurance, et al.*
EDLA 2:10-cv-03070

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*
EDLA 2:11-cv-080

*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
EDLA 2:11-cv-252

*Haya, et al. v. Taishan Gypsum Co., Ltd., et al.*
EDLA 2:11-CV-1077

*Vickers, et al. v. Knauf Gips, KG, et al.*
EDLA 2:09-cv-04117

578739.1

**RICHMOND HEIGHTS' JOINDER OF CERTAIN HOMEBUILDERS' RESPONSE IN OPPOSITION TO THE JOINT MOTION FOR ORDERS: (1) PRELIMINARILY APPROVING THE STIPULATION AND SETTLEMENT; (2) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; AND (4) SCHEDULING A FAIRNESS HEARING REGARDING THE PROPOSED BANNER <u>SETTLEMENT</u>**

Defendant, Richmond Heights Community Development Corporation ("Richmond Heights"), subject to the reservations stated herein, hereby joins the Certain Homebuilders' Response in Opposition to the Joint Motion for Orders: (1) Preliminarily Approving the Stipulation and Settlement; (2) Conditionally Certifying the Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Fairness Hearing Regarding the Proposed Banner Settlement [D.E. 9470] (the "Joinder"). In support thereof, Richmond Heights states as follows:

1. By filing the Joinder, Richmond Heights does not intend to, and does not, waive any defenses, legal or equitable, and hereby expressly reserves any and all applicable defenses, including, without limitation, defenses stated in Federal Rule of Civil Procedure 12, including challenges to sufficiency of process, sufficiency of service of process, to this Court's jurisdiction over Richmond Heights, as well as all other challenges available to Richmond Heights in defense of the claims alleged in this forum.

2. On or about July 5, 2011, the Homebuilders' Steering Committee (HSC) filed the response. [D.E. 9730.] In the response, the HSC objects to the proposed settlement by Banner Supply Co., all of its related entities, and Banner's Insurers, on the following bases:

- The proposed settlement was drafted without the HSC's involvement;
- The proposed settlement purports to settle, indemnify and release all claims against Banner, all of its related entities, Banner's insurers, <u>and</u> supply chain defendants with whom the homebuilders may have contracted directly;

578739.1

- The proposed settlement settles, indemnifies and releases all of the aforementioned parties without any consideration in exchange;

- The proposed settlement requires the homebuilders to decide whether to optout before knowing what portion (if any) of the settlement proceeds will be allocated to them and what class plaintiffs will receive preferential treatment;

- The proposed settlement defines "class" so broadly it could include certain homebuilders within the purported "class," and as such, the Plaintiff's Steering Committee cannot be "class counsel" who can adequately protect the interests of the homebuilders; and

- The proposed settlement defines "released claims" so broadly it could preclude bringing claims against the insurers on separate insurance policies not necessarily issued to Banner or its related entities.

3. Richmond joins the response to the extent the response objects to the Proposed Banner Settlement because it would preclude Richmond Heights from bringing claims against any others parties.

**Respectfully submitted,**

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

BY: ___/s/ Kari A. Bergeron_____

      Erick Y. Miyagi, #22533
        hiko.miyagi@taylorporter.com
      John Stewart Tharp, #24230
        stewart.tharp@taylorporter.com
      Edward J. Laperouse, II #29310
        ted.laperouse@taylorporter.com
      Kari A. Bergeron #31043
        kari.bergeron@taylorporter.com
      (451 Florida Street, 8th Floor, 70801)

578739.1

P. O. Box 2471
Baton Rouge, LA 70821
Telephone:    225-387-3221
Fax:          225-346-8049

Polenberg Cooper, P.A.
1351 Sawgrass Corporate Parkway
Suite 101
Fort Lauderdale, FL 33323
(954) 742-9995 (T)
(954) 742-9971 (F)

By: */s/ Jon Polenberg*
    Jon Polenberg (FBN 653306)
    jon@pcpalaw.com

*ATTORNEYS FOR RICHMOND HEIGHTS COMMUNITY DEVELOPMENT CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 12th day of July, 2011.

    /s/ Kari A. Bergeron
    Kari A. Bergeron

578739.1