UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**ALL CASES AND**

*Payton, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-07628 (E.D.La.)**

*Wiltz, et al. v. Beijing New Building Materials*
*Public Limited Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

*Gross, et al. v. Knauf Gips, KG et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:10-cv-00362 (E.D.La.)**

*Amato, et al. v. Liberty Mutual Ins., Co., et al.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Abel, et al. v Taishan Gypsum Co., Ltd., f/k/a*
*Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-00089 (E.D. La.)**

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 2:11-cv-00252 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-01077 (E.D. La.)**

*Vickers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-04117 (E.D. La.)**
_____/

**ORDER**

Upon consideration of the Ex Parte Motion for Leave to File Exhibits Under Seal, filed by Defendant, Taylor Morrison.

**IT IS HEREBY ORDERED**, the Taylor Morrison Ex Parte Motion for Leave to File Exhibits Under Seal is hereby GRANTED**.**

**IT IS FURTHER ORDERED** that Taylor Morrison is granted leave of the Court to file under seal its Exhibits to its July 1, 2011 letter and that such Exhibits remain confidential subject to further orders of this Court.

New Orleans, Louisiana, this 11th day of  July , 2011.

*/s/ Eldon E. Fallon*
_____
Honorable Eldon E. Fallon
United States District Court Judge