UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

* * * * * * * * * * * * * * * * * *

PROPOSED AGENDA
FOR JULY 14, 2011 STATUS CONFERENCE

    I.    PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.    INSURANCE ISSUES

    IV.    HOME BUILDERS FEES AND COSTS

    V.    STATE/FEDERAL COORDINATION

    VI.    OMNIBUS CLASS ACTION COMPLAINTS

    VII.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VIII.    MEDIATION

    IX.    PILOT PROGRAM

    X.    REMEDIATED HOMES

    XI.    CLASS CERTIFICATION HEARINGS

    XII.    KNAUF DEFENDANTS

    XIII.    TAISHAN DEFENDANTS

XIV. INTERIOR EXTERIOR DEFENDANT

XV. BANNER DEFENDANTS

XVI. FREQUENTLY ASKED QUESTIONS

XVII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVIII. NEXT STATUS CONFERENCE