UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Laura Haya, et al            Civil Action No.11-1077
                                        SECTION "L"
     Plaintiffs

        V.

Taishan Gypsum Co., Ltd. f/k/a Shandong
Taihe Dongxin Co., Ltd., et al

     Defendants

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant RENOLA EQUITY FUND, III, LLC, who was recently served and moves this Court for an Order granting an extension of twenty one (21) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this Honorable Court, and said extension of time will give defendants ample opportunity to investigate this case. Defendant further asserts that this extension of time will not unduly delay this matter or prejudice any other party. Further, opposing party has not filed in the record an objection to an extension of time.

Respectfully Submitted,

TONRY, BRINSON & GLORIOSO, LLC

s/ Jeffery J. Waltz
Brian L. Glorioso, # 27226
Jeffery Waltz, #28798
Richard A. Tonry, II, #27310
245 Pontchartrain Drive
Slidell, Louisiana 70458
Telephone: 985-643-7007
Facsimile: 985-649-9240

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

Russ M. Herman and Leonard A. Davis, email **Ldavis@hhkc.com**

I **further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.**

**s/Jeffery J. Waltz**