UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Laura Haya, et al                                    Civil Action No.11-1077
                                                     SECTION "L"
    Plaintiffs

       V.

Taishan Gypsum Co., Ltd. f/k/a Shandong
Taihe Dongxin Co., Ltd., et al

    Defendants

## **ORDER**

Considering the foregoing motion;

**IT IS ORDERD, ADJUDGED, AND DECREED**, that defendant, RENOLA EQUITY FUND, III, LLC, be granted an extension of twenty-one thirty (21) days in which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of_____, 2011.

                                                            _____
                                                                  JUDGE