AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Wendy Hobbie, et al.<br>*Plaintiff*<br>v.<br>RCR Holdings II, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Arch Insurance Company<br>*Third-party defendant* | Civil Action No. 2:10-cv-1113-EEF-JCW |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Arch Insurance Company
c/o: Florida Chief Financial Officer as RA
200 East Gaines Street
Tallahassee, FL 32399-4201

A lawsuit has been filed against defendant  RCR Holdings II, LLC , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Wendy Hobbie, et al. .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Gregory S. Weiss, Esq., LEOPOLD~KUVIN, P.A. 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam C. Linkhorst, Esq., LINKHORST & HOCKIN, P.A., 4495 Military Trail, Suite 106, Jupiter, FL 33458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Loretta G. Whyte
*Name of clerk of court*

Date: Jun 07 2011

*Deputy Clerk's signature*



CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



11-48478

WENDY HOBBIE, ET AL,

PLAINTIFF(S),
VS.

RCR HOLDINGS II, LLC

DEFENDANT, THIRD-PARTY PLAINTIFF
VS.

ARCH INSURANCE COMPANY

THIRD PARTY DEFENDANT(S).
_____/

CASE #:    2:10-CV-1113-EEF-JCW
COURT:    UNITED STATES DISTRICT C(
COUNTY:   EASTERN
DFS-SOP#:  11-48478

SUMMONS ON A THIRD-PARTY COMPLAINT, DEFENDANT/THIRD PARTY
PLAINTIFF, RCR HOLDINGS II, LLC'S, THIRD PARTY COMPLAINT AGAINST
THIRD PARTY DEFENDNAT, ARCH INSURANCE COMPANY, EXHIBIT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 9th day of June, 2011 and a copy was forwarded by Electronic Delivery on the 14th day of June, 2011 to the designated agent for the named entity as shown below.

ARCH INSURANCE COMPANY
MARTIN J NILSEN   (mnilsen@archinsurance.com)
ARCH INSURANCE COMPANY
ONE LIBERTY PLAZA, 53RD FLOOR
NEW YORK, NY 10006

* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

GREGORY S. WEISS
2925 PGA BOULEVARD, SUITE 200
PALM BEACH FL 33410

AJ1