## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
       PRODUCTS LIABILITY LITIGATION

                                              SECTION: L

This Document Relates to:  11-1077 (Haya)      Judge Fallon
                                              Mag. Judge Wilkinson

_____/

### NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente and Carlton Fields, P.A., pursuant to the Court's Order, hereby notice their appearance as counsel on behalf of Ashton Tampa Residential L.L.C., one of the defendants in Haya v. Taishan Gypsum Co., Ltd., et. al., and request that all correspondence and pleadings be directed to them.  Ashton Tampa Residential L.L.C. specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court.  Ashton Tampa Residential L.L.C. further avers that this notice does not constitute a waiver of any kind, but is filed per Court order.

Respectfully submitted,

s/Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL  33607
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
E-mail:  jfuente@carltonfields.com

Counsel for Ashton Tampa Residential L.L.C.

19514088.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 13th day of July, 2011.

s/ Jaret J. Fuente
Attorney