UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, and<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## CROSS-CLAIM PLAINTIFF BANNER'S MOTION FOR LEAVE TO AMEND CROSS-CLAIM AND TO FILE CROSS-CLAIM AGAINST KNAUF

Cross-Claim Plaintiffs Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply International, LLC (collectively, "Banner"), by and through the undersigned counsel, hereby move for leave to amend Cross-Claim and to file Cross-Claim against Gebrueder Knauf Verwaltungsgesellschaft, KG ("Gebr. Knauf"); Knauf Gips KG ("Knauf Gips"); Knauf International, GmbH ("Knauf International"); Knauf Insulation, GmbH ("Knauf Insulation"); and Knauf Plasterboard (Tianjin) Co. Ltd. ("Knauf Tianjin").  In support, Banner is filing herewith the attached Memorandum in Support of Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf.

Respectfully submitted this 13th day of July, 2011,

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        */s/ Michael A. Sexton*
        **MICHAEL A. SEXTON**
        **NICHOLAS P. PANAYOTOPOULOS**
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone: (404) 876-2700
        Fax: (404) 875-9433
        msexton@wwhgd.com

        *Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*


        **PETERSON & ESPINO, P.A.**

        */s/ Michael P. Peterson*
        **MICHAEL P. PETERSON**
        10631 North Kendall Drive, Suite 220
        Miami, FL 33176
        Telephone: (305) 270-3773
        Fax: (305) 275-7410
        mpeterson@petersonespino.com

        *Counsel for Banner Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 13th day of July, 2011.

/s/ Michael A. Sexton
**MICHAEL A. SEXTON**

*Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*