UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, and<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## CROSS-CLAIM PLAINTIFF BANNER'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND CROSS-CLAIM AND TO FILE CROSS-CLAIM AGAINST KNAUF

Cross-Claim Plaintiffs Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply International, LLC (collectively, "Banner"), by and through the undersigned counsel, hereby submit their Memorandum in Support of Motion for Leave to Amend Cross-Claim and to File Cross-Claim against Gebrueder Knauf Verwaltungsgesellschaft, KG ("Gebr. Knauf"); Knauf Gips KG ("Knauf Gips"); Knauf International, GmbH ("Knauf International"); Knauf Insulation, GmbH ("Knauf Insulation"); and Knauf Plasterboard (Tianjin) Co. Ltd. ("Knauf Tianjin") (collectively, "Knauf") and state:

As more fully set forth in the attached proposed Amended Cross-Claim and Cross-Claim, Knauf misled Banner as to the fitness and quality of Knauf Drywall. Knauf made certain representations to Banner, including that Knauf Drywall was not defective, knowing these statements were false. The proposed Amended Cross-Claim and Cross-Claim bring causes of action arising out of that wrongful conduct.

Federal Rule of Civil Procedure 15(a) governs the request for leave to file an amended and supplemental pleading, and instructs that leave be freely given.  *Lone Star Ladies Inv. Club v. Schlotzsky's Inc.*, 238 F.3d 363, 368 (5th Cir. 2001); *see also Carroll v. Fort James Corp.,* 470 F.3d 1171, 1175 (5th Cir. 2006) ("This standard 'evinces a bias in favor of granting leave to amend. The policy of the Federal Rules is to permit liberal amendment.'").

In determining whether to grant leave, a district court should consider: "(1) undue delay; (2) bad faith; (3) dilatory motive on the part of the movant; (4) repeated failure to cure deficiencies by any previously allowed amendment; (5) undue prejudice to the opposing party; and (6) futility of amendment."  *Ellis v. Liberty Life Assur.Co. of Boston*, 394 F.3d 262, 268 (5th Cir. 2005).  Prejudice is the "touchstone of the inquiry under rule 15(a)."  *Lone Star Ladies*, 238 F.3d at 368 (quoting *Lowrey v. Texas A&M Univ. Sys.,* 117 F.3d 242, 246 (5th Cir.1997)).

Discovery has not yet been completed and the time to file answers has been stayed.  There has been no undue delay, bad faith, or dilatory motive on the part of Banner.  Any prejudice suffered by Knauf is solely a product of its concealment of prior misstatements and factual omissions.

Accordingly, Banner requests that this Court grant its Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf.

Respectfully submitted this 13th day of July, 2011,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON**
**NICHOLAS P. PANAYOTOPOULOS**
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Fax: (404) 875-9433
msexton@wwhgd.com

*Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*


**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson*
**MICHAEL P. PETERSON**
10631 North Kendall Drive, Suite 220
Miami, FL 33176
Telephone: (305) 270-3773
Fax: (305) 275-7410
mpeterson@petersonespino.com

*Counsel for Banner Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 13th day of July, 2011.

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON**

*Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*