# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, and<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## NOTICE OF HEARING

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 3, 2011 at 9:00 a.m., or as soon as counsel can be heard, for an order on Cross-Claim Plaintiffs Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply International, LLC's Motion for Leave to Amend Cross-Claim and to File Cross-Claim.

Respectfully submitted, this 13th day of July, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON**
**NICHOLAS P. PANAYOTOPOULOS**
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Fax: (404) 875-9433
msexton@wwhgd.com

*Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*


**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson*
**MICHAEL P. PETERSON**
10631 North Kendall Drive, Suite 220
Miami, FL 33176
Telephone: (305) 270-3773
Fax: (305) 275-7410
mpeterson@petersonespino.com

*Counsel for Banner Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 13th day of July, 2011.

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON**

*Counsel for Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*