UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, and<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | |

## ORDER GRANTING BANNER'S MOTION FOR LEAVE TO AMEND CROSS-CLAIM AND TO FILE CROSS-CLAIM AGAINST KNAUF

Having been presented with the Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf of Cross-Claim Plaintiffs Banner Supply Co.; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply International, LLC (collectively, "Banner"), it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that the Motion is granted and the Cross-Claim and Claim shall be deemed filed of records.

This _____ day of _____, 2011, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Judge