UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

LAURA HAYA, ET. AL.,            )
                                )
                                )
   Plaintiffs,                  )   Case No. 2:11-cv-01077
                                )
   v.                           )
                                )
TAISHAN GYPSUM CO., LTD.        )
F/K/A SHANDONG TAIHE            )
DONGXIN CO., LTD., ET. AL.,     )
                                )
                                )
   Defendants.                  )

## Limited Notice of Appearance of Counsel for Mazer's Discount Home Centers, Inc.
**(Filed on July 14, 2011)**

Larry S. Logsdon and Michael L. Jackson, and the law firm of Wallace, Jordan, Ratliff, and Brandt, LLC, hereby make a limited appearance as additional attorneys of record for Defendant Mazer's Discount Home Centers, Inc. ("Mazer") in the above-referenced action. This Limited Notice of Appearance is being made without

waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

Please serve all pleadings, motions, correspondence, and any other filings made in the above-referenced case on the undersigned counsel and all other counsel for Mazer in this action.

Respectfully submitted this 14th day of July 2011,

                               *s/ Larry S. Logsdon*
                               Larry S. Logsdon
                               Voice:    205/874-0341
                               Fax:      205/874-3241
                               Email:    llogsdon@wallacejordan.com

                               *s/ Michael L. Jackson*
                               Michael L. Jackson
                               Voice:    205/874-0315
                               Fax:      205/874-3251
                               Email:    mjackson@wallacejordan.com

                               Attorneys for Defendant
                               Mazer's Discount Home Centers, Inc.

<u>Of Counsel:</u>
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Telephone:  205/870-0555

## Certificate of Service

I certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 14th day of July, 2011.

Respectfully submitted,

                                               *s/ Larry S. Logsdon*
                                               Larry S. Logsdon, Esq.
                                               Wallace, Jordan, Ratliff & Brandt, LLC
                                               800 Shades Creek Parkway,  Suite 400
                                               Birmingham, AL  35209
                                               llogsdon@wallacejordan.com

                                               Attorney for Defendant
                                               Mazer's Discount Home Centers, Inc.