# EXHIBIT "B"

# REQUEST FOR EXCLUSION

O:

owe's Drywall Exclusions, P.O. Box 869066, Plano, Texas 75086-9066

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers,*

*nc.*, Case NO. SU10-CV-2267B.

Debra A. Frazier
<br>ull Name – Please Print Clearly)

10231 Castlewood Drive
<br>Address)

New Orleans, La. 70127
<br>City, State, Zip Code)

Debra A. Frazier
<br>Signature)

11/2/10
<br>Date)

Iust be mailed before: **November 9, 2010**



**Project Time & Cost**

PT&C FORENSIC CONSULTING SERVICES, P.A.
*a Project Time & Cost, Inc. Company*
2727 Paces Ferry Road
Suite 1-1200
Atlanta, GA 30339
(877) 782-6391
Fax (800) 863-6136
www.ptcinc.com

October 13, 2009

Mr. Jorge Diaz
United Fire Group
2800 Veterans Boulevard
Suite 253
Metairie, LA 70002

Subject: **File No.: 210-1701091881**
**Insured: Debra Ann Frazier**
**Project: Drywall Evaluation**
**Subject: Letter of Findings**
*PT&C File No: R484-001*

Dear Mr. Diaz:

On September 17, 2009, Timothy J. Moore, P.E., of PT&C Forensic Consulting Services, P.A. (PT&C) inspected the residence (the residence) of Debra Ann Frazier (the Insured) located at 10231 Castlewood Drive in New Orleans, Louisiana.

The residence was a multi-story conventional wood-framed structure supported by a concrete slab-on-grade foundation system. The exterior walls were clad with vinyl siding. The roof was covered with asphalt composition shingles. Reportedly, the interior of the residence was completely remodeled as a result of flooding in the aftermath of Hurricane Katrina with completion in November 2008 and included complete gypsum wall and ceiling board (sheetrock) replacement. For the purpose of discussion within this report, the front of the residence faced south (Attachment A, Photographs 1).

**PURPOSE**

United Fire Group retained PT&C to inspect the residence and determine the origin of recently installed sheetrock. Specifically we were asked to determine if the new sheetrock installed after Hurricane Katrina was manufactured in China.

The Insured was present for the inspection and interviewed for the purpose of obtaining pertinent information.



CONCLUSIONS

- The sheetrock covering the walls and ceilings of the residence was branded by Knauf Plasterboard Company, Ltd as manufactured in China, was purchased through a wholesale supplier and was installed in 2006.

- Results of initial bulk sampling and qualitative testing revealed presence of Sulphur volatiles in the tested sheetrock (verification by smell).

- The reported and observed damages to metallic components of the building materials were consistent with the presence of reactive compounds causing corrosion.

- The structural component of the installed sheetrock is intact and unaffected by its chemical composition.

DAMAGE OBSERVATIONS

Inspection of the residence revealed the following conditions and damage: discolored copper wiring at an outlet; discoloration at the evaporator coil unit in the HVAC air handling unit (AHU) was reported by a contractor; paper backing at drywall exposed in the attic was stamped "made in China" (Attachment A, Photographs 2 through 5).

DISCUSSION

The Insured reported flooding during Hurricane Katrina in 2005. All wiring, sheetrock, and appliances were replaced prior to the Insured resuming occupancy. The Insured re-occupied the residence in January 2009. The Insured reported corrosion of the HVAC evaporator coil as diagnosed by a contractor. The Insured reported discoloration of the bare grounding connector at electrical outlets and switches.

A switch cover plate was removed to inspect the copper wiring. The bare grounding connector exhibited discoloration typical of copper oxide. Identifying stamps were observed at the back of the installed sheetrock. The brand of the sheetrock was not identified, but a "made in China" stamp was identified. Shortages of construction materials following the active storm season of 2005 allowed for the importation of foreign plasterboard products. The Insured purchased the plasterboard through wholesale building material supplier Cabinets For Sure.



Recent media reports have documented the use of gypsum board products (sheetrock) imported from China during a shortage of domestic sheetrock supply following Hurricane Katrina in 2005. Louisiana and Florida State Health Departments are currently investigating the possibility that the imported sheetrock is emitting volatile gaseous compounds that are interacting adversely with metal components of the residential building materials. These metallic building materials include un-insulated copper wiring, air-conditioner evaporator coils, and copper tubing used for refrigerant and water lines. It is recommended the first floor gypsum board be removed and replaced. Chemical reactions tend to be more extreme in the presence of moisture. The evaporator condenser coils of the HVAC system are highly reactive to the volatile gas due to the constant moisture exposure inherent in the process. The evaporator coils should be inspected by a licensed HVAC contractor to verify viability if not replaced. The wall and ceiling insulation should not be affected and may remain in place. The reactivity of the copper plumbing lines and uninsulated areas of the copper wiring should normalize upon the removal of the sheetrock. As for the electrical diagnosis to determine material loss and repair methodology, PT&C recommends that each junction between exposed conductor wire (not covered with insulation) and interface (switch, outlet, etc.) be visually inspected by a licensed electrical contractor to identify and repair corrosion damaged, exposed conductors. Unexposed sections of copper conductors properly covered with insulation would not have been damaged by oxidation. A MEG test, performed by a licensed electrician, will be necessary to ensure proper resistivity in the copper wiring. The copper plumbing lines should not be replaced.

Vince Daliessio, C.I.H. of EMSL Analytical, Inc. in Westmont, New Jersey was consulted for available testing information. Reportedly, EMSL Analytical, Inc. is in the process of developing sampling and analytical laboratory methodology to detect and quantify volatile gaseous sulfuric compounds within indoor air. Bulk sample collection and qualitative testing was performed that involved soaking a 2 ½ x 4 inch sample of the sheetrock in distilled water and placing it in a zip-lock bag for three days. Olfactory observance of the gases released after the three day period revealed the presence of odors consistent with gaseous sulfuric compounds. Laboratory analysis (i.e.: FTIR, GC/MS, etc) analysis may be performed at your request to further identify the chemical compounds.

The State Health Departments of Louisiana and Florida are currently investigating the situation and possible health hazards. Test conducted by the Florida Department of Health found sulfur compounds at levels well within health and safety limits or on par with outdoor air. Much information remains undiscovered concerning this situation.



It is the professional opinion of PT&C that the above stated observations and discussion support the following conclusions:

- The sheetrock covering the walls and ceilings of the residence was branded by Knauf Plasterboard Company, Ltd as manufactured in China, was purchased through a wholesale supplier and was installed in 2006.

- Results of initial bulk sampling and qualitative testing revealed presence of Sulphur volatiles in the tested sheetrock (verification by smell).

- The reported and observed damages to metallic components of the building materials were consistent with the presence of reactive compounds causing corrosion.

- The structural component of the installed sheetrock is intact and unaffected by its chemical composition.

Photographs taken during our work, which are not included in this report, are retained in our files and are available to you upon request.

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.



Ms. Debra Frazier
10231 Castlewood Drive
New Orleans, LA 70127

Ms. Debra Frazier
10231 Castlewood Drive
New Orleans, LA 70127









Ms. Debra Frazier
10231 Castlewood Drive
New Orleans, LA 70127





Ms. Debra Frazier
10231 Castlewood Drive
New Orleans, LA 70127



Ms. Debra Frazier
10231 Castlewood Drive
New Orleans, LA  70127





A/c unit 9/09



