# EXHIBIT "D"

# REQUEST FOR EXCLUSION

TO:
**Lowe's Drywall Exclusions P.O. Box 869066 Plano, Texas 75086-9066**

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

Shelia Guidry
(Name)

11111 S. Idlewood Court
(Address)

New Orleans, LA 70128
(City, State, Zip Code)

with my client's permission and authority
(Signature) Joseph M. Bruno with My Client's Permission and Authority

1/24/2011
(Date)

Must be mailed before: **February 7, 2011**




Guidry, Shelia
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
BRUNO & BRUNO, L.L.P.

11111 S. Idlewood Ct.
Shelia Guidry






***Guidry, Shelia***
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*





**_Guidry, Shelia_**
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
_BRUNO & BRUNO, L.L.P._




Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/11/11 Page 6 of 17

*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*







***Guidry, Shelia***
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*




Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/11/11 Page 8 of 17

***Guidry, Shelia***
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/11/11 Page 10 of 17

*Guidry, Shelia*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/11/11 Page 11 of 17

*Guidry, Sheila*
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*






***Guidry, Shelia***
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/11/11 Page 13 of 17

***Guidry, Shelia***
11111 S. Idlewood Court,
New Orleans, Louisiana 70128
*BRUNO & BRUNO, L.L.P.*

Print Form

Supplemental & Amended

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| For Internal Use Only |
|---|
| File Number |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Shelia Guidry

Address of Affected Property: 11111 S. Idlewood Court, New Orleans, Louisiana 70128

Is this Property:* [X] Residential [ ] Commercial [ ] Governmental

Name of Person Completing this Form: Shelia Guidry

Is above your primary residence? (•) Yes ( ) No

Mailing Address (if different):

Phone: (504) 246 - 0874

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant

Represented By: Joseph M. Bruno

Address: BRUNO & BRUNO, L.L.P., 855 Baronne Street, New Orleans, Louisiana 70113

Phone: (504) 525 - 1335

Case No. /Docket Info: 11-080

**Section II. Insurance Information**

Homeowner/ Renter Insurer: N/A

Policy #:

Agent:

Address:

Phone: ( ) -

* Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied: Move-in | Dates Occupied: Leave | Gender | Date of Birth | Are you claiming personal injuries?* (Circle One) | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Shelia Guidry | 12/01/95 | / / | F | 05/28/62 | No | Owner-Occupant |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |

* Personal injuries include claims for mental anguish and medical monitoring.

GUIDRYS: 00001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (●) Yes No ( )

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Bruno & Bruno, L.L.P.

1.2. When did the inspection take place? 01 /12 /10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (●) Yes No ( )

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Bruno & Bruno, L.L.P.

2.2. When was this determination made? 01 /12 /10

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| TTP | Made in China Meets or Exceed | Entire home |
| | ASTM C139604 Standard | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1955 | | | |
| Estimated Sq. Ft. of Drywall | 8016 | Occupied | ☒ | ☐ |
| Height of Interior Walls | 8' | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☒ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☒ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | Yes | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☐ | ☒ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

| Date Range for New Home Construction: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |
| **Date Range for Renovations: (Month/Day/Year)** | | | |
| Start Date: | 04 /01 /08 | Completion Date | 10 /01 /08 |
| Move In Date: | 10 /01 /08 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☒ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☒ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address:

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name: Lowe's Home Centers, Inc.

Address:

Phone: ( ) -

Case 2:09-md-02047-EEF-JCW Document 9768-7 Filed 07/14/11 Page 16 of 17

Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| [signature] | 1-12-11 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

GUIDRYS:00003

- Brick/ext on slab w/ 30 yr hip roof 7T
- shalum windows - 8' DW walls w/ textured ceiling
* crown thr-out - not in BR's - ch. dair

appliance ... & cabinets + all fixtures - smoke detectors

1/12/2010 11111 S. Idlewood Court

BKFT Hwd chandelier 9 (4) windows
Kit Hwd (3) hanging lights granite light (3) mini cans 10 upper, 12' lower
G.R. Hwd hanging light (2) vents tray ceiling 8 mini cans F/P chair rail
D.R. Hwd chandelier (2) vents, chair rail (2) tall windows
Frk Hwd light
Porch
Garage 1 ... fluor light door opener attic access (2) windows utility sink 6' upper

24 34 15 19 7 12 9 11 19 4 5 21.5 17.5 3 2.5

see below

See below

* Made in China

Note: White backing
USG = Brown
NGC = Gray

BR1 Hwd light 8 mini cans 2 windows
BA tile floor shwr, jacuzzi 4 bar (2) vent fans
CL
BR2 Hwd light (1) window
Hall Hwd 3 lights door bell + stat
Bth tile 3 bar, vent fan
A/C
L.R.
B.R. 3 Hwd light (1) window
garage

34 18 5 7.5 12 17 11 5 15 19 3 10.5 2.5 7.5

* Made in China - Meets or Exceeds ASTM C1396 04 standard 06/05/04 18:22 075346 ③

Labeled: ① GridMarX - National Gypsum Made in USA 18:21 5/29/08
② USG
③

See above

GUIDRYS: 00004