# EXHIBIT "E"

# REQUEST FOR EXCLUSION

TO:
**Lowe's Drywall Exclusions**
**P.O. Box 869066**
**Plano, Texas 75086-9066**


I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers,*

*Inc.*, Case NO. SU10-CV-2267B.


_ALPHONSO WALKER SR._
(Full Name – Please Print Clearly)

_11346 CATALINA AVE._
(Address)

_BATON ROUGE, LA. 70814_
(City, State, Zip Code)

_Alphonso Walker Sr._
(Signature)

_1-13-11_
(Date)


Must be mailed before: **February 7, 2011**



WALKER, ALFONSO & NORA
4793 CHANTILLY DRIVE
NEW ORLEANS, LA 70126



WALKER, ALFONSO & NORA
4793 CHANTILLY DRIVE
NEW ORLEANS, LA 70126



Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

| Section I. Property Information | Section II. Insurance Information |
|---|---|
| Name Property Owner / Address of Affected Property: **ALFONSO ANINORA WALKER** 4973 Chantilly Drive New Orleans LA 70126 | Homeowner/Renter Insurer: LA Citizens Property Insurance Co. Policy #: FD 2008155019001 Agent: |
| Is this Property:* Residential / Commercial / Governmental | Address: P.O. Box 60730 New Orleans LA 70160 |
| Name of Person Completing this Form: | Phone: ( ) |
| Is above your primary residence? (No) Mailing Address (if different): 11346 Catalina Ave. Baton Rouge, LA 70814 | + Attach Copy of Insurance Declaration Page |
| Phone: (225) 636-5427 | |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) / Owner / Renter-Occupant

Represented By: Scott R. Bickford
Martzell & Bickford
Address: 338 Lafayette St.
New Orleans, LA 70130

Phone: 504 581-9065
Case No./Docket Info:

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Alphonso Walker | 3/10/06 | 6/1/09 | (M) F | 08/5/42 | Yes (No) | OWNER |
| Nora Walker | 3/10/08 | 6/1/09 | M (F) | 12/14/39 | Yes (No) | OWNER |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   *OWNER*

  1.2. When did the inspection take place?   *4 /2 09*

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?

  2.2. When was this determination made?   *4 /2 09*

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| *CHINA* | *4973 CHANTILLY DR* | |
| | *N.O LA 70126* | |
| | | |
| | | |

## Section VI. Home Information

| | | | | |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | *2800* | | Yes | No |
| Estimated Sq. Ft. of Drywall | *12,500* | Occupied | | ✓ |
| Height of Interior Walls | *8* | Year-round | *PART T* | |
| Number of Bedrooms: | *4* | Summer | | |
| Number of Bathrooms: | | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | ✓ | | |
| Copper Fixtures | | ✓ | |
| Other Fixtures | | ✓ | |
| Were repairs made to the plumbing system? | ✓ | | |
| Dates: | *JAN 08* | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | *Unknown* | | |
| Switches | *Not Sure* | | |
| Main Panel | ✓ | | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | ✓ | | |
| Dates: | *JAN 08* | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

| Date Range for New Home Construction: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | Date Acquired Home | |

| Date Range for Renovations: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | *01 /3 /08* | Completion Date | *06 /2 08* |
| Move In Date: | *01 /03 /08* | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

*ALPHONSO WALKER SR*

Address: *12346 CATALINA AVE*
*B.R. LA 70814*

Phone: *(225) 636 5927*

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

*DELGADOS PAINTING*

Address: *422 TERRY PARKWAY*
*GRETNA LA 70056*

Phone: *(504) 220 6937*

## Section X. Drywall Supplier

Drywall Supplier's Name:

*HOME DEPOT*

Address: *LOWES*
*N.O. EAST STORES*

Phone: *( )*

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| *Alphonso Walker, L.* | *8-30-09* | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| *Cara M B Walker* | *8/30/2009* | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

**FAIR PLAN**
P.O. Box 60730
New Orleans, LA 70160

Billing Information: ALPHONSO WALKER - Quarterly

**Dwelling Fire Declaration**

| | Policy Period | |
|---|---|---|
| Policy Number | From | To |
| FD 20081550190 01 | 06/03/2009 | 06/03/2010 |
| | 12:01 A.M. Standard Time at the described location | |

**Transaction:** Renewal Policy

Renewal of:  FD 20081550190

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| ALPHONSO WALKER, NORA WALKER<br>11346 CATALINA AVE<br>BATON ROUGE, LA 70814 | LASTRAPES INSURANCE AGCY<br>110 VETERANS BLVD, SUITE 110A<br>METAIRIE, LA 70005<br>Telephone: (504) 488-3838 | 800 3776 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address:  4973 CHANTILLY DR, Orleans Parish, NEW ORLEANS, LA 70126

| Const. Type | Year Built | Terr. | Prot. Class | Graded Area #/Name | Distance to Fire Station | Distance to Hydrant | # of Families | Occupancy |
|---|---|---|---|---|---|---|---|---|
| Masonry | 1973 | 360 | 2 | 360030 - NEW ORLEANS | Less than 7 miles | 1,000 feet or less | 1 | Primary Tenant |

In case of a loss under Section I, we cover only that part of the loss over the deductible:     $5,000.00     applies to all perils except where otherwise stated. Coverage is provided where limit of liability and premium is shown.  If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| Coverage A - Dwelling | $205,000.00 | Fire-Building | $404.00 |
| | | Extended Coverage-Building | $848.00 |
| | | V&MM-Building | Included |

**Additional Charges:**

| | |
|---|---|
| Location Premium: | $1,252.00 |
| Location Tax Exempt Surcharge: | $38.00 |
| Location Coastal Market Equalization Charge: | $0.00 |
| Location FAIR Market Equalization Charge: | $0.00 |
| Location Emergency Assessment: | $63.00 |
| Location Total: | $1,353.00 |

**Policy Interests**

Co-Applicant
NORA WALKER
11346 CATALINA AVE
BATON ROUGE, LA 70814

**Forms and Endorsements**

CTZ-U-0187 (01/05), DWG-3 (01/93), CTZ-U-0174 (01/05), DWG-E100 (07/04), DWG-E290 07 04, DWG-E60 (04/01)

Issued Date:  05/26/2009
CTZ-U-0156 (03/09)



ALFONSO WALKER
4973 Chantilly Drive
New Orleans LA
70126