U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 1 2 2011

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAURA HAYA, et al.
Plaintiff

CIVIL ACTION NO: 11-1077 Section L

Vs

TAISHAN GYPSUM CO., LTD f/n/a Shandong Taihe
Dongxin Co Ltd., et al.

## RESPONSE TO PLAINTIFFS', LAURA HAYA et al., OMNIBUS CLASS ACTION COMPLAINT (IX)

Al Brothers, Inc is a named Defendant in this Case No. SECT. L MAG 2. Please be advised that Al Brothers, Inc. was sold in September of 2006 and the corporation dissolved in 2008 before any allegations of wrongdoing concerning the effect of Chinese drywall. Please see the enclosed documentation. Al Brothers, Inc. denies any responsibility for damage caused by the manufacturer who produced the defective drywall.

Respectfully submitted this 5th day of July, 2011

*[signature]*
Alan R. Jostes
919 S Charlotte St
Lombard, IL 60148
630-495-9928

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this

5TH day of JULY, 2011

*[signature]*

TENDERED FOR FILING

JUL 1 2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process___
X  Dktd____
X  CtRmDep__
Doc. No.___

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search

Events              No Name History                                   Submit

## Detail by Entity Name

### Florida Profit Corporation

AL BROTHERS, INC.

### Filing Information

| | |
|---|---|
| Document Number | S67811 |
| FEI/EIN Number | 650273301 |
| Date Filed | 07/22/1991 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/26/2008 |
| Event Effective Date | NONE |

### Principal Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Mailing Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Registered Agent Name & Address

JOSTES, ALAN R.
2512 SW 22ND PL
CAPE CORAL FL 33914

Address Changed: 01/26/2004

### Officer/Director Detail

**Name & Address**

Title SEC

JOSTES, AL
2512 SW 22ND PL
CAPE CORAL FL 33914 US

Title P

JOSTES, AL
2512 SW 22ND PL
CAPE CANAL FL 33914 US

Title VP

JOSTES, CAROLYN D
2512 SW 22ND PL
CAPE CORAL FL 33914 US

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2005 | 04/27/2005 |
| 2006 | 04/28/2006 |
| 2007 | 04/20/2007 |

## Document Images

| Date | |
|---|---|
| 04/20/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/29/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/09/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 02/02/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List    Entity Name Search

Events    **No Name History**    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State