UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Sean and Beth Payton, et al. | : | |
| Knauf Gips KG, et al. | : | |
| Case No. 09-7628 (E.D.La.) | : | |

**JOINT MOTION TO WITHDRAW AND
<u>SUBSTITUTE COUNSEL OF RECORD</u>**

**NOW TO COURT**, through undersigned counsel, comes Palm Coast Construction, L.L.C., who, pursuant to LR83.2.11 of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, moves this Honorable Court for an Order allowing Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., to withdraw as counsel of record on behalf of Palm Coast Construction, L.L.C., and substituting as counsel of record for Palm Coast Construction, L.L.C., in these proceedings, and enrolling for those purposes, Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C.

**WHEREFORE**, Palm Coast Construction, L.L.C., prays that Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., be withdrawn

as counsel of record for Palm Coast Construction, L.L.C., in these proceedings, and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be allowed to enroll as counsel of record on behalf of Royal Homes, L.L.C., in these proceedings and that the Court's records be changed to reflect the same.

Respectfully submitted,

/s/Patricia A. Krebs
Patricia A. Krebs (LA Bar #2035)
Charlotte P. Livingston (LA Bar #26894)
**KING, KREBS, AND JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
Telephone: 504.582.3800
Facsimile: 504.582.1233


/s/Drew R. Ballina
Warren Horn (LA Bar #14380)
Drew R. Ballina (LA Bar #01704)
**HELLER, DRAPER, HAYDEN
 PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Facsimile: 504.299.3399

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Joint Motion to Withdraw and Substitute Counsel of Record* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July 2011.

/s/Drew R. Ballina
**DREW R. BALLINA**