## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Kenneth Abel, et al. v.<br>Taishan Gypsum Co., Ltd., et al.<br>Case No. 11-080 (E.D.La.) | : : : | |

### PUKKA DEVELOPMENT, INC.'S FRCVP RULE 7.1 AND LOCAL RULE 5.6E CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Pukka Development, Inc., ("Pukka Development"), who files this Corporate Disclosure Statement, pursuant to Fed.R.Civ.P. 7.1 and Uniform District Court Local Rule 5.6E, as follows:

> Pukka Development is a non-governmental corporate entity with no parent corporation and no publically traded company owning 10% or more of its stock.

New Orleans, Louisiana, this 14th day of July 2011.

### [SIGNATURE ON NEXT PAGE]

Respectfully submitted,

**HELLER, DRAPER, HAYDEN PATRICK & HORN, L.L.C.**

*/s/Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504299.3300
Facsimile: 504.299.3399
**ATTORNEYS FOR PUKKA DEVELOPMENT, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Pukka Development, Inc.'s FRCVP Rule 7.1 and Local Rule 5.6E Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July 2011.

*/s/Drew R. Ballina*
**DREW R. BALLINA**