UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047  JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Sean Payton, et al Case No. 2:09-cv-7628 Gross, et al Case No. 2:09-cv-6690 Amato, et al Case No. 2:10-cv-0932 | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through under signed counsel comes Defendant, **E. Jacob Construction, Inc.. and E. Jacob Fakouri Construction, Inc. (collectively, "E. Jacob"),** who moves this Honorable Court for an Order granting the partial substitution of counsel of record in the above-entitled matters.  E. Jacob avers that it desires current counsel, John S. Lawrence, Jr. and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the Loeb Law Firm be substituted with Kerry J. Miller, Peter Sperling, T. Louis Colletta, and Kyle A. Spaulding and  the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130 in the above-captioned matters, except with respect to the claims asserted by Jeanette Mills for the property located at 11052 Shoreline Drive, Baton Rouge, LA 70809.   John S. Lawrence, Jr. and Matthew L. Devereaux of the firm Lawrence & Associates and J.

Scott Loeb and Jonas P. Baker of the Loeb Law Firm will remain counsel of record with respect to Jeanette Mills' claims.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES
& THE LOEB LAW FIRM**
/s/ John S. Lawrence
John S. Lawrence (#19678)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
Jr350@bellsouth.net

**FRILOT, LLC**
/s/Kyle A. Spaulding
Kerry J. Miller (#24562)
Peter Sperling (#17812)
T. Louis Colletta (#26851)
Kyle A. Spaulding (#29000)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile:  (504) 599-8145
kmiller@frilot.com
psperling@frilot.com
lcolletta@frilot.com
kspaulding@frilot.com

/s/ Jonas P. Baker
J. Scott Loeb (#25771
Jonas P. Baker (#25563)
839 Heavens Drive, Suite B
Mandeville, Louisiana 70471
Telephone:  (985) 778-0220
Facsimile: (985) 246-5639
sloe@loeb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which wll send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of July, 2011.

/s/ Kyle A. Spaulding
Kyle A. Spaulding

#397266