UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL     PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : | SECTION: L |
| Case No. 11-1077 | : | JUDGE FALLON |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*: | : : : | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of Iota Twenty-Four, LLC.[1]  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.  This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel for Iota Twenty-Four, LLC*

---

[1] This entity was not the builder or developer of any of the allegedly affected homes at issue in this action.

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July 2011.

                                                                                                __/s/ Vanessa M. Serrano_____
                                                                                                Vanessa M. Serrano

4827-1596-4170.1
10324/0178