## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Sean Payton, et al  Case No. 2:09—cv-7628 | * * * * | |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through under signed counsel comes Defendant, **Darwin Sharp Construction, LLC ("Darwin Sharp"),** who moves this Honorable Court for an Order substituting Kerry J. Miller, Peter Sperling, T. Louis Colletta, Kyle A. Spaulding and the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130 in place of John S. Lawrence, Jr. and Matthew L. Devereaux of the law firm Lawrence & Associates, and J. Scott Loeb and Jonas P. Baker of the Loeb Law Firm as counsel of record In the above captioned matter.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**
**& LOEB LAW FIRM**
/s/ John S. Lawrence, Jr.
John S. Lawrence (#19678)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450

**FRILOT, LLC**
/s/Kyle A. Spaulding
Kerry J. Miller (#24562)
Peter Sperling (#17812)
T. Louis Colletta (#26851)
Kyle A. Spaulding (#29000)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile:  (504) 599-8145
kmiller@frilot.com; psperling@frilot.com
lcolletta@frilot.com; kspaulding@frilot.com

/s/Jonas P. Baker
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
839 Heavens Drive, Suite B
Mandeville, Louisiana 70471
Telephone: (985) 778-0220
Facsimile: (985) 246-5639
sloeb@loeb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which wll send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of July, 2011.

/s/ Kyle A. Spaulding
Kyle A. Spaulding

**#397453**