MINUTE ENTRY
FALLON, J.
JULY 14, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

The monthly status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Prior to the conference, the Court met with Liaison Counsel and the Chairs of the Steering Committees. At the conference, Liaison Counsel reported to the Court on topics set forth in Joint Report No. 23. *See* (R. Doc. 9807). The conference was transcribed by Ms. Cathy Pepper, Official Court Reporter. Counsel may contact Ms. Pepper at (504) 589-7778 to request a copy of the transcript. A summary of the monthly status conference follows.

Certain information in the Joint Report was elaborated upon by counsel, the summary of which follows. With regard to state/federal coordination, Dawn Barrios, chair of the committee of the same name, reported that 34 more cases in Florida have been discovered by her committee and she plans to communicate with the presiding judges regarding the MDL litigation. Additionally, Ms. Barrios noted that a case has been filed in New Jersey. With regard to Judge Silver's case in Florida state court, a conference is scheduled to discuss trial dates.

With regard to omni complaints, Chair of the Plaintiffs' Steering Committee, Arnold Levin, informed the Court that Knauf would be accepting service of *Block*, Omni X, Case No.

JS10(00:19)

11-1363. Further, Mr. Levin informed the Court that the PSC plans to file Omni XI involving claims against a French entity with alleged interests in the Chinese defendants.

With regard to the pilot program, Greg Wallance, counsel for the Knauf entities, reported that 356 homes are currently in the pipeline for or completed remediation. On a related matter, remediated homes, Mr. Wallance announced that his team is currently working on a procedure for resolving the claims arising from such homes. The PSC informed the Court that it has and is working on a list of all claimants with remediated homes.

With regard to the Knauf depositions scheduled for later in the summer, Nick Panayotopoulos, counsel for Banner, expressed concern about the deponents invoking certain foreign laws to avoid answering questions. The Court directed counsel to bring the issue before the Court prior to the deposition for resolution.

With regard to the litigation involving the Taishan entities, Lenny Davis of the PSC informed the Court that subpoenas have been issued to JPMorgan and Morgan Stanley, but that these entities have been non-responsive. Frank Spano, counsel for the Taishan entities, expressed he and his clients' concerns regarding the three recently filed cases against the Taishan entities. The Court directed Mr. Spano to file any motions he finds appropriate to address these issues.

At the conclusion of the conference, the Court announced that the next conference is scheduled for August 24, 2011, at 9:00 a.m. central standard time, and that the following conference is scheduled for September 22, 2011, at 9:00 a.m. central standard time. The call-in information for these conferences can be found on the Court's website at the "Calendar" page, http://www.laed.uscourts.gov/Drywall/Calendar.htm.