UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED           :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :
LITIGATION                             :      SECTION:   L
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :      JUDGE FALLON
                                       :
Payton v. Knauf Gips KG, et al., No. 09-7628   :   MAG. JUDGE WILKINSON
-------------------------------------------------------x
```

**JOINT MOTION FOR ENTRY OF
STIPULATION TO CREATE QUALIFIED SETTLEMENT FUND**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), the Knauf Entities, and Brown Greer, PLC, as administrator of the Remediation Fund established under the Demonstration Remediation Agreement, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval.  The parties represent to the Court that the attached stipulation is fair, adequate and reasonable.  For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC, the Knauf Entites, and Brown Greer, PLC request that this Court approve the agree stipulation and enter same into the Court record.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ
 & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024

/s/ Steven Glickstein
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone:  (212) 836-8485
Fax:  (212) 836-6485
Email: sglickstein@kayescholer.com

Email:  Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Lynn C. Greer
Lynn C. Greer
BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219
Phone:  (804) 521-7202
Fax:  (804) 521-7299
Email:  lgreer@browngreer.com

*Administrator of the Remediation Fund*

Miles P. Clements (#4184)
Peter E. Sperling (#17812)
Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8194
Fax:  (504) 599-8145
Email:  kmiller@frilot.com

*Attorneys for Knauf Entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order to Create Qualified Settlement Fund has been filed electronically on CM/ECF and served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of July, 2011.

/s/ Kyle Spaulding