UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED        :        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                                        :        SECTION:    L
-------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:        :        JUDGE FALLON
                                                         :
*Payton v. Knauf Gips KG, et al.*, No. 09-7628   :        MAG. JUDGE WILKINSON
-------------------------------------------------------------------x


## ORDER

Considering the Joint Motion For Entry of Stipulation to Create Qualified Settlement Fund., the Court finds the motion meritorious and should be granted;

IT IS HEREBY ORDERD that the agreed stipulation attached as Exhibit "A" to the Joint Motion For Entry of Stipulation To Create Qualified Settlement Fund is hereby entered into the record of this matter.

New Orleans, Louisiana this _____day of July, 2011.


_____
JUDGE ELDON E. FALLON