UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 2:09-cv-7628 <br> * MDL No. 09-2047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * MAGISTRATE WILKINSON |
| Docket # 09-7628 <br> SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated | * <br> * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | * <br> * |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD. et al. | * <br> * <br> * |
| Defendants | * |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Sharon B. Kyle, Nancy A. Richeaux, Steven K. Schilling and the firm of Sharon B. Kyle, APLC, attorneys of record for Defendant, TABER CONSTRUCTION, LLC pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1       Sharon B. Kyle, APLC was retained to represent Defendant, Taber Construction, LLC by the LHBA GL Trust, (the indemnitor of Taber Construction, LLC).

2       The LHBA GL Trust has entered the one home at issue as against Taber Construction, LLC into a Court sanctioned Pilot Remediation Program, which provides for the remediation of the home.

3       Undersigned Counsel has been unable to contact Taber Construction, LLC since March of 2010, when undersigned Counsel first spoke with Taber Construction, LLC and advised Taber of the LHBA GL Trust's retention of the law firm of Sharon B. Kyle, APLC relative to the defense of Taber in this litigation.

4	Undersigned Counsel has made exhaustive efforts to locate the whereabouts of Taber Construction, LLC since making a Notice of Appearance as counsel for Taber in April of 2010.

5	The LHBA Trust has advised undersigned Counsel that the discretionary defense of Taber Construction, LLC relative to this litigation is being withdrawn.

6	A letter with a copy of this Motion has been provided to the last known good address for the Defendant, Taber Construction, LLC, by certified mail.

> The letter advises the Defendant:
>
> a   Sharon B. Kyle, Nancy A. Richeaux, Steven K. Schilling and the firm of Sharon B. Kyle, APLC are withdrawing as counsel for Taber Construction, LLC,
>
> b   substitution counsel will need to be retained, and
>
> c   notifies the Defendant of all upcoming deadlines and hearings.

7	The Defendant, Taber Construction, LLC's, last known address and contact information:

> Taber Construction, L.L.C. 204 E. 14th Avenue Covington, LA 70433
>
> Telephone: (985) 590-7089   E-Mail: taberconstruction@mac.com

> WHEREFORE, the undersigned respectfully requests that the court grant the Motion

to Withdrawal as Counsel for Defendant, Taber Construction, LLC; in the above case.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.

Dated: July 15, 2011

SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6.  I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2011.

                                   _____