UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 2:09-cv-7628<br>* MDL No. 09-2047<br>*<br>* JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | *<br>* MAGISTRATE WILKINSON |
| Docket # 09-7628<br>SEAN AND BETH PAYTON, individually<br>and on behalf of all others similarly situated | *<br>*<br>*<br>* |
| Plaintiffs | *<br>* |
| v. | *<br>* |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD. et al. | *<br>*<br>* |
| Defendants | * |

**NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL
WITHOUT SUBSTITUTION**

Sharon B. Kyle, Nancy A. Richeaux, Steven K. Schilling and the firm of Sharon B. Kyle, APLC, hereby give notice that they will bring a Motion to Withdraw as Counsel for Defendant, TABER CONSTRUCTION, LLC, before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 24, 2011, at 9:00 a.m. or at such other time as the Court may direct.

Dated: July 15, 2011

                            RESPECTFULLY SUBMITTED:
                            SHARON B. KYLE, A.P.L.C.

                            SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
                            NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
                            STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
                            4960 Bluebonnet Blvd., Ste. A
                            Baton Rouge, Louisiana 70809
                            Telephone: 225/293-8400
                            Facsimile: 225/291-9501

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6.  I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2011.

                                                   _____