UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 2:09-cv-7628 <br> * MDL No. 09-2047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * MAGISTRATE WILKINSON |
| Docket # 09-7628 <br> SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated Plaintiffs | * <br> * <br> * <br> * |
| v. | * <br> * |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD. et al. <br> Defendants | * <br> * <br> * |

**ORDER GARNTING WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION**

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, TABER CONSTRUCTION, LLC, in the above civil action. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, TABER CONSTRUCTION, LLC, is hereby granted and that Sharon B. Kyle, Nancy A. Richeaux, Steven K. Schilling and the firm of Sharon B. Kyle, APLC, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Taber Construction, LLC. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, **Taber Construction, LLC at: 204 E. 14th Avenue Covington, LA 70433**.

It is ORDERED this _____ day of _____, 2011.

HONORABLE ELDON E. FALLON

_____

U.S. DISTRICT COURT JUDGE