UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :   SECTION:    L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :   JUDGE FALLON
                                        :
ALL CASES                               :   MAG. JUDGE WILKINSON
------------------------------------------------------------x
```

## STIPULATION

The Plaintiffs' Steering Committee and the Knauf Defendants stipulate and agree that the Knauf Defendants shall have until July 28, 2011 to designate portions of the deposition of Hans-Ulrich Hummel pursuant to paragraph 12 of Pretrial Order 16.

Dated: July 15, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Russ M. Herman | /s/ Steven Glickstein |
| Russ M. Herman | Steven Glickstein (NY Bar No. 1038157) |
| Leonard A. Davis | Jay P. Mayesh (NY Bar No. 1081603) |
| HERMAN, HERMAN, KATZ | KAYE SCHOLER LLP |
|   & COTLAR, LLP | 425 Park Avenue |
| 820 O'Keefe Avenue | New York, NY 10022 |
| New Orleans, Louisiana 70113 | Phone:  (212) 836-8485 |
| Phone:  (504) 581-4892 | Fax:  (212) 836-6485 |
| Fax:  (504) 561-6024 | Email:  sglickstein@kayescholer.com |
| Email:  Ldavis@hhkc.com | |
| | Miles P. Clements (#4184) |
| *Plaintiffs' Liaison Counsel* | Peter E. Sperling (#17812) |
| *MDL 2047* | Kerry J. Miller (#24562) |
| | Kyle A. Spaulding (#29000) |
| Arnold Levin | Paul C. Thibodeaux (#29446) |
| Fred S. Longer | FRILOT, L.L.C. |
| Matthew C. Gaughan | 1100 Poydras Street |
| Levin, Fishbein, Sedran & Berman | Suite 3700 |
| 510 Walnut Street, Suite 500 | New Orleans, LA 70163 |
| Philadelphia, PA 19106 | Phone:  (504) 599-8194 |
| Phone:  (215) 592-1500 | Fax:  (504) 599-8145 |

2

Fax: (215) 592-4663  
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*  
*MDL 2047*

Email: kmiller@frilot.com

*Attorneys for Knauf Defendants*

SO ORDERED:

    New Orleans, Louisiana, this __ day of July, 2011,

_____  
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of July, 2011.

/s/ Kyle Spaulding