UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO *Hobbie v. RCR Holdings II, LLC*, No. 10-1113**

## SCHEDULING ORDER

The Court, having conducted a hearing on Plaintiffs' Motion for Entry of Scheduling Order (R. doc. 9602) on June 14, 2011 at which the parties were represented by their respective counsel, enters the following Scheduling Order setting forth the following legal issues to be resolved through discovery and motion practice:

**A.      Discovery**

The parties have until December 15, 2011, to conduct discovery on the following issues and claims: (1) the economic loss rule, (2) strict liability, (3) breach of warranty of fitness, (4) violations of the Florida Building Code, (5) claims or defenses raised in RCR Holdings II's Third Party Complaint against Arch Insurance Co. for breach of contract, (6) the identity of plaintiffs and potential plaintiffs, as well as the residency and citizenship status thereof, and (7) the identity of the manufacturer of the drywall located within the residences subject to this case.

**B.      Motions**

Motions related to the above-identified discovery issues shall be filed on or before January 15, 2012.  The time for filing of reply briefs shall be governed by the Federal and Local Rules.  Oral arguments, if allowed, will be scheduled by the Court.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with this Order and Local Rules and upon a showing of good cause.  Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this 15th day of July, 2011.

_____
U.S. District Judge