UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| *Laura Haya, et al.  v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civil Action No. 11-1077** | | |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BEAZER HOMES CORP.

Notice is hereby given that J Kevin Buster, Franklin P. Brannen, Jr., and Susan M. Clare of King & Spalding LLP are entering an appearance on behalf of Defendant Beazer Homes Corp. in the above-numbered and entitled matter. Defendant Beazer Homes Corp. expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Defendant Beazer Homes Corp. further avers that this Notice does not constitute a waiver of service.

This 18th day of July, 2011.

/s/ Susan M. Clare
J Kevin Buster (GA Bar No. 099267)
kbuster@kslaw.com
Franklin P. Brannen, Jr. (GA Bar No. 076432)
fbrannen@kslaw.com
Susan M. Clare (GA Bar No. 262830)
sclare@kslaw.com
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
PH: (404) 572-4600
FAX: (404) 572-5100

**Attorneys for Defendant Beazer Homes Corp.**

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of July, 2011.

                                      /s/ Susan M. Clare
                                      Susan M. Clare (GA Bar No. 262830)