UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Amato v. Liberty Mutual Insurance Co.,* **No. 10-932**

### O R D E R

As part of this Omnibus Class Action, the plaintiffs have brought claims in this matter against, among others, Auto-Owners Insurance Company, Owners Insurance Company and Southern Owners Insurance Company (collectively "the Auto-Owners Entities"). On March 24, 2011, the Auto-Owners Entities filed a Motion to Dismiss for Lack of Personal Jurisdiction. (Rec. Doc. 8336.) This motion is based upon the same operative facts as a similar motion filed by the Auto-Owners Entities in the matter of *Pate v. American International Specialty Lines, et al.,* No. 09-7791, (Rec. Docs. 3302 and 6271), which motion was granted by this Court on February 8, 2011 (Rec. Doc. 7356), and the Court adopts that reasoning as follows:

**IT IS ORDERED** that the Motion to dismiss for Lack of Personal Jurisdiction filed by the Auto-Owners Entities at Rec. Doc. 8336 be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of February 9, 2011 (Rec. Doc. 7356) as if it were issued in this case. As a result, Auto-Owners Insurance Company, Owners Insurance Company and Southern

Owners Insurance Company are hereby dismissed from this matter, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 15th day of _____July_____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE