IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to <u>Haya et al, v. Taishan Gypsum Co., Ltd., et al</u>; Case No. 2:11-CV-1077 | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, K. Hovnanian Windward Homes, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: July 18, 2011

    Respectfully submitted,

    BILZIN SUMBERG BAENA PRICE
    & AXELROD LLP
    1450 Brickell Avenue
    Suite 2300
    Miami, Florida 33131-3456

    Tel.: (305)374-7580   Fax: (305)374-7593

    BY:   /s/ *Melissa Pallett-Vasquez*
           ROBERT W. TURKEN, ESQ.
           Florida Bar No. 306355
           rturken@bilzin.com
           ADAM F. HAIMO, ESQ.
           Florida Bar No. 502731
           ahaimo@bilzin.com
           MELISSA PALLETT-VASQUEZ, ESQ.
           Florida Bar No. 715816
           mpallett@bilzin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of July, 2011.

By: *Melissa Pallett-Vasquez*
     Melissa Pallett-Vasquez