# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| *Abel v. Taishan Gypsum Co. Ltd. et al* | * | |
| Case No. 2:11-cv-00080 | * | |
| *Gross, et al v. Knauf Gips, KG, et al* | * | |
| Case No. 2:09-cv-6690 | * | |
| *Haya, et al v. Taishan Gypsum Co. Ltd., et al* | * | |
| Case No. 2:11-cv-01077 | * | |
| Leford v. Knauf Gips, KG, et al | * | |
| Case No. 2:09-cv-04292 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE
## COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come defendants, Devon International Industries, Inc., Devon International Trading, Inc., Devon International Group, Inc., and Devon International, Inc. (collectively "Devon") and, pursuant to Local Rule 83.2.11 of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, move this Honorable Court for an Order allowing Donald C. Brown of the Woodley, Williams Law Firm, LLC to withdraw as their counsel of record, and to substitute Andrew A. Braun, Daniel G. Rauh, and Victoria E. Emmerling of Gieger, Laborde & Laperouse, LLC in his place as counsel of record for Devon in the above-captioned matters.

**WHEREFORE**, defendants, Devon International Industries, Inc., Devon International Trading, Inc., Devon International Group, Inc., and Devon International, Inc., respectfully pray that the Court allow Donald C. Brown of the Woodley, Williams Law Firm, LLC to withdraw as their counsel of record and that Andrew A. Braun, Daniel G. Rauh, and Victoria E. Emmerling of Gieger, Laborde & Laperouse, LLC be substituted in his place as counsel of record, and that they be sent all further notices of the Court.

Respectfully submitted,

/s/ Donald C. Brown
DONALD C. BROWN (#3549)
Woodley, Williams Law Firm, LLC
P.O. Box 3731
Lake Charles, Louisiana 70602-3731
Telephone:     (337) 433-6328
Facsimile:     (337) 433-7513
E-Mail:  dcbrown@woodleywilliams.com


/s/ Andrew A. Braun
ANDREW A. BRAUN (#3415)
E-Mail:         abraun@glllaw.com
DANIEL G. RAUH (#27280)
E-Mail:         drauh@glllaw.com
VICTORIA E. EMMERLING (#33117)
E-Mail:         temmerling@glllaw.com
Gieger, Laborde & Laperouse, LLC
One Shell Square – Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Joint Motion to Withdraw and Substitute Counsel of Record** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 18th day of July, 2011.

/s/ Andrew A. Braun_____