UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| *Abel v. Taishan Gypsum Co. Ltd. et al* Case No. 2:11-cv-00080 | * * | |
| *Gross, et al v. Knauf Gips, KG, et al* Case No. 2:09-cv-6690 | * * | |
| *Haya, et al v. Taishan Gypsum Co. Ltd., et al* Case No. 2:11-cv-01077 | * * | |
| *Leford v. Knauf Gips, KG, et al* Case No. 2:09-cv-04292 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Joint Motion to Withdraw and Substitute Counsel of Record filed by Devon International Industries, Inc., Devon International Trading, Inc., Devon International Group, Inc., and Devon International, Inc.:

**IT IS ORDERED** that Donald C. Brown of the Woodley, Williams Law Firm, LLC is authorized to withdraw as counsel of record for Devon International Industries, Inc., Devon International Trading, Inc., Devon International Group, Inc., and Devon International, Inc. in the above matters, that Andrew A. Braun, Daniel G. Rauh, and Victoria E. Emmerling of the law firm of Gieger, Laborde & Laperouse, LLC be and are hereby substituted in his place as their

1

counsel of record, and that Andrew A. Braun, Daniel G. Rauh, and Victoria E. Emmerling of Gieger, Laborde & Laperouse, LLC be sent all further notices of the Court.

Signed in New Orleans, Louisiana, this _____ day of _____, 2011.

_____
U.S. DISTRICT JUDGE