```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3    ***************************************************************

 4    IN RE: CHINESE-MANUFACTURED
      DRYWALL PRODUCTS LIABILITY
 5    LITIGATION
                                   CIVIL DOCKET NO. MDL 2047 "L"
 6                                 NEW ORLEANS, LOUISIANA
                                   THURSDAY, JULY 14, 2011, 9:00 A.M.
 7    THIS DOCUMENT RELATES TO
      ALL CASES
 8
      ***************************************************************
 9

10              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
11                    UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

15    FOR THE PLAINTIFFS:    HERMAN HERMAN KATZ & COTLAR
                             BY:  RUSS M. HERMAN, ESQUIRE
16                                LEONARD A. DAVIS, ESQUIRE
                             820 O'KEEFE AVENUE
17                           NEW ORLEANS LA  70113

18                           LEVIN, FISHBEIN, SEDRAN & BERMAN
                             BY:  ARNOLD LEVIN, ESQUIRE
19                                FRED S. LONGER, ESQUIRE
                             510 WALNUT STREET, SUITE 500
20                           PHILADELPHIA PA  19106

21

22                           SEEGER WEISS
                             BY:  CHRISTOPHER A. SEEGER, ESQUIRE
23                           550 BROAD STREET, SUITE 920
                             NEWARK NJ  07102

24

25
```

08:57AM

1  APPEARANCES CONTINUED:

2

3                              GAINSBURGH BENJAMIN DAVID MEUNIER AND
                               WARSHAUER
4                              BY:  GERALD E. MEUNIER, ESQUIRE
                               2800 ENERGY CENTRE
5                              1100 POYDRAS STREET, SUITE 2800
                               NEW ORLEANS LA  70163

6

7                              LEWIS & ROBERTS
                               BY:  DANIEL K. BRYSON, ESQUIRE
8                              3700 GLENWOOD AVENUE, SUITE 410
                               RALEIGH NC  27612

9

10 FOR THE DEFENDANTS:         FRILOT
                               BY:  KERRY MILLER, ESQUIRE
11                             ENERGY CENTRE, 36TH FLOOR
                               1100 POYDRAS STREET
12                             NEW ORLEANS LA  70163

13

14                             SINNOT NUCKLOS & LOGAN
                               BY:  KENNETH F. HARDT, ESQUIRE
                               13811 VILLAGE MILL DRIVE
15                             MIDLOTHIAN VA  23114

16

17                             RUMBERGER KIRK & CALDWELL
                               BY:  ROBERT V. FITZSIMMONS, ESQUIRE
                               BRICKELL BAYVIEW CENTRE, SUITE 3000
18                             80 SOUTHWEST 8TH STREET
                               MIAMI FL  33130

19

20                             MINTZER SAROWITZ ZERIS
                               LEDVA & MEYERS
21                             BY:  BRIAN A. EVES, ESQUIRE
                               THE WATERFORD AT BLUE LAGOON
22                             1000 NW 57TH COURT, SUITE 300
                               MIAMI FL  33126

23

24                             QUINN EMANUEL URQUHART & SULLIVAN
                               BY:  JANE M. BYRNE, ESQUIRE
25                             51 MADISON AVENUE, 22ND FLOOR
                               NEW YORK, NY 10010

```
 1  APPEARANCES CONTINUED:

 2

 3                          WEINBERG WHEELER HUDGINS GUNN
                            & DIAL
 4                          BY: NICHOLAS PANAYOTOPOULOS, ESQUIRE
                                MICHAEL A. SEXTON, ESQUIRE
 5                          3344 PEACHTREE ROAD, SUITE 2400
                            ATLANTA GA 30326
 6

 7                          HOGAN LOVELLS US
                            BY:  FRANK T. SPANO, ESQUIRE
 8                          875 THIRD AVENUE
                            NEW YORK, NY 10022
 9

10                          SIVYER BARLOW & WATSON
                            BY:  NEAL A. SIVYER, ESQUIRE
11                          401 E. JACKSON STREET, SUITE 2225
                            TAMPA FL  33602
12

13                          GREENBERG TRAURIG
                            BY:  HILARIE BASS, ESQUIRE
14                          333 AVENUE OF THE AMERICAS, SUITE 4400
                            MIAMI FL  33131
15

16                          STANLEY, REUTER, ROSS, THORNTON
                            & ALFORD
17                          BY:  THOMAS P. OWEN, JR., ESQUIRE
                            909 POYDRAS STREET, SUITE 2500
18                          NEW ORLEANS LA  70112

19

20                          PETERSON & ESPINO
                            BY:  MICHAEL P. PETERSON, ESQUIRE
                            10631 NORTH KENDALL DRIVE, SUITE 220
21                          MIAMI FL  33176

22

23                          KAYE SCHOLER
                            BY:  STEVEN GLICKSTEIN, ESQUIRE
                                 GREGORY J. WALLANCE, ESQUIRE
24                          425 PARK AVENUE
                            NEW YORK NY  10022
25
```

1   APPEARANCES CONTINUED:

2

3                              GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
                             BY:  BENJAMIN R. GRAU, ESQUIRE
4                              701 POYDRAS STREET, 40TH FLOOR
                             NEW ORLEANS LA  70139
5

6                              ADAMS & REESE
                             BY:  WILLIAM B. GAUDET, ESQUIRE
7                              ONE SHELL SQUARE
                             701 POYDRAS STREET, SUITE 4500
8                              NEW ORLEANS LA  70130

9

10                             ALLEN & GOOCH
                             BY:  BRETT M. BOLLINGER, ESQUIRE
11                            3900 NORTH CAUSEWAY BOULEVARD, SUITE 1450
                             METAIRIE LA  70002

12

13  FOR THE STATE/FEDERAL
    LIAISON COMMITTEE:       BARRIOS, KINGSDORF & CASTEIX, L.L.P.
14                            BY:  DAWN M. BARRIOS, ESQUIRE
                             701 POYDRAS STREET, SUITE 3650
15                            NEW ORLEANS LA 70139

16

17  FOR THE INSURERS'        BARRASSO USDIN KUPPERMAN
    LIAISON COMMITTEE:       FREEMAN & SARVER
18                            BY:  JUDY Y. BARRASSO, ESQUIRE
                                 H. MINOR PIPES, II, ESQUIRE
19                            LL&E TOWER, SUITE 1800
                             909 POYDRAS STREET
20                            NEW ORLEANS, LA 70112

21

22  ALSO PRESENT:            DANIEL BECNEL, ESQUIRE
                             BRUCE STECKLER, ESQUIRE
23                            ROBERT DARROCH, ESQUIRE

24

25

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    500 POYDRAS STREET, ROOM B406
4                                   NEW ORLEANS LA   70130
                                    (504) 589-7779
5                                   Cathy_Pepper@laed.uscourts.gov

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3                                                              PAGE

4

5    PRETRIAL ORDERS........................................    7

6    STATE COURT TRIAL SETTINGS.............................    8

7    INSURANCE ISSUES.......................................    8

8    HOMEBUILDERS FEES AND COSTS............................    8

9    STATE/FEDERAL COORDINATION.............................    9

10   OMNIBUS CLASS ACTION...................................   10

11   PLAINTIFF'S MOTION TO ESTABLISH A LITIGATION EXPENSE     11

12   FUND...................................................

13   MEDIATION..............................................   11

14   PILOT PROGRAM..........................................   11

15   REMEDIATED HOMES.......................................   12

16   CLASS CERTIFICATION HEARING............................   13

17   KNAUF DEFENDANTS.......................................   14

18   TAISHAN DEFENDANTS.....................................   14

19   INTERIOR EXTERIOR DEFENDANT............................   17

20   BANNER DEFENDANTS......................................   17

21   BANNER ISSUES WILL BE COVERED AFTER THIS HEARING.......   17

22   NEXT STATUS CONFERENCE IS IN AUGUST, AUGUST 24TH,        17

23   2011; SEPTEMBER 22ND IS THE FOLLOWING ONE..............

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              M O R N I N G    S E S S I O N

08:57AM    3              THURSDAY, JULY 14, 2011

08:57AM    4              (COURT CALLED TO ORDER)

08:57AM    5

09:05AM    6

09:05AM    7        THE DEPUTY CLERK:  Everyone rise.

09:05AM    8        THE COURT:  Be seated, please.  Good morning, ladies and

09:05AM    9   gentlemen.

09:06AM   10             Call the case.

09:06AM   11        THE DEPUTY CLERK:  MDL 2047, *In re:  Chinese Drywall*.

09:06AM   12        THE COURT:  Counsel, make your appearance for the

09:06AM   13   record.

09:06AM   14        MR. MILLER:  Good morning, Your Honor.  Kerry Miller on

09:06AM   15   behalf of the Defense Steering Committee.

09:06AM   16        MR. HERMAN:  Good morning, Judge Fallon.  Russ Herman on

09:06AM   17   behalf of the plaintiffs.

09:06AM   18        THE COURT:  We're here today with our monthly status

09:06AM   19   conference.  I have a full courtroom and several hundred people

09:06AM   20   on the phone, so everybody please use the microphones.

09:06AM   21             I met with the committees in advance of this

09:06AM   22   meeting to discuss with them the issues, including the proposed

09:06AM   23   agenda.  I'll start by taking the agenda.

09:06AM   24             The first item on the agenda, pretrial orders.

09:06AM   25        MR. HERMAN:  Nothing new, Your Honor.

09:06AM 1      THE COURT:  How about state court trial settings?

09:06AM 2  Anything?

09:06AM 3      MR. HERMAN:  There are some new settings.  They have

09:06AM 4  been listed at page 4 and page 5 of the status conference order,

09:07AM 5  Your Honor.

09:07AM 6      THE COURT:  I have been meeting with the state judges in

09:07AM 7  order to try to coordinate the matters so that the things that I

09:07AM 8  set here do not conflict with their schedules.  They have been

09:07AM 9  very helpful to me in understanding their aspect of the case, and

09:07AM 10  I'm delighted that I'm able to work with them and they are able

09:07AM 11  to work with us to make it easier for the litigants, as well as

09:07AM 12  for the lawyers involved.

09:07AM 13          Any insurance issues?

09:07AM 14      MR. HERMAN:  Your Honor, the PSC and Ms. Barrasso, as

09:07AM 15  liaison, have met a number of times since the last status

09:07AM 16  conference.  The meetings have been professional and cordial and

09:07AM 17  we are making progress.

09:07AM 18      MS. BARRASSO:  Judy Barrasso for the insurers.  We have

09:07AM 19  met with the PSC about the pending motions and working some of

09:07AM 20  those out, and we're prepared to continue to do that, and then

09:08AM 21  we'll report back to you.

09:08AM 22      THE COURT:  Report to me, and then if there are any

09:08AM 23  matters that are unresolved, I'll resolve them.

09:08AM 24      MS. BARRASSO:  Thank you, Judge.

09:08AM 25      THE COURT:  Homebuilders fees and costs.  As I mentioned

09:08AM 1   on several occasions, this is an opportunity for the homebuilders

09:08AM 2   to participate in the litigation, but it's also necessary that

09:08AM 3   they put up the costs that everybody seems to feel is appropriate

09:08AM 4   and the amount is appropriate, so I urge them to do so.  If not,

09:08AM 5   then I have to get involved in it.  Hopefully it will be able to

09:08AM 6   be resolved without my intervention.

09:08AM 7               Any state/federal coordination?

09:08AM 8               MR. HERMAN:  Your Honor, Ms. Barrios is here to report.

09:08AM 9               MS. BARRIOS:  Thank you, Mr. Herman.  Dawn Barrios for

09:08AM 10  the state/federal committee, Your Honor.

09:09AM 11              As for the remainders, we're current through

09:09AM 12  CTO 21.  There have been no CTOs since the February conference.

09:09AM 13  We have identified seven additional state court judges in

09:09AM 14  Florida, basically through the exhibit attached to the Banner

09:09AM 15  settlement motion.  We have been in contact, and I have sent a

09:09AM 16  letter to each of those judges.

09:09AM 17              However, and I hate to add more on your plate, but

09:09AM 18  we found 34 more judges in Florida.

09:09AM 19              THE COURT:  In Florida.

09:09AM 20              MS. BARRIOS:  That I have not had an opportunity to

09:09AM 21  communicate with, but I will do so early next week.  The reason

09:09AM 22  why we have so many more is not only did we pick up cases on

09:09AM 23  Banner's exhibit, but many of these judges are sitting on

09:09AM 24  foreclosure proceedings, so we have additional people to

09:09AM 25  communicate with.

09:09AM 1          Thirdly, Your Honor, there is a case I would like

09:09AM 2    to bring to your attention.  It's a New Jersey case,

09:09AM 3    Judge Powers, and it's in the Superior Court of New Jersey.

09:10AM 4    Judge Powers is getting ready to enter a scheduling order.  The

09:10AM 5    defendant manufacturer is Taishan, and I will be communicating

09:10AM 6    with him and copying Your Honor on that.

09:10AM 7          Lastly, Your Honor, with regard to *Bradley Staggs*

09:10AM 8    *v. Alvarez Homes*, this is Judge Bernard Silva.  We've both been

09:10AM 9    communicating with him.  He has scheduled a new conference to

09:10AM 10   discuss the trial date.  So that will be something new because on

09:10AM 11   the joint report, it indicates there is a trial date, but he has

09:10AM 12   a new scheduling order to discuss a trial date.

09:10AM 13        THE COURT:  I think he's one of the ones who had called

09:10AM 14   me and discussed it with me, and I'm trying to coordinate his

09:10AM 15   schedule with mine.

09:10AM 16        MS. BARRIOS:  Thank you, Your Honor.

09:10AM 17        THE COURT:  Thank you very much.

09:10AM 18          Any reports on the omnibus class action?

09:10AM 19        MR. HERMAN:  May it please the Court, lead counsel,

09:10AM 20   Arnold Levin, will report.  I might add for the Court and those

09:11AM 21   on the phone, the omnibus class action complaints filed are noted

09:11AM 22   at page 6 and page 11.

09:11AM 23        MR. LEVIN:  Your Honor, there is no change as to the

09:11AM 24   omnibus class action complaints.  The last one, Omnibus 10, Knauf

09:11AM 25   has agreed to service, and it's being served in a very nice way

09:11AM 1   as opposed to the Hague.  There will be an omnibus complaint

09:11AM 2   filed against Lafarge, which we believe is a French corporation

09:11AM 3   that has some interest in the Chinese drywall problems.

09:11AM 4       THE COURT:  The next item is plaintiff's motion to

09:11AM 5   establish a litigation expense fund.  Anything on that?

09:11AM 6        Mediation is the next one.  Anything on mediation?

09:11AM 7       MR. HERMAN:  No, Your Honor.

09:11AM 8       THE COURT:  Pilot program.  Would you bring us up to

09:12AM 9   date, Greg, on the pilot program.

09:12AM 10       MR. WALLANCE:  Thank you, Your Honor.  Gregory Wallance,

09:12AM 11   Kaye Scholer for the Knauf defendants.

09:12AM 12       Your Honor, we have now 356 homes in the pipeline

09:12AM 13   who have completed remediation.  By "pipeline," the beginning of

09:12AM 14   the pipeline, as we define it, is the home has been qualified as

09:12AM 15   all or substantially all KPT, and the homeowner and Moss, the

09:12AM 16   program contractor, have begun the process of preparing the home

09:12AM 17   for remediation.

09:12AM 18       356 homes have entered or completed the pipeline.

09:12AM 19   Of those 356, 33 have been finished.  Close to 60 are under

09:12AM 20   construction.  We anticipate that August and September, we will

09:12AM 21   certainly pass 400 homes in the pipeline and go well over one

09:12AM 22   hundred homes in completed remediation or in remediation.

09:13AM 23       I think it's worth noting that we're now

09:13AM 24   nine months from when the pilot program was announced, and as

09:13AM 25   conceived, the pilot program was intended to remediate up to 300

09:13AM 1    homes.  Obviously, we are not bound by that 300, and at this
09:13AM 2    point, we're not setting any limits.
09:13AM 3            We very much appreciate the demand has been
09:13AM 4    building up, has been built up for quite some time, obviously.
09:13AM 5    We hope to ramp this up and continue to ramp it up.  We've added
09:13AM 6    a hundred homes in the last month since I've reported to you.
09:13AM 7    People have been coming to us.  We've had some growing pains.
09:13AM 8            There have been some issues developing at the
09:13AM 9    homeowner level with the contractor.  We're going to do
09:13AM 10   everything we can to make it as smooth a process as possible, but
09:13AM 11   I think at this point, we feel that it has certainly accomplished
09:13AM 12   its original objective and is now moving into a phase where
09:13AM 13   hopefully we can start to bring some relief to larger and larger
09:13AM 14   groups of homeowners.
09:14AM 15           If I may, I can now move on to the second item that
09:14AM 16   I'm responsible for, which is remediated homes.  Typically when
09:14AM 17   we're dealing with remediated homes, we're talking about
09:14AM 18   high-end, expensive homes, and we've just started that process.
09:14AM 19   We're engaged with individual attorneys and homeowners.  We're
09:14AM 20   assessing a number of submissions that have been given to us.
09:14AM 21   We're still working out procedures.
09:14AM 22           I hope that within the next couple of weeks we'll
09:14AM 23   have our internal procedures for making this an efficient, smooth
09:14AM 24   process to evaluate the claims and respond to the homeowners and
09:14AM 25   their counsel.  Hopefully, we can announce some individual

09:14AM  1    settlements.  This is a little bit further behind, and rest
09:14AM  2    assured, we are committed to making it work just as we did the
09:14AM  3    pilot program.
09:14AM  4              Thank you, Your Honor.
09:14AM  5         THE COURT:  Thank you.
09:14AM  6         MR. HERMAN:  Judge Fallon, under Item Number 10,
09:14AM  7    remediated homes, I just have one comment.  After the last status
09:15AM  8    conference, the PSC sent out continuous calls to lawyers in all
09:15AM  9    the Gulf states to provide us with the information on homes that
09:15AM 10    had already been remediated outside the pilot program.  That
09:15AM 11    process is ongoing.
09:15AM 12              We've got a number of people in the courtroom and
09:15AM 13    on the phone.  Please send to us the information on your
09:15AM 14    remediated homes that is outside of the pilot program.  We'll add
09:15AM 15    them to the list, and they will become subject of discussion and
09:15AM 16    protocol with Knauf.
09:15AM 17         THE COURT:  The end result of this, of course, is to get
09:15AM 18    enough experience -- and it looks like that the experience has
09:15AM 19    been forthcoming -- to get enough experience so that this
09:15AM 20    situation can be monetized, and we can resolve the cases faster
09:15AM 21    and give some other options other than remediation in the
09:16AM 22    traditional fashion.  So I think we're moving in that direction.
09:16AM 23              Item 11 is class certification hearing.
09:16AM 24         MR. HERMAN:  The schedule has been suspended,
09:16AM 25    Your Honor, by agreement and court order.

09:16AM 1          THE COURT:  The Knauf defendants?

09:16AM 2          MR. LEVIN:  With regard to class actions, we have a

09:16AM 3   motion pending that will be heard today to begin the process of

09:16AM 4   preparing Venture for class certification hearing.

09:16AM 5          THE COURT:  We'll get to that after the meeting.

09:16AM 6              The next item is Knauf defendants.  Anything on

09:16AM 7   that?

09:16AM 8          MR. HERMAN:  Yes, Your Honor.  The depositions that have

09:16AM 9   been taken are listed at page 8 of the status report.  At page 9,

09:16AM 10  Baldwin Knauf is set for July 21st and 22nd in Germany; on

09:16AM 11  July 25th and 26th, Hans Ingenillem in Germany; later in July in

09:17AM 12  Germany, Martin Halbach's deposition will be completed.  On

09:17AM 13  August 8th in Hong Kong, the deponent is Ann Zhong.  On

09:17AM 14  August 8th, the week of, in Hong Kong, Zhang Fudong; August 8th,

09:17AM 15  in Hong Kong, deponent Mark Norris's deposition will be complete.

09:17AM 16  Those are Knauf depositions.

09:17AM 17             With regard to Taishan defendants, Your Honor,

09:17AM 18  those depositions won't be scheduled until January.  Your Honor

09:17AM 19  has issued an order to that effect.

09:17AM 20             At this point, we might add, and it's really my

09:17AM 21  oversight in the proposed agenda that subpoenas have been issued

09:17AM 22  to J.P. Morgan and Morgan Stanley for documents particularly

09:18AM 23  regarding the Taishan defendants and the

09:18AM 24  People's Republic of China.  There have been discussions with

09:18AM 25  J.P. Morgan and with Morgan Stanley, and those discussions will

09:18AM 1    continue.

09:18AM 2         THE COURT:  If there is a problem, get to me, and I'll

09:18AM 3    deal with it on the phone.

09:18AM 4         MR. PANAYOTOPOULOS:  Your Honor, in regards to the Knauf

09:18AM 5    depositions that are taking place in August, there are some

09:18AM 6    questions about certain questions that one of the witnesses

09:18AM 7    refused to answer in the past based on foreign law, and we would

09:18AM 8    like to bring that to the Court's attention before those

09:18AM 9    depositions so we don't have the same problem.

09:18AM 10        THE COURT:  I think you need to look at those

09:18AM 11   depositions, both sides.  If there is some issue that you think

09:18AM 12   that you're going to have, bring them to me before you have the

09:19AM 13   issues, on both sides of the issue.

09:19AM 14        MR. PANAYOTOPOULOS:  Thank you, Your Honor.

09:19AM 15        MR. HERMAN:  Judge Fallon, Arnold Levin, lead counsel

09:19AM 16   will report on new complaints filed against Taishan.

09:19AM 17        MR. LEVIN:  Your Honor, we filed new complaints which

09:19AM 18   are virtually identical in Louisiana, Virginia, and Florida,

09:19AM 19   against those Taishan entities that have appeared before

09:19AM 20   Your Honor, those that have been defaulted before, and others.

09:19AM 21   They include what we believe to be all of the Taishan parents and

09:19AM 22   subsidiaries.  We filed them in three jurisdictions, and we've

09:19AM 23   tagged them along with the MDL to come here.

09:19AM 24        THE COURT:  I understand.  I had some conference

09:19AM 25   afterwards.

09:19AM 1                Go ahead.

09:19AM 2            MR. SPANO:  Good morning, Your Honor.  Frank Spano for

09:19AM 3    Taishan Gypsum and TTP.

09:19AM 4                At this point, we would just like to raise some

09:19AM 5    serious concerns that we have regarding these newly-filed *Amerin*

09:20AM 6    class action complaints.  They are filed by plaintiffs who have

09:20AM 7    already sued our clients in *Wiltz*, *Germano*, and other cases.

09:20AM 8    They make duplicate claims and they even allege they are bringing

09:20AM 9    claims on behalf of plaintiffs in other class actions who also

09:20AM 10   have already sued us.

09:20AM 11               They should not be making the same claims against

09:20AM 12   the same defendants in multiple lawsuits.  This is simply a

09:20AM 13   recipe for chaos.  Frankly, Your Honor, it's the kind of thing

09:20AM 14   that causes a foreign defendant to question the fairness and the

09:20AM 15   efficiency of the process.

09:20AM 16               Even more troubling is that this complaint contains

09:20AM 17   a number of false and improper allegations against not only our

09:20AM 18   client but ourselves as counsel, which we will address at the

09:20AM 19   appropriate time.

09:20AM 20           MR. LEVIN:  Your Honor, there is such a concept of

09:21AM 21   protective actions.  Also, you can explain to the Chinese that

09:21AM 22   it's not just us that's at issue, it's Supreme Court,

09:21AM 23   United States Supreme Court decisions, such as *McIntyre* maybe,

09:21AM 24   and we are covering ourselves by filing that.

09:21AM 25               Once they get here and we have the jurisdictional

09:21AM 1  basis as to where they were started and where your clients have

09:21AM 2  been found, we would be happy to do with those three complaints

09:21AM 3  and any other complaints an administrative master complaint so

09:21AM 4  that the Court can deal with it in an efficient manner.

09:21AM 5       THE COURT:  We'll deal with it.  Frank, file what you

09:21AM 6  need to file and then I'll look at it.

09:21AM 7            Interior Exterior defendant.  Anything on that?

09:21AM 8       MR. HERMAN:  I don't believe there is anything new on

09:21AM 9  that, Your Honor.

09:21AM 10      THE COURT:  Anything on the Banner defendants other than

09:22AM 11 what have from the movants?

09:22AM 12      MR. HERMAN:  No, Your Honor, unless someone from Banner

09:22AM 13 wants to make a statement, but Banner issues will be covered

09:22AM 14 after this hearing.

09:22AM 15      THE COURT:  The next status conference is in August,

09:22AM 16 August 24th, 2011.  What's the September?  September 22nd is the

09:22AM 17 following one.

09:22AM 18            Anything else in the general meeting?  I'll start

09:22AM 19 the motions.

09:22AM 20      MR. HERMAN:  No, Your Honor.

09:22AM 21      MR. DANIEL BECNEL:  May it please the Court,

09:22AM 22 Daniel Becnel.  You had asked me to get involved with the

09:22AM 23 remediated homes already.  We were using Sean Payton individually

09:23AM 24 as sort of a stalking horse to see how we could do it.

09:23AM 25            Mr. Wilentz and I met in New York this Monday

09:23AM 1  during AAJ, and we're trying to craft not only the homeowner or

09:23AM 2  the builder but Knauf as well.  In order to speed up the process,

09:23AM 3  I've allowed Mr. Wilentz to communicate directly with Sean

09:23AM 4  individually, as well as the remediated contractors, etcetera,

09:23AM 5  but Mr. Payton does not want to relinquish his right to be a

09:23AM 6  class representative, even if he reaches a -- and he will do that

09:23AM 7  *pro bono*, to assist all of the other people in that.

09:23AM 8           I just thought I would let you know of that

09:23AM 9  development, and hopefully we will have that resolved by the end

09:24AM 10  of the month, but we're not sure.  Mr. Wilentz is going to

09:24AM 11  Germany, I think, this week for further meetings on that.

09:24AM 12           THE COURT:  I don't know whether he can settle and still

09:24AM 13  remain in the case, but we'll deal with that.

09:24AM 14           MR. LEVIN:  Your Honor, he could be our coach.

09:24AM 15           THE COURT:  Looks like he's got enough on his plate this

09:24AM 16  year.

09:24AM 17           Then hearing nothing else, let's move into the

09:24AM 18  motions at this point.

19           (WHEREUPON, at 9:24 a.m., the proceedings were

20  concluded.)

21                              *   *   *

22

23

24

25

```
 1                       REPORTER'S CERTIFICATE

 2

 3        I, Cathy Pepper, Certified Realtime Reporter, Registered

 4   Merit Reporter, Certified Court Reporter of the State of

 5   Louisiana, Official Court Reporter for the United States District

 6   Court, Eastern District of Louisiana, do hereby certify that the

 7   foregoing is a true and correct transcript, to the best of my

 8   ability and understanding, from the record of the proceedings in

 9   the above-entitled and numbered matter.

10

11

12                            s/Cathy Pepper
                          _____

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Official Court Reporter
                            United States District Court
15                          Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25
```

1

**0**

**07102** [1] - 1:23

**1**

**10** [3] - 6:10, 10:24, 13:6
**1000** [1] - 2:22
**10010** [1] - 2:25
**10022** [2] - 3:8, 3:24
**10631** [1] - 3:20
**11** [5] - 6:11, 6:13, 6:14, 10:22, 13:23
**1100** [2] - 2:5, 2:11
**12** [1] - 6:15
**13** [1] - 6:16
**13811** [1] - 2:14
**14** [4] - 1:6, 6:17, 6:18, 7:3
**1450** [1] - 4:10
**17** [4] - 6:19, 6:20, 6:21, 6:22
**1800** [1] - 4:19
**19106** [1] - 1:20

**2**

**2011** [4] - 1:6, 6:23, 7:3, 17:16
**2047** [2] - 1:5, 7:11
**21** [1] - 9:12
**21st** [1] - 14:10
**220** [1] - 3:20
**2225** [1] - 3:11
**22ND** [2] - 2:25, 6:23
**22nd** [2] - 14:10, 17:16
**23114** [1] - 2:15
**2400** [1] - 3:5
**24TH** [1] - 6:22
**24th** [1] - 17:16
**2500** [1] - 3:17
**25th** [1] - 14:11
**26th** [1] - 14:11
**27612** [1] - 2:8
**2800** [2] - 2:4, 2:5

**3**

**300** [3] - 2:22, 11:25, 12:1
**3000** [1] - 2:17
**30326** [1] - 3:5
**33** [1] - 11:19
**33126** [1] - 2:22
**33130** [1] - 2:18
**33131** [1] - 3:14

**33176** [1] - 3:21
**333** [1] - 3:14
**3344** [1] - 3:5
**33602** [1] - 3:11
**34** [1] - 9:18
**356** [3] - 11:12, 11:18, 11:19
**3650** [1] - 4:14
**36TH** [1] - 2:11
**3700** [1] - 2:8
**3900** [1] - 4:10

**4**

**4** [1] - 8:4
**400** [1] - 11:21
**401** [1] - 3:11
**40TH** [1] - 4:4
**410** [1] - 2:8
**425** [1] - 3:24
**4400** [1] - 3:14
**4500** [1] - 4:7

**5**

**5** [1] - 8:4
**500** [2] - 1:19, 5:3
**504** [1] - 5:4
**51** [1] - 2:25
**510** [1] - 1:19
**550** [1] - 1:22
**57TH** [1] - 2:22
**589-7779** [1] - 5:4

**6**

**6** [1] - 10:22
**60** [1] - 11:19

**7**

**7** [1] - 6:5
**70002** [1] - 4:11
**701** [3] - 4:4, 4:7, 4:14
**70112** [2] - 3:18, 4:20
**70113** [1] - 1:16
**70130** [2] - 4:8, 5:4
**70139** [2] - 4:4, 4:15
**70163** [2] - 2:5, 2:12

**8**

**8** [4] - 6:6, 6:7, 6:8, 14:9
**80** [1] - 2:18
**820** [1] - 1:16

**875** [1] - 3:8
**8th** [3] - 14:13, 14:14
**8TH** [1] - 2:18

**9**

**9** [2] - 6:9, 14:9
**909** [2] - 3:17, 4:19
**920** [1] - 1:22
**9:00** [1] - 1:6
**9:24** [1] - 18:19

**A**

**A.M** [1] - 1:6
**a.m** [1] - 18:19
**AAJ** [1] - 18:1
**ability** [1] - 19:8
**able** [3] - 8:10, 9:5
**above-entitled** [1] - 19:9
**accomplished** [1] - 12:11
**action** [4] - 10:18, 10:21, 10:24, 16:6
**ACTION...................**
**.............** [1] - 6:10
**actions** [3] - 14:2, 16:9, 16:21
**ADAMS** [1] - 4:6
**add** [4] - 9:17, 10:20, 13:14, 14:20
**added** [1] - 12:5
**additional** [2] - 9:13, 9:24
**address** [1] - 16:18
**administrative** [1] - 17:3
**advance** [1] - 7:21
**AFTER** [1] - 6:21
**afterwards** [1] - 15:25
**agenda** [4] - 7:23, 7:24, 14:21
**agreed** [1] - 10:25
**agreement** [1] - 13:25
**ahead** [1] - 16:1
**ALFORD** [1] - 3:16
**ALL** [1] - 1:7
**allegations** [1] - 16:17
**allege** [1] - 16:8
**ALLEN** [1] - 4:9
**allowed** [1] - 18:3
**ALSO** [1] - 4:22
**Alvarez** [1] - 10:8
**AMERICAS** [1] - 3:14
**Amerin** [1] - 16:5
**amount** [1] - 9:4
**AND** [2] - 2:3, 6:8

**Ann** [1] - 14:13
**announce** [1] - 12:25
**announced** [1] - 11:24
**answer** [1] - 15:7
**anticipate** [1] - 11:20
**appearance** [1] - 7:12
**APPEARANCES** [5] - 1:13, 2:1, 3:1, 4:1, 5:1
**appeared** [1] - 15:19
**appreciate** [1] - 12:3
**appropriate** [3] - 9:3, 9:4, 16:19
**Arnold** [2] - 10:20, 15:15
**ARNOLD** [1] - 1:18
**aspect** [1] - 8:9
**assessing** [1] - 12:20
**assist** [1] - 18:7
**assured** [1] - 13:2
**AT** [1] - 2:21
**ATLANTA** [1] - 3:5
**attached** [1] - 9:14
**attention** [2] - 10:2, 15:8
**attorneys** [1] - 12:19
**August** [7] - 11:20, 14:13, 14:14, 15:5, 17:15, 17:16
**AUGUST** [2] - 6:22
**AVENUE** [6] - 1:16, 2:8, 2:25, 3:8, 3:14, 3:24

**B**

**B406** [1] - 5:3
**Baldwin** [1] - 14:10
**BANNER** [2] - 6:20, 6:21
**Banner** [4] - 9:14, 17:10, 17:12, 17:13
**Banner's** [1] - 9:23
**BARLOW** [1] - 3:10
**BARRASSO** [4] - 4:17, 4:18, 8:18, 8:24
**Barrasso** [2] - 8:14, 8:18
**BARRIOS** [5] - 4:13, 4:14, 9:9, 9:20, 10:16
**Barrios** [2] - 9:8, 9:9
**based** [1] - 15:7
**basis** [1] - 17:1
**BASS** [1] - 3:13
**BAYVIEW** [1] - 2:17
**BE** [1] - 6:21
**BECNEL** [2] - 4:22, 17:21

**Becnel** [1] - 17:22
**become** [1] - 13:15
**BEFORE** [1] - 1:10
**begin** [1] - 14:3
**beginning** [1] - 11:13
**begun** [1] - 11:16
**behalf** [3] - 7:15, 7:17, 16:9
**behind** [1] - 13:1
**BENJAMIN** [2] - 2:3, 4:3
**BERMAN** [1] - 1:18
**Bernard** [1] - 10:8
**best** [1] - 19:7
**bit** [1] - 13:1
**BLUE** [1] - 2:21
**BOLLINGER** [1] - 4:10
**bono** [1] - 18:7
**BOULEVARD** [1] - 4:10
**bound** [1] - 12:1
**Bradley** [1] - 10:7
**BRETT** [1] - 4:10
**BRIAN** [1] - 2:21
**BRICKELL** [1] - 2:17
**bring** [5] - 10:2, 11:8, 12:13, 15:8, 15:12
**bringing** [1] - 16:8
**BROAD** [1] - 1:22
**BRUCE** [1] - 4:22
**BRYSON** [1] - 2:7
**builder** [1] - 18:2
**building** [1] - 12:4
**built** [1] - 12:4
**BURR** [1] - 4:3
**BY** [24] - 1:15, 1:18, 1:22, 2:4, 2:7, 2:10, 2:14, 2:17, 2:21, 2:24, 3:4, 3:7, 3:10, 3:13, 3:17, 3:20, 3:23, 4:3, 4:6, 4:10, 4:14, 4:18, 5:6, 5:6
**BYRNE** [1] - 2:24

**C**

**CALDWELL** [1] - 2:16
**CALLED** [1] - 7:4
**case** [5] - 7:10, 8:9, 10:1, 10:2, 18:13
**cases** [3] - 9:22, 13:20, 16:7
**CASES** [1] - 1:7
**CASTEIX** [1] - 4:13
**Cathy** [2] - 19:3, 19:13
**CATHY** [1] - 5:3
**Cathy_Pepper@laed .uscourts.gov** [2] - 5:5, 19:15

**causes** [1] - 16:14
**CAUSEWAY** [1] - 4:10
**CCR** [2] - 5:3, 19:13
**CENTRE** [3] - 2:4, 2:11, 2:17
**certain** [1] - 15:6
**certainly** [2] - 11:21, 12:11
**CERTIFICATE** [1] - 19:1
**CERTIFICATION** [1] - 6:16
**certification** [2] - 13:23, 14:4
**Certified** [3] - 19:3, 19:4, 19:13
**certify** [1] - 19:6
**change** [1] - 10:23
**chaos** [1] - 16:13
**China** [1] - 14:24
**CHINESE** [1] - 1:4
**Chinese** [3] - 7:11, 11:3, 16:21
**CHINESE-MANUFACTURED** [1] - 1:4
**CHRISTOPHER** [1] - 1:22
**CIVIL** [1] - 1:5
**claims** [4] - 12:24, 16:8, 16:9, 16:11
**class** [9] - 10:18, 10:21, 10:24, 13:23, 14:2, 14:4, 16:6, 16:9, 18:6
**CLASS** [2] - 6:10, 6:16
**CLERK** [2] - 7:7, 7:11
**client** [1] - 16:18
**clients** [2] - 16:7, 17:1
**close** [1] - 11:19
**coach** [1] - 18:14
**coming** [1] - 12:7
**comment** [1] - 13:7
**committed** [1] - 13:2
**committee** [1] - 9:10
**COMMITTEE** [2] - 4:13, 4:17
**Committee** [1] - 7:15
**committees** [1] - 7:21
**communicate** [3] - 9:21, 9:25, 18:3
**communicating** [2] - 10:5, 10:9
**complaint** [3] - 11:1, 16:16, 17:3
**complaints** [7] - 10:21, 10:24, 15:16, 15:17, 16:6, 17:2, 17:3
**complete** [1] - 14:15

**completed** [4] - 11:13, 11:18, 11:22, 14:12
**COMPUTER** [1] - 5:6
**conceived** [1] - 11:25
**concept** [1] - 16:20
**concerns** [1] - 16:5
**concluded** [1] - 18:20
**CONFERENCE** [2] - 1:10, 6:22
**conference** [8] - 7:19, 8:4, 8:16, 9:12, 10:9, 13:8, 15:24, 17:15
**conflict** [1] - 8:8
**construction** [1] - 11:20
**contact** [1] - 9:15
**contains** [1] - 16:16
**continue** [3] - 8:20, 12:5, 15:1
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**continuous** [1] - 13:8
**contractor** [2] - 11:16, 12:9
**contractors** [1] - 18:4
**coordinate** [2] - 8:7, 10:14
**coordination** [1] - 9:7
**COORDINATION.......**
**.....................** [1] -
6:9
**copying** [1] - 10:6
**cordial** [1] - 8:16
**corporation** [1] - 11:2
**correct** [1] - 19:7
**costs** [2] - 8:25, 9:3
**COSTS.....................**
**.....** [1] - 6:8
**COTLAR** [1] - 1:14
**counsel** [5] - 7:12, 10:19, 12:25, 15:15, 16:18
**couple** [1] - 12:22
**course** [1] - 13:17
**COURT** [29] - 1:1, 2:22, 5:3, 6:6, 7:4, 7:8, 7:12, 7:18, 8:1, 8:6, 8:22, 8:25, 9:19, 10:13, 10:17, 11:4, 11:8, 13:5, 13:17, 14:1, 14:5, 15:2, 15:10, 15:24, 17:5, 17:10, 17:15, 18:12, 18:15
**court** [3] - 8:1, 9:13, 13:25
**Court** [12] - 10:3, 10:19, 10:20, 16:22, 16:23, 17:4, 17:21, 19:4, 19:5, 19:6,

19:14, 19:14
**Court's** [1] - 15:8
**courtroom** [2] - 7:19, 13:12
**COVERED** [1] - 6:21
**covered** [1] - 17:13
**covering** [1] - 16:24
**craft** [1] - 18:1
**CRR** [2] - 5:3, 19:13
**CTO** [1] - 9:12
**CTOs** [1] - 9:12
**current** [1] - 9:11

# D

**DANIEL** [3] - 2:7, 4:22, 17:21
**Daniel** [1] - 17:22
**DARROCH** [1] - 4:23
**date** [4] - 10:10, 10:11, 10:12, 11:9
**DAVID** [1] - 2:3
**DAVIS** [1] - 1:15
**Dawn** [1] - 9:9
**DAWN** [1] - 4:14
**deal** [4] - 15:3, 17:4, 17:5, 18:13
**dealing** [1] - 12:17
**decisions** [1] - 16:23
**defaulted** [1] - 15:20
**defendant** [3] - 10:5, 16:14, 17:7
**DEFENDANT.............**
**...............** [1] - 6:19
**defendants** [7] -
11:11, 14:1, 14:6, 14:17, 14:23, 16:12, 17:10
**DEFENDANTS** [1] -
2:10
**DEFENDANTS..........**
**.....................** [1] -
6:18
**DEFENDANTS..........**
**.....................** [1]
- 6:20
**DEFENDANTS...........**
**.....................** [1]
- 6:17
**Defense** [1] - 7:15
**define** [1] - 11:14
**delighted** [1] - 8:10
**demand** [1] - 12:3
**deponent** [2] - 14:13, 14:15
**deposition** [1] - 14:12, 14:15
**depositions** [6] - 14:8, 14:16, 14:18, 15:5,

15:9, 15:11
**DEPUTY** [2] - 7:7, 7:11
**developing** [1] - 12:8
**development** [1] -
18:9
**DIAL** [1] - 3:3
**direction** [1] - 13:22
**directly** [1] - 18:3
**discuss** [2] - 7:22, 10:10, 10:12
**discussed** [1] - 10:14
**discussion** [1] - 13:15
**discussions** [2] -
14:24, 14:25
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [2] - 19:5, 19:6, 19:14
**DOCKET** [1] - 1:5
**DOCUMENT** [1] - 1:7
**documents** [1] - 14:22
**DRIVE** [2] - 2:14, 3:20
**Drywall** [1] - 7:11
**DRYWALL** [1] - 1:4
**drywall** [1] - 11:3
**duplicate** [1] - 16:8
**during** [1] - 18:1

# E

**early** [1] - 9:21
**easier** [1] - 8:11
**Eastern** [1] - 19:6
**EASTERN** [1] - 1:1
**effect** [1] - 14:19
**efficiency** [1] - 16:15
**efficient** [2] - 12:23, 17:4
**ELDON** [1] - 1:10
**EMANUEL** [1] - 2:24
**end** [2] - 12:18, 13:17, 18:9
**ENERGY** [2] - 2:4, 2:11
**engaged** [1] - 12:19
**enter** [1] - 10:4
**entered** [1] - 11:18
**entities** [1] - 15:19
**entitled** [1] - 19:9
**ESPINO** [1] - 3:19
**ESQUIRE** [30] - 1:15, 1:15, 1:18, 1:19, 1:22, 2:4, 2:7, 2:10, 2:14, 2:17, 2:21, 2:24, 3:4, 3:4, 3:7, 3:10, 3:13, 3:17, 3:20, 3:23, 3:23, 4:3, 4:6, 4:10, 4:14, 4:18, 4:18, 4:22, 4:22,

4:23
**ESTABLISH** [1] - 6:11
**establish** [1] - 11:5
**etcetera** [1] - 18:4
**evaluate** [1] - 12:24
**EVES** [1] - 2:21
**exhibit** [2] - 9:14, 9:23
**EXPENSE** [1] - 6:11
**expense** [1] - 11:5
**expensive** [1] - 12:18
**experience** [2] -
13:18, 13:19
**explain** [1] - 16:21
**EXTERIOR** [1] - 6:19
**Exterior** [1] - 17:7

# F

**fairness** [1] - 16:14
**FALLON** [1] - 1:10
**Fallon** [3] - 7:16, 13:6, 15:15
**false** [1] - 16:17
**fashion** [1] - 13:22
**faster** [1] - 13:20
**February** [1] - 9:12
**FEES** [1] - 6:8
**fees** [1] - 8:25
**file** [2] - 17:5, 17:6
**filed** [7] - 10:21, 11:2, 15:16, 15:17, 15:22, 16:5, 16:6
**filing** [1] - 16:24
**finished** [1] - 11:19
**first** [1] - 7:24
**FISHBEIN** [1] - 1:18
**FITZSIMMONS** [1] -
2:17
**FL** [5] - 2:18, 2:22, 3:11, 3:14, 3:21
**FLOOR** [3] - 2:11, 2:25, 4:4
**Florida** [4] - 9:14, 9:18, 9:19, 15:18
**following** [1] - 17:17
**FOLLOWING** [1] -
6:23
**FOR** [4] - 1:14, 2:10, 4:13, 4:17
**foreclosure** [1] - 9:24
**foregoing** [1] - 19:7
**foreign** [2] - 15:7, 16:14
**forthcoming** [1] -
13:19
**FRANK** [1] - 3:7
**Frank** [2] - 16:2, 17:5
**frankly** [1] - 16:13
**FRED** [1] - 1:19

**FREEMAN** [1] - 4:17
**French** [1] - 11:2
**FRILOT** [1] - 2:10
**Fudong** [1] - 14:14
**full** [1] - 7:19
**fund** [1] - 11:5
**FUND**.........................
.........................[1] -
6:12

**G**

**GA** [1] - 3:5
**GAINSBURGH** [1] -
2:3
**GALLOWAY** [1] - 4:3
**GAUDET** [1] - 4:6
**general** [1] - 17:18
**gentlemen** [1] - 7:9
**GERALD** [1] - 2:4
**Germano** [1] - 16:7
**Germany** [4] - 14:10,
14:11, 14:12, 18:11
**given** [1] - 12:20
**GLENWOOD** [1] - 2:8
**GLICKSTEIN** [1] -
3:23
**GOOCH** [1] - 4:9
**GRAU** [1] - 4:3
**GREENBERG** [1] -
3:13
**Greg** [1] - 11:9
**GREGORY** [1] - 3:23
**Gregory** [1] - 11:10
**groups** [1] - 12:14
**growing** [1] - 12:7
**Gulf** [1] - 13:9
**GUNN** [1] - 3:3
**Gypsum** [1] - 16:3

**H**

**Hague** [1] - 11:1
**Halbach's** [1] - 14:12
**Hans** [1] - 14:11
**happy** [1] - 17:2
**HARDT** [1] - 2:14
**hate** [1] - 9:17
**HEARD** [1] - 1:10
**heard** [1] - 14:3
**hearing** [4] - 13:23,
14:4, 17:14, 18:17
**HEARING**...... [1] -
6:21
**HEARING**.................
......... [1] - 6:16
**helpful** [1] - 8:9
**hereby** [1] - 19:6

**HERMAN** [17] - 1:14,
1:15, 7:16, 7:25, 8:3,
8:14, 9:8, 10:19,
11:7, 13:6, 13:24,
14:8, 15:15, 17:8,
17:12, 17:20
**Herman** [2] - 7:16, 9:9
**high** [1] - 12:18
**high-end** [1] - 12:18
**HILARIE** [1] - 3:13
**HOGAN** [1] - 3:7
**home** [2] - 11:14,
11:16
**homebuilders** [2] -
8:25, 9:1
**HOMEBUILDERS** [1] -
6:8
**homeowner** [3] -
11:15, 12:9, 18:1
**homeowners** [3] -
12:14, 12:19, 12:24
**Homes** [1] - 10:8
**homes** [13] - 11:12,
11:18, 11:21, 11:22,
12:1, 12:6, 12:16,
12:17, 12:18, 13:7,
13:9, 13:14, 17:23
**HOMES**.....................
.................. [1] - 6:15
**Hong** [3] - 14:13,
14:14, 14:15
**Honor** [30] - 7:14,
7:25, 8:5, 8:14, 9:8,
9:10, 10:1, 10:6,
10:7, 10:16, 10:23,
11:7, 11:10, 11:12,
13:4, 13:25, 14:8,
14:17, 14:18, 15:4,
15:14, 15:17, 15:20,
16:2, 16:13, 16:20,
17:9, 17:12, 17:20,
18:14
**HONORABLE** [1] -
1:10
**hope** [2] - 12:5, 12:22
**hopefully** [4] - 9:5,
12:13, 12:25, 18:9
**horse** [1] - 17:24
**HUDGINS** [1] - 3:3
**hundred** [3] - 7:19,
11:22, 12:6

**I**

**identical** [1] - 15:18
**identified** [1] - 9:13
**II** [1] - 4:18
**improper** [1] - 16:17
**IN** [2] - 1:4, 6:22

**include** [1] - 15:21
**including** [1] - 7:22
**indicates** [1] - 10:11
**individual** [2] - 12:19,
12:25
**individually** [2] -
17:23, 18:4
**information** [2] - 13:9,
13:13
**Ingenillem** [1] - 14:11
**INSURANCE** [1] - 6:7
**insurance** [1] - 8:13
**insurers** [1] - 8:18
**INSURERS'** [1] - 4:17
**intended** [1] - 11:25
**interest** [1] - 11:3
**interior** [1] - 17:7
**INTERIOR** [1] - 6:19
**internal** [1] - 12:23
**intervention** [1] - 9:6
**involved** [3] - 8:12,
9:5, 17:22
**IS** [2] - 6:22, 6:23
**issue** [3] - 15:11,
15:13, 16:22
**issued** [2] - 14:19,
14:21
**issues** [5] - 7:22, 8:13,
12:8, 15:13, 17:13
**ISSUES** [1] - 6:21
**ISSUES**....................
................... [1] - 6:7
**Item** [1] - 13:6
**item** [5] - 7:24, 11:4,
12:15, 13:23, 14:6

**J**

**J.P** [2] - 14:22, 14:25
**JACKSON** [1] - 3:11
**JANE** [1] - 2:24
**January** [1] - 14:18
**Jersey** [2] - 10:2, 10:3
**JOHNSON** [1] - 4:3
**joint** [1] - 10:11
**JR** [1] - 3:17
**Judge** [7] - 7:16, 8:24,
10:3, 10:4, 10:8,
13:6, 15:15
**JUDGE** [1] - 1:11
**judges** [5] - 8:6, 9:13,
9:16, 9:18, 18:14
**JUDY** [1] - 4:18
**Judy** [1] - 8:18
**July** [3] - 14:10, 14:11
**JULY** [2] - 1:6, 7:3
**jurisdictional** [1] -
16:25
**jurisdictions** [1] -

15:22

**K**

**KATZ** [1] - 1:14
**KAYE** [1] - 3:22
**Kaye** [1] - 11:11
**KENDALL** [1] - 3:20
**KENNETH** [2] - 2:14
**Kerry** [1] - 7:14
**kERRY** [1] - 2:10
**kind** [1] - 16:13
**KINGSDORF** [1] -
4:13
**KIRK** [1] - 2:16
**KNAUF** [1] - 6:17
**Knauf** [9] - 10:24,
11:11, 13:16, 14:1,
14:6, 14:10, 14:16,
15:4, 18:2
**Kong** [2] - 14:13,
14:14, 14:15
**KPT** [1] - 11:15
**KUPPERMAN** [1] -
4:17

**L**

**L.L.P** [1] - 4:13
**LA** [10] - 1:16, 2:5,
2:12, 3:18, 4:4, 4:8,
4:11, 4:15, 4:20, 5:4
**ladies** [1] - 7:8
**Lafarge** [1] - 11:2
**LAGOON** [1] - 2:21
**larger** [1] - 12:13
**last** [4] - 8:15, 10:24,
12:6, 13:7
**lastly** [1] - 10:7
**law** [1] - 15:7
**lawsuits** [1] - 16:12
**lawyers** [2] - 8:12,
13:8
**lead** [2] - 10:19, 15:15
**LEDVA** [1] - 2:20
**LEONARD** [1] - 1:15
**letter** [1] - 9:16
**level** [1] - 12:9
**LEVIN** [7] - 1:18, 1:18,
10:23, 14:2, 15:17,
16:20, 18:14
**Levin** [2] - 10:20,
15:15
**LEWIS** [1] - 2:7
**LIABILITY** [1] - 1:4
**LIAISON** [2] - 4:13,
4:17
**liaison** [1] - 8:15

**limits** [1] - 12:2
**list** [1] - 13:15
**listed** [2] - 8:4, 14:9
**litigants** [1] - 8:11
**litigation** [2] - 9:2,
11:5
**LITIGATION** [2] - 1:5,
6:11
**LL&E** [1] - 4:19
**LOGAN** [1] - 2:13
**LONGER** [1] - 2:10
**look** [2] - 15:10, 17:6
**looks** [2] - 13:18,
18:15
**Louisiana** [3] - 15:18,
19:5, 19:6
**LOUISIANA** [2] - 1:1,
1:6
**LOVELLS** [1] - 3:7

**M**

**MADISON** [1] - 2:25
**manner** [1] - 17:4
**MANUFACTURED** [1]
- 1:4
**manufacturer** [1] -
10:5
**Mark** [1] - 14:15
**Martin** [1] - 14:12
**master** [1] - 17:3
**matter** [1] - 19:9
**matters** [2] - 8:7, 8:23
**McIntyre** [1] - 16:23
**MDL** [3] - 1:5, 7:11,
15:23
**MECHANICAL** [1] -
5:6
**mediation** [1] - 11:6
**MEDIATION**..............
.............................
[1] - 6:13
**meeting** [4] - 7:22,
8:6, 14:5, 17:18
**meetings** [2] - 8:16,
18:11
**mentioned** [1] - 8:25
**Merit** [1] - 19:4
**met** [4] - 7:21, 8:15,
8:19, 17:25
**METAIRIE** [1] - 4:11
**MEUNIER** [2] - 2:3,
2:4
**MEYERS** [1] - 2:20
**MIAMI** [4] - 2:18, 2:22,
3:14, 3:21
**MICHAEL** [2] - 3:4,
3:20
**microphones** [1] -

7:20
**MIDLOTHIAN** [1] - 2:15
**might** [2] - 10:20, 14:20
**MILL** [1] - 2:14
**Miller** [1] - 7:14
**MILLER** [2] - 2:10, 7:14
**mine** [1] - 10:15
**MINOR** [1] - 4:18
**MINTZER** [1] - 2:20
**Monday** [1] - 17:25
**monetized** [1] - 13:20
**month** [2] - 12:6, 18:10
**monthly** [1] - 7:18
**months** [1] - 11:24
**Morgan** [4] - 14:22, 14:25
**morning** [4] - 7:8, 7:14, 7:16, 16:2
**Moss** [1] - 11:15
**motion** [3] - 9:15, 11:4, 14:3
**MOTION** [1] - 6:11
**motions** [3] - 8:19, 17:19, 18:18
**movants** [1] - 17:11
**move** [2] - 12:15, 18:17
**moving** [2] - 12:12, 13:22
**MR** [25] - 7:14, 7:16, 7:25, 8:3, 8:14, 9:8, 10:19, 10:23, 11:7, 11:10, 13:6, 13:24, 14:2, 14:8, 15:4, 15:14, 15:15, 15:17, 16:2, 16:20, 17:8, 17:12, 17:20, 17:21, 18:14
**MS** [5] - 8:18, 8:24, 9:9, 9:20, 10:16
**multiple** [1] - 16:12

### N

**NC** [1] - 2:8
**NEAL** [1] - 3:10
**necessary** [1] - 9:2
**need** [2] - 15:10, 17:6
**New** [3] - 10:2, 10:3, 17:25
**new** [8] - 7:25, 8:3, 10:9, 10:10, 10:12, 15:16, 15:17, 17:8
**NEW** [13] - 1:6, 1:16, 2:5, 2:12, 2:25, 3:8,

3:18, 3:24, 4:4, 4:8, 4:15, 4:20, 5:4
**NEWARK** [1] - 1:23
**newly** [1] - 16:5
**newly-filed** [1] - 16:5
**NEXT** [1] - 6:22
**next** [6] - 9:21, 11:4, 11:6, 12:22, 14:6, 17:15
**nice** [1] - 10:25
**NICHOLAS** [1] - 3:4
**nine** [1] - 11:24
**NJ** [1] - 1:23
**NO** [1] - 1:5
**Norris's** [1] - 14:15
**NORTH** [2] - 3:20, 4:10
**noted** [1] - 10:21
**nothing** [2] - 7:25, 18:17
**noting** [1] - 11:23
**NUCKLOS** [1] - 2:13
**number** [4] - 8:15, 12:20, 13:12, 16:17
**Number** [1] - 13:6
**numbered** [1] - 19:9
**NW** [1] - 2:22
**NY** [3] - 2:25, 3:8, 3:24

### O

**O'KEEFE** [1] - 1:16
**objective** [1] - 12:12
**obviously** [2] - 12:1, 12:4
**occasions** [1] - 9:1
**OF** [3] - 1:1, 1:10, 3:14
**OFFICIAL** [1] - 5:3
**Official** [2] - 19:5, 19:14
**omnibus** [4] - 10:18, 10:21, 10:24, 11:1
**OMNIBUS** [1] - 6:10
**Omnibus** [1] - 10:24
**once** [1] - 16:25
**one** [7] - 10:13, 10:24, 11:6, 11:21, 13:7, 15:6, 17:17
**ONE** [1] - 4:7
**ONE.............** [1] - 6:23
**ones** [1] - 10:13
**ongoing** [1] - 13:11
**opportunity** [2] - 9:1, 9:20
**opposed** [1] - 11:1
**options** [1] - 13:21
**order** [7] - 8:4, 8:7, 10:4, 10:12, 13:25, 14:19, 18:2

**ORDER** [1] - 7:4
**orders** [1] - 7:24
**ORDERS.................
................** [1] - 6:5
**original** [1] - 12:12
**ORLEANS** [10] - 1:6, 1:16, 2:5, 2:12, 3:18, 4:4, 4:8, 4:15, 4:20, 5:4
**ourselves** [2] - 16:18, 16:24
**outside** [2] - 13:10, 13:14
**oversight** [1] - 14:21
**OWEN** [1] - 3:17

### P

**PA** [1] - 1:20
**page** [6] - 8:4, 10:22, 14:9
**PAGE** [1] - 6:3
**pains** [1] - 12:7
**PANAYOTOPOULOS** [3] - 3:4, 15:4, 15:14
**parents** [1] - 15:21
**PARK** [1] - 3:24
**participate** [1] - 9:2
**particularly** [1] - 14:22
**pass** [1] - 11:21
**past** [1] - 15:7
**Payton** [2] - 17:23, 18:5
**PEACHTREE** [1] - 3:5
**pending** [2] - 8:19, 14:3
**people** [5] - 7:19, 9:24, 12:7, 13:12, 18:7
**People's** [1] - 14:24
**PEPPER** [1] - 5:3
**Pepper** [3] - 19:3, 19:12, 19:13
**PETERSON** [2] - 3:19, 3:20
**phase** [1] - 12:12
**PHILADELPHIA** [1] - 1:20
**phone** [4] - 7:20, 10:21, 13:13, 15:3
**pick** [1] - 9:22
**pilot** [7] - 11:8, 11:9, 11:24, 11:25, 13:3, 13:10, 13:14
**PILOT** [1] - 6:14
**pipeline** [5] - 11:12, 11:13, 11:14, 11:18, 11:21
**PIPES** [1] - 4:18

**place** [1] - 15:5
**PLAINTIFF'S** [1] - 6:11
**plaintiff's** [1] - 11:4
**PLAINTIFFS** [1] - 1:14
**plaintiffs** [3] - 7:17, 16:6, 16:9
**plate** [2] - 9:17, 18:15
**point** [5] - 12:2, 12:11, 14:20, 16:4, 18:18
**possible** [1] - 12:10
**Powers** [2] - 10:3, 10:4
**POYDRAS** [8] - 2:5, 2:11, 3:17, 4:4, 4:7, 4:14, 4:19, 5:3
**prepared** [1] - 8:20
**preparing** [2] - 11:16, 14:4
**PRESENT** [1] - 4:22
**pretrial** [1] - 7:24
**PRETRIAL** [1] - 6:5
**pro** [1] - 18:7
**problem** [2] - 15:2, 15:9
**problems** [1] - 11:3
**procedures** [2] - 12:21, 12:23
**proceedings** [3] - 9:24, 18:19, 19:8
**PROCEEDINGS** [3] - 1:10, 5:6, 7:1
**process** [8] - 11:16, 12:10, 12:18, 12:24, 13:11, 14:3, 16:15, 18:2
**PRODUCED** [1] - 5:6
**PRODUCTS** [1] - 1:4
**professional** [1] - 8:16
**program** [8] - 11:8, 11:9, 11:16, 11:24, 11:25, 13:3, 13:10, 13:14
**PROGRAM.................
...................** [1] - 6:14
**progress** [1] - 8:17
**proposed** [2] - 7:22, 14:21
**protective** [1] - 16:21
**protocol** [1] - 13:16
**provide** [1] - 13:9
**PSC** [3] - 8:14, 8:19, 14:18
**put** [1] - 9:3

### Q

**qualified** [1] - 11:14

**questions** [2] - 15:6
**QUINN** [1] - 2:24
**quite** [1] - 12:4

### R

**raise** [1] - 16:4
**RALEIGH** [1] - 2:8
**ramp** [2] - 12:5
**RE** [1] - 1:4
**re** [1] - 7:11
**reaches** [1] - 18:6
**ready** [1] - 10:4
**really** [1] - 14:20
**Realtime** [2] - 19:3, 19:13
**reason** [1] - 9:21
**recipe** [1] - 16:13
**record** [2] - 7:13, 19:8
**RECORDED** [1] - 5:6
**REESE** [1] - 4:6
**refused** [1] - 15:7
**regard** [3] - 10:7, 14:2, 14:17
**regarding** [2] - 14:23, 16:5
**regards** [1] - 15:4
**Registered** [1] - 19:3
**RELATES** [1] - 1:7
**relief** [1] - 12:13
**relinquish** [1] - 18:5
**remain** [1] - 18:13
**remainders** [1] - 9:11
**remediate** [1] - 11:25
**remediated** [7] - 12:16, 12:17, 13:7, 13:10, 13:14, 17:23, 18:4
**REMEDIATED** [1] - 6:15
**remediation** [5] - 11:13, 11:17, 11:22, 13:21
**report** [7] - 8:21, 8:22, 9:8, 10:11, 10:20, 14:9, 15:16
**reported** [1] - 12:6
**REPORTER** [1] - 5:3
**Reporter** [6] - 19:3, 19:4, 19:5, 19:13, 19:14
**REPORTER'S** [1] - 19:1
**reports** [1] - 10:18
**representative** [1] - 18:6
**Republic** [1] - 14:24
**resolve** [2] - 8:23, 13:20

**resolved** [2] - 9:6, 18:9
**respond** [1] - 12:24
**responsible** [1] - 12:16
**rest** [1] - 13:1
**result** [1] - 13:17
**REUTER** [1] - 3:16
**rise** [1] - 7:7
**RMR** [2] - 5:3, 19:13
**ROAD** [1] - 3:5
**ROBERT** [2] - 2:17, 4:23
**ROBERTS** [1] - 2:7
**ROOM** [1] - 5:3
**ROSS** [1] - 3:16
**RUMBERGER** [1] - 2:16
**RUSS** [1] - 1:15
**Russ** [1] - 7:16

## S

**s/Cathy** [1] - 19:12
**SAROWITZ** [1] - 2:20
**SARVER** [1] - 4:17
**schedule** [2] - 10:15, 13:24
**scheduled** [1] - 10:9, 14:18
**schedules** [1] - 8:8
**scheduling** [1] - 10:4, 10:12
**Scholer** [1] - 11:11
**SCHOLER** [1] - 3:22
**Sean** [2] - 17:23, 18:3
**seated** [1] - 7:8
**second** [1] - 12:15
**SEDRAN** [1] - 1:18
**see** [1] - 17:24
**SEEGER** [2] - 1:21, 1:22
**send** [1] - 13:13
**sent** [2] - 9:15, 13:8
**September** [3] - 11:20, 17:16
**SEPTEMBER** [1] - 6:23
**serious** [1] - 16:5
**served** [1] - 10:25
**service** [1] - 10:25
**set** [2] - 8:8, 14:10
**setting** [1] - 12:2
**settings** [2] - 8:1, 8:3
**SETTINGS**................
........... [1] - 6:6
**settle** [1] - 18:12
**settlement** [1] - 9:15
**settlements** [1] - 13:1

**seven** [1] - 9:13
**several** [2] - 7:19, 9:1
**SEXTON** [1] - 3:4
**SHELL** [1] - 4:7
**sides** [2] - 15:11, 15:13
**Silva** [1] - 10:8
**simply** [1] - 16:12
**SINNOT** [1] - 2:13
**sitting** [1] - 9:23
**situation** [1] - 13:20
**SIVYER** [2] - 3:10, 3:10
**SMITH** [1] - 4:3
**smooth** [2] - 12:10, 12:23
**someone** [1] - 17:12
**sort** [1] - 17:24
**SOUTHWEST** [1] - 2:18
**Spano** [1] - 16:2
**SPANO** [2] - 3:7, 16:2
**speed** [1] - 18:2
**SQUARE** [1] - 4:7
**Staggs** [1] - 10:7
**stalking** [1] - 17:24
**Stanley** [2] - 14:22, 14:25
**STANLEY** [1] - 3:16
**start** [3] - 7:23, 12:13, 17:18
**started** [2] - 12:18, 17:1
**State** [1] - 19:4
**STATE** [1] - 6:6
**state** [3] - 8:1, 8:6, 9:13
**state/federal** [2] - 9:7, 9:10
**STATE/FEDERAL** [2] - 4:13, 6:9
**statement** [1] - 17:13
**states** [1] - 13:9
**States** [3] - 16:23, 19:5, 19:14
**STATES** [2] - 1:1, 1:11
**status** [6] - 7:18, 8:4, 8:15, 13:7, 14:9, 17:15
**STATUS** [2] - 1:10, 6:22
**STECKLER** [1] - 4:22
**Steering** [1] - 7:15
**STENOGRAPHY** [1] - 5:6
**STEVEN** [1] - 3:23
**still** [2] - 12:21, 18:12
**STREET** [12] - 1:19, 1:22, 2:5, 2:11, 2:18,

3:11, 3:17, 4:4, 4:7, 4:14, 4:19, 5:3
**subject** [1] - 13:15
**submissions** [1] - 12:20
**subpoenas** [1] - 14:21
**subsidiaries** [1] - 15:22
**substantially** [1] - 11:15
**sued** [2] - 16:7, 16:10
**SUITE** [15] - 1:19, 1:22, 2:5, 2:8, 2:17, 2:22, 3:5, 3:11, 3:14, 3:17, 3:20, 4:7, 4:10, 4:14, 4:19
**SULLIVAN** [1] - 2:24
**Superior** [1] - 10:3
**Supreme** [2] - 16:22, 16:23
**suspended** [1] - 13:24

## T

**tagged** [1] - 15:23
**Taishan** [7] - 10:5, 14:17, 14:23, 15:16, 15:19, 15:21, 16:3
**TAISHAN** [1] - 6:18
**TAMPA** [1] - 3:11
**THE** [34] - 1:10, 1:14, 2:10, 2:21, 3:14, 4:13, 4:17, 6:23, 7:7, 7:8, 7:11, 7:12, 7:18, 8:1, 8:6, 8:22, 8:25, 9:19, 10:13, 10:17, 11:4, 11:8, 13:5, 13:17, 14:1, 14:5, 15:2, 15:10, 15:24, 17:5, 17:10, 17:15, 18:12, 18:15
**THIRD** [1] - 3:8
**thirdly** [1] - 10:1
**THIS** [2] - 1:7, 6:21
**THOMAS** [1] - 3:17
**THORNTON** [1] - 3:16
**three** [2] - 15:22, 17:2
**THURSDAY** [2] - 1:6, 7:3
**TO** [3] - 1:7, 6:11, 7:4
**today** [2] - 7:18, 14:3
**TOMPKINS** [1] - 4:3
**TOWER** [1] - 4:19
**traditional** [1] - 13:22
**transcript** [1] - 19:7
**TRANSCRIPT** [2] - 1:10, 5:6
**TRAURIG** [1] - 3:13
**TRIAL** [1] - 6:6

**trial** [4] - 8:1, 10:10, 10:11, 10:12
**troubling** [1] - 16:16
**true** [1] - 19:7
**try** [1] - 8:7
**trying** [2] - 10:14, 18:1
**TTP** [1] - 16:3
**typically** [1] - 12:16

## U

**under** [2] - 11:19, 13:6
**UNITED** [2] - 1:1, 1:11
**United** [3] - 16:23, 19:5, 19:14
**unless** [1] - 17:12
**unresolved** [1] - 8:23
**up** [9] - 9:3, 9:22, 11:8, 11:25, 12:4, 12:5, 18:2
**urge** [1] - 9:4
**URQUHART** [1] - 2:24
**US** [1] - 3:7
**USDIN** [1] - 4:17

## V

**VA** [1] - 2:15
**Venture** [1] - 14:4
**VILLAGE** [1] - 2:14
**Virginia** [1] - 15:18
**virtually** [1] - 15:18

## W

**Wallance** [1] - 11:10
**WALLANCE** [2] - 3:23, 11:10
**WALNUT** [1] - 1:19
**wants** [1] - 17:13
**WARSHAUER** [1] - 2:3
**WATERFORD** [1] - 2:21
**WATSON** [1] - 3:10
**week** [3] - 9:21, 14:14, 18:11
**weeks** [1] - 12:22
**WEINBERG** [1] - 3:3
**WEISS** [1] - 1:21
**WHEELER** [1] - 3:3
**WHEREUPON** [1] - 18:19
**Wilentz** [3] - 17:25, 18:3, 18:10
**WILL** [1] - 6:21
**WILLIAM** [1] - 4:6
**Wiltz** [1] - 16:7

**witnesses** [1] - 15:6
**worth** [1] - 11:23

## Y

**year** [1] - 18:16
**York** [1] - 17:25
**YORK** [3] - 2:25, 3:8, 3:24

## Z

**ZERIS** [1] - 2:20
**Zhang** [1] - 14:14
**Zhong** [1] - 14:13