UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| **This document relates to:**<br>*Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687<br>*Payton v. Knauf Gips KG*, Case No. 09-7628<br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361<br>*Gross v. Knauf Gips, KG*, Case No. 09-6690<br>*Abel v. Taishan Gypsum Co., Ltd.*, Case No. 11-80<br>*Hinkley v. Taishan Gypsum Co., Ltd.*, Case No. 09-6686 | : : : : : : : : | MAG. WILKINSON |

## ORDER

On July 14, 2011, the Court held on hearing the following motions: (1) the Plaintiffs' Steering Committee's ("PSC") Motion to Lift Stay and for Approval of Proposed Scheduling Order for Plaintiffs' Motion for Class Certification of Plaintiffs' Claims for Damages Against Venture Supply (R. Doc. 9549), and (2) Defendant Venture Supply, Inc.'s ("Venture") Motion to Lift Stay on its Motions to Dismiss for Lack of Personal Jurisdiction (R. Doc. 9653).  The Court took these motions under advisement, and is now ready to rule thereon.

With regard to the PSC's Motion, IT IS ORDERED that this Motion is GRANTED but only insofar as it pertains to the cases filed in other district courts which were consolidated with the MDL litigation, namely *Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687 and *Hinkley v. Taishan Gypsum Co., Ltd.*, Case No. 09-6686.  The Court recognizes that this ruling may require amendment of the present Motion for Class Certification against Venture.  With regard to Venture's Motion, IT IS ORDERED that this Motion is GRANTED so as to allow Venture to pursue its personal jurisdiction challenges in the cases directly filed in the MDL

Court, namely *Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361; *Gross v. Knauf Gips, KG*, Case No. 09-6690; and *Abel v. Taishan Gypsum Co., Ltd.*, Case No. 11-80.  It is the Court's intention that the discovery, briefing, and hearings on these motions proceed concurrently and as soon as practicable.  Accordingly, IT IS ORDERED that the parties are to meet-and-confer to discuss the logistics of discovery, briefing, and hearings for these motions and submit a proposed scheduling order to the Court, or competing proposed orders if they are not able to reach agreement, within 15 days of this Order.

New Orleans, Louisiana, this 18th of July, 2011.

_____
U.S. District Judge