OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 7/6/11

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: Supplement to Complaint + Complaints in Intervention I(A), I(B) & I(C)) to the following:

1. (name) Master Builders of South Florida, Inc.
   (address) 100 North State Rd, Ste. 300, Margate, FL 33063

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address: LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

AIA 4sms