UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED              :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                :
LITIGATION                                :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                 :    JUDGE FALLON
                                          :
Payton v. Knauf Gips KG, et al., No. 09-7628   :   MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

**JOINT MOTION FOR LEAVE TO SUBSTITUTE AND FILE THE AMENDED AND RESTATED ESCROW AGREEMENT (EXHIBIT 1) TO THE STIPULATION TO CREATE QUALIFIED SETTLEMENT FUND**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), the Knauf Entities, and Brown Greer, PLC, as administrator of the Remediation Fund established under the Demonstration Remediation Agreement, who respectfully move this Honorable Court for an Order to substitute and file the attached Exhibit 1 "Amended and Restated Escrow Agreement" for the Exhibit 1 "Escrow Agreement" which was originally attached to their Stipulation to Create Qualified Settlement Fund filed on July 15, 2011.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ
 & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Lynn C. Greer
Lynn C. Greer
BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219
Phone:  (804) 521-7202
Fax:  (804) 521-7299
Email:  lgreer@browngreer.com

*Administrator of the Remediation Fund*

/s/ Steven Glickstein
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone:  (212) 836-8485
Fax:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Miles P. Clements (#4184)
Peter E. Sperling (#17812)
Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8194
Fax:  (504) 599-8145
Email:  kmiller@frilot.com

*Attorneys for Knauf Entities*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order to Create Qualified Settlement Fund has been filed electronically on CM/ECF and served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 19th day of July, 2011.

/s/ Kyle Spaulding