UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, and on behalf of all other similarly situated, | CASE NO. 11-1107<br>SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., et al. | |
| Defendants.<br>_____/ | |

**DEFENDANT, BANNER SUPPLY CO. PORT ST. LUCIE, LLC.'S, NOTICE OF STAY OF THESE PROCEEDINGS PURSUANT TO 28 U.S.C. § 1651**

Defendant, BANNER SUPPLY CO. PORT ST. LUCIE, LLC, hereby gives notice that on June 15, 2011, the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, as part of the multidistrict litigation entitled *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, entered an Order (a) providing for conditional certification of nationwide class against Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co Port St. Lucie, LLC Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC and any other entity insured under the Banner Insurance Policies (collectively "Banner"); (b) granting preliminary approval of a nationwide class settlement of claims against Banner and its insurers, and (c) enjoining prosecution of any related federal or state court actions against Banner. A true and correct copy

CASE NO.: 11-1077
SECT. L MAG 2

of the June 15, 2011 Order is attached hereto as Exhibit "A" and specifically incorporated herein by reference.

Specifically, the Order conditionally certifies the following nationwide class: "All persons or entities with claims, known and unknown, against the Settling Defendants arising from, or otherwise related in any way to Chinese Drywall purchased from, supplied, distributed, marketed, used, sold and/or delivered by Banner." The Order also provides approval of the opt-out procedure set forth in Section 6 of the Banner Settlement, the procedure for lodging objections to the Settlement as set forth in Section 7 of the Banner Settlement, the class notice, the summary class notice, and the protocol for dissemination and publication of notice to class members concerning the settlement. Finally, the Order provides that the prosecution of the "Related Actions" (including, but not limited to, those listed in Exhibit C to the Banner Settlement) against Banner and its Insurers shall be stayed pending the settlement proceedings; and (b) all claims and cases in which any person or entity claims to be an insured, additional insured, or named insured under any insurance policy issued to any Banner entity shall be stayed and enjoined pending the settlement proceedings and further Order of the Court (hereinafter the "Stay Order"). The instant action is included within the definition of the Related Actions set forth in the Banner Settlement. See Exhibit "C" to the Banner Settlement, a true and correct copy of which is attached hereto as Exhibit "B" and specifically incorporated herein by reference.

Pursuant to 28 U.S.C. § 1651, upon issuance of the June 15, 2011 Order, a stay went into immediate effect with respect to any further prosecution of any claims against Banner and its Insurers. As a result, the commencement or continuation of this action, including the issuance or

CASE NO.: 11-1077<br>
SECT. L MAG 2

employment of process, of a judicial, administrative, or other action or any other proceedings against Banner and its Insurers relating to Chinese-manufactured drywall are hereby stayed in accordance with the terms and conndition s of the June 15, 2011 Order. <u>See</u> Exhibit "A" attached hereto and specifically incorporated herein by reference.

        Respectfully submitted,

        PETERSON & ESPINO, P.A.
        Attorneys for Defendant, Banner Supply Co.
          Port St. Lucie, LLC
        10631 Southwest 88th Street, Suite 220
        Miami, Florida  33176
        Telephone:     (305) 270-3773
        Facsimile:      (305) 275-7410

By: _____
        Michael P. Peterson, Esq.
        Florida Bar No. 982040

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the date set forth below, Defendant, Banner Supply Co. Port St. Lucie, LLC's, Notice of  Stay of These Proceedings Pursuant to 28 U.S.C. § 1651 has been electronically uploaded and successfully transmitted the foregoing document to LexisNexis File & Serve, which will generate and transmit Notices of Electronic Filing for service on all parties in the manner authorized for each registered user in accordance with the Electronic Service Order entered in this action.  I further certify that on the date set forth below, the original signed document was mailed to the Court this ____ day of July, 2011.

                                    /s/
                        Michael P. Peterson