UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Sean Payton, et al Case No. 2:09—cv-7628 | * | |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, T. Louis Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of John S. Lawrence, Jr. and Matthew L. Devereaux and the law firm of Lawrence & Associates and J. Scott Loeb and Jonas P. Baker and the law firm of Loeb Law Firm as counsel of record for Dupree Contractors, LLC, erroneously named as Dupree Contractors, Inc. (collectively "Dupree") as it relates to the above-captioned matter.

Signed in  New Orleans , Louisiana, this  19th  day of    July    2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA