UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| Sean and Beth Payton, et al. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

**ORDER**

Considering the foregoing *Joint Motion to Withdraw and Substitute Counsel of Record*;

**IT IS ORDERED** that Patricia A. Krebs, Skelly B. McCay and the law firm of King, Krebs, and Jurgens, P.L.L.C., be and are hereby allowed to withdraw as counsel of record for Palm Coast Construction, L.L.C., and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be and are hereby substituted as counsel of record for Palm Coast Construction, L.L.C., in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this 19th day of _____July_____ 2011.

_____
**Eldon E. Fallon**
**United States District Court Judge**

3435.18914.317336.1