# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**ALL CASES INCLUDING**

*Payton, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-07628 (E.D. La.)**

*Wiltz, et al. v. Beijing New Building Materials*
*Public Limited Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:10-cv-00362 (E.D. La.)**

*Amato, et al. v. Liberty Mutual Ins. Co., et al.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Hernandez, et al. v. AAA Insurance, et al.*
**Case No. 2:10-cv-03070 (E.D. La.)**

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a*
*Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-00080 (E.D. La.)**

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 2:11-cv-00252 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-01077 (E.D. La.)**

*Vickers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-04117 (E.D. La.)**

## ORDER APPROVING JOINT MOTION TO AMEND EXHIBIT G
## OF THE BANNER STIPULATION AND AGREEMENT OF SETTLEMENT

Upon consideration of the Joint Motion to Amend Exhibit G of the Banner Stipulation and Agreement of Settlement ("Joint Motion"), and upon consent of all the parties to the Joint Motion, it is hereby

**ORDERED, ADJUDGED and DECREED that:**

The Joint Motion to Amend Exhibit G of the Banner Stipulation and Agreement of Settlement is granted and the last sentence of paragraph 3.1 of Exhibit G is hereby amended to read, "Nothing contained herein shall be construed to release any claim that FCCI has with regard to any policy of Workers Compensation coverage issued by FCCI to Banner Supply Company."

New Orleans, Louisiana, this 19th day of July 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI INSURANCE COMPANY and FCCI COMMERCIAL INSURANCE COMPANY

By:       /s/ ROBERT M. DARROCH
          ROBERT M. DARROCH
          GA State Bar No.:  205490
          Email:  rdarroch@gmlj.com
          STEPHANIE F. GLICKAUF
          GA State Bar No.:  257540
          Email:  sglickauf@gmlj.com
          3340 Peachtree Road NE, Suite 2100
          Atlanta, GA 30326-1084
          Phone:  (404) 264-1500
          Fax:    (404) 264-1737


          MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

          By: /s/ PATRICK E. COSTELLO
          PATRICK E. COSTELLO (#26619)
          pcostello@mblb.com
          JACQUES P. DeGRUY (#29144)
          jdegruy@mblb.com
          4250 One Shell Square
          701 Poydras Street
          New Orleans, Louisiana 70139
          Telephone: 504-595-3000
          Facsimile: 504-522-2121

          /s/ Russ M. Herman
          Russ M. Herman, Esquire (Bar No. 6819)
          Leonard A. Davis, Esquire (Bar No. 14190)
          Stephen J. Herman, Esquire (Bar No. 23129)
          HERMAN, HERMAN, KATZ & COTLAR, LLP
          820 O'Keefe Avenue
          New Orleans, LA 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          LDavis@hhkc.com
          *Plaintiffs' Liaison Counsel MDL 2047*

          Arnold Levin
          Fred S. Longer
          Matthew C. Gaughan
          Sandra L. Duggan

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
MATTHEWS, MARTINEZ, GONZALES,
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

## PLAINTIFFS' STEERING COMMITTEE continued

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**PROPOSED CLASS COUNSEL**

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
MATTHEWS, MARTINEZ, GONZALES,
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

**BANNER**

Todd Ehrenreich
WEINBERG WHEELER HUDGINS GUNN
& DIAL, LLC
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
Phone: (305) 455-9505
Fax: (305) 455-9501
tehrenreich@wwhgd.com
*Counsel for All Banner Entities except Banner
PSL*

Michael Peterson
PETERSON ESPINO, P.A.
10631 North Kendall Drive, Suite 220
Miami, FL 33176
Phone: (305) 270-3773
Fax: (305) 275-7410
*Counsel for Banner PSL*
mpeterson@petersonespino.com
*Counsel for Banner PSL*

**BANNER'S INSURERS**

Jane M. Byrne
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
janebyrne@quinnemanuel.com
*Counsel for Chartis*

Robert M. Darroch
GOODMAN, MCGUFFEY, LINDSEY &
JOHNSON
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326
Phone: (404) 926-4117
Fax: (404) 264-1737
rdarroch@gmlj.com
*Counsel for FCCI*

**BANNER'S INSURERS continued**

Stephen Berry
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: (404) 527-4126
Fax: (404) 527-4198
sberry@mckennalong.com
*Counsel for Maryland Casualty*

John Malloy
ROBINSON COLE, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8337
Fax: (860) 275-8299
jmalloy@rc.com
*Counsel for Hanover*