UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 2047

Laura Haya, et al

Ref.  Action No.11-1077
SECTION "L"

    Plaintiffs

V.

Taishan Gypsum Co., Ltd. f/k/a Shandong
Taihe Dongxin Co., Ltd., et al

    Defendants

## ORDER

Considering the foregoing motion;

**IT IS ORDERD, ADJUDGED, AND DECREED**, that defendant, RENOLA EQUITY FUND, III, LLC, be granted an extension of twenty-one thirty (21) days in which to file responsive pleadings.

New Orleans, Louisiana, this __19th__ day of _____July_____, 2011.

_____
U.S. DISTRICT JUDGE