UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to: 10-361 (Wiltz)     Judge Fallon
11-080 (Abel)     Mag. Judge Wilkinson

_____/

## COUNSEL'S JOINT MOTION TO SUBSTITUTE COUNSEL FOR ROTTLUND HOMES OF FLORIDA, INC.

Jeffrey M. Paskert and the law firm of Mills Paskert & Divers, P.A. and Jaret J. Fuente and the law firm of Carlton Fields, P.A. move to substitute Jeffrey M. Paskert and the law firm of Mills Paskert & Divers, P.A. in place of Jaret J. Fuente and the law firm of Carlton Fields, P.A. as counsel for Rottlund Homes of Florida, Inc., one of the defendants in these matters.

Rottlund Homes of Florida, Inc. specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court. Rottlund Homes of Florida, Inc. further avers that this does not constitute a waiver of any kind, but is filed per Court order requiring appearance of counsel.

Dated this 20th day of July, 2011     Dated this 24th day of June, 2011

/s/Jeffrey M. Paskert     /s/Jaret J. Fuente
Jeffrey M. Paskert     Jaret J. Fuente
Florida Bar No. 846041     Florida Bar No. 0146773
Adam C. King     Carlton Fields, P.A.
Florida Bar No. 156892     P. O. Box 3239
Mills Paskert Divers, P.A.     Tampa, FL 33601
100 N. Tampa St., Suite 2010     Phone: (813) 223-7000
Tampa, FL 33602     Fax: (813) 229-4133
Phone: (813) 229-3500     E-mail:jfuente@carltonfields.com
Fax: (813) 229-3502
E-mail:jpaskert@mpdlegal.com

19301891.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this <u>20th</u> day of July, 2011.

<u>s/ Jaret J. Fuente</u>
Attorney
