UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE WILKINSON |
| Sean Payton, et al Case No. 2:09—cv-7628 | |
| Gross, et al Case No. 2:09-cv-6690 | |
| Amato, et al Case No. 2:10-cv-0932 | |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, T. Louis Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of John S. Lawrence, Jr. and Matthew L. Devereaux and the law firm of Lawrence & Associates and J. Scott Loeb and Jonas P. Baker and the law firm of Loeb Law Firm as counsel of record for E. Jacob Construction, Inc. and E. Jacob Fakouri Construction, Inc. (collectively, "E. Jacob") in the above referenced matters, except with respect to the claims asserted by Jeanette Mills for property located at 11052 Shoreline Drive, Baton Rouge, LA 70809. John S. Lawrence, Jr. and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the Loeb law Firm will remain counsel of record with respect to Jeanette Mills' claims.

Signed in New Orleans, Louisiana, this 19th day of July 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA