UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|  | : |  |
|  | : | SECTION:  L |
|  | : |  |
| This Document Relates to All Cases | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Stephen and Leslie

Roth.  IT IS ORDERED that this correspondence is to be filed into the record UNDER SEAL.

New Orleans, Louisiana, this 19th day of July 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Stephen & Leslie Roth
6050 Jonathan Bay Circle #402
Fort Myers, FL 33908