UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al. | * * * | JUDGE FALLON (L) |
| vs. | * * | |
| TAISHAN GYPSUM CO., LTD., et al, Case No. 11-1077. | * * | MAG. WILKINSON (4) |

## NOTICE OF APPEARANCE AS COUNSEL

Greg T. Bevillard of Yeslow & Koeppel, hereby files his Notice of Appearance as counsel of record for Defendant, Carew Construction, Inc. ("Carew"). Carew reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

YESLOW & ?KOEPPEL

/s/ Mark B. Yeslow
MARK B. YESLOW (6148-1)
1617 Hendry Street #205
Fort Myers, Florida 33901
Telephone: (239) 337-4343
Facsimile: (239) 337-5762
E-mail: mark@yklegal.com
Attorney for Defendant, Carew Construction, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2011, this document has been served on Plaintiff's Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller and by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Mark B. Yeslow
MARK B. YESLOW