UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITRIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: 2:11-cv-1077 (Haya, et al.) | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

**CORPORATE DISCLOSURE STATEMENT ROCHE JR CONSTRUCTION, INC.**

**COMES NOW**, Roche Jr. Construction, Inc., ("**Roche**") by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict litigation, hereby files its Corporate Disclosure Statement:

1. Roche has no parent company and there are no publicly traded companies that own 10% or more of Roche Jr. Construction, Inc's stock.

Respectfully submitted this 21st day of July, 2011.

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

1

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on July 21, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Defendants' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

                                /s/ Neal A. Sivyer
                                Neal A. Sivyer