IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: | : | |
| LAURA HAYA, *et al.* | : | JUDGE: FALLON |
| v. | : | MAG. JUDGE WILKINSON |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., *et al.* | : | |
| Case No. 2:11-cv-01077-EEF-JCW | : | |

## NOTICE OF SPECIAL APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE of the special appearance of John Franklin, III, Christopher J. Wiemken, and Dannielle Hall-McIvor of the law firm of TAYLORWALKER, P.C. as counsel for defendant A.B.S. Building Corporation in *Laura Haya, et al. v. Taishan Gypsum Co., LTD f/k/a Shandong Taihe Dongxin, Co., LTD, et al.*, United States District Court for the Eastern District of Louisiana, Case No. 2:11-cv-01077. A.B.S. Building Corporation reserves all rights to object to jurisdiction and preserves all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

A.B.S. BUILDING CORPORATION

By:_____/S/_____
        Counsel

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannielle Hall-McIvor. (VSB #74098)
TaylorWalker, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for A.B.S. Building Corporation

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 20th day of July, 2011.

                                                 /s/
                                     Christopher J. Wiemken

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannielle Hall-McIvor (VSB #74098)
TAYLORWALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for A.B.S. Building Corporation