UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD., et al, | * | MAG. WILKINSON (4) |
| Case No. 11-1077. | * | |

## NOTICE OF APPEARANCE AS COUNSEL

Steven G. Koeppel of Yeslow & Koeppel, hereby files his Notice of Appearance as counsel of record for Defendant, Sweet Interiors, Inc. ("Sweet").  Sweet reserves all rights to object to jurisdiction, venue or service and preserving all defenses.  Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

        YESLOW & KOEPPEL

        /s/ Steven G. Koeppel
        STEVEN G. KOEPPEL (0602851)
        1617 Hendry Street #205
        Fort Myers, Florida 33901
        Telephone:  (239) 337-4343
        Facsimile:  (239) 337-5762
        E-mail:  mark@yklegal.com
        Attorney for Defendant, Sweet Interiors, Inc.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 21st day of July, 2011, this document has been served on Plaintiff's Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller and by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            /s/ Mark B. Yeslow_____
                                            MARK B. YESLOW