UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND *Silva, et al. v. Interior Exterior Building Supply, LP, et al.* Case No. 09-08030 (E.D. La.) *Silva, et al. v. Arch Insurance Company, et al.* Case No. 09-08034 (E.D. La.) *Payton, et al. v. Knauf Gips, KG, et al.* Case No. 09-07628 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-6690 (E.D. La.) *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) *Amato, et al. v. Liberty Mutual Ins. Co.* Case No. 2:10-cv-00932 (E.D. La.) *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-080 (E.D. La) *Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 2:11-252 (E.D. La.) | |

**SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company ("Arch"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby give notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute").

1. Pursuant to subsection (b) of the CAFA Statute, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. Defendants have prepared a "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Notice") for the above-captioned matter that complies with the CAFA Statute, and disseminated it as required by the statute. A copy of this Notice is Exhibit A hereto.

3. On July 11, 2011, on behalf of InEx, the undersigned Philip D. Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux LLC caused a copy of the Notice appended hereto as Exhibit A to be served by certified mail on the Attorney General for the United States and the Attorney Generals for the fifty states, the District of Columbia and the U.S. Territories. The list of recipients, including the addresses to which the Notice was sent, is Exhibit B hereto. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.[1] The body of the transmittal letter disseminated by Mr. Nizialek was identical for all recipients, and a representative copy of that letter is Exhibit C hereto.

---

[1] Identical CDs containing copies of the Notice and all of its Exhibits were distributed by each of the Defendants to their respective recipient lists. A copy of this CD will be furnished to the Court upon request.

2

4.      On July 14, 2011, on behalf of Arch, the undersigned D. Russell Holwadel of Adams, Hoefer, Holwadel & Eldridge caused a copy of the Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.  The body of the transmittal letter disseminated by Mr. Holwadel was identical for all recipients, and a representative copy of that letter is <u>Exhibit E</u> hereto.

5.      On July 14, 2011, on behalf of Liberty Mutual, the undersigned H. Minor Pipes of Barrasso Usdin Kupperman Freeman & Sarver, LLC caused a copy of the Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.  The body of the transmittal letter disseminated by Mr. Pipes was identical for all recipients, and a representative copy of that letter is <u>Exhibit F</u> hereto.

Respectfully submitted,

| INTERIOR EXTERIOR BUILDING SUPPLY, L.P. | ARCH INSURANCE COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Philip D. Nizialek<br>Philip D. Nizialek<br>CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163<br>Phone: (504) 585-3820<br>Fax: (504) 585-3801<br>nizialek@carverdarden.com | /s/ D. Russell Holwadel<br>D. Russell Holwadel<br>ADAMS, HOEFER, HOLWADEL & ELDRIDGE<br>400 Poydras Street, Suite 2450<br>New Orleans, LA 70130<br>Phone: (504) 581-2606<br>Fax: (504) 525-1488<br>DRH@ahhelaw.com |

LIBERTY MUTUAL FIRE INSURANCE COMPANY

By its attorneys,

/s/ H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: July 22, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system and served upon all parties by electronically uploading the same to Lexis Nexis File & Serve this 22nd day of July, 2011.

/s/ H. Minor Pipes, III
H. Minor Pipes, III, 24603

{654105_1}

## Exhibits

| | |
|---|---|
| A | CAFA Notice Pursuant to 28 U.S.C. § 1715 |
| B | InEx's List of CAFA Notice Recipients |
| C | InEx's Transmittal Letter |
| D | Arch's and Liberty Mutual's List of CAFA Notice Recipients |
| E | Arch's Transmittal Letter |
| F | Liberty Mutual's Transmittal Letter |

{654105_1}