## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO
ALL CASES AND

*Silva, et al. v. Interior Exterior Building
Supply, LP, et al.*
Case No. 09-08030 (E.D. La.)

*Silva, et al. v. Arch Insurance Company, et al.*
Case No. 09-08034 (E.D. La.)

*Payton, et al. v. Knauf Gips, KG, et al.*
Case No. 09-07628 (E.D. La.)

*Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.*
Case No. 2:10-cv-00361 (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (E.D. La.)

*Rogers, et al. v. Knauf Gips, KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co.*
Case No. 2:10-cv-00932 (E.D. La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,
et al.*
Case No. 2:11-080 (E.D. La)

*Daniel Abreu, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-252 (E.D. La.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715



Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company, and Liberty Mutual Fire Insurance Company submit this Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The information contained herein relates to a proposed class action settlement involving claims against InEx in the above-captioned litigation.

On May 13, 2011, the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court") issued a Preliminary Approval Order regarding the Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047 (the "Settlement Agreement").

The Court's Preliminary Approval Order schedules a formal Fairness Hearing for October 27, 2011, at 9:00 a.m. in the federal court for the Eastern District of Louisiana. The Preliminary Approval Order also approves the parties' proposed Notice Program.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained (along with a copy of this Notice) on the computer disk attached hereto:[1]

1.    **Copies of the complaints and attached materials:**

Exhibit A:  The Petition For Damages filed on November 30, 2009, the Amended Petition For Damages filed on December 2, 2009, and the Second Amended Petition For Damages filed on December 4, 2009, in the Civil District Court for the Parish of Orleans in Louisiana state court as Case No. 09-12503 by Stephen and Isis Silva, and removed to the United States District Court for the Eastern District of Louisiana as Case No. 2:09-cv-08030. The class representatives who have entered into the proposed Settlement Agreement have intervened in this action.

Exhibit B:  The Petition For Declaratory Judgment filed on December 1, 2009 in the 22nd Judicial District Court for the Parish of St. Tammany in Louisiana state court as Case No. 2009-17087 by Stephen and Isis Silva, and removed to the United States District Court for the Eastern District of Louisiana as Case No. 2:09-cv-08034 (the "Silva Declaratory Judgment Action"). The class representatives who have entered into the proposed Settlement Agreement have intervened in this action.

Exhibit C:  The Amended Complaint For Declaratory Judgment (Class Action) filed on February 1, 2011 in the Silva Declaratory Judgment Action.

Exhibit D:  The Plaintiffs' Omnibus Class Action Complaint (I) filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana as Case No.

---

[1]    Due to the length of the documents and their attachments, they are being provided in electronic format on the attached disk as a matter of convenience. If hard copies of the documents are desired, they will be provided by counsel for the defendants upon request.

2:09-cv-07628 on behalf of, among others, four of the class representatives who have entered into the Settlement Agreement (Dean and Dawn Amato and Donald and Marcelyn Puig) (the"Omnibus I Action").

Exhibit E:  The Plaintiffs' Omnibus Class Action Complaint In Intervention (I(B)) filed on December 3, 2010 in the Omnibus I Action on behalf of, among others, six of the class representatives who have entered into the Settlement Agreement (Byron and Debra Byrne, Edward and Susan Beckendorf, and Danny and Celeste O'Keefe).[2]

---

[2]     The Plaintiffs' Steering Committee in MDL No. 2047 has filed other omnibus class action complaints that are impacted by the proposed Settlement Agreement.  These complaints are publicly available on the court docket for the consolidated Chinese Manufactured Drywall Litigation in the Eastern District of Louisiana. *See* https://pacer.uspi.uscourts.gov (Docket No. 2:09-md-2047). *See also* 28 U.S.C. § 1715(b)(1).  The relevant complaints are as follows: (1) the Intervention Complaint by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A)) [document # 5578]; (2) the Intervention Complaint by Bonnie and John H. Adams, III (Omnibus I(C) [document # 7181]; (3) the Plaintiffs' Amended Omnibus Class Action Complaint (II) [document # 1747]; (4) the Intervention Complaint by Kenneth and Cynthia Burke (Omnibus II(A)) [document # 5579]; (5) the Intervention Complaint by Eduardo and Carmen Armorin (Omnibus II(B)) [document # 6567]; (6) the Intervention Complaint by Clifford Abromatts and Janice Worobec (Omnibus II(C)) [document # 7182]; (7) the Amended Class Action Complaint in *Gross, et al. v. Knauf Gips KG, et al.,* Case No. 2:09-cv-6690 (E.D.La.) [document # 366]; (8) the Intervention Complaint by Mary Anne Benes in *Gross* (Omnibus III) [document # 2187]; (9) the Intervention Complaint by Ruben Jaen (Omnibus III(A)) [document # 5580]; (10) the Plaintiffs' Amended Omnibus Class Action Complaint (Omnibus IV) [document # 1749]; (11) the Intervention Complaint by Kathleen and Mariss Barbee (Omnibus IV(A)) [document 5575]; (12) the Intervention Complaint by Roxanne Burey (Omnibus IV(B)) [document # 6568]; (13) the Intervention Complaint by Alfons and Dawn Bucaj (Omnibus IV(C)) [document # 7178]; (14) the Plaintiffs' Amended Omnibus Class Action Complaint (Omnibus V) [document # 3132]; (15) the Plaintiffs' Omnibus Class Action Complaint (Omnibus VII) [document #1 in Case No. 2:11-cv-080]; (16) the Plaintiffs' Omnibus Class Action Complaint (Omnibus VIII) [document # 1 in Case No. 2:11-cv-252]; (17) the Plaintiffs' Amended Omnibus Class Action Complaint (Omnibus IX) [document # 8781]; and (18) the Plaintiffs' Omnibus Class Action Complaint (Omnibus X) [document # 1 in Case No. 2:11-cv-01363].

In addition, the Settlement Agreement identifies numerous other cases that involve claims against InEx (the "Related Actions"). *See* Exhibit 1.25 to the Settlement Agreement.

The Omnibus Complaints and the Related Actions described above are extremely voluminous and are similar to the class action complaints which are Exhibits A through E hereto. Consequently, copies of the Omnibus Complaints and Related Actions described above are not attached to this Notice. Copies will be provided by counsel for the defendants upon request.

2.      **Notice of scheduled judicial hearing:**

The Court has scheduled a formal Fairness Hearing regarding approval the class action
settlement for October 27, 2011 at 9:00 a.m. in Courtroom C-456 of the United States
Courthouse, 500 Poydras Street, New Orleans, Louisiana. *See;*

Exhibit F:  Preliminary Approval Order, dated May 13, 2011 [document # 8818].

Exhibit G:  Summary Notice Of InEx Class Action Settlement, which was (i) published
in the following news media on the dates indicated: a) Newspapers:  Baton Rouge
Advocate – Daily (June 20, 2011), Birmingham News (June 20, 2011), Data News
Weekly (June 23, 2011), Houston Chronicle (June 20, 2011), La Subasta Houston (June
20, 2011), Mississippi Link (June 23, 2011), Mobile Press-Register (June 20, 2011),
Mobile Press-Register – Sunday (June 19, 2011), New Orleans Times-Picayune – Daily
(June 20, 2011), Rolling Out Alabama (June 23, 2011), Semana (Houston) (June 23,
2011), and USA Today (Monday-Thursday) (June 20, 2011); b) Newspaper Supplement:
Parade – Regional (Zones 9 and 10, which include Alabama, Louisiana, Mississippi, and
Texas) (June 19, 2011); and (ii) posted online at 24/7 Network (appearing nationally
across a wide range of sites) (first week of June, 2011).

Exhibit H:  Notice Of Pendency And Proposed Settlement Of InEx Class Action, which
was mailed to class members on June 20, 2011.

3.      **Notification to class members of proposed class action settlement and the members'
        rights to request exclusion from the class:**

The Summary Notice Of InEx Class Action Settlement (Exhibit G) and the Notice Of
Pendency And Proposed Settlement Of InEx Class Action (Exhibit H) each provide
notice to class members of the proposed class action settlement and the members' rights
to exclude themselves from the class.  Both the Settlement Agreement (Exhibit I) and the
Preliminary Approval Order (Exhibit F) require direct mailings of notices to class
members or their counsel. The Settlement Agreement and Preliminary Approval Order
also require publication notice in various newspapers, notice by online media, and notice
on various websites (including the Court's website, the CPSC website, and the
Department of Health websites for Alabama, Louisiana, Mississippi and Texas).[3]  These
notices have been mailed and published as described in Section 2 above.

4.      **The Class Action Settlement:**

The final Settlement Agreement with all exhibits is Exhibit I.

---

[3]      InEx's activities were limited almost exclusively to the States of Alabama, Louisiana,
Mississippi and Texas.

5.     **Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants:**

No such document other than Exhibit I exists.

6.     **Any final judgment or notice of dismissal:**

Section 1.20 of the Settlement Agreement (Exhibit I) describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement. Section 10 of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement. Section 11 of the Settlement Agreement describes the bar order to be entered as part of the "Order and Judgment."

7.     **Names and estimated proportional share of claims of class members by State:**

Exhibit J is a copy of the mailing list for the notice being provided to class members who have asserted claims against InEx in this litigation. Although the mailing list does not account for all absent class members, thousands of homeowners have participated in the omnibus class action complaints filed by the Plaintiffs' Steering committee in the MDL Court. It is believed that the overwhelming majority of homeowners with claims against InEx are existing plaintiffs on the mailing list and that the mailing list accurately reflects the residency of these homeowners. Based on this mailing list, it is estimated that the residency of class members and their estimated proportional share of claims breaks down as follows:

Alabama - 291 homeowners or 30.5% of the class;

Louisiana - 323 homeowners or 33.9% of the class;

Mississippi - 221 homeowners or 23.2% of the class;

Texas - 102 homeowners or 10.7% of the class; and

Other - 16 homeowners or 1.7% of the class.[4]

8.     **Pertinent judicial opinions:**

The Court's Preliminary Approval Order regarding the proposed class action settlement, dated May 13, 2011 is Exhibit F.

---

[4]    Each of the 953 total homeowners and their states is identified in Exhibit J.

5

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully,

INTERIOR EXTERIOR BUILDING                    ARCH INSURANCE COMPANY
SUPPLY, L.P.

By its attorneys,                             By its attorneys,

_____                       _____
Philip D. Nizialek                            D. Russell Holwadel
CARVER, DARDEN, KORETZKY, TESSIER, FINN,       ADAMS, HOEFER, HOLWADEL & ELDRIDGE
BLOSSMAN & AREAUX LLC                          400 Poydras Street, Suite 2450
1100 Poydras Street, Suite 3100               New Orleans, LA 70130
New Orleans, LA 70163                          Phone:  (504) 581-2606
Phone:  (504) 585-3820                        Fax:  (504) 525-1488
Fax:  (504) 585-3801                           DRH@ahhelaw.com
nizialek@carverdarden.com


                                              LIBERTY MUTUAL FIRE INSURANCE
                                              COMPANY

                                              By its attorneys,

                                              _____
                                              Judy Y. Barrasso, 2814
                                              H. Minor Pipes, III, 24603
                                              BARRASSO USDIN KUPPERMAN FREEMAN &
                                              SARVER, LLC
                                              909 Poydras Street, 24th Floor
                                              New Orleans, LA 70112
                                              Phone:  (504) 589-9700
                                              Fax:  (504) 589-9701
                                              jbarrasso@barrassousdin.com
                                              mpipes@barrassousdin.com


Dated:  June 28, 2011

4883629

6

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully,

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.

By its attorneys,

_____
Philip D. Nizialek
CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Phone: (504) 585-3820
Fax: (504) 585-3801
nizialek@carverdarden.com

ARCH INSURANCE COMPANY

By its attorneys,

_____
D. Russell Holwadel
ADAMS, HOEFER, HOLWADEL & ELDRIDGE
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Phone: (504) 581-2606
Fax: (504) 525-1488
DRH@ahhelaw.com


LIBERTY MUTUAL FIRE INSURANCE COMPANY

By its attorneys,

_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com


Dated: July _6_, 2011

4883629

6

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully,

INTERIOR EXTERIOR BUILDING                    ARCH INSURANCE COMPANY
SUPPLY, L.P.

By its attorneys,                             By its attorneys,

_____              _____
Philip D. Nizialek                            D. Russell Holwadel
CARVER, DARDEN, KORETZKY, TESSIER, FINN,      ADAMS, HOEFER, HOLWADEL & ELDRIDGE
BLOSSMAN & AREAUX LLC                         400 Poydras Street, Suite 2450
1100 Poydras Street, Suite 3100               New Orleans, LA 70130
New Orleans, LA 70163                         Phone: (504) 581-2606
Phone: (504) 585-3820                         Fax: (504) 525-1488
Fax: (504) 585-3801                           DRH@ahhelaw.com
nizialek@carverdarden.com


                                              LIBERTY MUTUAL FIRE INSURANCE
                                              COMPANY

                                              By its attorneys,

                                              _____
                                              Judy Y. Barrasso, 2814
                                              H. Minor Pipes, III, 24603
                                              BARRASSO USDIN KUPPERMAN FREEMAN &
                                              SARVER, LLC
                                              909 Poydras Street, 24th Floor
                                              New Orleans, LA 70112
                                              Phone: (504) 589-9700
                                              Fax: (504) 589-9701
                                              jbarrasso@barrassousdin.com
                                              mpipes@barrassousdin.com


Dated: June 27, 2011

4883629

6

**Exhibits to CAFA Notice**

| | |
|---|---|
| A | Silva Case Petition For Damages |
| B | Silva Case Petition For Declaratory Judgment |
| C | Silva Case Amended Complaint For Declaratory Judgment |
| D | Plaintiffs' Omnibus Class Action Complaint (I) |
| E | Plaintiffs' Omnibus Class Action Complaint In Intervention (I(B)) |
| F | Preliminary Approval Order |
| G | Summary Notice Of Pendency And Proposed Settlement Of InEx Class Action |
| H | Notice Of Pendency And Proposed Settlement Of InEx Class Action |
| I | Settlement Agreement With Exhibits |
| J | Mailing List For Notice To The Class |