## InteriorExterior Building Supply, LP List of CAFA Notice Recipients

| | |
|---|---|
| Mr. Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P. O. Box 300152<br>Montgomery, AL 36130-0152 | Mr. John Burns<br>Alaxka Attorney General<br>P. O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Mr. Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Mr. Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Bldg.<br>323 Center St.<br>Little Rock, AR 72201-2610 | Ms. Kamala Harris<br>California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 |
| Mr. John Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | Mr. George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 |
| Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 | Mr. Irvin Nathan<br>District of Columbia Attorney General<br>John A. Wilson Bldg.<br>1350 PA Ave., NW, Ste. 409<br>Washington, DC 20009 |
| Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL 32399-1050 | Mr. Sam Olens<br>Georgia Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Mr. Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Dr.<br>Hagatna, Guam 96910 | Mr. David Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 |


EXHIBIT B

| | |
|---|---|
| Mr. Lawrence Wasden<br>Statehouse<br>Boise, ID 83720-1000 | Ms. Lisa Madigan<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Mr. Greg Zoeller<br>Indiana Government Center South, 5th Fl.<br>302 West Washington St.<br>Indianapolis, IN 46204 | Mr. Tom Miller<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Mr. Derek Schmidt<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Mr. Jack Conway<br>700 Capitol Ave.<br>Capitol Bldg., Ste. 118<br>Frankfort, KY 40601 |
| Mr. James D. "Buddy" Caldwell<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Mr. William J. Schneider<br>State House Station 6<br>Augusta, ME 04333 |
| Mr. Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Ms. Martha Coakley<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Mr. Bill Schuette<br>P. O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Ms. Lori Swanson<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 |
| Mr. Jim Hood<br>Department of Justice<br>P. O. Box 220<br>Jackson, MS 39205 | Mr. Chris Koster<br>Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101 |
| Mr. Steve Bullock<br>Justice Bldg.<br>212 N. Sanders<br>Helena, MT 59620-1401 | Mr. Jon Bruning<br>State Capitol<br>P. O. Box 98920<br>Lincoln, NE 68509-8920 |
| Ms. Catherine Cortez Masto<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Mr. Michael Delaney<br>State House Annex<br>33 Capitol St.<br>Concord, NH 03301-6397 |

| | |
|---|---|
| Ms. Paula T. Dow<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P. O. Box 080<br>Trenton, NJ 08625 | Mr. Gary King<br>P. O. Drawer 1508<br>Sante Fe, NM 87504-1508 |
| Mr. Eric Schneiderman<br>Dept. of Law – The Capitol, 2nd Fl.<br>Albany, NY 12224 | Mr. Roy Cooper<br>Dept. of Justice<br>P. O. Box 629<br>Raleigh, NC 27602-0629 |
| Mr. Wayne Stenehjem<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Mr. Edward T. Buckingham<br>Administration Building<br>P. O. Box 10007<br>Saipan MP |
| Mr. Mike Dewine<br>State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 | Mr. Scott Pruitt<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Mr. John Kroger<br>Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Ms. Linda L. Kelly<br>1600 Strawberry Square<br>Harrisburg, PA 17120 |
| Mr. Guillermo Somoza-Colombani<br>GPO Box 902192<br>San Juan, PR 00902-0192 | Mr. Peter Kilmartin<br>150 S. Main St.<br>Providence, RI 02903 |
| Mr. Alan Wilson<br>Rembert C. Dennis Office Bldg.<br>P. O. Box 11549<br>Columbia, SC 29211-1549 | Mr. Marty J. Jackley<br>1302 East Highway 14, Ste. 1<br>Pierre, SD 57501-8501 |
| Mr. Robert E. Cooper, Jr.<br>425 5th Avenue North<br>Nashville, TN 37243 | Mr. Greg Abbott<br>Capitol Station<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Mr. Mark Shurtleff<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | Mr. William H. Sorrell<br>109 State St.<br>Montpelier, VT 05609-1001 |

| | |
|---|---|
| Mr. Vincent Frazer<br>Dept. of Justice<br>G.E.R.S. Complex 488-50C<br>Kronprinsdens Gade, St Thomas, VI | Mr. Ken Cuccinelli<br>900 East Main St.<br>Richmond, VA 23219 |
| Mr. Rob McKenna<br>1125 Washington St. SE<br>P. O. Box 40100<br>Olympia, WA 98504-0100 | Mr. Darrell V. McGraw, Jr.<br>State Capitol<br>1900 Kanawha Blvd., E.<br>Charleston, WV 25305 |
| Mr. J.B. Van Hollen<br>State Capitol, Ste. 114 E.<br>P. O. Box 7857<br>Madison, WI 53707-7857 | Mr. Greg Phillips<br>State Capitol Bldg.<br>Cheyenne, WY 82002 |
| Mr. Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | |

**4849-1948-3658, v. 1**

# CARVER, DARDEN,
## KORETZKY, TESSIER, FINN,
## BLOSSMAN & AREAUX LLC

PHILIP D. NIZIALEK

Also Admitted in Texas
(504) 585-3820
nizialek@carverdarden.com

July 11, 2011

**<u>Via Certified Mail – Return Receipt Requested</u>**
Mr. Luther Strange
Alabama Attorney General
501 Washington Ave.
P. O. Box 300152
Montgomery, AL 36130-0152

Re: **CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by InteriorExterior Building Supply, LP**

Dear Sir or Madam:

Please find enclosed a CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Notice"), which is being submitted to you on behalf of InteriorExterior Building Supply, LP ("InteriorExterior").

InteriorExterior has been named as a defendant in class action litigation pending in the United States District Court for the Eastern District of Louisiana, as described in the Notice. Along with two other defendants, InteriorExterior has reached a settlement of the class action with the plaintiffs. That settlement has received preliminary approval from the Court, and the Court has scheduled a final approval hearing for October 27, 2011.

The enclosed Notice is being submitted to you to discharge InteriorExterior's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

Sincerely yours,

Philip D. Nizialek

PDN/jlr
Enclosure: CAFA Notice with computer disk



EXHIBIT C