ATTORNEYS AT LAW
# ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 581-2606
FACSIMILE (504) 525-1488

2895 HIGHWAY 190, SUITE 216
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 871-9983
FACSIMILE (504) 525-1488

July 14, 2011

*Please reply to New Orleans office*

sender's email:
drh@ahhelaw.com
170-024

The Honorable Eric H. Holder, Jr.
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC   20530-0001

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

RE:   CAFA Notice Pursuant to 28 U.S.C. § 1715
      regarding class action settlement by Arch Insurance Company

Dear Honorable Holder:

We provide enclosed a CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Notice"), which is being submitted to you on behalf of Arch Insurance Company.

Arch Insurance Company has been named as a defendant in class action litigation pending in the United States District Court for the Eastern District of Louisiana, as described in the Notice. Along with two other defendants, Arch Insurance Company has reached a settlement of the class action with the plaintiffs. That settlement has received preliminary approval from the Court, and the Court has scheduled a final approval hearing for October 27, 2011.

The enclosed Notice is being submitted to you to discharge the obligations of Arch Insurance Company under Section 1715. If you need any additional information or have any questions, please contact the undesigned.

Sincerely,

D. Russell Holwadel

DRH:khf
Enclosure: CAFA Notice with CD

**EXHIBIT E**

# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### -COUNSELLORS AT LAW-

H. Minor Pipes, III
Direct Dial: (504) 589-9726
Direct Fax: (504) 589-9926
E-Mail: mpipes@barrassousdin.com

Our File Number
0548-0641

July 14, 2011

**By Certified Mail**

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

    Re:    CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by Liberty Mutual Fire Insurance Company

Dear Attorney General Holder:

    Please find enclosed a CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Notice"), which is being submitted to you on behalf of Liberty Mutual Fire Insurance Company ("Liberty Mutual").

    Liberty Mutual has been named as a defendant in class action litigation pending in the United States District Court for the Eastern District of Louisiana, as described in the Notice. Along with two other defendants, Liberty Mutual has reached a settlement of the class action with the plaintiffs. That settlement has received preliminary approval from the Court, and the Court has scheduled a final approval hearing for October 27, 2011.

    The enclosed Notice is being submitted to you to discharge Liberty Mutual's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

    Sincerely,

    H. Minor Pipes, III

HMP/chs
Enclosure:    CAFA Notice with computer disk


EXHIBIT F