UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED  DRYWALL PRODUCTS LIABILITY  LITIGATION | * MDL No. 09-2047  *  *  * JUDGE FALLON |
| THIS DOCUMENT RELATES TO:  Sean Payton, et al.  Case No. 2:09-cv-07628;  Abreu, et al.  Case No. 11-cv-252  Jordan et al.  Case No. 09-cv-07550 | *  * MAGISTRATE WILKINSON  *  *  *  *  * |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by **Cretin Homes, L.L.C.** AND **E.L. Cretin, L.L.C.**,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Cretin Homes, L.L.C. AND E.L. Cretin, L.L.C. in the above-referenced Complaint(s).

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA