UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 <br> * <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> Sean Payton, et al. <br> Case No. 2:09-cv-07628; <br> Benes, et al. <br> Case No. 09-cv-06690 | * <br> * MAGISTRATE WILKINSON <br> * <br> * |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel come Defendants, **Dupree Contractors, LLC**, **Dupree Construction Company, Inc. N/K/A Dupree Construction Company, LLC**, **Dupree Construction, Inc.**, **Dupree Contractors, Inc.**, AND **C.B. Dupree Construction, LLC**, who hereby moves for an Order substituting Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for **Dupree Contractors, LLC**, **Dupree Construction Company, Inc. N/K/A Dupree Construction Company, LLC**, **Dupree Construction, Inc.**, **Dupree Contractors, Inc.**, AND **C.B. Dupree Construction, LLC**, in the above-referenced Complaint(s).

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.

*Steven Schilling* (Digitally signed by Steven Schilling, DN: cn=Steven Schilling, o=Sharon B. Kyle, APLC, ou, email=ss@kylelaw.net, c=US, Date: 2011.07.22 11:00:50 -05'00')

SHARON B. KYLE (#25437)
NANCY A. RICHEAUX (#29397)
STEVEN K. SCHILLING (#27635)
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

FRILOT, L.L.C.

/s/ Kerry J. Miller_____
KERRY J. MILLER (#24562)
PETER E. SPERLING (#17812)
THOMAS LOUIS COLLETTA, JR. (#26851)
KYLE A. SPAULDING (#29000)
1100 Poydras Street, Ste. 3700
New Orleans, Louisiana 70163
Telephone: 504/599-8000
Facsimile: 504/599-8100

---

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22 day of July, 2011.

*Steven Schilling* (Digitally signed by Steven Schilling, DN: cn=Steven Schilling, o=Sharon B. Kyle, APLC, ou, email=ss@kylelaw.net, c=US, Date: 2011.07.22 11:01:37 -05'00')