UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANFACTURED** | **\* MDL No. 09-2047** |
| **DRYWALL PRODUCTS LIABILITY** | **\*** |
| **LITIGATION** | **\*** |
| | **\* JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | **\*** |
| Sean Payton, et al. | **\* MAGISTRATE WILKINSON** |
| Case No. 2:09-cv-07628 | **\*** |

**ORDER**

Considering the foregoing Joint Motion to Substitute Counsel filed by **SEC Enterprises, LLC,**

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for SEC Enterprises, LLC in the above-referenced Complaint(s).

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA