UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047 <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Sean Payton, et al <br> Case No. 2:09—cv-7628 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Anthony's Drywall, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of John S. Lawrence, Jr. and Matthew L. Devereaux of the firm of Lawrence & Associates as counsel of record for Anthony's Drywall, Inc. in the above –referenced matter.

Signed in  New Orleans , Louisiana, this  22nd  day of  July  2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA