# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| | * | |
| Sean Payton, et al | * | |
| Case No. 2:09—cv-7628 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, T. Louis

Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted

in place of John S. Lawrence, Jr. and Matthew L. Devereaux and the law firm of

Lawrence & Associates and J. Scott Loeb and Jonas P. Baker and the law firm of Loeb

Law Firm as counsel of record for Craftmaster, LLC ("Craftmaster"), as it

relates to the above-captioned matter.

Signed in  New Orleans , Louisiana, this  22nd  day of  July  2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA