UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED        :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                                           :   SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :   JUDGE FALLON
                                                           :
*Payton v. Knauf Gips KG, et al.*, No. 09-7628   :   MAG. JUDGE WILKINSON
---------------------------------------------------------------x

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED that said Joint Motion for Leave to Substitute and File the Amended and Restated Escrow Agreement (Exhibit 1) is granted and the said Amended and Restated Escrow Agreement (Exhibit 1) be and the same is hereby substituted for the Escrow Agreement originally attached to the Stipulation to Create Qualified Settlement Fund filed on July 15, 2011.

New Orleans, Louisiana this  22nd  day of July, 2011.

_____
JUDGE ELDON E. FALLON