UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
       PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to: 10-361 (Wiltz)          Judge Fallon
                           11-080 (Abel)          Mag. Judge Wilkinson

## ORDER

Considering the foregoing Counsel's Joint Motion to Substitute Counsel for Rottlund Homes of Florida, Inc.,

IT IS ORDERED that Jeffrey M. Paskert and the law firm of Mills Paskert & Divers, P.A. be and are hereby substituted in place of Jaret J. Fuente and the law firm of Carlton Fields, P.A. as counsel of record for Rottlund Homes of Florida, Inc.

IT IS FURTHER ORDERED that neither Counsel's Joint Motion, nor this Order shall be deemed to be a waiver of any of Rottlund Homes of Florida, Inc.'s rights or defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court.

Signed in New Orleans, Louisiana, this 22nd day of July 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA