UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       :     MDL NO. 2047
     PRODUCTS LIABILITY LITIGATION      :     SECTION: L
     :
     :     JUDGE FALLON
     :     MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

At the Court's last conference with counsel for the Plaintiffs' Steering Committee and counsel for the Taishan entities it was agreed that the Court would provide assistance to the parties in selecting a translator for the depositions scheduled in Hong Kong the week of January 9, 2012. The Court received the attached document regarding such translators. IT IS ORDERED that the parties are to consider the information on this document and contact any translators they deem appropriate; thereafter the parties are to inform the Court of their translator selection and/or any issues arising therefrom. If the parties are unable to agree on a translator, the Court will select one based upon their suggestions. It is the Court's intention to designate this translator as a Federal Rule of Evidence 706 expert.

New Orleans, Louisiana, this 21st day of July, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE