# Consulate General of the United States Hong Kong & Macau

*The U.S. Government, including the U.S. Consulate General in Hong Kong, does not assume responsibility for the professional ability or appropriateness of any stenographers, court reporters, interpreters and video recordists on this list. The list is provided only for reference.*

**STENOGRAPHERS**

American Realtime Court Reporters
Shisa X, Room 803
4-12-12 Nishi-Tenma
Osaka, Japan 530-0047
Japan phone: (81) (6) 6311-6223
Hong Kong phone: (852) 8198-1278
U.S. phone: (561) 279-9132
Website: http://www.americanrealtime.com/
American Certified Realtime Reporters serving the entire Asia-Pacific Region.

Blank Rome LLP
5605-5607, 56/F, The Center
99 Queen's Road
Central, Hong Kong
Tel: 852-2537-8628
Fax: 852-2521-9072

Lloyd Michaux
Rm 2208, Lippo Centre Two
89 Queensway, Admiralty
Hong Kong
T: +852.3583.0222
F: +852.3583.0223
E: lm@lloydmichaux.com
W: www.lloydmichaux.com
**International Experience · Local Knowledge**

Realtime specialists with extensive deposition and arbitration experience serving the entire Asia-Pacific region. Specializing in intellectual property litigation. Legal interpretation and video services also available.

Merrill Corporation
3203, Lippo Centre One
89 Queensway, Hong Kong
Email: hongkong@merrillcorp.com
Tel: +852 2522 1998
Fax: +852 2522 1575
http://www.merrillcorp.com/mls
Established in the US in 1968, and with offices around the world, Merrill is the leading provider of deposition services, including realtime court reporting, transcription, interpretation, translation, videography and document management. Contact the Hong Kong office for services in the Middle East and Asia-Pacific region.

Verbatim Reporters
Room 1303 Dominion Center
43-59A Queen's Road East, Wanchai, Hong Kong
Email: verbatimreporters@hotmail.com
Tel: 852-2760-8066
Fax: 852-2760-8789


**INTERPRETERS**

Abacus Chinese Translation Services
Tel: (626) 282-9186
Fax: (626) 282-9252
E-mail: info@certifiedchinesetranslation.com
Website: www.certifiedchinesetranslation.com
Services: We are composed of state and federal court certified translators and interpreters in Chinese (Mandarin and Cantonese), Spanish, Japanese, and Korean languages, serving clients around the world. Our services include certified document translation, interpretation for depositions and business meetings, voice over, etc.

Mr. LAM, Stanley Yuk Wah (freelance)
Email: stanywlam@netvigator.com
Tel: 852-2693-5129 / 9451-6329 (portable phone)

Lloyd Michaux
Rm 2208, Lippo Centre Two
89 Queensway, Admiralty
Hong Kong
T: +852.3583.0222
F: +852.3583.0223
E: lm@llovdmichaux.com

W: www.lloydmichaux.com

**International Experience · Local Knowledge**

Providing legal interpreting services throughout the Asia-Pacific region. Specializing in intellectual property litigation. Realtime court reporting and legal video services also available.

Polyglot Translations
14B Time Center
53 Hollywood Road, Central, Hong Kong
Email: polyglot@hkstar.com
Tel: 852-2851-7232
Fax: 852-2545-9537

Teresa Wong
Specializing in Intellectual Property Litigation support
Court Certified Cantonese & Mandarin Interpreter, CA, NV & TX
Email: wongtalk@gmail.com
Phone: 925-943-6892
Cell: 925-286-3995
Website: http://www.teresawong.net


**VIDEO**

AV.Tec Co.
Room 505-06, 5/F, China Merchants Building
152-155 Connaught Road Central, Hong Kong
Email: accountschina@avtechk.com / thomastam@avtechk.com
TEL: 852-2558-7122
FAX: 852-2558-7902

Lloyd Michaux
Rm 2208, Lippo Centre Two
89 Queensway, Admiralty
Hong Kong
T: +852.3583.0222
F: +852.3583.0223
E: lm@lloydmichaux.com
W: www.lloydmichaux.com

**International Experience · Local Knowledge**

Providing legal video services throughout the Asia-Pacific region. Realtime court reporting and legal interpreting services also available.

Media Production House Ltd.
Rm. 1602, 148 Electric Road,
North Point, Hong Kong
Email: info@madiaproduction.com.hk
TEL: 852-2887-4861

TEL: 852-2893-4861
FAX: 852-2838-4551

Merrill Corporation
3203, Lippo Centre One
89 Queensway, Hong Kong
Email: hongkong@merrillcorp.com
Tel: +852 2522 1998
Fax: +852 2522 1575
http://www.merrillcorp.com/mls
Established in the US in 1968, and with offices around the world, Merrill is the leading provider of deposition services, including realtime court reporting, transcription, interpretation, translation, videography and document management. Contact the Hong Kong office for services in the Middle East and Asia-Pacific region.

## VIDEO TELECONFERENCING (VTC)

The following hotels can provide VTC services. Since there are a variety of packages provided by these hotels depending on the number of people and the size of the conference room, please contact them by email for detailed information.

Conrad Hotel
Email: amanda_chan@Conrad.com.hk

Grand Hyatt Hotel
Email: business.center@grandhyatt.com.hk

Island Shangri-La Hotel
Email: businesscentre.isl@Shangri-la.com

Last modified: May 23, 2011

# Consulate General of the United States Hong Kong & Macau

A TO Z LISTING OF OUR SERVICES

### Translation

*The U.S. Government, including the U.S. Consulate General in Hong Kong, does not assume responsibility for the professional ability or appropriateness of any translators on this list. The list is provided only for reference.*

**Abacus Chinese Translation Services**
*Tel*: (626) 282-9186
*Fax*: (626) 282-9252
*E-mail*: info@certifiedchinesetranslation.com
*Website*: www.certifiedchinesetranslation.com
*Services*: We are composed of state and federal court certified translators and interpreters in Chinese (Mandarin and Cantonese), Spanish, Japanese, and Korean languages, serving clients around the world. Our services include certified document translation, interpretation for depositions and business meetings, voice over, etc.

**WORLD LANGUAGE COMMUNICATIONS, Translation-Interpreting Agency**
*Tel*: (310) 866-8128
*Fax*: (310) 287-0198
*E-mail*: jason@worldlanguagecommunications.com
*Website*: www.worldlanguagecommunications.com
*Services*: We provide certified translation, interpreting and voiceovers services in over 135 world languages, with a specialization in foreign affairs. We also offer services in Localization, Desktop Publishing, Subtitles and Multi-Cultural Consulting. Our translators have the highest level US Government certifications and security clearances and we work with Fortune 500 companies and government institutions worldwide.

Last modified: May 2011