UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| *Amato v. Liberty Mutual Insurance* | ) | MAG. JUDGE WILKINSON |
| *Company, et al* (10-932) | ) | |
| _____ | ) | |

**ORDER**

As part of this Omnibus Class Action, the plaintiffs have brought claims in this matter against, among others, Old Dominion Insurance Company. On March 24, 2011, Old Dominion Insurance Company filed a Motion to Dismiss for Lack of Personal Jurisdiction. (Rec. Doc. 8364).  This motion is based upon the same operative facts as a similar motion filed by NGM Insurance Company in the matter of *Pate v. American International Specialty Lines, et al.*, No. 09-7791, (Rec. Docs. 3174 and 6274), which was granted by this Court on February 8, 2011 (Rec. Doc. 7356).  In ruling on NGM Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction, the Court considered the contacts of all of NGM Insurance Company's subsidiaries, including those of Old Dominion Insurance Company, and determined that personal jurisdiction is lacking.  Accordingly, the Court adopts that reasoning as to Old Dominion Insurance Company as follows:

**IT IS ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction filed by Old Dominion Insurance Company at Rec. Doc. 8364 be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of February 9, 2011 (Rec. Doc. 7356) as if it were issued in this case. As a result, Old Dominion Insurance Company is hereby dismissed from this matter, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 25th day of July, 2011

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE