UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the Banner Defendants' Motion for Leave to File Amended Cross-Claim and to File Cross-Claim Against Knauf (R. Doc. 9817), IT IS ORDERED that this Motion is SCHEDULED for hearing following the monthly status conference on August 24, 2011. Responses thereto are to be filed with the Court by August 10, 2011.

New Orleans, Louisiana, this 25th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE