UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Laura Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.) | | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for RiverStreet Homes, Inc. in the matter entitled *Laura Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, bearing Civil Action No. 11-1077, and request:  (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.  The address for notice and service is as follows:

>  RiverStreet Homes, Inc.
>  c/o Warren Horn, Esq.
>  Drew R. Ballina, Esq.
>  **HELLER, DRAPER, HAYDEN,**
>     **PATRICK & HORN, L.L.C.**
>  650 Poydras Street, Suite 2500
>  New Orleans, LA  70130
>  Phone:  504.299.3300
>  E-mail: whorn@hellerdraper.com
>             dballina@hellerdraper.com

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
  PATRICK & HORN, L.L.C.**


*/s/ Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
**COUNSEL FOR RIVERSTREET HOMES, INC.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance and Request for Service of All Papers and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July 2011.


*/s/ Drew R. Ballina*
**DREW R. BALLINA**