# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al. Case No. 2:11-cv-01077-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA:
COUNTY / CITY OF _____ :

BEFORE ME, the undersigned authority, personally came and appeared:

A.B. SOUTHALL, III

Who, after being duly sworn, did state as follows:

1. He is the President of A.B.S. Building Corporation, a Virginia corporation, with its principal place of business located in Hampton, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of A.B.S. Building Corporation.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. A.B.S. Building Corporation is not authorized to do, and has never done, any business in the State of Louisiana.

5. A.B.S. Building Corporation is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of developing and/or constructing residential dwellings.

6. A.B.S. Building Corporation does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, or in his capacity as President of A.B.S. Building Corporation, aware of A.B.S. Building Corporation performing any work in the State of Louisiana.

8. A.B.S. Building Corporation has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. A.B.S. Building Corporation has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. A.B.S. Building Corporation does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. A.B.S. Building Corporation does not, and has never solicited any business in the State of Louisiana.

By: _____
A.B. SOUTHALL, III
President
A.B.S. Building Corporation

COMMONWEALTH OF VIRGINIA
CITY/~~COUNTY~~ OF Hampton, to-wit:

The foregoing instrument was acknowledged before me this 21ST day of July, 2011, by A.B. Southall, III.

_____
NOTARY PUBLIC

My Commission Expires: 9/30/2011
My Registration Number: 273597

2