# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: LAURA HAYA, *et al.* v. TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., *et al.* Case No. 2:11-cv-01077-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA:
COUNTY / CITY OF _____ :

BEFORE ME, the undersigned authority, personally came and appeared:

JEFFREY WERMERS

Who, after being duly sworn, did state as follows:

1. He is the President of Wermers Development, Inc, which is a member of Preserve Development, LLC, which is a Virginia limited liability company with its principal place of business located in Norfolk, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of Preserve Development, LLC.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. Preserve Development, LLC is not authorized to do, and has never done, any business in the State of Louisiana.

5. Preserve Development, LLC is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of the development land for residential construction.

6. Preserve Development, LLC does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, or in his capacity as President of Wermers Development, Inc, which is a member of Preserve Development, LLC, aware of Preserve Development, LLC performing any work in the State of Louisiana.

8. Preserve Development, LLC has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Preserve Development, LLC has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. Preserve Development, LLC does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. Preserve Development, LLC does not, and has never solicited any business in the State of Louisiana.

By: _____
JEFFREY WERMERS
President
Wermers Development, Inc., as member
of Preserve Development, LLC


COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF __VA Beach__, to-wit:

The foregoing instrument was acknowledged before me this __11th__ day of __July__, 2011, by Jeffrey Wermers.

_____
NOTARY PUBLIC

My Commission Expires: __Aug. 31, 2013__
My Registration Number: __307620__

> LISA A. RANDALL
> NOTARY PUBLIC
> REG. #307620
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES AUGUST 31, 2013

3