UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Payton, et al v.<br>Knauf Gips KG, et al<br>Case No. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through under signed counsel, comes Defendant, **Southern Star Construction Company, Inc.,** who moves this Honorable Court for an Order substituting Kerry J. Miller, Peter Sperling, T. Louis Colletta, Kyle A. Spaulding and the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 as counsel of record for Southern Star Construction Company, Inc., in place of Ethan N. Penn and Amanda H. Aucoin of Musgrave, McLachlan, & Penn, L.L.C. and J. Scott Loeb and Jonas P. Baker of the Loeb Law Firm in the above-captioned matter.

Respectfully Submitted:

| | |
|---|---|
| **MUSGRAVE, McLACHLAN & PENN, L.L.C.** | **FRILOT, LLC** |
| /s/ Amanda H. Aucoin | /s/Kyle A. Spaulding |
| Ethan N. Penn (#24596) | Kerry J. Miller (#24562) |
| Amanda H. Aucoin (#31197) | Peter Sperling (#17812) |
| 1515 Poydras St., Suite 2380 | T. Louis Colletta (#26851) |
| New Orleans, Louisiana 70112 | Kyle A. Spaulding (#29000) |
| Telephone: (504)799-4300 | 1100 Poydras Street, Suite 3700 |
| Facsimile: (504) 799-4301 | New Orleans, Louisiana 70163 |
| | Telephone: (504) 599-8000 |
| | Facsimile: (504) 599-8145 |
| | kmiller@frilot.com; psperling@frilot.com |
| | lcolletta@frilot.com; kspaulding@frilot.com |

/s/Jonas P. Baker
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
839 Heavens Drive, Suite B
Mandeville, Louisiana 70471
Telephone: (985) 778-0220
Facsimile: (985) 246-5639
sloeb@loeb-law.com
jbaker@loeb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which wll send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 27th day of July, 2011.

/s/ Kyle A. Spaulding
Kyle A. Spaulding

#400172