UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| Payton, et al v.<br>Knauf Gips KG, et al<br>Case No. 2:09—cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, T. Louis Colletta, Kyle A. Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Ethan N. Penn and Amanda H. Aucoin of Musgrave, McLachlan, & Penn, L.L.C. and J. Scott Loeb and Jonas P. Baker of the Loeb Law Firm as counsel of record for Southern Star Construction Company, Inc. as it relates to the above-captioned matter.

Signed in  New Orleans , Louisiana, this _____ day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA