UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-252 *Daniel Abreu, et al. v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al.* | : : : | |

**DEFENDANTS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc.[1] (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline a second enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms pertaining to the applicable Plaintiffs who have asserted claims against Centerline in this action.

WHEREFORE, Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc., respectfully request that this Court grant Centerline an extension of time, through and including August 19, 2011, in order to submit the Builder Profile Forms in the above-referenced action.

---

[1] This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

Dated July 27, 2011											Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Suite. 2700
    Fort Lauderdale, Florida  33394
    Telephone:  (954) 764-7060
    Facsimile::  (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

    *Counsel for Defendants*
    *Centerline Homes at Georgetown, LLC*
    *Centerline Homes, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Second Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July 2011.

                                                    __/s/ Vanessa M. Serrano_____
                                                    Vanessa M. Serrano

4821-5550-5418.1
34720/0126