UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-252 *Daniel Abreu, et al. v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al.* | : : : | |

**ORDER ON DEFENDANTS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc.'s Second *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including August 19, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants.

New Orleans, Louisiana this _____ day of _____ 2011.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**