# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED DRYWALL
  PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE
WILKINSON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:
KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.:  2:11-cv-00080-EEF-JCW

---

## <u>NOTICE OF HEARING</u>

     **PLEASE TAKE NOTICE** that Defendant Mazer's Discount Home

Centers, Inc. ("Mazer's"), will bring on for hearing the attached Motion to Dismiss

before The Honorable Eldon E. Fallon of the United States District Court for the

Eastern District of Louisiana, Section "L," 500 Poydras Street, New Orleans,

Louisiana 70130, on the 17th day of August, 2011, at 9:00 a.m., or a time set

further by his Court.

     Respectfully submitted this 27th day of July, 2011.


       /s/  Christopher A. Bottcher
       Christopher A. Bottcher
       Mary Blanche Hankey

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

/s/ **Larry S. Logsdon**
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:   (205) 874-0341
Fax:   (205) 871-7534
llogsdon@wallacejordan.com
mjackson@wallacejordan.com

*/s/ John M. Fraley*
John M. Fraley
Laura S. Dunning
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Tel:    (205) 251-1000
Fax:   (205) 324-1133
jmf@hsy.com
lsd@hsy.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 27th day of July, 2011.


/s/ Christopher A. Bottcher
Of Counsel