# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 2:11-cv-00080-EEF-JCW

## REQUEST FOR ORAL ARGUMENT OF MOTION TO DISMISS SET ON AUGUST 17, 2011

COMES the Defendant, Mazer's Discount Home Centers, Inc. ("Mazer's"), and requests oral argument on the Motion to Dismiss filed by the Defendant, Mazer's, and scheduled to be heard at the Court's Motion Docket on the 17th day of August, 2011 at 9:00 a.m., or a time set further by this Court.

                                      s/ Christopher A. Bottcher
                                      Christopher A. Bottcher
                                      Mary Blanche Hankey

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

　　　　　　　　　　　　　　　　　***/s/ Larry S. Logsdon***
　　　　　　　　　　　　　　　　　Larry S. Logsdon
　　　　　　　　　　　　　　　　　Michael L. Jackson
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　Mazer's Discount Home Centers, Inc.


**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:  (205) 874-0341
Fax:  (205) 871-7534
llogsdon@wallacejordan.com
mjackson@wallacejordan.com

　　　　　　　　　　　　　　　　　***/s/ John M. Fraley***
　　　　　　　　　　　　　　　　　John M. Fraley
　　　　　　　　　　　　　　　　　Laura S. Dunning
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Tel:   (205) 251-1000
Fax:   (205) 324-1133
jmf@hsy.com
lsd@hsy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 27th day of July, 2011.

/s/ Christopher A. Bottcher
Of Counsel