UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:11-CV-1077 (E.D.La.) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

Before the Court is Plaintiffs' Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX)(Rec. Doc. No. 8781). The Court, having reviewed Plaintiffs' Motion and Memorandum of Law and Defendants' responses, IT IS ORDERED that Plaintiffs' Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) (Rec. Doc. No. 8781) is GRANTED. Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) is deemed filed as of the date of the entry of this Order.

New Orleans, Louisiana, this ___ day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1