*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 707. | Hubbard, Curtis and Michelle | 3617 East Renelle Circle Tampa, FL 33629 | | Parker Waichman Alonso, LLP | Steven R. Carter, Inc. (193) | | |
| 708. | Johnson, Christopher | P.O. Box 292122 Los Angeles, CA 90029 | 2024 NW 5th Street Cape Coral, FL 33993 | Parker Waichman Alonso, LLP | United Home Builders, Inc. (219) | J & A Brothers Drywall & Stucco, Inc. | |
| 709. | Jones, Brian and David, Kimberly | 2015 Searsy Shore Drive Clearwater, FL 33763 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 710. | Jones, Kenneth | 4264 Ashington Drive Birmingham, AL 35242 | 6079 SE Crooked Oak Avenue Hobe Sound, FL 33455 | Parker Waichman Alonso, LLP | M/I Homes, Inc. (127) | | Southern Atlantic Supply Division, Corp. d/b/a Allied Building Products Corp. (184) |
| 711. | Junco, Jorge | 536 Vincinda Crest Way Tampa, FL 33619 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 712. | Karaian, George and Bernadete | 181 Indian Rock Road Merrimack, NH 03054 | 11842 Bayport Lane #2102 Fort Myers, FL  33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 713. | Keller, Brad and Kerry | 12742 Ivory Stone Loop Fort Myers, FL 33913 | 9950 Via San Marco Looper Fort Myers, FL 33905 | Parker Waichman Alonso, LLP | The Ryland Group, Inc. (210) | | |
| 714. | Knight, Rosemary | P.O. Box 1334 Land O'Lakes, FL 34639 | 21311 Morning Mist Way Land O'Lakes, FL 34637 | Parker Waichman Alonso, LLP | Taylor Morris Services, Inc. (205) | | Venture Supply, Inc. (221) |
| 715. | Kramer, Dan and Carolyn | 1905 Gables Lane Vienna, VA 22182 | 3245 Sundance Circle Naples, FL 34109 | Parker Waichman Alonso, LLP | The Henning Group, LC (208) | | Banner Supply Co. (208) |
| 716. | Knueckel, Susanne and Schneider, Wolfgang | Gruener Weg 40 andernach, Germany 56626 | 2724 SW 25th Street Cape Coral, FL 33914 | Parker Waichman Alonso, LLP | R.A. Grant Corporation (158) | | Cape Cement & Supply Inc. (48) |
| 717. | Leon, Daimarys | 811 West 36 Avenue Apt. 6 Hialeah, FL 33018 | | Parker Waichman Alonso, LLP | Shoma Development Corp. (176) | | Banner Supply Co. (23) |

*Laura Haya, Daniel Haya and Irene Haya, Individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 718. | LIPTRD, LLC | 1639 138th Lane NW Andover, MN 55304 | | Parker Waichman Alonso, LLP | The Henning Group, LC (208) | | |
| 719. | Loader, Jennifer C. | 3918 West Bay Court Avenue Tampa, FL 33611 | 3853 Albacete Circle Punta Gorda, FL 33950 | Parker Waichman Alonso, LLP | | All County Drywall Service, Inc. (6) | Banner Supply Co. (63) |
| 720. | Look, Peter | 26069 Farmwood Court Bonita Springs, FL 34134 | 2125 Santa Barbara Boulevard Cape Coral, FL 33990 | Parker Waichman Alonso, LLP | Ability Construction, Inc. (2) | | |
| 721. | Lopez, German and Valerie | 1700 Horton Road Albertville, AL 35950 | 309 Granite Circle Albertville, AL 35950 | Parker Waichman Alonso, LLP | Hulsey-Nezlo Construction, LLC (106) | | |
| 722. | Lopez, Stephen | 622 Wilmington Parkway Cape Coral, FL 33993 | | Parker Waichman Alonso, LLP | Excel Construction of S.W. Florida, Inc. (80) | | |
| 723. | Love, Nakisha and Rockcliff, Christie | 2540 Middleton Grove Drive Brandon, FL 33511 | | Parker Waichman Alonso, LLP | Lennar Corporation (122) | All County Drywall Service, Inc. (6) | Banner Supply Co. (63) |
| 724. | Lowande, Paul and Renee | 2308 NE Juanita Place Cape Coral, FL 33909 | | Parker Waichman Alonso, LLP | Hansen Homes of South Florida, Inc. (96) | | Banner Supply Co. Ft. Myers, LLC (24) |
| 725. | Maniscalco, Frank and Grace | 66 Canal Street Sayreville, NJ 08872 | 11853 Bayport Lane #4 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft. Myers, LLC (24) |
| 726. | Martin, Patrick and Alice | 9875 W. 283rd Street Louisburg, KS 66053 | 11842 Bayport Lane #4 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft. Myers, LLC (24) |
| 727. | Mastrogiacomo, Kim | 14154 Danpark Loop Fort Myers, FL 33912 | 6071 Jonathan's Bay Circle, Unit 401 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | | MC Contractors, Inc. (133) | Banner Supply Co. Ft. Myers, LLC (24) |
| 728. | Mattia, Michael and Mary Ellen | 10834 Kensington Park Avenue Riverview, FL 33569 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 729. | McKnight, Ashley and Gloria | 505 NW 3rd Place Dania Beach, FL 33004 | | Parker Waichman Alonso, LLP | Double D Investments of Broward LLC (75) | | |
| 730. | Mitchell, Robert and Bonnie | 1442 Eldorado Parkway West Cape Coral, FL 33914 | | Parker Waichman Alonso, LLP | Chase Construction, Inc. (56) | | |
| 731. | Morillo, Madelyn | 101 Delancey Street Apt. 7 New York, NY 10002 | 11337 Bridge Pine Drive Riverview, FL 33569 | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 732. | Mundt, Elaine | 14811 Laguna Drive #402 Fort Myers, FL 33908 | 11806 Bayport Lane #1 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 733. | Mundy, Terry and Pamela | 5718 Dale Road Modesta, CA 95356 | 2529 Paul Drive Meraux, LA 70075 | Parker Waichman Alonso, LLP | Tapia Brothers Construction, Inc. (204) | | |
| 734. | Murray, Robin and Marva | 535 Davidson Street SE Unit 50 Palm Bay, FL 32909 | | Parker Waichman Alonso, LLP | Aburton Homes, Inc. (3) | | |
| 735. | Nukho, Michael, Edward and George | 66 Fanshaw Avenue Yonkers, NY 10705 | 430 SE 21st Terrace Cape Coral, FL 33990 | Parker Waichman Alonso, LLP | Paul Homes Inc. a/k/a Management Services of Lee County, Inc. (148) | | Banner Supply Co. Ft Myers, LLC (24) |
| 736. | Nunes, Norberto | 146 Muirfield Circle Naples, FL 34113 | 7060 Venice Way Unit 3101 Naples, FL 34119 | Parker Waichman Alonso, LLP | Prime Homes at Portofino Falls, Ltd. (153) | | |
| 737. | OIP, LLC | 101 HuaLaLai Street Hilo, HI 96720 | 3509 Decomine Street Chalmette, LA 70043 | Parker Waichman Alonso, LLP | Tapia Brothers Construction, Inc. (204) | | |
| 738. | Ondrovic, Joseph | 13100 Broadhurst Loop Unit #1 Fort Myers, FL 33919 | 14112 Kensington Lane Fort Myers, FL 33919 | Parker Waichman Alonso, LLP | BBL - Florida, LLC (31) | | |
| 739. | Owen, Scott and Emilia | 577 Holmdel Road Hazlet, NJ 07730 | 2032 NW 1st Place Cape Coral, FL 33993 | Parker Waichman Alonso, LLP | Allied Construction, Inc. (9) | | |

*Laura Haya, Daniel Haya and Irene Haya, Individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 740. | Page, Michael and Rikke | 388 Beveridge Road Ridgewood, NJ 07450 | 20092 Larina Loop Estero, FL 33928 | Parker Waichman Alonso, LLP | Lennar Corporation (122) | B & B Stucco, Inc. (21) | Banner Supply Co. Ft Myers, LLC (24) |
| 741. | Patterson, Kelli | 622 SW 147th Terrace Pembroke Pines, FL 33027 | | Parker Waichman Alonso, LLP | Standard Pacific of South Florida G.P., Inc. (187) | F. Vincino Drywall II, Inc. (82) | Banner Supply Co. Pompano, LLC (25) |
| 742. | Pezze, Daniel and Carol | 1160 Wapello Street North Port, FL 34286 | | Parker Waichman Alonso, LLP | Floridian Gulf Coast Homes, Inc. (84) | | |
| 743. | Pietrantonio, Robert and Tamie | 54632 Myrica Drive Macomb, MI 48042 | 6050 Jonathan's Bay Circle Unit 102 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | | MC Contractors, Inc. (133) | Banner Supply Co. Ft Myers, LLC (24) |
| 744. | PSC Enterprises LLC | 1861 Acacia Boulevard Lehigh Acres, FL 33974 | 362 Eisenhower Boulevard Lehigh Acres, FL 33974 | Parker Waichman Alonso, LLP | Carew Construction, Inc.(49) | | |
| 745. | Quaranta, Benito | 7411 Tower Bridge Drive Wesley Chapel, FL 33544 | 4541 Rolling Green Drive Wesley Chapel, FL 33543 | Parker Waichman Alonso, LLP | Spring Park Builders, LLC (267) | | |
| 746. | Quinn, Christopher and Katherine | 427 South Royal Poinciana Drive Tampa, FL 33609 | 4210 West Kensington Avenue Tampa, FL 33629 | Parker Waichman Alonso, LLP | Riverstreet Homes, Inc.(168) | Harrell's Drywall, Inc. (98) | Black Bear Gypsum Supply, Inc. (36) |
| 747. | Rand, Richard | 273 Sand Point Road Bar Harbor, ME 04609 | 8607 Athena Court Lehigh Acres, FL 33971 | Parker Waichman Alonso, LLP | | G. Drywalls Corporation (86) | |
| 748. | Reaves, Eugene and Lori | 202 Shadroe Cove Circle, Unit 402 Cape Coral, FL 33991 | | Parker Waichman Alonso, LLP | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. Ft Myers, LLC (24) |
| 749. | Reiprecht, Raymond | 11403 SW Kingslake Circle Port Saint Lucie, FL 34987 | 10560 SW Stephanie Way, Unit 202 Port Saint Lucie, FL 34987 | Parker Waichman Alonso, LLP | Centerline Homes Construction, Inc. (53) | O.C.D. of S. Florida, Inc. (143) | Banner Supply Company Port St. Lucie, LLC (26) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 750. | Richardson, Valerie | 3 Post Office Cottage, High Street Wethersfield Braintree United Kingdom | 8596 Athena Court Lehigh Acres, FL 33971 | Parker Waichman Alonso, LLP | | G. Drywalls Corporation (86) | Rosen Building Supply Inc. d/b/a On-Site Materials (172) |
| 751. | Rose, Mary and Donnelly, James | 11837 Bayport Lane Unit #4 Fort Myers, FL 33908 | | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 752. | Sakalauskas, Alberto and Laura | 3142 SW Martin Street Port Saint Lucie, FL 34988 | | Parker Waichman Alonso, LLP | Angel Developments LLC (16) | | |
| 753. | Sellman, Terry and Donna | 10710 Miracle Lane New Port Richey, FL 34654 | | Parker Waichman Alonso, LLP | Avalon Building Corporation of Tampa Bay (20) | Suncoast Drywall, Inc. (200) | |
| 754. | Sheehan, Michael and Willman, Courtney and Hussey, Greer A. | 6001 Pelican Bay Boulevard Naples, FL 34108 | 3531 SW 15th Place Cape Coral, FL 33914 | Parker Waichman Alonso, LLP | Heights Properties, LLC (100) | Coral Plastering & Wall Systems, Inc. (62) | Banner Supply Co. Ft Myers, LLC (24) |
| 755. | Shelmandine, Gerald A. and Connie L. | 11106 Kiskadee Circle New Port Richey, FL 34654 | | Parker Waichman Alonso, LLP | McCar Homes, Inc. (134) | Central Drywall Contractors, Incorporated (54) | |
| 756. | Singh, Govind | 8374 Sumner Avenue Fort Myers, FL 33908 | | Parker Waichman Alonso, LLP | D.R. Horton, Inc. (67) | B & B Stucco, Inc. (21) | Banner Supply Co. Ft Myers, LLC (24) |
| 757. | Smith, Gloria and Robert | 11837 Bayport Lane #1 Fort Myers, FL 33908 | | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 758. | Stein, Amy | 19269 Stone Hedge Drive Tampa, FL 33647 | | Parker Waichman Alonso, LLP | Mobley Homes Florida, LLC (138) | | |
| 759. | Stewart, Joseph and Sandra | 4338 Wildstar Circle Wesley Chapel, FL 33544 | | Parker Waichman Alonso, LLP | Smith Family Homes Corporation (180) | | |
| 760. | Strehle, Etta and Jones, Bruce | 542 Bimini Bay Boulevard Apollo Beach, FL 33572 | | Parker Waichman Alonso, LLP | Schmidt Brothers Homes, Inc. (174) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 761. | Sullivan, William and Sheila | 12623 20th Street East Parrish, FL 34219 | | Parker Waichman Alonso, LLP | | Residential Drywall, Inc. (164) | |
| 762. | Sutton, Stuart | 809 Nick Bay Place Tampa, FL 33637 | | Parker Waichman Alonso, LLP | Statewide Associates, Inc. (189) | All County Drywall Service, Inc. (6) | |
| 763. | Swartz, Christopher and Sylvia | 4030 SW 9th Place Cape Coral, FL 33914 | | Parker Waichman Alonso, LLP | Amerisouth, Inc. (15) | AL Brothers, Inc. (5) | |
| 764. | Teitelbaum, Ronald and Donna | 342 Hambur Turnpike, Suite 105 Wayne, NJ 07470 | 11825 Bayport Lane #502 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 765. | Thompson, Benjamin and Deborah | 11527 Hammocks Glade Drive Riverview, FL 33569 | | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 766. | Toler, Calvin and Allison | 11221 Crescent Bay Boulevard Clermont, FL 34711 | 10440 SW Stephanie Way, Unit 210 Port Saint Lucie, FL 34987 | Parker Waichman Alonso, LLP | Centerline Homes Construction, Inc. (53) | O.C.D. of S. Florida, Inc. (143) | |
| 767. | Tomac, Tommy and Carrie | 3401 Mineola Drive Sarasota, FL 34239 | 11601 Hammocks Glade Drive Riverview, FL 33569 | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 768. | Vayda, Richard and Rita | 366 Recker Highway Auburndale, FL 3 3823 | | Parker Waichman Alonso, LLP | Littles Construction of Central Florida, Inc. (124) | Smith Drywall & Insulation, LLC (179) | |
| 769. | Vila, Desiree | 2204 Soho Bay Court Tampa, FL 33606 | | Parker Waichman Alonso, LLP | Statewide Associates, Inc. (189) | All County Drywall Service, Inc. (6) | |
| 770. | Villalobos, Giliam | 8129 West 36 Avenue #4 Hialeah, FL 33018 | | Parker Waichman Alonso, LLP | Shoma Development Corp. (176) | | Banner Supply Co. (23) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 771. | Wagner, Jonathan and Samantha | 11526 Hammocks Glade Drive Riverview, FL 33569 | | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (4) |
| 772. | Weinsberg, Edgar and Yvonne | 6568 41st Court East Sarasota, FL 34243 | | Parker Waichman Alonso, LLP | | Precision Drywall, Inc. (150) | |
| 773. | West, Wayne | 1016 Moscow Avenue Hickman, KY 42050 | 3216 Gallo Drive Chalmette, LA 70043 | Parker Waichman Alonso, LLP | | | |
| 774. | Wienstroer, Danny and Patrick | Danny: 11509 Hammocks Glade Drive Riverview, FL 33569 / Patrick: 5722 Horseshoe Falls Missouri City, TX 77459 | 11509 Hammocks Glade Drive Riverview, FL 33569 | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (4) |
| 775. | Wilson, Diane and Richard | 4465 Meadow Creek Toledo, OH 43614 | 11821 Bayport Lane Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft. Myers, LLC (24) |
| 776. | Wohleber, David and Marlene | 1000 Grandview Farms Drive Bethel Park, PA 15102 | 4095 Cherrybrook Loop Fort Myers, FL 33965 | Parker Waichman Alonso, LLP | | Precision Drywall, Inc. (150) | |
| 777. | Woods, Randy and Sherry | 3205 NW 76th Lane Jennings, FL 32053 | | Parker Waichman Alonso, LLP | Quality Builders of North Florida, Inc. (156) | | WB Howland Co., LLC (226) |
| 778. | Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 | | Parker Waichman Alonso, LLP | American Gallery Development Group, LLC (12) | | |
| 779. | Yusuf, Nejeh | 4605 TuTuPark Mall Suite 200 US Virgin Islands 00802-1736 | 3732 SW 7th Place #4 Cape Coral, FL 33914 | Parker Waichman Alonso, LLP | Manclar Builders, Inc.(128) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 780. | Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 | | Parker Waichman Alonso, LLP | Statewide Associates, Inc. (189) | All County Drywall Service, Inc. (6) | |
| 781. | Atlidor, Julie | 4757 TuscanLoon Drive Tampa, FL 33619 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 782. | Ballard, Marcia (Trustee Ballard Marcia Revocable Living Trust) | 11216 Godwit Court New Port Richey, FL 34654 | | Parker Waichman Alonso, LLP | McCar Homes, Inc. (134) | Central Drywall Contractors, Incorporated (54) | |
| 783. | Brohm, Brian & Tara | 2976 Yellowwood Court Buford, Georgia 30519 | | Parker Waichman Alonso, LLP | Northstar Homes LLC (142) | Total Drywall, Inc. (217) | Building Materials Wholesale, Inc. (43) |
| 784. | Christodoulou, Louis and Maryann | 525 Islebay Drive Apollo Beach, FL 33572 | 11221 Godwit Court New Port Richey, FL 34654 | Parker Waichman Alonso, LLP | McCar Homes, Inc. (134) | Central Drywall Contractors, Incorporated (54) | |
| 785. | Collingwood, Sharon and Samuel | 8520 Deal Court Bristow, Virginia 20136 | 12777 Kentwood Avenue Ft. Myers, FL 33913 | Parker Waichman Alonso, LLP | | | Banner Supply Co. (122) |
| 786. | Cruz, Robert and Sandra | 12444 South Bridge Terrace Hudson, FL 34669 | | Parker Waichman Alonso, LLP | Lennar Corporation (122) | Harrell's Drywall, Inc. (98) | Banner Supply Co. (23) |
| 787. | D'Ambrosio, John and Pamela | 338 Mestre Place North Venice, FL 34275 | | Parker Waichman Alonso, LLP | | | Banner Supply Co. (23) |
| 788. | Flaherty, Catherine | 3501 Grassglen Place Wesley Chapel, FL 33544 | | Parker Waichman Alonso, LLP | McCar Homes, Inc. (134) | Central Drywall Contractors, Inc. (54) | |
| 789. | Kostelecky, Charlotte and Joseph | 19139 Blueberry Lane Silverhill, AL 36579 | | Parker Waichman Alonso, LLP | Bass Homes, Inc. (29) | | Swift Supply, Inc. (205) |
| 790. | Maradona, Michael and Arlen | 20516 Ardore Lane Estero, FL 33928 | | Parker Waichman Alonso, LLP | Lennar Corporation (122) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft. Myers, LLC (24) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 791. | Murphy, William | 5221 Bayshore Blvd. Apt. 41 Tampa, FL 33611 | 4755 Tuscan Loon Drive Tampa, FL 33619 | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 792. | Pauls, Henry and Gerna | 14906 Man O War Drive Odessa, FL 33556 | | Parker Waichman Alonso, LLP | Smith Family Homes Corporation (180) | | |
| 793. | Seddon, Robert and Joan | 87 Chapel Hill Road Mount Laurel, NJ 08054 | 13946 Clubhouse Drive Tampa, FL 33945 | Parker Waichman Alonso, LLP | LTL Construction, Inc. (126) | Residential Drywall, Inc. (164) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 794. | Jones, Casey M., Megan S. and Louis R. | Casey and Megan: 2251 Sandalwood Road Virginia Beach, VA 23451; Louis: 1008 Witch Point Trail Virginia Beach, A 23455 | 2251 Sandalwood Road Virginia Beach, VA 23451 | Paulson & Paulson, P.L.C. | | | |
| 795. | Al-Burkat, Mohammed and Shawana | 1507 Taway Marsh Court St. Augustine, FL 32092 | | Reich & Binstock, LLP | | | |
| 796. | Lavergne, Sheral Ann | 701 Sally Mae Street Lake Charles, LA 70601 | | Reich & Binstock, LLP | | | |
| 797. | Lester, Lorraine | 435 S. Oregon Avenue Unit 401, Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC, d/b/a HighPoint Development (34) | | |
| 798. | Whitney, Brian | 435 S. Oregon Avenue Unit 402, Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC, d/b/a HighPoint Development (34) | | |
| 799. | Brock, Ora | 2026 Clouet Street New Orleans, LA 70117 | | Reich & Binstock, LLP | Total Community Action, Inc. (216) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 800. | Palmer, Frances | 4601 Lafon Drive New Orleans, LA 70126 | | Reich & Binstock, LLP | | | |
| 801. | Steele, Wanda | 7821 Mullett Street New Orleans, LA 70126 | | Reich & Binstock, LLP | | | Bradford Lumber & Supply, Inc (38) |
| 802. | Conroy, John and Sandra | 1750 NW 24th Place Cape Coral, FL 33993 | | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 803. | Geraci, Vincent and Joan | 420 NW 38th Avenue Cape Coral, FL 33993 | | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 804. | Seaks, Sieglinde | 2810 NW 14th Terrace Cape Coral, FL 33993 | | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 805. | Prokopetz, Jason and Linda | 2548 Deerfield Lake Court Cape Coral, FL 33993 | | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 806. | Batra, Vinod | 2565 Deerfield Lake Court Cape Coral, FL 33993 | | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 807. | Ceminsky, Gerald and Margaret | | 2572 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 808. | Dowdy, Alfred and Joyce | | 2553 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 809. | Epstein, Kim | | 2556 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA / Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 810. | Gauthier, Paul and Patricia | | 2583 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 811. | Grassel, Eric and Svetlana | | 3033 Lake Manatee Court Cape Coral, FL 3 3993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 812. | Hamvee, Mark | | 2557 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 813. | Kingsnorth, Bob and Grace | | 2556 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 814. | Masih, Parveen | | 2533 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 815. | Muenchen, Stephen, Jr. | | 2537 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 816. | Muenchen, Stephen, Sr. | | 2565 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 817. | Naustdal, Oscar and Donna | | 2576 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |
| 818. | Steed, Max | | 2580 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PA<br>Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 819. | Torpy, Larry and Terri | | 2569 Deerfield Lake Court Cape Coral, FL 33993 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 820. | Zamora, Michael | | 3044 Lake Manatee Drive Cape Coral, FL 33993 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 821. | Levitan, Lev | | 81 Port Royal Drive Palm Coast, FL 32164 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 822. | Toledo, Marcia | | 3932 SW 52nd Avenue, Unit #3 Pembroke Pines, FL 33023 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 823. | Perez, Esdras | | 1835 Dalmation Avenue Port St. Lucie, FL 34953 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 824. | Barcia, Aurora | | 6119 NW Densaw Terrace Port St. Lucie, FL 34986 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 825. | Vrchota, Roy | | 1330 68th Street North West Palm Beach, FL 33412 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 826. | Gulf Reflections Condominium | | 12650 Whitehall Drive Ft.Myers, FL 33907 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 827. | Borgardt, David and Katherine | | 2160 NW 23rd Avenue Cape Coral, FL 33993 | Roberts & Durkee PA Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 828. | Cegielski, Boguslaw and Ning | | 246 SW 26th Street Cape Coral, FL 33993 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 829. | Menz, Charlotte | | 112 SW 35 Avenue Cape Coral, FL 33991 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 830. | Faroh, Edgar | | 8155 NW 108 Avenue Miami, FL  33178-6050 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 831. | Ivory, James and Maria | | 16515 Maya Circle Punta Gorda, FL 33955 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 832. | Griffith, Richard and Olga | | 142 SW Covington Road Port St. Lucie, FL 34953-6928 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 833. | Madera, Eligio and Belkys | | 1301 SW Parma Avenue Port St. Lucie, FL 34953 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 834. | Cambric, Shannon | | 8585 Athena Court Lehigh Acres, FL 33971 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 835. | Patti, Anthony | | 8716 Pegasus Drive Lehigh Acres, FL 33971 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 836. | Serajuddowla, Ruth | | 8710 Pegasus Drive Lehigh Acres, FL 33971 | Roberts & Durkee PA  Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 837. | Sierra, Santos | | 8719 Pegasus Drive Lehigh Acres, FL 33971 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 838. | Simonian, Thomas | | 8582 Athena Court, Building 4 Lehigh Acres FL 33971 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 839. | Valentin, Miguel | | 10902 NW 83 St., Apt. 208 Doral, FL 33178 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 840. | Siddiqui, Hassan and Frauke | | 11429 Laurel Brook Court Riverview, FL 33569 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 841. | Barragan, Fernando and Barbara | | 8935 SW 228th Lane Cutler Bay, FL 33190 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 842. | Restrepo, Soccoro | | 8932 SW 228th Lane Miami, FL 33190 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 843. | Victoria, Lindsey | | 22768 SW 89 Path Cutler Bay, FL 33190 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 844. | Edwards, Norma | | 1050 NW Leonardo Circle Port St. Lucie, FL 34986 | Roberts & Durkee PA Milstein Adelman LLP | | | |
| 845. | Suarez, Humberto | | 208 SE 6th Street Cape Coral, FL 33990 | Roberts & Durkee PA Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 846. | Brumbaugh, Russell and Carol | | 232 SE 15th Terrace Cape Coral, FL 33990 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 847. | Mullen, Thomas and Kathleen | | 1130 Bari Street Lehigh Acres, FL 33996 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 848. | Cruz, Eduardo | | 4304 21 Street SW Lehigh Acres, FL 33976 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 849. | Thomas, Omar and Nelson, Nordia | | 1913 Louis Avenue Lehigh Acres, FL 33972 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 850. | Osterberg, David and Andrea | | 3404 W. Sevilla Street Tampa, FL 32609 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 851. | Singeton, Robert and Krista | | 5201 W. Neptune Way Tampa, FL 33609 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 852. | Mihelich, George and Mara | | 14015 SW 32nd Street Miramar, FL 33027 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 853. | Morgan, Jetson and Lee | | 2561 52nd Avenue N.E, Naples, FL 34120 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 854. | Marcano, Jorge | | 3335 NE 4th Street Homestead, FL 33033 | Roberts & Durkee PA / Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 855. | Packard, Suki | | 3028 Lake Manatee Court Cape Coral, FL 33909 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 856. | Boucher, Gordon and Nancy | | 11001 Gulf Reflections Drive Unit A208 Fort Myers, FL 33908 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 857. | Cummins, Roland and Charlene | | 11001 Gulf Reflections Drive Unit A108 Fort Myers, FL 33908 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 858. | Mantuo, Joe Ellen | | 11001 Gulf Reflections Drive Unit A308 Fort Myers, FL 33908 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 859. | Ebersole, Maria | | 11001 Gulf Reflections Drive Unit A405 Fort Myers, FL 33908 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 860. | Talerico, Joseph | | 240 SE 29th Street Cape Coral, FL 33904 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 861. | Reilly, Reid | | 8648 Athena Court Lehigh Acres, FL 33971 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 862. | Helmick, Maria and Timothy | | 8931 SW 228th Lane Miami, FL 33190 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |
| 863. | Powell, Laura Ann | | 8870 Sw 229th Street Cutler Bay, FL 33190 | Roberts & Durkee PA<br><br>Milstein Adelman LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 864. | Hanzel, Gary | | 16122 Via Solerna Circle, Unit 105 Ft. Myers, FL 33996 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 865. | Coords, Maria | | 1245 Kendari Terrace Naples, FL 34113 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 866. | Palmer, Olga | | 1233 Kendari Terrace Naples, FL 34113 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 867. | Nunez, Carmela | | 2650 Amber Lake Drive Cape Coral, FL 33909 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 868. | Kranz, Helen | | 8644 Athena Court Lehigh Acres, FL 33971 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 869. | Robinson, Patrick | | 8580 Athena Court Lehigh Acres, FL 33971 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 870. | Larrazabal, Alejandro | | 10902 NW 83rd Street Apt. 112 Doral, FL 33178 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 871. | Masmela, Bryan | | 10902 NW 83rd Street Doral, FL 33178 | Roberts & Durkee PA  Milstein Adelman LLP | | | |
| 872. | Teegarden, Randy and Teresa | | 4433 Fieldview Circle Wesley Chapel, FL 33545 | Roberts & Durkee PA  Milstein Adelman LLP | | | |

Page 91 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 873. | Craig, Bill and Jill | | 4143 Wildstar Circle Wesley Chapel, FL 33544 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 874. | Fischer, Dirk and Svetlana | | 424 NW 38th Avenue Cape Coral, FL 33993 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 875. | Arias, Evelyn | | 3601 Malagrotta Circle Cape Coral, FL 33909 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 876. | Meyer, Ken | | 120 SE 4th Terrace Cape Coral, FL 33990 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 877. | Shaw, John and Barbara | | 827 SW 17th Street Cape Coral, FL 33991 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 878. | Cole, John and Star | | 2766 Blue Cypress Lake Court Cape Coral, FL 33909 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 879. | Transland LLC | | 34 Ne 4th Street Cape Coral, FL 33909 | Roberts & Durkee PA / Milstein Adelman LLP | | | |
| 880. | Macon, Jeremy | 346 Korreckt Drive Lincoln, AL 35096 | | Seger Weiss, LLP | | | Mazer's Discount Home Center, Inc. (132) |
| 881. | Polk, Donna | 330 Lang Avenue Pass Christian, MS 39571 | | Seger Weiss, LLP | | 84 Lumber, LP (1) | Home Depot USA, Inc. (103) |
| 882. | Mertlitz, Andy | 100 Andy Drive Dekalb, TX 75559 | | Seger Weiss, LLP | | | Builder's Depot (42) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 883. | Donohue, Francis J., Jr. | 1340-1272 N. Great Neck Road, 256 Virginia Beach, VA 23454 | 408 Jefferson Avenue Cape Charles, VA 23310 | Seger Weiss, LLP | | Manuel Development Corporation (129) | Venture Supply, Inc. (221) |
| 884. | Casanova, Carlos | 171 Continental Avenue East Northport, NY 11731 | 34830 Turnbury Court 44 Zephyr Hills, FL 33541 | Seger Weiss, LLP | Mobley Homes Florida, LLC (138) | | |
| 885. | Erickson, William Charles | P.O. Box 1762 Parry, FL 32347 -and- 161 Partridge Street Lehigh Acres, FL 33974 | 161 Partridge Street Lehigh Acres, FL 33974 | Seger Weiss, LLP | Iota Twenty-Four, LLC (109) | | |
| 886. | Hussey, John | 3 Aber Jona Drive Woburn, MA 01801 | 4554 SE 6th Court Cape Coral, FL 33904 | Seger Weiss, LLP | Paradise Builders of S.W. Florida, Inc. (145) | | |
| 887. | Antoun, Ivan | 3604 Packenham Drive Chalmette, LA 70043 | 3604-04 Packenham Drive Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III | | | Amado Maschmeyer d/b/a Ace's Towing (98) Christian Ladner d/b/a Builders Supply (57) |
| 888. | Arnold, Gloria | 4385 Genoa Road New Orleans, LA 70129 | | Law Offices of Sidney D. Torres, III | | | |
| 889. | Barone, Dwayne | 7520 Symmes Avenue New Orleans, LA 70127 | | Law Offices of Sidney D. Torres, III | | | Gulf States & Importers, Inc. #1 (92) |
| 890. | Bean, Shantez and Marquesa | 10200 Flossmoor Drive New Orleans, LA 70127 | | Law Offices of Sidney D. Torres, III | | | Wholesale District Lumber, L.L.C. (230) |
| 891. | Boudreaux, Shaun and Justine | 3005 Blanchard Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | Deloach Corporation (69) | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd. f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter / Importer / Broker Defendant |
|---|---|---|---|---|---|---|---|
| 892. | Bradbury, Jon | 3824 Charles Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |
| 893. | Breaux, Roy Jr. | 2517 Volpe Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | Stewart's Remodeling (195) | |
| 894. | Burton, Rose and Tebault | 2212 Munster Blvd. Meraux, LA 70075 | 3711 Golden Drive Chalmette, LA 70043 Apt. 1, 2 3  3713 Golden Drive Chalmette, LA 70043 Apt. 1, 2, 3, 4 | Law Offices of Sidney D. Torres, III | | Titan Demolition (24) | |
| 895. | Candebat, Richard Sr. | 3504 Volpe Drive Chalmette, LA 70043 | 2417 Nancy Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III | | | |
| 896. | Couture, Kasie and Patrick | 5728 4th Street Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |
| 897. | Dasilva, Jose and Maria | 3308 Riverland Drive Chalmette, LA 70043 | 4465 San Marco Road New Orleans, LA 70124 | Law Offices of Sidney D. Torres, III | | | |
| 898. | DeGeorge, Janet | 7 Carroll Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 899. | Evans, Jamie | P.O. Box 1173 St. Bernard, LA 70085 | 7505 Mercury Drive Violet, LA 70075 | Law Offices of Sidney D. Torres, III | | | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |
| 900. | Findorf, Fredene | 2608 Creely Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 901. | Geisler, Walter | 3901 Ventura Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | Deloach Corporation (69) | |
| 902. | Gonzales, Huey Jr. | P.O. Box 616 Violet, LA 70092 | 3009 Acorn Drive Violet, LA 70092 | Law Offices of Sidney D. Torres, III | | | |
| 903. | Gonzales, Robert and Natasha | 1816 Michelle Drive St. Bernard, LA 70085 | | Law Offices of Sidney D. Torres, III | | | Interior/Exterior Building Supply, LP (107) / Interior/Exterior Enterprises, LLC (108) |
| 904. | Gundorf, Hazel | 69266 Prevost Road Mandeville, LA 70471 | 4316 Toulouse Street New Orleans, LA 70119 | Law Offices of Sidney D. Torres, III | | | |
| 905. | Hatheway, Billie | 3511 Jackson Blvd. Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 906. | Hunter, Dorothy | 2512 Reunion Drive Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | Baron Construction Company, Inc. (28) | |
| 907. | Johnson, Ronald | 4505 Lamarque Drive Meraux, LA 70075 | | Law Offices of Sidney D. Torres, III | | | |
| 908. | Johnson, Timothy | 3430 Jackson Blvd. Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 909. | Koffler, Paul | 2401 Rosetta Drive Chalmette, LA 70043 | 3208 Riverland Drive Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III | | | |
| 910. | Labrosse, Brad and Tricia | 4401 Tracey Drive Meraux, LA 70075 | | Law Offices of Sidney D. Torres, III | | GCF Construction, LLC (87) | |
| 911. | Lee, Sybil | 6305 4th Street Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 912. | Lewis, Felton, III and Green, Danielle | 2808 Oak Drive Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |
| 913. | Lewis, Frank and Donna | 2915 Delille Street Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 914. | Lewis, Torrey & Vondria | 2812 Oak Drive Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |
| 915. | Ludwig, Donald | 805 Terry Drive Arabi, LA 70032 | 2521 Lawrence Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III | | | |
| 916. | Manuel, Barbara | P.O. Box 711 Violet, LA 70092 | 20116 Allo Mumphrey Violet, LA 70092 | Law Offices of Sidney D. Torres, III | | Smiling Construction & More (178) | Bradford Lumber & Supply, Inc. (38) |
| 917. | Moran, Shawn | 735 Angela Avenue Arabi, LA 70032 | | Law Offices of Sidney D. Torres, III | | | |
| 918. | Mowers, Matthew and Evelyn | 321 Perrin Drive Arabi, LA 70032 | | Law Offices of Sidney D. Torres, III | | Burmon Properties, LLC (45) | Global Trading of LA (89) |
| 919. | Nelton, Mary | 2701 Palmetto Street Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 920. | Nicolosa, Martin and Sharon | 2117 W. Christie Park St. Bernard, LA 70085 | | Law Offices of Sidney D. Torres, III | | Morales Carpentry (139) | |
| 921. | O'Sullivan, Steven | 772 Mercedes Place Gretna, LA 70056 | 2612 Creely Drive Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III | | | |
| 922. | Picado, Henry and Tina | 208 Bear Drive Arabi, LA 70032 | | Law Offices of Sidney D. Torres, III | | | |
| 923. | Prestenback, Mae Rose | 3713 Pecan Drive Chalmette, LA 70043 | 2041 Livaccai Drive Violet, LA 70092 | Law Offices of Sidney D. Torres, III | | | |

Page 96 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 924. | Randazzo, Virginia | 121 W. St. Avide Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | Coupel Construction, LLC (64) | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |
| 925. | Scallan, Patricia | 3212 Charles Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 926. | Schaller, Frederick | 134 Rainey Drive Slidell, LA 70458 | 4901 Bundy Road New Orleans, LA 70127 | Law Offices of Sidney D. Torres, III | | Callouet Builders LLC (47) | Gulf Sales & Import Co., Inc. #1 (92) |
| 927. | Shelton, Brandy | 2820 Shannon Drive Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |
| 928. | Sigur, Frederick | P.O. Box 59 Arabi, LA 70032 | 3608-10 Packenham Dr. Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III | | | Amado Maschmeyer d/b/a Ace's Towing (10) |
| 929. | Valee', George | 2509 Culotta Street Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 930. | Viada, Jodi | 3017 Oak Drive Violet, LA 70092 | | Law Offices of Sidney D. Torres, III | | | |
| 931. | Vucinovich, Thomas and Warrine | 4330 Genoa Road New Orleans, LA 70129 | | Law Offices of Sidney D. Torres, III | | | |
| 932. | Westerfield, Robert and Ashley | 3209 Decomine Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | | |
| 933. | White, Jerry and Celeste | 2604 Creely Drive Chalmette, LA 70043 | | Law Offices of Sidney D. Torres, III | | Custom Construction, Inc. (65) | |
| 934. | Alexander, Kerry L. and Taunton, Kim | No. 3 Loren Lane Perkinston, MS 39573 | | Vaughan & Bowden, PA | | | |

Page 97 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 935. | Lake Crest Townhomes, LLC | 1100 East Park Drive, Suite 400 Birmingham, AL 35235 | 621 Trumpet Circle Hoover, AL 35226 | F.A. Branscombe Beavers T. Michael Brown | | Anthony's Drywalls, Inc. (269) | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) Venture Supply, Inc. (221) |

Page 98 of 98