*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1000. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 2337-2339 Valmont, New Orleans, LA 70115 (Connie Baker) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1001. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 6101 Perlita St., New Orleans, LA 70122 (Marydia Breckenridge-Jennings) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1002. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 9000 Lake Forest Blvd, New Orleans, LA 70127 (Alexander Byrd) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1003. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 5729 Vermillion Blvd., New Orleans, LA 70122 (Augusta Carter) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1004. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 1134 Horace Street, New Orleans, LA 70114 (Ruth & Shirleen Harrison) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1005. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 1940 Congress Street, New Orleans, LA 70117 (Lucille Hills) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1006. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 320 S. Gayoso Street, New Orleans, LA 70119 (Wilma Holmes) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1007. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 318 S. Gayoso Street, New Orleans, LA 70119 (Wilma Holmes & Rhonda Jordon) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1008. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 4910 S. Claiborne Ave., New Orleans, LA 70115 (Pauline Hurst) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1009. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 9126 Fig Street, New Orleans, LA 70118 (Gwendolyn Jasmine) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1010. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 9128 Fig Street, New Orleans, LA 70118 (Gwendolyn Jasmine) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1011. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4557 Mark Twain Drive, New Orleans, LA 70126 (Yvonne Jones) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1012. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1814 N. Miro Street, New Orleans, LA 70119 (Annette Joseph) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1013. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 8631 Hammond Street, New Orleans, LA 70127 (Shelia Morris) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1014. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2008 Franklin Avenue, New Orleans, LA 70117 (Warren Payne, Jr.) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1015. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2024 Franklin Avenue (both sides), New Orleans, LA 70117 (Errol Remy) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1016. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 5709 Wingate Drive, New Orleans, LA 70122 (Rosie Robichaux) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1017. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2032 St. Roch Avenue, New Orleans, LA 70117 (Joeretta Roman) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1018. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2030 St. Roch Avenue, New Orleans, LA 70117 (Joeretta Roman) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1019. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 5724 Music Street, New Orleans, LA 70122 (Guillermo & Anita Salgado) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1020. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 7534 Eastmore Road, New Orleans, LA 70126 (Eric and Valerie Scott) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1021. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 6321 Baccich Street, New Orleans, LA 70122 (Lucille Segura) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1022. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2837 A.P. Turead Avenue, New Orleans, LA 70119 (Eloise Simmons) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1023. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2032-2034 Almonaster Street, New Orleans, LA 70117 (Joseph Slater) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1024. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1426 S. Gayoso Street, New Orleans, LA 70125 (Harry & Charlene Sluss) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1025. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 5130 Pauline Drive New Orleans, LA 70126 (Lydia Taylor) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1026. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2412 Annunciation Street, New Orleans, LA 70130 (Alos Taylor) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1027. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1606 N. Broad Street, New Orleans, LA 70119 (Olivia Terance (deceased)) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1028. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1905 4th Street, Harvey, LA 70058 (Sharlyn Turner) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1029. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 5429 N. Villere Street, New Orleans, LA 70117 (Olga Walker) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1030. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 4222 Rayne Street, New Orleans, LA 70122 (Melvin Wheeler) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1031. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 4106 Eagle Street, New Orleans, LA 70118 (Lydia White) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1032. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 7308 Primrose Drive, New Orleans, LA 70126 (Melanie Ally) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1033. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 5017 Mexico Street, New Orleans, LA 70126 (Noelle Banks) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1034. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 3408 Metropolitan Street, New Orleans, LA 70126 (Ella Bickham) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1035. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 1949 ½ Law Street, New Orleans, LA 70119 (Family of Lloyd Castenel (deceased)) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1036. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 2317 Spain Street, New Orleans, LA 70117 (Rita Heard) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1037. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 4321 Mithra Street, New Orleans, LA 70126 (Arah Jackson) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1038. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 4622 S. Robertson Street, New Orleans, LA 70115 (Christopher & Demetera Johns) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1039. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000, New Orleans, LA 70113 | 1925 N. Dorgenois Street, New Orleans, LA 70119 (Germaine Luke) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1040. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2329 Madrid Street, New Orleans, LA 70122 (Ferdinand & Elaine Maestri) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1041. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4400 Camelot Drive, New Orleans, LA 70127 (Martha Manning) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1042. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 7579 Forest Glen Road, New Orleans, LA 70127 (Joycelyn Manuel) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1043. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1120 Lamanche Street, New Orleans, LA 70117 (Dierdre McClure) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1044. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 3621 Fairmont Drive, New Orleans, LA 70122 (Georgia Ramsey) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1045. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4612 Magnolia Street, New Orleans, LA 70115 (Alcenice Reed) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1046. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2728 D'Abadie Street, New Orleans, LA 70119 (Diane Sherman) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1047. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 3518 Pauger Street, New Orleans, LA 70119 (Robert & Janice Smith) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1048. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2025 Duels Street, New Orleans, LA 70119 (Theresa Trass) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1049. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4823 Shalimar Street, New Orleans, LA 70126 (Kenneth Gaspard) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1050. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2762 Gladiolus Street, New Orleans, LA 70122 (Sylvania Roach) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1051. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 3936 Louisiana Avenue Parkway, New Orleans, LA 70125 (Cynthia Dubose) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1052. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 1904 Breckenridge Drive, Harvey, LA 70058 (George Fraychineaud) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1053. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2735 Higgins, New Orleans, LA 70126 (Jeanette Wilson) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1054. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 7435 Alabama Street, New Orleans, LA 70126 (Anthony and Gloria Cole) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1055. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 7542 Briarwood, New Orleans, LA 70128 (Carrie Williams) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1056. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4717 Majestic Oaks, New Orleans, LA 70126 (Juanita Pope Robinson) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1057. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 3610 Jumonville Street, New Orleans, LA 70122 (Antonio & Laurette Bernard) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1058. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2634 St. Ann Street, New Orleans, LA 70119 (Catherine Palmer) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1059. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4648 Lafon Drive, New Orleans, LA 70126 (William E. White, Jr.) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A-2"** – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1060. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 5146 Cameron Blvd., New Orleans, LA 70122 (Jerrydine Ayers) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1061. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4818 Allen Street, New Orleans, LA 70122 (Doris Aubry) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1062. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4005 N. Claiborne, New Orleans, LA 70117 (Rosemary Boitmann) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1063. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 4116 N. Tonti Street, New Orleans, LA 70117 (Dorris Braddy) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1064. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2021 Law Street, New Orleans, LA 70119 (Elizabeth Terry Brown) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1065. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 6025 Cameron Street, New Orleans, LA 70122 (Martha Daniels) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1066. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 8450 Lomand Road, New Orleans, LA 70127 (Thelma Hines) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1067. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2754 Edna Street, New Orleans, LA 70126 (Barbara Martin) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1068. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 3931 N. Johnson Street, New Orleans, LA 70117 (Margaret Pollard) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1069. | Catholic Charities Archdiocese of New Orleans | 1000 Howard Avenue, Suite 1000 New Orleans, LA 70113 | 2400-2402 A.P. Tureaud, New Orleans, LA 70119 (Judith St. Martin) | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1070. | Peterson, John and Sydna | 6334 Canal Blvd., New Orleans, LA 70124 | | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1071. | Martinez, Kim | 4843 Evangeline Drive, New Orleans, LA 70127 | | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1072. | Elly, Ernest & Portia | 57 Whitmar Drive Hammond, Louisiana 70401 | | Herman, Herman, Katz & Cotlar | | | Fly System, Inc. (85) |
| 1073. | Rogers, Michelle | 8313 Creole Drive, Chalmette, LA 70043 | | Herman, Herman, Katz & Cotlar | | | Bradford Lumber & Supply, Inc. (38) |
| 1074. | Angle, Gary and Tamara | 3601 Blanchard Drive, Chalmette, LA 70043 | | Herman, Herman, Katz & Cotlar | | | |
| 1075. | Wilson, Robert and Patricia | 2425 Pecan Drive, Chalmette, LA 70043 | | Herman, Herman, Katz & Cotlar | | | |
| 1076. | Hall, Lorne and Mary Bell | 5319 St. Anthony Ave., New Orleans, LA 70122 | | Herman, Herman, Katz & Cotlar; Becnel Law Firm, LLC; Morris Bart, LLC | | | Fly System, Inc. (85) |
| 1077. | Louis, Herbert | 2401 Clouet, New Orleans, LA 70117 | | Herman, Herman, Katz & Cotlar; Becnel Law Firm, LLC; Morris Bart, LLC | | | Fly System, Inc. (85) |
| 1078. | Taylor, Willie Mae | 1409 Delery Street, New Orleans, LA 70117 | | Herman, Herman, Katz & Cotlar; Becnel Law Firm, LLC; Morris Bart, LLC | | | Fly System, Inc. (85) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A-2" – Plaintiffs Named in Plaintiffs' Second AMENDED Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1079. | Booth, Dagmar | 10021 Claiborne Avenue Violet, LA 70092 | 428 Chinchilla Drive Arabi, LA 70032 | Hurricane Legal Center, LLC | | | |
| 1080. | Welcome, Dave and Darnell | 7619 Berg Street New Orleans, LA 70128 | | Hurricane Legal Center, LLC | | | |
| 1081. | Aguillard, Peter | 7157 Dorian Street New Orleans, LA 70126 | | Hurricane Legal Center, LLC | | | |
| 1082. | Williams, Kate | 4548 Ray Avenue New Orleans, LA 70126 | | Hurricane Legal Center, LLC | | | |
| 1083. | Scott, Lisa and Willie | 11630 Pressburg Street New Orleans, LA 70128 | | Hurricane Legal Center, LLC | | | |
| 1084. | Irons, Willie | 1819 Caffin Avenue New Orleans, LA 70117 | | Hurricane Legal Center, LLC | | | |
| 1085. | Berry, Elaine and Kirk | 13830 Pierre's Court New Orleans, LA 70129 | | Hurricane Legal Center, LLC | | | |
| 1086. | Landrum, Alton | 2813 N. Rocheblave Street New Orleans, LA 70117 | | Hurricane Legal Center, LLC | | | |