*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "C"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX)**

| PLAINTIFFS' COUNSEL |
|---|
| Allison Grant, Esquire<br>Allison Grant, P.A.<br>950 Peninsula Corporate Circle<br>Suite 1022<br>Boca Raton, FL 33487<br>Phone: (561) 994-9646<br>agrant@allisongrantpa.com |
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Don Barrett, P.A.<br>Lovelace Law Firm<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>Phone: (662) 834-2488<br>Fax: (662) 834-2628<br>ptaylor@barrettlawoffice.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |

| PLAINTIFFS' COUNSEL |
|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| F.A. Branscomb Beavers<br>3118 Bellwood Drive, Suite 110<br>P.O. Box 43521<br>Birmingham, AL 35243<br>Phone: (205) 967-0399<br>Fax: (205) 967-8178<br>branscombbeavers@att.net |
| Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>mmoreland@becnellaw.com |
| Raul R. Bencomo<br>Bencomo & Associates<br>639 Loyola Avenue #2110<br>New Orleans, LA  70113<br>Phone:  (504) 529-2929<br>Fax:  (504) 529-2018<br>ben_law@bellsouth.net |
| T. Michael Brown<br>Bradley, Arrant, Boult, Cummings LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>Phone: (205) 521-8000<br>Fax: (205) 521-8800<br>mbrown@babc.com |

| PLAINTIFFS' COUNSEL |
|---|
| Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Fax: (504) 561-6775<br>www.brunobrunolaw.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Charles J. LaDuca<br>Cuneo, Gilbert & LaDuca, LLP<br>507 C Street, NE<br>Washington, DC 20002<br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>wanderson@cuneolaw.com |
| Gregory Dileo<br>300 Lafayette Street, Suite 101<br>New Orleans, LA 70130<br>Phone: (504) 522-3456<br>Fax: (504) 522-3888<br>jjochumnola@gmail.com |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>P.O. Box 36445<br>Birmingham, AL 35236<br>Phone: (205) 533-9500<br>Fax: (205) 332-1362<br>jvdoyle2@yahoo.com Gerald E. Meunier |

| PLAINTIFFS' COUNSEL |
|---|
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>&amp; Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Eric J. O'Bell<br>Gauthier, Houghtaling &amp; Williams<br>3500 N. Hullen Street<br>Metairie, LA 70002<br>Phone: (504) 456-8600<br>Fax: (504) 456-8624<br>kim@ghwlegal.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Edward Gibson<br>Hawkins, Stracener &amp; Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz &amp; Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |

| PLAINTIFFS' COUNSEL |
|---|
| Hurricane Legal Center, LLC<br>600 Cardonelet Street, Suite 602<br>New Orleans, LA 70130<br>Phone: (504) 525-1944<br>jcrawford@hurricanelegl.com |
| Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |
| Alan Kanner<br>Kanner & Whiteley, L.L.C.<br>701 Camp Street<br>New Orleans, LA 70130<br>Phone: (504) 524-5777<br>Fax: (504) 524-5763<br>M.Fuselier@kanner-law.com |
| Michael J. Ryan<br>Krupnick Campbell Malone<br>Legacy Bank Building<br>12 SE 7th Street, Suite 801<br>Fort Lauderdale, FL 33301<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>ksolares@krupnicklaw.com |
| Hugh P. Lambert<br>Lambert & Nelson, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>gerry@lambertandnelson.com |

| PLAINTIFFS' COUNSEL |
|---|
| Andrew A. Lemmon<br>Lemmon Law Firm<br>P.O. Box 904<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |
| Theodore J. Leopold<br>Leopold-Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Phone: (561) 515-1400<br>Fax: (561) 515-1401<br>lmarks@leopoldkuvin.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Protor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC  27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |

| PLAINTIFFS' COUNSEL |
|---|
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |
| Eric Hoaglund<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway, Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>ehoaglund@mhcilaw.com |
| Douglas M. McIntosh<br>Manuel R. Comras<br>McIntosh, Sawran, Peltz & Cartaya, P.A.<br>1601 Forum Place<br>Suite 1110<br>West Palm Beach, FL 33401-4025<br>Phone: (561) 682-3202<br>Fax: (561) 682-3206<br>mcomras@mspcesq.com |
| Mark A. Milstein<br>Jason J. Rudolph<br>Milstein, Adelman and Kreger, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Phone: (310) 396-9600<br>Fax: (310) 396-9635<br>eshipman@maklawyers.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

| PLAINTIFFS' COUNSEL |
|---|
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Louis G. Paulson<br>Paulson & Paulson, P.L.C.<br>1432 N. Great Neck Road<br>Suite 101<br>Virginia Beach, VA 23454<br>Phone: (757) 481-6600<br>Fax: (757) 496-9063<br>office@paulsonlaw.net |
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |
| H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse I<br>121 Alhambra Plaza, Suite 1603<br>Coral Gable, FL 33134<br>Phone: (305) 442-1700<br>Fax: (305) 442-2559<br>roberts@rdlawnet.com |
| Christopher Seeger<br>Jeffery Grand<br>Seeger Weiss, LLP<br>One William Street<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>egoldberg@seegerweiss.com |

| PLAINTIFFS' COUNSEL |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |
| Thomas Vaughn<br>Vaughn & Bowden, PA<br>P.O. Box 240<br>Gulfport, MS 39502<br>Phone: (228) 863-5656<br>Fax: (228) 863-8962 |