*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

### Exhibit "C-2"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX)

| PLAINTIFFS' COUNSEL |
|---|
| Morris Bart |
| Morris Bart, LLC |
| 909 Poydras St. |
| 20th Floor |
| New Orleans, LA 70112 |
| Phone: (504) 599-3224 |
| morrisbart@morrisbart.com |