UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Cindy Culpepper. IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 26th day of July 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Mrs. Cindy Culpepper
8722 Lovas Trail
Trinity, Florida 34655