RECEIVED
JUL 25 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Dear Honorable Judge Fallon,                                       July 11, 2011

    I am writing this letter to you to express my concern about the Chinese Drywall ligation. I want you to know how the severity of this situation has affected me and my family.

    My husband and I both attended Mississippi State University and graduated in 2006. During this time at college we both managed to financially survive on scholarships, Montgomery G. I. Bill, and student loans, yet not one time did we ever default on any bills.

    After graduation we moved to Ocean Springs, Mississippi and both began working. The first year after school we were able to pay off all our credit card debt so that we could buy a house. We bought our house, 3116 North 3rd Street in Ocean Springs, in December of 2008. We moved into our home, my husband, my one year old daughter, and me. Upon moving in, we did a large amount of making our house our home from painting, crown molding, and landscaping. My child began having frequent upper respiratory infections. I took her numerous times to the pediatrician and was told it was because she was in a day care environment. By the time she was one and half years old, she was referred to an ENT doctor for evaluation. She had her first set of ear tubes by the time she was two years old.

    Approximately, one year of living in our house we began having air condition issues. We called an air condition repair company to come out and we were told that the Freon was leaking and it must have not been filled correctly when it was installed. During this time, we brought home our second child from the hospital. Within several months of her being at home she developed pneumonia. The pediatrician treated her with breathing treatment s and antibiotics. We were told that if she did not improve she would be hospitalized. My husband and I were so distraught that our children were constantly battling sicknesses. My husband began having nose bleeds and I began having severe pounding headaches. We also began getting really questioned at our place of employments as to why we were missing so much work and what was wrong with our children. It was so frustrating and we weren't able to give any answers.

    One afternoon, I came home from work with my two children to find both my dogs overheated and the air condition was no longer working. The house was at 98 degrees. I immediately called for an emergency air condition service. They came out that night and found that the Freon was leaking again and they detected a leak in the coil in the attic. The service company added Freon and ordered a new coil. Both of my children cried for hours because they were so hot and wanted to be "cool".

    My oldest child continued to have upper respiratory infections so we had a second set of ear tubes placed along with her adenoids removed. At the same time and day we had our second child, who just turned one, placed under anesthesia for her first set of ear tubes. It was so horrible to watch both of my babies be taken away from me in the hopes that they would stop being sick. However, it didn't stop. I continued to take one or both of them almost every week to the doctor for coughing, fevers, headaches, upper respiratory infections, and ear infections. I kept going to the doctors telling them that

there was something wrong with them, more than just a typical infection or sickness a young child obtains. However, I was told by the doctors that they could only treat what they were seeing.

I began to become more lethargic each night when I got home from work. I had continuous ear infections and flu like feelings every morning when I woke up. I was so upset seeing my husband have nose bleeds each and every morning and him going to sleep early every night because his headaches made him feel sick. I vowed to myself that I would work harder at keeping my house cleaner, work harder at disinfecting, work harder at bathing the dogs every single week, and keep everything as sanitary as possible. However, no one in the house ever improved. It was during this time that the air condition began to run longer and not as cold as it had been. I called the air condition repair company again and they returned to the house. They stated that there was a leak in the coil again and that the Freon was low again. I called the air condition manufacturer company and put in a formal complaint about their product. A representative of this company told me that he did not think it was their product at fault but something called Chinese drywall. I did not understand what he was talking about. He asked me to remove an outlet covering and see if the copper wiring was black. I hung up the phone and immediately began checking my outlets. To my shock and horror every single outlet in my house had solid black wires! That evening my husband and I checked everything in the house that had copper, and it was all corroded with a black film. We went on line and looked up Chinese drywall, and every single clinical signs for us and our children we had. The appliances, the clocks, the electronics that had all stopped working for the past year were all corroded! My husband and I sat shocked that it was our house this whole time making our family sick.

The next day we called our home owner insurance company, USAA, and filed a claim about our house. USAA canceled our insurance without ever helping us financially stating it was a pollution clause and they were not liable to help us. We then called our home mortgage company, Wells Fargo, and told them what was occurring with our house and our insurance. They were very adamant that we needed to continue paying our mortgage and that they knew nothing about this "drywall issue". I begged Wells Fargo to help me because I had to move my family out of the house due to my family being sick. They offered nothing to help me.

We contacted Steve Mullins an attorney in Ocean Springs that was doing Chinese drywall cases. We submitted to him a sample of our drywall for testing. While this test was at the laboratory, we began throwing out stuff animals and other items that were contaminated and unable to clean properly. We tried to explain to our children why we had to leave their house that they called home. We called our house the "sick house" so our children could try and understand. Once our test came back positive for Chinese drywall we moved to a small rental house. We kept approximately half to three-fourths of our belongings in the garage due to the house being so small. I called Wells Fargo to update our address and once again asked for their help. We were denied and told that we needed to continue to pay our mortgage or risk foreclosure. I told Wells Fargo that I would not able to financially pay my mortgage and rent, yet they still offered no assistance or guidance in this matter.

Unfortunately I still speak with Wells Fargo trying to make them understand that I do not care about the mortgage or what I owe, and that I only care that my children are no longer sick. It is their

health and well being that is the upmost importance to me and my husband. After one year of being in a small rental house with only half of our belongings in our garage we decided we had to make a change for our family. We could no longer continue living like this and making our children not even have their belongings out because their room was so small. My husband and I both took jobs in Florida for a second chance for our family. We left both sides of our family in North Mississippi. We made the long journey to Florida and now rent a house here. We had to put very large deposits down electric and other services due to our credit score being so low, but we made it happen for our family.

People ask me at my job what is Chinese drywall and I reply it is my nightmare. People who are not in my position do not realize the impact this has had on me and my family's life. So to answer that question, of how has it impacted my life I respond by saying this:

1- I will never be able to forgive myself for allowing my children to be in a house that caused them so much sickness and misery.
2- I will never watch the home videos we made of my children learning how to count, or learning how to crawl because of the coughing, sneezing, and congested little voices.
3- I will never have my first house be positive moment in me and my husband's life.
4- I will never be able to tell my youngest child that this is the house you came home to after you were born.
5- I will never be able to have the means to fix my grandfather's and mother-in-law's clocks that were given to me.
6- I will never have my credit back to where it was before which my husband and I worked so hard for.
7- I will never have faith in the mortgage and insurance companies.
8- I will never be able to get the compensation for medical bills, time lost at work, time lost with healthy children verses sick children, lost personal items.
9- I will never get the justice that is deserved to my family and all the families that are affected.

Now that I told you how it has affected my life let me ask you this, how would you feel if:

1- All your hard work and drive to buy your first house turned into a defective, inhabitable house?
2- Your mortgage company called you all the time asking for money and never once said they were sorry or how is your family?
3- You left a good job with a good future because your home was defective?
4- Your insurance company found a "loop hole" so that they would not have to pay your claim?
5- Your children are up crying at night because their throat hurts, ears hurt, fevers, and coughing?
6- Your child's doctor looks at you as if they wanted to ask why are you here again? Why are they so sick?
7- No one will resolve this issue because it has become political with big companies, big lawyers, and money.
8- You let your children stay in a home that continuously made them sick?
9- Knowing you are only renting a house so at some point you will have to move your children again? Knowing you are uprooting them?

These are my frustrations, my heartache, my questions that I deal with on a daily basis. You and the lawyers involved in this case go home at the end of the day to a safe, healthy house that more than likely you own, and I go home to a rental house.

I hope and pray each day that justice will be won for my family and all the families affected Chinese drywall. I want this nightmare for me and family to be over as soon as possible. I want all the politics, the derailing to stop and to have this all settled once and for all. You have that power to make both parties agree and settle this. Please use your power to make this happen.

Sincerely,

Cindy Culpepper