UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Case No.: 11-01077
SECT. L MAG 2

LAURA HAYA, DANIEL HAYA AND IRENE
HAYA, individually, and on behalf of all others
Similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASETERBOARD CO., LTD., QINHUANGDAO
TAISHAN BULDING MATERIALS CO., LTD. A/K/A
QINHUANG DAO TAISAN BUILDING MATERIALS
CO., LTD.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that ALAN S. FELDMAN, ESQ. and BRIAN PERREAULT, ESQ. of the law firm of LYDECKER | DIAZ hereby enter their appearances as counsel for Defendant THE HENNING GROUP, LC in this cause.

Copies of all future pleadings and correspondences should be sent to the undersigned counsel at the address written below. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

.

Respectfully submitted,

LYDECKER | DIAZ
*Counsel for Defendant The Henning Group, LC*
1201 Brickell Avenue, 5th Floor
Miami, Florida  33131

               (305) 416-3180 - Telephone
               (305) 416-3190 - Facsimile


         By  /s/Alan S. Feldman
            ALAN S. FELDMAN, ESQ.
            Florida Bar No.: 797251
            af@lydeckerdiaz.com
            BRIAN PERREAULT, ESQ.
            Florida Bar No.: 89193
            bp@lydeckerdiaz.com


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on July 28, 2011, I electronically filed the foregoing *Notice of Appearance and Request for Service of all Documents and Pleadings* with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis & Serve in accordance with Pretrial Order No.6.

               /s/ Alan S. Feldman
               ALAN S. FELDMAN


*Service List*
Plaintiffs' Liaison Counsel
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, Louisiana 70113
rherman@hhkc.com

Defendants' Liaison Counsel
Kerry Miller, Frilot, LLC
Suite 3700
1100 Poydras St.
New Orleans, LA 70163
kmiller@frilot.com

Homebuilders' and Installers' Liaison Counsel
Phillip A. Wittmann
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130
pwittman@stonepigman.com
DWimberly@stonepigman.com

Insurer's Liaison Counsel
Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA  70112
Phone: (504) 589-9700
E-Mail: jbarrasso@barrassousdin.com