UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 |
| | * |
| | * SECTION "L" |
| | * |
| THTS DOCUMENT RELATES TO: | * JUDGE FALLON |
| | * |
| Daniel Abreu, et al. | * MAG. JUDGE WILKINSON |
| v. | * |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | * |
| Case No. 11-252 | * |

************************************

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service, venue, or jurisdiction, Gus A. Fritchie, III, Esq., and Chris H. Irwin, Esq., of Irwin, Fritchie, Urquhart & Moore, L.L.C., enter their appearance on behalf of the defendant, JM Interiors, Inc., and request that any orders, notices, motions, pleadings, correspondence, etc., be served on the undersigned as counsel of record for defendant, JM Interiors, Inc.

00070879

1

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC


/s/ Chris H. Irwin
Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for JM Interiors, Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of July 2011.

/s Chris H. Irwin