MINUTE ENTRY
FALLON, J.
AUGUST 1, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Counsel for each the Plaintiffs' Steering Committee, the Homebuilders/Installers' Steering Committee, and the Banner entities participated. Counsel and the Court discussed the status of the amended propose preliminary approval order of the Banner Settlement Agreement.

JS10(00:20)