IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

==============================================

## MOTION TO ENROLL COUNSEL

Counsel below desires to enroll Guy Harrison, as additional Counsel of Record on behalf of Arch Insurance Company acting as Surety for Coastal Condominiums, in the above-captioned matter.

Signed this 1st day of August, 2011.

Respectfully Submitted,

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone: 954-370-1681


By:   /s/ Edward Etcheverry
       Edward Etcheverry
       Fla. Bar No. 856517

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that on this 1st day of August, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      By:   /s/ Edward Etcheverry
            Edward Etcheverry
            Fla. Bar No. 856517