UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.  2047 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| Laura Haya, Daniel Haya and Irene Haya, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 2:11-cv-01077. | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

### NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for BBL-Florida, LLC ("BBL-Florida") with respect to the claims asserted against BBL-Florida in the Haya Omnibus IX action and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  August 2, 2011.

s/ Adam C. King
JEFFREY M. PASKERT
Florida Bar No. 846041
jpaskert@mpdlegal.com
ADAM C. KING
Florida Bar No. 156892
aking@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for BBL-Florida, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 2, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                s/ Adam C. King
                                                Attorney