# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard M. Lewis | Matthew C. Bouchard ** | 3700 Glenwood Avenue, Suite 410 | **Charlotte Office** |
| James A. Roberts, III | Paul C. McCoy | Raleigh, North Carolina 27612 | 6060 Piedmont Row Drive South, Suite 140 |
| Winston L. Page, Jr. | Sarah C. Blair | Mailing Address | Charlotte, NC 28287 |
| Timothy S. Riordan | Scott C. Harris | Post Office Box 17529 | Telephone (704) 347-8990 |
| Daniel K. Bryson | Melissa K. Walker | Raleigh, NC 27619-7529 | Facsimile (704) 347-8929 |
| John D. Elvers | William J. Blakemore | | |
| Brian D. Lake | J. Timothy Wilson | (888) 981-0939 | |
| John H. Ruocchio | Brooke N. Albert | Telephone (919) 981-0191 | |
| Gary V. Mauney | Mallory E. Williams | Facsimile (919) 981-0199 | Daniel K. Bryson |
| Kimberly R. Wilson * | Jessica E. Bowers | | Direct Dial: (919) 719-8526 |
| Jeffrey A. Misenheimer | Matthew E. Lee | | Email: dkb@lewis-roberts.com |
| Paul R. Dickinson, Jr. | Paige L. Pahlke | | |

\* Also Admitted in W. VA      \*\* Also Admitted in MA

July 8, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

     In Re:  Chinese Manufactured Drywall Products Liability Litigation
              Gross, et al. v. Knauf Gips, KG, et al.
              Case No.: 09-6690

Dear Lenny and Russ:

     My clients, Larry and Michelle Chauppetta, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against all defendants in the above matter.

     If you have any questions, please feel free to contact our office.

                           Very truly yours,

                           Daniel K. Bryson