

| | DALLAS | | AUSTIN | | LOS ANGELES | | BATON ROUGE | |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

June 23, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

        Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
              **Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern District of Louisiana**
              **Plaintiff: Wilson and Terry Trent**

Dear Russ and Lenny:

    My client, Wilson and Terry Trent, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against D. R. Horton, Texas, Ltd. in the above matter.

                                                            Sincerely,

                                                            Bruce Steckler