UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, Daniel Haya and Irene Haya, et al. V. Taishan Gypsum Co., LTD., et al, Case No. 11-1077 | |

### TEODORO VARGAS AND YOLANDA VARGAS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT(S), PREMIER HOMES, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Teodoro Vargas and Yolanda Vargas, hereby dismisses without prejudice all of their claims against DEFENDANT(s) Premier Homes, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Teodoro Vargas and Yolanda Vargas shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Kelly Reddell, counsel for Teodoro Vargas and Yolanda Vargas, dated July 25, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                                            Respectfully submitted,

Dated: August 2, 2011                /s/ Russ M. Herman
                                               Russ M. Herman, Esquire (Bar No. 6819)
                                               Leonard A. Davis, Esquire (Bar No. 14190)
                                               Stephen J. Herman, Esquire (Bar No. 23129)
                                             HERMAN, HERMAN, KATZ & COTLAR, LLP
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024
                                             LDavis@hhkc.com
                                             *Plaintiffs' Liaison Counsel*
                                             *MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of August, 2011.

      /s/_Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047