

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

July 25, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Laura Haya, Daniel Haya and Irene Haya, et al. V. Taishan Gypsum Co.,
      LTD., et al,
      Case No. 11-1077

Dear Russ and Lenny:

My client(s), Teodoro and Yolanda Vargas, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant(s) Permier Homes, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Kelly Reddell
Kelly Reddell