UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

## LANDMARK AMERICAN INSURANCE COMPANY'S REQUEST FOR COPIES

**NOW INTO COURT**, through undersigned counsel, comes Landmark American Insurance Company, who hereby requests that counsel for Lexington Insurance Company and Chartis Speciality Insurance Company, McGlinchy Stafford and Hicks, Porter, Ebenfeld & Stein, P.A., provide Landmark American Insurance Company with electronic or hard copies of documents received in response to Lexington Insurance Company and Chartis Speciality Insurance Company's subpoena to WCI Communities, Inc.

Landmark American Insurance Company agrees to pay the reasonable costs of scanning and/or photocopying.

*Signature block follows.*

1

                               **Respectfully submitted:**

                               _/s/ Melissa M. Swabacker_
JUDY L. BURNTHORN (#17496)
JAMES W. HAILEY, III (#23111)
MELISSA M. SWABACKER (#32710)
**DEUTSCH, KERRIGAN & STILES, LLP**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile:  (504) 566-1201
mswabacker@dkslaw.com
*Counsel for Landmark American Ins. Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all Liaison counsel by and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of **August, 2011.**

                                        _/s/ Melissa M. Swabacker_