## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, the Plaintiffs' Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) and Memorandum of Law in Support Thereof (Doc. NO. 9935) was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd Day of August, 2011.

I further certify that service on all domestic defendants on the attached list was made via U.S. Mail and service on all foreign defendants on the attached list was made via Federal Express.

Dated: August 2, 2011

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Omni IX
Defendant's list

| DEFENDANT | ADDRESS |
|---|---|
| 704 N. Ocean Blvd. Associates, Ltd. | Mark E. Rousso, Esquire<br>18851 N.E. 29th Avenue, Suite 900<br>Aventura, FL 33180 |
| A.B.S. Building Corporation | 2236 Cunningham Drive<br>Hampton, VA 23666 |
| Ability Construction, Inc. | 1345 Old Pondella Road<br>Cape Coral, FL 33909 |
| Aburton Homes, Inc. | 2026 SW Justison Avenue<br>Port St. Lucie, FL 34952 |
| Adams Homes of Northwest Florida, Inc. | 3000 Gulf Breeze Parkway<br>Gulf Breeze, FL 32653 |
| AHJV, LLC | 109 Nat Turner Boulevard<br>Newport News, VA 23606 |
| AL Brothers, Inc. | 919 S. Charlotte Street<br>Lombard, IL 60148 |
| All County Drywall Service, Inc. | 2702 Wallace Branch Road<br>Plant City, FL 33565 |
| All Florida Drywall Supplies, Inc. | 504 Debuel Road<br>Lutz, FL 33549 |
| Allied Building Products, Corporation | 13004 S.W. 51st Street<br>Miami, FL 33175 |
| Allied Construction, Inc. | 1706 NE 10th Ter. Suite A<br>Cape Coral, FL 33909 |
| Amado Maschmeyer d/b/a Ace's Towing | 205 West St. Bernard Hwy<br>Chalmette, LA 70043 |
| American Building Materials, Inc. | 1102 North 50th Street<br>Tampa, FL 33619 |
| American Homes, LLC | 2611 Technology Drive<br>Suite 200<br>Orlando, FL 32804 |
| American Housing Corporation | One Progress Plaza, Ste. 1210<br>St. Petersburg, FL 33701 |
| Amerisouth, Inc. | 3942 SE 9th Court<br>Cape Coral, FL 33904 |
| Angel Developments LLC | 216 SW Maclay Way<br>Port St. Lucie, Florida 34986 |
| Anthony's Drywalls | 10 Chatham Court<br>Pelham, AL 35124 |
| Area Builders of Tidewater, Inc. | 3345 Bridge Road, Suite 916<br>Suffolk, VA 23435 |

| DEFENDANT | ADDRESS |
|---|---|
| Arizen Homes, Inc. | 3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| Atlantic Homes, LLC | 109 Nat Turner Boulevard<br>Newport News, VA 23606 |
| Aubuchon Homes, Inc. | 1310 SE 4th Terrace<br>Cape Coral, FL 33991 |
| Avalon Building Corporation of Tampa Bay | 1716 Hermit Thrush Circle<br>Palm Harbor, Florida 34683 |
| Avalon Preserve Developers, LLC | C/O Cideco Corp.<br>2778 Cumberland Boulevard SE #494<br>Smyrna, Georgia 30080 |
| B & B Stucco, Inc. | 12244 Treeline Avenue #10<br>Fort Myers, Florida 33913 |
| Banner Homes of Florida, Inc. | Business Filings Incorporated<br>8040 Excelsior Drive, Ste. 200<br>Maidson, WI 53717 |
| Banner Supply Co. | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Co. Fort Myers, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Co. Pompano LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Company Port St. Lucie, LLC | 7195 NW 30th Street<br>Miami, FL 33122 |
| Banner Supply Company Tampa, LLC | GY Corporate Services, Inc.<br>Two S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Baron Construction Company Inc. | 749 Huckleberry Lane<br>Terrytown, LA 70056 |
| Bass Homes, Inc. | 34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bayou Building Products, LLC | 749 Huckleberry Lane<br>Gretna, LA 70056 |
| BBL - Florida, LLC | 1515 Broadway<br>Fort Myers, FL 33901 |
| Beazer Homes Corp. | Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| Best Homes of SW FL Inc. | 10998 Bonita Beach Road<br>Bonita Springs, FL 34135 |
| BFS Townhomes, LLC d/b/a HighPoint Development | 5518 Liberty Plain Circle<br>Tampa, FL 33611 |

| DEFENDANT | ADDRESS |
|---|---|
| Black Bear Gypsum, LLC | 2050 Tall Pines Drive, Suite B<br>Largo, FL 33771 |
| Black Bear Gypsum Supply, Inc. | 2050 Tall Pines Drive, Suit B<br>Largo, FL 33771 |
| Boardwalk Drywall, Inc. | 704 West Bay Street<br>Tampa, FL 33606 |
| Bradford Lumber & Supply, Inc. | 3322 Deborah Drive<br>Monroe, LA 71201 |
| Brighton Builders | 501 Surf 17L<br>Brooklyn, NY 11224 |
| Brooks & Freund, LLC | 5661 Independence Circle Suite #1<br>Fort Myers, FL 33912 |
| Brownstone Builders, Inc. | 950 Troopers Lane<br>Waycross, GA 31501 |
| Builder's Depot | 101 S. Robinson Road<br>Texarkana, TX 75501 |
| Building Materials Wholesale, Inc. | 101 Cahaba Valley Pkwy<br>Pelham, AL 35124 |
| Building Supply House, L.L.C. | 8550 United Plaza Blvd, Ste. 101<br>Baton Rouge, LA 70809 |
| Burmon Properties LLC | National Registered Agents, Inc.<br>1011 N. Cause Way Blvd., Ste. 3<br>Mandevill, LA 70471 |
| C.A. Steelman, Inc. | 2271 Bruner Lane Suite 5<br>Fort Myers, FL 33912 |
| Calliouet Builders LLC | 819 West Hall Street<br>Slidell, LA 70460 |
| Cape Cement & Supply, Inc. | 645 Commercial Park Place<br>Cape Coral, FL 33991 |
| Castillo Azul Developers, Inc. | 260 Palermo<br>Coral Gables, FL 33134 |
| Cemex, Inc. | CT Corporation System<br>1200 S. Pine Island Road<br>Plantation, FL 33324 |
| Centerline Homes at Tradition, LLC | Leopold, Korn & Leopold<br>20801 Biscayne Blvd., Suite 501<br>Aventura, FL 33180 |
| Centerline Homes Construction, Inc. | Leopold Korn & Leopold PA<br>20801 Biscayne Blvd., Suite 501<br>Aventura, FL 33180 |
| Centerline Homes, Inc. | 20801 Biscayne Blvd., Ste. 501<br>Aventura, FL 33180 |
| Central Drywall Contractors, Incorporated | 10714 Florence Avenue<br>Suite A<br>Thonotosassa, FL 33592 |

| DEFENDANT | ADDRESS |
|---|---|
| Chase Construction, Inc. | Robert B. Burandt, Esquire<br>1714 Cape Coral Pkwy E.<br>Cape Coral, FL 33904 |
| Choice Builders, Inc. | 6330 Newtown Road, Suite 530<br>Norfolk, VA 23502 |
| Christian Ladner d/b/a Builders Supply | 111 Norfolk Circle<br>Slidell, LA 70461 |
| Citrus Park Development Group, LLC | 10103 Hayfield Way<br>Tampa, FL 33626 |
| Cloutier Brothers, Inc. | 14248 Equestrian Way<br>West Palm Beach, FL 33414 |
| Comfort Home Builders, Inc. | 514 NE 16th Place Unit #4<br>Cape Coral, FL 33909 |
| Common Ground Relief, Inc. | 1800 Deslonde Street<br>New Orleans, LA 70117 |
| Completed Communities II, LLC | 825 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Coral Plastering & Wall Systems, Inc. | 3801 Sand Road<br>Cape Coral, FL 3393 |
| Core Construction, LLC | 6204 SW 55th Court<br>Davie, FL 33314 |
| Core Construction Services Southeast, Inc. | Becker & Poliakoff, P.A.<br>6230 University Parkway, Suite 204<br>Sarasota, FL 34240 |
| Cornerstone Group Construction, Inc. | 2100 Hollywood Blvd.<br>Hollywood, FL  33020 33131 |
| Cornerstone Group Development, Corp. | 2100 Hollywood Blvd<br>Hollywood, FL 33020 |
| Coupel Construction LLC | 1905 Russel Place<br>St. Bernard, LA 70085 |
| Custom Construction, Inc. | 2209 Aramis Drive<br>Meraux, LA 70075 |
| Cypress Corporation of Southwest Florida Inc. | 6280 Painted Leaf Lane<br>Naples, FL 34116 |
| D and A Construction Services, Inc. | 3341 Southwest Islesworth Circle<br>Palm City, FL 34994 |
| Dan Spires Floor Covering, Inc. | 1016 Waller Street<br>Waycross, GA 31501 |
| Deerfield Court Townhomes, LLC | 2070 N. Ocean Blvd., No. 3<br>Boca Raton, FL 33431 |
| Deloach Corporation | 18911 Santa Maria Drive<br>New Orleans, LA 70809 |
| Design Drywall of South Florida, LLC | 8221 Coral Way<br>Miami, FL 33155 |

| DEFENDANT | ADDRESS |
| --- | --- |
| Devon International Group, Inc. | 1100 1st Avenue, Suite 100<br>King of Prussia, PA 19406 |
| Distinctive Builders, Inc. | 507 Highland Park Circle<br>Birmingham, AL 35242 |
| Distinctive Drywall Designs, Inc. | 11904 NW 47th Street<br>Coral Springs, FL 33076 |
| Diversified General Contractors, Inc. | 5400 65th Street<br>Vero Beach, FL 32967 |
| Dobson Construction, Inc. | 3300 W. Villa Rosa Street<br>Tampa, FL 33611 |
| Dollaway Drywall, Inc. | 17423 Boyette Road<br>Lithia, FL 33547 |
| Donald Wayne Tindle | 26692 Dean Court North<br>Daphne, AL 36526 |
| Double D. Investments of Broward LLC | Frank, Weinberg & Black PL<br>7805 SW Sixth Court<br>Plantation, FL 33324 |
| DSG Construction, Inc. | 4893 Blackwater Road<br>Virginia Beach, VA 23457 |
| East Meadow Construction, Inc. | 301 NE 3rd Avenue<br>Dania Beach, FL 33004 |
| Eric Esteban Rivera | 85 Bonura Drive<br>Saint Rose, LA 70087 |
| European Quality Builders, LLC | 2018 E. 7th Avenue<br>Tampa, FL 33605 |
| Everglades Lumber and Building Supplies, LLC | 6991 SW 8 Street<br>Miami, FL 33144 |
| Excel Construction of S.W. Florida, Inc. | 2217 SW 43rd Street<br>Cape Coral, FL 33914 |
| F. Development, LLC | 2189 West 60 Street, Suite 205<br>Hialeah, FL 33016 |
| F. Vicino Drywall II, Inc. | 15 NE 2nd Avenue<br>Deerfield Beach, FL 33441 |
| Florida Style Services, Inc. | 2422 SE 28th<br>Cape Coral, FL 33904 |
| Floridian Gulf Coast Homes, Inc. | 1433 Thistledown Way<br>Fort Myers, FL 33901 |
| Fly System, Inc. | 11481 SW Rossano Lane<br>Port St. Lucie, FL 34987 |
| G. Drywalls Corporation | 14602 SW 182nd Terrace<br>Miami, FL 33177 |
| GCF Construction LLC | 2709 Legends Drive<br>Meraux, LA 70075 |

| Defendant | Address |
|---|---|
| Gibson & Anderson Construction, Inc. | 2539 Rocky Ridge Rd.<br>Birmingham, AL 35243 |
| Global Trading of LA | 8217 W. St. Bernard Hwy<br>Chalmette, LA 70043 |
| Grays Bay Builders, Inc. | Mary Vlasak Snell, Esq.<br>1833 Hendry Street<br>Drawer 1507<br>Fort Myers, FL 33902 |
| Gulf Sales & Import Co., Inc. #1 | 1600 N. Upland Avenue<br>Metaire, LA 70003 |
| Gulfeagle Supply, Inc. | 1961 Maryland Circle<br>Tallahassee, FL 32303 |
| Gulfside Supply, Inc. | 2900 7th Avenue, East, Suite 200<br>Tampa, FL 33605 |
| Hanover Homes, Inc. | 2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hansen Homes of South Florida, Inc. | 1436 SE 16th Place<br>Cape Coral, FL 33990 |
| Hanson Homes, Inc. | 1703 Staysail Drive<br>Valrico, FL 33594 |
| Harrell's Drywall, Inc. | 1225-B 131st Avenue<br>Tampa, FL 33612 |
| Haven Properties, Inc. | 6450 Westchester Place<br>Cumming, GA 30040 |
| Heights Properties, LLC | 2180 Immokalee Road<br>Suite 316<br>Naples, FL 34110 |
| HHJV, LLC | 109 Nat Turner Blvd.<br>Newport News, VA 23606 |
| Holiday Builders, Inc. | 2293 W. Eau Gallie Blvd.<br>Melbourne, FL 32935 |
| Hollywood Dixie Associates, LLC | Registered Agents of Florida, LLC<br>100 SE 2nd Street, Suite 2900<br>Miami, FL 33131 |
| Home Depot, Inc. | c/o CSC of St. Tammany Parish<br>215 St. Ann Drive<br>Suite 2<br>Mandeville, LA 70471 |
| Home Depot USA, Inc. | Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes | 3601 Quantum Blvd., Suite 100<br>Boynton Beach, FL 33426 |
| HPH Properties, LLC | 2236 Cahaba Valley Drive, Ste. 100<br>Birmingham, AL 35242 |

| DEFENDANT | ADDRESS |
|---|---|
| Hulsey-Nezlo Construction, LLC | 346 Railroad Avenue<br>Albertville, AL 35950 |
| Interior/Exterior Building Supply, LP | 727 S. Cortez Street<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC | 727 S. Cortez Street<br>New Orleans, LA 70119 |
| Island Coast Drywall and Stucco, LLC | 3451 Bonita Bay Blvd., Suite 200<br>Bonita Springs, FL 34134 |
| J & A Brothers Drywall & Stucco, Inc. | 60 Clark Street<br>Labelle, FL 33935 |
| J. Cherry and Sons, Inc. | 901 SW Martin Downs Blvd.<br>Palm City, FL 34990 |
| J. Helm Construction, Inc., d/b/a Sundown Development | 1025 W. Indiantown Road, Suite 101<br>Jupiter, FL 33458 |
| J.B.C. Builders, Inc. | 11708 Palmer Drive<br>Tampa, FL 33624 |
| J.K. Lassitter Construction, LLC | 22387-A County Road 38<br>Summerdale, AL 36580 |
| J.W. Hodges Drywall, Inc. | 2771 Vista Parkway, Suite F4<br>West Palm Beach, FL 33411 |
| Jade Organization, Inc. | 2101 North Commerce Parkway<br>Weston, FL 33326 |
| James Drywall LLC | 431 NW 36th Place<br>Cape Coral, FL 33993 |
| K Hovnanian of Palm Beach XIII, Inc. | 1800 S. Australian Avenue, Suite 400<br>West Palm Beach, FL 33409 |
| K. Hovnanian First Homes, LLC | NRAI Services, Inc.<br>2731 Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| K. Hovnanian Windward Homes, LLC | NARI Services, Inc.<br>515 E. Park Avenue<br>Tallahassee, FL 32301 |
| K.A. Wallace, Inc. DBA Kenwood Homes | 5610 Division Drive<br>Fort Myers, FL 33905 |
| Karr Drywall, Inc. | 3550 Work Drive, Suite B-9<br>Fort Myers, FL 33916 |
| KB Home Tampa LLC | Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| KB Homes, Inc. | 1010 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Kenwood Homes, Inc. | 5610 Division Drive<br>Fort Myers, FL 33905 |

| Defendant | Address |
|---|---|
| L&W Supply Corporation d/b/a Seacoast Supply Company | 1209 Orange Street<br>Wilmington, DE 19801 |
| La Suprema Enterprises | 20900 N.E. 30th Avenue,<br>Suite 600<br>Aventura, FL 33180 |
| Lauris Boulanger, Inc. | 1986 NE 149th Street<br>North Miami, FL 33181 |
| Lavish Holding Corp. | 2070 N. Ocean Blvd. #3<br>Boca Raton, FL 33431 |
| Legend Custom Builders, Inc. | Forrester, Hart Belisle & Whitaker, PL<br>1429 Colonial Blvd., Ste. 201<br>Fort Myers, FL 33907 |
| Lennar Corporation | CT Corporation System<br>1200 S. Pine Island Road<br>Plantation, FL 33324 |
| Lexington Homes, Inc. | 11046 Lakeview Drive<br>New Port Richey, FL 34651 |
| Littles Construction of Central Florida, Inc. | 1316 Arrowhead Court<br>Auburndale, FL 33823 |
| Lowe's Home Centers, Inc. | Corporation Service Company<br>327 Hillsborough Street<br>Raleigh, NC 27603 |
| LTL Construction, Inc. | 4400 Helena Street NE<br>Saint Petersburg, FL 33703 |
| Malphus and Sons | 17705 Crystal Cove Place<br>Lutz, FL 33549 |
| Manclar Builders, Inc. | 12861 SW 74 Street<br>Miami, FL 33183 |
| Manuel Development Corporation | Gary Arsenault, PC<br>412 Oakmears Crescent<br>Suite 101<br>Virginia Beach, VA 23462 |
| Marr Development of Central Florida, Inc. | 4134 SW Alice Street<br>Port St. Lucie, FL 34953 |
| Master Builders of South Florida, Inc. | 100 North State Road 7, Ste. 300<br>Margate, FL 33063 |
| Matsa Construction Company, Inc. | 16800 SW 248th ST.<br>Homestead, FL 33031 |
| MC Contractors, Inc. | 4040 16 Avenue SE<br>Naples, FL 34117 |
| MC-Ft. Myers Associates, LLC | Mark E. Rousso, Esquire<br>1000 E. Hallandale Beach Blvd., Ste. B<br>Hallandale Beach, FL 33009 |

| DEFENDANT | ADDRESS |
|---|---|
| McCar Homes, Inc. | CT Corporation System<br>1200 S. Pine Island Road<br>Plantation, FL 33324 |
| McCluskey Custom Homes | 9120 Chisholm Road<br>Pensacola, FL 32514 |
| Mercado Enterprises, Inc. | 12690 NW South River Drive<br>Medley, FL 33178 |
| Meritage Homes of Florida, Inc. | 1200 South Pine Island road<br>Plantation, FL 33324 |
| Millennium Trading & Export, LLC | 2013 A. Street<br>Violet, LA 70092 |
| Millennium Trading, Inc. | 2013 A. Street<br>Violet, LA 70092 |
| Mobley Homes Florida, LLC | 37837 Meridan Avenue, Suite 314<br>Dade City, FL 33525 |
| Morales Carpentry | 4925 Delacrouix Hwy<br>St. Bernard, LA 70085 |
| Nautical Homes LLC a.k.a Statewide Structural LLC | 838 1/2 Avon Road<br>West Palm Beach, FL 33401 |
| Next Level Group, LLC | 3345 Bridge Road, Suite 916<br>Suffolk, VA 23435 |
| Nicholas & Co. Construction | 1434 E. Oceanview Avenue, Unit 6<br>Norfolk, VA 23503 |
| North Landing Development, LLC | 607 Lynnhaven Parkway #202<br>Virginia Beach, VA 23452 |
| Northstar Homes LLC | 671 Main Street<br>Suite 200<br>Suwannee, GA 30024 |
| Paradise Builders of S.W. Florida, Inc. | 1423 SE 16th Place, Suite 101<br>Cape Coral, FL 33990 |
| Paramount Quality Homes Corp. | 1597 SE Port St. Lucie Blvd.<br>Port Saint Lucie, FL 34952 |
| Parkview Homes Realty, Inc. | 12610 Race Track Road<br>Tampa, FL 33626 |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. | 4792 Mallard Creed<br>Pensacola, FL 32526 |
| Precision Drywall, Inc. | 352 Tall Pines Road Unit E<br>West Palm Beach, FL 33413 |
| Premier Design Homes, Inc. | 11030 N. Kendall Drive, Suite 100<br>Miami, FL 33176 |
| Premier Homes, LLC | 17570 North Tamiami Trail 2<br>North Fort Myers, FL 33903 |

| Defendant | Address |
| --- | --- |
| Preserve Development, LLC | 213B 65th Street<br>Virginia Beach, VA 23451 |
| Pride Homes of Lakes By the Bay - Parcel H, LLC | 5541 University Drive<br>Suite 102<br>Coral Springs, FL 33067 |
| Prime Homes at Portofino Falls, Ltd. | Steven B. Greenfield, Esquire<br>7000 W. palmetto Park Road, Suite #402<br>Boca Raton, FL 33433 |
| ProBuild Company, LLC | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| ProBuild East, LLC | 1675 Broadway Suite#1200<br>Denver, CO 80202 |
| Pukka Development, Inc. | 3003 SE St. Lucie Blvd.<br>Stuart, FL 34997 |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000<br>0335-5919280 (Phone) |
| Quality Builders of North Florida, Inc. | 3595 NW 76 Lane<br>Jennings, FL 32053 |
| R & B Housing LLC | 34141 Myrtle Court<br>Slidell, LA 70468 |
| R.A. Grant Corporation | 860-A S.E. 46th Lane<br>Cape Coral, FL 33904 |
| Radd Builders, Inc. | 206 Mason Street<br>Brandon, FL 33511 |
| Ramos Builders, Inc. | 5358 Mayfair Court<br>Cape Coral, FL 33904 |
| Ray Horvath Drywall, Inc. | 10155 NE 101st Street<br>Okeechobee, FL 34972 |
| Regency Homes Group, LLC | 7601 N. Federal Highway<br>Suite 165-A<br>Boca Raton, FL 33487 |
| Renaissance Commons, LLC | Michelle Sides, Esquire<br>4227 Northlake Blvd.<br>Palm Beach Gardens, FL 33410 |
| Renola Equity Fund III, LLC | 2445 Alpine Blvd.<br>Alpine, CA 91901 |
| Residential Concepts, Ltd. | 4525 S. Blvd., Suite 300<br>Virginia Beach, VA 23452 |
| Residential Drywall, Inc. | 16009 Northlake Village Drive<br>Odessa, FL 33556 |

| DEFENDANT | ADDRESS |
| --- | --- |
| Reve Development Corporation | 1928 Greenbrier Blvd.<br>Pensacola, FL 32514 |
| Richard Jones Construction, Inc. | 1575 SW 4th Circle<br>Boca Raton, FL 33486 |
| Rivercrest, LLC/The St. Joe Company | 245 Riverside Avenue, Suite 500<br>Jacksonville, FL 32202 |
| Riverstreet Homes, Inc. | 4105 West San Pedro Street<br>Tampa, FL 33629 |
| RJL Drywall Inc. | All Florida Firm Inc.<br>813 Deltona Bld. Ste. A<br>Deltona, FL 32725 |
| Rogers Company, L.L.C. | 1201 Eglin Parkway<br>Shalimar, FL |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials | 3045 Lake Point Pl.<br>Davie, FL 33328 |
| Roy Harris Drywall, Inc. | 7246 Mako Drive<br>Hudson, FL 34667 |
| S. Peterson Homes, Inc. | 1217 East Cape Coral Parkway 201<br>Cape Coral, FL 33904 |
| Schmidth Brothers Homes, Inc. | 1909 Symphony Isles Blvd.<br>Apollo Beach, FL 33572 |
| Sedgwick Developers, Inc. | One Biscayne Tower<br>15th Floor<br>Miami, FL 33131 |
| Sheridan 87, LLC | 44 West Flagler Street, 25th Floor<br>Miami, FL 33130 |
| Shoma Development Corp. | 5835 Blue Lagoon Drive, 4th Floor<br>Miami, FL 33126 |
| Signature Series Homes, Inc. | 4302 Pecos River Dr.<br>Spring, TX 77386 |
| Smiling Construction & More | 9898 Club Creek Drive #1912<br>Houston, TX 77036-7704 |
| Smith Drywall & Insulation, LLC | 3214 Iowa Road<br>Lakeland, FL 33803 |
| Smith Family Homes Corporation | 17123 Journeys End Drive<br>Odessa, FL 33556 |
| Smokey Mountain Materials, Inc. | National Registered Agents, Inc.<br>2300 Hillsboro Road<br>Ste. 305<br>Nashville, TN 37212 |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes | 3108 Brittany Court<br>Pensacola, FL 32504 |
| South Bay Development Corporation | 721 NW Sunset Drive<br>Stuart, FL 34994 |

| DEFENDANT | ADDRESS |
|---|---|
| Southern Star Construction Company, Inc. | 950 W. Causeway Approach<br>Mandeville, LA 70471 |
| Space Coast Truss, LLC | CT Corporation System<br>1200 S. Pine Island Road<br>Plantation, FL 33324 |
| Spring Park Builders, LLC | 12610 Racetrack Road<br>Tampa, FL 33626 |
| Stadelman Drywall | 1825 1st Place<br>Vero Beach, FL 32962 |
| Standard Pacific of South Florida GP, Inc. | NRAI Services, Inc.<br>2731 Executive Park Drive, Suite 4<br>Weston, FL 33331 |
| Starlifter Homes, Inc. | 518 Vintage Way<br>Brandon, FL 33511 |
| Statewide Associates, Inc. | 5115 16th Avenue South<br>Tampa, FL 33619 |
| Sterling Communities at Talavera, LLC | Duboser & Perrz, PA<br>120 East Pametto Park Road, Suite 100<br>Boca Raton, FL 33432 |
| Sterling Communities, Inc. | Duboser & Perrz, PA<br>120 East Palmetto Park Road, Suite 100<br>Boca Raton, FL 33432 |
| Sterling Lumber Company | 253 N. 9th Street<br>Defuniak Springs, FL 32433 |
| Steven R. Carter, Inc. | Thomas P. Fox, P.A.<br>401 E. Kenneth Blvd.<br>Tampa, FL 33602 |
| Steven Sweet Drywall, Inc. | 15511 Wetstone Drive<br>Tampa, FL 33613 |
| Stewart's Remodeling | 4201 Iola Street<br>Metairie, LA 70001 |
| Stock Building Supply | 123 East Marcy<br>Santa Fe, NM 87501 |
| Stock Building Supply of Florida, LLC | 123 East Marcy<br>Santa Fe, NM 87501 |
| Stuart South Group, LLC | 4326 SW Brookside Dr.<br>Palm City, FL 34990 |
| Suarez Housing Corporation | 6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sumaj Builders Corporation | 5110 Kathy Lane<br>West Palm Beach, FL 33415 |
| Sun Construction, Inc. | 1100 Poydras St, Ste 1150<br>New Orleans, LA 70163 |

| DEFENDANT | ADDRESS |
| --- | --- |
| Suncoast Drywall, Inc. | Registered Corporate Agents, Inc.<br>612 South Martin Luther King Jr. Avenue<br>Clearwater, FL 33756 |
| Suntree Homes, Inc. | 2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Superior Enterprise, Inc. | 241 East Augusta Lane<br>Slidell, LA 70458 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Tapia Brothers Construction, Inc. | 4289 Lac St. Pierre #205<br>Harvey, LA 70058 |
| TFH Corp. | 3634 Swans Landing Dr<br>Land O'lakes FL 34639 |
| The Haskell Company | 111 Riverside Avenue<br>Jacksonville, FL 32231 |
| The Henning Group, LC | 247 North Collier Boulevard Suite 202<br>Marco Island< FL 34145 |
| The Home Team d/b/a Great Southern Homes, Inc. | 17065 W. Wortham Road<br>Gulfport, MS 39574 |
| The Porter-Blaine Corp. | Convergence Center IV<br>301 Bendix Road, Suite 500<br>Virginia Beach, VA 23452 |
| The St. Joe Company | 133 South Watersound Parkway<br>Watersound, FL 32413 |
| The Sterling Collection, Inc. | 4707 S.E. 9th Place<br>Cape Coral, FL 33904 |
| Timberline Builders, Inc. | 3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Tindle Homes | 26692 Dean Court North<br>Daphne, AL 36526 |
| Titan Demolition | 32 Adin Drive<br>Mandeville, LA 70471 |
| Tobin Trading, Inc. | 5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Toll Estero Limited Partnership | CT Corporation<br>1200 S. Pine Island Road<br>Plantation, FL 33324 |

| DEFENDANT | ADDRESS |
|---|---|
| Total Community Action, Inc. | 1420 S. Jefferson Davis Parkway<br>New Orleans, LA 70125 |
| Total Drywall, Inc. | 5961-B Live Oak Parkway<br>Norcross, GA 30093-1267 |
| Trafalgar Associates, Inc. | 44 West Flagler Street, 25th Floor<br>Miami, FL 33130 |
| Treasure Coast Communities, LLC | 6301 SE Federal HWY.<br>Stuart, FL 34997 |
| Trivium Construction, Inc. | 8268 Cypress Drive, North<br>Fort Myers, FL 33967 |
| Turn Key Home Builders, Inc. | 169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Home Builders, Inc. | 1309 Calosa Vista Road<br>Fort Myers, FL 33901 |
| United Homes, Inc. | 7975 W 25th Avenue, Bay #5<br>Hialeah, FL 33016 |
| USG Corporation | 550 West Adams Street<br>Chicago, IL 60661 |
| Vazquez Construction Company LLC | 5859 Seneca Street<br>Detroit, MI 48213 |
| Venture Supply, Inc. | Convergence Center IV<br>301 Bendix Road, Suite 500<br>Virginia Beach, VA 23452 |
| Villa Development, Inc. | 4414-6 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Villa Homes of Southwest Florida | 4414-6 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Vision Homes of SW, FL, Inc. | 5742 Oakton Court<br>Sarasota, FL 34240 |
| Waterways Joint Venture IV, LLC | 15489 Summit Place Circle<br>Naples, FL 34119 |
| WB Howland Co., LLC | 2039 Centre Point, Ste. 201<br>Tallahassee, FL 32308 |
| Wermers Development, Inc. | 213B 65th Street<br>Virginia Beach, VA 23451 |
| West Coast Drywall Construction, Inc. | 800 Harbour Drive<br>Naples, FL 34103 |
| West Construction Group, Inc. | 7545 E. Treasure Drive, 7A<br>Miami, FL 33141 |
| West Florida Construction Group, Inc. | 14616 Canopy Drive<br>Tampa, FL 33626 |
| West Lake Estate, Inc. | 10145 103rd Street<br>Jacksonville, FL 32210 |

| DEFENDANT | ADDRESS |
|---|---|
| Wholesale District Lumber, L.L.C. | 2728 Conti Street<br>New Orleans, LA 70119 |
| Will Davis d/b/a D&W Home Restoration | 6021 Fairmont Pkwy #120<br>Pasadena, TX 77505 |
| William L. Perry Plastering & Drywall, Inc. | 1927 NE 18th Avenue<br>Cape Coral, FL 33909 |
| Woodside Stoneybrook, LLC | Paracorp Incorporated<br>236 East 6th Avenue<br>Tallahassee, FL 32303 |
| Zaccaria Construction, LLC | 2234 A W. Great Neck Road<br>Virginia Beach, VA 23451 |
| Zamora Homes Corporation | 260 Palermo Avenue<br>Coral Gables, FL 33134 |