UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

The Court is in receipt of the attached correspondence from Mr. Richard H. Holston, counsel for homeowners in the Bessemer subdivision of the Hope VI project in Prichard, Alabama who have claims in the litigation against the Prichard Housing Authority, Mitchell Company, Creola ACE Hardware, Interior/Exterior Supply Co., the Knauf defendants, and Estes Heating and Air. IT IS ORDERED that this correspondence be entered into the record. IT IS FURTHER ORDERED that counsel for the above-listed parties meet with the Court following the monthly status conference on August 24, 2011, to address the concerns raised in the correspondence.

New Orleans, Louisiana, this 1st day of August 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE