UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L

THIS DOCUMENT RELATES TO: : JUDGE FALLON
: MAG. JUDGE WILKINSON
Case No. 11-1077 :
*Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* :

## DEFENDANT'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORM

Defendant, Iota Twenty Four, LLC, by and through undersigned counsel, hereby moves this Honorable Court for the entry of an Order granting Defendant an enlargement of time in which to submit its Builder Profile Form in the above-referenced action. Defendant is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Form pertaining to the applicable Plaintiffs who have asserted claims against Defendant in this action.

WHEREFORE, Defendant, Iota Twenty Four, LLC, respectfully requests that this Court grant Defendant an extension of time, through and including August 12, 2011, in order to submit its Builder Profile Form in the above-referenced action.

Dated August 2, 2011                           Respectfully submitted,

                                               By:  /s/ Vanessa M. Serrano
                                               PETER R. GOLDMAN
                                               Florida Bar No. 860565
                                               VANESSA M. SERRANO
                                               Florida Bar No. 51555
                                               BROAD AND CASSEL
                                               100 S.E. Third Ave., Suite. 2700
                                               Fort Lauderdale, Florida 33394
                                               Telephone: (954) 764-7060
                                               Facsimile:: (954) 761-8135
                                               pgoldman@broadandcassel.com
                                               vserrano@broadandcassel.com

*Counsel for Defendant*
*Iota Twenty Four, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Enlargement of Time to Submit Builder Profile Form on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August 2011.

/s/ Vanessa M. Serrano
Vanessa M. Serrano

4835-6087-2458.1
44766/0018