UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : | MDL NO. 2047 |
| : | SECTION: L |
| THIS DOCUMENT RELATES TO: : | JUDGE FALLON |
| : | MAG. JUDGE WILKINSON |
| Case No. 11-1077 : | |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* : | |

**ORDER ON DEFENDANT'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORM**

Upon consideration of Defendant, Iota Twenty Four, LLC's *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Form,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. Defendant shall have up to and including August 12, 2011, to submit its Builder Profile Form as to plaintiffs with claims against Defendant.

New Orleans, Louisiana this _____ day of _____ 2011.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**