IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>      DRYWALL PRODUCTS<br>      LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | )<br>) | SECTION: L |
| Hobbie, et al. v.<br>RCR Holdings II, LLC, et al.,<br>No. 10-1113 | )<br>)<br>)<br>)<br>)<br>) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**NOTICE OF FILING**

**TAKE NOTICE** that Plaintiffs have served all Defense counsel with copies of all Plaintiffs' inspection reports and the state of residence of each Plaintiff as of the filing of Second Amended Complaint, January 28, 2010, *see* (Notice of Removal, Doc. 1-2, Case No. 10-1113, February 26, 2010) on Thursday, July 28, 2011.

DATED: August 3, 2011

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email: acl@floridahardhatlaw.com
Telephone: 561.626.8880 / 954.776.5990
Facsimile: 561.626.8885

Joel R. Rhine
RHINE LAW FIRM, P.C.

314 Walnut Street, Suite 1000
Wilmington, NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
LEWIS & ROBERTS
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

 Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 3rd day of August, 2011.

                                                /s/ Gary E. Mason
                                                Gary E. Mason