IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

In Re: Chinese Manuf. Drywall Prod. Liab Litigation,
    Plaintiff(s)

Civil Action No. MDL 2047

Vs

    Defendant(s)

---

State of Maryland  )
                    )ss.
City of Baltimore  )

I, JENNIFER PETTY, being first duly sworn deposes and says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affiant is made, and is authorized by law to serve civil process in the State of Nevada under license number 1469. That affiant received (1) copy(ies) of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, NOTICE OF ORAL AND VIDEOTAPED DEPOSITIN PURSUANT TO FED. R. CIV.P. 30(b)(6), CERTIFICATE OF SERVICE on the 22nd day July, 2011 and served the same on July 25, 2011 at 10:55 am by delivering to the witness at :

T. Rowe Price Group, Inc.
Through its
Registered Agent, Barbara Van Horn
100 East Pratt Street
Baltimore, MD 21202


I declare under penalty of perjury under the law of the State of Maryland that the foregoing is true and correct.

*Jennifer Petty*
Server's signature

Jennifer Petty/Process Server
Printed name and title

400 E Pratt Street, 8th Floor
Baltimore, Maryland 21202
Server's address

Baltimore Processing Service 400 E Pratt Street, 8th Floor, Baltimore, MD 21202 443-676-2400