003578.02301M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br>*ABEL, et al. v. TAISHAN GYPSUM CO., LTD, f/k/a SHANDONG TAIHE DONGXIN CO., LTD, et. al.*<br><br>**CASE NO.:  11-080** | **MAG:JUDGE WILKINSON** |

_____/

## NOTICE OF HEARING ON MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva and Meyers, LLP, hereby give notice that they will bring a Motion to Withdraw as Counsel for Defendant, MSC of NWF, INC., before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 17, 2011, at 9:00 a.m. or as soon thereafter as it may be heard.

Respectfully submitted,

Dated: August 3, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Brian A. Eves
Brian A. Eves, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com


**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY**  that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to MSC of NWF, Inc., 1694 Champagne Avenue, Gulf Breeze, Florida 32563 on this 3rd day of August, 2011.

/s/ Addison J. Meyers
Addison J. Meyers