UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court is in receipt of the attached correspondence from Mr. Dan Spires of Dan Spires Floor Covering, Inc., a named defendant in the *Haya* case, No. 11-1077. IT IS ORDERED that this correspondence be entered into the record. IT IS FURTHER ORDERED that the Homebuilders' Steering Committee contact Mr. Spires within 15 days of this Order regarding the issues raised in his correspondence.

New Orleans, Louisiana, this 28th day of July 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Mr. Dan Spires
Dan Spires Floor Covering, Inc.
1016 Waller Street
Waycross, GA 21501