IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

==============================================

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Arch Insurance Company's Motion to Dismiss Third Party Complaint of RCR Holdings, will be submitted for consideration on August 31, 2011 at 9:00 a.m.

Dated: August 3, 2011.

Respectfully Submitted,

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone: 954-370-1681


By:    /s/ Edward Etcheverry
         Edward Etcheverry
         Fla. Bar No. 856517

Hobbie, et al. v. RCR Holdings II, LLC<br>
Case No. 2:10-cv-01113-EEF-JCW

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 3rd day of August, 2011.

By:   /s/ Edward Etcheverry  
       Edward Etcheverry  
       Fla. Bar No. 856517