# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                  MDL Docket No. 2047

                                                            SECTION l

THIS DOCUMENT RELATES TO:
                                                            JUDGE FALLON

Rogers, et al v. Knauf Gips, Kg, et al;
Cause No. 10-0362                                           MAGISTRATE JUDGE WILKINSON

_____/

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
## OF ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Herold and Gauty Athouriste hereby dismiss without prejudice all of their claims against ALL Defendants in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is Plaintiffs' Authorization for Dismissal and Exhibit "B", correspondence from Bob Brown, Baron & Budd, P.C., counsel for Plaintiff, dated July 15, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                    Respectfully submitted,

Dated: August 3, 2011               /s/ Russ M. Herman_____
                                    Russ M. Herman, Esquire (Bar No. 6819)
                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                    HERMAN, HERMAN, KATZ & COTLAR, LLP
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    LDavis@hhkc.com
                                    *Plaintiffs' Liaison Counsel*
                                    *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of August, 2011.

    /s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL