# EXHIBIT A

## AUTHORIZATION FOR DISMISSAL OF CLAIMS

We, HEROLD ATHOURISTE and GAUTY ATHOURISTE, having consulted with our retained counsel, Victor M. Diaz, Jr. Esq., of VM DIAZ AND PARTNERS and understanding the effects of our request, do hereby request and authorize the law firm of BARON AND BUDD, our previously retained counsel, to file for dismissal without prejudice of any and all pending actions filed on our behalf in the Multi-District Litigation, In re: Chinese-manufactured Drywall Product Liability Litigation, MDL 2047 for damages arising from defective Chinese manufactured drywall installed at our home located at 17849 SW 54th Street in Miramar, Florida.

As members of the Plaintiffs' Steering Committee, BARON AND BUDD has agreed to seek and obtain an Order of Dismissal of any and all pending actions filed on our behalf in the Multi-District Litigation, In re: Chinese-manufactured Drywall Product Liability Litigation, MDL 2047 for damages arising from defective Chinese manufactured drywall installed at our home located at 17849 SW 54th Street in Miramar, Florida within thirty days of execution of this Authorization for Dismissal of Claims in order to afford us the opportunity to re-file our claims in State Court.

_____  6-22-2011
HEROLD ATHOURISTE                 DATE

_____  6-22-2011
GAUTY ATHOURISTE                  DATE

_____  7/15/2011
BOB BROWN, ESQ                    DATE
For BARON AND BUDD

# EXHIBIT B



DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

July 15, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
> Payton, et al v. Knauf Gips KG, et al, Cause No. 09-7628, MDL-2047,
> Eastern District of Louisiana
> Plaintiff(s): Herold & Gauty Athouriste**

Dear Russ and Lenny:

My clients, Herold and Gauty Athouriste, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims in the above matter.

Sincerely,

Bob Brown