UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL Docket No. 2047

                                                                                 SECTION l

THIS DOCUMENT RELATES TO:
                                                                                 JUDGE FALLON

Rogers, et al v. Knauf Gips, Kg, et al;
Cause No. 10-0362                                               MAGISTRATE JUDGE WILKINSON
_____/

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF ALL DEFENDANTS**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Donald and Arliomey Ambroise, hereby dismiss without prejudice all of their claims against ALL Defendants in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is Plantiffs' Authorization for Dismissal and Exhibit "B", correspondence from Bob Brown, Baron & Budd, P.C., counsel for Plaintiff, dated July 15, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                                 Respectfully submitted,

Dated: August 3, 2011                            /s/ Russ M. Herman_____
                                                 Russ M. Herman, Esquire (Bar No. 6819)
                                                 Leonard A. Davis, Esquire (Bar No. 14190)
                                                 Stephen J. Herman, Esquire (Bar No. 23129)
                                                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                 820 O'Keefe Avenue
                                                 New Orleans, Louisiana 70113
                                                 Phone: (504) 581-4892
                                                 Fax: (504) 561-6024
                                                 LDavis@hhkc.com
                                                 *Plaintiffs' Liaison Counsel*
                                                 *MDL 2047*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of August, 2011.

                              /s/ Leonard A. Davis_____
                              Leonard A. Davis, Esquire
                              Herman, Herman, Katz & Cotlar, LLP
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              LDavis@hhkc.com
                              Plaintiffs' Liaison Counsel
                              MDL