UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL NO. 09-2047<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>LAURA HAYA, et al v. TAISHAN GYPSUM CO.,<br>LTD., F/K/A SHANDONG TAIHE DONGXIN CO.,<br>et al<br><br>Case No. 11-1077 (E.D.La.) | : |

### NOTICE OF LIMITED SPECIAL APPEARANCE AS COUNSEL

William A. Lascara and Pender & Coward, P.C. hereby file their Notice of Appearance as counsel of record for Defendant Manuel Development Corporation ("Manuel Development"). Manuel Development reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

**PENDER & COWARD, P.C.**

 /s/ William A. Lascara
William A. Lascara (VSB #23118)
wlascara@pendercoward.com
Jeffrey A. Hunn, Esquire (VSB #45487)
jhunn@pendercoward.com
Alysha N. Fulkerson (VSB #76751)
afulkerson@pendercoward.com
PENDER & COWARD, P.C.
222 Central Park Avenue, #400
Virginia Beach, Virginia 23462
(757) 490-6265 – Telephone
*Attorneys for Defendant*
*Manuel Development Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of August, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, Esquire, and Defendants' Liaison Counsel Kerry J. Miller, Esquire, by First Class U.S. Mail, postage prepaid, and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                  /s/ William A. Lascara
                                  William A. Lascara (VSB #23118)