UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

Gross, et al v. Knauf Gips KG, et al,
Case No. 2:09-cv-6690 (E.D.La.)

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, come defendants, DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC, through undersigned counsel, and respectfully move this Court for an order allowing their present counsel of record, Donald C. Brown of Woodley, Williams Law Firm, L.L.C., to withdraw as counsel of record for DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC, and to allow Ben L. Mayeaux, Robert E. Torian, Will Montz and Sara Rodrigue of the law firm of Laborde & Neuner to substitute and enroll as counsel of record in this proceeding for defendants, DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC.

Enrolling counsel for DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC have submitted to Liaison Counsel MDL 2047 Counsel Contact Information Form (Form PTO-5) pursuant to Pretrial Order No. 5A and will promptly register with LexisNexis File & Serve pursuant to Pretrial Order No. 6 (Electronic Service).

Respectfully submitted,

LABORDE & NEUNER

BEN L. MAYEAUX (#19042)
ROBERT E. TORIAN (#18468)
WILL MONTZ (#29355)
SARA RODRIGUE (#32660)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
Email:  bmayeaux@LN-Law.com
        rtorian@LN-Law.com
        wmontz@LN-Law.com
        srodrigue_@LN-Law.com


WOODLEY, WILLIAMS LAW FIRM, L.L.C.

DONALD C. BROWN (#03549)
P.O. Box 3731
Lake Charles, Louisiana 70602-3731
Telephone: (337) 433-6328
Fax: (337) 433-7513
Email: dcbrown@woodleywilliams.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

I also certify that upon the receipt of the Court's Order granting this Motion, the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order #6.

_____
COUNSEL