UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.: 09-7628 | MAG: JUDGE WILKINSON |

_____/

**ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD**

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, CARDEL MASTER BUILDER, INC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Cardel Master Builder, Inc., is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Cardel Master Builder, Inc. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, Cardel Master Builder, Inc., at: 3160 S. Falkenburg Road, Riverview, Florida 33578.

It is ORDERED this ____ day of August, 2011.

                                          _____
                                          HONORABLE ELDON E. FALLON
                                          U.S. DISTRICT COURT JUDGE