# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 09-2047 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : | |
| LAURA HAYA, et al v. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., et al | : | |
| Case No. 11-1077 (E.D.La.) | : | |

## DEFENDANT MANUEL DEVELOPMENT CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Manuel Development Corporation, by and through undersigned counsel and pursuant to Rule 7.1 hereby discloses the following:

1. Manuel Development Corporation is a Virginia corporation organized and existing under the laws of the Commonwealth of Virginia.

2. Manuel Development Corporation does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

                    **MANUEL DEVELOPMENT**
                      **CORPORATION**

                    By: /s/ William A. Lascara
                         Of Counsel

William A. Lascara (VSB #23118)
wlascara@pendercoward.com
Jeffrey A. Hunn, Esquire (VSB #45487)
jhunn@pendercoward.com
Alysha N. Fulkerson (VSB #76751)
afulkerson@pendercoward.com
PENDER & COWARD, P.C.
222 Central Park Avenue, #400
Virginia Beach, Virginia 23462
(757) 490-6265 – Telephone
(757) 456-2935 – Facsimile
*Attorneys for Defendant*
*Manuel Development Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd day of August, 2011, this document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                          /s/ William A. Lascara
                                                             William A. Lascara