# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                       SECTION l

PAYTON, ET AL                                                               JUDGE FALLON
v.
KNAUF GIPS KG, ET AL;                              MAGISTRATE JUDGE WILKINSON
CAUSE NO. 09-7628
_____/

## PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
## OF ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Juan Carlos Castaneda and Marta Salgado, hereby dismiss without prejudice all of his claims against ALL Defendants in Plaintiffs' Omnibus Complaints.  Each party is to bear its own attorneys' fees and costs.  Attached hereto as Exhibit "A" is Plaintiffs' Authorization for Dismissal and Exhibit "B", correspondence from Bob Brown, Baron & Budd, P.C., counsel for Plaintiff, dated July 15, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal

                                                       Respectfully submitted,

Dated: August 3, 2011                      /s/ Russ M. Herman_____
                                                       Russ M. Herman, Esquire (Bar No. 6819)
                                                       Leonard A. Davis, Esquire (Bar No. 14190)
                                                       Stephen J. Herman, Esquire (Bar No. 23129)
                                                       HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                       820 O'Keefe Avenue
                                                       New Orleans, Louisiana 70113
                                                       Phone: (504) 581-4892
                                                       Fax: (504) 561-6024
                                                       LDavis@hhkc.com
                                                       *Plaintiffs' Liaison Counsel*
                                                       *MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of August, 2011.

      /s/ Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL