# EXHIBIT A

## AUTHORIZATION FOR DISMISSAL OF CLAIMS

I, ODETTE A. MYERS, having consulted with my retained counsel, Victor M. Diaz, Jr. Esq., of VM DIAZ AND PARTNERS and understanding the effects of my request, do hereby request and authorize the law firm of BARON AND BUDD, my previously retained counsel, to file for dismissal without prejudice of any and all pending actions filed on my behalf in the Multi-District Litigation, *In re: Chinese-manufactured Drywall Product Liability Litigation, MDL 2047* for damages arising from defective Chinese manufactured drywall installed at my home located at 17829 SW 54th Street in Miramar, Florida.

As members of the Plaintiffs' Steering Committee, BARON AND BUDD has agreed to seek and obtain an Order of Dismissal of any and all pending actions filed on my behalf in the Multi-District Litigation, *In re: Chinese-manufactured Drywall Product Liability Litigation, MDL 2047* for damages arising from defective Chinese manufactured drywall installed at my home located at 17829 SW 54th Street in Miramar, Florida **within thirty days** of execution of this Authorization for Dismissal of Claims in order to afford me the opportunity to re-file my claims in State Court.

_____  
ODETTE A. MYERS

07/08/11  
DATE

_____  
BOB BROWN, ESQ.  
For BARON AND BUDD

7/15/11  
DATE

# EXHIBIT B



BARON BUDD, P.C.®    DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

July 15, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  **In re: Chinese Manufactured Drywall Products Liability Litigation
Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern District of Louisiana
Plaintiff: Odette Myers**

Dear Russ and Lenny:

My client, Odette Myers, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims in the above matter.

Sincerely,

Bob Brown