UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

### PLAINTIFFS', GREGORY BELL, CHARLES AND TRACY BOWDEN, AND BARRY AND ANNETTE DEMPSTER, NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Gregory Bell, Charles and Tracy Bowden, and Barry and Annette Dempster, hereby dismiss, without prejudice, all of their claims against DEFENDANT, Lowe's Homes Centers, Inc., in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.), reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Gregory Bell, Charles and Tracy Bowden, and Barry and Annette Dempster shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is a correspondence from Salvadore Christina, counsel for Gregory Bell and Charles and Tracy Bowden, dated June 23, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal; Attached hereto as Exhibit "B" is a correspondence from Andrew Lemmon, counsel for Barry and Annette Dempster, dated June 23, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: August 4, 2011     /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal, Without Prejudice, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of August, 2011.

        /s/ Leonard A. Davis_____
        Leonard A. Davis, Esquire
        Herman, Herman, Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhkc.com
        Plaintiffs' Liaison Counsel
        MDL 2047