# EXHIBIT B

**From:** Andrew Lemmon [andrew@lemmonlawfirm.com]
**Sent:** Thursday, June 23, 2011 7:05 PM
**To:** Matthew Gaughan; Tiffany Kuiper
**Cc:** Cheryl Hesson
**Subject:** RE: Chinese Drywall - Lowe's

we are amenable to a dismissal without prejudice.

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Thu 6/23/2011 2:43 PM
**To:** Tiffany Kuiper
**Cc:** Cheryl Hesson; Andrew Lemmon
**Subject:** RE: Chinese Drywall - Lowe's

Tiffany – we have been in contact with counsel for Lowe's and he is requesting that we dismiss the claims of plaintiffs who did not timely opt out of the Lowe's class settlement in Georgia state court. We are required to dismiss such claims in accordance with the agreed stay order between the PSC and Lowe's. Since you did not opt Annette and Barry Dempster out of the Lowe's class settlement, we will be filing a dismissal of these clients' claims against Lowe's unless we here otherwise from you within the next 24 hours. Please immediately advise us if you have any objection to us making this filing. Matt.

Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
Counselors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500 Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.



1