# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:11-CV-1077 (E.D.La.) | |

## PLAINTIFFS', CHARLES M. FRANKLIN, JR. AND WANDA GARNIER, NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Charles M. Franklin, Jr. and Wanda Garnier, hereby dismiss, without prejudice, all of their claims against DEFENDANT, Lowe's Homes Centers, Inc., in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Charles M. Franklin, Jr. and Wanda Garnier shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.

Respectfully submitted,

Dated: August 4, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal, Without Prejudice, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of August, 2011.

      /s/ Leonard A. Davis\
      Leonard A. Davis, Esquire\
      Herman, Herman, Katz & Cotlar, LLP\
      820 O'Keefe Avenue\
      New Orleans, Louisiana 70113\
      Phone: (504) 581-4892\
      Fax: (504) 561-6024\
      LDavis@hhkc.com\
      Plaintiffs' Liaison Counsel\
      MDL 2047