UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION           MDL NO. 2047

                                        SECTION L

THIS DOCUMENT RELATES TO                Judge: Fallon
*Laura Haya, et. al. v. Taishan Gypsum Co.*   MAG. JUDGE WILKINSON
*Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No: 2:11-1077 (E.D.La.)
_____/

**DEFENDANT'S , HOLIDAY BUILDERS, INC., MOTION TO DISMISS PLAINTIFFS'AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

Defendant, HOLIDAY BUILDERS, INC, a Florida corporation ("HOLIDAY"), through special appearance of its undersigned counsel, hereby moves to dismiss Plaintiffs' Amended Omnibus Class Action Complaint (IX) under Federal Rule of Civil Procedure 12(b)(2) for the reasons given in the accompanying Memorandum in support of this Motion. Specifically, HOLIDAY is not subject to, nor has it submitted to, the jurisdiction of this Court.

WHEREFORE, Defendant, HOLIDAY BUILDERS, INC., prays this Court enter an Order granting its Motion to Dismiss and dismissing the Plaintiffs' claims against HOLIDAY BUILDERS, INC., as this Court lacks personal jurisdiction over HOLIDAY BUILDERS, INC.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue

- 1 -

345686 v_01 \ 108652.0132

CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders*
*Construction of Florida, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)2, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th  day of August, 2011.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders*
*Construction of Florida, LLC*

345686 v_01 \ 108652.0132