**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | ) | |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL Docket No. 2047** |
| _____ | ) | |
| | ) | **SECTION L** |
| **This Document Relates to:** | ) | **JUDGE FALLON** |
| **Abel, et al. v. Taishan Gypsum Co., et al.,** | ) | **MAG. JUDGE WILKINSON** |
| **Case No. 11-cv-00080 (E.D. La.)** | ) | |
| | ) | |

## MOTION TO DISMISS CLAYTON'S DRYWALL, INC. UNDER F.R.C.P. 12b(2) FOR LACK OF PERSONAL JURISDICTION

COMES NOW the defendant, Clayton's Drywall, Inc. and moves this Court to dismiss this action under F.R.C.P. 12b(2) for lack of personal jurisdiction.  This defendant would show unto the Court the following:

1.       The plaintiff, Wanadoo LLC, who has sued Clayton's Drywall, Inc., is a Florida resident and the house at issue is in Florida (see Complaint).

2.       Clayton's Drywall, Inc. is a Florida corporation that has never done business in the State of Louisiana (Exh. 1; Clayton Crosier Affidavit).

3.       Clayton's Drywall, Inc. does not have minimum contacts with the State of Louisiana (Exh. 1; Clayton Crosier Affidavit).

4.       The entire transaction between Clayton's Drywall, Inc. and the plaintiff, Wanadoo LLC, took place in the State of Florida.

5.       Clayton's Drywall, Inc. has not submitted to, and is not subject to, jurisdiction in this Court.

6.      In the absence of any contact between Clayton's Drywall, Inc. and the State of Louisiana, this Court does not have personal jurisdiction over Clayton's Drywall, Inc. on claims that arise from real property located in the State of Florida.

7.      The drywall which went into the one plaintiff's home, which was removed and replaced by Clayton's Drywall, Inc., was "Knauf" drywall and not Taishan Gypsum.  (Exh. 1).

WHEREFORE, this defendant requests that this case against Clayton's Drywall, Inc. be dismissed under F.R.C.P. 12b(2) and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com
Attorney for Defendant
CLAYTON'S DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2011.

s/ S. Greg Burge
OF COUNSEL
