IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to: Abel, et al. v. Taishan Gypsum Co., et al., Case No. 11-cv-00080 (E.D. La.) | ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

### AFFIDAVIT OF CLAYTON CROSIER

STATE OF FLORIDA )

COUNTY OF INDIAN RIVER )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Clayton Crosier, who states under oath as follows:

1. My name is Clayton Crosier. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Florida at 6405 61st Court, Vero Beach, FL 32967.

3. I have been in the drywall business for over thirty (30) years. I operate Clayton's Drywall, Inc., which is a Florida corporation.

4. Clayton's Drywall, Inc. always maintained its business at 6405 61st Court, Vero Beach, FL 32967.

5. Clayton's Drywall, Inc. is in the business of installing drywall in Florida residences.

6.  Clayton's Drywall, Inc. has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7.  Clayton's Drywall, Inc. has never been licensed or registered to do business in Louisiana, nor has Clayton's Drywall, Inc. ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8.  Clayton's Drywall, Inc. does not have an agent for service of process in Louisiana.

9.  Clayton's Drywall, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

10. Clayton's Drywall, Inc. has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. Clayton's Drywall, Inc. has never received any business from any contacts in Louisiana.

12. Clayton's Drywall, Inc. has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

13. The only plaintiff in this case who alleges that Clayton's Drywall, Inc. put Chinese drywall in their house is a man named Reynolds associate with Wanadoo LLC. This home is located in the State of Florida. I contracted with the builder of this home, RCL General Contractors, to hang the sheet rock in the State of Florida. This sheet rock has been removed from this house and replaced by my company well before this lawsuit was filed.

14. The drywall installed in this plaintiff's residence was purchased and delivered to the residence by "On Site" drywall in Vero Beach, Florida.

15. The work products of Clayton's Drywall, Inc. are stationary and stay fixed to the house on the real estate on which they are built.

16. The work product of Clayton's Drywall, Inc. involved purchasing the drywall from a supplier for a specific job. Clayton's Drywall, Inc. purchased as much drywall as it needed for a job and did not store any drywall on site, or at any other location.

17. Clayton's Drywall, Inc. was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

18. This entire transaction took place in the State of Florida and has no relationship to the State of Louisiana.

**FURTHER AFFIANT SAITH NOT.**

DATED: 7/31/11

By: /s/ Clayton Crosier
Clayton Crosier

I, Jamie A. Fletcher, a Notary Public in and for said County in said State, hereby certify that Clayton Crosier, whose name is signed to the foregoing AFFIDAVIT OF CLAYTON CROSIER, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 31st day of July, 2011.

/s/ Jamie A. Fletcher
NOTARY PUBLIC

[SEAL]

JAMIE A. FLETCHER
Commission # EE 093751
Expires July 30, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

My Commission Expires:_____