UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- x | | ------------------------------------------------ |
| LAURA HAYA, ET AL. x | | CASE NO: 11-1077 SECTION L |
| v. x | | |
| TAISHAN GYPSUM CO., LTD. f/k/a x | | |
| SHANDONG TAIHE DONGXIN CO., LTD. x | | |
| et al. x | | |
| ------------------------------------------------------- x | | ------------------------------------------------ |

## NOTICE OF APPEARANCE

Robert V. Fitzsimmons, Esq. and the law firm of Rumberger, Kirk & Caldwell, P.A., hereby enter their appearance as counsel for Defendant, WEST COAST DRYWALL CONSTRUCTION, INC., and requests that copies of all pleadings filed in this matter be forwarded to undersigned.

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

E-Mail: bfitzsimmons@rumberger.com

Attorneys for Defendant West Coast Drywall Construction, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2011.

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association

Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Defendant West Coast Drywall Construction, Inc.*