IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Abel, et al. v. Taishan Gypsum Co., et al., Case No. 11-cv-00080 (E.D. La.) | )<br>)<br>)<br>)   MDL Docket No. 2047<br>)<br>)   SECTION L<br>)   JUDGE FALLON<br>)   MAG. JUDGE WILKINSON<br>)<br>)<br>) |

### REQUEST FOR ORAL ARGUMENT ON DEFENDANT CLAYTON'S DRYWALL, INC.'S MOTION TO DISMISS

**NOW INTO COURT**, through the undersigned counsel, comes Mover and Defendant, Clayton's Drywall, Inc., in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Motion to Dismiss at **a time set by this court** to more fully address any questions the Court may have concerning Clayton's Drywall, Inc.'s Motion to Dismiss.

                                                s/ S. Greg Burge
                                                S. Greg Burge (AL Bar# ASB-0558-B37S)
                                                gburge@burr.com

                                                Attorney for Defendant
                                                CLAYTON'S DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1933649 v1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2011.

                                            s/ S. Greg Burge
                                            OF COUNSEL