UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, Daniel Haya and Irene Haya, et al. V. Taishan Gypsum Co., LTD., et al,<br>Case No. 11-1077 | |

**THOMAS AND AILEEN FRANKLIN'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT(S), WEST LAKE ESTATES, INC**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Thomas and Aileen Franklin, hereby dismisses without prejudice all of their claims against DEFENDANT(s) West Lake Estates, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Thomas and Aileen Franklin shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Kelly Reddell, counsel for Thomas and Aileen Franklin, dated August 5, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                        Respectfully submitted,

Dated: August 8, 2011                /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of August, 2011.

             /s/ Leonard A. Davis_____
             Leonard A. Davis, Esquire
             Herman, Herman, Katz & Cotlar, LLP
             820 O'Keefe Avenue
             New Orleans, Louisiana 70113
             Phone: (504) 581-4892
             Fax: (504) 561-6024
             LDavis@hhkc.com
             Plaintiffs' Liaison Counsel
             MDL 2047