

BARON BUDD, P.C.®    DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766    3102 Oak Lawn Avenue
tel 214.521.3605    Suite 1100
fax 214.520.1181    Dallas, TX 75219-4281

July 25, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
           **Laura Haya, Daniel Haya and Irene Haya, et al. V. Taishan Gypsum Co., LTD., et al,**
           **Case No. 11-1077**

Dear Russ and Lenny:

    My client(s), Thomas and Aileen Franklin, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant(s) West Lake Estates, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

                                        Very truly yours,

                                        Kelly Reddell