UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

Gross, et al v. Knauf Gips KG, et al,
Case No. 2:09-cv-6690 (E.D.La.)

## ORDER

Considering the motion of the defendants, DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC, for an order allowing the withdrawal of Donald C. Brown of Woodley, Williams Law Firm, L.L.C. as counsel of record for DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC, and the substitution of Ben L. Mayeaux, Robert E. Torian, Will Montz and Sara Rodrigue of the law firm of Laborde & Neuner as counsel of record for DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC.

**IT IS ORDERED** that Donald C. Brown of Woodley, Williams Law Firm, L.L.C. be allowed to withdraw, and Ben L. Mayeaux, Robert E. Torian, Will Montz and Sara Rodrigue of the law firm of Laborde & Neuner, be substituted and enrolled as counsel

of record for defendants, DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC in this proceeding.

New Orleans, Louisiana this 5th day of August, 2011.

*[signature: Eldon E. Fallon]*

HONORABLE ELDON E. FALLON