UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 : : SECTION: L |
| THIS DOCUMENT RELATES TO: | : : JUDGE FALLON : MAG. JUDGE WILKINSON |
| Case No. 11-1077 *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* | : : |

### ORDER ON DEFENDANT'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORM

Upon consideration of Defendant, Iota Twenty Four, LLC's *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Form,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. Defendant shall have up to and including August 12, 2011, to submit its Builder Profile Form as to plaintiffs with claims against Defendant.

New Orleans, Louisiana this  5th  day of    August    2011.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**