UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:11-cv-1077 (E.D.La.)**

### O R D E R

Considering Plaintiffs' Motion to Substitute Amended Certificate of Service;

IT IS ORDERED BY THE COURT that the attached Amended Certificate of Service is hereby substituted in place of the Certificate of Service filed with Plaintiffs' Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) [Rec. Doc. 9935] filed on July 29, 2011.

New Orleans, Louisiana, this 5th day of August, 2011.

_____
Eldon E. Fallon
United States District Court Judge