IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : : | JUDGE FALLON  MAG. JUDGE WILKINSON |

=================================================

**ORDER ON**
**MOTION TO ENROLL COUNSEL**

IT IS HEREBY ORDERED that Guy Harrison, be enrolled as additional Counsel of Record on behalf of Arch Insurance Company acting as Surety for Coastal Condominiums, in the above-captioned matter.

_____
U.S. District Judge

New Orleans, Louisiana, this 5th day of August 2011.