UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

This Document Relates to *Haya v. Taishan Gypsum Co., Ltd.*, No. 11-1077

## ORDER

The Court received the attached correspondence from Mr. Justin K. Lassitter of JK Lassitter Construction, LLC. IT IS ORDERED that this correspondence be entered into the record. IT IS FURTHER ORDERED that Phillip Wittmann, the Homebuilders and Installers Liaison Counsel, is to review the correspondence and contact Mr. Lassitter regarding the MDL litigation since, as recognized in the correspondence, pro se representation of corporate entities is not permitted under applicable law.

New Orleans, Louisiana, this 8th day of August 2011.

U.S. District Judge

Clerk to Serve:
Justin K. Lassitter
JK Lassitter Constructions, LLC
22387 County Road 38
Summerdale, Alabama 36580

AUG 3 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

# J.K. LASSITTER CONSTRUCTION, LLC

22387 County Road 38
Summerdale, AL 36580

July 28, 2011

The Honorable Judge Eldon E. Fallon     RE: Civil Action #11-1077
United States District Court
500 Poydras Street Room C-456
New Orleans, LA 70130

Dear Judge Fallon

I am in receipt of a summons for JK Lassitter Construction, LLC for this action. One house was build under this company that was for Peggy Jones who is a cousin of the former member. I called the Court Clerks office and was told that an LLC could not appear without an attorney. JK Lassitter construction, LLC can not afford an attorney as it has been out of business for over a year. It does not have any insurance or any assets. Please accept this letter as response to this Civil Action as it cannot appear.

Respectfully submitted,

*[signature]*

JK Lassitter Construction, LLC
Justin K Lassitter