**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

```
--------------------------------------------------------x
IN RE: CHINESE MANUFACTURED        :        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :
LITIGATION                         :        SECTION:  L
--------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :        JUDGE FALLON
                                   :
Rogers, et al. v. Knauf Gips KG, et al.,   :   MAG. JUDGE WILKINSON
No. 10-0362 (E.D. La.)             :
--------------------------------------------------------x
```

**KNAUF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS HEROLD AND GAUTY
ATHOURISTE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Knauf Defendants submit this motion to strike plaintiffs' Herold and Gauty

Athouriste's notice of voluntary dismissal without prejudice  [Rec. Doc. 9980], all as more fully

set forth in the Memorandum attached hereto.

Respectfully submitted,


By:  /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com


Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' Motion to Strike

Plaintiffs Herold and Gauty Athouriste's Notice of Voluntary Dismissal Without

Prejudice has been served upon Plaintiffs' Liaison Counsel by email and by electronically

uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6,

and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047, on this 9th day of August, 2011.

  s/Kyle A. Spaulding