UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
---------------------------------------------------------x
IN RE: CHINESE MANUFACTURED          :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :    SECTION:  L
---------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :    JUDGE FALLON
                                     :
Rogers, et al. v. Knauf Gips KG, et al.,  :    MAG. JUDGE WILKINSON
No. 10-0362 (E.D. La.)               :
---------------------------------------------------------x
```

### KNAUF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS DONALD AND ARLIOMEY AMBROISE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Knauf Defendants submit this motion to strike plaintiffs Donald and Arliomey Ambroise's notice of voluntary dismissal without prejudice [Rec. Doc. 9989], all as more fully set forth in the Memorandum attached hereto.

                            Respectfully submitted,

                            By:  /s/ Kyle A. Spaulding
                            KERRY J. MILLER (#24562)
                            KYLE A. SPAULDING (#29000)
                            PAUL C. THIBODEAUX (#29446)
                            FRILOT L.L.C.
                            1100 Poydras Street
                            Suite 3700
                            New Orleans, LA 70163
                            Telephone:  (504) 599-8194
                            Facsimile:  (504) 599-8145
                            Email:  kmiller@frilot.com

                            - AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' Motion to Strike Plaintiffs Donald and Arliomey Ambroise's Notice of Voluntary Dismissal Without Prejudice has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2011.

/s/ Kyle A. Spaulding

2