UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
IN RE: CHINESE MANUFACTURED        :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :
LITIGATION                                          :     SECTION: L
---------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :     JUDGE FALLON
                                                         :
*Rogers, et al. v. Knauf Gips KG, et al.*,  :     MAG. JUDGE WILKINSON
No. 10-0362 (E.D. La.)                       :
---------------------------------------------------------x

# KNAUF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS JUAN CARLOS CASTANEDA AND MARIA SALGADO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Knauf Defendants submit this motion to strike plaintiffs Juan Carlos Castaneda and Maria Salgado's notice of voluntary dismissal without prejudice [Rec. Doc. 9989], all as more fully set forth in the Memorandum attached hereto.

Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

           STEVEN GLICKSTEIN (NY Bar No. 1038157)
           JAY P. MAYESH (NY Bar No. 1081603)
           KAYE SCHOLER LLP
           425 Park Avenue
           New York, NY 10022
           Telephone:  (212) 836-8485
           Facsimile:  (212) 836-6485
           Email:  sglickstein@kayescholer.com

           Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing Knauf Defendants' Motion to Strike Plaintiffs Juan Carlos Castaneda and Maria Salgado's Notice of Voluntary Dismissal Without Prejudice has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,on this 9th day of August, 2011.

              /s/ Kyle Spaulding