UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
IN RE: CHINESE MANUFACTURED          :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :     SECTION: L
---------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :     JUDGE FALLON
                                     :
*Payton, et al. v. Knauf Gips KG, et al.*,  :     MAG. JUDGE WILKINSON
No. 09-7628 (E.D. La.)               :
---------------------------------------------------------x

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT undersigned counsel will bring the foregoing Motion to Strike on for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130 on Wednesday, August 31, 2011 beginning at 9:00 o'clock, a.m. or as soon thereafter as counsel can be heard.

New Orleans, Louisiana this 9th day of August, 2011.

                                              Respectfully submitted,

                                              By:  /s/ Kyle A. Spaulding
                                              KERRY J. MILLER (#24562)
                                              KYLE A. SPAULDING (#29000)
                                              PAUL C. THIBODEAUX (#29446)
                                              FRILOT L.L.C.
                                              1100 Poydras Street
                                              Suite 3700
                                              New Orleans, LA 70163
                                              Telephone:  (504) 599-8194
                                              Facsimile:  (504) 599-8145
                                              Email:  kmiller@frilot.com

                                                      - AND -

>STEVEN GLICKSTEIN (NY Bar No. 1038157)
>JAY P. MAYESH (NY Bar No. 1081603)
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022
>Telephone:  (212) 836-8485
>Facsimile:  (212) 836-6485
>Email:  sglickstein@kayescholer.com

>Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,  on this 9th day of August, 2011.

>/s/ Kyle Spaulding