UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Laura Haya, et al                          Civil Action No.11-1077
                                                       SECTION "L"

      Plaintiffs

           V.

Taishan Gypsum Co., Ltd. f/k/a Shandong
Taihe Dongxin Co., Ltd., et al

      Defendants

### RULE 12(e) MOTION FOR A MORE DEFINITIVE STATEMENT

NOW INTO COURT, through undersigned counsel, solely for the purpose of this Motion comes defendant, Renola Equity Fund, III, LLC, sought to be made defendant herein, who takes exception to the vagueness and ambiguity of the petition for reasons set forth more fully in the attached memorandum.

WHEREFORE, Mover prays that this *Motion* be granted and that the plaintiffs' petition be dismissed at plaintiffs' cost.

                                            Respectfully Submitted,

                                            **TONRY, BRINSON & GLORIOSO L.L.C.**

                                            _____/S/ *Jeffery J. Waltz*_____
                                            BRIAN L. GLORIOSO (#27226) T.A.
                                            JEFFERY J. WALTZ (#28798)
                                            RICHARD A. TONRY, II (#27310)
                                            RAYMOND BRINSON (#27187)
                                            KRISTINE K. SIMS (#28228)
                                            245 Pontchartrain Drive
                                            Slidell, La 70458
                                            Telephone: (985) 643-7007
                                            Facsimile:  (985) 649-9240
                                            **ATTORNEYS FOR RENOLA EQUITY**
                                            **FUND, III, LLC**

<u>**CERTIFICATE**</u>

     I hereby certify that a copy of the above and foregoing Motion and Memorandum has been served upon all counsel of record through the ECF system and all other parties by facsimile or by placing same in the United States mail, postage prepaid and properly addressed, this 9th day of August, 2011.

                                              _____/S/ *Jeffery J. Waltz*_____