St. Bernard Parish Certified Copy

Hon. Lena R. Torres
Clerk of Court
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**First VENDOR**
RENOLA EQUITY FUND III LLC

**First VENDEE**
LINDSEY, YOLANDA ANDERSON

Index Type : Conveyance
Type of Document : Cash Sale

File Number : 521252

Book : 942    Page : 37

Recording Pages : 3

Description :

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana

On (Recorded Date) : 08/04/2008

Doc ID - 004626010003

CLERK OF COURT
HON. LENA R. TORRES
Parish of St. Bernard
I certify that the attached document is a true copy
of the instrument that was filed for registry and
Recorded 08/04/2008
Recorded in Book 942  Page 37
File Number   521252

Clerk of Court

/S/Ruth B. Zulli

Do not Detach this Recording Page from Original Document

## CASH SALE
## STATE OF LOUISIANA

On the 31st day of July, 2008, before me, Notary Public for the above state and residing therein, and in the presence of the subscribing witnesses, personally appeared:

RENOLA EQUITY FUND III, LLC, a California Limited Liability Company, organized and doing business in the Parish of St. Bernard, herein represented by its duly authorized members or Managing Member, by virtue of the Authorization of Members, the original of which is on file in the office of the Clerk of Court;

    RENOLA EQUITY FUND III, LLC
    2445 ALPINE BLVD.
    ALPINE, CA 91901

Hereinafter referred to as "Seller", who declared that for the price and sum of One Hundred Seventeen Thousand One Hundred Ninety Eight and 00/100 ($117,198.00) cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions to warranty SELLER may have, unto:

YOLANDA ANDERSON LINDSEY, a person of the full age of majority, resident of the Parish of St. Bernard, State of Louisiana, who declared under oath, unto me, Notary, that she has been married but once and then to Gary Lindsey, with whom she is currently living and residing and that the property is being purchased with her separate and paraphernal funds and maintained under her sole control.

    YOLANDA ANDERSON LINDSEY
    121 COUGAR DRIVE
    ARABI, LA 70032

Herein called BUYER, resident(s) of and domiciled in the State of Louisiana, here present and accepting, purchasing for themselves, their heirs and assigns, and following described property, the possession and delivery of which BUYER acknowledges:

ALL THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, means, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part known as Carolyn Park Subdivision, Extension No. 2 in Square No. 30 thereof, bounded by Cougar, Perrin and Genet Drives and Rowley Boulevard, which portion of ground is designated as Lot 545 of Square 30 and measures 50 feet front on Cougar Drive, same in width in the rear, by a depth of 110 feet, between equal and parallel lines and commences at a distance of 261.16 feet from the corner of Cougar and Perrin Drives; all as more fully shown on plat of survey by J. J. Krebs & Sons, Surveyors, dated June 26, 1959, a copy of which is attached to a previous act filed and recorded on February 23, 2007 under Instrument Number 483955 of the records of the Clerk of Court for St. Bernard Parish.

LOT 545, SQUARE 30, CAROLYN PARK SUBDIVISION, EXTENSION NO. 2, ST. BERNARD PARISH, LOUISIANA

Improvements thereon bear the Municipal Number 121 Cougar Drive, Arabi, Louisiana 70032.

Being the same property acquired by Renola Equity Fund III, LLC by act dated 4/18/08, recorded 5/23/08 of the official records of the Clerk of Court for St. Bernard Parish, Louisiana.

THIS SALE IS SUBJECT TO THE FOLLOWING:

    1. Any encroachments, overlaps, easements, rights of way, servitudes and all matters which might appear on a current survey of the property.

2. **Any restrictions, covenants, easements, rights of way, servitudes, setback lines recorded in the official records of the Parish of St. Bernard and restrictions recorded on plan of subdivision.**

NOTE: Purchasers or Purchaser's representatives have been offered or provided, prior to the execution of this act of sale and transfer, the opportunity to fully inspect and examine any and all buildings and all things contained therein which comprise the premises being sold and transferred. The Purchasers know and are satisfied with the physical condition of the premises in all respects, including but not limited to the structural condition of the building(s), the condition of all things contained in said building(s), and any past or present visible or hidden wood destroying insect or organism infestation and resultant damage there from, and that same is acceptable to Purchasers "AS IS" and Purchasers affirm and agree that no representation, statements or warranties have at any time been made by Seller, or Seller's Agents, as to the physical condition or state of repair of the premises in any respect and that the purchase price takes into consideration the condition of the premises.

Seller and Purchaser hereby acknowledges and recognizes that this sale is in "AS IS" condition, and accordingly, hereby relieves and releases seller and all previous owners thereof from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code of Articles 2520, et seq., or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq. Purchaser acknowledges he understands that Louisiana redhibition law enables him to hold seller responsible for any obvious or hidden defects in the property existing on the act of sale date, and that he is waiving that right.

Initial: ____ ____ ____ ____

Mortgage and Conveyance Certificates are waived by the parties hereto, who hereby exonerate me, Notary, from any and all liability on account of the non-production of same.

All taxes assessed against the property herein conveyed have been paid as per the parish tax records. Taxes for the year 2008 have been pro-rated and will be paid by the Purchaser when due.

All agreements and stipulations herein, and all of the obligations herein assumed shall inure to the benefit of the Buyer and be binding upon their heirs, successors and assigns of the respective parties and the BUYER, his heirs, and assigns shall have and hold the described property in full ownership forever.

DONE AND PASSED by the parties on the hereinabove stated date and in the presence of me, Notary, and the undersigned competent witnesses who have signed in the presence of the parties and me, Notary.

WITNESSES:

Leanda Lowery

Reneé Aranda

RENOLA EQUITY FUND III, LLC

By: Jared Castellaw, duly authorized

YOLANDA ANDERSON LINDSEY

NOTARY PUBLIC

RAYMOND BRINSON #27187
NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS ISSUED FOR LIFE

RAYMOND BRINSON NOTARY PUBLIC STATE OF LOUISIANA

PATRIOT TITLE, LLC
245 PONTCHARTRAIN DRIVE
SLIDELL, LOUISIANA 70458
FILE NO. 080268