UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Laura Haya, et al | Civil Action No.11-1077 |
| | SECTION "L" |
| Plaintiffs | |
| V. | |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al | |
| Defendants | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, Renola Equity Fund, III, LLC will bring the for hearing the accompanying *Motion for a More Definitive Statement* before the appropriate section of the United States District Court for the Eastern District of Louisiana, namely, the Honorable Judge Eldon Fallon in New Orleans, Louisiana on the 31st day of August, 2011, at 9 o'clock a.m.

_____
JUDGE