UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.)<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.)<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE AND JOINDER TO KNAUF DEFENDANTS'
MOTION TO STRIKE NOTICES OF VOLUNTARY DISMISSAL**

The Plaintiffs Steering Committee ("PSC") recently filed various notices of voluntary dismissal for several clients who are now represented by Victor M. Diaz, Jr. Esq.. These notices involve Herold and Gauty Athouriste (document nos. 9980 and 9981), Donald and Arliomey Ambroise (document nos. 9984 and 9985), Juan Carlos Castaneda and Maria Salgado (document nos. 9989 and 9991), and Odette A. Myers (document no. 9993). The Knauf Defendants have moved to strike each of these notices of voluntary dismissal. *See* document nos. 10,047, 10,048, 10,049, 10,050, 10,051, 10,052, and 10,053. The PSC hereby joins the Knauf Defendants' motions to strike as the dismissals are improper under Fed.R.Civ.P 41(a). The PSC docketed the notices of voluntary dismissal <u>exclusively in its role in administering the MDL docket</u>. <u>The instant joinder concerns the jurisprudential merits of the dismissals</u>.

1

In addition, the PSC opposes these notices of voluntary dismissal and believes they should be stricken since it has learned that Mr. Diaz is seeking the dismissals so that he may file claims on behalf of these same clients in state court. Although Mr. Diaz has in the past acknowledged this Court's jurisdiction over such claims by having his clients pursue claims against Knauf and other defendants in the omnibus class action complaints, Mr. Diaz's agenda has apparently changed so that he may avoid this Court's jurisdiction. His attempt to thwart this Court's stay order in connection with the Banner Settlement makes his motivation for the instant dismissals crystal clear. It is respectfully submitted that Mr. Diaz's challenges to this Court's authority are improper. Accordingly, the PSC requests that the Court strike the notices of voluntary dismissal and retain jurisdiction over the claims of Herold and Gauty Athouriste, Donald and Arliomey Ambroise, Juan Carlos Castaneda and Maria Salgado, and Odette A. Myers.

        Respectfully submitted,

Dated: August 10, 2011        /s/ Russ M. Herman_____
        Russ M. Herman, Esquire (Bar No. 6819)
        Leonard A. Davis, Esquire (Bar No. 14190)
        Stephen J. Herman, Esquire (Bar No. 23129)
        HERMAN, HERMAN, KATZ & COTLAR, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhkc.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*

                                        Arnold Levin (On the Brief)
                                        Fred S. Longer (On the Brief)
                                        Matthew C. Gaughan (On the Brief)
                                        Levin, Fishbein, Sedran & Berman
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        215-592-1500 (phone)
                                        215-592-4663 (fax)
                                        Alevin@lfsblaw.com
                                        *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181

bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Joinder to Knauf Defendants' Motion to Strike Notices of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of August, 2011.

                                 /s/_Leonard A. Davis_____
                                 Leonard A. Davis, Esquire
                                 Herman, Herman, Katz & Cotlar, LLP
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 LDavis@hhkc.com
                                 Plaintiffs' Liaison Counsel
                                 MDL 2047