# EXHIBIT "C"

# JPMorgan Chase & Co.

Selena F. Williams
Legal Specialist
Legal and Compliance Department

August 1, 2011

VIA EMAIL AND FIRST-CLASS MAIL

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE: In Re: Chinese Manufactured Drywall Products Liability Litigation
(USDC, ED LA, MDL No. 2047)

Dear Mr. Davis:

    I am writing on behalf of non-party JPMorgan Chase & Co. ("JPMC") in response to the subpoena dated May 26, 2011 addressed to it in the above-referenced matter (the "Subpoena").

    As recently discussed with Huntley Palmer, David Petercsak, and me, this letter confirms that the legal entity JPMorgan Chase & Co. does not have an ownership interest in any of the Chinese drywall companies involved in the above referenced litigation. Accordingly, JPMC does not possess any documents that are responsive to this subpoena.

    In reaching the above determination, however, we have identified several JPMC entities that may have an ownership interest in China National Building Material Co. Ltd ("CNBM"). For your convenience and reference, attached is an excerpt of the Hong Kong Exchanges and Clearing Limited public website, which identifies several JPMC entities that held a position in CNBM as of September 15, 2009, the day of this particular report. The website for the Hong Kong Exchanges and Clearing Limited is www.hkexnews.hk/di/di.htm.

    Please feel free to call me with any questions.

Sincerely,

*Selena F. Williams*
Selena F. Williams
Legal Specialist

Cc: Huntley Palmer
    David Petercsak

JPMorgan Chase & Co. • 1 Chase Manhattan Plaza, 26th Floor, New York, NY 10005
Telephone: 212 552 1330 • Facsimile: 212 552 4786
selena.f.williams@jpmorgan.com