UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering The Plaintiffs' Steering Committee's Motion to Compel JP Morgan Chase & Co.;

IT IS ORDERED BY THE COURT that JP Chase & Co. is ordered to present a corporate representative for the corporate deposition of JP Chase & Co. on or before the ___ day of _____, 2011.

IT IS FURTHER ORDERED BY THE COURT that JP Chase & Co. provide the subpoenaed documents to the PSC prior to the corporate deposition on or before the ____ day of _____, 2011.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge