### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                       MDL NO. 2047

                                                 SECTION: L

                                                 JUDGE FALLON
                                                 MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FEDERAL RULE 37(a)(1) CERTIFICATE

Pursuant to Federal Rule 37(a)(1), the undersigned hereby certifies that member(s) of the

Plaintiffs' Steering Committee ("PSC") has conferred with representatives of JP Morgan Chase

& Co. relative to the dispute giving rise to the motion, but that counsel cannot resolve same

amicably, making the forgoing motion necessary.


                                        Respectfully submitted,


Dated:  August 10, 2011                 /s/ Leonard A. Davis_____
                                        Russ M. Herman, Esquire
                                        Leonard A. Davis, Esquire
                                        Stephen J. Herman, Esquire
                                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

<table>
<tr>
<td>
Richard J. Serpe, Esquire<br>
Law Offices of Richard J. Serpe<br>
Crown Center, Ste. 310<br>
580 East Main Street<br>
Norfolk, VA 23510-2322<br>
PH:  (757) 233-0009<br>
Fax:  (757) 233-0455
</td>
<td>
Daniel K. Bryson<br>
Lewis & Roberts<br>
3700 Glenwood Avenue, Suite 410<br>
Raleigh, NC 27612<br>
PH: (919) 981-0191<br>
Fax: (919) 981-0431
</td>
</tr>
</table>

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

<table>
<tr>
<td>
Richard S. Lewis<br>
HAUSFELD LLP<br>
1700 K Street, N.WSuite  650<br>
Washington, DC 20006<br>
Phone: (202) 540-7200<br>
Fax:  (202) 540-7201<br>
rlewis@hausfeldllp.com<br><br>
Andrew Lemmon<br>
Lemmon Law Firm, LLC<br>
P.O. Box 904 (mailing address)<br>
15058 River Road<br>
Hahnville, LA  70057<br>
Phone:  (985) 783-6789<br>
Fax:  (985) 783-1333<br>
andrew@lemmonlawfirm.com
</td>
<td>
Jeremy W. Alters<br>
Alters Law Firm<br>
4141 N.E. 2nd Avenue<br>
Suite 201<br>
Miami, FL 33137<br>
Phone: (305) 571-8550<br>
Fax: (305) 571-8559<br>
jeremy@alterslaw.com
</td>
</tr>
</table>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Rule 37(a)(1) Certificate has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2011.

I hereby further certify that the above and foregoing Rule 37(a)(1) Certificate has been served  on JP Morgan Chase & Co., 1 Chase Manhattan Plaza, 26th Floor, New York, NY 10005, via email selena.f.williams@jpmorgan.com and via U.S. Mail, on this 10th day of August, 2011.

  /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com