
**CT Corporation**

123 East Marcy
Santa Fe, NM 87501

505 983 9122 tel
505 988 8996 fax
www.ctlegalsolutions.com

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 AUG -9 PM 12: 17

LORETTA G. WHYTE
CLERK

August 04, 2011

Matthew G. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street,
Suite 500,
Philadelphia, PA 19106-3697

Re: Chinese-Manufactured Drywall Products Liability Litigation // To: Stock Building Supply

Case No. 2047                 Sect L

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Stock Building Supply. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Leanne Martony

Log# 518943913

FedEx Tracking# 797380607123

cc: United States District Court for the Eastern District of Louisiana
    500 Poydras St,
    New Orleans, LA 70130-3373

 **CT Corporation**

123 East Marcy
Santa Fe, NM 87501

505 983 9122 tel
505 ~~~~~~~~
www.ctlegalsolutions.com

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 AUG -9 PM 12: 17

LORETTA G. WHYTE
CLERK

August 04, 2011

Matthew G. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street,
Suite 500,
Philadelphia, PA 19106-3697

Re: Chinese-Manufactured Drywall Products Liability Litigation // To: Stock Building Supply of Florida, LLC

Case No. 2047          Sect L

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Stock Building Supply of Florida, LLC is not listed on our records or on the records of the State of NM.

Very truly yours,

Leanne Martony

Log# 518943377

FedEx Tracking# 795049175571

cc: United States District Court for the Eastern District of Louisiana
    500 Poydras St,
    New Orleans, LA 70130-3373