UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                              MDL NO. 2047

                                                        SECTION: L

                                                        JUDGE FALLON
                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' STEERING COMMITTEE'S
MEMORANDUM IN SUPPORT OF
<u>MOTION TO COMPEL T. ROWE PRICE GROUP, INC.</u>

**MAY IT PLEASE THE COURT:**

A Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of T. Rowe Price Group, Inc. was filed on July 20, 2011. The 30(b)(6) deposition is currently set for August 29, 2011. (Exhibit "A" attached hereto.) A subpoena was prepared and served on T. Rowe Price Group, Inc. on July 22, 2011. The Proof of Service has been filed with the Court. (Exhibit "B" attached hereto). On August 8, 2011, T. Rowe Price Group, Inc. filed Objections to Plaintiffs' Subpoena Issued to Non-Party T. Rowe Price Group, Inc. (Exhibit "C" attached hereto). The PSC respectfully requests that the Court order T. Rowe Price Group, Inc. to produce a representative for the 30(b)(6) corporate deposition, and further, that the Court order T. Rowe Price Group, Inc. to produce the documents requested in the subpoena in advance of said deposition.

Counsel for T. Rowe Price Group, Inc. and undersigned counsel met and conferred on August 9, 2011 and discussed the objections filed by T. Rowe Price Group, Inc. T. Rowe Price Group, Inc. intends on filing a Motion to Quash the deposition, and the PSC has consented to a

continuance of the deposition until such time as the Motion to Quash is resolved. T. Rowe Price Group, Inc. has been advised that this Motion is being filed and that the initial issue that needs to be addressed with the Court involves T. Rowe Price Group, Inc.'s position that the documents requested may be in the possession of a T. Rowe Price Group, Inc. subsidiary and may not be in the possession of the parent, holding company to whom the subpoena has been issued, namely T. Rowe Price Group, Inc.

                                          Respectfully submitted,

Dated: August 10, 2011            /s/ Leonard A. Davis_____
                                          Russ M. Herman, Esquire
                                          Leonard A. Davis, Esquire
                                          Stephen J. Herman, Esquire
                                          HERMAN, HERMAN, KATZ & COTLAR, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          LDavis@hhkc.com
                                          *Plaintiffs' Liaison Counsel*
                                          *MDL 2047*

                                          Arnold Levin
                                          Fred S. Longer
                                          Levin, Fishbein, Sedran & Berman
                                          510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106
                                          215-592-1500 (phone)
                                          215-592-4663 (fax)
                                          Alevin@lfsblaw.com
                                          *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>PH: (757) 233-0009<br>Fax: (757) 233-0455 | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>PH: (919) 981-0191<br>Fax: (919) 981-0431 |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion to Compel has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of August, 2011.

I hereby further certify that the above and foregoing Memorandum in Support of Motion to Compel has been served on T. Rowe Price Group, Inc., through its attorney, Ward B. Coe, Gallagher Evelius & Jones, LLP, 218 N. Charles Street, Suite 400, Baltimore, Maryland, 21201, via email rcaldwell@gejlaw.com and via U.S. Mail, this 10th day of August, 2011.

    /s/ Leonard A. Davis_____
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com