## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------x
IN RE: CHINESE MANUFACTURED :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION       :  SECTION:  L
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:  :  JUDGE FALLON
            :
*Rogers, et al. v. Knauf Gips KG, et al.*, :  MAG. JUDGE WILKINSON
No. 10-0362 (E.D. La.)    :
-------------------------------------------------------x

### KNAUF DEFENDANTS' AMENDED MOTION TO STRIKE PLAINTIFFS DONALD AND ARLIOMEY AMBROISE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Knauf Defendants submit this amended motion to strike plaintiffs Donald and Arliomey Ambroise's notice of voluntary dismissal without prejudice (Rec. Doc. 10048) with the request that the referenced recorded document number 9989 contained in the body of the original motion to strike be substituted with the correct recorded document number 9985.  The Knauf Defendants also request that the correct recorded document number 9985 be substituted in the the supporting Memorandum (Rec. Doc. 10048-1) as well.

          Respectfully submitted,


          By:  /s/ Kyle A. Spaulding
          KERRY J. MILLER (#24562)
          KYLE A. SPAULDING (#29000)
          PAUL C. THIBODEAUX (#29446)
          FRILOT L.L.C.
          1100 Poydras Street
          Suite 3700
          New Orleans, LA 70163
          Telephone:  (504) 599-8194
          Facsimile:  (504) 599-8145
          Email:  kmiller@frilot.com

1

- AND –

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com


Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2011.

/s/ Kyle A. Spaulding