UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Gross, et al v. KNAUF GIPS KG, et al Civil Action No. 09-06690 | * * * * * * * * | MAGISTRATE: "2" -  JUDGE WILKINSON |

*****************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Mover and Defendant herein, Kelley Drywall, Inc. will bring its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12 (b)(2) and Rule 12 (b)(3) before the Honorable Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 17th day of August, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard.

                Respectfully submitted,

                s/ Glenn B. Adams
                GLENN B. ADAMS (2316)
                DENIA S. AIYEGBUSI (31549)
                Porteous, Hainkel & Johnson, L.L.P.
                704 Carondelet Street
                New Orleans, LA  70130
                Telephone:  (504) 581-3838
                Email: gadams@phjlaw.com
                Email: daiyegbusi@phjlaw.com
                *Attorneys for Kelley Drywall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that Kelley Drywall, Inc.'s above and foregoing Notice of Hearing of its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of August, 2011.

                                            s/ Glenn B. Adams
                                            GLENN B. ADAMS
                                            DENIA S. AIYEGBUSI