IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED | : | MDL NO. 2047 |
| | DRYWALL PRODUCTS | : | |
| | LIABIILTY LITIGATION | : | |
| | | : | |
| THIS DOCUMENT RELATES TO: | | : | SECTION: L |
| | | : | |
| Hobbie, et al v. RCR Holdings II, LLC, et al. | | : | JUDGE FALLON |
| No. 10-1113 | | : | |
| | | : | MAG. JUDGE WILKINSON |
| | | : | |

==========================================

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Arch Insurance Company's Motion to Modify Scheduling Order Dated

July 15, 2011, will be submitted for consideration on August 31, 2011 at 9:00 a.m.

Dated: August 11, 2011.

Respectfully Submitted,

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone: 954-370-1681

By:     /s/ Edward Etcheverry
        Edward Etcheverry
        Fla. Bar No. 856517

Hobbie, et al. v. RCR Holdings II, LLC
Case No. 2:10-cv-01113-EEF-JCW

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 11th day of August, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: ___/s/ Edward Etcheverry_____
    Edward Etcheverry
    Fla. Bar No. 856517