IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL  PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION:   L |
| RELATES TO: | * * | JUDGE FALLON |
| Guidry, et al v. Knauf, et al Case No. 09-4122  Meyer, et al v. KB Home, et al Case No. 09-6834  Pierson, et al v. Knauf, et al Case No. 09-6658 | * * * | MAG. JUDGE WILKINSON |

*************************************************************

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, comes Counsel for Plaintiffs, Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow him to withdraw Linda J. Nelson as counsel in the above-referenced matter.  Linda J. Nelson is no longer with the Lambert & Nelson, PLC firm.  Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case.  Further, Hugh P. Lambert prays that Linda J. Nelson be withdrawn from the above related cases.

                           Respectfully submitted,

                            /s/Hugh P. Lambert
                           HUGH P. LAMBERT (LA Bar #7933)
                           CAYCE C. PETERSON (LA Bar #32217)
                           LAMBERT & NELSON, PLC
                           701 Magazine Street
                           New Orleans, Louisiana 70130
                           Telephone: (504) 581-1750
                           Facsimile: (504) 529-2931
                           hlambert@lamnel.com

**CERTIFICATE OF SERVICE**

     I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of August, 2011.

                                        /s/Hugh P. Lambert
                                        HUGH P. LAMBERT, ESQ.