UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| LAURA HAYA, ET AL. | x | CASE NO: 11-1077 SECTION L |
| v. | x | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD. et al. | x | |

## DEFENDANT, WEST COAST DRYWALL CONSTRUCTION, INC.'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PROFILE FORMS

COMES NOW, Defendant, WEST COAST DRYWALL CONSTRUCTION, INC., by and through its undersigned counsel and file this, its Motion for Extension of Time to Respond to the Profile Forms and hereby states the following:

1. Defendant, WEST COAST DRYWALL CONSTRUCTION, INC., was served with Plaintiffs' Complaint on July 6, 2011.

2. The profile forms for this Defendant are due on August 15, 2011.

3. However, WEST COAST DRYWALL CONSTRUCTION, INC., has been diligently collecting the information needed to file the Installer Profile Forms, but has not yet received all of the information needed from third party sources.

4. Specifically, the profile forms call for information specific to each property that WEST COAST DRYWALL CONSTRUCTION, INC. performed work on. However, WEST COAST DRYWALL CONSTRUCTION, INC. needs further time in order to review its records

and ascertain which specific properties they performed work on, in order to adequately respond to the profile forms.

5. Rule 6(b)(1), *Federal Rules of Civil Procedure*, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

6. Thus, the Court in its discretion may order the period discussed in this Motion enlarged.

7. On August 10, 2011 counsel for WEST COAST DRYWALL CONSTRUCTION, INC. contacted opposing counsel to secure consent; however, opposing counsel has not responded to our call.

8. Defendant, WEST COAST DRYWALL CONSTRUCTION, INC., would hereby request an extension of 60 days to complete the Installer Profile Forms for the aforementioned reasons.

9. Thereby making this Defendant's Installer Profile Forms due on October 14, 2011.

10. This extension of responding to the Profile Forms will not prejudice any of the parties.

WHEREFORE, Defendant, WEST COAST DRYWALL CONSTRUCTION, INC., hereby requests this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to *E.D. La. L.R. 7.9*, undersigned counsel certifies that on August 10, 2011 undersigned counsel called Plaintiffs' Liaison Counsel to secure consent but was unable to obtain consent.

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

E-Mail:  bfitzsimmons@rumberger.com

Attorneys for Defendant West Coast Drywall Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this \_\_\_\_ day of August, 2011.

                                                                         /s/ *Robert V. Fitzsimmons*
                                                          ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant West Coast Drywall Construction, Inc.*

4306153v1                          4