UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- | X | ------------------------------------------- |
| | X | |
| LAURA HAYA, ET AL. | X | CASE NO: 11-1077 SECTION L |
| | X | |
| v. | X | |
| | X | |
| | X | |
| TAISHAN GYPSUM CO., LTD. f/k/a | X | |
| SHANDONG TAIHE DONGXIN CO., LTD. | X | |
| et al. | X | |
| | X | |
| ------------------------------------------------------- | X | ------------------------------------------- |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by WEST COAST DRYWALL CONSTRUCTION, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant WEST COAST DRYWALL CONSTRUCTION, INC. shall be granted until October 14, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-252, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of August, 2011.

                                                        _____
                                                        Honorable Eldon E. Fallon
                                                        United States District Judge