UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases **SEALED** | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received the attached correspondence from Daniel E. Becnel, Jr. requesting a meeting with the Court. Because of the personal nature of the correspondence, IT IS ORDERED that it is entered into the record UNDER SEAL. The Court is available to meet with Daniel Becnel and Russ Herman to discuss the issues in the correspondence following the monthly status conference on August 24, 2011.

New Orleans, Louisiana, this __10th__ day of August 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE