UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Sean Payton, et al.<br>Case No. 2:09-cv-07628;<br>Benes, et al.<br>Case No. 09-cv-06690 | * MDL No. 09-2047<br>*<br>*<br>* JUDGE FALLON<br>*<br>* MAGISTRATE WILKINSON<br>*<br>*<br>* |

ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by **Dupree Contractors, LLC**, **Dupree Construction Company, Inc. N/K/A Dupree Construction Company, LLC**, **Dupree Construction, Inc.**, **Dupree Contractors, Inc.**, AND **C.B. Dupree Construction, LLC**,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for **Dupree Contractors, LLC**, **Dupree Construction Company, Inc. N/K/A Dupree Construction Company, LLC**, **Dupree Construction, Inc.**, **Dupree Contractors, Inc.**, AND **C.B. Dupree Construction, LLC**, in the above-referenced Complaint(s).

New Orleans, Louisiana this 11th day of August 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA