UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
Sean and Beth Peyton, et al. v.
Knauf Gips KG, et al., No. 09-7628

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT **COMES**, James Ryan III, Timothy T. Roniger and Jeffrey A. Clayman and the law firm of James Ryan III & Associates, LLC, and states that they appeared as attorneys of record for Tikal Construction Company and now wish to withdraw as counsel of record.

This representation had previously been provided at the request of SUA Insurance Company to Tikal Construction Company pursuant to a policy of insurance with a full reservation of rights. SUA Insurance Company filed a Complaint for Declaratory Judgment against Tikal Construction Company, Divaldo Hernandez and Migdalia Hernandez in the United States District Court for the Middle District of Florida, Fort Meyer Division, seeking clarification of coverage issues raised by the language in the SUA Insurance Company policy as to any defense and indemnity obligations. The United States District Court for the Middle District of Florida, Fort Meyer Division issued an Order on March 23, 2011 and a Judgment on March 24, 2011 in favor of SUA Insurance Company on both the defense and indemnity obligations that are now final. Copies of the Order and Judgment in "SUA Insurance Company v. Tikal Construction Company, Divaldo Hernandez and Migdalia Hernandez" bearing number 2:10-CV-406-FEM-36DNF in the United States District Court for the Middle District of Florida, Fort Meyer Division are attached hereto as Exhibit "A."

Counsel, James Ryan III, Timothy T. Roniger, Jeffrey A. Clayman and the law firm of

{00123054-1 }

James Ryan III & Associates, LLC, seek an order at this time allowing them to withdraw as counsel of record in connection with the representation of Tikal Construction Company.

Respectfully submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

_____
**JAMES RYAN III (#11558)**
**TIMOTHY T. RONIGER (#11443)**
**JEFFREY A. CLAYMAN (#30442)**
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:   (504) 599-5990
Facsimile:    (504) 599-5991

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon, Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email, and to all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record in accordance with the procedures established in MDL 2047, on this the 12 day of August 2011.

_____
JAMES RYAN III

{00123054-1 }

2