UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

### STEADFAST INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S JOINT REQUEST FOR COPIES

**NOW INTO COURT**, through undersigned counsel, comes Steadfast Insurance Company ("Steadfast") and American Guarantee & Liability Insurance Company ("AGLIC"), who hereby request that counsel for Lexington Insurance Company and Chartis Specialty Insurance Company, McGlinchy Stafford and Hick, Porter, Ebenfeld & Stein, P.A., provide Steadfast and AGLIC with electronic or hard copies of documents received in response to Lexington Insurance Company and Chartis Specialty Insurance Company's subpoena to WCI Communities, Inc.

Steadfast and AGLIC agree to pay the reasonable costs of scanning and/or photocopying.

*Signature Block Follows*

1

This 12 day of August, 2011.                     Respectfully submitted:

*/s/ Wade Langlois, II*
THOMAS L. GAUDRY, JR. T.A. (# 5980)
WADE A. LANGLOIS, III (# 17681)
GAUDRY, RANSON, HIGGINS &
GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: 504-362-2466
Fax: 504-362-5938
E-mail: tgaudry@grhg.net
         wlanglois@grhg.net

*Local Counsel for Steadfast Insurance Company and American Guarantee Liability Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all Liaison counsel by and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12 day of August, 2011.

*/s/ Wade Langlois, II*