UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO ALL CASES.**

## <u>ORDER</u>

Considering the following motions to strike notice of voluntary dismissal filed by the

Knauf Defendants, record documents: 10047, 10049, 10050, 10051, 10052, 10053, 10060, IT IS

ORDERED that these motions are GRANTED.


New Orleans, Louisiana, this 11th  day of August 2011.

_____

UNITED STATES DISTRICT JUDGE