UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

IT IS ORDERED that the following motions are scheduled for hearing with oral argument following the monthly status conference on August 24, 2011:

(1) Plaintiff's Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) (R. Doc. 9935);

(2) the Plaintiffs' Steering Committee's ("PSC") Motion to Compel JP Morgan Chase & Co. (R. Doc. 10056); and

(3) the PSC's Motion to Compel T. Rowe Price Group, Inc. (R. Doc. 10058).

Responses in opposition to these motions are to be filed by August 19, 2011.

New Orleans, Louisiana, this 11th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE