UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al. | * * * | JUDGE FALLON (L) |
| vs. | * * | |
| TAISHAN GYPSUM CO., LTD., et al, Case No. 11-1077. | * * | MAG. WILKINSON (4) |

**ORDER ON DEFENDANT'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORM**

Upon consideration of Defendant, Carew Construction Inc.'s, *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Form,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED.

Defendant shall have up to and including August 31, 2011, to submit its respective Builder Profile Form as to the Plaintiff with claims against Defendant.

New Orleans, Louisiana this _____ day of _____ 2011.

**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**