UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD., et al, | * | MAG. WILKINSON (4) |
| Case No. 11-1077. | * | |

**DEFENDANT'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME**
**TO SUBMIT BUILDER PROFILE FORM**

Defendant, Sweet Interiors Inc. ("Sweet"), by and through its undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Sweet an enlargement of time in which to submit a Builder Profile Form in the above-referenced action.

Sweet is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Form pertaining to the applicable Plaintiff who has asserted claims against Sweet in this action.

WHEREFORE, Defendant, Sweet Interiors Inc., respectfully requests that this Court grant Sweet an extension of time, up to and including August 31, 2011, in order to submit the Builder Profile Form in the above referenced action.

YESLOW & KOEPPEL

/s/ Mark B. Yeslow
MARK B. YESLOW (614701)
1617 Hendry Street #205
Fort Myers, Florida 33901
Telephone: (239) 337-4343
Facsimile: (239) 337-5762
E-mail: mark@yklegal.com
Attorney for Defendant, Sweet Interiors, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August, 2011, this document has been served on Plaintiff's Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller and by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Mark B. Yeslow
MARK B. YESLOW