# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **MDL No. 2047** |
| | * | |
| | * | **JUDGE: FALLON** |
| | * | |
| **This Document relates to** | * | **MAG: WILKINSON** |
| | * | |
| *The North River Insurance Company v.* | * | |
| *Knauf International GmbH, et al*   **(11-1670)** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF THE NORTH RIVER INSURANCE COMPANY'S EX PARTE MOTION TO AUTHORIZE SERVICE OF PROCESS ON THE GERMAN DEFENDANTS AND FOR APPOINTMENT OF A SPECIAL PROCESS SERVER IN ACCORDANCE WITH THE HAGUE CONVENTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 4(c)(3) and (f), Plaintiff The North River Insurance Company ("North River"), files this Motion to Authorize Service of Process on the German Defendants and for Appointment of a Special Process Server in Accordance with The Hague Convention and in support thereof, states as follows:

1. On July 18, 2011, North River filed a Complaint against Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA, Knauf GIPS KG, Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Tianjin) Co., Ltd. seeking damages relating to Chinese-manufactured drywall.

2. North River respectfully requests this court appoint Process Forwarding International, and its designated agents, as a qualified process server to serve the German

Defendants:  Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA and Knauf GIPS KG in accordance with the Hague Convention or by other internationally acceptable means.

3.     Process Forwarding International is located at 633 Yesler Way, Seattle, Washington, 98104.

4.     Process Forwarding International, a wholly-owned subsidiary of ABC Legal Services, Inc., provides law firms and other entities assistance in the service of process and has experience in serving parties pursuant to the Hague Convention.

5.     Process Forwarding International has indicated that it will require approximately five business days to translate North River's Complaint and other necessary documents from English to German.  It has further advised that it will take approximately 60-90 days to receive proof of service from Germany.

WHEREFORE, Plaintiff The North River Insurance Company respectfully requests that this Court authorize Process Forwarding International, and its authorized agents, to serve process on the German Defendants:  Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA and Knauf GIPS KG in accordance with the Hague Convention or by other internationally acceptable means.

Respectfully submitted,

LOBMAN CARNAHAN BATT ANGELLE
& NADER

By: _____/s Eric B. Berger_____
            SIDNEY J. ANGELLE, ESQ.,
            La. Bar No. 1002
            ERIC B. BERGER, ESQ.
            La. Bar No. 26196

400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com

ATTORNEYS FOR PLAINTIFF
THE NORTH RIVER INSURANCE COMPANY


OF COUNSEL:

THOMPSON COE COUSINS & IRONS LLP
BRIAN S. MARTIN, ESQ.
KEVIN F. RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8210
Fax:  (713) 403-8299
bmartin@thompsoncoe.com