UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047  JUDGE: FALLON |
| This Document relates to | * * | MAG: WILKINSON |
| *The North River Insurance Company v. Knauf International GmbH, et al*   (11-1670) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF THE NORTH RIVER INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS EX PARTE MOTION TO AUTHORIZE SERVICE OF PROCESS ON THE GERMAN DEFENDANTS AND FOR APPOINTMENT OF A SPECIAL PROCESS SERVER IN ACCORDANCE WITH THE HAGUE CONVENTION**

Pursuant to the Federal Rules of Civil Procedure 4(c)(3) and (f), Plaintiff The North River Insurance Company ("North River"), files this memorandum in support of its Motion to Authorize Service of Process on the German Defendants and for Appointment of a Special Process Server in Accordance with the Hague Convention as states as follows:

Federal Rule of Civil Procedure 4(f) provides that service upon a foreign defendant may be done "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." The Hague Convention 1964 Revision was "intended to provide a simpler way to serve process abroad, to assure that defendants sued in foreign jurisdictions would received actual and timely notice of suit,

and to facilitate proof of service abroad." *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 698 (1988).  Germany is a signatory to the Hague Convention.  Pursuant to Article 2, each signatory nation must designate a Central Authority to accept requests of service from another signatory nation.  *Id.* at 99.  Under Article 5, once the Central Authority receives a request for service in the proper form, it must serve the documents by a method outlined by the law of the recipient nation or that designated by the requester, provided it is compatible with the receiving nation's law.  *Id*.  The Central Authority must then provide a certificate of service certifying that service occurred.  *Id*.

North River seeks to appoint Process Forwarding International, and its authorized agents, to serve process on the German Defendants, Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA and Knauf GIPS KG, in the above-captioned action, in accordance with the Hague Convention or by other internationally acceptable means.  *See generally*, Fed. R. Civ. P. 4(c)3 and (f).

WHEREFORE, Plaintiff The North River Insurance Company respectfully requests that this Court authorize Process Forwarding International, and its authorized agents, to serve process on the German Defendants, Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA and Knauf GIPS KG, in accordance with the Hague Convention or by other internationally acceptable means.

              Respectfully submitted,

              LOBMAN CARNAHAN BATT ANGELLE
                & NADER

              By: _____/s Eric B. Berger_____
                SIDNEY J. ANGELLE, ESQ.,

        La. Bar No. 1002
        ERIC B. BERGER, ESQ.
        La. Bar No. 26196
        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com

        ATTORNEYS FOR PLAINTIFF
        THE NORTH RIVER INSURANCE COMPANY

OF COUNSEL:

THOMPSON COE COUSINS & IRONS LLP
BRIAN S. MARTIN, ESQ.
KEVIN F. RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8210
Fax: (713) 403-8299
bmartin@thompsoncoe.com