# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 |
| | * | JUDGE: FALLON |
| This Document relates to | * | MAG: WILKINSON |
| *The North River Insurance Company v. Knauf International GmbH, et al* (11-1670) | * * | |

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDERED that <u>Plaintiff, The North River Insurance Company's Ex Parte Motion to Authorize Service of Process on the German Defendants and For Appointment of a Special Process Server In Accordance With The Hague Convention</u> is **GRANTED** and Process Forwarding International, including its designated agents, is appropriate and authorized to effect service of process on the defendants Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA and Knauf GIPS KG in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

This ___ day of _____, 2011

_____
U.S. District Judge