# EXHIBIT 1

UNITED STATES DISTRICT
COURT EASTERN
DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 09-2047<br>*<br>*  SECTION: L<br>*<br>*  JUDGE FALLON<br>*  MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, et al., v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 11-1077<br>Section L (Omni IX) (E.D.La.) | *<br>*<br>*<br>*<br>*<br>* |

*********************************************

STATE OF FLORIDA
COUNTY OF ST. LUCIE

## AFFIDAVIT OF EUGENE B. MACK

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Eugene B. Mack, who, after being duly sworn, states as follows:

1. At all relevant times, I served as Regional Manager on behalf of Allied Building Products Corp., d/b/a Southern Atlantic Supply Division Corp. (incorrectly identified in the Complaint as Southern Atlantic Supply Division Corp. d/b/a Allied Building Products Corp.) ("Southern Atlantic"), a New Jersey Corporation with its principal place of business located in New Jersey.

2. In this capacity, I am familiar with the nature of the business, including the general, day-to-day operations of Southern Atlantic.

3. I am of proper age, sound mind, and capable of providing this Affidavit.

4. Southern Atlantic is not authorized to do, and has never done, business in the State of Louisiana.

5. I am not personally, nor in my capacity as a Regional Manager on behalf of Southern Atlantic, aware of Southern Atlantic selling any products in the State of Louisiana.

6. I am not personally, nor in my capacity as a Regional Manager on behalf of Southern Atlantic, aware that Southern Atlantic has ever advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

7. I am not personally, nor in my capacity as a Regional Manager on behalf of Southern Atlantic, aware of Southern Atlantic ever receiving any business from any contacts in the State of Louisiana, whether individual customers or business customers.

8. Southern Atlantic does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana

9. Southern Atlantic does not, and has never solicited any business in the State of Louisiana.

[signature on next page]

By: _____
     Eugene B. Mack
     Southern Atlantic Supply
     Division Corp. d/b/a Allied
     Building Products Corp.

Sworn to and subscribed
before me this 15 day
of August, 2011.

_____
Notary Public

LESLIE SALES
MY COMMISSION # DD893716
EXPIRES: August 24, 2013
FL Notary Discount Assoc. Co.

4