IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

This document relates to:

LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. L.
CASE NO. 11-1077 Section L (Omni IX)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Allied Building Products Corp., d/b/a Southern Atlantic Supply Division Corp. (incorrectly identified as Southern Atlantic Supply Division Corp. d/b/a Allied Building Products Corp.) have filed the attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on August 31, 2011.

**OLDCASTLE LAW GROUP**
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
Telephone (770) 392-5300
Facsimile (770)392-5305

/s/ M. Craig Hall
M. Craig Hall
Georgia Bar No. 319220
David M. Toolan
Georgia Bar No. 714620


ATTORNEYS FOR DEFENDANT
ALLIED BUILDING PRODUCTS CORP.
d/b/a SOUTHERN ATLANTIC SUPPLY
DIVISION CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

This 15th day of August 2011.

/s/ M. Craig Hall
M. Craig Hall
GBN: 319220
Counsel for Defendant

Oldcastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5300
(facsimile) 770/392/5305
Craig.Hall@Oldcastlelaw.com