UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

On May 26, 1011, the Court issued a Minute Entry directing counsel for Taishan and counsel for parties with claims against Taishan to meet-and-confer regarding discovery and deposition issues.  *See* (R. Doc. 9107).  Since that time, the parties have met-and-conferred, attended regular conferences with the Court, and submitted correspondence to the Court detailing the progress and issues involved with the discovery and depositions.  The Court finds it appropriate at this time for the parties to file into the record supplemental briefs on their respective positions as to the discovery and depositions.  IT IS ORDERED that these supplemental briefs are to be filed with the Court, in lieu of the previously required correspondence, by August 22, 2011.

New Orleans, Louisiana, this 12th day of August 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE