

**CT Corporation**   1200 S. Pine Island Road   www.ctlegalsolutions.com
Plantation, FL 33324



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 AUG 15 PM 1: 39
LORETTA G. WHYTE
CLERK

August 08, 2011

Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500,
Philadelphia, PA  19106

Re: Laura Haya, et al., Pltfs. vs. Taishan Gypsum Co., Ltd., etc., et al. including McCar Homes, Inc., Dfts.

Case No. 11-1077 L

Dear Sir/Madam:

We are returning the Letter, Motion(s), Certificate(s) of Service, Proposed Order, Amended Certificate of Service, List(s) which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of FL on 08/06/2011. Service can no longer be taken for this entity.

Very truly yours,

*Michelle C. L.*
For Donna Moch
Service of Process Manager

Log# 518953166

FedEx Tracking# 797387892358

cc: Eastern District of Louisiana - U.S. District Court
Loretta G. Whyte, Clerk,
500 Poydras Stret,
C-151 U.S. Courthouse,
New Orleans, LA  70130-3367