UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO: LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al.;
Case No. 11-1077

## GIBSON & ANDERSON CONSTRUCTION, INC.'S MOTION TO DISMISS

COMES NOW Defendant, Gibson & Anderson Construction, Inc., by and through the undersigned counsel, and moves this Honorable Court to issue and Order dismissing Plaintiffs' claims under Fed. R. Civ. P. 12 (b) (2) and (3) for the reasons articulated in the attached memorandum. Specifically, Gibson & Anderson Construction, Inc. is not subject to, nor has it submitted to, the jurisdiction of this Court and, accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Gibson & Anderson Construction, Inc.

WHEREFORE, PREMISES CONSIDERED, defendant Gibson & Anderson Construction, Inc. prays that its Motion to Dismiss pursuant to Fed. R. Civ. P. 12 be granted and that this Honorable Court dismiss the plaintiffs' claims against Gibson & Anderson Construction, Inc. and this Court does not have personal jurisdiction over Gibson & Anderson Construction, Inc. and the Eastern District of

Louisiana is an improper venue for any claims against Gibson & Anderson Construction, Inc..

Respectfully submitted on this the 15th day of August, 2011.

/s/Greer B. Mallette
Greer B. Mallette (MAL025)
Attorney for Gibson & Anderson Construction, Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, AL 35203-2696
Telephone: 205-795-6588
Facsimile: 205-328-7234

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Greer B. Mallette
OF COUNSEL