UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

JUDGE FALLON
MAG. JUDGE WILKINSON

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

THIS DOCUMENT RELATES TO: LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al.;
Case No. 11-1077

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

## GIBSON & ANDERSON CONSTRUCTION, INC.'S REQUEST FOR ORAL ARGUMENT

COMES NOW Defendant, Gibson & Anderson Construction, Inc., by and through the undersigned counsel, and pursuant to Local Rule 781E respectfully requests oral argument on its Motion to Dismiss on the grounds oral argument will better enable the parties and the Court to address the legal issues presented in the Motion.

Respectfully submitted on this the 15th day of August, 2011.

/s/Greer B. Mallette
Greer B. Mallette (MAL025)
Attorney for Gibson & Anderson Construction, Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP

505 20th Street North
Suite 1800 Financial Center
Birmingham, AL  35203-2696
Telephone: 205-795-6588
Facsimile: 205-328-7234

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 15th day of August, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                /s/ Greer B. Mallette
                                                OF COUNSEL