IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | SECTION:   L |
| RELATES TO: | * * | JUDGE FALLON |
| *Guidry, et al v. Knauf, et al* Case No. 09-4122<br>*Meyer, et al v. KB Home, et al* Case No. 09-6834<br>*Pierson, et al v. Knauf, et al* Case No. 09-6658 | * * * | MAG. JUDGE WILKINSON |

**************************************************************

## ORDER

Considering the above and foregoing Motion to Withdraw:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is hereby withdrawn as counsel in the above-related cases.   Hugh P. Lambert will remain as counsel of record.

Thus done and signed this 15th day of August, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE