## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

SECTION I

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Rogers, et al v. Knauf Gips, Kg, et al;
Cause No. 10-0362

MAGISTRATE JUDGE WILKINSON

_____/

## PLAINTIFF, ED BELFOUR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, I.B.S.A, INC. ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiff, ED BELFOUR, hereby dismisses without prejudice Defendant, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only from Plaintiffs' Omnibus Complaint Two (2). Each party is to bear its own attorneys' fees and costs.

Dated this 16th day of August, 2011.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, herman, katz & Cotlar, LLP.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiff's Liaison Counsel*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel MDL

# EXHIBIT A



**B A R O N  B  B U D D, P.C.°**

DALLAS  |  AUSTIN  |  LOS ANGELES  |  BATON ROUGE  |  MIAMI

800.222.2766      3102 Oak Lawn Avenue
tel 214.521.3605              Suite 1100
fax 214.520.1181    Dallas, TX 75219-4281

August 3, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
Rogers, et al v. Knauf Gips KG, et al, Cause No. 10-0362, MDL-2047, Eastern
District of Louisiana
Plaintiff(s): Ed Belfour**

Dear Russ and Lenny:

My client, Ed Belfour, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign
any appropriate documents and/or pleadings on their behalf to voluntarily dismiss
INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only, without prejudice, in the
above matter.

Thank you for your cooperation in this matter.

Sincerely,

Robert B. Brown
RBB/pcd