UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                             SECTION l

PAYTON, ET AL                                         JUDGE FALLON
v.
                                                      MAGISTRATE JUDGE WILKINSON
KNAUF GIPS KG, ET AL;
CASE NO. 09-7628
_____/

### PLAINTIFF, STEPHANIE STEINER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, I.B.S.A, INC. ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiff, STEPHANIE STEINER, hereby dismisses without prejudice Defendant, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only from Plaintiffs' Omnibus Complaint One (1). Each party is to bear its own attorneys' fees and costs.

Dated this 16th day of August, 2011.

                                            Respectfully submitted,

                                            /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            Herman, herman, katz & Cotlar, LLP.
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiff's Liaison Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel MDL

# EXHIBIT A



**BARON BUDD, P.C.**   DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

August 3, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Payton, et al v. Knauf Gips KG, et al, Cause No. 09-7628, MDL-2047, Eastern
      District of Louisiana
      Plaintiff(s): Stephanie Steiner

Dear Russ and Lenny:

My client, Stephanie Steiner, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only, without prejudice, in the above matter.

Thank you for your cooperation in this matter.

Sincerely,

Robert B. Brown
RBB/pcd