UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

SECTION l

PAYTON, ET AL
v.

JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

KNAUF GIPS KG, ET AL;
CASE NO. 09-7628

_____/

## PLAINTIFF, JUSTIN METZL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, I.B.S.A, INC. ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiff, JUSTIN METZL, hereby dismisses without prejudice Defendant, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only from Plaintiffs' Omnibus Complaint One (1). Each party is to bear its own attorneys' fees and costs.

Dated this 16th day of August, 2011.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, herman, katz & Cotlar, LLP.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiff's Liaison Counsel*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

                                              /s/ Leonard A. Davis
                                              Leonard A. Davis, Esquire
                                              Herman, Herman, Katz & Cotlar, LLP
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              LDavis@hhkc.com
                                              Plaintiffs' Liaison Counsel MDL

# EXHIBIT A



BARON BUDD, P.C.®   DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

August 3, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
Payton, et al v. Knauf Gips KG, et al, Cause No. 09-7628, MDL-2047, Eastern
District of Louisiana
Plaintiff(s): Justin Metzl**

Dear Russ and Lenny:

My client, Justin Metzl, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., only, without prejudice, in the above matter.

Thank you for your cooperation in this matter.

Sincerely,

Robert B. Brown
RBB/pcd