UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) _____ / | JUDGE FALLON MAG. JUDGE WILKINSON |

### DEFENDANT TAYLOR MORRISON SERVICES, INC. AND TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CHARTIS SPECIALITY INSURANCE

Developer/Builder Defendants and Cross-Claimants Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C., (collectively, "Taylor Morrison") by and through undersigned counsel, in the above-numbered and entitled action, hereby files this Notice of Voluntary Dismissal Without Prejudice as to its Cross-Claims against Insurance Company Defendant Chartis Specialty Lines Insurance Company, f/k/a American International Specialty Lines Insurance Company, in the above captioned matter as it pertains to Case No.: 2:10-cv-932. Taylor Morrison reserves all of its rights as to and against all other named parties to the Chinese-Manufactured Drywall Products Liability Litigation.

Dated: August 16, 2011                               Respectfully submitted,

                                                     /s/ Neal A. Sivyer
                                                     Neal A. Sivyer
                                                     Florida Bar No. 373745
                                                     **SIVYER BARLOW & WATSON, P.A.**
                                                     401 E. Jackson Street, Suite 2225
                                                     Tampa, Florida  33602
                                                     Telephone:  (813) 221-4242
                                                     Facsimile:   (813) 227-8598

1

## CERTIFICATE OF SERVICE

       I HEREBY certify that on August 16, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

       /s/ Neal A. Sivyer  
       Neal A. Sivyer