UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Laura Haya, et al v. Taishan Gypsum Co. Ltd., et al<br>Case No. 2:2011-cv-01077 | MAGISTRATE JUDGE WILKINSON |

**EXPARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORMS**

Defendant, Great Southern Homes, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit a Profile Form to Plaintiff's Liaison Counsel, and in support thereof states as follows:

1. On or about July 6, 2011, Great Southern Homes, Inc. was served with Omnibus Class Action Complaint IX.

2. On March 9, 2010, the Court entered Pre-trial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Forms. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4. An extension will neither prejudice any of the parties, nor delay this matter.

5. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

-3-

WHEREFORE, Defendant, Great Southern Homes, Inc., hereby respectfully requests a thirty (30) day extension from the filing of this Motion, or until September 15, 2011, in which to complete and submit the appropriate Profile Form.

    Respectfully submitted,

    **PHELPS DUNBAR LLP**


    BY:     /s/ Brent B. Barriere
        Brent B. Barriere (La. Bar No. 2818)
        Susie Morgan (La. Bar No. 9715)
        D. Skylar Rosenbloom (La Bar No. 31309)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email: Brent.barriere@phelps.com
            Susie.morgan@phelps.com
            Skylar.rosenbloom@phelps.com

    **ATTORNEYS FOR DEFENDANT, GREAT SOUTHERN HOMES, INC.**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Exparte Motion for Extension of Time to Submit Profile Forms* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2011.

/s/ Brent B. Barriere