UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Laura Haya, et al v. Taishan Gypsum Co. Ltd., et al<br>Case No. 2:2011-cv-01077 | MAGISTRATE JUDGE WILKINSON |

**ORDER**

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Great Southern Homes, Inc. is hereby granted a thirty (30) day extension of time, or until September 15, 2011, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
J U D G E