UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, Daniel Haya and Irene Haya, et al. V. Taishan Gypsum Co., LTD., et al, Case No. 11-1077 | |

### JOHN AND SUSAN FLYNN'S AND BRETT ZARROFF AND PERLA LICHI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LAURIS BOULANGER, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, John and Susan Flynn, and Brett Zarroff and Perla Lichi, hereby dismiss without prejudice all of their claims against Defendant, Lauris Boulanger, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs, John and Susan Flynn, and Brett Zarroff and Perla Lichi, shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for Plaintiffs, John and Susan Flynn, and Brett Zarroff and Perla Lichi, dated August 8, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: August 16, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

                    /s/ Leonard A. Davis
                    Leonard A. Davis, Esquire
                    Herman, Herman, Katz & Cotlar, LLP
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    LDavis@hhkc.com
                    Plaintiffs' Liaison Counsel
                    MDL 2047

# EXHIBIT "A"

## ALLISON GRANT, P.A.
### ATTORNEY AT LAW

950 Peninsula Corporate Circle
Suite 2011
Boca Raton, Florida 33487
Phone: 561.994.9646
Fax: 561.431.4627
agrant@allisongrantpa.com

August 8, 2011

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Laura Haya, Daniel Haya and Irene Haya, et al. v. Taishan Gypsum Co., LTD., et al., Case No. 11-1077

Dear Mr. Herman and Mr. Davis:

My clients, John and Susan Flynn, and Brett Zarroff and Perla Lichi, authorize Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Lauris Boulanger, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

Allison Grant, Esq.