# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT W. BLOCK, III, et al V.<br>GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al<br>Case No. 11-1363 | |

## ADRIANA GIMENEZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT(S), PAUL HOMES OF FLORIDA, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Adriana Gimenez, hereby dismisses without prejudice all of her claims against DEFENDANT(s) Paul Homes Of Florida, LLC, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Adriana Gimenez shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Kelly Reddell, counsel for Adriana Gimenez, dated August 5, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 16, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"



BARON BUDD, P.C.®   DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

August 5, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
**Robert W. Block, III, et al V. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al,**
**Case No. 11-1363**

Dear Russ and Lenny:

My client(s), Adriana Gimenez, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant(s) Paul Homes Of Florida, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Kelly Reddell
Kelly Reddell