UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-1363 | |

### RICHARD AND BONNIE FULKS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT(S), PAUL HOMES OF FLORIDA, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Richard and Bonnie Fulks, hereby dismisses without prejudice all of their claims against DEFENDANT(s) Paul Homes Of Florida, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Richard and Bonnie Fulks shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Kelly Reddell, counsel for Richard and Bonnie Fulks, dated August5, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                            Respectfully submitted,

Dated: August 16, 2011            /s/ Russ M. Herman
                                           Russ M. Herman, Esquire (Bar No. 6819)
                                           Leonard A. Davis, Esquire (Bar No. 14190)
                                           Stephen J. Herman, Esquire (Bar No. 23129)
                                           HERMAN, HERMAN, KATZ & COTLAR, LLP
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           LDavis@hhkc.com
                                           *Plaintiffs' Liaison Counsel*
                                           *MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

                                              /s/ Leonard A. Davis
                                              Leonard A. Davis, Esquire
                                              Herman, Herman, Katz & Cotlar, LLP
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              LDavis@hhkc.com
                                              Plaintiffs' Liaison Counsel
                                              MDL 2047

# EXHIBIT "A"



| | DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

August 5, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
**Robert W. Block, III, et al V. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al,**
**Case No. 11-1363**

Dear Russ and Lenny:

My client(s), Richard and Bonnie Fulks, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant(s) Paul Homes Of Florida, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Kelly Reddell
Kelly Reddell