UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al., Case No.: 2:11-cv-01363-EEF-JCW | * * * * * | MAG. JUDGE WILKINSON |

******************************************************

JULIUS AND JESSICA BROUSSARD'S

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Julius and Jessica Broussard, hereby dismiss without prejudice all of their claims against defendant Anglada Drywall & Painting in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for

00409306.WPD

Julius and Jessica Broussard, dated August 15, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00409306.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of August, 2011.

/s/ *Leonard A. Davis*

Herman, Herman, Katz & Cotlar, LLP

820 O'Keefe Avenue

New Orleans, LA 70113

Tel: (504) 581-4892

Fax: (504) 561-6024

LDavis@hhkc.com

*Plaintiffs' Liaison Counsel, MDL 2047*

00409306.WPD

# EXHIBIT "A"

# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard M. Lewis | Matthew C. Bouchard ** | 3700 Glenwood Avenue, Suite 410 | **Charlotte Office** |
| James A. Roberts, III | Paul C. McCoy | Raleigh, North Carolina 27612 | 6060 Piedmont Row Drive South, Suite 140 |
| Winston L. Page, Jr. | Sarah C. Blair | Mailing Address | Charlotte, NC 28287 |
| Timothy S. Riordan | Scott C. Harris | Post Office Box 17529 | Telephone (704) 347-8990 |
| Daniel K. Bryson | Melissa K. Walker | Raleigh, NC 27619-7529 | Facsimile (704) 347-8929 |
| John D. Elvers | William J. Blakemore | | |
| Brian D. Lake | J. Timothy Wilson | (888) 981-0939 | |
| John H. Ruocchio | Brooke N. Albert | Telephone (919) 981-0191 | |
| Gary V. Mauney | Mallory E. Williams | Facsimile (919) 981-0199 | |
| Kimberly R. Wilson * | Jessica E. Bowers | | Daniel K. Bryson |
| Jeffrey A. Misenheimer | Matthew E. Lee | | Direct Dial: (919) 719-8526 |
| Paul R. Dickinson, Jr. | Paige L. Pahlke | | Email: dkb@lewis-roberts.com |

\* Also Admitted in W. VA        \*\* Also Admitted in MA

August 15, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

  In Re:  Chinese Manufactured Drywall Products Liability Litigation
       Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.
       Case No.: 2:11-cv-01363-EEB-JCW

Dear Lenny and Russ:

  My clients, Julius and Jessica Broussard, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Anglada Drywall and Painting, in the above matter.

  If you have any questions, please feel free to contact our office.

                              Very truly yours,

                              [signature]

                              Daniel K. Bryson

{00412119.DOC}