UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Wiltz v. Beijing New Building Material, et al.* Case No. 10-361-EEF-JCW | MAG. JUDGE WILKINSON |

---------------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' FRANCISCO A. SULEN AND DIANA L. KING'S CLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs, Francisco A. Sulen and Diana L. King, hereby voluntarily dismiss without prejudice all of their claims in this lawsuit. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Francisco A. Sulen and Diana L. King, dated August 18, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

    Respectfully submitted,

August 18, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of August, 2011.

/s/ Leonard A. Davis  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Phone: (504) 581-4892  
Fax: (504) 561-6024  
LDavis@hhkc.com  
Plaintiffs' Liaison Counsel  
MDL 2047