UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd..,*<br>*f/k/a Shandong Taihe Dongxin Co., Ltd., et.*<br>*al.*, Case No. 2:11-cv-080 (E.D.La.) | |

**CHARLES AND TRACY BOWDEN'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF LOWE'S HOME CENTERS, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Charles and Tracy Bowden, hereby dismiss, without prejudice, all of their claims against DEFENDANT, Lowe's Homes Centers, Inc., in *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Charles and Tracy Bowden shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is a correspondence from Salvadore Christina, counsel for Charles and Tracy Bowden, dated August 18, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: August 18, 2011          /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhkc.com
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal, Without Prejudice, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of August, 2011.

          /s/ Leonard A. Davis
          Leonard A. Davis, Esquire
          Herman, Herman, Katz & Cotlar, LLP
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          LDavis@hhkc.com
          Plaintiffs' Liaison Counsel
          MDL 2047