# Exhibit A

**Matthew Gaughan**

**From:** Salvadore Christina [SChristina@becnellaw.com]
**Sent:** Monday, August 15, 2011 3:52 PM
**To:** Matthew Gaughan
**Subject:** RE: CDW - Lowe's

Yes that is fine.

Salvadore Christina, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax:    985.536.6445

This document is intended for the use of the person to whom it
is addressed.  It may contain information that is privileged,
confidential, and exempt from disclosure under applicable law.
If you are not the intended recipient, any dissemination,
distribution, copying, or use of this document is strictly
prohibited.  If you have received this communication in error,
please delete it from your inbox.

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Friday, August 12, 2011 4:37 PM
**To:** Salvadore Christina
**Subject:** Re: CDW - Lowe's

Bell or Bowden - i don't have in front of me at moment but one of the plaintiffs we dismissed from omni III(a).

Sent from my iPhone

On Aug 12, 2011, at 5:05 PM, "Salvadore Christina" <SChristina@becnellaw.com> wrote:

>   What client?
>
>
>
>   Salvadore Christina, Jr.
>
>   Becnel Law Firm, LLC
>
>   P.O. Drawer H
>
>   Reserve, LA 70084
>
>   Phone: 985.536.1186
>
>   Fax:    985.536.6445

1

This document is intended for the use of the person to whom it

is addressed.  It may contain information that is privileged,

confidential, and exempt from disclosure under applicable law.

If you are not the intended recipient, any dissemination,

distribution, copying, or use of this document is strictly

prohibited.  If you have received this communication in error,

please delete it from your inbox.

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Wednesday, August 10, 2011 10:15 AM
**To:** Salvadore Christina
**Subject:** RE: CDW - Lowe's

Salvadore – this client also has a claim against Lowe's in Omni VII – is it ok for us to dismiss this claim as well?  Matt.

**From:** Salvadore Christina [mailto:SChristina@becnellaw.com]
**Sent:** Thursday, June 23, 2011 3:40 PM
**To:** Matthew Gaughan
**Subject:** RE: CDW - Lowe's

No we do not.

Salvadore Christina, Jr.

Becnel Law Firm, LLC

P.O. Drawer H

Reserve, LA 70084

Phone: 985.536.1186

Fax:    985.536.6445

This document is intended for the use of the person to whom it

is addressed.  It may contain information that is privileged,

confidential, and exempt from disclosure under applicable law.

If you are not the intended recipient, any dissemination,

distribution, copying, or use of this document is strictly

prohibited.  If you have received this communication in error,

please delete it from your inbox.

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Thursday, June 23, 2011 2:39 PM
**To:** Salvadore Christina
**Cc:** Cheryl Hesson; Daniel Becnel
**Subject:** RE: CDW - Lowe's
**Importance:** High

Salvadore – we have been in contact with counsel for Lowe's and he is requesting that we dismiss the claims of plaintiffs who did not timely opt out of the Lowe's class settlement in Georgia state court. We are required to dismiss such claims in accordance with the agreed stay order between the PSC and Lowe's. Since you did not opt Bell or Bowden out of the Lowe's class settlement, we will be filing a dismissal of these clients' claims against Lowe's unless we here otherwise from you within the next 24 hours. Please immediately advise us if you have any objection to us making this filing. Matt.

Matthew C. Gaughan, Esquire

Levin, Fishbein, Sedran & Berman

Counselors at Law and Proctors in Admiralty

510 Walnut Street - Suite 500 Philadelphia, PA 19106-3697

Tele: 215-592-1500 - Fax: 215-592-4663

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Cheryl Hesson
**Sent:** Thursday, June 23, 2011 3:22 PM
**To:** Matthew Gaughan
**Subject:** FW: CDW - Lowe's

---

**From:** Salvadore Christina [mailto:SChristina@becnellaw.com]
**Sent:** Wednesday, May 18, 2011 7:48 PM
**To:** Cheryl Hesson
**Subject:** RE: CDW - Lowe's

Cheryl the information is correct on Bell and Bowden.

Salvadore Christina, Jr.

Becnel Law Firm, LLC

P.O. Drawer H

Reserve, LA 70084

Phone: 985.536.1186

Fax:    985.536.6445

This document is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying, or use of this document is strictly prohibited. If you have received this communication in error, please delete it from your inbox.

**From:** Cheryl Hesson [mailto:CHesson@lfsblaw.com]
**Sent:** Wednesday, May 18, 2011 12:50 PM
**To:** Jennifer Crose; Salvadore Christina; Matthew Moreland
**Subject:** CDW - Lowe's
**Importance:** High


FROM MATT GAUGHAN:

It is still our understanding that you have not opted out your clients, Charles and Tracy Bowden and Gregory Bell. Please let us know no later than May 27, 2011 if this information is incorrect. Otherwise, our motion will state that these clients have failed to opt out and therefore the complaint is not being served on behalf of these clients.



**Cheryl A. Hesson, Paralegal**
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
**510 Walnut Street**
**Suite 500**
**Philadelphia, PA 19106**
**(215) 592-1500**
**(215) 592-4663 - fax**
**www.lfsblaw.com**
**CONFIDENTIALITY NOTE:** This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.