UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

## DEFENDANT PONCE RIVIERA, LLC'S ANSWER TO COMPLAINT IN INTERVENTION I(B) AND COMPLAINT IN INTERVENTION I(C)

COMES NOW, Defendant, PONCE RIVIERA, LLC, ("PONCE') by and through the undersigned counsel and in accordance with the applicable rules of procedure, and files its Answer and to Plaintiffs' Bonnie and John H. Adams, II, et al., Omnibus Class Action Complaint in Intervention I (C) and Plaintiffs' Benjamin and Jennifer ABT, et al, Ominbus Class Action Complaint in Intervention I (B) and states as follows:

1. On or about April 12, 2010 PONCE filed its Answer and Affirmative Defenses to Plaintiffs' Complaint, a copy of which is attached hereto as Exhibit "A", and incorporated herein.

2. On or about November 17, 2010 PONCE file its Answer and Affirmative Defenses to Plaintiffs' Amended Complaint, a copy of which is attached hereto as Exhibit "B", and incorporated herein.

3. Subsequently PONCE was served with Plaintiffs' Bonnie and John H. Adams, II, et al., Omnibus Class Action Complaint in Intervention I (C) on March 30, 2011 and Plaintiffs'

LAW OFFICES
**DANIELS, KASHTAN, DOWNS, ROBERTSON & MCGIRNEY**
3300 PONCE DE LEON BOULEVARD · CORAL GABLES, FLORIDA 33134 · TELEPHONE 305. 448.7988 · FAX 305. 448.7978

Benjamin and Jennifer ABT, et al, Ominbus Class Action Complaint in Intervention I (B) on May 3, 2011 (hereinafter referred to as "Complaints").

4. None of the allegations in the Complaints are related to PONCE. Nevertheless PONCE hereby incorporates their previous Answer and Affirmative Defenses in respect to the Complaints.

5. In addition, PONCE specifically denies any and all claims or allegations asserted in the Complaints that can be construed against it.

6. PONCE reserves the right to amend this Answer as necessary.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Answer to Complaint in Intervention I(B) and Complaint in Intervention I(C)** has been served on Plaintiffs' Liaison counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis file & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of August, 2011.

DANIELS, KASHTAN, DOWNS &
ROBERTSON & MCGIRNEY
Counsel for Defendants
3300 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA 33134
305 448-7988 Telephone
305 448-7978 FAX

By: _____
JEREMY C. DANIELS, ESQ.
FLA. BAR NO. 0493643

P:\EDSISS\DOCS\1009\6409\FM6311.DOC