UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.<br>CASE NO.: 11-1077 (Omni IX) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORMS

Defendant, Shoma Development Corp., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit the required Profile Forms to Plaintiff's Liaison Counsel, and in support thereof states as follows:

1. On or about July 11, 2011, Shoma Development Corp. was served with Omnibus Class Action Complaint IX.

2. On March 9, 2010, the Court entered Pre-trial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Forms. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4. An extension will neither prejudice any of the parties, nor delay this matter.

5. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, Shoma Development Corp., hereby respectfully requests a thirty (30) day extension from the filing of this Motion, or until September 19, 2011, in which to complete and submit the appropriate Profile Forms.

        **AKERMAN SENTERFITT**
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, FL  33301-2229
        Phone:  (954) 463-2700
        Fax:  (954) 463-2224

        /s/ Stacy Bercun Bohm
            Stacy Bercun Bohm, Esq.
            Florida Bar Number:  022462
            Email:  stacy.bohm@akerman.com
            Leslie Miller Tomczak, Esq.
            Florida Bar No.:  126489
            Email:  leslie.tomczak@akerman.com

            Frank Silva, Esquire
            Florida Bar Number:  925888
            General Counsel
            Shoma Development Corp.
            3470 NW 82nd Avenue - Suite 988
            Doral, Florida 33122
            Telephone: (786) 437-8658
            Facsimile: (786) 437-8606

*Attorneys for Defendant Shoma Development Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of August, 2011.

/s/ Stacy Bercun Bohm