# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.<br>CASE NO.: 11-1077 (Omni IX) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## ORDER ON DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Shoma Development Corp.'s, Ex Parte Motion for Extension of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendant's Ex Parte Motion is GRANTED.

Defendant shall have up to and including September 19, 2011, in which to complete and submit the appropriate Builder Profile Forms.

New Orleans, Louisiana this _____ day of _____, 2011.

                                                                  HONORABLE ELDON E. FALLON
                                                                  UNITED STATES DISTRICT JUDGE