# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
LAURA HAYA, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 11-1077, SECT. L. MAG 2

## MOTION TO DISMISS MAZER'S DISCOUNT HOME CENTERS, INC. AS DEFENDANT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Mazer's Discount Home Centers, Inc. ("Mazer's"), appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court to enter an Order dismissing all of Plaintiffs' claims against it in this lawsuit for lack of personal jurisdiction and standing, or in the alternative, transferring this case to the United States District Court for the Northern District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1406(a). Mazer's submits the accompanying Memorandum of Law in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Mazer's respectfully moves this Court to dismiss all of Plaintiffs' claim against Mazer's for lack of personal

DOCSBHM\1803420\1\

jurisdiction and standing.  In the alternative, Mazer's respectfully requests this Court to enter an Order transferring claims against it to the United States District Court for the Northern District of Alabama, Northern Division, pursuant to  28 U.S.C. § 1406(a).

Respectfully submitted this 18th day of August 2011.

/s/ *Christopher A. Bottcher*
Christopher A. Bottcher
Mary Blanche Hankey
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101
cbottcher@sirote.com
jhankey@sirote.com

*/s/ Larry S. Logsdon*
Larry S. Logsdon
Attorney for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:   (205) 874-0341
Fax:   (205) 871-7534
llogsdon@wallacejordan.com
mjackson@wallacejordan.com

**DEFENDANT RESPECTFULLY REQUESTS ORAL ARGUMENT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 18th day of August 2011.

                                               */s/ Christopher A. Bottcher*
                                               Of Counsel