UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Case No.: 11-1077
SECT. L MAG 2

LAURA HAYA, DANIEL HAYA AND IRENE
HAYA, individually, and on behalf of all others
Similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASETERBOARD CO., LTD., QINHUANGDAO
TAISHAN BULDING MATERIALS CO., LTD. A/K/A
QINHUANG DAO TAISAN BUILDING MATERIALS
CO., LTD.,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that **effective August 22, 2011**, the mailing address for the undersigned, counsel for Defendant, THE HENNING GROUP, LC will be:

> **Lydecker | Diaz**
> **1221 Brickell Avenue, 19th Floor**
> **Miami, Florida 33131**
> **Telephone: (305) 416-3180**
> **Facsimile: (305) 416-3190**
> **E-mail: af@lydeckerdiaz.com**

    It is respectfully requested that this Court and all counsel and parties to this matter make the appropriate changes to their mailing records and/or Certificate of Service to reflect the new address of the firm.

        Respectfully submitted,

        LYDECKER | DIAZ
*Counsel for Defendant The Henning Group, LC*
1201 Brickell Avenue, 5th Floor
Miami, Florida 33131
(305) 416-3180 - Telephone
(305) 416-3190 - Facsimile


By    /s/Alan S. Feldman
    ALAN S. FELDMAN, ESQ.
    Florida Bar No.: 797251
    af@lydeckerdiaz.com
    BRIAN PERREAULT, ESQ.
    Florida Bar No.: 89193
    bp@lydeckerdiaz.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

    /s/ Alan S. Feldman
    ALAN S. FELDMAN

*Service List*
Plaintiffs' Liaison Counsel
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, Louisiana 70113
rherman@hhkc.com

Defendants' Liaison Counsel
Kerry Miller, Frilot, LLC
Suite 3700
1100 Poydras St.
New Orleans, LA 70163
kmiller@frilot.com

Homebuilders' and Installers' Liaison Counsel
Phillip A. Wittmann
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

pwittman@stonepigman.com
DWimberly@stonepigman.com


Insurer's Liaison Counsel
Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
E-Mail: jbarrasso@barrassousdin.com