UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1077 *Laura Haya, et al. v. Taishan Gypsum Co., Ltd, et al.* | : : | |

**DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Defendants, Centerline Homes, Inc.[1], Centerline Homes Construction, Inc., Centerline Homes at Tradition, LLC [2], and Completed Communities II, LLC (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline an enlargement of time in which to submit Builder Profile Forms in the above-referenced action.  Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms pertaining to the applicable Plaintiffs who have asserted claims against Centerline in this action.

WHEREFORE, Defendants, Centerline Homes, Inc., Centerline Homes Construction, Inc., Centerline Homes at Tradition, LLC, and Completed Communities II, LLC, respectfully request that this Court grant Centerline an extension of time, through and including September 2, 2011, in order to submit their Builder Profile Forms in the above-referenced action.

---

[1]  This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

[2]  This entity is no longer active; on or about December 28, 2007, it was merged with Completed Communities II, LLC.

Dated August 19, 2011                    Respectfully submitted,

                                                    By: __/s/ Vanessa M. Serrano_____
                                                         PETER R. GOLDMAN
                                                         Florida Bar No. 860565
                                                         VANESSA M. SERRANO
                                                         Florida Bar No. 51555
                                                         BROAD AND CASSEL
                                                         100 S.E. Third Ave., Suite. 2700
                                                         Fort Lauderdale, Florida  33394
                                                         Telephone:  (954) 764-7060
                                                         Facsimile::  (954) 761-8135
                                                         pgoldman@broadandcassel.com
                                                         vserrano@broadandcassel.com

                                                         *Counsel for Defendants*
                                                         *Centerline Homes, Inc.,*
                                                         *Centerline Homes Construction, Inc.,*
                                                         *Centerline Homes at Tradition, LLC, and*
                                                         *Completed Communities II, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of August 2011.

                                                       __/s/ Vanessa M. Serrano_____
                                                       Vanessa M. Serrano

4831-3568-5898.1
34720/0125