UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-252 *Daniel Abreu, et al. v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al.* | : : : | |

**DEFENDANTS' THIRD *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc.[1] (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline a third enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms pertaining to the applicable Plaintiffs who have asserted claims against Centerline in this action.

WHEREFORE, Defendants, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc., respectfully request that this Court grant Centerline an extension of time, through and including August 26, 2011, in order to submit the Builder Profile Forms in the above-referenced action.

---

[1] This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

Dated August 19, 2011                              Respectfully submitted,

By:   /s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Suite. 2700
Fort Lauderdale, Florida  33394
Telephone:  (954) 764-7060
Facsimile::  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel for Defendants*
*Centerline Homes at Georgetown, LLC*
*Centerline Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Third Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19h day of August 2011.

  /s/ Vanessa M. Serrano_____
Vanessa M. Serrano

4821-5550-5418.1
34720/0126