UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to: | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| ROBERT W. BLOCK, III, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.<br>CASE NO.: 11-1363 (Omni X) | |

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm and Leslie Miller Tomczak, of Akerman Senterfitt, and Frank Silva, General Counsel for Shoma Development Corp., hereby file their Notice of Appearance as co-counsel of record for Defendant, Shoma Development Corp. and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224


/s/ Stacy Bercun Bohm
  Stacy Bercun Bohm, Esq.
  Florida Bar Number:  022462
  Email:  stacy.bohm@akerman.com
  Leslie Miller Tomczak, Esq.
  Florida Bar No.:  126489
  Email:  leslie.tomczak@akerman.com

{FT802353;1}

Frank Silva, Esquire
Florida Bar Number: 925888
General Counsel
Shoma Development Corp.
3470 NW 82nd Avenue - Suite 988
Doral, Florida 33122
Telephone: (786) 437-8658
Facsimile: (786) 437-8606

*Attorneys for Defendant Shoma Development Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of August, 2011.

/s/ Stacy Bercun Bohm

{FT802353;1}