# EXHIBIT "A"

# Sinnott Nuckols & Logan, PC

*ATTORNEYS AT LAW*

(804) 378-7600 Ext. 3311                                                                    khardt@snllaw.com

August 8, 2011


VIA ELECTRONIC MAIL
Eric Statman, Esquire
Frank Spano, Esquire
HOGAN LOVELLS US LLP
875 3rd Avenue
New York, NY 10022

      **Re:**   **In re: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047**

               **Germano, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.)**

Dear Eric and Frank:

      This letter is my response to Eric's email to Lenny and me dated August 5, 2011, relating to ESI discovery and your client's search for responsive documents. The PSC may have its own response.

      It appears that the "misconception" to which Eric refers may have been caused by our meet and confer on July 29, 2011, and Eric's e-mail of August 3rd, in which Eric identifies a "list of persons employed by TG and TTP **whose computers were searched** for potentially responsive emails. To be clear, **we have searched the computers** of everyone under Defendants control who we are informed..." This is similar to and was a follow up from our discussion on July 29th, when we were told that Taishan only searched certain computers.

      In Eric's latest e-mail he now states that computers themselves were not searched because apparently new computers were issued in February or March of 2009. Instead, we are informed that emails had to be searched through the email provider's server.

      This raises a number of questions. First, was no information backed-up or saved from the older computers that were swapped out in February or March 2009? It would seem odd that the company or the individual employees would actually let all of the information from their older computers be deleted.

Eric Statman, Esquire
Frank Spano, Esquire
August 8, 2011
Page 2

Second, if the company's employees were using an email provider and you are searching for relevant documents only on that server, it does not seem that it can be that much more troublesome to search the addresses of others employed by Taishan.

Finally, you mention that Mr. Jia testified he does not conduct business through emails. However, his testimony was actually:

49

23    Q.    What's his e-mail address?

24        A.    I am not familiar with

50

1    computer.  I usually don't use a computer

2    for work.  Sometimes there might be a few

3    documents in the computer.  I only -- in

4    the e-mail, I open -- I usually open it

5    up.  Usually I don't use this method to

6    work.  It is only for making contact to

7    the outside.

8        Q.    What about distributions of

9    information or correspondence within TG,

10   is that done by e-mail?

11        A.    For sure, some of the

12   documents would be through e-mail.

Eric Statman, Esquire
Frank Spano, Esquire
August 8, 2011
Page 3

In addition, Mr. Jia went on to identify at his deposition three persons he listed on deposition Exhibit 1 – Zhang Jian Chun (secretary of the board of directors of TG); Chen Xin Hua (general staff); and Zhao Xiu Yun (engineer) - as persons who either reviews or sends emails on his behalf. (Jia Dep. Pages 57-58). Although the translation of these names at the deposition may not have been entirely accurate, it does not appear that these persons are identified in Eric's August 3rd email as persons whose computers or email accounts were searched. At the least, I would think that you would need to search those email accounts as well for documents responsive to the request.

In any event, I understand the position that your clients have taken in Eric's communication and from my perspective I would think we would need to include this in the items to address with Judge Fallon. Once again, the PSC may take a different position or have other thoughts and I would be happy to address these with both parties should anyone think it would be helpful.

I am still in the process of reviewing your draft letter to the Court and will let you have my thoughts on that shortly.

Sincerely,

Kenneth F. Hardt

cc:     All counsel involved in Taishan discovery discussion (via email)