UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * |
| | * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| ALL CASES | * MAGISTRATE WILKINSON <br> * |

**********************************************

## MOTION TO QUASH SUBPOENA

JPMorgan Chase & Co. opposes the motion to compel[1] filed by the Plaintiffs' Steering Committee (PSC) concerning a subpoena directed to JPMorgan Chase & Co. and moves the Court to quash the subpoena.

As more fully set forth in JPMorgan Chase & Co.'s memorandum in support, the subpoena issued by the PSC from the United States District Court for the District of Delaware commanding JPMorgan Chase & Co.'s appearance and the production of documents in New York is invalid and unenforceable because it contains a jurisdictional defect which is fatal to its enforceability. Additionally, the PSC failed to tender the required witness and mileage fees, making service of the subpoena ineffective. Furthermore, the subpoena should be quashed because it is directed to the wrong entity.

In support of this motion, JPMorgan Chase & Co. submits the following exhibits:

- Exhibit 1 – June 8, 2011 letter from D. Petercsak of JPMorgan Chase & Co. to R. Herman of the PSC; and

- Exhibit 2 – Affidavit of Colleen A. Meade.

---

[1] R. Doc. 10056.

Contemporaneous with the filing of this motion, JPMorgan Chase & Co. is requesting expedited consideration of the motion to quash.  The PSC's motion to compel is set for oral argument on August 24, 2011.  Consideration of JPMorgan Chase & Co.'s motion to quash on this date is appropriate because the facts, law, and arguments supporting the denial of the PSC's motion to compel also support the granting of JPMorgan Chase & Co.'s motion to quash.

Therefore, JPMorgan Chase & Co. moves this court for an order quashing the subpoena issued by the PSC from the United States District Court for the District of Delaware to JPMorgan Chase & Co.

Respectfully submitted,

*/s/ Michael D. Ferachi*
Rodolfo J. Aguilar, Jr.  (La. Bar Roll No. 1192)
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE & CO.

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2011 a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  In accordance with the procedures established in MDL 2047, notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I further certify that a copy of this pleading was served on Leonard A. Davis (ldavis@hhkc.com) with the PSC, and Kerry Miller (kmiller@frilot.com) the DLC by electronic mail.

*/s/ Michael D. Ferachi*
Michael D. Ferachi