**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | * MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * |
| | |
| | * JUDGE FALLON |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| | * |
| ALL CASES | * MAGISTRATE WILKINSON |
| | * |

**********************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that JPMorgan Chase & Co. will submit its Motion to Quash at 9:30 a.m. on September 14, 2011, at the United States Court for the Eastern District of Louisiana.

PLEASE TAKE NOTICE that JPMorgan Chase & Co. has requested expedited consideration of its Motion to Quash and requested oral argument of its Motion to Quash. JPMorgan Chase & Co. has requested that its Motion to Quash be heard on August 24, 2011, in conjunction with the PSC's Motion to Compel (R. Doc. 10056).

Respectfully submitted,

*/s/ Michael D. Ferachi*
Rodolfo J. Aguilar, Jr.  (La. Bar Roll No. 1192)
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE & CO.

387951.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 19, 2011 a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  In accordance with the procedures established in MDL 2047, notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I further certify that a copy of this pleading was served on Leonard A. Davis (ldavis@hhkc.com) with the PSC, and Kerry Miller (kmiller@frilot.com) the DLC by electronic mail.

*/s/ Michael D. Ferachi*
Michael D. Ferachi

387951.1