## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047<br>*<br>* |
| | *  JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| ALL CASES | *  MAGISTRATE WILKINSON<br>* |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### REQUEST FOR ORAL ARGUMENT

JPMorgan Chase & Co. requests oral argument of its Motion to Quash. The PSC's Motion to Compel (R. Doc. 10056) is set for oral argument on August 24, 2011. The facts, law, and arguments supporting a denial of the PSC's motion to compel also support the granting of JPMorgan Chase & Co.'s motion to quash. Oral argument will assist the court in understanding the factual and legal issues involved in JPMorgan Chase & Co.'s motion to quash. Therefore, JPMorgan Chase & Co. respectfully requests oral argument of its motion to quash.

Respectfully submitted,

/s/ Michael D. Ferachi
Rodolfo J. Aguilar, Jr.  (La. Bar Roll No. 1192)
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE & CO.

387952.1

## **CERTIFICATE OF SERVICE**

  I certify that on August 19, 2011 a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. In accordance with the procedures established in MDL 2047, notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I further certify that a copy of this pleading was served on Leonard A. Davis (ldavis@hhkc.com) with the PSC, and Kerry Miller (kmiller@frilot.com) the DLC by electronic mail.

        */s/ Michael D. Ferachi*
         Michael D. Ferachi