UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * |
| | * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| ALL CASES | * MAGISTRATE WILKINSON <br> * |

******************************************

**MOTION FOR EXPEDITED CONSIDERATION
OF MOTION TO QUASH SUBPOENA**

JPMorgan Chase & Co. respectfully requests the Court grant expedited hearing on JPMorgan Chase & Co.'s Motion to Quash for the reasons set forth in the accompanying supporting memorandum.

Wherefore, JPMorgan Chase & Co. respectfully requests that the Court grant expedited hearing of its Motion to Quash.

Respectfully submitted,

*/s/ Michael D. Ferachi*
Rodolfo J. Aguilar, Jr.  (La. Bar Roll No. 1192)
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE & CO.

387898.1

## **CERTIFICATE OF SERVICE**

      I certify that on August 19, 2011 a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. In accordance with the procedures established in MDL 2047, notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I further certify that a copy of this pleading was served on Leonard A. Davis (ldavis@hhkc.com) with the PSC, and Kerry Miller (kmiller@frilot.com) the DLC by electronic mail.

                              */s/ Michael D. Ferachi*
                                  Michael D. Ferachi