UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 * * |
| | * JUDGE FALLON * |
| THIS DOCUMENT RELATES TO: | * * |
| ALL CASES | * MAGISTRATE WILKINSON * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO QUASH SUBPOENA

JPMorgan Chase & Co. moves for expedited hearing of its motion to quash. JPMorgan Chase & Co. has opposed the motion to compel[1] filed by the Plaintiffs' Steering Committee (PSC) concerning a subpoena directed to JPMorgan Chase & Co. and moves the Court to quash the subpoena. JPMorgan Chase & Co. is requesting expedited consideration of the motion to quash. The PSC's motion to compel is set for oral argument on August 24, 2011. Consideration of JPMorgan Chase & Co.'s motion to quash on this date is appropriate because the facts, law, and arguments supporting the denial of the PSC's motion to compel also support the granting of JPMorgan Chase & Co.'s motion to quash.

Therefore, JPMorgan Chase & Co. moves this court for expedited hearing of its motion to quash and requests that the motion to quash be heard on August 241, 2011, with the PSC's motion to compel.

---

[1] R. Doc. 10056.

387948.1

Respectfully submitted,

*/s/ Michael D. Ferachi*
Rodolfo J. Aguilar, Jr.  (La. Bar Roll No. 1192)
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE & CO.

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2011 a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  In accordance with the procedures established in MDL 2047, notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I further certify that a copy of this pleading was served on Leonard A. Davis (ldavis@hhkc.com) with the PSC, and Kerry Miller (kmiller@frilot.com) the DLC by electronic mail.

*/s/ Michael D. Ferachi*
Michael D. Ferachi

387948.1

2