UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * |
| | * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| ALL CASES | * MAGISTRATE WILKINSON <br> * |

*********************************************

## ORDER

CONSIDERING the foregoing Motion for Expedited Hearing on JPMorgan Chase & Co.'s Motion to Quash Subpoena:

IT IS HEREBY ORDERED THAT the Motion for Expedited Hearing is granted, and the hearing on JPMorgan Chase & Co.'s Motion to Quash will be held on the 24th day of August, 2011, at 9:30 a.m.

New Orleans, Louisiana this _____ day of August, 2011.

---

HONORABLE ELDON FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

387949.1