**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | * | MDL No. 02047 |
|  | * |  |
| IN RE: CHINESE-MANUFACTURED | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * |  |
|  | * | JUDGE FALLON |
|  | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

**MOTION TO QUASH SUBPOENA**
**ISSUED TO T. ROWE PRICE GROUP, INC.**

**NOW INTO COURT,** through undersigned counsel, comes T. Rowe Price Group, Inc. ("T. Rowe"), a non-party to this litigation, who hereby moves that this Honorable Court quash the subpoena directed to T. Rowe and served on July 22, 2011, and for all other just and equitable relief as is more fully described in the attached memorandum in support of this Motion to Quash.

Respectfully submitted,

_____/s/_____
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

August 19, 2011

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of August, 2011, a copy of this Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                        /s/
                                     Ward B. Coe