**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | MDL No. 02047 |
| | * | |
| IN RE: CHINESE-MANUFACTURED | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**NOTICE OF HEARING**</u>

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 14, 2011, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion to Quash filed by T. Rowe Price Group, Inc.

Respectfully submitted,

_____/s/_____
Ward B. Coe, III
MD. Fed. Bar No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

August 19, 2011

# 428145

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August, 2011, a copy of this Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____
Ward B. Coe