UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * SECTION L |
| This Document Relates to: | * <br> * MAGISTRATE JUDGE |
| ALL HOMEBUILDERS | * WILKINSON <br> * |
| IN ALL CASES | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL ORDER REGARDING FEES
OF HOMEBUILDERS' LIAISON COUNSEL**

On August 26, 2009, the Court entered Pre-Trial Order No. 7B which, in part, appointed members to a Homebuilders' Steering Committee ("HSC"). Included in that Order was the appointment of Phillip A. Wittmann, Stone Pigman Walther Wittmann L.L.C., as Local Chair of the HSC. Thereafter, on November 4, 2009, the Court entered Pre-Trial Order No. 18. Recognizing the unique position of the homebuilders and installers involved in MDL 2047 as both plaintiffs and defendants whose interest were not adequately represented by either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel, the Court appointed Phillip A. Wittmann to be the Homebuilders' and Installers' Liaison Counsel, and enumerated certain duties which Mr. Wittmann's office has performed on an ongoing basis.

The MDL includes hundreds of homebuilders to whom Mr. Wittmann's office responds almost daily. The Court believes that all homebuilders must share responsibility for the fees and expenses of the Liaison Counsel. Accordingly, on March 9, 2011, the Court entered an Order (R.Doc. 8006) regarding payment of fees and expenses of the Homebuilders' Liaison Counsel ("the Fee Order"). The Fee Order requires that *all* homebuilders in the MDL deposit with the Clerk of Court, Eastern District of Louisiana, funds to pay those fees and expenses. Specifically, the March 9 Fee Order requires that each homebuilder in the MDL deposit within ten (10) days an amount based upon the number of homes that builder has that are involved, in any capacity, in the MDL. Builders with 1 or 2 homes involved in the MDL were ordered to deposit $1,650.00 with the Clerk of Court; builders with 3 or 4 homes involved in the MDL were ordered to deposit $3,300.00 with the Clerk of Court; and builders with 5 or more homes involved in the MDL were ordered to deposit $4,950.00 with the Clerk of Court. All payments were to be accompanied by a form attached to the March 9 Order, which form also was to be sent to

drywall@stonepigman.com. Further, the Court directed builders with questions to contact Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849, or dwimberly@stonepigman.com.

Thereafter, certain builders moved the Court to clarify the Fee Order to ensure that compliance with the Fee Order did not jeopardize any pending defenses and objections, including without limitation objections to the jurisdiction of this Court. Accordingly, on March 25, 2011, the Court clarified its prior Fee Order regarding payment of fess and expenses of the Homebuilders' Liaison Counsel to confirm that compliance by any builder with the Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel shall not constitute a waiver of any pending defenses and objections, including without limitation objections to the jurisdiction of this Court. *See* R.Doc. 8401.

Although many homebuilders promptly complied with the March 9 Fee Order, it has come to the Court's attention that many homebuilders have not yet complied. Additionally, since the Fee Order was entered, many homebuilders have been added to the MDL as additional defendants. The Court's reasons for the Fee Order remain unchanged. All homebuilders must share responsibility for the fees and expenses of their Liaison Counsel as part of their costs of defense. Accordingly,

**IT IS ORDERED** all homebuilders who have not yet complied with the March 9 Fee Order are hereby ordered to deposit their respective contributions to the fees and expenses of the Homebuilders' Liaison Counsel on or before August 31, 2011. All payments are to be accompanied by the form attached to the March 9 Order (which is also attached hereto), which form also is to be sent to drywall@stonepigman.com. Homebuilders who fail to comply will be ruled into Court at a future date.

**IT IS FURTHER ORDERED** that all other provisions of the March 9, 2011 Fee Order and the March 25, 2011 clarification Order remain in full force and effect.

**NEW ORLEANS, LOUISIANA,** this 22nd day of August, 2011.

_____
**DISTRICT JUDGE**

1066766v.1

**EXHIBIT A**

**DEPOSIT WITH CLERK OF COURT FOR PAYMENT OF FEES AND EXPENSES OF HOMEBUILDERS' LIAISON COUNSEL**

Builder's Name: _____

Builder's Address: _____

Counsel's Name and Address: _____
_____

Amount Deposited: _____

Number of Homes in the MDL: _____

Signature of Counsel: _____

*This form must accompany all deposits to the Clerk of Court to be held for payment of fees and expenses of Homebuilders' Liaison Counsel. This form and the deposit should be mailed to:*

Clerk, United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130
Attn: Financial Unit

*Additionally, please e-mail a copy of the completed form to:*
*drywall@stonepigman.com*

1045988v.1