UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *ALL CASES* | * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * *   * * * * * * * * * * * * | * | |

## ORDER

Considering the Motion to Continue Motion to Set Evidentiary Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes");

IT IS HEREBY ORDERED that Southern Homes' Motion is GRANTED and the hearing reset to follow the Status Conference of September _____, 2011 at 9:00 a.m., 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON