# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| LAURA HAYA, et al v. TAISHAN GYPSUM | * | JUDGE FALLON |
| CO., et al. | * | |
| C.A. NO:  11-1077 (Omni IX) (E.D. La.) | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *   *

## ANSWER AND DEFENSES TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IX)

NOW INTO COURT, through undersigned counsel, comes American Building

Materials, Inc., and in answer to *Plaintiffs' Omnibus Class Action Complaint (IX)*, avers as

follows:

## LACK OF PERSONAL JURISDICTION

This Court lacks personal jurisdiction over American Building Materials, Inc.

Fed.R.Civ.P. 12(b)(2).  *See, e.g., International Shoe v. Washington*, 326 U.S. 310, 66 S.Ct.

154 (1945); *Asahi Metal Indus. Co., Ltd. v. Superior Court of California*, 480 U.S. 102, 107

S.Ct. 1026 (1987).  Issues of class action certification do not alter jurisdictional analysis

requirements.  *See, e.g., In re Train Derailment Near Amite, Louisiana on October 12, 2002*,

2004 WL 224573, * 3 (E.D.La. Feb. 3, 2004)

## IMPROPER VENUE

Venue as to American Building Materials, Inc. is improper in this district.

Fed.R.Civ.P. 12(b)(3).  American Building Materials, Inc. denies it conducted any activities

in this State or within this venue.  In the alternative to dismissing the *Plaintiffs' Omnibus Class Action Complaint (IX)*, American Building Materials, Inc. avers this Court should transfer this action to a venue where the claims against American Building Materials, Inc. could have been brought, namely the United States District Court for the Middle District of Florida, 28 U.S.C. §89(b), pursuant to 28 U.S.C. §1406.

And now, American Building Materials, Inc. responds to the individual articles of the *Plaintiffs' Omnibus Class Action Complaint (IX)* as follows:

<u>**JURISDICTION, PARTIES, AND VENUE**</u>

1.      American Building Materials, Inc. admits this action purports to be one for damages exceeding $5 million as defined under the Class Action Fairness Act, 28 U.S.C. §1711, *et seq*., and as thus answered or qualified the remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

2.      American Building Materials, Inc. denies the allegations of article 2 for lack of sufficient information to justify a belief therein.

3.      American Building Materials, Inc. admits that allegation 3 purports to relate to a dispute of projects and properties located in, and among, various states, including the State of Florida, but as thus answered or qualified, American Building Materials, Inc. denies that jurisdiction and/or venue properly lies against American Building Materials, Inc. in the United States District Court for the Eastern District of Louisiana.

<u>**PLAINTIFFS**</u>

4.      American Building Materials, Inc. denies the allegations of article 4 for lack of sufficient information to justify a belief therein.

5.      American Building Materials, Inc. denies the allegations of article 5 for lack of sufficient information to justify a belief therein.

6.      American Building Materials, Inc. denies the allegations of article 6 for lack of sufficient information to justify a belief therein.

7.      American Building Materials, Inc. denies the allegations of article 7 for lack of sufficient information to justify a belief therein.

**DEFENDANTS**

8.      American Building Materials, Inc. denies the allegations of article 8 for lack of sufficient information to justify a belief therein.

**The Manufacturing Defendants**

9.      American Building Materials, Inc. denies the allegations of article 9 for lack of sufficient information to justify a belief therein.

10.      American Building Materials, Inc. denies the allegations of article 10 for lack of sufficient information to justify a belief therein.

11.      American Building Materials, Inc. denies the allegations of article 11 for lack of sufficient information to justify a belief therein.

12.      American Building Materials, Inc. denies the allegations of article 12 for lack of sufficient information to justify a belief therein.

13.      American Building Materials, Inc. denies the allegations of article 13 for lack of sufficient information to justify a belief therein.

14.      In response to the allegations of article 14, including reference to Exhibit "B," particularly item 11, American Building Materials, Inc. denies any liability under any theory

or cause of action to any of the named or unnamed plaintiffs; as thus denied, the remaining allegations of article 14, if any, are denied for lack of sufficient information to justify a belief therein.

## FACTS REGARDING PROBLEMATIC DRYWALL

15.     American Building Materials, Inc. denies the allegations of article 15 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

16.     American Building Materials, Inc. denies the allegations of article 16 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

17.     American Building Materials, Inc. denies the allegations of article 17 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

18.     American Building Materials, Inc. denies the allegations of article 18 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

19.     American Building Materials, Inc. denies the allegations of article 19 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

20.     American Building Materials, Inc. denies the allegations of article 20 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

21.     American Building Materials, Inc. denies the allegations of article 21 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

22.     American Building Materials, Inc. denies the allegations of article 22 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

23.     American Building Materials, Inc. denies the allegations of article 23 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

24.     American Building Materials, Inc. denies the allegations of article 24 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

25.     American Building Materials, Inc. denies the allegations of article 25 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

26.     American Building Materials, Inc. denies the allegations of article 26 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## CLASS ACTION ALLEGATIONS

### The Manufacturing Class

27.     American Building Materials, Inc. denies the allegations of article 27 as they may relate to American Building Materials, Inc.  As thus denied, the remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Distributor/Supplier/Importer/Exporter/Broker Subclasses

28.     American Building Materials, Inc. denies the allegations of article 28 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Builder/Developer Subclasses

29.     American Building Materials, Inc. denies the allegations of article 29 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Contractor/Installer Subclasses

30.     American Building Materials, Inc. denies the allegations of article 30 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### General Class Allegations and Exclusions from the Class Definitions

31.     The allegations of article 31 do not appear to require a response from American Building Materials, Inc., but out of an abundance of caution the allegations of this article are denied for lack of sufficient information to justify a belief therein.

32.     American Building Materials, Inc. denies the allegations of article 32.

33.     American Building Materials, Inc. denies the allegations of article 33, including alleged "common questions of law and fact" set forth in subparts (a) through (d) of article 33.

34.     American Building Materials, Inc. denies the allegations of article 34.

35.     American Building Materials, Inc. denies the allegations of article 35.

36.     In response to the allegations of article 36, American Building Materials, Inc. admits that counsel for plaintiffs are competent counsel, and as thus admitted or qualified, the remaining allegations of article 36 are denied.

37.     American Building Materials, Inc. denies the allegations of article 37.

38.     American Building Materials, Inc. denies the allegations of article 38.

39.     American Building Materials, Inc. denies the allegations of article 39.

40.     American Building Materials, Inc. denies the allegations of article 40.

## COUNT I
## NEGLIGENCE
### (Against All Defendants)

41.     In response to the allegations of article 41, adopting and restating the preceding 40 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

42.     American Building Materials, Inc. denies the allegations of article 42 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

43.     American Building Materials, Inc. denies the allegations of article 43 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

44.     American Building Materials, Inc. denies the allegations of article 44 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

45.     American Building Materials, Inc. denies the allegations of article 45 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

46.     American Building Materials, Inc. denies the allegations of article 46 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

47.     American Building Materials, Inc. denies the allegations of article 47 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

48.     American Building Materials, Inc. denies the allegations of article 48 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

**COUNT II**
**NEGLIGENCE PER SE**
**(Against All Defendants)**

49.    In response to the allegations of article 49, adopting and restating the preceding 48 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

50.    American Building Materials, Inc. denies the allegations of article 50 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

51.    American Building Materials, Inc. denies the allegations of article 51 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

52.    American Building Materials, Inc. denies the allegations of article 52 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

53.    American Building Materials, Inc. denies the allegations of article 53 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

54.    American Building Materials, Inc. denies the allegations of article 54 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

55.     American Building Materials, Inc. denies the allegations of article 55 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### COUNT III
### STRICT LIABILITY
### (All Defendants)

56.     In response to the allegations of article 56, adopting and restating the preceding 55 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

57.     American Building Materials, Inc. denies the allegations of article 57 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

58.     American Building Materials, Inc. denies the allegations of article 58 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

59.     American Building Materials, Inc. denies the allegations of article 59 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

60.     American Building Materials, Inc. denies the allegations of article 60 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

61.     American Building Materials, Inc. denies the allegations of article 61 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

62.     American Building Materials, Inc. denies the allegations of article 62 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

63.     American Building Materials, Inc. denies the allegations of article 63 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

64.     American Building Materials, Inc. denies the allegations of article 64 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

65.     American Building Materials, Inc. denies the allegations of article 65 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

66.     American Building Materials, Inc. denies the allegations of article 66 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

67.     American Building Materials, Inc. denies the allegations of article 67 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

68.     American Building Materials, Inc. denies the allegations of article 68 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

69.     American Building Materials, Inc. denies the allegations of article 69 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

70.     American Building Materials, Inc. denies the allegations of article 70 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

71.     American Building Materials, Inc. denies the allegations of article 71 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

72.     American Building Materials, Inc. denies the allegations of article 72 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

73.     American Building Materials, Inc. denies the allegations of article 73 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (all Defendants)

74.     In response to the allegations of article 74, adopting and restating the preceding 73 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

75.     American Building Materials, Inc. denies the allegations of article 75 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

76.     American Building Materials, Inc. denies the allegations of article 76 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

77.     American Building Materials, Inc. denies the allegations of article 77 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

78.     American Building Materials, Inc. denies the allegations of article 78 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

79.     American Building Materials, Inc. denies the allegations of article 79 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

80.      American Building Materials, Inc. denies the allegations of article 80 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

81.      American Building Materials, Inc. denies the allegations of article 81 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>**COUNT V**</u>
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND**
**MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

82.      In response to the allegations of article 82, adopting and restating the preceding 81 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

83.      American Building Materials, Inc. denies the allegations of article 83 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

84.      American Building Materials, Inc. denies the allegations of article 84 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

85.      American Building Materials, Inc. denies the allegations of article 85 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

86.     American Building Materials, Inc. denies the allegations of article 86, including subparts (a) through (e) as they may relate to American Building Materials, Inc. As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

87.     American Building Materials, Inc. denies the allegations of article 87 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

88.     American Building Materials, Inc. denies the allegations of article 88 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

89.     American Building Materials, Inc. denies the allegations of article 89 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

90.     American Building Materials, Inc. denies the allegations of article 90 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

91.     American Building Materials, Inc. denies the allegations of article 91 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

92.     American Building Materials, Inc. denies the allegations of article 92 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

93.     American Building Materials, Inc. denies the allegations of article 93 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT VI</u>
**BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**
**(Against Builders Only)**

94.     In response to the allegations of article 94, adopting and restating the preceding 93 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

95.     American Building Materials, Inc. denies the allegations of article 95 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

96.     American Building Materials, Inc. denies the allegations of article 96 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

97.     American Building Materials, Inc. denies the allegations of article 97 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

98.     American Building Materials, Inc. denies the allegations of article 98 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

99.     American Building Materials, Inc. denies the allegations of article 99 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

100.     American Building Materials, Inc. denies the allegations of article 100 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

**COUNT VII**
**BREACH OF CONTRACT**
**(Against Builders Only)**

101.     In response to the allegations of article 101, adopting and restating the preceding 100 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

102.     American Building Materials, Inc. denies the allegations of article 102 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

103.     American Building Materials, Inc. denies the allegations of article 103 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

104.     American Building Materials, Inc. denies the allegations of article 104 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT VIII</u>
**VIOLATUION OF THE LOUISIANA NEW HOME WARRANTY ACT**
**(on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)**
**(Against Louisiana Builders Only)**

105.    In response to the allegations of article 105, adopting and restating the preceding 104 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

106.    American Building Materials, Inc. denies the allegations of article 106 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

107.    American Building Materials, Inc. denies the allegations of article 107 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

108.    American Building Materials, Inc. denies the allegations of article 108 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

109.    American Building Materials, Inc. denies the allegations of article 109 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

110.    American Building Materials, Inc. denies the allegations of article 110 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

111.    American Building Materials, Inc. denies the allegations of article 111 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT IX</u>
**REDHIBITION**
**(By Louisiana Plaintiffs Against All Defendants)**

112.    In response to the allegations of article 112, adopting and restating the preceding 111 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

113.    American Building Materials, Inc. denies the allegations of article 113 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

114.    American Building Materials, Inc. denies the allegations of article 114 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

115.    American Building Materials, Inc. denies the allegations of article 115 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

116.    American Building Materials, Inc. denies the allegations of article 116 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

117.    American Building Materials, Inc. denies the allegations of article 117 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

118.    American Building Materials, Inc. denies the allegations of article 118 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

119.    American Building Materials, Inc. denies the allegations of article 119 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

120.    American Building Materials, Inc. denies the allegations of article 120 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

121.    American Building Materials, Inc. denies the allegations of article 121 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### COUNT X
### LOUISIANA PRODUCTS LIABILITY ACT
#### (Manufacturing Defendants)
#### (Plead in the Alternative Against Distributor Defendants)

122.    In response to the allegations of article 122, adopting and restating the preceding 121 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

123.    American Building Materials, Inc. denies the allegations of article 123 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

124.    American Building Materials, Inc. denies the allegations of article 124 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

125.    American Building Materials, Inc. denies the allegations of article 125 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

126.    American Building Materials, Inc. denies the allegations of article 126 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

127.    American Building Materials, Inc. denies the allegations of article 127 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

128.    American Building Materials, Inc. denies the allegations of article 128 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

129.    American Building Materials, Inc. denies the allegations of article 129 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

130.     American Building Materials, Inc. denies the allegations of article 130 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

131.     American Building Materials, Inc. denies the allegations of article 131 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

132.     American Building Materials, Inc. denies the allegations of article 132 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

133.     American Building Materials, Inc. denies the allegations of article 133 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

134.     American Building Materials, Inc. denies the allegations of article 134 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

135.     American Building Materials, Inc. denies the allegations of article 135 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

136.    In response to the allegations of article 136, adopting and restating the preceding 135 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

137.    American Building Materials, Inc. denies the allegations of article 137 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

138.    American Building Materials, Inc. denies the allegations of article 138 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

139.    American Building Materials, Inc. denies the allegations of article 139 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

140.    American Building Materials, Inc. denies the allegations of article 140 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

141.    American Building Materials, Inc. denies the allegations of article 141 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

142.   American Building Materials, Inc. denies the allegations of article 142 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT XII
## UNJUST ENRICHMENT
### (All Defendants)

143.   In response to the allegations of article 143, adopting and restating the preceding 142 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

144.   American Building Materials, Inc. denies the allegations of article 144 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

145.   American Building Materials, Inc. denies the allegations of article 145 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

146.   American Building Materials, Inc. denies the allegations of article 146 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT XIII
## VIOLATION OF CONSUMER PROTECTION ACTS
### (All Defendants)

147.   In response to the allegations of article 147, adopting and restating the preceding 146 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

148.    American Building Materials, Inc. denies the allegations of article 148 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

149.    American Building Materials, Inc. denies the allegations of article 149 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

150.    American Building Materials, Inc. denies the allegations of article 150 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

151.    American Building Materials, Inc. denies the allegations of article 151 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT XIV
### EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (All Defendants)

152.    In response to the allegations of article 152, adopting and restating the preceding 151 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

153.    American Building Materials, Inc. denies the allegations of article 153 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

154.    American Building Materials, Inc. denies the allegations of article 154 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

155.    American Building Materials, Inc. denies the allegations of article 155 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

156.    American Building Materials, Inc. denies the allegations of article 156 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

157.    American Building Materials, Inc. denies the allegations of article 157 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

158.    American Building Materials, Inc. denies the allegations of article 158 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

159.    American Building Materials, Inc. denies the allegations of article 159 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

160.    American Building Materials, Inc. denies the allegations of article 160 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

161.    American Building Materials, Inc. denies the allegations of article 161 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

162.    American Building Materials, Inc. denies the allegations of article 162 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

163.    American Building Materials, Inc. denies the allegations of article 163 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

164.    American Building Materials, Inc. denies the allegations of article 164 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## AFFIRMATIVE DEFENSES

165.    Further answering, American Building Materials, Inc. shows that it is without fault and/or neglect and cannot in any way be found liable to any or all plaintiffs, named or unnamed, under the allegations of the *Plaintiffs' Omnibus Class Action Complaint (IX)*.

166.    Further answering, American Building Materials, Inc. avers the fault and/or neglect of third party(ies) whose fault and/or neglect must be considered and apportioned, including the fault and/or neglect of plaintiffs, named and unnamed, themselves.

167.    Further answering, to the extent applicable, American Building Materials, Inc. avers that pursuant to the *Fabre* doctrine as set forth in *Fabre v. Martin*, 623 So.2d 1182 (Fla. 1993) and as further codified in Fl. Stat. §768.81, American Building Materials, Inc.

reserves the right to apportion fault and to include upon any jury verdict form any parties which may be at fault and/or responsible for the damages claimed in this action.

168.    Further answering, American Building Materials, Inc. avers that any alleged defects in the drywall, which defects are specifically denied, were hidden defects, unknown to American Building Materials, Inc., and any such alleged defects were directly caused by the foreign manufacturing process of defendant manufacturers over whom American Building Materials, Inc. exercised no control, supervision or authority.

169.    Further answering, American Building Materials, Inc. is entitled to a set-off as may be available under any applicable common law or under the Louisiana Civil Code or other statutory articles.

170.    Further answering, American Building Materials, Inc. avers that any claim plaintiffs may make for economic losses is barred in whole or in part by the "economic loss doctrine" under applicable governing law, including but not limited to the "economic loss rule" as set forth in *Casa Clara Condominium Ass'n, Inc., v. Charley Toppino and Sons, Inc.*, 620 So.2d 1244 (Fla. 1993), and its progeny; plaintiffs are not entitled to seek tort damages which by their nature are contractual.

171.    Further answering, American Building Materials, Inc. avers that it had neither actual or construction knowledge of any defects in the drywall.

172.    Further answering, American Building Materials, Inc. avers that plaintiffs, named and unnamed, failed to mitigate their damages.

173.   Further answering, American Building Materials, Inc. avers that the claims asserted by plaintiffs, named and unnamed, are barred by applicable statues of limitation, prescription, the doctrine of laches, repose and/or peremption.

174.   Further answering, American Building Materials, Inc. denies it manufactured, exported, imported, delivered, sold, distributed, inspected, installed, marketed and/or supplied allegedly "problematic Chinese manufactured drywall" and demands specific proof any such export, import, delivery, selling, distribution, inspection, installation, marketing and/or supplying by American Building Materials, Inc. of such allegedly "problematic Chinese manufactured drywall.

175.   American Building Materials, Inc. reserves the right to amend and/or supplement its *Answer and Defenses to Plaintiffs' Omnibus Class Action Complaint (IX)* as additional information becomes available and/or discovered in the course of litigation.

## DEMAND FOR TRIAL BY JURY

American Building Materials, Inc. joins with plaintiffs in demanding trial by jury on all issues so triable by jury.

## PRAYER FOR RELIEF

Wherefore, American Building Materials, Inc. prays that this *Answer and Defenses to Plaintiffs' Omnibus Class Action Complaint (IX)* be deemed good and sufficient and that after due proceedings are held that there be judgment rendered in favor of American Building Materials, Inc. and against plaintiffs, named and unnamed, and that plaintiffs' *Omnibus Class Action Complaint (IX)* be dismissed as to American Building Materials, Inc. at plaintiffs'

cost and prejudice.  American Building Materials, Inc. prays for any further relief the Court may grant in law or in equity.

**Respectfully Submitted:**

*/s/Kevin R. Tully*

**KEVIN R. TULLY - #1627, T.A.**
**H. CARTER MARSHALL - #28136**
**CHRISTY L. MCMANNEN – #31258**
**W. NICHOLAS DIETZEN, IV -#31135**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for American Building Materials, Inc**.**

## C E R T I F I C A T E

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Court's ECF System and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

*/s/ Kevin R. Tully*

**KEVIN R. TULLY**
**H. CARTER MARSHALL**