UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| Case No. 11-1077 | : | MAG. JUDGE WILKINSON |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd. et al.* | : : | |

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Cornerstone Group Construction, Inc., and Hollywood Dixie Associates, LLC's *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including September 16, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants.

New Orleans, Louisiana this 22nd day of August 2011.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**