UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DANIEL ABREU, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-252 | * * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

## ORDER GRANTING DEFENDANT LTL CONSTRUCTION, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant LTL Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 22nd day of August, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE