UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.<br>CASE NO.: 11-1077 (Omni IX) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

### ORDER ON DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Shoma Development Corp.'s, Ex Parte Motion for Extension of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendant's Ex Parte Motion is GRANTED.

Defendant shall have up to and including September 19, 2011, in which to complete and submit the appropriate Builder Profile Forms.

New Orleans, Louisiana this 22nd day of August, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{FT801918;1}