**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | * **MDL NO. 2047** |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * |
| | * **JUDGE FALLON** |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| | * |
| ALL CASES | * **MAGISTRATE WILKINSON** |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING the foregoing Motion for Expedited Hearing on JPMorgan Chase & Co.'s Motion to Quash Subpoena:

IT IS HEREBY ORDERED THAT the Motion for Expedited Hearing is granted, and the hearing on JPMorgan Chase & Co.'s Motion to Quash will be held on the 24th day of August, 2011, following the monthly status conference, with oral argument.

New Orleans, Louisiana this 22nd day of August, 2011.

_____
HONORABLE ELDON FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

387949.1