UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR AUGUST 24, 2011 STATUS CONFERENCE

    I.     PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.   INSURANCE ISSUES

    IV.   HOME BUILDERS FEES AND COSTS

    V.    STATE/FEDERAL COORDINATION

    VI.   OMNIBUS CLASS ACTION COMPLAINTS

    VII.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VIII. PILOT PROGRAM

    IX.   REMEDIATED HOMES

    X.    CLASS CERTIFICATION HEARINGS

    XI.   KNAUF DEFENDANTS

    XII.  TAISHAN DEFENDANTS

    XIII. INTERIOR EXTERIOR DEFENDANT

XIV.   BANNER DEFENDANTS

XV.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XVI.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII.  FREQUENTLY ASKED QUESTIONS

XVIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIX.   NEXT STATUS CONFERENCE