

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

<u>By E-mail</u>

June 6, 2011

Leonard A. Davis
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

Re:   In re:   **Chinese Manufactured Drywall Products Liability Litigation
               MDL 2047**

Dear Lenny:

We write on behalf of Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Defendants"). We are writing to identify the main categories of documents that Defendants produced prior to the Hong Kong depositions but which the PSC nevertheless moved to compel.[1] Listed below are the Bates numbers and descriptions of the previously produced documents, along with the section of the PSC's brief that requested them.

1. **Licensing, marketing, rental, leasing, shipping, loan, or expense-sharing agreements between the TG and TTP, and any translations thereof.** (PSC Br., Sec. A(1).)

Defendants have produced all such agreements that have been identified: TG 0025413 – TG 0025415. There are no written marketing, shipping, loan or expense sharing agreements.

2. **Documents and communications relating to any guarantees provided by BNBM on behalf of TG.** (PSC Br., Sec. B(1).)

TG has produced all documents concerning the guarantee provided by BNBM to TG that have been identified: TG 0020677–TG 0020681 and TG 0020795–TG 0020798. To the best of our knowledge, BNBM did not make any payments on TG's behalf under the guarantee.

3. **Documents and communications relating to BNBM's acquisition of shares in TG.** (PSC Br., Sec. B(2).)

TG has produced all documents in its corporate files concerning BNBM's acquisition of shares in TG: TG 0020596; TG 0020598 – TG 0020602; TG 0020608 – TG 0020629 – TG 0020642; TG 0020644 – TG 0020649; TG 0020652; TG 0020664; TG 0020666 – TG 0020669; TG 0020677 – TG 0020681; TG 0020715 – TG 0020717; and TG 0020725 – TG 0020748. These documents include but are not

---

[1] We refer to the PSC's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants & For Sanctions, dated May 3, 2011, (the "Motion to Compel" or "PSC Br.")

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

limited to shareholder agreements, schedules of shareholdings from before and after the acquisition, and articles of incorporation.

    **4. Reports, analyses, or summaries regarding TG's operations or finances that have been provided to BNBM.** (PSC Br., Sec. B(5).)

TG has produced all documents in its corporate files concerning TG's operations or finances that have been provided to BNBM, among other shareholders of TG: TG 0020384 - TG 0020390; TG 0020596 - TG 0020597; TG 0020664 - TG 0020806; TG 0020842 - TG 0020843; TG 0021120; TG 0021154 – TG 0021158; TG 0021162; TG 0021172. We have identified no additional reports, analyses or summaries regarding TG's operations or finances that have been provided to BNBM.

    **5. Annual reports, government filings or foreign government filings created by TG during the relevant time period.** (PSC Br., Sec. B(7).)

TG has produced all reports from corporate annual meetings and government filings created by TG from January 1, 2001 to present that have been identified: TG 0019217; TG 0019846; TG 0020114; TG 0020384 – TG 0020390; TG 0020401 – TG 0020402; TG 0020492 – TG 0020807; TG 0020842 – TG 0020843; TG 0021110 – TG 0021113; TG 0021120; TG 0021154 – TG 0021158; TG 0021162; TG 0021172.

    **6. E-mails from the files of Tongchun Jia, Zhang Jianchun, Chen Xin Hua and Zhao Xiu Yun, pertaining to the subject matters identified in the Rule 30(b)(6) deposition notice.** (PSC Br., Sec. C.)

Defendants have produced the only e-mail from Tongchun Jia's personal e-mail account concerning Defendants' manufacture or sale of drywall to U.S. dimensions or contacts with any U.S. State: TG 0025351 - TG 0025355. No other responsive Jia e-mails were identified. Although Mr. Jia testified that three employees, Zhang Jianchun, Chen Xin Hua and Zhao Xiu Yun may have sent e-mails on Mr. Jia's behalf (Jia Tr. at 57:12-58:13), we have confirmed that these three individuals only used Mr. Jia's e-mail account when sending e-mails on Mr. Jia's behalf. Thus, there is no reason to conduct searches of the Hua and Yun e-mail accounts. Moreover, Zhang Jianchun's e-mail account has already been searched and any information related to the manufacture or sale of U.S. drywall or contacts with the U.S. have been produced.

    **7. Complaints that prompted the testing of the drywall and customer survey** (PSC Br., Sec. E(1).)

Defendants have produced all documents concerning complaints from customers in the U.S: TG 0019235 – TG 0019236; TG 0019356; TG 0019371 – TG 0020103; TG 0020125 – TG 0020222; TG 0020145 – TG 0020149; TG 0022732 – TG 0023418; TG 0023432 – TG 0023696; TG 0025273 – TG 0025275; TG 0025351 – TG 0025355; TG 0025399 – TG 0025411. There are no complaints from customers in China related to odors, emissions or the like.

    **8. Documents and communications related to testing by the Chinese government identified by Mr. Jia at his deposition.** (PSC Br., Sec. F.)

Defendants do not have any such documents. Defendants have produced documents concerning ASTM and other certifications of their drywall by the Beijing Products Quality Supervision and Inspection Institute: TG 0019790 – TG 0019793; TG 0020132 – TG 0020133; TG 0022450 – TG 0020453; TG 0022527 – TG 0022530; TG 0022538 – TG 0022541; TG 0025390.

### 9. Custodial file of Zhang Jianchun  (PSC Br., Sec. G.)

As set forth above, Defendants have produced all e-mails and documents from the files of Mr. Zhang related to the manufacture or sale of drywall to U.S. dimensions or Defendants' contacts with the U.S. This includes the complete corporate files of the Defendants, which Mr. Zhang maintains in his capacity as Secretary to TG: TG 0025399 – TG 0025411; TG 0019217; TG 0019846; TG 0020106; TG 0020114; TG 0020384 - TG 0020391; TG 0020401 - TG 0020874; TG 0021110 - TG 0021113; TG 0021120; TG 0021154 - TG 0021162; TG 0021172; TG 0025412 – TG 0025415.

### 10. Source information for the sales history data contained in the MPFs  (PSC Br., Secs. I and M.)

Defendants have produced the source information for the sales history data contained in the MPFs. These documents include all invoices and contracts maintained by the Defendants that relate to the sales listed on the MPFS:  (*Invoices*) TG 0000619; TG 0000728; TG 0000731; TG 0000738; TG 0000872; TG 0001079; TG 0001138 - TG 0001141; TG 0001509 - TG 0001560; TG 0001565 - TG 0001565; TG 0001588 - TG 0001690; TG 0001719 - TG 0001719; TG 0019364 - TG 0019366; TG 0019447 - TG 0019451; TG 0019858 - TG 0019977; TG 0020011 - TG 0020088; TG 0020090 - TG 0020092; TG 0020105; TG 0020107; TG 0023907 - TG 0023910; TG 0024313 - TG 0024314; TG 0021585 - TG 0021594; TG 0022442 - TG 0022447; TG 0025166 - TG 0025214; (*Contracts*) TG 0000129 - TG 0000130; TG 0000456 - TG 0000459; TG 0000468 - TG 0000473; TG 0000565 - TG 0000565; TG 0000734 - TG 0000736; TG 0000833 - TG 0000839; TG 0000897 - TG 0000898; TG 0001075 - TG 0001077; TG 0001135; TG 0001290 - TG 0001293; TG 0001312 - TG 0001313; TG 0001316; TG 0001482 - TG 0001508; TG 0001562 - TG 0001563; TG 0001567 - TG 0001587; TG 0001684 - TG 0001686; TG 0001698 - TG 0001701; TG 0001704 - TG 0001713; TG 0019995 - TG 0020010; TG 0020116 - TG 0020124; TG 0020129 - TG 0020129; TG 0020230 - TG 0020247; TG 0021228 - TG 0021243; TG 0021384 - TG 0021392; TG 0021409 - TG 0021410; TG 0021454 - TG 0021705; TG 0023836 - TG 0023838; TG 0024051 - TG 0024054; TG 0024055; TG 0024056; TG 0025311 - TG 0025321.

This also includes all correspondence related to sales and potential sales of drywall by the Defendants to U.S. dimensions: TG 0000001 - TG 0001764; TG 0019218 - TG 0019234; TG 0019348; TG 0019447 - TG 0019449; TG 0019763 - TG 0019767; TG 0019794 - TG 0019842; TG 0019978; TG 0020093 - TG 0020168; TG 0020200 - TG 0020221; TG 0020396 - TG 0020400; TG 0021194 - TG 0022731; TG 0023697 - TG 0023912; TG 0023934 - TG 0023949; TG 0023970 - TG 0024006; TG 0024019 - TG 0024077; TG 0024090 - TG 0024199; TG 0024313; TG 0025106; TG 0025164; TG 0025215 - TG 0025276; TG 0025280 - TG 0025340; TG 0025342 - TG 0025407.

### 11. Records concerning transactions between TG and TTP  (PSC Br., Sec. J.)

Defendants have produced all documents reflecting transactions between TG and TTP that have been identified. These documents include written agreements between TG and TTP, as well as documents describing the initial capitalization of TTP: TG 0021412 – TG 0021415; TG 0020809 - TG 0020809; TG 0020811 - TG 0020812; TG 0020815; TG 0020817 - TG 0020824; TG 0020833 - TG 0020838; TG 0020841; TG 0020844; TG 0020846 - TG 0020852; TG 0020855 - TG 0020866; TG 0020869; TG 0020874; TG 0025412.

### 12. Custodial files of Yang Jiapo and Bill Che  (PSC Br., Sec. N.)

Defendants have produced all documents from the files of Che Gong a/k/a Bill Che related to the manufacture or sale of drywall to U.S. dimensions or to Defendants' contacts with the U.S.: TG

Leonard A. Davis -4- June 6, 2011

0000483 – TG 0000484; TG 0000491 – TG 0000509; TG 0000565; TG 0000575; TG 0000610 – TG 0000612; TG 0000637 – TG 0000639; TG 0000831; TG 0000859 – TG 0000861; TG 0000872; TG 0000946 – TG 0000971; TG 0001724 – TG 0001738; TG 0019312; TG 0019348 – TG 0019352; TG 0019362 – TG 0019370; TG 0019391 – TG 0019392; TG 0019566; TG 0019689; TG 0020096 – TG 0020099; TG 0021363 – TG 0021364; TG 0021384 – TG 0021392; TG 0021655 – TG 0021659; TG 0021681 – TG 0021705; TG 0021765 – TG 0021766; TG 0021891; TG 0022081; TG 0022216 – TG 0022220; TG 0022272 – TG 0022275; TG 0023835 – TG 0023838; TG 0023908 – TG 0021910; TG 0023833 – TG 0023836; TG 0023907; TG 0023914 – TG 0023922 and TG 0025224 – TG 0025307.

Defendants have also produced all documents from the files of Yang Jiapo a/k/a Apollo Yang related to the manufacture or sale of drywall to U.S. dimensions or to Defendants' contacts with the U.S.: TG 0000463 - TG 0000463; TG 0001191 - TG 0001196; TG 0001214 - TG 0001215; TG 0001251 - TG 0001252; TG 0001295 - TG 0001296; TG 0001314 - TG 0001315; TG 0001345 - TG 0001368; TG 0001385 - TG 0001407; TG 0001416 - TG 0001416; TG 0001439 - TG 0001439; TG 0001739 - TG 0001740; TG 0001762 - TG 0001763; TG 0019794 - TG 0019845; TG 0020396 - TG 0020400; TG 0021396 - TG 0021398; TG 0022646 - TG 0022649; TG 0023943 - TG 0023944; TG 0023957 - TG 0023969; TG 0024096 - TG 0024161; TG 0024188 - TG 0024190; TG 0025045 - TG 0025078; TG 0025275; TG 0025356 - TG 0025398.

**13. Documents related to "Downstream Entities"** (PSC Br., Sec. O.)

The only two TG subsidiaries, besides TTP, that have had any involvement or contact with customers in the U.S. were Taishan Gypsum (Weifang) Co., Ltd. and Taian Jindun Building Materials Co., Ltd. Defendants have produced all documents concerning these entities' activities connected with sales involving U.S. companies as well as documents that describe the ownership and organization of the entities: TG 0019447 - TG 0019453; TG 0019493 - TG 0019572; TG 0020116 – TG 0020222; TG 0020875 - TG 0021002; TG 0021021 - TG 0021028; TG 0021034 - TG 0021070; TG 0021078 - TG 0021193; TG 0021706 - TG 0021788; TG 0021959 - TG 0021997; TG 0022135 - TG 0022195; TG 0022200 - TG 0022215; TG 0022225 - TG 0022233; TG 0022286 - TG 0022337; TG 0022360 - TG 0022365; TG 0022651 - TG 0022653.

This is not an exhaustive list of all the categories of documents that Defendants have produced. It does, however, highlight the main categories of documents that the PSC had in its possession prior to the Hong Kong depositions. Furthermore, since the documents already produced describe Defendants' jurisdictional contacts and operations in great detail, we request that the PSC re-evaluate whether any additional documents are reasonably necessary for the completion of jurisdictional discovery.

Sincerely,

Matthew J. Galvin

Associate
matthew.galvin@hoganlovells.com
D 212 909 0634

cc: Honorable Eldon E. Fallon
Russ M. Herman, Esq.
Arnold Levin, Esq.
Fred Longer, Esq.
Dorothy Wimberly, Esq.
Hilarie Bass, Esq.
David Black, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.