**From:** Statman, Eric
**Sent:** Wednesday, August 03, 2011 11:43 AM
**To:** Lenny Davis
**Cc:** Russ Herman; alevin@lfsblaw.com; FLonger@lfsblaw.com; gmeunier@gainsben.com; Wimberly, Dorothy H.; bassh@gtlaw.com; dblack@perkinscoie.com; npanayo@wwhgd.com; khardt@snllaw.com; jgarner@shergarner.com; tbrenner@beylaw.com; Seeger, Chris; Gonzalez, Ervin; Montoya, Patrick; 'rserpe@serpefirm.com'; 'juliabeskin@quinnemanuel.com'; 'janebyrne@quinnemanuel.com'; 'kolayat@gtlaw.com'; 'salkym@gtlaw.com'; 'mclark@shergarner.com'; 'ceiselen@gjtbs.com'; rcs@stanleyreuter.com; Tom Owen; Cyr, Joe; Spano, Frank T.; Galvin, Matthew; Colligan, Courtney L.; Garcia, Renee
**Subject:** RE: Drywall: Response to June 24, 2011 Letter

Lenny,

As we agreed at the meet and confer on July 29, 2011, we are supplying you with a list of the persons employed by TG and TTP whose computers were searched for potentially responsive emails. To be clear, we have searched the computers of everyone under Defendants' control who we are informed was involved in the business of selling or manufacturing drywall that was made to US specifications.

Peng Wenlong; Che Gong ; Yang Jiapo ;Jia Kai ; Zhang Jijun; Zhang Jianchun ; Jia Tongchun

Additionally, we are advised that payroll records and related documents (your request number 8 in your letter of July 12) cannot be located and documents relating to the decision to shut down TTP (your request number 9 ) also cannot be located.

**Eric Statman**
Counsel

**Hogan Lovells US LLP**
875 Third Avenue
New York, NY 10022

Tel:      +1 212 918 3000
Direct:   +1 212 909 0609
Fax:      +1 212 918 3100
Email:    eric.statman@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*