Confidential - Subject to Further Confidentiality Review

Page 1

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              §  MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   §  SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           §  JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 §  MAGISTRATE
     _____     §  JUDGE WILKINSON
 7
                      -  -  -
 8
         CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                      -  -  -
10
                   April 4, 2011
11
                      -  -  -
12
         CONFIDENTIAL - SUBJECT TO FURTHER
13             CONFIDENTIALITY REVIEW
14                    -  -  -
15         Videotaped deposition of TONGCHUN
     JIA, held at 3 Pedder Street, Central,
16   Hong Kong, China, commencing at 9:05
     a.m., on the above date, before Linda L.
17   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
18   Realtime Reporter and Notary Public.
19
20                    -  -  -
21
22         GOLKOW TECHNOLOGIES, INC.
         ph 877.370.3377 | fax 917.591.5672
23              deps@golkow.com
24
```

Page 34

```
 1        my computer or not.
 2   BY MR. SEEGER:
 3        Q.   So, as part of your job as
 4   chairman and general manager of TG,
 5   you're saying you're not aware if you
 6   have even computer access to documents
 7   for BNBM?
 8        A.   Yes.
 9        Q.   Do you receive annual
10   reports from BNBM?
11        A.   I did not receive the annual
12   report from BNBM, but every year, there
13   is a meeting for the Board of Directors
14   that I would be able to see this report.
15   That is after the year 2008.
16        Q.   After the year 2008.  Okay.
17             Do you receive this
18   information before the board meets so you
19   can review it and think about it?
20        A.   I don't understand what you
21   mean.
22        Q.   The BN -- let's get a couple
23   of things clear.
24             The board meeting he's
```

Page 35

```
 1   talking about is TG, correct?
 2        A.   No.
 3        Q.   What board of what companies
 4   is he talking about?
 5        A.   BNBM.
 6        Q.   He's on the board of BNBM is
 7   what you're saying?
 8        A.   Yes.
 9        Q.   And he's on the board, and
10   he has no idea on how to find -- he has
11   no access to documents regarding BNBM.
12   Is that his testimony?
13        A.   No.
14        Q.   Then what access does he
15   have to BNBM documents?  Let me ask it
16   that way.
17        A.   Every year there is a
18   meeting for the annual reports.  So, they
19   would put out all these documents on the
20   table.  I would just go through them and
21   leave it there.  If this -- to our
22   companies, if these documents don't have
23   too much relevance to us, we won't keep
24   it.
```

Page 36

```
 1             INTERPRETER 2:  The check
 2   interpreter objects to the
 3   interpretation.  The witness said
 4   company, not companies.
 5             MR. SEEGER:  Do you agree
 6   with that?
 7             INTERPRETER 1:  Off the
 8   record.  I need to clarify with
 9   the witness because there's no
10   Chinese word company or companies.
11   It's the same word.  In Chinese,
12   it's the same word.
13             (Interpreter clarification
14   with the witness.)
15             INTERPRETER 1:  It's the
16   same word.
17             THE WITNESS:  I'm referring
18   to the annual report related to
19   BNBM and also to TG.  If they are
20   not -- if there's not much
21   relevance to me, I won't pay
22   attention -- his -- two companies.
23             INTERPRETER 2:  No.  The
24   check --
```

Page 37

```
 1             INTERPRETER 1:  Two
 2   companies.  Because TG is another
 3   company.
 4             INTERPRETER 2:  No.  The
 5   check interpreter objects to the
 6   interpretation.  The witness --
 7   the rendition of the check
 8   interpreter of the witness's
 9   statement was that the document
10   from BNBM was not relevant to TG.
11             MR. SEEGER:  You're the
12   official translator.
13             INTERPRETER 1:  No.
14             MR. SEEGER:  So, I would
15   like to have what you say.  What's
16   the final word?  What do you say
17   it is?
18             INTERPRETER 1:  Can you
19   repeat what you said?  I want also
20   to have a screen in front of me.
21             MR. SEEGER:  Is your
22   interpretation companies?  Is your
23   interpretation of what he said
24   that he meant more than one
```

Page 162

```
 1      A.   Yes, I would participate.
 2      Q.   If TG were to get involved
 3  in investing money in either existing
 4  product lines or new product lines, would
 5  you be involved in that decision?
 6      A.   I will involved.
 7      Q.   If TG were to get involved
 8  in strategic alliances with other
 9  companies, either joint ventures,
10  mergers, purchase of other companies,
11  would those decisions go through you?
12      A.   I don't understand the
13  concept of "strategic."
14      Q.   Okay.
15           What if TG were to purchase
16  another company?
17           MR. CYR:  Would you
18      participate in that decision?
19           THE WITNESS:  Yes, I will
20      participate.
21  BY MR. SEEGER:
22      Q.   What if it were to joint
23  venture or partner with another company
24  with regard to current or new product
```

Page 163

```
 1  lines, would that decision go through
 2  you?
 3      A.   It is not to go through me.
 4  It is through a discussion with the board
 5  of shareholders and the board of
 6  directors.
 7      Q.   And would he participate in
 8  that discussion?
 9      A.   Yes.
10      Q.   Would you have to bring any
11  decision like that, acquiring a new
12  company or a joint venture with another
13  company, to the board of BNBM?
14      A.   It would not be brought up
15  to the board of BNBM.
16      Q.   Would it be reported to the
17  board --
18           If a decision were made one
19  way or another regarding buying a company
20  or joint venturing, would it be -- at
21  what point would that be shared with
22  BNBM?
23      A.   I don't understand the word
24  "shared."
```

Page 164

```
 1      Q.   That information would be
 2  shared.
 3           INTERPRETER 2:  (Addressing
 4      Interpreter 1 in Chinese.)
 5           MR. SEEGER:  Can you --
 6           MR. CHEN:  There is an issue
 7      with the translation of the
 8      Chinese, and so she's giving --
 9      she's helping the interpreter.
10           MR. SEEGER:  Oh, you're
11      speaking to the interpreter?
12           MR. CHEN:  I don't think she
13      was --
14           INTERPRETER 1:  She's just
15      helping seeing in her way whether
16      he can understand it better or
17      not.  No objection from my side.
18           MR. CYR:  I shared your --
19      we were aligned on that moment.
20           MR. SEEGER:  Okay.
21           Did that help you, what she
22  said?
23           INTERPRETER 2:  I haven't
24      finished.
```

Page 165

```
 1           MR. SEEGER:  I'm going to
 2      withdraw the question.
 3           INTERPRETER 1:  Yeah, okay.
 4      Thank you.
 5  BY MR. SEEGER:
 6      Q.   BNBM sits on the board of
 7  TG, correct?
 8      A.   Yes.
 9      Q.   At TG, do you sit on any
10  particular committees, if they exist?
11      A.   I don't understand what you
12  mean.
13      Q.   Management committees?
14      A.   No.
15      Q.   Are there any formal -- that
16  he's aware of,are there any formal
17  committees at TG that he would
18  specifically participate in, to his
19  knowledge?
20      A.   TG only has the board of
21  shareholders and a board of directors.
22  We don't have any other management
23  committee.
24           MR. CYR:  Excuse me.
```

Page 190

1  called Taihe. And originally there is a
2  Taihe Dongxin -- originally they have --
3  there is a Taihe Dongxin, but later on
4  they deleted the word "Dongxin."
5      Q.   Do you know, Mr. Jia, if
6  BNBM marketed itself at any point as part
7  of the Taihe Group?
8      A.   It has never been the case.
9      Q.   Do BNBM and TG share any
10 production lines or facilities?
11     A.   Please repeat it.
12          MR. SEEGER:  (Addressing the
13     interpreter.)
14          Well, you can go ahead.  I
15     think that related more to you.
16     I'm off the hook on that one.
17          (Interpreter repeats
18     question.)
19          THE WITNESS:  No.
20 BY MR. SEEGER:
21     Q.   At any time, to your
22 knowledge, did BNBM and TG ever share any
23 employees?
24     A.   No.

Page 191

1      Q.   To your knowledge, have
2  there been any loans or other financial
3  arrangements between BNBM and TG?
4      A.   No loan.
5          MR. SEEGER:  Excuse me?
6          INTERPRETER 1:  No loan.
7  BY MR. SEEGER:
8      Q.   I'm not sure I understand
9  the answer.
10         Are there any other
11 financial arrangements other than loans
12 between BNBM and TG?
13     A.   Financial arrangement, if
14 you translated it directly, I don't
15 understand.
16     Q.   Do BNBM -- I'm sorry, strike
17 it.
18         Does BNBM guarantee loan
19 obligations to banks on behalf of TG?
20     A.   Yes.
21     Q.   Has BNBM loaned money to TG?
22     A.   No.
23         MR. SEEGER:  I'm sorry, what
24     was the answer?

Page 192

1          INTERPRETER 1:  No.
2          MR. SEEGER:  Excuse me.
3  BY MR. SEEGER:
4      Q.   Does TG guarantee loan
5  obligations to any banks for TTP?
6      A.   No.
7      Q.   Does TG loan money to TTP?
8      A.   I did answer before, no.
9      Q.   Does TG continue to invest
10 money in TTP?
11     A.   No.
12     Q.   Does BNBM invest money --
13 continue to -- let me strike that.
14         Does BNBM invest money in
15 TG?
16     A.   I don't understand the
17 question.
18     Q.   Okay.
19         For any point in time, has
20 BNBM invested money in TG?
21     A.   It did buy shares from TG.
22     Q.   Was that the extent of its
23 investment?
24         INTERPRETER 2:  The check

Page 193

1  interpreter believes the
2  interpretation should be zhe shi
3  fou ni men de, tou zi, tg sou you
4  de tou zi.
5          INTERPRETER 1:  What the
6     check interpreter was interpreting
7     was that all of the investment to
8     TG.  I thought it was not the
9     question.  I disagree with the
10    check interpreter.
11         MR. SEEGER:  The question
12    that I asked -- you understood --
13    I don't even remember what the --
14         - - -
15         (Whereupon, the requested
16    portion of the transcript was read
17    by the court reporter as follows:
18         "Q.  For any point in time,
19    has BNBM invested money in TG?
20         A.  It did buy shares from
21    TG.
22         Q.  Was that the extent of
23    its investment?")
24         - - -

Page 194

1     MR. CHEN: My issue was the
2 translation of that last question.
3     MR. SEEGER: Okay. Okay.
4     So ask that question again.
5 Let me just see what the -- you
6 guys listen in. Okay? Ask the
7 same question.
8         - - -
9     (Whereupon, the requested
10 portion of the transcript was read
11 by the court reporter as follows:
12     Q. Was that the extent of
13 its investment?")
14         - - -
15     THE WITNESS: I don't
16 understand what you want me to
17 answer.
18 BY MR. SEEGER:
19     Q. Other than purchasing the
20 shares, did BNBM invest any other money
21 in TG? Did it provide it with money in
22 any other way?
23     A. No.
24     Q. And I'm going to reask the

Page 195

1 question, because I think when I did ask
2 it, I didn't do a good job.
3     MR. CYR: As you can see, I
4     don't have problems with you
5     asking the same question more than
6     once, because we do have some
7     uncertainties with respect to the
8     language.
9     MR. SEEGER: And I'm
10     definitely signaling, I think I
11     asked it, but I'm not sure I asked
12     it the right way.
13 BY MR. SEEGER:
14     Q. At any point in time, has TG
15 loaned money to TTP? At any point in
16 time?
17     A. No.
18     Q. I'm going to ask another
19 series of questions.
20     Are there any employees,
21 including shareholders, officers or
22 directors of TG, that are paid or
23 compensated by BNBM?
24     A. No.

Page 196

1     Q. Are there any employees,
2 shareholders, officers or directors of
3 TTP that are paid or compensated in any
4 way by TG?
5     A. Please repeat it.
6     (The interpreter repeats the
7 question.)
8     No.
9     Q. All right.
10     Do BNBM and TG share any
11 plants, factories or production lines?
12     A. No.
13     Q. Do BNBM and TG share any
14 operations together at all?
15     A. Can you give me the
16 definition of the word "operation"?
17     Q. Factory operations for the
18 production of plasterboard, let's say.
19     A. No.
20     Q. Do they share --
21     Does BNBM and TG share any
22 mining operations or mines from which
23 gypsum is mined?
24     A. What mine?

Page 197

1     Q. You tell me. That's my
2 question. I'm asking if BNBM and TG
3 share the same mines for mining gypsum.
4     A. No.
5     Q. Do BNBM and TG share any of
6 the same product lines? Do they make the
7 same products?
8     A. No.
9     MR. CHEN: Let me just
10     clarify. The question translated
11     referred to production lines, not
12     product lines.
13     MR. SEEGER: Production
14     lines, not what?
15     MR. CHEN: Not product
16     lines.
17     MR. SEEGER: Oh, I was
18     asking about products, specific
19     products.
20 BY MR. SEEGER:
21     Q. Do they sell --
22     Do they make and sell
23 similar products?
24     A. I don't understand.

Confidential - Subject to Further Confidentiality Review

Page 270

```
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              § MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   § SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 § MAGISTRATE
                                § JUDGE WILKINSON
 7   _____
                      - - -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                      - - -
10
                  April 5, 2011
11
                      - - -
12
         CONFIDENTIAL - SUBJECT TO FURTHER
13             CONFIDENTIALITY REVIEW
14                    - - -
15       Videotaped deposition of TONGCHUN
     JIA, held at 3 Pedder Street, Central,
16   Hong Kong, China, commencing at 9:03
     a.m., on the above date, before Linda L.
17   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
18   Realtime Reporter and Notary Public.
19
                      - - -
20
21
22         GOLKOW TECHNOLOGIES, INC.
        ph 877.370.3377 | fax 917.591.5672
23            deps@golkow.com
24
```

Confidential - Subject to Further Confidentiality Review

Page 395

1  Q. Let's start with the
2  present.
3  A. Wang, the last name is Wang.
4  Wang Bin is the chairman of BNBM.
5  Q. How about back in 2007?
6  A. I cannot be sure who that
7  is, but I know during the earlier period.
8  Q. What name from the earlier
9  period does he know?
10  A. Cao Jiang Lin.
11  Q. That's the name I was trying
12  to write. I knew I wasn't pronouncing it
13  correctly, but I figured we'd get there
14  somehow.
15  INTERPRETER 1: That's close
16  enough.
17  BY MR. SEEGER:
18  Q. Do you know who Cao Jiang
19  Lin is?
20  A. I know.
21  Q. Do you know what his current
22  position is with BNBM?
23  A. I don't know.
24  Q. Do you know if he's

Page 396

1  currently still with BNBM?
2  A. I don't know.
3  Q. Do you know if he has a
4  position with CNBM?
5  A. According to my knowledge,
6  he has no positions with CNBM.
7  Q. In all the time that you
8  have been on the board of BNBM, you don't
9  recall any presentations regarding BNBM
10  business in the U.S.?
11  A. I don't know.
12  MR. CHEN: Objection. The
13  way it was translated was did you
14  know of any business in the U.S.,
15  not do you recall any
16  presentations regarding business
17  in the U.S.
18  MR. SEEGER: So, he answered
19  the one do you know of any
20  business? That's the one he
21  answered?
22  MR. CHEN: I believe so.
23  MR. SEEGER: Okay.
24  BY MR. SEEGER:

Page 397

1  Q. Let me ask the question
2  again so we have a question and answer.
3  In all your time on the
4  board at BNBM, do you recall
5  presentations or information provided to
6  board members regarding BNBM business in
7  the United States?
8  INTERPRETER 1: Counsel, the
9  word "presentation" is very
10  difficult to translate accurately.
11  Do you mind to help me?
12  MR. SEEGER: Discussions.
13  Use discussions instead of
14  presentations.
15  INTERPRETER 1: Discussions,
16  okay. Good.
17  THE WITNESS: I don't
18  understand. I don't know what you
19  are talking about the business in
20  the United States of the BNBM.
21  BY MR. SEEGER:
22  Q. Well, do you have an
23  understanding that BNBM does business in
24  the U.S. at all one way or another?

Page 398

1  A. I don't know.
2  Q. Are you aware if BNBM has
3  any U.S. subsidiaries?
4  A. No.
5  Q. Have you ever heard of BNBM
6  of America Inc.?
7  A. I have never heard of it.
8  Q. Do you have any
9  understanding if Cao Jiang Lin held any
10  positions at CNBM as well as BNBM?
11  A. I don't know.
12  Q. Do you know who Peng Shou
13  is?
14  INTERPRETER 1: P?
15  MR. SEEGER: It's P-E-N-G,
16  and in English spelled S-H-O-U.
17  THE WITNESS: I met this
18  person.
19  BY MR. SEEGER:
20  Q. And how did you meet him?
21  A. I cannot recall how I met
22  him, but he gave me a name card.
23  Q. Do you know if Peng Shou has
24  any position with BNBM?

33 (Pages 395 to 398)

<7ea915e25d8e6a15>
<7ea915e25d8e6a15>
</7ea915e25d8e6a15>
</7ea915e25d8e6a15>

Page 479

1  That was the right time for it,
2  but not now.  Let's go until 5:30.
3  Thank you.
4  MR. PANAYOTOPOULOS:  I just
5  want to note for the record that
6  on behalf of my client, I have not
7  had an opportunity to ask any
8  questions, and we will attempt to
9  ask that this deposition gets
10  continued if it gets cut off by
11  counsel I guess at 5:30.
12  MS. EISELEN:  Likewise for
13  Interior/Exterior.
14  MR. CYR:  What is your
15  suggestion with respect to how
16  we're supposed to conduct these
17  depositions?  I don't understand.
18  Do you just think we're just going
19  to go to midnight?
20  MR. PANAYOTOPOULOS:  The
21  same way that every other
22  deposition gets conducted.  If we
23  don't have an opportunity, we'll
24  need to come back at another time.

Page 480

1  If we can do it later today, I'm
2  willing to stay as late as we need
3  to.
4  MR. CYR:  No.  We're going
5  to wrap it up at 5:30.  I'm sorry.
6  Go ahead, sir.
7  MR. BRENNER:  I'll note the
8  same objection.  I have maybe ten
9  minutes worth of questions.
10  MR. BLACK:  I want to make
11  the objection for the State of
12  Louisiana.  Same objection.
13  MR. PANAYOTOPOULOS:
14  Reservation of rights.
15  MS. EISELEN:  Same.
16  MR. HARDT:  Can I ask a
17  question?
18  BY MR. HARDT:
19  Q.  Let me ask you this.
20  Was TTP formed as a
21  subsidiary of TG to sell drywall to US
22  importers?
23  A.  No.
24  Q.  Can you explain for me why

Page 481

1  after the formation of TTP in February of
2  2006 that only TTP made sales to US
3  importers and TG did not?
4  A.  In the year 2006, the
5  department -- the tax department, they
6  inform us that we cannot issue invoice
7  for VAT.  That's value-added tax.  But
8  there were a lot of the customers of TG,
9  they were -- they are asking for the
10  issuing of invoice for VAT.  So, under
11  the suggestions of the tax bureau,
12  therefore, all the customers, they wanted
13  to use VAT invoices.  They would go to
14  TTP.  We will use TTP to do the
15  production.  That is for the convenience
16  of the management of that tax, because
17  most of the customers that sold for --
18  that buy the products to be sold to
19  somewhere outside of China for the
20  drywall, most of them, they require the
21  invoice of the VAT.  Therefore, the
22  products produced by TTP, they would have
23  a lot of the products sold outside of
24  China.  TG has very few of them.

Page 482

1  MR. HARDT:  I wish I had
2  time to delve into that answer,
3  but I'm going to pass the witness.
4  MR. CYR:  (Addressing Mr.
5  Chen.)
6  Mr. Jia has complained about
7  the time.  Could you ask him if we
8  can go until 5:30.
9  Okay.
10  - - -
11  EXAMINATION
12  - - -
13  BY MR. BRENNER:
14  Q.  Mr. Jia, I represent Tobin
15  Trading, Incorporated.
16  Did you ever meet with any
17  representative of Tobin Trading,
18  Incorporated?
19  A.  I have never seen any.
20  Q.  The product that TG sold to
21  Venture Supply, where was the factory
22  located that produced the product?
23  A.  In the city called Tai'an in
24  the province of Shandong.