Confidential - Subject to Further Confidentiality Review

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                                § MDL NO. 2047
    IN RE:                        §
 4  CHINESE-                      § SECTION: L
    MANUFACTURED                  §
 5  DRYWALL PRODUCTS              § JUDGE FALLON
    LIABILITY                     §
 6  LITIGATION                    § MAGISTRATE
    _____          § JUDGE WILKINSON
 7
                      -  -  -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
10
                      -  -  -
11
                  April 6, 2011
12
                      -  -  -
13
        CONFIDENTIAL - SUBJECT TO FURTHER
14             CONFIDENTIALITY REVIEW
15                    -  -  -
16      Videotaped deposition of JIANCHUN
    ZHANG, held at 3 Pedder Street, Central,
17  Hong Kong, China, commencing at 9:12
    a.m., on the above date, before Linda L.
18  Golkow, Certified Court Reporter,
    Registered Diplomate Reporter, Certified
19  Realtime Reporter and Notary Public.
20
21                    -  -  -
22
             GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591.5672
                  deps@golkow.com
24
```

Page 126

```
 1      A.   He is at the factory called
 2  Lucheng.
 3      Q.   If the witness could please
 4  write it down.
 5      A.   (Witness complies.)
 6           It is called the branch
 7  office of Lucheng.
 8      Q.   Is that owned by Taishan
 9  Gypsum?
10      A.   Yes.
11      Q.   Are there other employees
12  that share offices between TTP and
13  Taishan Gypsum?
14           MR. STATMAN:  Objection to
15      form.  Assumes a fact not in
16      evidence.
17  BY MR. MONTOYA:
18      Q.   You can answer, sir.
19      A.   I did not understand when
20  you asked it earlier.
21      Q.   Are there other employees
22  that share offices between TG and TTP?
23           MR. STATMAN:  Objection to
24      form.  You can answer the
```

Page 127

```
 1      question.
 2           THE WITNESS:  What time
 3      period?
 4  BY MR. MONTOYA:
 5      Q.   Any time period, from 2006
 6  to present?
 7      A.   No.
 8      Q.   So, Mr. Peng Shiliang is the
 9  only employee of TTP that shares an
10  office with a TG company; is that
11  correct?
12           MR. STATMAN:  Objection to
13      form.
14  BY MR. MONTOYA:
15      Q.   You can answer, sir.
16      A.   Are you talking about Mr.
17  Peng Shiliang or other people?
18      Q.   I'm asking if there are
19  other people that share offices between
20  TTP and TG like Mr. Peng Shiliang?
21      A.   Now I understand.  No.
22      Q.   Why does Mr. Peng Shiliang
23  have an office at a TG factory?
24      A.   Mr. Peng Shiliang is now a
```

Page 128

```
 1  manager of the factory.
 2      Q.   Did TTP have a legal
 3  department between 2006 to 2008?
 4           MR. GRAND:  Clarify the
 5      answer to what he just said.  Is
 6      now a manager or is not a manager?
 7           MR. MONTOYA:  It's "now."
 8           MR. GRAND:  Because you
 9      typed "not."
10           MR. STATMAN:  What was the
11      question?
12  BY MR. MONTOYA:
13      Q.   I'll start over again.
14           COURT REPORTER:  Sorry.  Did
15      you say Mr. Peng Shiliang is now a
16      manager?
17           THE WITNESS:  Can we take a
18      break right now?
19           INTERPRETER 1:  Now.  It
20      looks like "now."
21           MR. STATMAN:  It's close to
22      2:00, if you don't mind.
23           THE VIDEOTAPE TECHNICIAN:
24      The time now is approximately 1:54
```

Page 129

```
 1      p.m., and we are now off the
 2      record.
 3           - - -
 4           (Whereupon, a recess was
 5      taken from 1:54 p.m. until
 6      2:05 p.m.)
 7           - - -
 8           THE VIDEOTAPE TECHNICIAN:
 9      This begins tape 4 of today's
10      deposition.  The time now is
11      approximately 2:06 p.m., and we're
12      back on the record.
13  BY MR. MONTOYA:
14      Q.   Sir, does TTP have a legal
15  department?
16      A.   No.
17      Q.   Did TTP ever have a legal
18  department?
19      A.   No.
20      Q.   Did TG assist TTP with any
21  legal issues?
22           MR. STATMAN:  Objection,
23      time frame, but go ahead and
24      answer.
```