Confidential - Subject to Further Confidentiality Review

Page 1

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                              §  MDL NO. 2047
    IN RE:                      §
 4  CHINESE-                    §  SECTION: L
    MANUFACTURED                §
 5  DRYWALL PRODUCTS            §  JUDGE FALLON
    LIABILITY                   §
 6  LITIGATION                  §  MAGISTRATE
                                §  JUDGE WILKINSON
    _____
 7
                     - - -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                     - - -
10
                  April 7, 2011
11
                     - - -
12
         CONFIDENTIAL - SUBJECT TO FURTHER
13              CONFIDENTIALITY REVIEW
14                   - - -
15       Videotaped deposition of WENLONG
    PENG, held at 3 Pedder Street, Central,
16  Hong Kong, China, commencing at 8:59
    a.m., on the above date, before Linda L.
17  Golkow, Certified Court Reporter,
    Registered Diplomate Reporter, Certified
18  Realtime Reporter and Notary Public.
19
20                   - - -
21
22         GOLKOW TECHNOLOGIES, INC.
       ph 877.370.3377 | fax 917.591.5672
23              deps@golkow.com
24
```

Page 178

```
 1  wanted to buy the product of light steel
 2  metal studs.
 3      Q.   Mr. Peng, TTP never made or
 4  sold metal studs, right?
 5      A.   TTP did not manufacture.  It
 6  purchased from this company called
 7  Shandong Tai'an Jindun Construction
 8  Material Company Limited.  And then it
 9  sold in China to OEG company.
10          MR. SPANO:  Off the record.
11              - - -
12          (Whereupon, an
13      off-the-record discussion was
14      held.)
15              - - -
16  BY MR. SEEGER:
17      Q.   Mr. Peng, the subject on
18  this e-mail is metal stud customer,
19  right?  Did I read that correctly?
20      A.   Who are you talking about?
21  Who are you referring to?
22      Q.   The e-mail that's marked as
23  Exhibit 6 in front of you, the subject
24  line at the top, it says, "metal stud
```

Page 179

```
 1  customer."  It refers to this person as a
 2  metal stud customer, correct?
 3          INTERPRETER 2:  She did not
 4      interpret "refer to."
 5          MR. SEEGER:  Did you finish?
 6          INTERPRETER 1:  Yes.
 7  BY MR. SEEGER:
 8      Q.   Can you answer?
 9      A.   Here, we write down here as
10  metal stud customer.
11          MR. SEEGER:  Okay.  Take
12      your break.
13          THE VIDEOTAPE TECHNICIAN:
14      The time now is approximately 3:26
15      p.m., and we are now off the
16      record.
17              - - -
18          (Whereupon, a recess was
19      taken from 3:27 p.m. until 3:41
20      p.m.)
21              - - -
22          THE VIDEOTAPE TECHNICIAN:
23      This begins Tape 5 of today's
24      deposition.  The time now is
```

Page 180

```
 1      approximately 3:41 p.m., and we're
 2      back on the record.
 3  BY MR. SEEGER:
 4      Q.   Mr. Peng, do you recognize
 5  the name David Wei, W-E-I?
 6      A.   Would you mind to write it
 7  down for me?
 8      Q.   (Writes name down.)
 9      A.   I know a gentleman by the
10  name Mr. Wei Chun Shan, C-H-U-N, S-H-A-N.
11      Q.   Who is he?
12      A.   I am not sure whether it is
13  the same person or not.
14      Q.   Yes, it is.
15          Can you identify --
16          Assuming that that's the
17  same person, who do you understand him to
18  be?
19      A.   Yes.  I met him.  He did
20  bring customers to our factories.  But I
21  did not know much about him.
22      Q.   What company is he with?
23      A.   He would take customers to
24  our company as an individual.  I don't
```

Page 181

```
 1  know what company he worked for.
 2      Q.   Sitting here today, you have
 3  no understanding of who David Wei or Wei
 4  Chun Shan, what company he worked for; is
 5  that what you are saying?
 6      A.   I only know that he comes
 7  from Beijing.  I don't know which company
 8  he belongs.
 9      Q.   Is it customary in China
10  with businesses or business people that
11  you deal with for you to exchange
12  business cards?
13      A.   Depends on the habit of how
14  individual works.
15      Q.   Well, I mean -- so, I'm
16  asking you, that's my question.  In
17  China, is it custom that when you do
18  business or you meet somebody in the
19  business world that you exchange business
20  cards or does that not always happen?
21      A.   It depends on the
22  individuals.  It also depends on the
23  concrete situation of the business.
24      Q.   So, you're saying there is
```