



TG 0001633



开票日期: 2006年04月28日

此联不作报销、扣税凭证使用

第三联 记账联 销货方记账凭证

开票人:

复核:



第三联 记账联 销货方记账凭证

开票日期：2006年04月28日

加密版本:01
3700061140
06290025

此联不作报销、扣税凭证使用

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 北京市鑫纺织材料进出口公司 | | 千克 | 125820 | 0.7219715589 | 90838.46 | 17% | 15442.54 |

密码区
<117>260076*573+*29<1
9-*589>09+98<51<*48<
<498375B<*1903+1*<7/2
<*+9/3*>>06073+-1>>+5

合计 90838.46 ¥15442.54

价税合计（大写）⊗壹拾万零陆仟贰佰捌拾壹圆整 （小写）¥106281.00

购买方名称：北京市鑫纺织材料进出口公司
纳税人识别号：110101101137073

销售方名称：泰安市泰山纸面石膏板有限公司
纳税人识别号：37091178503046O
地址、电话：泰安市岱岳区大汶口后周村 0538-8812008
开户行及账号：工行鲁岱支行 1604070690922160022

复核：

开票人：安德强

TG 0001635



开票日期: 2006年04月23日

密码区
689-+1730+6+/2999+0437
15+7509l<*9>91367+4+0
1*552+<9218625996*<7/2
<**+9/3*>>07<15669>>-/

加密版本:01
3700061140
06289092S

购货单位
名 称: 东方国际集团上海市对外贸易有限公司
纳税人识别号: 31010513220823S
地址、电话: 上海市黄山东路85号A座6-12 62786500
开户行及账号: 中国银行上海分行 044036-6001-0069540809l001

规格型号
单位: 公斤
数量: 102000
单价: 0.5467672197
金额: 55770.26
税率: 17%
税额: 9480.94

价税合计(大写) ⊗陆万伍仟贰佰伍拾壹圆贰角整 (小写) ¥65251.20

金额合计 ¥55770.26
税额合计 ¥9480.94

销货单位
名 称: 泰安市泰山纸面石膏板有限公司
纳税人识别号: 3709117850304600
地址、电话: 泰安市岱岳区大汶口后薛村 0538-8812008
开户行及账号: 工行磁窑支行 1604070509022160022

收款人: 
复核: 
开票人:

TG 0001636



开票日期：2006年04月23日

第三联 记账联 销货方记账凭证

密码区
3*7/-19369<9>3>*7/26
<0*+411>>/3644+19-0>3
39-57576>7/4658*<7/2
<*+/3*>07<15669>>0*

规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额
62786500 | 公斤 | 102000 | 0.5467672197 | 55770.26 | 17% | 9480.94

加密版本:01
3700061140
06289926

¥55770.26        ¥9480.94

¥9480.94

¥65251.20

贰佰陆拾贰圆伍拾壹角整

此联不作报销、抵扣凭证使用

称：东方国际集团上海市丝绸外贸有限公司
识别号：310105132208233
电话：上海市黄山夹缬85号门座小-12    62786500
账号：中国银行上海分行 044036-6001-0069540809I001

称：泰安市泰山纸面石赛有限公司
识别号：370911785030460
账号：泰安市岱区大汶口后周科 16040705090221600022
工行速路支行

开票人：

复核：

收款人：

3709117850304601 发票专用章

3700061140

山东省泰

TG 0001637



山东省国税 增值税专用发票

3700001140

第三联 记账联 销货方记账凭证

开票日期：2006年04月23日

密码区
0->8166*16720853170060
62>>99*/9902<6*#838+1
/06*62*#4+15/#50*<7/2
<*+*9/3*>017<15669>>99

购货方名称：东方国际集团上海市对外贸易有限公司
纳税人识别号：310105132208233
地址、电话：上海市金山米融885号08座6-12 62786500
开户行及账号：中国银行上海分行 044036-8001-0069540809i001

规格型号
单位：公斤
数量：103000
单价：0.5467672197
金额：55770.26
税率：17%
税额：9480.94

价税合计（大写）⊗陆万伍仟贰佰伍拾壹圆贰角整 ￥65251.20

销货方名称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地址、电话：泰安市岱岳区大汶口后屯村 0538-8812008
开户行及账号：工行磁窑支行 1604070509022160022

金额：￥55770.26
税额：￥9480.94

收款人： 复核： 开票人： 销货单位：（章）

370911785030460
发票专用章
泰安市泰山纸面石膏板有限公司

TG 0001638



TG 0001639



TG 0001640







此联不作报帐、扣税凭证使用

开票日期： 2006年05月19日

00916[140

| 名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 3660×1220×12.7mm | 张 | 3500 | 21.371897143 | 74801.64 | 17% | 12716.28 |

密码区

9537-+-4979/78/>/5</0
98-0/290*78/634/709>-
22->/68-/-4<925>*<7/2
<*+9/3*>2-4<1>>*>>*4

连云港盛荟国际贸易有限公司
320705726540284

泰安市泰山区国石麦张村

中信泰富泰安分行07415208091001

370911785030460
泰安市岱岳区大汶口后期村 0538-8812008
工行泰安支行
1604020560902216022

加密版本:01
3700061140
06312617

开票人： 安徽省

合计 小写 ¥87517.92

价税合计（大写）

合计 ¥74801.64   ¥12716.28



TG 0001644





TG 0019858



开票日期：2006年04月22日

此联不作报销、扣税凭证使用

密码区
1227694559>+09/107*=<6
+/9<01<0823273+5532808
97682473/<>65O2<*<7/2
<*+9/3*>>2-7-*<47>>1*

名　称：上海豫园商城进出口有限公司
纳税人识别号：3101017295934023
地　址、电　话：中国上海市文昌路19号　0086-021-63551828
开户行及账号：中国银行上海市分行青浦支行 04120-9800-1149510099001

货物或应税劳务名称：纸面石膏板
规格型号：3060*1220*12.7mm
单位：张
数量：4160
单价：22.47863249
金额：93511.11
税率：17%
税额：15896.89

价税合计（大写）：壹拾万零玖仟肆佰零捌圆整
￥ 109408.00

名　称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地　址、电　话：泰安市岱岳区大汶口后周村 0538-8812008
开户行及账号：工行磁窑支行 1604070509022160022

金额 ￥93511.11
税额 ￥15896.89

开票人：

复核：

收款人：



3700063170　　山东增值税专用发票　　№ 00754960

此联不作报销、扣税凭证使用　　　开票日期：2006年12月26日

| 购货单位 | 名　　　称： | 江苏东恒集团进出口有限公司 | | 密码区 | 84/799592*52+842/3/0+<br>54421+<<958/9*38<9404<br>0>44>>973/00<930>*6-><br>/9<8/5**34*15-8+5>>-- | 加密版本:01<br>3700063170<br>00754960 |
| | 纳税人识别号： | 320103704047739 | | | | |
| | 地址、电话： | 南京市中华路50号025-52327261 | | | | |
| | 开户行及帐号： | 中国银行江苏省分行0441380900199900028 | | | | |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 2440*1220*12.7 | 张 | 1360 | 13.735042735 | 18679.66 | 17% | 3175.54 |
| 合　　　计 | | | | | ￥18679.66 | | ￥3175.54 |

| 价税合计（大写） | ⊗ 贰万壹仟捌佰伍拾伍圆贰角整 | （小写）￥21855.20 |
|---|---|---|

| 销货单位 | 名　　　称： | 泰安市泰山纸面石膏板有限公司 | | 备注 | 外一　4 |
| | 纳税人识别号： | 370903785030460 | | | 集装箱　4088.008 册 |
| | 地址、电话： | 泰安市岱岳区大汶口后周村 0538-8812008 | | | |
| | 开户行及帐号： | 工行磁窑支行 1604070509022160022 | | | |

收款人：　　　复核：　　　开票人：安海清　　　销货单位：（章）

---

3700063170　　山东增值税专用发票　　№ 00754984

此联不作报销、扣税凭证使用　　　开票日期：2007年01月12日

| | 称： | 青岛九元实业发展有限公司 | | 密码区 | 784/9><5033/**/01-1-6<br>701*4+5<-0>90924<51+3<br>553<42></49006>4514><br>020>37+>65<18/43/>>37 | 加密版本:01<br>3700063170<br>00754984 |
| | 人识别号： | 37020226468643X | | | | |
| | 址、电话： | 明月峡路15号82662286 | | | | |
| | 行及帐号： | 中信市南支行82800006213 | | | | |

| 或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 2440*1220*12.7mm | 张 | 1920 | 13.918091168 | 26722.74 | 17% | 4542.86 |
| 合　计 | | | | | ￥26722.74 | | ￥4542.86 |

| 税合计（大写） | ⊗ 叁万壹仟贰佰陆拾伍圆陆角整 | （小写）￥31265.60 |
|---|---|---|

| | 称： | 泰安市泰山纸面石膏板有限公司 | | 备注 | 外一　|
| | 人识别号： | 370903785030460 | | | |
| | 址、电话： | 泰安市岱岳区大汶口后周村 0538-8812008 | | | |
| | 行及帐号： | 工行磁窑支行 1604070509022160022 | | | |

复核：　　　开票人：安海清　　　销货单位：（章）

第六联



3700062170   山东增值税专用发票   № 00787387

此联不作报销、扣税凭证使用

开票日期：2006年08月16日

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 3660*1220*12.7mm | 张 | 3500 | 21.987777778 | 72559.67 | 17% | 12335.14 |
| 合　计 | | | | | ￥72559.67 | | ￥12335.14 |

价税合计（大写） ⊗ 捌万肆仟捌佰玖拾肆圆捌角壹分 （小写）￥84894.81

购货单位 名　　称：上海上安国际贸易有限公司
纳税人识别号：31011513222069?
地　址、电话：...
开户行及账号：...

销货单位 名　　称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地　址、电话：...
开户行及账号：工行城郊支行 18040706090221600022

备注 重量：127500kg

收款人：　复核：　开票人：　销货单位：（章）

3700062170   山东增值税专用发票   № 00787388

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 3660*1220*12.7mm | 张 | 3500 | 21.987777778 | 72559.67 | 17% | 12335.14 |
| 合　计 | | | | | ￥72559.67 | | ￥12335.14 |

价税合计（大写） ⊗ 捌万肆仟捌佰玖拾肆圆捌角壹分 （小写）￥84894.81

购货单位 名　　称：上海上安国际贸易有限公司
纳税人识别号：31011513222069?
开户行及账号：...

销货单位 名　　称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地　址、电话：...
开户行及账号：工行城郊支行 18040706090221600022

备注 重量：127500kg

收款人：　复核：　开票人：　销货单位：（章）

TG 0019862

3700062170　　山东增值税专用发票　　№ 00787394

此联不作报销、扣税凭证使用

开票日期： 2006年08月17日

| 购货单位 | 名　称： | 上海上实国际贸易集团浦东有限公司 | 密码区 | 6>/40?/--1244-/743946 | 加密版本:01 |
| | 纳税人识别号： | 310115132220697 | | 1674*256/94*-0/16+>-+ | 3700062170 |
| | 地　址、电话： | 浦东东园一村139号1006室　64277728 | | 563147+5</4-->1+*<772 | |
| | 开户行及帐号： | 中行浦东分行　044188-6050-0611050091001 | | <*+9/3*>>07<18719>>4* | 00787394 |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 2440*1220*12.7mm | 张 | 2912 | 14.504273504 | 42236.44 | 17% | 7180.20 |
| 石膏板 | 3660*1220*12.7mm | 张 | 608 | 22.629069829 | 13758.47 | 17% | 2338.94 |
| 合　　计 | | | | | ￥ 55994.91 | | ￥ 9519.14 |

| 价税合计（大写） | ⊗ 陆万伍仟伍佰壹拾肆圆零伍分 | （小写）￥ 65514.05 |

| 销货单位 | 名　称： | 泰安市泰山欧面石膏板有限公司 | 备注 | 容器: 103000kg |
| | 纳税人识别号： | 370911785030460 | | |
| | 地　址、电话： | 泰安市岱岳区大汶口后周村　0538-8812008 | | |
| | 开户行及帐号： | 工行徂徕路支行　1604070509022160022 | | |

收款人：　　　复核：　　　开票人：女海滴　　　销货单位：（章）

---

3700062170　　山东增值税专用发票　　№ 00787395

此联不作报销、扣税凭证使用

开票日期： 2006年08月17日

| 购货单位 | 名　称： | 上海上实国际贸易集团浦东有限公司 | 密码区 | 32419584-/*539--72422 | 加密版本:01 |
| | 纳税人识别号： | 310115132220697 | | 47-*207/*/28*-032*42-- | 3700062170 |
| | 地　址、电话： | 浦东东园一村139号1006室　64277726 | | 40-6118*50+2-566**<772 | |
| | 开户行及帐号： | 中行浦东分行　044188-6050-0611050091001 | | <*+9/3*>>07<18719>>42 | 00787395 |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 2440*1220*12.7mm | 张 | 728 | 14.504273504 | 10559.11 | 17% | 1795.05 |
| 石膏板 | 3660*1220*12.7mm | 张 | 152 | 22.629069829 | 3439.62 | 17% | 584.73 |
| 合　　计 | | | | | ￥ 13998.73 | | ￥ 2379.78 |

| 价税合计（大写） | ⊗ 壹万陆仟叁佰柒拾捌圆伍角壹分 | （小写）￥ 16378.51 |

| 销货单位 | 名　称： | 泰安市泰山欧面石膏板有限公司 | 备注 | 容器: 26000kg |
| | 纳税人识别号： | 370911785030460 | | |
| | 地　址、电话： | 泰安市岱岳区大汶口后周村　0538-8812008 | | |
| | 开户行及帐号： | 工行徂徕路支行　1604070509022160022 | | |

收款人：　　　复核：　　　开票人：女海滴　　　销货单位：（章）

第六联

TG 0019863

3700062170  山东增值税专用发票  № 00787402

此联不作报销、扣税凭证使用

开票日期：2006年08月18日

| 购货单位 | 名　　称： | 杭州裕富德进出口有限公司 | | | | | | 密码区 | 387-8-7-7+7-/8>-1631/<br>----**<<1>*21*47+6733<br>4-0069><96-69<54*<7/2<br><*+9/3*>>2<72**>/>>4> | 加密版本：01<br>3700062170<br>00787402 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 纳税人识别号： | 330100779275517 | | | | | | | | |
| | 地　址、电话： | 杭州市西湖区文三路259号3号楼1201室0571-88004189 | | | | | | | | |
| | 开户行及帐号： | 中国银行杭州市高新技术开发区支行3601510550666613601 | | | | | | | | |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 饰面石膏板 | SK*026-V157 | 张 | 500 | 22.136762137 | 11068.38 | 17% | 1881.62 |
| 合　　计 | | | | | ￥11068.38 | | ￥1881.62 |

| 价税合计（大写） | ⊗壹万贰仟玖佰伍拾圆整 | （小写）￥12950.00 |
|---|---|---|

| 销货单位 | 名　　称： | 泰安市泰山腾田石膏板有限公司 | | 备注 | 51- 2033.60 |
|---|---|---|---|---|---|
| | 纳税人识别号： | 370911785030460 | | | |
| | 地　址、电话： | 泰安市岱岳区大汶口启明村 0538-8812008 | | | |
| | 开户行及帐号： | 工行磁窑支行 1604070509022160022 | | | |

收款人：　　　　　　复核：　　　　　　开票人：安海清　　　　销货单位：（章）



TG 0019864

3700062170　　**山东增值税专用发票**　　№ **00787403**

此联不作报销、扣税凭证使用　　　　开票日期： 2006年08月18日

| 称： | 上海裕金实业有限公司 | | | | 密码区 | 5639<613*4>7*597/=/+1 2-3*4783+92*1503+39/9 927*9*>74*784-+*<7/2 <*+9/3*>>07>+485*>>-7 | 加密版本:01 3700062170 00787403 |
| 人识别号： | 310109133843036 | | | | | | |
| 址、电话： | 上海四平路421弄107号021-53018803 | | | | | | |
| 行及帐号： | 工行浦东分行周家渡支行1001269200004501047 | | | | | | |

| 物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 3660*1220*12.7mm | 张 | 630 | 22.515063492 | 14184.49 | 17% | 2411.36 |
| 合　　计 | | | | | ￥14184.49 | | ￥2411.36 |

价税合计（大写）　　⊗壹万陆仟伍佰玖拾伍圆捌角伍分　　　　　（小写）￥16595.85

| 称： | 泰安市泰山纸面石膏板有限公司 | | 备注 | 2913.076 |
| 人识别号： | 370911785030460 | | | 外一 |
| 址、电话： | 泰安市岱岳区大汶口后周村 0538-8812008 | | | |
| 行及帐号： | 工行磁窑支行 1604070509022160022 | | | |

复核：　　　　　开票人： 安海清　　　　销货单位：（章）

第六联

---

3700062170　　**山东增值税专用发票**　　№ **00787406**

此联不作报销、扣税凭证使用　　　　开票日期： 2006年08月21日

| 称： | 上海上实国际贸易集团浦东有限公司 | | | | 密码区 | *2*92545>68*71111<5>> 29*38++0>4640<5181424 66846/83+73790-1*<7/2 <*+9/3*>07<18719>>4- | 加密版本:01 3700062170 00787406 |
| 人识别号： | 310115132220697 | | | | | | |
| 、电话： | 浦东东园一村139号1006室 64277728 | | | | | | |
| 行及帐号： | 中行浦东分行 044188-8050-06110506091001 | | | | | | |

| 或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 2440*1220*12.7mm | 张 | 3640 | 14.504273504 | 52795.56 | 17% | 8975.24 |
| | 3660*1220*12.7mm | 张 | 760 | 22.629316239 | 17198.28 | 17% | 2923.71 |
| 计 | | | | | ￥69993.84 | | ￥11898.95 |

凭合计（大写）　　⊗捌万壹仟捌佰玖拾贰圆柒角玖分　　　　　（小写）￥81892.79

| 称： | 泰安市泰山纸面石膏板有限公司 | | 备注 | 重量: 127500kg |
| 人识别号： | 370911785030460 | | | 火二场 13300104 |
| 、电话： | 泰安市岱岳区大汶口后周村 0538-8812008 | | | |
| 与及帐号： | 工行磁窑支行 1604070509022160022 | | | |

复核：　　　　　开票人： 安海清　　　　销货单位：（章）

第六联

TG 0019865

3700062170 　　山东增值税专用发票　　№ 00785742

此联不作报销、扣税凭证使用　　　　开票日期：2006年08月15日

| 购货单位 | 名　　　称： | 上海上实国际贸易集团浦东有限公司 | 密码区 | 7-8>75>>30651*=--22<* <br> 7971/5502>566<917290< <br> /**><6<*713/3844*<7/2 <br> <*+9/3*>>07<18719>>7* | 加密版本:01 <br> 3700062170 <br> 00785742 |
| | 纳税人识别号： | 310115132220897 | | | |
| | 地址、电话： | 浦东东园一村139号1006室　64277728 | | | |
| | 开户行及帐号： | 中行浦东分行　044188-8050-0611050891001 | | | |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金　额 | 税率 | 税　额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 3660*1220*12.7mm | 张 | 3300 | 21.987777778 | 72559.67 | 17% | 12335.14 |
| 合　　计 | | | | | ￥72559.67 | | ￥12335.14 |

| 价税合计（大写） | ⊗捌万肆仟捌佰玖拾肆圆捌角壹分 | （小写）￥84894.81 |

| 销货单位 | 名　　　称： | 泰安市泰山纸面石膏板有限公司 | 备注 | 重量127500kg |
| | 纳税人识别号： | 370911785030460 | | |
| | 地址、电话： | 泰安市岱岳区大汶口后周村　0538-8812008 | | |
| | 开户行及帐号： | 工行磁窑支行　16040705090221600Z2 | | |

收款人：　　　　　复核：安海涛　　　　开票人：升乐员　　　　销货单位：（章）

---

3700062170 　　山东增值税专用发票　　№ 00785744

此联不作报销、扣税凭证使用　　　　开票日期：2006年08月15日

| 购货单位 | 名　　　称： | 上海上实国际贸易集团浦东有限公司 | 密码区 | 21065//61494>3<979018 <br> 13617083341+0+74/6490 <br> >97++/8/6*7</83*<7/2 <br> <*+9/3*>>07<18719>>/4 | 加密版本:01 <br> 3700062170 <br> 00785744 |
| | 纳税人识别号： | 310115132220897 | | | |
| | 地址、电话： | 浦东东园一村139号1006室　64277728 | | | |
| | 开户行及帐号： | 中行浦东分行　044188-8050-0611050891001 | | | |

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金　额 | 税率 | 税　额 |
|---|---|---|---|---|---|---|---|
| 石膏板 | 3660*1220*12.7mm | 张 | 3300 | 21.987777778 | 72559.67 | 17% | 12335.14 |
| 合　　计 | | | | | ￥72559.67 | | ￥12335.14 |

| 价税合计（大写） | ⊗捌万肆仟捌佰玖拾肆圆捌角壹分 | （小写）￥84894.81 |

| 销货单位 | 名　　　称： | 泰安市泰山纸面石膏板有限公司 | 备注 | 重量127500kg |
| | 纳税人识别号： | 370911785030460 | | |
| | 地址、电话： | 泰安市岱岳区大汶口后周村　0538-8812008 | | |
| | 开户行及帐号： | 工行磁窑支行　16040705090221600Z2 | | |

收款人：　　　　　复核：安海涛　　　　开票人：升乐员　　　　销货单位：（章）

TG 0019866



此联不作报销、扣税凭证使用

开票日期：2006年04月28日

第三联 记账联 销货方记账凭证

加密版本:01
3700061140
06289934

密码区
29/>12665>1*4++++3239
8056900<7-1-88J>15/<4
/741-284+><8/77*<7/2
<*+9/3*>>2-7-*<47>>8<

税额
15820.46

¥15820.00

购货单位

名称：上海豫园旅游进出口有限公司
纳税人识别号：310101729534023
地址、电话：中国上海市文昌路19号 0086-021-63551828
开户行及账号：中国银行上海市分行黄浦支行 044120-8800-14691080091001

货物或应税劳务名称：面

规格型号：3660*1220*12.7mm

单位：张

数量：4140

单价：22.478632479

金额：93061.54

税率：17%

价税合计（大写）：⊗⊗壹拾万零捌仟捌佰捌拾贰圆整

¥108882.00

¥93061.54（小写）

销货单位（章）

备注

名称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地址、电话：泰安市岱岳区大汶口后周村 0538-8812008
开户行及账号：工行泰安岱岳支行 1604070509022160022

开票人：安海涛

复核：

TG 0019947



TG 0019948



TG 0019949



第三联 记账联 销方记账凭证

开票日期：2006年04月28日

加密版本:01
3700061140
06290025

北京市鑫筑建材料进出口公司

购货单位名称：北京市鑫筑建材料进出口公司
纳税人识别号：11010110113 7073
地址、电话：西城区复兴门西大街甲129号金隅大厦2013室010-66414599
开户行及账号：建行北京分行营业部330100322

| 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|
| | 千克 | 125820 | 0.7219715589 | 90838.46 | 17% | 15442.54 |
| 合计 | | | | ¥90838.46 | | ¥15442.54 |

密码区：
<117>260076*573+*29<1
9-*589>09+98<51&*48<
<498375&*1903+1*<7/2
<*+9/3*>>06073--1>>+5

价税合计（大写）⊗壹拾万零陆仟贰佰捌拾壹圆整    （小写）¥105281.00

销货单位名称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地址、电话：泰安市岱岳区大汶口后周村 0538-8812008
开户行及账号：16040706090221600 22

收款人：    复核：    开票人：安海清    销货单位:（章）

TG 0019950



开票日期：2006年04月23日

密码 689-+173+6+/2999+0437
15+7509l<*9>91367+4+0
1*552+<92182559б*<7/2
<**9/3*>>07<15669>>-/

加密版本：01
3700061140
06289925

购货单位
名　称：东方国际集团上海市对外贸易有限公司
纳税人识别号：31010513220823З
地　址、电　话：上海市延山东路85号1号6-12   62786500
开户行及账号：中国银行上海分行 044036-6001-006954080910001

| 规格型号 | 单位 | 数　量 | 单　价 | 金　额 | 税率 | 税　额 |
|---|---|---|---|---|---|---|
| | 公斤 | 102000 | 0.5467672197 | 55770.26 | 17% | 9480.94 |

价税合计（大写）  ⊗ 陆万伍仟贰佰伍拾壹圆贰角壹分   （小写）¥65251.20

金额合计 ¥55770.26　　税额合计 ¥9480.94

销货单位
名　称：泰安市泰山纸面石膏板有限公司
纳税人识别号：37091178503046О
地　址、电　话：泰安市岱岳区大汶口东开发区 0538-8612008
开户行及账号：工行磁窑支行 1604070509022160022

收款人：　　　复核：　　　开票人：



TG 0019952



TG 0019953



TG 0019954



TG 0019955



TG 0019956



TG 0019957



No.00160140

此联不作报帐，扣税凭证使用

开票日期：2006年05月19日

| 名称：连云港远盛国际贸易有限公司 | 密 | 9537-+-4979/78/>75</0 |
| 税务登记号：320705726540284 | 码 | 98-0/290*78/634/709>- |
| 地址、电话：连港路1-28号0518-5609488 | 区 | 22->/68-/-4<925>*<7/2 |
| 开户行及账号：中行连云港分行07415208091001 | | <*+9/3*>>2-4<1>>*>>4 |

加密版本:01
3700061140
06312617

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 3600*1200*12.7mm | 张 | 3500 | 21.371897143 | 74801.64 | 17% | 12716.28 |

价税合计（大写） ⊗壹拾贰万柒仟伍佰壹拾柒圆玖角贰分

（小写）¥127716.28

金额合计 ¥74801.64  税额合计 ¥12716.28

价税合计 ¥87517.92

名称：泰安市泰山纸面石膏板有限公司
纳税人识别号：370911785030460
地址、电话：泰安市岱岳区大汶口后周村 0538-8812008
开户行及账号：工行泰安支行 1604020509022160022

复核：

开票人：安维涛



TG 0019959



TG 0019960

山东泰和东新股份有限公司验资报告

# 验 资 报 告

泰众诚审验字（2005）第105号



山东泰和东新股份有限公司：

我们接受委托，审验了贵公司截至2005年4月25日止新增注册资本实收情况。按照国家相关法律、法规的规定和协议、章程的要求出资，提供真实、合法、完整的验资资料，保护资产的安全、完整是全体股东及贵公司的责任。我们的责任是对贵公司新增注册资本的实收情况发表审验意见。我们的审验是依据《独立审计实务公告第1号——验资》进行的。在审验过程中，我们结合贵公司的实际情况，实施了检查等必要的审验程序。

贵公司原注册资本为人民币8,300万元，折合股份8,300万股。根据贵公司股东大会议决议和修改后章程的规定，申请新增注册资本人民币7,262.5万元，每股面值1.00元，认购价为每股人民币1.80元。由北新集团建材股份有限公司、贾同睿、泰安市安信投资贸易有限公司于2005年4月25日之前缴足；在增发新股的同时，山东泰和集团职工持股者协会将持有的2,800万股、薛玉利将持有的117万股、高玉宝将持有的114万股、朱绍华将持有的80万股、张建春将持有的97.125万股、米为民将持有的60万股以上合计3,268.125万股转让给泰安市东联投资贸易有限公司，转让价格每股人民币1.80元；薛玉利将持有的80万股、任绪连将持有的195万股、高玉宝将持有的80万股、朱绍华将持有的108万股、吕文洋将持有的183万股、贾元利将持有的178万股、赵建刚将持有的175万股、李伟义将持有的174万股、钱凯将持有的164万股、段振涛将持有的162万股、任显华将持有的158万股、朱腾高将持有的157万股、张彦修将持有的152万股、张建春将持有的80.875万股、米为民将持有的80万股以上合计2,126.875万股转让给泰安市安信投资贸易有限公司。在本次增资和股权转让后，贵公司的注册资本为人民币15,562.5万元，总股本为15,562.5万股。经过我们审验，截至2005年4月25日止，贵公司已收到股东北新集团建材股份有限公司、贾同睿、泰安市安信投资贸易有限公司缴纳的新增投资款合计人民币13,072.5万元，其中：注册资本7,262.5万元，折合股份7,262.5万股，资本公积5,810万元，各股东以货币出资。

同时我们注意到，贵公司本次增资前的注册资本为人民币8,300万元，折合8,300万股，已经山东泰安岱宗有限责任会计师事务所审验，并于2002年7月24日出具岱宗验内字（2002）第407号验资报告。截至2005年4月25日止，变更后的累计注册资本为人民币15,562.5万元，总股本15,562.5万股。

本验资报告仅供贵公司申请变更登记及据以向股东签发出资证明时使用，不应



泰安众诚有限责任会计师事务所      地址：望岳大街24号      电话：0533-8214434

TG 0020644

山东泰和东新股份有限公司验资报告

将其视为是对贵公司验资报告日后资本保全、偿债能力和持续经营能力等的保证。
因使用不当造成的后果，与执行本验资业务的注册会计师及会计师事务所无关。

    附件1、注册资本变更情况明细表
       （1）新增注册资本实收情况明细表（表1）
       （2）注册资本变更前后对照表（表2）
       2、验资事项说明


       （以下无正文）



泰安众诚有限责任会计师事务所　　中国注册会计师：

                  中国注册会计师：

地址：泰安迎暄大街24号　　　　　2005年4月25日

泰安众诚有限责任会计师事务所　　　地址：迎暄大街24号　　　电话：0538-8214434

# 股东大会决议

二〇〇五年十一月八日，山东泰和东新股份有限公司在公司总部会议室召开第五次临时股东大会，出席会议的股东代表5人，代表公司股份15562.5万股，占公司总股本的100%，符合《公司法》及《公司章程》的规定，形成的决议真实有效。会议由公司董事长贾同春主持，与会股东代表对山东泰和东新股份有限公司经营范围的变更事宜进行了讨论，并决议如下：

山东泰和东新股份有限公司的经营范围由原："纸面石膏板、石膏制品、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸箱收购；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）。"变更为"纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱的收购与销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；自营进出口业务（以山东省对外贸易经济合作局核定的范围为准）。"

全体股东通过了山东泰和东新股份有限公司章程修正案。



TG 0020666

**Shareholder Meeting Resolution**

On November 8, 2005, Shangdong Taihe Dongxing Co., Ltd. convened the fifth impromptu shareholder meeting in the conference room at the Company's headquarters.  There were five shareholder representatives present at the meeting which represented 155.625 shares or 100% of the Company's total equity and was in compliance with the provisions of the <Company Law> and <The Company's Articles of Incorporation> therefore the resolution reached would be real and effective.  The meeting was held by the Company's Chairman of the Board Jia Tongchun and shareholder representatives engaged in discussion regarding the change in the scope of business for Shangdong Taihe Dongxing Co., Ltd. and reached the following resolutions:

Shangdong Taihe Dongxing Co., Ltd.'s scope of business will be changed from the original: "gypsum boards, plaster products, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase of waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organizations)" to "gypsum boards, plaster products, gypsum board protective tissues, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper and waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organizations) and import and export business (only within the scope approved by Shangdong Foreign Trade Economic Cooperation Bureau)."

All shareholders approved the amendment to Shangdong Taihe Dongxing Co., Ltd.'s Article of Incorporation.

Translation of TG 0020666

# 山东泰和东新股份有限公司
# 2005 年度股东大会决议

2006 年 4 月 15 日，山东泰和东新股份有限公司（以下简称"公司"或"泰和"）在泰安东尊华美达大酒店召开了 2005 年度股东大会。公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 10.5%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、《关于公司 2005 年工作总结及 2006 年工作安排的报告》

全体股东认真审议了《关于公司 2005 年工作总结及 2006 年工作安排的报告》，对公司 2005 年的工作给予了充分肯定，同意 2006 年的计划与工作安排。

二、《关于公司 2005 年度财务决算及 2006 年度财务预算的报告》

会议审议通过了公司总会计师周米为民所作的《关于公司2005年度财务决算及2006年度财务预算的报告》。2005年主要经济指标实现：主营业务收入5.8689 亿元，其中纸面石膏板收入5.8433 亿元，占总收入比重为99.56%。主营业务收入比上年增加了1.1135亿元，增长23.42%。销售纸面石膏板15545万平方米，比上年增长了24.05%。实现利润总额6642万元，比上年增加了3447万元，增长107.89%。利润总额扣除所得税449万元，扣除少数股东权益429万元，实现净利润5763万元，比上年增加了3972万元，增长221.83%。

2006 年主要经济指标计划；产、销量：纸面石膏板 19000 万㎡；销售收入：78024 万元；利润总额：6529 万元；所得税：529 万元；净利润：6000 万元。各种品牌的石膏板价格在上年售价的基础上，平均上涨 5%。

三、《关于公司 2005 年度利润分配的议案》

根据北京市兴华会计师事务所的合并会计报告，公司 2005 年度共实现净利润 57628037.60 元，提取法定盈余公积及公益金后，可供股东分配的利润为 34445191.64 元。因为公司正处于快速发展、投资高峰期，全体股东一致同意 2005 年度公司实现的净利润不向股东分配，用于项目建设和生产经营。

四、《关于修订公司章程的议案》

全体股东一致同意，根据新《公司法》的有关规定，对《公司章程》第一百零七条和第一百一十九条作如下修订：

第一百零七条  公司设监事会。监事会由三名监事组成，设监事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名监事代行其职权。

第一百一十九条 公司交纳所得税后的利润，按下列顺序分配：

(1)弥补上一年度的亏损；

(2)提取法定公积金 10%；

(3) 提取任意公积金；

(4) 支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不

TG 0020678

再提取。提取法定公积金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金之前向股东分配利润。

五、《关于公司对外投资建厂的议案》

1、在浙江省温州市磐石镇与温州电厂合作建设年产 3000 万平方米（设计产能 2500 万平方米/年）纸面石膏板项目，主要利用电厂脱硫石膏，产品市场主要是以温州为中心的东南地区。土地由合资方温州电厂提供，合资公司租用。制粉系统由电厂方投资，我方负责经营管理，制板系统双方合资，计划投资 5000 万元，注册资本 1500 万元，泰和占 70%，温州电厂方占 30%。

2、在陕西省渭南市临渭区建设年产 2000 万平方米纸面石膏板项目，拟迁徐州法斯特生产线，主要利用当地脱硫石膏和磷石膏，改 6 层干燥机为 8 层或适当加长。产品市场为陕西、甘肃、宁夏、内蒙古、青海、河南等地。征地 100 亩（考虑二期工程），计划投资 5000 万元，注册资本由泰和占 80%，北新建材占 20%。

3、继续做好新项目选址工作，对辽宁营口、广东、郑州、合肥等地重点考虑，选择有利位置建厂。

六、《关于江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司增加注册资本的议案》

为筹集建设与发展资金，全体股东一致同意按金融部门的要求对江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司进行增资。在两公司中，北新集团建材股份有限公司均增资至持股比例达到 20%。具体如下：

TG 0020679

1、江津泰山石膏建材有限公司增资方案：增加注册资本 1375 万元，其中：泰和将已投入的 1100 万元资本公积转为资本金，北新集团建材股份有限公司再投入 275 万元，使总资本达到 2875 万元，其中泰和出资达到 2300 万元，占注册资本的 80%；北新集团建材股份有限公司出资达到 575 万元，占注册资本的 20%。原持股比例不变。

2、湖北泰山石膏建材有限公司增资方案：增加注册资本 2300 万元，其中：北新集团建材股份有限公司再投入 685 万元，泰和再投入 1615 万元。总资本达到 3800 万元，其中泰和出资达到 3040 万元，占注册资本的比例由 95% 降至 80%，北新集团建材股份有限公司出资达到 760 万元，占注册资本的比例由 5% 增至 20%。

七、《关于北新集团建材股份有限公司对泰和增加贷款担保额度的议案》

为保证项目建设及生产经营所需资金，全体股东同意公司向金融机构借贷融资。北新集团建材股份有限公司原则上同意在保持原贷款担保额度的基础上，为泰和适当增加新的贷款担保额度一亿元，或者由中国建材股份有限公司以适当方式协调解决。泰和其他股东同意为北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任提供反担保，其他股东各自的反担保责任范围为：其在泰和的持股比例乘以北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任的实际偿付金额（包括但不限于本金和利息）所得出的金额。

二〇〇六年四月十五日

TG 0020680

（此页无正文、为公司 2005 年度股东大会决议的股东签字页）

股东签字：

北新集团建材股份有限公司 

代表人签字：

泰安市国有资产经营有限公司

代表人签字： 

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司 

代表人签字：

贾同春签字：

Shangdong Taihe Dongxing Co., Ltd.

2005 Annual Shareholder Meeting Resolution

On April 15, 2005, Shangdong Taihe Dongxing Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") called the 2005 annual shareholding meeting at the Ramada Hotel in Taian City. All the Company's shareholders have designated representative to attend the meeting, representing 155.625 million shares or 10.5% of the total shares which is in compliance with the relevant provisions un the <Company Law> and <The Company's Articles of Incorporation> and reached a quorum where resolutions shall be legal and effective. The meeting was chaired by the Company's Chairman Jia Tongchun. After full discussion, all shareholders present at the meeting agreed unanimously and reached the following resolutions:

1.   <Regarding the report on the Company's overall business in 2005 and plans for 2006>

    All shareholders carefully reviewed the <Report on the Company's overall business in 2005 and plans for 2006> and gave the Company full recognition for its work in 2005 and agree to the plan and arrangement for 2006.

2.   <Regarding the report on the Company's financial accounting for 2005 and financial budget for 2006>

    The shareholder meeting approved the <Report on the Company's financial accounting for 2005 and financial budget for 2006> prepared by the Company's Chief Accountant Mi Weiming. Main economic indicators achieved in 2005: principal business income RMB586.89 million, of which RMB584.33 million came from gypsum board or 99.56% of the total income. Income from the principal business increased by RMB111.35 million or 23.42% from the previous year. Gypsum board sales reached 155.45 million square meters, an increase of 24.05% from the previous year. Total profit reached RMB66.42 million, an increase of RMB34.47 million or 107.89%. After deducting RMB4.49 million in taxes and RMB4.29 million in minority interest, net profit reached RMB57.63 million, an increase of RMB39.72 million from the previous year or 221.83%.

Translation of TG 0020677

Major economic indicators for 2006:  production and sales volume: Gypsum board 190 million square meters; revenues: RMB780.24 million, total profit: RMB65.29 million; income taxes: RMB5.29 million; net profit: RMB60 million.  Prices for gypsum board of all different brands on average increased 5% from the previous year.

3.       <Regarding the proposal for the 2005 profit distribution>

According to report presented by Xinghua Certified Public Accountants in Beijing, in 2005, the Company's net profit came to RMB57628037.60, and after deducting the statutory surplus fund and public welfare fund, the Company's net profit available for distribution to shareholder came to RMB34445191.64.  Since the Company is rapidly developing and is at the peak of its investment activity, all shareholder unanimously agreed to not distribute profit to the shareholder and use the funds instead in construction and production management.

4.       <Regarding the proposal to amend the Company's Articles of Incorporation>

All shareholders unanimously agreed that according to the provisions under the <Company Law>, to amend Article 107 and Article 119 of the Company's Articles of Incorporation as follows:

Article 107        The Company shall have a Board of Supervisors.  The Board of Supervisors shall consist of three members with one member as the Supervisor Chairman.  In the event the Supervisor Chairman shall be unable to perform his duties, the Chairman shall designate one Supervisor to perform his duties on his behalf.

Article 119        The Company's after-tax profit shall be distributed in the following order:
1.       To make up for prior year's loss;
2.       To set aside 10% statutory surplus fund;
3.       To set aside the discretionary surplus fund;
4.       To pay dividend to the shareholder.
In the event the Company's statutory surplus fund shall be more than 50% of the Company's registered capital, there shall be no need to set it aside again.  After

Translation of TG 0020678

setting aside the statutory surplus fund, the shareholder meeting shall decide whether there is a need to set aside the discretionary surplus fund. The Company shall not make dividend distribution to the shareholder before making up for the Company's loss and setting aside the statutory surplus fund.

5.  &lt;Regarding the proposal on the Company's outside investment to open more factories&gt;

(1)  To jointly construct a gypsum board project in Zhejiang Province Wenzhou City Panshi Town with an annual capacity of 30 million square meters (the designed production capacity of 25 million square meters/year) primarily using the desulfurized gypsum from the power plant and the major market is the southeastern region surrounding Wenzhou City. Land will be provided by the joint venture partner Wenzhou power plant and shall be leased by the joint venture company. The milling system shall be invested by the power plant and we shall be responsible for the operational management. The board manufacturing system shall be jointly invested by both parties. It is planned that the investment will be RMB50 million, registered capital will be RMB15 million where Taihe will account for 70% and Wenzhou will account for 30%.

(2)  To construct a gypsum board project in Shaangxi province Weinan City Lingzi District with annual capacity of 20 million square meters. The Foster production line will be moved form Xuzhou and will be primarily using the local desulfurized gypsum and phosphoric gypsum and change the dryer to 8 from 6 levels or make it longer if appropriate. The market for the product will be Shaangxi, Gangsu, Ningxia, Inner Mongolia, Qinghai, Henan etc. Land should be 100 acres (considering a two-stage construction). The planned investment will be RMB50 million and Taihe will account for 80% of the registered capital and Beixin Building Material will account for 20%.

(3)  To continue site selection for the new project, and considering locations such as Liaoning Yingkou, Guangdong, Zhenzhou, Hefei etc. To select a good location to build a factory.

6.  &lt;Regarding the proposal to increase the registered capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd.&gt;

To raise construction and development capital, all shareholders unanimously agreed to grant the finance department's request to increase capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd. Between the two companies, Beixin Group Building Material Co., Ltd. has increased its stake to 20% as follows:

Translation of TG 0020679

(1)     Increase in capital investment in Jiangjing Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB13.75 million.  Of which, Taihe has converted the RMB11 million capital surplus into capital.  Beixin Group Building Material Co., Ltd. again invested RMB2.75 million, so that the total capital reached RMB28.75 million where Taihe's investment reached RMB23 million or 80% of the registered capital, and Beixin Group Building Material Co., Ltd.'s investment reached RMB5.75 million or 20% of the registered capital.  The percentage of the original share ownership stays the same.

(2)     Increase in capital in Hubei Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB23 million.  Of which, Beixin Group Building Material Co., Ltd. again invested RMB6.85 million with Taihe's RMB16.15 million for the total capital to reach RMB38 million.  Of which, Taihe's investment totaled RMB30.4 million and its share ownership percentage dropped from 95% to 80% of the registered capital.  Beixin Group Building Material Co., Ltd.'s investment totaled RMB7.6 million and its shareholding percentage increased from 5% to 20%.

7.      <Regarding the proposal for Beixin Group Building Material Co., Ltd. to increase the amount of loan guarantee to Taihe>

To ensure that funds are available for the project construction and production management, all shareholders agreed that the Company shall obtain loan financing from financial institutions. Beixin Group Building Material Co., Ltd. has agreed in principle to keep the original loan guarantee of RMB100 million, and it will appropriately increase new loan guarantee to RMB100 million or to coordinate and resolve the matter in an appropriate manner.  Taihe's other shareholders agreed to provide counter guarantee to Beixin Group Building Material Co., Ltd. (or China Building Material Co., Ltd.) under a <Guarantee Contract>.  Other shareholders' individual counter-guarantee responsibility:  an amount equal to its share ownership percentage in Taihe multiplied by the actual payment amount (including but not limited to the principal and interest) by Beixin Group Building Material Co., Ltd.'s (or China Building Material Co., Ltd.) performance under the <Guarantee Contract>.

April 15, 2006

Translation of TG 0020680

There is no text on this page.  This is the shareholders' signature page for the Shangdong Taihe Dongxing Co., Ltd. Articles of Incorporation


Beixin Group Building Material Co., Ltd.
Signature by the Representative:  [Signature - illegible]
[Seal - Beixin Group Building Material Co., Ltd.]


Taian City National Asset Management Co., Ltd.
Signature by the Representative:  [Signature - Xu [illegible]]
[Seal - Taian City National Asset Management Co., Ltd.]


Taian City Anxin Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature Jia Tongchun]
[Seal - Taian City Anxin Investment & Trading Co., Ltd.]


Taian City Donglian Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature – Wan [illegible]]
[Seal - Taian City Donglian Investment & Trading Co., Ltd.]


Jia Tongchun (signature)   Jia Tongchun


April 25, 2005


23

Translation of TG 0020681