

# LEOPOLD~KUVIN PA

**VIA EMAIL TRANSMISSION**

May 26, 2011

Edward Etcheverry, Esq.
Jeffrey S. Geller, Esq.
ETCHEVERRY HARRISON LLP
150 South Pine Island Rd., Suite 105
Fort Lauderdale, FL 33324

Re: **Hobbie v. RCR Holdings II, LLC, et al.**
**USDC Eastern Dist. of Louisiana Case No.: 2:10-cv-01113**
**In Re: Chinese Manufactured Drywall Products Liability Litigation**
**MDL No.: 2047**

Dear Edward and Jeffrey:

This morning, US District Judge Eldon E. Fallon granted RCR Holdings II, LLC's Motion to File Third Party Complaint against Arch Insurance Company in MDL 2047. A copy of the now-filed Third Party Complaint is enclosed herewith.

Please advise if you will accept service of the Third Party Complaint on behalf of Arch Insurance Company. Otherwise, we will have it served on your client next week.

Very truly yours,

*[signature]*

GREGORY S. WEISS
gweiss@leopoldkuvin.com
Signed in attorney's absence to expedite delivery.

GSW:pms
enclosure



2925 PGA Boulevard ▪ Suite 200 ▪ Palm Beach Gardens ▪ Florida 33410 ▪ 561.515.1400 ▪ fax 561.515.1401 ▪ leo[



# LEOPOLD~KUVIN PA

<u>VIA EMAIL TRANSMISSION</u>

June 7, 2011

Edward Etcheverry, Esq.
Jeffrey S. Geller, Esq.
ETCHEVERRY HARRISON LLP
150 South Pine Island Rd., Suite 105
Fort Lauderdale, FL  33324

Re: <u>Hobbie v. RCR Holdings II, LLC</u>
 USDC Eastern Dist. of Louisiana Case No.: 2:10-cv-01113
 <u>In Re: Chinese Manufactured Drywall Products Litigation</u>
 MDL No.: 2047

Dear Edward and Jeffrey:

With regard to the Third Party Complaint filed by RCR Holdings II, LLC against Arch Insurance Company, enclosed herewith as a courtesy please find the following documents:

- Certain Plaintiffs' Motion for Entry of Scheduling Order, dated May 19, 2011;
- Plaintiffs' Motion for Entry of Scheduling Order, dated May 24, 2011;
- Plaintiffs' Memorandum of Law in Support of Motion for Entry of Scheduling Order, dated May 24, 2011; and,
- Order setting hearing on Plaintiffs' Motion for Entry of Scheduling Order, for **June 14, 2011 at 9:00 a.m.**

Very truly yours,

*[signature]*

GREGORY S. WEISS
gweiss@leopoldkuvin.com
Signed in attorney's absence to expedite delivery.

GSW:pms
enclosures

**Patrice Symons**

| | |
|---|---|
| **From:** | Patrice Symons |
| **Sent:** | Thursday, July 21, 2011 3:49 PM |
| **To:** | 'harrison@etchlaw.com' |
| **Subject:** | RCR Holdings II, LLC v. Arch Insurance |
| **Attachments:** | Scheduling Order |
| **Categories:** | E-Mails |

Mr. Harrison,

Attached is the 7/18/11 Scheduling Order.

*Patrice Symons*
Legal Assistant to Gregory S. Weiss
LEOPOLD-KUVIN, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax: (561) 515-1401

*This e-mail and any document(s) accompanying this transmittal contains information from Leopold~Kuvin, P.A. that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (561) 515-1400 or by return e-mail.*

*CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.*