# EXHIBIT C

# Lenny Davis

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Wednesday, August 03, 2011 1:08 PM |
| **To:** | 'Statman, Eric' |
| **Cc:** | Russ Herman; alevin@lfsblaw.com; FLonger@lfsblaw.com; gmeunier@gainsben.com; Wimberly, Dorothy H.; bassh@gtlaw.com; dblack@perkinscoie.com; npanayo@wwhgd.com; khardt@snllaw.com; jgarner@shergarner.com; tbrenner@beylaw.com; Seeger, Chris; Gonzalez, Ervin; Montoya, Patrick; 'rserpe@serpefirm.com'; 'juliabeskin@quinnemanuel.com'; 'janebyrne@quinnemanuel.com'; 'kolayat@gtlaw.com'; 'salkym@gtlaw.com'; 'mclark@shergarner.com'; 'ceiselen@gjtbs.com'; rcs@stanleyreuter.com; Tom Owen; Cyr, Joe; Spano, Frank T.; Galvin, Matthew; Colligan, Courtney L.; Garcia, Renee |
| **Subject:** | RE: Drywall: Response to June 24, 2011 Letter |

This is very different than what we understood. We had no idea that the search of computers was only "...the computers of everyone under Defendants' control who we are informed was involved in the business of selling or manufacturing drywall that was made to US specifications". Our request was not directed to the individuals who were involved only in the sale or manufacturing of drywall to us specifications. Many of the request were related to corporate documents. Based on your email we do not believe a comprehensive search of esi has been undertaken in response to ALL the discovery requests. We only understood some searches (those relating to sales) were done of their computers but not all searches in response to the discovery request.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT


**From:** Statman, Eric [mailto:eric.statman@hoganlovells.com]
**Sent:** Wednesday, August 03, 2011 10:43 AM
**To:** Lenny Davis
**Cc:** Russ Herman; alevin@lfsblaw.com; FLonger@lfsblaw.com; gmeunier@gainsben.com; Wimberly, Dorothy H.; bassh@gtlaw.com; dblack@perkinscoie.com; npanayo@wwhgd.com; khardt@snllaw.com; jgarner@shergarner.com; tbrenner@beylaw.com; Seeger, Chris; Gonzalez, Ervin; Montoya, Patrick; 'rserpe@serpefirm.com'; 'juliabeskin@quinnemanuel.com'; 'janebyrne@quinnemanuel.com'; 'kolayat@gtlaw.com'; 'salkym@gtlaw.com'; 'mclark@shergarner.com'; 'ceiselen@gjtbs.com'; rcs@stanleyreuter.com; Tom Owen; Cyr, Joe; Spano, Frank T.; Galvin, Matthew; Colligan, Courtney L.; Garcia, Renee
**Subject:** RE: Drywall: Response to June 24, 2011 Letter


EXHIBIT C

Lenny,

As we agreed at the meet and confer on July 29, 2011, we are supplying you with a list of the persons employed by TG and TTP whose computers were searched for potentially responsive emails. To be clear, we have searched the computers of everyone under Defendants' control who we are informed was involved in the business of selling or manufacturing drywall that was made to US specifications.

Peng Wenlong; Che Gong ; Yang Jiapo ;Jia Kai ; Zhang Jijun; Zhang Jianchun ; Jia Tongchun

Additionally, we are advised that payroll records and related documents (your request number 8 in your letter of July 12) cannot be located and documents relating to the decision to shut down TTP (your request number 9 ) also cannot be located.

**Eric Statman**
Counsel

**Hogan Lovells US LLP**
875 Third Avenue
New York, NY 10022

Tel:      +1 212 918 3000
Direct:   +1 212 909 0609
Fax:      +1 212 918 3100
Email:    eric.statman@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

Hogan Lovells refers to the international legal practice comprising Hogan Lovells International LLP, Hogan Lovells US LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.
The word "partner" is used to refer to a member of Hogan Lovells International LLP or a partner of Hogan Lovells US LLP, or an employee or consultant with equivalent standing and qualifications, and to a partner, member, employee or consultant in any of their affiliated businesses who has equivalent standing. A list of the members of Hogan Lovells International LLP and of the non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address. Further important information about Hogan Lovells can be found on www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.