# EXHIBIT F

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              § MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   § SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 § MAGISTRATE
                                § JUDGE WILKINSON
 7   _____

                           - - -
 8
         CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                           - - -
10
                      April 4, 2011
11
                           - - -
12
           CONFIDENTIAL - SUBJECT TO FURTHER
13               CONFIDENTIALITY REVIEW
14                         - - -
15         Videotaped deposition of TONGCHUN
     JIA, held at 3 Pedder Street, Central,
16   Hong Kong, China, commencing at 9:05
     a.m., on the above date, before Linda L.
17   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
18   Realtime Reporter and Notary Public.
19
20                         - - -
21
22            GOLKOW TECHNOLOGIES, INC.
         ph 877.370.3377 | fax 917.591.5672
23               deps@golkow.com
24
```

EXHIBIT F

Page 46

1  back and forth.
2       MR. CYR:  And I'm with you
3  on that.
4       MR. SEEGER:  Because then we
5  want you to do it.
6       MR. CYR:  I'm with you on
7  that.  And so let's -- I recommend
8  that you proceed.  And then I
9  think that the check interpreter
10 is doing a great job, but we want
11 to make sure that it's productive
12 and not disruptive.
13      MR. SEEGER:  I think
14 everyone is doing a great job
15 today.
16      INTERPRETER 1:  I have no
17 hard feeling with the check
18 interpreter.
19      MR. SEEGER:  You're doing
20 fine.
21      INTERPRETER 1: We're
22 colleagues, you know.
23      MR. SEEGER:  You're doing
24 fine.

Page 47

1       Linda, I forgot where we
2  were.
3            - - -
4       (Whereupon, the following
5  portion of the transcript was read
6  by the court reporter:
7       "Q.   Then what access does
8  he have to BNBM documents?  Let me
9  ask it that way.
10      A.   Every year there is a
11 meeting for the annual reports.
12 So, they would put out all these
13 documents on the table.  I would
14 just go through them and leave it
15 there.  If this -- to our
16 companies, if these documents
17 don't have too much relevance to
18 us, we won't keep it.")
19           - - -
20 BY MR. SEEGER:
21      Q.   So, my next question is,
22 what do you understand your role to be as
23 a board member of BNBM?
24      A.   One of the directors.

Page 48

1       Q.   What does he understand the
2  role of a director of BNBM to be?  Does
3  he have management responsibility, for
4  example?
5       MR. CYR:  I'm sorry.  I'm
6  just going to have to state just
7  to preserve for the record that it
8  was compound and vague, but please
9  try to answer, Mr. Jia.
10      MR. SEEGER:  He was getting
11 on me that time, not you.
12      INTERPRETER 1:  I feel like
13 I'm used to it.
14      MR. CYR:  I tried to
15 restrain myself, but who knows
16 what he's going to say, so I
17 needed to say that.
18      INTERPRETER 1:  Do I need to
19 translate what you say?
20      MR. CHEN:  Translate the
21 objection, please.
22      INTERPRETER 1:  So do I need
23 to translate this, between you?  I
24 usually don't.

Page 49

1       MR. SEEGER:  Yeah.  If he
2  objects, his witness is entitled
3  to hear his objection, so you can
4  tell him what his attorney said.
5  BY MR. SEEGER:
6       Q.   Okay.  He can answer the
7  question.
8       MR. CYR:  Please try to
9  answer, Mr. Jia.
10      THE WITNESS:  I don't have
11 any duties for management at BNBM.
12 BY MR. SEEGER:
13      Q.   So, as a member of the board
14 of BNBM, what does he understand his
15 responsibilities to BNBM to be?
16      A.   I only -- I am only
17 responsible for the operation of TG.
18      Q.   Does he have an e-mail
19 account?
20      A.   I don't understand.
21      Q.   Does he use e-mail?
22      A.   I have e-mail.
23      Q.   What's his e-mail address?
24      A.   I am not familiar with

Page 62

```
 1    it --
 2         INTERPRETER 1:  Probably
 3    I'll ask the attorney.  They will
 4    know that better.
 5         MR. SEEGER:  All right.  So
 6    I want to go back to questioning.
 7    BY MR. SEEGER:
 8    Q.   Mr. Jia, I want to go back
 9    to your presence at board meetings of
10    BNBM.  Okay?
11    A.   The concept of the board of
12    directors, in China, we rarely use this
13    concept.  With this concept, I did not
14    have contact with this contact before.
15         INTERPRETER 2:  The check
16    interpreter objects to the
17    interpretation of the interpreter.
18    The witness stated that dong shi
19    ju, it's the Chinese word for
20    board of directors.  However, it
21    is a dialect of Cantonese
22    pronunciation.  In Mainland China,
23    typically it would say dong shi
24    hui.  Then the check interpreter
```

Page 63

```
 1    raised that because it is the same
 2    meaning.  However, the dialect is
 3    different.  So, perhaps the
 4    witness would not understand dong
 5    shi ju.  Maybe the interpreter can
 6    consider to rephrase it into dong
 7    shi hui.
 8         MR. SEEGER:  Well, he's
 9    hearing it.  So, do you want to
10    ask it?
11         INTERPRETER 1:  Are you
12    asking board of directors, of
13    board of director meetings?  She
14    translated into board of director
15    meetings.  That is dong shi hui.
16         MR. SEEGER:  What was it the
17    other way?
18         INTERPRETER 1:  I was doing
19    dong shi hui, board of directors.
20         MR. SEEGER:  Strike the
21    question.  I'm going to ask a new
22    question.
23         INTERPRETER 1:  Okay.
24    BY MR. SEEGER:
```

Page 64

```
 1    Q.   When he attends --
 2         Mr. Jia, when you attend the
 3    board of director meetings for BNBM, do
 4    you report on the business of TG?
 5    A.   I don't do it.
 6    Q.   What do you do?  What do you
 7    do, Mr. Jia, at the BNBM meetings?
 8    A.   I will listen to the report
 9    by the GM.
10    Q.   What is the business
11    relationship between BNBM and TG?
12         MR. CYR:  Object.  I'm
13    sorry.
14         Objection on the grounds
15    that "business relationship" is
16    vague, but, Mr. Jia, please try to
17    answer.
18         I'm sorry, ma'am, but it
19    really would be great if you could
20    speak louder so that everybody in
21    the room could hear you.
22         INTERPRETER 1:  Yeah, sure.
23    I'll try my best.
24         MR. SEEGER:  How many people
```

Page 65

```
 1    speak Chinese in the room?  They
 2    can all hear.  You guys can hear.
 3         MR. CHEN:  We can't hear
 4    very well.
 5         MR. SEEGER: Go ahead.  Did
 6    you --
 7         THE WITNESS:  Can you repeat
 8    your question?
 9         - - -
10         (Whereupon, the following
11    portion of the transcript was read
12    by the court reporter:
13         "Q.  What is the business
14    relationship between BNBM and
15    TG?")
16         - - -
17         THE WITNESS:  The
18    relationship between TG and BNBM
19    is the investor, the one being
20    invested.
21    BY MR. SEEGER:
22    Q.   BNBM is an investor in TG.
23    Is that what you said, Mr. Jia?
24    A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 90

1  that now ten times, and everybody
2  here understands that you have
3  not -- there's a reason you
4  haven't been given those
5  documents.  You have to just trust
6  in that.  So you have to do the
7  best you can.
8         INTERPRETER 1:  No problem.
9         MR. SEEGER:  What was the
10 last question and answer?
11        - - -
12        (Whereupon, the following
13 portion of the transcript was read
14 by the court reporter:
15        "Q.  Mr. Jia, how do you
16 know that it should be before the
17 year 2008.
18        "A.  Because the title of
19 this document is the Shandong
20 Taihe Dongxin Company Limited.  It
21 was the title that we used before
22 the year 2008.")
23        - - -
24 BY MR. SEEGER:

Page 91

1    Q.   The title on this document,
2  Mr. Jia, Shandong Taihe Dongxin Company,
3  was the name of TG -- used to be the name
4  of TG, correct?
5    A.   Yes.
6    Q.   Mr. Jia, turn to Page 2 of
7  this document, please.
8    A.   (Witness complies.)
9    Q.   Mr. Jia, there's a
10 photograph in the upper left-hand corner
11 of this document.  Who is that photograph
12 of?
13   A.   Me.
14   Q.   It's a good photo, by the
15 way.
16        And underneath this
17 photograph, what does it describe you as?
18   A.   Chairman of the board,
19 general manager.
20   Q.   Are you comfortable with
21 those titles, sir?
22        MR. CYR:  He might not
23 understand what you mean by
24 "comfortable," but...

Page 92

1         THE WITNESS:  I don't
2  understand what you're saying.
3  BY MR. SEEGER:
4    Q.   Strike the question.
5         Now, I want to go back to
6  the BNBM meetings, the board meetings,
7  whatever meeting.  I don't want to
8  characterize them as anything.  Whatever
9  meetings, Mr. Jia, you attend at BNBM, I
10 want to ask you a question about them.
11 Who gives reports in those meetings
12 regarding TG?
13   A.   At the meetings for BNBM, I
14 do not make report on behalf of TG.
15   Q.   Who does?  Who makes the
16 report at --
17        INTERPRETER 2:  The --
18        MR. CYR:  (Addressing the
19 check interpreter.)
20        I'm sorry, state it briefly.
21        INTERPRETER 2:  The witness
22 said TG did not give report at
23 BNBM meeting.
24        INTERPRETER 1:  No.  He

Page 93

1  said, I was not the one who do
2  report for -- on behalf of TG.
3         MR. SEEGER:  All right.
4  We're going to go with the
5  interpreter on this one.  Mr. Cyr
6  can object.
7         MR. CYR:  To help out, is
8  that on most matters, we'll be
9  happy with the registering of the
10 objection and then continuing.
11        MR. SEEGER:  Let's do that.
12        MR. CYR:  Yes.  Where it
13 would present a problem is if the
14 further questioning would go in
15 what we would consider the wrong
16 direction because of some kind of
17 a definitional thing.  But most of
18 the things that have happened so
19 far, we make our objection, she
20 doesn't need to defend herself,
21 boom, you go back with your
22 question.  That's our
23 recommendation.
24 BY MR. SEEGER:

Page 94

1   Q.  Mr. Jia, who gives the
2   report at the BNBM meetings about TG?
3        INTERPRETER 1:  I want to
4   clarify with the witness.
5        (Interpreter clarification
6   with the witness.)
7        THE WITNESS:  Any one of the
8   TG would not make a report at the
9   meetings of BNBM.
10  BY MR. SEEGER:
11    Q.  So, to be clear, you're the
12  chairman of the board of TG, you attend
13  meetings with BNBM, and you say nothing.
14  Is that correct?
15       MR. CYR:  I'm sorry.
16  Could -- interpreter.
17       I object that that
18  mischaracterizes his testimony.
19       MR. SEEGER:  He has to
20  answer now.
21       INTERPRETER 1:  I want to
22  clarify.
23       THE WITNESS:  I myself at
24  the BNBM board of director

Page 95

1   meetings, I will read the report
2   from the general manager, and I
3   will give my opinion regarding
4   this report.
5   BY MR. SEEGER:
6     Q.  And who is the general
7   manager that you're referring to at these
8   meetings?
9        MR. CYR:  Currently?
10       MR. SEEGER:  Well, whoever
11  he is referring to.  Let me first
12  get that.  Whoever he had in mind.
13  I just want to get that person.
14       MR. CYR:  I'm not sure he
15  had anybody in mind.  He referred
16  conceptually that he listens to
17  the general manager at the
18  meeting.  Now you're asking for a
19  name.
20       MR. SEEGER:  Joe --
21       MR. CYR:  I think it's
22  confusing.
23       MR. SEEGER:  I know, but,
24  you know, it's going to be -- I

Page 96

1   mean, I can just tell you, having
2   dealt with a few cases with Judge
3   Fallon and in this case, he's
4   really not big on speaking
5   objections.  I'm not going to make
6   a crazy objection like you can't
7   say anything, but you can't give
8   these long objections.
9        Go ahead.  I would like an
10  answer to my question.
11       THE WITNESS:  What time
12  period?
13  BY MR. SEEGER:
14    Q.  Present.
15    A.  Chen Yu.
16    Q.  Who does Chen Yu work for?
17  The name you just gave, who does Chen Yu
18  work for?
19    A.  He works for BNBM.
20    Q.  How does Chen Yu get
21  information about TG?
22       MR. CYR:  I object on the
23  grounds that the question assumes
24  that this fellow gets information

Page 97

1   about Taishan Gypsum.
2        MR. SEEGER:  I want to mark
3   that objection.  I'm going to mark
4   that objection.  Just make a note
5   next to it.  I want to show that
6   to Judge Fallon and get a ruling
7   if he thinks that's an appropriate
8   objection.
9        Go ahead.
10       INTERPRETER 1:  I did
11  interpret it already.
12       MR. SEEGER:  So we need an
13  answer then.
14       THE WITNESS:  At the annual
15  operation, information of TG and
16  also the auditing report will be
17  reported to BNBM every year in
18  Feb -- between -- around
19  February -- between February and
20  March.
21  BY MR. SEEGER:
22    Q.  And who at TG is responsible
23  for providing these reports to BNBM?
24    A.  The secretary of the board

Page 118

1  believe that Mr. Jia is familiar
2  with the reference TTP that we use
3  in English to refer to Tai'an, the
4  plasterboard company.
5       You can mark the transcript
6  if you'd like.
7       MR. SEEGER:  No, no.
8  Actually, that was helpful.  I'm
9  trying to move this along.
10      MR. CYR:  The others were
11 intended to be helpful to you.
12      MR. MONTOYA:  Can she
13 translate that?
14      MR. SEEGER:  Can we get her
15 to translate that?
16      MR. CYR:  Sure.  He knows
17 what TTP is.
18      MR. SEEGER:  Okay.
19 BY MR. SEEGER:
20   Q.   Mr. Jia, what do you
21 understand TTP to be?
22   A.   Tai'an Taishan
23 Plasterboard -- let me see.
24   Q.   Let's ask him this.

Page 119

1       (Discussion in Chinese.)
2       MR. CHEN:  She's asking me
3  to clarify.
4       MR. CYR:  May I make --
5       INTERPRETER 1:  Company
6  Limited.
7       MR. SEEGER:  Let me tell you
8  what my problem is.  If I don't
9  get from his lips, you know, the
10 companies he's here for, you know,
11 we can all speculate.  I just need
12 him to say that he understands TTP
13 is Tai'an Taishan Plasterboard.
14 If you guys want to coach him on
15 that particular point so we can
16 move on and --
17      INTERPRETER 1: Okay.  Let
18 me try again.
19      INTERPRETER 2:  The witness
20 did say that.
21      MR. CYR:  Excuse me, ma'am,
22 could you just wait for us.
23      Yes.
24      MR. SEEGER:  We'll just

Page 120

1  stipulate that TTP is Tai'an
2  Taishan Plasterboard?  Are you
3  okay with that?
4       MR. CHEN:  He already
5  answered that.  It was just a
6  matter of translation.
7       MR. CYR:  I understand that.
8  Okay.
9       INTERPRETER 1:  I will try
10 again.
11      MR. SEEGER:  No.  We got it.
12 We resolved it.  You don't have to
13 worry about it.  We took care of
14 it.
15 BY MR. SEEGER:
16   Q.   Just ask Mr. Jia if he's
17 comfortable if I use the letters TTP for
18 the second company he's testifying for?
19   A.   I understand.
20   Q.   Thank you.
21      Do you hold a title or
22 position with TTP, Mr. Jia?
23   A.   I don't understand.  What
24 does it mean by the title?

Page 121

1   Q.   Do you have any involvement
2  with the company TTP?
3   A.   Involvement?  I am not sure
4  about this concept.
5   ==Q.   Do you work for TTP?==
6   ==A.   I am leading all the work of==
7  ==TTP.== TTP has its own people for
8  management and also for the organization.
9       MR. CYR:  We have an
10 objection.
11      INTERPRETER 2:  The witness
12 stated, I'm leading TG.  TTP has
13 its own management.
14      INTERPRETER 1:  Management
15 people and also for the
16 organization.
17 BY MR. SEEGER:
18   Q.   Mr. Jia, why are you a
19 corporate representative today for TTP if
20 you hold no position or title with TTP?
21   A.   I have no position at TTP.
22   Q.   So, are you the best person
23 to give testimony regarding the business
24 of -- I'm sorry, strike that.

Page 198

1   Q.   Well, TG makes and sells
2   plasterboard.  Does BNBM make and sell
3   plasterboard?
4       A.   I don't understand the
5   meaning.
6       Q.   Which meaning?
7       A.   I don't understand your
8   concept, the meaning of what you're
9   talking about.
10      Q.   Does BNBM make and sell
11  products?
12      A.   Yes.
13      Q.   TG makes and sells products
14  also, correct?
15      A.   Yes.
16      Q.   Do they make and sell
17  similar products?
18      A.   What do you mean by -- what
19  is the concept "similar"?
20      Q.   Well, TG makes and sells
21  plasterboard, correct?
22      A.   TG has its own brand to sell
23  the plasterboard.
24      Q.   Okay.

Page 199

1       Does BNBM have their own
2   brand of plasterboard?
3       A.   Yes.
4       Q.   Are there any other
5   products, even though they have different
6   brand names, that TG makes that BNBM also
7   makes?
8       A.   No.
9       Q.   So, BNBM is a shareholder in
10  TG, correct?  I think we established
11  that.
12      A.   Yes.
13      Q.   How does BNBM get paid on
14  their investment in TG?
15      A.   Through the profit sharing
16  of dividends.
17      Q.   And is there a specific
18  agreement between BNBM and TG regarding
19  dividends, how they're paid, profit
20  sharing, anything of that nature?
21      A.   No agreement.
22      Q.   So then, how are they paid?
23  How does it work?
24      A.   Usually around March and

Page 200

1   April, we would have dividends for the
2   year before.
3       Q.   And who determines what the
4   dividend is?
5       A.   So the dividend based on
6   like the TG dividend depends on every
7   year, how much profits they make, and
8   also how much TG would require for the
9   expansion of production.  So, they add up
10  all these factors to make a decision.
11      Q.   Is it a formula that gets
12  applied year after year the same way or
13  does it change from year to year?
14      A.   So, we have been doing this
15  with this method since we started the
16  joint venture.
17      Q.   But my question is, is it a
18  formula that is applied exactly the same
19  year, or does the formula determining
20  what the dividend is, you know, how much
21  they need to hold back, is that the same
22  every year?
23      A.   Yes.
24      Q.   Yes to which part?

Page 201

1       A.   The procedures that you just
2   mentioned.
3       Q.   It's the same?  He's saying
4   it's the same every year?
5       A.   Yes.
6           MR. CYR:  I just want to
7       state for the record that saying
8       that the procedure is the same
9       every year is different than
10      saying that they use the same
11      formula every year.
12          MR. SEEGER:  Oh, I
13      understand that.
14  BY MR. SEEGER:
15      Q.   So, let me ask that question
16  of the witness.
17          So, although the procedures
18  are the same, does that require that the
19  formula change year to year?
20      A.   I did mention it.  Starting
21  from the year 2005 when we started to
22  cooperate, we have been operating like
23  this, and we have been doing the dividend
24  with this method.

Page 202

1  MR. CHEN:  One moment.  Just
2  the term "fangshi" I think means
3  more of a way or a pattern.  Fang
4  shi is more a formula, as in a
5  mathematical formula.
6       MR. SEEGER:  Which one are
7  you using?
8       MR. CHEN:  You were using
9  way or pattern.
10      INTERPRETER 1:  No, no.  I
11 did use formula.  I did write it
12 down here even, sir.  Formula, I
13 did translate formula as formula
14 in Chinese.
15      But when he responded, he
16 said fangshi.  That's the method
17 or the way, fangshi.
18      MR. CHEN:  So, his response
19 was referring to the method or
20 pattern, not necessarily a
21 mathematical formula.
22      MR. SEEGER:  Okay.
23      INTERPRETER 1:  But I did
24 ask him the word "formula."

Page 203

1  BY MR. SEEGER:
2  Q.   Mr. Jia, in answering a
3  couple of these questions, you referred
4  to the relationship between TG and BNBM
5  once as cooperative and another time as a
6  joint venture.  Can you explain what you
7  mean by that?
8  A.   Okay.  Let me say, to me,
9  cooperation and joint venture is the same
10 concept.
11 Q.   Okay.
12      And I'm asking you if you
13 could elaborate on what you mean by a
14 joint venture between TG and BNBM.
15 A.   Okay.  After the procurement
16 of the shares of TG by BNBM, that
17 relationship, I call it a joint venture
18 or cooperation.
19 Q.   Can you explain --
20      When you use the words
21 "cooperation" or "joint venture,"
22 whatever you're more comfortable with,
23 could you give me examples of the
24 relationship between BNBM and TG as a way

Page 204

1  best to describe that cooperation or
2  joint venture between the two?
3  A.   Okay.  After BNBM procured
4  the shares from TG, according to my
5  understanding, that forms a relationship
6  of a joint venture.  And I was a
7  shareholder of TG before.  And even
8  earlier, I was a shareholder of BM.
9  According to my understanding, it become
10 a joint venture.
11      MR. CYR:  Is that accurate?
12      INTERPRETER 2:  The check
13 interpreter believes that after
14 BNBM purchased TG's shares, my
15 understanding is that it is a
16 cooperation relationship.  And I
17 was TG shareholder.  And before
18 that, I was BNBM shareholder.  So,
19 to me, it's like a joint venture.
20      INTERPRETER 1:  But he used
21 the joint venture in both times,
22 he zi instead of he zuo.  He zi is
23 cooperation.  I have he zuo both
24 times, so I disagree with the

Page 205

1  check interpreter.
2       MR. CYR:  When it's
3  convenient for you, I think it's
4  time for a break.
5       MR. SEEGER:  Can I go five
6  more minutes?
7       MR. CYR:  Yes.
8  BY MR. SEEGER:
9  Q.   Mr. Jia, do you own any
10 shares or stock in TG?
11 A.   I have shares.
12 Q.   Can you tell me what
13 percentage of the outstanding shares he
14 owns?
15      MR. PANAYOTOPOULOS:
16 Objection to the form.
17      MR. SEEGER:  You're right.
18 Let me rephrase it.  Okay?  Let me
19 ask the question again.
20 BY MR. SEEGER:
21 Q.   Mr. Jia, what percentage of
22 the outstanding shares of TG do you own?
23 A.   5 percent.
24 Q.   What percentage of the