# EXHIBIT G

TAISHAN 2006 STRUCTURE – Post March 16 Global Offering

August 4, 2011 Mtg.



SASAC[1]

100%(1)

China National Building Material Group Corporation[2] ("PARENT")

BNBM (Group)[3]
100% (3)
39.60% (3)

CNBM Trading[4]
100% (4)
6.07% (4)

Building Materials Academy[5]
100% (5)
0.03% (5)

Cinda[6]
3.51% (6)

Public Investors[7]
33.0% (7)

17.78% (2)

China National Building Material Company Limited[8] ("Company")
60.33% (8)

Beijing New Building Material Company Limited[9]
(Lightweight Building Materials)
42.0% (9)

Shandong Taihe Dongxin Company Limited[10]
(Taihe)

TTP[11]
100% (11)

23.0% (12)

Tai'an Donglian Investments Trading Co., Ltd.[12]
100% (12)

EXHIBIT
G

TAISHAN 2006 STRUCTURE – Post March 16 Global Offering                                                                                                           August 4, 2011 Mtg.

1.  State Owned Asset Supervision and Administration Commission of the State Counsel [Doc. Ref. Taishan & BNBM Structure/Government Control 00113 & 00136-00137; CNBM Global Offering P. 29]
2.  [Doc. Ref. CNBM Global Offering P. 27 & P. 97]
3.  Beijing New Building Material (Group) Company Limited [Doc. Ref. CNBM Global Offering P. 18 & P. 97]
4.  China National Building Material Import and Export Company[Doc. Ref. CNBM Global Offering P. 20 & P.97]
5.  [Doc. Ref. CNBM Global Offering P. 19 & P. 97]
6.  China Cinda Asset Management Corporation [Doc. Ref. CNBM Global Offering P. 20 & P. 97]
7.  [Doc. Ref. CNBM Global Offering P. 97]
8.  [Doc. Ref. CNBM Global Offering P. 20 & P. 97]
9.  [Doc. Ref. CNBM Global Offering P. 18 & P. 97]
10. [Doc. Ref. CNBM Global Offering P. 31 & P. 97]
11. [Doc. Ref. Zhang Deposition, Dated April 6, 2011 P. 141:24 – 142:21; Jai Deposition, Dated April 5, 2011 P. 480:24 – 481:24; Peng Deposition, Dated April 7, 2011 P. 135:3-5 & Declaration of Jia Tongchun dated August 15, 2010, Paragraph 39]
12. [Doc. Ref. China National Building Company Limited Announcement re: Connected Transaction Acquisition of the Entire Equity Interest in Taian Donglian Investment Trading Company Limited Connected Transaction Provision of Financial Assistance to Taian State Owned Assets Management Company]

**1**



# Illustration of Shareholding and Controlling Relation between BNBM and Its Ultimate Controlling Shareholders

SASAC

↓ 100%

China National Building Material Group Corporation

↓ 15.69%

China National Building Material Company Limited

↓ 52.40%

Beijing New Building Material Company Limited

34.95% → China National Building Material Company Limited
5.36% → China National Building Material Import and Export Company
0.03% → China Building Materials Academy

Beijing New Building Material (Group) Company Limited — 75%
China National Building Material Import and Export Company — 100%
China Building Materials Academy — 100%



Taishan & BNBM
Structure/Government Control 00113

 State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

**Main Functions and Responsibilities**

### Main Functions and Responsibilities of SASAC

1.Authorized by the State Council, in accordance with the Company Law of the People's Republic of China and other administrative regulations, the State-owned Assets Supervisio and Administration Commission of the State Council (SASAC) performs investor's responsibilities, supervises and manages the state-owned assets of the enterprises under t supervision of the Central Government (excluding financial enterprises), and enhances the management of the state-owned assets.

2.SASAC shoulders the responsibility of supervising the preservation and increment of the value of the state-owned assets of the supervised enterprises; establishes and improves th index system of the preservation and increment of the value of the state-owned assets, and works out assessment criteria; supervises and administers the preservation and increment the value of the state-owned assets of the supervised enterprises through statistics and auditing; and is responsible for the management work of wages and remuneration of the supervised enterprises and formulates policies regulating the income distribution of the top executives of the supervised enterprises and organizes implementation of the policies.

3.SASAC guides and pushes forward the reform and restructuring of state-owned enterpris advances the establishment of modern enterprise system in SOEs, improves corporate governance, and propels the strategic adjustment of the layout and structure of the state economy.

4.SASAC appoints and removes the top executives of the supervised enterprises, and evaluates their performances through legal procedures and either grants rewards or inflicts punishments based on their performances; establishes corporate executives selection syst in accordance with the requirements of the socialist market economy system and modern enterprise system, and improves incentives and restraints system for corporate manageme

5.In accordance with related regulations, SASAC dispatches supervisory panels to the supervised enterprises on behalf of the state council and takes charge of daily managemer the supervisory panels.

6.SASAC is responsible for organizing the supervised enterprises to turn the state-owned capital gains over to the state, participates in formulating management system and method the state-owned capital operational budget, and is responsible for working out the state-own capital operational budget and final accout and their implementation in accordance with rel: regulations.

7.SASAC is responsible for urging the supervised enterprises to carry out the guiding principles, policies, related laws and regulations and standards for safety production and inspects the results in accordance with the responsibilities as investor.

8.SASAC is responsible for the fundamental management of the state-owned assets of enterprises, works out draft laws and regulations on the management of the state-owned assets, establishes related rules and regulations and directs and supervises the managemе

Taishan & BNBM
Structure/ Government Control 00136

work of local state-owned assets according to law.
9.SASAC undertakes other tasks assigned by the State Council.

## IMPORTANT

*If you are in any doubt about this prospectus, you should obtain independent professional advice.*



CNBM

# China National Building Material Company Limited*
# 中國建材股份有限公司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

## GLOBAL OFFERING

| | |
|---|---|
| Number of H Shares offered pursuant to the Global Offering | : 654,214,000 (subject to adjustment and the Over-allotment Option) |
| Number of Public Offer Shares | : 65,422,000 (subject to adjustment) |
| Number of International Placing Shares | : 588,792,000 (including 59,474,000 Sale H Shares) (subject to adjustment and the Over-allotment Option) |
| Maximum offer price | : HK$2.75 per H Share payable in full on application in Hong Kong dollars, subject to refund, plus 1% brokerage, SFC transaction levy of 0.005% and Stock Exchange trading fee of 0.005% |
| Nominal value | : RMB 1.00 each |
| Stock code | : 3323 |

**Sole Global Coordinator, Bookrunner, Sponsor and Lead Manager**

Morgan Stanley

The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in the paragraph entitled "Documents Delivered to the Registrar of Companies" in Appendix IX to this prospectus, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus or any other document referred to above.

The Offer Price is expected to be fixed by agreement between the Global Coordinator, on behalf of the Underwriters, the Selling Shareholders and the Company on the Price Determination Date. The Price Determination Date is expected to be on or around Thursday, March 16, 2006 and, in any event, not later than Tuesday, March 21, 2006. The Offer Price will be not more than HK$2.75 and is currently expected to be not less than HK$2.30 unless otherwise announced. Investors applying for Public Offer Shares must pay, on application, the maximum offer price of HK$2.75 for each H Share together with a brokerage of 1%, SFC transaction levy of 0.005% and Stock Exchange trading fee of 0.005%.

The Global Coordinator, on behalf of the Underwriters, may, with the consent of the Company (on behalf of itself and the Selling Shareholders), reduce the indicative Offer Price range (which is HK$2.30 to HK$2.75 per H Share) and/or the number of Offer Shares below that stated in this prospectus at any time on or prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such a case, notices of the reduction in the indicative offer price range and/or the number of Offer Shares will be published in the South China Morning Post and the Hong Kong Economic Times not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering. If applications for Public Offer Shares have been submitted prior to the day which is the last day for lodging applications under the Hong Kong Public Offering, then even if the offer price range and/or the number of Offer Shares is so reduced such applications cannot be subsequently withdrawn. If, for any reason, the Offer Price is not agreed between the Company (on behalf of itself and the Selling Shareholders) and the Global Coordinator, on behalf of the Underwriters, the Global Offering (including the Hong Kong Public Offering) will not proceed.

The Company is incorporated, and its businesses are located, in the PRC. Potential investors should be aware of the differences in the legal, economic, and financial systems between the mainland of the PRC and Hong Kong and that there are different risk factors relating to making an investment in PRC-incorporated companies. Potential investors should also be aware that the regulatory framework in the PRC is different from the regulatory framework in Hong Kong and should take into consideration the different market nature of the Shares of the Company. Such differences and risk factors are set out in the sections entitled "Risk Factors" and "Appendix VI — Summary of Principal PRC Legal and Regulatory Provisions" and "Appendix VII — Summary of Articles of Association." Investors should also be aware that the companies and securities regulatory framework in the PRC to which the Group is subject has only recently been introduced.

The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement to subscribe for, and to procure applicants for the subscription for, the Public Offer Shares, are subject to termination by the Global Coordinator (on behalf of the Hong Kong Underwriters) if certain grounds arise at any time prior to 8:00 a.m. on the day that trading in the Offer Shares commences on the Stock Exchange. Such grounds are set out in the section entitled "Underwriting — Underwriting Arrangements and Expenses — Hong Kong Public Offering — Hong Kong Underwriting Agreement — Grounds for termination" in this prospectus. It is important that you refer to that section for further details.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities laws of the United States. The Offer Shares are being offered only (1) to qualified institutional buyers in the United States in reliance on Rule 144A under the U.S. Securities Act or (2) outside the United States in reliance on Regulation S under the U.S. Securities Act.

\* For identification only

March 13, 2006

## DEFINITIONS

"SAFE"

中國國家外匯管理局 (the PRC State Administration of Foreign Exchange), the PRC Government agency responsible for matters relating to foreign exchange administration

"Sale H Shares"

the 59,474,000 H Shares to be converted from an equal number of Domestic Shares with a nominal value of RMB1.00 each held by the Selling Shareholders to be offered for sale by the Selling Shareholders as part of the Global Offering at the Offer Price, subject to any adjustment as mentioned in the section headed "*Structure of the Global Offering*" in this prospectus and, where relevant, any additional H Shares which may be sold pursuant to the exercise of the Over-allotment Option, and references to "Sale H Shares" shall include, where the context requires, the Domestic Shares from which the Sale H Shares are converted

"Sallmanns"

Sallmanns (Far East) Ltd., professional surveyors and property valuers

"SASAC"

國務院國有資產監督管理委員會 (the State-owned Assets Supervision and Administration Commission of the State Council)

"Selling Shareholders"

collectively, Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading, except to the extent and only in the context of the Sale H Shares, collectively, Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading holding the Sale H Shares as registered holders on behalf of the National Social Security Fund, as further described in the section headed "*Structure of the Global Offering — The Selling Shareholders*"

"SETC"

中華人民共和國國家經濟貿易委員會 (the PRC State Economic and Trade Commission)

"SFC"

the Securities and Futures Commission of Hong Kong

"SFO"

the Securities and Futures Ordinance (Chapter 571 of the Laws of Hong Kong), as amended, supplemented or otherwise modified from time to time

"Share(s)"

ordinary shares of the Company with a nominal value of RMB 1.00 each, comprising both Domestic Shares and H Shares

"Shareholder(s)"

holder(s) of the Share(s)

2