# EXHIBIT J

[Seal – Shangdong province Commercial Administrative Management Department]

# SHANGDONG TAIHE DONGXIN CO. LTD. ARTICLE OF ASSOCIATION/INCORPORATION

Translation of TG 0020686

EXHIBIT __J__

# Index

Chapter 1     General Principle ……………………………………………….. 1

Chapter 2     Business Goal and Scope …………………………………………..1

Chapter 3     Shares ………………………………………………………………2

Chapter 4     Shareholder and Shareholder Meeting ……………………………3

Chapter 5     Board of Directors …………………………………………………10

Chapter 6     Management …………………………………………………………14

Chapter 7      Board of Supervisors ………………………………………………15

Chapter 8     Financial Meeting System, Profit Distribution and Auditing ………17

Chapter 9     Merger, Division, Dissolution and Liquidation ……………………18

Chapter 10     Amendment of Articles of Incorporation ………………………..…21

Chapter 11     Supplementary Provisions ………………………………………..…21

Translation   of   TG   0020687

This Articles of Incorporation has been approved by the first impromptu shareholder meeting in 2005 on April 25, 2005 by a special resolution and recorded on August 8, 2006.

## Chapter 1 General Principle

Article 1: To safeguard the legal rights and interests of the Company, shareholder and creditor, and to standardize the Company's organization and behavior, this Articles of Incorporation is hereby drawn up according to the <Company Law of the People's Republic of China> (hereinafter referred to as the <Company Law>) and other relevant provisions.

Article 2: Shangdong Taihe Dongxin Co., Ltd. is a stock issuing limited company incorporated according provisions of the <Company Law> and other regulations (hereinafter referred to the "Company").

The Company has been approved by Shangdong Province Economic System Reform Commission <Letter regarding agreement to incorporate Shangdong Taihe DongxingCo., Ltd.> (Lu-Sys-Reform-[1998] #49) in the form of sponsorship, and has been registered at Shangdong Province Industrial & Commercial Administration Bureau and has obtained a business license.

Article 3: The name registered by the Company: Shangdong Taihe Dongxin Co., Ltd.

Article 4: The Company's address: Shangdong Taian City Daiyue District Dawenhao Town, Postal code 271026

Article 5: The Company's registered capital is RMB 155,625,000.

Article 6: The Company is a stock issuing limited company with permanent existence.

Article 7: The Chairman is the Company's legal representative.

Article 8: The Company's total assets have been divided into equal shares. The shareholder shall assume responsibility to the Company, and the Company shall assume responsibility to its debt with the Company's total assets.

Article 9: From the date the Company's Articles of Incorporation becomes effective, it shall become a legally binding document to regulate the Company's organization and conduct, the rights and obligation relationship between the Company and the shareholder and between shareholder and shareholder. The shareholder may file a lawsuit against the Company according to the Articles of Incorporation, and the Company may file a lawsuit against the shareholder, Director, Supervisor, management (including: the General Manager, Deputy General Manager, hereinafter referred to as "managerial personnel" of the "Manager") and other high-level management. Shareholder may file a lawsuit against another shareholder according to the Articles of Incorporation, and shareholder may file a lawsuit against the Company's Director and Supervisor, the Manager and other high-level management personnel.

Article 10: The high-level management personnel alleged in the Articles of Incorporation means the secretary for the Company's Board of Directors, financial officer, Chief Engineer, Chief Economist and Chief Accountant.

## Chapter 2 Business Goal and Scope

Article 11: The Company's business goal: to establish a highly efficient operation management system so that the Company may experience stable development,

Translation of TG 0020688

the shareholder may receive satisfactory economic returns, and to contribute to the prosperity of the society and human progress.

Article 12: As approved by the Company's registration agency, the Company's business scope is: the production and sale of gypsum board, gypsum products, stone material, light steel keel, building material, decorating material and modern building material; corrosive substance (phosphate), phosphoric by-product phosphoric gypsum, construction hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining equipment accessories; the sale of automotive accessories; the purchase of waste paper box, jade carving, decorating and general transportation within the permitted business license (may only be operated by its branch organization).

## Chapter 3 Shares

### Section 1 Issuance of Shares

Article 13: The Company's shares shall take the form of stock.

Article 14: All shares issued by the Company shall be common stock.

Article 15: The issuance of the Company's stock shall be open, fair and impartial, each share shall have the same rights and each share shall receive the same benefit.

Article 16: Stock issued by the Company shall be denominated in RMB.

Article 17: The Company's total equity shall be 155,625,000 shares, of which:

1. BNBM holds 65,362,500 shares or 42% of the Company's total equity;

2. Taian City Donglian Investment & Trading Co., Ltd. holds 35,793,750 shares or 23% of the Company's total equity;

3. Taian City National Asset Management Co., Ltd holds 24,900,000 shares or 16% of the Company's total equity;

4. Taian City Anxin Investment & Trading Co., Ltd. holds 21,787,500 shares of 14% of the Company's total equity;

5. Jia Tongchun holds 7,781,250 shares or 5% of the Company's total equity.

Section 2 The Increase and Decrease in Shares and Repurchase

Article 18: Based on its operational and development needs and according to provisions of the laws and regulations and after resolution reached by the shareholder meeting, the Company may increase its capital in the following ways:

(1) To distribute and sell shares to the current shareholder;

(2) To distribute dividend to the current shareholder;

(3) To convert the reserve fund into capital;

(4) Other ways approved by provisions of the laws and regulations.

Translation of TG 0020689

When the Company increases its capital, BNBM shall have priority in purchasing the newly issued shares under the same terms and conditions.

Article 19: According to provisions of the Company's Articles of Incorporation, the Company may reduce its registered capital which shall be handled according to the relevant provisions under the <Company Law> and the procedure stipulated by the Company's Articles of Incorporation.

Section 3 Equity Transfer

Article 20: Shares held by the shareholder may be legally transferred. When the Company's other shareholder shall transfer the Company's shares, BNBM shall have priority in purchasing the newly added shares under the same terms and conditions.

Article 21: Shares of the Company held by the sponsor may not be transferred within three years.

## Chapter 4 Shareholder and Shareholder Meeting

Section 1 Shareholder

Article 22: The Company's shareholder shall be the person who legally holds the Company's stock.

The shareholder shall enjoy rights and undertake obligations according to the types of share he holds. Shareholders who hold the same type of stock shall enjoy the same rights and undertake the same obligation.

Article 23: The shareholder list shall be sufficient evidence to prove that the shareholder holds the Company's stock. The Company shall compile a shareholder list.

Article 24: The Company's shareholder shall be entitled to the following rights:

(1) To receive dividend and distribution in other forms according to the number of shares he holds;

(2) To attend or designate a shareholder representative to attend the shareholder meeting;

(3) To cast vote according to the number of shares he owns;

(4) To supervise the Company's business operation and to submit proposal or inquiry:

(5) To transfer, gift or pledge the shares he holds according to provisions of the laws, administrative regulations and the Company's Articles of Incorporation;

(6) To receive relevant information including review the Company's Articles of Incorporation and documents according to provisions of the laws and the Company's Articles of Incorporation;

(7) In the event of the Company's termination and liquidation, to participate in the distribution of the Company's remaining assets according to the number of shares he holds;

Translation of TG 0020690

(8) Other rights stipulated by provisions of the laws, administrative regulations and the Company's Articles of Incorporation.

Article 19: In the event resolution reached by the shareholder meeting and the Board of Directors is in violation of provisions of the laws, administrative regulations which shall infringe upon the shareholder's legal rights and interests, the shareholder shall have the right to file a lawsuit with the People's Court to stop such illegal behavior and violation.

Article 20: The Company's shareholder shall undertake the following obligations:

(1) To comply with the Company's Articles of Incorporation;

(2) To pay for the shares based on his subscription and investment approach;

 (3) Shall not withdraw shares except stipulated in the laws and administrative regulations;

(4) The laws and administrative regulations shall stipulate other obligations he shall undertake.

Article 21: The pledging of the shares held by the shareholder shall be allowed after review and approval by the Company's shareholder meeting.

Section 2 Shareholder Meeting

Article 22: The shareholder meeting holds the highest authority at the Company, and shall exercise the following authority:

(1) To decide the Company's management goal and investment plan;

(2) To elect and replace Director, to decide the compensation for the Director;

(3) To elect and replace Supervisor which is served by a representative of the shareholder, to decide the compensation for the Supervisor;

(4) To review and approve report presented by the Board of Directors;

(5) To review and approve report presented by the Board of Supervisors;

(6) To review and approve the Company's annual financial budget and accounting;

(7) To review and approve the Company's profit distribution plan and plan to make up for the loss;

(8) To reach resolution on the Company's increase or decrease in registered capital;

(9) To reach resolution on the issuance of the Company's bonds;

(10) To reach resolution on the Company's merger, division, dissolution, liquidation or to change the Company's corporate status;

(11) To amend the Company's Articles of Incorporation.

(12) To reach resolution regarding the pledging of the Company's shares by a shareholder;

(13) Other matters to be decided by the shareholder meeting after reviewing the laws and regulations and the Company's Articles of Incorporation.

Article 23: Shareholder meetings shall be divided into annual meeting and impromptu meeting. Annual meeting shall be held once a year and shall be held within six months after the end of the fiscal year.

Article 24: Under one of the following conditions, an impromptu meeting shall be held within two months:

Translation of TG 0020691

1. The number of Director shall fail to reach the quorum as stipulated in the <Company Law> or shall fail to reach the two-thirds as stipulated in this Articles of Incorporation;

2. The Company's outstanding loss has reached one-third of the total equity;

3. When request is made by a shareholder who owns more than 10% (exclude proxy voting) of the Company's stock held individually or in combination;

4. When the Board of Directors shall deem necessary;

5. When the Board of Supervisors shall propose to call a meeting;

6. Other conditions stipulated in the Company's Articles of Incorporation.

Article 25: An impromptu shareholder meeting shall only reach resolution on the matters listed in the notification.

Article 26: Shareholder meeting shall be called and chaired by the Chairman of the Board. In the event the Chairman shall be unable to perform his duty for cause, the Chairman shall designate another Director to chair the meeting. In the event the Chairman shall be unable to attend the meeting and shall fail to designate a replacement, the Board of Directors shall designate a Director to chair the meeting. In the event the Board of Directors shall be unable to appoint someone to chair the meeting, the shareholder present shall jointly recommend one shareholder to chair the meeting.

Article 27: When the Company shall call a shareholder meeting, shareholder shall be notified thirty (30) days before the meeting date in writing (fax is a valid means). After approval by all shareholders of the Company, the 30-day notice may be waived or properly shortened.

Article 28: The shareholder may attend the shareholder meeting in person and may designate a representative to attend the meeting and cast vote on his behalf. The shareholder shall designate a representative in writing to be signed by the shareholder or the designee. When the shareholder shall be a legal entity, the legal entity's seal shall be affixed or shall be signed by the designee.

Article 29 The power of attorney issued by the shareholder to attend the shareholder meeting
shall state the following:

(1) The name of the designee;

(2) Whether the designee has voting rights;

(3) Instructions on whether to cast "in favor", "against" or "abstain" votes for each matter under review;

(4) Specific instructions on whether the shareholder shall have the right to vote on the impromptu proposal which may be included in the shareholder meeting agenda and how to vote if he shall have the right to vote;

(5) The date of execution of the Power of Attorney and the effective period;

(6) Signature (or seal) of the shareholder. When the shareholder is a legal entity, the legal entity's seal shall be affixed,

Translation of TG 0020692

The Power of Attorney shall indicate that in the event the shareholder shall fail to provide specific instructions, whether the shareholder representative may vote according to his own views.

Article 30: The shareholder meeting attendee's signature log shall be prepared by the Company. The signature log shall list the name of the attendee (or legal entity), ID card number, address, the number of shares held or voted by the representative, the representative's name (or the name of the legal entity) etc.

Article 31: When the Board of Supervisors or the shareholder meeting decides to call an impromptu meeting, it shall be handled according to the following procedure:

(1) To sign one or several written request in the same format to submit to the Board of Directors to call an impromptu shareholder meeting which shall describe the meeting agenda. After receiving the above written request, the Board of Director shall promptly issue notification on holding an impromptu shareholder meeting.

(2) In the event the Board of Directors shall fail to issue a notification on holding a meeting within 30 days after receiving the above-mentioned written request, the Board of Supervisors or shareholder who shall submit such a request may call an impromptu shareholder meeting on his own within three months after the notification is received by the Board of Directors. The procedure for calling a meeting shall be as close as possible to the procedure for the Board of Directors to call a shareholder meeting. The Board of Supervisors or shareholder may call a meeting on his own when the Board of Directors shall fail to call such a meeting, the Company shall provide the necessary assistance to the Supervisors or the shareholder and shall bear the cost of the meeting.

Article 32: After the notification for calling a meeting has been sent out, except for force majeure or other accidents, the Board of Directors shall not change the time of the meeting.

Article 33: The number of Director shall fail to reach the quorum of two-thirds as stipulated under the <Company Law> or shall be less than the two-thirds quorum as provided in the Articles of Incorporation; or the Company's outstanding loss has reached one-third of the total equity; the Board of Supervisors or the shareholder shall call an impromptu shareholder meeting on his own according to provisions under the Articles of Incorporation.

## Section 3 Shareholder Meeting Proposal

Article 34: When the Company shall call a shareholder meeting, shareholder who holds more than 5% of the total votes, individually or jointly, shall have the right to make new proposal to the Company.

Article 35: Shareholder meeting proposal shall meet the following conditions:

(1) The content shall not be in conflict with provisions of the laws, regulations and the Articles of Incorporation, and shall fall within the Company's business scope and the shareholder meeting's authority;

(2) Shall have clear topic and specific matters for vote;

(3) Shall be submitted or sent to the Board of Directors in written format.

Translation of TG 0020693

Article 36: As the code of conduct, the Company's Board of Directors shall act in the best interest of the Company and the shareholder, and shall review the shareholder meeting proposal according to provisions under Article 41 of this section.

Article 37: In the event the Board of Directors shall decide not to include the shareholder meeting proposal into the agenda, it shall provide explanation and description at the shareholder meeting.

Section 4 Shareholder Meeting Resolution

Article 38: Shareholder (including shareholder representative) shall cast vote for the shares he represents. Each share shall have one vote.

Article 39: The shareholder meeting resolution shall be divided into ordinary resolution and special resolution.

The ordinary resolution reached by the shareholder meeting shall have shareholder present (including shareholder representative) representing over one-half of the total shares.

The special resolution reached by the shareholder meeting shall have shareholder present (including shareholder representative) representing over two-thirds of the total shares.

Article 40: The following resolution shall be approved by the shareholder meeting as ordinary resolution:

(1) Report by the Board of Directors and the Board of Supervisors;

(2) The Company's annual budget and accounting;

(3) The Company's annual report;

(4) The profit distribution plan and plan to make up for the loss drawn up by the Board of Directors;

(5) The appointment and dismissal of the member of the Board of Directors and Board of Supervisors, and their compensation and payment method;

(6) Other matters which shall be approved as a special resolution as stipulated by provisions of the laws, administrative regulations or the Company's Articles of Incorporation.

Article 41: The following matters shall be approved by the shareholder meeting as special resolutions:

(1) To increase or decrease the Company's registered capital;

(2) The issuance of the Company's bonds;

(3) The Company's division, merger, dissolution and liquidation;

(4) To amend the Company's Articles of Incorporation;

(5) To repurchase the Company's shares;

(6) Pledge the Company's stock held by shareholder;

(7) Other matters stipulated by the Articles of Incorporation and shareholder meeting resolution to have important impact on the Company which shall be approved by the shareholder meeting as special resolution.

Article 42: Without a special resolution by the shareholder meeting, the Company may not enter into a contract with people other than the Director, Manager and other high-

Translation of TG 0020694

level management personnel which shall give such person to right to handle the Company's entire or important business operation.

Article 43: The list of candidates for the position of Director or Supervisor shall be submitted to the shareholder meeting for resolution as a proposal.

The Board of Directors shall provide the resume and basic information on the candidate for the position of Director or Supervisor to the shareholder meeting.

Article 44: The nomination and election of Director and Supervisor which is served by a shareholder shall be handled according to the following procedure:

(1) Director and Supervisor served by a shareholder shall be nominated according to Article 70 and 105 of the Articles of Incorporation and elected by the shareholder meeting.

(2) The candidate for the position of Director and Supervisor shall agree to the nomination beforehand. The nominee shall fully understand the candidates' profession, education, title, detailed work experience and part-time positions held.

The Company shall disclose detailed information on the candidate for the position of Director and Supervisor before the shareholder meeting to ensure that shareholder fully understands the candidate before casting vote.

(3) The Company shall enter into employment contract with the Director to clarify the rights and obligations between the Company and the Director, the Director's term, responsibility for violating the laws, regulations and the Company's Articles of Incorporation, and compensation if the Company shall terminate the contract for cause.

Article 45: The shareholder meeting shall vote by registered ballot or by raising hands and results shall be announced on the spot.

Article 46: According to voting results, the moderator of the meeting shall decide whether a resolution has been approved by the shareholder meeting and shall announce the result on the spot. The resolution's voting result shall be recorded in the meeting minutes.

Article 47: In the event of doubt regarding the resolution's voting result, the moderator of the meeting may count the votes. In the event the moderator of the meeting does not count the votes, when there is objection to the results announced by the moderator of the meeting, the shareholder or shareholder representative shall have the right to immediately request vote count and the moderator of the meeting shall proceed with vote count immediately.

Article 48: Except for the Company's business secret which shall not be disclosed in the shareholder meeting, the Board of Directors and the Board of Supervisors shall answer or explain to shareholder's inquiry and suggestion.

Article 49: The shareholder meeting shall keep meeting minutes to record the following:

(1) The number of shares present at the shareholder meeting and the percentage to the Company's total number of shares;

(2) The meeting's date and location;

Translation for TG 0020695

(3) The moderator's name and the meeting agenda;

(4) Key points on the matter under review by shareholder spoken at the meeting;

(5) The voting result for each matter that requires resolution;

(6) The shareholder's inquiry, suggestion and response or explanation by the Board of Director and the Board of Supervisors;

(7) Other content which deemed by the shareholder meeting and stipulated by the Company's Articles of Incorporation that should be recorded in the meeting minutes.

Article 50: Shareholder meeting minutes shall be signed by the shareholder attending the meeting and the person keeping the minutes and to be kept in the Company's files and kept secretly by the Board of Directors. The shareholder meeting minutes shall be kept permanently.

Article 51: Matters such as the number of shareholder attending the shareholder meeting, the number of shares held by them, the power of attorney, voting result for each matter, meeting minutes, the legality of the meeting procedure etc. may be notarized.

## Chapter 5 Board of Directors

### Section 1 Director

Article 52: The Company's Director shall be a natural person. The Director shall have no need to own the Company's shares.

Article 53: People stipulated under Article 57 and 58 of the <Company Law> shall not serve as the Company's Director.

Article 54: The Director shall be elected or replaced by the shareholder meeting and shall have a term of three years. After the expiration of the term, the Director may serve consecutive terms. Before the expiration of the term, the Director may not be dismissed without cause.

Article 55: The Board of Directors shall comply with the provisions of the laws, regulations and the Company's Articles of Incorporation to faithfully carry out his duties and to safeguard the Company's interests. When there shall be conflict between his personal interest and the interest of the Company and the shareholder, the code of conduct shall be to maintain the maximum interest of the Company and the shareholder, and shall guarantee:

(1) To exercise authority within the scope of his duty and shall not overstep his authority;

(2) Shall not enter into contract or conduct business transaction with the Company except when stipulated in the Company's Articles of Incorporation and when it is known and approved by the shareholder meeting;

(3) Shall not seek to benefit himself or other people with inside information;

(4) Shall not operate for himself or for other people any business similar to the Company's business or to engage in activity which shall damage the Company's interest;

(5) Shall not use his authority to accept bribes or other illegal income, shall not embezzle the Company's property;

Translation of TG 0020696

(6) Shall not misappropriate fund of loan the Company's funds to others;

(7) Shall not use his authority to make it easy for himself or for others to embezzle or accept business secret which shall belong to the Company;

(8) Without being known or approved by the shareholder meeting, shall not accept commission related to transaction with the Company;

(9) Shall not deposit the Company's assets in account opened under his own name or under other people's name;

(10) Shall not use the Company's assets to provide guarantee to the Company's shareholder or other individual;

(11) Without being known and approved by the shareholder meeting, shall not disclose the confidential information about the Company obtained during his employment period. However, under the following conditions, such confidential information may be disclosed to the Court of Law or other governing agency:

1. When required by law;

2. When required by public interest;

3. When required by the Board of Director's legal interest.

Article 56: The Director shall exercise his authority given by the Company carefully, seriously and diligently to ensure:

(1) The Company's commercial activity shall be in compliance with the requirement of China's laws, administrative regulations and China's various economic policies. Commercial activity shall not overstep the business scope stipulated in the business license;

(2) All shareholder shall be equitably treated;

(3) To carefully read the Company's various business and financial report and to understand the Company's business operation management conditions;

(4) To personally exercise his management and disposition rights legally granted without being manipulated by others. Shall not delegate his disposition rights to be used by others without permission under the laws and administrative regulations or being known and approved by the shareholder meeting.

(5) When performing his duties, to accept the legal supervision and reasonable suggestion by the Board of Supervisors.

Article 57: The Director may resign before the expiration of his term. The Director's resignation shall be submitted to the Board of Directors in writing.

Article 58: For the Director whose term is not year over and whose unauthorized departure shall cause damage to the Company, shall be liable to the Company.

Translation of TG 0020697

Article 59: Stipulation in this section regarding the Director's obligation shall be applicable to the Company's Supervisor, Manager and other high-level management.

Section 2 Board of Directors

Article 60: The Company shall have a Board of Directors to be held responsible to the Shareholder's meeting.

Article 62: The Company's Board of Directors shall consist of 7 Directors, with one Chairman of the Board. Among them, BNBM. shall nominate four Directors, Taian City National Asset Management Co., Ltd. shall nominate one Director,

Taian City Donglian Investment & Trading Co., Ltd., Taian City Anxin Investment & Trading Co., Ltd. and Jia Tongchun shall jointly nominate two Directors.

Article 62: The Board of Directors shall exercise the following authority:

(1) To call the shareholder meeting and present report to the shareholder;

(2) To implement the shareholder meeting's resolutions;

(3) To decide the Company's business plan and investment plan;

(4) To draw up the Company's annual financial budget and accounting plan;

(5) To draw up the Company's profit distribution plan and plan on making up the loss;

(6) To draw up the plan for the Company to increase or decrease registered capital, to issue bonds or other securities and public listing;

(7) To draft the Company's plan for major acquisition, to repurchase the Company's stock or merger, division and dissolution;

(8) To decide the Company's risk investment, asset pledge and other guarantees within the scope authorized by the shareholder meeting;

(9) To decide the establishment of the Company's internal management;

(10) To appoint of dismiss the Company's Manager, secretary to the Board of Directors, and to openly hire financial officer. To hire or dismiss the Company's high-level management such as the Assistant Manager based on the Manager's nomination, and to decide the compensation and reward and punishment of the above-mentioned personnel;

(11) To draw up the Company's basic management system;

(12) To draw up the amendment of the Company's Articles of Incorporation;

(13) To hear the Company Manager's report and to inspect the Manager's work;

(14) Other authorities stipulated by laws, regulations and the Company's Articles of Incorporation and granted by the shareholder meeting.

Article 63 The Board of Directors shall draw up the procedure for the Board to ensure the Board of Directors' efficiency and scientific decision making.

Article 64: The Chairman of the Board shall be served by a Company's Director, to be

Translation of TG 0020698

elected and dismissed by the majority of the Board of Directors.

Article 65: The Chairman of the Board shall exercise the following authority:

(1) To chair the shareholder meeting and call and chair the Board of Directors meeting;

(2) To supervise and inspect the implementation of the Board of Directors resolutions;

(3) To sign the Company's stock, the Company's bonds and other marketable securities;

(4) To sign important documents for the Board of Directors and other documents which shall be signed by the Company's legal representative;

(5) To exercise the authority as the legal representative;

(6) Without the occurrence of emergencies such as war or major natural disaster, to exercise special disposition rights on the Company's matters, and report shall be made to the shareholder meeting and the Board of Directors afterwards.

(7) Other authority granted by the Board of Directors.

Article 66: In the event the Chairman shall be unable to perform his duty, the Chairman shall

designate one Director to perform his duty on his behalf.

Article 67: The Board of Directors shall hold meeting twice a year to be called by the Chairman and all Directors shall be notified in writing 10 days prior to the meeting.

Article 68: Under one of the following conditions, the Chairman shall call an impromptu Board of Directors meeting within ten working days:

(1) When the Chairman shall deem necessary;

(2) Joint proposal submitted by over one-third of the Director;

(3) When proposed by the Board of Supervisors;

(4) When proposed by the Manager.

Article 69: Notification method for the impromptu Board of Directors meeting called by the Board of Directors may be sent by a messenger or by fax within seven days before the meeting.

In the event there are conditions under Article 77 (2), (3) and (4), the Chairman shall be unable to perform his duty, one Director shall be designated to call an impromptu Board of Directors meeting on his behalf. When the Chairman shall fail to perform his duty without cause and shall also fail to designate a specific person to perform his duty on his behalf, over one-half of the Director may jointly recommend a Director to call the meeting.

Article 70: The Board of Directors meeting shall be held only when over one-half of the Directors are present. Each Director shall have one vote. The Board of Directors' meeting resolutions shall be approved by the majority of the entire Board.

Article 71: Under the premise that the Director shall be allowed to fully express their opinion, impromptu Board of Directors meeting may reach a resolution by fax, to be

signed by the Directors present at the meeting.

Article 72: The Board of Directors meeting shall be attended by the Director in person. In the event a Director shall be unable to attend with cause, he may designate another Director to attend the meeting on his behalf.

Article 73: The power of attorney shall clearly state the representative's name, matter to act on, authority and effective period, to be signed or affixing seal by the Director.

Article 74: The Director attending the meeting as a representative shall exercise the Director's rights within the scope of authorization. The Director who shall fair to attend the Board of Directors meeting without designating a representative to attend the meeting on his behalf shall be deemed to give up his voting rights at such meeting.

Article 75: The Board of Directors resolution shall be in registered ballot. Each Director shall have one vote.

Article 76: Record shall be kept for the Board of Directors meeting which shall be signed by the Directors present and by the person keeping the record. The Directors present at the meeting shall have the right to request the addition of explanatory notes for the statements he makes at the meeting. The Board of Directors meeting minutes shall be kept on file at the Company and kept secretly by the Board of Directors. The Board of Directors meeting minutes shall be kept permanently.

Article 77: The Board of Directors meeting minutes shall include the following:

(1) The meeting date, location and the person calling the meeting;

(2) The name of the Director attending the meeting and the name of the Director (representative) who designated a representative to attend the meeting;

(3) The meeting agenda;

(4) Important points expressed by each Director;

(5) The vote and the result for each resolution (the voting result shall indicate the number of votes in favor, against or abstain) .

Article 84 Director shall sign on the Board of Directors meeting minutes and to assume responsibility for the Board of Directors' resolution. In the event the Board of Directors' resolution shall be in violation of provisions of China's laws, regulations and the Articles of Incorporation which shall cause serious damage to the Company, the Directors participating in reaching the resolution shall be liable to the Company. However, a Director shall be found not liable to the Company if proven that he has objected to the matter in the voting process which has been recorded in the meeting minutes.

Section 3 Secretary to the Board of Directors

Article 79: The Board of Directors shall have a secretary. The secretary shall be the Company's high-level management and held responsible to the Board of Directors.

Article 80: The secretary to the Board of Directors shall have the necessary professional

Translation of TG 0020700

knowledge and experience, to be appointed by the Board of Directors. Under Article 62 of the Articles of Incorporation where a person shall not serve as the Company's Director shall be applicable to the secretary to the Board of Directors.

Article 81: Major responsibility for the secretary to the Board of Directors:

(1) To prepare and deliver report and document issued by the Board of Directors and shareholder meeting as requested by China's relevant departments;

(2) To arrange the Board of Directors meeting and shareholder meeting and to be responsible for the meeting minutes and the safekeeping of the meeting minutes, meeting documents and records;

(3) To be responsible for the Company's information disclosure, and to ensure the timeliness, accuracy, legality, truthfulness and completeness of the Company's information disclosure.

(4) Shall guarantee the person who has the right to receive the Company's relevant records and documents shall receive said items in a timely manner.

Article 82: The Director of other high-level management may hold the position of the secretary to the Company's Board of Directors concurrently.

Article 83: The secretary to the Board of Directors shall be nominated by the Chairman, to be hired or dismissed by the Board of Directors. In the event a Director shall serve as the secretary to the Board of Directors, if certain action shall be taken by the Director and the secretary to the Board of Directors separately, the person holding the position of Director and the secretary to the Board of Director concurrently may not use both identities.

## Chapter 6 Manager

Article 84: The Company shall have one Manager, to be hired and dismissed by the Board of Directors. A Director may be hired for the Manager, Assistant Manager or other high-level management positions.

Article 85: Person who falls under provisions of Article 57 and Article 58 of the <Company Law> may not serve as the Company's Manager.

Article 86: The Manager shall have a term of 3 years and may serve consecutive terms.

Article 87: The Manager shall be held responsible to the Board of Directors to exercise the following authority:

(1) To handle the Company's production operation management and to report to the Board of Directors;

(2) To organize the implementation of the Board of Directors resolution, the Company's annual plan the investment plan;

(3) To draft the Company's internal management organization plan;

(4) To draft the Company's basic management system;

(5) To draw up the Company's specific regulations;

(6) To propose the appointment or dismissal of the Company's Deputy General Manager and financial officer;

(7) To decide the appointment or dismissal of the Company's management personnel other than those that shall be decided by the Board of Directors;

(8) To draft the Company's wage, benefits, reward and punishment, and to decide on the hiring and dismissal of the Company's employee;

Translation of TG 0020701

(9) To propose the holding of the Board of Directors impromptu meeting;

(10) Other duties authorized by the Company's Articles of Incorporation or the Board of Directors.

Article 88: The Manager shall attend the Board of Directors meeting. The non-Director Manager shall not have voting rights.

Article 89: Based on the request by the Board of Directors or the Board of Supervisors, the Manager shall report to the Board of Directors or the Board of Supervisors regarding the signing of major contracts, the execution, the use of funds and profits and losses. The Manager shall be responsible for the report's truthfulness.

Article 90: When drafting rules regarding employee's wage, benefits, safety production and labor protection, labor insurance, dismissal (or termination) of the Company's employee which involves the employee's vital interests, the Manager shall first listen to the opinion of the labor union and employee association.

Article 91: The Company's Manager shall comply with the laws, regulations and the Company's Articles of Incorporation, and to perform his obligation faithfully and diligently.

Article 92: The Manager may resign before the expiration of his term. The specific procedure and method on the Manager's resignation shall be stipulated in the employment contract between the Manager and the Company.

Article 93: The Company shall establish an incentive and reward program for the managerial personnel and other high-level management's wage and the Company's performance and the individual performance in order to attract talents and to maintain the stability of such personnel.

Article 94: The Company's performance evaluation of the managerial personnel and other high-level management shall be the basis for determining such person's wage and other rewards.

Article 95: In the event the Manager and other high-level management shall be in violation of the laws, regulations and the Company's Articles of Incorporation which shall cause damage to the Company, the Company's Board of Directors shall proactively adopting measures to determine its legal liability.

## Chapter 7 Board of Supervisors
### Section 1 Supervisors

Article 96: The Supervisor shall be served by a shareholder or by the Company's representative. BNBM shall nominate one Supervisor, other shareholders shall jointly nominate one Supervisor, and the Company's employee representative shall serve as one Supervisor.

Article 97: Person who falls under provisions of Article 57 and Article 58 of the <Company Law> may not serve as the Company's Supervisor.

The Director, Manager and financial officer shall not hold the position of Supervisor concurrently.

The Supervisor shall have professional knowledge and working experience in the legal and accounting fields. The member and organization of the Board of Supervisors shall

Translation of TG 0020702

ensure that the Board of Supervisors may supervise and inspect the Director, Manager and other high-level management and the Company's finance independently and effectively.

Article 98: The Supervisor shall have a term of three years. A shareholder serving as a Supervisor shall be elected and replaced by the shareholder meeting. An employee serving as a Supervisor shall be elected and replaced by the Company's employee democratically. The Supervisor may serve consecutive terms.

Article 99: The Supervisor may resign before the expiration of his term. Provisions regarding the Director's resignation in Chapter 5 of the Articles of Incorporation shall be applicable to the Supervisor.

Article 100: The Supervisor shall comply with provisions of the laws, administrative regulations and the Company's Articles of Incorporation to perform his obligations faithfully and diligently.

Section 2 Board of Supervisors

Article 101: The Company shall have a Board of Supervisors. The Board of Supervisors shall consist of three members with one member being the Chairman. In the event the Chairman of the Board of Supervisors shall be unable to perform his duties, the Chairman shall designate one Supervisor to perform his duties on his behalf.

Article 102: The Board of Supervisors shall exercise the following authority:

(1) To review the Company's finances;

(2) To supervise the action of the Director and the General Manager in performing his duties whether their action is in violation of the laws, regulations and the Company's Articles of Incorporation;

(3) To correct the Director and the General Manager's action when their conduct shall damage the Company's interest;

(4) To present proposal on holding an impromptu shareholder meeting;

(5) To attend the Board of Directors meeting;

(6) Other authority granted by the Company's Articles of Incorporation or the shareholder meeting.

Article 103 The Board of Supervisors may request the Company's Director, Manager and other high-level management, internal and external auditor to attend the Board of Supervisors meeting to answer questions of concern. When the Board of Supervisors shall discover that the Director, Manager and other high-level management shall have conduct which is in violation of the laws, regulations and the Company's Articles of Incorporation, it may report to the Board of Directors and the shareholder meeting and may also report directly to the relevant departments.

When exercising its authority, the Board of Supervisors may hire professional organizations such as law firms, certified public accountants to provide assistance. The expenses thus incurred shall be borne by the Company.

Article 104: The Board of Supervisors shall hold meeting twice a year. Meeting notification shall be delivered to all Supervisors ten days prior to the meeting date.

Section 3 Board of Supervisors Resolutions

Translation of TG 0020703

Article 105: The Board of Supervisors meeting shall be attended by the Supervisor in person. The Board of Supervisors' voting shall be registered ballot.

Article 106: The voting procedure is: The Board of Supervisors meeting may be held only when over one-half of the Supervisors are present. Each Supervisor shall have one vote. Resolution reached by the Board of Supervisors shall be approved by more than one-half of all Supervisors.

Article 107: Record shall be kept for the Board of Supervisors meeting which shall be signed by the Supervisors present and by the person keeping the record. The Supervisors present at the meeting shall have the right to request the addition of explanatory notes for the statements he makes at the meeting. The Board of Supervisors meeting minutes shall be kept on file at the Company and kept secretly by the Board of Directors. The Board of Directors meeting minutes shall be kept permanently.

## Chapter 8 Financial Accounting System, Profit Distribution and Audit

### Section 1 Financial Accounting System

Article 108: According to the relevant provisions of China's laws, regulations and policies, the Company shall establish its financial and accounting system.

Article 109: At the end of each fiscal year, the Company shall prepare financial report which shall be reviewed and verified as required by law.

Article 110: The Company's annual financial report shall include the following:

(1) The Assets and Liabilities Statement;

(2) Income Statement and profit distribution chart:

(3) Cash flow statement;

(4) Accounting report footnotes.

Article 111: The annual financial report shall be compiled based on provisions of the relevant laws, regulations.

Article 112: In addition to the legally required accounting records, the Company shall not prepare other accounting record separately. The Company's assets shall not be deposited in an account opened under any individual's name.

Article 113 The Company's after-tax profit shall be distributed in the following order:

1. To make up for prior year's loss;

2. To set aside the 10% statutory surplus fund;;

3. To set aside the discretionary surplus fund;

4. To pay dividend to the shareholder.

In the event the Company's statutory surplus fund shall be more than 50% of the Company's registered capital, there shall be no need to set it aside again.

Translation of TG 0020704

After setting aside the statutory surplus fund and public welfare fund, the shareholder meeting shall decide whether there is a need to set aside discretionary surplus fund. The Company shall not make dividend distribution to the shareholder before making up for the Company's loss and setting aside the statutory surplus fund.

Article 114: The shareholder meeting shall reach resolution to convert the Company's statutory surplus fund into the Company's capital, and new shares shall be distributed according to the shareholder's original shareholding percentage. But when converting the statutory surplus fund into capital, the remaining statutory surplus fund shall not be less than 25% of the registered capital.

Article 115: After the Company's shareholder meeting shall reach resolution on profit distribution, the Company's Board of Directors shall complete the dividend (or equity) distribution within two months after the shareholder meeting.

Article 117: The Company may make dividend distribution with cash or stock.

Section 2 Internal Auditing.

Article 118: The Company shall set up an internal auditing system and assign full-time and part-time audit personnel to audit and monitor the Company's financial income and expenses, and economic activities internally.

Article 118: The responsibility of the Company's internal auditing system and the audit staff shall be implemented after approval by the Board of Directors. The lead auditor shall report to and be held responsible to the Board of Directors.

## Chapter 9 Merger, Division, Dissolution and Liquidation

### Section 1 Merger and Division

Article 119: The Company may engage in merger or division. The Company's merger may be in the form of absorption or creation.

Article 120: The Company's merger or division shall be handled according to the following procedure:

(1) The Board of Directors shall draft the merger or division plan;

(2) The shareholder meeting shall reach resolution according to provisions of the Company's Articles of Incorporation;

(3) Each party to the transaction shall enter into a merger agreement or division agreement;

(4) The relevant review and approval procedure shall be handled according to provisions of the law;

(5) To handle matters in the merger or division such as claims and debt;

(6) To handle dissolution registration or change in registration.

Article 121: For the Company's merger and division, each party to the merger or division shall compile assets and liabilities statement and property inventory. After the shareholder meeting shall reach resolution regarding merger or division, the Company shall notify the creditor within ten days, and shall make public announcement three times within thirty days.

Translation of TG 0020705

Article 122: Within thirty days after receiving notification, or within 90 days since the first public announcement for those who did not receive the notification, the creditor shall have the right to request the Company to pay off its debt or to provide proper collateral. In the event the Company shall be unable to pay off the debt or to provide collateral, merger or division shall not proceed.

Article 123: When the Company is merged or divided, the Company's Board of Directors shall adopt the necessary measure to protect the legal rights and interests of shareholder who are against the merger or division.

Article 124: The handling of assets, claims, debt for each party to the merger or division shall be done through contracts so that they can be clearly defined.

After the Company's merger, each party's claims and debt shall be assumed by the going concern or the newly incorporated entity after the merger.

Debt before the Company's division shall be assumed by the company after the division according to the agreement.

Article 125: Due to the Company's merger of division, for changes in registration, the Company shall register the change in registration as required by law. In the event of dissolution, the Company shall cancel the registration. In the event of setting up a new company, the Company shall be registered.

## Section 2 Dissolution and Liquidation

Article 126: With any of the following conditions, the Company shall be dissolved and liquidated according to provisions of the law:

(1) The operating period has expired;

(2) The shareholder meeting shall reach resolution on dissolution;

(3) The Company shall be dissolved due to merger of division;

(4) The Company shall be unable to pay off its debt when due and shall declare bankruptcy according to provisions of the law;

(5) When in violation of the laws and regulations and have been ordered to close according to provisions of the law.

Article 127: In the event the Company shall be dissolved according provisions under (1) and (2) above, a liquidation team shall be set up within fifteen days. Members of the liquidation team shall be elected by a special resolution.

In the event the Company shall be dissolved according provisions under (3) above, liquidation shall be handled by parties to the merger or division according to the agreement executed at the time of merger or division.

In the event the Company shall be dissolved according provisions under (4) above, the People's Court shall organize the shareholder, the relevant agencies and the professional to form a liquidation team to proceed with liquidation.

In the event the Company shall be dissolved according provisions under (5) above, the relevant government agencies shall organize the shareholder, the relevant agencies and the professional to form a liquidation team to proceed with liquidation.

Translation of TG 0020706

Article 128: After the liquidation team is set up, the Board of Directors and Manager's authority shall be stopped immediately. During the period of liquidation, the Company may not engage in new business operations.

Article 129: The liquidation team shall exercise the following authority during the liquidation period:

(1) To notify or make public announcement to the creditor;

(2) To liquidate the Company's assets, to compile assets and liabilities statement and property inventory;

(3) To handle the Company's unfinished business;

(4) To pay taxes owed;

(5) To liquidate claims and debt;

(6) To dispose of the Company's remaining assets after paying off debt;

(7) To participate in civil litigation on behalf of the Company.

Article 130: The liquidation team shall notify the creditor in ten day from the date it is set up, and shall make three public announcements in sixty days.

Article 131: The creditor shall file claims to the liquidation team in the period stipulated in the Company's Articles of Incorporation. When filing claims, the creditor shall explain the relevant matters regarding the claims and shall provide proof and the liquidation team shall register the claims.

Article 132: When liquidating the Company's assets and compiling assets and liabilities statements and property inventory, the liquidation team shall compile a liquidation plan, to be confirmed by the shareholder meeting or the relevant governing agency.

Article 133: The Company's assets shall be liquidated in the following order:

(1) To pay the liquidation expenses;

(2) To pay the Company employee's wage and labor insurance premium;

(3) To pay taxes owed;

(4) To pay off the Company's debt;

(5) To make distribution according to shareholder's shareholding percentage.

Before liquidating the Company's assets according to (1) to (4) above, shareholder shall not receive distribution.

Article 134: After liquidating the Company's assets, and compiling assets and liabilities statement and property inventory, the liquidation team shall deem the Company's assets insufficient to pay off the debt, bankruptcy petition shall be filed with the People's Court. After the Company shall be declared bankrupt, the liquidation team shall transfer the liquidation matters to the People's Court.

Article 135: Upon liquidation, the liquidation team shall provide a liquidation report, financial summary, and resolutions of shareholder meeting and other related managerial department.

The Liquidation team shall submit necessary government filings and public notice within 30 days of shareholder meeting or related managerial department concerning the liquidation.

Translation of TG 0020707

30 days of shareholder meeting or related managerial department concerning the liquidation.

Article 136: The members of the liquidation team must duly fulfill their duties, and to liquidate the business in accordance with applicable laws.  They are prohibited to receive bribe or other illegal gains, or to unlawfully procure Company's assets.

## Chapter 10   Amendment of the Article of Association/Incorporation

Article 137: The Company shall amend its Article of Association/Incorporation in the following occurrences:

1) A provision of this Article of Association/Incorporation is in violation of <Company's Law> or other law and regulations, as amended.
2) Inconsistencies between provisions of this Article of Association/Incorporation due to change of circumstances of the Company;
3) An amendment is approved by shareholder in the shareholder's meeting.

Article 138: Any amendment of the Article of Association/Incorporation via a shareholder meeting must be approved by relevant governmental agencies and must comply with necessary registration requirements.

Article 139: The Board of Directors shall amend the Article of Association/Incorporation in accordance with shareholder's meeting resolutions and approval opinion by relevant managerial departments.

## Chapter 11   Additional Provisions

Article 140: The Board of Directors may set forth sub-provisions of this Article of Association/Incorporation.  Said sub-provisions shall not contradict with any provisions of this Article of Association/Incorporation.

Article 141: This Article of Association/Incorporation is written in Chinese.  In the event that a copy in other languages or a different version of this Article of Association/Incorporation has any discrepancies.  The last registered Chinese version filed with Shangdong Province Department of Commerce shall be controlling.

Article 142: The references to "above," "includes," and "below," are inclusive of initial number.  Any references to "excludes" "other" do not include the initial number.

Article 143:  The Board of Directors is responsible to explain/interpret this Article of Association/Incorporation.

Translation of TG 0020708

(This page is intentionally leave blank.  It is reserved for signature by Shangdong Taihe Dongxin Co. Ltd.)

Signature of Legal Representative: [Jia Tongchun]

August 8, 2006

[Seal – Shangdong Taihe Dongxin Co. Ltd.]

Shangdong Taihe Dongxin Co. Ltd.

Translation of TG 0020710

# INFORMATION ON THE MEMBERS TO THE BOARD OF DIRECTORS, MEMBERS TO THE BOARD OF SUPERVISORS AND MANAGERS OF <u>SHANDONG TAIHE DONGXIN CO., LTD.</u>

| Name | Gender | Position | Domicile | ID Number | Mode of Production |
|------|--------|----------|----------|-----------|--------------------|
| Jia Tongchun | Male | Chairman, Manager | No.265 Taishan Blvd, Taishan District, Tai'an City | 3709021960 02081514 | Election |
| Wang Bing | Male | Director | 39 Jiancaicheng West Rd., Xisanqi, Haidian District, Beijing | 3428231972 02177219 | Election |
| Jia Jianjun | Male | Director | (illegible), Haidian District, Beijing | 4201066408 08419 | Election |
| Yang Yanjun | Female | Director | (illegible), Chaoyang District, Beijing | 1101056702 11412 | Election |
| Xu Xinghu | Male | Director | 65 Chaoyang Rd., Ningyang Town, Shandong | 3709215501 24007 | Election |
| Xue Yuli | Male | Director | Plasterboard Main Factory, Dawenkou Town, Daiyue District, Tai'an | 3709111953 12305212 | Election |
| Ren Xulian | Male | Director | No.265 Taishan Blvd, Taishan District, Tai'an City | 3709021960 05271575 | Election |
| Cao Jianglin | Male | Supervisor | 39 Jiancaicheng West Rd., Xisanqi, Haidian District, Beijing | 3101101966 09108010 | Election |
| Fu Tinghuan | Male | Supervisor | (illegible), Taishan District, Tai'an City | 3702061968 04121677 | Election |
| Yang Quanmin | Male | Supervisor | Dawenkou Plasterboard Dormitory, Daiyue District, Tai'an | 3709116309 07531 | Election |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Instructions: (1) Please fill out this form by the following order: Members to the Board of Directors, Members to the Board of Supervisors and Managers.
(2) The "Position" refers to director, chairman, managing director, supervisor, manager and etc.
(3) The "Mode of Production" refers to appointment, election and employment.

Translation of TG 0020711

# INFORMATION ON DIRECTORS, SUPERVISORS AND MANAGERS OF <u>SHANDONG TAIHE DONGXIN CO., LTD.</u>

| | |
|---|---|
| Name: <u>Jia Tongchun</u><br>Position: <u>Chairman, General Manager</u> | Name: <u>Wang Bing</u><br>Position: <u>Director</u> |
| ID Number: | ID Number: 342823197202177219 |
| (illegible image) | Name: Wang Bing<br>Gender: Male      Ethnic Group: Han<br>Date of Birth: February 17, 1972<br>Address: (illegible), 39 Jiancaicheng West Rd., Xisanqi, Haidian District, Beijing<br>Issued on (illegible), 2005, (illegible)<br>No. 342823197202177219 |
| Name: <u>Jia Jianjun</u><br>Position: <u>Director</u> | Name: <u>Yang Yanjun</u><br>Position: <u>Director</u> |
| ID Number: 420106640808419 | ID Number: |
| Name: Jia Jianjun<br>Gender: Male      Ethnic Group: Han<br>Date of Birth: (illegible) 1964<br>Address: (illegible), Haidian District, Beijing<br>Issued on December 31, 1994  Valid for 20 years<br>No. 420106640808419 | (illegible image) |
| Name: <u>Xu Xinghu</u><br>Position: <u>Director</u> | Name: <u>Xue Yuli</u><br>Position: <u>Director</u> |
| ID Number: 370921550124007 | ID Number: |
| Name: Xu Xinghu<br>Gender: Male      Ethnic Group: Han<br>Date of Birth: January 24, 1955<br>Address: 65 Chaoyang Rd., Ningyang County, Shandong Province<br>Issued on September 1, 1997  Valid for 20 Years<br>No. 370921550124007 | (illegible image) |
| The above identity cards are identical with their originals, and we hereby assume liability for their authenticity.<br>                    (the company puts the seal here) Shandong Taihe Dongxin Co., Ltd. ||

Attached forms for the registration of corporate change.

Translation of TG 0020712

# INFORMATION ON DIRECTORS, SUPERVISORS AND MANAGERS OF <u>SHANDONG TAIHE DONGXIN CO., LTD.</u>

| | |
|---|---|
| Name: <u>Ren Xulian</u><br>Position: <u>Director</u><br>ID Number: 370902196005271575 | Name: <u>Cao Jianglin</u><br>Position: Supervisor<br>ID Number: 310110196609108010 |
| (illegible image) | (illegible image) |
| Name: <u>Fu Tinghuan</u><br>Position: <u>Supervisor</u><br>ID Number: 370206196804121677 | Name: <u>Yang Quanmin</u><br>Position: <u>Supervisor</u><br>ID Number: 370911630907531 |
| Name: Fu Tinghuan<br>Gender: Male     Ethnic Group: Han<br>Date of Birth: April 12, 1968<br>Address: (illegible), Taishan District, Tai'an City, Shandong Province<br>(illegible)<br>No.370206196804121677 | Name: Yang Quanmin<br>Gender: Male     Ethnic Group: Han<br>Date of Birth: September 7, 1963<br>Address: Plasterboard Dormitory, Dawenkou Town, Daiyue District, Tai'an City, Shandong Province<br>Issued on May 1, 1994 Valid for 20 years<br>No. 370911630907531 |
| Name: _____<br>Position: _____<br>ID Number: | Name: _____<br>Position: _____<br>ID Number: |
| (put the ID photocopy here) | (put the ID photocopy here) |
| The above identity cards are identical with their originals, and we hereby assume liability for their authenticity.<br>          (the company puts the seal here) Shandong Taihe Dongxin Co., Ltd. | |

Attached forms for the registration of corporate change.

Translation of TG 0020713

## Application for Corporate Registration

Shandong Administration for Industry & Commerce (seal)

| Name of Company | Shandong Taihe Dongxin Co., Ltd. | | Registration No. | 3700001801159 | |
|---|---|---|---|---|---|
| Registration Items | Director | | Remove the directors Xue Yuli and Ren Xulian | | |
| | Supervisor | | | | |
| | Manager | | | | |
| | Articles of Association | | Amendment to the Articles of Association | √ | |
| | Members of Liquidation Group | | | | |
| | Person in Charge of Liquidation Group | | Address | | |
| | | | Telephone Number | | |
| | Registration of Branch Companies | Establishment | Name | | Registration No. | |
| | | | Registration Authority | | Date of Registration | |
| | | Cancellation | Name | | Registration No. | |
| | | | Registration Authority | | Date of Registration | |
| | | Change | Former Name | | | |
| | | | Current Name | | | |

This Company applies for registration in accordance with the "Company Law of the People's Republic of China", and the "Regulation of the People's Republic of China on Administration of Company Registration", and the materials submitted are true and valid. The undersigned hereby assumes liability for the truthfulness.

Signature of Legal Representative: Jia Tongchun     July 16, 2007
Signature of the Designated Representative or Authorized Agent: Wang Lifeng     July 17, 2007
Seal of the Company: (illegible)     July 17, 2007

Notes: 1. Check after the Articles of Association or the Amendment to the Articles of Association.
2. In the case of applying for registration of several branch companies, you can attach other forms.

Translation of TG 0020714

# CERTIFICATE FOR THE DESIGNATED REPRESENTATIVE OR THE JOINTLY AUTHORIZED AGENT

Principal: <u>Shandong Taihe Dongxin Co., Ltd.</u>
The designated representative or the authorized agent: <u>Wang Lifeng</u>
Matter entrusted: <u>for the change to directors of Shandong Taihe Dongxin Co., Ltd.</u>
Powers for the Agent to correct relevant materials:

1. Agree [×] Disagree [ ] to change any materials;
2. Agree [×] Disagree [ ] to change the wording errors in the documents prepared by the enterprise;
3. Agree [×] Disagree [ ] to change the errors in filling out the relevant form;
4. Other matters for which the Agent has the power to change:_____

_____

The designation or authorization will be valid from <u>June 30, 2007</u> to <u>August 30, 2007</u>.

Name: Wang Lifeng
Sex: male; Ethnic Group: Han
Date of Birth: February 19, 1973
Domicile: Taihe Group Dormitory 82, Dawenkou, Daiyue District, Taian City, Shandong Province
Issued on June 24, 2006 Valid for 20 years
Serial No.37072819730219661X

July 16, 2007
(illegible seal)
(Applicant's seal or signature)

Notes: 1.For the incorporate registration, the applicant of a limited liability company is its entire shareholders, the applicant of a wholly state-owned company is the state-owned assets supervisory and management agency of the State Council or the local people's government; the applicant of a joint stock company is the board of directors, and the applicant of a non-corporate enterprise is the contributors.
2. The legal person or economic organization as the applicant shall seal this document; the individual as the applicant shall sign this document; and the board of directors as the applicant shall sign this document by the entire directors.
3. Powers for the designated representative or the authorized agent to correct relevant materials: for Items 1, 2 and 3, you only need to check the "Agree" or "Disagree" box; and for Item 4, you can write at your own discretion.

Translation of TG 0020715

**The 1st Extraordinary General Meeting of Shareholders for the Year of 2007 of Shandong Taihe Dongxin Co., Ltd.**

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") held the 1st Extraordinary General Meeting of Shareholders for the year of 2007 at the conference room of Beijing New Building Materials Co., Ltd. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was chaired by the Company's Chairman Jia Tongchun. After thorough discussion by the participating shareholders, the meeting voted for the "Proposal on Changing the Board of Directors of the Company" and the "Amendment to the Articles of Association".

1. Based on the situation after the Company's equity structure adjustment and the needs for developing the Company, the entire shareholders unanimously agreed to adjust the 3rd session of the Board of Directors of the Company, removed Xue Yuli and Ren Xulian from the position of director, and adjusted the Board of Directors from the original 7 directors to the 5 directors: Wang Bing, Xu Xinghu, Jia Tongchun, Jia Jianjun and Yang Yanjun would remain and consist of the new Board of Directors.
2. The entire shareholders unanimously passed the "Amendment to the Articles of Association of Shandong Taihe Dongxin Co., Ltd."

It is hereby resolved.

June 20, 2007

Translation of TG 0020716

(This page does not contain any text, and is for the signatures of shareholders present at the 1st Extraordinary General Meeting of Shareholders for the year of 2007.)

Signatures of Shareholders:

Beijing New Building Materials Co., Ltd.
Beijing New Building Materials Co., Ltd. (seal)
Signature of the Representative: Wang Bing

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: Xu Xinghu

Taian Anxin Investment and Trade Co., Ltd.
Taian Anxin Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Jiao Wenbo

Taian Donglian Investment and Trade Co., Ltd.
Taian Donglian Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Wang Bing

Signature of Jia Tongchun: Jia Tongchun

Translation of TG 0020717

**Amendment to the Articles of Association of Shandong Taihe Dongxin Co., Ltd.**

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. held the 1st Extraordinary General Meeting of Shareholders for the year of 2007 at the conference room of Beijing New Building Materials Co., Ltd. In accordance with the resolution of this General Meeting of Shareholders, the following amendment is made to the original Articles of the Association of the Company:

The original Article 61 of the Articles of Association: "The Board of Directors consists of seven directors, inclusive of one chairman. Of which, Beijing New Building Materials Co., Ltd. will nominate four directors, Taian State-owned Assets Management Co., Ltd. will nominate one director, Taian Donglian Investment and Trade Co., Ltd., Taian Anxin Investment and Trade Co., Ltd. and Jia Tongchun will jointly nominate two directors" will be changed into: "The Board of Directors consists of five directors, inclusive of one chairman. Of which, Beijing New Building Materials Co., Ltd. and Taian Donglian Investment and Trade Co., Ltd. will jointly nominate three directors, Taian State-owned Assets Management Co., Ltd. will nominate one director, Taian Anxin Investment and Trade Co., Ltd. and Jia Tongchun will jointly nominate one director."

Signature of Legal Representative: Tongchun Jia
Shandong Taihe Dongxin Co., Ltd.
(illegible seal)
June 20, 2007





# 山东泰和东新股份有限公司章程

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 目　录

第一章　总　则……………………………………………… 1

第二章　经营宗旨和范围…………………………………… 1

第三章　股　份……………………………………………… 2

第四章　股东和股东大会…………………………………… 3

第五章　董事会……………………………………………… 10

第六章　经　理……………………………………………… 14

第七章　监事会……………………………………………… 15

第八章　财务会议制度、利润分配和审计………………… 17

第九章　合并、分立、解散和清算………………………… 18

第十章　修改章程…………………………………………… 21

第十一章　附　则…………………………………………… 21

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

本章程于二〇〇五年四月二十五日由公司二〇〇五年第一次临时股东大会以特别决议通过，于二〇〇六年八月八日修订。

## 第一章 总则

第一条 为维护公司、股东和债权人的合法权益，规范公司的组织和行为，根据《中华人民共和国公司法》(以下简称《公司法》)和其他有关规定，制订本章程。

第二条 山东泰和东新股份有限公司系依照《公司法》和其他有关规定成立的股份有限公司(以下简称"公司")。

公司经山东省经济体制改革委员会《关于同意设立山东泰和东新股份有限公司的函》(鲁体改函字[1998]第 49 号)批准，以发起方式设立，发起人为：山东泰和泰山纸面石膏板总厂(集团)、泰安市华南企业(集团)总公司、泰安市大汶口建筑安装工程公司、山东肥城鲁泰新型建材总厂、山东泰和集团职工持股者协会；并在山东省工商行政管理局注册登记，取得营业执照。

第三条 公司注册名称：山东泰和东新股份有限公司

第四条 公司住所：山东省泰安市侨乐区大汶口镇。邮政编码 271026

第五条 公司注册资本为人民币贰亿伍千伍佰陆拾贰万伍千元。

第六条 公司为永久存续的股份有限公司。

第七条 董事长为公司的法定代表人。

第八条 公司全部资产分为等额股份，股东以其所持股份为限对公司承担责任，公司以其全部资产对公司的债务承担责任。

第九条 本公司章程自生效之日起，即成为规范公司的组织与行为、公司与股东、股东与股东之间权利义务关系的、具有法律约束力的文件。股东可以依据公司章程起诉公司；公司可以依据公司章程起诉股东、董事、监事、经理(包括：总经理、副总经理，以下合称经理人员、经理)和其他高级管理人员；股东可以依据公司章程起诉股东；股东可以依据公司章程起诉公司的董事、监事、经理和其他高级管理人员。

第十条 本章程所称其他高级管理人员是指公司的董事会秘书、财务负责人、总工程师、总经济师、总会计师。

## 第二章 经营宗旨和范围

第十一条 公司的经营宗旨：建立高效的经营管理机制，使企业稳健的

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020688

发展，使股东获得满意的经济回报，为社会繁荣和人类进步尽企业的责任。

第十二条　经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件等售；废纸、废纸箱收购、销售；玉石雕刻；装饰装饰；许可证范围内普通货运（限分支机构经营）；备案范围进出口业务。

## 第三章　　股　份

### 第一节　　股份发行

第十三条　公司的股份采取股票的形式。

第十四条　公司发行的所有股份均为普通股。

第十五条　公司股份的发行，实行公开、公平、公正的原则，同股同权，同股同利。

第十六条　公司发行的股票，以人民币标明面值。

第十七条　公司的总股本为15562.5万股。其中：

1、北新集团建材股份有限公司持有6536.25万股，占公司总股本的42%；

2、泰安市东联投资贸易有限公司持有 3579.375万股，占公司总股本的23%；

3、泰安市国有资产经营有限公司持有2490万股，占公司总股本的16%；

4、泰安市安信投资贸易有限公司持有2178.75万股，占公司总股本的14%；

5、贾同春持有778.125万股，占公司总股本的5%。

### 第二节　　股份增减和回购

第十八条　公司根据经营和发展的需要，依照法律、法规的规定，经股东大会分别作出决议，可以采用下列方式增加资本：

（一）向现有股东配售股份；

（二）向现有股东派送红股；

（三）以公积金转增股本；

（四）法律、行政法规规定批准的其他方式。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

公司增加股份时，北新集团建材股份有限公司在同等条件下对新增加的股份有优先认购权。

第十九条　根据公司章程的规定，公司可以减少注册资本。公司减少注册资本，按照《公司法》以及其他有关规定和公司章程规定的程序办理。

### 第三节　股份转让

第二十条　股东持有的股份可以依法转让。公司其他股东转让所持公司股份时，北新集团建材股份有限公司在同等条件下有优先购买权。

第二十一条　发起人持有的公司股票，自公司成立之日起三年以内不得转让。

### 第四章　股东和股东大会

### 第一节　　股　东

第二十二条　公司股东为依法持有公司股份的人。

股东按其所持有股份的种类享有权利，承担义务；持有同一种类股份的股东，享有同等权利，承担同种义务。

第二十三条　股东名册是证明股东持有公司股份的充分证据。公司应建立股东名册。

第二十四条　公司股东享有下列权利：

（一）依照其所持有的股份份额获得股利和其他形式的利益分配；

（二）参加或者委派股东代理人参加股东会议；

（三）依照其所持有的股份份额行使表决权；

（四）对公司的经营行为进行监督，提出建议或者质询；

（五）依照法律、行政法规及公司章程的规定转让、赠与或质押其所持有的股份；

（六）依照法律、公司章程的规定获得有关信息，包括查阅公司章程和文件；

（七）公司终止或者清算时，按其所持有的股份份额参加公司剩余财产的分配；

TG 0020690

（八）法律、行政法规及公司章程所赋予的其他权利。

第十九条 股东大会、董事会的决议违反法律、行政法规，仅犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

第二十条 公司股东承担下列义务：

（一）遵守公司章程；

（二）依其所认购的股份和入股方式缴纳股金；

（三）除法律、法规规定的情形外，不得退股；

（四）法律、行政法规及公司章程规定应当承担的其他义务。

第二十一条 股东将其持有的股份进行质押的，需由公司股东会以特别决议审批通过后方可进行。

## 第二节 股东大会

第二十二条 股东大会是公司的最高权力机构，依法行使下列职权：

（一）决定公司经营方针和投资计划；

（二）选举和更换董事，决定有关董事的报酬事项；

（三）选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

（四）审议批准董事会的报告；

（五）审议批准监事会的报告；

（六）审议批准公司的年度财务预算方案、决算方案；

（七）审议批准公司的利润分配方案和弥补亏损方案；

（八）对公司增加或者减少注册资本作出决议；

（九）对发行公司债券作出决议；

（十）对公司合并、分立、解散和清算等事项作出决议；

（十一）修改公司章程；

（十二）对股东将其所持公司股份进行质押作出决议；

（十三）审议法律、法规和公司章程规定应当由股东大会决定的其他事项。

第二十三条 股东大会分为股东年会和临时股东大会。股东年会每年召开一次，并应于上一个会计年度终结之后的六个月之内举行。

第二十四条 有下列情形之一的，公司在亦实发生之日起两个月以内召开临时股东大会：

（一）董事人数不足《公司法》规定的法定最低人数，或者少于章程所定人数的 2/3 时；

（二）公司未弥补的亏损达股本总额的 1/3 时；

（三）单独或者合并持有公司有表决权股份总数 10%（不含投票代理权）以上的股东书面请求时；

（四）董事会认为必要时；

（五）监事会提议召开时；

（六）公司章程规定的其他情形。

第二十五条　临时股东大会只对通知中列明的事项作出决议。

第二十六条　股东大会会议由董事会依法召集，由董事长主持。董事长因故不能履行职务时，由董事长指定的其它董事主持；董事长不能出席会议，也未指定人选的，由董事会指定一名董事主持会议；董事会未指定会议主持人的，由出席会议的股东共同推举一名股东主持会议。

第二十七条　公司召开股东大会，董事会应当在会议召开 30 日以前以书面方式（传真有效）通知公司股东。经公司全体股东同意，上述 30 日通知时限可以豁免或适当缩短。

第二十八条　股东可以亲自出席股东大会，也可以委托代理人代为出席和表决。股东应当以书面形式委托代理人，由委托人签署或者由其以书面形式委托的代理人签署；委托人为法人的，应当加盖法人印章或者由其正式委任的代理人签署。

第二十九条　股东出具的委托他人出席股东大会的授权委托书应当载明下列内容：

（一）代理人的姓名；

（二）是否具有表决权；

（三）分别对列入股东大会议程的每一审议事项投赞成、反对或弃权票的指示；

（四）对可能纳入股东大会议程的临时提案是否有表决权，如果有表决权应行使何种表决权的具体指示；

（五）委托书签发日期和有效期限；

（六）委托人签名（或盖章）。委托人为法人股东的，应加盖法人单位印章。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

委托书应当注明如果股东不作具体指示、股东代理人是否可以按自己的意思表决。

第三十条　出席会议人员的签名册由公司负责制作。签名册载明参加会议人员姓名（或单位名称）、身份证号码、住所地址、持有或者代表有表决权的股份数额、被代理人姓名（或单位名称）等事项。

第三十一条　监事会或者股东要求召集临时股东大会的，应当按照下列程序办理。

（一）签署一份或者数份同样格式内容的书面要求，提请董事会召集临时股东大会，并阐明会议议题。董事会在收到前述书面要求后，应当尽快发出召集临时股东大会的通知。

（二）如果董事会在收到前述书面要求后三十日内没有发出召集会议的通知，提出召集会议的监事会或者股东可以在董事会收到该要求后三个月内自行召集临时股东大会。召集的程序应当尽可能与董事会召集股东会议的程序相同。监事会或者股东因董事会未应前述要求举行会议而自行召集并举行会议的，由公司给予监事会或者股东必要协助，并承担会议费用。

第三十二条　股东大会召开的会议通知发出后，除有不可抗力或者其它意外事件等原因，董事会不得变更股东大会召开的时间。

第三十三条　董事会人数不足《公司法》规定的法定最低人数，或者少于章程规定人数的三分之二，或者公司未弥补亏损额达到股本总额的三分之一，董事会未在规定期限内召集临时股东大会的，监事会或者股东可以按照本章程规定的程序自行召集临时股东大会。

### 第三节　股东大会提案

第三十四条　公司召开股东大会，持有或者合并持有公司有表决权股份总数的百分之五以上的股东，有权向公司提出新的提案。

第三十五条　股东大会提案应当符合下列条件：

（一）内容与法律、法规和章程的规定不相抵触，并且属于公司经营范围和股东大会职责范围；

（二）有明确议题和具体决议事项；

（三）以书面形式提交或送达董事会。

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第三十六条    公司董事会应当以公司和股东的最大利益为行为准则，按照本节第四十四条的规定对股东大会提案进行审查。

第三十七条    董事会决定不将股东大会提案列入会议议程的，应当在该次股东大会上进行解释和说明。

### 第四节    股东大会决议

第三十八条    股东（包括股东代理人）以其所代表的有表决权的股份数额行使表决权，每一股份享有一票表决权。

第三十九条    股东大会决议分为普通决议和特别决议。

股东大会作出普通决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的二分之一以上通过。

股东大会作出特别决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的三分之二以上通过。

第四十条    下列事项由股东大会以普通决议通过：

（一）董事会和监事会的工作报告；

（二）公司年度预算方案、决算方案；

（三）公司年度报告；

（四）董事会拟定的利润分配方案和弥补亏损方案；

（五）董事会和监事会成员的任免及其报酬和支付方法；

（六）除法律、行政法规规定或者公司章程规定应当以特别决议通过以外的其他事项。

第四十一条    下列事项由股东大会以特别决议通过：

（一）公司增加或者减少注册资本；

（二）发行公司债券；

（三）公司的分立、合并、解散和清算；

（四）公司章程的修改；

（五）回购本公司股票；

（六）股东将其所持公司股份进行质押；

（七）公司章程规定和股东大会以普通决议认定会对公司产生重大影响的、需要以特别决议通过的其他事项。

第四十二条    非经股东大会以特别决议批准，公司不得与董事、经理和

其它高级管理人员以外的人订立将公司全部或者重要业务的管理交于该人负责的合同。

第四十三条　董事、监事候选人名单以提案的方式提请股东大会决议。董事会应当向股东提供候选董事、监事的简历和基本情况。

第四十四条　董事、股东代表担任的监事的提名及选举按以下程序进行：

（一）董事、股东代表担任的监事由股东按本章程第七十条和第一百零五条的规定提名，并经股东大会选举决定。

（二）董事、监事的提名人在提名前应当征得被提名人的同意。提名人应当充分了解被提名人职业、学历、职称、详细的工作经历、兼职情况。

公司应在股东大会召开前披露董事、监事候选人的详细资料，保证股东在投票时对候选人有足够的了解。

（三）公司应和董事签订聘任合同，明确公司和董事之间的权利义务、董事的任期、董事违反法律法规和公司章程的责任以及公司因故提前解除合同的补偿等内容。

第四十五条　股东大会采取记名方式投票表决或举手表决，并由清点人代表当场公布表决结果。

第四十六条　会议主持人根据表决结果决定股东大会的决议是否通过，并应当在会上宣布表决结果。决议的表决结果载入会议记录。

第四十七条　会议主持人如果对提交表决的议议结果有任何怀疑，可以对所投票数进行点算；如果会议主持人未进行点票，出席会议的股东或者股东代理人对会议主持人宣布结果有异议的，有权在宣布表决结果后立即要求点票，会议主持人应当即时点票。

第四十八条　除涉及公司商业秘密不能在股东大会上公开外，董事会和监事会应当对股东的质询和建议作出答复或说明。

第四十九条　股东大会应有会议记录。会议记录记载以下内容：

（一）出席股东大会的有表决权的股份数，占公司总股份的比例；

（二）召开会议的日期、地点；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（三）会议主持人姓名、会议议程；

（四）各发言人对每个审议事项的发言要点；

（五）每一表决事项的表决结果；

（六）股东的质询意见、建议及董事会、监事会的答复或说明等内容；

（七）股东大会认为和公司章程规定应当载入会议记录的其他内容。

第五十条　　股东大会记录由出席会议的股东和记录员签名，并作为公司档案由董事会秘书保存。股东大会会议记录的保管期限为永久性保存。

第五十一条　　股东大会到会人数、参会股东持有的股份数额、授权委托书、每一表决事项的表决结果、会议记录、会议程序的合法性等事项，可以进行公证。

## 第五章　　董事会

### 第一节　　董　事

第五十二条　　公司董事为自然人。董事无需持有公司股份。

第五十三条　　《公司法》第57条、第58条规定的人员不得担任公司的董事。

第五十四条　　董事由股东大会选举或更换，任期三年。董事任期届满，可连选连任。董事在任期届满以前，股东大会不得无故解除其职务。

董事任期从股东大会决议通过之日起计算，至本届董事会任期届满时为止。

第五十五条　　董事应当遵守法律、法规和公司章程的规定，忠实履行职责，维护公司利益。当其自身的利益与公司和股东的利益相冲突时，应当以公司和股东的最大利益为行为准则，并保证：

（一）在其职权范围内行使权利，不得越权；

（二）除经公司章程规定或者股东大会在知情的情况下批准，不得同本公司订立合同或者进行交易；

（三）不得利用内幕信息为自己或他人谋取利益；

（四）不得自营或者为他人经营与公司同类的营业或者从事损害本公司利益的活动；

（五）不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产；

16

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（六）不得挪用资金或者将公司资金借贷给他人；

（七）不得利用职务便利为自己或他人侵占或者接受本应属于公司的商业机密；

（八）未经股东会在知情的情况下批准，不得接受与公司交易有关的佣金；

（九）不得将公司资产以其个人名义或者以其他个人名义开立账户储存；

（十）不得以公司资产为本公司的股东或者其他个人债务提供担保；

（十一）未经股东大会在知情下同意，不得泄漏在任职期间所获得的涉及本公司的机密信息；但在下列情形下，可以向法院或者其他政府主管机关披露该信息：

1、法律有规定；

2、公众利益有要求；

3、该董事本身的合法利益有要求；

第五十六条 董事应当谨慎、认真、勤勉地行使公司所赋予的权利，以保证：

（1）公司的商业行为符合国家的法律、行政法规以及国家各项经济政策的要求，商业活动不超越营业执照规定的业务范围；

（2）公平对待所有股东；

（3）认真阅读公司的各项商务、财务报告，及时了解公司业务经营管理状况；

（4）亲自行使被合法赋予的公司管理处置权，不得受他人操纵；非经法律、行政法规允许或者得到股东大会在知情的情况下批准，不得将其处置权转授他人行使；

（5）接受监事会对其履行职贤的合法监督和合理建议。

第五十七条 董事可以在任期届满以前提出辞职。董事辞职应当向董事会提交书面辞职报告。

第五十八条 任职尚未结束的董事，对因其擅自离职使公司造成的损失，应当承担赔偿责任。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第五十九条　本节有关董事义务的规定，适用于公司监事、经理和其他高级管理人员。

第二节　董事会

第六十条　公司设董事会，对股东大会负责。

第六十一条　董事会由七名董事组成，设董事长一人。其中，北新建团建材股份有限公司提名4名董事，泰安市国有资产经营有限公司提名1名董事，泰安市东联投资贸易有限公司、泰安市安信投资贸易有限公司及贺同苏共同提名2名董事。

第六十二条　董事会行使下列职权：

（一）负责召集股东大会，并向大会报告工作；

（二）执行股东大会的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本、发行债券或其他证券及上市方案；

（七）拟订公司重大收购、回购本公司股票或者合并、分立和解散方案；

（八）在股东大会授权范围内，决定公司的风险投资、资产抵押及其他担保事项；

（九）决定公司内部管理机构的设置；

（十）聘任或者解聘公司经理、董事会秘书、公开招聘的财务负责人；根据经理的提名，聘任或者解聘公司副经理等高级管理人员；并决定上述人员的报酬事项和奖惩事项；

（十一）制订公司的基本管理制度；

（十二）制订公司章程的修改方案；

（十三）听取公司经理的工作汇报并检查经理的工作；

（十四）法律、法规或公司章程规定，以及股东大会授予的其他职权。

第六十三条　董事会制定董事会议事规则，以确保董事会的工作效率和科学决策。

第六十四条　董事长由公司董事担任，以全体董事中的过半数选举产

生和罢免。

第六十五条　董事长行使下列职权：

（一）主持股东大会和召集、主持董事会会议；

（二）督促、检查董事会决议的执行；

（三）签署公司股票、公司债券及其他有价证券；

（四）签署董事会限聚文件和其他应由公司法定代表人签署的其他文件；

（五）行使法定代表人的职权；

（六）在发生特大自然灾害等不可抗力的紧急情况下，对公司事务行使符合法律规定和公司利益的特别处置权，并在事后向公司董事会和股东大会报告；

（七）董事会授予的其他职权。

第六十六条　董事长不能履行职权时，董事长应当指定一名董事代行其职权。

第六十七条　董事会每年至少召开两次会议，由董事长召集，于会议召开十日以前书面通知全体董事。

第六十八条　有下列情形之一的，董事长应在十个工作日内召集临时董事会会议：

（一）董事长认为必要时；

（二）1/3 以上董事联名提议时；

（三）监事会提议时；

（四）经理提议时。

第六十九条　董事会召开临时董事会会议的通知方式可以为专人送出或传真通知；通知时限为会议召开七日前的通知。

如有本章七十七条第（二）、（三）、（四）项规定的情形，董事长不能履行职责时，应当指定一名董事代其召集临时董事会会议；董事长无故不履行职责、亦未指定具体人员代其行使职责的，可由 1/2 以上的董事共同推举一名董事负责召集会议。

第七十条　董事会会议应当由 1/2 以上的董事出席方可举行。每一董事享有一票表决权。董事会作出决议，必须经全体董事的过半数通过。

第七十一条　董事会临时会议在保障董事充分表达意见的前提下，可

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

以用传真方式进行并作出决议，并由参会董事签字。

第七十二条　董事会会议应当由董事本人出席，董事因故不能出席的，可以书面委托其他董事代为出席。

第七十三条　委托书应当载明代理人的姓名，代理事项、权限和有效期限，并由委托人签名或盖章。

第七十四条　代为出席会议的董事应当在授权范围内行使董事的权利。董事未出席董事会会议，亦未委托代表出席的，视为放弃在该次会议上的投票权。

第七十五条　董事会决议表决方式为记名式投票表决。每名董事有一票表决权。

第七十六条　董事会会议应当有记录，出席会议的董事和记录人，应当在会议记录上签名。出席会议的董事有权要求在记录上对其在会议上的发言作出说明性记载。董事会会议记录作为公司档案由董事会秘书保存，董事会会议记录的保管期限为永久性保存。

第七十七条　董事会会议记录包括以下内容：

（一）会议召开的日期、地点和召集人姓名；

（二）出席董事的姓名以及受他人委托出席董事会的董事（代理人）姓名；

（三）会议议程；

（四）董事发言要点；

（五）每一决议事项的表决方式和结果（表决结果应当载明赞成、反对或弃权的票数）。

第七十八条　董事应当在董事会决议上签字并对董事会的决议承担责任。董事会决议违反法律、法规或者章程，致使公司遭受损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

### 第三节　董事会秘书

第七十九条　董事会设董事会秘书，董事会秘书是公司高级管理人员，对董事会负责。

第八十条　董事会秘书应当具有必备的专业知识和经验，由董事会委

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

任。本章程第六十二条规定不得担任公司董事的情形适用于董事会秘书。

第八十一条　董事会秘书的主要职责是：

（一）准备和递交国家有关部门要求的董事会和股东大会出具的报告和文件；

（二）筹备董事会会议和股东大会，并负责会议的记录和会议文件、记录的保管；

（三）负责公司信息披露事务，保证公司信息披露的及时、准确、合法、真实和完整；

（四）保证有权得到公司有关记录和文件的人及时得到有关文件和记录。

第八十二条　董事或者其他高级管理人员可以兼任公司董事会秘书。

第八十三条　董事会秘书由董事长提名，经董事会聘任或解聘职。董事兼任董事会秘书的，如某一行为需由董事、董事会秘书分别作出时，则该兼任董事及公司董事会秘书的人不得以双重身份作出。

## 第六章　经　理

第八十四条　公司设经理一名，由董事会聘任或解聘。董事可受聘兼任经理、副经理或者其他高级管理人员。

第八十五条　《公司法》第57条、第58条规定的人员不得担任公司的经理。

第八十六条　经理每届任期三年，经理连聘可以连任。

第八十七条　经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，并向董事会报告工作；

（二）组织实施董事会决议、公司年度计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制订公司的具体规章；

（六）提请董事会聘任或者解聘公司副经理以及除财务负责人以外的其他高级管理人员；

（七）聘任或者解聘除应由董事会聘任或者解聘以外的管理人员；

（八）拟定公司职工的工资、福利、奖惩，决定公司职工的聘用和解聘；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（九）提议召开董事会临时会议；

（十）公司章程或董事会授予的其他职权。

第八十八条 经理列席董事会会议，非董事经理在董事会上没有表决权。

第八十九条 经理应当根据董事会或者监事会的要求，向董事会或者监事会报告公司重大合同的签订、执行情况，资金运用情况和盈亏情况。经理必须保证该报告的真实性。

第九十条 经理拟定有关职工工资、福利、安全生产以及劳动保护、劳动保险、解聘（或开除）公司职工等涉及职工切身利益的问题时，应当事先听取工会和职代会的意见。

第九十一条 公司经理应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

第九十二条 经理可以在任期届满以前提出辞职。有关经理辞职的具体程序和办法由经理与公司之间的劳务合同规定。

第九十三条 公司应当建立经理人员和其他高级管理人员的薪酬与公司绩效和个人业绩相联系的激励机制，以吸引人才，保持该等人员的稳定。

第九十四条 公司对经理人员和其他高级管理人员的绩效评价应成为确定该等人员薪酬以及其他激励方式的依据。

第九十五条 经理人员和其他高级管理人员违反法律、法规和公司章程规定，致使公司遭受损失的，公司董事会应积极采取措施追究其法律责任。

## 第七章 监事会

### 第一节 监事

第九十六条 监事由股东代表和公司职工代表担任。北新集团建材股份有限公司提名1名监事，其他股东共同提名1名监事，公司职工代表担任的监事1名。

第九十七条 《公司法》第57条、第58条规定的人员不得担任公司的监事。

董事、经理和财务负责人不得兼任监事。

监事应具有法律、会计等方面的专业知识或工作经验。监事会的人员和

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

结构应确保监事会能够独立有效地行使对董事、经理人员和其他高级管理人员及公司财务的监督和检查。

第九十八条 监事每届任期三年。股东担任的监事由股东大会选举或更换，职工担任的监事由公司职工民主选举产生或更换，监事连选可以连任。

第九十九条 监事可以在任期届满以前提出辞职，章程第五章有关董事辞职的规定，适用于监事。

第一百条 监事应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

## 第二节 监事会

第一百零一条 公司设监事会。监事会由三名监事组成，设监事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名监事代行其职权。

第一百零二条 监事会行使下列职权：

（一）检查公司的财务；

（二）对董事、经理和其他高级管理人员执行公司职务时违反法律、法规或者章程的行为进行监督；

（三）当董事、经理和其他高级管理人员的行为损害公司的利益时，要求其予以纠正，必要时向股东大会或国家有关主管机关报告；

（四）提议召开临时股东大会；

（五）列席董事会会议；

（六）公司章程规定或股东大会授予的其他职权。

第一百零三条 监事会可要求公司董事、经理及其他高级管理人员、内部及外部审计人员出席监事会会议，回答所关注的问题。监事会发现董事、经理和其他高级管理人员存在违反法律、法规或公司章程的行为，可以向董事会、股东大会反映，也可以直接向有关部门报告。监事会行使职权时，必要时可以聘请律师事务所、会计师事务所等专业性机构给予帮助，由此发生的费用由公司承担。

第一百零四条 监事会每年至少召开二次会议。会议通知应当在会议召开十日以前书面送达全体监事。

## 第三节 监事会决议

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020703

第一百零五条　监事会会议应当由监事本人出席。监事会决议的表决方式采取记名方式投票表决。

第一百零六条　监事会的表决程序为：监事会会议应当由二分之一以上的监事出席方可举行。每一监事享有一票表决权。监事会作出决议，必须经全体监事的二分之一以上通过。

第一百零七条　监事会会议应有记录，出席会议的监事和记录人，应当在会议记录上签名。监事有权要求在记录上对其在会议上的发言作出某种说明性记载。监事会会议记录作为公司档案由监事会秘书保存。监事会会议纪录保管期限为永久性保存。

## 第八章　财务会议制度、利润分配和审计

### 第一节　财务会计制度

第一百零八条　公司依照法律、行政法规和国家有关部门的规定，建立公司的财务、会计制度。

第一百零九条　公司在每一会计年度终了时编制公司年度财务报告，并依法由查验证。

第一百一十条　公司年度财务报告，包括下列内容：

(1) 资产负债表；

(2) 利润表及利润分配表；

(3) 现金流量表；

(4) 会计报表附注；

第一百一十一条　年度财务报告按照有关法律、法规的规定进行编制。

第一百一十二条　公司除法定的会计帐册外，不另立会计帐册。公司的资产，不以任何个人名义开立帐户存储。

第一百一十三条　公司交纳所得税后的利润，按下列顺序分配：

(1) 弥补上一年度的亏损；

(2) 提取法定公积金 10%；

(3) 提取任意公积金

(4) 支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不再提取。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020704

提取法定公积金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金之前向股东分配利润。

第一百一十四条　股东大会决议将公积金转为股本时，按股东原有股份比例派送新股。但法定公积金转为股本时，所留存的该项公积金不得少于注册资本的25%。

第一百一十五条　公司股东大会对利润分配方案作出决议后，公司董事会须在股东大会召开后两个月内完成股利（或股份）的派发事项。

第一百一十六条　公司可以采取现金或者股票方式分配股利。

### 第二节　内部审计

第一百一十七条　公司实行内部审计制度，配备专、兼职审计人员，对公司财务收支和经济活动进行内部审计监督。

第一百一十八条　公司内部审计制度和审计人员的职权，应当经董事会批准后实施。审计负责人向董事会负责并报告工作。

### 第九章　合并、分立、解散和清算
### 第一节　合并或分立

第一百一十九条　公司可以依法进行合并或者分立。公司合并可以采取吸收合并和新设合并两种形式。

第一百二十条　公司合并或者分立，按照下列程序办理：

（一）董事会拟订合并或者分立方案；

（二）股东大会依照章程的规定作出决议；

（三）各方当事人签订合并或者分立合同；

（四）依法办理有关审批手续；

（五）处理债权、债务等各项合并或分立事宜；

（六）办理解散登记或者变更登记。

第一百二十一条　公司合并或者分立，合并或者分立各方应当编制资产负债表和财产清单。公司自股东大会作出合并或者分立决议之日起十日内通知债权人，并于三十日内在报纸上公告。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第一百二十二条　债权人自接到通知书之日起三十日内，未接到通知书的自公告之日起四十五日内，有权要求公司清偿债务或者提供相应的担保。公司不能清偿债务或者提供相应担保的，不进行合并或者分立。

第一百二十三条　公司合并或者分立时，公司董事会应当采取必要的措施保护反对公司合并或者分立的股东的合法权益。

第一百二十四条　公司合并或者分立各方的资产、债权、债务的处理，通过签订合同加以明确规定。

公司合并后，合并各方的债权、债务，由合并后存续的公司或者新设的公司承继。

公司分立前的债务按所达成的协议由分立后的公司承担。

第一百二十五条　公司合并或者分立，登记事项发生变更的，依法向公司登记机关办理变更登记；公司解散的，依法办理公司注销登记；设立新公司的，依法办理公司设立登记。

## 第二节　解散和清算

第一百二十六条　有下列情形之一的，公司应当解散并依法进行清算：

（一）营业期限届满；

（二）股东大会决议解散；

（三）因合并或者分立而解散；

（四）不能清偿到期债务依法宣告破产；

（五）违反法律、法规被依法责令关闭。

第一百二十七条　公司因有本节前条第（一）、（二）项情形而解散的，应当在十五日内成立清算组。清算组人员由股东大会以特别决议的方式选定。

公司因有本节前条（三）项情形而解散的，清算工作由合并或者分立各方当事人依照合并或者分立时签订的合同办理。

公司因有本节前条（四）项情形而解散的，由人民法院依照有关法律的规定，组织股东、有关机关及专业人员成立清算组进行清算。

公司因有本节前条（五）项情形而解散的，由有关主管机关组织股东，有关机关及专业人员成立清算组进行清算。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第一百二十八条　清算组成立后，董事会、经理的职权立即停止。清算期间，公司不得开展新的经营活动。

第一百二十九条　清算组在清算期间行使下列职权：

(一)通知或者公告债权人；

(二)清理公司财产、编制资产负债表和财产清单；

(三)处理公司未了结的业务；

(四)清缴所欠税款；

(五)清理债权、债务；

(六)处理公司清偿债务后的剩余财产；

(七)代表公司参与民事诉讼活动。

第一百三十条　清算组应当自成立之日起十日内通知债权人，并于六十日内公告三次。

第一百三十一条　债权人应当在章程规定的期限内向清算组申报其债权。债权人申报债权时，应当说明债权的有关事项，并提供证明材料。清算组应当对债权进行登记。

第一百三十二条　清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东大会或者有关主管机关确认。

第一百三十三条　公司财产按下列顺序清偿：

(一)支付清算费用；

(二)支付公司职工工资和劳动保险费用；

(三)交纳所欠税款；

(四)清偿公司债务；

(五)按股东持有的股份比例进行分配。

公司财产未按前款第(一)至(四)项规定清偿前，不分配给股东。

第一百三十四条　清算组在清理公司财产、编制资产负债表和财产清单后，认为公司财产不足清偿债务的，应当向人民法院申请宣告破产。公司经人民法院立告破产后，清算组应当将清算事务移交给人民法院。

第一百三十五条　清算结束后，清算组应当制作清算报告，以及清算期间收支报表和财务账册，报股东大会或者有关主管机关确认。

清算组应当自股东大会或者有关主管机关对清算报告确认之日起三十

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

日内，依法向公司登记机关办理注销公司登记，并公告公司终止。

第一百三十六条 清算组人员应当忠于职守，依法履行清算义务，不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组人员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

### 第十章 修改章程

第一百三十七条 有下列情形之一的，公司应当修改章程：

（一）《公司法》或有关法律、行政法规修改后，章程规定的事项与修改后的法律、行政法规的规定相抵触；

（二）公司的情况发生变化，与章程记载的事项不一致；

（三）股东大会决定修改章程。

第一百三十八条 股东大会决议通过的章程修改事项应经主管机关审批的，须报原审批的主管机关批准；涉及公司登记事项的，依法办理变更登记。

第一百三十九条 董事会依照股东大会修改章程的决议和有关主管机关的审批意见修改公司章程。

### 第十一章 附 则

第一百四十条 董事会可依照章程的规定，制订章程细则。章程细则不得与章程的规定相抵触。

第一百四十一条 本章程以中文书写，其他任何语种或不同版本的章程与本章程有歧义时，以在山东省工商局最近一次核准登记后的中文版章程为准。

第一百四十二条 本章程所称"以上"、"以内"、"以下"，都含本数；"不满"、"以外"不含本数。

第一百四十三条 本章程由公司董事会负责解释。



（此页无正文，为山东泰和东新股份有限公司章程签字页）

法定代表人签字： 

二○○六年八月八日
山东泰和东新股份有限公司

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

山东泰和东新股份有限　公司

## 董事会成员、监事会成员、经理情况

| 姓　名 | 性别 | 职务 | 住　所 | 身份证号码 | 产生方式 |
|---|---|---|---|---|---|
| 贺闯春 | 男 | 董事长经理 | 泰安市泰山区南大街万212号 | 37092219600208514 | 选举 |
| 王立 | 男 | 董事 | 州海淀区三道建材西店监7楼 | 36183119203172221 | 选举 |
| 夏建军 | 男 | 董事 | 北州海淀区建春也松州们1号 | 42010664080849 | 选举 |
| 杨艳军 | 女 | 董事 | 北州区朝阳区东区家里14号1号 | 11010570211412 | 选举 |
| 徐天彪 | 男 | 董事 | 山东宁阳县朝阳路68号 | 370921501214007 | 选举 |
| 薛志利 | 男 | 董事 | 山东泰安区实资区大路段40城站5号 | 3704111953213313 | 选举 |
| 任振海 | 男 | 董事 | 泰安市东山区东大道3212号 | 3709021960532626 | 选举 |
| 费之林 | 男 | 监事 | 北州海淀区百旺镇材西店5号 | 3101119660908010 | 选举 |
| 朴延环 | 男 | 监事 | 泰安市泰山区灵芝路13号 | 370201196804116 | 选举 |
| 杨金民 | 男 | 监事 | 泰安地委村区太阳明阳税股合 | 3709116309031 | 选举 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

注：①按董事会成员、监事会成员、经理顺序填写。
②"职务"系指董事、董事长、执行董事、监事、经理等。
③"产生方式"系指委派、选举、聘用。





公司董事、监事、经理情况表

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 公 司 备 案 申 请 表

| 公司名称 | 山东泰和东新股份有限公司 | | 注册号 | 370000180159 |
|---|---|---|---|---|

| 备案事项 | 董事 | ✓ 鬼志薛玉利·任绪连董事 | | |
|---|---|---|---|---|
| | 监事 | | | |
| | 经理 | | | |
| | 章程 | | 章程修正案 | ✓ |
| | 清算组成员 | | | |
| | 清算组负责人 | | 通信地址 | |
| | | | 电话 | |
| | 分公司备案 | 增设备案 | 名称 | 注册号 |
| | | | 登记机关 | 登记日期 |
| | | 注销备案 | 名称 | 注册号 |
| | | | 登记机关 | 登记日期 |
| | | 变更备案 | 原名称 | |
| | | | 现名称 | |

本公司依照《中华人民共和国公司法》、《中华人民共和国公司登记管理条例》申请备案，提交材料真实有效，谨此对真实性承担责任。

法定代表人签字：　　　指定代表或委托代理人签字：　　　公司盖章

2007 年 7 月 16 日　　　2007 年 7 月 17 日　　　2007 年 7 月 17 日

注：1、章程或章程修正案后打 √。
　　2、如同时申报多个分公司备案，可另行附表。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

## 指定代表或者共同委托代理人的证明

申请人： 山东泰和东新股份有限公司

指定代表或者
委托代理人： 王力峰

委托事项： 办理 山东泰和东新股份有限公司 董事变更事宜

指定代表或委托代理人更正有关材料的权限：

　　1、同意☑不同意☐修改任何材料；

　　2、同意☑不同意☐修改企业自备文件的文字错误；

　　3、同意☑不同意☐修改有关表格的填写错误；

　　4、其他有权更正的事项：＿＿＿＿＿＿＿＿＿＿

指定或者委托的有效期限：自 2007 年 6月30日至 2007年 8月30 日

| 指定代表或委托代理人联系电话 | 固定电话 038-8803 73 |
|---|---|
| | 移动电话 1361 386007 |



姓名 王力峰
性别 男 民族 汉
出生 1973 年 2 月 19 日
住址 山东省泰安市岱岳区
大汶口镇蔡和集团宿
舍82号
2005 年 6 月24日签发 有效期限20年
编号 37072819730219661X

2007 年 7 月 16 日
（申请人盖章或签字）

注：1、设立登记，有限责任公司申请人为全体股东、国有独资公司申请人
　　　为国务院或地方人民政府国有资产监督管理机构；股份有限公司申请
　　　人为董事会；非公司企业申请人为出资人。
　　　企业变更、注销登记申请人为本企业。
　　2、申请人是法人和经济组织的由其盖章；申请人是自然人的由其签字；
　　　申请人为董事会的由全体董事签字。
　　3、指定代表或者委托代理人更正有关材料的权限：1、2、3项选择"同意"
　　　或"不同意"并在☐中打√；第4项按授权内容自行填写。

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 山东泰和东新股份有限公司
# 2007 年第一次临时股东大会决议

　　2007 年 6 月 20 日，山东泰和东新股份有限公司（以下简称"公司"）在北新集团建材股份有限公司会议室召开了 2007 年第一次临时股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，表决通过了《关于公司董事会调整的议案》及《章程修正案》。

　　1、根据公司股权结构调整后的情况和公司发展的需要，全体股东一致同意对公司第三届董事会予以调整，免去薛玉利、任绪连董事职务，董事会由原 7 名董事组成调整为 5 名董事，王兵、徐兴虎、贾同春、贾建军、杨艳军留任，并组成新的董事会；

　　2、全体股东一致通过了《山东泰和东新股份有限公司章程修正案》。


　　特 此 决 议


　　　　　　　　　　　　　　　　二〇〇七年六月二十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020715

（此页无正文，为泰山公司 2007 年第一次股东大会决议的股东签字页）

股东签字：

北新集团建材股份有限公司 

代表人签字：

泰安市国资资产经营有限公司 

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 山东泰和东新股份有限公司章程修正案

二〇〇七年六月二十日，山东泰和东新股份有限公司在北新集团建材股份有限公司会议室召开了 2007 年第一次临时股东大会，根据本次股东大会决议，对原公司章程修改如下：

原章程第六十一条："董事会由七名董事组成，设董事长一人。其中，北新集团建材股份有限公司提名 4 名董事，泰安市国有资产经营有限公司提名 1 名董事，泰安市东联投资贸易有限公司、泰安市安信投资贸易有限公司及贾同春共同提名 2 名董事。"变更为"董事会由五名董事组成，设董事长一人。其中，北新集团建材股份有限公司和泰安市东联投资贸易有限公司共同提名 3 名董事，泰安市国有资产经营有限公司提名 1 名董事，泰安市安信投资贸易有限公司及贾同春共同提名 1 名董事。"

法定代表人签字

山东泰和东新股份有限公司

二〇〇七年六月二十日

Administration of Industry and Commerce of Shandong Province, Enterprise Archive Query Seal

**Articles of Association of Tai Shan Gypsum Co., Ltd.**

Tai Shan Gypsum Co., Ltd.
June 20, 2007

Translation of TG 0020725

**Contents**

Chapter I    General Principles ···················································································· 2

Chapter II    Purpose and Scope of Business ································································ 2

Chapter III    The Shares ······························································································ 3

Chapter IV    Shareholders and General Meeting ······················································ 4

Chapter V    Board of Directors ···················································································· 9

Chapter VI    General Manager ···················································································· 13

Chapter VII    Board of Supervisors ············································································ 14

Chapter VIII    Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company ·············································································· 16

Chapter IX    Financial and Accounting Systems, Distribution of Profits and Auditing ········· 18

Chapter X    Merger, Division, Dissolution and Liquidation ································ 19

Chapter    XI    Amendments to These Articles of Association ························· 21

Chapter XII    Miscellaneous ···················································································· 22

1

Translation of TG 0020726

These Articles of Association was adopted through a special resolution at the first interim general meeting in 2005 of the Company on May 25, 2005 and amended hereby on June 20, 2007.

## Chapter I   General Principles

Article 1.   These Articles of Association is formulated pursuant to the *Company Law of the People's Republic China* (the "*Company Law*") and other relevant provisions for the purpose of protecting the legal interests of the Company, the Shareholders and the Creditors and regulating the organization and conduct of the Company.

Article 2.   Tai Shan Gypsum Co., Ltd. (the "Company") shall be a company limited by shares incorporated pursuant to the *Company Law* and other relevant provisions.

The Company shall be incorporated by means of sponsorship as approved by Shandong Provincial Economic System Reform Commission by the Consent Letter of the Incorporation of Shandong Tai He Dong Xin Co., Ltd. (Lu Ti Gai Han Zi [1998] No. 49). The Company shall be registered with and obtain its business license from the Administration of Industry and Commerce of Shandong Province.

Article 3.   Registered name of the Company: Tai Shan Gypsum Co., Ltd.

Article 4.   Domicile the Company: Dawenkou Township, Daiyue District, Tai'an City, Shandong Province.Postal Code: 271026

Article 5.   The registered capital of the Company shall be RMB 1,505,625,000

Section 5   The Company shall be a company limited by shares with its term of business being perpetual.

Article 7.   Chairman shall be the legal representative of the Company.

Article 8.   All capital of the Company shall be divided into equal shares. Each shareholder's liability to the Company shall be limited by the shares held by it. The Company shall be liable for its debts with all its debts.

Article 9.   These Articles of Association shall constitute a document legally binding on the organization and conduct of the Company and the rights and obligations as between the Company and the Shareholders and among the Shareholders from its date of effectiveness. Pursuant to these Articles of Association, the Shareholders may sue the Company; the Company may sue its Shareholders, Directors, Supervisors, the General Manager and other senior management personnel; the Shareholders may sue other Shareholders or the Directors, the Supervisors, the General Manager and other senior management personnel of the Company.

Article 10.   For the purpose of these Articles, "other senior management personnel" shall mean the Deputy General Manager, the Board secretary, the financial principal, the chief engineer, the chief economic manager and the chief accountant of the Company.

## Chapter II   Purpose and Scope of Business

Article 11.   The purpose of the business of the Company shall be to establish efficient operation and management systems to facilitate steady development of the Company, to realize satisfactory economic return for the Shareholders and to discharge the Company's responsibilities to the prosperity of the society and the progress of mankind.

Article 12.   The business scope of the Company, as approved by its registry, shall include

2

the manufacturing and sales of paper-surface thistle board, gypsum products, plaster tablet mask paper, stone materials, lightgage steel joists, construction materials, decoration materials and new building materials; sales of (phosphoric acid) corrosives, phosphogypsum as a by-product of phosphoric acid, construction hardware, ceramics products, electrical products, furniture, domestic appliance, general merchandise and fitting parts for mining machinery; retailing of auto parts; recycling and sales of waste paper and waste carton; dactylioglyphy; decoration and improvement engineering; general cargo transportation within the licensed scope (may only be operated by the Company's division) and import and export businesses within the filed scope.

### Chapter III   The Shares
#### Section One   Issuing of Shares

Article 13.   The shares of the Company shall take the form of share certificates.

Article 14.   All shares issued by the company shall be common shares.

Article 15.   Shares of the Company shall be issued on an open, fair and impartial manner with the same kind of shares bearing the same rights and benefits.

Article 16.   The par value of the shares issued by the Company shall be represented in RMB.

Article 17.   The total capital of the Company shall comprise 155,625,000 shares. Within such shares:

(1) Beixin Group Construction Material Co., Ltd shall hold 65,362,500 shares, representing 42% of the total capital of the Company;

(2) Tai'an Donglian Investment & Trading Co., Ltd shall hold 35,793,750 shares, representing 23% of the total capital of the Company;

(3) Tai'an State-owned Assets Operation Co., Ltd shall hold 24,900,000 shares, representing 16% of the total capital of the Company;

(4) Tai'an Anxin Investment & Trading Co., Ltd shall hold 21,787,500 shares, representing 14% of the total capital of the Company;

(5) Jia Tongchun shall hold 7,781,250 shares, representing 5% of the total capital of the Company.

#### Section Two   Increase and Reduction of Shares

Article 18.   As required by its operation and development, the Company may increase its capital in the following ways by separate special resolutions of the General Meeting pursuant to provisions of the laws and regulations:

(1) allotment of shares to existing shareholders;

(2) allotment of dividend shares to existing shareholders;

(3) converting reserve funds into share capital;

(4) other ways provided or permitted under provisions of laws and regulations.

Article 19.   When the Company increases its shares, existing shareholders shall have preemptive right to subscribe the newly issued shares on equal terms.

Article 20.   The Company may reduce its registered capital pursuant to the provisions of these Articles of Association. Reduction of shares by the Company shall be carried out pursuant to the *Company Law* and other relevant provisions and the procedures provided by these Articles of Association of the Company.

3

Translation of TG 0020728

Section Three   Transfer of Shares

Article 21.   Shares held by shareholders may be legally transferred. Beixin Group Construction Materials Co., Ltd shall have preemptive right to purchase on equal terms for the shares transferred by the other shareholders of the Company.

Article 22.   Shares in the Company held by the sponsors may not be transferred within one year of the date of incorporation of the Company.

Article 23.   The Company may not acquire its own shares except for under any of the following circumstances:

(1) reduction of capital of the Company;

(2) merger with another company holding shares in the Company;

(3) granting shares to employees of the Company as bonus;

(4) request by any shareholder upon the Company that the Company acquire its shares be reason of its objection to any resolution of the General Meeting concerning merger or division of the Company.

Acquisition by the Company of its own shares under any of the circumstances set out in the foregoing sub-paragraph (1)-(3) shall subject to a resolution of the General Meeting. Shares acquired by the Company pursuant to the aforesaid paragraph shall be canceled within ten days of acquisition, in the case of the aforesaid sub-paragraph (1), or transferred or canceled within six months of acquisition within six months in the case of the aforesaid sub-paragraphs (2) and (4).

Shares of the Company acquired by the Company pursuant to the aforesaid sub-paragraph (3) shall not exceed 5% of the total issued shares of the Company. Such acquisition shall be funded by net income of the Company and the acquired shares shall be transferred to employees within one year.

The Company shall not accept its Shares as the object of pledge.

## Chapter IV   Shareholders and General Meetings

### Section One   Shareholders

Article 24.   Shareholders shall be the legal owners of the shares of the Company.

The shareholders shall be entitled to rights and undertake obligations pursuant to the kind of shares held by them. Shareholders of the same kind of shares shall be entitled to the same rights and undertake the same obligations.

Article 25.   Shareholder Register shall be sufficient evidence of shareholders' ownership of shares in the Company. The Company shall establish a Shareholder Register.

Article 26.   The shareholders of the Company shall be entitled to the following rights:

(1) receiving dividends and other distribution of benefits in proportion to their shareholding ratios;

(1) attending general meetings in person or by shareholder proxy;

4

Translation of TG 0020729

(3) exercising voting rights in proportion to their shareholding ratio;

(4) supervising the operation activities of the Company and making proposals or inquiries;

(5) transferring, endowing or pledging the shares held by them pursuant to provisions of laws, regulations and these Articles of Association;

(6) obtaining relevant information pursuant to provisions of the law and these Articles of Association, including access to these Articles of Association and other documents of the Company;

(7) participating in the distribution of equity in proportion to its shareholding ratio upon termination or liquidation of the Company;

(8) other rights vested by laws, regulations and these Articles of Association.

Article 27.   If any resolution of the General Meeting or the Board of Directors violates laws and regulations or legal interests of the shareholders, the shareholders may bring a lawsuit with people's court for an injunction to stop such illegal activity or tort.

Article 28.   The shareholders of the Company shall undertake the following obligations:

(1) observing these Articles of Association of the Company;

(2) paying the subscription price pursuant to the number of shares subscribed and the payment mode provided;

(3) refraining from requesting redemption of shares except for under the circumstances provided by laws and regulations;

(8) other obligations imposed by laws, regulations and these Articles of Association.

Section Two   General Meeting

Article 29.   The General Meeting, constituted by all the shareholders, shall be the organ of the highest authority of the Company and shall exercise the following powers:

(1) Determining the operation policy and investment plans of the Company;

(2) Selecting and replacing non-employee Directors and the Supervisor and determining the remuneration of the Directors and the Supervisor;

(3) Considering and determining the approval of reports of the Board of Directors;

(4) Considering and determining the approval of reports of the Board of Supervisors or the Supervisor;

(5) Considering and determining the approval of annual financial budget and final accounting plans of the Company;

(6) Considering and determining the approval of the profit distribution and loss covering plans of the Company;

(7) Adopting resolutions of registered capital increase or reduction of the Company;

(8) Adopting resolutions of issuing corporate bonds;

(9) Adopting resolutions of merger, division, dissolution, liquidation or change of corporate form of the Company;

(10) Amending these Articles of Association of the Company;

(11) Considering other matters to be determined by the General Meeting pursuant to laws, regulations and these Articles of Association of the Company.

Where all shareholders have indicated their unanimous consent to any of the foregoing matters in writing, a resolution may be adopted without a general meeting

5

but directly made by all the shareholders by signing or sealing the document of such resolution.

Article 30.   Meetings of the General meeting shall be classified into annual general meetings and interim general meetings. In each year, one annual general meeting shall be convened within six months of the end of the previous financial year.

Article 31.   Under any of the following events, the Company shall convene an interim general meeting within two months of the date of occurrence of such event;

(1) the number of Directors being less than the statutory minimum number provided in the *Company Law* or the 2/3 of the number provided in these Articles of Association;

(2) the uncovered losses of the Company amounting to 1/3 or more of the total capital;

(3) written request by shareholders holding, individually or collectively, shares representing no less than 10% of the voting rights (not including voting rights held as proxy) of the Company;

(4) the Board of Directors considering such meeting necessary;

(4) the Board of Supervisors proposing the convening of such meeting;

(6) other circumstances provided by these Articles of Association of the Company.

Article 32.   Interim general meetings may adopt resolutions only in connection with the matters set out in the notice of such meeting.

Article 33.   General meetings shall be legally convened by the Board of Directors and presided over by the Chairman. Where the Chairman is not able to or fails to perform its responsibilities, the meeting shall be presided over by a Director elected by on less than half of the Directors. Where the Board of Directors is unable to or fails to convene any general meeting, the Board of Supervisors shall convene and preside over such meeting. Where the Board of Supervisors also fails to convene and preside over any general meeting, shareholders holding, individually or collectively, no less than 10% of the shares of the Company consecutively for no less than nineteen days may directly convene and preside over such meeting.

Article 34.   For the Company to convene any general meeting, the Board of Directors shall give a written (fax shall be valid) notice at least twenty days, or fifteen days in the case of an interim general meeting, in advance of the meeting to all the shareholders, specifying the time, place and agenda of such meeting. With the consent of all the shareholders, the aforesaid notice period of twenty or fifteen days may be exempted or appropriately shortened.

Article 35.   The shareholders may attend meetings of the General Meeting in person or through their authorized proxies. Shareholders shall authorize their proxies by written power of attorney, which shall be signed by the authorizing shareholders or their attorneys in fact authorized in writing. If the authorizing shareholder is a legal entity, the power of attorney shall be stamped the seal of such shareholder or be signed by its officially appointed agent.

Article 36.   The power of attorney authorizing another person to attend the any general meeting issued by shareholder shall specify the following items:

(1) name of the proxy;

(2) whether the exercise of voting power is granted;

6

(3) instructions of the casting affirmative, dissenting or abstention vote in connection with each considered matter listed in the agenda of the general meeting;

(4) date and duration of the power of attorney;

(5) signature (or seal) of the authorizing shareholder. If the authorizing shareholder is a legal entity, the seal of such legal entity shall also be affixed.

The power of attorney shall specify whether the proxy may vote according to his own intention absenting the shareholder's specific instruction.

Article 37.   The Company shall be responsible for preparing a signature register for all the attendees of the meeting. The signature register shall specify items of the attendees such as name, ID number, domicile/address, number of voting shares held or represented and the authorizing shareholder's name.

Article 38.   The following procedures shall apply to interim shareholder meetings convened upon requests of the Board of Supervisors or the shareholders:

(1) One or several counterparts of a written request in the same substance and form shall be signed for the purpose of requesting the Board of Directors to convene an interim general meeting, stating the subjects of such meeting. The Board shall, upon its receipt of the aforesaid written request, give a notice for convening the interim general meeting as soon as possible.

(2) If the Board fails to give the notice of convening such meeting within thirty days of its receipt of the aforesaid written request, the Board of Supervisors or the shareholders proposing such meeting may directly convene such interim general meeting within three months of the Board of Director's receipt of such request. The process of convening such meeting shall be as identical as possible to the procedures applying to the Board of Directors' convening of meetings of the General Meeting. Where the Board of Directors or the shareholders directly convene and hold a meeting due to the Board of Directors' failure to hold such meeting upon the aforesaid request, the Company shall provide the Board of Supervisors or the shareholders necessary assistance and bear the costs of such meeting.

Article 39.   After the notice of a general meeting is sent, the Board of Directors shall not change the time of such meeting unless there occurs some reason such as force majeure or any other accident.

Article 40.   If the Board of Directors fails to convene an interim general meeting within the provided time limit under any of the following circumstances, the Board of Supervisors or the shareholders may directly convene an interim general meeting pursuant to the procedures provided in these Articles of Association: (1) the number of members of the Board of Directors is less than the minimum statutory number under the Company Law; (2) the number of members of the Board of Directors is less than the number provided in these Articles of Association; or (3) the uncovered losses of the Company amounting to 1/3 or more of the total capital.

Section Three   Proposals to the General Meeting

Article 41.   For any general meeting, shareholders holding, individually or collectively, 3% or more shares of the Company may raise interim proposals and submit the same to the Board of Directors in writing ten days in advance of the meeting. The Board of Directors shall notify the remaining shareholders within two days of its receipt of any interim proposal and submit the same for consideration at such general meeting.

Article 42.   Each proposal to the General Meeting shall meet the following requirements:

(1) the contents of such proposal shall not contravene with provisions of the laws, regulations and these Articles of Association and fall into the business scope and the scope of responsibilities of the General Meeting;

7

(2) the proposal shall have explicit subjects and specific matters to be resolved.

(3) the proposal shall be submitted or sent to the Board of Directors in writing.

Article 43.   It shall be the principle of the Board of Directors to conduct itself in the best interests of the Company and the shareholders. The Board of Directors shall review proposals to the General Meeting pursuant to Article 42 of this Section.

Article 44.   If the Board of Directors determines not to include any proposal to the General Meeting in the agenda of the meeting, it shall explain and illustrate such determination at such general meeting.

Section Four   Resolutions at the Meetings of the General Meeting

Article 45.   The shareholders (including their proxies) shall exercise their voting rights in proportion to the number of voting shares represented by them, each share bearing one vote.

Article 46.   Resolutions at meetings of the Board Meeting shall be classified into common resolutions and special resolutions.

For the General Meeting to adopt any common resolution, affirmative votes cast by 1/2 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

For the General Meeting to adopt any special resolution, affirmative votes cast by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

Article 47.   The following matters shall be passed by commons resolutions at a general meeting:

(1) operational reports of the Board of Directors or the Board of Supervisors;

(2) annual budget and final accounting plans of the Company;

(3) annual reports of the Company;

(4) profit distribution and loss covering plans prepared by the Board of Directors;

(5) appointment, dismissal, and compensation and the payment thereof of members of the Board of Directors and the Board of Supervisors;

(6) other matters except for those the passing of which requires special resolutions pursuant to provisions of the laws, regulations or these Articles of Association.

Article 47.   The following matters shall be passed by special resolutions of the General Meeting:

(1) increase or reduction of registered capital of the Company;

(1) issuing of corporate bonds of the Company;

(3) division, merger, dissolution and liquidation of the Company;

(4) amending these Articles of Association of the Company;

(5) redemption of shares of the Company;

(6) other matters provided in these Articles of Association or determined by common resolutions of the General Meeting as having material effect on the Company and requiring special resolutions.

Article 49.   Unless approved by the General Meeting by a special resolution, the Company may not enter into any contract with any person other than

8

Translation of TG 0020733

the directors, managers and other senior management personnel for the purpose of entrusting the management of all or major businesses of the Company to such person.

Article 50.   Voting by open ballot shall be used at general meetings and the votes shall be casted either by ballot or by show of hands. The representative of ballot counters shall announce the voting results on spot.

Article 51.   The presider of the meeting shall determine whether any resolution of the general meeting is passed pursuant to the voting results and shall announce the voting results at such meeting. The voting results of the resolutions shall be included in the minutes of the general meetings.

Article 52.   If the presider has any doubt relating to the voting results of any resolution submitted for voting, he/she may tally the votes casted. If the presider of the meeting fails to tally the votes and the attending shareholders or shareholder proxies have objections against the results announced by the presider, they shall have the right to immediately request the tally of votes after the announcement of the voting results, upon which the presider shall tally the votes seasonably.

Article 53.   Except for those relating to business secret of the Company and not able to be disclosed at general meetings, the Board of Directors and the Board of Supervisors shall give reply or explanation to shareholders' inquires and suggestions.

Article 54.   Minutes of the general meetings shall be prepared. The following items shall be included in the minutes of general meetings:

(1) the number of voting shares the holders of which are present at the meeting and the ratio they account for total shares;

(2) the date and place of such meeting;

(3) name of the presider and agenda of the meeting;

(4) key points of each speaker on each matter being considered;

(5) voting results of each matter subject to voting;

(6) inquiry opinions, suggestions of the shareholders, reply or explanation of the Board of Directors and the Board of Supervisors and other contents;

(7) other contents that should be included in the meeting minutes pursuant to the general meeting's opinions or the provisions of these Articles of Association.

Article 55.   Minutes of the general meetings shall be signed by the attending shareholders, Directors and the presider and shall be kept as the Company's record by the Board Secretary. Minutes of the general meetings shall be kept for perpetuity.

Article 56.   The number of attendees, number of shares held by attending shareholders, powers of attorney, voting results of each matter subject to voting, the meeting minutes, the legality of the procedure and other matters of general meetings may be certified by a notary public.

### Chapter V   Board of Directors
#### Section One   Directors

Article 57.   The Directors of the Company shall be individuals. An individual does not have to hold any shares of the Company to be a Director.

Article 58.   Directors shall be elected or replaced by the General Meeting for three-year tenures. Directors may be re-appointed at the expiration of each tenure. The General Meeting shall not discharge any Director without cause prior to the expiration of its tenure.

The tenure of each Director shall begin to run at the date of such Director's appointment by the General Meeting by a resolution and shall end at the expiration of the tenure of the current Board of Directors.

Translation of TG 0020734

Article 59.   Each Director shall exercise its rights vested by the Company prudently, earnestly and diligently to ensure that:

(1) the business activities of the Company comply with the requirements of the laws, regulations and the various economic policies of the government and do not go beyond the business scope stated in the business license;

(2) all shareholders are treated fairly;

(3) he shall carefully read the various business and financial reports of the Company and timely learn the operation and management status of the business of the Company;

(4) it shall personally exercise its granted discretion relating to the management of the Company and shall not be manipulated by any other person; and that it shall not re-delegate its discretion to be exercised by any other person unless permitted under the laws and administrative regulations or approved by an informed general meeting;

(5) it shall accept the legal supervision and reasonable suggestions of the Board of Supervisors concerning its performance of responsibilities.

Article 60.   Where the number of Directors is less than the statutory number due to the failure to re-elect new Directors to fill the vacancies generated by reason of expiration of tenure of Directors or resignation of incumbent Directors during their tenure, the vacating Directors shall continue to perform their responsibilities pursuant to the provisions of the laws, administrative regulations and these Articles of Association before the re-elected Directors shall take their offices.

Article 61.   Each Director may resign from its office prior to the expiration of its tenure. The resigning Director shall submit a written resignation report to the Board of Directors for such resignation. Any incumbent Director who has caused losses to the Company due to its departure from office without approval shall be liable for indemnifying the Company.

Section Two    The Board of Directors

Article 62.   The Company shall have a Board of Directors, which shall be accountable to the General Meeting.

Article 63.   The Board of Directors shall be constituted of five Directors and shall have one Chairman. Of these five Directors, Beixin Group Construction Materials Co., Ltd and Tai'an Donglian Investment & Trading Co., Ltd shall joint nominate three Directors, Tai'an State-owned Assets Operation Co., Ltd shall nominate one Directors and Tai'an Anxin Investment & Trading Co., Ltd and Jia Tongchun shall jointly nominate one Director.

Article 64.   The Board of Directors shall exercise the following powers:

(1) convening general meetings and reporting its work to the same;

(2) implementing resolutions of the General Meeting;

(3) determining the operation plan and investment projects of the Company;

(4) formulating annual financial budgets and final accounting plans of the Company;

(4) formulating the profit distribution and loss covering plans of the Company;

(6) formulating plans for registered capital increase or reduction, issuing of corporate bonds or other securities and listing of the Company's securities;

10

(7) formulating plans of major acquisition, redemption of shares, merger, division or dissolution of the Company;

(8) determining the venture investments and mortgage and other security created on the assets of the Company within the authority vested in it by the General Meeting;

(9) determining the establishment of internal management organs of the Company;

(10) hiring or dismissing General Manager, Board Secretary and the openly recruited financial principal of the Company; hiring and dismissing Deputy General Manager and other senior management personnel of the Company based on nomination by General Manager and determining remuneration and rewards and punishment matters of such personnel;

(11) formulating basic management systems of the Company;

(12) drafting amendments to these Articles of Association of the Company;

(13) listening to operation reports of the General Manager and inspecting its performance;

(14) other powers provided by laws, regulations and these Articles of Association of the Company or vested in it by the General Meeting.

Article 65.    The Board of Directors shall formulate rules for discussion of matters by it to ensure its performance efficiency and sound decision-making.

Article 66.    Chairman shall be a Director and shall be elected and removed by no less than half of all the Directors.

Article 67.    Chairman shall exercise the following powers:

(1) presiding over general meetings and convening and presiding over Board meetings;

(2) supervising and inspecting the implementation of Board resolutions;

(3) signing shares, corporate bonds and other securities of value of the Company;

(4) signing important documents of the Board and other documents that should be signed by legal representative of the Company;

(5) exercising the powers of legal representative;

(6) exercising special discretion in conformity to legal provisions and in the interests of the Company in relation to matters of the Company under urgent situations of a force majeure nature such as extreme natural disasters and reporting to the Board and the General Meeting afterwards.

(7) other powers vested by the Board.

Article 68.    The Board of Directors shall have at least two meetings in each year, which shall be convened by Chairman and of which written notice shall be given to all Directors ten days in advance of the meeting.

Article 69.    Under any of the following circumstances, Chairman shall convene an interim Board meeting within ten business days:

(1) 1/3 or more Directors jointly proposing such meeting;

(4) the Board of Supervisors proposing the convening of such meeting;

(3) shareholders representing 1/10 or more voting shares.

11

Translation of TG 0020736

Article 70.   Notice of interim Board meeting may be served by the Board by personal delivery or fax ten days in advance of the meeting.

Chairman shall convene and preside over Board meetings and inspect the implementation of Board resolutions. Where Chairman is not able or fails to perform its responsibilities, no less than half the Directors shall jointly elect one Director to perform such responsibilities.

Article 71.   To constitute a quorum at any Board meeting, no less than 1/2 of the Directors must present themselves. Each Director shall have one vote. To adopt any resolution, no less than half of all the Directors shall vote affirmatively.

Article 72.   At interim Board meetings, resolutions may be adopted by fax signed by all attending Directors provided that Directors' opportunity to fully express their opinions shall be secured.

Article 73.   Directors shall attend Board meetings in person. Where a Director is unable to attend any Board meeting for cause, he/she may authorize another Director in writing to attend such meeting.

Article 74.   The power of attorney shall specify the name of the agent and matters, power, and validity period of such agency and shall be signed or sealed by the authorizing Director.

Article 75.   The Director acting as an agent shall exercise the rights of the authorizing Director within the powers vested. Any Director neither presenting himself/herself in person nor authorizing an agent to attend any meeting shall be deemed as having waived its voting right at such meeting.

Article 76.   For voting Board resolutions, open ballot voting shall be applied. Each Director shall have one vote.

Article 77.   Minutes of Board meetings shall be prepared. Directors and the clerk attending the meeting shall sign the meeting minutes. Each attending Director shall have the right to request the making of explanatory notes concerning his speaking at the meeting. Board meeting minutes shall be kept by Board Secretary as records of the Company. Board meeting minutes shall be kept for perpetuity.

Article 78.   Minutes of Board meetings shall include the following contents:

(1) the date, place and the name of the convening person of such meeting;

(2) names of the attending Directors and Directors (agents) attending under the authorization of other Directors;

(3) agenda of the meeting;

(4) key points of the statements of Directors;

(5) voting manner and results (including the numbers respectively of affirmative votes, dissenting votes and abstention votes) of each voted matter;

Article 79.   Directors shall sign and be responsible for Board resolutions. If any Board resolution violates laws, regulations or these Articles of Association and has caused losses to the Company, Directors having participated in the adoption of such resolution shall be responsible for indemnifying the Company. However, where it is established that any Director has indicated its objection to such resolution, which objection has been recorded in the meeting minutes, such Director shall be released from such liability.

12

Translation of TG 0020737

### Section Three    Board Secretary

Article 80.    The Board of Directors shall have one Board Secretary. Board Secretary shall be a senior management personnel of the Company accountable to the Board of Directors.

Article 81.    Board Secretary shall have necessary expertise and experience and shall be appointed by the Board of Directors.

Article 82.    The primary responsibilities of Board Secretary shall be as follows:

(1) preparing and submitting reports and documents to be issued by the Board and the General Meeting as required by relevant government authority;

(2) making arrangements for Board meetings and general meetings and being responsible for preparing meeting minutes and keeping the documents and minutes of such meetings.

(3) being responsible for information disclosure by the Company to ensure the timeliness, accuracy, legality and completeness of such disclosure;

(4) ensuring that persons entitled to receiving relevant records and documents of the Company receive the same on time.

Article 83.    Board Secretary may be a Director or other senior management personnel of the Company.

Article 84.    Board Secretary shall be nominated by Chairman and hired or dismissed by the Board. Where a Director is also Board Secretary, he/she may not, in both of such capacities at the same time, take any activity that needs to be taken by the Directors and Board Secretary respectively.

### Chapter VI    General Manager

Article 85.    The Company shall have one General Manager which shall be hired or dismissed by the Board of Directors. If hired, the Directors may hold the office of General Manager or other senior management position at the same time.

Article 86. Each tenure of General Manager's shall be three years, renewable upon re-appointment.

Article 87.    General Manager shall be accountable to the Board of Directors and shall exercise the following powers:

(1) directing the management of production and operation of the Company and report to the Board of Directors.

(2) coordinating the implementation of Board resolutions and annual plans and investment projects of the Company;

(3) preparing plans for establishing internal management organs of the Company;

(4) preparing the basic management systems of the Company;

(5) formulating specific rules of the Company;

(6) submitting its proposals of hiring or dismissing senior management personnel other than Board Secretary and the financial principal for the Board's determination;

(7) hiring or dismissing management personnel other than those that should be hired or dismissed by the Board;

(8) preparing plans of employee's wages, benefits and rewards and punishments and determining the hiring and dismissing of employees of the Company;

13

Translation of TG 0020738

(9) proposing the convening of interim Board meetings;

(7) other powers vested by these Articles of Association or the Board of the Company.

Article 88.   General Manager and other senior management personnel shall attend Board meetings.

Article 89.   General Manager shall report to the Board of Directors or the Board of Supervisors status of matters of the Company such as execution and performance of major contracts, use of funds and profits and losses. General Manager shall ensure the truthfulness of such reports.

Article 90.   In preparing plans for issues affecting the vital interests of the employees such as employees' wages, benefits, safe production and labor protection, labor insurance and dismissal or firing of employees, General Manager shall consult with the opinions of the trade union or the employee congress beforehand.

Article 91.   General Manager of the Company shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Article 92.   General Manager may resign from its office prior to the expiration of its tenure. Specific procedures and rules applying to General Manager's resignation shall be governed by the employee contract between the Company and General Manager.

Article 93.   The Company shall establish an incentive mechanism which represents a correlation between compensation of General Manager and other senior management personnel and the performance of the Company and such individuals to attract talents and maintain a stable team of such personnel.

Article 94.   The Company's assessment of the performance of General Manager and other senior management personnel shall be the basis on which such personnel's compensation and other incentive payments should be ascertained.

Article 95.   If there is any violation of laws, regulations and these Articles of Association on the part of General Manager or other senior management personnel that has caused losses to the Company, the Board of Directors shall take active measures to hold such personnel legally liable.

## Chapter VII   Board of Supervisors
### Section One   The Supervisors

Article 96.   Supervisors shall consist of shareholder representatives and employee representatives. Beixin Group Construction Materials Co., Ltd shall nominate one Supervisor, the other shareholders shall jointly nominate 1 Supervisor and the other Supervisor shall be a representative of the employees.

Article 97.   None of the Directors, the General Manager and other senior management personnel shall hold the office of Supervisor concurrently.

Supervisors shall have expertise or experience in areas such as law and accounting. The composition and structure of the Board of Directors shall ensure that the Board of Directors is able to carry out supervision and inspection in connection with the Directors, the General Manager and other senior management personnel independently and effectively.

Article 98.   Each tenure of the Supervisors shall last for three years. Shareholder Supervisors shall be elected or replaced by the General Meeting and employee Supervisors shall be elected or replaced by the employees of the Company democratically. The tenure of each Supervisor may be renewed upon re-appointment.

14

Translation of TG 0020739

Section 99   The Supervisors may attend Board meetings and raise inquiries or proposals concerning the subject matters of the Board meeting resolutions.

Article 100.   Each Supervisor may resign prior to the expiration of his/her tenure. Provisions in Chapter V of these Articles of Association concerning Directors' resignation shall apply to Supervisors.

Article 101.   Supervisors shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Section Two   The Board of Supervisors

Article 102.   The Company shall have a Board of Supervisors. The Board of Supervisors shall have three members, among which one member shall be the Chairman of the Board of Supervisors to be elected by more than half of all the Supervisors. Chairman of the Board of Supervisors shall convene and preside over meetings of the Board of Supervisors. Where Chairman of the Board of Supervisors is not able to or fails to perform its responsibilities, no less than half of the Supervisors shall jointly elect one Supervisor to convene and preside over meetings.

Article 103.   The Board of Supervisors shall exercise the following powers:

(1) inspecting the financial matters of the Company;

(2) supervising the Directors, the General Manager and other senior management personnel in their performance of duties with the Company and proposing the removal of any of the Directors, the General Manager and other senior management personnel who has violated any provision of the laws, administrative regulations or these Articles or the resolutions of the Board;

(3) Where any activity of the Directors, the General Manager or other senior management personnel violates the interests of the Company, requesting correction of such personnel and, if necessary, reporting such activity to the General Meeting or relevant government authority.

(4) proposing the convening of interim general meetings and, where the Board of Directors fails to perform its responsibilities of convening and presiding over general meetings as provided in the *Company Law* and these Articles of Association, convening and presiding over general meetings;

(5) submitting proposals to general meetings;

(6) bringing lawsuits against Directors and senior management personnel pursuant to the provisions of Section 152 of the *Company Law*;

(7) other powers vested by these Articles of Association or the General Meeting.

Article 104.   The Board of Supervisors may request the Directors, the General Manager and other senior management personnel and internal or external auditors of the Company to attend its meetings and respond to questions of concern. Where the Board of Directors identify any activity of the Directors, the General Manager or other senior management personnel that violates the laws, regulations or these Articles of Association of the Company, it may report such activity to the Board of Directors or the General Meeting or directly inform relevant authority the same. In its exercise of official powers, the Board of Directors may retain professional agencies such as law firms and accounting firms to offer help if necessary, whereof the costs incurred shall be borne by the Company.

Article 105.   The Board of Supervisors shall have at least one meeting in each month.

15

The Supervisors may also propose the convening of interim Supervisors' meetings. Notice of Supervisors' meetings shall be served to all Supervisors ten days in advance of each meeting in writing (fax shall be valid).

Section Three   Supervisors' Meetings

Article 106.   Supervisors shall attend Supervisors' meetings in person. When the Supervisors' meetings vote any resolution, open ballot voting shall be applied.

Article 107.   Voting procedures of Supervisors' meetings shall be as follows: (1) to constitute a quorum at any Supervisors' meeting, no less than 1/2 of the Supervisors must present themselves; (2) each Supervisor shall have one vote; and (3) to adopt any resolution, no less than half of all the Supervisors shall vote affirmatively.

Article 108.   Minutes shall be kept for Supervisors' meetings, which all Supervisors and the clerk attending the meeting shall sign. Each attending Supervisor shall have the right to request the making of certain explanatory notes concerning his speaking at the meeting. Supervisors' meeting minutes shall be kept by Board Secretary as records of the Company. Supervisors' meeting minutes shall be kept for perpetuity.

### Chapter VIII   Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company

Article 109.   Any person having any of the following situations shall not act as Director, Supervisor or senior management personnel of the Company:

(1) being a person without capacity for civil conduct or with limited capacity for civil conduct;

(2) having been imposed criminal penalty due to conviction of crime of corruption, bribery, larceny, embezzlement or destroying socialism market order, after the execution of which a period of five years has not expired, or having been deprived of political rights due to criminal conviction, after the execution of which a period of five years has not expired;

(3) having acted as director, factory principal or manager of any company or enterprise having been liquidated due to bankruptcy and being personally responsible for the bankruptcy of such company or enterprise, after the bankruptcy liquidation of which a period of three years has not expired;

(4) having acted as legal representative of any company or enterprise whose business license has been canceled due to violation of the law and being personally responsible for the cancellation of business license of such company or enterprise, after which a period of three years has not expired; or

(5) owing personal overdue debts of a large amount.

The Company's election or appointment of Directors, Supervisors or hiring of senior management personnel in violation of the foregoing paragraph shall be invalid.

Where any of the situations set out in the first paragraph of this Article occur to any Director, Supervisor or senior management personnel during such personnel's tenure, the Company shall remove such personnel from its position.

Article 110.   Directors, Supervisors and senior management personnel shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

16

Translation of TG 0020741

Directors, Supervisors and senior management personnel shall not receive bribe or other illegal incomes by exploiting their official powers and shall not convert the Company's property.

Article 111.   Directors and senior management personnel shall not have any of the following activities:

(1) embezzling funds of the Company;

(2) depositing funds of the Company into any personal account opened in the name of himself/herself or other individuals;

(3) lending funds of the Company to or creating security on property of the Company for the interest of third parties without approval of the General Meeting or the Board of Directors in violation of these Articles of Association;

(4) entering into contract or dealing with the Company in violation of the provisions of these Articles of Association or without the approval of the General Meeting;

(5) seizing business opportunities belonging to the Company for himself/herself or others or operating for himself/herself or others similar businesses of the Company by exploiting his/her position without the approval of the General Meeting;

(6) receiving and possessing commission on transactions between third parties and the Company;

(7) disclosing confidential information of the Company without approval;

(8) other activities in violation of his duty of loyalty owed to the Company.

Incomes received by any Director or senior management personnel by violating the provisions of the aforesaid paragraph shall be the property of the Company.

Article 112.   If any Director, Supervisor or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association in its performance of responsibilities with the Company and causes losses to the Company, it shall be responsible for indemnifying the Company against such losses.

Article 113.   Where the Directors, Supervisors or senior management personnel are requested by the General Meeting to attend its meetings, they should attend such meetings and accept inquires of shareholders.

Directors and senior management personnel shall provide relevant information and materials to the Board of Supervisors faithfully and shall not interfere with the Board of Supervisors' or any Supervisor's exercise of official powers.

Article 114.   If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Directors or senior management personnel, shareholders holding, individually or collectively, 1% or more shares of the Company may request in writing the Board of Supervisors to file a lawsuit with the people's court. If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Supervisors, the aforesaid shareholders may request in writing the Board of Supervisors to file a lawsuit with the people's court.

Under any of the following circumstances, the shareholders as described in the foregoing paragraph may directly file a lawsuit in their own names in the interests of the Company: (1) the Board of Supervisors or the Board of Directors refuse to file a lawsuit after receipt of the written request of the shareholders as described in the foregoing paragraph; (2) the Board of Supervisors or the Board of Directors fails to file a lawsuit within thirty days; or (3) failing to file a lawsuit immediately will cause irreparable losses to the Company due to the emergent nature of the situation.

Where the Company suffers losses due to any third party's violation of the Company's legal interests, shareholders described in the first paragraph of this Article may file a lawsuit with the people's court pursuant to the provisions of the foregoing two paragraphs.

Translation of TG 0020742

Article 115.   Where any Director or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association of the Company in detrimental to the interests of the shareholders, the shareholders may file a lawsuit with the people's court.

## Chapter IX   Financial and Accounting Systems, Distribution of Profits and Auditing

### Section One   Financial and Accounting Systems

Article 116.   The Company shall establish its financial and accounting systems pursuant to the provisions of laws, administrative regulations and relevant government authorities.

Article 117.   The Company shall prepare its annual financial report at the end of each financial year, which shall be legally audited and verified.

Article 118.   The annual financial report shall include the following items:

(1) the balance sheet;

(2) the income statement and the statement of profit distribution;

(3) the cash flow statement;

(4) notes of financial statement;

Article 119.   The annual financial report shall be prepared pursuant to relevant provisions of laws and regulations.

Article 120.   Except for the statutory account book, the Company shall not set up any other account book. The assets of the Company shall not be deposited in any account under the name of any individual.

Article 120.   The after tax income of the Company shall be distributed according to the following priorities:

(1) covering the losses of the previous year;

(2) allocation to statutory reserve fund (10%);

(3) allocation to optional reserve fund;

(4) paying dividend to shareholders.

Where the cumulative balance of the statutory reserve fund of the Company is no less than 50% of its registered capital, the Company may cease the allocation of net income to such fund. After allocations to statutory reserve fund and public welfare fund are made, it shall be determined by the General Meeting whether to make allocation to optional reserve fund. The Company shall not make any distribution of profit to the shareholders before covering its losses and making allocations to statutory reserve fund and public welfare reserve fund.

Article 122.   Where the General Meeting adopts a resolution to convert reserve fund into capital, new shares shall be allotted to shareholders in proportion to their existing shareholding ratios. However, where statutory reserve fund is converted to capital, retained balance of such reserve fund shall not be less that 25% of the registered capital.

Article 123.   After the general meeting adopts a resolution concerning the profit distribution plan, the Board of Directors of the Company shall complete the payment or allotment of dividend or shares within two months of the general meeting.

Article 124.   The Company may make distribution of dividends in cash or in the form of share certificates.

18

Translation of TG 0020743

Section Two Internal Auditing

Article 125.   The Company shall apply an internal auditing system, allocating full-time and part-time auditors to perform internal auditing in relation to the financial incomes and expenses and economic activities of the Company.

Article 126.   The Company's internal auditing system and the responsibilities of the auditors shall be implemented after being approved by the Board of Directors. The person in charge of auditing shall be accountable and report to the Board of Directors.

### Chapter X   Merger, Division, Dissolution and Liquidation
Section One   Merger or Division

Article 127.   The Company may legally carry out merger or division.

Merger of the Company may take either of the following two forms: merger by absorption or merger by incorporation.

Article 128.   The following procedures shall apply to merger and division of the Company:

(1) the Board of Directors preparing a plan for the merger or division;

(2) the General Meeting adopting a resolution pursuant to these Articles of Association;

(3) the parties signing the merger or division contract;

(4) legally completing relevant approval formalities;

(5) dealing with the various matters involved in merger or division such as claims and debts;

(6) completing registration of dissolution or change.

Article 129.   In the course of merger or division of the Company, the parties to such merger or division shall prepare their respective balance sheets and schedules of assets. The Company shall notify its creditors within ten days of the date when the General Meeting adopts the resolution of merger or division and shall make an announcement in newspaper within thirty days.

Article 130.   The creditors may request the Company to repay the debts or provide corresponding security within thirty days of receipt of notice or, if no notice is received, within forty five days of the date of the first announcement. If the Company is not able to repay the debts nor provide corresponding security, it shall not proceed with the merger or division.

Article 131.   In the course of merger of division of the Company, the Company shall take necessary measures to protect the legal interests of the shareholders objecting to the merger or division of the Company.

Article 132.   Disposal of assets, debts and claims of the parties to the merger or division of the Company shall be explicitly provided for by entering into a contract.

After the merger of the Company, the claims and liabilities of the parties to such merger shall be succeeded by the surviving or newly incorporated company after such merger.

The pre-division debts of the Company shall be assumed by the companies existing after such division pursuant to the agreement entered into between the parties.

Article 133.   If any change to any matter subject to registration occurs in the course of merger or division of the Company,

19

Translation of TG 0020744

such change shall be registered with the company registry. If the Company is dissolved, cancellation registration of the Company shall be completed. For the new company legally incorporated, incorporation registration shall be completed.

Section Two    Dissolution and Liquidation

Article 134.    If any of the following situations occur, the Company shall be dissolved and legally liquidated:

(1) the business term of the Company expires;

(2) the General Meeting adopts a resolution to dissolve the Company;

(3) the Company is dissolved due to merger or division;

(4) the Company is legally declared bankrupt due to inability to repay due debts;

(5) the Company is legally ordered to shut down due to violation of laws and regulations.

Article 135.    Where the Company is dissolved under the situations set out in sub-paragraph (1) and (2) of the foregoing Article 134 of this Section, it shall constitute a liquidation group within fifteen days. The members of the liquidation group shall be elected by the General Meeting by a special resolution.

Where the Company is dissolved under the situation described in sub-paragraph (3) of the foregoing Article 134 of this Section, the liquidation matters shall be completed by the parties to the merger or division pursuant to the contract entered into at the time of such merger or division.

Where the Company is dissolved under the situation described in sub-paragraph (4) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising shareholders, relevant authorities and professionals as coordinated by the people's court pursuant to the provisions of relevant laws.

Where the Company is dissolved under the situation described in sub-paragraph (5) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising relevant authorities and professionals as coordinated by the authority in charge.

Article 136.    The official powers of the Board of Directors and the General Manager shall cease immediately upon the constitution of the liquidation group. During the liquidation period, the Company shall not conduct any new operation.

Article 137.    The liquidation group shall exercise the following official powers during the liquidation period:

(1) notifying or making announcement to creditors;

(2) liquidating the assets of the Company, preparing balance sheet and schedule of assets;

(3) dealing with pending businesses of the Company;

(4) liquidating overdue tax payments;

(5) liquidating clams and debts;

(6) disposing the equity of the Company after liquidating its debts;

(7) representing the Company in civil litigation activities.

Article 138.    The liquidation group shall notify the creditors within ten days of its constitution and shall make an announcement in newspaper within sixty days.

Article 139.    The creditors shall declare their claims within the time limit provided in these Articles of Association. The creditors shall specify relevant matters of their claims and provide supporting documents thereof when declaring their claims. The liquidation group shall

Translation of TG 0020745

register the claims.

Article 140.   The liquidation group shall formulate a liquidation plan and submit the same to the General Meeting or relevant authority in charge for its affirmation after liquidating assets of the Company and preparing the balance sheet and the schedule of assets.

Article 141.   The assets of the company shall be used for repaying of the following priorities:

(1) payment of liquidation costs;

(2) payment of wages and social security contributions of the employees of the Company;

(3) payment of overdue taxes;

(4) repayment of the debts of the Company;

(5) distribution to the shareholders in proportion to their shareholding ratio.

No distribution to shareholders shall be made before the assets of the Company have been used to make payments or repayments under sub-paragraph (1)-(4) of the foregoing paragraph.

Article 142.   Where the liquidation group believes that the assets of the Company are not sufficient to repay its debts after it has liquidated the assets of the Company and prepared the balance sheet and the schedule of assets, it shall petition declaration of bankruptcy with the people's court and shall hand over the liquidation matters to the people's court upon declaration of bankruptcy by the people's court.

Article 143.   On completion of liquidation, the liquidation group shall prepare a liquidation report and the statement of incomes and expenses and the account book in connection with the liquidation period and submit the same to the General Meeting or relevant authority in charge for its affirmation.

The liquidation group shall legally complete registration of cancellation for the Company with the company registry and announce the termination of the Company within thirty days of the date of affirmation of the liquidation report by the General Meeting or relevant authority in charge.

Article 144.   Members of the liquidation group shall be faithful to their responsibilities, legally perform their duties in connection with liquidation and shall not receive bribe or other illegal incomes by exploiting their official powers or convert the Company's property.

Where the willful conduct or gross negligence of any member of the liquidation group causes any loss to the Company or its creditors, such member shall be liable for indemnifying the Company or the creditors against such loss.

## Chapter   XI   Amendments to This Articles of Association

Article 145.   If any of the following situations occurs, the Company shall amend these Articles of Association:

(1) any provision of these Articles of Association becomes inconsistent with any provision of any law or administrative regulation as amended after the amending the *Company Law* or relevant law or administrative regulation.

(2) any change occurs to the Company which makes the actual situation different from the content of these Articles of Association;

(2) the General Meeting adopts a resolution to amend these Articles of Association;

Article 146.   If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to approval by the authority in charge, such amendment shall be submitted to the original approval authority for its approval. If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to registration, registration for change shall be legally completed.

Article 147.   The Board of Directors shall amend these Articles of Association pursuant to the resolution of the General Meeting and the approval opinions of relevant authority in charge.

21

### Chapter XII   Miscellaneous

Article 148.   The Board of Directors may formulate by-laws of these Articles of Association, provided that none of such by-laws shall contravene with these Articles of Association.

Article 149.   The text of these Articles shall be in Chinese. Where any text in other languages or of other versions is divergent from these Articles of Association, the Chinese version as last approved and registered with the Administration of Industry and Commerce of Shandong Province shall control.

Article 150.   For the purpose of these Articles of Association, "no less than", "within" or "no more than" shall include the number following it and "less than" or "beyond" shall not include the number following it.

Article 151.   These Articles of Association shall be interpreted by the Board of Directors of the Company.

22

Translation of TG 0020747

(page for signing of these Articles of Association of Tai Shan Gypsum Co., Ltd by shareholder s, no text hereunder)

*(Seal of Shandong Beixin Group Construction Materials Co., Ltd)*
Signature of Representative: *(signature of Wang Lifeng)*


*(Seal of Tai'an State-owned Assets Operation Co., Ltd.)*
Signature of Representative: *(signature of Xu Xinghu)*


*(Seal of Tai'an Anxin Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Jiao Wenbo)*


*(Seal of Tai'an Donglian Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Wang Lifeng)*


*Signature of Jia Tongchun: (signature of Jia Tongchun)*

June 20, 2007

23

Translation of TG 0020748

 

# 泰山石膏股份有限公司章程



泰山石膏股份有限公司

2007 年 6 月 20 日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020725

# 目　录

第一章　总　则…………………………………………… 2

第二章　经营宗旨和范围………………………………… 2

第三章　股　　份………………………………………… 3

第四章　股东和股东大会………………………………… 4

第五章　董事会…………………………………………… 9

第六章　总经理…………………………………………… 13

第七章　监事会…………………………………………… 14

第八章　公司董事、监事、高级管理人员的资格和义务… 16

第九章　财务会议制度、利润分配和审计……………… 18

第十章　合并、分立、解散和清算……………………… 19

第十一章　修改章程……………………………………… 21

第十二章　附　则………………………………………… 22

I

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

本章程于二〇〇五年四月二十五日由公司二〇〇五年第一次临时股东大会以特别决议通过，本次于二〇〇七年六月二十日修订。

## 第一章 总 则

**第一条** 为维护公司、股东和债权人的合法权益，规范公司的组织和行为，根据《中华人民共和国公司法》(以下简称《公司法》)和其他有关规定，制订本章程。

**第二条** 泰山石膏股份有限公司系依照《公司法》和其他有关规定成立的股份有限公司(以下简称"公司")。

公司经山东省经济体制改革委员会《关于同意设立山东泰和东新股份有限公司的函》(鲁改函字[1998]第49号)批准，以发起方式设立；在山东省工商行政管理局注册登记，取得营业执照。

**第三条** 公司注册名称：泰山石膏股份有限公司

**第四条** 公司住所：山东省泰安市岱岳区大汶口镇。邮政编码 271026

**第五条** 公司注册资本为人民币壹亿伍千伍佰陆拾贰万伍千元。

**第六条** 公司为永久存续的股份有限公司。

**第七条** 董事长为公司的法定代表人。

**第八条** 公司全部资产分为等额股份，股东以其所持股份为限对公司承担责任，公司以其全部资产对公司的债务承担责任。

**第九条** 本公司章程自生效之日起，即成为规范公司的组织与行为、公司与股东、股东与股东之间权利义务关系的、具有法律约束力的文件。股东可以依据公司章程起诉公司；公司可以依据公司章程起诉股东、董事、监事、总经理和其他高级管理人员；股东可以依据公司章程起诉股东；股东可以依据公司章程起诉公司的董事、监事、总经理和其他高级管理人员。

**第十条** 本章程所称其他高级管理人员是指公司的副总经理、董事会秘书、财务负责人、总工程师、总经济师、总会计师。

## 第二章 经营宗旨和范围

**第十一条** 公司的经营宗旨：建立高效的经营管理机制，使企业稳健的发展，使股东获得满意的经济回报，为社会繁荣和人类进步尽企业的责任。

**第十二条** 经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020727

品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；备案范围进出口业务。

## 第三章　　股　份

### 第一节　　股份发行

第十三条　公司的股份采取股票的形式。

第十四条　公司发行的所有股份均为普通股。

第十五条　公司股份的发行，实行公开、公平、公正的原则，同股同权，同股同利。

第十六条　公司发行的股票，以人民币标明面值。

第十七条　公司的总股本为 15562.5 万股。其中：

1、北新集团建材股份有限公司持有 6536.25 万股，占公司总股本的 42%；

2、泰安市东联投资贸易有限公司持有 3579.375 万股，占公司总股本的 23%；

3、泰安市国有资产经营有限公司持有 2490 万股，占公司总股本的 16%；

4、泰安市安信投资贸易有限公司持有 2178.75 万股，占公司总股本的 14%；

5、贾同春持有 778.125 万股，占公司总股本的 5%。

### 第二节　　股份增减

第十八条　公司根据经营和发展的需要，依照法律、法规的规定，经股东大会分别作出决议，可以采用下列方式增加资本：

（一）向现有股东配售股份；

（二）向现有股东派送红股；

（三）以公积金转增股本；

（四）法律、行政法规规定批准的其他方式。

第十九条　公司增加股份时，现有股东在同等条件下对新增加的股份有优先认购权。

第二十条　根据公司章程的规定，公司可以减少注册资本。公司减少注册资本，按照《公司法》以及其他有关规定和公司章程规定的程序办理。

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

### 第三节　股份转让

第二十一条　股东持有的股份可以依法转让。公司其他股东转让所持公司股份时，北新集团建材股份有限公司在同等条件下有优先购买权。

第二十二条　发起人持有的公司股票，自公司成立之日起一年以内不得转让。

第二十三条　公司不得收购本公司股份。但是，有下列情形之一的除外：

（一）减少公司注册资本；

（二）与持有本公司股份的其他公司合并；

（三）将股份奖励给本公司职工；

（四）股东因对股东大会作出的公司合并、分立决议持异议，要求公司收购其股份的。

公司因前款第（一）项至第（三）项的原因收购本公司股份的，应当经股东大会决议。公司依照前款规定收购本公司股份后，属于第（一）项情形的，应当自收购之日起十日内注销；属于第（二）项、第（四）项情形的，应当在六个月内转让或者注销。

公司依照前款第（三）项规定收购的本公司股份，不得超过本公司已发行股份总额的百分之五；用于收购的资金应当从公司的税后利润中支出；所收购的股份应当在一年内转让给职工。

公司不得接受本公司的股票作为质押权的标的。

### 第四章　股东和股东大会

### 第一节　　股　东

第二十四条　公司股东为依法持有公司股份的人。

股东按其所持有股份的种类享有权利，承担义务，持有同一种类股份的股东，享有同等权利，承担同种义务。

第二十五条　股东名册是证明股东持有公司股份的充分证据。公司应建立股东名册。

第二十六条　公司股东享有下列权利：

（一）依照其所持有的股份额获得股利和其他形式的利益分配；

（二）参加或者委派股东代理人参加股东会议；

4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

(三)依照其所持有的股份份额行使表决权；

(四)对公司的经营行为进行监督，提出建议或者质询；

(五)依照法律、行政法规及公司章程的规定转让、赠与或质押其所持有的股份；

(六)依照法律、公司章程的规定获得有关信息，包括查阅公司章程和文件；

(七)公司终止或者清算时，按其所持有的股份份额参加公司剩余财产的分配；

(八)法律、行政法规及公司章程所赋予的其他权利。

第二十七条　股东大会、董事会的决议违反法律、行政法规，侵犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

第二十八条　公司股东承担下列义务：

(一)遵守公司章程；

(二)依其所认购的股份和入股方式缴纳股金；

(三)除法律、法规规定的情形外，不得退股；

(四)法律、行政法规及公司章程规定应当承担的其他义务。

## 第二节　股东大会

第二十九条　股东大会由全体股东组成，是公司的最高权力机构，依法行使下列职权：

(一)决定公司的经营方针和投资计划；

(二)选举和更换非由职工代表出任的董事、监事，决定有关董事、监事的报酬事项；

(三)审议批准董事会的报告；

(四)审议批准监事会或者监事的报告；

(五)审议批准公司的年度财务预算方案、决算方案；

(六)审议批准公司的利润分配方案和弥补亏损方案；

(七)对公司增加或者减少注册资本作出决议；

(八)对发行公司债券作出决议；

(九)对公司合并、分立、解散、清算或者变更公司形式作出决议；

(十)修改公司章程；

(十一)审议法律、法规和公司章程规定应当由股东大会决定的其他事项。

对前款所列事项股东以书面形式一致表示同意的，可以不召开股东会会议，

5

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020730

直接作出决定，并由全体股东在决定文件上签名、盖章。

第三十条　股东大会分为股东年会和临时股东大会。股东年会每年召开一次，并应于上一个会计年度充结之后的六个月之内举行。

第三十一条　有下列情形之一的，公司在事实发生之日起两个月以内召开临时股东大会：

（一）董事人数不足《公司法》规定的法定最低人数，或者少于章程所定人数的2/3时；

（二）公司未弥补的亏损达股本总额的1/3时；

（三）单独或者合并持有公司有表决权股份总数10%(不含投票代理权)以上的股东书面请求时；

（四）董事会认为必要时；

（五）监事会提议召开时；

（六）公司章程规定的其他情形。

第三十二条　临时股东大会只对通知中列明的事项作出决议。

第三十三条　股东大会会议由董事会依法召集，由董事长主持；董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事主持；董事会不能履行或者不履行召集股东会会议职责的，监事会应当及时召集和主持；监事会不召集和主持的，连续九十日以上单独或者合并持有公司百分之十以上股份的股东可以自行召集和主持。

第三十四条　公司召开股东大会会议，董事会应当将会议召开的时间、地点和审议事项于会议召开二十日以前以书面方式（传真有效）通知公司各股东；临时股东大会应当于召开十五日前通知各股东。经公司全体股东同意，上述二十日、十五日的通知时限可以豁免或适当缩短。

第三十五条　股东可以亲自出席股东大会，也可以委托代理人代为出席和表决。股东应以书面形式委托代理人，由委托人签署或者由其以书面形式委托的代理人签署；委托人为法人的，应当加盖法人印章或者由其正式委任的代理人签署。

第三十六条　股东出具的委托他人出席股东大会的授权委托书应当载明下列内容：

（一）代理人的姓名；

（二）是否具有表决权；

8

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（三）分别对列入股东大会议程的每一审议事项投赞成、反对或弃权票的指示；

（四）委托书签发日期和有效期限；

（五）委托人签名（或盖章）。委托人为法人股东的，应加盖法人单位印章。

委托书应当注明如果股东不作具体指示，股东代理人是否可以按自己的意思表决。

第三十七条　出席会议人员的签名册由公司负责制作。签名册载明参加会议人员姓名（或单位名称）、身份证号码、住所地址、持有或者代表有表决权的股份数额、被代理人姓名（或单位名称）等事项。

第三十八条　监事会或者股东要求召集临时股东大会的，应当按照下列程序办理：

（一）签署一份或者数份同样格式内容的书面要求，提请董事会召集临时股东大会，并阐明会议议题。董事会在收到前述书面要求后，应当尽快发出召集临时股东大会的通知。

（二）如果董事会在收到前述书面要求后三十日内没有发出召集会议的通知，提出召集会议的监事会或者股东可以在董事会收到该要求后三个月内自行召集临时股东大会。召集的程序应当尽可能与董事会召集股东会议的程序相同。监事会或者股东因董事会未应前述要求举行会议而自行召集并举行会议的，由公司给予监事会或者股东必要协助，并承担会议费用。

第三十九条　股东大会召开的会议通知发出后，除有不可抗力或者其它意外事件等原因，董事会不得变更股东大会召开的时间。

第四十条　董事会人数不足《公司法》规定的法定最低人数，或者少于章程规定人数的三分之二，或者公司未弥补亏损额达到股本总额的三分之一，董事会未在规定期限内召集临时股东大会的，监事会或者股东可以按照本章程规定的程序自行召集临时股东大会。

### 第三节　股东大会提案

第四十一条　公司召开股东大会，单独或者合计持有公司百分之三以上股份的股东，可以在股东大会召开十日前提出临时提案并书面提交董事会；董事会应当在收到提案后二日内通知其他股东，并将该临时提案提交股东大会审议。

第四十二条　股东大会提案应当符合下列条件：

（一）内容与法律、法规和章程的规定不相抵触，并且属于公司经营范围和股东大会职责范围；

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

(二)有明确议题和具体决议事项；

(三)以书面形式提交或送达董事会。

第四十三条　公司董事会应当以公司和股东的最大利益为行为准则，按照本节第四十二条的规定对股东大会提案进行审查。

第四十四条　董事会决定不将股东大会提案列入会议议程的，应当在该次股东大会上进行解释和说明。

## 第四节　股东大会决议

第四十五条　股东(包括股东代理人)以其所代表的有表决权的股份数额行使表决权，每一股份享有一票表决权。

第四十六条　股东大会决议分为普通决议和特别决议。

股东大会作出普通决议，应当由出席股东大会的股东(包括股东代理人)所持表决权的二分之一以上通过。

股东大会作出特别决议，应当由出席股东大会的股东(包括股东代理人)所持表决权的三分之二以上通过。

第四十七条　下列事项由股东大会以普通决议通过：

(一)董事会和监事会的工作报告；

(二)公司年度预算方案、决算方案；

(三)公司年度报告；

(四) 董事会拟定的利润分配方案和弥补亏损方案；

(五) 董事会和监事会成员的任免及其报酬和支付方法；

(六)除法律、行政法规规定或者公司章程规定应当以特别决议通过以外的其他事项。

第四十八条　下列事项由股东大会以特别决议通过：

(一)公司增加或者减少注册资本；

(二)发行公司债券；

(三)公司的分立、合并、解散和清算；

(四)公司章程的修改；

(五)回购本公司股票；

(六)公司章程规定和股东大会以普通决议认定会对公司产生重大影响的、需要以特别决议通过的其他事项。

第四十九条　非经股东大会以特别决议批准，公司不得与董事、经理和其它

8

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020733

高级管理人员以外的人订立将公司全部或者重要业务的管理交予该人负责的合同。

第五十条　股东大会采取记名方式投票表决或举手表决，并由清点人代表当场公布表决结果。

第五十一条　会议主持人根据表决结果决定股东大会的决议是否通过，并应当在会上宣布表决结果。决议的表决结果载入会议记录。

第五十二条　会议主持人如果对提交表决的决议结果有任何怀疑，可以对所投票数进行点算；如果会议主持人未进行点票，出席会议的股东或者股东代理人对会议主持人宣布结果有异议的，有权在宣布表决结果后立即要求点票，会议主持人应当即时点票。

第五十三条　除涉及公司商业秘密不能在股东大会上公开外，董事会和监事会应当对股东的质询和建议作出答复或说明。

第五十四条　股东大会应有会议记录。会议记录记载以下内容：

(一)出席股东大会的有表决权的股份数，占公司总股份的比例；

(二)召开会议的日期、地点；

(三)会议主持人姓名、会议议程；

(四)各发言人对每个审议事项的发言要点；

(五)每一表决事项的表决结果；

(六)股东的质询意见、建议及董事会、监事会的答复或说明等内容；

(七)股东大会认为和公司章程规定应当载入会议记录的其他内容。

第五十五条　股东大会记录由出席会议的股东、董事和主持人签名，并作为公司档案由董事会秘书保存。股东大会会议记录的保管期限为永久性保存。

第五十六条　股东大会到会人数、参会股东持有的股份数额、授权委托书、每一表决事项的表决结果。会议记录、会议程序的合法性等事项，可以进行公证。

## 第五章　董事会

### 第一节　董　事

第五十七条　公司董事为自然人。董事无需持有公司股份。

第五十八条　董事由股东大会选举或更换，任期三年。董事任期届满，可连选连任。董事在任期届满以前，股东大会不得无故解除其职务。

董事任期从股东大会决议通过之日起计算，至本届董事会任期届满时为止。

9

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020734

第五十九条 董事应当谨慎、认真、勤勉地行使公司所赋予的权利，以保证：

（1）公司的商业行为符合国家的法律、行政法规以及国家各项经济政策的要求，商业活动不超越营业执照规定的业务范围；

（2）公平对待所有股东；

（3）认真阅读公司的各项商务、财务报告，及时了解公司业务经营管理状况；

（4）亲自行使被合法赋予的公司管理处置权，不得受他人操纵；非经法律、行政法规允许或者得到股东大会在知情的情况下批准，不得将其处置权转授他人行使；

（5）接受监事会对其履行职责的合法监督和合理建议。

第六十条 董事任期届满未及时改选，或者董事在任期内辞职导致董事会成员低于法定人数的，在改选出的董事就任前，原董事仍应当依照法律、行政法规和公司章程的规定，履行董事职务。

第六十一条 董事可以在任期届满以前提出辞职。董事辞职应当向董事会提交书面辞职报告。任职尚未结束的董事，对因其擅自离职使公司造成的损失，应当承担赔偿责任。

### 第二节　董事会

第六十二条 公司设董事会，对股东大会负责。

第六十三条 董事会由五名董事组成，设董事长一人。其中，北新集团建材股份有限公司和泰安市东联投资贸易有限公司共同提名3名董事，泰安市国有资产经营有限公司提名1名董事，泰安市安信投资贸易有限公司及贾同睿共同提名1名董事。

第六十四条 董事会行使下列职权：

(一)负责召集股东大会，并向大会报告工作；

(二)执行股东大会的决议；

(三)决定公司的经营计划和投资方案；

(四)制订公司的年度财务预算方案、决算方案；

(五)制订公司的利润分配方案和弥补亏损方案；

(六)制订公司增加或者减少注册资本、发行债券或其他证券及上市方案；

10

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

(七)拟订公司重大收购、回购本公司股票或者合并、分立和解散方案；

(八)在股东大会授权范围内，决定公司的风险投资、资产抵押及其他担保事项；

(九)决定公司内部管理机构的设置；

(十)聘任或者解聘公司总经理、董事会秘书、公开招聘的财务负责人；根据总经理的提名，聘任或者解聘公司副总经理等高级管理人员；并决定上述人员的报酬事项和奖惩事项；

(十一)制定公司的基本管理制度；

(十二)制订公司章程的修改方案；

(十三)听取公司经理的工作汇报并检查经理的工作；

(十四)法律、法规或公司章程规定，以及股东大会授予的其他职权。

第六十五条　董事会制定董事会议事规则，以确保董事会的工作效率和科学决策。

第六十六条　董事长由公司董事担任，以全体董事中的过半数选举产生和罢免。

第六十七条　董事长行使下列职权：

(一)主持股东大会和召集、主持董事会会议；

(二)督促、检查董事会决议的执行；

(三)签署公司股票、公司债券及其他有价证券；

(四)签署董事会重要文件和其他应由公司法定代表人签署的其他文件；

(五)行使法定代表人的职权；

(六)在发生特大自然灾害等不可抗力的紧急情况下，对公司事务行使符合法律规定和公司利益的特别处置权，并在事后向公司董事会和股东大会报告；

(七)董事会授予的其他职权。

第六十八条　董事会每年至少召开两次会议，由董事长召集，于会议召开十日以前书面通知全体董事。

第六十九条　有下列情形之一的，董事长应在十个工作日内召集临时董事会会议：

(一) 1/3 以上董事联名提议时；

(二)监事会提议时；

(三) 代表十分之一以上表决权的股东提议时。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第七十条　董事会召开临时董事会会议的通知方式可以为专人送出或传真通知；通知时限为会议召开十日前通知。

董事长召集和主持董事会会议，检查董事会决议的实施情况。董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事履行职务。

第七十一条　董事会会议应当由1/2以上的董事出席方可举行。每一董事享有一票表决权。董事会作出决议，必须经全体董事的过半数通过。

第七十二条　董事会临时会议在保障董事充分表达意见的前提下，可以用传真方式进行并作出决议，并由参会董事签字。

第七十三条　董事会会议应当由董事本人出席，董事因故不能出席的，可以书面委托其他董事代为出席。

第七十四条　委托书应当载明代理人的姓名，代理事项、权限和有效期限，并由委托人签名或盖章。

第七十五条　代为出席会议的董事应当在授权范围内行使董事的权利。董事未出席董事会会议，亦未委托代表出席的，视为放弃在该次会议上的投票权。

第七十六条　董事会决议表决方式为记名式投票表决。每名董事有一票表决权。

第七十七条　董事会会议应当有记录，出席会议的董事和记录人，应当在会议记录上签名。出席会议的董事有权要求在记录上对其在会议上的发言作出说明性记载。董事会会议记录作为公司档案由董事会秘书保存。董事会会议记录的保管期限为永久性保存。

第七十八条　董事会会议记录包括以下内容：

(一)会议召开的日期、地点和召集人姓名；

(二)出席董事的姓名以及受他人委托出席董事会的董事(代理人)姓名；

(三)会议议程；

(四)董事发言要点；

(五)每一决议事项的表决方式和结果(表决结果应载明赞成、反对或弃权的票数)。

第七十九条　董事应当在董事会决议上签字并对董事会的决议承担责任。董事会决议违反法律、法规或者章程，致使公司遭受损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

12

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020737

### 第三节 董事会秘书

第八十条 董事会设置董事会秘书。董事会秘书是公司高级管理人员，对董事会负责。

第八十一条 董事会秘书应当具有必备的专业知识和经验，由董事会委任。

第八十二条 董事会秘书的主要职责是：

（一）准备和递交国家有关部门要求的董事会和股东大会出具的报告和文件；

（二）筹备董事会会议和股东大会，并负责会议的记录和会议文件、记录的保管；

（三）负责公司信息披露事务，保证公司信息披露的及时、准确、合法、真实和完整；

（四）保证有权得到公司有关记录和文件的人及时得到有关文件和记录。

第八十三条 董事或者其他高级管理人员可以兼任公司董事会秘书。

第八十四条 董事会秘书由董事长提名，经董事会聘任或者解聘。董事兼任董事会秘书的，如某一行为需由董事、董事会秘书分别作出时，则该兼任董事及公司董事会秘书的人不得以双重身份作出。

### 第六章 总经理

第八十五条 公司设总经理一名，由董事会聘任或解聘。董事可受聘兼任总经理或者其他高级管理人员。

第八十六条 总经理每届任期三年，总经理连聘可以连任。

第八十七条 总经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，并向董事会报告工作；

（二）组织实施董事会决议、公司年度计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制定公司的具体规章；

（六）提请董事会聘任或者解聘公司除董事会秘书、财务负责人以外的其他高级管理人员；

（七）聘任或者解聘除应由董事会聘任或者解聘以外的管理人员；

（八）拟定公司职工的工资、福利、奖惩，决定公司职工的聘用和解聘；

13

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020738

(九)提议召开董事会临时会议;

(十)公司章程或董事会授予的其他职权。

第八十八条  总经理及其他高级管理人员列席董事会会议。

第八十九条  总经理应当根据董事会或者监事会的要求,向董事会或者监事会报告公司重大合同的签订、执行情况,资金运用情况和盈亏情况。总经理必须保证该报告的真实性。

第九十条  总经理拟定有关职工工资、福利、安全生产以及劳动保护、劳动保险、解聘(或开除)公司职工等涉及职工切身利益的问题时,应当事先听取工会和职代会的意见。

第九十一条  公司总经理应当遵守法律、行政法规和公司章程的规定,履行诚信和勤勉的义务。

第九十二条  总经理可以在任期届满以前提出辞职。有关总经理辞职的具体程序和办法由总经理与公司之间的劳务合同规定。

第九十三条  公司应当建立总经理和其他高级管理人员的薪酬与公司绩效和个人业绩相联系的激励机制,以吸引人才,保持该等人员的稳定。

第九十四条  公司对总经理和其他高级管理人员的绩效评价应成为确定该等人员薪酬以及其他激励方式的依据。

第九十五条  总经理和其他高级管理人员违反法律、法规和公司章程规定,致使公司遭受损失的,公司董事会应积极采取措施追究其法律责任。

### 第七章  监事会

#### 第一节  监  事

第九十六条  监事由股东代表和公司职工代表担任。北新集团建材股份有限公司提名 1 名监事,其他股东共同提名 1 名监事,公司职工代表担任的监事 1 名。

第九十七条  董事、总经理和其他高级管理人员不得兼任监事。

监事应具有法律、会计等方面的专业知识或工作经验。监事会的人员和结构应确保监事会能够独立有效地行使对董事、总经理和其他高级管理人员及公司财务的监督和检查。

第九十八条  监事每届任期三年。股东担任的监事由股东大会选举或更换,职工担任的监事由公司职工民主选举产生或更换,监事连选可以连任。

14

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020739

第九十九条　监事可以列席董事会会议，并对董事会决议事项提出质询和建议。

第一百条　监事可以在任期届满以前提出辞职，章程第五章有关董事辞职的规定，适用于监事。

第一百〇一条　监事应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

### 第二节　监事会

第一百〇二条　公司设监事会。监事会由三名监事组成，设监事会主席一人，由全体监事过半数选举产生。监事会主席召集和主持监事会会议；监事会主席不能履行职务或者不履行职务的，由半数以上监事共同推举一名监事召集和主持监事会会议。

第一百〇三条　监事会行使下列职权：

(一)检查公司的财务；

(二) 对董事、总经理和高级管理人员执行公司职务的违法行为进行监督，对违反法律、行政法规、公司章程或者股东会决议的董事、总经理和高级管理人员提出罢免的建议；

(三)当董事、总经理和其他高级管理人员的行为损害公司的利益时，要求其予以纠正，必要时向股东大会或国家有关主管机关报告；

(四)提议召开临时股东大会，在董事会不履行《公司法》和公司章程规定的召集和主持股东大会会议职责时召集和主持股东大会会议；

(五) 向股东大会会议提出提案；

(六) 依照《公司法》第一百五十二条的规定，对董事、高级管理人员提起诉讼；

(七)公司章程规定或股东大会授予的其他职权。

第一百〇四条　监事会可要求公司董事、总经理及其他高级管理人员、内部及外部审计人员出席监事会会议，回答所关注的问题。监事会发现董事、总经理和其他高级管理人员存在违反法律、法规或公司章程的行为，可以向董事会、股东大会反映，也可以直接向有关部门报告。监事会行使职权时，必要时可以聘请律师事务所、会计师事务所等专业性机构给予帮助，由此发生的费用由公司承担。

第一百〇五条　监事会每六个月至少召开一次会议，监事可以提议召开临时

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020740

监事会会议。会议通知应当在会议召开十日以前书面（传真有效）送达全体监事。

### 第三节 监事会决议

第一百〇六条 监事会会议应当由监事本人出席。监事会决议的表决方式采取记名方式投票表决。

第一百〇七条 监事会的表决程序为：监事会会议应当由二分之一以上的监事出席方可举行。每一监事有一票表决权。监事会作出决议，必须经全体监事的二分之一以上通过。

第一百〇八条 监事会会议应有记录，出席会议的监事和记录人，应当在会议记录上签名。监事有权要求在记录上对其在会议上的发言作出某种说明性记载。监事会会议记录作为公司档案由董事会秘书保存。监事会会议纪录保管期限为永久性保存。

### 第八章 公司董事、监事、高级管理人员的资格和义务

第一百〇九条 有下列情形之一的，不得担任公司的董事、监事、高级管理人员：

（一）无民事行为能力或者限制民事行为能力；

（二）因贪污、贿赂、侵占财产、挪用财产或者破坏社会主义市场经济秩序，被判处刑罚，执行期满未逾五年，或者因犯罪被剥夺政治权利，执行期满未逾五年；

（三）担任破产清算的公司、企业的董事或者厂长、经理，对该公司、企业的破产负有个人责任的，自该公司、企业破产清算完结之日起未逾三年；

（四）担任因违法被吊销营业执照、责令关闭的公司、企业的法定代表人，并负有个人责任的，自该公司、企业被吊销营业执照之日起未逾三年；

（五）个人所负数额较大的债务到期未清偿。

公司违反前款规定选举、委派董事、监事或者聘任高级管理人员的，该选举、委派或者聘任无效。

董事、监事、高级管理人员在任职期间出现本条第一款所列情形的，公司应当解除其职务。

第一百一十条 董事、监事、高级管理人员应当遵守法律、行政法规和公司章程，对公司负有忠实义务和勤勉义务。

16

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020741

董事、监事、高级管理人员不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产。

第一百一十一条 董事、高级管理人员不得有下列行为：

（一）挪用公司资金；

（二）将公司资金以其个人名义或者以其他个人名义开立账户存储；

（三）违反公司章程的规定，未经股东大会或者董事会同意，将公司资金借贷给他人或者以公司财产为他人提供担保；

（四）违反公司章程的规定或者未经股东大会同意，与本公司订立合同或者进行交易；

（五）未经股东大会同意，利用职务便利为自己或者他人谋取属于公司的商业机会，自营或者为他人经营与所任职公司同类的业务；

（六）接受他人与公司交易的佣金归为己有；

（七）擅自披露公司秘密；

（八）违反对公司忠实义务的其他行为。

董事、高级管理人员违反前款规定所得的收入应当归公司所有。

第一百一十二条 董事、监事、高级管理人员执行公司职务时违反法律、行政法规或者公司章程的规定，给公司造成损失的，应当承担赔偿责任。

第一百一十三条 股东大会要求董事、监事、高级管理人员列席会议的，董事、监事、高级管理人员应当列席并接受股东的质询。

董事、高级管理人员应当如实向监事会提供有关情况和资料，不得妨碍监事会或者监事行使职权。

第一百一十四条 董事、高级管理人员有《公司法》第一百五十条规定的情形的，单独或者合计持有公司百分之一以上股份的股东，可以书面请求监事会向人民法院提起诉讼；监事有《公司法》第一百五十条规定的情形的，前述股东可以书面请求董事会向人民法院提起诉讼。

监事会或者董事会收到前款规定的股东书面请求后拒绝提起诉讼，或者自收到请求之日起三十日内未提起诉讼，或者情况紧急、不立即提起诉讼将会使公司利益受到难以弥补的损害的，前款规定的股东有权为了公司的利益以自己的名义直接向人民法院提起诉讼。

他人侵犯公司合法权益，给公司造成损失的，本条第一款规定的股东可以依照前两款的规定向人民法院提起诉讼。

17

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020742

第一百一十五条　董事、高级管理人员违反法律、行政法规或者公司章程的规定，损害股东利益的，股东可以向人民法院提起诉讼。

## 第九章　财务会计制度、利润分配和审计

### 第一节　财务会计制度

第一百一十六条　公司依照法律、行政法规和国家有关部门的规定，建立公司的财务、会计制度。

第一百一十七条　公司在每一会计年度终了时编制公司年度财务报告，并依法审查验证。

第一百一十八条　公司年度财务报告，包括下列内容：

(1)资产负债表；

(2)利润表及利润分配表；

(3)现金流量表；

(4)会计报表附注；

第一百一十九条　年度财务报告按照有关法律、法规的规定进行编制。

第一百二十条　公司除法定的会计帐册外，不另立会计帐册。公司的资产，不以任何个人名义开立帐户存储。

第一百二十一条　公司交纳所得税后的利润，按下列顺序分配：

(1)弥补上一年度的亏损；

(2)提取法定公积金 10%；

(3 提取任意公积金；

(4)支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不再提取。提取法定公积金、公益金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金、公益金之前向股东分配利润。

第一百二十二条　股东大会决议将公积金转为股本时，按股东原有股份比例派送新股。但法定公积金转为股本时，所留存的该项公积金不得少于注册资本的 25%。

第一百二十三条　公司股东大会对利润分配方案作出决议后，公司董事会须在股东大会召开后两个月内完成股利(或股份)的派发事项。

第一百二十四条　公司可以采取现金或者股票方式分配股利。

18

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020743

### 第二节　　内部审计

第一百二十五条　公司实行内部审计制度，配备专、兼职审计人员，对公司财务收支和经济活动进行内部审计监督。

第一百二十六条　公司内部审计制度和审计人员的职责，应当经董事会批准后实施。审计负责人向董事会负责并报告工作。

### 第十章　合并、分立、解散和清算

### 第一节　　合并或分立

第一百二十七条　公司可以依法进行合并或者分立。

公司合并可以采取吸收合并和新设合并两种形式。

第一百二十八条　公司合并或者分立，按照下列程序办理：

（一）董事会拟订合并或者分立方案；

（二）股东大会依照章程的规定作出决议；

（三）各方当事人签订合并或者分立合同；

（四）依法办理有关审批手续；

（五）处理债权、债务等各项合并或者分立事宜；

（六）办理解散登记或者变更登记。

第一百二十九条　公司合并或者分立，合并或者分立各方应当编制资产负债表和财产清单。公司自股东大会作出合并或者分立决议之日起十日内通知债权人，并于三十日内在报纸上公告。

第一百三十条　债权人自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起四十五日内，有权要求公司清偿债务或者提供相应的担保。公司不能清偿债务或者提供相应担保的，不进行合并或者分立。

第一百三十一条　公司合并或者分立时，公司董事会应当采取必要的措施保护反对公司合并或者分立的股东的合法权益。

第一百三十二条　公司合并或者分立各方的资产、债权、债务的处理，通过签订合同加以明确规定。

公司合并后，合并各方的债权、债务，由合并后存续的公司或者新设的公司承继。

公司分立前的债务按所达成的协议由分立后的公司承担。

第一百三十三条　公司合并或者分立，登记事项发生变更的，依法向公司登

19

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020744

记机关办理变更登记；公司解散的，依法办理公司注销登记；设立新公司的，依法办理公司设立登记。

### 第二节 解散和清算

第一百三十四条 有下列情形之一的，公司应当解散并依法进行清算：

(一)营业期限届满；

(二)股东大会决议解散；

(三)因合并或者分立而解散；

(四)不能清偿到期债务依法宣告破产；

(五)违反法律、法规被依法责令关闭。

第一百三十五条 公司因有本节前条第(一)、(二)项情形而解散的，应当在十五日内成立清算组。清算组人员由股东大会以特别决议的方式选定。

公司因有本节前条(三)项情形而解散的，清算工作由合并或者分立各方当事人依照合并或者分立时签订的合同办理。

公司因有本节前条(四)项情形而解散的，由人民法院依照有关法律的规定，组织股东、有关机关及专业人员成立清算组进行清算。

公司因有本节前条(五)项情形而解散的，由有关主管机关组织股东，有关机关及专业人员成立清算组进行清算。

第一百三十六条 清算组成立后，董事会、总经理的职权立即停止。清算期间，公司不得开展新的经营活动。

第一百三十七条 清算组在清算期间行使下列职权：

(一)通知或者公告债权人；

(二)清理公司财产、编制资产负债表和财产清单；

(三)处理公司未了结的业务；

(四)清缴所欠税款；

(五)清理债权、债务；

(六)处理公司清偿债务后的剩余财产；

(七)代表公司参与民事诉讼活动。

第一百三十八条 清算组应当自成立之日起十日内通知债权人，并于六十日内在报纸上公告。

第一百三十九条 债权人应当在章程规定的期限内向清算组申报其债权。债权人申报债权时，应当说明债权的有关事项，并提供证明材料。清算组应当对

20

TG 0020745

债权进行登记。

第一百四十条　清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东大会或者有关主管机关确认。

第一百四十一条　公司财产按下列顺序清偿：

(一)支付清算费用；

(二)支付公司职工工资和劳动保险费用；

(三)交纳所欠税款；

(四)清偿公司债务；

(五)按股东持有的股份比例进行分配。

公司财产未按前款第(一)至(四)项规定清偿前，不分配给股东。

第一百四十二条　清算组在清理公司财产、编制资产负债表和财产清单后，认为公司财产不足清偿债务的，应当向人民法院申请宣告破产。公司经人民法院宣告破产后，清算组应当将清算事务移交给人民法院。

第一百四十三条　清算结束后，清算组应当制作清算报告，以及清算期间收支报表和财务帐册，报股东大会或者有关主管机关确认。

清算组应当自股东大会或者有关主管机关对清算报告确认之日起三十日内，依法向公司登记机关办理注销公司登记，并公告公司终止。

第一百四十四条　清算组人员应当忠于职守，依法履行清算义务，不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组人员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

## 第十一章　修改章程

第一百四十五条　有下列情形之一的，公司应当修改章程：

(一)《公司法》或有关法律、行政法规修改后，章程规定的事项与修改后的法律、行政法规的规定相抵触；

(二)公司的情况发生变化，与章程记载的事项不一致；

(三)股东大会决定修改章程。

第一百四十六条　股东大会决议通过的章程修改事项应经主管机关审批的，须报原审批的主管机关批准；涉及公司登记事项的，依法办理变更登记。

第一百四十七条　董事会依照股东大会修改章程的决议和有关主管机关的审批意见修改公司章程。

21

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020746

## 第十二章　附　则

第一百四十八条　董事会可依照章程的规定，制订章程细则。章程细则不得与章程的规定相抵触。

第一百四十九条　本章程以中文书写，其他任何语种或不同版本的章程与本章程有歧义时，以在山东省工商局最近一次核准登记后的中文版章程为准。

第一百五十条　本章程所称"以上"、"以内"、"以下"，都含本数；"不满"、"以外"不含本数。

第一百五十一条　本章程由公司董事会负责解释。



22

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

此页无正文，为《泰山石膏股份有限公司章程》股东签字页

北新集团建材股份有限公司

代表签字：

泰安市国有资产经营有限公司

代表签字：

泰安市安信投资咨询有限公司

代表签字：

泰安市东联投资贸易有限公司

代表签字：

贾同春（签字）

2007 年 6 月 20 日

23

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020748