# EXHIBIT L

Shangdong Taihe Dongxing Co., Ltd.

2005 Annual Shareholder Meeting Resolution

On April 15, 2005, Shangdong Taihe Dongxing Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") called the 2005 annual shareholding meeting at the Ramada Hotel in Taian City. All the Company's shareholders have designated representative to attend the meeting, representing 155.625 million shares or 10.5% of the total shares which is in compliance with the relevant provisions un the <Company Law> and <The Company's Articles of Incorporation> and reached a quorum where resolutions shall be legal and effective. The meeting was chaired by the Company's Chairman Jia Tongchun. After full discussion, all shareholders present at the meeting agreed unanimously and reached the following resolutions:

1. <Regarding the report on the Company's overall business in 2005 and plans for 2006>

   All shareholders carefully reviewed the <Report on the Company's overall business in 2005 and plans for 2006> and gave the Company full recognition for its work in 2005 and agree to the plan and arrangement for 2006.

2. <Regarding the report on the Company's financial accounting for 2005 and financial budget for 2006>

   The shareholder meeting approved the <Report on the Company's financial accounting for 2005 and financial budget for 2006> prepared by the Company's Chief Accountant Mi Weiming. Main economic indicators achieved in 2005: principal business income RMB586.89 million, of which RMB584.33 million came from gypsum board or 99.56% of the total income. Income from the principal business increased by RMB111.35 million or 23.42% from the previous year. Gypsum board sales reached 155.45 million square meters, an increase of 24.05% from the previous year. Total profit reached RMB66.42 million, an increase of RMB34.47 million or 107.89%. After deducting RMB4.49 million in taxes and RMB4.29 million in minority interest, net profit reached RMB57.63 million, an increase of RMB39.72 million from the previous year or 221.83%.

Translation of TG 0020677

EXHIBIT L

Major economic indicators for 2006: production and sales volume: Gypsum board 190 million square meters; revenues: RMB780.24 million, total profit: RMB65.29 million; income taxes: RMB5.29 million; net profit: RMB60 million. Prices for gypsum board of all different brands on average increased 5% from the previous year.

3. &lt;Regarding the proposal for the 2005 profit distribution&gt;

According to report presented by Xinghua Certified Public Accountants in Beijing, in 2005, the Company's net profit came to RMB57628037.60, and after deducting the statutory surplus fund and public welfare fund, the Company's net profit available for distribution to shareholder came to RMB34445191.64. Since the Company is rapidly developing and is at the peak of its investment activity, all shareholder unanimously agreed to not distribute profit to the shareholder and use the funds instead in construction and production management.

4. &lt;Regarding the proposal to amend the Company's Articles of Incorporation&gt;

All shareholders unanimously agreed that according to the provisions under the &lt;Company Law&gt;, to amend Article 107 and Article 119 of the Company's Articles of Incorporation as follows:

Article 107   The Company shall have a Board of Supervisors. The Board of Supervisors shall consist of three members with one member as the Supervisor Chairman. In the event the Supervisor Chairman shall be unable to perform his duties, the Chairman shall designate one Supervisor to perform his duties on his behalf.

Article 119   The Company's after-tax profit shall be distributed in the following order:
1.   To make up for prior year's loss;
2.   To set aside 10% statutory surplus fund;
3.   To set aside the discretionary surplus fund;
4.   To pay dividend to the shareholder.
In the event the Company's statutory surplus fund shall be more than 50% of the Company's registered capital, there shall be no need to set it aside again. After

Translation of TG 0020678

|   |   |
|---|---|
|   | setting aside the statutory surplus fund, the shareholder meeting shall decide whether there is a need to set aside the discretionary surplus fund. The Company shall not make dividend distribution to the shareholder before making up for the Company's loss and setting aside the statutory surplus fund. |
| 5. | &lt;Regarding the proposal on the Company's outside investment to open more factories&gt; |
| (1) | To jointly construct a gypsum board project in Zhejiang Province Wenzhou City Panshi Town with an annual capacity of 30 million square meters (the designed production capacity of 25 million square meters/year) primarily using the desulfurized gypsum from the power plant and the major market is the southeastern region surrounding Wenzhou City. Land will be provided by the joint venture partner Wenzhou power plant and shall be leased by the joint venture company. The milling system shall be invested by the power plant and we shall be responsible for the operational management. The board manufacturing system shall be jointly invested by both parties. It is planned that the investment will be RMB50 million, registered capital will be RMB15 million where Taihe will account for 70% and Wenzhou will account for 30%. |
| (2) | To construct a gypsum board project in Shaangxi province Weinan City Lingzi District with annual capacity of 20 million square meters. The Foster production line will be moved form Xuzhou and will be primarily using the local desulfurized gypsum and phosphoric gypsum and change the dryer to 8 from 6 levels or make it longer if appropriate. The market for the product will be Shaangxi, Gangsu, Ningxia, Inner Mongolia, Qinghai, Henan etc. Land should be 100 acres (considering a two-stage construction). The planned investment will be RMB50 million and Taihe will account for 80% of the registered capital and Beixin Building Material will account for 20%. |
| (3) | To continue site selection for the new project, and considering locations such as Liaoning Yingkou, Guangdong, Zhenzhou, Hefei etc. To select a good location to build a factory. |
| 6. | &lt;Regarding the proposal to increase the registered capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd.&gt; |
|   | To raise construction and development capital, all shareholders unanimously agreed to grant the finance department's request to increase capital in Jiangjing Taishan Gypsum Building Material Co., Ltd. and Hubei Taishan Gypsum Building Material Co., Ltd. Between the two companies, Beixin Group Building Material Co., Ltd. has increased its stake to 20% as follows: |

Translation of TG 0020679

(1) Increase in capital investment in Jiangjing Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB13.75 million. Of which, Taihe has converted the RMB11 million capital surplus into capital. Beixin Group Building Material Co., Ltd. again invested RMB2.75 million, so that the total capital reached RMB28.75 million where Taihe's investment reached RMB23 million or 80% of the registered capital, and Beixin Group Building Material Co., Ltd.'s investment reached RMB5.75 million or 20% of the registered capital. The percentage of the original share ownership stays the same.

(2) Increase in capital in Hubei Taishan Gypsum Building Material Co., Ltd.: to increase the registered capital by RMB23 million. Of which, Beixin Group Building Material Co., Ltd. again invested RMB6.85 million with Taihe's RMB16.15 million for the total capital to reach RMB38 million. Of which, Taihe's investment totaled RMB30.4 million and its share ownership percentage dropped from 95% to 80% of the registered capital. Beixin Group Building Material Co., Ltd.'s investment totaled RMB7.6 million and its shareholding percentage increased from 5% to 20%.

7. &lt;Regarding the proposal for Beixin Group Building Material Co., Ltd. to increase the amount of loan guarantee to Taihe&gt;

To ensure that funds are available for the project construction and production management, all shareholders agreed that the Company shall obtain loan financing from financial institutions. Beixin Group Building Material Co., Ltd. has agreed in principle to keep the original loan guarantee of RMB100 million, and it will appropriately increase new loan guarantee to RMB100 million or to coordinate and resolve the matter in an appropriate manner. Taihe's other shareholders agreed to provide counter guarantee to Beixin Group Building Material Co., Ltd. (or China Building Material Co., Ltd.) under a &lt;Guarantee Contract&gt;. Other shareholders' individual counter-guarantee responsibility: an amount equal to its share ownership percentage in Taihe multiplied by the actual payment amount (including but not limited to the principal and interest) by Beixin Group Building Material Co., Ltd.'s (or China Building Material Co., Ltd.) performance under the &lt;Guarantee Contract&gt;.

April 15, 2006

Translation of TG 0020680

There is no text on this page. This is the shareholders' signature page for the Shangdong Taihe Dongxing Co., Ltd. Articles of Incorporation


Beixin Group Building Material Co., Ltd.
Signature by the Representative: [Signature - illegible]
[Seal - Beixin Group Building Material Co., Ltd.]


Taian City National Asset Management Co., Ltd.
Signature by the Representative: [Signature - Xu [illegible]]
[Seal - Taian City National Asset Management Co., Ltd.]


Taian City Anxin Investment & Trading Co., Ltd.
Signature by the Representative: [Signature Jia Tongchun]
[Seal - Taian City Anxin Investment & Trading Co., Ltd.]


Taian City Donglian Investment & Trading Co., Ltd.
Signature by the Representative: [Signature – Wan [illegible]]
[Seal - Taian City Donglian Investment & Trading Co., Ltd.]


Jia Tongchun (signature)   Jia Tongchun


April 25, 2005

23

Translation of TG 0020681

# 山东泰和东新股份有限公司
# 2005年度股东大会决议

2006年4月15日，山东泰和东新股份有限公司（以下简称"公司"或"泰和"）在泰安东尊华美达大酒店召开了2005年度股东大会。公司全体股东均派代表出席会议，代表股份15562.5万股，占总股本的10.5%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、《关于公司2005年工作总结及2006年工作安排的报告》

全体股东认真审议了《关于公司2005年工作总结及2006年工作安排的报告》，对公司2005年的工作给予了充分肯定，同意2006年的计划与工作安排。

二、《关于公司2005年度财务决算及2006年度财务预算的报告》

会议审议通过了公司总会计师米为民所作的《关于公司2005年度财务决算及2006年度财务预算的报告》。2005年主要经济指标实现：主营业务收入5.8689亿元，其中纸面石膏板收入5.8433亿元，占总收入比重为99.56%。主营业务收入比上年增加了1.1135亿元，增长23.42%，销售纸面石膏板15545万平方米，比上年增长了24.05%。实现利润总额6642万元，比上年增加了3447万元，增长107.89%。利润总额扣除所得税449万元，扣除少数股东权益429万元，实现净利润5763万元，比上年增加了3972万元，增长221.83%。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020677

2006年主要经济指标计划；产、销量：纸面石膏板19000万㎡；销售收入：78024万元；利润总额：6529万元；所得税：529万元；净利润：6000万元。各种品牌的石膏板价格在上年售价的基础上，平均上涨5%。

三、《关于公司2005年度利润分配的议案》

根据北京市兴华会计师事务所的合并会计报告，公司2005年度共实现净利润57628037.60元，提取法定盈余公积及公益金后，可供股东分配的利润为34445191.64元。因为公司正处于快速发展、投资高峰期，全体股东一致同意2005年度公司实现的净利润不向股东分配，用于项目建设和生产经营。

四、《关于修订公司章程的议案》

全体股东一致同意，根据新《公司法》的有关规定，对《公司章程》第一百零七条和第一百一十九条作如下修订：

第一百零七条  公司设监事会，监事会由三名监事组成，设监事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名监事代行其职权。

第一百一十九条  公司交纳所得税后的利润，按下列顺序分配：

(1)弥补上一年度的亏损；

(2)提取法定公积金10%；

(3)提取任意公积金；

(4)支付股东股利。

公司法定公积金累计额为公司注册资本的50%以上的，可以不

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020678

再提取。提取法定公积金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金之前向股东分配利润。

五、《关于公司对外投资建厂的议案》

1、在浙江省温州市磐石镇与温州电厂合作建设年产3000万平方米（设计产能2500万平方米/年）纸面石膏板项目，主要利用电厂脱硫石膏，产品市场主要是以温州为中心的东南地区。土地由合资方温州电厂提供，合资公司租用。制粉系统由电厂方投资，我方负责经营管理，制板系统双方合资，计划投资5000万元，注册资本1500万元，泰和占70%，温州电厂方占30%。

2、在陕西省渭南市临渭区建设年产2000万平方米纸面石膏板项目，搬迁徐州法斯特生产线，主要利用当地脱硫石膏和磷石膏，改6层干燥机为8层或适当加长。产品市场为陕西、甘肃、宁夏、内蒙古、青海、河南等地。征地100亩（考虑二期工程），计划投资5000万元，注册资本由泰和占80%，北新建材占20%。

3、继续做好新项目选址工作，对辽宁营口、广东、郑州、合肥等地重点考虑，选择有利位置建厂。

六、《关于江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司增加注册资本的议案》

为筹集建设与发展资金，全体股东一致同意按金融部门的要求对江津泰山石膏建材有限公司、湖北泰山石膏建材有限公司进行增资。在两公司中，北新集团建材股份有限公司均增资至持股比例达到20%，具体如下：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020679

1、江津泰山石膏建材有限公司增资方案：增加注册资本1375万元，其中：泰和将已投入的1100万元资本公积转为资本金，北新集团建材股份有限公司再投入275万元，使总资本达到2875万元，其中泰和出资达到2300万元，占注册资本的80%；北新集团建材股份有限公司出资达到575万元，占注册资本的20%。原持股比例不变。

2、湖北泰山石膏建材有限公司增资方案：增加注册资本2300万元，其中：北新集团建材股份有限公司再投入685万元，泰和再投入1615万元，总资本达到3800万元，其中泰和出资达到3040万元，占注册资本的比例由95%降至80%，北新集团建材股份有限公司出资达到760万元，占注册资本的比例由5%增至20%。

七、《关于北新集团建材股份有限公司对泰和增加贷款担保额度的议案》

为保证项目建设及生产经营所需资金，全体股东同意公司向金融机构借贷融资。北新集团建材股份有限公司原则上同意在保持原贷款担保额度的基础上，为泰和适当增加新的贷款担保额度一亿元，或者由中国建材股份有限公司以适当方式协调解决。泰和其他股东同意为北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任提供反担保，其他股东各自的反担保责任范围为：其在泰和的持股比例乘以北新集团建材股份有限公司（或中国建材股份有限公司）履行《担保合同》项下担保责任的实际偿付金额（包括但不限于本金和利息）所得出的金额。

二〇〇六年四月十五日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020680

（此页无正文，为公司 2005 年度股东大会决议的股东签字页）

股东签字：

北新集团建材股份有限公司

代表人签字：



泰安市国有资产经营有限公司

代表人签字：



泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：



贾同春签字：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020681