# EXHIBIT P

Confidential - Subject to Further Confidentiality Review

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              § MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   § SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 § MAGISTRATE
                                § JUDGE WILKINSON
     _____
 7
                         - - -
 8
         CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9

10
                         - - -
11
                     April 6, 2011
12
                         - - -
13
           CONFIDENTIAL - SUBJECT TO FURTHER
14              CONFIDENTIALITY REVIEW
15                       - - -
16         Videotaped deposition of JIANCHUN
     ZHANG, held at 3 Pedder Street, Central,
17   Hong Kong, China, commencing at 9:12
     a.m., on the above date, before Linda L.
18   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
19   Realtime Reporter and Notary Public.
20
21                       - - -
22
              GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591.5672
                 deps@golkow.com
24
```

EXHIBIT P

Page 150

1 contracts or agreements for the sale of
2 equipment between TG and TTP regarding
3 production lines?
4    A.   I want to confirm something.
5    Q.   Please.
6    A.   I want to clarify.  Are you
7 asking the agreement by saying that TTP
8 or TG, is there any sales of equipment
9 from TTP to TG or from TG to TTP, this
10 kind of agreement for this kind of
11 dealing?
12    Q.   I would like to know about
13 either one, from TG to TTP or from TTP to
14 TG.
15    A.   Yes.
16    Q.   Do you know about the
17 existence of those agreements?
18        MR. STATMAN:  Objection to
19    form, but you can answer.
20        THE WITNESS:  I know.
21 BY MR. MONTOYA:
22    Q.   What do you know?
23    A.   I know these agreements
24 exist.

Page 151

1    Q.   For what?  What is the
2 nature of the agreements?
3    A.   TG sold to TTP their
4 production line and production equipment.
5    Q.   Between 2006 to 2008, did
6 TTP manufacture drywall under the TG
7 brand name?
8        MR. STATMAN:  Objection to
9    form, but you can answer.
10        THE WITNESS:  To be
11    accurate, it is between the year
12    2006 to the year 2007.
13 BY MR. MONTOYA:
14    Q.   That's fine.
15    A.   They did use.
16    Q.   Why was production stopped
17 for drywall by TTP in 2008?
18    A.   For the consideration of
19 economic interests.
20    Q.   What interests were those?
21    A.   To explain this question, it
22 takes quite some time.
23    Q.   Please do.
24    A.   Let me think about it, and

Page 152

1 then I'll summarize it, and then I will
2 give you an answer.
3    Q.   Okay.
4    A.   During the process of the
5 operation of TTP, it was discovered that
6 the customer that required the VAT
7 invoices were not that many.  The
8 capacity for the production of the
9 drywall by TTP was 40 million square
10 meters.
11        Here I need to add a
12 question in order to be able to answer
13 better.
14        MR. MONTOYA:  Is that him
15    speaking or you speaking?
16        INTERPRETER 1:  Him
17    speaking.
18        I need to fix the
19    translation from one word earlier.
20    Now I know what he's talking
21    about.
22        (Interpreter clarification.)
23        To add explanation in order
24    to be able to answer better..

Page 153

1        MR. MONTOYA:  Please do.
2        INTERPRETER 1:  The
3    question, the word is not question
4    on page 107 --
5        (Interpreter clarification.)
6        Here I need to add an
7    explanation in order to be able to
8    answer better.
9        ==THE WITNESS:  In the year==
10    ==between 2006 and 2007, TTP==
11    ==implemented the tax policy coming==
12    ==from the government to cut -- to==
13    ==exempt half of the tax.==  However,
14    TG implemented the policy to
15    talk -- to exempt all the VAT tax.
16    I did mention earlier that during
17    the operations, TTP find out that
18    there were not that many customers
19    requiring VAT invoicing, but it
20    has the production capacity for 40
21    million square meters.  If we have
22    to sell this 40 million square
23    meters of drywall, they have to --
24    they can only follow the policy