# EXHIBIT S

Confidential - Subject to Further Confidentiality Review

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              § MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   § SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 § MAGISTRATE
                                § JUDGE WILKINSON
     _____
 7
                        - - -
 8
          CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
10
                        - - -
11
                    April 6, 2011
12
                        - - -
13
         CONFIDENTIAL - SUBJECT TO FURTHER
14              CONFIDENTIALITY REVIEW
15                      - - -
16       Videotaped deposition of JIANCHUN
     ZHANG, held at 3 Pedder Street, Central,
17   Hong Kong, China, commencing at 9:12
     a.m., on the above date, before Linda L.
18   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
19   Realtime Reporter and Notary Public.
20
21                      - - -
22
              GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591.5672
                  deps@golkow.com               EXHIBIT
24                                                 S
```

Page 138

1  a long time ago.
2     Q.  Did TG have a quality
3  control department from 2006 to 2008?
4     A.  Yes.
5     Q.  Did the other Taishan
6  subsidiaries rely upon advice from the
7  quality control department from TG?
8        MR. STATMAN:  I'm going to
9     object to this as being outside
10    the scope.  If you can answer, go
11    ahead, based on your own personal
12    knowledge.
13       THE WITNESS:  The
14    subsidiaries of TG, they have
15    their own independent QC
16    department.
17 BY MR. MONTOYA:
18    Q.  But do those people in those
19 subsidiaries, do they rely upon the
20 quality control department of TG?
21       MR. MONTOYA:  I'm letting
22    counsel know that I'm asking this
23    question under topic 17.
24       MR. STATMAN:  I understand

Page 139

1     what topic 17 says, and I believe
2     it's outside the scope, but he can
3     go ahead and answer.
4        THE WITNESS:  They don't
5     rely, they are not to rely.  They
6     have their own department.  They
7     can handle it on their own.
8  BY MR. MONTOYA:
9     Q.  Where is your office
10 located, you, personally, your own?
11    A.  At TG.
12    Q.  At a particular plant or
13 factory?
14    A.  Inside an office building.
15    Q.  Where?
16    A.  In the city of Tai'an, the
17 province of Shandong, in China.
18    Q.  Are there any TTP employees
19 in your office?
20       MR. STATMAN:  Objection to
21    form.  It's vague and ambiguous.
22 BY MR. MONTOYA:
23    Q.  You can answer, sir.
24    A.  No.

Page 140

1     Q.  At any time were there any
2  employees of TTP that had offices at TG
3  in the building where your office is?
4     A.  No.
5     Q.  Why was TTP formed?
6     A.  For the purpose of issuing
7  the invoice for VAT.
8     Q.  Could TG do the same type of
9  invoicing for VAT?
10       MR. STATMAN:  Objection,
11    time frame.
12 BY MR. MONTOYA:
13    Q.  From 2006 to 2008?
14    A.  Mr. Attorney, would you mind
15 to ask this question again completely.
16    Q.  Sure.
17       Let me first ask you what
18 you mean by TTP being set up for
19 invoicing VAT?
20    A.  According to the rules of
21 the requirement for the tax, TG needs to
22 set up an independent company.
23    Q.  To do what?
24    A.  What do you mean by "what"?

Page 141

1     Q.  To set up an independent
2  company to do what?
3     A.  To issue the invoice for
4  VAT.
5     Q.  Was that a business
6  advantage for TG?
7        MR. STATMAN:  Objection to
8     form, vague and ambiguous.
9  BY MR. MONTOYA:
10    Q.  You can answer.
11    A.  It is a question related to
12 the finance, so, it is very troublesome
13 to make it clear.
14    Q.  Do your best, please.
15    A.  Some of the customers, they
16 need us to issue the invoices for the VAT
17 purpose.  But TG is an enterprise
18 exempted from the VAT tax.  Let me take a
19 minute to think about it before I respond
20 to you.
21       Do you want me to continue
22 to respond here?
23    Q.  Please, please.
24    A.  The bureau, the tax bureau

Page 142

1  informed TG during the second half of the
2  year 2006, if TG wants to continue to
3  enjoy the exemption for VAT tax, they
4  cannot issue VAT invoices to these
5  customers that requested for the invoices
6  for VAT. But for some of the customers,
7  it is a must that they get the invoices
8  for VAT. In order to fulfill the
9  requirement of these customers that wants
10 to have the VAT invoices, TG must
11 independently establish a company totally
12 independent from TG to produce and to
13 sell the drywalls to the customers that
14 want to have the VAT type of invoices.
15 This company must be totally independent
16 from TG. The tax bureau must monitor
17 this company. It is for the purpose of
18 resolving the problem of issuing VAT
19 invoices. So, after discussion and
20 consultation with the tax bureau, under
21 their suggestion, TG established TTP.
22         When I'm saying this, I
23 don't know whether, Mr. Attorney, whether
24 you can understand me or not.

Page 143

1     Q.   I understand you completely
2  fine.
3         The customers that requested
4  VAT invoicing, were they outside -- were
5  any of them outside of China?
6         MR. STATMAN: Objection to
7  form.
8         THE WITNESS: It is a
9  financial knowledge. I cannot
10 give a professional explanation.
11 BY MR. MONTOYA:
12    Q.   It may be my question that's
13 confusing.
14        Were any of the customers
15 that requested VAT invoicing located
16 outside of China?
17        INTERPRETER 1: Counsel, a
18 lot of time for the questions to
19 be translated into the way the
20 Chinese says it, a lot of time I
21 need to interpret it upside down.
22 So, sometimes I need to finish
23 listening to the whole sentence
24 before I can flip over to

Page 144

1  translate.
2         MR. MONTOYA: Okay. If you
3  could translate the way you think
4  is best, I understand.
5         INTERPRETER 1: Thank you.
6         THE WITNESS: I don't know,
7  because the policy for taxation is
8  different for each country.
9  BY MR. MONTOYA:
10    Q.   Would I need to look at the
11 VAT invoices to see if those customers
12 were outside the United States?
13        INTERPRETER 1: Outside the
14 United States?
15        MR. MONTOYA: I'm sorry,
16 outside of China. Thank you.
17        MR. STATMAN: Can you reask
18 the question.
19 BY MR. MONTOYA:
20    Q.   Would the best way for me to
21 find out if the VAT invoicing was for
22 customers outside of China be to look at
23 the VAT invoices?
24        MR. STATMAN: Objection to

Page 145

1  form, but if you can answer, go
2  ahead.
3         THE WITNESS: I don't
4  understand. What do you mean?
5  BY MR. MONTOYA:
6     Q.   Where are the VAT invoices
7  that we've been discussing for TTP
8  located, the documents?
9         INTERPRETER 1: What?
10        MR. MONTOYA: The documents.
11        THE WITNESS: Who are you
12 referring to?
13 BY MR. MONTOYA:
14    Q.   TTP's VAT invoices.
15    A.   At the finance of TTP.
16    Q.   Are those documents still
17 available?
18    A.   Yes.
19    Q.   Do you know if they are in
20 paper or on a computer?
21    A.   Written.
22    Q.   Do you have a company e-mail
23 address for either TTP or TG?
24        INTERPRETER 1: Company

Page 150

1  contracts or agreements for the sale of
2  equipment between TG and TTP regarding
3  production lines?
4      A.  I want to confirm something.
5      Q.  Please.
6      A.  I want to clarify.  Are you
7  asking the agreement by saying that TTP
8  or TG, is there any sales of equipment
9  from TTP to TG or from TG to TTP, this
10 kind of agreement for this kind of
11 dealing?
12     Q.  I would like to know about
13 either one, from TG to TTP or from TTP to
14 TG.
15     A.  Yes.
16     Q.  Do you know about the
17 existence of those agreements?
18         MR. STATMAN:  Objection to
19 form, but you can answer.
20         THE WITNESS:  I know.
21 BY MR. MONTOYA:
22     Q.  What do you know?
23     A.  I know these agreements
24 exist.

Page 151

1      Q.  For what?  What is the
2  nature of the agreements?
3      A.  TG sold to TTP their
4  production line and production equipment.
5      Q.  Between 2006 to 2008, did
6  TTP manufacture drywall under the TG
7  brand name?
8          MR. STATMAN:  Objection to
9  form, but you can answer.
10         THE WITNESS:  To be
11 accurate, it is between the year
12 2006 to the year 2007.
13 BY MR. MONTOYA:
14     Q.  That's fine.
15     A.  They did use.
16     Q.  Why was production stopped
17 for drywall by TTP in 2008?
18     A.  For the consideration of
19 economic interests.
20     Q.  What interests were those?
21     A.  To explain this question, it
22 takes quite some time.
23     Q.  Please do.
24     A.  Let me think about it, and

Page 152

1  then I'll summarize it, and then I will
2  give you an answer.
3      Q.  Okay.
4      A.  During the process of the
5  operation of TTP, it was discovered that
6  the customer that required the VAT
7  invoices were not that many.  The
8  capacity for the production of the
9  drywall by TTP was 40 million square
10 meters.
11         Here I need to add a
12 question in order to be able to answer
13 better.
14         MR. MONTOYA:  Is that him
15 speaking or you speaking?
16         INTERPRETER 1:  Him
17 speaking.
18         I need to fix the
19 translation from one word earlier.
20 Now I know what he's talking
21 about.
22         (Interpreter clarification.)
23         To add explanation in order
24 to be able to answer better..

Page 153

1          MR. MONTOYA:  Please do.
2          INTERPRETER 1:  The
3  question, the word is not question
4  on page 107 --
5          (Interpreter clarification.)
6          Here I need to add an
7  explanation in order to be able to
8  answer better.
9          THE WITNESS:  In the year
10 between 2006 and 2007, TTP
11 implemented the tax policy coming
12 from the government to cut -- to
13 exempt half of the tax.  However,
14 TG implemented the policy to
15 talk -- to exempt all the VAT tax.
16 I did mention earlier that during
17 the operations, TTP find out that
18 there were not that many customers
19 requiring VAT invoicing, but it
20 has the production capacity for 40
21 million square meters.  If we have
22 to sell this 40 million square
23 meters of drywall, they have to --
24 they can only follow the policy

Confidential - Subject to Further Confidentiality Review

Page 154

1   exempting only half of the tax.
2   Even those products that does not
3   require for the VAT policy, they
4   still have to pay 50%, half of the
5   tax.
6       Let me think. If TTP also
7   wants to enjoy the policy for VAT
8   exemption, then it also enjoy the
9   50% tax -- the other policy with
10  the 50% tax exemption. Therefore,
11  their consideration was coming
12  from this perspective of economic
13  interest. To establish a company
14  with a smaller capacity of
15  production, it would be okay for
16  this company to fulfill the need
17  of the customers requiring for the
18  VAT invoicing. Based on this
19  reason, TTP stopped production and
20  operation.
21      MR. STATMAN: Are you
22  finished?
23      THE WITNESS: That's it.
24  BY MR. MONTOYA:

Page 155

1    Q.  Did TG make the decision to
2   shut down TTP's production of drywall?
3    A.  It was a decision made
4   together by the board of directors of TG
5   and TTP.
6    Q.  After TTP stopped producing
7   drywall in 2008, did TTP sell back the
8   equipment for making drywall to TG?
9    A.  Yes.
10   Q.  What other products between
11  2006 to 2008 did TTP produce apart from
12  drywall?
13      MR. STATMAN: Objection to
14   form. You can answer based on
15   your knowledge.
16      THE WITNESS: TTP only
17   produce drywalls.
18  BY MR. MONTOYA:
19   Q.  What was the name of the
20  factory that the TG production line was
21  purchased -- that TG purchased back from
22  TTP? Where was the factory?
23      Let me start again.
24      What was the name of the

Page 156

1   factory of the --
2    Q.  What was the name of the TTP
3   factory that TG bought back the drywall
4   equipment from?
5       MR. STATMAN: Objection to
6    the form.
7       THE WITNESS: Industrial
8    park production line.
9   BY MR. MONTOYA:
10   Q.  How many factories did TTP
11  produce drywall at from 2006 until 2008?
12   A.  TTP?
13   Q.  Yes.
14   A.  TTP has only the old
15  factories. They don't have any other
16  factory.
17   Q.  And what was the name of
18  that factory?
19   A.  TTP?
20   Q.  Yes. What was the name of
21  the factory where they produced drywall
22  from 2006 to 2008?
23   A.  Let me make a correction.
24  This should be between the year 2006 to

Page 157

1   the year 2007.
2    Q.  Okay.
3    A.  It was called TTP.
4    Q.  The name of the factory was
5   called TTP?
6    A.  I need to explain this, so
7   let me think.
8       MR. STATMAN: Do you
9    understand the question?
10      I'm talking to the
11   interpreter.
12      THE WITNESS: Yes, I
13   understand it. But I want to
14   think about it so that I will be
15   able to respond in a way that he
16   can understand.
17      You can say -- you can put
18   it this way. TTP does not have
19   any other factory. TTP itself on
20   its own is a factory.
21  BY MR. MONTOYA:
22   Q.  And the name of that factory
23  is TTP, right?
24   A.  Let me think about how I can