UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

# EXHIBIT T ATTACHED TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S AND THE "QUESTIONERS" RENEWED MOTION CHALLENGING THE ADEQUACY AND COMPLETENESS OF THE DISCOVERY RESPONSES OF DEFENDANTS TAISHAN GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD., AND TO COMPEL DISCOVERY &JURISDICTIONAL DEPOSITIONS TO OCCUR IN JANUARY 2012

# FILED UNDER SEAL