OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 AUG 22  AM 9:52

LORETTA G. WHYTE
CLERK

Date: August 22, 2011

The North River Insurance Company
vs.
Knauf International, GmbH, et al.

Case No. 2011-1670-EEF-JCW

Dear Madam:

Please issue summons on the **Complaint** to the following:

1. Knauf International GmbH, Am Bahnhof 10, D-97346, Iphofen, Germany

2. Knauf GIPS, KG, Am Bahnhof 10, D-97346, Iphofen, Germany

3. Knauf Insulation GmbH a/k/a Knauf, USA, Am Bahnhof 7, D-97346, Iphofen, Germany

        Very truly yours,

        LOBMAN CARNAHAN BATT ANGELLE
        & NADER

By: _____
        SIDNEY J. ANGELLE, ESQ.,
        La. Bar No. 1002
        ERIC B. BERGER, ESQ.
        La. Bar No. 26196
        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com / ebb@lcba-law.com
        Attorneys for The North River Insurance
        Company

___Fee _____
___Process _____
X_Dktd _____
___CtRmDep_____
___Doc. No._____