# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBITS "A" AND "A-1" WHICH ARE ATTACHED HERETO], <br><br> Plaintiffs, <br><br> v. <br><br> TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON EXHIBITS "B" AND "B-1" WHICH ARE ATTACHED HERETO], <br><br> Defendants. | CASE NO.: 11-1077 <br> SECT. L MAG 2 <br><br> AMENDED CLASS ACTION COMPLAINT <br><br> JURY TRIAL DEMAND |

Fee
Process
x Dktd
CtRmDep
Doc.No

## Defendant Island Coast Drywall and Stucco, LLC's Answer

1. Without knowledge, therefore denied.
2. Without knowledge, therefore denied.
3. Without knowledge, therefore denied.
4. Without knowledge, therefore denied.
5. Without knowledge, therefore denied.
6. Without knowledge, therefore denied.
7. Without knowledge, therefore denied.
8. Without knowledge, therefore denied.
9. Without knowledge, therefore denied.
10. Without knowledge, therefore denied.
11. Without knowledge, therefore denied.
12. Without knowledge, therefore denied.
13. Without knowledge, therefore denied.
14. Without knowledge, therefore denied.
15. Without knowledge, therefore denied.
16. Without knowledge, therefore denied.
17. Without knowledge, therefore denied.
18. Without knowledge, therefore denied.
19. Without knowledge, therefore denied.
20. Without knowledge, therefore denied.
21. Denied.
22. Denied.
23. Denied.
24. Without knowledge, therefore denied.
25. Without knowledge, therefore denied.
26. Without knowledge, therefore denied.
27. Without knowledge, therefore denied.
28. Without knowledge, therefore denied.
29. Without knowledge, therefore denied.
30. Without knowledge, therefore denied.
31. Without knowledge, therefore denied.
32. Without knowledge, therefore denied.
33. Without knowledge, therefore denied.
34. Without knowledge, therefore denied.
35. Without knowledge, therefore denied.
36. Without knowledge, therefore denied.
37. Without knowledge, therefore denied.
38. Without knowledge, therefore denied.
39. Without knowledge, therefore denied.
40. Without knowledge, therefore denied.

41. Without knowledge, therefore denied.
42. Denied.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Without knowledge, therefore denied.
50. Without knowledge, therefore denied.
51. Without knowledge, therefore denied.
52. Without knowledge, therefore denied.
53. Denied.
54. Denied.
55. Without knowledge, therefore denied.
56. Without knowledge, therefore denied.
57. Without knowledge, therefore denied.
58. Denied.
59. Denied.
60. Denied.
61. Without knowledge, therefore denied.
62. Without knowledge, therefore denied.
63. Without knowledge, therefore denied.
64. Without knowledge, therefore denied.
65. Without knowledge, therefore denied.
66. Without knowledge, therefore denied.
67. Without knowledge, therefore denied.
68. Denied.
69. Without knowledge, therefore denied.
70. Without knowledge, therefore denied.
71. Without knowledge, therefore denied.
72. Without knowledge, therefore denied.
73. Without knowledge, therefore denied.
74. Without knowledge, therefore denied.
75. Without knowledge, therefore denied.
76. Without knowledge, therefore denied.
77. Without knowledge, therefore denied.
78. Without knowledge, therefore denied.
79. Denied.
80. Without knowledge, therefore denied.
81. Without knowledge, therefore denied.
82. Without knowledge, therefore denied.

83. Without knowledge, therefore denied.
84. Without knowledge, therefore denied.
85. Without knowledge, therefore denied.
86. Without knowledge, therefore denied in totality.
87. Without knowledge, therefore denied.
88. Without knowledge, therefore denied.
89. Without knowledge, therefore denied.
90. Without knowledge, therefore denied.
91. Without knowledge, therefore denied.
92. Without knowledge, therefore denied.
93. Without knowledge, therefore denied.
94. Without knowledge, therefore denied.
95. Without knowledge, therefore denied.
96. Without knowledge, therefore denied.
97. Without knowledge, therefore denied.
98. Without knowledge, therefore denied.
99. Without knowledge, therefore denied.
100. Without knowledge, therefore denied.
101. Without knowledge, therefore denied.
102. Without knowledge, therefore denied.
103. Without knowledge, therefore denied.
104. Without knowledge, therefore denied.
105. Without knowledge, therefore denied.
106. Without knowledge, therefore denied.
107. Without knowledge, therefore denied.
108. Without knowledge, therefore denied.
109. Without knowledge, therefore denied.
110. Without knowledge, therefore denied.
111. Without knowledge, therefore denied.
112. Without knowledge, therefore denied.
113. Without knowledge, therefore denied.
114. Without knowledge, therefore denied.
115. Without knowledge, therefore denied.
116. Without knowledge, therefore denied.
117. Without knowledge, therefore denied.
118. Denied.
119. Without knowledge, therefore denied.
120. Denied.
121. Without knowledge, therefore denied.
122. Without knowledge, therefore denied.
123. Without knowledge, therefore denied.
124. Without knowledge, therefore denied.

125. Without knowledge, therefore denied.
126. Without knowledge, therefore denied.
127. Without knowledge, therefore denied.
128. Without knowledge, therefore denied.
129. Without knowledge, therefore denied.
130. Without knowledge, therefore denied.
131. Without knowledge, therefore denied.
132. Without knowledge, therefore denied.
133. Without knowledge, therefore denied.
134. Without knowledge, therefore denied.
135. Without knowledge, therefore denied.
136. Without knowledge, therefore denied.
137. Without knowledge, therefore denied.
138. Without knowledge, therefore denied.
139. Denied.
140. Without knowledge, therefore denied.
141. Denied.
142. Without knowledge, therefore denied.
143. Without knowledge, therefore denied.
144. Denied.
145. Denied.
146. Denied.
147. Without knowledge, therefore denied.
148. Without knowledge, therefore denied.
149. Denied.
150. Without knowledge, therefore denied.
151. Without knowledge, therefore denied.
152. Without knowledge, therefore denied.
153. Without knowledge, therefore denied.
154. Without knowledge, therefore denied.
155. Without knowledge, therefore denied.
156. Without knowledge, therefore denied.
157. Without knowledge, therefore denied.
158. Without knowledge, therefore denied.
159. Denied.
160. Without knowledge, therefore denied.
161. Without knowledge, therefore denied.
162. Without knowledge, therefore denied.
163. Without knowledge, therefore denied.
164. Without knowledge, therefore denied.

*[Signature]*

William Brown
4222 SW 14th Ave
Cape Coral, FL
33914
(239) 980-1237

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August 2011, an answer to Case No.: 11-1077, Amended Class Action Compliant, was sent via United States Postal Service first class mail, with adequate postage prepaid to:

Russ M. Herman, Esquire and Leonard A. Davis, Esquire.

Herman, Herman, Katz & Cotlar, LLP

820 O'Keefe Avenue

New Orleans, LA 70113

attorney for the Plaintiff Laura Haya, et al.

August 8, 2011

*[signature]*

William Brown

Island Coast Drywall and Stucco, LLC

Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

8/2/11

After review of your pleading, it appears that it does not comply to the Local Rules of this Court for one of the following reasons. After making the necessary corrections, please return for filing.

✓     Please sign and return. (Signature, Name, Address, Phone Number)

✓     All pleadings must have a certificate of service. (Local Rule 5.3 and Criminal Rule 49.)

_____     Please comply with Local Rule _____. Needed is _____

_____     Every Exparte Motion must have a proposed order attached. (Local Rule 7.3E)

_____     Pursuant to Federal Rule 5(d), we no longer file discovery into the record except under limited circumstances

_____     Other _____

If you have any questions concerning this, please feel free to call me, Mary Farragut, at (504) 589-7670.

Thank you,