UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-362 *Joyce W. Rogers v. Knauf GIPS KG, et al.* | |

## STIPULATION FOR ENTRY OF ORDER OF PARTIAL DISMISSAL AS BETWEEN LANZA PLAINTIFFS AND MANDY DRYWALL, INC.

Upon agreement between Florida homeowner Plaintiffs Antonio and Gretchen Lanza ("Lanza") and Mandy Drywall, Inc. ("Mandy Drywall"), that all claims between these parties have been compromised and settled, the Lanzas' claims herein against Mandy Drywall should be dismissed with prejudice, each party to hear its own attorneys' fees and costs. The parties are in agreement for entry of the attached proposed Order.

Victor M. Diaz, Jr., Esq.
VM Diaz & Partners
119 Washington Avenue, Suite 402
Miami Beach, FL 33139
Ph: 305-704-3200
Fx: 305-538-4928
Email: victor@diazpartners.com
*Attorneys for Defendants*
*Antonio and Gretchen Lanza*

Steven G. Schwartz, Esquire
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: 561-395-4747
Fx: 561-367-1550
Email: sgs@theschwartzlawgroup.com
*Attorneys for Defendant*
*Mandy Drywall, Inc.*

By: ___/s/ Victor M. Diaz___
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800

By: ___/s/ Steven G. Schwartz___
Steven G. Schwartz, Esquire
Florida Bar No. 911471