UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | * Case No. 11-1363<br>*<br>* MDL No. 09-2047<br>* |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON<br>* |
| Docket # 11-1363   (Omni X)<br>Robert W. Block, III et v. Gebrueder<br>Verwaltungsesellschaft, KG et al. | * MAGISTRATE WILKINSON<br>*<br>* |

## **NOTICE OF APPEARANCE**

NOW COMES, Kerry J. Miller, Kyle Spaulding and T. Louis Colletta, Jr. of Frilot, L.L.C., to appear as counsel of record for Levet Homes, L.L.C. and reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 24th day of August, 2011.

            Respectfully submitted,

            BY: */s/Kyle A. Spaulding*
            KERRY J. MILLER (#24562)
            KYLE A. SPAULDING (#29000)
            THOMAS LOUIS COLLETTA, JR. (#26851)
            FRILOT L.L.C.
            1100 Poydras Street
            Suite 3700
            New Orleans, LA 70163
            Telephone: (504)599-8194
            Facsimile: (504)599-8145
            Email: kmiller@frilot.com
            **ATTORNEYS FOR LEVET HOMES, L.L.C.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                  /s/*Kyle A. Spaulding*
                                                  **KYLE A. SPAULDING**