UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the PSC is granted leave of Court to file its Supplemental Memorandum in Support of Plaintiffs' Steering Committee's and the Questioners Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Occur in January 2012, in excess of page limitation, and same is filed into the record herein.

IT IS FURTHER ORDERED BY THE COURT that Exhibits M, N, Q and T attached to the Supplemental Memorandum in Support of Plaintiffs' Steering Committee's and the Questioners Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Occur in January 2012, be and they are

1

hereby filed UNDER SEAL.

    New Orleans, Louisiana, this 23rd day of _____August_____, 2011.

                                                   _____
                                                   Eldon E. Fallon
                                                   United States District Court Judge