# EXHIBIT R

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                               §  MDL NO. 2047
     IN RE:                      §
 4   CHINESE-                    §  SECTION: L
     MANUFACTURED                §
 5   DRYWALL PRODUCTS            §  JUDGE FALLON
     LIABILITY                   §
 6   LITIGATION                  §  MAGISTRATE
                                 §  JUDGE WILKINSON
     _____
 7
                         - - -
 8
          CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                         - - -
10
                     April 5, 2011
11
                         - - -
12
           CONFIDENTIAL - SUBJECT TO FURTHER
13               CONFIDENTIALITY REVIEW
14                       - - -
15        Videotaped deposition of TONGCHUN
     JIA, held at 3 Pedder Street, Central,
16   Hong Kong, China, commencing at 9:03
     a.m., on the above date, before Linda L.
17   Golkow, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
18   Realtime Reporter and Notary Public.
19
                         - - -
20
21
22            GOLKOW TECHNOLOGIES, INC.
          ph 877.370.3377 | fax 917.591.5672
23               deps@golkow.com
24
```

EXHIBIT R

Page 479

1  That was the right time for it,
2  but not now.  Let's go until 5:30.
3      Thank you.
4      MR. PANAYOTOPOULOS:  I just
5  want to note for the record that
6  on behalf of my client, I have not
7  had an opportunity to ask any
8  questions, and we will attempt to
9  ask that this deposition gets
10 continued if it gets cut off by
11 counsel I guess at 5:30.
12     MS. EISELEN:  Likewise for
13 Interior/Exterior.
14     MR. CYR:  What is your
15 suggestion with respect to how
16 we're supposed to conduct these
17 depositions?  I don't understand.
18 Do you just think we're just going
19 to go to midnight?
20     MR. PANAYOTOPOULOS:  The
21 same way that every other
22 deposition gets conducted.  If we
23 don't have an opportunity, we'll
24 need to come back at another time.

Page 480

1  If we can do it later today, I'm
2  willing to stay as late as we need
3  to.
4      MR. CYR:  No.  We're going
5  to wrap it up at 5:30.  I'm sorry.
6  Go ahead, sir.
7      MR. BRENNER:  I'll note the
8  same objection.  I have maybe ten
9  minutes worth of questions.
10     MR. BLACK:  I want to make
11 the objection for the State of
12 Louisiana.  Same objection.
13     MR. PANAYOTOPOULOS:
14 Reservation of rights.
15     MS. EISELEN:  Same.
16     MR. HARDT:  Can I ask a
17 question?
18 BY MR. HARDT:
19   Q.   Let me ask you this.
20        Was TTP formed as a
21 subsidiary of TG to sell drywall to US
22 importers?
23   A.   No.
24   Q.   Can you explain for me why

Page 481

1  after the formation of TTP in February of
2  2006 that only TTP made sales to US
3  importers and TG did not?
4    A.   In the year 2006, the
5  department -- the tax department, they
6  inform us that we cannot issue invoice
7  for VAT.  That's value-added tax.  But
8  there were a lot of the customers of TG,
9  they were -- they are asking for the
10 issuing of invoice for VAT.  So, under
11 the suggestions of the tax bureau,
12 therefore, all the customers, they wanted
13 to use VAT invoices.  They would go to
14 TTP.  We will use TTP to do the
15 production.  That is for the convenience
16 of the management of that tax, because
17 most of the customers that sold for --
18 that buy the products to be sold to
19 somewhere outside of China for the
20 drywall, most of them, they require the
21 invoice of the VAT.  Therefore, the
22 products produced by TTP, they would have
23 a lot of the products sold outside of
24 China.  TG has very few of them.

Page 482

1      MR. HARDT:  I wish I had
2  time to delve into that answer,
3  but I'm going to pass the witness.
4      MR. CYR:  (Addressing Mr.
5  Chen.)
6      Mr. Jia has complained about
7  the time.  Could you ask him if we
8  can go until 5:30.
9      Okay.
10        - - -
11     EXAMINATION
12        - - -
13 BY MR. BRENNER:
14   Q.   Mr. Jia, I represent Tobin
15 Trading, Incorporated.
16        Did you ever meet with any
17 representative of Tobin Trading,
18 Incorporated?
19   A.   I have never seen any.
20   Q.   The product that TG sold to
21 Venture Supply, where was the factory
22 located that produced the product?
23   A.   In the city called Tai'an in
24 the province of Shandong.