## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Continue Motion to Set Evidentiary Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes");

IT IS HEREBY ORDERED that Southern Homes' Motion is GRANTED and the hearing reset to follow the Status Conference of September __22nd__, 2011 at 9:00 a.m., 500 Poydras Street, Room C456, New Orleans, Louisiana.

New Orleans, Louisiana this 23rd day of August, 2011.

_____
JUDGE ELDON E. FALLON