UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON * |
| **This document relates to:** SEAN AND BETH PAYTON, et al. v. KNAUF GIPS KG, et al. Case No. 09-07628 | * * * MAGISTRATE WILKINSON * * * * * |

*********************************************

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD FOR DEFENDANT COCKERHAM CONSTRUCTION, LLC

NOW COMES, through undersigned counsel, Defendant Cockerham Construction, LLC, which respectfully moves this Honorable Court for an Order permitting Jerry L. Saporito and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163, to enroll as additional counsel of record in the above-captioned case.

Dated: August 24, 2011.

                                                    Respectfully submitted:

                                                    **PAJARES & SCHEXNAYDRE, L.L.C.**

                                                    */s/ Raymond J. Pajares*

                                                    _____
                                                    RAYMOND J. PAJARES (#17343)
                                                    E-mail: rpajares@pslawfirm.com
                                                    68031 Capital Trace Row
                                                    Mandeville, Louisiana 70471

        Tel:  (985) 292-2000
        Fax: (985) 292-2001

        -AND-

**LEAKE & ANDERSSON, LLP**

*/s/ Amanda W. Vonderhaar*
_____

JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

*Attorneys for Cockerham Construction, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Enroll as Additional Counsel of Record for Defendant Cockerham Construction, LLC** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of August, 2011.

        */s/ Amanda W. Vonderhaar*
        _____
        **AMANDA W. VONDERHAAR**