UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS KG, et al. | * * MAGISTRATE WILKINSON * |
| Case No. 09-07628 | * * * |

*********************************************

## ORDER

Considering Defendant Cockerham Construction, LLC's Motion to Enroll as Additional Counsel of Record:

IT IS HEREBY ORDERED, that Jerry L. Saporito and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163, are enrolled as additional counsel of record for Cockerham Construction, LLC in the above-captioned case.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE