**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL** | :MDL NO. 2047 |
| **PRODUCTS LIABILITY LITIGATION** | :Section L |
| _____ | : |
| **This Document Relates to** | :JUDGE FALLON |
| **Germano, et al. v. Taishan Gypsum Co.,** | :MAG. JUDGE WILKINSON |
| **Ltd. f/k/a Shandong Taihe Dongxin Co.** | |
| **Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.)** | |

**VENTURE SUPPLY, INC.'s NOTICE**
**OF DOCUMENT PRODUCTION**

Venture Supply, Inc. ("Venture"), by counsel, hereby gives notice of the production of documents.  The documents, Bates labeled V100000 - V100340, are being produced to the PSC in electronic format by mail on February 19, 2011.

The documents may be made available to any party entitled to the view the documents under the terms of applicable Pre-Trial Orders.  Any requests to view the documents should be made by contacting Judy Hayes via email at jhayes@snllaw.com .

This 25th day of August.

By:        _____/s/_____

Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys Venture Supply Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2011.

_____/s/_____

Kenneth F. Hardt