MINUTE ENTRY
FALLON, J.
AUGUST 24, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert/Dean Oser
Court Reporter: Karen Ibos

Appearances:  Leonard Davis. For PSC
　　　　　　Nick Panayotopoulas, Esq. For Banner Supply
　　　　　　Steve Glickstein, Esq. For Knauf
　　　　　　Michael Ferachi for JP Morgan Chase & Co.

I.   Cross-Claim Plaintiff Banner's Motion for Leave to Amend Cross-Claim and to File Cross-Claim Against Knauf (R. Doc. 9817)

　　　Argument-GRANTED, permitting service upon the Knauf entities' counsel pursuant to Federal Rule of Civil Procedure 5(b), but recognizing the Knauf entities' objection to such service if and when a judgment is enforced.

II.  Plaintiffs' Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) (R. Doc. 9935)

　　　No argument-GRANTED.

III. Plaintiffs' Steering Committee's Motion to Compel JP Morgan Chase & Co. (R. Doc. 10056) & J.P. Morgan's Response and Motion to Quash Subpoena (R. Doc. 10142)

　　　No argument-CONTINUED until further order of the Court.  Counsel are directed to submit all briefing within 10 days.  Thereafter, counsel are to suggest to the Court whether a formal hearing should be held on the motions.

JS10:   :09

In Re: Chinese Drywall                                                                          MDL 2047 - L
Minutes - August 24, 2011                                                                       Page 2


IV.     Plaintiffs' Steering Committee's Motion to Compel T. Rowe Price Group, Inc. (R. Doc. 10058) & T. Rowe's Motion to Quash (R. Doc. 10145)

        No argument-CONTINUED until further order of the Court. Counsel are directed to submit all briefing within 10 days. Thereafter, counsel are to suggest to the Court whether a formal hearing should be held on the motions.