1802.003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED        MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:        JUDGE FALLON

DEAN and DAWN AMATO, et al,

vs.

LIBERTY MUTUAL INS., et al,
Case No.: 2:10-cv-932-EEF-JCW        MAG. WILKINSON
_____ /

## COUNSEL'S JOINT MOTION TO SUBSTITUTE
## COUNSEL FOR VININGS INSURANCE COMPANY

      Lisa A. Oonk, Esq., and the law firm of Dalan, Katz & Siegel, P.L. and Michael K.

McCaffrey, Esq. and the law firm of Litchfield Cavo LLP move to substitute Lisa A. Oonk, Esq.,

and the law firm of Dalan, Katz & Siegel, P.L. in place of Michael K. McCaffrey, Esq. and the

law firm of Litchfield Cavo LLP as counsel for Vinings Insurance Company, one of the

defendants in this matter.

      Vinings Insurance Company specifically reserves all rights and defenses, including the

right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this

Court. Vinings Insurance Company further avers that this does not constitute a waiver of any

kind, but is filed per Court order requiring appearance of counsel.

:

Dated this 25th day of August, 2011

Dated this 25th day of August, 2011


/s/ Michael K. McCaffrey
Michael K. McCaffrey, Esquire
Florida Bar No.:  069940
Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL 33609
(813) 289-0690; Fax: (813) 289-0692

/s/ Lisa A. Oonk
Lisa A. Oonk, Esquire
Florida Bar No.:  006238
Dalan, Katz & Siegel, P.L.
2633 McCormick Drive, Suite 101
Clearwater, FL  33759
(727) 796-1000; Fax: (727) 797-2200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion to Substitute Counsel

was served on Plaintiff Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry

Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to

Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2047,  on this 25th day of August, 2011.


/s/ Lisa A. Oonk
Lisa A. Oonk, Esquire
Dalan, Katz & Siegel, P.L.
2633 McCormick Drive, Suite 101
Clearwater, Florida  33759
(727) 796-1000 - Telephone
(727) 797-2200 – Facsimile
loonk@dalan-katz.com
Attorney for Vinings Insurance Company
Florida Bar Number: 006238