MINUTE ENTRY
FALLON, J.
AUGUST 24, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

The monthly status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Prior to the conference, the Court met with Liaison Counsel and the Chairs of the Steering Committees. At the conference, Liaison Counsel reported to the Court on topics set forth in Joint Report No. 24. *See* (R. Doc. 10161). The conference was transcribed by Ms. Karen Anderson-Ibos, Official Court Reporter. Counsel may contact Ms. Anderson-Ibos at (504) 589-7776 to request a copy of the transcript. A summary of the monthly status conference follows.

The Court commenced the conference by stating that it has and will continue to be in touch with the state court judges presiding over related state court cases.

Next, Plaintiffs' Liaison Counsel, Russ Herman, and member of the Insurers' Steering Committee, Minor Pipes, informed the Court that they have participated in a number of meet-and-confers on the insurance issues.

Dorothy Wimberly, member of the Homebuilders' Steering Committee, then clarified that the Supplemental Order recently issued by the Court regarding fees owed to the

JS10(00:13)

Homebuilders' Steering Committee does not require a second deposit, just a first deposit for those homebuilder parties who have not yet complied with the Court's previous, related order. Ms. Wimberly also encouraged homebuilders to contact her with any questions or concerns about these fees.

Dawn Barrios, Chair of the Federal/State Coordination Committee, informed the Court of the status of remands, a forthcoming trial date from Judge Silver in Florida state court, a potential preliminary default against the Taishan defendants in Virginia state court before Judge Hall, and new cases in California and Tennessee.

Next, Greg Wallance, counsel for the Knauf entities, provided an update on the pilot remediation program. Mr. Wallance stated that there are 521 homes currently in the program, with 470 more homes undergoing inspection. Mr. Wallance also informed the Court that the Knauf entities are working with the PSC to resolve claims involving already-remediated homes and have already accomplished one such resolution.

With regard to the Interior Exterior parties, the Court declared it will issue an order continuing the deadlines for opt-outs, objections, and the date of the fairness hearing for the Interior Exterior Class Settlement Agreement. This continuance will make these deadlines consistent with those for the Banner Class Settlement Agreement. A copy of this order will be posted on the Court's MDL website, http://www.laed.uscourts.gov/Drywall/Drywall.htm .

With regard to the Taishan parties, the Court will conduct a special hearing on the supplemental discovery briefing by telephone on August 30, 2011, at 10:00 a.m. central time. A conference call number will be distributed via email by the Court to those parties involved. Additionally, the PSC reported it has filed three new complaints against the Taishan defendants.

At the conclusion of the conference, the Court announced that the next conference is scheduled for September 22, 2011, at 9:00 a.m. central standard time, and that the following conference is scheduled for October 18, 2011, at 9:00 a.m. central standard time.  The call-in information for these conferences can be found on the Court's MDL website at the "Calendar" page, http://www.laed.uscourts.gov/Drywall/Calendar.htm.

The Court reminds all parties and interested persons to consult the FAQs section of the Court's MDL website for all questions and concerns before contacting the Court.  This page can be found at http://www.laed.uscourts.gov/Drywall/FAQ.htm.