# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-252 | * * * * * | MAG. JUDGE WILKINSON |

**************************************

## ORDER

Upon consideration of the Second *Ex Parte* Motion for Extension of Time to Complete Profile Form filed by defendant, JM Interiors, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, JM Interiors, Inc., shall be granted an extension of time until forty-five (45) days after the signing of this Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                               _____
                                                                                                    JUDGE