UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTIONS LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| <u>THIS DOCUMENT RELATES TO:</u> | * | MAG. JUDGE WILKINSON |
| LAURA HAYA, ET AL. | * | |
| VERSUS | * | |
| TAISHAN GYPSUM CO., LTD., f/k/a | * | |
| SHANDONG TAIHE DONGXIN CO., LTD. | * | |
| No. 2:11-cv-01077-EEF-JCW | * | |

* * * * * * * * * * * * * * * * * *

## MILLENNIUM TRADING & EXPORT, LLC'S
## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

Millennium Trading & Export, LLC, defendant herein, through undersigned counsel, on suggesting that mover was recently served with both the Plaintiffs' Omnibus Class Action Complaint (IX) and Plaintiffs' Amended Omnibus Class Action Complaint (IX) and needs additional time in which to prepare responsive pleadings, upon showing that no previous extensions of time have been requested or granted, and that an extension of twenty-one (21) days in which to file responsive pleadings would not unduly delay this matter or prejudice any other party, and that no opposing party has filed into the record any objection to such extension to counsel's knowledge.

/s/ A. Scott Tillery
_____
A. SCOTT TILLERY, No. 12788
TILLERY & TILLERY
*Counsel for Millennium Trading & Export, LLC*
701 Metairie Road, Suite 2A201
Metairie, LA 70005
Telephone (504) 828-1768
Facsimile   (504) 828-1766

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Millennium Trading & Export, LLC's First Motion for Extnesion of Time to File Responsive Pleadings has been served upon plaintiffs' liaison counsel Russ M. Herman and defendants' liaison counsel Kerry Miller by U.S. Mail, electronic mail, email or by hand delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on the 26th day of August, 2011.

              /s/ A. Scott Tillery
              _____
              A. SCOTT TILLERY