UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTIONS LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| LAURA HAYA, ET AL. | * | |
| VERSUS | * | |
| TAISHAN GYPSUM CO., LTD., f/k/a | * | |
| SHANDONG TAIHE DONGXIN CO., LTD. | * | |
| No. 2:11-cv-01077-EEF-JCW | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that defendant Millennium Trading & Export, LLC is granted an extension of twenty-one (21) days in which to file responsive pleadings herein.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE