UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO  Payton, et al. v. Knauf Gips KG, et al.  No. 09-7628 (E.D. La.) | * * * * | |

* * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO SUBSTITUTE

NOW INTO COURT, through undersigned counsel comes Defendant, Cox Lumber Co. formerly d/b/a/ HD Supply Lumber & Building Materials ("Cox"), who hereby moves for an Order substituting Daniel J. Caruso, Herman C. Hoffman, Betty F. Mullin and the law firm of Simon, Peragine, Smith & Redfearn, L.L.P. in place of Michael D. Fisse, James L. Bradford, III, Klint E. Beckendorf and the law firm of Daigle Fisse & Kessenich, PLC as counsel of record for Cox in the above referenced Complaint.

Respectfully submitted,

*M. Fisse by BFM with permission*

Michael D. Fisse (19270)
James L. Bradford, III
Klint E. Beckendorf
Daigle Fisse & Kessenich, PLC
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985-871-0800
Fax: 985-871-0899

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2011.

_____
Betty F. Mullin