UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO<br>    Payton, et al. v. Knauf Gips KG, et al.<br>    No. 09-7628 (E.D. La.) | * * * * | |

* * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by, Cox Lumber Co. formerly d/b/a/ HD Supply Lumber & Building Materials,

IT IS ORDERED by the Court that Daniel J. Caruso, Herman C. Hoffman, Betty F. Mullin and the law firm of Simon, Peragine, Smith & Redfearn, L.L.P. be and are hereby substituted in place of Michael D. Fisse, James L. Bradford, III, Klint E. Beckendorf and the law firm of Daigle Fisse & Kessenich, PLC as counsel of record for Cox Lumber Co. formerly d/b/a/ HD Supply Lumber & Building Materials .

Signed in New Orleans, Louisiana, this _____ day of August, 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA