UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL No. 09-2047 <br><br> JUDGE: FALLON |
| THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STEELER'S MOTION TO DISMISS FOR LACK OF PLAINTIFF

NOW INTO COURT, through undersigned counsel comes Defendant, Steeler, Inc. ("Steeler"), and respectfully represents as follows:

1.

In accordance with FRCP 12(b)(1), this Court lacks subject matter jurisdiction over the alleged claims asserted against Steeler because no existing plaintiff has asserted a claim against Steeler.

2.

The existing plaintiffs in this action lack standing to assert a claim against Steeler because such plaintiffs assert no injury in fact with causal connection to the conduct of Steeler, and because there can be no redress to such plaintiffs by a favorable decision against Steeler.

-1-

3.

The alleged claims against Steeler by the existing plaintiffs with no standing present no Article III case and controversy.

WHEREFORE, premises considered, Steeler Inc. prays that after due proceedings that the Court grant its Motion to Dismiss.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Steeler, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss for Lack of Plaintiff has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of August, 2011.

_____
Betty F. Mullin

N:\DATA\N\44805001\pleadings\dismiss motion.wpd