UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-6690 (L)(2) | * * * * * | JUDGE: FALLON |

* * * * * * * * * * * * * * * * * * *

**STEELER INC.'S MOTION TO LIFT STAY ON
ITS MOTION TO DISMISS FOR LACK OF PLAINTIFF**

NOW INTO COURT, comes Defendant, Steeler, Inc. ("Steeler"), who respectfully represents as follows:

1.

On August 29, 2011 Steeler filed its Motion to Dismiss for Lack of Plaintiff (Doc. # 10195) seeking dismissal based upon the fact that there is no existing plaintiff asserting a claim against Steeler. Thus, there is no Article III case and controversy and no subject matter jurisdiction.

2.

Steeler requests that the Court enter an Order scheduling a deadline for the filing of oppositions to its Motion to Dismiss for Lack of Plaintiff and setting the referenced Motion for hearing following the Monthly Status Conference on September 22, 2011 at 9:00

a.m., or at a time set by the Court.

Respectfully submitted,

/s/ Betty F. Mullin

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Steeler, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Lift Stay on its Motion to Dismiss for Lack of Plaintiff has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of August, 2011.

/s/ Betty F. Mullin
Betty F. Mullin

N:\DATA\N\44805001\pleadings\lift stay motion.wpd