UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-6690 (L)(2) | * * * * | |

* * * * * * * * * * * * * * * * * *

### STEELER INC.'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY ON ITS MOTION TO DISMISS FOR LACK OF PLAINTIFF

MAY IT PLEASE THE COURT:

Defendant, Steeler, Inc. ("Steeler'), submits the following Memorandum in Support of its Motion to Lift Stay on its Motion to Dismiss for Lack of Plaintiff.

Steeler has filed a Motion to Dismiss for Lack of Plaintiff (Doc. # 10195) because no existing plaintiff has asserted a claim against Steeler. It is unjust to require Steeler to participate in this complex litigation which presents no case or controversy as to Steeler. The stay should be lifted now so that the Court can address Steeler's entitlement to dismissal. A delay only increases expense and prejudice to Steeler.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Steeler, Inc.

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum in Support of Motion to Lift Stay on its Motion to Dismiss for Lack of Plaintiff has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of August, 2011.

_____
Betty F. Mullin

N:\DATA\N\44805001\pleadings\lift stay memo.wpd