UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | MDL No. 09-2047<br><br>JUDGE: FALLON |

* * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering Steeler, Inc.'s Motion to Lift Stay on Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff (Doc. # 10195),

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

    1.    Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff following the monthly status conference on September 22, 2011 at 9:00 a.m., or at a time set by the Court and

IT IS FURTHER ORDERED BY THE COURT that any opposition to Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff must be filed no later than _____ day of _____, 2011.

New Orleans, Louisiana, this ____ day of _____, 2011.

 

_____
Eldon E. Fallon
United States District Court Judge

N:\DATA\N\44805001\pleadings\lift stay order.wpd