UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | § § § § § | MDL No. 2047 |
| | § | SECTION: L |
| This Document Relates to: | § | Judge Fallon |
| *Kenneth Abel, et al v. Taishan Gypsum Co. Ltd f/k/a Shandong Taihe Dongxin Co. Ltd, et al.* Docket No. 11-080 (E.D.La.) | § § § § | Mag. Judge Wilkinson |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## **ORDER**

Considering the foregoing motion to adopt;

It is hereby ORDERED that Toula Properties LLC's motion in hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
U.S. District Judge

- 3 -