UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION | § | |
| | § | |
| | § | SECTION:  L |
| | § | |
| This Document Relates to: | § | Judge Fallon |
| *Kenneth Abel, et al v. Taishan Gypsum Co. Ltd* | § | Mag. Judge Wilkinson |
| *f/k/a Shandong Taihe Dongxin Co. Ltd, et al.* | | |
| Docket No. 11-080  (E.D.La.) | § | |
| | § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

**CIARA HOMES LLC'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF ADOPTION OF THE HOMEBUILDERS STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO THE PROPOSED INTERIOR EXTERIOR <u>SETTLEMENT AGREEMENT</u>**

NOW INTO COURT, through undersigned counsel, comes Ciara Homes LLC who moves to adopt, in part, the Homebuilders Steering Committee's Response in Opposition to the proposed Interior Exterior settlement agreement.  (Rec. Doc. No. 8682.) Ciara Homes LLC is sued as a builder/developer, and asserts that objections contained in that document are applicable to it as well, and moves to adopt them as if copied *in extenso.*

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By:     /Kay B. Baxter                              
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
DARREN M. GUILLOT,  (LSBA No. 22938)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of August, 2011.

   /Kay B. Baxter                        
**KAY B. BAXTER**