UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILTY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL No. 2047<br><br><br>SECTION:  L |
| This Document Relates to:<br>*Kenneth Abel, et al v. Taishan Gypsum Co. Ltd<br>f/k/a Shandong Taihe Dongxin Co. Ltd, et al.*<br>Docket No. 11-080  (E.D.La.) | §<br>§<br><br>§<br>§ | Judge Fallon<br>Mag. Judge Wilkinson |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## **ORDER**

Considering the foregoing motion to adopt;

It is hereby ORDERED that Ciara Homes LLC's motion in hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
U.S. District Judge

- 3 -