**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

## <u>ORDER CLARIFYING PRIOR STAY ORDERS</u>

On August 11, 2011, the Court issued a Preliminary Approval Order for the Banner Class Action Settlement Agreement. (R. Doc. 10064). In conjunction with this Order, the Court issued a stay on all litigation against Banner. *See* (R. Docs. 9489, 9527). The Banner Settlement seeks to resolve all claims filed against Banner in both state and federal courts. The entirety of Banner's available insurance proceeds have been tendered and remain so until the Final Fairness hearing. Duplicative and burdensome discovery requests upon Banner will diminish the Settlement funds and place the Settlement Agreement in jeopardy. If further discovery against Banner is necessary it should be conducted in this Court with the understanding that such discovery can be used in related state court proceedings. These concerns, among others, warrant a stay on all Banner discovery outside the MDL at this stage of the litigation.

Accordingly, and upon consideration of the request of Defendants Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Port St. Lucie, LLC, Banner Supply Company Tampa, LLC, and Banner Supply International, LLC (collectively "Banner") to clarify the Court's prior Stay Orders, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that:

The Court's prior Stay Orders (R. Docs. 9489, 9527) apply to all actions against Banner pending in any state or federal court. All discovery of Banner related to the Amended Class Action Settlement (Settlement") will continue to be conducted by this Court as part of its exclusive jurisdiction over that Settlement, and no such discovery may be conducted in any other court.

New Orleans, Louisiana, this 26th day of August, 2011.

The Honorable Eldon E. Fallon
United States District Court Judge