IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:09-CV-7791 ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) JUDGE ELDON FALLON |
| Versus | ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) ) ) |

## AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY'S REQUEST FOR COPIES

**NOW INTO COURT,** through undersigned counsel, come defendants, Amerisure Mutual Insurance Company and Amerisure Insurance Company, who hereby request that counsel for Lexington Insurance Company and Chartis Specialty Insurance Company, McGlinchy Stafford and Hicks, Porter, Ebenfeld & Stein, P.A., provide defendants, Amerisure Mutual Insurance Company and Amerisure Insurance Company, with electronic or hard copies of documents received in response to Lexington Insurance Company and Chartis Specialty Insurance Company's subpoena to WCI Communities, Inc.

Defendants, Amerisure Mutual Insurance Company and Amerisure Insurance Company, agree to pay the reasonable costs of scanning and/or photocopying.

*Signature block follows.*

Respectfully submitted,

Defendants, Amerisure Insurance Company
and Amerisure Mutual Insurance Company

By: _____/s/ Brian K. Abels_____
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert, Abels & Angelle, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY'S REQUEST FOR COPIES** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2011.