# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**ROBERT W. BLOCK, III, et al.,**　　　　　　　Civil Action No.: 11-1363
　　　　　　　　　　　　　　　　　　　　　　　　　Sect. L Mag 2
　　　　Plaintiff,

vs.

**GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al**

　　　　Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A., reserving all rights including the right to object to the jurisdiction of this Court, on behalf of Defendant, RINKER MATERIALS OF FLORIDA, INC. N/K/A CEMEX CONSTRUCTION MATERIALS OF FLORIDA, LLC, and hereby enters its appearance for and on behalf of said Defendant in the above-styled cause.

It is requested that all future pleadings be copied to the undersigned, Attention: BENJAMIN L. BEDARD, ESQUIRE.

It is requested that Roberts, Reynolds, Bedard & Tuzzio, P.A. be added to the Certificate of Service list effective immediately.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A.**
　　　　　　　　　　　　　　　　　　　　Counsel for CEMEX, Inc.
　　　　　　　　　　　　　　　　　　　　470 Columbia Drive, Bldg 101C
　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33409
　　　　　　　　　　　　　　　　　　　　PHONE:　　561 688-6560
　　　　　　　　　　　　　　　　　　　　FAX:　　　561 688-2343
　　　　　　　　　　　　　　　　　　　　EMAIL:　　bbedard@rrbpa.com
　　　　　　　　　　　　　　　　　　　　EMAIL:　　lbedard@rrbpa.com

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　**BENJAMIN L. BEDARD**
　　　　　　　　　　　　　　　　　　　　FBN: 983772
　　　　　　　　　　　　　　　　　　　　**LAURA E. BEDARD**
　　　　　　　　　　　　　　　　　　　　FBN: 640344

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this __30th__ day of __Aug.__, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Counsel list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

        470 Columbia Drive, Bldg. C101
        West Palm Beach, FL  33409
        Phone: 561/688-6560
        Fax: 561/688-2343
        Email: bbedard@rrbpa.com
        Email: lbedard@rrbpa.com
        Attorneys for CEMEX, Inc.

        _____
        BENJAMIN L. BEDARD
        Florida Bar No: 983772
        LAURA E. BEDARD
        Florida Bar No: 640344

STYLE: Block, et al. v. Rinker Materials of Florida, Inc. N/k/a Cemex Construction Materials of Florida, LLC
CASE NO.: 11-1363
OUR FILE NO.: **11-300**

## COUNSEL LIST

RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PHONE: 504/581-4892
FAX: 504/561-6024
Counsel for Plaintiffs
EMAIL: rherman@hhkc.com
EMAIL: ldavis@hhkc.com
Scty: Lillian: lflemming@hhkc.com
*Served via transmission of Notices of Electronic filing generated by CM/ECF*

KERRY J. MILLER, ESQUIRE
Frilot L.L.C.
Ste. 3700
1100 Poydras Street
New Orleans, LA 70130
Counsel for
PHONE: 504/599-8194
FAX: 504/599-8145
EMAIL: kmiller@frilot.com
EMAIL: scavet@frilot.com
*Served via transmission of Notices of Electronic filing generated by CM/ECF*

JUDY Y. BARRASSO, ESQUIRE
Barrasso, Usdin Kupperman, Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Counsel for
PHONE: 504/589-9700
FAX: 504/589-9701
EMAIL: jbarrasso@barrassousdin.com
EMAIL: ccosse@barrassousdin.com
*Served via transmission of Notices of Electronic filing generated by CM/ECF*

PHILLIP A. WITTMAN, ESQUIRE
Stone, Pigman, Walther, Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Counsel for Homebuilder & Installer
PHONE: 504/581-3200
FAX: 504/581-3361
EMAIL: pwittmann@stonepigman.com
EMAIL: btigchelaar@stonepigman.com
EMAIL: cmolony@stonepigman.com
EMAIL: pblackman@stonepigman.com
*Served via transmission of Notices of Electronic filing generated by CM/ECF*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BENJAMIN L. BEDARD, ESQUIRE
LAURA E. BEDARD, ESQUIRE
Roberts, Reynolds, Bedard & Tuzzio, P.A.
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Counsel for CEMEX, Inc.
PHONE: 561/688-6560
FAX: 561/688-2343
EMAIL: bbedard@rrbpa.com
EMAIL: lbedard@rrbpa.com
Scty: Tiffanie: tharris@rrbpa.com