UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III, et al,
    Plaintiff,

vs.

Civil Action No. 11-1363-Section L

GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al,
    Defendants.

_____/

## NOTICE OF BANKRUPTCY

The Defendant(s), Innovative Custom Builders, Inc., filed Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court Middle District of Florida, Tampa Division, Case No.: 8:08-bk-18303-MGW, filed on November 18, 2008. The corporation is bankrupt and has been dissolved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the following this __24th__ day of August, 2011.

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

DOUGLAS J. AMIDON, ESQ.
8606 Little Road
New Port Richey, FL 34654
(727) 834-9500
FBN: 0010146
Attorney for Debtor, Innovative Custom Builders, Inc.