[87fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:	Case No. 8:08−bk−18303−MGW
	Chapter 7

Innovative Custom Builders, Inc.
9679 Lakeview Drive
New Port Richey, FL 34654

_____Debtor(s)_____/

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Andrea P Bauman is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on December 30, 2009 .

*signature*

Michael G. Williamson
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/07)      Case Number **8:08-bk-18303-MGW**

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on November 18, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Innovative Custom Builders, Inc.
9679 Lakeview Drive
New Port Richey, FL 34654

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 8:08-bk-18303-MGW | 20-0422279 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Douglas J. Amidon<br>6008 Main Street<br>New Port Richey, FL 34653<br>Telephone number: 727-834-9500 | Andrea P Bauman<br>PO Box 907<br>Highland City, FL 33846<br>Telephone number: 863-701-7047 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: **December 18, 2008**      Time: **04:00 PM**
Location: **Room 100-A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602**

### Deadlines to File a Proof of Claim
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **March 18, 2009**      For a governmental unit: **180 days from the date of filing**

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602<br>Telephone number: 813-301-5162 | Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday - Friday 8:30 AM - 4:00 PM | Date: November 28, 2008 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.