UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 SECTION: "L" |
| PERTAINS TO: *Laura Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Civil Action No.: 11-1077 | JUDGE: FALLON MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned, Steven B. Witman, Valerie Theng Matherne, and Jené Liggins, of the Law Offices of Steven B. Witman, and hereby files their Notice of Appearance as counsel on behalf of Defendant, Rogers Company, L.L.C.. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

BY: _____
STEVEN B. WITMAN (#13621)
VALERIE THENG MATHERNE (#25898)
JENÉ LIGGINS (#31840)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-2200
Facsimile:  (504) 836-2201
switman@witmanlaw.com
vmatherne@witmanlaw.com
**Attorneys for Defendant, Rogers Company, L.L.C.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance was electronically filed to Lexis Nexis File and Serve and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 30th day of August, 2011.

_____
VALERIE THENG MATHERNE