UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE MANUFACTURED   MDL NO. 2047
DRYWALL PRODUCT LIABILITY
LITIGATION         JUDGE:  FALLON
              SECTION L

              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

**Kenneth and Barbara Wiltz, et al. v. Beijing New
Building Materials Public Ltd. Co., et al.
Case No:  2:10-cv-00361 (E.D.La.)**

**David Gross, et al v. Knauf Gips KG, et al.
Case No:  2:09-cv-06690 (E.D.La.)**

**Sean and Beth Payton, et al. v. Knauf Gips KG, et al.
Case No:  2:09-cv-07628 (E.D.La.)**

**Daniel Abreu, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.
Case No:  2:11-252 (E.D.La.)**

**Laura Haya, et. al. v. Taishan Gypsum Co.
Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.
Case No:  2:11-1077 (E.D.La.)**
-------------------------------------------------------------------------------------------------------------

DEFENDANTS', HOLIDAY BUILDERS INC AND HOLIDAY BUILDERS
CONSTRUCTION OF FLORIDA, LLC, MOTION AND INCORPORATED
MEMORANDUM FOR RELIEF FROM ORDERS COMPELLING PAYMENT
TO HOMEBUILDERS LIAISON COUNSEL PENDING DETERMINATION OF
<u>PERSONAL JURISDICTION MOTIONS</u>


   Defendants, Holiday Builders, Inc. ("Holiday") and Holiday Builders

Construction of Florida, LLC ("Holiday Builders Construction"), move for relief from

this Court's Orders compelling payment to Homebuilders' Liaison Counsel and in

support thereof state as follows:

1. Holiday and Holiday Builders Construction are before this Court because the entities have been sued in cases filed in the District Court for the Eastern District of Louisiana, which were then transferred to this Multi-District Litigation.

2. Holiday is a small Florida corporation with no operations, property or other connections in or with the State of Louisiana.

3. Holiday Builders Construction is a small Florida limited liability company with no operations, property or other connections in or with the State of Louisiana.

4. Because Holiday and Holiday Builders Construction have no "minimum contacts" with Louisiana, Holiday and Holiday Builders Construction responded to the suits by timely filing motions to dismiss for lack of personal jurisdiction, which motions have not yet been considered or ruled upon by this Court.[1]

5. Notwithstanding the pending motions to dismiss for lack of personal jurisdiction, on March 9, 2011, March 25, 2011 and August 22, 2011, the Court entered orders (the "Fee Orders") compelling Holiday and Holiday Builders Construction, along with other homebuilder defendants, to pay substantial sums of money into the registry of the Court by August 31, 2011, under threat of sanctions or contempt. These sums are to be used to pay attorneys fees to the law firm named by the Court as Homebuilders' Liaison Counsel.

---

[1] Holiday and/or Holiday Builders Construction's Motions to Dismiss were filed on February 24, 2010, May 7, 2010, June 18, 2010, June 15, 2011, and August 4, 2011.

6.   Notably, the Fee Orders do not indicate whether additional sums are to be ordered forfeited into the registry of the Court on a periodic basis as this MDL proceeds—although the March 9, 2011 order indicates that Homebuilders Liaison Counsel are to submit "sealed requests" for additional fees on an "ongoing monthly basis."    The Fee Orders do not establish or indicate any procedure under which the forfeited funds can later be recovered in the event that the Court later determines that a defendant was improperly named and that the Court thus lacked personal jurisdiction to order the improperly named defendants to forcibly make payments into the registry of the Court.

7.   Holiday and Holiday Builders Construction have not attempted to establish an attorney-client relationship with the Homebuilders Liaison counsel law firm of Stone, Pigman, Walther & Wittman, LLC, did not participate in the selection of that firm as Liaison Counsel and have not requested that firm to represent Holiday or Holiday Builders Construction or to perform any services for Holiday or Holiday Builders Construction.

8.   The Fee Orders are, effectively, the functional equivalent of a final judgment, or permanent injunction, providing for the final and immediate forfeiture of Holiday and Holiday Builders Construction's property (i.e., money), under color of law, and backed by the Court's contempt powers, without a hearing to consider the objections to such forfeiture and without even considering Holiday and Holiday Builders Construction's threshold argument that the Court lacks in personam jurisdiction over each entity to enter such a final decree.

9.  Because the Fee Orders are absolute in their terms and do not provide any vehicle for an objecting defendant to avoid paying the fee without risking contempt, Holiday and Holiday Builders Construction are, reluctantly, paying the ordered sums into the registry of the Court contemporaneously with the filing of this Motion.  However, Holiday and Holiday Builders Construction do so under protest and solely to avoid the imposition of sanctions by this Court.

10. At least as applied to Holiday and Holiday Builders Construction, the Fee Orders violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution which, among other things, requires that a court must actually have personal jurisdiction over a party before it can enjoin its actions.  While Holiday and Holiday Builders Construction are sympathetic to the challenge faced by this Court in managing this complex litigation, the interests of efficiency do not trump the right to Due Process under the Constitution.

11. In the interests of justice and in respect for the requirements of Due Process, Holiday and Holiday Builders Construction respectfully seek to be excused from compliance with this Court's orders of March 9, 2011, March 25, 2011 and August 22, 2011 (collectively, the "Fee Orders") pending disposition of Holiday and Holiday Builders Construction's  motions to dismiss for lack of personal jurisdiction.

WHEREFORE, Holiday and Holiday Builders Construction respectfully move for relief from the Fee Orders and request that both entities be excused from complying with

same unless and until the Court determines that it has personal jurisdiction over Holiday and Holiday Builders Construction.  Holiday and Holiday Builders Construction further request that the Court order the Clerk to refund to Holiday and Holiday Builders Construction, respectively, any sums deposited by them pursuant to the Fee Orders.

Respectfully submitted,

/s/ John Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendants, Holiday Builders Construction of Florida, LLC and Holiday Builders, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that the above and foregoing DEFENDANTS', HOLIDAY BUILDERS, INC. AND HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, MOTION AND INCORPORATED MEMORANDUM FOR RELIEF FROM ORDERS COMPELLING PAYMENT TO HOMEBUILDERS LIAISON COUNSEL PENDING DETERMINATION OF PERSONAL JURISDICTION MOTIONS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th  day of August, 2011.

/s/ John Boudet

John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendants, Holiday Builders
Construction of Florida, LLC and Holiday
Builders, Inc.*