

**BARON B BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766       3102 Oak Lawn Avenue
tel 214.521.3605              Suite 1100
fax 214.520.1181       Dallas, TX 75219-4281

August 24, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
               **Kenneth Abel, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe**
               **Dongxin Co., Ltd., et al; Cause No. 11-080**

Dear Russ and Lenny:

    My client, Nicolas Cocquerelle, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant, Lauris Boulanger, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

               Very truly yours,

               Bruce Steckler