UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Cause No. 11-1077 | |

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, MC-FT. MYERS ASSOCIATES, LLC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Cobblestone on the Lake Condominium Association, Nicolas Cocquerelle, Remi L. Victor, Jr., and Stephen Webster, hereby dismiss without prejudice all of their claims against DEFENDANT MC-FT. MYERS ASSOCIATES, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs, Cobblestone on the Lake Condominium Association, Nicolas Cocquerelle, Remi L. Victor, Jr., and Stephen Webster, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, counsel for Plaintiffs, dated August 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: 8-31, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August, 2011.

                                                /s/ Leonard A. Davis
                                                Leonard A. Davis, Esquire
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047

# EXHIBIT A



**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766     3102 Oak Lawn Avenue
tel 214.521.3605     Suite 1100
fax 214.520.1181     Dallas, TX 75219-4281

August 22, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
              **Laura Haya, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe Dongxin Co., Ltd., et al; Cause No. 11-1077**

Dear Russ and Lenny:

      My clients, Cobblestone on the Lake Condominium Association, Nicolas Cocquerelle, Remi L. Victor, Jr., and Stephen Webster, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, MC-Ft. Myers Associates, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

                                      Very truly yours,

                                      Bruce Steckler