UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :      SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :      JUDGE FALLON
                                      :
ALL CASES                             :      MAG. JUDGE WILKINSON
---------------------------------------------------------------x

## MOTION FOR ENTRY OF STIPULATION CONCERNING DISCOVERY

NOW INTO COURT, through undersigned counsel, come the "Knauf Defendants", Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, and Gebr. Knauf Verwaltungsgesellschaft KG, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval.  The Knauf Defendants present to the Court that the attached stipulation is fair, adequate and reasonable.  For these reasons, the Knauf Defendants move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A".

Wherefore, the Knauf Defendants request that this Court approve the agreed stipulation and enter same into the Court record.

Respectfully submitted,

/s/ Russ M. Herman  
Russ M. Herman  
Leonard A. Davis  
HERMAN, HERMAN, KATZ  
 & COTLAR, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Phone:  (504) 581-4892  
Fax:  (504) 561-6024  
Email:  Ldavis@hhkc.com  

*Plaintiffs' Liaison Counsel*  
*MDL 2047*  

Arnold Levin  
Fred S. Longer  
Matthew C. Gaughan  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
Phone:  (215) 592-1500  
Fax:  (215) 592-4663  
Alevin@lfsblaw.com  

*Plaintiffs' Lead Counsel*  
*MDL 2047*  

/s/ Steven Glickstein  
Steven Glickstein (NY Bar No. 1038157)  
Jay P. Mayesh (NY Bar No. 1081603)  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, NY 10022  
Phone:  (212) 836-8485  
Fax:  (212) 836-6485  
Email:  sglickstein@kayescholer.com  

Miles P. Clements (#4184)  
Peter E. Sperling (#17812)  
Kerry J. Miller (#24562)  
Kyle A. Spaulding (#29000)  
Paul C. Thibodeaux (#29446)  
FRILOT, L.L.C.  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163  
Phone:  (504) 599-8194  
Fax:  (504) 599-8145  
Email:  kmiller@frilot.com  

*Attorneys for Knauf Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation Concerning Jurisdictional Discovery has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 31st day of August, 2011.

/s/ Kyle Spaulding