UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED         :        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                                         :        SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :        JUDGE FALLON
                                                         :
ALL CASES                                        :        MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**ORDER**

Considering the foregoing Motion For Entry of Stipulation Concerning Discovery, the Court finds the motion meritorious and should be granted;

**IT IS HEREBY ORDERED** that the agreed stipulation attached as Exhibit "A" to the Motion for Entry of Stipulation Concerning Discovery is hereby entered into the record of this Matter.

New Orleans, Louisiana, this _____ day of _____ 2011.

_____
JUDGE ELDON FALLON