UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047<br><br>JUDGE: FALLON<br>SECTION L<br><br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al.**
Case No: 2:10-cv-00361 (E.D.La.)

**David Gross, et al v. Knauf Gips KG, et al.**
Case No: 2:09-cv-06690 (E.D.La.)

**Sean and Beth Payton, et al. v. Knauf Gips KG, et al.**
Case No: 2:09-cv-07628 (E.D.La.)

**Daniel Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.**
Case No: 2:11-252 (E.D.La.)

**Laura Haya, et. al. v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.**
Case No: 2:11-1077 (E.D.La.)
--------------------------------------------------------------------------------------------------------------

### DEFENDANT'S, HOLIDAY BUILDERS INC, MOTION FOR RELIEF FROM ORDERS COMPELLING PAYMENT TO HOMEBUILDERS LIAISON COUNSEL PENDING DETERMINATION OF PERSONAL JURISDICTION MOTIONS

Defendant, HOLIDAY BUILDERS, INC., a Florida Corporation ("HOLIDAY"), through special appearance of its undersigned counsel, hereby moves for relief from this Court's Orders (R. Docs. 8006, 8401, 10147), hereinafter the "Fee Orders,", compelling

payment to Homebuilders' Liaison Counsel for the reasons provided in the accompanying Memorandum in support of this Motion.

WHEREFORE, Defendant, HOLIDAY BUILDERS, INC., prays this Court enters an Order granting relief from the Fee Orders, including: (1) excusal of HOLIDAY BUILDERS, INC. from compliance with the Fee Orders unless and until the Court determines that it has personal jurisdiction over HOLIDAY BUILDERS, INC.; and (2) ordering Clerk of the Court, Eastern District of Louisiana to refund any funds deposited by HOLIDAY BUILDERS, INC. pursuant to the Fee Orders.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing DEFENDANT'S, HOLIDAY BUILDERS, INC., MOTION FOR RELIEF FROM ORDERS COMPELLING PAYMENT TO HOMEBUILDERS LIAISON COUNSEL PENDING DETERMINATION OF PERSONAL JURISDICTION MOTIONS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with

346763 v_02 \ 108652.0055

Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of August, 2011.

    /s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

346763 v_02 \ 108652.0055