UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047<br><br>JUDGE: FALLON<br>SECTION L<br><br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al.**
Case No: 2:10-cv-00361 (E.D.La.)

**David Gross, et al v. Knauf Gips KG, et al.**
Case No: 2:09-cv-06690 (E.D.La.)

**Sean and Beth Payton, et al. v. Knauf Gips KG, et al.**
Case No: 2:09-cv-07628 (E.D.La.)

**Daniel Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.**
Case No: 2:11-252 (E.D.La.)

**Laura Haya, et. al. v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.**
Case No: 2:11-1077 (E.D.La.)

-------------------------------------------------------------------------------------------------------------

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion for Relief from Orders Compelling Payment to Homebuilders Liaison Counsel Pending Determination of Personal Jurisdiction Motions.  PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on September 28, 2011, at 9:00 a.m. before Judge Eldon E. Fallon.

Respectfully submitted,

346783 v_02 \ 108652.0055

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendants, Holiday Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st  day of August, 2011.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant Holiday Builders, Inc.*

346783 v_02 \ 108652.0055