MINUTE ENTRY
FALLON, J.
AUGUST 30, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
|     DRYWALL PRODUCTS | |
|     LIABILITY LITIGATION | SECTION: L |
| | |
| | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Leonard Davis, Esq. for PSC
              Arnold Levin, Esq. for Plaintiffs, by phone
              Chris Seeger, Esq. for Plaintiffs, by phone
              Nick Panayotopoulas, Esq. for Banner Supply
              Kenneth Hart, Esq. for Venture Supply and Porter-Blaine
              Eric Statman, Esq. for Defendants Taishan Gypsum & Taian Taishan Plasterboard
              Frank Spano, Esq. for Defendants TTP and TG, by phone

Discovery Dispute Hearing relating to the Parties' Supplemental Briefs (Rec. Docs. 10162 & 10174) to the Plaintiffs' Steering Committee Motion for an Order compelling production of documents and further jurisdictional depositions of the Taishan Defendants and for sanctions (8685)

Argument - TAKEN UNDER SUBMISSION.

JS10:     1:25