UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | § § | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| *Robert W. Block, III, et. al., v. Gebrueder Knauf, et. al.,* Case No. 2:2011-CV-01363 | § § § § | |

## NOTICE OF APPEARANCE

COMES NOW, ANDREW K. YORK and KENNETH C. STONE of the law firm Looper Reed & McGraw, P.C., and hereby enroll as counsel of record for PERRY HOMES, LLC in this case. It is respectfully requested that all future orders, notices, pleadings, motions and other papers in this case be served upon them in connection with this action.

DATED: August 31, 2011.

                                      LOOPER REED & McGRAW, P.C.

                                      By: /s/ Andrew K. York
                                            ANDREW K. YORK
                                            Texas State Bar No. 24051554
                                            KENNETH C. STONE
                                            Texas State Bar No. 19296300

                                      1601 Elm Street, Suite 4600
                                      Dallas, Texas 75201
                                      Telephone: 214.954.4135
                                      Facsimile: 214.953.1332
                                      Email: dyork@lrmlaw.com
                                               kstone@lrmlaw.com

                                      ATTORNEYS FOR PERRY HOMES, LLC

715581.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of August, 2011.

/s/ Andrew K. York
ANDREW K. YORK

715581.1