UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al. vs. | * * * * | JUDGE FALLON (L) |
| TAISHAN GYPSUM CO., LTD. et al Case No. 11-1077 | * * * | MAG. WILKINSON (4) |

## MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

Defendant Radd Builders, Inc., by and through undersigned counsel, hereby moves the Court for an additional thirty (30) days, through and including September 30, 2011, within which to submit its Builder Profile Form in the above-captioned matter. Radd Builders, Inc. reserves all rights to object to jurisdiction, venue, or service, and preserves all defenses. Nothing in this motion shall be construed as a waiver to jurisdiction.

Radd Builders, Inc. requires additional time in which to complete and submit the Builder Profile Form. This is Radd Builders, Inc's first requested extension and the requested extension will neither prejudice any party nor delay the progression of this case.

WHEREFORE, Defendant, Radd Builders, Inc., respectfully requests an extension of time up to and including September 30, 2011 to submit its Builder Profile Form as required by the Court.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ *Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
RADD BUILDERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ *Charles B. Long*
CHARLES B. LONG

2