UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

**MOTION FOR EXTENSION OF TIME**
**TO SUBMIT BUILDER PROFILE FORM**

Defendant Diversified General Contractors, Inc. ("Diversified General Contractors")

by and through undersigned counsel, hereby moves the Court for an additional thirty (30)

days, through and including September 30, 2011, within which to submit its Builder Profile

Form in the above-captioned matter. Diversified General Contractors reserves all rights to

object to jurisdiction, venue, or service, and preserves all defenses.  Nothing in this motion

shall be construed as a waiver to jurisdiction.

Diversified General Contractors requires additional time in which to complete and

submit the Builder Profile Form.  This is Diversified General Contractors' first requested

extension and the requested extension will neither prejudice any party nor delay the

progression of this case.

WHEREFORE, Defendant, Diversified General Contractors, respectfully requests an

extension of time up to and including September 30, 2011 to submit its Builder Profile Form as required by the Court.

KREBS, FARLEY & PELLETERI, P.L.L.C.

_/s/Charles B. Long_
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Telephone:  504-299-3570
Facsimile:  504-299-3582
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com
ATTORNEYS FOR DIVERSIFIED
GENERAL CONTRACTORS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_/s/ Charles B. Long_
CHARLES B. LONG