UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, KG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**ORDER ON DIVERSIFIED GENERAL CONTRACTORS INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

The Court, having considered Diversified General Contractors, Inc.'s Motion for Extension of Time to Submit Builder Profile Form filed in the instant action, hereby orders as follows:

Diversified General Contractors, Inc.'s Motion for Extension of Time to Submit Builder Profile Form is GRANTED. Diversified General Contractors, Inc. shall have up to and including September 30, 2011, within which to submit its Builder Profile Form in the above-captioned matter.

SO ORDERED in New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE