1802.003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| DEAN and DAWN AMATO, et al, <br><br>vs.<br><br>LIBERTY MUTUAL INS., et al,<br>Case No.: 2:10-cv-932-EEF-JCW | MAG. WILKINSON |

## ORDER

Considering the foregoing Counsel's Joint Motion to Substitute Counsel for Vinings Insurance Company,

IT IS ORDERED that Lisa A. Oonk and the law firm of Dalan, Katz & Siegel, P.L. be and are hereby substituted in place of Michael J. McCaffrey, Esq. and the law firm of Litchfield Cavo LLP as co-counsel of record for Vinings Insurance Company.

IT IS FURTHER ORDERED that neither Counsel's Joint Motion, nor this Order shall be deemed to be a waiver of any of Vinings Insurance Company's rights or defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of the Court.

DONE AND ORDERED in New Orleans, Louisiana, on this the  1st  day of September, 2011.

JUDGE, EASTERN DISTRICT OF LOUISIANA