**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS**

**I.     INTRODUCTION**

This Memorandum of Law[1] is submitted by the Plaintiffs' Steering Committee ("PSC") and Counsel for Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Product Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebrueder Knauf Verwaltungsgesellschaft, KG, P.T. Knauf Gypsum Indonesia, and Knauf Gips KG (collectively, the "Knauf Entities") in support of their Joint Motion for approval of the PSC-Knauf Homebuilders Agreement.  This agreement provides, on Exhibit A thereto (filed under seal), apart from the Demonstration Remediation Agreement, a list of homes that are covered by pending or existing agreements between individual Homebuilders and the Knauf Entities, whereby the Knauf Entities have and/or agreed to reimburse the Homebuilders for their remediation of homes containing KPT board ("Homebuilder Agreements").  The agreement also provides, on Exhibit B thereto, apart from the Demonstration Remediation Agreement, a list of

---

[1]  Capitalized terms used in this memorandum shall have the same meaning as those defined in the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders (with exhibits) (the "PSC-Knauf Homebuilders Agreement"), attached as Exhibit A to the Joint Motion filed herewith, consistent with the definitions in the Settlement Agreement For the Demonstration Remediation of Homes With KPT Drywall entered into on October 14, 2010 (the "Demonstration Remediation Agreement") and posted to the Court's website at http://www.laed.uscourts.gov/Drywall/DemonstrationRemediationAgreement.pdf.

homes that the Knauf Entities reasonably anticipate will be covered by settlement agreements between individual Homebuilders and the Knauf Entities, whereby the Knauf Entities will partially reimburse the Homebuilders for their remediations of homes containing KPT board ("Future Homebuilder Agreements").  The PSC-Knauf Homebuilders Agreement sets forth the parameters and structure for the Future Homebuilder Agreements and the applicability of the Demonstration Remediation Agreement to same.

Further, the PSC-Knauf Homebuilders Agreement provides that Attorneys' Fees for the Knauf Entities' contribution to Homebuilders' remediation of homes pursuant to existing or pending Homebuilder Agreements (Exhibit A) and/or Future Homebuilder Agreements (Exhibit B) will be determined according to the procedures set forth in Paragraphs IX and X of the Demonstration Remediation Agreement.  The Knauf Entities have reserved all defenses they contend pertain to attorneys' fees, including the right to object to any fees, subject to the procedures of Paragraphs IX and X of the Demonstration Remediation Agreement.

Finally, the Knauf Entities have consented to the jurisdiction of this Court solely and exclusively for purposes of this agreement, and the parties agree that the MDL Court will approve and oversee implementation of this agreement.  The parties also agree that any rulings of the MDL Court in connection with this agreement shall be non-appealable.

## II.    ARGUMENT

Pursuant to 28 U.S.C. § 1407, on June 15, 2009, the Judicial Panel on Multidistrict Litigation assembled all related federal Chinese-Manufactured Drywall cases before this Court "for coordinated or consolidated pretrial proceedings ... [to] promote the just and efficient conduct of such actions."[2]  For over two years, this Court has overseen and managed the litigation involving

---

[2] *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 626 F. Supp. 2d 1346 (J.P.M.L. 2009) (Rec. Doc. No. 1).

numerous Omnibus class actions and thousands of individual plaintiffs suing more than a thousand defendants.  On October 14, 2010, the parties reached the Demonstration Remediation Agreement designed to remediate homes with KPT board.  This Court has overseen and continues to manage the implementation of that agreement.

Apart from the Demonstration Remediation Agreement, the Knauf Entities have entered into various Homebuilder Agreements that either have been completed or are pending and they anticipate entering into Future Homebuilder Agreements as well (Exhibits A and B, respectively, to the PSC-Knauf Homebuilders Agreement).  This MDL Court has inherent managerial power and control over these proceedings and the settlement process that resulted in the PSC-Knauf Homebuilders Agreement.  *See* Manual for Complex Litigation (Fourth) §§ 10.1 ("the court's express and inherent powers enable the judge to exercise extensive supervision and control of litigation"); *In re Vioxx Prods. Liab. Litig.*, 760 F. Supp. 2d 640 (E.D. La. 2010).  Moreover, the PSC-Knauf Homebuilders Agreement expressly provides that this MDL Court "will approve and oversee implementation of this agreement."  (PSC-Knauf Homebuilders Agreement at §VII).

Given the strong judicial policy favoring pretrial settlement of complex lawsuits, *e.g.*, *Maher v. Zapata Corp.*, 714 F.2d 436, 455 (5th Cir. 1983); *Cotton v. Hinton*, 559 F.2d 1326, 1331 (5th Cir. 1977); *Turner v. Murphy Oil USA, Inc.*, 472 F. Supp. 2d 830, 843 (E.D. La. 2007) (Fallon, J.); *Braud v. Transport Service Co. of Illinois*, 2010 WL 3283398, *3 (E.D. La. Aug. 17, 2010) (Knowles, Mag. J.), the PSC-Knauf Homebuilders Settlement should be approved and implemented by the Court.  In addition to the Demonstration Remediation Settlement reached last year, on April 25, 2011, the PSC entered into a class action settlement agreement with Interior Exterior Building Supply, L.P. and its primary insurers, Arch Insurance Co. ("Arch") and Liberty Mutual Fire Insurance Co. ("Liberty"), which the Court preliminarily approved on May 13, 2011 and for which a final fairness hearing has been scheduled for October 27, 2011 (Rec. Doc. No. 8818).  On June 14, 2011, the PSC

entered into a class action settlement agreement with the Banner Entities and their insurers, which the Court preliminarily approved on July 14, 2011 (Rec. Doc. No. 9839).  The PSC-Knauf Homebuilders Agreement should be approved as well.

## III.   CONCLUSION

The Settling Parties respectfully request that this Court approve and oversee the implementation of the PSC-Knauf Homebuilders Agreement.

Respectfully submitted,

Dated: September 1, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Sandra L. Duggan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**THE KNAUF ENTITIES**

Gregory J. Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8878
Fax:  (212)  836-6478
gwallance@kayescholer.com

Kerry J. Miller
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 599-8000
Fax: (504) 599-8145
kmiller@frilot.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of September, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-counsel for Plaintiffs*