UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

# EXHIBIT A ATTACHED TO JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS

# FILED UNDER SEAL