UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**EXHIBIT B ATTACHED TO JOINT
MOTION FOR APPROVAL OF TERM SHEET
AGREEMENT WITH KNAUF ENTITIES REGARDING
THEIR SETTLEMENTS WITH HOMEBUILDERS**

# FILED UNDER SEAL