UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*2:09-MD-2047; 2:09-CV-6690;*<br>*2:09-CV-7628;*<br>*2:09-CV-8030; 2:09-CV-8034; 2:10-CV-361;*<br>*2:10-CV-932; 2:11-CV-80; 2:11-CV-252* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**SUPPLEMENTAL DESIGNATION OF THE PLAINTIFFS' STEERING COMMITTEE OF RECORD ON APPEAL OF THE MAY 13, 2011 ORDER [R. DOC. 8818] AND THE JUNE 9, 2011 ORDER [R. DOC. 9415]**

Pursuant to the August 18, 2011 Order of the United States Court of Appeals, Fifth Circuit, [Doc. 00511575733], in Case No. 11-30619, the following are the Supplemental Designations of Record of the Plaintiffs' Steering Committee ("PSC"), which the PSC believes are necessary:

- Pretrial Order No. 3 [Rec. Doc. No. 21];

- Pretrial Order No. 4 [Rec. Doc. No. 22];

- Pretrial Order No. 5 [Rec. Doc. No. 24];

- Pretrial Order No. 7 [Rec. Doc. No. 143];

- Pretrial Order No. 8 [Rec. Doc. No. 144];

- Amended Pretrial Order No. 7 [Rec. Doc. No. 152];

- Pretrial Order No. 7B [Rec. Doc. No. 180];

- Pretrial Order No. 18 [Rec. Doc. No. 414];

- Order appointing Special Master [Rec. Doc. No. 505];

- Pretrial Order No. 19 [Rec. Doc. No. 1871];

- Pretrial Order No. 20 [Rec. Doc. No. 2369];

- Complaint in *Silva, et al. v. Interior Exterior Building Supply, LP, et al.*, Civ. Action No. 09-08030 (E.D. La.);

- Complaint in Silva, et al. v. Arch Insurance Company, et al., Civ. Action No. 09-08034 (E.D. La.);

- Complaint in *Payton, et al. v. Knauf Gips, KG, et al.*, Case No. 2:09-cv-07628 (E.D. La.) (Omnibus I, I(A), I(B), I(C)) [Omni I Rec. Doc. No. 1; Omni I(A) Rec. Doc. 4346; Omni I(B) Rec. Doc. 5668; Omni I(C) Rec. Doc. 6651];

- Complaint in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 2:10-cv-00361 (E.D. La.) (Omnibus II, II(A), II(B), II(C)) [Omni II Rec. Doc. No. 1; Omni II(A) Rec. Doc. 4347; Omni II(B) Rec. Doc. 5669; Omni II(C) Rec. Doc. 6649];

- Complaint in *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 2:09-cv-6690 (E.D. La.) (original complaint, Omnibus III, III(A)) [Omni III Rec. Doc. No. 1; Omni III(A) Rec. Doc. 4350];

- Complaint in *Rogers, et al. v. Knauf Gips, KG, et al.*, Case No. 2:10-cv-00362 (E.D. La.) (Omnibus IV, IV(A), IV(B), IV(C)) [Omni IV Rec. Doc. No. 1; Omni IV(A) 4349; Omni IV(B) Rec. Doc. 5672; Omni IV(C) Rec. Doc. 6647];

- Complaint in *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.) (Omnibus V) [Rec. Doc. No. 1];

- Complaint in *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:11-080 (E.D. La) [Rec. Doc. No. 1];

- Complaint in *Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,*

*et al.*, Case No. 2:11-252 (E.D. La.) [Rec. Doc. No. 1];

- Transcript of Proceedings, 6/24/2010;

- Transcript of Proceedings, 10/14/2010;

- Transcript of Proceedings, 3/23/2011;

- Default Judgment in *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6687 (E.D. Va.) (May 11, 2010) [Rec. Doc. No. 3013];

- Judgment in *Hernandez v. Knauf Gips, KG, et al.*, CA 09-6050 (E.D. La.) (May 11, 2010) [Rec. Doc. No. 3];

- Motion for class certification in *Germano* [Rec. Doc. No. 3293];

- Motion for class certification in *Silva* [Rec. Doc. No. 5567];

- Motion for class certification in *Vickers/Payton* [Rec. Doc. No. 5611];

- Motion for class certification of Florida and Louisiana Homeowner Classes in *Payton* [Rec. Doc. No. 5612];

- Minute Entry, 12/2/2010 [Rec. Doc. No. 6525];

- Minute Entry, 2/8/2011 [Rec. Doc. No. 7352];

- Motion for certification of a Louisiana Homeowner Class and for Declaratory Relief in *Silva* [Rec. Doc. No. 8125];

- Substituted Motion for class certification in *Vickers/Payton* [Rec. Doc. No. 8195]; and

- Substituted Motion for class certification in *Payton* [Rec. Doc. No. 8197].

Dated: September 1, 2011					Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CLASS COUNSEL

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

## SUBCLASS COUNSEL

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Proposed Louisiana Subclass Counsel*

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com
*Proposed Non-Louisiana Subclass Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing SUPPLEMENTAL DESIGNATIONS OF THE PSC has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of September, 2011.  A copy of the same SUPPLEMENTAL DESIGNATIONS OF THE PSC has also been filed with the United States Court of Appeal, Fifth Circuit on this 1st day of September, 2011.

            /s/ Leonard A. Davis
            Leonard A. Davis, Esquire
            HERMAN, HERMAN, KATZ & COTLAR, LLP
            820 O'Keefe Avenue
            New Orleans, LA 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            Ldavis@hhkc.com
            *Plaintiffs' Liaison Counsel MDL 2047*
            *Co-counsel for Plaintiffs*