UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.,* Case No.: 09-7628 (E.D.La.) | |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Gregory S. Weiss, Esquire and the firm of Leopold~Kuvin, P.A., counsel of record for Plaintiff, MIKE WILLIAMS, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Plaintiff. Written notice of the proposed withdrawal has been served on Plaintiff (Exhibit A).

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Plaintiff, Mike Williams, in the above referenced case.

Respectfully submitted,

Dated: September 1, 2011

/s/ Gregory S. Weiss
Gregory S. Weiss, Esq.
(Florida Bar No.: 163430)
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopoldkuvin.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Mike Williams, 8979 Lely Island Circle, Naples, FL 34113 on this 1st day of September, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS
(Florida Bar No.: 163430)
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopoldkuvin.com