UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2047**<br>**SECTION:  L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Payton, et al. v. Knauf Gips KG, et al.,*<br>*Case No.: 09-7628 (E.D.La.)* | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Gregory S. Weiss, Esquire and the law firm of Leopold~Kuvin, P.A. will bring for submission their Motion to Withdraw as Counsel Without Substitution for Plaintiff, MIKE WILLIAMS, on November 9, 2011 at 9:00 a.m.

    Respectfully submitted,

    s/GREGORY S. WEISS
    GREGORY S. WEISS (Florida Bar No.: 163430)
    LEOPOLD~KUVIN, P.A.
    2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, FL 33410
    Telephone:  (561) 515-1400
    Facsimile:   (561) 515-1401
    Email:  gweiss@leopoldkuvin.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, and via certified mail to Mike Williams, 8979 Lely Island Circle, Naples, FL  34113, on this 1st day of September, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No.: 163430