# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :    SECTION:    L
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                :    JUDGE FALLON
                                         :
ALL CASES                                :    MAG. JUDGE WILKINSON
-------------------------------------------------------------x
```

## RESPONSE OF KNAUF PLASTERBOARD (TIANJIN) CO. LTD. TO CHARTIS' MOTION FOR AN ORDER REQUIRING KPT TO PRODUCE CERTAIN DOCUMENTS

KPT does not oppose Chartis' motion for an order requiring KPT to produce certain documents, which relate to a settlement between KPT and a third party. However, the documents include settlement amounts that KPT will redact prior to production if the Court grants the motion. In addition, pursuant to KPT's settlement agreement, it has given the settling party notice of Chartis' motion. KPT cannot represent whether the settling party will oppose the motion.

Dated: September 1, 2011                     Respectfully submitted,

                                             By: Kyle A. Spaulding
                                             MILES P. CLEMENTS (#4184)
                                             PETER E. SPERLING (#17812)
                                             KERRY J. MILLER (#24562)
                                             KYLE A. SPAULDING (#29000)
                                             PAUL C. THIBODEAUX (#29446)
                                             FRILOT L.L.C.
                                             1100 Poydras Street
                                             Suite 3700
                                             New Orleans, LA 70163
                                             Telephone: (504) 599-8194
                                             Facsimile: (504) 599-8145
                                             Email: kmiller@frilot.com

60330221.DOCX

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for Knauf Plasterboard (Tianjin) Co. Ltd.

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Response of Knauf Plasterboard (Tianjin) Co., Ltd. to Chartis' Motion for an Order Requiring KPT to Produce Certain Documents has been served upon Plaintiffs' Liaison Counsel and counsel for the Builders by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 1st day of September, 2011.

                                            /s/ Kyle Spaulding