UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Cases | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CHARTIS'S MOTION TO LIFT STAY WITH
REGARD TO ITS UNOPPOSED MOTION FOR AN ORDER REQUIRING KNAUF
PLASTERBOARD (TIANJIN) CO., LTD. TO PRODUCE CERTAIN DOCUMENTS**

Chartis[1] hereby moves this Court to lift the stay in this matter to allow Chartis to file its Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents. In support of its Motion, Chatis relies on its Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents, which is filed contemporaneously herewith.

WHEREFORE, Chartis prays that this Court lift the stay to allow Chartis to file its Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents.

Respectfully submitted this 31st day of August, 2011.

                                                  **QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

                                                  /s/ *Jane M. Byrne*
                                                  **JANE M. BYRNE, ESQ.**
                                                  New York Bar Number: JB6748
                                                  51 Madison Ave., 22nd Floor
                                                  New York, NY 10010
                                                  Telephone: (212) 849-7000
                                                  Fax: (212) 849-7100
                                                  janebyrne@quinnemanuel.com

---

[1] "Chartis" includes Chartis Specialty Insurance Company (formerly known as "American International Specialty Lines Insurance Company"), Illinois National Insurance Co., National Union Fire Insurance Company of Pittsburgh, Pa., Commerce & Industry Insurance Co., and any other sister entities or entities related to the foregoing or to American International Group, Inc.

*Counsel for American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Lift Stay with Regard to Chartis' Unopposed Motion for an Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 on this 31st day of August, 2011.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ *Jane M. Byrne*
**JANE M. BYRNE, ESQ.**