UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Cases | **MDL NO. 2047**<br>**SECTION: L**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Considering Chartis's Motion to Lift Stay With Regard to Its Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents:

IT IS ORDERED BT THE COURT that the stay in Pretrial Order No. 1 is lifted for the purposes of allowing Chartis to file its Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge