## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047**<br>**SECTION: L** |
| This Document Relates to: All Cases | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

### UNOPPOSED MOTION FOR ORDER REQUIRING KNAUF PLASTERBOARD (TIANJIN) CO., LTD. TO PRODUCE CERTAIN DOCUMENTS

Chartis[1] hereby moves this Court for an Order requiring Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") to produce the twelve documents bearing Bates numbers KPT-PRIV0000672 through KPT-PRIV0000697 and KPT-PRIV0000704 through KPT-PRIV0000758 listed in the KPT privilege log dated January 18, 2011.  The privilege log entries for these documents indicated that they were withheld from production on the ground of "Confidentiality Agreement."  On July 7, 2011, Chartis requested that KPT produce these documents, because confidentiality of information is not a valid basis for withholding a responsive document from discovery.  In response, by letter dated August 1, 2011, KPT's counsel stated that KPT had withheld these documents pursuant to a settlement agreement with a third-party that contains a confidentiality provision, pursuant to which KPT may not disclose these twelve documents in the absence of a court order.  KPT's counsel further stated that KPT will not object if Chartis makes a motion to obtain such an order.

---

[1]  "Chartis" includes Chartis Specialty Insurance Company (formerly known as "American International Specialty Lines Insurance Company"), Illinois National Insurance Co., National Union Fire Insurance Company of Pittsburgh, Pa., Commerce & Industry Insurance Co., and any other sister entities or entities related to the foregoing or to American International Group, Inc.

Accordingly, Chartis respectfully moves this Court for an order requiring KPT to produce the above-referenced twelve documents.

Respectfully submitted this 31st day of August, 2011.

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
>
> /s/ *Jane M. Byrne*
> **JANE M. BYRNE, ESQ.**
> New York Bar Number: JB6748
> 51 Madison Ave., 22nd Floor
> New York, NY 10010
> Telephone: (212) 849-7000
> Fax: (212) 849-7100
> janebyrne@quinnemanuel.com
>
> *Counsel for American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion for Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 on this 31st day of August, 2011.

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
>
> /s/ *Jane M. Byrne*
> **JANE M. BYRNE, ESQ.**