**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Cases | **MDL NO. 2047**<br>**SECTION: L**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Considering Chartis's Unopposed Motion For An Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents:

IT IS ORDERED BT THE COURT that Knauf Plasterboard (Tianjin) Co., Ltd. produce the twelve documents bearing Bates numbers KPT-PRIV0000672 through KPT-PRIV0000697 and KPT-PRIV0000704 through KPT-PRIV0000758 listed in its privilege log dated January 18, 2011 on or before _____.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge