UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Case No. 11-1363     (Omni X) Robert W. Block, III, et al v. Gebrueder Verwaltungsgesellschaft, KG, et al | * * * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

The undersigned attorney, Angelique Groza Lyons, hereby gives notice of appearing in the above styled cause as counsel for Defendant Groza Builders, Inc. and requests that all mailings be addressed to Defendant Groza Builders' counsel as follows:  Angelique Groza Lyons, Esq., alyons@constangy.com, CONSTANGY, BROOKS & SMITH, LLP, 100 North Tampa Street, Suite 3350, Post Office Box 1840, Tampa, Florida  33601-1840.

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
alyons@constangy.com
CONSTANGY, BROOKS & SMITH, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515
Attorney for Groza Builders, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of September, 2011.

/s/Angelique Groza Lyons
Attorney

1554629.1