UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL:
     PRODUCTS LIABILITY LITIGATION   :
                                   :     MDL 2047
THIS DOCUMENT RELATES TO        :     SECTION: L
                                   :     JUDGE FALLON
Shane Allen, et al. v. Knauf Gips KG, et al.   :     MAG. JUDGE WILKINSON
Case No. 2:2009-cv-04112 (E.D. La.)     :
                                   :
……………………………………………………:

## UNOPPOSED MOTION TO DROP DEFENDANT
## INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC. WITH PREJUDICE

Plaintiffs, SHANE ALLEN and NICOLE ALLEN, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 21, move for an Order dropping Defendant INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC., as a party to this action with prejudice. Undersigned counsel has conferred with Defendant's counsel and has been advised that Defendant's counsel agrees to the relief requested in this Motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order dropping Defendant INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC. as a party to this action with prejudice and for such further relief as is deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 2ND day of September 2011, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:    /s/ Jordan L. Chaikin            .
         Jordan L. Chaikin
         Florida Bar Number 0878421
         **PARKER WAICHMAN ALONSO LLP**
         3301 Bonita Beach Road, Suite 101

2

Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: JChaikin@yourlawyer.com

*Attorneys for Plaintiffs*

2