UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, et. al,

        Plaintiffs,

v.

GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et. al,

        Defendants.
_____/

CASE NO.: 11-1363
SECT. L MAG. 2

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

      COMES NOW Valerie B. Greenberg, Samantha Kavanaugh and Michael A. Sayre of the law firm of Akerman Senterfitt, and hereby enroll as counsel on behalf of Defendant, Rick Strawbridge, Inc.  It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

{M3093291;1}

        Respectfully submitted,

        **AKERMAN SENTERFITT**

BY: /s/ Michael A. Sayre
     Valerie B. Greenberg, Esq. (Fla. Bar # 026514)
     Samantha Kavanaugh, Esq. (Fla. Bar # 0194662)
     Michael A. Sayre, Esq. (Fla. Bar # 17607)
     One Southeast Third Avenue, 25th Floor
     Miami, FL 33131-1714
     Phone: (305) 374-5600
     Fax: (305) 374-5095
     Email: valerie.greenberg@akerman.com
           samantha.kavanaugh@akerman.com
           michael.sayre@akerman.com

Co-Counsel for Rick Strawbridge, Inc.

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
      Susie.morgan@phelps.com
      Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of September, 2011.

/s/ Michael A. Sayre