UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: 09-7628 (Payton) | Judge Fallon<br>Mag. Judge Wilkinson |

/

NOTICE OF DISMISSAL WITH PREJUDICE
AS TO M/I HOMES, INC. AND M/I HOMES OF TAMPA, LLC
PURSUANT TO STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Kevin and Jennifer Brazon, and defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC, hereby stipulate that all claims against M/I Homes, Inc. and M/I Homes of Tampa, LLC shall be dismissed with prejudice. All other claims against all remaining defendants in the above-referenced actions shall remain in full force and effect.

WHEREFORE, plaintiffs Kevin and Jennifer Brazon, through their undersigned counsel, hereby dismiss these designated claims in the above-referenced actions, with prejudice, against defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC without costs to any party.

19819148.1

1

DATED: 8/16/11                         PARKER WAICHMAN ALONSO

                                       _____
                                       April S. Goodwin
                                       Florida Bar No. 502537
                                       Jordan L. Chaikin
                                       Florida Bar No. 878421
                                       PARKER WAICHMAN ALONSO
                                       3301 Bonita Beach Road, Suite 101
                                       Bonita Springs, FL 34134
                                       Telephone: (239) 390-1000
                                       Facsimile: (561) 431-4627
                                       E-mail: agoodwin@yourlawyer.com
                                       E-mail: jchaikin@yourlawyer.com

                                       *Counsel for Plaintiffs Kevin and Jennifer Brazon*

DATED: 9/2/11                          CARLTON FIELDS, P.A.

                                       _____
                                       Jaret J. Fuente
                                       CARLTON FIELDS, P.A.
                                       Florida Bar No. 0146773
                                       4221 W. Boy Scout Blvd., Ste. 1000
                                       Tampa, FL 33607
                                       Telephone: (813) 229-4362
                                       Facsimile: (813) 229-4133
                                       E-mail: jfuente@carltonfields.com

                                       Suzanne Kay Richards
                                       VORYS SATER SEYMOUR and PEASE LLP
                                       Ohio Bar No. 0012034
                                       52 East Gay Street
                                       Columbus, OH 43216
                                       Telephone: (614) 464-6458
                                       Facsimile: (614) 719-4290
                                       E-Mail: skrichards@vorys.com

                                       *Counsel for M/I Homes, Inc. and M/I Homes of Tampa, LLC*

19819148.1

2