UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

Judge Fallon
This Document Relates to: 10-932 (Amato)         Mag. Judge Wilkinson

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE
AS TO M/I HOMES, INC. PURSUANT TO STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Kevin and Jennifer Brazon, and defendant M/I Homes, Inc., hereby stipulate that all claims against M/I Homes, Inc. shall be dismissed with prejudice. All other claims against all remaining defendants in the above-referenced actions shall remain in full force and effect.

WHEREFORE, plaintiffs Kevin and Jennifer Brazon, through their undersigned counsel, hereby dismiss these designated claims in the above-referenced actions, with prejudice, against defendants M/I Homes, Inc. without costs to any party.

19835296.1

1

DATED: 8/16/11                    PARKER WAICHMAN ALONSO

_____
April S. Goodwin
Florida Bar No. 502537
Jordan L. Chaikin
Florida Bar No. 878421
PARKER WAICHMAN ALONSO
3301 Bonita Beach Road, Suite 101
Bonita Springs, FL 34134
Telephone: (239) 390-1000
Facsimile: (561) 431-4627
E-mail: agoodwin@yourlawyer.com
E-mail: jchaikin@yourlawyer.com

*Counsel for Plaintiffs Kevin and Jennifer Brazon*


DATED: 9/2/11                     CARLTON FIELDS, P.A.

_____
Jaret J. Fuente
CARLTON FIELDS, P.A.
Florida Bar No. 0146773
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 229-4362
Facsimile: (813) 229-4133
E-mail: jfuente@carltonfields.com

Suzanne Kay Richards
VORYS SATER SEYMOUR and PEASE LLP
Ohio Bar No. 0012034
52 East Gay Street
Columbus, OH 43216
Telephone: (614) 464-6458
Facsimile: (614) 719-4290
E-Mail: skrichards@vorys.com

*Counsel for M/I Homes, Inc*