UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, KG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**ORDER ON HANSEN HOME OF SOUTH FLORIDA, INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

The Court, having considered Hansen Homes of South Florida, Inc.'s Motion for Extension of Time to Submit Builder Profile Form filed in the instant action, hereby orders as follows:

Hansen Homes of South Florida, Inc.'s Motion for Extension of Time to Submit Builder Profile Form is GRANTED. Hansen Homes of South Florida, Inc. shall have up to and including September 30, 2011, within which to submit its Builder Profile Form in the above-captioned matter.

SO ORDERED in New Orleans, Louisiana, this 2nd day of September, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE