**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering The Plaintiffs' Steering Committee ("PSC") and Counsel for Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Product Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebrueder Knauf Verwaltungsgesellschaft, KG, P.T. Knauf Gypsum Indonesia, and Knauf Gips KG (collectively, the "Knauf Entities") Joint Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that Exhibits A and B attached to the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders, attached as Exhibit A to the Joint Motion for Approval of Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders, be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this  2nd  day of _____September_____, 2011.

_____
Eldon E. Fallon
United States District Court Judge