UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
ALL CASES : MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**ORDER**

Considering the foregoing Motion For Entry of Stipulation Concerning Discovery, the Court finds the motion meritorious and should be granted;

**IT IS HEREBY ORDERED** that the agreed stipulation attached as Exhibit "A" to the Motion for Entry of Stipulation Concerning Discovery is hereby entered into the record of this Matter.

New Orleans, Louisiana, this  2nd  day of  September  2011.

_____
JUDGE ELDON FALLON