# EXHIBIT "B"





# Enduring Principles

A LONG-TERM APPROACH TO
EARNING CLIENT CONFIDENCE

T. Rowe Price Group Annual Report 2010



# Investing in talent for the benefit of our clients is a constant— in any environment.



**T. ROWE PRICE TALENT GROWTH DESPITE VOLATILITY**

- S&P 500: 1,320 (2000)
- 190 INVESTMENT PROFESSIONALS (2000)
- 386 INVESTMENT PROFESSIONALS (2010)
- S&P 500: 1,258 (2010)

Data shown from 12/31/2000 through 12/31/2010



The financial strength and stability of our company means that we can look beyond short-term volatility to focus on the important work of investing for our clients over the long term. This includes continuously attracting world-class talent to expand our teams of portfolio managers, research analysts, and other investment professionals—even in down markets.

Because proprietary fundamental research is the foundation of our investment approach, our firm has built one of the largest and most comprehensive buy-side research organizations in our industry. Equity and fixed income analysts cover regions, sectors, and industries worldwide. They delve deeply for firsthand insights—visiting companies, meeting with managers, and observing conditions on the ground. To support their efforts, we maintain investment and research offices in Baltimore, London, Buenos Aires, Hong Kong, Singapore, Sydney, and Tokyo.

Our research professionals share their analysis and conclusions across the entire investment organization through a deliberately collaborative culture. It is a culture that prizes diversity of talent and thought—leveraging the unique abilities, backgrounds, and experiences of each associate. Teams of investment professionals analyze, debate, and thoughtfully vet ideas. In the end, this process helps ensure that our portfolio managers can implement the best ideas for client portfolios.

## CORPORATE HEADQUARTERS

100 East Pratt Street
Baltimore, Maryland 21202
United States
(410) 345-2000

## OFFICE LOCATIONS

Buenos Aires, Argentina

Sydney, Australia

Toronto, Canada

Copenhagen, Denmark

Hong Kong

Tokyo, Japan

Luxembourg

Amsterdam, Netherlands

Singapore

Zurich, Switzerland

Dubai, United Arab Emirates

London, United Kingdom

**United States:**

San Francisco, California

Colorado Springs, Colorado

Tampa, Florida

Baltimore, Maryland

Owings Mills, Maryland

## U.S. INVESTOR CENTERS

Baltimore, Maryland

Boca Raton, Florida

Colorado Springs, Colorado

Garden City, New York

Los Angeles, California

McLean, Virginia

Northbrook, Illinois

Oak Brook, Illinois

Owings Mills, Maryland

Paramus, New Jersey

Short Hills, New Jersey

Tampa, Florida

Walnut Creek, California

Washington, D.C.

Wellesley, Massachusetts

## ADDITIONAL INFORMATION

**SEC Form 10-K**
A paper copy is available, at no charge, by sending a written request to:

**Barbara A. Van Horn**
Corporate Secretary
T. Rowe Price Group, Inc.
100 East Pratt Street
Baltimore, MD 21202
Fax (410) 345-3223

A copy is available on our website: troweprice.com

**Transfer Agent and Registrar**
Wells Fargo Bank, N.A.
161 North Concord Exchange
South St. Paul, MN 55075
(888) 648-8155
wellsfargo.com/shareownerservices

**Send shareholder inquiries to:**
Wells Fargo Bank, N.A.
Shareowner Services
P.O. Box 64854
St. Paul, MN 55164-0854

**Independent Registered Public Accounting Firm**
KPMG LLP
Baltimore, MD

**Annual Meeting**
April 14, 2011, at 10 a.m.
T. Rowe Price Group, Inc.
Owings Mills Corporate Campus
4515 Painters Mill Road
Owings Mills, MD 21117

## BOARD OF DIRECTORS

**Edward C. Bernard**
Vice Chairman and President, T. Rowe Price Investment Services

**James T. Brady**
Mid-Atlantic Managing Director, Ballantrae International Ltd.

**J. Alfred Broaddus, Jr.**
Retired President, Federal Reserve Bank of Richmond

**Donald B. Hebb, Jr.**
Chairman, ABS Capital Partners

**James A.C. Kennedy**
Chief Executive Officer and President

**Robert F. MacLellan**
Non-Executive Chairman Northleaf Capital Partners

**Brian C. Rogers**
Chairman, Chief Investment Officer, and Portfolio Manager

**Dr. Alfred Sommer**
Dean Emeritus and University Distinguished Service Professor, Johns Hopkins Bloomberg School of Public Health

**Dwight S. Taylor**
Retired President, COPT Development & Construction Services, LLC

**Anne Marie Whittemore**
Partner, McGuireWoods LLP