# EXHIBIT "A"

# JPMorgan Chase & Co.

**Selena F. Williams**
Legal Specialist
Legal and Compliance Department

August 1, 2011

VIA EMAIL AND FIRST-CLASS MAIL

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE: In Re: Chinese Manufactured Drywall Products Liability Litigation
(USDC, ED LA, MDL No. 2047)

Dear Mr. Davis:

I am writing on behalf of non-party JPMorgan Chase & Co. ("JPMC") in response to the subpoena dated May 26, 2011 addressed to it in the above-referenced matter (the "Subpoena").

As recently discussed with Huntley Palmer, David Petercsak, and me, this letter confirms that the legal entity JPMorgan Chase & Co. does not have an ownership interest in any of the Chinese drywall companies involved in the above referenced litigation. Accordingly, JPMC does not possess any documents that are responsive to this subpoena.

In reaching the above determination, however, we have identified several JPMC entities that may have an ownership interest in China National Building Material Co. Ltd ("CNBM"). For your convenience and reference, attached is an excerpt of the Hong Kong Exchanges and Clearing Limited public website, which identifies several JPMC entities that held a position in CNBM as of September 15, 2009, the day of this particular report. The website for the Hong Kong Exchanges and Clearing Limited is www.hkexnews.hk/di/di.htm.

Please feel free to call me with any questions.

Sincerely,

Selena F. Williams
Legal Specialist

Cc: Huntley Palmer
David Petercsak

Hong Kong Exchanges and Clearing Limited

## Shareholding Disclosures
### Disclosure of Interests

Explanatory Notes 📷

**FORM 2 - Corporate Substantial Shareholder Notice**

| | |
|---|---|
| 1. Name of listed corporation: | China National Building Material Co. Ltd. - H Shares |
| 2. Stock code: | 03323 |
| 3. Class of shares: | H Shares |
| 4. Number of issued shares in class: | 1,200,638,219 |
| 5. Name of substantial shareholder: | JPMorgan Chase & Co. |
| 6. Registered office: | 270 Park Avenue, New York 10017, USA |
| 7. Principal place of business in Hong Kong: | N/A |
| 13. Exchange on which listed: | New York Stock Exchange |
| 14. Name of listed parent and exchange on which parent is listed: | N/A |
| 15. Date of relevant event: | 15/09/2009 (dd/mm/yyyy) |
| 16. Date when the substantial shareholder became aware of the relevant event/ interest in the shares (if later): | 16/09/2009 (dd/mm/yyyy) |

17. Details of relevant event:

| Relevant event code describing circumstances | Code describing capacity in which shares were/are held | | Number of shares bought/sold or involved | Currency of transaction | On Exchange | | Off Exchange | |
|---|---|---|---|---|---|---|---|---|
| | Before relevant event | After relevant event | | | Highest price per share | Average price per share | Average consideration per share | Consideration code |
| Long position | 117 | 205 | 205 | 646,000 | HKD | 17.120 | 17.090 | | |

18. Total shares immediately before the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 299,682,964 | 24.96 |
| Short Position | 250,700 | 0.02 |
| Lending Pool | 129,532,256 | 10.79 |

19. Total shares immediately after the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 300,328,964 | 25.01 |
| Short Position | 250,700 | 0.02 |
| Lending Pool | 130,202,256 | 10.84 |

20. Capacity in which interests disclosed in Box 19 are held:

| Code describing capacity | Number of shares | |
|---|---|---|
| 201 | Long position | 2,686,708 |
| | Short position | 250,700 |
| 202 | Long position | 167,440,000 |
| | Short position | 0 |
| 208 | Long position | 130,202,256 |
| | Short position | 0 |

Hong Kong Exchanges and Clearing Limited

21. Further information in respect of derivative interests:

| Code describing derivatives | Number of shares | |
|---|---|---|
| | | 0 |
| 402 | Long position | 0 |
| | Short position | 124,000 |
| 403 | Long position | 0 |
| | Short position | 26,700 |

22. Further information in relation to interests of corporations controlled by substantial shareholder:

| Name of controlled corporation | Address and place of incorporation | Name of controlling shareholder | % control | Direct interest | Number of shares | |
|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway, Columbus, Ohio 43240 | JPMorgan Chase & Co. | 100.00 | Y | Long position Short position | 134,808,256 0 |
| J.P. Morgan Whitefriars Inc. | 500 Stanton Christiana Road, Newark, Delaware (United States) | J.P. Morgan Overseas Capital Corporation | 100.00 | Y | Long position Short position | 2,350,708 26,700 |
| J.P. Morgan Overseas Capital Corporation | 500 Stanton Christiana Road, Newark, Delaware (United States) | J.P. Morgan International Finance Limited | 100.00 | N | Long position Short position | 2,350,708 26,700 |
| J.P. Morgan International Finance Limited | 500 Stanton Christiana Road, Newark, Delaware (United States) | Bank One International Holdings Corporation | 100.00 | N | Long position Short position | 2,586,708 150,700 |
| Bank One International Holdings Corporation | 1 Bank One Plaza, Chicago, Illinois | J.P. Morgan International Inc | 100.00 | N | Long position Short position | 2,586,708 150,700 |
| J.P. Morgan International Inc. | 270 Park Avenue, New York, N.Y.10017 (United States) | JPMorgan Chase Bank, N.A. | 100.00 | N | Long position Short position | 2,586,708 150,700 |
| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway, Columbus, Ohio 43240 | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 2,586,708 150,700 |
| J.P. Morgan Investment Management Inc. | 245 Park Avenue, New York (United States) | JPMorgan Asset Management Holdings Inc. | 100.00 | Y | Long position Short position | 14,414,000 0 |
| JPMorgan Asset Management Holdings Inc. | 270 Park Avenue New York, New York (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 162,834,000 0 |
| JPMorgan Asset Management (UK) Limited | 125 London Wall Co. No.01161446 London (England) | JPMorgan Asset Management Holdings (UK) Limited | 100.00 | Y | Long position Short position | 37,960,000 0 |
| JPMorgan Asset Management Holdings (UK) Limited | 125 London Wall Reg No.2218729 London (England) | JPMorgan Asset Management International Limited | 100.00 | N | Long position Short position | 47,774,000 0 |
| JPMorgan Asset Management International Limited | 125 London Wall Reg No.4194548 London (England) | JPMorgan Asset Management Holdings Inc | 100.00 | N | Long position Short position | 47,774,000 0 |
| JPMorgan Asset Management (Taiwan) Limited | 3/F., No.65 and 17/F, No. 65, 67and 69 Tun Hwa S. Road Sec. 2 Taipei (Taiwan) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position Short position | 4,970,000 0 |
| JPMorgan Asset Management (Asia) Inc. | 270 Park Avenue New York, (United States) | JPMorgan Asset Management Holdings Inc. | 100.00 | N | Long position Short position | 100,646,000 0 |
| China International | 20th Floor ,Aurora | JPMorgan Asset | 49.00 | Y | Long position | 9,814,000 |

| Fund Management Co Ltd | Plaza 99 Fu Cheng Road Putong Shanghai 200120 Shanghai (China, Peoples Republic) | Management (UK) Limited | | | Short position | 0 |
|---|---|---|---|---|---|---|
| JPMorgan Asset Management (UK) Limited | 125 London Wall Co. No.01161446 London (England) | JPMorgan Asset Management Holdings (UK) Limited | 100.00 | N | Long position<br>Short position | 9,814,000<br>0 |
| JF Asset Management Limited | 21st Floor Chater House 8 Connaught Road Central Hong Kong (Hong Kong) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position<br>Short position | 94,816,000<br>0 |
| J.P. Morgan Markets Limited | 125 London Wall London (England) | Bear Stearns Holdings Limited | 100.00 | Y | Long position<br>Short position | 100,000<br>100,000 |
| Bear Stearns Holdings Limited | 125 London Wall London (England) | Bear Stearns UK Holdings Limited | 100.00 | N | Long position<br>Short position | 100,000<br>100,000 |
| Bear Stearns UK Holdings Limited | 125 London Wall London (England) | The Bear Stearns Companies LLC | 100.00 | N | Long position<br>Short position | 100,000<br>100,000 |
| The Bear Stearns Companies LLC | 383 Madison Avenue, New York NY 10179New York (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position<br>Short position | 100,000<br>100,000 |
| JF International Management Inc. | Palm Grove House, P.O. Box 438, Road Town, Tortola (British Virgin Islands) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position<br>Short position | 860,000<br>0 |
| J.P. Morgan Structured Products B.V | Strawinskylaan 3105 1077 AZ Amsterdam The Netherlands | J.P. Morgan International Finance Limited | 100.00 | Y | Long position<br>Short position | 0<br>124,000 |
| J.P. Morgan Securities Ltd. | 125 London Wall London EC2Y 5AJ London (England) | J.P. Morgan Chase International Holdings | 98.95 | Y | Long position<br>Short position | 236,000<br>0 |
| J.P. Morgan Chase International Holdings | 125 London Wall London (England) | J.P. Morgan Chase (UK) Holdings Limited | 100.00 | N | Long position<br>Short position | 236,000<br>0 |
| J.P. Morgan Chase (UK) Holdings Limited | 125 London Wall London (England) | J.P. Morgan Capital Holdings Limited | 100.00 | N | Long position<br>Short position | 236,000<br>0 |
| J.P. Morgan Capital Holdings Limited | 125 London Wall London (England) | J.P. Morgan International Finance Limited | 100.00 | N | Long position<br>Short position | 236,000<br>0 |

23. Further information in relation to interests held by substantial shareholder jointly with another person:

| Name of joint shareholder | Address | Number of shares |
|---|---|---|
| Nil | | |

24. Further information from a trustee, or beneficiary of a trust, or a founder of a Discretionary Trust:

| Names of Trust | Address | Status code | Number of shares |
|---|---|---|---|
| Nil | | | |

25. Further information from a party to an agreement under Section 317:

| Names of other parties | Address | Number of shares |
|---|---|---|
| Nil | | |

Total number of shares in which substantial shareholder is interested under section 317 and 318:

26. Details of person(s) in accordance with whose directions the substantial shareholder or its directors are accustomed to

Hong Kong Exchanges and Clearing Limited                                Page 4 of 4

act:

| Names | Address | Relationship Code | % |
|-------|---------|-------------------|---|
| Nil |  |  |  |

27. Date of filing this Form 2:          18/09/2009
                                         (dd/mm/yyyy)

29. Number of attachments:

Back