# EXHIBIT "B"



EDITION: U.S.                    Register | Sign In

Home | Business | Markets | World | Politics | Technology | Opinion | Money | Life &

Profile:
# JPMorgan Chase & Co (JPM.N)

Related Topics: STOCKS   STOCK SCREENER   FINANCIALS   BANKS

OVERVIEW | NEWS | KEY DEVELOPMENTS | PEOPLE | CHARTS | FINANCIALS | OPTIONS

| JPM.N on New York Stock Exchange | Price Change (% chg) | Prev Close | Day's High | V |
|---|---|---|---|---|
| **34.63** USD<br>2 Sep 2011 | $-1.67 (-4.60%) | $34.63<br><br>Open<br>-- | $35.25<br><br>Day's Low<br>$34.51 | 4<br><br>A<br>4( |

**SEARCH STOCKS**

Enter company name or Symbol       [SEARCH]

**FULL DESCRIPTION**

JPMorgan Chase & Co. (JPMorgan Chase), incorporated in 1968, is a financial holding company. JPMorgan Chase's principal bank subsidiaries are JPMorgan Chase Bank, National Association (JPMorgan Chase Bank, N.A.), a national bank with United States branches in 23 states, and Chase Bank USA, National Association (Chase Bank USA, N.A.), a national bank that is the Firm's credit card-issuing bank. JPMorgan Chase's principal nonbank subsidiary is J.P. Morgan Securities LLC (JPMorgan Securities), the Firm's United States investment banking firm. The bank and nonbank subsidiaries of JPMorgan Chase operate nationally, as well as through overseas branches and subsidiaries, representative offices and subsidiary foreign banks. The Company's activities are organized into six business segments: Investment Bank, Retail Financial Services (RFS), Card Services (CS), Commercial Banking (CB), Treasury & Securities Services (TSS) and Asset Management (AM). Its wholesale businesses comprise the Investment Bank, Commercial Banking, Treasury & Securities Services and Asset Management segments. Its consumer businesses comprise the Retail Financial Services and Card Services segments. It also has a corporate segment, which includes Private Equity, Treasury and Corporate operations. In July 2010, Sempra Energy and Royal Bank of Scotland Group plc completed the sale of select operations of their RBS Sempra Commodities joint venture to J.P. Morgan, the investment banking arm of JPMorgan Chase & Co.

**Investment Bank**

The Investment Bank's clients are corporations, financial institutions, governments and institutional investors. JPMorgan Chase offers a range of investment banking products and services in all major capital markets, including advising on corporate strategy and structure, capital-raising in equity and debt markets, sophisticated risk management, market-making in cash securities and derivative instruments, prime brokerage, and research.

**Retail Financial Services**

RFS serves consumers and businesses through personal service at bank branches and through automated teller machines (ATMs), online banking and telephone banking, as well as through auto dealerships and school financial-

aid offices. Customers can use more than 5,200 bank branches and 16,100 ATMs, as well as online and mobile banking around-the-clock. More than 28,900 branch salespeople assist customers with checking and savings accounts, mortgages, home equity and business loans, and investments across the 23-state footprint from New York and Florida to California. Consumers also can obtain loans through more than 16,200 auto dealerships and 2,200 schools and universities nationwide.

Card Services

CS is a credit card issuer. Chase cards to meet more than $313 billion of their spending needs in during the year ended December 31, 2010. The Company offers products and services, such as Blueprint, Chase Freedom, Ultimate Rewards, Chase Sapphire and Ink from Chase. Through its merchant acquiring business, Chase Paymentech Solutions, CS is engaged in payment processing and merchant acquiring.

Commercial Banking

CB serves nearly 24,000 clients nationally, including corporations, municipalities, financial institutions, not-for-profit entities and nearly 35,000 real estate investors/owners. CB partners with the Company's other businesses to provide solutions, including lending, treasury services, investment banking and asset management to meet its clients' domestic and international financial needs.

Treasury & Securities Services

TSS is engaged in providing transaction, investment and information services. TSS is cash management provider and a global custodian. Treasury Services (TS) provides cash management, trade, wholesale card and liquidity products and services to small and mid-sized companies, multi-national corporations, financial institutions and government entities. TS partners with IB, CB, RFS and Asset Management businesses to serve clients. Worldwide Securities Services holds, values, clears and services securities, cash and alternative investments for investors and broker-dealers, and manages depositary receipt programs globally.

Asset Management

AM offers investment and wealth management. AM clients include institutions, retail investors and high-net-worth individuals in markets throughout the world. AM offers global investment management in equities, fixed income, real estate, hedge funds, private equity and liquidity products, including money-market instruments and bank deposits. AM also provides trust and estate, banking and brokerage services to high-net-worth clients, and retirement services for corporations and individuals. The majority of AM's client assets are in actively managed portfolios.

» Full Overview of JPM.N

Related Topics: STOCKS  STOCK SCREENER  FINANCIALS  BANKS

Login or register

Latest from My Topics

1 Recent Companies

**SEARCH STOCKS**

Enter company name or Symbol | SEARCH

EDITION: U.S.

| Reuters.com | Business | Markets | World | Politics | Technology | Opinion | Money | Pictures | Videos | Site Inde |
| Legal | Bankruptcy Law | California Legal | New York Legal | Securities Law |
| Support & Contact | Contact Us | Advertise With Us |
| Account Information | Register | Sign In |
| Connect with Reuters | Twitter   Facebook   LinkedIn   RSS   Newsletters |
| About | Privacy Policy | Terms of Use |

Thomson Reuters is the world's leading source of intelligent information fo

| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global t workstation |

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters jc fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please

**Login** or **register**    Latest from My Topics    **1** Recent Companies