UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| ALL CASES | * * | MAGISTRATE WILKINSON |

**************************************************

## AFFIDAVIT OF CHRISTINE N. BANNERMAN

STATE OF NEW YORK

COUNTY OF NEW YORK

Before me, the undersigned Notary Public, personally came and appeared:

Christine N. Bannerman

who, after being duly sworn, declared as follows:

1. I am a person of the full age of majority, and I suffer no mental or legal disability and am fully competent to make this affidavit.

2. The following facts are true to the best of my personal knowledge and after a review of records kept in the ordinary course of business by JPMorgan Chase & Co.

3. I am employed by JPMorgan Chase Bank, National Association as a Vice President. As such, I am familiar with the business operations of JPMorgan Chase & Co.

4. JPMorgan Chase & Co. is a Delaware corporation with its principal place of business in New York.

5. JPMorgan Chase & Co. is a financial holding company.

6. JPMorgan Chase & Co. does not have direct ownership interest in any of the Chinese drywall companies involved in this litigation.

388883.3



EXHIBIT 1

7. At various points in time, some subsidiaries of JPMorgan Chase & Co. have had a partial ownership interest in China National Building Material Co., Ltd. (CNBM).

8. JPMorgan Chase & Co. does not possess, have custody of or control any documents responsive to the subpoena *duces tecum* issued by the United States District Court for the District of Delaware by the Plaintiffs Steering Committee in the matter of *In re: Chinese-Manufactured Drywall Products Liability Litigation*, pending in the United States District Court for the Eastern District of Louisiana.

9. JPMorgan Chase & Co. and its subsidiaries do not share any employees.

10. JPMorgan Chase & Co. and its subsidiaries do not share or have access to their respective business records.

11. JPMorgan Chase & Co.'s only involvement in this multidistrict litigation, to date, has been in connection with the subpoena issued by the Plaintiffs Steering Committee.

12. JPMorgan Chase & Co. was not involved with the manufacture or distribution of the drywall at issue in this multidistrict litigation.

13. JPMorgan Chase & Co. has no business relationship regarding the manufacture and distribution of drywall with any of the parties in this litigation and had no involvement in any of the underlying events giving rise to this litigation.

Thus read and signed in New York County, New York State, this 6th day of September, 2011.

_____
Christine N. Bannerman

Sworn to and subscribed before me this 6th day of September, 2011.

_____
Notary Public

Linda T. Wang-Lee
Notary Public, State of New York
No. 02WA6245353
Qualified in Queens County
Commission Expires July 18, 2015

388883.3

2