UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| DANIEL ABREU, et al., v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.: CASE NO.: 11-252 (Omni VIII) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that, upon pleadings and other matters of record, the undersigned moves the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel can be heard, for an order for hearing on Woodland Enterprises Motion to Dismiss, With Prejudice, the Claims Brought Against it in the Abreu Omnibus Class Action Complaint (Omni VIII) by **Freddy and Anh McNabb** and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted, this 7th day of September, 2011.

**AKERMAN SENTERFITT**

By: /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514)
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email: stacy.bohm@akerman.com
valerie.greenberg@akerman.com
leslie.tomczak@akerman.com
**LEAD COUNSEL FOR DEFENDANT
WOODLAND ENTERPRISES, INC.**

{FT776816;1}
PD.4014350.1

**PHELPS DUNBAR, LLP**

By: /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
         Susie.morgan@phelps.com

**LOCAL COUNSEL FOR DEFENDANT WOODLAND ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and exhibits have been served on Plaintiffs' Liaison Counsel, Russ Herman, at Herman, Katz & Coltar, LLP, 820 O'Keefe Avenue., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, at Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com) by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of September, 2011.

/s/ Stacy Bercun Bohm