UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al. vs. | * * * * | JUDGE FALLON (L) |
| TAISHAN GYPSUM CO., LTD. et al Case No. 11-1077 | * * * | MAG. WILKINSON (4) |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that the Court will take Defendant Suntree Homes, Inc.'s Motion to Dismiss under submission on September 28, 2011 at 9:00 a.m.

           KREBS, FARLEY & PELLETERI, P.L.L.C.

           */s/ Charles B. Long*
           CHARLES B. LONG (#22824)
           THOMAS H. PEYTON (#32635)
           400 Poydras Street, Suite 2500
           New Orleans, Louisiana   70130
           Telephone:   504-299-3570
           E-mail:   clong@kfplaw.com
           E-mail:   tpeyton@kfplaw.com
           ATTORNEYS FOR DEFENDANT
           SUNTREE HOMES, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of September, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG