UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al. | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

### DEFENDANT RICHARD JONES CONSTRUCTION COMPANY, INC.
### MOTION TO EXCEED PAGE LIMITATION

Defendant Richard Jones Construction Company, Inc. ("Richard Jones Construction"),

pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this

Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully

requests that this Court enter an Order allowing Richard Jones Construction Company, Inc.

to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the

attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant Richard Jones Construction Company, Inc. respectfully

requests that the instant Motion be granted and that an Order be entered permitting Richard

Jones Construction's Motion to exceed the twenty-five (25) page limitation, together with

such other and further relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:      clong@kfplaw.com
E-mail:      tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
RICHARD JONES CONSTRUCTION
COMPANY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of Septeber, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG

2