UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Robert W. Block, III, *et. al.*,

    Plaintiffs,

Civil Action No.: 11-1363-L

v.

Gebrueder Knauf Verwaltungsgesellschaft, KG *et. al.*,

    Defendants.

_____/

## STONELAKE RANCH, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (X)
*(filed with the USDC Eastern District of Louisiana on September 6, 2011)*

Defendant, STONELAKE RANCH, LLC by and through its undersigned counsel, hereby files its answers and affirmative defenses to Plaintiffs' Omnibus Class Action Complaint (X), and states that all allegations not specifically admitted are denied and further states as follows:

1. Without knowledge and therefore denied.

2. Without knowledge and therefore denied.

3. Denied.

4-7. No response required by this Defendant since those allegations are not germane as to this Defendant.

8. Without knowledge, except that it is specifically denied that Stonelake Ranch, LLC is a distributor, supplier, importer, exporter, broker, builder, contractor or installer. Stonelake Ranch, LLC is a developer of lots, which it sold, not houses.

9-173. No response required by this Defendant since those allegations are not germane as to this Defendant.

**FIRST AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for negligence under Florida law.

**SECOND AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for negligence *per se* under Florida law.

**THIRD AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for strict liability under Florida law.

**FOURTH AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for breach of express and/or implied warranties under Florida law.

**FIFTH AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for breach of implied warranties and merchantability pursuant to Florida Statute § 718.803. Further, there was no "sale of goods" by this Defendant to any of the Plaintiffs.

**SIXTH AFFIRMATIVE DEFENSE**

The Complaint fails to state a cause of action for breach of implied warranty of habitability under Florida law.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs do not have a claim for breach of contract against this Defendant because of an absence of privity.

### EIGHTH AFFIRMATIVE DEFENSE

Neither Louisiana New Home Warranty Act nor the Doctrine of Redhibition applies to this Defendant.

### NINTH AFFIRMATIVE DEFENSE

The Louisiana Products Liability Act does not apply to this Defendant.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action for private nuisance under Florida law against this Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim of unjust enrichment under Florida law as to this Defendant.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to allege the requisite elements for equitable injunctive relief against this Defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

As to this Defendant, the Florida Deceptive and Unfair Trade Practices Act does not apply, and therefore, no cause of action has been stated.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claim for punitive damages should be stricken as the Plaintiffs have failed to comply with respect to this Defendant to the requirements for proffer of proof of a punitive damages claim and the requirements under Section 768.72, Florida Statutes.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a basis in either contract or statute to recover attorneys' fees as this Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STONELAKE RANCH, LLC's Answer and Affirmative Defenses has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was paper filed by forwarding via overnight courier with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of September, 2011.

s/ John H. Rains, III
John H. Rains, III    FBN 280283
John H. Rains III, P.A.
Suite 750, 501 East Kennedy Boulevard
Tampa, FL 33602
Phone: (813) 221-2777
Fax:   (813) 221-3737
E-mail: jrains@johnrains.com
Attorneys for Stonelake Ranch, LLC.