UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   *   MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION
                                                                                                        *   JUDGE: FALLON

THIS DOCUMENT RELATES TO
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. *
Case No. 2:09-cv-07628 (E.D.La.)
                                                                                                        *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO AMEND

NOW INTO COURT through undersigned counsel comes Defendant, Swift Supply, Inc. ("Swift"), who respectfully represents as follows:

1.

On March 31, 2010 Swift filed a Motion to Dismiss (Doc. 2171), Notice of Hearing (Doc. 2171-1), Memorandum of Law in Support of Motion to Dismiss (Doc. 2171-2) and an Affidavit marked Exhibit "1" (Doc. 2171-3).

2.

Swift's referenced Motion to Dismiss is still pending and counsel recently discovered that Exhibits A, B, C and D to the Affidavit (Doc. 2171-3) were inadvertently not included in the filing.

3.

Swift seeks to correct this error by amending the record to include the Affidavit marked Exhibit "1" and Exhibits A, B, C and D, copies of which are attached.

WHEREFORE, premises considered Swift Supply, Inc. prays for an Order amending its previously filed Affidavit (Doc. 2171-3) by the addition of the attached Exhibit "1", which includes the Affidavit plus the missing Exhibits A, B, C and D.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Swift Supply, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion to Amend has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2011.

_____
Betty F. Mullin

N:\DATA\N\45234001\pleadings\supplement.wpd