UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628 (E.D.La.) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally came and appeared:

DAVID DAUPHIN SWIFT, SR.

who after being duly sworn did depose and state that he is a competent person of the full age of majority; that he is the President of Swift Supply, Inc. ("Swift"); that as President of Swift, he has personal knowledge of the business activities conducted by Swift; and further that he has within his custody and control the business records of Swift related to the

-1-

**EXHIBIT "1"**

following. As a result of the foregoing, he has the authority to execute this Affidavit on behalf of Swift, and has personal knowledge of the facts set forth below:

1. Swift is an Alabama corporation, with its principal place of business located at 1450 Swift Mill Road, Atmore, Alabama 36502.

2. Swift is not authorized to do business in Louisiana, and has never done, any business in the state of Louisiana nor does it maintain a registered or statutory agent for service in Louisiana.

3. Swift has never been a resident of the state of Louisiana.

4. Swift has no offices in Louisiana, principal place of business or otherwise. It has no address or telephone number in Louisiana. It neither owns nor operates, and has never owned or operated, any property - real, personal, or mixed - in Louisiana.

5. Swift has no directors, officers, or employees in Louisiana. It has no bank accounts in Louisiana.

6. Swift does not, and has never, solicited any business in Louisiana.

7. Swift has never transacted business in the State of Louisiana.

8. He is not personally, or in his capacity as President of Swift, aware of any Swift drywall being distributed in Louisiana, making its way to Louisiana in any fashion, or being installed in any building, home, or other structure in Louisiana.

9. He is aware of only four instances in the last five years where Swift products have been distributed in Louisiana. Copies of the invoices for these Swift products are attached hereto as Exhibits "A-D."

10. The first sale occurred on March 28, 2007, wherein building siding was purchased by Howle-E-Lacy Contractors, a company located in Mobile, Alabama, and thereafter shipped via independent contract carrier to Shreveport, Louisiana. Attached hereto, as Exhibit "A," is a copy of said invoice, invoice number 27912411.

11. The second sale occurred on December 22, 2008, wherein wood pilings were purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "B," is a copy of said invoice, invoice number 27912411.

12. The third sale occurred on January 27, 2009, wherein pressure treated lumber was purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "C," is a copy of said invoice, invoice number 70302647.

13. The fourth and final sale occurred on February 26, 2009, wherein marine treated lumber was purchased by an office of Heatheon, located in New Orleans, Louisiana, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "D," is a copy of said invoice, invoice number 27913749.

14. Swift has never advertised in any publications either targeted to the state of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

15. Swift has never received business from any contacts in Louisiana whether individual customers or business contacts.

_____
David Dauphin Swift, Sr.

SWORN TO AND SUBSCRIBED

Before me on this 25th

day of March, 2010.

_____
Notary Public
My Commission Expires April 20, 2010

N:\DATA\N\45234001\pleadings\swift affidavit.wpd

**SWIFT SUPPLY - BAY MINETTE**
610 HWY 31, SOUTH
BAY MINETTE, AL 36507
(251) 937-6600  FAX (251) 937-0999

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT
MERCHANT AT ALL TIMES!

Page: 1                                                    Invoice: **20107153**

| | |
|---|---|
| Special Instructions: | Time: 11:11:08 |
| | Ship Date: 03/28/07 |
| Sale rep #: TERESA TERESA WALTERS    Acct rep code: | Invoice Date: 03/28/07 |
| | Due Date: 04/10/07 |

**DIRECT REPRINT**

Sold To: HOWLE-LACY CONTRACTORS        Ship To: CRACKER BARREL
5451 ABLE CT                (251) 650-0064    6251 WEST PORT AVE
MOBILE, AL 36693-3100                    SHREVEPORT, LA 71129
                        (251) -

Customer #: 1746        8        Customer PO: SHREVEPORT JOB    Order By: WESLEY

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 50.00 | 50.00 | L | EA | 99393 | HARDIPANEL 5/16"X4X9 VERT/SOFF CEDARMILL | 30.5000 EA | 30.5000 | 1525.00 |
| 200.00 | 200.00 | L | EA | 558 | HARDIPANEL 5/16"X4X8 VERT/SOFF CEDARMILL | 26.4400 EA | 26.4400 | 5288.00 |
| 924.00 | 924.00 | L | EA | BTERESA000006450 | HARDI RUSTIC TRIM 7/16" X 3-1/2" X 12' | 5.8300 EA | 5.8300 | 5386.92 |

FILLED BY    CHECKED BY    DATE SHIPPED    DRIVER

SHIP VIA    LOUISIANE,SHRIEVE
RECEIVED COMPLETE AND IN GOOD CONDITION
X

| | | | |
|---|---|---|---|
| Misc. FUEL: | 800.00 | Sales total | $12199.92 |
| | | Misc + Frgt | 800.00 |
| Taxable | 12199.92 | | |
| Non-taxable | 800.00 | Sales tax | 1049.19 |
| Tax # | | | |
| | | **TOTAL** | **$14049.11** |

**1 - Customer Copy**

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

*00DKS0012UKBCH7*


Exhibit "A"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
(251) 974-5675   FAX (251) 974-5677

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Page: 1
Invoice: **27912411**

Special Instructions:

Time: 15:32:52
Ship Date: 12/22/08
Invoice Date: 12/22/08
Due Date: 12/22/08

C O D
DIRECT
REPRINT

Sale rep #: SIDNEY SIDNEY BECKER
Acct rep code: JASON

Sold To: CASH ON DELIVERY ACCT.
D.O.B. _-_-_
M_ F_ C_, B 0

Ship To: DAVIS LUCKIE
(555) 555-5555   BRETT BARLOW JOB LA
(555) 555-5555

Customer #: 5000   7
Customer PO:
Order By:

popimg01
COD
'T 393

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 35.00 | 35.00 | L | EA | QSIDNEY000024757 | 12" TIP 15" BUTT 25FT 2.5 CCA PILING | 395.3370 EA | 395.3370 | 13836.80 |

PPCP 1008   295158   14805.38

Total applied: 14805.38

FILLED BY   CHECKED BY   DATE SHIPPED   DRIVER
SHIP VIA   LOUISIANA/PLAQUEMINE
RECEIVED COMPLETE AND IN GOOD CONDITION
X

Taxable   13836.80
Non-taxable   0.00
Tax #

Sales total   $13836.80
Sales tax   968.58
**TOTAL   $14805.38**

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

1 - Customer Copy


Exhibit "B"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
(251) 974-5675  FAX (251) 974-5677

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT
MERCHANT AT ALL TIMES!

Page: 1  
Invoice: **70302647**

Special Instructions:

Time: 14:18:03
Ship Date: 01/27/09
Invoice Date: 01/26/09
Due Date: 02/10/09   **REPRINT**

Sale rep #: **JASON   JASON HILL**   Acct rep code: **JASON**

Sold To: **BARLOW MARINE**
10902 MCKENZIE ROAD
FAIRHOPE, AL 36532

Ship To: **BARLOW MARINE**
(251) 269-1430
(251) 269-1430

Customer #: 9966    Customer PO:    Order By: Jason

10TH
T 500
popimg01

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 7.00 | 7.00 | L | PC | 15468 | PT 10X10-20' #2&BTR RGH OSM .80 | 1060.0198 MBF | 176.6700 | 1236.69 |
| 1.00 | 1.00 | L | PC | 99718 | PT 10X10-24' #2&BTR RGH OSM .80 | 994.7500 MBF | 198.9500 | 198.95 |

PPCP 1008   221783   2036.13

Total applied:   2036.13

FILLED BY   CHECKED BY   DATE SHIPPED   DRIVER

SHIP VIA   LOUISIANA/PLAQUEMINE

— RECEIVED COMPLETE AND IN GOOD CONDITION —

X

Misc. FUEL:   500.00
Taxable   1435.64
Non-taxable   500.00
Tax #
TBF:   1367

Sales total   $1435.64
Misc + Frgt   500.00
Sales tax   100.49
**TOTAL**   **$2036.13**

1 - Customer Copy

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

Exhibit "C"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
(251) 974-5675  FAX (251) 974-5677

Customer Copy
# INVOICE
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Page: 1                                                                                          Invoice: **27913749**

| | |
|---|---|
| Special Instructions : | Time: 06:55:40 |
| | Ship Date: 02/26/09 |
| | Invoice Date: 03/31/09 |
| Sale rep #: LISA  LISA J. KENNARD    Acct rep code: JASON | Due Date: 03/31/09 |

C O D
REPRINT

Sold To: **CASH ON DELIVERY ACCT.**
D.O.B.__-__-__
M__ F__  C__, B 0

Ship To: **HEATHEON**
(555) 555-5555  1-850-607-3861
LOUISIANNA
(555) 555-5555  JASON HAS C/CARD INFO

Customer #: 5000     7        Customer PO:            Order By: JASON HILL

, COD
popimg01
T 374

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 62.00 | 62.00 | L | EA | GLISA000024949 | 3 X 8-12' 2.5 MRT | 42.8900 EA | 42.8900 | 2659.18 |
| 24.00 | 24.00 | L | EA | GLISA000024950 | 4 X 12-12' 2.5 MRT | 98.6000 EA | 98.6000 | 2366.40 |

| PPCP 1008  294815      5877.37 | FILLED BY  CHECKED BY  DATE SHIPPED  DRIVER | Misc. FUEL: 500.00 | Sales total | $5025.58 |
|---|---|---|---|---|
| | SHIP VIA  LOUISIANA/PLAQUEMINE | | Misc + Frgt | 500.00 |
| | — RECEIVED COMPLETE AND IN GOOD CONDITION — | Taxable 5025.58 | | |
| Total applied:    5877.37 | X | Non-taxable 500.00 Tax # | Sales tax | 351.79 |

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

**1 - Customer Copy**

| TOTAL | $5877.37 |
|---|---|


Exhibit "D"