UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628 (E.D.La.) | * * | |

* * * * * * * * * * * * * * * * * * *

**ORDER**

The Ex Parte Motion to Amend by Swift Supply, Inc. is hereby GRANTED,

Accordingly, IT IS HEREBY ORDERED that the Affidavit previously filed by Swift Supply, Inc. (Doc. 2171-3) amending the record to include the Affidavit marked Exhibit "1" and Exhibits A, B, C and D attached thereto.

SO ORDERED this the _____ day of _____, 2011 at New Orleans, Louisiana.

_____
United States District Judge

N:\DATA\N\45234001\pleadings\supplement order.wpd