UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION : L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br>*Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al*;<br>**Docket No. 11-1363** | **MAG. JUDGE WILKINSON** |

NOTICE OF APPEARANCE

IN TO COURT COMES NOW, Kelli D. Mayon of the law firm of Hurricane Legal Center, LLC, who hereby enters her appearance as counsel of record for Plaintiff Harry Fabian in the above captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

**Dated**: September 9, 2011             Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:      */s/* Kelli D. Mayon
Kelli D. Mayon (LA Bar Roll # 32895)
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279
kmayonhlc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2011.



              */s/ Kelli D. Mayon*