UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * * * | |
| PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| THIS DOCUMENTS RELATES TO: CARROLL LAMARQUE | * * * * * | SECTION: L JUDGE FALLON MAGISTRATE: JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now Into Court comes the law firm of Dysart & Tabary, LLP for the purpose of formally withdrawing from the representation of Plaintiffs, Carroll Lamarque, Jr., Carroll Lamarque, III and Robin Lamarque individually and on behalf of their minor children Samantha Jensen, Cody Lamarque, Parker Lamarque, Addison Lamaraque and further avers:

1.

As of June 17, 2010, the law firm of Dysart & Tabary, LLP advised the Lamarques that it could no longer represent them in the above named action due to a conflict of interest.

2.

The Lamarques were given time to find alternate counsel at which time a motion to withdraw and substitute counsel would be filed.

3.

To date the Lamarques have not advised of counsel to represent their interest in this case.

4.

Therefore, mover request that this Honorable Court issue an Order removing Daniel L. Dysart and the law firm of Dysart & Tabary, LLP as the attorneys representing plaintiffs, Carroll

1

Lamarque, Jr., Carroll Lamarque, III and Robin Lamarque individually and on behalf of their minor children, Samantha Jensen, Cody Lamarque, Parker Lamarque, Addison Lamaraque in this matter and enrolling the Lamarques as a pro se plaintiffs with the last known contact information listed as follows:

708 Magistrate St., Chalmette, LA 70043, ph. (504)914-2935, email address

jrlamarkcj@hotmail.com.

Respectfully submitted:

DYSART & TABARY, L.L.P.

s/Elizabeth Borne
ELIZABETH BORNE (#30403)
3 Courthouse Square
Chalmette, LA 70043
Telephone: (504) 271-8011

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following to the proper parties.

s/Elizabeth Borne

2