UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * * * |
| PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2047 * |
| THIS DOCUMENTS RELATES TO: CARROLL LAMARQUE | *   SECTION: L *   JUDGE FALLON * |
| | *   MAGISTRATE: JUDGE WILKINSON * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and forgoing Motion to Withdraw as Counsel of Record filed herein,

IT IS ORDERED that DANIEL L. DYSART and the law firm of Dysart & Tabary, L.L.P., be permitted to withdraw as counsel of record in these proceedings and that henceforth service on CARROLL LAMARQUE, JR., Carroll Lamarque, III and Robin Lamarque individually and on behalf of their minor children, Samantha Jensen, Cody Lamarque, Parker Lamarque, Addison Lamaraque should be made at their current address of, 708 Magistrate St., Chalmette, LA 70043, ph. (504)914-2935, email: jrlamarkcj@hotmail.com.

New Orleans, LA this _____ day of _____, 2011.

_____
HON. JUDGE FALLON
UNITED STATES DISTRICT COURT

3