## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: DAVID GROSS K.G., ET AL. V. KNAUF KG, ET. AL. | JUDGE FALLON |
| CASE NO.:  09-6690 | MAG.:JUDGE WILKINSON |

_____

## <u>MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION</u>

COME NOW, Daniel K. Bryson and the firm of Lewis & Roberts PLLC, attorneys of record for Plaintiff, Ronnie Comick, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays for this Court to enter an Order granting leave to withdraw as counsel of the Plaintiff for the following reasons:

1.  Lewis & Roberts, PLLC was retained to represent Plaintiff, Ronnie Comick, whose home was allegedly constructed with Chinese Drywall.

2.  Now, following further investigation and inspection of the Plaintiff's home and claims, undersigned counsel seeks to withdraw as counsel for the Plaintiff, Ronnie Comick.

3.  Plaintiff's counsel informed Ronnie Comick on March 24, 2011 that counsel would be withdrawing from representing her in this matter  and that she should locate other counsel within thirty days.  To date, Plaintiff has not found substitute counsel.

{00413960.DOC}

4.      A letter with a copy of this Motion has been provided to the last known

good address for the Plaintiff, Ronnie Comick by certified mail.  The letter

advises the Plaintiff:

    a.      Lewis & Robert, PLLC is withdrawing as counsel,

    b.      substitution counsel will need to be retained, and

    c.      notifies the Plaintiff of all upcoming hearings and

    deadlines.

5.   The Plaintiff, Ronnie Comick's last know address and phone number are:

    Address:      231 E. Wyandotte Street
                  Shreveport, Louisiana 71101

    Telephone:    318-673-9974

WHEREFORE, the undersigned respectfully request that the court grant the

Motion to Withdraw as Counsel for Plaintiff; in the above case.

                      Respectfully submitted,

Dated: September 12, 2011

                      _____/s/ Daniel K. Bryson_____
                      Daniel K. Bryson, Esq.
                      Lewis & Roberts PLLC
                      3700 Glenwood Avenue, Suite 410
                      Raleigh, North Carolina 27612
                      Telephone:  919/981/0191
                      Facsimile:  704/347/8929
                      Email:  DanBryson@lewis-roberts.com

{00413960.DOC}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Ronnie Comick, 231 E. Wyandotte Street, Shreveport, Louisiana 71101 on the 12th day of September, 2011.


_____/s/ Daniel K. Bryson_____