UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: DAVID GROSS K.G., ET AL. V. KNAUF KG, ET. AL. | JUDGE FALLON |
| CASE NO.:  09-6690 | MAG.:JUDGE WILKINSON |

_____

### ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, Ronnie Comick, in the above civil action.  The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiff, Ronnie Comick, is hereby granted and that Daniel K. Bryson, and the firm Lewis & Roberts, PLLC, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Plaintiff, Ronnie Comick.  Until such time as a Notice of Appearance if filed by new counsel, all pleadings shall be served on Plaintiff, Ronnie Comick.

It is ORDERED this ___day of _____.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

{00413962.DOC}