**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

August 15, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
       **Payton v. Knauf Gips KG, et al. Case No. 09-7628**

Dear Russ and Lenny:

  My client, Rudy Caba, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, with prejudice, all of his claims against defendant Cox Lumber Co. d/b/a HD Supply Lumber and Building Materials in the above matter, reserving their rights and claims against any and all other defendants therein.

        Very truly yours,

        Parker Waichman Alonso LLP

        By: _____
          April S. Goodwin, Esq.

ASG/ip