UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No.: 11-cv-1363 (E.D.La.) | ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## BRENTON AND JESSICA UNDERWOOD'S
## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## OF PERRY HOMES, LLC

Plaintiffs, Brenton and Jessica Underwood, hereby give notice of voluntary dismissal, with prejudice, of any and all claims asserted against Defendant Perry Homes, LLC. Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing BRENTON AND JESSICA UNDERWOOD'S NOTICE OF VOLUNTARY DISMISSAL OF PERRY HOMES, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of September, 2011.

                                                                                 /s/ Leonard A. Davis_____