

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

August 24, 2011

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

      RE:    **Chinese Manufactured Drywall Products Liability Litigation**
             **MDL No. 2047 – Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft,**
             **KG, et. al., Case No.: 11-cv-1363 (E.D.La.)**
             **Brenton and Jessica Underwood**
             **Notice of Voluntary Dismissal**

Dear Leonard:

      We respectfully request that you file a Notice of Voluntary Dismissal with Prejudice of Defendants Perry Homes, Inc. on behalf of our clients, Brenton and Jessica Underwood.

                                     Very truly yours,

                                     Ervin A. Gonzalez
                                     Patrick Montoya

Enclosures as stated