UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363 | |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, H&S DRYALL, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Robbin Dano, Axel & Nicole Gomez, and Ryan & Tirah Pestenski, pursuant to Exhibit "A", Affidavit of Harry R. Schmidt, Jr., President and owner of  H & S Drywall, Inc., hereby dismiss without prejudice all of their claims against DEFENDANT H&S DRYWALL, INC., in Plaintiffs' Omnibus Complaint (X), reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiffs, Robbin Dano, Axel & Nicole Gomez, and Ryan & Tirah Pestenski, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "B", is correspondence from Bruce Steckler, counsel for Plaintiffs, dated August 26, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                                Respectfully submitted,

Dated: September 12, 2011        /s/ Russ M. Herman
                                                 Russ M. Herman, Esquire (Bar No. 6819)
                                                 Leonard A. Davis, Esquire (Bar No. 14190)
                                                 Stephen J. Herman, Esquire (Bar No. 23129)
                                                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                 820 O'Keefe Avenue
                                                 New Orleans, Louisiana 70113
                                                 Phone: (504) 581-4892
                                                 Fax: (504) 561-6024
                                                 LDavis@hhkc.com
                                                 *Plaintiffs' Liaison Counsel*
                                                 *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of September, 2011.

      /s/ Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047