# EXHIBIT A

## AFFIDAVIT OF HARRY R. SCHMIDT, JR.

COUNTY OF SAINT LUCIE )

STATE OF FLORIDA )

Before me came the undersigned affiant and stated as follows:

I am the President and Owner of H & S Drywall Inc. located at 5383 N. W. Almond Avenue, Port St. Lucie, Florida 34986, AND

THAT, H & S Drywall Inc. performs drywall installation and has in the past performed said services in some homes for Aburton Homes Inc., AND

THAT, under my direction and supervision, a thorough review of our corporate records has been performed to determine if H & S Drywall installed drywall or provided drywall materials to the homes located at:

2674 S. W. Calder Street, Port St. Lucie, Florida 34953

1885 S. W. Altman Avenue, Port St. Lucie, Florida 34953

578 S. W. Ryan Avenue, Port St. Lucie Florida 34953

275 S. W. Uneeda Place, Port St. Lucie, Florida 34953

AND THAT, after a diligent and thorough review of our corporate records, I have determined that H & S Drywall Inc. did not perform drywall installation or provide drywall materials to homes at the aforesaid locations.

**FURTHER AFFIANT SAYETH NOT AFFIANT**

_____ Harry R. Schmidt, Jr., Pres.

Sworn to and subscribed to me this 22nd day of August 2011 by Harry R. Schmidt, Jr. who did take an oath and who produced his driver's license as proof of identity.

_____
Notary Public, State of Florida

My Commission Expires 06/17/13

Notary Public State of Florida
Jonathan Lee Skurnick
My Commission DD900200
Expires 06/17/2013