**PWA** **Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

August 30, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Block v Knauf Plasterboard Tianjin Co., Ltd. et al.
      Case No. 11-1363

Dear Russ and Lenny:

My clients, William and Rosemary Poshel, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant H & S Drywall, Inc, in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/ns