UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL : 
      PRODUCTS LIABILITY LITIGATION :
: MDL 2047
THIS DOCUMENT RELATES TO : SECTION: L
: JUDGE FALLON
Larry Campanelli, et al. v. Knauf Gips KG, et al. : MAG. JUDGE WILKINSON
Case No. 2:2009-cv-06507 (E.D. La.) :
:
……………………………………………………….:

## ORDER

Upon consideration of Plaintiffs', LARRY CAMPANELLI and KAREN CAMPANELLI, on behalf of themselves and their children KELSEY CAMPANELLI and MARISSA CAMPANELLI, Unopposed Motion to Drop Independent Builder Supply Association, Inc. with Prejudice;

IT IS ORDERED BY THE COURT that said Motion is GRANTED.

New Orleans, Louisiana, this 9th day of September, 2011.

_____
Eldon E. Fallon
United States District Court Judge