# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Dean and Dawn Amato, et al.<br>v.<br>Liberty Mutual Insurance Co., et al.<br>Case No. 10-932 | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Third *Ex Parte* Motion for Extension of Time to Complete Profile Form filed by defendant, JM Interiors, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, JM Interiors, Inc., shall be granted an extension of time until forty-five (45) days after the signing of this Order to serve Plaintiffs' Liaison Counsel with its Profile Form.

New Orleans, Louisiana, this __9th__ day of __September__, 2011.

_____
JUDGE

00080515