UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * * * * | MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

REBECCA F. BARIN

who, being duly sworn, upon her oath deposed and stated as follows:

1. She was the Vice President of Suntree Homes, Inc., ("Suntree Homes"), and as such, has personal knowledge of the following based on her review of records maintained by Suntree Homes in the regular course of business.

2. Suntree Homes was a corporation organized under the laws of the State of Florida with its principal place of business in Palm Beach County, Florida.

3. Suntree Homes was administratively dissolved on or about September 24, 2010.

4. Suntree Homes was a home builder that contracted with third party vendors for the construction of single-family homes and/or sold completed single-family homes.

5. Suntree Homes never built a residence in the State of Louisiana or had any contracts



or subcontracts with companies located in Louisiana.

6. Suntree Homes was never licensed or registered to do business in Louisiana, nor did it have any offices or employees in Louisiana.

7. Suntree Homes never had an agent for service of process in Louisiana.

8. Suntree Homes never had any bank accounts in Louisiana or owned any property in Louisiana.

9. Suntree Homes did not solicit business in Louisiana and never transacted business in Louisiana.

10. Suntree Homes never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

11. Suntree Homes never maintained an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

12. Suntree Homes never received any business from any contacts in Louisiana, whether individual customers, or business customers.

13. Consequently, Suntree Homes never anticipated it would be haled into court in Louisiana.

*Rebecca F. Barin*
REBECCA F. BARIN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7 DAY OF SEPTEMBER, 2011.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Jo Ann Polimeni
Commission # DD924624
Expires: SEP. 13, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

2