UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL   * <br> PRODUCTS LIABILITY LITIGATION <br>                                                                     * <br> THIS DOCUMENT RELATES TO <br> Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. * <br> Case No. 2:09-cv-07628 (E.D.La.) <br>                                                                     * | MDL No. 09-2047 <br><br> JUDGE: FALLON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The Ex Parte Motion to Amend by Swift Supply, Inc. is hereby GRANTED,

Accordingly, IT IS HEREBY ORDERED that the Affidavit previously filed by Swift Supply, Inc. (Doc. 2171-3) amending the record to include the Affidavit marked Exhibit "1" and Exhibits A, B, C and D attached thereto.

SO ORDERED this the __9th__ day of _____September_____, 2011 at New Orleans, Louisiana.

*[Signature]*
United States District Judge

N:\DATA\N\45234001\pleadings\supplement order.wpd