UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
MAG. JUDGE WILKINSON

Robert W. Block, III, et al. v. Gebrueder Knauf, et al.,
Case No. 11-1363, Sect. L Mag. 2

_____/

### NOTICE OF APPEARANCE

Jeffrey M. Paskert and Ryan E. Baya of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Sixty Fifth And One LLC and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court. This Notice of Appearance is submitted reserving all defenses and objections related to service of process, venue, and/or jurisdiction.

Dated: September 12, 2011

s/ Ryan E. Baya
JEFFREY M. PASKERT
Florida Bar No. 846041
jpaskert@mpdlegal.com
RYAN E. BAYA
Florida Bar No. 0052610
rbaya@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida 33602
(813) 229-3500 – Telephone
(813) 229-3502 – Facsimile
*Attorneys for Sixty Fifth and One LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 12, 2011, this document has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

s/ Ryan E. Baya
Attorney