UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT VILLA DEVELOPMENT, INC.
d/b/a VILLA HOMES OF SOUTHWEST FLORIDA'S
<u>MOTION TO EXCEED PAGE LIMITATION</u>**

Considering Defendant Villa Development, Inc. d/b/a Villa Homes of Southwest Florida's Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE