UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Villa Development, Inc. d/b/a Villa Homes of Southwest Florida's Motion to Dismiss will be submitted for consideration on September 28, 2011 at 9:00 a.m.

      KREBS, FARLEY & PELLETERI, P.L.L.C.

      */s/ Charles B. Long*
      CHARLES B. LONG (#22824)
      THOMAS H. PEYTON (#32635)
      400 Poydras Street, Suite 2500
      New Orleans, Louisiana   70130
      Telephone:   504-299-3570
      E-mail:   clong@kfplaw.com
      E-mail:   tpeyton@kfplaw.com

      ATTORNEYS FOR DEFENDANT
      VILLA DEVELOPMENT, INC.
      d/b/a VILLA HOMES OF
      SOUTHWEST FLORIDA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of September, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG