007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br>**SECTION L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | **MAG. JUDGE WILKINSON** |

_____/

## COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S MOTION TO MODIFY SCHEDULING ORDER DATED JULY 15, 2011

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. (Coastal Construction), by and through undersigned counsel, hereby files its Motion to Modify Scheduling Order, dated July 15, 2011, and concurrently supports ARCH Surety's Motion to Modify the Scheduling Order. In support of this motion, Coastal Construction submits its Memorandum of Law filed concurrently.

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., respectfully requests that the Court modify the Scheduling Order dated July 15, 2011 to:

1. remove the matters raised in the RCR Holdings II's Third Party Complaint against Arch Insurance Co. for breach of contract from the matters available for discovery and motion practice;

2. extend the deadlines for remaining discovery until May 15, 2012 to permit discovery from co-Defendant Banner, with the exception of discovery and motions related to the residency of the Plaintiffs;

3. extend the deadlines for motions related to the remaining discovery issues identified in the Scheduling Order, except Plaintiff's residency, until July 15, 2011 to allow participation with and against co-Defendant Banner.

Respectfully submitted,

Dated: September 13, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

MDL No. 2047 (Ref Case No.: 2:10-cv-01113)
Page 3 of 3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of September, 2011.

/s/ Addison J. Meyers
Addison J. Meyers