UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-6690 (L)(2) | * * * * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion For Leave to File Reply Memorandum,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Steeler Inc. be and hereby is allowed to file its Reply Memorandum.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\N\44805001\pleadings\lift stay reply order.wpd

-1-