UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>* SECTION: L<br>*<br>*<br>*<br>* JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | *<br>* MAGISTRATE JUDGE<br>* WILKINSON |
| *ALL CASES* | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *

## DEFENDANT CASTLEROCK COMMUNITIES, L.P.'S JOINDER IN CERTAIN HOMEBUILDERS' RESPONSE IN OPPOSITION TO JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS

Pursuant to this Court's Order signed September 2, 2011 (entered September 6, 2011) [Doc. 10253], Builder-Defendant CastleRock Communities, L.P. ("CastleRock"), submits the following response to the above-referenced joint motion by Plaintiffs' Steering Committee and the Knauf Entities.

CastleRock joins in and adopts the Certain Homebuilders' Response In Opposition To Joint Motion For Approval Of Term Sheet Agreement With The Knauf Entities Regarding Their Settlements With Homebuilders.[1] CastleRock incorporates by reference the aforementioned Homebuilders' Response in its entirety, as if set forth in full in this Joinder.

CastleRock raises an additional objection concerning the sealed/undisclosed contents of exhibits "A" and "B" to the Term Sheet Agreement. The Term Sheet

Agreement endeavors to affect the rights of homebuilders listed on exhibits "A" and "B", yet because these exhibits were filed under seal CastleRock has no notice of the contents and whether and to what extent it may affect CastleRock's rights.

Under the Texas Civil Practice and Remedies Code (CPRC), sections 82.001, *et seq.*, the Knauf entities are manufacturers of a defective product and owe a duty to indemnify and hold harmless CastleRock and other Texas builders against any loss arising out of this products liability suit. See TEX. CIV. PRAC. & REM. CODE § 82.001(4), 82.002(a)-(b). The Knauf entities are responsible under Texas law for damages and attorney's fees incurred by Texas builders in connection with their defective product. *Id.* § 82.002(b).

WHEREFORE, Defendant CastleRock Communities, L.P. respectfully requests that this Court deny any and all relief requested in the "Joint Motion For Approval of Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders", filed by the Plaintiffs' Steering Committee and Counsel for the Knauf Entities cited therein.

---

[1] This was/will be filed by lead counsel and members of the HSC.

Respectfully submitted,

HEARD & MEDACK, P.C.

By: /s/ David W. Medack
David W. Medack
Federal Bar No. 15597
Texas Bar No. 13892950
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
(713) 772-6400 – Telephone
(713) 772-6495 – Facsimile

*Attorneys for Defendant CastleRock Communities, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2011.

By: /s/ David W. Medack
David W. Medack
Federal Bar No. 15597
Texas Bar No. 13892950
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
(713) 772-6400 – Telephone
(713) 772-6495 – Facsimile

*Attorneys for Defendant CastleRock Communities, L.P.*

3