UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *D.R. Horton, Inc. – Gulf Coast v. Interior/Exterior Building Supply, LP, et al.* Case No. 10-0804 (E.D. La.) and ALL CASES | * * * | MAG. JUDGE WILKINSON |

### D.R. HORTON, INC. – GULF COAST'S AND D.R. HORTON, INC.'S JOINDER IN CERTAIN HOMEBUILDERS' RESPONSE IN OPPOSITION TO JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS

NOW INTO COURT, through undersigned counsel, comes D.R. Horton, Inc. - Gulf Coast and D.R. Horton, Inc.[1] (collectively "D.R. Horton") and gives notice that it joins in Certain Homebuilders' Response in Opposition to Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding their Settlements with Homebuilders (the "Opposition") [Rec. Doc. 10309] filed on September 13, 2011. For the reasons set forth in the Opposition, which are adopted and fully incorporated herein, D.R. Horton respectfully requests that the Court enter an Order denying the Motion to Approve the Term Sheet Agreement [Rec. Doc. 10227-3].

WHEREFORE, D.R. Horton, Inc.–Gulf Coast and D.R. Horton, Inc. respectfully request that this Court deny the Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding their Settlements with Homebuilders that was filed by the Plaintiffs' Steering Committee and Knauf Entities.

---

[1] D.R. Horton, Inc. reserves all of its rights and defenses, and files this joinder without waiver of objections to service of process, jurisdiction, or venue.

585212.1

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

BY:   /s/ Kari A. Bergeron
      Erick Y. Miyagi, #22533
        hiko.miyagi@taylorporter.com
      John Stewart Tharp, #24230
        stewart.tharp@taylorporter.com
      Edward J. Laperouse, II #29310
        ted.laperouse@taylorporter.com
      Leslie Ayres Daniel #27948
        leslie.daniel@taylorporter.com
      Kari A. Bergeron #31043
        kari.bergeron@taylorporter.com
      (451 Florida Street, 8th Floor, 70801)
      P. O. Box 2471
      Baton Rouge, LA 70821
      Telephone:   225-387-3221
      Fax:              225-346-8049

*ATTORNEYS FOR D.R. HORTON, INC. - GULF COAST AND D.R. HORTON, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 13th day of September, 2011.

                                            /s/ Kari A. Bergeron
                                            **Kari A. Bergeron**

585212.1