UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### EDWARD A. RAMOS

who, being duly sworn, upon his oath deposed and stated as follows:

1.  He is the Vice President of Ramos Builders, Inc. and, as such, has personal knowledge of the following based on his review of records maintained by Ramos Builders, Inc. in the regular course of business.

2.  Ramos Builders, Inc. is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3.  Ramos Builders, Inc. is a home builder that contracts with third party vendors for the construction of homes and/or sells completed homes.

4.  Ramos Builders, Inc. has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.  Ramos Builders, Inc. has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.


EXHIBIT
A

6.    Ramos Builders, Inc. does not have an agent for service of process in Louisiana.

7.    Ramos Builders, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

8.    Ramos Builders, Inc. does not solicit business in Louisiana or ever transacted business in Louisiana.

9.    Ramos Builders, Inc. has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10.   Ramos Builders, Inc. does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11.   Ramos Builders, Inc. has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12.   Consequently, Ramos Builders, Inc. never anticipated it would be haled into court in Louisiana.

EDWARD A. RAMOS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2ᴺᴰ DAY OF August, 2011.

NOTARY PUBLIC

SHEBOYAN B. TIMBERLAKE
MY COMMISSION # DD 909573
EXPIRES: September 18, 2013
Bonded Thru Budget Notary Services

# AGREEMENT FOR THE CONSTRUCTION OF A MULTI FAMILY RESIDENCE

*between*

## RAMOS BUILDERS, INC

*and*

June A. Garrett

---

FOR THE CONSTRUCTION OF A RESIDENCE
in accordance with the Plans and Specifications referred to in this Agreement on the property
located at:          2310 NE 8th Pl, Cape Coral, FL. 33909
STRAP #31-43-24-C1-02162.0490 BLOCK 2162 LOTS 49-50 UNIT 32 PB16 PG 11

---

RAMOS BUILDERS, INC.
1223 SE 47th Terrace #3
Cape Coral, Florida, 33904

Telephone (239) 540-3566   Facsimile (239) 540-3567



## AGREEMENT FOR THE CONSTRUCTION OF A MULTI FAMILY RESIDENCE

RAMOS BUILDERS, INC., a company registered in the State of Florida, number S77673, a licensed Florida Building Contractor, license number CBCO53653, having its registered office at 1223 SE 47th Terrace #3, Cape Coral, Florida, 33904, having a telephone number of (239) 540-3566 and having a facsimile number of (239) 540-3567 ("Contractor")

and

June A. Garrett (a single person), maintaining a principal residence at 10630 Lake Loop Rd. N, Ft Myers, FL 33903, and having a mailing address of same as above, having a telephone -number of (239) 281-6341 ("Owner")

being the parties to this Agreement, agree as follows:

1. **RECITALS**

   1.1. The Contractor and Owner have agreed that Contractor shall build for Owner a Multi family residence upon the land located at 2310 NE 8th Place Cape Coral, FL 33909, being more particularly described in the legal description attached as Exhibit 1.1, hereto, according to the terms, plans and specifications contained in or otherwise a part of this Agreement and for the consideration provided by this Agreement.

2. **DEFINITIONS**

   In this Agreement the following words shall have the following meanings unless the context otherwise dictates:

   | "This Agreement" | means this agreement and the attached Exhibits and Schedules |
   |---|---|
   | "Change Order" | means any addition, change, or deletion to the Plans or Specifications for the Residence requested by Owner, whether in writing or orally, and which are approved by the Contractor |
   | "Contractor" | means Ramos Builders, Inc. |

"Draw"

means a payment which is due to be paid by Owner to Contractor in accordance with the Schedule contained in paragraph 3.1 of this Agreement

"Exhibits"

means the Exhibits referred to in this Agreement and attached to it

"Notice"

means delivery of a written communication by one party to the other in the manner as provided by Paragraph 8.2 herein

"Lot"

means the land on which the Residence is to be built having the street address shown in paragraph 1.1 and with the legal description shown in Exhibit 1.1

"Owner"

Means: June A Garrett

"Plans"

means the detailed architectural drawings and schedules made a part of this Agreement by attachment, reference, or agreement, and which describe the residence and related site improvements to be constructed by the Contractor for the Owner.

"Price"

means the sum to be paid by the Owner to the Contractor for the construction of the residence and related site improvements, subject to the changes provided by this Agreement

"Residence"

means the single family residence to be constructed by Contractor for Owner in accordance with the terms of this Agreement

"Specifications"

mean the specifications for the kind and quality of the improvements to be incorporated into the Residence and related site improvements by the Contractor for the Owner as may be contained in the body of this Agreement, the Plans, Plan Schedules and Exhibits. and made a part of this Agreement by attachment, reference or agreement

"Warranty"

means the Contractor's Limited Warranty Agreement with schedules and made a part of this Agreement by attachment, reference, or agreement.

3.     PURCHASE PRICE AND TERMS OF PAYMENT

3.1.   Price Owner agrees, that in consideration of the Contractor performing its obligations under the terms of this Agreement, Owner shall pay to Contractor the sum of Two Hundred Six Thousand and 00/100 U.S. Dollars ($206,000.00), payable in draws as follows.

| Draw # | Amount | Due |
|---|---|---|
| Pre-Construction Draw | $20,600.00 | $2,500 00 payable upon the execution of this contract as an earnest money deposit, subject to collection, the balance of $18,100 00 is to be paid at closing. |
| 1. | $37,080.00 | Floor slab poured, foundation survey and evidence of all required insurance |
| 2. | $37,080.00 | Building dried in, Flood Application if in Flood Zone 'A'. |
| 3 | $37,080.00 | Tubs set, windows and/or window frames installed, completion of rough heating and/or air conditioning, rough electrical and rough plumbing. |
| 4. | $37,080.00 | Exterior and interior walls completed and painted: roof complete: all windows and exterior doors in place; bathroom tile work complete: interior trim installed and painted. |
| 5. | $37,080.00 | Building substantially complete and accepted by Owner, all waivers, releases and affidavits of lien furnished on the proper form, certificate of occupancy issued from building authority and final survey. |

The Draw schedule shown above may be amended to conform with a lenders draw schedule, however no such schedule shall be adopted without the prior written approval of the Contractor.

3.2.   Adjustment to Price for Delay in Commencement. The Price provided in paragraph 3.1 is guaranteed to the Owner for a start of construction to occur not later than Aug. 6, 2005. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not the fault of Contractor, then the Price may be increased as deemed necessary by Contractor to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Contractor on behalf of the

Page 4 of 14
Ramos Builders, Inc.                    *MULTI*
Agreement for the Construction of a Single Family Residence

Owner. However, if the delay in the start month is caused by the Contractor, the price in this Agreement will remain effective

3.3.    Adjustment to Price for Change Orders. The Owner shall pay a minimum fee of fifty dollars ($50.00) as an administrative fee in payment of the Contractor's time for preparation and pricing of each Change Order. A 15% per item surcharge will also apply. Any additional cost incurred through a Change Order approved by the Contractor, including the administrative fee, shall be due and payable by the Owner at the time of signing a written Change Order; or if no written Change Order is prepared, within fifteen days of the mailing of an invoice to Owner by Contractor. Change Orders which result in a credit to Owner shall be deducted from the Final Draw amount due to Contractor

3.4.    Payment of Final Draw. Contractor shall deliver a notice of completion to the Owner, and the Owner shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. At the time of payment Owner shall receive such instruments from Contractor as Owner or Owner's lender may reasonably require to comply with the payment provisions of the Florida Construction Lien Law, including the Contractor's Final Affidavit.

3.5.    Allowances. Payment shall be due from Owner within fifteen days of the mailing of an invoice to Owner by Contractor for the cost of labor, materials or services which exceed any allowance contained within this Agreement. Any allowance item which may result in a credit to Owner shall be deducted from the Final Draw amount due to Contractor.

4.    ALLOWANCE ITEMS

4.1.    Lot Conditions. The Price for the single-family residence is for construction on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives, or walks, over and above that which would be required for the normal foundation specified in the plans, the expense of same will be borne by the Owner, unless otherwise provided for herein in the Specifications. The expense of any fill dirt required at the time of grading the lawn area will be borne by the Owner, unless otherwise provided for herein in the Specifications. Any additional expense caused by rock or other adverse subsoil conditions will be borne by the Owner

4.2.    Utilities and Required Surveys. The Price shall be adjusted to add the cost of installation of the water meter or well, and of any survey required to construct the Residence, unless otherwise provided for herein in the General Specifications. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates. Expense of underground electric or electric service runs across the building necessitated by power company locations and regulations and/or telephone service when required will be borne by the Owner.

Page 5 of 14
Ramos Builders, Inc
Agreement for the Construction of a Single Family Residence

4.3. <u>Water and Sewer Lines</u>. The Contractor will provide fifty (50) lineal feet of water service to connect to the water supply and ten (10) lineal feet of sewer lines will be provided by the Contractor. Where Owner's lot is not located on public water or sewer, the cost of installing a septic tank, water well and water pump piped to the well area will be borne by the Owner **unless otherwise provided for herein.** Cost of electrical and plumbing connections to the pump will be borne by the Owner.

4.4. <u>Driveways and Sidewalks</u>. The Contractor will furnish concrete driveways and or sidewalks of up to 700 square feet of area. Additional driveway will be charged to the Owner at $3.25 per square foot. Machine grading of up to 10,000 square feet of the lot will be provided by the Contractor as per the allocated Fill and Grade allowance. Should the condition of the lot be such that a culvert is needed to construct a proper driveway, cost will be borne by the Owner, **unless otherwise provided for herein**.

## 5. RIGHTS AND DUTIES OF CONTRACTOR

5.1. <u>Completion of the Residence</u>. The Contractor agrees to use its best efforts to complete the Residence within 240 days from start of construction, plus any extensions which are provided by this Agreement. Start of construction for a ground level home is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day forms are set. Start of construction for a piling foundation home is defined as day pilings are driven. CONTRACTOR SHALL NOT BE LIABLE FOR FAILURE OR DELAY IN DELIVERY OCCASIONED BY LABOR DISPUTES, WAR, RIOTS, INSURRECTION, FORCE MAJEURE OR OTHER CAUSES BEYOND CONTRACTOR'S CONTROL, OR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING FROM FAILURE TO COMPLETE THE RESIDENCE WITHIN THE TIME PROVIDED.

5.2. <u>Substitution of Materials</u>. Owner agrees that Contractor shall have the right to substitute material or items of comparable quality for such material or items which may be unobtainable by reason of strikes or discontinuance of production for any reason. Contractor shall advise Owner of such substitutions, giving advance notice where possible.

5.3. <u>Kind and Quality of Labor and Materials</u>. The Residence shall be of Contractor's custom design with all details of material and construction to be equal or better than those listed on the attached specification sheet. Changes and exceptions from the basic specifications as shown will be included in plans and drawings to be furnished to the Owner if approved prior to construction. Plans and Specifications of this house are subject to any change necessitated by governmental regulations. A contract itemization is attached hereto and made a part hereof.

5.4. <u>Insurance</u>. The Contractor will furnish Builders Risk Insurance in the full amount of this Agreement during the construction period. Contractor will also furnish

Page 6 of 14
Ramos Builders, Inc.
Agreement for the Construction of a Single Family Residence

Worker's Compensation and Public Liability Insurance. Flood Insurance, if applicable, will be secured by Owner after slab has been poured.

5.5.   Payment of Utility Charges. The Contractor shall pay utility company bills for electricity and water used during construction.

5.6.   Insulation. Contractor shall provide insulation in the residence as follows:

| | |
|---|---|
| Vaulted living area ceilings | R-Value 19 |
| Other living area ceilings | R-Value 19 |
| Exterior walls-first floor living | R-Value 4.2 |
| Exterior walls-second floor living | R-Value 4.2 |

(The higher the R-Value, the greater the insulation power.)

The insulation disclosure contained herein is subject to the Contractor's right to make changes in specifications pursuant to this Agreement.

5.7   Authorization. The Owner acknowledges and grants authorization for Ramos Builders, Inc. to act as agents for the Owner for the purpose of applying for permits to construct said residence. This will include applying for energy calculations, septic applications and permit applications.

5.8   Permission. The Owner grants full permission to any and all use of photographs, videotapes, motion pictures, recordings and any other record of the construction of said residence for any legitimate for of advertising including the erection of

a   Ramos Builders sign on said property.

## 6.   RIGHTS AND DUTIES OF OWNER

6.1.   Possession. It is expressly understood and agreed that the Owner shall in no event take possession of or inhabit the Residence prior to closing and should the Owner breach this provision, the Owner agrees that the Contractor shall have the right to dispossess Owner from the Property by summary proceedings. Possession of the premises shall not be delivered to the Owner until the residence has been fully constructed and the full contract price including and Change Orders has been paid to the Builder

6.2.   Assumption of Liability and Indemnification. The Contractor and its agents and employees shall have no liability for damages or injury sustained by the Owner to Owner or Owner's property while on the Property, the Owner expressly assuming the risk inherent in coming upon a construction site. Owner shall hold the Contractor and its agents and employees harmless from any liability for damages/or injury sustained to the property or person of a third party brought on the Property by Owner. The Owner should obtain permission from the Builder prior to any visits to the construction site.

Page 7 of 14
Ramos Builders, Inc.
Agreement for the Construction of a Single Family Residence

6.3.  Interference with Work of Contractor.  The Owner shall not perform any work related to the Owner's Lot or Residence, either directly or indirectly (except as expressly permitted by this Agreement), shall not communicate with or interact in any way with any subcontractor, supplier, or material man of Contractor, and shall not award any other contracts in connection with any construction or other work on the Owner's Lot or Residence without the prior written consent of the Contractor. In the event the Contractor consents in writing to such work by the Owner or a separate contractor, the Owner shall be responsible for coordinating all work performed by the Owner or such separate contractor so that there shall be no interference with the Contractor's performance of this Agreement. Further, the Owner shall be responsible for all costs and damages to the Contractor related to or arising out of the Owner's breach of this section or any work performed for or on behalf of the Owner other than covered by this Agreement.

6.4.  Color and Material Selection.  Any necessary color selections, or material selections permitted the Owner for the subject residence shall be made by Owner within ten (10) days after notification from Contractor. IF THE OWNER FAILS OR REFUSES TO MAKE THE COLOR SELECTIONS WITHIN THE TIME PERIOD REQUIRED HEREIN, THEN CONTRACTOR IS AUTHORIZED TO MAKE SUCH COLOR OR MATERIAL SELECTIONS FOR THE SUBJECT RESIDENCE AS IT DEEMS ADVISABLE.

7.  WARRANTIES.

7.1.  Exclusive Limited Warranty.  The Contractor shall deliver to Owner upon payment in full for all sums due under this Agreement, its Contractor's Limited Warranty, in the form attached as Exhibit 7.1 hereto. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE CONTRACTOR'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW.

7.2.  Soil and Subsurface Conditions.  CONTRACTOR DOES NOT EXPRESSLY OR IMPLIEDLY WARRANT HABITABILITY OR SOIL OR SUB-SURFACE CONDITIONS OF THE SUBJECT PROPERTY. OWNER EXPRESSLY ASSUMES THE RISK OF ANY AND ALL LOSS OR DAMAGE TO THE SUBJECT PROPERTY CAUSED BY SOIL OR SUB-SURFACE CONDITIONS, WHETHER OR NOT ANY SUCH ADVERSE CONDITION COULD HAVE BEEN DISCOVERED PRIOR TO CONSTRUCTION BY APPROPRIATE TESTING.

7.3.  Swimming Pool.  IF THE IMPROVEMENTS PURCHASED HEREIN INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE IS A NATURAL PRODUCT AND THEREFORE A LIGHT GRAY SPOTTING OR STREAKING DISCOLORATION CALLED

"MOTTLING" MAY OCCUR.    THIS IS A NORMAL CONDITION OF MARCITE FINISH AND IS NOT A DEFECT.

7.4.   Security Systems. Contractor may offer as an option in the Plans and Specifications, a burglar alarm/security system to be installed by an independent security company not affiliated with Contractor. The installation of the system and continued subscription of the services provided by the Security Company shall be at the sole option of the Owner. Contractor does not warrant or guarantee the equipment installed by the Security Company and Owner shall look only to the Security Company in the event of breakdown or failure of such equipment or disruption of services resulting therefrom. Contractor shall not install the equipment or maintain same or monitor same if external monitoring capabilities are included therewith. Contractor shall not be responsible for any representations made by Security Company, written or oral.

OWNER ACKNOWLEDGES AND AGREES THAT CONTRACTOR IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS. AND THAT THE CONTRACTOR DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO. ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR THAT THE SYSTEM, THE EQUIPMENT, OR THE SERVICES PROVIDED WILL PREVENT OR LESSEN THE EFFECTS OR CONSEQUENCES OF BURGLARIES, FIRE, OR OTHER OCCURRENCES WHICH THE SYSTEM IS DESIGNED TO PREVENT OR MONITOR. OWNER ACKNOWLEDGES AND AGREES THAT NEITHER CONTRACTOR NOR ITS AFFILIATED COMPANIES NOR ANY INDIVIDUALS EMPLOYED BY CONTRACTOR SHALL BE LIABLE FOR LOSS OR DAMAGE TO PROPERTY OR FOR PERSONAL INJURY OR DEATH WHETHER DIRECTLY OR INDIRECTLY DUE TO (I) ANY FAILURE OF THE SYSTEM, THE EQUIPMENT, OR THE COMPONENTS THEREOF, OR THE FAILURE OF ANY OF THE SERVICES PROVIDED BY THE SECURITY COMPANY, OR (II) THE NEGLIGENCE OF THE EMPLOYEES OF THE SECURITY COMPANY.

8.    GENERAL PROVISIONS

8.1.   Waiver of Compliance; Consents. Any failure of any party to comply with any obligation, covenant, agreement, or condition herein may be waived by the party entitled to the performance of such obligation, covenant, or agreement or who has the benefit of such condition, but such waiver or failure to insist upon strict compliance with such obligation, covenant, agreement, or condition will not operate as a waiver of, or estoppel with respect to, any subsequent or other failure. Whenever this Agreement requires or permits consent by or on behalf of any party hereto, such consent will be given in a manner consistent with the requirements for a waiver of compliance as set forth above.

Page 9 of 14
Ramos Builders, Inc      *rwLzTi*
Agreement for the Construction of a Single Family Residence

8.2.  Notices. All notices, requests, demands, and other communications required or permitted hereunder will be in writing and will be deemed to have been duly given when delivered two business days after being mailed by U.S. regular mail, postage prepaid, or upon facsimile transmission:

If to Contractor, at the address and facsimile number appearing on the cover page of this Agreement, or to such other person or address as Contractor furnishes to Owner pursuant to the above.

If to the Owner, to:

June A Garrett

10630 Lake Loop Rd.

N. Ft. Myers, FL  33903

or to such other person, address and facsimile number as Owner furnishes to Contractor pursuant to the above.

8.3.  Titles and Captions. All section titles or captions contained in this Agreement are for convenience only and shall not be deemed part of the context nor effect the interpretation of this Agreement.

8.4.  Entire Agreement. This Agreement contains the entire understanding between and among the parties and supersedes any prior understandings and agreements among them respecting the subject matter of this Agreement.

8.5.  Agreement Binding. This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

8.6.  Attorney Fees. In the event an arbitration, suit or action is brought by any party under this Agreement to enforce any of its terms, or in any appeal therefrom, it is agreed that the prevailing party shall be entitled to reasonable attorneys fees to be fixed by the arbitrator, trial court, and/or appellate court as the circumstances may require.

8.7.  Interest. Interest at the maximum rate permitted by law shall accrue on any sum which is due to a party under this Agreement, commencing from the day following the last day on which the payment could be timely made.

8.8.  Computation of Time   In computing any period of time pursuant to this Agreement, the day of the act, event or default from which the designated period of time begins to run shall be included, unless it is a Saturday, Sunday, or a legal holiday, in which event the period shall begin to run on the next day which is not a Saturday, Sunday, or legal holiday, in which event the period shall run until the end of the next day thereafter which is not a Saturday, Sunday, or legal holiday.

Page 10 of 14
Ramos Builders, Inc.
Agreement for the Construction of a Single Family Residence

8.9. Pronouns and Plurals All pronouns and any variations thereof shall be deemed to refer to the masculine. feminine, neuter, singular, or plural as the identity of the person or persons may require.

8.10. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

8.11. Arbitration. Any controversy or claim in excess of $5,000.00 between the parties or between any party and any officer, director, employee, or agent of a party, whatsoever, whether arising under or relating to this Agreement or not, which accrued before the date of this Agreement, or which accrues during any time that any duty or obligation under this Agreement remains un discharged, and including any claim involving an alleged tort, shall be decided by binding arbitration pursuant to Section 682.01 et seq, of the Florida Statutes (Florida Arbitration Code) as amended from time to time and not under the rules of the American Arbitration Association pursuant to the terms and conditions of this paragraph 15 Nothing herein shall be construed to prevent Contractor from filing in any court 'of' competent jurisdiction an action to foreclose a Construction Lien during the pendency of the Arbitration. Any such action shall be stayed while all claims and disputes between the parties are arbitrated. In such event the court shall retain jurisdiction to enforce any award entered by the Arbitrator.

8.11.1 Arbitrator. The arbitration shall be before one (1) arbitrator, who shall be a licensed, practicing attorney in the State of Florida with at least ten (10) years experience in commercial litigation. If the parties fail to agree on the sole arbitrator within ten (10) days of written notice from either party of a dispute to be submitted to arbitration, each party shall designate its selected arbitrator and the two so chosen shall select within ten (10) days of selection a single arbitrator to serve. If a party fails to select an arbitrator the arbitrator chosen by the other party shall serve. If the arbitrators cannot agree on the sole arbitrator, application shall be made to a court of competent jurisdiction for the appointment of the arbitrator under Section 682.04, Florida Statutes. All arbitration proceedings shall be held in Sarasota County, Florida. If the parties cannot agree on a location, the Arbitrator shall select the place of arbitration.

8.11.2. Time of Arbitration. The arbitration hearing shall be held within forty-five (45) days from the date of the arbitrator's acceptance of his or her duties, unless otherwise agreed by all parties, or extended by the arbitrator on good cause shown. The Arbitrator shall render a written decision within forty five (45) days from the date of the hearing. The arbitration shall be completed in not less than 180 days from the date of written request from the party initiating arbitration.

8.11.3. Cost of Arbitration. The fees and costs of the arbitration shall be equally divided between the parties. If a party fails to pay the fees of the arbitrator as requested from time to time, the other party may advance any such fees, which shall be due with interest at the maximum legal rate permitted by law from the date of advancement, and shall be part of the award in the arbitration.

Page 11 of 14
Ramos Builders, Inc.
Agreement for the Construction of a Single Family Residence

8.11.4. Lien Foreclosure. Notwithstanding any provision contained herein to the contrary, the Contractor, at its election, without waiving the rights to require arbitration of any dispute between the parties, may file an action to enforce any Construction Lien or other statutory or common law lien right, before any court having jurisdiction. At any time during such proceeding the either party may elect to stay such action and compel arbitration of any issue pending in such action, and may seek in such action enforcement of any award of the arbitrator.

8.11.5. Attorney Fees. The prevailing party in any arbitration proceeding shall be entitled to reasonable attorneys fees to be fixed by the arbitrator. The parties waive any right to have a court of competent jurisdiction determine the reasonable fees to be awarded the prevailing party in any arbitration action.

8.11.6. Power of Arbitrator. Any award rendered in the arbitration shall be binding and conclusive upon the parties and shall not be subject to retrying or appeal before any court. The arbitrator shall have the right to decree specific performance. The arbitrator shall decide what disputes are subject to arbitration under this agreement. The arbitrator shall have the power to determine a party's entitlement to attorney fees and to determine and award the amount of the reasonable attorney's fees to which a party is entitled. The parties waive any right to have a court of competent jurisdiction make such determinations.
8.11.3.

8.12. Presumption. This Agreement or any section thereof shall not be construed against any party due to the fact that said Agreement or any section thereof was drafted by said party.

8.13. Further Action. The parties hereto shall execute and deliver all documents, provide all information and take or forbear from all such action as may be necessary or appropriate to achieve the purposes of the Agreement.

8.14. Parties in Interest. Nothing herein shall be construed to be to the benefit of any third party, nor is it intended that any provision shall be for the benefit of any third party This Agreement shall not be construed to create a contractual relationship of any kind (1) between the Architect and Contractor, (2) between the Owner and a Subcontractor, Sub subcontractor or Material man, or (3) between any persons or entities other than the Owner and Contractor.

8.15. Savings Clause. If any provision of this Agreement, or the application of such provision to any person or circumstance, shall be held invalid, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those as to which it is held invalid, shall not be affected thereby.

8.16. Radon Gas Notification. Notification on Real Estate Documents-By January 1, 1989, notification shall be provided on at least one document, form or application executed at the time of, prior to, contract for sale and purchase of any building, or execution of a rental agreement for any building. Such

notification shall contain the following language:"Radon Gas": Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit

8.17. **Construction Industries Recovery Fund.** Payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state licensed contractor. For information about the recovery fund and filing a claim, contact the Florida Construction Industry Licensing Board at 1940 North Monroe Street, Tallahassee, FL 32399-1039.

8.18. **Construction Lien Disclosure.** According to Florida's Construction Lien Law (Sections 713.001-713.37, Florida Statutes). those who work on your property or provide materials and are not paid in full have a right to enforce their claim for payment against your property. This claim is known as a construction lien. If you contractor or a subcontractor fails to pay subcontractors, sub-subcontractors, or material suppliers or neglects to make other legally required payments, the people who are owed money may look to your property for payment, even if you have paid your contractor in full. If you fail to pay your contractor, your contractor may also have a lien on your property. This means if a lien is filed your property could be sold against your will to pay for labor, materials, or other services that your contractor or subcontractor may have failed to pay. Florida's construction lien law is complex and it is recommended that whenever a specific problem arises, you consult an attorney.

8.19. **Notice and Right to Cure.** Florida law contains important requirements you must follow before you may file a lawsuit for defective construction against a contractor, subcontractor, supplier or design professional for an alleged construction defect in your home. Sixty days before you file your lawsuit, you must deliver to the contractor, subcontractor, supplier or design professional a written notice of any construction conditions you allege are defective and provide your contractor and any subcontractors, suppliers or design professionals the opportunity to inspect the alleged construction defects and make an offer to repair or pay for the alleged construction defects. You are not obligated to accept any offer made by the contractor or any subcontractors, suppliers or design professionals. There are strict deadlines and procedures under Florida Law.

THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT.

IN WITNESS WHEREOF, the above named parties have hereunto set their hands and Seals on the day above written, and for themselves, their heirs, administrators and assigns, do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth. The above named Parties further acknowledge that they have read and understand this contract. Signed, sealed and delivered in duplicate on the dates shown below:

RAMOS BUILDERS, INC.

_VP/TREAS_

BY:
_EDWARD RAMOS_

As Its: _VICE PRES / TREAS_

_6/23/05_

DATE

OWNER

_Jun a Garrett_

_6/23/05_

DATE

_____

DATE

Page 14 of 14
Ramos Builders, Inc.
Agreement for the Construction of a Single Family Residence

# RAMOS BUILDERS, INC.
## EXHIBIT 1.1

Construction Agreement for:

June A. Garrett

LEGAL DESCRIPTION: Block 2162 Lots 49-50, Plat Book 16 Page 11, Public Records of Lee County

### General Construction Features:
- Surveys and building permits
- 8" X 16" double reinforced concrete footers
- Two course stem wall foundation
- Fill and grading allowance of $8,500.00
- Concrete block construction with vapor barrier and low maintenance stucco exterior
- Professionally engineered roof trusses
- Soil treated for subterranean termite prevention with a one year warranty
- Framing package constructed 16 inches on center
- Two (2) concrete driveways and sidewalks to driveways
- Two single car finished garages with 10'X7' deluxe steel overhead door
- 150 amp back to back electrical service
- CPVC water lines overhead

### Energy Features:
- R-19 Insulation in ceilings. R-4.2 in exterior walls
- Insulated steel front entry door(s)
- Maintenance free continually vented aluminum soffits and roof vents
- Professionally engineered central heat and high efficiency air conditioning system
- Two (2) Energy efficient 30 gallon hot water heaters

### Interior Features:
- 8' ceilings (approximate)
- Vaulted ceilings in living & dining areas
- Skip trowel or knockdown walls
- Fog finish walls in kitchen and baths
- Marble window sills
- Pre-wired for cable TV (2) per unit
- Pre-wired for phones (2) per unit
- Pre-wired for fans or lights all rooms
- Lighting fixture allowance of $300.00 per unit
- Smoke detectors per code
- Washer-less single lever Moen chateau plumbing fixtures
- Vinyl covered ventilated closet shelving
- Generous flooring allowance $1,800.00 per unit
- Masonite interior doors
- Three hinges on all doors

- Interior hardware
- Colonial base and door casing

### Exterior Features:
- Bronze-tone or white windows and sliding glass doors
- Pre-cast concrete window sills
- Designer exterior color scheme
- Lattice divider between units
- Exterior hose bibs (2)
- Exterior GFI electrical outlets (2)
- Door chime
- 7,500 sq. ft. Bahia sod
- Code prescribed landscaping
- Sprinkler system

### Kitchen Features:
- Generous appliance allowance $1,200.00 per unit
- Garbage disposal
- Double stainless steel sink
- Spacious, durable mica countertops and custom crafted cabinets w/adjustable shelving
- Icemaker line to refrigerator space

### Bathroom Features:
- Custom made mica vanities
- Medicine cabinets
- White steel bath tub
- Ceramic tile to soffit in tub and shower areas
- Full length mirror over all vanities
- Round water closets

### Warranties and Services:
- Builders risk Insurance during construction
- Full One (1) year Builder Warranty
- Manufacturers Warranties assigned to new owners

### Not Included:
**Wall coverings, window treatments, culvert pipe, tree removal, rock removal and extended electrical service are not included.**



07/18/2005 14:15 FAX 239 940 0007

# ADDENDUM TO CONTRACT

PROVISIONS LISTED BELOW ARE TO BECOME A PART OF THE CONTRACT FOR CONSTRUCTION DATED JUNE 23, 2005 ON THE PROPERTY KNOWN AS THE GARRETT DUPLEX 2310 NE 8TH PLACE CAPE CORAL, FL 33909 BETWEEN JUNE A. GARRETT (PURCHASER) AND RAMOS BUILDERS, INC. (SELLER).

1. **Section 5.1 of the contract will be modified as follows:**
Completion of the Residence: The Contractor agrees to use its best efforts to complete the Residence within 300 days from start of construction, plus any extensions which are provided by this Agreement. Start of construction for a ground level home shall be defined as the date from filing of the Notice of Commencement. CONTRACTOR SHALL NOT BE LIABLE FOR FAILURE OR DELAY IN DELIVERY OCCASIONED BY LABOR DISPUTES, WAR, RIOTS, INSURRECTION, FORCE MAJEURE OR OTHER CAUSES BEYOND CONTRACTOR'S CONTROL, OR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING FROM FAILURE TO COMPLETE THE RESIDENCE WITHIN THE TIME PROVIDED.

2. **Section 3.1 of the contract will be modified as follows:**
The draw schedule shall acknowledge that Suncoast Schools Federal Credit Union will deduct the 10% pre-construction draw from the first draw.

HAVING READ THE FOREGOING, I/WE, THE UNDERSIGNED, HEREBY RATIFY, APPROVE, ACCEPT, CONFIRM AND ACKNOWLEDGE THE SAME TO BE PART OF OUR CONTRACT FOR SALE AND PURCHASE

PURCHASER _June Garrett_ DATE 7/18/05

PURCHASER _____ DATE _____

SELLER _Ramos Builders Inc. By: vp/mgr_ DATE 7/18/05

SELLER _____ DATE _____