UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the briefing submitted by the Plaintiffs' Steering Committee ("PSC"), T. Rowe Price Group, Inc., and JP Morgan Chase & Co. arising from the PSC's motions to compel against T. Rowe and JP Morgan, and these parties' motions to quash, *see* (R. Docs. 10056, 10058, 10142, 10145, 10146, 10255, 10256, 10257, 10258), IT IS ORDERED that a hearing is SCHEDULED on this briefing on Monday, September 19, 2011, at 1:30 p.m. CST. If counsel are not able to appear in person, they may participate via telephone by calling 877-336-1839, and entering access code 4227405 and security code 91911.

New Orleans, Louisiana, this 14th day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE