UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Robert W. Block, III, et al v. Gebrueder Knauf, et al<br>Case No. 2:2011-cv-01363 | MAGISTRATE JUDGE WILKINSON |

## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Jack's, Inc. is hereby granted a thirty (30) day extension of time, or until October 14, 2011, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE

PD.5472485.1