IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x x x x x | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

### INSTALLER DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' STEERING COMMITTEE ("PSC") AND KNAUF ENTITIES' JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS

COME NOW Installer Defendants by and through its Liaison Counsel and file its Motion for Leave to File a Response to the PSC and Knauf Entities' Joint Motion for Approval of the Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders and in furtherance of this Motion, state as follows:

1. The Court's deadline to respond to the PSC and Knauf Entities' Joint Motion for Approval of the Term Sheet Agreement With the Knauf Entities was Tuesday, September 13, 2011.

2. We believe this intended deadline was directed to Homebuilders, not Installers.

3. Installer Defendants need an additional seven (7) days to consult with all its members before responding.

4. Thereby, Installers Defendants' response would be due on September 20, 2011.

5. This extension is not sought for the purpose of delay and will not prejudice any party.

WHEREFORE, Installer Defendants request this Honorable Court grant its Motion for Leave and any other relief it deems necessary.

/s/ Robert Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
*Attorneys for Installer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consented Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2011.

/s/ Robert Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Installer Defendants*

2