# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 |
| | x x | SECTION: L |
| | x x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x x | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Installer Defendants' Motion for Leave to File a Response to the Plaintiffs Steering Committee ("PSC") and Knauf Entities' Joint Motion for Approval of the Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders,

IT IS HEREBY ORDERED that the Motion for Leave to File a Response be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Installer Defendants have an extension of time of seven (7) days from September 14, 2011 until September 20, 2011 within which to Respond in the above-captioned matter, MDL No. 09-2047.

New Orleans, Louisiana, this _____ day of September, 2011.

                                                      Honorable Eldon E. Fallon
                                                      United States District Judge

Copies furnished to:
Counsel of Record

4390092v1