UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L(2) |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* | * | MAG. WILKINSON |
| Case No.:  2:11-CV-1077 (E.D.La.) | * | |

\* * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion;

IT IS HEREBY ORDERED THAT the Ex Parte Motion for Extension of Time to Submit Builder Profile Form is GRANTED.

IT IS FURTHER ORDERED THAT BFS Townhomes, LLC shall have an additional thirty (30) days until October 14, 2011 within which to submit its Builder Profile Form.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
J U D G E