UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth Abel, et al | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Taishan Gypsum Co., LTD f/k/a Shandong Taihe Dongxin Co., LTD Civil Action No. 11-080 | * * * | |

**************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Mover and Defendant herein, D & A Construction Services, Inc. will bring its Motion to Dismiss Claims Filed Against it in the Abel Class Action (Omnibus VII) Pursuant to Federal Rules of Civil Procedure 12 (b)(2) and 12 (b)(3) before the Honorable Judge Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of October, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for D & A Construction Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that D & A Construction Services, Inc.'s above and foregoing Notice of Hearing of its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of September, 2011.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI