UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 |
| | * | SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Robert W. Block, III | * * * | MAGISTRATE: "2" -  JUDGE WILKINSON |
| v. | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, et al Civil Action No. 11-1363 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>DEFENDANT, D & A CONSTRUCTION SERVICES, INC.'S, MOTION TO DISMISS CLAIMS FILED AGAINST IT IN THE BLOCK CLASS ACTION (OMNIBUS X) PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(3)</u>**

NOW INTO COURT, through undersigned counsel, comes D & A Construction Services, Inc. ("D & A"), which files this, its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) and requests an Order dismissing Plaintiffs' Omnibus Complaint (X) and all allegations contained therein as alleged against D & A for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and improper venue under Federal Rule of Civil Procedure 12(b)(3).

WHEREFORE, Defendant, D & A Construction Services, Inc., prays that this Court enter an Order granting its Motion to Dismiss and dismissing Plaintiffs' claims against it as this Court lacks personal jurisdiction over D & A Construction Services, Inc. and the Eastern District Court for the State of Louisiana is an improper venue for Plaintiffs' allegations.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for D & A Construction Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that D & A Construction Services, Inc.'s above and foregoing Motion to Dismiss Pursuant to Federal Rules 12(b)(2) and 12(b)(3) has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of September, 2011.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI