UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE- | * | CIVIL ACTION NO.: |
| MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY | * | 09-MDL-2047 |
| LITIGATION | * | |
| | * | SECTION:  "L" – JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE: "2" -  JUDGE |
| Laura Haya, et al | * | WILKINSON |
| | * | |
| v. | * | |
| | * | |
| Taishan Gypsum Co., LTD f/k/a | * | |
| Shandong Taihe Dongxin Co., LTD | * | |
| Civil Action No. 11-1077 | * | |

*******************************************************************

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, D & A CONSTRUCTION SERVICES, INC.

COMES NOW, the undersigned law firm of Porteous, Hainkel & Johnson, LLP which

hereby files its Notice of Appearance as counsel on behalf of Defendant, D & A Construction

Services, Inc.  It is respectfully requested that all pleadings, documents, and correspondence be

served upon the undersigned counsel in connection with these actions.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for D & A Construction Services, Inc.*

1

303/323.0012

2

CERTIFICATE OF SERVICE

I hereby certify that D & A Construction Services, Inc.'s above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller, at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of September, 2011.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI

303/323.0012