UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO ROBERT W. BLOCK, III, et al. | * | JUDGE FALLON |
| vs. | * | MAG. JUDGE WILKINSON |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. | * | |
| Case No. 11-01363 | * | |

\*     \*     \*     \*     \*     \*     \*     \*

---

**AFFIDAVIT OF LOUIS A. VILLE**

---

STATE OF FLORIDA

COUNTY OF MARTIN

    Before me, the undersigned authority, personally appeared Louis A. Ville, who after being by me duly sworn did depose and testify as follows:

    1.    I am a Vice-President of P.D.C. Drywall Contractors, Inc. (hereinafter, "P.D.C."). I am over the age of 21 and am a resident of Florida.  I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by P.D.C. in the regular course of business.

Exhibit "A"

2.      P.D.C. is a named defendant in the Complaint filed in the matter entitled *Robert W. Block, III, et al. v Gebrueder Knauf Verwaltungsgesellschaft, K.G., et al.*, E.D. La., No. 11-01363.

3.      P.D.C. is a Florida corporation with its principal place of business in Stuart, Florida.

4.      P.D.C. has no offices in Louisiana.

5.      P.D.C. has no subsidiaries or other related entities either in Louisiana or otherwise.

6.      P.D.C. is a construction contractor that contracts with third parties for the construction of residential homes and commercial work.

7.      P.D.C. has never performed construction in or had any contracts or subcontracts to perform construction in Louisiana.

8.      P.D.C. did/does not manufacture any product.

9.      P.D.C. has not purchased or sold real property in Louisiana.

10.     P.D.C. has no bank accounts in Louisiana.

11.     P.D.C. has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

12.     P.D.C. has not and does not maintained any office(s) nor employ any employees in Louisiana.

2

13.     P.D.C. does not solicit business in Louisiana and has never transacted business in Louisiana.

14.     According to the schedules attached to the Complaint, the residence on which P.D.C. allegedly conducted work is located in Florida.  In fact, the alleged homeowner who has asserted any claims in the Complaint against P.D.C. does not reside in Louisiana, the property at issue in the Complaint (as pertains to P.D.C.) is not located in Louisiana and P.D.C. did not negotiate or enter into any contract with any plaintiff in Louisiana.

15.     P.D.C. does not have any agreements with agents located in the State of Louisiana who are authorized to preform work on behalf of P.D.C. in Louisiana.

16.    Considering the above, P.D.C. has no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

LOUIS A. VILLE

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY, THIS _15_ DAY OF SEPTEMBER, 2011.

Notary Public

KEVIN T BURN
Notary Public - State of Florida
My Comm. Expires Oct 7, 2013
Commission # DD 931605
Bonded Through National Notary Assn.

My Commission expires: _Oct 7, 2013_

Bar/Notary No.: _DD 931605_

62065-04\Pleadings\Affidavit to Dismiss.wpd

4