UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED  * MDL No. 2047
DRYWALL PRODUCTS LIABILITY    *
LITIGATION                    *
                              *
THIS DOCUMENT RELATES TO:     * JUDGE FALLON (L)
                              *
                              *
ALL CASES                     *
                              * MAGISTRATE WILKINSON (4)

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MIKE KINDRED

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of Forester Homes, Inc. ("Forester Homes") and as such, has personal knowledge of the following based on his review of records maintained by Forester Homes in the regular course of business.

2. Forester Homes is a corporation organized and existing under the laws of the State of Texas and has its principal place of business in Harris County, Texas.

3. Forester Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Forester Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

EXHIBIT "A"

5. Forester Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Forester Homes does not have an agent for service of process in Louisiana.

7. Forester Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Forester Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Forester Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Forester Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Forester Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Forester Homes never anticipated it would be haled into court in Louisiana.

_____
MIKE KINDRED

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF June, 2011.

_____
NOTARY PUBLIC

2