UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE FALLON |
| Case No. 11-1077 | : | MAG. JUDGE WILKINSON |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd. et al.* | : | |

**DEFENDANTS' *EX PARTE* MOTION FOR SECOND ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Defendants, Cornerstone Group Construction, Inc., and Hollywood Dixie Associates, LLC (hereinafter "Defendants"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Defendants a second enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Defendants are diligently working to gather the information requested therein, but are in need of additional time to complete the Builder Profile Forms pertaining to the applicable Plaintiffs who have asserted claims against Defendants in this action.

WHEREFORE, Defendants, Cornerstone Group Construction, Inc., and Hollywood Dixie Associates, LLC, respectfully request that this Court grant Defendants an extension of time, through and including September 30, 2011, in order to submit the Builder Profile Forms in the above-referenced action.

Dated September 16, 2011

Respectfully submitted,

By: /s/ Vanessa M. Serrano
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Suite. 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 764-7060

Facsimile:: (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel for Defendants*
*Cornerstone Group Construction, Inc., and*
*Hollywood Dixie Associates, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for enlargement of Time to Submit Builder Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of September 2011.

/s/ Vanessa M. Serrano
Vanessa M. Serrano

4810-6293-0954.1
31222/0053