UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE FALLON |
| Case No. 11-1077 | : | MAG. JUDGE WILKINSON |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd. et al.* | : | |
| | : | |

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR SECOND ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Cornerstone Group Construction, Inc., and Hollywood Dixie Associates, LLC's *Ex Parte* Motion for a Second Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including September 30, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants.

New Orleans, Louisiana this _____ day of September 2011.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**