**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: DAVID GROSS K.G., ET AL. V. KNAUF KG, ET. AL. | JUDGE FALLON |
| CASE NO.:  09-6690 | MAG.:JUDGE WILKINSON |

_____

<u>**MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**</u>

COME NOW, Dan Bryson and the firm of Lewis & Roberts PLLC, attorneys of record for Plaintiff, Charles A. Hummer, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays for this Court to enter an Order granting leave to withdraw as counsel of the Plaintiff for the following reasons:

1.    Lewis & Roberts, PLLC was retained to represent Plaintiff, Charles A. Hummer, whose home was allegedly constructed with Chinese Drywall.

2.    Now, following correspondence from Charles A. Hummer dated January 10, 2011, stating that he no longer wished to be represented by our firm undersigned counsel seeks to withdraw as counsel for the Plaintiff, Charles A. Hummer.

3.    Plaintiff's counsel informed Charles A. Hummer on January 24, 2011 and on June 9, 2011 that counsel would be withdrawing from representing him in this matter and that he should locate other counsel within thirty days. To date, Plaintiff has not found substitute counsel.

{00414495.DOC}

4.      A letter with a copy of this Motion has been provided to the last known

good address for the Plaintiff, Charles A. Hummer by certified mail.  The

letter advises the Plaintiff:

a.      Lewis & Robert, PLLC is withdrawing as counsel,

b.      substitution counsel will need to be retained, and

c.      notifies the Plaintiff of all upcoming hearings and

deadlines.

5.   The Plaintiff, Charles A. Hummer's last know address and phone number are:

Address:        2617 Jaylene Road
                North Port, Florida 34288

Telephone:      239-495-2507

WHEREFORE, the undersigned respectfully request that the court grant the

Motion to Withdraw as Counsel for Plaintiff; in the above case.

Respectfully submitted,

Dated:  September 19, 2011.

_____/s/ Daniel K. Bryson_____
Daniel K. Bryson, Esq.
Lewis & Roberts PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone:  919/981/0191
Facsimile:  704/347/8929
Email:  DanBryson@lewis-roberts.com

{00414495.DOC}

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Charles Hummer, 2617 Jaylene Road, North Port, Florida 34288 on the 19th day of September, 2011.

_____*/s/ Daniel K. Bryson*_____