UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL 2047
PRODUCTS LIABILITY LITIGATION

                                                                  SECTION:  L

THIS DOCUMENT RELATES TO:
DAVID GROSS K.G., ET AL. V.                                JUDGE FALLON
KNAUF KG, ET. AL.

CASE NO.:  09-6690                                        MAG.:JUDGE
                                                         WILKINSON

_____

### ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of

Record for Plaintiff, Charles A. Hummer, in the above civil action.  The Court, having

considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel

of Record on behalf of Plaintiff, Charles A. Hummer, is hereby granted and that Daniel

K. Bryson, and the firm Lewis & Roberts, PLLC, are hereby discharged from their

obligations of representation in this case and relieved of any further appearance in this

case on behalf of Plaintiff, Charles A. Hummer.  Until such time as a Notice of

Appearance is filed by new counsel, all pleadings shall be served on Plaintiff, Charles A.

A. Hummer.

It is ORDERED this ___day of _____.

                                        _____
                                        HONORABLE ELDON E. FALLON
                                        U.S. DISTRICT COURT JUDGE

{00414499.DOC}