# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                         MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                                SECTION L

JOYCE W. ROGERS, ET AL                                                      JUDGE FALLON
v.
                                                                               MAGISTRATE JUDGE WILKINSON
KNAUF GIPS KG, ET AL;
CASE NO. 10-362
_____/

## PLAINTIFF, VALERIE PRIESHOFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, ROBERT/CHARLES BUILDERS, INC., ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiff, VALERIE PRIESHOFF, hereby dismisses without prejudice Defendant, ROBERT/CHARLES BUILDERS, INC., only from Plaintiffs' Omnibus Complaint Seven (IV).  Each party is to bear its own attorneys' fees and costs.

Dated this 19th day of September, 2011.

                                                                                    Respectfully submitted,

                                                                                    /s/ Russ M. Herman_____
                                                                                    Russ M. Herman, Esquire (Bar No. 6819)
                                                                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                                                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                                                                    Herman, Herman, Katz & Cotlar, LLP.
                                                                                    820 O'Keefe Avenue
                                                                                    New Orleans, Louisiana 70113
                                                                                    Phone: (504) 581-4892
                                                                                    Fax: (504) 561-6024
                                                                                    LDavis@hhkc.com
                                                                                    *Plaintiff's Liaison Counsel*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of September, 2011.

    /s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel MDL