

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

August 5, 2011

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation  
       Rogers, et al v. Knauf GIPS, et al, Cause No. 10-362, MDL-2047, Eastern District of Louisiana  
       Plaintiff(s): Valerie Prieshoff

Dear Russ and Lenny:

My client, Valerie Prieshoff, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, ROBERT/CHARLES BUILDERS, INC., only, without prejudice, in the above matter.

Thank you for your cooperation in this matter.

Sincerely,


Robert B. Brown  
RBB/pcd