UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>DAVID GROSS K.G., ET AL. V.<br>KNAUF KG, ET. AL. | JUDGE FALLON |
| CASE NO.:  09-6690 | MAG.:JUDGE WILKINSON |

_____

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, Dan Bryson and the firm of Lewis & Roberts PLLC, attorneys of record for Plaintiff, Jesse Sylvester, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays for this Court to enter an Order granting leave to withdraw as counsel of the Plaintiff for the Following reasons:

1. Lewis & Roberts, PLLC was retained to represent Plaintiff, Jesse Sylvester, whose home was allegedly constructed with Chinese Drywall.

2. Now, following further investigation and inspection of the Plaintiff's home and claims, undersigned counsel seeks to withdraw as counsel for the Plaintiff, Jesse Sylvester.

3. Plaintiff's counsel informed Jesse Sylvester on June 10, 2011 that counsel would be withdrawing from representing him in this matter and that he should locate other counsel within thirty days.  To date, Plaintiff has not found substitute counsel.

4. A letter with a copy of this Motion has been provided to the last known

{00414503.DOC}

good address for the Plaintiff, Jesse Sylvester by certified mail.  The letter advises the Plaintiff:

    a.    Lewis & Robert, PLLC is withdrawing as counsel,

    b.    substitution counsel will need to be retained, and

    c.    notifies the Plaintiff of all upcoming hearings and deadlines.

5. The Plaintiff, Jesse Sylvester's last know address and phone number are:

    Address:    314 Sylvester Road
    McLain, MS 39456

    Telephone:    601-770-1307

WHEREFORE, the undersigned respectfully request that the court grant the Motion to Withdraw as Counsel for Plaintiff; in the above case.

    Respectfully submitted,

Dated: September 19, 2011

    ____/s/ Daniel K. Bryson_____
    Daniel K. Bryson, Esq.
    Lewis & Roberts PLLC
    3700 Glenwood Avenue, Suite 410
    Raleigh, North Carolina 27612
    Telephone:  919/981/0191
    Facsimile:  704/347/8929
    Email:  DanBryson@lewis-roberts.com

{00414503.DOC}

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Jesse Sylvester, 314 Sylvester Road, McLain, Mississippi 39456 on the 19th day of September, 2011.

                                                                       _____/s/ Daniel K. Bryson_____

{00414503.DOC}