# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Gross, et al. v. KNAUF KG, et al., No. 09-6690 | ) ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Plaintiff Jesse Sylvester's Motion to Withdraw as Counsel Without Substitution will be submitted for consideration on January 18, 2012 at 9:00 a.m.

DATED: September 19, 2011

Respectfully submitted,

/s/ Daniel K. Bryson
Daniel K. Bryson, Esq.
Lewis & Roberts PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone: 919/981/0191
Facsimile: 704/347/8929
Email: DanBryson@lewis-roberts.com

*Attorneys for Plaintiff*

{00414515.DOCX}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 19th day of September, 2011.

/s/ Daniel K. Bryson
Daniel K. Bryson

{00414515.DOCX}