UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al. vs. TAISHAN GYPSUM CO., LTD. et al Case No. 11-1077 | * * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

### ORDER GRANTING DEFENDANT VILLA DEVELOPMENT, INC. d/b/a VILLA HOMES OF SOUTHWEST FLORIDA'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Villa Development, Inc. d/b/a Villa Homes of Southwest Florida's Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  19th  day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE