UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:   JUDGE FALLON
CASE NO. 2:11-cv-1077

MAG. JUDGE WILKINSON

_____/

### ORDER ON *EX PARTE* MOTION FOR SECOND EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Upon consideration of the *Ex Parte* Motion for Second Extension of Time to Submit Defendant Profile Forms, filed by Defendant, Mobley Homes Florida, LLC.

IT IS HEREBY ORDERED, the Motion for Second Extension of Time to Submit Defendant Profile Form is hereby GRANTED; and

IT IS FURTHER ORDERED, Defendant, Mobley Homes Florida, LLC, shall be granted until October 15, 2011, within which to submit the appropriate Profile Forms in the above-captioned matter, Civil Action No. 2:11-cv-1077, within MDL No. 2047.

New Orleans, Louisiana, this 19th day of September, 2011.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1