UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to: 11-1363 (Block)

Judge Fallon
Mag. Judge Wilkinson

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente and Carlton Fields, P.A., pursuant to the Court's Order, hereby notice their appearance as counsel on behalf of Ashton Houston Residential L.L.C., one of the defendants in Block v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., and request that all correspondence and pleadings be directed to them. Ashton Houston Residential L.L.C. specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court. Ashton Houston Residential L.L.C. further avers that this notice does not constitute a waiver of any kind, but is filed per Court order.

Respectfully submitted,

s/Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-mail: jfuente@carltonfields.com

*Counsel for Ashton Houston Residential L.L.C.*

20390130.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this <u>19th</u> day of September, 2011.

s/ Jaret J. Fuente
Attorney
