UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES WILKINSON | * * | MAGISTRATE JUDGE |

* * * * * * * * * * * * * * * * *

**AFFIDAVIT OF KYLE A. SPAULDING**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, came and appeared Kyle A. Spaulding who, being duly sworn, did depose and say as follows:

1. Affiant and his colleague, Kerry J. Miller, exchanged approximately 10 emails with Homebuilders' Liaison Counsel between August 19, 2011 and August 31, 2011 concerning the substance of the Term Sheet Agreement. Included in several of the emails were redlined draft agreements with suggested edits to the Term Sheet Agreement by the Knauf Entities, the PSC, and the Homebuilders. Because the documents may be construed as Federal Rule of Evidence 408 settlement communications, undersigned counsel has completed this Affidavit in lieu of attaching the emails to the Reply Memorandum. However, undersigned counsel will make the documents available to the Court for an in camera review at the Court's request.



2. Affiant and Kerry J. Miller also conducted several telephone conferences between August 29, 2011 and August 31, 2011 concerning the terms of the Term Sheet Agreement, wherein the parties discussed proposed edits to the Term Sheet Agreement.

/s/ Kyle A. Spaulding
KYLE A. SPAULDING

Sworn to and subscribed
before me this 19 day
of September, 2011.

_____
NOTARY PUBLIC

Thomas Louis Colletta, Jr.
Notary Public
State of Louisiana
LA Bar Roll # 26851
My Commission is Issued For Life.