UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * | MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum to Homebuilders' Response in Opposition to Joint Motion for Approval of Term Sheet Agreement With The Knauf Entities Regarding Their Settlement with Homebuilders;

**IT IS ORDERED** that the Knauf Defendants be and hereby are GRANTED leave to file the attached Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**JUDGE ELDON E. FALLON**