# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
LAURA HAYA, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 11-1077, SECT. L. MAG 2

## MOTION TO DISMISS SWIFT SUPPLY, INC. AS DEFENDANT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Swift Supply, Inc. ("Swift"), appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court to enter an Order dismissing all of Plaintiffs' claims against it in this lawsuit for lack of personal jurisdiction and standing, or in the alternative, transferring this case to the United States District Court for the Northern District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1406(a). Swift submits Affidavit testimony of David Dauphin Swift, Sr., and the accompanying Memorandum of Law in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Swift respectfully moves this Court to dismiss all of Plaintiffs' claims against Swift for lack of personal

DOCSBHM\1807829\1\

jurisdiction and standing.  In the alternative, Swift respectfully moves this Court to enter an Order transferring all claims against it to the United States District Court for the Southern District of Alabama, Mobile Division, pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted this 19th day of September, 2011.

*/s/ Christopher A. Bottcher*
Christopher A. Bottcher
Mary Blanche Hankey
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5101
cbottcher@sirote.com
jhankey@sirote.com

**DEFENDANT RESPECTFULLY REQUESTS ORAL ARGUMENT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 19th day of September, 2011.

                                              */s/ Christopher A. Bottcher*
                                              Of Counsel