IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
LAURA HAYA, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 11-1077, SECT. L MAG 2

## AFFIDAVIT OF DAVID DAUPHIN SWIFT, SR.

STATE OF ALABAMA    )

ESCAMBIA COUNTY    )

DAVID DAUPHIN SWIFT, SR. gives the following testimony under oath:

1. I am over the age of nineteen (19), of sound mind, and I give this testimony based on my personal knowledge.

2. I am the President of Swift Supply, Inc. (hereinafter "Swift"), and I am one of the custodians of the records relating to Swift's purchases and sales of drywall, as well as the transactions identified in this affidavit.

3. Based upon my personal experience in Swift's daily operations and my review of these records, I have personal knowledge of the matters contained in this affidavit.

4. As Swift's most senior corporate officer, I am authorized to give this affidavit testimony.

5. Swift is an Alabama corporation, with its principal place of business located at 1450 Swift Mill Road, Atmore, Alabama 36502. Its corporate offices and senior management work at this location.

6. Swift is not authorized to do business in Louisiana. It has never done any business in the state of Louisiana, and it does not maintain a registered or statutory agent for service in Louisiana.

7. Swift has never been a resident of the state of Louisiana, and it has never had a location in the state of Louisiana.

8. Swift has no offices in Louisiana. It has no address or telephone number in Louisiana. It neither owns nor operates, and has never owned or operated, any property – real, personal, or mixed – in Louisiana.

9. Swift has no directors, officers, or employees in Louisiana. It has no bank accounts in Louisiana.

10. Swift has never solicited any business in Louisiana.

11. Swift has never transacted business in the State of Louisiana.

12. Swift has not sold or delivered any drywall to customers in Louisiana. Swift is unaware of any drywall it sold making its way to Louisiana in any fashion, or being installed in any building, home, or other structure in Louisiana.

13. Swift is aware of only four instances in the last five years where Swift products have been delivered to Louisiana. None of those isolated transactions involved drywall. Copies of the invoices for those Swift products are attached hereto as Exhibits "A-D"

14. The first sale occurred on March 28, 2007, wherein building siding was purchased by Howie-E-Lacy Contractors, a company located in Mobile, Alabama, and thereafter shipped via independent contract carrier to Shreveport, Louisiana. Attached hereto, as Exhibit "A" is a copy of said invoice, invoice number 27912411.

15. The second sale occurred on December 22, 2008, wherein wood pilings were purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "B" is a copy of said invoice, invoice number 27912411.

16. The third sale occurred on January 27, 2009, wherein pressure treated lumber was purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "C" is a copy of said invoice, invoice number 70302647.

17. The fourth and final sale occurred on February 26, 2009, wherein marine treated lumber was purchased by an office of Heatheon, located in New Orleans, Louisiana, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "D" is a copy of said invoice, invoice number 27913749.

18. Swift has never advertised in any publications either targeted to the state of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

19.  Swift has never received business from any contacts in Louisiana whether individual customers or business contacts.

This the 9 day of September, 2011.

Further Affiant saith not.

_____
David Dauphin Swift, Sr.

| STATE OF ALABAMA | ) |
|---|---|
| | ) |
| ESCAMBIA COUNTY | ) |

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that David Dauphin Swift, Sr., whose name as President of SWIFT SUPPLY, INC., is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal, this the 9th day of September, 2011.

_____
Notary Public
My Commission Expires: 4-29-14

3

## SWIFT SUPPLY - BAY MINETTE
610 HWY 31, SOUTH
BAY MINETTE, AL 36507
(251) 937-6600  FAX (251) 937-0999

**Customer Copy**
**INVOICE**
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Page: 1                                    Invoice: **20107153**

Special Instructions:

Sale rep #: TERESA  TERESA WALTERS        Acct rep code:

Time: 11:11:08
Ship Date: 03/28/07
Invoice Date: 03/28/07
Due Date: 04/10/07

**DIRECT REPRINT**

Sold To: HOWLE-LACY CONTRACTORS
5461 ABLE CT
MOBILE, AL 36693-3100

Ship To: CRACKER BARREL
(251) 650-0064   6251 WEST PORT AVE
SHREVEPORT, LA 71129
(251) -

Customer #: 1746        8        Customer PO: SHREVEPORT JOB        Order By: WESLEY

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 50.00 | 50.00 | L | EA | 99393 | HARDIPANEL 5/16"X4X8 VERT/SOFF CEDARMILL | 30.5000 EA | 30.5000 | 1525.00 |
| 200.00 | 200.00 | L | EA | 558 | HARDIPANEL 5/16"X4X8 VERT/SOFF CEDARMILL | 26.4400 EA | 26.4400 | 5288.00 |
| 924.00 | 924.00 | L | EA | BTERESA000006450 | HARDI RUSTIC TRIM 7/16" X 3-1/2" X 12' | 5.8300 EA | 5.8300 | 5386.92 |

FILLED BY     CHECKED BY     DATE SHIPPED     DRIVER

SHIP VIA   LOUISIANE,SHRIEVE

RECEIVED COMPLETE AND IN GOOD CONDITION

X

| Misc. FUEL: | 800.00 | Sales total | $12199.92 |
|---|---|---|---|
| Taxable | 12199.92 | Misc + Frgt | 800.00 |
| Non-taxable | 800.00 | Sales tax | 1049.19 |
| Tax # | | | |
| | | **TOTAL** | **$14049.11** |

**1 - Customer Copy**

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.



Exhibit "A"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
{251} 974-5675  FAX {251} 974-5677

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Page: 1                                     Invoice: **27912411**

| | |
|---|---|
| Special Instructions : | Time: 15:32:52 |
| | Ship Date: 12/22/08 |
| | Invoice Date: 12/22/08 |
| Sale rep #: SIDNEY SIDNEY BECKER   Acct rep code: JASON | Due Date: 12/22/08 |

C O D  DIRECT  REPRINT

Sold To: CASH ON DELIVERY ACCT.        Ship To: DAVIS LUCKIE
D.O.B. _-_-_                            (555) 555-5555  BRETT BARLOW JOB LA
M_ F_  C_, B 0
                                        (555) 555-5555

Customer #: 5000      7      Customer PO:            Order By: .

COD 'T 393
popimg01

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 35.00 | 35.00 | L | EA | QSIDNEY000024757 | 12" TIP 15" BUTT 25FT 2.5 CCA PILING | 395.3370 EA | 395.3370 | 13836.80 |

| PPCP 1008  295158       14805.38 | FILLED BY   CHECKED BY   DATE SHIPPED   DRIVER | | Sales total | $13836.80 |
|---|---|---|---|---|
| | SHIP VIA   LOUISIANA/PLAQUEMINE | | | |
| | --- RECEIVED COMPLETE AND IN GOOD CONDITION --- | Taxable 13836.80 | | |
| Total applied:          14805.38 | X | Non-taxable 0.00  Tax # | Sales tax | 968.58 |

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a silo designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

**1 - Customer Copy**

| TOTAL | $14805.38 |
|---|---|


Exhibit "B"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
(251) 974-5675  FAX (251) 974-5677

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Invoice: **70302647**

Page: 1

| | |
|---|---|
| Special Instructions : | Time: 14:18:03 |
| | Ship Date: 01/27/09 |
| | Invoice Date: 01/26/09 |
| Sale rep #: JASON  JASON HILL | Acct rep code: JASON  Due Date: 02/10/09  **REPRINT** |

Sold To: BARLOW MARINE
10902 MCKENZIE ROAD
FAIRHOPE, AL 36532

Ship To: BARLOW MARINE
(251) 269-1430
(251) 269-1430

Customer #: 9966     Customer PO:     Order By: Jason

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 7.00 | 7.00 | L | PC | 15468 | PT 10X10-20' #2&BTR RGH OSM .80 | 1060.0198 MBF | 176.6700 | 1236.69 |
| 1.00 | 1.00 | L | PC | 99718 | PT 10X10-24' #2&BTR RGH OSM .80 | 994.7500 MBF | 198.9500 | 198.95 |

| | FILLED BY | CHECKED BY | DATE SHIPPED | DRIVER | | | |
|---|---|---|---|---|---|---|---|
| PPCP 1008  221783  2036.13 | SHIP VIA | LOUISIANA/PLAQUEMINE | | | Misc. FUEL: | 500.00 | Sales total $1435.64 |
| | RECEIVED COMPLETE AND IN GOOD CONDITION | | | | Taxable | 1435.64 | Misc + Frgt 500.00 |
| Total applied: 2036.13 | X | | | | Non-taxable | 500.00 | Sales tax 100.49 |
| | | | | | Tax # | | |
| | | | | | TBF: | 1367 | **TOTAL $2036.13** |

**1 - Customer Copy**

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

Exhibit "C"

**SWIFT SUPPLY - ORANGE BEACH**
P.O. BOX 427
ORANGE BEACH, AL 36561
(251) 974-5675 FAX (251) 974-5677

Customer Copy
**INVOICE**
THIS COPY MUST REMAIN AT MERCHANT AT ALL TIMES!

Page: 1　　　　　　　　　　　　　　　　　　　　　　Invoice: **27913749**

| | | |
|---|---|---|
| Special Instructions: | Time: | 06:55:40 |
| | Ship Date: | 02/26/09 |
| | Invoice Date: | 03/31/09 |
| Sale rep #: LISA  LISA J. KENNARD　　Acct rep code: JASON | Due Date: | 03/31/09 |

C O D  REPRINT

Sold To: **CASH ON DELIVERY ACCT.**
D.O.B.__-__-__
M__ F__ C__, B 0

Ship To: HEATHEON
(555) 555-5555  1-850-607-3861
LOUISIANNA
(555) 555-5555  JASON HAS C/CARD INFO

Customer #: 5000　　7　　Customer PO:　　Order By: JASON HILL

popimg01 , COD T 374

| ORDER | SHIP | L | U/M | ITEM# | DESCRIPTION | Alt Price/Uom | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 62.00 | 62.00 | L | EA | GLISA00000024949 | 3 X 8-12' 2.5 MRT | 42.8900 EA | 42.8900 | 2659.18 |
| 24.00 | 24.00 | L | EA | GLISA00000024950 | 4 X 12-12' 2.5 MRT | 98.6000 EA | 98.6000 | 2366.40 |

PPCP 1008  294815　　5877.37

FILLED BY　CHECKED BY　DATE SHIPPED　DRIVER

SHIP VIA  LOUISIANA/PLAQUEMINE
—— RECEIVED COMPLETE AND IN GOOD CONDITION ——

Total applied:　5877.37  X

| Misc. FUEL: | 500.00 | Sales total | $5025.58 |
|---|---|---|---|
| | | Misc + Frgt | 500.00 |
| Taxable | 5025.58 | | |
| Non-taxable | 500.00 | Sales tax | 351.79 |
| Tax # | | | |
| | | **TOTAL** | **$5877.37** |

Seller makes no warranties, either express or implied, regarding any goods sold to Buyer, including any warranties as to merchantability or fitness for a particular purpose. Title of goods passes from seller to Buyer at delivery to Buyer, delivery to a common carrier, or delivery to a site designated by Buyer. No returns after 30 days or without original invoice. Returns subject to a 15% restocking charge. All claims against Seller by Buyer must be resolved through arbitration by the American Arbitration Association.

**1 - Customer Copy**


Exhibit "D"