# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
LAURA HAYA ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 11-1077, SECT.L. MAG 2

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Swift Supply, Inc. ("Swift"), will bring on for hearing the attached Motion to Dismiss before The Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L," 500 Poydras Street, New Orleans, Louisiana 70130, on the 12th day of October 2011, at 9:00 a.m., or a time set further by his Court.

Respectfully submitted this 19th day of September 2011.

      /s/ Christopher A. Bottcher
      Christopher A. Bottcher
      Mary Blanche Hankey

DOCSBHM\1809181\1\

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 19th day of September 2011.

              /s/ Christopher A. Bottcher
              Of Counsel