MINUTE ENTRY
FALLON, J.
SEPTEMBER 19, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
| DRYWALL PRODUCTS | |
| LIABILITY LITIGATION | SECTION: L |
| | |
| | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances: Leonard Davis, Esq. for the Plaintiffs
　　　　　　Michael Ferachi, Esq. for Movant JP Morgan Chase & Co.
　　　　　　Ward Coe, Esq. (by phone) for Movant T. Rowe Price Group, Inc.

1. Plaintiff's Steering Committee's Motion to Compel JP Morgan Chase & Co. to Produce a Representative for a 30(b)(6) Corporate Deposition, as well as provide all requested documents listed on a subpoena directed JP Morgan Chase & Co., which was properly served on 5/26/11. (10056) - Argument - DENIED with written reasons to follow.

2. Plaintiff's Steering Committee's Motion to Compel T. Rowe Price Group, Inc. to produce a representative for a 30(b)(6) corporate deposition, as well as provide all requested documents listed on a subpoena directed T. Rowe Price Group, Inc., which was properly served on 7/22/11. (10058) - Argument - DENIED with written reasons to follow.

3. Movant JP Morgan Chase & Co.'s Motion to quash subpoena. (10142) - Argument - GRANTED with written reasons to follow.

4. Movant T. Rowe Price Group, Inc.'s Motion to quash the subpoena directed to T. Rowe and served on 7/22/11. (10145) - Argument - GRANTED with written reasons to follow.

The Plaintiffs' Steering Committee is allowed to conduct conditional discovery and may re-file their motions to compel, if appropriate.

JS10:　:36