Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0034

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Deangelis Diamond Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __30th__ day of __November__, 20__10__, at __3:05__ o'clock __P__ M

**Place of Service:** at __4001 Tamiami Trail, #250__, in __Naples, FL  34103__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Deangelis Diamond Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __James Morey, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Gray__; Facial Hair _____
Approx. Age __50__; Approx. Height __5'10"__; Approx. Weight __180 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  137299

APS International, Ltd.

Subscribed and sworn to before me this __6th__ day of __December__, 20__10__

_____
Notary Public          (Commission Expires)



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012