Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0036

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Delgado's Painting
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Maria V. Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of December, 20 10, at 11:20 o'clock A M

**Place of Service:** at 422 Terry Parkway, in Gretna, LA 70056

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Delgado's Painting**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cesar Delgado, Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Hispanic ; Hair Color Balding w/dark hair ; Facial Hair no
Approx. Age 44-46 ; Approx. Height 5'11" ; Approx. Weight 200-

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maria Landry
Signature of Server

Subscribed and sworn to before me this 1st day of December, 20 10

Tenure for Life (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY