Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0048

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Five Star Drywall, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **December**, 20 **10**, at **11:50** o'clock **A** M

Place of Service: at **6901 North Drive**, in **Fort Myers, FL 33905**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Five Star Drywall, Inc**

Person Served, and Method of Service: By delivering them into the hands of an **co-resident** whose name and title is: **Sandi Pfeffer, co-resident with the Registered Agent Thomas Losey**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Red**; Facial Hair ____
Approx. Age **60**; Approx. Height **5'1"**; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Raymond V Laakso* #157154
Signature of Server

Subscribed and sworn to before me this **8th** day of **December**, 20 **10**

*Elena Alvarado*
Notary Public      (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012