Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0049

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Franciscus Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ss.
County of: **City of Norfolk**

Name of Server: **Ryan Rodriguez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **November**, 20 **10**, at **2:10** o'clock **P** M

Place of Service: at **150 Boush Street, Suite # 700**, in **Norfolk, VA** ~~303 Lynnhaven Parkway, Suite 100~~, in ~~Virginia Beach, VA 23452~~

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Franciscus Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Susan Alper, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **50-55** ; Approx. Height **5'6"** ; Approx. Weight **125 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **22nd** day of **November**, 20 **10**

4-30-2014
(Commission Expires)

Signature of Server                                Notary Public

**APS International, Ltd.**

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 240501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]