Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grand Harbour Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29th** day of **November**, 20 **10**, at **8:50** o'clock **A** M

**Place of Service:** at **4422 Del Prado Blvd**, in **Cape Coral, FL 33904**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grand Harbour Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a: **Receptionist**, whose name and title is: **Fran Robertson, Receptionist — on 2nd attempt**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **60-65**; Approx. Height **5'5"**; Approx. Weight **155 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.   **2nd** day of **December**, 20 **10**

X **Barbara Gray #15153**
Signature of Server                                Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012