Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0060

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24th day of November, 20 10, at 11:30 o'clock A M

Place of Service: at 1436 SE 16th Place, in Cape Coral, FL 33990

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Duane Davis, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Bald ; Facial Hair ____
Approx. Age 45-50 ; Approx. Height 6'0 ; Approx. Weight 200 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray  #157153
Signature of Server

Subscribed and sworn to before me this 1st day of December, 20 10.

_Elena Alvarado_
Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6603