Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Harrell's Drywall, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Kenneth R. Steinberg, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of November, 2010, at 1:50 o'clock PM

**Place of Service:** at 1225-B 131 St. Avenue, in Tampa, FL 33612

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Harrell's Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Deborah Harrell - Director

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Brown; Facial Hair glasses
Approx. Age 50 yrs; Approx. Height 5'6"; Approx. Weight 150 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 17th day of November, 20 10

Notary Public    (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters