Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HC Seals Drywall Partners
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER** )

**Name of Server:** **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **Nov**, 20 **10**, at **2:55** o'clock **P**M

**Place of Service:** at **125 George Mitchell Rd.**, in **Carriere, MS 39426**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
HC Seals Drywall Partners

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **SARAH SEALS, Office Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **GRY**; Facial Hair **NO**
Approx. Age **67**; Approx. Height **5'3**; Approx. Weight **125**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **23** day of **November** 20 **10**

_signature_
Signature of Server

_signature_ **6-1-20 12**
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary Seal: KAREN K YORDY, Comm. #74014, NOTARY PUBLIC, HANCOCK, MISSISSIPPI, Expires 06-01-2012]