Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0082

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Depot U.S.A., Inc., co Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Delaware ) ss.
County of: New Castle )

Name of Server: **Adam Golden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16 day of November, 20 10, at 1:30 o'clock P M

Place of Service: at 2711 Centerville Road, Suite 400, in Wilmington, DE 19808

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Home Depot U.S.A., Inc., co Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Paul Mathews (Asst. Secretary)**

Description of Person Receiving Documents:
The person receiving documents is described as follows: N/A
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16 day of Nov, 20 10

Notary Public (Commission Expires)
GIOVANNA MESSINA
MY COMMISSION EXPIRES
JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE

**APS International, Ltd.**