Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0093

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Property Investments of Central Flor, dba
Henin International Services
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )
Name of Server: **Barry Driskoll**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **November**, 20 **10**, at **11:57** o'clock **A** M

Place of Service: at **4801 Courthouse Street, Ste. 300**, in **Virginia Beach, VA 23188**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**International Property Investments of Central Flor, dba Henin International Services**
By delivering them into the hands of an officer or managing agent whose name and title is: **Paul W. Gerhardt, Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **50-55**; Approx. Height **6'**; Approx. Weight **200 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **16** day of **November**, 20 **10**

Notary Public
**3-31-2014**
(Commission Expires)

[Notary seal: Ryan Christian Rodriguez, Notary Public, Reg. # 268504, My Commission Expires Mar. 31, 2014, Commonwealth of Virginia]