Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Morris & Sons, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FL ) ss.
County of: Brevard )
Name of Server: C. L. Shepherdson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of Dec, 20 10, at 4:30 o'clock P M

Place of Service: at 561 Rainer Street NE, in Palm Bay, FL 32907

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jim Morris & Sons, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jim Morris, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Bn ; Facial Hair —
Approx. Age 50 ; Approx. Height 5'10 ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 3 day of December, 2010

Notary Public, STATE OF FLORIDA (Commission Expires)
Edwin Neal Chancellor, Jr.
Commission # DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**