Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107674-0104

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Kevin Burton
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **December**, 20 **10**, at **9:17** o'clock **A** M

**Place of Service:** at 11120 S. Idlewood Court, in New Orleans, LA 70128

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kevin Burton**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **Mrs Kevin Burton**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Kevin Burton **wife of Kevin Burton** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Brown**; Hair Color **Black**; Facial Hair **no**
Approx. Age **43**; Approx. Height **5'8"**; Approx. Weight **150**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **10** day of **December**, 20 **10**

Signature of Server — Maria Landry
APS International, Ltd.

Notary Public — Tenure for Life
(Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY