Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L & W Supply Coporation, dba Seacoast Supply Company c/o Corporation Trust Center
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __November__, 20 __10__, at __1:05__ o'clock __P__ M

**Place of Service:** at __1209 Orange Street__, in __Wilmington, DE  19801__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**L & W Supply Coporation, dba Seacoast Supply Company c/o Corporation Trust Center**
By delivering them into the hands of an officer or managing agent whose name and title is: __Scott LaScala (Operations Mgr)__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc.__ ; Hair Color __Brn__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __6'__ ; Approx. Weight __230__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __16__ day of __Nov__, 20 __10__

Notary Public                    (Commission Expires)

[Notary seal: GIOVANNA MESSINA, MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC STATE OF DELAWARE]

**APS International, Ltd.**