Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107674-0106

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leroy Laporte, Jr.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29th** day of **November 29**, 20 **10**, at **2:30** o'clock **P** M

**Place of Service:** at **950 W. Causeway Approach**, in **Mandeville, LA  70471**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Laporte, Jr.**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **Julie Rosen**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Leroy Laporte, Jr.** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **38-40**; Approx. Height **5'6"**; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct

*Maria Landry*
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **6th** day of **December**, 20 **10**

*Tenure for Life*
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY