Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0076

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--LTL Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Lydia Velez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **November**, 20 **10**, at **6:00** o'clock **P** M

Place of Service: at **4400 Helena St. NE**, in **St. Petersburg, FL 33703**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **William Pugh, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **m**; Skin Color **white**; Hair Color **gray**; Facial Hair ___
Approx. Age **50's**; Approx. Height **6' 0"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lydia Velez* 11/29/10
Signature of Server

Subscribed and sworn to before me this **29th** day of **November**, 20 **10**
*Elaine F. Jones*
Notary Public (Commission Expires) 3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters