Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Peak Building Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA } ss.
County of: City of Norfolk

Name of Server: Barry Driskell , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of November , 20 10 , at 2:33 o'clock P M

Place of Service: at 308 Sturgeon Lane , in Virginia Beach, VA 23456

Documents Served: met at 7-11 - corner of Dam Neck & General Booth,
the undersigned served the documents described as: VIRGINIA BEACH, VA
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in 23454
Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Peak Building Corporation**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: Steven E. Paland, Registered Agent

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color GRAY ; Facial Hair NO
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 180 LBS
X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
26 day of November , 20 10

_[signature]_ 3-31-2014
Notary Public        (Commission Expires)

RYAN CHRISTIAN RODRIGUEZ
NOTARY PUBLIC
REG. # 268504
MY COMMISSION EXPIRES
Mar. 31, 2014
COMMONWEALTH OF VIRGINIA