Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--R. Fry Builders, Inc
Court Case No. 10-361 Section L

---

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24th__ day of __November__, 20 __10__, at __10:05__ o'clock __A__ M

**Place of Service:** at __923 Del Prado Blvd #203__, in __Cape Coral, FL  33990__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**R. Fry Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Connie Fry, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Red__ ; Facial Hair _____
Approx. Age __55-60__ ; Approx. Height __5'6"__ ; Approx. Weight __105__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __1st__ day of __December__, 20 __10__

_Elena Alvarado_
Notary Public          (Commission Expires)



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

c0578