Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0138

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.A. Grant Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29th day of November, 20 10, at 11:10 o'clock A M

Place of Service: at 860- A S.E. 46th Lane, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
R.A. Grant Corporation

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: James Matey, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair ___
Approx. Age 65-70 ; Approx. Height 5'8" ; Approx. Weight 170 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray #15753
Signature of Server

Subscribed and sworn to before me this 10th day of December, 20 10

Elena Alvarado
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

