Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0139

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Turner Drywall, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Greg Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of November, 20 10, at 6:05 o'clock P M

Place of Service: at 10736 Jacamar Drive, in New Port Richey, FL 34654

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ray Turner Drywall, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Ray Turner, President

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 50's ; Approx. Height 6' 3" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Scott_  11/23/10
Signature of Server

Subscribed and sworn to before me this 23rd day of November, 20 10
_Elaine F. Jones_
Notary Public  (Commission Expires) 3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters