Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107674-0144

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Riverstreet Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA                    ) ss.
County of: Hillsborough            )

**Name of Server:**  Christinia Therien , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the 17th day of November , 20 10 , at 8:06 o'clock A M

**Place of Service:**  at  4105 West San Pedro Street , in  Tampa, FL  33629

**Documents Served:**  the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Riverstreet Homes, Inc**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: Curt Saad - President

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex M ; Skin Color Tan ; Hair Color Gray ; Facial Hair
Approx. Age 53 ; Approx. Height 5' 9" ; Approx. Weight 135 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
19th day of November , 20 10

_Christinia Therien_
Signature of Server

_____
Notary Public            (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters