UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

* * * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR SEPTEMBER 22, 2011 STATUS CONFERENCE

  I. PRE-TRIAL ORDERS

  II. STATE COURT TRIAL SETTINGS

  III. INSURANCE ISSUES

  IV. HOME BUILDERS FEES AND COSTS

  V. STATE/FEDERAL COORDINATION

  VI. OMNIBUS CLASS ACTION COMPLAINTS

  VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

  VIII. PILOT PROGRAM

  IX. REMEDIATED HOMES

  X. CLASS CERTIFICATION HEARINGS

  XI. KNAUF DEFENDANTS

  XII. TAISHAN DEFENDANTS

  XIII. INTERIOR EXTERIOR DEFENDANT

XIV.   BANNER DEFENDANTS

XV.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XVI.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII.  FREQUENTLY ASKED QUESTIONS

XVIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIX.   NEXT STATUS CONFERENCE