Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0147

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rottlund Homes of Florida, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of November, 20 10, at 11:00 o'clock A M

**Place of Service:** at 625 Court Street, Suite 200, in Clearwater, FL 33756

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rottlund Homes of Florida, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Harry Cline, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex m ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 55 ; Approx. Height 6' 0" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_ 11-18-10
Signature of Server

Subscribed and sworn to before me this 18th day of November, 20 10
_Elaine F. Jones_
Notary Public (Commission Expires)
3/2/13

**APS International, Ltd.**


ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters