Case 2:09-md-02047-EEF-MBN   Document 10405   Filed 09/20/11   Page 1 of 1

Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Safeway Contractors, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany**

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **December**, 20 **10**, at **12:56** o'clock **P** M

Place of Service: at **705 Florida Street**, in **River Ridge, LA 70123**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Safeway Contractors, LLC**
By delivering them into the hands of an officer or managing agent, whose name and title is: **Carl Straight - resides with father**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair **none**
Approx. Age **65-70**; Approx. Height **6'0"**; Approx. Weight **210**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maria Landry*
Signature of Server

Subscribed and sworn to before me this **1st** day of **December**, 20 **10**

*[signature]*
Notary Public           (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

**NOTARY ATTESTS TO SIGNATURES ONLY**