Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Suarez Housing Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** KENNETH R Steinberg, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3RD day of December, 2010, at 11:00 o'clock AM

**Place of Service:** at 9950 Princess Palm #200 #212, in Tampa, FL 33625 33619

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Suarez Housing Corporation** N/K/A ALPHA HOMES INC.
By delivering them into the hands of an officer or managing agent whose name and title is: JASON Starling, V.P.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; ~~Facial Hair~~ ———
Approx. Age 25+ ; Approx. Height 5'10" ; Approx. Weight 160 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this 6th day of December, 20 10

_[signature]_
Notary Public    (Commission Expires)

APS International, Ltd.

S & W Process Service
902 N. Rome Ave.
Tampa, FL 33606



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters