Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0151

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Construction & Development, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany**

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **December**, 20 **10**, at **1:20** o'clock **P** M

Place of Service: at **643 Magazine Street, Ste 300**, in **New Orleans, LA 70130**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Construction & Development, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Tamara Plattsmier, Couhig Partners, Agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **dark Brn/Black**; Facial Hair **None**
Approx. Age **27-30**; Approx. Height **5'6"**; Approx. Weight **125**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Maria Landry**
Signature of Server

Subscribed and sworn to before me this **6th** day of **December**, 20 **10**

_____
Notary Public    (Commission Expires) Tenure for Life

APS International, Ltd.

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY