Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0168

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
**--TURN KEY HOME BUILDERS, INC.**
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

Name of Server: Michael Rocco _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29th day of November , 20 10 , at 3:15 o'clock P. M

Place of Service: at 169 Seaview Avenue , in Palm Beach, FL 33480

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**TURN KEY HOME BUILDERS, INC.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: Patty Myura, Managing Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair _____
Approx. Age 65 ; Approx. Height 5'4" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Michael Rocco _____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
30th day of November , 20 10

Jonathan Levy _____
Notary Public (Commission Expires)