Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0181

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vernon Construction Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Sarasota** )

Name of Server: **Lyle M. Robinson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **Dec**, 20 **10**, at **8:45** o'clock **A** M

Place of Service: at **3201 Bayou Sound**, in **Longboat Key, FL 34228**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Vernon Construction Corporation**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **William Vernon, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **55** ; Approx. Height **5'9"** ; Approx. Weight **220**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **1st** day of **Dec**, 20 **10**

Notary Public          (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

60548