Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0177

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wellington, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk

Name of Server: **William L. Sassa Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of November, 20 10, at 11:22 o'clock A M

Place of Service: at 740 Thimble Shoals Blvd., Ste. F , in Newport News, VA 23606

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Wellington, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kelly Kranz, authorized agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 35-40; Approx. Height 5'8 ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 18th day of November, 20 10

4-30-2014

Signature of Server                                   Notary Public         (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 260581, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]

# Stein & Stein
### A Professional Corporation

Bennett L. Stein
M. Scott Stein

740 Thimble Shoals Blvd., Suite F
Newport News, Virginia 23606-3574

Mailing Address:
P. O. Box 12265
Newport News, Virginia
23612

Phone (757) 873-1221 / Fax (757) 873-4449

March 16, 2009

TO THE SHERIFF FOR THE CITY OF NEWPORT NEWS
OR PRIVATE PROCESS SERVICE

    Re:    Service of Process on Registered Agent

Dear Sir or Madam:

The undersigned hereby authorizes the following individuals to accept service of process on their behalf as indicated:

| FOR SERVICE ON: | AUTHORIZED TO ACCEPT: |
|---|---|
| Bennett L. Stein, Registered Agent | M. Scott Stein, Esquire<br>Deborah A. Bailey<br>Donna M. Wellendorf<br>Kelly I. Kranz |
| M. Scott Stein, Registered Agent | Bennett L. Stein, Esquire<br>Donna M. Wellendorf<br>Deborah A. Bailey<br>Kelly I. Kranz |

Yours very truly,

_____
Bennett L. Stein, Esquire

_____
M. Scott Stein, Esquire

COMMONWEALTH OF VIRGINIA
In the City of Newport News, to wit:

    Acknowledged before me, a Notary Public in and for the City and State aforesaid, by BENNETT L. STEIN and M. SCOTT STEIN, in my City and State aforesaid, on this 16th day of March, 2009.

_____
Notary Public

My commission expires: 11/30/2011
My registration number: 7114759

Helene R. Emanuele
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #139873  7114759
My Commission Expires
11/30/2011