Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wolf & Bear Distributors
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hernando )

Name of Server: **FRANK VULPIS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of November, 20 10, at 8 o'clock P M

Place of Service: at 5124 Kirkwood Avenue, in Spring Hill, FL 34608

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Wolf & Bear Distributors**
By delivering them into the hands of an officer or managing agent whose name and title is: **Donald Mackey, C.E.O.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color White ; Facial Hair NONE
Approx. Age 61 ; Approx. Height 6'3 ; Approx. Weight 300

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Frank M Vulpis*
Signature of Server

Subscribed and sworn to before me this 18th day of November, 20 10

*Donna Konon*
Notary Public    (Commission Expires)

**APS International, Ltd.**



DONNA KONON
MY COMMISSION # DD 888155
EXPIRES: April 4, 2013
Bonded Thru Budget Notary Services