Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0184

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodall, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __William L. Sasser, Jr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __23rd__ day of __November__, 20 __10__, at __7:28__ o'clock __P__ M

**Place of Service:** at __3810 Redmon Court__, in __Norfolk, VA 23518__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Woodall, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Samuel L. Andrew McFie, Registered agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __Yes__
Approx. Age __50__ ; Approx. Height __6'2"__ ; Approx. Weight __210 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __23rd__ day of __November__, 20 __10__

Notary Public   __3-31-2014__ (Commission Expires)

APS International, Ltd.

