Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wyndwil, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )

Name of Server: **William L. Sasser, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **November**, 20 **10**, at **11:22** o'clock **A** M

Place of Service: at **740 Thimble Shoals Blvd., Ste. F**, in **Newport News, VA  23606**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Wyndwil, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kelly Kranz, authorized agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair **No**
Approx. Age **35-40** ; Approx. Height **5'8"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **18** day of **November**, 20 **10**

Notary Public       **4-30-2014**
(Commission Expires)

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 260501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA