Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Eastern, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )
Name of Server: _William L. Sasser, Jr._, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _21st_ day of _November_, 20 _10_, at _10:02_ o'clock _A_ M

Place of Service: at _632 Hampton Highway_, in _Yorktown, VA 23693_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IA**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**American Eastern, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Dick Ashe, President_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _59_ ; Approx. Height _5'8"_ ; Approx. Weight _170 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _21st_ day of _November_, 20 _10_

4-30-2014
Notary Public   (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. #260501
MY COMMISSION EXPIRES
Apr 30, 2014
COMMONWEALTH OF VIRGINIA