Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0200

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Country Walk Sales, LLC, ATTN: Roger Puzzitiello
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Ohio** ) ss.
County of: **Cuyahoga** )
Name of Server: **Thomas E. Roe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **17th** day of **January**, 20**11**, at **10:45** o'clock **AM**

Place of Service: at **13370 Prospect Rd.**, in **Strongsville, OH 44149**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Country Walk Sales, LLC, ATTN: Roger Puzzitiello**
By delivering them into the hands of an officer or managing agent whose name and title is: **Michele Thandler, Warranty**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **50** ; Approx. Height **5'9"** ; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.
_Thomas E. Roe_
Signature of Server

Subscribed and sworn to before me this **17th** day of **January**, 20**11**
_signature_   4/13/2013
Notary Public   (Commission Expires)

APS International, Ltd.



GRETCHEN E. MATTHES
Notary Public
In and for the State of Ohio
My Commission Expires
April 13, 2013