Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0197

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--FHBF Partners, LLP, f/k/a First Home Builders of Florida

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Sean Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December, 20 10, at 11:45 o'clock A M

**Place of Service:** at 100 N Tampa Street, Ste 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**FHBF Partners, LLP, f/k/a First Home Builders of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Frann McBride, Legal Assistant obo Charles Wachter, R.A. -

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair glasses
Approx. Age 45-50 ; Approx. Height 5'2" ; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 29 day of December 20 10

Notary Public    (Commission Expires)

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Florida Notary Assn., Inc.

**APS International, Ltd.**