UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| ALL CASES | * | MAG. JUDGE WILKINSON |

_____/

## INSTALLER DEFENDANTS' RESPONSE TO THE JOINT MOTION FOR APPROVAL OF THE TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS

COMES NOW Installer Defendants[1], by and through their undersigned liaison counsel, and file this response to the Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders. To the extent that any of the Installer Defendants are affected or their rights prejudiced or compromised by the conditions of Exhibits "A" and "B" to the related term sheet agreement, Installer Defendants object to same. Further, by filing this response, Installer Defendants do not waive any defenses to any action in the Multidistrict litigation ("MDL").

---

[1] For the purpose of filing this response, Non-Louisiana Installer Defendants do not waive any of their objections to this Honorable Court's jurisdiction over them by the filing of this response.

On September 1, 2011 the Plaintiffs' Steering Committee ("PSC") and the Knauf entities[2] jointly filed their motion to approve the term sheet agreement with the Knauf Entities and the Homebuilders. The motion requested the approval of the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders ("Term Sheet Agreement"). The Term Sheet Agreement was filed in the record with the motion. But, certain exhibits to the Term Sheet Agreement, Exhibits "A" and "B," were filed under seal. Those exhibits appear to define terms and conditions in or concerning the Term Sheet Agreement. The Installer Defendants are unaware of the terms and conditions in Exhibits "A" and "B."

Installer Defendants have not participated in the negotiations concerning the Term Sheet Agreement and are unaware of all of the conditions and terms of that agreement, particularly Exhibits "A" and "B." Thus, to the extent that any of the unknown and undisclosed conditions in any way affect the Installer Defendants (without the full and final release of the affected Installer Defendants by all parties), compromise or prejudice any of the Installer Defendants' rights, or pertain to the Installer Defendants obligations, Installer Defendants object to the Motion to Approved Term Sheet Agreement.

**WHEREFORE**, to the extent that any of the unknown and undisclosed conditions in any way affect the Installer Defendants (without the full and final release of the affected Installer Defendants by all parties), compromise or prejudice any of the Installer Defendants' rights, or pertain to the Installer Defendants' obligations, Installer Defendants

---

[2] Knauf Plasterboard (Tianjin) Co.ltd.; Knauf Plasterboard (Wuhu) Co. Ltd.;Guandong Knauf New Building Material Product Co., Ltd.; Knauf International GmbH; Knauf Installation GmbH (referred to in MDL 2047 as Knauf Installation USA); Knauf AMF GmbH & Co. KG; Knauf do Brazil Ltda.;Bebrueder Knauf

object to the Motion to Approved Term Sheet Agreement, Installer Defendants respectfully request that the Court enter an Order denying the Motion to Approved Term Sheet Agreement.

Respectfully submitted,

/s/ Robert Fitzsimmons

ROBERT V. FITZSIMMONS
Florida Bar No. 355739
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01 – 9041
Miami, Florida 33101
Telephone: (305) 358 – 5577
Telecopier: (305) 371 – 7580

Attorneys for Installer Defendants

---

Verwaltungsgesellschaft, KG, P. T.; Knauf Gypsum Indonesia; Knauf Gips KG (collectively, "Knauf Entities").

## CERTIFICATE OF SERVICE

I hereby certify that the above *Installer Defendants' Response to the Joint Motion for Approval of the Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 20th day of September, 2011.


/s/ Robert V. Fitzsimmons