Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., dba Andrews Ace Hardware

Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Mobile_ )

Name of Server: _Cherie A Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _31st_ day of _December_, 20 _10_, at _12:01_ o'clock _P_ M

Place of Service: at _19750 North 3rd Street_, in _Citronelle, AL 36522_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., dba Andrews Ace Hardware**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: _Manager, R-B-Miles_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _Beard_
Approx. Age _55-60_ ; Approx. Height _5'8_ ; Approx. Weight _195_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A Weatherby_
Signature of Server

Subscribed and sworn to before me this _3rd_ day of _January_, 20 _11_

_[signature]_        7-15-13
Notary Public        LINDA K. SMITH (Commission Expires)

**APS International, Ltd.**