Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **December**, 20 **10**, at **12:16** o'clock **P** M

Place of Service: at **1310 SW 4th Terrace**, in **Cape Coral, FL 33910**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **John Conti, Jr. as Managing Member**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **40-45**; Approx. Height **5'9"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **29th** day of **December**, 20 **10**

**Barbara Gray** #157153
Signature of Server

**Tona Alvarado**
Notary Public     (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Tona G Alvarado
My Commission DD775041
Expires 04/06/2012

7095