Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--B&E Construction of Miami Corp.
Court Case No. 10-362 Section L

State of: **Florida**        ) ss.
County of: **Dade**          )

**Name of Server:**     CARLOS AGUIRRE       , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the **23rd** day of **December** , 20 **10** , at **7:00** o'clock **P** M

**Place of Service:**   at **7944 SW 199 Terrace** , in **Miami, FL  33189**

**Documents Served:**   the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**B&E Construction of Miami Corp.**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is: **Jose Bario President**

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Salt & Pepper** Facial Hair **No**
Approx. Age **52** ; Approx. Height **5'9** ; Approx. Weight **175**

☐  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
**31st** day of **December** , 20 **10**

_____
Notary Public        (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014