Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0010

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Ft. Myers, LLC, GY Corporate Services, Inc.

Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __21st__ day of __December__, 20 __10__, at __2:05__ o'clock __P__ M

Place of Service: at __Two South Biscayne Blvd, Suite 3400__, in __Miami, FL  33131__

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company Ft. Myers, LLC, GY Corporate Services, Inc.

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Mahesh Nanwani V.P. of GY Corp. Services__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Brown__ ; Hair Color __Black__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __6'2__ ; Approx. Weight __215__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __31st__ day of __December__, 20 __10__

Notary Public  (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014