Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cabot Homes
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **December**, 20 **10**, at **9:55** o'clock **A** M

**Place of Service:** at **2161 McGregor Blvd, Suite A**, in **Fort Myers, FL 33901**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cabot Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Dunn, Vice President / Managing Member**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **6'3"** ; Approx. Weight **200 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V. Laakso_
Signature of Server  157154

Subscribed and sworn to before me this **3rd** day of **January**, 20 **11**

_Elena G Alvarado_
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

7067