Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cape Cement & Supply, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 22nd day of December, 20 10, at 11:58 o'clock A M

Place of Service: at 645 Commercial Park Place, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cape Cement & Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Johnny Matthews, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Salt/pepper ; Facial Hair ____
Approx. Age 55-60 ; Approx. Height 5'9" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29th day of December, 20 10

X Barbara Gray #159153
Signature of Server

Elena Alvarado
Notary Public       (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/06/2012

7093