Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0090

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Port St. Lucie, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Kenneth Wolf**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23rd** day of **December**, 20 **10**, at **11:25** o'clock **A** M

**Place of Service:** at **825 Coral Ridge Drive**, in **Coral Springs, FL 33071**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Port St. Lucie, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Debbie Pasquale Receptionist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **50**; Approx. Height **5'7**; Approx. Weight **155**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **31st** day of **December**, 20 **10**

Notary Public     (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**