Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23rd** day of **December**, 20 **10**, at **9:10** o'clock **A** M

Place of Service: at **2422 SE 28th St.**, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc.**
By delivering them into the hands of a **spouse of an officer** whose name and title is: **Antoinette Casman, spouse of the President David Casman at their residence.**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Frosted** ; Facial Hair _____
Approx. Age **45-50** ; Approx. Height **5'0"** ; Approx. Weight **100**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                              **28th** day of **December**, 20 **10**

X **Barbara Gray**                                                    **Elena Alvarado**
Signature of Server  **#157153**                                       Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Elena G. Alvarado
My Commission DD775441
Expires 04/06/2012

7079