Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0069

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Gremillion Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Maria Landry_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22nd_ day of _December_ , 20_10_ , at _2:50_ o'clock _P_ M

**Place of Service:** at 706 Pact St. Etienne , in Covington, LA

**Documents Served:** the undersigned served the documents described as:

Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action

Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum

of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;

Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gremillion Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Laurie Gremillion_ ,

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _52_ ; Approx. Height _5'9_ ; Approx. Weight _155_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maria Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _4th_ day of _January_ , 20 _11_

_Tenure for Life_
Notary Public                (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY