## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | MDL No. 2047 |
| **DRYWALL PRODUCTS** | |
| **LIABILITY LITIGATION** | SECTION:  L |
| | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO** | MAG. JUDGE WILKINSON |

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OCII
_____/

### PLAINTIFFS BRAXTON AND KERRIE COLLINS'
### NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Braxton and Kerrie Collins, Plaintiffs in the above captioned matter, will begin remediation of their property located at 10720 Hwy 614 Moss Point, MS 39562 on Monday, October 3, 2011.  The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation.  Anyone desiring to view the property should contact Steve Mullins at smullins@luckeyandmullins.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00414746.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs Barry and Marlene Dukes' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September 2011.

*/s/ Daniel K. Bryson*
Daniel K. Bryson