Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0034

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hovstone Properties of Florida, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30th day of December, 20 10, at 1:28 o'clock P. M

**Place of Service:** at 3601 Quantum Boulevard, Suite 100, in Boynton Beach, FL 33426

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Hovstone Properties of Florida, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kristy Guttliep, Authorized Employee

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color ____ ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'5" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this
1st day of January, 20 11
Jonathan Levy
Notary Public    (Commission Expires)

**APS International, Ltd.**