Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Interior/Exterior Enterprises, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St Tammany )

**Name of Server:** Maria Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23rd day of December, 20 10, at 3:00 o'clock P M

**Place of Service:** at 727 South Cortez St., in New Orleans, LA  70119

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Interior/Exterior Enterprises, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jerry Lamonte, Credit Mgr

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 48 ; Approx. Height 5'8" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                                    4th day of January, 20 11

Signature of Server                                                                          Notary Public                     (Commission Expires)
APS International, Ltd.                                                                ROBERT JOHN COMEAUX
                                                                                                    Louisiana Civil Law Notary
                                                                                                    ID # 026458
                                                                                                    Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY