Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Walter Homes, Inc., c/o C.T. Corporation System
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21 day of December, 20 10, at 1:30 o'clock pM

**Place of Service:** at 1200 South Pine Island Road, in Plantation, FL  33324

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Jim Walter Homes, Inc., c/o C.T. Corporation System
By delivering them into the hands of an officer or managing agent whose name and title is: CT Corporation System, Registered Agent for contact, Donna Moch, Section Head Process for CT Corp.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 40+ ; Approx. Height 5'6" ; Approx. Weight 140 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 21 day of December, 20 10

Signature of Server          Notary Public          (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires:  JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.