Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--LifeScape Buildings, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Jefferson )

**Name of Server:** Joey Danforah, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of December, 20 10, at 1:40 o'clock P M

**Place of Service:** at 1000 Urban Center Drive, Ste 300 N/A Legal Department, in Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**LifeScape Buildings, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Blake Andrews / Attorney For Company

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair N/A
Approx. Age 38 ; Approx. Height 5'6" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joey Danforah_
Signature of Server

Subscribed and sworn to before me this 29 day of Dec, 20 10

_Notary signature_
Notary Public            (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT...
MY COMMISSION EXPIRES: Jan 22, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITE...

APS International, Ltd.