Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--LPR Builders, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of December, 20 10, at 12:00 o'clock P M

**Place of Service:** at 5720 SW 82nd Street, in South Miami, FL 33143

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LPR Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Luis Rabell President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair
Approx. Age 65 ; Approx. Height 5'10 ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 31st day of December, 20 10

Notary Public (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014