Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0111

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Santa Barbara Townhomes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of January, 20 11, at 1:30 o'clock P M

Place of Service: at 7975 W. 25th Ave. Bay #5, in Hialeah, FL 33016

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Santa Barbara Townhomes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Karen Romero Accounting Clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'6 ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 5 day of January, 20 11

_____
Notary Public      (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Rodriguez Leon
Commission #DD76...
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.