Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0072

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of South Florida, GP, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

**State of:** Florida ) ss.
**County of:** Broward )

**Name of Server:** Jesse Picone , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of December , 20 10 , at 2:26 o'clock P. M

**Place of Service:** at 2731 Executive Park Drive, Suite 4 , in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida, GP, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Unicka Brown, Supervisor of Process

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 35 ; Approx. Height 5'8" ; Approx. Weight 190
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone _[signature]_ 1009
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
1st day of January , 20 11

Jonathan Levy
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD735710
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.