Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0107

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Sterling Collection, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22nd__ day of __December__, 20 __10__, at __10:00__ o'clock __A__ M

Place of Service: at __4704 SE 9th Place__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**The Sterling Collection, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Natalie Schmidt as secretary of the Corporation__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __45-50__ ; Approx. Height __5'3"__ ; Approx. Weight __175 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    __28th__ day of __December__, 20 __10__

X __Barbara Gray__
Signature of Server  #157153

__Tera Alvarado__
Notary Public    (Commission Expires)

**APS International, Ltd.**



7078