Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108318-0108

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Timberline Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22nd__ day of __December__, 20 __10__, at __10:35__ o'clock __A__ M

Place of Service: at __3618 Del Prado Blvd.__, in __Cape Coral, FL  33904__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Timberline Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __George Diggs, President__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __40-45__ ; Approx. Height __6'2"__ ; Approx. Weight __230__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__  #157153
Signature of Server

Subscribed and sworn to before me this __29th__ day of __December__, 20 __10__

__Elena Alvarado__
Notary Public          (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/05/2012

**APS International, Ltd.**

1084