<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

<100>

Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0100

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venus Street, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **December**, 20 **10**, at **11:50** o'clock **A** M

**Place of Service:** at **99 NE 167th Street**, in **North Miami Beach, FL  33162**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Venus Street, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Doe   would not give name.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'7**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **31st** day of **December**, 20 **10**

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014