Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0102

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Waterways Joint Venture IV, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Collier_ )

**Name of Server:** _Joseph R. Cripe_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23rd_ day of _December_, 20 _10_, at _4:20_ o'clock _P_ M

**Place of Service:** at _15489 Summit Place Circle_, in _Naples, FL 34119_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Waterways Joint Venture IV, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Richard Davenport, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair
Approx. Age _55_ ; Approx. Height _6'0"_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server   #157299

Subscribed and sworn to before me this _30th_ day of _December_, 20 _10_

_Elena Alvarado_
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

7073