Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Waterways Joint Venture IV
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __23rd__ day of __December__, 20__10__, at __4:20__ o'clock __P__ M

**Place of Service:** at __15489 Summit Place Circle__, in __Naples, FL 34119__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Waterways Joint Venture IV**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Richard Davenport, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair ____
Approx. Age __55__ ; Approx. Height __6'0"__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  #157299

**APS International, Ltd.**

Subscribed and sworn to before me this __30th__ day of __December__, 20 __10__

_____
Notary Public    (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012