Service of Process by

## APS International, Ltd.
### 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Joyce W Rogers, et. al., Plaintiff(s)
  vs.
Knauf Gips KG, et. al., Defendant(s)

APS File #: 108318-0105

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodside, fka GHO Properties
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of December, 20 10, at 4:45 o'clock P. M

**Place of Service:** at 3200 Burgundy Drive North, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Woodside, fka GHO Properties**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Judith Hander, Managing Agent: Served at 3200 Burgundy North, Palm Beach Gardens, FL

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Grey ; Facial Hair ____
Approx. Age 70 ; Approx. Height 5'3" ; Approx. Weight 110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 1st day of January, 20 11

Jonathan Levy
Notary Public (Commission Expires)

**APS International, Ltd.**