APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Guangdong Knauf New Building Material Products Co., Ltd.
   Machong No. 2  Xinsha Development Zone, Machong Town, Dongguan City, RC-523147 Guangdong, China
   Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action<br>--Plaintiffs' Amended Omnibus Class Action Complaint (IV)<br>--Exhibits "A" - "C"<br>--Schedule 1<br>--Schedule 2<br>--Schedule 3<br>--Translations<br>--Summary of the Document to be Served | Done at                                , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.   , *le* 8/25/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Rogers v. Knauf Gips KG
Defendant: Guangdong Knauf New Building Material Products Co., Ltd.
Court Case No.: 10-362 Section L. Mag 2

SX-10-1426

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __02/12/2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Ma'er, Xinsha Development Zone, Mayong Town, Dongguan, Guangdong, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Wu Lihua__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __It was not stated__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (IV), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__, the __04/03/2011__
*Fait à*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# 广 东 省 东 莞 市 中 级 人 民 法 院
## 送 达 回 证

SX-1426 (美)
FX2010-1322
粤商法外(送)[2010]466号

| 案　　号 | (　　)东中法　　字第　　号 |
|---|---|
| 案　　由 | |
| 受送达人 | 广东可耐福新型建筑材料有限公司 |
| 送达地点 | 东莞市麻涌镇麻二新沙开发区 |
| 送达文书名称和件数 | 1.附送达公证书；<br>2.传票；<br>3.诉状； 4.证据 |
| 收件人签名盖章 | 吴志华 (广东可耐福新型建筑材料有限公司 印章) 吴志华 |
| 收到日期 | 2010年12月2日16时 |
| 代收人记明代收理由 | |
| 送达人 | 卢勇里　　万谢燐 |
| 备　　注 | |

注：1.受送达人收到所送达诉状文书后，须在回证上签收。并将本证即寄本院审判庭(地址：东莞市东城西路187号，邮政编码：523008)
　　2.如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　3.如系代收，收件人应在收件人栏内签名和盖章，并注明与受送达人的关系。
　　4.受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。