APPLICANT IS AUTHORIZED TO SERV.. JUD.....L PROCESS UNDER THE UNITED STATES F..JERAL....ULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **PRÄSIDENTIN DES OBERLANDESGERICHTS**<br>**MÜNCHEN**<br>**Prielmayerstraße 5**<br>**80097 München**<br><br>**Germany**<br><br>*[stamp:]* Der Präsident des Oberlandesgerichts München  Eing. 2 7. SEP 2010  ......Akt ......Heft ......Beil. ......Abdr. Nr. 9341 a E-273/10 |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

     (identité et adresse)     Knauf GIPS KG
          Am Bahnhof 7,  D-97343 Iphofen, Germany
               Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Order to Appoint Special Process Service_____
--Summons in a Civil Action_____
--Plaintiffs' Amended Omnibus Class Action
Complaint (IV)_____
--Exhibits "A" - "C"_____
--Schedule 1_____
--Schedule 2_____
--Schedule 3_____
--Translations_____
--Summary of the Document to be Served_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A._____ , the 9/23/10
                                                       *, le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served***
*1.    que la demande a été exécutée*

        - the (date)
        *- le (date)*   December 30, 2010
        - at (place, street, number)
        *- à (localité, rue numéro)*   Iphofen, Am Bahnhof 7

        - in one of the following methods authorised by article 5-
        *- dans une des formes suivantes prévues à l'article 5:*

           [x ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
              *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
           [  ]  **(b)  in accordance with the following particular method*:**
              *b)    selon la forme particuliére suivante:* _____

           [  ]  **(c)  by delivery to the addressee, who accepted it voluntarily.***
              *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
        - (identity and description of person)
        *- (identité et qualité de la personne)*Ursula Hess

        - relationship to the addressee (family, business or other):
        *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Employee of the addressee

**2)    that the document has not been served, by reason of the following facts*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
Order to Appoint Special Process Service, Summons in a Civil
Action, Plaintiffs' Amended Omnibus Class Action Complaint (IV),
               Signature
Exhibits "A:-"C", Schedule 1, Schedule 2, Schedule 3, Translations,
Summary of the Document to be Served

\*    Delete if inappropriate.

     *Rayer les mentions inutiles.*

Done at
*Fait à*Kitzingen                                        , the
                                          , leJanuary 7, 2011

**Signature and/or stamp.**
*Signature et/ou cachet.*

                   Court Seal

                   Hamm
                   Judicial Official
               Local Court Kitzingen
          Friedenstr. 3a, 97313 Kitzingen

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) **30.12.2010**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) **Iphofen, Am Bahnhof 7**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods authorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     ☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
       in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
       selon les formes légales (article 5, alinéa premier, lettre a) *).

     ☐ b) in der folgenden besonderen Form *): _____
       in accordance with the following particular method *):
       selon la forme particulière suivante *):

     ☐ c) durch einfache Übergabe *).
       by delivery to the addressee, who accepted it voluntarily *).
       par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) **Ursula Hess**
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: **Beschäftigte des Adressaten**
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

   _____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: _____
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

**Order to Appoint Special Process Service, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (IV), Exhibits "A"-"C", Schedule 1, Schedule 2, Schedule 3, Translations, Summary of the Document to be Served**

Ausgefertigt in **Kitzingen**      am **07.01.2011**
Done at
Fait à

Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

Hamm
Rechtspflegerin
Amtsgericht Kitzingen
Friedenstr. 3 a
97318 Kitzingen

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les metions inutiles.