Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baystate Drywall, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362 Section L

State of: Florida ) ss.
County of: Broward )
Name of Server: Jesse Prone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11 day of January, 20 11, at 608 o'clock P M

Place of Service: at 14420 SW 23 Street, in Davie, FL 33325

Documents Served: the undersigned served the documents described as:
Summons: Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)): Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Baystate Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Claude Pare, Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M : Skin Color White ; Hair Color Brown : Facial Hair ____
Approx. Age 40 : Approx. Height 5'6" : Approx. Weight 140

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this 13 day of January, 20 11

_[signature]_
Notary Public          (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.