Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Berrywood Estates, a Senior Community, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER** )

**Name of Server:** _STEVEN SCHOLTES_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **JANUARY**, 20 **11**, at **1:20** o'clock **P** M

**Place of Service:** at **506 Boley Avenue**, in **Picayune, MS  39466**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Berrywood Estates, a Senior Community, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DONALD R. BERRY, owner**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **GREY**; Facial Hair **NO**
Approx. Age **80**; Approx. Height **5'8"**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6** day of **JAN**, 20 **11**

Signature of Server

Notary Public   6-1-2012
(Commission Expires)

**APS International, Ltd.**