Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Can-Am Drywall, Inc., successor to Baystate Drywall, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )
Name of Server: Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the 11 day of January, 2011, at 6:08 o'clock P. M

Place of Service: at 14420 SW 23 Street, in Davie, FL 33325

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service: Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Can-Am Drywall, Inc., successor to Baystate Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Claude Pare, Owner

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 40; Approx. Height 5'6"; Approx. Weight 140

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 13 day of January, 2011.

Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.