Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108318-0077

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Freemar Homes, Inc.
**Court Case No. 10-362 Section L**

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

**State of:** FLORIDA ) ss.

**County of:** Hillsborough )

**Name of Server:** Jamie Snyder , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 10 , at 6:13 o'clock P M

**Place of Service:** at 5410 Endeavor Ave. , in Dover, FL 33527

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**

**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**

**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**

**Certificate of Service; Defendant List**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:

**Freemar Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and

title is: John T Freeman Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex M ; Skin Color White ; Hair Color Blond ; ~~Facial Hair~~ glasses

Approx. Age 64 yrs ; Approx. Height 5'9" ; Approx. Weight 160 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29 day of December , 20 10

Signature of Server Jamie Snyder
CPS 08- 660605

Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters