Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--James Stokley, dba Choctaw Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Alabama__ ) ss.
County of: __Washington__ )
Name of Server: __Larry Harkless__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5th__ day of __January__, 20 __11__, at __7:05__ o'clock __P__ M

Place of Service: at __26543 Hwy. 17__, in __Millry, AL 36558__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**James Stokley, dba Choctaw Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __James Stokley, Owner__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __gray__ ; Facial Hair __no__
Approx. Age __65__ ; Approx. Height __5'6"__ ; Approx. Weight __180__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Larry Harkless_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
__6th__ day of __January__, 20 __11__

_Bill Caputo_   6-2-2014
Notary Public   (Commission Expires)