Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108318-0059

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Rivercrest, LLC/The St. Joe Company
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

Name of Server: **RODNEY J. DENSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **JAN**, 20 **11**, at **1:15** o'clock **P.** M

Place of Service: at **245 Riverside Avenue, Suite 500**, in **Jacksonville, FL  32202**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action**
**Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum**
**of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;**
**Certificate of Service; Defendant List**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC/The St. Joe Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **CHRISTINE MARTIN - LEGAL ASSISTANT**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BLACK** ; Facial Hair **—**
Approx. Age **40** ; Approx. Height **5'7"** ; Approx. Weight **156**
**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **5** day of **Jan**, 20 **11**

Notary Public        (Commission Expires)

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012