Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0117

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tuscan-Harvey Estates
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6TH day of APRIL, 20 11, at 11:20 o'clock A. M

**Place of Service:** at 902 Clint Moore Road, Suite 206, in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Tuscan-Harvey Estates
By delivering them into the hands of an officer or managing agent whose name and title is: MS. LAURA MALLARD, Secretary

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair
Approx. Age 45 ; Approx. Height 5'4" ; Approx. Weight 125

. To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                                 day of                      , 20

MICHAEL ROCCO                                                                         JONATHAN LEVY
Signature of Server                              Notary Public                        (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012