Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--3180 Lamb Court Acquistion, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of February, 20 11, at 1:45 o'clock P. M

**Place of Service:** at 3732 NW 16 Street, in Ft. Lauderdale, FL 33311

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
3180 Lamb Court Acquistion, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Leslie Heyman, President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair ___
Approx. Age 55 ; Approx. Height 6' ; Approx. Weight 250

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Jesse Picone
Signature of Server

Subscribed and sworn to before me this 17th day of February, 20 11
Jonathan Levy
Notary Public           (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #J ?749
Expires: MAY ?012
ATLANTIC BO... CO., ETC.