Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0076

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Aburton Homes, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Martin__ )

**Name of Server:** __Amy M. Kreyling__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __February__, 20 __11__, at __4:35__ o'clock __P__ M

**Place of Service:** at __2026 SW Justison Avenue__, in __Port St. Lucie, FL 34953__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Aburton Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Carol Adams - Vice President/Director__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Blonde/Brown__; Facial Hair __—__
Approx. Age __40's__; Approx. Height __5'5"__; Approx. Weight __120 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Kreyling__
Signature of Server

Subscribed and sworn to before me this __16__ day of __February__, 20 __11__

__[signature]__   7-14-12
Notary Public   (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services