Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of Northwest Florida, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362

| | |
|---|---|
| State of: | FLORIDA ) ss. |
| County of: | Santa Rosa ) |
| Name of Server: | Glenroy Little, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action: |
| Date/Time of Service: | that on the 11th day of Feb, 20 11, at 1:50 o'clock P M |
| Place of Service: | at 3000 Gulf Breeze Parkway, in Gulf Breeze, FL 32563 |
| Documents Served: | the undersigned served the documents described as: Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A |
| Service of Process on: Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: Adams Homes of Northwest Florida, Inc. By delivering them into the hands of an officer or managing agent whose name and title is: Don Adams, Chief Financial Officer |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___ Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___  ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.  Signature of Server  APS International, Ltd. | Subscribed and sworn to before me this 14th day of February, 20 11  Notary Public   (Commission Expires) |

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064