Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0093

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., dba Andrews Ace hardware

Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Mobile** )

**Name of Server:** **Joshua Simmons**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1st** day of **March**, 20 **11** at **1:27** o'clock **P** M

**Place of Service:** at 19750 North 3rd Street , in Citronelle, AL 36522

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Andrews Hardware Company, Inc., dba Andrews Ace hardware

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Brian Andrews (Manager)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Gray** ; Facial Hair **None**
Approx. Age **40** ; Approx. Height **6'** ; Approx. Weight **250 lbs**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **1st** day of **March**, 20**11**

Notary Public    (Commission Expires) **11-15**

CAROL A. SIMMONS
NOTARY PUBLIC
ALABAMA - STATE AT LARGE