Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Angel Developments, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Martin__ )

**Name of Server:** __Amy M. Kreyling__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __9__ day of __March__, 20 __11__, at __6:15__ o'clock __P__ M

**Place of Service:** at __216 SW Maclay Way__, in __Port St. Lucie, FL  34986__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Angel Developments, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Gabriel Angel - Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __Spanish__; Hair Color __Grey__; Facial Hair __—__
Approx. Age __60's__; Approx. Height __5'8"__; Approx. Weight __150 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Kreyling__
Signature of Server

Subscribed and sworn to before me this
__10__ day of __March__, 20 __11__

_____   7-14-12
Notary Public   (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services