Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--B & E Construction of Miami Corp.
**Court Case No. 10-362**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __15__ day of __February__, 20__11__, at __3:00__ o'clock __P__ M

Place of Service: at __7944 SW 199 Terrace__, in __Miami, FL  33189__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**B & E Construction of Miami Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Vilma Elordi   Co-Resident__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Red__ ; Facial Hair _____
Approx. Age __38__ ; Approx. Height __5'6__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __18th__ day of __February__, 20 __11__

Notary Public                (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/07/2014