Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baywood Construction, Inc
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **February**, 20 **11**, at **10:22** o'clock **A** M

**Place of Service:** at **3515 Del Prado Blvd, #107**, in **Cape Coral, FL 33904**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint**
**in Intervention (IV(B)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Baywood Construction, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Devito, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Bald** ; Facial Hair ___
Approx. Age **35-40** ; Approx. Height **5'9"** ; Approx. Weight **165**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray** #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
**__** day of **February**, 20 **11**

**Elena Alvarado**
Notary Public           (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012

707