**Joyce W Rogers, et. al., Plaintiff(s)**
vs.
**Knauf Gips KG, et. al., Defendant(s)**



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CL Architects & Contractors Corp.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **February**, 20 **11**, at **2:40** o'clock **P** M

Place of Service: at **9840 SW 148 Terr.**, in **Miami, FL 33176**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**CL Architects & Contractors Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Darlene Torres Co-Resident**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ___
Approx. Age **45**; Approx. Height **5'5**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **18th** day of **February**, 20 **11**

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014