Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Completed Communities, II, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **BROWARD** )

**Name of Server:** **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21** day of **February**, 20 **11**, at **3:05** o'clock **P** M

**Place of Service:** at **825 Coral Ridge Drive**, in **Coral Springs, FL 33071**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Completed Communities, II, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Cherly Lewis H.R. Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **BROWN**; Facial Hair ___
Approx. Age **50** ; Approx. Height **5'6** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

Subscribed and sworn to before me this **23** day of **February**, 20 **11**

*[signature]* (Commission Expires)
Notary Public

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**