Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0032

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Enchanted Homes, Inc
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19th** day of **February**, 20 **11**, at **1:34** o'clock **P** M

Place of Service: at **11915 King James Court**, in **Cape Coral, FL  33991**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Charles Frazier, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **blond, balding**; Facial Hair ____
Approx. Age **45-50**; Approx. Height **6'0"**; Approx. Weight **210**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157197

Subscribed and sworn to before me this **24th** day of **February**, 20 **11**

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012