Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0081

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--First Home Builders of Florida I, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **SEAN SEGEL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **February**, 20 **11**, at **3:44** o'clock **P** M

**Place of Service:** at 100 North Tampa Street, Ste. 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**First Home Builders of Florida I, LLC** c/o **Charles Wachter Reg. Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **Cheryl Carruthers Legal Secretary Auth to Accept**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Caug**; Hair Color **Blond**; Facial Hair ___
Approx. Age **50-55**; Approx. Height **5'4"**; Approx. Weight **150 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this ___ day of **February**, 20 **11**

_Notary Public_ (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD069851
Expires 7/24/2011
Bonded through
Florida Notary Assn.,