Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Groza Builders, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St Lucie** )

Name of Server: **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **February**, 20 **11**, at **10** o'clock **A** M

Place of Service: at **1417 SW Ospray Cove**, in **Port St. Lucie, FL 34986**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Groza Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **John Groza, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **Yes**
Approx. Age **55**; Approx. Height **6'**; Approx. Weight **180**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **16** day of **February**, 20 **11**

Amy M. Kreyling  9/25/14
Notary Public   (Commission Expires)

APS International, Ltd.

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.