Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0117

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hovnanian Developments of Florida, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22_ day of _Feb_, 20_11_, at _1015_ o'clock _A_ M

Place of Service: at _515 Park Avenue_, in _Tallahassee, FL 32301_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hovnanian Developments of Florida, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Kendall Howell - process clerk_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _B/N_; Facial Hair ___
Approx. Age _38_; Approx. Height _5'11_; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
2·22·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _22_ day of _Feb_, 20_11_
_____
Notary Public        (Commission Expires)


DENNIS C. GILHOUSEN JR.
Commission DD 790399
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019