Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0126

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Properties, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **MARCH**, 20 **11**, at **10:40** o'clock **A** M

**Place of Service:** at ~~5406 Hwy. 280, Suite 100~~ 2236 Cahaba Valley Dr, Ste. 100, in Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burcy et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
HPH Properties, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **PAUL TESSMAN, AUTHORIZED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BRN** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'10"** ; Approx. Weight **180**

X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.         **10** day of **MARCH**, 20 **11**

Daniel Moore
Signature of Server

Notary Public                    (Commission Expires)
                                 5/21/2014

APS International, Ltd.