Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St Tammany**

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **March**, 20 **11**, at **10:55** o'clock **A** M

Place of Service: at **727 S. Cortez St.**, in **New Orleans, LA 70119**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**
By delivering them into the hands of an officer or managing agent whose name and title is: **Terri Lemonte, Credit Manager**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **48** ; Approx. Height **5'7"** ; Approx. Weight **145**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this that the foregoing is true and correct.    **5th** day of **March**, 20 **11**

**Maria V Landry**
Signature of Server

APS International, Ltd.

Notary Public    **Tenure for Life**
(Commission Expires)

**ROBERT JOHN COMEAUX**
**Louisiana Civil Law Notary**
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY