Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Interior/Exterior Enterprises, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

Name of Server: __Maria V. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1st__ day of __March__, 20 __11__, at __10:55__ o'clock __A__ M

**Place of Service:** at __727 S. Cortez St.__, in __New Orleans, LA 70119__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Terri Lemonte, Credit Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair __No__
Approx. Age __48__; Approx. Height __5'7"__; Approx. Weight __145__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                    __7th__ day of __March__, 20 __11__

__Maria Landry__                                                           __Tenure for Life__
Signature of Server                      Notary Public          (Commission Expires)

**APS International, Ltd.**
                                         ROBERT JOHN COMEAUX
                                         Louisiana Civil Law Notary
                                         ID # 026458
                                         Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY