Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--James Stokley, dba Choctaw Builders, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **ALABAMA** ) ss.
County of: **WASHINGTON** )

Name of Server: **LARRY HARKLESS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **MARCH**, 20 **11**, at **9:50** o'clock **A** M

Place of Service: at 26543 Hwy 17, in Millry, AL 36558

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
James Stokley, dba Choctaw Builders, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: **JAMES STOKLEY, REGISTERED AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **GRAY**; Facial Hair ____
Approx. Age **57**; Approx. Height **5'6"**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Larry Harkless*
Signature of Server

Subscribed and sworn to before me this **18** day of **MARCH**, 2011

*Martha Moore*
Notary Public      5/21/2014
(Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES

APS International, Ltd.