Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Walter Homes, Inc., c/o The Corporation Company
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Montgomery_ )
Name of Server: _Glenn McDaniel_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16_ day of _February_, 20_11_, at _11:30_ o'clock _A_ M

Place of Service: at ~~2000 Interstate Drive, Ste. 204~~ _2 South Jackson St._, in Montgomery, AL ~~36109~~ _36104_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Jim Walter Homes, Inc., c/o The Corporation Company
By delivering them into the hands of an officer or managing agent whose name and title is: _Laura Payne, Agent to Accept Service_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _no_
Approx. Age _40_ ; Approx. Height _5'7"_ ; Approx. Weight _140_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_[signature]_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_17_ day of _February_, 20_11_

_[signature] Rayean Brown_    10-15-11
Notary Public    (Commission Expires)