Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108999-0103

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--K & B Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.

County of: Hillsborough )

**Name of Server:** _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of February, 20 11, at 4:20 o'clock P M

**Place of Service:** at   1010 Lumsden Trace Circle , in   Valrico, FL 33594

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**

**Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:

**K & B Homes, Inc.** c/o Vincent Dinova, Director

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and

title is: Kay Dinova - Authorized to Accept - Wife Co-Resident

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex F ; Skin Color Cauc. ; Hair Color Blond ; Facial Hair GLASSES

Approx. Age 50 yrs; Approx. Height 5'8" ; Approx. Weight 200 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this 17 day of February, 20 11

_Notary Public_     (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters