Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L.R. Gardere Drywall Construction, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany**

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **March**, 20 **11**, at **11:19** o'clock **A** M

Place of Service: at **108 Southdown Lane**, in **Covington, LA 70433**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**L.R. Gardere Drywall Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Karen Gardere**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **No**
Approx. Age **33**; Approx. Height **5'6"**; Approx. Weight **145**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct

*Maria Landry*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **7th** day of **March**, 20 **11**

*Tenure for Life*
Notary Public            (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY