Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0121

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Enterprise, Inc., c/o Steve M. Bimston, Esquire, Rosenthal, Rosenthal, Rasco, Kaplan
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **March**, 20 **11**, at **11:55** o'clock **A** M

Place of Service: at One Aventura, Suite 600, in Aventura, FL 33180
20900 N.E. 30th Avenue

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Enterprise, Inc., c/o Steve M. Bimston, Esquire, Rosenthal, Rosenthal, Rasco, Kaplan**
By delivering them into the hands of an officer or managing agent whose name and title is: **Daniel Kaplan Attorney**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **NO**
Approx. Age **53**; Approx. Height **5'1**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **3** day of **March**, 20 **11**

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.