Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0077

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Laporte Builders, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Kreyling, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of February, 20 11, at 5:45 o'clock P M

**Place of Service:** at 168 NE Sagamore Terr., in Port St. Lucie, FL 34983

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:
Person Served, and
Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Laporte Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Richard Laporte - President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair —
Approx. Age 50's ; Approx. Height 6' ; Approx. Weight 250 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Kreyling
Signature of Server

Subscribed and sworn to before me this 16 day of February, 20 11

Notary Public    7-14-12 (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services