Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--LifeScape Buildings, LLC
Court Case No. 10-362

State of: Alabama ) ss.
County of: Jefferson )
Name of Server: Joey Danforah, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15th day of February, 20 11, at 10:45 o'clock A. M

Place of Service: at 1000 Urban Center Drive, Ste. 300, in Birmingham, AL 35242

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
LifeScape Buildings, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Connie Cox Legal Department Attorney

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 130 lbs

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 15th day of February, 2011

Signature of Server: Joey Danforah
APS International, Ltd.

Notary Public (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 8, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS