Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Linel Consulting, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _____Carlos Aguirre_____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _February_, 20 _11_, at _2:24_ o'clock _P_ M

Place of Service: at _9010 SW 117th St._, in _Miami, FL  33176_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint**
**in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Linel Consulting, LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Linda Fine Wife of Jeffrey Fine President_

Description of
Person Receiving
Documents: The person receiving documents is described as follows;
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_; Facial Hair _____
Approx. Age _60_ ; Approx. Height _5'11_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_18th_ day of _February_, 20 _11_

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014