Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Maronda Homes, Inc of Florida
Court Case No. 10-362

State of: Florida ) ss.
County of: Seminole )

Name of Server: J. N. Meadows, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15 day of February, 20 11, at 10:20 o'clock A M

Place of Service: at 3993 West First Street, in Sanford, Fl. 32771

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Maronda Homes, Inc of Florida

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jane Forest, Executive Assistant

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 50's; Approx. Height 5'9" ; Approx. Weight 150

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16 day of February 20 11

2-16-11
Signature of Server
J. N. Meadows
APS International, Ltd.
# 423 Mea

Notary Public       (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.