Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0127

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Key Homes, Inc

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 10-362

State of: Illinois ) ss.
County of: DuPage )

Name of Server: Joseph T. Wachowski, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31 day of March, 20 11, at 8:42 o'clock P M

Place of Service: at 200 S Elm St, in Northlake, IL  33990

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
O'Key Homes, Inc

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Edward Galan, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 71 ; Approx. Height 5'10" ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Joseph T Wachowski*
Signature of Server

Subscribed and sworn to before me this 1 day of April, 20 11

*Joan C Harenberg*
Notary Public     (Commission Expires) 4-28-13

**APS International, Ltd.**

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13