UNITED STATES DISTRICT COURT
For the
Eastern District of Louisiana

2011 SEP 21  PM 12: 36

LORETTA G. WHYTE
CLERK

Civil Action No.: 11-1363 Section L

ROBERT W. BLOCK, III, et al

    Plaintiff

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT,
KG, et al.,

    Defendants.

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Defendant, JVP DRYWALL & FINISH, INC., through its undersigned attorney, moves for enlargement of time in which to respond to the Plaintiff's complaint, as it is attempting to contact other parties responsible for the defense of this claim. This motion is brought in good faith and not for the purpose of delay.

### CERTIFICATE OF SERVICE

I hereby that the original motion was mailed to the Clerk for U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130 and a copy was mailed on this 6th day of September, 2011, to: the Plaintiff's attorney, Russ M. Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

BRADSHAW LOTSPEICH, P.A.
Florida Bar No. 380288
Attorney for JVP DRYWALL & FINISH, Inc.
Post Office Box 450922
Miami, Florida 33245-0922
Telephone: (305) 361-1144
Fax: (305) 418-7533

___Fee_____
___Process_____
x  Dktd_____
___CtRmDep_____
___Doc. No._____