UNITED STATES DISTRICT COURT
For the
Eastern District of Louisiana

Civil Action No.: 11-1363 Section L

ROBERT W. BLOCK, III, et al

    Plaintiff

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT,
KG, et al.,

    Defendants.

ORDER GRANTING
JVP DRYWALL & FINISH, INC.'S
MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

THIS CAUSE having come on to be heard before this Court on the Defendant, JVP DRYWALL & FINISH, INC.,'s motion for enlargement of time in which to respond to the Plaintiff's complaint, the Court being otherwise fully advised, it is

ORDERED and ADJUDGED, as follows:

1.    The Defendant, JVP DRYWALL & FINISH, INC.,'s motion for enlargement of time in which to respond to the Plaintiff's complaint is hereby *granted*.

2.    The Defendant, JVP DRYWALL & FINISH, INC., shall have twenty (20) days from the date of the order to respond to the Plaintiff's complaint.

DONE and ORDERED in Chambers this ___ day September, 2011.

                                    UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Russ M. Herman, Esq.
Bradshaw Lotspeich, Esq.

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____