OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 9-20-11

Robert W. Block

vs.

Gebrueder Knauf

Case No. 11-1363 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Knauf Do Brasil, Ltd
   (address) _____

2. (name) Knauf Amt GmbH + Co. KG
   (address) _____

3. (name) PT Knauf Gypsum Indonesic
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Russ Herman
Address 820 O'keefe ave
N.O.