UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to All Cases | | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from John Dibble. IT IS ORDERED that this correspondence is to be filed into the record. Mr. Dibble or his attorney is directed to contact Plaintiffs' Liaison Counsel for access to the original images sought.

New Orleans, Louisiana, this 20th day of September 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Mr. John Dibble
2857 Don Quixote Dr.
Punta Gorda, FL 33950