

2857 Don Quixote Dr.
Punta Gorda, FL 33950
September 12, 2011

Honorable Eldon E. Fallon
United States District Court
500 Poydras Street
Room C-456
New Orleans, LA 70130

Dear Judge Fallon,

I am an owner of a unit in Peace Harbor Condominium and I also represent the condominium association as President. Peace Harbor Condominium is known to have Chinese Drywall in the complex and the Association is currently being represented by an attorney.

The purpose of this letter is to request a better source to visually see the markings of drywall believed to produce gasses associated with Chinese Drywall than those found on site www.laed.uscourts.gov/Drywall/Drywallmarkings.htm. The pictures on this site appear grainy making them difficult to compare against the markings found on the drywall in the complex. Although the association is represented by legal counsel, there are concerned owners requesting information allowing them to better understand the association's connection to the drywall epidemic. The request by these owners is understandable due to the hardships the drywall concern has brought upon their condominium association over the past 2-3 years.

Any assistance you could give to provide an additional source(s) to the web site identified above which allows the lay person to observe the markings associated with Chinese Drywall to the markings found on their property would be greatly appreciated.

Most sincerely,

John Dibble
E-mail: dibblesafari@gmail.com
Phone: (941) 628-6764