Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0118

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Standard Pacific of South Florida
Court Case No. 10-362

State of: **Florida** ) ss.
County of: **Leon** )

**Name of Server:** **James A Alo?**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22** day of **Feb**, 20**11**, at **10/5** o'clock **A** M

**Place of Service:** at **515 Park Avenue**, in **Tallahassee, FL 32301**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Standard Pacific of South Florida

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kendell Howell - process clerk**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **B/n** ; Facial Hair ___
Approx. Age **28** ; Approx. Height **5'11** ; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
2·22·11
Signature of Server

Subscribed and sworn to before me this **11** day of **Feb**, 20**11**

_(signature)_
Notary Public   (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019