Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
# APS International, Ltd.
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0116

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of Tampa, GP, Inc., fka Westfield Homes of Florida, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Alot**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **Feb**, 20**11**, at **1015** o'clock **A** M

Place of Service: at 515 Park Avenue, in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Standard Pacific of Tampa, GP, Inc., fka Westfield Homes of Florida, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: **Kendall Howell - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Blu**; Facial Hair ____
Approx. Age **30**; Approx. Height **5'11**; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
**2·22·11**
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **22** day of **Feb**, 20**11**
Notary Public     (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019