Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0100

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Summit Homes, LLC, nka PHL Construction, LLC
Court Case No. 10-362

State of: _LOUISIANA_ ) ss.
PARISH
County of: _LIVINGSTON_ )

**Name of Server:**   _Tom Cassisa_ undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the _22nd_ day of _February_ , 20 _11_ , at _8:55_ o'clock _A_ M

**Place of Service:**   at  11017 Perkins Road, Suite C  , in  Baton Rouge, LA

**Documents Served:**   the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Summit Homes, LLC, nka PHL Construction, LLC**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is: _Mr. Paul Whiteman, Accountant_

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _None_ ; Facial Hair _N/A_
Approx. Age _30 yrs_ ; Approx. Height _5'11"_ ; Approx. Weight _195 lbs_

   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_22nd_ day of _FEBRUARY_ 20 _11_

_____ _4/29/13_
Notary Public        (Commission Expires)