Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

CIVIL ACTION
APS INTERNATIONAL
GROUP

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0113

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--Sunrise Construction and Development, LLC
Court Case No. 10-362

State of: __Louisiana__ ) ss.
County of: __St Tammany__ )

Name of Server: __Maria V. Landry__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1st__ day of __March__, 20 __11__, at __10:30__ o'clock __A__ M

Place of Service: at __643 Magazine Street, Ste. 300__, in __New Orleans, LA  70130__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint**
**in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Construction and Development, LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Suzanne Inabnet__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair __No__
Approx. Age __55__; Approx. Height __5'7"__; Approx. Weight __130__

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.     __1st__ day of __March__, 20 __11__

__Maria V Landry__                          __Tenure for Life__
Signature of Server        Notary Public          (Commission Expires)

**APS International, Ltd.**

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY