Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Sterling Collection, Inc
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **February**, 20 **11**, at **9:40** o'clock **A** M

Place of Service: at **4704 SE 9th Place**, in **Cape Coral, FL 33904**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**The Sterling Collection, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **James Aubuchon, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Bald** ; Facial Hair ____
Approx. Age **45-50** ; Approx. Height **5'8"** ; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray** #157153
Signature of Server

Subscribed and sworn to before me this **24th** day of **February**, 20 **11**

_Elena Alvarado_
Notary Public         (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

713