# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES AND**                    )
                                                              )
                                                              )
*Silva, et al. v. Interior Exterior Building*                 )
*Supply, LP, et al.*                                          )
**Case No. 09-08030 (E.D. La.)**                              )
                                                              )
*Silva, et al. v. Arch Insurance Company, et al.*             )
**Case No. 09-08034 (E.D. La.)**                              )
                                                              )
*Payton, et al. v. Knauf Gips, KG, et al.*                    )
**Case No. 09-07628 (E.D. La.)**                              )
                                                              )
*Wiltz, et al. v. Beijing New Building Materials*             )
*Public Limited Co., et al.*                                  )
**Case No. 2:10-cv-00361 (E.D. La.)**                         )
                                                              )
*Gross, et al. v. Knauf Gips, KG, et al.*                     )
**Case No. 2:09-cv-6690 (E.D. La.)**                          )
                                                              )
*Rogers, et al. v. Knauf Gips, KG, et al.*                    )
**Case No. 2:10-cv-00362 (E.D. La.)**                         )
                                                              )
*Amato, et al. v. Liberty Mutual Ins. Co.*                    )
**Case No. 2:10-cv-00932 (E.D. La.)**                         )
                                                              )
*Kenneth Abel, et al. v. Taishan Gypsum Co.,*                 )
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,*              )
*et al.*                                                      )
**Case No. 2:11-080 (E.D. La)**                               )
                                                              )
*Daniel Abreu, et al. v. Gebrueder Knauf*                     )
*Verwaltungsgesellschaft, KG, et al.*                         )
**Case No. 2:11-252 (E.D. La.)**                              )

## SETTLING DEFENDANTS' SUPPLEMENTAL NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company ("Arch"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby give notice of their further compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute").

1.      On July 22, 2011, InEx, Arch and Liberty Mutual filed their initial "Settling Defendants' Notice Of Compliance With 28 U.S.C. § 1715" (Document No. 9899), which reported that they had served on appropriate government officials their "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Initial CAFA Notice").  The Initial CAFA Notice provided the eight categories of information required by the CAFA Statute, including notice regarding scheduled judicial hearings.

2.      On August 24, 2011, the Court entered its "Order Adjourning the Formal Fairness Hearing and Extending the Opt-Out/Objection Period" (Document No. 10185), which modified the date for the Formal Fairness Hearing that was reported in the Initial CAFA Notice, rescheduling the judicial hearing from October 27, 2011 to February 3, 2012, as well as extending the deadline for opt-outs from and objections to the settlement.

3.      In order to update their Initial CAFA Notice by providing information regarding the revised schedule for the judicial hearing, InEx, Arch and Liberty Mutual have prepared a "Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Supplemental CAFA Notice") and disseminated it as required by the statute.  A copy of this Supplemental CAFA Notice is Exhibit A hereto.

4.      On September 13, 2011, on behalf of InEx, the undersigned Philip D. Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux LLC caused a copy of the Supplemental CAFA Notice appended hereto as Exhibit A to be served by certified mail on the

Attorney General for the United States and the Attorney Generals for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Supplemental Notice was sent, is <u>Exhibit B</u> hereto.  Each recipient received a transmittal letter and a copy of the Supplemental Notice.  The body of the transmittal letter disseminated by Mr. Nizialek was identical for all recipients, and a representative copy of that letter is <u>Exhibit C</u> hereto.

5.      On September 16, 2011, on behalf of Arch, the undersigned D. Russell Holwadel of Adams, Hoefer, Holwadel & Eldridge caused a copy of the Supplemental CAFA Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Supplemental Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter and a copy of the Supplemental Notice.  The body of the transmittal letter disseminated by Mr. Holwadel was identical for all recipients, and a representative copy of that letter is <u>Exhibit E</u> hereto.

6.      On September 9, 2011, on behalf of Liberty Mutual, the undersigned H. Minor Pipes of Barrasso Usdin Kupperman Freeman & Sarver, LLC caused a copy of the Supplemental CAFA Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Supplemental Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter and a copy of the Supplemental Notice.  The body of the transmittal letter disseminated by Mr. Pipes was identical for all recipients, and a representative copy of that letter is <u>Exhibit F</u> hereto.

Respectfully submitted,

| | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY, L.P. | ARCH INSURANCE COMPANY |

By its attorneys,                                        By its attorneys,

 /s/ Philip D. Nizialek                                  /s/ D. Russell Holwadel
Philip D. Nizialek                                      D. Russell Holwadel
CARVER, DARDEN, KORETZKY, TESSIER, FINN,                ADAMS, HOEFER, HOLWADEL & ELDRIDGE
BLOSSMAN & AREAUX LLC                                   400 Poydras Street, Suite 2450
1100 Poydras Street, Suite 3100                         New Orleans, LA 70130
New Orleans, LA 70163                                   Phone:  (504) 581-2606
Phone:  (504) 585-3820                                  Fax:  (504) 525-1488
Fax:  (504) 585-3801                                    DRH@ahhelaw.com
nizialek@carverdarden.com


LIBERTY MUTUAL FIRE INSURANCE
COMPANY

By its attorneys,

 /s/ H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN &
SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone:  (504) 589-9700
Fax:  (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com


Dated:  September 22, 2011

**<u>Exhibits</u>**

A          Supplemental CAFA Notice Pursuant to 28 U.S.C. § 1715

B          InEx's List of CAFA Notice Recipients

C          InEx's Transmittal Letter

D          Arch's and Liberty Mutual's List of CAFA Notice Recipients

E          Arch's Transmittal Letter

F          Liberty Mutual's Transmittal Letter

4935179