UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.)<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>Case No. 09-08034 (E.D. La.)<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-6690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-080 (E.D. La)<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-252 (E.D. La.) | |

**SUPPLEMENTAL CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715**

Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company, and Liberty Mutual Fire Insurance Company submit this Supplemental Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The information contained herein relates to a proposed class action settlement involving claims against InEx in the above-captioned litigation. The Defendants' original CAFA Notice was distributed in July 2011. Since that time, the Court has entered an Order revising and extending the dates on which opt-outs and objections are due and the date on which the final Fairness Hearing will occur. This Supplemental Notice revises Section 2 of the original CAFA Notice to reflect the updated information, as follows:

2. **Notice of scheduled judicial hearing:**

On August 24, 2011, the United States District Court for the Eastern District of Louisiana entered an Order Adjourning The Formal Fairness Hearing And Extending The Opt-Out/Objection Period (the "Order") regarding the proposed InEx settlement in the above-captioned cases. The Order:

- extended the deadline for submission of opt-outs and objections from August 29, 2011 to **December 18, 2011**; and

- re-scheduled the formal Fairness Hearing from October 27, 2011 at 9:00 a.m. to **February 3, 2012 at 9:00 a.m.**

A copy of the Order is attached as Exhibit A hereto.

[Remainder of this page intentionally left blank.]

Respectfully,

INTERIOR EXTERIOR BUILDING
SUPPLY, L.P.

By its attorneys,

*/s/ Philip D. Nizialek*

Philip D. Nizialek
CARVER, DARDEN, KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Phone: (504) 585-3820
Fax: (504) 585-3801
nizialek@carverdarden.com

ARCH INSURANCE COMPANY

By its attorneys,

_____
D. Russell Holwadel
ADAMS, HOEFER, HOLWADEL & ELDRIDGE
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Phone: (504) 581-2606
Fax: (504) 525-1488
DRH@ahhelaw.com

LIBERTY MUTUAL FIRE INSURANCE
COMPANY

By its attorneys,

_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN &
SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: September 7, 2011

4934054

Respectfully,

INTERIOR EXTERIOR BUILDING
SUPPLY, L.P.

By its attorneys,

*[signature]*

Philip D. Nizialek
CARVER, DARDEN, KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Phone: (504) 585-3820
Fax: (504) 585-3801
nizialek@carverdarden.com

ARCH INSURANCE COMPANY

By its attorneys,

_____
D. Russell Holwadel
ADAMS, HOEFER, HOLWADEL & ELDRIDGE
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Phone: (504) 581-2606
Fax: (504) 525-1488
DRH@ahhelaw.com

LIBERTY MUTUAL FIRE INSURANCE
COMPANY

By its attorneys,

_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN &
SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: September 7, 2011

4934054

Respectfully,

| | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY, L.P. | ARCH INSURANCE COMPANY |
| By its attorneys, | By its attorneys, |
| _____ | _____/s/_____ |
| Philip D. Nizialek | D. Russell Holwadel |
| CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC | ADAMS, HOEFER, HOLWADEL & ELDRIDGE |
| 1100 Poydras Street, Suite 3100 | 400 Poydras Street, Suite 2450 |
| New Orleans, LA 70163 | New Orleans, LA 70130 |
| Phone: (504) 585-3820 | Phone: (504) 581-2606 |
| Fax: (504) 585-3801 | Fax: (504) 525-1488 |
| nizialek@carverdarden.com | DRH@ahhelaw.com |

LIBERTY MUTUAL FIRE INSURANCE COMPANY

By its attorneys,

_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: September 6, 2011

4934054

3

Respectfully,

| | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY, L.P. | ARCH INSURANCE COMPANY |
| By its attorneys, | By its attorneys, |
| Philip D. Nizialek<br>CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163<br>Phone: (504) 585-3820<br>Fax: (504) 585-3801<br>nizialek@carverdarden.com | D. Russell Holwadel<br>ADAMS, HOEFER, HOLWADEL & ELDRIDGE<br>400 Poydras Street, Suite 2450<br>New Orleans, LA 70130<br>Phone: (504) 581-2606<br>Fax: (504) 525-1488<br>DRH@ahhelaw.com |

LIBERTY MUTUAL FIRE INSURANCE COMPANY

By its attorneys,

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: September 6, 2011

4934054

3

**Exhibit to Supplemental CAFA Notice**

A Order Adjourning The Formal Fairness Hearing And Extending The Opt-Out/Objection Period, dated August 24, 2011

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.)<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>Case No. 09-08034 (E.D. La.)<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-6690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-080 (E.D. La)<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-252 (E.D. La.) | |

**ORDER ADJOURNING THE FORMAL FAIRNESS HEARING
AND EXTENDING THE OPT-OUT/OBJECTION PERIOD**

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

The Court's Preliminary Approval Order dated May 13, 2011 [Rec. Doc. 8818], preliminarily approving the Settlement Agreement Regarding Claims Against Interior-Exterior in MDL 2047 dated April 25, 2011 (the "InEx Settlement"), is amended in order to adjourn the formal Fairness Hearing and extend the Opt-Out/Objection Period as follows:

1. The last day of the Opt-Out/Objection Period is extended from August 29, 2011 until December 18, 2011. Any class member wishing to opt out of or object to the Settlement must notify Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Counsel for InEx, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith, One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139) in writing, postmarked no later than December 18, 2011, in compliance with the relevant provisions of the InEx Settlement.

2. Any class member who has already objected to or opted out from the Settlement prior to the date of this Order may withdraw or modify said objection or opt-out notice prior to the end of the Opt-Out/Objection Period (*i.e.*, prior to December 18, 2011) by notifying in writing Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106), and InEx counsel, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith, One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139), of their intention to withdraw or modify their objection or opt-out notice.

3. The formal Fairness Hearing is adjourned until February 3, 2012 at 9:00 a.m., in order to consider comments on and objections to the proposed InEx Settlement and to consider whether (a) to approve thereafter the class settlement as fair, reasonable and adequate pursuant to

Rule 23 of the Federal Rules of Civil Procedure, (b) to finally certify the settlement class, and (c) to enter the Order and Judgment provided in paragraph 1.20. of the InEx Settlement.

4. Notice of this Order, the adjournment of the formal Fairness Hearing and the extension of the Opt-Out/Objection Period shall be posted on the Court's Chinese Drywall MDL website, the CPSC website, and the Department of Health websites for Alabama, Louisiana, Mississippi and Texas.

This 24th day of August, 2011, at New Orleans, Louisiana

ELDON E. FALLON
United States District Court Judge