## InteriorExterior Building Supply, LP List of CAFA Notice Recipients

| | |
|---|---|
| Mr. Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P. O. Box 300152<br>Montgomery, AL 36130-0152 | Mr. John Burns<br>Alaxka Attorney General<br>P. O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Mr. Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Mr. Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Bldg.<br>323 Center St.<br>Little Rock, AR 72201-2610 | Ms. Kamala Harris<br>California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 |
| Mr. John Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | Mr. George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 |
| Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 | Mr. Irvin Nathan<br>District of Columbia Attorney General<br>John A. Wilson Bldg.<br>1350 PA Ave., NW, Ste. 409<br>Washington, DC 20009 |
| Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL 32399-1050 | Mr. Sam Olens<br>Georgia Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Mr. Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Dr.<br>Hagatna, Guam 96910 | Mr. David Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 |

| | |
|---|---|
| Mr. Lawrence Wasden<br>Statehouse<br>Boise, ID 83720-1000 | Ms. Lisa Madigan<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Mr. Greg Zoeller<br>Indiana Government Center South, 5th Fl.<br>302 West Washington St.<br>Indianapolis, IN 46204 | Mr. Tom Miller<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Mr. Derek Schmidt<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Mr. Jack Conway<br>700 Capitol Ave.<br>Capitol Bldg., Ste. 118<br>Frankfort, KY 40601 |
| Mr. James D. "Buddy" Caldwell<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Mr. William J. Schneider<br>State House Station 6<br>Augusta, ME 04333 |
| Mr. Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Ms. Martha Coakley<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Mr. Bill Schuette<br>P. O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Ms. Lori Swanson<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 |
| Mr. Jim Hood<br>Department of Justice<br>P. O. Box 220<br>Jackson, MS 39205 | Mr. Chris Koster<br>Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101 |
| Mr. Steve Bullock<br>Justice Bldg.<br>212 N. Sanders<br>Helena, MT 59620-1401 | Mr. Jon Bruning<br>State Capitol<br>P. O. Box 98920<br>Lincoln, NE 68509-8920 |
| Ms. Catherine Cortez Masto<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Mr. Michael Delaney<br>State House Annex<br>33 Capitol St.<br>Concord, NH 03301-6397 |

| | |
|---|---|
| Ms. Paula T. Dow<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P. O. Box 080<br>Trenton, NJ 08625 | Mr. Gary King<br>P. O. Drawer 1508<br>Sante Fe, NM 87504-1508 |
| Mr. Eric Schneiderman<br>Dept. of Law – The Capitol, 2nd Fl.<br>Albany, NY 12224 | Mr. Roy Cooper<br>Dept. of Justice<br>P. O. Box 629<br>Raleigh, NC 27602-0629 |
| Mr. Wayne Stenehjem<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Mr. Edward T. Buckingham<br>Administration Building<br>P. O. Box 10007<br>Saipan MP |
| Mr. Mike Dewine<br>State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 | Mr. Scott Pruitt<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Mr. John Kroger<br>Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Ms. Linda L. Kelly<br>1600 Strawberry Square<br>Harrisburg, PA 17120 |
| Mr. Guillermo Somoza-Colombani<br>GPO Box 902192<br>San Juan, PR 00902-0192 | Mr. Peter Kilmartin<br>150 S. Main St.<br>Providence, RI 02903 |
| Mr. Alan Wilson<br>Rembert C. Dennis Office Bldg.<br>P. O. Box 11549<br>Columbia, SC 29211-1549 | Mr. Marty J. Jackley<br>1302 East Highway 14, Ste. 1<br>Pierre, SD 57501-8501 |
| Mr. Robert E. Cooper, Jr.<br>425 5th Avenue North<br>Nashville, TN 37243 | Mr. Greg Abbott<br>Capitol Station<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Mr. Mark Shurtleff<br>State Capitol, Rm 236<br>Salt Lake City, UT84114-0810 | Mr. William H. Sorrell<br>109 State St.<br>Montpelier, VT 05609-1001 |

| | |
|---|---|
| Mr. Vincent Frazer<br>Dept. of Justice<br>G.E.R.S. Complex 488-50C<br>Kronprinsdens Gade, St Thomas, VI | Mr. Ken Cuccinelli<br>900 East Main St.<br>Richmond, VA 23219 |
| Mr. Rob McKenna<br>1125 Washington St. SE<br>P. O. Box 40100<br>Olympia, WA 98504-0100 | Mr. Darrell V. McGraw, Jr.<br>State Capitol<br>1900 Kanawha Blvd., E.<br>Charleston, WV 25305 |
| Mr. J.B. Van Hollen<br>State Capitol, Ste. 114 E.<br>P. O. Box 7857<br>Madison, WI 53707-7857 | Mr. Greg Phillips<br>State Capitol Bldg.<br>Cheyenne, WY 82002 |
| Mr. Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | |

**4849-1948-3658, v. 1**