CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC

PHILIP D. NIZIALEK

Also Admitted in Texas
(504) 585-3820
nizialek@carverdarden.com

September 13, 2011

**Via Certified Mail – Return Receipt Requested**
Mr. Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

      Re:    **Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by InteriorExterior Building Supply, LP**

Dear Attorney General Holder:

      Please find enclosed a Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Supplemental Notice"), which is being submitted to you on behalf of InteriorExterior Building Supply, LP ("InteriorExterior"). Its purpose is to supplement the information contained in the CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 11, 2011. Specifically, our intention is to make you aware that the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing.

      The enclosed Supplemental Notice is being submitted to you to further discharge InteriorExterior's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

Sincerely,

Philip D. Nizialek

PDN/jlr
Enclosure:    Supplemental CAFA Notice with Exhibit A

ENERGY CENTRE · 1100 POYDRAS ST. · SUITE 3100 · NEW ORLEANS, LA 70163
TELEPHONE (504) 585-3800 · FACSIMILE (504) 585-3801
