EXHIBIT D

**Arch's and Liberty Mutual's List of CAFA Notice Recipients**

| | |
|---|---|
| Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | Jim L. Ridling<br>Commissioner<br>Alabama Department of Insurance<br>PO Box 303351<br>Montgomery, AL  36130-3351 |
| Linda S. Hall, Director<br>State of Alaska<br>Dept. of Commerce, Community &<br>Economic Development<br>Division of Insurance<br>550 West 7th Avenue, Suite 1560<br>Anchorage, AK  99501-3567 | Aoomalo Manupo Turituri<br>Insurance Commissioner<br>Office of the Governor<br>American Samoa Government<br>Pago Pago, American Samoa  96799 |
| Christina Urias<br>Director<br>Arizona Department of Insurance<br>2910 North 44th Street, Suite 210<br>Phoenix, AZ  85018-7269 | Jay Bradford<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR  72201-1904 |
| Dave Jones<br>Commissioner<br>California Department of Insurance<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA  95814 | Jim Riesberg<br>Commissioner<br>Colorado Dept. of Regulatory Agencies<br>Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO  80202 |
| Thomas B. Leonardi<br>Commissioner<br>Connecticut Insurance Department<br>PO Box 816<br>Hartford, CT  06142-0816 | Karen Weldin Stewart<br>Commissioner<br>Delaware Insurance Department<br>841 Silver Lake Boulevard<br>Dover, DE  19904 |

| | |
|---|---|
| William P. White<br>Commissioner<br>Government of the District of Columbia<br>Department of Insurance, Securities, and Banking<br>810 First Street, N. E., Suite 701<br>Washington, DC 20002 | Kevin M. McCarty<br>Commissioner<br>Office of Insurance Regulation<br>The Larson Building<br>200 E. Gaines Street<br>Tallahassee, FL 32399-0305 |
| Ralph T. Hudgens<br>Commissioner<br>Office of Insurance and Safety Fire Commissioner<br>Two Martin Luther King, Jr. Dr.<br>West Tower, Suite 704<br>Atlanta, GA 30334 | Artemio B. Ilagan<br>Banking Insurance Commissioner<br>Department of Revenue & Taxation<br>Regulatory Division<br>PO Box 23607<br>GMF Barrigada, Guam 96921 |
| Gordon I. Ito, Commissioner<br>Department of Commerce and Consumer Affairs (DCCA)<br>Insurance Division<br>PO Box 3614<br>Honolulu, HI 96811-3614 | William W. Deal<br>Director<br>Idaho Department of Insurance<br>PO Box 83720<br>Boise, ID 83720-0043 |
| Jack Messmore<br>Acting Director<br>Illinois Department of Insurance<br>320 W. Washington Street<br>Springfield, IL 62767-0001 | Stephen W. Robertson<br>Commissioner<br>Indiana Department of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204-2787 |
| Susan E. Voss<br>Commissioner<br>Iowa Insurance Division<br>330 Maple Street<br>Des Moines, IA 50319-0065 | Sandy Praeger<br>Commissioner<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS 66612-1678 |
| Sharon P. Clark<br>Commissioner<br>Kentucky Department of Insurance<br>PO Box 517<br>Frankfort, KY 40602-0517 | James J. Donelon<br>Commissioner<br>Louisiana Department of Insurance<br>PO Box 94214<br>Baton Rouge, LA 70804-9214 |

| | |
|---|---|
| Eric A. Cioppa<br>Acting Superintendent<br>Department of Professional & Financial Regulation<br>Maine Bureau of Insurance<br>34 State House Station<br>Augusta, ME 04333-0034 | Therese M. Goldsmith<br>Commissioner<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD 21202 |
| Joseph G. Murphy, Commissioner<br>Office of Consumer Affairs and Business Regulation (OCABR)<br>Massachusetts Division of Insurance<br>1000 Washington Street, 8th Floor<br>Boston, MA 02118-6200 | R. Kevin Clinton, Commissioner<br>Office of Financial and Insurance Regulation (OFIR)<br>ATTN: Office of the Commissioner<br>PO Box 30220<br>Lansing, MI 48909-7720 |
| Mike Rothman, Commissioner<br>Minnesota Department of Commerce<br>85 7th Place East, Suite 500<br>St. Paul, MN 55101 | Mike Chaney<br>Commissioner<br>Mississippi Insurance Department<br>PO Box 79<br>Jackson, MS 39205-0079 |
| John M. Huff, Director<br>Missouri Department of Insurance, Financial Institutions and Professional Registration (DIFP)<br>PO Box 690<br>Jefferson, MO 65102-0690 | Monica J. Lindeen<br>Commissioner of Securities and Insurance<br>Montana Office of the Commissioner of Securities and Insurance<br>840 Helena Avenue<br>Helena, MT 59601 |
| Bruce R. Ramge<br>Director<br>Nebraska Department of Insurance<br>PO Box 82089<br>Lincoln, NE 68501-2089 | Brett J. Barratt<br>Commissioner<br>Nevada Dept. of Business & Industry<br>Division of Insurance<br>1818 East College Pkwy, Suite 103<br>Carson City, NV 89706 |
| Roger A. Sevigny<br>Commissioner<br>New Hampshire Insurance Department<br>21 South Fruit Street, Suite 14<br>Concord, NH 03301 | Thomas B. Considine, Commissioner<br>State of New Jersey<br>Department of Banking and Insurance<br>20 West State Street<br>PO Box 325<br>Trenton, NJ 08625-0325 |

| | |
|---|---|
| John G. Franchini<br>Superintendent<br>New Mexico Public Regulation Commission<br>Division of Insurance<br>PO Box 1269<br>Santa Fe, NM  87504-1269 | James J. Wrynn<br>Superintendent<br>New York State Insurance Department<br>25 Beaver Street<br>New York, NY  10004 |
| Wayne Goodwin<br>Commissioner<br>North Carolina Department of Insurance<br>1201 Mail Service Center<br>Raleigh, NC  27699-1201 | Adam Hamm, Commissioner<br>North Dakota Insurance Department<br>State Capitol, Fifth Floor<br>600 E. Boulevard Avenue<br>Bismarck, ND  58505-0320 |
| Sixto K. Igisomar<br>Acting Insurance Commissioner<br>Commonwealth of the N Mariana Islands<br>Department of Commerce<br>Office of the Insurance Commissioner<br>Caller Box 10007<br>Saipan, MP  96950 | Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH  43215 |
| John D. Doak<br>Commissioner<br>Oklahoma Insurance Department<br>PO Box 53408<br>Oklahoma City, OK  73152-3408 | Teresa D. Miller, Administrator<br>Oregon Dept. of Consumer & Bus Srvcs<br>Insurance Division<br>PO Box 14480<br>Salem, OR  97309-0405 |
| Michael F. Consedine<br>Commissioner<br>Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA  17120 | Ramón Cruz-Colón, Commissioner<br>Office of the Commissioner of Insurance<br>B5 Calle Tabonuco<br>Suite 216 PMB356<br>Guaynabo, Puerto Rico  00968-3029 |
| Joseph Torti III, Superintendent<br>State of Rhode Island<br>Department of Business Regulation<br>Division of Insurance<br>1511 Pontiac Avenue, Building 69-2<br>Cranston, RI  02920 | David Black, Director<br>South Carolina Department of Insurance<br>PO Box 100105<br>Columbia, SC  29202-3105 |

| | |
|---|---|
| Merle D. Scheiber, Director<br>South Dakota Department of Revenue &<br>Regulation, Division of Insurance<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185 | Julie Mix McPeak, Commissioner<br>Tennessee Department of Commerce &<br>Insurance (TDCI)<br>Insurance Division<br>Davy Crockett Tower<br>500 James Robertson Parkway<br>Nashville, TN 37243-0565 |
| Mike Geeslin<br>Commissioner<br>Texas Department of Insurance<br>PO Box 149104<br>Austin, TX 78714-9104 | Neal T. Gooch<br>Commissioner<br>Utah Insurance Department<br>State Office Building Room 3110<br>Salt Lake City, UT 84114-6901 |
| Steve Kimbell, Commissioner<br>Department of Banking, Insurance,<br>Securities, and Health Care Administration<br>Insurance Division<br>89 Main Street<br>Montpelier, VT 05620-3101 | Gregory R. Francis<br>Lt. Governor/Commissioner<br>Office of the Lieutenant Governor<br>Division of Banking & Insurance<br>#18 Kongens Gade<br>St. Thomas, Virgin Islands 00802 |
| Jacqueline K. Cunningham<br>Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>PO Box 1157<br>Richmond, VA 23218 | Mike Kreidler<br>Commissioner<br>Washington State<br>Office of the Insurance Commissioner<br>PO Box 40256<br>Olympia, WA 98504-0256 |
| Michael D. Riley<br>Commissioner<br>West Virginia Offices of the<br>Insurance Commissioner<br>PO Box 50540<br>Charleston, WV 25305-0540 | Ted Nickel<br>Commissioner<br>State of Wisconsin<br>Office of the Commissioner of Insurance<br>PO Box 7873<br>Madison, WI 53707-7873 |
| Ken Vines<br>Commissioner<br>Wyoming Insurance Department<br>106 East 6th Avenue<br>Cheyenne, WY 82002-0440 | |

4905168