ATTORNEYS AT LAW
# ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.

| | | |
|---|---|---|
| 400 POYDRAS STREET, SUITE 2450<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE (504) 581-2606<br>FACSIMILE (504) 525-1488 | | 2895 HIGHWAY 190, SUITE 216<br>MANDEVILLE, LOUISIANA 70471<br>TELEPHONE (985) 871-9983<br>FACSIMILE (504) 525-1488 |

September 16, 2011

*Please reply to New Orleans office*

sender's email:
drh@ahhelaw.com
170-024

Mr. Eric H. Holder, Jr.
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC   20530-0001

RE:   Supplemental CAFA Notice Pursuant to 28 U.S.C. § 1715
regarding class action settlement by Arch Insurance Company

Dear Attorney General Holder:

We provide enclosed a Supplemental CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Supplemental Notice"), which is being submitted to you on behalf of Arch Insurance Company. The purpose of this supplemental notice is to provide supplemental information contacted in the CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 14, 2011.

Specifically, the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing.

The enclosed Supplemental Notice is being submitted to you to further discharge the obligations of Arch Insurance Company under Section 1715. If you need any additional information or have any questions, please contact the undesigned.

Sincerely,

*D. Russell Holwadel*
D. Russell Holwadel

DRH:khf
Enclosure: Supplemental CAFA Notice with Exhibit A