# BARRASSO·USDIN·KUPPERMAN FREEMAN & SARVER, L.L.C.
### -COUNSELLORS AT LAW-

H. Minor Pipes, III
Direct Dial: (504) 589-9726
Direct Fax: (504) 589-9926
E-*Mail:* mpipes@barrassousdin.com

Our File Number
0548-0641

September 9, 2011

**By Certified Mail**

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

   Re: Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by Liberty Mutual Fire Insurance Company

Dear Attorney General Holder:

  Please find enclosed a Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Supplemental Notice"), which is being submitted to you on behalf of Liberty Mutual Fire Insurance Company ("Liberty Mutual"). Its purpose is to supplement the information contained in the CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 14, 2011. Specifically, our intention is to make you aware that the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing.

  The enclosed Supplemental Notice is being submitted to you to further discharge Liberty Mutual's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

           Sincerely,

          H. Minor Pipes, III

HMP/chs

Enclosure: Supplemental CAFA Notice with Exhibit A