**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-07628 (E.D.La) | |

### TERRENCE SCOTT SEMRAU AND DEBORAH SEMRAU'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANTS, CENTERLINE HOMES AT DELRAY, INC. AND CENTERLINE HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Terrence Scott Semrau and Deborah Semrau, hereby dismiss with prejudice all of their claims against Centerline Homes at Delray, Inc. and Centerline Homes, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Terrence Scott Semrau and Deborah Semrau shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Terrence Scott Semrau and Deborah Semrau, dated September 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: September 22, 2011    /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of September, 2011.

                                        /s/ Leonard A. Davis
                                        Leonard A. Davis, Esquire
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        Plaintiffs' Liaison Counsel
                                        MDL 2047