UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David Gross, et al.<br>Case No. 09-6690<br><br>v.<br><br>Knauf Gips KG, et al | |

**CAROL AND RUSSELL R. BRUMBAUGH, JR.'S  NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANT,
<u>OYSTER BAY HOMES, INC</u>.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Carol and Russell R. Brumbaugh, Jr. hereby dismiss with prejudice all of their claims against Defendant Oyster Bay Homes, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Carol and Russell R. Brumbaugh, Jr. shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Carol and Russell R. Brumbaugh, Jr. dated September 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: September 22, 2011        /s/ Russ M. Herman_____
                                 Russ M. Herman, Esquire (Bar No. 6819)
                                 Leonard A. Davis, Esquire (Bar No. 14190)
                                 Stephen J. Herman, Esquire (Bar No. 23129)
                                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 LDavis@hhkc.com
                                 *Plaintiffs' Liaison Counsel*
                                 *MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of September, 2011.

                                 /s/ Leonard A. Davis
                                 Leonard A. Davis, Esquire
                                 Herman, Herman, Katz & Cotlar, LLP
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 LDavis@hhkc.com
                                 Plaintiffs' Liaison Counsel
                                 MDL 2047