MINUTE ENTRY
FALLON, J.
SEPTEMBER 22, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED             MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION                 SECTION: L

                                                        JUDGE FALLON
                                                        MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances: Fred Longer, Esq. for Plaintiffs Steering Committee
              Martha Curtis, Esq. for defendant Southern Homes
              Benjamin Grau for Interior/Exterior

1. Motion to Set an Evidentiary Hearing to Determine Security by Defendants Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (9501) - Argument - TAKEN UNDER SUBMISSION.

2. Motion for approval of the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders by Plaintiff' Steering Committee and Knauf Defendants Argument (10252) - continued until further order of the Court.


JS10:   :15