UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et al.,<br>Case No. 2:10-cv-00932 (E.D.La.) | |

**CAROL COHEN'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANTS, CENTERLINE HOMES AT DELRAY, INC., CENTERLINE PORT ST. LUCIE, LTD, CENTERLINE HOMES, INC., AND MID-CONTINENT CASUALTY COMPANY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Carol Cohen, hereby dismisses with prejudice all of her claims against Centerline Homes at Delray, Inc, Centerline Port St. Lucie, LTD, Centerline Homes, Inc., and Mid-Continent Casualty Company, in Plaintiffs' Omnibus Complaint, reserving her rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Carol Cohen shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Carol Cohen, dated September 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: September 22, 2011        /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            HERMAN, HERMAN, KATZ & COTLAR, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel*
                                            *MDL 2047*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of September, 2011.

        /s/_Leonard A. Davis_____
        Leonard A. Davis, Esquire
        Herman, Herman, Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhkc.com
        Plaintiffs' Liaison Counsel
        MDL 2047