# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

September 22, 2011

**Via U.S. Mail and Email**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      2:10-cv-00932 (E.D.La)

Dear Russ and Lenny:

My client, Carol Cohen authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, with prejudice, all of her claims against Defendants Centerline Homes at Delray, Inc., Centerline Port St. Lucie, LTD, Centerline Homes, Inc., and Mid-Continent Casualty Company in the above matter, reserving her rights and claims against any and all other Defendants therein.

Very truly yours,

C. David Durkee