**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al.<br>Case No. 10-cv-00932<br><br>v.<br><br>Liberty Mutual Insurance Company, et al. | |

**LUIS AND CARIDAD GONZALEZ'S NOTICE OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANT,**
**NORTHSTAR HOMEBUILDERS, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Luis and Caridad Gonzalez, hereby dismiss with prejudice all of their claims against Defendant Northstar Homebuilders, Inc. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Luis and Caridad Gonzalez shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Luis and Caridad Gonzalez, dated September 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: September 22, 2011 /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of September, 2011.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047