# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

September 22, 2011

**Via U.S. Mail and Email**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation
2:10-cv-00932 (E.D.La)**

Dear Russ and Lenny:

My clients, Terrence Scott Semrau and Deborah Semrau authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against Defendants Centerline Homes at Delray, Inc. and Mid-Continent Casualty Company in the above matter, reserving their rights and claims against any and all other Defendants therein.

Very truly yours,

C. David Durkee