IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III,
et al.,

    Plaintiffs

vs                                        Case No. 2:11-cv-01363-EEF-JCW

RIVERCREST, LLC, et al.,

    Defendants
_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

    The Defendant, RIVERCREST, LLC, as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on September 21, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq*.) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-17612-MGW.

    Section 362(a) of the Bankruptcy Code provides as follows:

    [A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

        (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or property from the estate or to exercise control over property of the estate;
. . .

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title….

The Debtor respectfully requests that this Court and all parties to this action take note of the filing of the bankruptcy petition by RIVERCREST, LLC and of the applicability of the automatic stay.

Dated:  September 22, 2011                             Respectfully submitted,

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513
CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:    (813) 223-7000
Fax:               (813) 229-4133
ccoutroulis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com

*Counsel for Rivercrest, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of September, 2011.

/s/ D. Matthew Allen