**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et al.,<br>Case No. 2:10-cv-00932 (E.D.La.) | |

### CHARLES AND ARLENE MACKOFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANTS, CENTERLINE HOMES AT DELRAY, INC. AND MID-CONTINENT CASUALTY COMPANY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Charles and Arlene Mackoff, hereby dismiss with prejudice all of their claims against Centerline Homes at Delray, Inc. and Mid-Continent Casualty Company, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Charles and Arlene Mackoff shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for Charles and Arlene Mackoff, dated June 10, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: September 22, 2011	/s/ Russ M. Herman
	Russ M. Herman, Esquire (Bar No. 6819)
	Leonard A. Davis, Esquire (Bar No. 14190)
	Stephen J. Herman, Esquire (Bar No. 23129)
	HERMAN, HERMAN, KATZ & COTLAR, LLP
	820 O'Keefe Avenue
	New Orleans, Louisiana 70113
	Phone: (504) 581-4892
	Fax: (504) 561-6024
	LDavis@hhkc.com
	*Plaintiffs' Liaison Counsel*
	*MDL 2047*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of September, 2011.

    /s/_Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047