June 10, 2011


**Via U.S. Mail and Email**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113


      **Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
            2:10-cv-00932 (E.D.La)**

Dear Russ and Lenny:

    My clients, Charles and Arlene Mackoff authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against Defendants Centerline Homes at Delray, Inc. and Mid-Continent Casualty Company in the above matter, reserving their rights and claims against any and all other Defendants therein.


                                     Very truly yours,

                                       C. David Durkee