UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

IT IS ORDERED that a telephone status conference is SCHEDULED for October 11, 2011, at 10:30 a.m. central standard time to discuss the status of claims against the Taishan entities, particularly written discovery and deposition issues. The conference call number is 877-336-1839, access code 4227405, and security code 101111. If counsel are merely auditing the call they are directed to mute their lines.

New Orleans, Louisiana, this 22nd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE