UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Chartis' Motion to Lift Stay with Regard to its Unopposed Motion for an Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents (R. Doc. 10235), IT IS ORDERED that this Motion is set for submission on the briefs on October 5, 2011.

IT IS FURTHER ORDERED that responses in opposition are to be filed by September 30, 2011.

New Orleans, Louisiana, this 22nd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE