UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC*, No, 10-1113.

## ORDER

Considering Arch Insurance Co.'s Motion to Dismiss Third-Party Complaint of RCR Holdings, LLC, or Alternatively to Transfer Venue (R. Doc. 9978); and Arch's Motion to Modify Scheduling Order Dated July 15, 2011 (R. Doc. 10063); IT IS ORDERED that a telephone status conference is SCHEDULED for October 12, 2011, at 10:00 a.m. central time to discuss these motions and the status of the case. The conference call number is 877-336-1839, access code 4227405, and security code 101211.

New Orleans, Louisiana, this 22nd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE