## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND | |
| Abel v. Taishan Gypsum Co., LTD., et al. Case No. 2:11-cv-00080 (E.D.La.) | |

## JOINT MOTION FOR
## SUBSTITUTION OF COUNSEL

COMES NOW Rick Kriseman of Lucas, Green & Magazine, 8606 Government Dr., New Port Richey, FL 34654, Telephone : (727) 499-9900; and Joseph Saunders of Saunders & Walker, P.A., 3491 Gandy Blvd., Ste. 200, Pinellas Park, FL 33781, Telephone : (727) 579-4500, pursuant to LR. 83.2.11, and stipulate and agree that Rick Kriseman of Lucas, Green & Magazine, be substituted as Counsel for Plaintiff PAUL WASSON, in the above captioned action, and file this Joint Motion for Substitution of Counsel accordingly.

By this Motion, the parties agree that Saunders & Walker, P.A. will retain a lien for attorney's fees and costs for services rendered by Saunders & Walker, P.A. prior to the entry of this Order.

Upon an Order granting this Motion, counsel request that all notices given or required, and all papers filed or served or required to be served in the above captioned

matter, be henceforth provided to and served upon counsel at the address set forth

below:

    LUCAS, GREEN & MAGAZINE
    8606 Government Dr.
    New Port Richey, FL 34654
    Telephone: (727) 499-9900
    Facsimile: (727) 499-9797

    Rick Kriseman
    Rick@lgmlawgroup.com

We, the undersigned, consent to the above substitution

Date:_____

                                      SAUNDERS & WALKER, P.A.

                                      By:_____

Date:_____

                                      LUCAS, GREEN & MAGAZINE

                                      By:_____

## CERTIFICATE OF SERVICE

I hereby certify that on _Sept 23_ , 2011, Plaintiff's Joint Motion for Substitution

of Counsel was served on the below parties by electronically uploading the same to

LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
Defendants' Liason Counsel

I further certify that all counsel of record have been served via the Court's

electronic notification system.

Dated: _Sept 23_ , 2011

/s/ Rick Kriseman
Rick Kriseman, Esquire
Lucas, Green & Magazine
8606 Government Dr.
New Port Richey, FL 34654
727- 499-9900 (phone)
727-499-9797 (fax)
rick@lgmlawgroup.com
Attorney for Plaintiffs