UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Abel v. Taishan Gypsum Co., LTD et al. Case No. 2:11-cv-00080 (E.D.La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER ON JOINT MOTION FOR**
**SUBSTITUTION OF COUNSEL**

Considering the foregoing Joint Motion for Substitution of Counsel, the Court finds the motion meritorious and should be granted;

**IT IS HEREBY ORDERED** that the Rick Kriseman, Esquire of Lucas, Green & Magazine be substituted and entered into the record as Counsel for Plaintiff PAUL WASSON, in the above captioned action.

New Orleans, Louisiana, this ___ day of _____, 2011

_____
Hon. Judge Eldon E. Fallon
United States District Judge