UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Wiltz, et al. v . Beijing New Building Materials Public Limited, Co., et al.<br>Case No. 2:10-cv-00361 (E.D.La.) | |

## ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Considering the foregoing Joint Motion for Substitution of Counsel, the Court finds the motion meritorious and should be granted;

**IT IS HEREBY ORDERED** that the Rick Kriseman, Esquire of Lucas, Green & Magazine be substituted and entered into the record as Counsel for Plaintiff DAVID LEE CARR, in the above captioned action.

New Orleans, Louisiana, this ___ day of _____, 2011

_____
Hon. Judge Eldon E. Fallon
United States District Judge