UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Kenneth Abel, et al. v.* | : | JUDGE FALLON |
| *Taishan Gypsum Co., Ltd. f/k/a Shandong* | : | |
| *Taihe Dongxin Co., Ltd., et al.* | : | MAG. JUDGE WILKINSON |
| | : | |
| Case No. 11-080, Sect. L Mag. 2 | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

DEFENDANT, BETTER BOXING COMPANY'S,
CORPORATE DISCLOSURE STATEMENT

BETTER BOXING COMPANY, INC., by and through undersigned counsel and pursuant to Rule 7.1, hereby discloses the following:

1. BETTER BOXING COMPANY, INC. is a corporation organized and existing under the laws of the State of Louisiana.

2. BETTER BOXING COMPANY, INC. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

                                   **Respectfully Submitted:**

                              **FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

                              _____*S/ Molly Massey*_____
                              TIM GRAY, LA BAR #31748
                              MOLLY MASSEY, LA BAR # 29204
                              1515 Poydras Street, Suite 1300
                              New Orleans, Louisiana 70112
                              (504) 799-4383 – Telephone
                              (504) 799-4384 – Telecopy

                              Attorneys for Defendant, Better Boxing Company

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 23rd day of September, 2011.

                              _____*S/ Molly Massey*_____
                              MOLLY MASSEY