UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION: L |
| *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-080, Sect. L Mag. 2 .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : : |  |

DEFENDANT, GULF SALES & IMPORT COMPANY INC.'S,
CORPORATE DISCLOSURE STATEMENT

GULF SALES & IMPORT COMPANY INC., by and through undersigned counsel and pursuant to Rule 7.1, hereby discloses the following:

1. GULF SALES & IMPORT COMPANY INC. is a corporation organized and existing under the laws of the State of Louisiana.

2. GULF SALES & IMPORT COMPANY INC. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**


_____S/ Molly Massey_____
TIM GRAY, LA BAR #31748
MOLLY MASSEY, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant, Gulf Sales & Import Company

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 23rd day of September, 2010.

_____S/ Molly Massey_____
MOLLY MASSEY