UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : : : : : : : : : : | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* | | |
| Case No. 2:11-CV-1077 (E.D.La.) | | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .:.

NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of FORMAN PERRY WATKINS KRUTZ & TARDY LLP, and hereby files its Notice of Appearance in case no. 2:11-CV-1077 (*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. et al.*), wherein John C. McCants (MS Bar # 100031), Tim Gray (LA Bar # 31748) and Molly Massey (LA Bar # 29204) hereby appear as counsel on behalf of Defendant, Gulf Sales & Import Company, reserving all defenses to this action and objections concerning service of process, venue and/or jurisdiction.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

_S/ Molly Massey_
TIM GRAY, LA BAR #31748 T.A.
MOLLY MASSEY, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant, Gulf Sales & Import Company

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 23rd day of September, 2011.

_____*S/ Molly Massey*_____
MOLLY MASSEY