Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Treasure Coast
Court Case No. 10-362

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **3** day of **March**, 20 **11**, at **1:45** o'clock **P** M

Place of Service: at 6301 SE Federal Hwy., in Stuart, FL

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)): Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Treasure Coast

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Donna Stitz - manager of "A First Class Self Storage" (Business at this address)**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair —
Approx. Age **50** ; Approx. Height **5'5"** ; Approx. Weight **150 lbs**

✗ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **3** day of **March**, 20 **11**

*[signature]*  7-14-12
Notary Public    (Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Joyce W. Rogers, et al <br><br> *Plaintiff* <br> v. <br> Knauf Gips KG, et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 10-362 Section L |

**SUMMONS IN A CIVIL ACTION**  Complaint in Intervention IV(B)

To: *(Defendant's name and address)* Treasure Coast
2400 SE Federal Hwy. 4th Floor
Stuart, FL 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Loretta G. Whyte

Date: January 14, 2011

*Signature of Clerk or Deputy Clerk*

Amy M. Kreyling
CPS # PS-04-05
Certified Process Server
19th Judicial Circuit

AKPS0405
3/3/2011
1:45pm
Donna Stitz
Manager @ "A First Class Self Storage"
Donna stated that R/A Gerald Bashant is rarely at this location and she accepts all service on his behalf.