Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0089

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, by serving The Corporation Trust Center
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10__ day of __February__, 20 __11__, at __2:25__ o'clock __P__ M

**Place of Service:** at __1209 Orange Street__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation, by serving The Corporation Trust Center**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Scott LaScala (Operations Mngr)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __cauc__ ; Hair Color __brn__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __6'__ ; Approx. Weight __230__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __10__ day of __Feb__, 20 __11__

_____
Notary Public                    (Commission Expires)

[Notary seal: GIOVANNA MESSINA, MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC, STATE OF DELAWARE]