7028.0004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | **MAG. JUDGE WILKINSON** |

_____/

## DEFENDANT, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S MOTION FOR EXPEDITED CONSIDERATION

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. (Coastal Construction), by and through undersigned counsel, hereby files its Motion for Expedited Consideration, pursuant to Trial Order 1C, for hearing and consideration of its Motion to Modify Scheduling Order, filed September 12, 2011, Document 10302, and supports a concurrent hearing and consideration of ARCH Surety's Motion to Modify the Scheduling Order. In support of this motion, Coastal Construction submits its Memorandum of Law filed concurrently.

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., respectfully requests that the Court grant the request for expedited consideration and set the matter for hearing and consideration during the October 12, 2011 Hearing on Arch Insurance Co.'s Motion to Dismiss Third-Party Complaint of RCR Holdings, LLC, or Alternatively to Transfer Venue and Arch's Motion to Modify Scheduling Order Dated July 15, 2011 as set by the Court's Order, dated September 22, 2011 (R. Doc. 10644).

Dated: September 26, 2011

Respectfully submitted,

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 26th day of September, 2011.

/s/ Addison J. Meyers
Addison J. Meyers