007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br>**SECTION L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | **MAG. JUDGE WILKINSON** |

_____/

## COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. (Coastal), by and through undersigned counsel, hereby files its Motion for Expedited Consideration and states the following:

1. On July 15, 2011, this Court executed the Scheduling Order, Document 9847, that set forth legal issues that were to be resolved through discovery and motion practice as follows:

    a. Claims regarding the economic loss rule,

    b. Claims involving strict liability,

    c. Breach of warranty of fitness,

    d. Violations of the Florida Building Code,

    e. Claims or defense raised in RCR Holdings II's Third Party Complaint against Arch Insurance Co. for breach of contract,

    f. Identity of the plaintiffs and potential plaintiffs, as well as the residency and citizenship status thereof, and

    g.    Identity and manufacturer of the drywall located within the residences subject to the case.

2. The Scheduling Order set forth deadlines of December 15, 2011 to conduct all discovery regarding these issues, and January 15, 2011 for all motions related to the issues.

3. On August 26, 2011, this Court entered an Order Clarifying Prior Stay Orders, Documents 10200, setting forth that all discovery related to Banner is stayed except for discovery related to the Amended Class Action Settlement.

4. Banner is a co-Defendant in this matter and was the supplier of the drywall subject to this litigation. Without the participation and cooperation of Banner, proper investigation and motions related to the issues raised in the Scheduling Order, with the exception of identity and residency of the Plaintiffs, is practically impossible.

5. Further, the discovery on matters involving claims or defense raised in RCR Holdings II's Third Party Complaint against Arch Insurance Co. for breach of contract cannot be determined on a purely legal basis, and Arch Insurance Co's liability to RCR Holdings II is derivative of, and contingent upon Coastal's liability to RCR. See First Sealord Sur. Inc. v. Suffolk Constr. Co., 995 So.2d 609 (Fla. 3d DCA 2008); K.P. Meiring Constr., Inc. v. Northbay I and E, Inc., 761 So.2d 1221 (Fla. 2d DCA 2000). The issues raised in that matter will require extensive factual discovery and motion practice, and would create duplicative discovery for this matter once it is sent back to the Court which will have jurisdiction, which is contrary to the purposes of the transfer to the MDL. See Transfer Order in this matter filed June 15, 2009; 28 U.S.C. §1407; and In re Hawaiian Hotel Room Rate Antitrust Litig., 438 F.Supp. 935, 936 (J.P.M.L. 1977).

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., respectfully requests the Court grant the Defendant's request for expedited consideration and set the matter for hearing and consideration during the October 12, 2011 Hearing on Arch Insurance Co.'s Motion to Dismiss Third-Party Complaint of RCR Holdings, LLC, or Alternatively to Transfer Venue and Arch's Motion to Modify Scheduling Order Dated July 15, 2011 as set by the Court's Order, dated September 22, 2011 (R. Doc. 10644).

Respectfully submitted,

Dated: September 26, 2011

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 26th day of September, 2011.

<u>/s/ Addison J. Meyers</u>
Addison J. Meyers