Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Al Brothers, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362 Section L

State of: **ILLINOIS** ) ss.
County of: **COOK** )

**Name of Server:** **ROBERT W. BRINDAC JR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **APRIL**, 20 **11**, at **6:15** o'clock **P** M

**Place of Service:** at 919 S Charlotte St, in Lombard, IL 60148

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint (IVC) in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Al Brothers, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **AL JUSTUS - PAST PRESIDENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **SALT & PEPPER** ; Facial Hair **NONE**
Approx. Age **42** ; Approx. Height **5'11"** ; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this day of **APR 05 2011**, 20

*Frances R Brindac*
Notary Public     (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13