Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Antilles Vero Beach, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5TH day of APRIL, 20 11, at 3:22 o'clock P. M

**Place of Service:** at 54 SW Boca Raton Blvd., in Boca Raton, FL 33432

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Antilles Vero Beach, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: GREGG GLICKSTEIN, authorized agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BALD ; Facial Hair _____
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO _/s/ Michael Rocco_
Signature of Server

Subscribed and sworn to before me this 6TH day of APRIL, 20 11

JONATHAN LEVY
Notary Public            (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**