Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Buquoi Construction LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ASCENSION_ )

**Name of Server:** _William Humble_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7TH_ day of _APRIL_, 20 _11_, at _2:50_ o'clock _P_ M

**Place of Service:** at _10569 Buddy Gore Road_, in _Gonzales, LA 70737_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Buquoi Construction LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _ANTHONY BUQUOI - OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BLACK_ ; Facial Hair _NO_
Approx. Age _45_ ; Approx. Height _5'8"_ ; Approx. Weight _160 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _7_ day of _April_, 20_11_

_Sandra M. Hutchinson_
Notary Public           (Commission Expires)
_at death_

**Sandra M. Hutchinson**
**Notary Public ID #60480**

APS International, Ltd.