Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Can-Am Drywall, Inc., Successor to Baystate Drywall, Inc.e
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Fred Humphries**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6th** day of **April**, 20**11**, at **10:21** o'clock **A** M

**Place of Service:** at **14420 SW 23rd Street**, in **Davie, FL 33325**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Can-Am Drywall, Inc., Successor to Baystate Drywall, Inc.e**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Josie Pare, Authorized Associate**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **48**; Approx. Height **5'7"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6th** day of **April**, 20**11**

Signature of Server        Notary Public        (Commission Expires)

**APS International, Ltd.**