Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109933-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Georgetown, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __BROWARD__

**Name of Server:** __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4Th__ day of __April__, 20 __11__, at __11:32__ o'clock __A__ M

**Place of Service:** at __825 Coral Ridge Drive__, in __Coral Springs, FL  33071__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Georgetown, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Diane Jordan Executive Assistant__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5'8__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __4th__ day of __April__, 20 __11__

Notary Public       (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

APS International, Ltd.