Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109933-0107

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--D.R. Horton, Inc., CT Corporation Sytem
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Eric Deal**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5th** day of **April**, 20 **11**, at **2:00** o'clock **P** M

**Place of Service:** at **1200 South Pine Island Road**, in **Plantation, FL  33324**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**D.R. Horton, Inc., CT Corporation Sytem**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CT Corp. System, Registered Agent, for contact: Donna Moch, Senior Corporate Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **45+** ; Approx. Height **5'6"** ; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 7th day of _____, 20 **11**

Notary Public  (Commission Expires)

**APS International, Ltd.**