Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diamond Court Construction Co.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: **Florida** ) ss.
County of: **St. Lucie** )

**Name of Server:** **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **April**, 20 **11**, at **10/5** o'clock **A** M

**Place of Service:** at **2112 SE Bersell Road**, in **Port St. Lucie, FL  34952**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Diamond Court Construction Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lance Collins, President + Director**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **Y**
Approx. Age **45**; Approx. Height **6'0"**; Approx. Weight **180**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Signature of Server

Subscribed and sworn to before me this **7** day of **April**, 20 **11**

*Amy M. Kreyling*  9/25/14
Notary Public  (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.

APS International, Ltd.