Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Home Builders of Florida I, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of April, 20 11, at 4:10 o'clock P M

**Place of Service:** at 100 North Tampa Street, Ste. 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint
in Intervention (IV(C)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
First Home Builders of Florida I, LLC   c/o Charles Wachter, R.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Frann McBride, Secretary Auth. to Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Red ; ~~Facial Hair~~ glasses
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                  11 day of April, 20 11

_Signature of Server_                                                    _Notary Public_     (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Florida Notary Assn., Inc.