Joyce W Rogers, et. al., Plaintiff(s)

vs.

Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109933-0074

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:

--Groza Builders, Inc.,
Court Case No. 10-362 Section L

**State of:** _Florida_ ) ss.
**County of:** _St. Lucie_ )

**Name of Server:** _Bradley A Perron_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1st_ day of _April_, 20 _11_, at _10:15_ o'clock _A_ M

**Place of Service:** at ~~1417 SW Osprey Cove~~  _511 SW Port St_
 _Lucie Blvd_, in _Port St. Lucie, FL ~~34986~~ 34953_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Groza Builders, Inc.**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Patricia Groza, director + vice president_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _55+_ ; Approx. Height _5'3"_ ; Approx. Weight _130_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _1_ day of _April_, 20 _11_

_Amy M. Kreyling_  9/25/14
Notary Public        (Commission Expires)



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.