Joyce W Rogers, et. al., Plaintiff(s)
- vs -
Knauf GIPs KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hanover Homes

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362 Section L

State of: Florida ) ss.
County of: St Lucie )

Name of Server: **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **April**, 20 **11**, at **1025** o'clock **A** M

Place of Service: at **2407 SW Monterrey Lane**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hanover Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Marilyn Petruzelli as vice president**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **NO**
Approx. Age **60-65**; Approx. Height **5'5"**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **1** day of **April**, 20 **11**

Amy M. Kreyling  9/25/14
Notary Public   (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY  Fl. Notary Discount Assoc. Co.

APS International, Ltd.