Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Holmes Building Materials, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _April_, 20 _11_, at _2:28_ o'clock _P_ M

**Place of Service:** at _6190 Greenwell Springs Rd._, in _Baton Rouge, LA 70806_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holmes Building Materials, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Madeline Taylor, Inside Sales_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _41_ ; Approx. Height _5'6"_ ; Approx. Weight _156 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _9TH_ day of _APRIL_, 20 _11_

_James Ballad_  4/29/13
Notary Public     (Commission Expires)

**APS International, Ltd.**