Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0038

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Trading, Inc., c/o Steve M. Birnston, Esquire
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __31st__ day of __March__, 20 __11__, at __2:05__ o'clock __P__ M

Place of Service: at Rosenthal, Rosenthal, Rasco, Kaplan, LLC, in Aventura, FL 33180
One Aventura, Suite 600

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Trading, Inc., c/o Steve M. Birnston, Esquire**
By delivering them into the hands of an officer or managing agent whose name and title is: __Sharon Leech   Secretary__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'5__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __4th__ day of __April__, 20 __11__

Signature of Server            Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014