UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Payton, et al. v Knauf GIPS KG, et. Al., Case No. 2:09-cv-07628 (E.D.La.) | |

## JOINT MOTION FOR
## SUBSTITUTION OF COUNSEL

COMES NOW Rick Kriseman of Lucas, Green & Magazine, 8606 Government Dr., New Port Richey, FL 34654, Telephone : (727) 499-9900; and Joseph Saunders of Saunders & Walker, P.A., 3491 Gandy Blvd., Ste. 200, Pinellas Park, FL 33781, Telephone : (727) 579-4500, pursuant to LR. 83.2.11, and stipulate and agree that Rick Kriseman of Lucas, Green & Magazine, be substituted as Counsel for Plaintiffs ALAN BACHE, CHARLOTTE FULLER, AND MICHAEL MESSNER, LAURA SFERAZZA, RUSSELL AND GEORGINA PROFITT, STAN PINKUS REVOCABLE TRUST, MICAILE AND ADRIAN SMITH, in the above captioned action, and file this Joint Motion for Substitution of Counsel accordingly.

By this Motion, the parties agree that Saunders & Walker, P.A. will retain a lien for attorney's fees and costs for services rendered by Saunders & Walker, P.A. prior to the entry of this Order.

Upon an Order granting this Motion, counsel request that all notices given or

required, and all papers filed or served or required to be served in the above captioned matter, be henceforth provided to and served upon counsel at the address set forth below:

>LUCAS, GREEN & MAGAZINE
>8606 Government Dr.
>New Port Richey, FL 34654
>Telephone: (727) 499-9900
>Facsimile: (727) 499-9797
>
>Rick Kriseman
>Rick@lgmlawgroup.com

We, the undersigned, consent to the above substitution

Date: 9/23/11

SAUNDERS & WALKER, P.A.

By: _____

Date: 9/26/11

LUCAS, GREEN & MAGAZINE

By: _____

## CERTIFICATE OF SERVICE

I hereby certify that on Sept 26, 2011, Plaintiff's Joint Motion for Substitution of Counsel was served on the below parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
Defendants' Liason Counsel

I further certify that all counsel of record have been served via the Court's electronic notification system.

Dated: Sept 26, 2011

/s/ Rick Kriseman
Rick Kriseman, Esquire
Lucas, Green & Magazine
8606 Government Dr.
New Port Richey, FL 34654
727- 499-9900 (phone)
727-499-9797 (fax)
rick@lgmlawgroup.com
Attorney for Plaintiffs