UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Payton, et al. v Knauf GIPS KG, et. Al., Case No. 2:09-cv-07628 (E.D.La.) | |

## ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Considering the foregoing Joint Motion for Substitution of Counsel, the Court finds the motion meritorious and should be granted;

**IT IS HEREBY ORDERED** that the Rick Kriseman, Esquire of Lucas, Green & Magazine be substituted and entered into the record as Counsel for Plaintiffs, ALAN BACHE, CHARLOTTE FULLER AND MICHAEL MESSNER, LAURA SFERAZZA, RUSSELL AND GEORGINA PROFITT, STAN PINKUS REVOCABLE TRUST, AND MICAILE AND ADRIAN SMITH, in the above captioned action.

New Orleans, Louisiana, this ___ day of _____, 2011

_____
Hon. Judge Eldon E. Fallon
United States District Judge