Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109933-0108

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lennar Homes, LLC, CT Corporation Sytem
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of:  Florida ) ss.
County of:  Broward )

| | |
|---|---|
| Name of Server: | Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 5 day of April, 2011, at 2:00 o'clock P M |
| Place of Service: | at 1200 South Pine Island Road, in Plantation, FL 33324 |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Lennar Homes, LLC, CT Corporation Sytem** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: CT Corp., Registered Agent, for contact: Donna Moch, Senior Corporate Manager |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair Approx. Age 45+ ; Approx. Height 5'6" ; Approx. Weight 135 |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

| | |
|---|---|
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. | Subscribed and sworn to before me this 7th day of April, 20 11 |

_____
Signature of Server

_____
Notary Public

(Commission Expires)

**APS International, Ltd.**