Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0039

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Linel Consulting, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __April__, 20__11__, at __12:26__ o'clock __P__ M

**Place of Service:** at __9010 SW 117th St.__, in __Miami, FL 33176__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Linel Consulting, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Jeff Fine President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __White__; Facial Hair __No__
Approx. Age __70__; Approx. Height __6'1__; Approx. Weight __200__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __April__, 20__11__

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013