Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0106

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Rivercrest, LLC/The St. Joe Company
  Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )
Name of Server: **DENNIS BARTILUCCI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **APRIL**, 20**11**, at **10:15** o'clock **A** M

Place of Service: at **245 Riverside Avenue, Ste. 500**, in **Jacksonville, FL 32202**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC/The St. Joe Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **DELORES REAMON / PARALEGAL**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **B** ; Hair Color **BLK** ; Facial Hair **—**
Approx. Age **35** ; Approx. Height **5'8"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **9** day of **APRIL**, 20**11**

Notary Public   (Commission Expires)

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance