Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of South Florida, GP, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

**Name of Server:** _James A Alo_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **April**, 20**11**, at **9:47** o'clock **A** M

**Place of Service:** at 515 Park Ave, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida, GP, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jan Hancock - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Br**; Facial Hair ___
Approx. Age **38**; Approx. Height **5'9**; Approx. Weight **151**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

4·4·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **4** day of **April**, 20**11**

Notary Public       (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019