Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of Tampa GP, Inc., f/k/a Westfield Homes of Florida, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** _____James A Ali_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4__ day of __April__, 20 __11__, at __9:47__ o'clock __A__ M

**Place of Service:** at __515 Park Ave__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of Tampa GP, Inc., f/k/a Westfield Homes of Florida, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Jen Huneuth - process clerk__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Br__ ; Facial Hair ____
Approx. Age __38__ ; Approx. Height __5'8__ ; Approx. Weight __151__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

4·4·11
Signature of Server

Subscribed and sworn to before me this __4__ day of __April__, 20 __11__

_____
Notary Public      (Commission Expires)

APS International, Ltd.

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019