Joyce W Rogers, et. al., Plaintiff(s)
   vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Summit Homes, LLC, n/k/a PHL Construction, LLC
   Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ~~WEST LOUISIA~~ LOUISIANA ss.
Parish ~~County~~ of: LIVINGSTON

Name of Server: __Tom Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4th__ day of __April__, 20 __11__, at __2:30__ o'clock __P__ M

Place of Service: at ~~7525 Picardy Ave., Suite 220~~ __11017 Perkins Rd, Baton Rouge #C__, in __Baton Rouge, LA 70808__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Summit Homes, LLC, n/k/a PHL Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Mr. Paul Whitman, Accountant__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Bald__; Facial Hair __N/A__
Approx. Age __40 yrs__; Approx. Height __6'0"__; Approx. Weight __195 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Tom Cassisa__
Signature of Server

Subscribed and sworn to before me this __4TH__ day of __APRIL__, 20 __11__
__Jones Kolloh__  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**