Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0047

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4th_ day of _April_, 20 _11_, at _1:40_ o'clock _P_ M

Place of Service: at _7975 W. 25th Ave., Bay 5_, in _Hialeah, FL  33016_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**United Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Yolanda Lam    Comptroller_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _52_ ; Approx. Height _5'3_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _4th_ day of _April_, 20 _11_

Notary Public    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014