Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109933-0101

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--USG Corporation
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Adam Golden , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of April , 20 11 , at 11:15 o'clock A M

**Place of Service:** at The Corporation Trust Center , in Wilmington, DE 19801
1209 Orange Street

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Scott LaScala (Operations Mngr)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color cauc ; Hair Color brn ; Facial Hair _____
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 6 day of April , 20 11

_____
Notary Public (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION
EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE