UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al. | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * | |
| Case No. 11-1363 | * | MAG. WILKINSON (4) |

**MOTION FOR EXTENSION OF TIME
TO SUBMIT BUILDER PROFILE FORM**

Defendant Associated Builders and Developers Inc., by and through undersigned counsel, hereby moves the Court for an additional thirty (30) days, through and including October 26, 2011, within which to submit its Builder Profile Form in the above-captioned matter. Associated Builders and Developers Inc. reserves all rights to object to jurisdiction, venue, or service, and preserves all defenses. Nothing in this motion shall be construed as a waiver to jurisdiction.

Associated Builders and Developers Inc. requires additional time in which to complete and submit the Builder Profile Form. This is Associated Builders and Developers, Inc.'s first requested extension and the requested extension will neither prejudice any party nor delay the progression of this case.

WHEREFORE, Defendant, Associated Builders and Developers Inc., respectfully requests an extension of time up to and including October 26, 2011 to submit its Builder Profile Form as required by the Court.

    KREBS, FARLEY & PELLETERI, P.L.L.C.

    /s/*Charles B. Long*
    CHARLES B. LONG (#22824)
    THOMAS H. PEYTON (#32635)
    400 Poydras Street, Suite 2500
    New Orleans, Louisiana   70130
    Telephone:   504-299-3570
    Facsimile:   504-299-3582
    E-mail:   clong@kfplaw.com
    E-mail:   tpeyton@kfplaw.com

    ATTORNEYS FOR DEFENDANT
    ASSOCIATED BUILDERS AND DEVELOPERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

    */s/ Charles B. Long*
    CHARLES B. LONG