*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1. | Haya, Laura, Daniel and Irene | 5113 Lanai Way Tampa, FL 33624 | 7574 Tamarind Avenue Tampa, FL 33625 | Allison Grant, PA | Citrus Park Development Group, LLC (58) West Florida Construction Group, Inc. (229) | | Black Bear Gypsum LLC (35) |
| 2. | Neuhalfen, Anna | 4403 Chiquita Blvd. South Cape Coral, FL 33914 | | Allison Grant, PA | | | |
| 3. | Ramsay, Raymond and Tina | 13628A Rebel Road Theodore, AL 36582 | | Don Barrett, P.A. Lovelace Law Firm | | | Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. (149) |
| 4. | Antoine, Carol | 209 Llama Drive Arabi, LA 70032 | | Barrios, Kingsdorf & Casteix | | | |
| 5. | Butler, Clarice | 629 Fallstall Street New Orleans, LA 70117 | | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 6. | Carter, Henry and Verline | 5317 N. Rampart Street New Orleans, LA 70117 | 5319 N. Rampart Street New Orleans, LA 70117 | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 7. | Gross, John | 2600 Gravier Street Apt. T306 New Orleans, LA 70119 | 3815-17 Delachaise New Orleans, LA 70125 | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 8. | Kelly, Bruce and June | 42228 Billville Road Hammond, LA 70403 | 2009 Emilie Oaks Drive Meraux, LA 70075 | Barrios, Kingsdorf & Casteix | | | |
| 9. | Lindsey, Linda and Armond | 2509 Repose Street Violet, LA 70092 | | Barrios, Kingsdorf & Casteix | | | Building Supply House, L.L.C. (44) |
| 10. | Malkki, Donna and Clough, Daniel | 352 NW Claria Court Port St. Lucie, FL 34986 | 10400 SW Stephanie Way Building 5, Unit 208 Port St. Lucie, FL 34986 | Barrios, Kingsdorf & Casteix | Centerline Homes at Tradition, LLC (52) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor / Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 11. | Robinson, Harold | 3035 General Taylor New Orleans, LA 70125 | | Barrios, Kingsdorf & Casteix | | | |
| 12. | Robinson, Taurean and Jo-Ann | 22766 SW 89th Place Cutler Bay, FL 33190 | | Barrios, Kingsdorf & Casteix | Pride Homes of Lakes by the Bay Parcel H, LLC (152) | | Gulfeagle Supply, Inc (93) |
| 13. | Taylor, Charlie | 5441-3 Chartres New Orleans, LA 70117 | | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 14. | Yarbor, Brian | 5583 Douglas Ferry Road Caryville, FL 32427 | | Barrios, Kingsdorf & Casteix | | | Devon International Group, Inc. (71) |
| 15. | Jericho Road Episcopal Housing Initiative, LLC | 1623 Seventh Street New Orleans, LA 70115 | 2852 Dryades Street New Orleans, LA 70115<br><br>3010 Dryades Street New Orleans, LA 70115<br><br>3014 Dryades Street New Orleans, LA 70115<br><br>3211 Dryades Street New Orleans, LA 70115 | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 16. | Hazeur, Melvina | 2205-07 St. Roch Avenue New Orleans, LA 70117 | | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 17. | Crowe, Nicholas and Jennifer | 5824 Memphis Street New Orleans, LA 70124 | | Barrios, Kingsdorf & Casteix | | | Fly System, Inc. (85) |
| 18. | Eyrich, Lillian | 130 22nd Street New Orleans, LA 70124 | | Barrios, Kingsdorf & Casteix | | | Interior/Exterior Building Supply, LP (107)<br><br>Interior/Exterior Enterprises, LLC (108) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 19. | Staton, Lori Ann | 1216 Magnolia Alley Mandeville, LA 70471 | | Becnel Law Firm, LLC | Southern Star Construction Company, Inc. **(185)** | | |
| 20. | Price, Lear | 600 Deerfield Road, Apt. 2208 Gretna, LA 70056 | 7681 Branch Drive New Orleans, LA 70128 | Becnel Law Firm, LLC | | | |
| 21. | Mickens, Gail | 7735 Lafourche Street New Orleans, LA 70127 | 7732 Lady Gray New Orleans, LA 70127 | Becnel Law Firm, LLC | | | |
| 22. | LeBlanc, Gertrude | 1738 Tennessee Street New Orleans, LA 70117 | | Becnel Law Firm, LLC | | | |
| 23. | Ayala, Cynthia | 8145 N.W. 108th Avenue Miami, FL 33178 | 4720 S.W. 166th Court Miami, FL 33185 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | F. Development, LLC **(81)** | | |
| 24. | Arevalo, Luis | 7230 Hayes Street Hollywood, FL 33024 | 8218 Santa Monica Ave. Tamarac, FL 33321 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | United Homes, Inc. **(220)** | | |
| 25. | Beckmeier, Marc and Gavidia, Laura | 6649 Old Chesterbrook Road McLean, VA 22101 | 519 E. Sheridan Blvd. #206 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC **(175)** Trafalgar Associates, Inc. **(218)** | | |
| 26. | Bekhor, Lindan | 14141 Citrus Crest Circle Tampa, FL 33625 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC **(58)** | West Construction Group, Inc. **(228)** | Black Bear Gypsum, LLC **(35)** |
| 27. | Bertucci, Elizabeth | 5925 Patton Street New Orleans, LA 70115 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 28. | Binda, Coral | 3366 S.W. Frankford Street Port St. Lucie, FL 34953 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Brighton Builders **(39)** | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 29. | Bishop, Chad | 529 E. Sheridan Street #403 Dania Beach, FL 33004 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 30. | Blue Water Condo Assoc. | 206 Shadroe Cove Circle, Units 301, 302 and 303 Cape Coral, FL 33991 | Units 301, 302 and 303 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 31. | Blue Water Condo Assoc. | 202 Shadroe Cove Circle, Units 401, 402 and 404 Cape Coral, FL 33991 | Units 401, 402, 403 and 404 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 32. | Blue Water Condo Assoc. | 198 Shadroe Cove Circle, Unit 501, 502 and 504 Cape Coral, FL 33991 | Units 501, 502 and 504 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 33. | Blue Water Condo Assoc. | 194 Shadroe Cove Circle, Units 603 Cape Coral, FL 33991 | Unit 603 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 34. | Blue Water Condo Assoc. | 190 Shadroe Cove Circle Units 701, 702 and 703 Cape Coral, FL 33991 | Units 701, 702 and 703 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 35. | Blue Water Condo Assoc. | 182 Shadroe Cove Circle, units 803 and 804 Cape Coral, FL 33991 | Units 803 and 804 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 36. | Blue Water Condo Assoc. | 178 Shadroe Cove Circle Unit 904 Cape Coral, FL 33991 | Unit 904 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 37. | Bouovalt, Shane | 14147 Citrus Crest Circle Tampa, FL 33625 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC (58) | West Construction Group, Inc. (228) | Black Bear Gypsum, L.C. (35) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 38. | Borowski, Jason and Christine | 11141 Laurel Walk Road Wellington, FL 33449 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sterling Communities, Inc. (190) | | |
| 39. | Bourguignon, Susan | 14149 Citrus Crest Circle Tampa, FL 33625 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC (58) | West Construction Group, Inc. (228) | Black Bear Gypsum, LLC (35) |
| 40. | Bracco, Kirsten | 529 E. Sheridan Street #406 Dania Beach, FL 33004 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 41. | Burnett, Burton | 707 Cristelle Jean Drive Ruskin, FL 33570 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | K. Hovnanian - Windward Homes, LLC (117) | | |
| 42. | 509 Sheridan Street 103 Land Trust | 7460 Creekridge Cir. Suite 200 Tallahassee, FL 32309-7463 | 509 E Sheridan Street Unit 103 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 43. | Burrow, Bret | 22595 Schulley Road Cicero, IN 46034 | 198 Shadroe Cove Circle Unit 501 Cape Coral, FL 33991 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 44. | Glassman, Monica and Childs, Joan | Glassman: 649 E. Sheridan Street #302 Dania Beach, FL 33004  Childs: 1581 Weeping Willow Way Hollywood, FL 33019 | 529 E. Sheridan Street #307 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 45. | Comaze-FL, LLC (Javier Zepeda) | 4531 S.W. 5th Street Coral Gables, FL 33134 | 519 E. Sheridan Blvd. #101 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 46. | Coratti, Philip | 2971 Route 9G Rhinebeck, NY 12572 | 130 Ocean Bay Drive Jensen Bay, FL 34957 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sumaj Builders Corporation (199) Pukka Development, Inc. (155) | | Allied Building Products Corporation (8) |
| 47. | D'Aprile, Anthony and Marcia | 7166 Three Wood Dr. Matthews, NC 28104 | 190 Shadroe Cove Circle Unit 702 Cape Coral, FL 33991 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 48. | Delmas, Hantz and Melmas, Mary Menzies | 22796 S.W. 89th Place Cutler Bay, FL 33190 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152) Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc. (94) |
| 49. | Dimon, Charles and Lynn | 482 N.W. Emilia Way Jensen Beach, FL 34957 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | South Bay Development Corporation (183) | | |
| 50. | Farley, Patrick, Michael and Josephine | 9013 Amour Drive Chalmette, LA 70043 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 51. | Ferrara, Elena | 8310 N.W. 156th Terrace Miami Lakes, FL 33016 | 8031 W. 36th Avenue #4 Hialeah, FL 33018 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Shoma Homes Splendido, Inc. (177) | Mercado Enterprises, Inc. (136) | Banner Supply Co. (23) |
| 52. | Freudiger, George | 10885 Mockernut Drive Harrison, OH 45030 | 135 S.W. 57th Terrace Cape Coral, FL 33914 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Aubuchon Homes, Inc. (18) | | Stock Building Supply of Florida, LLC (197) |
| 53. | Galiardo, Frederick and Jeanne | 24 Crowndale Place Galloway, NJ 08205 | 509 E. Sheridan, Unit 405 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 54. | Gaylord, Peter and Kelly | 320 Palm Isles Court Punta Gorda, FL 33950 | 240 West End Drive #321 and #322 Punta Gorda, FL 33950 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. Ft Myers, LLC (24) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 55. | Ghanta, Madhav | 799 Crandon Blvd #1207 Key Biscayne, FL 33149 | 11458 Water Oakes Place Davie, FL 33330 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | Banner Supply Co. |
| 56. | Gillette, Henry and Jane | 3805 Machado Street Tampa, FL 33606 | 2406 31st Avenue Tampa, FL 33610 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Banner Homes of Florida, Inc. (22); Malphus and Sons (235) | Steven Sweet Drywall, Inc. (194) | |
| 57. | Gorton, Peter and Elaine | 1500 E. Main Street P.O. Box 89 Endicott, NY 13761 | 915 Regal Manor Way Sun City, FL 33573 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 58. | Gravel, Kathie | 529 E. Sheridan, Unit 301 Dania Beach, FL 33004 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175); Trafalgar Associates, Inc. (218) | | |
| 59. | Gunson, Christopher | 10418 Taft Street Pembroke Pines, FL 33026 | 509 E. Sheridan, Unit 305 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175); Trafalgar Associates, Inc. (218) | | |
| 60. | Hardesty, Richard | 14145 Citrus Crest Circle Tampa, FL 33625 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC (58) | West Construction Group, Inc. (228) | Black Bear Gypsum, LLC (35) |
| 61. | Hocker, Dina | 19060 N.W. 41st Drive Coral Springs, FL 33065 | 503 E. Sheridan Unit 304 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175); Trafalgar Associates, Inc. (218) | | |
| 62. | Jones, Frank D. and Peggy H. | 25264 County Road 38 Summerdale, AL 36580 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | J.K. Lassiter Construction, LLC (113) | | |
| 63. | Karlstromer, Steve and Rose | 5155 Southlake Drive Alpharetta, GA 30005 | 4976 Seville Court Cape Coral, FL 33904 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Villa Development, Inc. (222); Villa Homes of Southwest Florida (223) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 64. | Kent, Edward and Donna | 5081 Foxbridge Cr. N. Apt. 152. Clearwater, FL 33760 | 14143 Citrus Crest Circle Tampa, FL 33625 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC (58) | West Construction Group, Inc. (228) | Black Bear Gypsum, C (35) |
| 65. | Marin, Jose A. and Monica | 8904 SW 229th Street Miami, FL 33190 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152)<br><br>Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc. (94) |
| 66. | Matute, Argerie | 8884 SW 229th Street Cutler Bay, FL 33190 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152)<br><br>Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc. (94) |
| 67. | McNealy, James and Fran | 8882 SW 229th Street Cutler Bay, FL 33190 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152)<br><br>Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc. (94) |
| 68. | Miller, Brenda J and Martinez, William | 509 E. Sheridan Street #306 Dania Beach, FL 33004 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175)<br><br>Trafalgar Associates, Inc. (218) | | |
| 69. | Mione, Anthony and Lillian | 565 S.W. Haskell Avenue Port St. Lucie, FL 34953 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Marr Development of Central Florida, Inc. (130) | | |
| 70. | Miranda, Jose and Adele | 8890 SW 229th Street Miami, FL 33190 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152)<br><br>Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc. (94) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 71. | Ospina, Richard | 1138 W. 42nd Street Hialeah, FL 33012 | 509 E. Sheridan Street #303 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 72. | Peace Harbor Condominium Association | 900 E. Marion Avenue Units 1201 and 1402 Punta Gorda, FL 33950 | Units 1201 and 1403 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Core Construction, LLC (63) | C.A. Steelman, Inc. (46) | Banner Supply Co. (8) |
| 73. | Priester, Isembe and Stephanie | 3805 Machado Street Tampa, FL 33610 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Banner Homes of Florida, Inc. (22) | Steven Sweet Drywall, Inc. (194) | |
| 74. | Puerto, Rafael M. | 11212 NW 74th Terrace #206 Doral, FL 33178 | 10902 NW 83rd Street #214 Doral, FL 33178 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 75. | Raloi, LLC | c/o Juan Policastro 7682 SW 54th Avenue Miami, FL 33143 | 240 West End Drive Unit #1212 Punta Gorda, FL 33431 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (8) |
| 76. | Retfalvi, Paul | 4433 Westwood Lane Sarasota, FL 34231 | 1722 Hansen Street Sarasota, FL 34231 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Vision Homes of SW FL, Inc. (224) | | |
| 77. | Rodriguez, Wilfredo and Angeline Rodriguez, Barbara | 519 E. Sheridan Street #105 Dania Beach, FL 33004 | 18069 S.W. 54th Street Miramar, FL 33029 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | Banner Supply Co. (8) |
| 78. | Romero, Roberto M. | 2946 S.W. 133rd Avenue Miramar, FL 33027 | 519 E. Sheridan Street #105 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 79. | Rosada, Lurdenis and Angel Rosada | 11151 Laurel Walk Road Wellington, FL 33449 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sterling Communities, Inc. (190) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 80. | Royak, Paula and Jules | 22 Herold Drive Glen Rock, NJ 07452 | 519 E. Sheridan Street #107 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 81. | Santelle, Thomas and Anne | 2481 Lyndon Drive Uniontown, OH 44685 | 194 Shadroe Cove Circle #603 Cape Coral, FL 33991 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (18) |
| 82. | Santoni, Andrea | 529 E. Sheridan Street #408 Dania Beach, FL 33004 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 83. | Sarwar, Choudhry | 10545 Martinique Isle Drive Tampa, FL 33647 | 19263 Stonehedge Drive Tampa, FL 33647 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Mobley Homes Florida, LLC (138) | | |
| 84. | Shafer, Sam and Mary | 772 Barlow Drive Gettysburg, PA 17325 | 206 Shadroe Cove Circle, #301 Cape Coral, FL 33991 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (18) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 85. | Sheridan Beach Club Condominium Number Three, Inc. | 529 E. Sheridan Street #406 Dania Beach, FL 33004 | 509 E. Sheridan Street Dania Beach, FL 33004 Unit #s 103, 301, 302, 303, 304, 305, 306, 307, 308, 405, 408<br><br>519 E. Sheridan Street Dania Beach, FL 33004 Unit #s101; 103; 105; 107; 206 and 306<br><br>529 E. Sheridan Street Dania Beach, FL 33004 Unit #s105; 301; 303; 307; 403; 404; 406; 408<br><br>Pool Bath | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175)<br><br>Trafalgar Associates, Inc. (218) | | |
| 86. | Sparkman, David and Elizabeth | 2103 Country Club Court Plant City, FL 33466 | 3014 Via Parma Street Plant City, FL 33566 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Radd Builders, Inc. (159) | All County Drywall Service, Inc. (6)<br><br>Harrell's Drywall, Inc. (98) | |
| 87. | Steele Family Enterprises, LLC | 410 Cayuga Drive Loudon, TN 37774 | 6736 Magnolia Point Drive Land O'Lakes, FL 34637 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Lexington Homes, Inc. (123) | Roy Harris Drywall, Inc. (173) | |
| 88. | Stevens, Gregory | 4149 Saltwater Blvd. Tampa, FL 33615 | 14151 Citrus Crest Circle Tampa, FL 33625 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Citrus Park Development Group, LLC (58) | West Construction Group, Inc. (228) | Black Bear Gypsum, LLC (35) |
| 89. | Swank, Michael and Brenda | 1170 Corinth Greens Drive Sun City Center, FL 33573 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor / Installer Defendant | Distributor / Exporter / Importer / Broker Defendant |
|---|---|---|---|---|---|---|---|
| 90. | Thomasevich, Eli and Priscilla | 11201 Laurel Walk Road Wellington, FL 33449 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sterling Communities, Inc. (190) | | |
| 91. | Torchia, Saverio and Ornella | 15864 N.W. 16th Street Pembroke Pines, FL 33028 | 509 SE Sheridan Street, #302 Dania Beach, FL 33004 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Sheridan 87, LLC (175) Trafalgar Associates, Inc. (218) | | |
| 92. | Traina, Richard and Lorraine | 10480 SW Stephanie Way #3-206 Port St. Lucie, FL 34987 | | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 93. | Valdes, Michael and Florenda | 5420 NW 114th Avenue #205 Doral, FL 33178 | 8912 SW 229th Street Cutler Bay, FL 33190 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Pride Homes of Lakes by the Bay Parcel H, LLC (152) Matsa Construction Company, Inc. (131) | Design Drywall of South Florida, LLC (70) | Gulfside Supply, Inc (94) |
| 94. | Vargas, Teodoro and Yolanda | 25500 Aptitude Terrace Wesley Chapel, FL 33544 | 5112 Cactus Needle Lane Wesley Chapel, FL 33543 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Premier Homes, LLC (151) | | |
| 95. | Wegweiser, Wanda | 99 SE Mizner Blvd. Unit 1312C Boca Raton, FL 33432 | 1690 Renaissance Commons Blvd. #1312 Boynton Beach, FL 33426 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | Renaissance Commons, LLC (162) | | |
| 96. | White, Marshall and Cynthia | 1208 Willow Way Noblesville, IN 46062 | 190 Shadroe Cove Circle #701 Cape Coral, FL 33991 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 97. | Zaki, Hussein and Zlata | 238 Banbury Lane Pittsburgh, PA 15220 | 292 Broken Oak Trail Jensen Beach, FL 334957 | Baron & Budd, P.C. Alters Law, PA Allison Grant, PA | | | |
| 98. | Anderson, Samuel | 341 Findlay Ave. Canfield, OH 44406 | 240 WEST END DRIVE, 911 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 99. | Ayanbadejo, Oladele | 1360 Bayview Drive Fort Lauderdale, FL 33304 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Master Builders of South Florida, Inc. (236) | | |
| 100. | Brik, Beni | 1850 NW 108 Ave. Clanchatton, FL 33322 | 240 WEST END DRIVE, 1311 and 1312 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 101. | Brown, Cortland | 1133 Bel Harbor Blvd. 1139 Punta Gorda, FL 33950 | 240 WEST END DRIVE, 1512 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 102. | Burke, Kenneth and Cynthia | 7709 Tangle Rush Drive Gibsonton, FL 33534 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Ashton Tampa Residential, LLC d/b/a Ashton Woods Homes (237) | | |
| 103. | Kugler, Donald and Candiani, Karen | P.O. Box 511836 Pinta Gorda, FL 33951 | 240 WEST END DRIVE, 313 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 104. | Chavez, Rolando Javier | Las Palomas 155 La Pradera La Molina, Lima 12, Peru | 11215 Laurel Brook Court Riverview, FL 33569 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Rivercrest LLC/The St. Joe Company (167) | | |
| 105. | **Cobblestone on the Lake Condominium Association** | 4351 Bellaria Way, Building 4 Ft. Myers, FL 33916 | 4400 Executive Drive Fort Myers, FL 33916 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | MC-Ft. Myers Associates, LLC (238); LAURIS BOULANGER, Inc. (239) | | Stock Building Supply (196); Stock Building Supply of Florida, LLC (197) |
| 106. | Cocquerelle, Nicolas | 1150 21ST Street #15 San Diego, CA 92102 | 4351 Bellaria Way, #433 Ft. Myers, FL 33916 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | MC-Ft. Myers Associates, LLC (238); LAURIS BOULANGER, Inc. (239) | | Stock Building Supply (196); Stock Building Supply of Florida, LLC (197) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor / Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 107. | Cohen, Ariel and Joel | P.O. Box 80-1540 Aventura, FL 33280 | 240 West End Dr. #1521 Punta Gorda, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 108. | Cox, Shawn and Lisa | 870 Ramblewood Drive Rochester, MI 48307 | 9404 SCARBOROUGH COURT PORT ST. LUCIE, FL 34986 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Richard Jones Construction, Inc.**(240)** | O.C.D. of S. Florida, Inc. **(143)** | Banner Supply Co. **(23)** |
| 109. | Cubas, Mirtha and Hernandez, Aida | 2011 S.W. 100 Terrace Miramar, FL 33025 | 1050 NW 36th Place Cape Coral, FL 33993 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Arizen Homes, Inc. **(241)** | | |
| 110. | Dearborn, John & Charlotte | 1703 NW 44TH AVENUE CAPE CORAL, FL 33993 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | S. Peterson Homes, Inc. **(242)** | Karr Drywall, Inc. **(243)** | |
| 111. | DiVanno, Michael and Iben | 18800 Cypress Bend Drive Boca Raton, FL 33489 | 240 WEST END DRIVE, 913 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 112. | Doerre, Christopher J. | 1 Homewood Drive Brick, NJ 08723 | 5280 Tamiami Court CAPE CORAL, FL 33904 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Heights Properties LLC **(100)** | | Banner Supply Co. **(23)** |
| 113. | Feger, Gary | 6832 N.W. Hugate Circle Port St. Lucie, FL 34963 | 240 WEST END DRIVE, 1422 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 114. | Fermoile, James and Ann | 178 Shadroe Cove Circle, 901 Cape Coral, FL 33991 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | The Haskell Company **(207)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. Fort Myers, LLC **(24)** |
| 115. | Ferrari, Ercole and Divina | 1570 Sweetbay Way Hollywood, FL 33019 | 509 E. Sheridan Street, #308, Dania Beach, FL 33004 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Sheridan 87, LLC **(175)** Trafalgar Associates, Inc. **(218)** | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter / Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 116. | Forbes, Scott | 1212 E. Broward Blvd. #204 Ft. Lauderdale, FL 33301 | 240 WEST END DRIVE, 1011, 1012, 1013 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 117. | Francisco, Thomas and Jane | 1728 BOBCAT TRAIL NORTH PORT, FL 32288 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Medallion Homes Gulf Coast, Inc. **(244)** | | |
| 118. | Franklin, Aileen and Thomas | 7975 NW 154 Street #230 Miami, FL 33016 | 17543 N.W. 91st Avenue Miami, FL 33018 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | West Lake Estate, Inc. **(245)** | | |
| 119. | Gamboa, Luis | Urb. Los Chorros, Av. Principal Miravila Piso 8 N 8-B, Caracas 1071, Venezuela | 240 WEST END DRIVE, 723 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 120. | Garcia, Ernesto and Ortega, Zilgbean | Bldg. 2500 Portofino Circle, Apt 100 Palm Beach, FL 33418 | 422 Belle Grove Lane Royal Palm Beach, FL 33411 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | K Hovnanian of Palm Beach XIII, Inc. **(263)** | | |
| 121. | Goldstein, Ira | 15443 FIORENZE CIRCLE DELRAY BEACH, FL 33446 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Centerline Homes Construction, Inc. **(53)** | O.C.D of S. Florida, Inc. **(143)** | L&W Supply Corporation d/b/a Seacoast Supply Company **(120)** |
| 122. | Gonzalez, Barbara and Mark | 7512 BRIDGEVIEW DRIVE WESLEY CHAPEL, FL 33545 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | KB Homes, Inc. **(246)** | | |

[1] All plaintiffs with claims against L&W Supply Corporation d/b/a Seacoast Supply Company are also bringing claims against USG Corporation. L&W Supply Corporation d/b/a Seacoast Supply Company is a subsidiary of USG. USG is responsible for the actions of its subsidiary through control person and other management activities.

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 123. | Herston, James Herston, Matthew | 133 Creek Drive SE Port Charlotte, FL 33952 | 240 WEST END DRIVE, 421 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 124. | Hickey, Brian and Juliano, Enrico | 4844 NW North Macedo Blvd Port St. Lucie, FL 34983 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Majestic Homes of Port St. Lucie (268) | | Banner Supply Co. (23) |
| 125. | Humphrey, Thomas | 2325 S.W. Woodridge Street Port St. Lucie, FL 34953 | 240 WEST END DRIVE, 1321, 1322, 1323 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 126. | ITSM Corp | 3957 Martin Court Weston, FL 33331 | 240 WEST END DRIVE, 711 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 127. | Jackson, Michael | 2808 NE 32nd Street Fort Lauderdale, FL 33306 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Jade Organization, Inc. (247) | | |
| 128. | Jacobs, Tammy | 3801 MACHADO STREET TAMPA, FL 33603 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Banner Homes of Florida, Inc. (22) Malphus and Sons (235) | Steven Sweet Drywall, Inc. (194) | |
| 129. | Johnson, Aiasha and Geoffrey | 190 SE 2ND STREET DEERFIELD BEACH, FL 33441 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Deerfield Court Townhomes, LLC (248) Lavish Holding Corp. (249) | | |
| 130. | Jorda, Carlos and Dalia | 14026 Hampton Cove Drive Houston, TX 77077 | 240 WEST END DRIVE, 912 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 131. | Kana, Patrick | 8 Wexford Lane Oceanside, NY 11572 | 3744 NE 15th Place Cape Coral, FL 33909 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |

Page 16 of 98

Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 132. | Kennedy, Phillip and Lyset | 8055 W. 36TH AVENUE, 1 Hialeah, FL 33018 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. (177) | Mercado Enterprises, Inc. (136) | Banner Supply Co. (23) |
| 133. | Lang, Danielle | 26554 Chimney Spire Lane Wesley Chapel, FL 33544 | 1339 LYONSHIRE DRIVE WESLEY CHAPEL, FL 33545 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Premiere Design Homes, Inc. (250) Sedgwick Developers, Inc. (251) | | |
| 134. | Lavin, Eduardo and Esperanza | 8141 W 36th Ave #5 Hialeah Gardens, FL 33015 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. (177) | Mercado Enterprises, Inc. (136) | Banner Supply Co. (23) |
| 135. | Lee, Mark and Wendy | 37 West 986 Heaton Park Batavia, IL 60510 | 240 WEST END DRIVE, 512 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 136. | Legendre, Joan | 56 Sandview Drive Port Jefferson, NY 11777 | 282 NW BROKEN OAK TRAIL, JENSEN BEACH, FL 34957 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 137. | Lopez, David and Yesenia | 8141 West 36th Avenue, Unit 6 Hialeah, FL 33018 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. (177) | Mercado Enterprises, Inc. (136) | Banner Supply Co. (23) |
| 138. | Marin, Cassandra | 3865 SW WYCOFF STREET PORT ST. LUCIE, FL 34953 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Turn Key Home Builders, Inc. (252) | | |
| 139. | Marston, Claire | 1133 Cambon Avenue North Port, FL 34288 | 240 WEST END DRIVE, 923 and 1412 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (23) |
| 140. | Martin, Richard and Judith | 272 NW BROKEN OAK TRAIL, JENSEN BEACH, FL 34957 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 141. | Marzuliff, Paul | 602 Bunker Lane Mason, OH 45040 | 240 WEST END DRIVE, 412 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 142. | Mendez, Jesse | 8141 W 36th Avenue, Unit 2 Hialeah, FL 33018 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. **(177)** | Mercado Enterprises, Inc. **(136)** | Banner Supply Co. **(23)** |
| 143. | Osicki, Siegward | 2049 Big Pass Lane Punta Gorda, FL 33955 | 240 WEST END DRIVE, 413 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 144. | Pereiro, Mirta | 8025 W. 36th Avenue #1 HIALEAH, FL 33018 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. **(177)** | Mercado Enterprises, Inc. **(136)** | Banner Supply Co. **(23)** |
| 145. | Perez, Gustavo | 8149 N.W. 115th Court Doral, FL 33179 | 240 WEST END DRIVE, 1421 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC **(40)** | C.A. Steelman, Inc. **(46)** | Banner Supply Co. **(23)** |
| 146. | Quezada, Nelly | 1714 Wakefield Drive Brandon, FL 33511 | 11404 LAUREL BROOK COURT Riverview, FL 33569 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Rivercrest LLC/The St. Joe Company **(167)** | | |
| 147. | Schandelmeier, Patricia | 88 Boundary Blvd., Apt. 134 Rotonda West, FL 33947 | 25748 Deep Creek Blvd. Punta Gorda, FL 33983 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | KB Homes | | |
| 148. | Scott, Karen and James | 707 N.W 15th Avenue Deerfield, FL 33442 | 525 S.W. Akron Avenue, Stuart, FL 34994 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Stuart South Group, LLC **(253)** Treasure Coast Communities, LLC **(254)** | D and A Construction Services, Inc. **(255)** | Banner Supply Co. **(23)** |
| 149. | Shaw, Scott and Jackie | 3125 SW 22ND AVENUE CAPE CORAL, FL 33914 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Hansen Homes of South Florida, Inc. **(96)** | | Banner Supply Co. **(23)** |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 150. | Surles, Michael | 320 23rd Street South, Apt. 832 Arlington, VA 22202 | 605 Caroline Drive Vero Beach, FL 32968 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Woodside Stoneybrook, LLC (256) | | |
| 151. | Victor, Remi L., Jr. | 350 S. Collier Blvd., #701 Marco Island, FL 34145 | 4351 Bellaria Way, #440 Ft. Myers, FL 33916 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | MC-Ft. Myers Associates, LLC (238)  LAURIS BOULANGER, Inc. (239) | | Stock Building Supply (196)  Stock Building Supply of Florida, LLC (197) |
| 152. | Villavicencio, Carlos | 8631 SW 16th Court Pembroke Pines, FL 33025 | 8025 W. 36TH AVENUE, #5 Hialeah, FL 33018 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Shoma Homes Splendido, Inc. (177) | Mercado Enterprises, Inc. (136) | Banner Supply Co. (194) |
| 153. | Villegas, Hiram | 3937 Nighthawk Drive Weston, FL 33331 | 240 WEST END DRIVE, 123 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Brooks & Freund, LLC (40) | C.A. Steelman, Inc. (46) | Banner Supply Co. (194) |
| 154. | Walker, Melissa and Craig | 5519 Winhawk Way Lutz, FL 33558 | 1536 Abyss Drive Odessa, FL 33556 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Smith Family Homes Corporation (180) | Heroll's Drywall (257) | |
| 155. | Webster, Stephen | 541 Morris Lane Berwyn, PA 19312 | 4351 Bellaria Way, Unit #411 Ft. Myers, FL 33916 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | MC-Ft. Myers Associates, LLC (238)  LAURIS BOULANGER, Inc. (239) | | Stock Building Supply (196)  Stock Building Supply of Florida, LLC (197) |
| 156. | Wilson, Michael and Wilson-Romans, Adma | 1986 NW 79TH TERRACE PEMBROKE PINES, FL 33024 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Lennar Corporation (122) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 157. | Zapata, Jorge William and Zapata, Nidia | 1217 Manor Drive South Weston, FL 33326 | 140 S. Dixie Highway, Unit 606 Hollywood, Florida 33020 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Hollywood Dixie Associates LLC (259)<br><br>Cornerstone Group Construction, Inc. (260)<br><br>Cornerstone Group Development Corp. (261) | | |
| 158. | Tigers Eye Enterprises, LLC | 1200 Turnpike Street Canton, MA 02021 | 900 EAST MARION AVENUE, #1203 PUNTA GORDA, FL 33950 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Core Construction Services Southeast, Inc. (262) | C.A. Steelman, Inc. (46) | Banner Supply Co. (3) |
| 159. | Abbott, Carl & Adele | 353 Hammocks Trail Greenacres, FL 33413 | 10320 SW Stephanie Way Unit 7-206 Port St. Lucie, FL 34987 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Centerline Homes Construction, Inc. (53) | O.C.D. of S. Florida, Inc. (143) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 160. | Adams, Robert | 9681 Lago Drive Boynton Beach, FL 33472 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 161. | Alwill, Maria and Migliore, Salvatore | 7541 Bristol Circle Naples, FL 34120 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Waterways Joint Venture IV, LLC (225) | | |
| 162. | Attard, Steve and Samantha | 13369 Little Gem Circle Fort Myers, FL 33913 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Beazer Homes Corp (264) | | |
| 163. | Beasley, Anika | 7071 Whitmore Place New Orleans, LA 70128 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 164. | Brown, Algaran and Regina | 4297 S.W. McClellan Street Port St. Lucie, FL 34953 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Cloutier Brothers, Inc. (55) | | |
| 165. | Cattano, Phyllis | 2107 N.E. Juanita Place Cape Coral, FL 33909 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Timberline Builders, Inc. (213) | | |
| 166. | Avenue A, LLC (D.J. Craven, Member) | 1132 Sena Drive Metairie, LA 70005 | 6700 Avenue A New Orleans, LA 70124 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | Bradford Lumber & Supply, Inc. (38) |
| 167. | Avenue A, LLC (D.J. Craven, Member) | 1132 Sena Drive Metairie, LA 70005 | 133 38th Street New Orleans, LA 70124 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | Bradford Lumber & Supply, Inc. (38) |
| 168. | DeMange, Craig | 7553 Bristol Circle Naples, FL 34120 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 169. | Dinette, Rodney and Geraldine | 573 Huseman Lane Covington, LA 70435 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Sun Construction, Inc (258) | | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |
| 170. | Dinnen, Walter and Vickie | 2 Harbour Isle Drive E., #201 Fort Pierce, FL 34949 | 10360 S.W. Stephanie Way Unit 6-203 Port St. Lucie, FL 34987 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Centerline Homes Construction, Inc. (53) | O.C.D. of S. Florida, Inc. (143) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 171. | Dumas, John | 536 Preserve Point N. Jupiter, FL 33458 | 10560 S.W. Stephanie Way Unit 1-104 Port St. Lucie, FL 34987 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | Centerline Homes Construction, Inc. (53) | O.C.D. of S. Florida, Inc. (143) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 172. | Dunn, Howard | 13568 Little Gem Circle Fort Myers, FL 33913 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 173. | Falgout, Christopher | 2012 Charles Drive Chalmette, LA 70043 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 174. | Fernandez, Heky and Fuenmayor, Carmen | 15090 SW 16th Street Davie, FL 33326 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 175. | Galvis, Luis and Beatriz | 9121 Sedgewood Drive Lake Worth, FL 33467 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 176. | Holmes, Rhonda | 2024 Perez Drive Braithwaite, LA 70040 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 177. | Martinez, John | 10605 St. John Church Rd. Folsom, LA 70437 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |

Page 22 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 178. | Matrana, Anthony and Debra | 3716 Marietta Street Chalmette, LA 70043 | 3716 Marietta Street Chalmette, LA 70043 3524 Marietta Street Chalmette, LA 70043 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |
| 179. | Molden, Frank | 4401 Julia Street Moss Point, MS 39563 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 180. | Molden, Frank | 4407 Julia Street Moss Point, MS 39563 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 181. | Nowicki, John C. | 8416 BERNWOOD COVE LOOP APT 1611 Fort Myers, FL 33966 | 2713 SW 18th Avenue Cape Coral, FL 33914 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 182. | Pitter-Hinds, Hartley and Joyce | 9644 Ginger Court Parkland, FL 33076 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 183. | Rousseau, Gisselle | 1976 SE 23rd Avenue Homestead, FL 33035 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 184. | Shuss, Gregory | 543 Georges Road Dayton, NJ 08810 | 10858 Tiberio Fort Myers, FL 33913 | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 185. | Sperier Mary Rose | 2216 Plaza Drive Chalmette, LA 70043 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |
| 186. | Vanasdale, Connie | 2373 SW Almansa Ave. Port St. Lucie, FL 34953 | | Baron & Budd, P.C., Alters Law, P.A., and Allison Grant, P.A. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 187. | Vancio, Robert & Karen | 728 Woodland Ave. Kenilworth, NJ 07033 | 4517 NW 34th Street Cape Coral, FL 33933 | Baron & Budd, P.C., Alters Law, P. A., and Allison Grant, P. A. | | | |
| 188. | Wiesman, Robert & Juan | 3508 41st Street S.W. Lehigh Acres, FL 33976 | | Baron & Budd, P.C., Alters Law, P. A., and Allison Grant, P. A. | | | |
| 189. | Bertholette, Anna and Lund, Leslie | 4412 Olive Drive Meraux, LA 70075 | | Bencomo & Associates | | R & B Housing LLC (157) | |
| 190. | Bienemy, Eric | 3001 Guerra Drive Violet, LA 70092 | 2828 Daniel Drive Violet, LA 70093 | Bencomo & Associates | | | Common Ground Relief, Inc. (60) |
| 191. | Guy, Etta | 2701 Aubry Street New Orleans, LA 70119 | | Bruno & Bruno, LLP | | | |
| 192. | Bauman, Robert | 5401 Bancraft Drive New Orleans, LA 70112 | | Bruno & Bruno, LLP | | | |
| 193. | Marrero, Charlene | 11252 King Richard Drive New Orleans, LA 70128 | | Cuneo, Gilbert & LaDuca | | | |
| 194. | Garcia, Joseph | 90 Werking Road East Greenbush, NY 12061 | 10452 SW Sarah Way Port St. Lucie, FL 34987 | Gonzalez/LFSB/Lewis | Hanover Homes, Inc. (95) | | |
| 195. | Glover, Danny | 19315 NW 24 Avenue Miami, FL 33055 | 838 SW Sultan Drive Port St. Lucie, FL 34953 | Gonzalez/LFSB/Lewis | J. Cherry and Sons, Inc. (112) | | |
| 196. | Grueninger, Susan and Jeffrey | 267 Minorca Avenue Suite 100 Coral Gables, FL 33134 | 606 San Antonio Avenue Coral Gables, FL 33146 | Gonzalez/LFSB/Lewis | | | Everglades Lumber and Building Supplies, LLC (79) |
| 197. | Mosley, Tracey and Tami | 8236 W. Jamestown Cir North Fort Myers, FL 33917 | 12200 Minnesota Avenue Punta Gorda, FL 33955 | Gonzalez/LFSB/Lewis | | | |