*Laura Haya and Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" — Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 454. | Coe, Joe and Keyoka | 3415 Willow Street New Orleans, LA 70115 | | Hurricane Legal Center, LLC | | | |
| 455. | Elzie, Henry and Edna | 1335 Alvar Street New Orleans, LA 70117 | | Hurricane Legal Center, LLC | | | |
| 456. | Helmstetter, Lorraine | 2244 Lizardi Street New Orleans, LA 70117 | | Hurricane Legal Center, LLC | | | |
| 457. | Williams, Albert | 3015 Clouet Street New Orleans, LA 70126 | | Hurricane Legal Center, LLC | | | |
| 458. | Duvernay, Victor | 5115 Chamberlin Street New Orleans, LA 70122 | | Hurricane Legal Center, LLC | | | |
| 459. | Jamar Hill | 4736 Rosalia Drive New Orleans, LA 70127 | | Hurricane Legal Center, LLC | | | |
| 460. | Kips, Karen | 291 Delille Street Chalmette, LA 70043 | | Hurricane Legal Center, LLC | | | |
| 461. | Sims, Elvina and Darryl | 4991 Dorgenois Street New Orleans, LA 70117 | | Hurricane Legal Center, LLC | | | |
| 462. | Williams, David | 16646 East Saint Mary Street Lettsworth, LA 70753 | 4859 Evangeline Drive New Orleans, LA 70127 | Hurricane Legal Center, LLC | | | |
| 463. | Harrison, George and Maria | 8165 Bridgeport Bay Circle Mount Dora, FL 32757 | 6052 NW 116 Drive #19A Coral Springs, FL 33076 | Krupnick, Campbell, Malone, et al. | | | |
| 464. | Gesualdo, Domenic and Darlene | 565 Clark Avenue #20 Bristol, CT | 3232 NE 4 Street Pompano Beach, FL 33062 | Krupnick, Campbell, Malone, et al. | | | |
| 465. | Bontu, Prakash R. and Rupa | 5906 Utica Ridge Road Davenport, IA 52807 | 809 King Leon Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 466. | Villarama, Lilia | 202 Meici Terrace North Venice, FL 36367 | | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 467. | Diallo, Alfa and Molero, Karla | 7300 Wisteria Avenue Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 468. | Gottung, Douglas and Deolores Florio | 1313 Central Avenue Surf City, NJ 08008 | 10360 SW Stephanie Way, Unit #204 Port St. Lucie, FL 34987 | Krupnick, Campbell, Malone, et al. | | | |
| 469. | Romain, Doug | 8989 Alexandra Circle Wellington, FL 33414 | 10846 SW Meeting Street Port St. Lucie, FL 34987 | Krupnick, Campbell, Malone, et al. | | | |
| 470. | Dion, David and Parks, Eunice | 9781 Cobblestone Creek Boynton Beach, FL 33472 | | Krupnick, Campbell, Malone, et al. | | | |
| 471. | Elliott, Roger and Allison | 2003 SW Laredo Street Stuart, FL | | Krupnick, Campbell, Malone, et al. | | | |
| 472. | Machado, Williams and Lopez, Bicelis and Franyelina | 14721 S.W. 6 Street Pembroke Pines, FL 33027 | | Krupnick, Campbell, Malone, et al. | | | |
| 473. | Vasquez, Claudia | 702 S.W. 147 Avenue Pembroke Pines, FL 33027 | | Krupnick, Campbell, Malone, et al. | | | |
| 474. | Peloquin, Michael and Erin | 7105 Waterline Road Austin, TX 78731 | 12747 Kentwood Avenue Fort Myers, FL 33913 | Krupnick, Campbell, Malone, et al. | | | |
| 475. | Frank, David and Catherine | 826 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 476. | Kim, Charles and Helen | 19262 Mill Site Place Lansdowne, VA 20176 | 991 Fish Hook Cove Bradenton, FL 34212 | Krupnick, Campbell, Malone, et al. | | | |
| 477. | Gatto, Charles | 273 Swan Lane Jupiter, FL 33458 | | Krupnick, Campbell, Malone, et al. | | | |
| 478. | Floyd, Leroy and Bernadete | 2602 Rhode Island Avenue Ft. Pierce, FL 34947 | 2602 Rhode Island Avenue Ft Pierce, FL 34947 | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 479. | Schafer, Clyde and Pauline | 814 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 480. | Catalano, Pete and Arnett | 1458 SW Goodman Avenue Port St. Lucie, FL 34952 | | Krupnick, Campbell, Malone, et al. | | | |
| 481. | Adams, John and Andrea | 10642 SW Gingermill Drive Port Saint Lucie, FL 34987 | 10440 SW Stephanie Way #4-202 Port St. Lucie, FL 34987 | Krupnick, Campbell, Malone, et al. | | | |
| 482. | Areces, Miguel and Jacqueline | 5300 Seagrape Drive Ft. Pierce, FL 34982 | | Krupnick, Campbell, Malone, et al. | | | |
| 483. | Cheeran, David C. and Mary | 2989 Clover Street Pittsford, NY 14534 | 987 Fish Hook Cove Bradenton, FL 34212 | Krupnick, Campbell, Malone, et al. | | | |
| 484. | Anise, Maikel and Karen | 15505 Take Off Place Wellington, FL 33414 | 9661 Cobblestone Drive Boynton Beach, FL 33437 | Krupnick, Campbell, Malone, et al. | | | |
| 485. | Boersma, Kenneth and Victoria | 9664 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Krupnick, Campbell, Malone, et al. | | | |
| 486. | Edwards, Cecile | 1006 Bristol Greens Court Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 487. | Harikrishnan, Sundaram and Jeeva | 4003 Monticello Blvd. #103 Youngstown, OH 44505 | 542 Rimini Vista Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 488. | Nijhawan, Balraj and Pushpa | 3404 Candy Lane Kokomo, IN 46902

POA: 1037 Regal Manor Way Sun City Center, FL 33573 | 825 King Leon Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 489. | Estadt, Barry and Jean | 529 Rimini Vista Way Sun City Center, FL 33571 | | Krupnick, Campbell, Malone, et al. | | | |
| 490. | Cuellar, Javier and Echeverri, Laura | 7667 N.W. 127 Manor Parkland, FL 33076 | 12735 Kentwood Avenue Ft. Myers, FL 33913 | Krupnick, Campbell, Malone, et al. | | | |
| 491. | Lewis, Eloise | 817 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 492. | Iamazzi, Ronald and Florence | 813 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 493. | Valentine, David and Donna | 1436 Chantilly Circle NE Canton, OH 44721 | 346 Mestre Place North Venice, FL 34275 | Krupnick, Campbell, Malone, et al. | | | |
| 494. | Campola, Patsy and Maureen | 9607 Cimnamon Court Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 495. | Lumare Properties | 3301 NE 183 Street, Unit #2005 Aventura, FL 33160 | | Krupnick, Campbell, Malone, et al. | | | |
| 496. | Price, Robert and Edith | 510 Rimini Vista Way Sun City Center, FL 33575 | | Krupnick, Campbell, Malone, et al. | | | |
| 497. | D'Ambrosio, John and Pamela | 338 Mestre Place North Venice, FL 34275 | | Krupnick, Campbell, Malone, et al. | | | |
| 498. | Costanzo, Richard and Beverly | 6920 Long Leaf Drive Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 499. | Gaynor, Peter and Tracy | 6860 Long Leaf Drive Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 500. | Lippold, Patricia | 2214 Siffield Greens Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 501. | Norton, James P. and Joan C. | 9451 Portside Terrace Bradenton, FL 34212 | | Krupnick, Campbell, Malone, et al. | | | |
| 502. | Auger, Jerry and Susan | 507 Rimini Vista Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 503. | Battista, Leo | 9001 Sunrise Lakes Blvd. 311 Sunrise, FL 33322 | | Krupnick, Campbell, Malone, et al. | | | |
| 504. | DePompa, Angelo | 10930 NW 15 Court Pembroke Pines, FL 33026 | 608 SW 147 Avenue Pembroke Pines, FL 33027 | Krupnick, Campbell, Malone, et al. | | | |
| 505. | Hogan, Roger J. and Joanne | 2756 E. Marcia Street Inverness, FL 34453 | | Krupnick, Campbell, Malone, et al. | | | |
| 506. | Maya, Adi | 12337 NW 69th Court Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 507. | Marcario, Katherine | 1008 Bristol Greens Court Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 508. | Burt, James and Janie | 2035 Sifield Greens Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 509. | Capizola, Edith | 313 Cipriani Way North Venice, FL 34275 | | Krupnick, Campbell, Malone, et al. | | | |
| 510. | Caputo, Mark and Lisa | 9528 Eden Manor Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 511. | Wilbar Investments, LLC, C/O Dean Barnett | 9420 Eden Manor Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 512. | Heller, James and Barbara | 24407 Turnbridge Lane Beachwood, OH 44122 | 839 King Leon Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 513. | Helmkamp, Christopher and Zivile | c/o Financial Management Center P.O. Box 9000 Brownsville, TX 78520 | 306 Mestre Place North Venice, FL 32475 | Krupnick, Campbell, Malone, et al. | | | |
| 514. | Jones, Roosevelt and Green, Barbara | 1420 Emerald Dunes Drive Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 515. | Kovacs, Michael and Judith | 79 Jesse Court Montville, NJ 07045 | 341 Cipriani Way North Venice, FL 34275 | Krupnick, Campbell, Malone, et al. | | | |
| 516. | LaSalle, Julio and Carmen | 14704 SW 5 Street Pembroke Pines, FL 33027 | | Krupnick, Campbell, Malone, et al. | | | |
| 517. | Robichaux, Ronald Jr. | 1752 Mira Largo Circle Ruskin, FL 33570 | 1416 Emerald Dunes Drive Sun City Center, FL 33573  1422 Emerald Dunes Drive Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 518. | Lumare Properties c/o Mauricio Reyes Henao | 2121 Ponce De Leon Blvd., Suite 240 Coral Gables, FL 33134 | 3301 NE 183rd Street Unit #2005 Aventura, FL 33160 | Krupnick, Campbell, Malone, et al. | | | |
| 519. | Orjuela, Sonia | 14726 SW 6 Street Pembroke Pines, FL 33027 | | Krupnick, Campbell, Malone, et al. | | | |
| 520. | Mancuso, Robert and Lorraine | 702 Brenda Lane Dunore, PA 18512 | 812 King Leon Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 521. | Ortiz, Amelia and Mark, Candace | 2648 Windwood Way Royal Palm Beach, FL 33411 | 9701 Cobblestone Creek Drive Boynton Beach, FL 33472 | Krupnick, Campbell, Malone, et al. | | | |
| 522. | Richards, John and Patricia | 811 King Leon Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 523. | Ross, Robert and Natalie | P.O. Box 3 Ringoes, NJ 08551 | 1418 Emerald Dunes Drive Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 524. | Rose, Michael | 4110 Fields Drive Lafayette Hill, PA 19444 | 185 Medici Terrace North Venice, FL 34275 | Krupnick, Campbell, Malone, et al. | | | |
| 525. | Sisk, Robert and Suzanne | 521 Rimini Vista Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 526. | Ventimiglia, Sal | 662 West Carl Avenue Baldwin, NY 11510 | 9597 Cinnamon Court Parkland, FL 33076 | Krupnick, Campbell, Malone, et al. | | | |
| 527. | Vollrath, Richard and Rebecca | 319 Siena Vista Place Unit 271 Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 528. | Perone, Samuel | 13054 Sandwedge Court Jacksonville, FL 32224 | 7261 Lemon Grass Drive Parkland, FL 33076<br><br>7063 Lost Garden Terrace Parkland, FL 33076 | Krupnick, Campbell, Malone, et al. | | | |
| 529. | Cintula, Theodore | 2212 Siefield Greens Way Sun city Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 530. | Gail, Earl and Gwynn | 1017 W. Franklin Street Portage, WI 53901 | 2122 Sifield Greens Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 531. | Miller, Alan and Christine | 983 Fish Hook Cove Bradenton, FL 34212 | | Krupnick, Campbell, Malone, et al. | | | |
| 532. | Forman, Stephen and Beverly | 1140 Casey Key Road Wolconis, FL 34275 | 254 Mestre Place North Venice, FL 34275 | Krupnick, Campbell, Malone, et al. | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor / Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 533. | Lizotte, Richard and Robichaux, Ronald, Jr. | 1409 Emerald Dunes Drive Sun City Center, FL 33573 | 2124 Stefield Greens Way Sun City Center, FL 33573 2120 Stifield Greens Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 534. | Brynn, Gerald E. and Brynn, Betty J. | 603 Elliot Street Ishpeming, MI 49849 | 511 Rimini Vista Way Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 535. | Alford, Edgar and Rita | 2104 Stfield Greens Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 536. | Troutman, Rodney and Sheila | 336 Siena Vista Place Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 537. | Weiner, Darryl | 6890 Long Leaf Drive Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 538. | Stewart, Chester | 6 Deerfield Road Bloomfield, CT 06002 | 6848 Long Leaf Drive Parkland, Fl 33076 | Krupnick, Campbell, Malone, et al. | | | |
| 539. | Russo, Charles and Josephine | 2246 Stfield Greens Way Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |
| 540. | Community Associates (Jackie Pottinger) | 4221 Elba Street New Orleans, LA 70125 | | Lambert & Nelson, PLC | | | |
| 541. | Pomes, Ashley | 1910 Ree Drive Chalmette, LA 70043 | | Lambert & Nelson, PLC | | | |
| 542. | Simon, Catherine | 3817 Napoleon Avenue New Orleans, LA 70125 | | Lambert & Nelson, PLC | | | Interior/Exterior Building Supply, LP (107) Interior/Exterior Enterprises, LLC (108) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 543. | Bernard, Warren and Faith | 227 Mission Court Avondale, LA 70094 | | Lambert & Nelson, PLC<br><br>Greg DiLeo Law Offices<br><br>Kanner & Whiteley, LLC<br><br>Milstein, Adelman & Kreger, LLP | | | |
| 544. | Bourgeois, Patricia and Glenn | 409 Sable Drive Arabi, LA 70032 | | Lambert & Nelson, PLC<br><br>Greg DiLeo Law Offices<br><br>Kanner & Whiteley, LLC<br><br>Milstein, Adelman & Kreger, LLP | | | Bradford Lumber & Supply, Inc. (38)<br><br>Bayou Building Products, LLC (30) |
| 545. | Sansome, Shelly | 415 Doerr Drive Arabi, LA 70032 | | Lambert & Nelson, PLC<br><br>Greg DiLeo Law Offices<br><br>Kanner & Whiteley, LLC<br><br>Milstein, Adelman & Kreger, LLP | | | Bradford Lumber & Supply, Inc. (38)<br><br>Bayou Building Products, LLC (30) |
| 546. | Landry, Jerome and Brandi | 2100 Congressman Herbert Street Chalmette, LA 70043 | 200 W. Urquhart Street Chalmette, LA 70043 | Lambert & Nelson, PLC<br><br>Greg DiLeo Law Offices<br><br>Kanner & Whiteley, LLC<br><br>Milstein, Adelman & Kreger, LLP | | | Bradford Lumber & Supply, Inc. (38)<br><br>Bayou Building Products, LLC (30) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 547. | Robinson-Cloud, Deidra | 12103 Creekhurst Drive Houston, TX 77099-1220 | 7831 Keats Street New Orleans, LA 70126 | Lambert & Nelson, PLC | | | Bradford Lumber & Supply, Inc. (38) |
| | | | | Greg DiLeo Law Offices | | | Bayou Building Products, LLC (30) |
| | | | 7833 Keats Street New Orleans, LA 70126 | Kanner & Whiteley, LLC | | | |
| | | | | Milstein, Adelman & Kreger, LLP | | | |
| 548. | Robinson, Karen A. | 4744-46 Deomnfiuzin Street New Orleans, LA 70122 | | Lemmon Law Firm, LLC | | | Bayou Building Products, LLC (30) |
| 549. | DeMonaco, Charles | 92 Belle Grove Lane Royal Palm Beach, FL 33411 | | Leopold–Kuvin, P. A. | Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes (104) | | |
| 550. | Jarman, Marcus and Jaclyn | 473 Pinebrook Circle Cantonment, FL 32533 | | Levin Law Firm | Reve Development Corporation (165) | | |
| 551. | Mendez, Wilner | 2201 N.E. 4th Avenue Cape Coral, FL 33909 | | Levin Law Firm | Holiday Builders, Inc. (101) | Sweet Interiors, Inc. (202) | Sterling Lumber Company (192) |
| 552. | Robinson, Terry and Wallace | 2828 Wallace Lake Road Pace, FL 32571 | | Levin Law Firm | Solid Construction of the Gulf Coast d/b/a Westerheim Homes (182) | | |
| 553. | McMillan, Annette and John | 403 E. Maxwell Street Pensacola, FL 32503 | | Levin Law Firm | McCluskey Custom Homes (135) | | Smokey Mountain Materials, Inc. (181) |
| 554. | McMillan, Annette and John | 403 E. Maxwell Street Pensacola, FL 32503 | | Levin Law Firm | McCluskey Custom Homes (135) | | Smokey Mountain Materials, Inc. (181) |
| 555. | McDonald, Gary and Tricia | 136 Merrill Road Lucedale, MS 39452 | | Lewis & Roberts, PLLC | | | Pensacola Stevedore Company, Inc. d/b/a Stevedore Company, Inc. (149) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter / Importer / Broker Defendant |
|---|---|---|---|---|---|---|---|
| 556. | Prestridge, John | 12535 Maddox Road Chunchula, AL 36521 | | Lewis & Roberts, PLLC | | | |
| 557. | White, Charles and JoAnn | 94 Heasletts Road Childersburg, AL 35044 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 558. | Ball, Jeffery | 205 12ᵗʰ Street Pleasant Grove, AL 35127 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 559. | DeGray, David | 531 Poinciana Drive Homewood, AL 35209 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 560. | Hill, Leonard and Luverdia | 2708 20ᵗʰ Avenue North Birmingham, AL 35239 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 561. | King, Robert | 294 Grand View Parkway Maylene, AL 35114 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 562. | Parker, Jason | 1499 Highway 57 Vincent, AL 35178 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 563. | Poggio, James and Janice | 13409 Ainsworth Lane Port Charlotte, FL 33981 | | Lewis & Roberts, PLLC | | | |
| 564. | Allen, Cathy Williams | 3380 Montgomery Street Mandeville, LA 70448 | | Lewis & Roberts, PLLC | | | Home Depot, Inc. (16) |
| 565. | Cardinal, Michael and Suyon | 4883 Registry Lane Kennesaw, GA 30152 | | Lewis & Roberts, PLLC | Haven Properties, Inc. (99) | | |
| 566. | Chaney, Wesley and Sheila | 411 Sandflat Road Thomasville, AL 36784 | | Lewis & Roberts, PLLC | | | |
| 567. | Cummins, Jay and Betty | 1487 West Beach Blvd. Gulf Shores, AL 36542 | | Lewis & Roberts, PLLC | | | |
| 568. | Dykes, Jacob and Anny | 1690 Montague Street Leeds, AL 35094 | | Lewis & Roberts, PLLC | | | |

Page 61 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 569. | Everet, Michael | 202 Allison Circle Gulfport, MS 39503 | | Lewis & Roberts, PLLC | | | |
| 570. | Fulton, David and Marjorie | 3370 Montgomery Street Mandeville, LA 70448 | | Lewis & Roberts, PLLC | | | Home Depot, Inc. (107) |
| 571. | Gibson, Robert and Peggy | 494 County Road Calera, AL 35040 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 572. | Hahn, Letitia | 17522 Tiffany Trace Drive Boca Raton, FL 33487 | 1690 Renaissance Commons Blvd. Unit 1221 Boynton Beach, FL 33426 | Lewis & Roberts, PLLC | | | |
| 573. | Hersey, Benjamin and Kandice | 6762 Tanglewood Drive Blackshear, GA 31516 | | Lewis & Roberts, PLLC | Brownstone Builders, Inc. (41) | | Dan Spires Floor Covering, Inc. (68) |
| 574. | Jones, Christopher B. | 5527 13th Avenue South Birmingham, AL 35222 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 575. | Kalifelz, Marita | 2012 S. Federal Highway Apt. F-205 Boynton Beach, FL 33435 | 1690 Renaissance Commons Blvd., Unit 1315 Boynton Beach, FL 33426 | Lewis & Roberts, PLLC | | | |
| 576. | Kaufman, Leslie | 1690 Renaissance Commons Blvd. Unit 1307 Boynton Beach, FL 33426 | | Lewis & Roberts, PLLC | | | |
| 577. | Howard Krause as Trustee of the Naomi Krause Revocable Trust dated March 26, 2001 | 12151 Dunhill Drive Boynton Beach, FL 33437 | 1690 Renaissance Commons Blvd. Unit 1109 Boynton Beach, FL 33426 | Lewis & Roberts, PLLC | | | |
| 578. | Maxwell, Richard and Gretchen | 13664 Hidden Oaks Drive Gulfport, MS 39503 | | Lewis & Roberts, PLLC | The Home Team d/b/a Great Southern Homes, Inc. (209) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 579. | Miller, Robert | 1660 Renaissance Commons Blvd. Unit 2205 Boynton Beach, FL 33426 | | Lewis & Roberts, PLLC | | | |
| 580. | Poplausky, Maurice and Hanna | 61 Country Ridge Drive Rye Brook, NY 10573 | 1690 Renaissance Commons Blvd. Unit 1529 Boynton Beach, FL 33426 | Lewis & Roberts, PLLC | | | |
| 581. | Rodriguez, Otonier and margarita | 14141 Whitter Lane Port Charlotte, FL 33981 | | Lewis & Roberts, PLLC | | | |
| 582. | Taylor, Lloyd and Hoxter, Scott | 6648 Conch Ct. Boynton Beach, FL 33437  Hoxter. 4781 N. Congress Avenue #279 Boynton Beach, FL 33436 | 1660 Renaissance Commons Blvd. Unit 2603 Boynton Beach, FL 33426 | Lewis & Roberts, PLLC | | | |
| 583. | Visionary Ministry | 1829 Dartmouth Avenue Bessemer, AL 35020 | | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 584. | Wester, Billy Ray and Beverly | 346 Talton Circle Attalla, AL 35954 | | Lewis & Roberts, PLLC | | | |
| 585. | Moore, Johnny and Brenda | 1464 Edward Street Dolomite, AL 35061 | 1464 Edward Street Dolomite, AL 35061  1568 Pleasant Grove Dolomite, AL 35061 | Lewis & Roberts, PLLC | | | Mazer's Discount Home Center, Inc. (132) |
| 586. | Kennedy, Alfred | 4543-4545 Lynhuber Drive New Orleans, LA 70126 | | Martzell & Bickford | | | |
| 587. | Mason, Stephen and Mary Margaret | 891 Cooner Road Jasper, AL 35033 | | McCallum, Hoagland, Cook & Irby, LLP | | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor / Installer Defendant | Distributor / Exporter / Importer / Broker Defendant |
|---|---|---|---|---|---|---|---|
| 588. | Goldman, Clivens and Andrea | 3277 Lago De Talavera Wellington, FL 33467 | | McIntosh, Sawran & Cartaya, P.A. | Sterling Communities at Talavera, LLC (191) | J.W. Hodges Drywall, Inc. (114) | ProBuild East, LLC (94) |
| 589. | Williams, Raymond and Dedre | 3325 Lago De Talavera Wellington, FL 33467 | | McIntosh, Sawran & Cartaya, P.A. | Sterling Communities at Talavera, LLC (191) | J.W. Hodges Drywall, Inc. (114) | ProBuild East, LLC (94) |
| 590. | Roberts, Kenneth and Audrey | 3477 Lago De Talavera Wellington, FL 33467 | | McIntosh, Sawran & Cartaya, P.A. | Sterling Communities at Talavera, LLC (191) | J.W. Hodges Drywall, Inc. (114) | ProBuild East, LLC (94) |
| 591. | Robbins, Michelle | 3390 Lago De Talavera Wellington, FL 33467 | | McIntosh, Sawran & Cartaya, P.A. | Sterling Communities at Talavera, LLC (191) | J.W. Hodges Drywall, Inc. (114) | ProBuild East, LLC (94) |
| 592. | Donohue, Mark and Lori | 3833 Langdrum Drive Wesley Chapel, FL 33543 | | Morgan & Morgan | TFH Corp. (206) | | |
| 593. | Flaherty, Catherine | 3501 Grassglen Place Wesley Chapel, FL 33544 | | Morgan & Morgan | McCar Homes, Inc. (134) | | |
| 594. | Hansen, Matt and Tracie | 1631 Altamont Lane Odessa, FL 33556 | 15009 Wind Whisper Drive Odessa, FL 33556 | Morgan & Morgan | Smith Family Homes Corporation (180) | | |
| 595. | Huette, David and Jennifer | 3449 Grassglen Place Wesley Chapel, FL 33544 | | Morgan & Morgan | McCar Homes, Inc. (134) | | |
| 596. | Lorenzo, Lisandro | 55 Thompson Avenue Dover, NJ 07801 | 6097 NW 116th Drive Coral Spring, FL 33076 | Morgan & Morgan | | | Banner Supply Co. Fort Myers, LLC (24) |
| 597. | Morris, James and Joyce | 4701 Fairloop Run Lehigh Acres, FL 33973 | 12626 Astor Place Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Fort Myers, LLC (24) |
| 598. | Washington, Joseph and Brenda | 28833 Lindenhurst Drive Wesley Chapel, FL 33544 | | Morgan & Morgan | | | All Florida Drywall Supplies, Inc. (7) |
| 599. | Antinarelli, Paulette | 2733 SW 1st Terrace Cape Coral, FL 33991 | 914 SW 23rd Street Cape Coral, FL 33991 | Morgan & Morgan | Chase Construction, Inc. (56) | Stock Building Supply (196) | RJL Drywall Inc. (168) |
| 600. | Argueta, Gabriel and Garcia Suyopa, Elisabeth | 2620 61st Street W Lehigh Acres, FL 33971 | | Morgan & Morgan | K.A. Wallace, Inc. DBA Kenwood Homes (118) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 601. | Avery, Janet | 950 Hancock Creek S. Blvd. Unit 315 Cape Coral, FL 33909 | 10671 Camarelle Circle Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC (24) |
| 602. | Billy, Ronald and Tabitha | 4000 Morsay Drive Rockford, IL 61107 | 3261 Lee Way Court Unit 6 North Fort Myers, FL 33903 | Morgan & Morgan | Meritage Homes of Florida, Inc. (137) | | |
| 603. | Brady, Michael and Barbara | 330 Mendon Road Attleboro, MA 02703 | 1704 NW 9th Terrace Cape Coral, FL 33993 | Morgan & Morgan | Hansen Homes of South Florida, Inc.(96) | | Banner Supply Co. Ft Myers, LLC (24) |
| 604. | Brathwaite, Melvin and Maryann | 4904 19th Street N. St. Petersburg, FL 33714 | | Morgan & Morgan | American Housing Corporation (14) | | |
| 605. | Brown, David | 1328 Bayou Pass Drive Ruskin, FL 33507 | 3101 W. Oakellar Avenue Tampa, FL 33611 | Morgan & Morgan | Dobson Construction, Inc. (73) | Residential Drywall, Inc. (164) | |
| 606. | Clark, John and Mary | 10854 Tiberio Drive Fort Myers, FL 33913 | | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC (24) |
| 607. | DaSilva, Manuel | 5210 SW 24th Avenue Cape Coral, FL 33914 | | Morgan & Morgan | Paul Homes Inc., a/k/a Management Services of Lee County, Inc. (148) | Island Coast Drywall and Stucco, LLC (110) | Banner Supply Co. Ft Myers, LLC (24) |
| 608. | DiPonti, Robert and Dolores | 4139 NE 9th Avenue Cape Coral, FL 33909 | | Morgan & Morgan | | | |
| 609. | Disla, David | 21770 Arenga Lane Estero, FL 33928 | 4101 Country Club Blvd. Cape Coral, FL 33904 | Morgan & Morgan | Hansen Homes of South Florida, Inc. (96) | | Banner Supply Co. Ft Myers, LLC (24) |
| 610. | Ess, Thomas | 2043 Lakeside Lane Mound, MN 55364 | 3131 Sea Trawler Bend #4 North Fort Myers, FL 33903 | Morgan & Morgan | Meritage Homes of Florida, Inc.(137) | | |
| 611. | Ferrigno, Joseph and Christina | 3713 Embers Pkwy Cape Coral, FL 33993 | | Morgan & Morgan | The Sterling Collection, Inc. (212) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 612. | Foster, William and Vicki | 10814 Fortina Drive Fort Myers, FL 33913 | | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC **(24)** |
| 613. | Gallucci, Gary and Patricia | 10862 Tiberio Drive Fort Myers, Fl 33913 | | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC **(24)** |
| 614. | Gody, Anthony and Candace | 178 Grouse Drive Elizabeth, PA 15037 | 10842 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC **(24)** |
| 615. | Gonzalez, Damian/Taini | 121 27th Street, SW Naples, FL 34117 | 37770 7th Avenue SW Naples, FL 34117 | Morgan & Morgan | Cypress Corporation of Southwest Florida Inc. **(66)** | | L&W Supply Corporation d/b/a Seacoast Supply Company **(120)** |
| 616. | Hicks, Diane | 3802 N. 24th Street Tampa, FL 33610 | | Morgan & Morgan | Banner Homes of Florida, Inc. **(22)** | | |
| 617. | Hunia, Edward and Mary Sue | 4393 Barchester Drive Bloomfield Hills, MI 48302 | 10844 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft Myers, LLC **(24)** |
| 618. | Irani, Jal and Shiraz | 10555 Bermuda Isle Drive Tampa, FL 33647 | 19273 Stone Hedge Drive Tampa, FL 33647 | Morgan & Morgan | Mobley Homes Florida, LLC **(138)** | | |
| 619. | Johnson, Abraham | 111 Watkins Pond Blvd. #104 Rockville, MD 20850 | 11316 Bridge Pine Drive Riverview, FL 33569 | Morgan & Morgan | Rivercrest LLC/The St. Joe Company **(167)** | Beta Drywall, Inc. **(33)** | Banner Supply Co. **(23)** |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter / Importer / Broker Defendant |
|---|---|---|---|---|---|---|---|
| 620. | Jones, James and Athena | 13715 Sanford Hill Place Riverview, FL 33579 | | Morgan & Morgan | Suarez Housing Corporation (198) | Cemex, Inc. (51) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 621. | Kirchheimer, Roni and Ana | 17555 Atlantic Blvd. #1101 Sunny Isle Beach, FL 33160 | 11443 Laurel Brook Court Riverview, FL 33569 | Morgan & Morgan | Rivercrest LLC/The St. Joe Company (167) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 622. | Lamonge, Yves | 8114 Silver Birch Way Lehigh Acres, FL 33971 | 906 E. 10th Street Lehigh Acres, FL 33972 | Morgan & Morgan | East Meadow Construction, Inc. (76) | | |
| 623. | Leach, Kenneth and Dinah | 19412 La Serena Drive Fort Myers, FL 33967 | | Morgan & Morgan | Toll Estero Limited Partnership (215) | | |
| 624. | Licon, Eddie | 100715 Rockledge View Drive Riverview, FL 33579 | | Morgan & Morgan | Suarez Housing Corporation (198) | Cemex, Inc. (51) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 625. | Maguire, Vincent and Wende | 11503 Mountain Bay Drive Riverview, FL 33569 | | Morgan & Morgan | Rivercrest LLC/The St. Joe Company (167) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 626. | Martel, Jean and Carmelle | 559 Aberdeen Boulevard Midland, ON Canada L4R5N9 | 10852 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Fort Myers, LLC (24) |
| 627. | McAdoo, Kevin and Julie | 6218 S. Jones Road Tampa, FL 33611 | | Morgan & Morgan | Steven R. Carter, Inc. (193) | | |
| 628. | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street Tampa, FL 33610 | | Morgan & Morgan | European Quality Builders, LLC (78) | | |
| 629. | Nguyen, Hung Huu and Hoang Oanh Ngoc | 7212 N. Clark Avenue Tampa, FL 33614 | | Morgan & Morgan | Roche JR Construction, Inc. (170) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 630. | Nuqui, Magno and Aracelli | 3475 South Ocean Blvd. #PH4 Palm Beach, FL 33480 | 10860 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 631. | Purcell, Veronica | 6845 Mitchell Street Jupiter, FL 33458 | | Morgan & Morgan | Woodland Enterprises, Inc. (233) | | Banner Supply Company Port St. Lucie, LLC (28) |
| 632. | Raucci, Steven and Dorothy | 10856 Tiberio Drive Fort Myers, FL 33913 | | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 633. | Salman, Samir and Julia | 7160 Holiday Drive Bloomfield, MI 48301 | 3620 SW 3rd Terrace Cape Coral, FL 33991 | Morgan & Morgan | Timberline Builders, Inc. (213) | AL Brothers, Inc. (5) | Banner Supply Co. Ft. Myers, LLC (24) |
| 634. | Santacruz, Jose and Yvette | 4806 Portmarnock Way Wesley Chapel, FL 33543 | | Morgan & Morgan | Parkview Homes Realty, Inc. (147) | | |
| 635. | Santan, Francisco and Maricellis and Santana, Ramon and Caren | 11311 Bridge Pine Drive Riverview, FL 33569 | | Morgan & Morgan | Rivercrest LLC/The St. Joe Company (167) | Beta Drywall, Inc. (33) | Banner Supply Co. (24) |
| 636. | Seal, Liz Eneida | 543 Sacramento Street North Fort Myers, FL 33903 | | Morgan & Morgan | | | |
| 637. | Segnello, Jeffrey and Monica | 393 NW Sheffield Circle Port Saint Lucie, FL 34983 | | Morgan & Morgan | | | |
| 638. | Sonnie, Eric and Andrea | 6360 Fennec Pointe Circle Medina, OH 44256 | 10864 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 639. | Spencer, Edna | 3806 N. 24th Street Tampa, FL 33610 | | Morgan & Morgan | Banner Homes of Florida, Inc. (22) | | |
| 640. | Summerall, Charles and Sharon | 2060 Deerwood Road Seffner, FL 33584 | | Morgan & Morgan | Starlifter Homes, Inc. (188) | | |
| 641. | Thompson, Lisa | 1412 NW 12th Place Cape Coral, FL 33993 | | Morgan & Morgan | Best Homes of SW FL, Inc. (32) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 642. | Vacationhit, LLC aka Koch, Torsten and Diana | 5364 Delano Court Cape Coral, FL 33904 | 2118 SW 25th Street Cape Coral, FL 33914 | Morgan & Morgan | Nautical Homes LLC a.k.a Statewide Structural LLC (140) | | |
| 643. | Vaughan, Gregory and Pauline | 138 Ridge Road Standbridge East Quebec City, Canada J02HO | 2036 NW 7th Street Cape Coral, FL 33993 | Morgan & Morgan | K. Hovnanian First Homes, LLC (116) | | |
| 644. | Watson, Joan Trust | 949 Sand Dollar Ct. Ft. Myers, FL 33908 | 10834 Tiberio Drive Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 645. | Way, Cedric and Michele | 14929 Man O War Drive Odessa, FL 33556 | | Morgan & Morgan | Smith Family Homes Corporation (180) | | |
| 646. | Wheeler, Richard and Elizabeth | 5159 44th Avenue N. St. Petersburg, FL 33709 | | Morgan & Morgan | American Housing Corporation (14) | | |
| 647. | Whelan, John and Robin | 6588 Canton Street Fort Myers, FL 33966 | | Morgan & Morgan | Legend Custom Builders, Inc. (121) | | |
| 648. | Whitlock, Scott and Lucille | 522 SW 51st Terrace Cape Coral, FL 33914 | 1124 NE 15th Street Cape Coral, FL 33909 | Morgan & Morgan | Timberline Builders, Inc. (213) | A.L. Brothers, Inc. (5) | Banner Supply Co. Ft. Myers, LLC (24) |
| 649. | DaSilva, Manuel | 5210 SW 24th Avenue Cape Coral, FL 33914 | | Morgan & Morgan | Paul Homes Inc. a/k/a Management Services of Lee County, Inc. (148) | Island Coast Drywall and Stucco, LLC | Banner Supply Co. Ft. Myers, LLC (24) |
| 650. | Donohue, Mark and Lori | 3833 Langdrum Drive Wesley Chapel, FL 33543 | | Morgan & Morgan | TFH Corp. (206) | | |
| 651. | Flaherty, Catherine | 3501 Grassglen Place Wesley Chapel, FL 33544 | | Morgan & Morgan | McCar Homes, Inc. (134) | | |
| 652. | Hansen, Matt and Tracie | 1631 Altamont Lane Odessa, FL 33556 | 15009 Wind Whisper Drive Odessa, FL 33556 | Morgan & Morgan | Smith Family Homes Corporation (180) | | |
| 653. | Huette, David and Jennifer | 3449 Grassglen Place Wesley Chapel, FL 33544 | | Morgan & Morgan | McCar Homes, Inc. (134) | | |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 654. | Lorenzo, Lisandro | 55 Thompson Avenue Dover, NJ 07801 | 6097 NW 116th Drive Coral Spring, FL 33076 | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 655. | Morris, James and Joyce | 4701 Fairloop Run Lehigh Acres, FL 33973 | 12626 Astor Place Fort Myers, FL 33913 | Morgan & Morgan | | | Banner Supply Co. Ft. Myers, LLC (24) |
| 656. | Washington, Joseph and Brenda | 28833 Lindenhurst Drive Wesley Chapel, FL 33544 | | Morgan & Morgan | | | All Florida Drywall Supplies, Inc. (7) |
| 657. | Becerra Alexander and Barrios, Ana | 11584 Hammocks Glade Drive Riverview, FL 33570 | | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (23) |
| 658. | Benzo, Ramon and Candida | 2576 Sea Wind Way Clearwater, FL 33763 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 659. | Benish, Frances | 11353 SW Mountain Ash Circle Port St. Lucie, FL 34987 | | Parker Waichman Alonso, LLP | | Precision Drywall, Inc. (150) | Rinker Materials of Florida, Inc. (166) |
| 660. | Blanchard, Abelar | 418 Vine Cliff Street Ruskin, FL 33570 | | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 661. | Borges, Virgilio and Janaina | 1230 Maury Road Orlando, FL 32804 | 5660 Kensington Loop Fort Myers, FL 33912 | Parker Waichman Alonso, LLP | BBL - Florida, LLC (31) | | |
| 662. | Bowers, Gail and Roger | 2805 W. Shelton Avenue Tampa, FL 33611 | | Parker Waichman Alonso, LLP | Steven R. Carter, Inc. (193) | | |
| 663. | Braga, Henry and Deborah | 80 Terrianne Drive Taunton, MA 02780 | 1325 NW 1st Avenue Cape Coral, FL 33993 | Parker Waichman Alonso, LLP | Signature Series Homes, Inc. (265) | | |
| 664. | Brown, Keith and Lacy | 2446 Presburg Street New Orleans, LA 70122 | | Parker Waichman Alonso, LLP | Superior Enterprise, Inc. (201) | | |
| 665. | Caple, Janelle | 946 SW 6th Court Cape Coral, FL 33991 | | Parker Waichman Alonso, LLP | Hansen Homes of South Florida, Inc. (96) | James Drywall LLC (115) | Banner Supply Co. Ft. Myers, LLC (24) |

*Laura Haya, Daniel Haya and Irene Haya, Individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 666. | Caputo, Marc and Turer, Scott | 1454 SW 16th Terrace Fort Lauderdale, FL 33312 | 2220 Soho Bay Court Tampa, FL 33606 | Parker Waichman Alonso, LLP | Statewide Associates, Inc. (189) | All County Drywall Service, Inc. (6) | |
| 667. | Cardiello, Frank and Gayle | 1006 NW 38th Place Cape Coral, FL 33993 | | Parker Waichman Alonso, LLP | Aranda Homes, Inc. (17) | | Banner Supply Co. Ft. Myers, LLC (24) |
| 668. | Cavalieri, Sam, John, Jennifer and Candace | Sam and Candace: 7601 N.W. 47th Avenue Parkland, FL 33076

John and Jennifer - residents of NY | 8177 Emerald Avenue Parkland, FL 33076 | Parker Waichman Alonso, LLP | | | Banner Supply Co. Pompano, LLC (25) |
| 669. | Chan, Yut Siong | 104 Henderson Crescent Singapore, China 150104 | 3702 Ralston Road Plant City, FL 33566 | Parker Waichman Alonso, LLP | Radd Builders, Inc. (159) | | |
| 670. | Chinoy, Vinita and Raymond | 30310 Hatz Way Wesley Chapel, FL 33543 | 11525 Hammocks Glade Drive Riverview, FL 33569 | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (32) |
| 671. | Collins, James and Laura | 22866 Country Ridge Parkway McCalla, AL 35111 | | Parker Waichman Alonso, LLP | | | Mazer's Discount Home Center, Inc. (132) |
| 672. | Covos, Sebastian | 8129 W. 39 Avenue #6 Hialeah, FL 33178 | 5861 NW 109 Court Hialeah, FL 33178 | Parker Waichman Alonso, LLP | Shoma Development Corp. (176) | | Banner Supply Co. |
| 673. | Cummings, Brian Younger and Cummings, Leslie | 1641 Manor Avenue Fort Myers, FL 33908 | 221 SE 24th Street Cape Coral, FL 33990 | Parker Waichman Alonso, LLP | | West Coast Drywall Construction, Inc. (227) | |
| 674. | DeKeyser, Lee and Phyllis | 215 Quincy Street Sturgeon Bay, WI 54235 | 6051 Jonathan's Bay Circle Unit 401 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | | MC Contractors, Inc. (133) | Banner Supply Co. Ft. Myers, LLC (24) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 675. | DeLeon, Gordon and Donna and Whitfield, Douglas and Sherry | 1823 Wynnfair Drive Turlock, CA 95382<br><br>Douglas and Sherry Whitfield also CA residents | 2609 Veronica Drive Chalmette, LA 70043 | Parker Waichman Alonso, LLP | Tapia Brothers Construction, Inc. (204) | | |
| 676. | DeLeon, Gordon and Donna | 1823 Wynnfair Drive Turlock, CA 95382 | 1209 East Avide Street Chalmette, LA 70043 | Parker Waichman Alonso, LLP | Tapia Brothers Construction, Inc. (204) | | |
| 677. | Delisser, John and Marvalyn | P.O. Box 13077 Springfield Gardens, NY 11413 | 1120 SW Gardena Avenue Port St. Lucie, FL 34953 | Parker Waichman Alonso, LLP | Paramount Quality Homes Corp.(146) | Space Coast Truss, LLC (186) | |
| 678. | Demirgian, Edward and Tonia | 1643 South Starling Drive Gilbert, AZ 85295 | 24504 Sunrise Drive Port Charlotte, FL 33980 | Parker Waichman Alonso, LLP | The Ryland Group, Inc. (210) | Trivium Construction, Inc. (266) | |
| 679. | Dickinson, William | 1405 Garland Drive Greensboro, NC 27408 | 11825 Bayport Lane Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 680. | Dong, Chi and Lu, Qun | 207 West 106th Street Apt. 7E New York, NY 10025 | 1562 Hextel Avenue SW Port St. Lucie, FL 34953 | Parker Waichman Alonso, LLP | Paramount Quality Homes Corp.(146) | | |
| 681. | Dryman, Lauren | 10211 Aelar Ridge Drive Riverview, FL 33578 | | Parker Waichman Alonso, LLP | Taylor Morrison Services, Inc. (205) | Dollaway Drywall, Inc. (74) | |
| 682. | Duckett, Larry and Lori | 125 Max Graben Circle Albertville, AL 35950 | 332 Granite Circle Albertville, AL 35950 | Parker Waichman Alonso, LLP | Hulsey-Nezlo Construction, LLC (106) | | |
| 683. | Dunn, Keith and Crystal | 11547 Hammocks Glade Drive Riverview, FL 33569 | | Parker Waichman Alonso, LLP | The St. Joe Company (211) | Beta Drywall, Inc. (33) | Banner Supply Co. (33) |
| 684. | Ellison, Maynard and David | 3512 52nd Street Moline IL 61265 | 6060 Jonathan's Bay Circle, Unit 202 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | | MC Contractors, Inc. (133) | Banner Supply Co. Ft Myers, LLC (24) |

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 685. | Entrust IRA SW Florida LLC for IRA #56926 for Edward Adams | 635 Radley Road Westfield, NJ 07090 | 11843 Bayport Lane #801 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. F Myers, LLC (24) |
| 686. | Escudie, Mary | 4724 Butler National Drive Wesley Chapel, FL 33543 | | Parker Waichman Alonso, LLP | Spring Park Builders, LLC (267) | | |
| 687. | Evans, Donald and Barbara | 13944 Clubhouse Drive Tampa, FL 33618 | | Parker Waichman Alonso, LLP | LTL Construction, Inc. (126) | Residential Drywall, Inc. (164) | |
| 688. | Fluence, Joseph | 1412 Avenido Delrio Modesto, CA 95356 | 2716 Veronica Drive Chalmette, LA 70043 | Parker Waichman Alonso, LLP | Tapia Brothers Construction, Inc. (204) | | |
| 689. | Foster, Gregg | 2 Hickory Avenue Lake Placid, FL 33852 | 615-617 Memorial Drive Sebring, FL 33870 | Parker Waichman Alonso, LLP | | Ray Horvath Drywall, Inc. (161) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 690. | Frasiolas, Steve and Harriet | 131 Lakeland Drive Barnegat, NJ 08005 | 11436 Mountain Ash Circle Port St. Lucie, FL 34987 | Parker Waichman Alonso, LLP | | Precision Drywall, Inc. (150) | Rinker Materials of Florida, Inc. (166) |
| 691. | Freel, Kevin | 2236 Soho Bay Court Tampa, FL 33606 | | Parker Waichman Alonso, LLP | Statewide Associates, Inc. (189) | All County Drywall Service, Inc. (6) | |
| 692. | Fugazy, Justin and Lenni | 157 SW 16th Terrace Cape Coral, FL 33990 | | Parker Waichman Alonso, LLP | Hansen Homes of South Florida, Inc. (96) | | Banner Supply Co. F Myers, LLC (24) |
| 693. | Gangl, Donald and Michelle | 6026 27th Street North St. Paul, MN 55123 | 11812 Bayport Lane #3 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. F Myers, LLC (24) |
| 694. | Garrett, June | 2310-2312 NE 8th Place Cape Coral, FL 33909 | | Parker Waichman Alonso, LLP | Ramos Builders, Inc. (160) | William L. Perry Plastering & Drywall, Inc. (232) | |
| 695. | Garrido, Olga and Carlos | 16422 NW 83 Place Miami Lakes, FL 33016 | 8111 West 36 Avenue #4 Hialeah, FL 33018 | Parker Waichman Alonso, LLP | Shoma Development Corp. (176) | | Banner Supply Co. F |

Page 73 of 98

*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) and their corresponding defendants**

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 696. | Garvey, Stephen and Karen | 5923-D Highdale Circle Alexandria, VA 22310 | 11813 Bayport Lane #3 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 697. | Giannoussidis, Nikolaos | 11819 Bayport Lane #404 Fort Myers, FL 33908 | | Parker Waichman Alonso, LLP | Avalon Preserve Developers, LLC (20) | Florida Style Services, Inc. (83) | Banner Supply Co. Ft Myers, LLC (24) |
| 698. | Goede, John and Kristin | 5971 Bur Oaks Lane Naples, FL 34119 | 7527 Bristol Circle Naples, FL 34119 | Parker Waichman Alonso, LLP | Waterways Joint Venture IV, LLC (225) | | |
| 699. | Grizzard, Gerald | 1709G Hillyer Robinson Parkway South Oxford, AL 36203 | 1717 A & B Hillyer Robinson Parkway South Oxford, AL 36203 | Parker Waichman Alonso, LLP | | | Lowe's Home Centers, Inc.(125) |
| 700. | Guerriero, Michael and Nancy | 15336 Yellow Wood Drive Alva, FL 33920 | | Parker Waichman Alonso, LLP | | Precision Drywall, Inc. (150) | |
| 701. | Guillette, Jason and Melissa | 1839 Clearbrooke Drive Clearwater, FL 33760 | 2525 White Sand Lane Clearwater, FL 33763 | Parker Waichman Alonso, LLP | KB Home Tampa LLC (119) | Boardwalk Drywall, Inc. (37) | American Building Materials, Inc. (11) |
| 702. | Harris, Ralph and Bain-Harris, Jean | 1601 Eldron Blvd., SE Palm Bay, FL 32909 | | Parker Waichman Alonso, LLP | Aburton Homes Inc. (3) | | |
| 703. | Harrison, Barrie and Hillary | 10909 126th Street Edmonton, Alberta Canada T5MOPr | 142 SE 20th Street Cape Coral, FL 33990 | Parker Waichman Alonso, LLP | Grays Bay Builders, Inc. (90) | | |
| 704. | Harter, Harry and Olga | 2496 Jada Drive Henderson, NV89044 | 2040 NW 1st Street Cape Coral FL 33993 | Parker Waichman Alonso, LLP | Comfort Home Builders, Inc. (59) | | |
| 705. | Hoffman, Hannelore and Lengel, Donna | 6281 Cooper Ridge #32 Reno, NV 89509 | 13964 Clubhouse Drive Tampa, FL 33618 | Parker Waichman Alonso, LLP | LTL Construction, Inc. (126) | Residential Drywall, Inc. (164) | L&W Supply Corporation d/b/a Seacoast Supply Company (120) |
| 706. | Hornbeck, Ronald and Linda | 3571 Shelbourne Drive Rockford, IL 61109 | 174 Shadroe Cove Circle Unit 1003 Cape Coral, FL 33991 | Parker Waichman Alonso, LLP | The Haskell Company (207) | C.A. Steelman, Inc. (46) | Banner Supply Co. (24) |