*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 270. | J.B.C. Builders, Inc. | Builder | 11708 Palmer Drive Tampa, FL 33624 | Florida | Gerald Martinez 11708 Palmer Drive Tampa, FL 33624 |
| 271. | Diversified General Contractors, Inc. | Builder | 5400 65th Street Vero Beach, FL 32967 | Florida | Dwain D. Ozark 5400 65th Street Vero Beach, FL 32967 |
| 272. | Stadelman Drywall | Contractor | 803 11th Court S.W. Vero Beach, FL 32962 | Florida | 803 11th Court S.W. Vero Beach, FL 32962 |
| 273. | 704 N. Ocean Blvd. Associates, Ltd. | Builder | 1986 NE 149 Street Miami, FL 33181 | Florida | Mark E. Rousso, Esquire 18851 N.E. 29th Avenue, Suite 900 Aventura, FL 33180 |
| 274. | J. Helm Construction, Inc., d/b/a Sundown Development | Builder | 1025 W. Indiantown Road, Suite 101 Jupiter, FL 33458 | Florida | 1025 W. Indiantown Road, Suite 101 Jupiter, FL 33458 |
| 275. | Centerline Homes, Inc. | Builder | 825 Coral Ridge Drive Coral Springs, FL 33071 | Florida | 20801 Biscayne Blvd., Ste. 501 Aventura, FL 33180 |
| 276. | Regency Homes Group, LLC | Builder | 2840 University Drive Coral Springs, FL 33065 | Florida | 7601 N. Federal Highway Suite 165-A Boca Raton, FL 33487 |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

**EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)**

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 277. | ProBuild Company, LLC | Supplier | 7595 Technology Way, Suite 500 Denver, CO 80237 | Florida | CT Corporation System 1200 South Pine Island Road Plantation, FL 33324 |
| 278. | Suntree Homes, Inc. | Builder | 2113 Greenview Cove Drive West Palm Beach, FL 33414 | Florida | 2113 Greenview Cove Drive West Palm Beach, FL 33414 |
| 279. | Distinctive Drywall Designs, Inc. | Installer | 11904 NW 47th Street Coral Springs, FL 33076 | Florida | 11904 NW 47th Street Coral Springs, FL 33076 |
| 280. | La Suprema Enterprises | Importer | 2221 NE 164th Street, Suite 335 North Miami Beach, FL 33160 | Florida | 20900 N.E. 30th Avenue, Suite 600 Aventura, FL 33180 |
| 281. | Kenwood Homes, Inc. | Builder | 5610 Division Drive Fort Myers, FL 33905 | Florida | Kenneth A. Wallace 5610 Division Drive Fort Myers, FL 33905 |
| 282. | The Porter-Blaine Corp. | Contractor/Installer | 1140 Azalea Garden Road Norfolk, VA 23502 | Virginia | Richard Biemiller Convergence Center IV 301 Bendix Road, Suite 500 Virginia Beach, VA 23452 |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 283. | Tobin Trading, Inc. | Distributor | 5008 Gatehouse Way, Virginia Beach, VA 23455 | Virginia | Phillip W. Perry, Jr. 5008 Gatehouse Way, Virginia Beach, VA 23455 |
| 284. | Atlantic Homes, LLC | Builder | 2 Eaton Street, Suite 1100, Hampton, VA 23669 | Virginia | Kenneth Allen, 109 Nat Turner Boulevard, Newport News, VA 23606 |
| 285. | AHJV, LLC | Builder | 729 Thimble Shoals Blvd., Ste. 4A, Newport News, VA | Virginia | Kenneth Allen, 109 Nat Turner Boulevard, Newport News, VA 23606 |
| 286. | Wermers Development, Inc. | Builder | 404 Oakmears Crescent, Ste. 101, Virginia Beach, VA 23462 | Virginia | Jeffrey Wermers, 213B 65th Street, Virginia Beach, VA 23451 |
| 287. | Preserve Development, LLC | Builder | 404 Oakmears Crescent, Ste. 101, Virginia Beach, VA 23462 | Virginia | Jeffrey Wermers, 213B 65th Street, Virginia Beach, VA 23451 |
| 288. | Next Level Group, LLC | Builder | 2604 Schiemann Court, Chesapeake, VA 23321 | Virginia | James W. Backus, 3345 Bridge Road, Suite 916, Suffolk, VA 23435 |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 289. | Area Builders of Tidewater, Inc. | Builder | 3345 Bridge Road, Suite 916 Suffolk, VA 23435 | Virginia | James W. Backus 3345 Bridge Road, Suite 916 Suffolk, VA 23435 |
| 290. | HHJV, LLC | Builder | 729 Thimble Shoals Blvd., Suite 4A Newport News, VA 23606 | Virginia | Kenneth Allen 109 Nat Turner Blvd. Newport News, VA 23606 |
| 291. | Choice Builders, Inc. | Builder | 820 Greenbrier Circle, Ste. 30 Chesapeake, VA 23320 | Virginia | Henry Sadler, III 6330 Newtown Road, Suite 530 Norfolk, VA 23502 |
| 292. | Nicholas & Co. Construction | Builder | 1434 E. Oceanview Avenue, Unit 6 Norfolk, VA 23503 | Virginia | 1434 E. Oceanview Avenue, Unit 6 Norfolk, VA 23503 |
| 293. | A.B.S. Building Corporation | Builder | P.O. Box 459 Hampton, VA 23669 | Virginia | Lawrence Cumming 2236 Cunningham Drive Hampton, VA 23666 |
| 294. | DSG Construction, Inc. | Builder | 120 Tilden Avenue, Suite D Chesapeake, VA 23320 | Virginia | David S. Gregory 4893 Blackwater Road Virginia Beach, VA 23457 |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 295. | Zaccaria Construction, LLC | Builder | 1577 Gallery Avenue, Virginia Beach, VA 23454 | Virginia | Christopher M. Zaccaria, 2234 A W. Great Neck Road, Virginia Beach, VA 23451 |
| 296. | North Landing Development, LLC | Builder | 4320 Sandy Bay Drive, Virginia Beach, VA 23455 | Virginia | Brian Camden, 607 Lynnhaven Parkway #202, Virginia Beach, VA 23452 |
| 297. | Residential Concepts, Ltd. | Builder | 2844 Crusader Circle, Suite 400, Virginia Beach, VA 23453 | Virginia | Robert E. Ruloff, 4525 S. Blvd., Suite 300, Virginia Beach, VA 23452 |
| 298. | Vazquez Construction Company LLC | Contractor | 5859 Seneca Street, Detroit, MI 48213 | Michigan | 5859 Seneca Street, Detroit, MI 48213 |
| 299. | Millennium Trading, Inc. | Distributor | 2013 A. Street, Violet, LA 70092 | Louisiana | Troy E. Perez, 2013 A. Street, Violet, LA 70092 |
| 300. | Millennium Trading & Export, LLC | Distributor | 2013 A. Street, Violet, LA 70092 | Louisiana | Troy E. Perez, 2013 A. Street, Violet, LA 70092 |
| 301. | Donald Wayne Tindle | Builder | 26692 Dean Court North, Daphne, AL 36526 | | 26692 Dean Court North, Daphne, AL 36526 |

*LAURA HAYA, DANIEL HAYA AND IRENE HAYA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

**EXHIBIT "B-1" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)**

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 302. | Tindle Homes | Contractor | 26692 Dean Court North Daphne, AL 36526 | | 26692 Dean Court North Daphne, AL 36526 |