*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

**Exhibit "C-1"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX)**

| PLAINTIFFS' COUNSEL |
|---|
| Jeffrey Berniard, Esquire<br>Berniard Law Firm, L.L.C.<br>643 Magazine Street, Suite 402<br>New Orleans, LA 70130<br>Phone: (504) 527-6225<br>Jeffberniard@laclaim.com |
| Edward P. Rowan, Esquire<br>Taylor Martino<br>51 Saint Joseph Street<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>amanda@taylormartino.com |
| Tom W. Thornhill, Esquire<br>The Thornhill Law Firm A PLC<br>1308 Ninth Street<br>Slidell, LA 70458<br>Phone: (337) 309-6999<br>frank@nfelaw.com |
| Robert L. Redfearn, Jr.<br>Simon, Peragine, Smith & Redfearn, LLP<br>1100 Poydras Street, 30th Floor<br>New Orleans, LA 70163-3000<br>Phone: (504) 569-2030<br>Redfearnjr@sprsr-law.com |