*Laura Haya, Daniel Haya and Irene Haya, individually, and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

### Exhibit "C-2"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Second Amended Omnibus Class Action Complaint (IX)

| PLAINTIFFS' COUNSEL |
|---|
| Morris Bart <br> Morris Bart, LLC <br> 909 Poydras St. <br> 20th Floor <br> New Orleans, LA 70112 <br> Phone: (504) 599-3224 <br> morrisbart@morrisbart.com |