UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Case No.: 11-1077
SECT. L MAG 2

LAURA HAYA, DANIEL HAYA AND IRENE
HAYA, individually, and on behalf of all others
Similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASETERBOARD CO., LTD., QINHUANGDAO
TAISHAN BULDING MATERIALS CO., LTD. A/K/A
QINHUANG DAO TAISAN BUILDING MATERIALS
CO., LTD.,

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

NOTICE IS HEREBY GIVEN to all parties that Alan S. Feldman, Esq., counsel of record for Defendant, The Henning Group, LC, will be unavailable during the period of September 29, 2011 through October 10, 2011.  It is respectfully requested that no hearings, depositions or other proceedings be scheduled during this time and no motions or discovery be filed which require a timely response during this period, and that all pending matters remain in status quo.  If such motions or discovery is filed, then this Notice will be taken as a request that a reasonable extension of time be granted for additional time or as a motion for protective order for all additional time as required by the circumstances.

Respectfully submitted,

LYDECKER | DIAZ
*Counsel for Defendant The Henning Group, LC*
1221 Brickell Avenue, 19th Floor
Miami, Florida  33131
(305) 416-3180 - Telephone
(305) 416-3190 - Facsimile


By     /s/Alan S. Feldman
         ALAN S. FELDMAN, ESQ.
         Florida Bar No.: 797251
         af@lydeckerdiaz.com
         BRIAN PERREAULT, ESQ.
         Florida Bar No.: 89193
         bp@lydeckerdiaz.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

/s/ Alan S. Feldman
ALAN S. FELDMAN

*Service List*
Plaintiffs' Liaison Counsel
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, Louisiana 70113
rherman@hhkc.com

Defendants' Liaison Counsel
Kerry Miller, Frilot, LLC
Suite 3700
1100 Poydras St.
New Orleans, LA 70163
kmiller@frilot.com

Homebuilders' and Installers' Liaison Counsel
Phillip A. Wittmann
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

pwittman@stonepigman.com
DWimberly@stonepigman.com


Insurer's Liaison Counsel
Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA  70112
Phone: (504) 589-9700
E-Mail: jbarrasso@barrassousdin.com