## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047** <br> **SECTION L** <br> **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** <br><br> Hobbie, et al. v. RCR Holdings II, LLC, et al. <br> No. 10-1113 | **MAG. JUDGE WILKINSON** |

_____/

### ARCH INSURANCE COMPANY'S MOTION FOR EXPEDITED CONSIDERATION

ARCH INSURANCE COMPANY ("ARCH"), by and through undersigned counsel, hereby files its Motion for Expedited Consideration, pursuant to Trial Order 1C, for hearing and consideration of its Motion to Modify Scheduling Order filed August 11, 2011 [D.E.10063] and supports a concurrent hearing and consideration of Coastal Construction Group of South Florida Inc's ("Coastal") Motion to Modify the Scheduling Order filed September 13, 2011 [D.E. 10302]. In support of this motion, ARCH submits its Memorandum of Law filed concurrently.

**WHEREFORE**, ARCH INSURANCE COMPANY, respectfully requests that the Court grant the request for expedited consideration and set the matter for hearing and consideration and specifically requests that this Court consider this Motion during its status conference currently scheduled for October 12, 2011.

Dated: September 27, 2011

                                          Respectfully submitted,

                                          **ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone:    (954) 370-1681
Facsimile:    (954) 370-1682

By: /s/ Guy Harrison_____
       Edward Etcheverry
       Fla. Bar No. 856517
       Guy Harrison
       Fla. Bar No. 368806

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 27th day of September, 2011.

By: /s/ Guy Harrison_____
       Guy Harrison
       Fla. Bar No. 368806