UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

_____/

## ARCH INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

ARCH INSURANCE COMPANY ('ARCH), by and through undersigned counsel, hereby files its Motion for Expedited Consideration and states the following:

1. The Scheduling Order set forth deadlines of December 15, 2011 to conduct all discovery regarding certain threshold issues issues, and January 15, 2011 for all motions related to the issues.

2. To the extent the Scheduling Order required the discovery on matters involving claims or defense raised in RCR Holdings II's Third Party Complaint against ARCH for breach of contract, such issues are not threshold issues and cannot be determined on a purely legal basis, as ARCH's liability to RCR Holdings II is derivative of, and contingent upon Coastal Construction Group of South Florida Inc's liability to RCR.  See First Sealord Sur. Inc. v. Suffolk Constr. Co., 995 So.2d 609 (Fla. 3d DCA 2008); K.P. Meiring Constr., Inc. v. Northbay I and E, Inc., 761 So.2d 1221 (Fla. 2d DCA 2000).  Consequently, issues raised in the third party action will require extensive full blown *factual* discovery of RCR's liability to the Class Action Plaintiffs as well as Coastal's liability to RCR, and would create duplicative discovery for this

matter once it is sent back to the Court which will have jurisdiction, which is contrary to the purposes of the transfer to the MDL. See Transfer Order in this matter filed June 15, 2009; 28 U.S.C. §1407; and In re Hawaiian Hotel Room Rate Antitrust Litig., 438 F.Supp. 935, 936 (J.P.M.L. 1977).

3.      In order to prevent the parties to the Hobbie Litigation from being placed in a situation where the completion of discovery as to the merits must be completed by December 15, 2011, ARCH requests that this Court grant expedited consideration of its Motion to Modify Scheduling Order.

**WHEREFORE**, ARCH INSURANCE COMPANY, respectfully requests the Court grant this request for expedited consideration and consider this Motion during the Court's status conference scheduled for October 12, 2011.

Dated: September 27, 2011

Respectfully submitted,

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone:   (954) 370-1681
Facsimile:    (954) 370-1682

By: _/s/ Guy Harrison_____
    Edward Etcheverry
    Fla. Bar No. 856517
    Guy Harrison
    Fla. Bar No. 368806

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 27th[th] day of September, 2011.

By:/s/ Guy Harrison_____
Guy Harrison
Fla. Bar No. 368806