IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

==============================================

**NOTICE OF SUBMISSION**

**TAKE NOTICE** that Arch Insurance Company's Motion for Expedited Consideration, will be submitted for consideration on October 12, 2011 at 9:00 a.m.

Dated: September 27, 2011.

        Respectfully Submitted,

        **ETCHEVERRY HARRISON LLP**
        Attorneys for Arch Insurance Company
        150 South Pine Island Road
        Suite 105
        Fort Lauderdale, Florida 33324
        Telephone: 954-370-1681


By:    /s/ Guy Harrison
        Edward Etcheverry
        Fla. Bar No. 856517
        Guy Harrison
        Fla. Bar No. 368806

Hobbie, et al. v. RCR Holdings II, LLC<br>
Case No. 2:10-cv-01113-EEF-JCW

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 27th day of September, 2011.

By: /s/ Guy Harrison
Guy Harrison
Fla. Bar No. 368806