UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.,

    Plaintiffs,

v.                                    CASE NO.: 09-6690

KNAUF GIPS KG, et al.,

    Defendants.
_____/

## MOTION TO APPEAR AS CO-COUNSEL

Pursuant to Local Rule 83.2.12, Charles Wachter of the law firm of Holland & Knight LLP, as lead counsel in the above-styled cause, moves the Court on behalf of Defendant, First Home Builders of Florida I, LLC and First Home Builders, Inc. ("FHBF"), to grant the appearance as co-counsel of attorney Mark A. Boyle, Sr. of the law firm of BOYLE, GENTILE, LEONARD & CROCKETT, P.A. and requests that copies of all further pleadings, documentation or notices filed shall be electronically provided to him at the email address below.

                                      Respectfully submitted,

                                      HOLLAND & KNIGHT LLP

                                      /s/ Charles Wachter
                                      Charles Wachter
                                      Florida Bar No. 509418
                                      charles.wachter@hklaw.com
                                      P.O. Box 1288, Tampa FL 33601-1288
                                      100 N. Tampa St., Suite 100
                                      Tampa FL 33602
                                      813-227-8500
                                      813-299-0134 fax

                                      *Counsel for Defendants, First Home Builders of*
                                      *Florida I, LLC and First Home Builders, Inc.*

Co-Counsel:

Mark A. Boyle, Sr.
Florida Bar No. 0005886
mboyle@boylegentilelaw.com
Boyle, Gentile, Leonard & Crockett, P.A.
2050 McGregor Boulevard
Ft. Myers, FL 33901
Tel: (239) 337-1303
Fax: (239) 337-7674

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2011, a copy of the foregoing was filed by using the U.S. District Court's CM/ECF system and will be electronically served via the *LexisNexis File & Serve* program. Notice of this filing will be sent via email to all counsel of record registered to receive electronic service of pleadings in this MDL case.

/s/ Charles Wachter
Attorney