# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.,

      Plaintiffs,

v.                                                                   CASE NO.:  09-6690

KNAUF GIPS KG, et al.,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

    **THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A.  The Court, having reviewed the motion, and good cause appearing, it is

    **ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants First Home Builders of Florida I, LLC and First Home Builders, Inc. in the above-referenced action.

Dated: _____

                                      _____
                                        United States District Judge