UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, et al.,

    Plaintiffs,

v.                                                                                          CASE NO.: 10-362
                                                                                            SECTION: "L"
KNAUF GIPS KG, et al.,

    Defendants,
_____/

## ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

**THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A. The Court, having reviewed the motion, and good cause appearing, it is

**ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants First Home Builders of Florida I, LLC and First Home Builders, Inc. in the above-referenced action.

Dated: _____

                                                     _____
                                                     United States District Judge

#10640948_v1