UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH and BARBARA WILTZ, et al.,

    Plaintiffs,

v.                                                                                              CASE NO.: 10-361

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.,

    Defendants.
_____/

## MOTION TO APPEAR AS CO-COUNSEL

Pursuant to Local Rule 83.2.12, Charles Wachter of the law firm of Holland & Knight LLP, as lead counsel in the above-styled cause, moves the Court on behalf of Defendant, FHBF Partners, LLP f/k/a First Home Builders of Florida ("FHBF"), to grant the appearance as co-counsel of attorney Mark A. Boyle, Sr. of the law firm of BOYLE, GENTILE, LEONARD & CROCKETT, P.A. and requests that copies of all further pleadings, documentation or notices filed shall be electronically provided to him at the email address below.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    /s/ Charles Wachter
    Charles Wachter
    Florida Bar No. 509418
    charles.wachter@hklaw.com
    P.O. Box 1288, Tampa FL 33601-1288
    100 N. Tampa St., Suite 100
    Tampa FL 33602
    813-227-8500
    813-299-0134 fax

    *Counsel for Defendants, FHBF Partners, LLP f/k/a First Home Builders of Florida*

Co-Counsel:

Mark A. Boyle, Sr.
Florida Bar No. 0005886
mboyle@boylegentilelaw.com
Boyle, Gentile, Leonard & Crockett, P.A.
2050 McGregor Boulevard
Ft. Myers, FL 33901
Tel: (239) 337-1303
Fax: (239) 337-7674

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2011, a copy of the foregoing was filed by using the U.S. District Court's CM/ECF system and will be electronically served via the *LexisNexis File & Serve* program. Notice of this filing will be sent via email to all counsel of record registered to receive electronic service of pleadings in this MDL case.

/s/ Charles Wachter
Attorney