UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH and BARBARA WILTZ, et al.,

    Plaintiffs,

v.                                                        CASE NO.: 10-361

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

**THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A. The Court, having reviewed the motion, and good cause appearing, it is

**ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants FHBF Partners, LLP f/k/a First Home Builders of Florida in the above-referenced action.

Dated: _____

                                                              _____
                                                              United States District Judge

#10640964_v1