UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, et al.,

    Plaintiffs,

v.                                                CASE NO.: 11-00252

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT KG, et al.,

    Defendants.
_____/

## MOTION TO APPEAR AS CO-COUNSEL

Pursuant to Local Rule 83.2.12, Charles Wachter of the law firm of Holland & Knight LLP, as lead counsel in the above-styled cause, moves the Court on behalf of Defendant, First Home Builders of Florida I, LLC ("FHBF"), to grant the appearance as co-counsel of attorney Mark A. Boyle, Sr. of the law firm of BOYLE, GENTILE, LEONARD & CROCKETT, P.A. and requests that copies of all further pleadings, documentation or notices filed shall be electronically provided to him at the email address below.

                                          Respectfully submitted,

                                          HOLLAND & KNIGHT LLP

                                          /s/ Charles Wachter
                                          Charles Wachter
                                          Florida Bar No. 509418
                                          charles.wachter@hklaw.com
                                          P.O. Box 1288, Tampa FL 33601-1288
                                          100 N. Tampa St., Suite 100
                                          Tampa FL 33602
                                          813-227-8500
                                          813-299-0134 fax

                                          *Counsel for Defendants,*
                                          *First Home Builders of Florida I, LLC*

Co-Counsel:

Mark A. Boyle, Sr.
Florida Bar No. 0005886
mboyle@boylegentilelaw.com
Boyle, Gentile, Leonard & Crockett, P.A.
2050 McGregor Boulevard
Ft. Myers, FL 33901
Tel: (239) 337-1303
Fax: (239) 337-7674

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2011, a copy of the foregoing was filed by using the U.S. District Court's CM/ECF system and will be electronically served via the *LexisNexis File & Serve* program. Notice of this filing will be sent via email to all counsel of record registered to receive electronic service of pleadings in this MDL case.

/s/ Charles Wachter
Attorney