UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**DANIEL ABREU, et al.,**

    **Plaintiffs,**

v.                                                                              CASE NO.: 11-00252

**GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, et al.,**

    **Defendants.**

_____/

### ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

**THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A.  The Court, having reviewed the motion, and good cause appearing, it is

**ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants First Home Builders of Florida I, LLC in the above-referenced action.

Dated: _____

                                                            _____
                                                            United States District Judge

#10640855_v1