UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Abel, et al. v. Taishan Gypsum Co., LTD. f/k/a
Shandong Taihe Dongxin Co., LTD., et al.
Case No. 2:11-cv-00080 (E.D.La.)
_____/

### PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011. The property will be made available to any party in the above captioned matter during and after the remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415249.DOCX}

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson

{00415249.DOCX}