UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Gross, et al. v. Knauf Gips KG, et al.
Case No. 2:09-cv-6690 (E.D.La.)
_____/

### PLAINTIFF BERNICE BUTLER'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Bernice Butler, Plaintiff in the above captioned matter, anticipates beginning remediation of her property located at 2999 Silver Hill Drive, Douglasville, Georgia 30135 on or about October 15, 2011.  The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation, during the remediation and after the remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415256.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff Bernice Butler's Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson