UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC*, **10-1113.**

## ORDER

Due to a scheduling conflict, IT IS ORDERED that the telephone status conference scheduled in the above-captioned matter on October 12, 2011, is CONTINUED to October 12, 2011, at 2:30 p.m. The conference call information remains the same: 877-336-1839, access code 4227405, and security code 101211.

New Orleans, Louisiana, this 28th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE