UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 09-2047<br><br>JUDGE: FALLON |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering Steeler, Inc.'s Motion to Lift Stay on Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff (Doc. # 10195),

IT IS ORDERED that this Motion is DENIED, reserving Defendant the right to refile.

New Orleans, Louisiana, this 29th day of September, 2011.

Eldon E. Fallon
United States District Court Judge

N:\DATA\N\44805001\pleadings\lift stay order.wpd