UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED ) MDL NO. 2047
DRYWALL PRODUCTS )
LIABILITY LITIGATION ) SECTION: L
)
THIS DOCUMENT RELATES TO: ) JUDGE FALLON
) MAG. JUDGE WILKINSON
Case No. 10-362 )
*Joyce W. Rogers v. Knauf GIPS KG, et al.* )
)

## ORDER OF PARTIAL DISMISSAL RE: LANZA CLAIMS AGAINST MANDY DRYWALL

Upon Stipulation between Florida interested homeowner Plaintiffs Antonio and Gretchen Lanza ("Lanzas") and drywall installer Mandy Drywall, Inc. ("Mandy Drywall"), that all matters in controversy between them have been compromised and settled, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action by the Lanzas solely as against Mandy Drywall are dismissed with prejudice, each of these parties to bear its own attorneys' fees and costs.

Nothing herein shall operate as any adjudication of other parties' claims as their respective interests herein appear, the Court reserving jurisdiction for further proceedings as to those parties not hereby dismissed.

New Orleans, Louisiana, this 29th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE