UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave of Court to File The Plaintiffs' Steering Committee's Omnibus Reply in Support of Joint Motion for Approval of Term Sheet Agreement With The Knauf Entities Regarding Their Settlements With Homebuilders;

IT IS ORDERED BY THE COURT that the Motion for Leave is granted and The Plaintiffs' Steering Committee's Omnibus Reply in Support of Joint Motion for Approval of Term Sheet Agreement With The Knauf Entities Regarding Their Settlements With Homebuilders is hereby filed into the record.

New Orleans, Louisiana, this 29th day of September, 2011.

_____
Eldon E. Fallon
United States District Court Judge