UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED     *     MDL No. 2047
DRYWALL PRODUCTS LIABILITY     *
LITIGATION     *
    *
THIS DOCUMENT RELATES TO:     *     JUDGE FALLON
KENNETH and BARBARA WILTZ, et al     *
vs.     *
BEIJING NEW BUILDING MATERIALS     *
PUBLIC Ltd, et al     *
Case No. 2:10-cv-361-EEF-JCW     *

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### DUANE DAVIS

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Chief Operating Officer for Hansen Homes of South Florida, ("Hansen Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Hansen Homes in the regular course of business.

2. Hansen Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Hansen Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.


EXHIBIT
"A"

4.  Hansen Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.  Hansen Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6.  Hansen Homes does not have an agent for service of process in Louisiana.

7.  Hansen Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8.  Hansen Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9.  Hansen Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Hansen Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Hansen Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Hansen Homes never anticipated it would be haled into court in Louisiana.

_____
DUANE DAVIS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 25th DAY OF , 2010.

_____
NOTARY PUBLIC

Yvonne M Rush

YVONNE M RUSH
MY COMMISSION # DD748583
EXPIRES January 19, 2012
(407) 398-0153    FloridaNotaryService.com

2



Hansen Homes of South Fl Inc.
P.O. Box 151735
Cape Coral, FL 33915
239-458-2100 PH  239-458-2295 FAX
CRC 056902
Buyer MUST attach a copy of Drivers
License or Identification Card to this contract

**CONTRACT FOR SALE**
**AND PURCHASE**

Riemiller, Todd #1
Date of Revised Contract and Release:                3/6/2006

Initialing the lines of this contract represents understanding and agreement to all of the terms, conditions, and information preceding said line.

Hansen Homes shall construct the          Presley                    Model          x _TAR_
                                    (As per preliminary drawing attached)

Any and all changes to this contract shall be made in separate addendums.          x _TAR_

**HANSEN HOMES of South Fl Inc. &  Todd Riemiller**
as buyer(s) hereby agree that the builder shall build and the buyer(s) shall buy the above-refer-
enced model on the property not owned by the Hansen Homes of South Fl Inc. described as follows:

LEGAL DESCRIPTION or real estate located in the County of Lee of property to be built upon:
BL:          4859          LOTS:          25-29          UNIT:          74
ADDRESS:          3619 Oasis Blvd          Cape Coral, FL 33914
STRAP:          05-45-23-c3-04859.0280

Hansen Homes of South FL Inc. is not the seller of this property, Hansen Homes neither has nor ever will
take title or own the above referenced property          x _TAR_

**MISCELLANEOUS DATA:**
| | | | | | |
|---|---|---|---|---|---|
| LOAN TYPE: | Conventional | Current Zoning: | R1-B | | |
| MODEL: | Presley | Future Land use: | Single multi | | |
| WELL | | CITY H20 | X | SEWER | x _TAR_ |
| STANDARD LOT: | SEPTIC | YES | X | NO | SIZE: yes |
| FLOOD ZONE: | AE:EL9 | NEED FLOOD CERT./INS. | n/a | | |
| Seawall: | n/a | Pool: | n/a | | |

$162,921.50    NEW PURCHASE PRICE TO COMPLETE CONSTRUCTION
***any new overages incurred will be due upon completion of the home****

*Grass is not warranted unless a sprinkler system is purchased in this contract*          x _TAR_

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this Contract for Sale &
Purchase (the "Agreement") is conditioned upon the buyer closing on said loan with funds to Hansen
Homes within 60 days from the date hereof.  Buyer(s) agree(s) to make application for, and to use
reasonable diligence to obtain said loan.  Should buyer(s) fail to obtain same within 60 days time,
contract is then null and void.          Seller will review and change
prices if buyer(s) opt to write a new contract.          x _TAR_

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain and close on a
loan. Cash buyers must prove they have the complete amount available before any
permitting work commences.          x _TAR_

**DEPOSITS ARE NON-REFUNDABLE**          *NO EXCEPTIONS*          x _TAR_

**TITLE WORK**

Page 1 of 6

EXHIBIT
"B"

Title companies may not HOLD checks. It is the buyers responsibility once the loan documents are
signed to make sure that Hansen Homes of South Fl Inc. has received the preconstruction draw.
If Hansen Homes does not receive the appropriate documentation and funding within the time before
this contracts is to expire, Hansen Homes of South Fl Inc has the option to cancel the contract.

x _TAR_

Title companies must get loan papers to Hansen Homes in a timely manner.
Once the title company receives the signed documentation from Hansen Homes,
a pre-construction draw must be delivered within 72 hours. Failure to do so will cause the
cancellation of this buyers contract if not within the 60 day time period for closing.
It is the title company's responsibility to make sure that the loan is closed with all parties before disbursing.

x _TAR_

**DISCLAMER**
Buyer(s) take full responsibility to obtain and/or confirm any information about zoning, schools
possible public works, etc... in the area they have chosen to build.

x _TAR_

**VARIABLES**
**Contract price does not include the following unless specifically added to contract.**
Rock removal that may occur in:      * Septic systems, pools, seawalls, & swales may cause extra expense
Tree Removal that may occur in:      * Trees or shrubs in area of house slab, around concrete, or septic areas must be removed
Extended service                     * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands, variances, ect..
Fill, other then the stemwall fill unless otherwise specified in this contract
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments or Betterment fees *

x _TAR_

**ADDITIONAL CHARGES**
If due to any reason beyond Hansen Homes construction obligations, construction of the home is not
able to commence the buyer will be charged $1,500 per month that construction is halted.  Such
reasons where a charge would apply would be due to the buyers chosen lot being in an eagle zone,
owl zone, Environmentally protected wetlands and so forth.  Any such reasons are the responsibility of the
buyer and all costs related to such reasons are the buyers responsibility plus $1,500 per month
when construction cannot commence.

Any splitting of parcels on the part of Hansen Homes will be charged to the buyer at a cost of $300.

x _TAR_

**NOT INCLUDED (continued)**
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utility Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)

x _TAR_

**NOT INCLUDED (continued)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a conventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your
water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilities may need
fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*
The Cost of water to fill your pool or to water your yard will be charged at completion

x _TAR_

**CANCELLATION**
In the event this contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall
be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date
of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.
If the title company disburses the pre-construction draw to Hansen Homes of South Fl Inc., then requests the
funds back due to any reason, said fees will be taken out of the pre construction funds.

x _TAR_

| Contract price includes the following: | | (If they are needed on your property per code) | |
|---|---|---|---|
| *Impact fees (unless increased) | | Blueprints | *Complete well system |
| *Permit fees | *Septic permit fees | Engineering | *Complete septic system |
| *Hookup to public utilities. | | *Surveys | |
| *Notice of Commencement in lieu of final survey (cash buyers only) | | | |
| Hurricane Shutters for Cape Coral homes only | | | |

x _TAR_

**PRICE CHANGES:**
Prices not specifically quoted in this contract for upgraded items may increase without

any prior notice.     Allowances are estimates and could be more or less than
the written price.

x TAR

**Builders Risk Insurance**
Hansen Homes of South Fl Inc. will provide the building site with builders
risk insurance during construction of the home. In the event of a major storm, catastrophe or
vandalism the buyer will be charged (and by initialing the following line agrees to pay)
2% of the total contract price or whatever deductible applies for that home.

x TAR

In the event a C.O. has been issued but the buyer/customer has failed to obtain and forward to
Hansen Homes proof of homeowners insurance, the customer/buyer agrees to pay
for any damage due to storm, vandalism, theft, or any other factor if the costs do not warrant an
insurance claim.

x TAR

If Customer/Buyer does not provide the requested and necessary proof of insurance and time still permits
Hansen Homes will pay for an extension of the builders risk policy and charge the buyers for each months
insurance plus a $200 per month fee until such proof is presented. The above builders risk clauses
would still pertain.

x TAR

If customer/buyer has purchased this home for investment purposes, payment for overages and the final
draw from the lender is due within 2 weeks from the date of C.O. If he/she fails to provide payment within
this time period, the buyer/customer agrees to pay 10% of the balance due on a per diem basis until
payment is received.     10 business days = (2 weeks)

x TAR

**Septic Systems**
Hansen Homes of South Florida Inc is not responsible and will be held harmless if the customer/buyer
experiences septic problems due to misuse of the system & will pay a service call to the Septic
installer and/or plumbers if applicable.

x TAR

**RESTRICTIONS, EASEMENTS, AND LIMITATIONS**
The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements
imposed by the Governmental authority. Also, restrictions and matter appearing on the Plat
or otherwise common to the subdivision (restricted deed), and public utility easements of
record. Also, taxes for year of closing & subsequent years, assumed mortgages and pur-
chase money mortgages; provided, however, that none of the foregoing shall prevent the use
of the property for the purpose of constructing a single family residence there onto.
*(Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting
Department that lot in question is a "buildable lot").*

x TAR

**GARAGE LOCATION**
If the electric pole is located on the left side of the property, facing the site, the garage door
will be located on the same side. If it is on the right, the garage will be on the right side.
This is the shortest distance from your power pole to your breaker box. Extended service
may be requested but must be specifically added and paid for within the context of the con-
tract. If the power company sets the garage there will be an additional
charge of $475 to the buyer(s).Your blueprints will not necessarily be correct with regard
to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!

x TAR

**HOUSE LOCATION:**
The location of the proposed house on your lot will be at minimum set backs as required
by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility
to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some
changes may result in additional costs to the buyer. Each site plan change will cost $75

x TAR

**INTEREST PAYMENTS AND CASH CONTRACTS**
All draw requests for cash contracts are due upon requests. Delay in payment can and will
hold up the construction schedule. Interest payment to your lender must be current before
funds will be released to us. This can and will hold up the construction schedule.
Hansen Homes will pay only the amount of construction interest specified in this contract.
Draws are due as items on disbursement schedule are completed. The correction of red tags
or completion of inspections by permitting office is not in any way shape or form relevant to
the disbursement of draws. Corrections/repairs, etc... are done at random and can be
different for each home but will be done by final draw. Hansen Homes reserves the right
to pay past due construction interest bills in order to obtain draws from the customer/buyers
lender. This interest will be paid to the customer/buyer at completion. Failure to pay will result
in a lien being filed against the home, and the keys will not be granted or turned over to the customer
until payment has been received by Hansen Homes.

x TAR

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to

Page 3 of 6

obtain that type of loan. All investors will be charged for anything else that may be required for their buyers' end loan, such as water tests, r.o. systems, specific inspections, etc... The payment of these monies to the builder will initiate the work being done. No work will be done unless prior payment has been received. There will be no exceptions!!!    x _TAR_

**COMPLETION TIME**
On average we can complete your home in 6-7 months from the day your permit is issued. Exceptions can be: non payment on construction interest by the buyer, weather conditions, inspection backlogs, scheduling delays and materials shortages, etc... Changes by buyers/customers or code changes will also hold up construction.    x _TAR_

It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.    x _TAR_

**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPART- MENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 5-6 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**    x _TAR_

**ASSESSMENTS & UTILITIES**
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made. Charges from FGUA or other private suppliers of public water are not included in this contract unless otherwise stated.    x _TAR_

**SUBSTITUTION OF MATERIALS**
Hansen Homes reserves the right to substitute materials without any prior notice providing the substitution meets all code requirements & is not a special order.

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall control all printed provisions conflicted therewith.    x _TAR_

**PAID BY BUYER: All closing fees, title search fees, courier, fax, long distance charges, or costs incurred in obtaining a loan are to be paid by the buyer. Costs to overnight draws to Hansen Homes will be charged to the buyer at completion**    x _TAR_

**NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.**    x _TAR_

**CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE NOT COMPLETED AT TIME OF C.O. BALANCE TO BE PAID BEFORE    RELEASE OF HOME TO THE BUYER(S).**    x _TAR_

**NOT WARRANTED**
Materials and labor not provided by Hansen Homes or any of its subcontractors. Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has been made. The investor / homeowner is responsible to water and maintain the afore-mentioned items as well as maintain any fill washed out to due heavy rains    x _TAR_

**CHANGES**
$200 charge will be made for each change made after the blueprints are signed, plus the cost of the actual change that is being requested. Charges are not limited to just structural changes but include colors, add-ons; switchouts, etc...    x _TAR_

**NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED AND FINAL PAYMENT HAS BEEN RECEIVED.**    x _TAR_

Any and all changes must be noted on the blueprints. A copy must be signed by the buyer(s) and will be kept on file. Hansen Homes will make an effort to accommodate any changes made after the prints are drawn up and signed but will *not* and *cannot guarantee* those changes will be implemented. There will be additional charges for changes made after the prints have been completed. The construction schedule will be set back up to a week for each change. made.          Only the person listed as the buyer on the contract may make changes    x _TAR_

**ACCESS & INTERFERENCE**

Page 4 of 6

Owner grants possession of the premises to the builder, said premises to be delivered to owner upon completion of the construction after payment of all moneys due builder have been made by owner. Owner agrees to remain off the job site, while construction is in progress, and during the hours of 7 AM to 5 PM or later if any workers are still on the premises.

In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract with other parties for any construction on the job site without written consent of the builder. Upon receiving the builder's written consent, owner may cause to have work done on the job site, but hereby expressly accepts direct responsibility to builder for any damage, delays, and costs resulting there from as determined exclusively by builder. The owner agrees to use only licensed persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation insurance, prior to commencement. Owner agrees to hold builder harmless and indemnify builder for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must be cleared with the Supervisor assigned to the construction of this residence and must be adhered to.                                                                                                    x ___TAR___

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur extra expenses for Hansen Homes and will be billed for same. Example: work not done on time and failing inspection; reinspection fee of $50 or more will be charged to the buyer. Any unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s) due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge, etc.... *WILL BE CHARGED TO THE BUYER(S)*                                             x ___TAR___

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints. They are "field located" at the time of installation. Especially applicable to this are changes made.                   x ___TAR___

Buyer(s) responsible for additional costs with regard to power lines or any other improvements needed to build, not specifically covered in this contract.                         x ___TAR___

Any agreements made prior to the date of this contract are now rendered null and void.    x ___TAR___

**LIMITED WARRANTY**
Cement is not warranted against cracking, only if separation or lifting occurs. Ceramic tiles are not warranted against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty from the date of C.O. or delivery date if applicable.
Sod not warranted unless buyer purchases and has installed sprinkler system through Hansen Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod. Some work buyer(s) do after c.o. may void any warranties given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen Homes cannot and will not warranty the quality of said water, only provide you with well equipment that can have you access said water. Other equipment may be available at buyer(s) expense to improve the quality for said water providing any problems do exist.
Hansen Homes is not responsible for Mold in your home. Mold is a maintenance issue and must be taken care of by the homeowner.

**LEGAL**
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado.
The terms and conditions of this Agreement constitute the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements, or representations by or between the parties, written or oral. The agreements set forth in this Agreement may be modified or waived only by a separate writing signed by the parties hereto, expressly so modifying or waiving such agreements. It is understood and agreed that no failure or delay in exercising any right, power, or privilege hereunder shall operate as a waiver thereof or the exercise of any right power or privilege hereunder.      x ___TAR___

This Agreement shall be governed and construed in accordance with the laws of the State of Florida without giving effect to its conflicts of laws, principles or rules, and shall inure to the benefit of and be binding upon the parties hereto, their successors and assigns.       x ___TAR___

If any provision in this Agreement is prohibited or unenforceable in any jurisdiction such provision or unenforceability without invalidating the remaining provisions of this Agreement or without affecting the validity or enforceability of such provisions in any other jurisdiction.                                                                               x ___TAR___

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home. Investors that are selling, renting, or leasing the Hansen Home constructed for them are solely responsible for the sale, renting, or leasing of the property. Hansen Homes does not sell investments, ideas, or opportunities. Hansen Homes sole responsibility is the construction of the home and other contractual obligations as stated in this contract.                                        x _TAR_

**NOTICE OF CLAIM**
Chapter 558, Florida statutes contains important requirements you must follow before you may bring any legal action for an alleged construction defect in your home. Sixty days before you bring any legal action, you must deliver to the other party to this contract a written notice referring to chapter 558 of any construction conditions you allege are defective and provide such person the opportunity to inspect the alleged construction defects and to consider making an offer to repair or pay for the alleged construction defects. You are not obligated to accept any offer which may be made. There are strict deadlines and procedures under this Florida law which must be met and followed to protect your interests.
                                                                                      x _TAR_

**CONSTRUCTION INDUSTRIES RECOVERY FUND**
Payment may be available from the construction industries recovery fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state-licensed contractor. For information about the recovery fund and filing a claim, please contact the Florida Construction Industry Licensing Board.
                                                                                      x _TAR_

x _Todd Rismiller_

Executed by buyer:           Todd Rismiller
Social Sec. Number:          287694-2598
Present Address              1738 Hunter Woods Ct   Milford OH 45152
Home ph:    513-575-0010

                             x _____

Executed by buyer:
Social Security No.:
Present Address
Home ph:                     Work ph:               Other ph:   849-2888

EXECUTED BY HANSEN HOMES REP. _____
                                    Tracey M. Hansen   _Anne/E  Hansen_
NOTARY PUBLIC _____ V.P. Sales        _Treasurer_

_____    who is/are personally known to me _____   who has/have produced
_____    as identification and who _____   did _____   did not take an oath.

Notary Public State of Florida
Jeanette Chirino
My Commission DD440922
Expires 06/14/2009



P.O. BOX 151735
CAPE CORAL, FL 33915
(239) 458-2100 PHONE
(239) 458-6703 FAX
www.HansenHomes.net

Job Name: Rismiller, Todd #1

**RELEASE**

This Release ("Release") is entered into as of this _6th_day of _March___, 2006 by and between __Todd Rismiller__, ("Buyer") and Hansen Homes of South Florida, Inc. ("Hansen Homes").

Whereas, the parties have previously entered into an Agreement entitled "Contract for Sale and Purchase" for the construction of a single family home dated _10/22/2004_(the "Agreement").

Whereas, the Buyer wishes to refinance the construction contemplated in the Agreement, and

Whereas, the parties wish to supersede the Agreement subject to the terms and conditions contained in this Release.

Now, Therefore, in consideration of the above Recitals, mutual promises contained in this Release and other good and valuable consideration, the sufficiency of all of which is hereby acknowledged, the parties agree as follows.

1. In order to facilitate a re-financing of the construction contemplated in the Agreement the parties agree to execute this Release and a new construction agreement which supersedes the terms and conditions of the Agreement, provided and contingent on the parties executing on this date and simultaneous with the execution of this Release a new Agreement of "Contract for Sale and Purchase" (the "New Agreement"). The New Agreement shall contain a new purchase price equal to the current remaining cost to construct plus any overages for any allowance items, including, but not limited to, interest, fill or other, remaining unpaid by the Buyer, if any, all as calculated by Hansen Homes and is shown on Exhibit "A" attached hereto. It shall also contain the following provisions which are also part of this Release.

   "The terms and conditions of this Release constitute the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements, or representations by or between the parties, written or oral. The agreements set forth in this Release may be modified or waived only by a separate writing signed by the parties hereto, expressly so modifying or waiving such agreements. It is understood and agreed that no failure or delay in exercising any right, power or privilege hereunder shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any right power or privilege hereunder.

   This Release shall be governed and construed in accordance with laws of state of Florida, without giving effect to its conflicts of laws, principles or rules, and shall inure to the benefit of and be binding upon the parties hereto, their successors and assigns.

   If any provision in this Release is prohibited or unenforceable in any jurisdiction such provision shall as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions of this Release or without affecting the validity or enforceability of such provisions in any other jurisdiction."

2. The Buyer hereby releases, discharges, acquits, and forgives Hansen Homes from any and all claims, actions, suits, demands, agreements, and each of them, if more than one, liabilities, judgments, and proceedings both at law and in equity arising from the beginning of time to the date of this Release and as more particularly related to or arising from the aforementioned Agreement.

3. The parties agree that it is Buyer' sole responsibility to procure financing in order for Hansen Homes to construct a single family home under the New Agreement.

This Release shall be binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

Buyer: _Todd A Rismiller_
Name: _Todd A Rismiller_

Hansen Homes of South Florida, Inc.
By: _Ann E HANSEN_
Title: _Treasurer_



Hansen Homes of South Fl Inc.
P.O. Box 151735
Cape Coral, FL 33915
239-458-2100 PH  239-458-2295 FAX
CRC 056902
*Buyer MUST attach a copy of Drivers
License or Identification Card to this contract*

**CONTRACT FOR SALE
AND PURCHASE**

Cardenas, Frank #1
Date of Revised Contract and Release:     3/13/2006

Initialing the lines of this contract represents understanding and agreement to all of the terms, conditions, and information preceding said line.

Hansen Homes shall construct the _____Affordable III_____ Model
(As per preliminary drawing attached)                                      X _____

Any and all changes to this contract shall be made in separate addendums.          X _____

HANSEN HOMES of South Fl Inc. &  Frank Cardenas
as buyer(s) hereby agree that the builder shall build and the buyer(s) shall buy the above-refer-
enced model on the property not owned by the Hansen Homes of South Fl Inc. described as follows:

LEGAL DESCRIPTION or real estate located in the County of Lee of property to be built upon:
BL:          71          LOTS:     9          UNIT:      7
ADDRESS:          4402 Ruth Ave S          Lehigh Acres FL 33971
STRAP:          11-45-26-07-00071.0090

Hansen Homes of South FL Inc. is not the seller of this property, Hansen Homes neither has nor ever will
take title or own the above referenced property                                    X _____

MISCELLANEOUS DATA:
| LOAN TYPE: | Conventional | | Current Zoning: | | R1-B | |
|---|---|---|---|---|---|---|
| MODEL: | Affordable III | | Future Land use: | | Single multi | |
| WELL | X | SEPTIC | X | CITY H20 | | SEWER |
| STANDARD LOT: | YES | | NO | X | SIZE: | 80*136 |
| FLOOD ZONE: | | B | NEED FLOOD CERT./INS. | | n/a | |
| Seawall: | n/a | | Pool: | n/a | | |

| $110,522.22 | NEW PURCHASE PRICE TO COMPLETE CONSTRUCTION |
|---|---|
| | ***any new overages incurred will be due upon completion of the home*** |

*Grass is not waranteed unless a sprinkler system is purchased in this contract*          X _____

FINANCING
If the purchase price, or any part thereof, is to be financed by a third party loan, this Contract for Sale &
Purchase (the "Agreement") is conditioned upon the buyer closing on said loan with funds to Hansen
Homes within 60 days from the date hereof.  Buyer(s) agree(s) to make application for, and to use
reasonable diligence to obtain said loan. Should buyer(s) fail to obtain same within 60 days time,
contract is then null and void.          Seller will review and change
prices if buyer(s) opt to write a new contract.                                    X _____

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain and close on a
loan. Cash buyers must prove they have the complete amount available before any
permitting work commences.                                    X _____
                                                                      X _____

DEPOSITS ARE NON-REFUNDABLE          NO EXCEPTIONS          X _____
                                                                      X _____

TITLE WORK

Page 1 of 6

EXHIBIT
"C"
tabbies®

Title companies may not HOLD checks.  It is the buyers responsibility once the loan documents are signed to make sure that Hansen Homes of South Fl Inc. has received the preconstruction draw.
If Hansen Homes does not receive the appropriate documentation and funding within the time before this contracts is to expire, Hansen Homes of South Fl Inc has the option to cancel the contract.

x _____

Title companies must get loan papers to Hansen Homes in a timely manner.
Once the title company receives the signed documentation from Hansen Homes,
a pre-construction draw must be delivered within 72 hours.  Failure to do so will cause the cancellation of this buyers contract if not within the 60 day time period for closing.
It is the title company's responsibility to make sure that the loan is closed with all parties before disbursing.

x _____

**DISCLAMER**
Buyer(s) take full responsibility to obtain and/or confirm any information about zoning, schools possible public works, etc... in the area they have chosen to build.

x _____

**VARIABLES**
**Contract price does not include the following unless specifically added to contract.**
Rock removal that may occur in:        * Septic systems, pools, seawalls, & swales may cause extra expense
Tree Removal that may occur in:        * Trees or shrubs in area of house slab, around concrete, or septic areas must be removed
Extended service                                   * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands, variances, ect..
Fill, other than the stemwall fill unless otherwise specified in this contract
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments or Betterment fees *

x _____

**ADDITIONAL CHARGES**
If due to any reason beyond Hansen Homes construction obligations, construction of the home is not able to commence the buyer will be charged $1,500 per month that construction is halted.  Such reasons where a charge would apply would be due to the buyers chosen lot being in an eagle zone, owl zone, Environmentally protected wetlands and so forth.  Any such reasons are the responsibility of the buyer and all costs related to such reasons are the buyers responsibility plus $1,500 per month when construction cannot commence.

Any splitting of parcels on the part of Hansen Homes will be charged to the buyer at a cost of $300.

x _____

**NOT INCLUDED (continued)**
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utility Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)

x _____

**NOT INCLUDED (continued)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a conventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilities may need fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*
The Cost of water to fill your pool or to water your yard will be charged at completion

x _____

**CANCELLATION**
In the event this contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.
If the title company disburses the pre-construction draw to Hansen Homes of South Fl Inc., then requests the funds back due to any reason, said fees will be taken out of the pre construction funds.

x _____

**Contract price includes the following:**          (If they are needed on your property per code)
*impact fees (unless increased)                    Blueprints                    *Complete well system
*Permit fees                        *Septic permit fees          Engineering                 *Complete septic system
*Hookup to public utilities.                             *Surveys
*Notice of Commencement in lieu of final survey (cash buyers only)
Hurricane Shutters for Cape Coral homes only

x _____

**PRICE CHANGES:**
Prices not specifically quoted in this contract for upgraded items may increase without

any prior notice.    Allowances are estimates and could be more or less than
the written price.

x _____

**Builders Risk Insurance**
Hansen Homes of South Fl Inc. will provide the building site with builders
risk insurance during construction of the home.  In the event of a major storm, catastrophe or
vandalism the buyer will be charged (and by initialing the following line agrees to pay)
2% of the total contract price or whatever deductible applies for that home.

x _____

In the event a C.O. has been issued but the buyer/customer has failed to obtain and forward to
Hansen Homes proof of homeowners insurance, the customer/buyer agrees to pay
for any damage due to storm, vandalism, theft, or any other factor if the costs do not warrant an
insurance claim.

x _____

If Customer/Buyer does not provide the requested and necessary proof of insurance and time still permits
Hansen Homes will pay for an extension of the builders risk policy and charge the buyers for each months
insurance plus a $200 per month fee until such proof is presented.  The above builders risk clauses,
would still pertain.

x _____

If customer/buyer has purchased this home for investment purposes, payment for overages and the final
draw from the lender is due within 2 weeks from the date of C.O.  If he/she fails to provide payment within
this time period, the buyer/customer agrees to pay 10% of the balance due on a per diem basis until
payment is received.        10 business days = (2 weeks)

x _____

**Septic Systems**
Hansen Homes of South Florida Inc is not responsible and will be held harmless if the customer/buyer
experiences septic problems due to misuse of the system & will pay a service call to the Septic
installer and/or plumbers if applicable.

x _____

**RESTRICTIONS, EASEMENTS, AND LIMITATIONS**
The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements
imposed by the Governmental authority.  Also, restrictions and matter appearing on the Plat
or otherwise common to the subdivision (restricted deed), and public utility easements of
record.  Also, taxes for year of closing & subsequent years, assumed mortgages and pur-
chase money mortgages; provided, however, that none of the foregoing shall prevent the use
of the property for the purpose of constructing a single family residence there onto.
(Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting
Department that lot in question is a "buildable lot").

x _____

**GARAGE LOCATION**
If the electric pole is located on the left side of the property, facing the site, the garage door
will be located on the same side.  If it is on the right, the garage will be on the right side.
This is the shortest distance from your power pole to your breaker box.  Extended service
may be requested but must be specifically added and paid for within the context of the con-
tract. If the power company sets the pole opposite the garage there will be an additional
charge of $475 to the buyer(s).Your blueprints will not necessarily be correct with regard
to the above information.  DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!

x 

**HOUSE LOCATION:**
The location of the proposed house on your lot will be at minimum set backs as required
by the codes relevant in your area and centered if at all possible.  It is the buyer(s) responsibility
to inform Hansen Homes if he/she desires to review the site plan and/or change it.  Some
changes may result in additional costs to the buyer.  Each site plan change will cost $75

x _____

**INTEREST PAYMENTS AND CASH CONTRACTS**
All draw requests for cash contracts are due upon requests.  Delay in payment can and will
hold up the construction schedule.  Interest payment to your lender must be current before
funds will be released to us.  This can and will hold up the construction schedule.
Hansen Homes will pay only the amount of construction interest specified in this contract.
Draws are due as items on disbursement schedule are completed.  The correction of red tags
or completion of inspections by permitting office is not in any way shape or form relevant to
the disbursement of draws.  Corrections/repairs, etc... are done at random and can be
different for each home but will be done by final draw. Hansen Homes reserves the right
to pay past due construction interest bills in order to obtain draws from the customer/buyers
lender.  This interest will be paid to the customer/buyer at completion.  Failure to pay will result
in a lien being filed against the home, and the keys will not be granted or turned over to the customer
until payment has been received by Hansen Homes.

x _____

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to

Page 3 of 6

obtain that type of loan. All investors will be charged for anything else that may be required for their buyers' end loan, such as water tests, r.o. systems, specific inspections, etc...
The payment of these monies to the builder will initiate the work being done. No work will be done unless prior payment has been received.There will be no exceptions!!!



**COMPLETION TIME**
On average we can complete your home in 6-7 months from the day your permit is issued.
Exceptions can be: non payment on construction interest by the buyer,
weather conditions, inspection backlogs, scheduling delays and materials shortages, etc...
Changes by buyers/customers or code changes will also hold up construction.



It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.

**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPART-MENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 6-8 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**



**ASSESSMENTS & UTILITIES**
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made. Charges from FGUA or other private suppliers of public water are not included in this contract unless otherwise stated.



**SUBSTITUTION OF MATERIALS**
Hansen Homes reserves the right to substitute materials without any prior notice providing the substitution meets all code requirements & is not a special order.

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall control all printed provisions conflicted therewith.



**PAID BY BUYER:** All closing fees, title search fees, courier, fax, long distance charges, or costs incurred in obtaining a loan are to be paid by the buyer. Costs to overnight draws to Hansen Homes will be charged to the buyer at completion



**NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.**



**CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE NOT COMPLETED AT TIME OF C.O. BALANCE TO BE PAID BEFORE RELEASE OF HOME TO THE BUYER(S).**



**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors.
Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has been made. The investor / homeowner is responsible to water and maintain the afore-mentioned items as well as maintain any fill washed out to due heavy rains



**CHANGES**
$200 charge will be made for each change made after the blueprints are signed, plus the cost of the actual change that is being requested. Charges are not limited to just structural changes but include colors, add-ons; switchouts, etc...

**NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED AND FINAL PAYMENT HAS BEEN RECEIVED.**



Any and all changes must be noted on the blueprints. A copy must be signed by the buyer(s) and will be kept on file. Hansen Homes will make an effort to accommodate any changes made after the prints are drawn up and signed but *will not and cannot guarantee* those changes will be implemented. There will be additional charges for changes made *after* the prints have been completed. The construction schedule will be set back up to a week for each change. made.          Only the person listed as the buyer on the contract may make changes

**ACCESS & INTERFERENCE**

Page 4 of 6

Owner grants possession of the premises to the builder, said premises to be delivered to owner upon completion of the construction after payment of all moneys due builder have been made by owner. Owner agrees to remain off the job site, while construction is in progress, and during the hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract with other parties for any construction on the job site without written consent of the builder. Upon receiving the builder's written consent, owner may cause to have work done on the job site, but hereby expressly accepts direct responsibility to builder for any damage, delays, and costs resulting there from as determined exclusively by builder. The owner agrees to use only licensed persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation insurance, prior to commencement. Owner agrees to hold builder harmless and indemnify builder for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must be cleared with the Supervisor assigned to the construction of this residence and must be adhered to.                                                                                                                                    X

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur extra expenses for Hansen Homes and will be billed for same. Example: work not done on time and failing inspection; reinspection fee of $50 or more will be charged to the buyer. Any unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s) due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge, etc.... *WILL BE CHARGED TO THE BUYER(S)*                                                                                      X

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints. They are "field located" at the time of installation. Especially applicable to this are changes made.                                                                          X

Buyer(s) responsible for additional costs with regard to power lines or any other improvements needed to build, not specifically covered in this contract.                                                                        X

Any agreements made prior to the date of this contract are now rendered null and void.                        X

**LIMITED WARRANTY**
Cement is not warranted against cracking, only if separation or lifting occurs. Ceramic tiles are not warranted against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty from the date of C.O.or delivery date if applicable.
Sod not warranted unless buyer purchases and has installed sprinkler system through Hansen Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod. Some work buyer(s) do after c.o. may void any warranties given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water – The well equipment is provided if your lot is in area without public water; however, Hansen Homes cannot and will not warranty the quality of said water, only provide you with well equipment that can have you access said water. Other equipment may be available at buyer(s) expense to improve the quality for said water providing any problems do exist.
Hansen Homes is not responsible for Mold in your home. Mold is a maintenance issue and must be taken care of by the homeowner.

**LEGAL**
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado.
The terms and conditions of this Agreement constitute the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements, or representations by or between the parties, written or oral. The agreements set forth in this Agreement may be modified or waived only by a separate writing signed by the parties hereto, expressly so modifying or waiving such agreements. It is understood and agreed that no failure or delay in exercising any right, power, or privilege hereunder shall operate as a waiver thereof or the exercise of any right power or privilege hereunder.                    X

This Agreement shall be governed and construed in accordance with the laws of the State of Florida without giving effect to its conflicts of laws, principles or rules, and shall inure to the benefit of and be binding upon the parties hereto, their successors and assigns.                        X

If any provision in this Agreement is prohibited or unenforceable in any jurisdiction such provision or unenforceability without invalidating the remaining provisions of this Agreement or without affecting the validity or enforceability of such provisions in any other jurisdiction.                                                                                                          X

Page 5 of 6

HANSEN HOMES 7664

**INVESTOR CLAUSE**

Hansen Homes is not responsible for the sale of your home.  Investors that are selling, renting, or leasing the Hansen Home constructed for them are solely responsible for the sale, renting, or leasing of the property.  Hansen Homes does not sell investments, ideas, or opportunities. Hansen Homes sole responsibility is the construction of the home and other contractual obligations as stated in this contract.                                                                          x

**NOTICE OF CLAIM**

Chapter 558, Florida statutes contains important requirements you must follow before you may bring any legal action for an alleged construction defect in your home. Sixty days before you bring any legal action, you must deliver to the other party to this contract a written notice referring to chapter 558 of any construction conditions you allege are defective and provide such person the opportunity to inspect the alleged construction defects and to consider making an offer to repair or pay for the alleged construction defects.  You are not obligated to accept any offer which may be made.  There are strict deadlines and procedures under this Florida law which must be met and followed to protect your interests.

**CONSTRUCTION INDUSTRIES RECOVERY FUND**

Payment may be available from the construction industries recovery fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a a state-licensed contractor.  For information about the recovery fund and filing a claim, please contact the Florida Construction Industry Licensing Board.                                                                          x

x _____
Frank Cadenas

Executed by buyer:
Social Sec. Number
Present Address          ~~1425 Los Robles Ave         Sun Marine CA 94408~~
Home ph:    626-487-5069          6318 Greenleaf Ave , Apt 4 , Whittier, CA 90601

x _____
Executed by buyer:
Social Security No.:
Present Address
Home ph:                Work ph:                Other ph:

EXECUTED BY HANSEN HOMES REP. _____
                                    Tracey M. Hansen
                                    V.P. Sales
NOTARY PUBLIC _____

_____   who is/are personally known to me _____   who has/have produced
_____   as identification and who _____ did _____ did not take an oath.

**DIRECTIONS TO LOT:**



## CONTRACT FOR SALE
## AND PURCHASE

**_Baker, Garry_**

Date:        8/10/2004  Expires:   10/10/2004

Hansen Homes shall construct the     **Affordable III**     Model
(As per preliminary drawing attached)

Any and all changes to this contract shall be made in separate addendums.

**HANSEN HOMES &        Garry Baker**
as buyer(s) hereby agree that the seller shall sell and the buyer(s) shall buy the above-refer-
enced model on the property described as follows:
Realtor Rep:  Dave Irwin              Commission:      6.174            Sellstate Acheivers Realty
**LEGAL DESCRIPTION** or real estate located in the County of Lee:
BL:        108        LOTS:   18        UNIT:       11
ADDRESS:    3716 11th St SW       Lehigh Acres FL 33971
STRAP:      34-44-26-11-00108.0180

**MISCELLANEOUS DATA:**
LOAN TYPE:  Conventional        **Current Zoning:**    R1-B
MODEL:      Affordable III      **Future Land use:**   Single multi
WELL        X        SEPTIC   X        CITY H20             SEWER
STANDARD LOT:       YES             NO        X        SIZE:      80*136
FLOOD ZONE:                     NEED FLOOD CERT./INS.  N/A
Seawall:    NA                  Pool:    NA

$ 109,074.00  Base
N/A           Lot Allowance
$   8,000.00  Fill Allowance
$     800.00  Culvert
N/A           Closing Cost Allowance
$   2,500.00  Clearing Allowance
$   3,500.00  Construction Interest Allowance
$   1,000.00  Lehigh Fee
N/A           Flood Insurance Policy Allowance
N/A           Seawall Allowance
N/A           Pool Package
N/C           Standard island
N/C           R-19 Insulation
N/C           Raised white panel cabinets & plant shelves in great room
$   1,550.00  Irrigation system
$   1,500.00  Tile in wet areas
$     875.00  Dimensional shingles
$     350.00  Garage door opener
$     675.00  Washer/dryer
$     550.00  Washable interior paint

$ 130,374.00  TOTAL
Increased impact fees included
2002 building code increases included
Grass is not warranteed unless a sprinkler system is purchased in this contract
PURCHASE PRICE.............................................................................  $ 130,374.00
LOT PRICE:...................                                                                 see above
15% DOWN FOR CASH BUYERS..............................................               na
DEPOSIT............................................................................................              $0
SECOND DEPOST ............................................................................  na
BALANCE DUE..................................................................................  $ 130,374.00

Page 1 of 5

EXHIBIT

"D"

BUILDER'S ASSISTANCE W/CLOSING COSTS................................. NA
LOT PAID IN FULL BY BUYER(S) AT............................................... NA
BUILDER TO PAY CONST. INTEREST NOT EXCEEDING...................... NA

**FINANCING**

If the purchase price, or any part thereof, is to be financed by a third party loan, this contract for sale and purchase is conditioned upon the buyer obtaining a firm commitment for said loan within 60 days from the date hereof.  Buyer(s) agree(s) to make application for, and to use reasonable diligence to obtain said loan.  Should buyer(s) fail to obtain same within said time, either party may cancel the contract.    Seller will have option to review /and or change prices if buyer(s) opt to extend contract.                                                  x _____

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain loan, Cash buyers must prove they have the complete amount available before permitting will be applied for. If this offer is not executed by and delivered to all parties, or fact of execution not communi-cated in writing between the parties on or before:    10/10/2004
DEPOSITS ARE NON-REFUNDABLE                                                      x _____

All title work will be requested from the below-referenced unless buyers advise differently at contract time.  YES____  NO__X__              Covenant Title Inc                 x _____
**CAPE CORAL TITLE INSURANCE AGENCY**
1307 CAPE CORAL PARKWAY, CAPE CORAL FL
CONTACT:    DEBBIE PETRUZELLI              540-1555
*Should buyer choose another title company, please advise at contract time!*
*If not, buyer(s)  will be charged for title work done by Cape Coral Title!!!!!*                x _____

**DISCLAIMER**

Buyer(s) take full responsibilitly to obtain and/or confirm any information about zoning,schools possible public works, etc... in the area they have chosen to build.                            x _____

**VARIABLES**

**Contract price does not include the following unless specifically added to contract.**
Rock removal                     * Septic systems, pools, seawalls, & swales may cause extra expense
Tree removal                     * Trees or shrubs in area of house slab must be removed
Extended service             * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands. etc.
Fill, other than the stemwall fill
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
**Assessments of Betterment fees ***
**Increases by the Permitting Department for impact fees or any other building related fees.**
**Fees to the Utilitiy Company for hookups, meters, etc... outside of the City of Cape Coral**
**Costs due to changes in code made by local / state / federal that are not included in this contract.**
**( If changes are made between the contract date and the date permits are pulled)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a coventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*

**CANCELLATION**
In the event contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.

**Contract price does include the following:**              (If they are needed on your property per code)
Impact fees                   Surveys                    Blueprints                 Complete well system
Permit fees                   Septic permit fees         Engineering                Complete septic system
Hookup to publ. Util.*                 (All Items in Misc. Column)                  * If applicable
Notice of Commencement in lieu of final survey    (for cash buyers only)                          x _____

**PRICE CHANGES:**
Prices not specifically quoted in this contract for upgraded items may increase without any prior notice.                                                                      x _____

**RESTRICTIONS, EASEMENTS, AND LIMITATIONS**
The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements imposed by the Governmental authority.  Also, restrictions and matter appearing on the Plat

or otherwise common to the subdivision (restricted deed), and public utility easements of record. Also, taxes for year of closing & subsequent years, assumed mortgages and purchase money mortgages; provided, however, that none of the foregoing shall prevent the use of the property for the purpose of constructing a single family residence thereonto.
(*Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting Department that lot in question is a "buildable lot"*).

x 

**GARAGE LOCATION**
If the electric pole is located on the left side of the property, facing the site, the garage door will be located on the same side. If it is on the right, the garage will be on the right side. This is the shortest distance from your power pole to your breaker box. Extended service may be requested but must be **specifically** added and paid for within the context of the contract.If the power company sets pole opposite the garage there will be an additional charge of $365 to the buyer(s).Your blueprints will not necessarily be correct with regard to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.II

x 

*HOUSE LOCATION:*
The location of the proposed house on your lot will be set at minimum set backs as required by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some changes may result in additional costs to you.

x 

**INTEREST PAYMENTS AND CASH CONTRACTS**
All draw requests for cash contracts are due upon requests. Delay in payment can and will hold up the construction schedule. Interest payment to your lender must be current before funds will be released to us. this can and will hold up the construction schedule.

x 

Draws are due as items on disbursement schedule are completed. The correction of red tags or completion of inspections by permitting office is not in any way shape or form relevant to the disbursement of draws. Corrections/repairs, etc... are done at random and can be different for each home but will be done by final draw.

x 

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to obtain that type of loan. All investors will be charged for anything else that may be required for their end buyers' loan, such as water tests, r.o. systems, specific inspections, etc... The payment of these monies to the builder will initiate the work being done. No work will be done unless payment has been received.There will be no exceptions!!!

x 

**COMPLETION TIME**
On average we can complete your home 3-5 months from the day your permit was issued. Exceptions can be, non payment on construction interest bill by the buyer, weather conditions, inspection backlogs, and scheduling delays.
Also, changes on plans after permitting will hold up the construction of the home.

It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.
**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPART-MENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 6 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**

x 

**ASSESSMENTS**
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made.

x 

**SUBSTITUTION OF MATERIALS**
Hansen Homes.reserves the right to substitute materials without any prior notice providing the substitution meets all code requirements & is not a special order.

x

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall control all printed provisions conflicted therewith.

x

PAID BY BUYER All closing fees, title search fees, courier, fax, long distance charges, or costs incurred in obtaining a loan, is to be paid by the buyer.

x

**NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN**

GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID
BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.        x _____

CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE
NOT COMPLETED AT TIME OF C.O. BALANCE TO BE PAID BEFORE     RELEASE
OF HOME TO THE BUYER(S).        x _____

**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors.
Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has
been made.  The investor / homeowner is responsible to water and maintain the
afore-mentioned items as well as maintain any fill washed out to due heavy rains

**CHANGES**
$200 charge will be made for each change made after the blueprints
are signed plus the cost of the actual change that is being requested. Charges
are not limited to just structural changes but colors, add-ons; switchouts, etc...
NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY
DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED
AND FINAL PAYMENT HAS BEEN RECEIVED.        x _____
Any and all changes must be noted on the blueprints.  A copy must be signed by the buyer(s)
and will be kept on file.  Hansen Homes will make an effort to accommodate any changes
made after the prints are drawn up and signed but *will not and cannot guarantee* those changes
will be implemented.  There will be additional charges for changes made *after* the prints have
been completed.The construction schedule will be set back up to a week for each change.
made.        THERE WILL BE NO EXCEPTIONS!!!        x _____

**ACCESS & INTERFERENCE**
Owner grants possession of the premises to the builder, said premises to be delivered to owner
upon completion of the construction after payment of all moneys due builder have been made by
owner.  Owner agrees to remain off the job site, while construction is in progress, and during the
hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract
with other parties for any construction on the job site without written consent of the builder.  Upon
receiving the builder's written consent, owner may cause to have work done on the job site, but
hereby expressly accepts direct responsibility to builder for any damage, delays, and costs re-
sulting therefrom as determined exclusively by builder.  The owner agrees to use ony licensed
persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation
insurance, prior to commencement.  Owner agrees to hold builder harmless and indemnify builder
for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must
be cleared with the Supervisor assigned to the construction of this residence and must be adhered
to.        x _____

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur
extra expenses for Hansen Homes and will be billed for same.  Example:  work not done on
time and failing inspection; reinspection fee of $50 or more will be charged to the buyer.  Any
unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s)
due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge,
etc.... *WILL BE CHARGED TO THE BUYER(S)*        x _____

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints.  They are "field located" at the time
of installation.  Especially applicable to this are changes made.        x _____

Buyer(s) responsible for additional costs with regard to power lines or any other improvements
needed to build, not specifically covered in this contract.        x _____

Any agreements made prior to the date of this contract are now rendered null and void.        x _____

**LIMITED WARRANTY**
Cement not warranted against cracking.  Only if separation or lifting occurs.  Ceramic tiles
not warranted against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty
from the date of C.O.or delivery date if applicable.
Sod not warranted unless buyer purchases and has installed sprinkler system through Hansen
Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod.  Some work buyer(s) do after c.o. may void any warranties

given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen
Homes cannot and will not warranty the quality of said water; only provide you with well equipment
that can have you access said water.  Other equipment may be available at buyer(s) expense to
improve the quality fo said water providing any problems do exist.                                    x _____
Hansen Homes is not responsible for Mold in your home.
This is a legally binding contract, If not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovádo.                                          x _____

**CUSTOM HOMES**
Buyer(s) herewith testify that they have not copied another builder's pattented floor plan.        x _____

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home.  Investors that are selling, renting,
or leasing the Hansen Home constructed for them are soley responsible for the sale, renting,
or leasing of the property.  Hansen Homes does not sell investments, ideas, or opportunities.
Hansen Homes sole responsibility is the construction of the home.                              x _____

|                          |                              x _Garry A. Baker_____ |
|--------------------------|-----------------------------------------------|
| *Executed by buyer:*     | **Garry Baker**                               |
| *Social Sec. Number*     |                                               |
| *Present Address*        | 8741 N Gilmore Rd        Fairfield OH 45015    |
| *Home ph:*  513-616-1962 | *Work ph:*                      *Cell:*        |

|                          | x _____           |
|--------------------------|-----------------------------------------------|
| *Executed by buyer:*     |                                               |
| *Social Security No.:*   |                                               |
| *Present Address*        | Same                                          |
| *Home ph:*               | *Work ph:*                      *Other ph:*    |

EXECUTED BY HANSEN HOMES REP. ___ _Tracey Hansen_____
                                                Tracey Hansen

NOTARY PUBLIC_____

_____    who is/are personally known to me _____    who has/have produced
_____    as identification and who _____  did_____  did not take an oath.
**DIRECTIONS TO LOT:**    East on Colonial Blvd
                          Colonial Blvd becomes Lee Blvd
                          Turn right onto Gunnery Rd N
                          Turn left onto 8th St SW
                          Turn right onto Yvonne Ave S
                          Turn left onto 11th St SW



Hansen Homes of South Fl Inc.
P.O. Box 151735
Cape Coral, FL 33915
239-458-2100 PH  239-458-2295 FAX
CRC 056902
*Buyer MUST attach a copy of Drivers*
*License or Identification Card to this contract*

**CONTRACT FOR SALE**
**AND PURCHASE**

Date of Contract:    9/27/2004 This Contract Expires if not closed and funded to Hansen Homes before:        11/27/2004

Initialing the lines of this contract represents understanding and agreement to all of the terms, conditions, and information preceeding said line.

Hansen Homes shall construct the _____Presley_____ Model          x _KC, W.C_
                    (As per preliminary drawing attached)

Any and all changes to this contract shall be made in separate addendums.          x _KC, WC_

**HANSEN HOMES of South Fl Inc. &** __Wayne E. and Kimberly A Carbonell__  (Legal Names Only) as buyer(s) hereby agree that the builder shall build and the buyer(s) shall buy the above-referenced model on the property not owned by the Hansen Homes of South Fl Inc. described as follows:

Realtor Rep:    NA         Phone #:          Commission (house only):

**LEGAL DESCRIPTION** or real estate located in the County of Lee of property to be built upon:
BL:        2283        LOTS:    51-52    UNIT:    33
ADDRESS:    1718 NE 27th Terrace Cape Coral, FL 33909
STRAP:    29-43-24-c4-02283.0510

Hansen Homes of South FL Inc. is not the seller of this property, Hansen Homes never has nor ever will take title or own the above referenced property          x _KW,WC_

**MISCELLANEOUS DATA:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOAN TYPE: | Conventional | | Current Zoning: | | R1-B | | |
| MODEL: | Presley | | Future Land use: | | Single multi | | |
| WELL | X | SEPTIC | X | CITY H2O | | SEWER | |
| STANDARD LOT: | YES | | NO | X | | SIZE: | 80*126 |
| FLOOD ZONE: | C | | NEED FLOOD CERT./INS. | | | | |
| Seawall: | NA YES | | Pool: | NA YES | | | |

$ 134,900.00  Base
$  69,900.00  Lot Allowance ✓
$   6,500.00  Fill Allowance ✓
$     725.00  Culvert ✓
$  10,000.00  Closing Cost Allowance ✓
$   4,000.00  Construction Interest Allowance ✓
TBD           Clearing Allowance
NA            Lehigh Acres Fee
TBD           Flood Insurance Policy Allowance
$  13,000.00  Seawall Allowance      Buyer to be credited unused portions if any ✓
$  23,900.00  Pool Package ✓
NC            Raised Panel White Cabinets
N/C           R-19 Insulation
N/C           Raised white panel cabinets & plant shelves on both sides of the great room
$   5,000.00  Retaining wall ✓
NC            Rocker switches ✓
$     300.00  Additional wall in family room ✓

$ 268,225.00  TOTAL

Page 1 of 6

**EXHIBIT**
"E"
tabbies®

*Grass is not waranteed unless a sprinkler system is purchased in this contract*          x KC Wi

PURCHASE PRICE.....................................................................
LOT PRICE:........................................................................  $ 268,225.00
15% DOWN FOR CASH BUYERS.............................................  see above
DEPOSIT.........(non-refundable)...............................................  na
SECOND DEPOST ...............................................................
BALANCE DUE......................................................................  $ 268,225.00

BUILDER'S ASSISTANCE W/CLOSING COSTS...............................  NA
LOT PAID IN FULL BY BUYER(S) AT..............................................  NA
BUILDER TO PAY CONST. INTEREST NOT EXCEEDING......................  NA

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this contract
for sale and purchase is conditioned upon the buyer closing on said loan with funds to Hansen Homes
within 60 days from the date hereof.  Buyer(s) agrees(s) to make application for, and to use
reasonable diligence to obtain said loan.  Should buyer(s) fail to obtain same within 60 days time,
contract is then null and void.                  Seller will review and change
prices if buyer(s) opt to write a new contract.                                   x KC WC

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain and close on a
loan. Cash buyers must prove they have the complete amount available before any
permitting work commences.                                                         x KC WC

**DEPOSITS ARE NON-REFUNDABLE**          *NO EXCEPTIONS*                            x KC WC

**TITLE WORK**
Title companies may not HOLD checks.  It is the buyers responsibility once the loan documents are
signed to make sure that Hansen Homes of South Fl inc. has received the preconstruction draw.
If Hansen Homes does not receive the appropriate documentation and funding within the time before
this contracts is to expire, Hansen Homes of South Fl inc has the option to cancel the contract.
                                                                                   x KC WC

Title companies must get loan papers to Hansen Homes in a timely manner.
Once the title company receives the signed documentatiton from Hansen Homes,
a pre-construction draw must be delivered within 72 hours.  Failure to do so will cause the
cancellation of this buyers contract if not within the 60 day time period for closing.
It is the title company's responsibility to make sure that the loan is closed with all parties before disbursing.
**DISCLAIMER**                                                                     x KC WC
Buyer(s) take full responsibility to obtain and/or confirm any information about zoning,schools
possible public works, etc... in the area they have chosen to build.               x KC WC

**VARIABLES**
**Contract price does not include the following unless specifically added to contract.**
Rock removal that may occur in:     * Septic systems, pools, seawalls, & swales may cause extra expense
Tree Removal that may occur in:     * Trees or shrubs in area of house slab, around concrete, or septic areas must be removed
Extended service                    * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands, variances, ect..
Fill, other than the stemwall fill unless otherwise specified in this contract
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments or Betterment fees *                                                   x KC WC

**NOT INCLUDED (continued)**
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utilitiy Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)    x KC WC

**NOT INCLUDED (continued)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a coventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your
water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need
fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*
The Cost of water to fill your pool or to water your yard will be charged at completion
                                                                                   x KC WC

## CANCELLATION

In the event this contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.
If the title company disburses the pre-construction draw to Hansen Homes of South Fl Inc., then requests the funds back due to any reason, said fees will be taken out of the pre construction funds.                x KC WC

**Contract price includes the following:**          (If they are needed on your property per code)
*Impact fees (unless increased)                Blueprints              *Complete well system
*Permit fees          *Septic permit fees       Engineering            *Complete septic system
*Hookup to public utilities.                   *Surveys
*Notice of Commencement in lieu of final survey (cash buyers only)
Hurricane Shutters for Cape Coral homes only                       x KC WC

## PRICE CHANGES:

Prices not specifically quoted in this contract for upgraded items may increase without any prior notice.        Allowances are estimates and could be more or less than the written price.                                    x KC WC

## Builders Risk Insurance

Hansen Homes of South Fl Inc. will provide the building site with builders risk insurance during construction of the home. In the event of a major storm, catastrophe or vandalism the buyer will be charged (and by initialing the following line agrees to pay) 2% of the total contract price or whatever deductable applies for that home.        x KC WC

In the event a C.O. has been issued but the buyer/customer has failed to obtain and forward to Hansen Homes proof of homeowners insurance, the customer/buyer agrees to pay for any damage due to storm, vandalism, theft, or any other factor if the costs do not warrant an insurance claim.                                            x KC WC

If Customer/Buyer does not provide the requested and necessary proof of insurance and time still permits Hansen Homes will pay for an extension of the builders risk policy and charge the buyers for each months insurance plus a $200 per month fee until such proof is presented. The above builders risk clauses would still pertain.                                          x KC WC

If customer/buyer has purchased this home for investment purposes, payment for overages and the final draw from the lender is due within 2 weeks from the date of C.O. If he/she fails to provide payment within this time period, the buyer/customer agrees to pay 10% of the balance due on a per diem basis until payment is received.        10 business days = (2 weeks)          x KC WC

## Septic Systems

Hansen Homes of South Florida Inc is not responsible and will be held harmless if the customer/buyer experiences septic problems due to misuse of the system & will pay a service call to the Septic Installer and/or plumbers if applicable.                      x KC WC

## RESTRICTIONS, EASEMENTS, AND LIMITATIONS

The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements imposed by the Governmental authority. Also, restrictions and matter appearing on the Plat or otherwise common to the subdivision (restricted deed), and public utility easements of record. Also, taxes for year of closing & subsequent years, assumed mortgages and purchase money mortgages; provided, however, that none of the foregoing shall prevent the use of the property for the purpose of constructing a single family residence thereonto. *(Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting Department that lot in question is a "buildable lot").*        x KC WC

## GARAGE LOCATION

If the electric pole is located on the left side of the property, facing the site, the garage door will be located on the same side. If it is on the right, the garage will be on the right side. This is the shortest distance from your power pole to your breaker box. Extended service may be requested but must be specifically added and paid for within the context of the contract.If the power company sets the pole opposite the garage there will be an additional charge of $475 to the buyer(s).Your blueprints will not necessarily be correct with regard to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!        x KC WC

## HOUSE LOCATION:

The location of the proposed house on your lot will be at minimum set backs as required by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some changes may result in additional costs to the buyer. Each site plan change will cost $75        x KC WC

**INTEREST PAYMENTS AND CASH CONTRACTS**
All draw requests for cash contracts are due upon requests.  Delay in payment can and will
hold up the construction schedule.  Interest payment to your lender must be current before
funds will be released to us.  This can and will hold up the construction schedule.
Hansen Homes will pay only the amount of construction interest specified in this contract.
Draws are due as items on disbursement schedule are completed.  The correction of red tags
or completion of inspections by permitting office is not in any way shape or form relevant to
the disbursement of draws.  Corrections/repairs, etc... are done at random and can be
different for each home but will be done by final draw. Hansen Homes reserves the right
to pay past due construction interest bills in order to obtain draws from the customer/buyers
lender.  This interest will be paid to the customer/buyer at completion.  Failure to pay will result
in a lien being filed against the home, and the keys will not be granted or turned over to the customer
until payment has been received by Hansen Homes.                                        x _KC WC_

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to
obtain that type of loan.  All investors will be charged for anything else that may be required
for their buyers' end loan, such as water tests, r.o. systems, specific inspections, etc...
The payment of these monies to the builder will initiate the work being done.  No work will
be done unless prior payment has been received.There will·be no exceptions!!!          x _KC WC_

**COMPLETION TIME**
On average we can complete your home in 6-7 months from the day your permit is issued.
Exceptions can be: non payment on construction interest by the buyer,
weather conditions, inspection backlogs, scheduling delays and materials shortages, etc...
Changes by buyers/customers or code changes will also hold up construction.          x _KC WC_

It is the responsibility of the buyer to make arrangements for moving, furniture delivery,
and storage.  Hansen Homes is not responsible for any of the above and will
not be responsible for incorrect planning of these items on the part of the buyer.     x _KC WC_

**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPART-
MENTS IN CAPE CORAL AND LEE COUNTY.  FROM TIME OF DEPOSIT TO TIME WE CAN
BREAK GROUND IS APPROXIMATELY 5-6 MONTHS.  WE CANNOT AND WILL NOT BE
HELD RESPONSIBLE FOR THIS DELAY.  PLEASE MAKE APPROPRIATE ADJUSTMENTS
IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**  x _KC WC_

**ASSESSMENTS & UTILITIES**
Assessments and payment thereof are assumed by the buyer if lot in question benefits from
public utilities, unless other arrangements have been made. Charges from FGUA or other
private suppliers of public water are not included in this contract unless otherwise stated.  x _KC WC_

**SUBSTITUTION OF MATERIALS**
Hansen Homes reserves the right to substitute materials without any prior notice providing the
substitution meets all code requirements & is not a special order.

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall
control all printed provisions conflicted therewith.                                    x _KC WC_

**PAID BY BUYER: All closing fees, title search fees, courier, fax, long distance charges,**
or costs incurred in obtaining a loan are to be paid by the buyer. Costs to overnight draws
to Hansen Homes will be charged to the buyer at completion                              x _KC WU_

**NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY
KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN
GIVEN OR A FINAL CLOSING HAS TAKEN PLACE.  ALL OVERAGES MUST BE PAID
BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.**          x _KC W_

**CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE
NOT COMPLETED AT TIME OF C.O.  BALANCE TO BE PAID BEFORE    RELEASE
OF HOME TO THE BUYER(S).**                                                             x _KC W_

**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors.
Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has
been made.  The investor / homeowner is responsible to water and maintain the
afore-mentioned items as well as maintain any fill washed out to due heavy rains     x _KC WC_

**CHANGES**

$200 charge will be made for each change made after the blueprints
are signed, plus the cost of the actual change that is being requested. Charges
are not limited to just structural changes but include colors, add-ons; switchouts, etc...   x *KC VC*

**NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY
DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED
AND FINAL PAYMENT HAS BEEN RECEIVED.**   x *Ko VC*

Any and all changes must be noted on the blueprints.  A copy must be signed by the buyer(s)
and will be kept on file.  Hansen Homes will make an effort to accommodate any changes
made after the prints are drawn up and signed but *will not and cannot guarantee* those changes
will be implemented.  There will be additional charges for changes made *after* the prints have
been completed.The construction schedule will be set back up to a week for each change.
made.          **Only the person listed as the buyer on the contract may make changes**   x *KC VC*

### ACCESS & INTERFERENCE
Owner grants possession of the premises to the builder, said premises to be delivered to owner
upon completion of the construction after payment of all moneys due builder have been made by
owner.  Owner agrees to remain off the job site, while construction is in progress, and during the
hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract
with other parties for any construction on the job site without written consent of the builder.  Upon
receiving the builder's written consent, owner may cause to have work done on the job site, but
hereby expressly accepts direct responsibility to builder for any damage, delays, and costs re-
sulting therefrom as determined exclusively by builder.  The owner agrees to use only licensed
persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation
insurance, prior to commencement.  Owner agrees to hold builder harmless and indemnify builder
for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must
be cleared with the Supervisor assigned to the construction of this residence and must be adhered
to.   x *KCWC*

### EXTRA COSTS:
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur
extra expenses for Hansen Homes and will be billed for same.  Example: work not done on
time and failing inspection; reinspection fee of $50 or more will be charged to the buyer.  Any
unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s)
due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge,
etc.... *WILL BE CHARGED TO THE BUYER(S)*   x *KC VC*

### FIELD LOCATE ITEMS
Some items are not accurately represented on blueprints.  They are "field located" at the time
of installation.  Especially applicable to this are changes made.   x *KC WC*

Buyer(s) responsible for additional costs with regard to power lines or any other improvements
needed to build, not specifically covered in this contract.   x *KC VC*

Any agreements made prior to the date of this contract are now rendered null and void.   x *KC VC*

### LIMITED WARRANTY
Cement is not warranteed against cracking, only if separation or lifting occurs.  Ceramic tiles
are not warranteed against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty
from the date of C.O.or delivery date if applicable.
Sod not warranteed unless buyer purchases and has installed sprinkler system through Hansen
Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod.  Some work buyer(s) do after c.o. may void any warranties
given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen
Homes cannot and will not warranty the quality of said water, only provide you with well equipment
that can have you access said water.  Other equipment may be available at buyer(s) expense to
improve the quality for said water providing any problems do exist.
Hansen Homes is not responsible for Mold in your home. Mold is a maintence issue and must be
taken care of by the homeowner.

### LEGAL
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado.
Any lawsuits filed against Hansen Homes of South Florida Inc. must be filed in the county

Page 5 of 6

of Lee in the state of Florida.

x KC WC

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home.  Investors that are selling, renting,
or leasing the Hansen Home constructed for them are soley responsible for the sale, renting,
or leasing of the property.  Hansen Homes does not sell investments, ideas, or opportunities.
Hansen Homes sole responsibility is the construction of the home and other contractual obligations
as stated in this contract.

x KC WC

Executed by buyer:                    x _Wayne E Carbonell_
Social Sec. Number                    **Wayne E. Carbonell**
Present Address                       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
Home ph:      239-898-9983            1735 Brantley Rd. Apt #1403 Ft. Myers, FL 33907
                                      Work ph:                          Cell:

Executed by buyer:                    x _Kim Carbonell_
Social Security No.:                  **Kimberly A. Carbonell**
Present Address                       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
Home ph:      Same                    Same
                                      Work ph:     239-274-4513          Other ph:

EXECUTED BY HANSEN HOMES REP. _____

                                      Tracey M. Hansen
                                      V.P. Sales
NOTARY PUBLIC_____

_____     who is/are personally known to me _____   who has/have produced
_____     as identification and who _____  did_____  did not take an oath.

**DIRECTIONS TO LOT:**
Del Prado North to Kismet RIGHT
TBD

Page 6 of 6



Hansen Homes of South Fl Inc.
P.O. Box 151735
Cape Coral, FL 33915
239-458-2100 PH  239-458-2295 FAX
CRC 056902

**CONTRACT FOR SALE**
**AND PURCHASE**

*Buyer MUST attach a copy of Drivers*
*Lisence or Identification Card to this contract*

_Weisinger, M Jamie #2_

Date of Contract:    **9/15/2004** This Contract Expires if not closed and funded to Hansen Homes before:    **2/7/2005**

Revised 12/07/2004

Initialing the lines of this contract represents understanding and agreement to all of the terms, conditions, and information preceeding said line.

Hansen Homes shall construct the    **Twardus**    Model          x
(As per preliminary drawing attached)

x

Any and all changes to this contract shall be made in separate addendums.

**HANSEN HOMES of South Fl Inc. &   M Jamie Weisinger**    (Legal Names Only)
as buyer(s) hereby agree that the builder shall build and the buyer(s) shall buy the above-refer-
enced model on the property not owned by the Hansen Homes of South Fl Inc. described as follows:

Realtor Rep:    D Sinabaldi    Phone #:    940-2492    Commission (house only):          4.377

**LEGAL DESCRIPTION** or real estate located in the County of Lee of property to be built upon:

BL:          **28**          LOTS:    **12**          UNIT:          **6**
ADDRESS:    3733 Kenyon St          Fort Myers FL 33905
STRAP:          03-44-26-06-00028.0120

Hansen Homes of South FL Inc. is not the seller of this property, Hansen Homes never has nor ever will
take title or own the above referenced property          x

**MISCELLANEOUS DATA:**

| | | | | |
|---|---|---|---|---|
| LOAN TYPE: | Conventional | Current Zoning: | R1-B | |
| MODEL: | Twardus | Future Land use: | Single multi | |
| WELL | X | SEPTIC    X | CITY H20 | SEWER |
| STANDARD LOT: | YES | NO          X | SIZE: | Unknown |
| FLOOD ZONE: | B | NEED FLOOD CERT./INS.    N/A | | |
| Seawall: | NA | Pool:    NA | | |

$ 150,277.00   Base
$  24,000.00   Lot Allowance
$   9,000.00   Fill Allowance
$   1,025.00   Culvert
$  12,000.00   Closing Cost Allowance
$   4,900.00   Construction Interest Allowance
$   1,000.00   Lehigh Fee
N/A          Flood Insurance Policy Allowance
N/A          Seawall Allowance
N/A          Pool Package
N/C          Standard island

Page 1 of 7

EXHIBIT

tabbies"

"F"

| N/C | R-19 Insulation |
| N/C | Raised panel white cabinets & plant shelves on both sides of great room |
| $ 7,500.00 | 13*13 Tile everywhere except bedrooms |
| $ 250.00 | Smooth top range |
| $ 175.00 | Rocker switches — |
| $ 400.00 | Cabinets over washer & dryer |
| $ 550.00 | Microwave above stove |

$ 211,077.00  TOTAL

Grass is not waranteed unless a sprinkler system is purchased in this contract

| PURCHASE PRICE................................................................... | $ 211,077.00 |
| LOT PRICE:..................... | see above |
| 15% DOWN FOR CASH BUYERS................................................. | na |
| DEPOSIT.........(non-refundable)........................................... | ($500) |
| SECOND DEPOST .............................................................. | na |
| BALANCE DUE.................................................................. | $ 210,577.00 |

| BUILDER'S ASSISTANCE W/CLOSING COSTS.................................. | NA |
| LOT PAID IN FULL BY BUYER(S) AT........................................... | NA |
| BUILDER TO PAY CONST. INTEREST NOT EXCEEDING...................... | NA |

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this contract
for sale and purchase is conditioned upon the buyer closing on said loan with funds to Hansen Homes
within 60 days from the date hereof.  Buyer(s) agree(s) to make application for, and to use
reasonable diligence to obtain said loan.  Should buyer(s) fail to obtain same within 60 days time,
contract is then null and void.          Seller will have review /and or change
prices if buyer(s) opt to write a new contract.                                          x ⟨TW⟩

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain loan, Cash
buyers must prove they have the complete amount available before any permitting work commences.

**DEPOSITS ARE NON-REFUNDABLE**          *NO EXCEPTIONS*          x ⟨TW⟩

**TITLE WORK**
Title companies may not HOLD checks.  It is the buyers responsiblity once the loan documents are
signed to make sure that Hansen Homes of South Fl Inc. has received the preconstruction draw.
If Hansen Homes does not receive the appropriate documentation and funding within the time before
this contracts is to expire, Hansen Homes of South Fl Inc has the option to cancel the contract.          x ⟨TW⟩

Title companies must get loan papers to Hansen Homes in a timely manner.
Once the title company receives the signed documentatiton from Hansen Homes,
a pre-construction draw must be delivered within 72 hours.  Failure to do so will cause the
cancellation of this buyers contract if not within the 60 time period for closing.
It is the title companies repsonsibility to make sure that the loan is closed with all parties before disbursing.
**DISCLAIMER**
Buyer(s) take full responsibilitiy to obtain and/or confirm any information about zoning,schools

possible public works, etc... in the area they have chosen to build.

x _TW_

## VARIABLES

Contract price does not include the following unless specifically added to contract.

Rock removal that may occur in:   * Septic systems, pools, seawalls, & swales may cause extra expense
Tree Removal that mya occur in:   * Trees or shrubs in area of house slab, around concrete, or septic areas must be removed
Extended service   * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands. etc.
Fill, other than the stemwall fill unless otherwise specified in this contract
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments or Betterment fees *
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utilitiy Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a conventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your
water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need
fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*

## CANCELLATION

*In the event this contract is cancelled by either party any work performed to date on behalf of the buyer(s) sha
be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date
of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.
If the title company disburses the pre-construction draw to Hansen Homes of South FI Inc., then requests the
funds back due to any reason, said fees will be taken out of the pre construction funds.*

x _TW_

| Contract price includes the following: | | (If they are needed on your property per code) | |
|---|---|---|---|
| Impact fees | Surveys | Blueprints | Complete well system |
| Permit fees | Septic permit fees | Engineering | Complete septic system |
| Hookup to publ. Util.* | | (All items in Misc. Column) | * If applicable |

Notice of Commencement in lieu of final survey      (for cash buyers only)
Hurricane Shutters are not required therefore not provided in areas out of Cape Coral

x _TW_

## PRICE CHANGES:

Prices not specifically quoted in this contract for upgraded items may increase without
any prior notice.

x _TW_

## RESTRICTIONS, EASEMENTS, AND LIMITATIONS

The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements
imposed by the Governmental authority.  Also, restrictions and matter appearing on the Plat
or otherwise common to the subdivision (restricted deed), and public utility easements of
record.  Also, taxes for year of closing & subsequent years, assumed mortgages and pur-
chase money mortgages; provided, however, that none of the foregoing shall prevent the use
of the property for the purpose of constructing a single family residence thereonto.
*(Neither Hansen Homes nor Title Company can guarantee acceptance by the permitting
Department that lot in question is a "buildable lot").*

x _TW_

## GARAGE LOCATION

If the electric pole is located on the left side of the property, facing the site, the garage door
will be located on the same side.  If it is on the right, the garage will be on the right side.

This is the shortest distance from your power pole to your breaker box. Extended service may be requested but must be **specifically** added and paid for within the context of the contract.If the power company sets pole opposite the garage there will be an additional charge of $475 to the buyer(s).Your blueprints will not necessarily be correct with regard to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!

x _____

**HOUSE LOCATION:**
The location of the proposed house on your lot will be set at minimum set backs as required by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some changes may result in additional costs to you.        Each site plan change will cost $75

x _____

**INTEREST PAYMENTS AND CASH CONTRACTS**
All draw requests for cash contracts are due upon requests. Delay in payment can and will hold up the construction schedule. Interest payment to your lender must be current before funds will be released to us. this can and will hold up the construction schedule.

x _____

Hansen Homes will pay only the amount of construction interest specified in this contract. Draws are due as items on disbursement schedule are completed. The correction of red tags or completion of inspections by permitting office is not in any way shape or form relevant to the disbursement of draws. Corrections/repairs, etc... are done at random and can be different for each home but will be done by final draw.

x _____

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to obtain that type of loan. All investors will be charged for anything else that may be required for their end buyers' loan, such as water tests, r.o. systems, specific inspections, etc...
The payment of these monies to the builder will initiate the work being done. No work will be done unless payment has been received.There will be no exceptions!!!

x _____

**COMPLETION TIME**
On average we can complete your home 6-7 months from the day your permit was issued.
Exceptions can be, non payment on construction interest bill by the buyer,
weather conditions, inspection backlogs, and scheduling delays.
Also, changes on plans after permitting will hold up the construction of the home.

It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.

x _____

**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPART-MENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 5-6 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**

**ASSESSMENTS & UTILITIES**
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made. Charges from FGUA or other private suppliers of public water are not included in this contract unless otherwise stated.

x _____

**SUBSTITUTION OF MATERIALS**
Hansen Homes reserves the right to substitute materials without any prior notice providing the substitution meets all code requirements & is not a special order.

x _____

Typewritten or handwritten provisions inserted herein or attached hereto as addenda shall

Page 4 of 7

control all printed provisions conflicted therewith.

x _____

**PAID BY BUYER** All closing fees, title search fees, courier, fax, long distance charges, or costs incurred in obtaining a loan, is to be paid by the buyer.

x _____

**NO ONE MAY MOVE INTO THE ABOVE-REFERENCED RESIDENCE OR REMOVE ANY KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.**

x _____

**CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE NOT COMPLETED AT TIME OF C.O. BALANCE TO BE PAID BEFORE     RELEASE OF HOME TO THE BUYER(S).**

x _____

**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors. Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has been made. The investor / homeowner is responsible to water and maintain the afore-mentioned items as well as maintain any fill washed out to due heavy rains

x _____

**CHANGES**
$200 charge will be made for each change made after the blueprints are signed plus the cost of the actual change that is being requested. Charges are not limited to just structural changes but colors, add-ons; switchouts, etc...
**NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED AND FINAL PAYMENT HAS BEEN RECEIVED.**

x _____

Any and all changes must be noted on the blueprints. A copy must be signed by the buyer(s) and will be kept on file. Hansen Homes will make an effort to accommodate any changes made after the prints are drawn up and signed but *will not and cannot guarantee* those changes will be implemented. There will be additional charges for changes made *after* the prints have been completed.The construction schedule will be set back up to a week for each change. made.          **Only the person listed on the contract may make changes**

x _____

**ACCESS & INTERFERENCE**
Owner grants possession of the premises to the builder, said premises to be delivered to owner upon completion of the construction after payment of all moneys due builder have been made by owner. Owner agrees to remain off the job site, while construction is in progress, and during the hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract with other parties for any construction on the job site without written consent of the builder. Upon receiving the builder's written consent, owner may cause to have work done on the job site, but hereby expressly accepts direct responsibility to builder for any damage, delays, and costs resulting therefrom as determined exclusively by builder. The owner agrees to use ony licensed persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation insurance, prior to commencement. Owner agrees to hold builder harmless and indemnify builder for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must be cleared with the Supervisor assigned to the construction of this residence and must be adhered to.

x _____

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur

Page 5 of 7

extra expenses for Hansen Homes and will be billed for same. Example: work not done on time and failing inspection; reinspection fee of $50 or more will be charged to the buyer. Any unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s) due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge, etc.... *WILL BE CHARGED TO THE BUYER(S)*                                                        x _____

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints. They are "field located" at the time of installation. Especially applicable to this are changes made.                        x _____

Buyer(s) responsible for additional costs with regard to power lines or any other improvements needed to build, not specifically covered in this contract.                                   x _____

Any agreements made prior to the date of this contract are now rendered null and void.    x _____

**LIMITED WARRANTY**
Cement not warranted against cracking. Only if separation or lifting occurs. Ceramic tiles not warranted against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty from the date of C.O.or delivery date if applicable.
Sod not warranted unless buyer purchases and has installed sprinkler system through Hansen Homes prior to installation of said sod.(warranty good for 30 days from installation)
Warranty for shrubs is same as for sod. Some work buyer(s) do after c.o. may void any warranties given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen Homes cannot and will not warranty the quality of said water; only provide you with well equipment that can have you access said water. Other equipment may be available at buyer(s) expense to improve the quality fo said water providing any problems do exist.                              x _____
Hansen Homes is not responsible for Mold in your home.
This is a legally binding contract, if not fully understood, seek the advice of an attorney.    x _____
Al firmar este contrato, certifico que lo e leedo y aprovado.
**Legal**
Any lawsuits filed against Hansen Homes of South Florida Inc. must be filed in the county of Lee in the state of Florida.                                                                    x _____

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home. Investors that are selling, renting, or leasing the Hansen Home constructed for them are soley responsible for the sale, renting, or leasing of the property. Hansen Homes does not sell investments, ideas, or opportunities. Hansen Homes sole responsibility is the construction of the home.                           x _____

x _____

| | |
|---|---|
| *Executed by buyer:* | M Jamie Weisinger |
| *Social Sec. Number* | |
| *Present Address* | 7262 Heaven Ln        Ft Myers FL 33908 |
| *Home ph:*    898-9315 | *Work ph:*                          *Cell:* |

x _____

*Executed by buyer:*
*Social Security No.:*

Page 6 of 7

Present Address          Same
Home ph:                 Work ph:                        Other ph:

EXECUTED BY HANSEN HOMES REP. _____

                                          **Tracey M. Hansen**

NOTARY PUBLIC_____

_____  who is/are personally known to me _____  who has/have produced
_____  as identification and who _____  did_____  did not take an oath.

**DIRECTIONS TO LOT:**     East on Colonial Blvd
                                Merge onto I 75 N toward Tampa
                                Merge onto Palm Beach Blvd (exit #141)
                                Turn right onto Orange River Blvd
                                Turn left to stay on Orange River Blvd
                                Turn right onto Buckingham Rd
                                Turn left onto Cemetery Rd



## CONTRACT FOR SALE
## AND PURCHASE

_Wong, Kenneth_
Date:          9/9/2004 Expires:     11/9/2004                                    X _w_

Hansen Homes shall construct the     **Morey**                     Model          X _w_
                    (As per preliminary drawing attached)

Any and all changes to this contract shall be made in separate addendums.        X _w_

**HANSEN HOMES &        Kenneth Wong**
as buyer(s) hereby agree that the seller shall sell and the buyer(s) shall buy the above-refer-
enced model on the property described as follows:
**Realtor Rep:**   Will Morin      **Commission:**      6.994 ✓        Remax Realty Select    X _w_
LEGAL DESCRIPTION or real estate located in the County of Lee:
BL:          5422      LOTS:   9&10      UNIT:      90
ADDRESS:     4230 NW 33rd St      Cape Coral FL 33993
STRAP:       24-43-22-c3-05422.0090

**MISCELLANEOUS DATA:**
**LOAN TYPE:**  Conventional          **Current Zoning:**      R1-B
**MODEL:**      Morey                 **Future Land use:**     Single multi
**WELL**        X        **SEPTIC**  X      **CITY H20**        **SEWER**
**STANDARD LOT:**   YES    X      **NO**                        **SIZE:**
**FLOOD ZONE:**     A9:EL8        **NEED FLOOD CERT./INS.**     Yes
**Seawall:**    N/A              **Pool:**    N/A

| | | |
|---|---|---|
| $ 121,794.00 | Base | |
| N/A | Lot Allowance | ✓ |
| $   6,000.00 | Fill Allowance | ✓ |
| $     725.00 | Culvert | ✓ |
| N/A | Closing Cost Allowance | ✓ |
| N/A | Clearing Allowance | |
| $   4,500.00 | Construction Interest Allowance | ✓ |
| N/A | Lehigh Fee | |
| $     600.00 | Flood Insurance Policy Allowance | ✓ |
| N/A | Seawall Allowance | |
| N/A | Pool Package | |
| N/C | Standard island | |
| N/C | R-19 Insulation | |
| N/C | Raised white panel cabinets & plant shelves in great room | ✓ |
| $   1,500.00 | Tile in wet areas | ✓ |
| $   1,550.00 | Irrigation system | ✓ |
| $     675.00 | Washer & dryer | ✓ |
| $     350.00 | Garage door opener | ✓ |

   **$ 137,694.00  TOTAL**
Increased impact fees included
2002 building code increases included
**Grass is not warranted unless a sprinkler system is purchased in this contract**
PURCHASE PRICE...................................................................................    **$ 137,694.00**
LOT PRICE:......................                                                see above
15% DOWN FOR CASH BUYERS.................................................       na
DEPOSIT........................................................................................            $0
SECOND DEPOST .........................................................................       na

EXHIBIT
"6"
tabbies

BALANCE DUE..................................................................   $ 137,694.00

BUILDER'S ASSISTANCE W/CLOSING COSTS.................................   NA
LOT PAID IN FULL BY BUYER(S) AT.............................................   NA
BUILDER TO PAY CONST. INTEREST NOT EXCEEDING......................   NA

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this contract
for sale and purchase is conditioned upon the buyer obtaining a firm commitment for said loan
within 60 days from the date hereof.  Buyer(s) agree(s) to make application for, and to use
reasonable diligence to obtain said loan.  Should buyer(s) fail to obtain same within said time,
either party may cancel the contract.     Seller will have option to review /and or change
prices if buyer(s) opt to extend contract.                                         X _____

The contract must specify "loan" or "cash".  Buyers have 60 days in which to obtain loan, Cash
buyers must prove they have the complete amount available before permitting will be applied for.
If this offer is not executed by and delivered to all parties, or fact of execution not communi-
cated in writing between the parties on or before:     11/9/2004                    X _____
DEPOSITS ARE NON-REFUNDABLE

All title work will be requested from the below-referenced unless buyers advise differently at
contract time.  YES____  NO__X__                    Covenant Title Inc              X _____
**CAPE CORAL TITLE INSURANCE AGENCY**
1307 CAPE CORAL PARKWAY, CAPE CORAL FL
CONTACT:     DEBBIE PETRUZELLI                    540-1555
*Should buyer choose another title company, please advise at contract time!*
*If not, buyer(s)  will be charged for title work done by Cape Coral Title!!!!!*    X _____

**DISCLAIMER**
Buyer(s) take full responsibility to obtain and/or confirm any information about zoning,schools
possible public works, etc... in the area they have chosen to build.                X _____

**VARIABLES**
**Contract price does not include the following unless specifically added to contract.**
Rock removal                    * Septic systems, pools, seawalls, & swales may cause extra expense
Tree removal                    * Trees or shrubs in area of house slab must be removed
Extended service                * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as: Owl nest removal, D.E.P., wetlands. etc.
Fill, other than the stemwall fill
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
Assessments of Betterment fees *
Increases by the Permitting Department for impact fees or any other building related fees.
Fees to the Utiltiy Company for hookups, meters, etc... outside of the City of Cape Coral
Costs due to changes in code made by local / state / federal that are not included in this contract.
( If changes are made between the contract date and the date permits are pulled)
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a coventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your
water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need*
*fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*

*CANCELLATION*
*In the event contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall*
*be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date*
*of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.*

**Contract price does include the following:**          (If they are needed on your property per code)
Impact fees          Surveys          Blueprints          Complete well system
Permit fees          Septic permit fees          Engineering          Complete septic system
Hookup to publ. Util.*          (All items in Misc. Column)          * If applicable
Notice of Commencement in lieu of final survey          (for cash buyers only)          X _____

**PRICE CHANGES:**
Prices not specifically quoted in this contract for upgraded items may increase without
any prior notice.                                                                   X _____

**RESTRICTIONS, EASEMENTS, AND LIMITATIONS**
The buyer shall take title subject to zoning restrictions, prohibitions, and other requirements

KEYS OR MAKE COPIES OF ANY KEYS UNLESS WRITTEN PERMISSION HAS BEEN
GIVEN OR A FINAL CLOSING HAS TAKEN PLACE. ALL OVERAGES MUST BE PAID
BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.          X ____

CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE
NOT COMPLETED AT TIME OF C.O.  BALANCE TO BE PAID BEFORE    RELEASE
OF HOME TO THE BUYER(S).                                            X ____

*NOT WARRANTEED*
Materials and labor not provided by Hansen Homes or any of its subcontractors.
Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has
been made.  The investor / homeowner is responsible to water and maintain the
afore-mentioned items as well as maintain any fill washed out to due heavy rains

**CHANGES**
$200 charge will be made for each change made after the blueprints
are signed plus the cost of the actual change that is being requested. Charges
are not limited to just structural changes but colors, add-ons; switchouts, etc...
NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY
DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED
AND FINAL PAYMENT HAS BEEN RECEIVED.                               X ____
Any and all changes must be noted on the blueprints.  A copy must be signed by the buyer(s)
and will be kept on file.  Hansen Homes will make an effort to accommodate any changes
made after the prints are drawn up and signed but *will not and cannot guarantee* those changes
will be implemented.  There will be additional charges for changes made *after* the prints have
been completed.The construction schedule will be set back up to a week for each change.
made.          THERE WILL BE NO EXCEPTIONS!!!                      X ____

*ACCESS & INTERFERENCE*
Owner grants possession of the premises to the builder, said premises to be delivered to owner
upon completion of the construction after payment of all moneys due builder have been made by
owner.  Owner agrees to remain off the job site, while construction is in progress, and during the
hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract
with other parties for any construction on the job site without written consent of the builder.  Upon
receiving the builder's written consent, owner may cause to have work done on the job site, but
hereby expressly accepts direct responsibility to builder for any damage, delays, and costs re-
sulting therefrom as determined exclusively by builder.  The owner agrees to use ony licensed
persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation
insurance, prior to commencement.  Owner agrees to hold builder harmless and indemnify builder
for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must
be cleared with the Supervisor assigned to the construction of this residence and must be adhered
to.                                                                X ____

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur
extra expenses for Hansen Homes and will be billed for same.  Example:  work not done on
time and failing inspection; reinspection fee of $50 or more will be charged to the buyer.  Any
unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s)
due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge,
etc.... *WILL BE CHARGED TO THE BUYER(S)*                          X ____

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints.  They are "field located" at the time
of installation.  Especially applicable to this are changes made.                X ____

Buyer(s) responsible for additional costs with regard to power lines or any other improvements
needed to build, not specifically covered in this contract.        X ____

Any agreements made prior to the date of this contract are now rendered null and void.   X ____

**LIMITED WARRANTY**
Cement not warranted against cracking.  Only if separation or lifting occurs.  Ceramic tiles
not warranted against cracking due to settling unless underlayment was used.
No warranty on any materials or labor provided by buyer(s).
All systems (A/C, Plumbing, & Electric) as well as appliances will carry one full year warranty
from the date of C.O.or delivery date if applicable.
Sod not warranted unless buyer purchases and has installed sprinkler system through Hansen
Homes prior to installation of said sod.(warranty good for 30 days from installation)

Warranty for shrubs is same as for sod.  Some work buyer(s) do after c.o. may void any warranties given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water – The well equipment is provided if your lot is in area without public water; however, Hansen Homes cannot and will not warranty the quality of said water; only provide you with well equipment that can have you access said water.  Other equipment may be available at buyer(s) expense to improve the quality fo said water providing any problems do exist.                                      X
Hansen Homes is not responsible for Mold in your home.
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado.                                           X

**CUSTOM HOMES**
Buyer(s) herewith testify that they have not copied another builder's pattented floor plan.        X

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home.  Investors that are selling, renting, or leasing the Hansen Home constructed for them are soley responsible for the sale, renting, or leasing of the property.  Hansen Homes does not sell investments, ideas, or opportunities.
Hansen Homes sole responsibility is the construction of the home.                                      X

X _____
                    Kenneth Wong

*Executed by buyer:*
*Social Sec. Number*
*Present Address*        1204 1/2 Second St        Alhambra CA 91801
*Home ph:*        626-232-8611        *Work ph:*                                *Cell:*

X _____

*Executed by buyer:*
*Social Security No.:*
*Present Address*
*Home ph:*                                *Work ph:*        Same                *Other ph:*

EXECUTED BY HANSEN HOMES REP. _____
                                                    Tracey Hansen
NOTARY PUBLIC_____

_____ who is/are personally known to me _____   who has/have produced
            as identification and who _____   did_____   did not take an oath.
DIRECTIONS TO LOT:        North on Del Prado
                                    Turn left onto Diplomat Pkwy E
                                    Turn right onto Burnt Store Rd
                                    Turn left onto Janis Rd
                                    Turn left onto Old Burnt Store Rd
                                    Turn rightonto Jacaranda Pkwy W
                                    Turn rightonto NW 41st Ave