UNITED STATES DISTRICT COURT
For the
Eastern District of Louisiana

Civil Action No.: 11-1363 Section L

ROBERT W. BLOCK, III, et al

    Plaintiff

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT,
KG, et al.,

    Defendants.

**ORDER GRANTING
JVP DRYWALL & FINISH, INC.'S
MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

THIS CAUSE having come on to be heard before this Court on the Defendant, JVP DRYWALL & FINISH, INC.,'s motion for enlargement of time in which to respond to the Plaintiff's complaint, the Court being otherwise fully advised, it is

ORDERED and ADJUDGED, as follows:

1. The Defendant, JVP DRYWALL & FINISH, INC.,'s motion for enlargement of time in which to respond to the Plaintiff's complaint is hereby *granted*.

2. The Defendant, JVP DRYWALL & FINISH, INC., shall have twenty (20) days from the date of the order to respond to the Plaintiff's complaint.

DONE and ORDERED in Chambers this 29th day September, 2011.

                                    UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Russ M. Herman, Esq.
Bradshaw Lotspeich, Esq.

___Fee _____
___Process_____
X_Dktd _____
___CtRmDep_____
___Doc. No._____