UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Haya v. Taishan Gypsum Co., Ltd., et al.* | JUDGE FALLON |
| Case No. 2:11-cv-1077-EEF-JCW | MAG. JUDGE WILKINSON |

---------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' KENNETH AND DINAH LEACH'S CLAIMS AGAINST TAISHAN DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Kenneth and Dinah Leach, hereby voluntarily dismiss without prejudice all of their claims against Defendants Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Taian Taishan Plasterboard Co., Ltd., Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.. The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Kenneth and Dinah Leach, dated August 10, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

September 30, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of September, 2011.

/s/ Leonard A. Davis\
Leonard A. Davis, Esquire\
Herman, Herman, Katz & Cotlar, LLP\
820 O'Keefe Avenue\
New Orleans, Louisiana 70113\
Phone: (504) 581-4892\
Fax: (504) 561-6024\
LDavis@hhkc.com\
Plaintiffs' Liaison Counsel\
MDL 2047