

# MORGAN & MORGAN®
### A LIMITED LIABILITY COMPANY

*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

August 10, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE:  **Our Clients: Kenneth & Dinah Leach**
  *In re: Chinese Manufactured Drywall Product Liability Litig.*
  *Haya v. Taishan Gypsum Co., Ltd., et al.*; Case No. 11-1077
  Our File No.: 1180061

Dear Russ & Lenny:

We represent Kenneth and Dinah Leach.  We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal **Without** Prejudice of Kenneth and Dinah Leach's claims against Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Taian Taishan Plasterboard Co., Ltd., Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. in this litigation.

Sincerely,

Pete V. Albanis
PVA/ah

ATTORNEYS AT LAW
PANAGIOTIS V. ALBANIS ❖
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS ∞
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL °
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER ◆
NICHOLAS A. BUONICONTI, III
JAMES S. BYRD
TUCKER H. BYRD ◇
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL ⊚
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
ANDRE F. DUCOTE ****
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH ¤
PETER B. GEE, JR. □
TAMRA C. GIVENS
STEVEN C. GODDARD
ALAN GOODMAN ◧
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
C. DOUGLAS GREEN
JOHN HALL ✤
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL §
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT ⋏
ARMANDO T. LAURITANO §
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI •
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE ❖
BOBBY F. MARTIN, JR. □
KATHERINE M. MASSA ✱
BERNARD R. MAZAHERI ■
TODD K. MAZIAR ◧
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN +
J. ANDREW MEYER
JUSTIN D. MILLER ***
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK † ◆
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE·
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ***
HENRY P. MOWRY
OMAR L. NELSON ****
DANIEL J. NEWLIN △
CHRISTOPHER H. NEYLAND ****
KEENAN R.S. NIX † ***
A. SCOTT NOECKER
DAVID S. OLIVER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS Ω
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN ✠
DAVID I. RICKEY *
DARRYL E. ROUSON
PAUL L. SANGIOVANNI ✔
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
W. BRYAN SMITH ∞
MICHAEL J. SMITH †
RACHEL L. SOFFIN
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON *** ■
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON †
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
BILL M. WADE +
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL † ⊚
MATTHEW B. WHEELEY
SCOTT M. WHITLEY † □
BRADFORD T. WILLARD

OF COUNSEL
MICHAEL ESPY *****
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
△ LICENSED IN ILLINOIS
° LICENSED IN AL, MS, TN
■ LICENSED IN TEXAS
¤ LICENSED IN NY & NJ
+ LICENSED IN TN & AR
⋏ LICENSED IN TN & MS
✱ LICENSED IN MO & IL
◧ LICENSED IN MS & LA
✤ LICENSED IN MS & TN
⊚ LICENSED IN TEXAS ONLY
□ LICENSED IN TN, AR & MS
∞ LICENSED IN TENNESSEE ONLY
❖ LICENSED IN ILLINOIS ONLY
✠ LICENSED IN AR, TN, MS KY & FL
◇ LICENSED IN NORTH CAROLINA
• ALSO LICENSED IN CALIFORNIA
◧ ALSO LICENSED IN GEORGIA
◆ ALSO LICENSED IN TENNESSEE
❖ ALSO LICENSED IN ILLINOIS
§ ALSO LICENSED IN NEW YORK
□ ALSO LICENSED IN NEW JERSEY
Ω ALSO LICENSED IN AL & GA
⊚ ALSO LICENSED IN DC & OK
✔ BOARD CERTIFIED CONSTRUCTION LAW

www.forthepeople.com

JACKSON, MS          DAVIE              ST. PETERSBURG     TAVARES           FT. MYERS         ORLANDO          KISSIMMEE        TAMPA            ATLANTA          JACKSONVILLE     MEMPHIS          WINTER HAVEN
(601) 949-3388      (954) 318-0268     (727) 490-2001     (352) 253-2700    (239) 433-6880    (407) 420-1414   (407) 452-6990   (813) 223-5505   (404) 965-8811   (904) 398-2722   (901) 217-7000   (863) 291-0428