UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL            MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                                                      SECTION L

THIS DOCUMENT RELATES TO:

                                                                                      JUDGE FALLON

*Haya v. Taishan Gypsum Co., Ltd., et al.*
Case No. 2:11-cv-1077-EEF-JCW                        MAG. JUDGE WILKINSON


---------------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS'
KENNETH AND DINAH LEACH'S CLAIMS AGAINST
DEFENDANT TOLL ESTERO LIMITED PARTNERSHIP**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Kenneth and Dinah Leach, hereby

voluntarily dismiss with prejudice all of their claims against Defendant Toll Estero Limited

Partnership.  The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for

Kenneth and Dinah Leach, dated August 10, 2011 specifically authorizing the undersigned to file

this Notice of Voluntary Dismissal.

                                                            Respectfully submitted,

September 30, 2011                                 /s/ Leonard A. Davis
                                                            Russ M. Herman, Esq. (LA Bar No. 6819)
                                                            Leonard A. Davis, Esq. (LA Bar No. 14190)
                                                            Stephen J. Herman, Esq. (LA Bar No. 23129)
                                                            Herman, Herman, Katz & Cotlar, LLP
                                                            820 O'Keefe Ave.
                                                            New Orleans, LA 70113
                                                            Phone: (504) 581-4892
                                                            Fax: (504) 561-6024
                                                            LDavis@hhkc.com
                                                            Plaintiffs' Liason Counsel
                                                            MDL 2047

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of September, 2011.

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047