# MORGAN & MORGAN®

A LIMITED LIABILITY COMPANY



*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

August 10, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Clients: Kenneth & Dinah Leach**
**In re: Chinese Manufactured Drywall Product Liability Litig.**
*Haya v. Taishan Gypsum Co., Ltd., et al.*; Case No. 11-1077
Our File No.: 1180061

Dear Russ & Lenny:

We represent Kenneth and Dinah Leach. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice of Kenneth and Dinah Leach's claims against Toll Estero Limited Partnership in this litigation.

Sincerely,

Pete V. Albanis
PVA/ah

ATTORNEYS AT LAW

PANAGIOTIS V. ALBANIS ✥
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS ∞
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL°
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER ◈
NICHOLAS A. BUONICONTI, III
JAMES S. BYRD
TUCKER H. BYRD ◇
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL ⊚
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
ANDRE F. DUCOTE ****
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH ⌘
PETER B. GEE, JR. □
TAMRA C. GIVENS
STEVEN C. GODDARD
ALAN GOODMAN ⊠
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
C. DOUGLAS GREEN
JOHN HALL ⌘
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL §
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT ⊥
ARMANDO T. LAURITANO §
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI •
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE ✥
BOBBY F. MARTIN, JR. □
KATHERINE M. MASSA *
BERNARD R. MAZAHERI ■
TODD K. MAZIAR ⊡
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN +
J. ANDREW MEYER
JUSTIN D. MILLER ***
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †◈
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE'
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ***
HENRY P. MOWRY
OMAR L. NELSON ****
DANIEL J. NEWLIN △
CHRISTOPHER H. NEYLAND ****
KEENAN R.S. NIX †***
A. SCOTT NOECKER
DAVID S. OLIVER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS Ω
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN ✠
DAVID I. RICKEY *
DARRYL E. ROUSON
PAUL L. SANGIOVANNI ✓
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
W. BRYAN SMITH ∞
MICHAEL J. SMITH †
RACHEL L. SOFFIN
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON ***■
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON †
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
BILL M. WADE +
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL †○
MATTHEW B. WHEELEY
SCOTT M. WHITLEY †□
BRADFORD T. WILLARD

OF COUNSEL
MICHAEL ESPY *****
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
△ LICENSED IN ILLINOIS
° LICENSED IN AL, MS, TN
■ LICENSED IN TEXAS
⌘ LICENSED IN NY & NJ
+ LICENSED IN TN & AR
⊥ LICENSED IN TN & MS
* LICENSED IN MO & IL
⊠ LICENSED IN MS & LA
⌘ LICENSED IN MS & TN
○ LICENSED IN TEXAS ONLY
□ LICENSED IN TN, AR & MS
∞ LICENSED IN TENNESSEE ONLY
✥ LICENSED IN ILLINOIS ONLY
✠ LICENSED IN AR, TN, MS KY & FL
◇ LICENSED IN NORTH CAROLINA
• ALSO LICENSED IN CALIFORNIA
⊡ ALSO LICENSED IN GEORGIA
◈ ALSO LICENSED IN TENNESSEE
✥ ALSO LICENSED IN ILLINOIS
§ ALSO LICENSED IN NEW YORK
□ ALSO LICENSED IN NEW JERSEY
Ω ALSO LICENSED IN AL & GA
⊚ ALSO LICENSED IN DC & OK
✓ BOARD CERTIFIED CONSTRUCTION LAW

www.forthepeople.com

JACKSON, MS (601) 949-3388  DAVIE (954) 318-0268  ST. PETERSBURG (727) 490-2001  TAVARES (352) 253-2700  FT. MYERS (239) 433-6880  ORLANDO (407) 420-1414  KISSIMMEE (407) 452-6990  TAMPA (813) 223-5505  ATLANTA (404) 965-8811  JACKSONVILLE (904) 398-2722  MEMPHIS (901) 217-7000  WINTER HAVEN (863) 291-0428