UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al. | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * | |
| Case No. 11-1363 | * | MAG. WILKINSON (4) |

**ORDER GRANTING ASSOCIATED BUILDERS AND DEVELOPERS, INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

The Court, having considered Associated Builders and Developers Inc.'s Motion for Extension of Time to Submit Builder Profile Form filed in the instant action, hereby orders as follows:

Associated Builders and Developers Inc.'s Motion for Extension of Time to Submit Builder Profile Form is GRANTED. Associated Builders and Developers Inc. shall have up to and including October 26, 2011 within which to submit its Builder Profile Form in the above-captioned matter.

SO ORDERED in New Orleans, Louisiana, this 29th day of September, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE