# LANDSKRONER·GRIECO·MERRIMAN, LLC
### ADVOCATES AND ATTORNEYS

**TeamLGM**

Jack Landskroner*
Paul Grieco**
Tom Merriman
Rebecca J. Castell
Drew T. Legando

* Board Certified as a
Civil Trial Advocate by
the National Board of
Trial Advocacy
**Also admitted in New York

**Of Counsel**
William J. Lucas
Rex W. Post
Alicia Mazzi
Benjamin H. Anderson*

* Also admitted in California

September 19, 2011

Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    *Chinese Drywall - M/I Homes*
              *Cindy and Bill Martineau*
              *9312 River Rock*
              *Riverview, FL 33578*

Dear Mr. Davis:

    Let this serve as a record for your files that Cindy and Bill Martineau have directed my office to withdraw them from the omnibus complaint and this litigation, based on their prior decision to accept M/I Home's offer for remediation.

                               Yours very truly,

                               Jack Landskroner

JL/dls

1360 West 9th Street, Suite 200, Cleveland, Ohio 44113

phone: 216-522-9000 | fax: 216-522-9007 | toll free: 866-522-9500 | e-mail: jack@lgmlegal.com | www.lgmlegal.com