UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, et al.,

    Plaintiffs,                      MDL 2047

v.                                      CASE NO.: 10-362
                                       SECTION: "L"

KNAUF GIPS KG, et al.,

    Defendants,
_____/

## ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

**THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A. The Court, having reviewed the motion, and good cause appearing, it is

**ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants First Home Builders of Florida I, LLC and First Home Builders, Inc. in the above-referenced action.

New Orleans, Louisiana, this 29th day of September 2011.

                                                                        United States District Judge

#10640948_v1