UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, et al.,

    Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT KG, et al.,

    Defendants.
_____/

MDL 2047

CASE NO.: 11-00252

## ORDER GRANTING MOTION FOR APPEARANCE AS COUNSEL OF RECORD

**THIS MATTER** was considered *without hearing* on the Motion to Appear as Co-Counsel in this case filed by Charles Wachter of the firm of Holland & Knight LLP on behalf of Mark A. Boyle, Sr. of the law firm of Boyle, Gentile, Leonard & Crockett, P.A. The Court, having reviewed the motion, and good cause appearing, it is

**ORDERED** that Mark A. Boyle, Sr. may appear before the Court as counsel of record for Defendants First Home Builders of Florida I, LLC in the above-referenced action.

New Orleans, Louisiana this 29th day of September 2011.

                                                  */s/ Eldon E. Fallon*
                                                United States District Judge

#10640855_v1