UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Benoit, et al v. Lafarge S.A., et al, Case No.: 11-cv-1893 (E.D.La.)<br><br>Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al. Case No.: 11-cv-2349 (E.D.La.)<br><br>Amorin, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al., Case No.: 11-cv-1672 (E.D.La.)<br><br>Amorin, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al., Case No.: 11-cv-1673 (E.D.La.) | |

**ORDER**

Upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m);

IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m) for service of the complaints in *Benoit, et al v. Lafarge S.A., et al*, Case No.: 11-cv-1893; *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No.: 11-cv-2349; *Amorin, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al.*, Case No.: 11-cv-1672; and *Amorin,*

1

*et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shadong Taihe Dongxin Co., Ltd., et. al.*, Case No.: 11-cv-1673.

    New Orleans, Louisiana, this 29th day of September, 2011.

                                                Eldon E. Fallon
                                                United States District Court Judge