UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTIONS LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| <u>THIS DOCUMENT RELATES TO:</u> | * | MAG. JUDGE WILKINSON |
| LAURA HAYA, ET AL. | * | |
| VERSUS | * | |
| TAISHAN GYPSUM CO., LTD., f/k/a | * | |
| SHANDONG TAIHE DONGXIN CO., LTD. | * | |
| No. 2:11-cv-01077-EEF-JCW | * | |

* * * * * * * * * * * * * * * * * *

### PLAINTIFF MARY BENFATTI'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF MILLENNIUM TRADING & EXPORT, LLC

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(I), plaintiff Mary Benfatti hereby dismisses without prejudice all of her claims against defendant Millennium Trading & Export, LLC in *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 2:09-md-01077-EEF-JCW (E.D. La.), reserving her rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Mary Benfatti shall continue to pursue her claims against the remaining defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Gerald E. Meunier, counsel for Mary Benfatti, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated:  September 30, 2011

BY: /s/ Leonard A. Davis
Russ M. Herman (No. 6819)
Leonard A. Davis (No. 14190)
Stephen J. Herman (No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
*Plaintiffs' Liaison Counsel MDL 2047*
820 O'Keefe Avenue
New Orleans, LA 70113

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
*Plaintiffs' Lead Counsel MDL 2047*
510 Walnut Street, Suite 500
Philadelphia, PA 19106

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Notice of Voluntary Dismissal, Without Prejudice, has been served on defendants' liaison counsel by email and upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of September, 2011.

                                          /s/ Leonard A. Davis_____
                                          Leonard A. Davis
                                          HERMAN, HERMAN, KATZ & COTLAR, LLP
                                          *Plaintiffs' Liaison Counsel MDL 2047*