LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
MICHAEL J. ECUYER
JUSTIN I WOODS
NAKISHA ERVIN-KNOTT
M. PALMER LAMBERT

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

NEW ROADS
143 EAST MAIN STREET, SUITE 3
NEW ROADS, LA 70760
TELEPHONE (225) 638-8511
TELECOPIER (225) 638-8319

September 21, 2011

Leonard A. Davis, Esq.
Herman, Herman, Katz, & Cotlar, LLP
*Plaintiffs' Liaison Counsel MDL 2047*
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  IN RE: Chinese-Manufactured Drywall Products Liability Litigation
     Plaintiff Mary Benfatti

Dear Mr. Davis:

Mary Benfatti has authorized us to dismiss without prejudice, defendant Millennium Trading & Export, LLC. Therefore, we ask that you voluntarily dismiss, without prejudice, Ms. Benfatti's claims against Millennium Trading & Export, LLC in *Laura Haya, et al. v. Taishan Gypsum Co., Ltd.*, Case No. 2:09-md-01077-EEF-JCW (E.D. La.), while continuing to pursue her claims against all remaining defendants. Accordingly, Plaintiffs' Liason Counsel is authorized to dismiss only Ms. Benfatti's claims against Millennium Trading & Export, LLC.

Sincerely,

Michael J. Ecuyer

MJE/MBS/np