UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT W. BLOCK, III, ET AL. | x<br>x<br>x<br>x | CASE NO: 11-1363 SECTION L |
| v. | x<br>x<br>x | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG,   et al. | x<br>x<br>x<br>x<br>x<br>x | |

## DEFENDANTS, F. VICINO AND COMPANY, INC. AND F. VICINO DRYWALL, INC.'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PROFILE FORMS

COMES NOW, Defendants, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC., by and through their undersigned counsel and file this, their Motion for Extension of Time to Respond to the Profile Forms and hereby states the following:

1. Defendants, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC., were served with Plaintiffs' Complaint on August 21, 2011.

2. The profile forms for these Defendants are due on September 30, 2011.

3. However, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC., have been diligently collecting the information needed to file the Installer Profile Forms, but have not yet received all of the information needed from third party sources.

4. Specifically, the profile forms call for information specific to each property that F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC. performed work on.

However, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC. need further time in order to review their records and ascertain which specific properties they performed work on, in order to adequately respond to the profile forms.

5. Rule 6(b)(1), *Federal Rules of Civil Procedure*, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

6. Thus, the Court in its discretion may order the period discussed in this Motion enlarged.

7. On September 27, 2011 counsel for F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC. contacted opposing counsel to secure consent; however, opposing counsel has not responded to our call.

8. Defendant, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC., would hereby request an extension of 60 days to complete the Installer Profile Forms for the aforementioned reasons.

9. Thereby making these Defendants' Installer Profile Forms due on November 29, 2011.

10. This extension of responding to the Profile Forms will not prejudice any of the parties.

WHEREFORE, Defendants, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC., hereby request this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to *E.D. La. L.R. 7.9*, undersigned counsel certifies that on September 27, 2011 undersigned counsel called Plaintiffs' Liaison Counsel to secure consent but was unable to obtain consent.

Dated: September 29, 2011

                                            Respectfully Submitted,

                                            */s/ Robert V. Fitzsimmons*
                                            ROBERT V. FITZSIMMONS
                                            Florida Bar No. 0355739
                                            RUMBERGER, KIRK & CALDWELL
                                            A Professional Association
                                            Brickell Bayview Centre, Suite 3000
                                            80 S.W. 8th Street (33130-3037)
                                            Post Office Box 01-9041
                                            Miami, Florida  33101
                                            Telephone:  (305) 358-5577
                                            Telecopier:  (305) 371-7580

                                            *Attorneys for Defendants, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of September, 2011.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendants, F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC.*

4419914v1

4