UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------- x  ----------------------------------------------
                                                   x

LAURA HAYA, ET AL.                        x       CASE NO: 11-1077 SECTION L
                                                   x
          v.                                  x
                                                   x
                                                   x
TAISHAN GYPSUM CO., LTD. f/k/a        x
SHANDONG TAIHE DONGXIN CO., LTD.  x
et al.                                             x
                                                   x
------------------------------------------------------ x  ----------------------------------------------

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by C.A. STEELMAN, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. STEELMAN, INC. shall be granted until December 6, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-1077, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of September, 2011.

 

_____
Honorable Eldon E. Fallon
United States District Judge

4423374v1