UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL    PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : | SECTION: L JUDGE FALLON |
| Case No. 11-1077 *Laura Haya, et al. v. Taishan Gypsum Co., Ltd. et al.* | : : : | MAG. JUDGE WILKINSON |

### ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR THIRD ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendants, Cornerstone Group Construction, Inc., and Hollywood Dixie Associates, LLC's *Ex Parte* Motion for a Third Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including October 14, 2011, to submit their respective Builder Profile Forms as to plaintiffs with claims against Defendants.

New Orleans, Louisiana this _____ day of October 2011.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**