UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

The law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, counsel for Plaintiff Francisco Oves, hereby files its Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Francisco Oves. In support thereof, Movants state as follows:

Plaintiff's counsel, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane has encountered irreconcilable differences with Plaintiff on issues involving the case. On July 22, 2011, Francisco Oves informed the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane in writing that he no longer desired this law firm to represent him.Under the circumstances, it is requested that the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Francisco Oves has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Francisco Oves' present address is 2220 SE 19th Avenue, Homestead, FL, 33035, and he may be reached at (305) 219-0925. This motion is made in good faith and will not prejudice any party. Indeed, because Francisco Oves made the decision to end the representation, neither will suffer any prejudice if the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane withdraws from this case.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

>Respectfully Submitted,
>
>/s/ Leonard A. Davis
>RUSS M. HERMAN, ESQ. (#6819)
>LEONARD A. DAVIS, ESQ. (#14190)
>STEPHEN J. HERMAN, ESQ. (#23129)
>Herman, Herman, Katz & Cotlar, LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Tel: (504) 581-4892
>Fax: (504) 561-6024
>LDavis@hhkc.com
>*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of October, 2011.  I further certify that the above and foregoing has been served on Plaintiff Francisco Oves, 2220 SE 19th Avenue, Homestead, FL, 33035, along with notification of all pending deadlines and court appearances in this litigation, via certified mail.

>/s/ Leonard A. Davis_____