UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF CLAIM OF ATTORNEYS' FEES AND COSTS/CHARGING LIEN

NOTICE IS HEREBY GIVEN to all those concerned in this action that the undersigned attorneys of Colson Hicks Eidson ("the Firm"), 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, claim a lien for legal fees and costs for services rendered to Plaintiff Francisco Oves in the Chinese drywall case the firm handled for him until discharged without cause. The Firm files this Notice of Claim of Attorneys' Fees and Costs/Charging Lien for attorneys' fees, costs and expenses and requests that the Firm be compensated for its legal fees and be reimbursed for its cost from any recovery, verdict, settlement, and/or award obtained in this action from any source whatsoever, including but not limited to any settlement, judgment, or verdict of his Chinese drywall case.

The lien arose in connection with the Firm's representation of Plaintiff Francisco Oves from March of 2009, until representation was terminated without cause in July of 2011. Undersigned counsel accumulated costs and expenses in the prosecution of this case. Additionally, undersigned counsel accumulated legal fees during their many hours prosecuting this case, which included, but are not limited to: investigating and inspecting the home; obtaining reports; assisting in the preparation of the Omnibus Complaint in which Plaintiff's claim was

filed; preparing bankruptcy and plaintiff's profile forms on Plaintiff's behalf; answering discovery requests; coordinating with experts; personally taking the depositions of: Salomon Abadi, Gus Coffinas, Scott Giering, Manfred Grundke, Martin Halbach, Hans Ulrich Hummel, Hans Peter Ingenillem, Baldwin Knauf, Jack Landers, Mark Norris, and Michael Anthony Robson; and preparing and handling numerous motions and for the benefit of Francisco Oves. Official notice for any legal purpose may be addressed to the Firm at the addresses indicated herein.

                Respectfully Submitted,

                /s/ Leonard A. Davis
                RUSS M. HERMAN, ESQ. (#6819)
                LEONARD A. DAVIS, ESQ. (#14190)
                STEPHEN J. HERMAN, ESQ. (#23129)
                Herman, Herman, Katz & Cotlar, LLP
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Tel: (504) 581-4892
                Fax: (504) 561-6024
                LDavis@hhkc.com
                *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF CLAIM OF ATTORNEYS' FEES AND COSTS/CHARGING LIEN has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of October, 2011.

                /s/ Leonard A. Davis