UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                       MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                          SECTION l

**Laura Haya, et al vs. Taishan Gypsum**                            JUDGE FALLON
**Co., Ltd. f/k/a Shandong Taihe Dongxin**
**Co., Ltd., et al**                                                        MAGISTRATE JUDGE WILKINSON
**Case No. 11-1077**
_____/

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Bruce W. Steckler, Esquire at the firm of Baron & Budd, P.C., Jeremy W. Alters, Esquire at the firm of Alters Law Firm, P.A., and Allison Grant, Esquire at the firm of Allison Grant, P.A., counsel of record for Plaintiff, Patricia Schandelmeier, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray for this Court to enter an Order granting leave to withdraw as counsel for the Plaintiff for the following reasons:

1. Baron & Budd, P.C., Alters Law Firm and Allison Grant, P.A., were retained to represent Patricia Schandelmeier, whose home was allegedly constructed with Chinese Drywall.

2. Now following further investigation and inspection of the Plaintiff's home and claims, undersigned counsel seek to withdraw as counsel for the Plaintiff, Patricia Schandelmeier.

3. Plaintiff's counsel informed Patricia Schandelmeier, on May 26, 2011 that counsel would be withdrawing from representing her in this matter and that she should

immediately locate other counsel. To date, it is unknown if Plaintiff has found substitute counsel.

4. A letter with a copy of this Motion has been provided to the last known good address for the Plaintiff, Patricia Schandelmeier by certified mail and regular U. S. Mail. The letter advises the Plantiff that:

   a. Baron & Budd, P.C., Alters Law Firm and Allison Grant, P.A. are withdrawing as counsel,

   b. Substitution counsel will need to be retained, and

   c. Notifies the Plaintiff of all upcoming hearing and deadlines.

5. The Plaintiff, Patricia Schandelmeir's last known address and phone number are:

   Address:    88 Boundary Blvd., Apt. 134
               Rotanda West, FL 33947
   Telephone:  Cell (941)204-8857
               Home (941)204-8857

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Plaintiff, Patricia Schandelmeir, in the above case.

                Respectfully submitted,

Dated: October 3, 2011    BY: /s/ Bruce Steckler
                          Bruce W. Steckler
                          Bob Brown
                          Baron & Budd, P.C.
                          3102 Oak Lawn Ave., Suite 1100
                          Dallas, TX 75219
                          Phone: (214) 521-3605
                          Fax: (214) 520-1181
                          bsteckler@baronbudd.com

                          Allison Grant, Esq.
                          Allison Grant, P.A.
                          950 Peninsula Corporate Circle, Suite 2011

        Boca Raton, Florida   33487
        Phone: (561) 994-9646
        Fax: (561) 431-4627
        agrant@allisongrantpa.com

        Jeremy W. Alters
        Alters Law Firm, P.A.
        4141 N.E. 2nd Avenue, Suite 201
        Miami, FL 33137
        Phone: (305) 571-8550
        Fax: (305) 571-8559
        jeremy@alterslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Patricia Schandelmeier, 88 Boundary Blvd., Apt. 134, Rotanda West, FL 33947 on the 3rd day of October, 2011.

        /s/ Bruce W. Steckler
        Bruce W. Steckler
        Baron & Budd, P.C.
        3102 Oak Lawn Ave., Suite 1100
        Dallas, TX 75219
        Phone: (214) 521-3605
        Fax: (214) 520-1181
        bsteckler@baronbudd.com