UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION l |
| **Laura Haya, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al** <br> **Case No. 11-1077** <br> _____/ | JUDGE FALLON <br><br> MAGISTRATE JUDGE WILKINSON |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, Bruce W. Steckler, Esquire at the firm of Baron & Budd, P.C., Jeremy Alters, Esquire at the firm of Alters Law Firm, and Allison Grant, Esquire at the firm of Allison Grant, P.C., as attorneys of record for Plaintiff, Patricia Schandelmeier, and file this Memorandum of Law in Support of the Motion to Withdraw as counsel for the Plaintiff.

1. Local Civil Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana states:

   The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission only upon joint motion (of current counsel of record and new counsel of record) to substitute counsel or upon written motion served on opposing counsel and the client. <u>If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made</u> (emphasis added).

2. The Motion to Withdraw filed by the undersigned complies with all of the requirements of the Local Rule and should be granted. See *Bryson v. State Farm and Casualty Insurance Company*, 2011 WL 1557949 4 (2011 E.D.La).

3. In considering a Motion to Withdraw, the Court should consider the prejudice withdrawal could cause to other litigants and the administration of justice, and the degree to which withdrawal would delay the resolution of the case. See *Zurich American Insurance Company v. Harken*, 1999 WL 307612 (2007 E.D.La.); See also *American Economy Insurance Company v. Herrera*, 2007 WL 3276326 (2007 S.D.Cal.).

4. In present case, following further investigation and inspection of the Plaintiff's home, undersigned firms seek to withdraw as counsel for the Plaintiff, Patricia Schandelmeier.

5. Plaintiff's counsel informed Plaintiff, Patricia Schandelmeir on May 26, 2011 that counsel would be withdrawing from this matter on her behalf that she should immediately locate other counsel. To date, Plaintiff has not hired substituted counsel.

WHEREFORE , the undersigned respectfully request that the Court grant the Motion to Withdraw as Counsel for Plaintiff, Patricia Schandelmeir, in the above case.

                                        Respectfully submitted,

Dated: October 3, 2011                /s/ Bruce W. Steckler
                                              Bruce W. Steckler
                                              Bob Brown
                                              Baron & Budd, P.C.
                                              3102 Oak Lawn Ave., Suite 1100
                                              Dallas, TX 75219
                                              Phone: (214) 521-3605
                                              Fax: (214) 520-1181
                                              bsteckler@baronbudd.com

                                              Allison Grant, Esq.
                                              Allison Grant, P.A.
                                              950 Peninsula Corporate Circle, Suite 2011
                                              Boca Raton, Florida   33487
                                              Phone: (561) 994-9646
                                              Fax: (561) 431-4627
                                              agrant@allisongrantpa.com

                                              Jeremy W. Alters
                                              Alters Law Firm, P.A.
                                              4141 N.E. 2nd Avenue, Suite 201
                                              Miami, FL 33137
                                              Phone: (305) 571-8550
                                              Fax: (305) 571-8559
                                              jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Patricia Schandelmeier, 88 Boundary Blvd., Apt. 134, Rotanda West, FL 33947 on the 3rd day of October, 2011.

/s/ Bruce W. Steckler
Bruce W. Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com