UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL         MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                    JUDGE FALLON
                                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, James A. Kee, Jr., Lucy W. Jordan and the Kee Law Firm, LLP, attorneys of record for Defendants, HPH Properties, LLC and HPH Homes (hereinafter "HPH" or "Defendant") pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Kee Law Firm, LLC was retained to represent HPH by insurance for the Defendant.

2. Insurance for the Defendant HPH has since withdrawn coverage for this incident.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for HPH in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the HPH by certified mail. The letter advises the HPH:

   a.  Kee Law Firm, LLP is withdrawing as counsel,

   b.  substitution counsel will need to be retained, and

   c.  notifies HPH of all upcoming hearings and deadlines.

5. The Defendant HPH's last known address and phone number are:

   Address: 2236 Cahaba Valley Drive, Suite 100
   Birmingham, AL 35242

   Telephone: (205) 980-5350

WHEREFORE, the undersigned respectfully request that the court grant the Motion to Withdrawal as Counsel for Defendant; in the above case.

Respectfully submitted on this the 3rd day of October, 2011.

        /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037

OF COUNSEL:

KEE LAW FIRM, LLP
3800 Colonnade Parkway
Suite 550
Birmingham, AL 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing *Motion to Withdraw without Substitution* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 3rd day of October, 2011.

                   /s/ Lucy W. Jordan
                   OF COUNSEL