UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                                   JUDGE FALLON
                                                                                    MAG. JUDGE WILKINSON

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**NOTICE OF HEARING ON MOTION TO WITHDRAW
AS COUNSEL OF RECORD**

      James A. Kee, Jr., Lucy W. Jordan, and the Kee Law Firm, LLP, hereby give notice that they will bring a Motion to Withdraw as Counsel for Defendant, HPH Properties, LLC and HPH Homes before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 12, 2011, at 9:00 a.m. or as soon thereafter as it may be heard.

Respectfully submitted on this the  3rd  day of October, 2011.

                                                                   /s/ Lucy W. Jordan
                                                                  James A. Kee, Jr., KEE005
                                                                  Lucy W. Jordan, JOR037

OF COUNSEL:

KEE LAW FIRM, LLP
3800 Colonnade Parkway
Suite 550
Birmingham, AL 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice of Hearing for Motion to Withdraw without Substitution* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 3rd day of October, 2011.

    /s/ Lucy W. Jordan
    OF COUNSEL