UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED | * Case No. 11-1363 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * MDL No. 09-2047 |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| | * |
| Docket # 11-1363       (Omni X) | * MAGISTRATE WILKINSON |
| Robert W. Block, III et v.  Gebrueder | * |
| Verwaltungsesellschaft, KG et al. | * |

_____

## NOTICE OF APPEARANCE

NOW COMES, Kerry J. Miller, Kyle Spaulding and T. Louis Colletta, Jr. of Frilot, L.L.C., to appear as counsel of record for Sun Construction, L.L.C., Sun Construction and Development, LLC, and Sun Construction, LLC d/b/a Sunrise Homes and reserves all rights to object to jurisdiction, venue and service and preserves all defenses.   Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 4th day of October, 2011.

Respectfully submitted,

BY:    /s/Kyle A. Spaulding_____
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA, JR. (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

**ATTORNEYS FOR SUN CONSTRUCTION,
L.L.C., SUN CONSTRUCTION AND
DEVELOPMENT, LLC, AND SUN
CONSTRUCTION, LLC d/b/a SUNRISE
HOMES**

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that on October 4, 2011, this document has been served on

Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6,

and the foregoing was electronically filed with the Clerk of the Court of the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which

will send a notice of electronic filing in accordance with the procedures established in

MDL 2047.

                    /s/*Kyle A. Spaulding*           
                    **KYLE A. SPAULDING**