UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO<br>LAURA HAYA, et al | JUDGE FALLON |

LAURA HAYA, et al. v. TAISHAN GYPSUM CO., LTD., et al.
CASE NO. 11-1077

## NOTICE OF APPEARANCE

Victor T. Hudson, William W. Watts, and S. Wesley Pipes of the law firm of Pipes, Hudson & Watts, LLP hereby file their Notice of Appearance as counsel of record for Defendant Pensacola Stevedore Company, Inc., d/b/a Pate Stevedore Company, Inc., pursuant to MDL 2047 Pretrial Order No. 1G. Defendant Pensacola Stevedore Company, Inc. reserves all rights and defenses, including defenses related to the jurisdiction and venue of this Court.

## CERTIFICATE OF SERVICE

I HEREBYCERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of October, 2011.

PIPES, HUDSON & WATTS, LLP
Attorneys for Pensacola Stevedore Company, Inc.
d/b/a Pate Stevedore Company, Inc.
P.O. Box 989
Mobile, AL  36601-0989
PH:     251-432-7200
tom@alabamatrial.com
bill@alabamatrial.com
Wesley@alabamatrial.com


s/s  William W. Watts, III
WILLIAM W. WATTS, III
Alabama Bar No. ASB5095-S67W