UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Northstar Holdings, Inc. et al. v. General Fidelity Insurance Company, et al.*, No. 2:10-cv-00384) | ) ) ) ) | MAG. JUDGE WILKINSON |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Stipulation of Dismissal without Prejudice and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED BY THIS COURT** that *Northstar Holdings, Inc. et al. v. General Fidelity Insurance Company, et al.*, case number 2:10-cv-00384 is hereby **DISMISSED** without prejudice. Each party shall bear its own fees and costs.

New Orleans, Louisiana, this ___ day of October, 2011.

                                                                 _____
                                                                 Honorable Edward E. Fallon
                                                                 Eastern District of Louisiana