UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Northstar Holdings, Inc. et al. v. General Fidelity Insurance Company, et al.*, No. 2:10-cv-00384) | MAG. JUDGE WILKINSON |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, NORTHSTAR HOLDINGS, INC., NORTHSTAR HOMES, INC., and NORTHSTAR HOLDINGS AT B & A, LLC and Defendants, GENERAL FIDELITY INSURANCE COMPANY, QUANTA INDEMNITY, MID-CONTINENT INDEMNITY and ESSEX INSURANCE COMPANY[1], by and through their undersigned counsel, hereby stipulate for entry of the attached Order that the above action be dismissed without prejudice, with each party agreeing to bear their own respective fees and costs.

Respectfully submitted this 4th day of October, 2011.

| | |
|---|---|
| BROAD AND CASSEL | BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP |
| By: /s/ Michael K. Wilson<br>**MICHAEL K. WILSON**<br>Florida Bar No.:<br>**JEREMY T. SPRINGHART, ESQ.**<br>Florida Bar No.: 0506052<br>390 N. Orange Avenue, Suite 1400<br>Orlando, Florida 32801<br>Telephone: (407) 839-4200<br>Facsimile: (407) 650-0913<br>*Attorneys for Plaintiffs* | By: /s/ R. Steven Rawls<br>**R. STEVEN RAWLS, ESQ.**<br>Florida Bar No.: 938254<br>**RYAN K. HILTON, ESQ.**<br>Florida Bar No.: 0304610<br>777 S. Harbour Island Boulevard, Suite 500<br>Tampa, FL 33602<br>Telephone: 813-281-1900<br>Facsimile: 813-281-0900<br>*Attorneys for General Fidelity Insurance Company* |

---

[1] Axis Surplus Insurance was previously dropped as a defendant to this action.

<div style="column-count:2">

CARRERE & DENEGRE, LLP

By: */s/ Madeleine Fischer*
**MADELEINE FISCHER, T.A. (5575)**
**JOSEPH J. LOWENTHAL, JR. (8909)**
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: 504-582-8000
Facsimile: 504-589-8208
*Attorneys for Quanta Indemnity Company*

HINSHAW & CULBERTSON

By: */s/ Ronald L. Kammer*
**RONALD L. KAMMER, ESQ.**
Florida Bar No.: 360589
**PEDRO E. HERNANDEZ, ESQ.**
Florida Bar No.: 030365
9155 S. Dadeland Blvd., Ste. 1600
Miami, FL 33156
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Attorneys for Mid-Continent Indemnity*

BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP

By: */s/ Rebecca C. Appelbaum*
**REBECCA C. APPELBAUM, ESQ.**
Florida Bar No.: 179043
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Telephone: 813-281-1900
Facsimile: 813-281-0900
*Attorneys for Essex Insurance Company*

</div>