UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *All Cases*

### DEFENDANTS' TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 9, 2011 ORDER & REASONS <u>CONCERNING PERSONAL JURISDICTION DISCOVERY</u>

Defendants, Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), hereby move this Court to reconsider its "Order & Reasons" dated September 9, 2011 (the "Order"). The grounds for this motion are set forth in the accompanying Memorandum in support of this Motion.

WHEREFORE, Taishan respectfully requests that this Court reconsider its Order and grant such other and further relief that this Court deems appropriate.

Dated: October 7, 2011

                                            Respectfully submitted,

| | |
|---|---|
| Joe Cyr | /s/ Thomas P. Owen Jr. |
| Frank T. Spano | Richard C. Stanley (La. Bar No. 8487) |
| Eric Statman | Thomas P. Owen, Jr. (La. Bar No. 28181) |
| Matthew J. Galvin | STANLEY, REUTER, ROSS, THORNTON |
| HOGAN LOVELLS US LLP | & ALFORD, LLC |
| 875 Third Avenue | 909 Poydras Street, Suite 2500 |
| New York, New York 10022 | New Orleans, Louisiana 70112 |
| Email: Joe.cyr@hoganlovells.com | Telephone: 504-523-1580 |
| Frank.spano@hoganlovells.com | Facsimile: 504-524-0069 |
| Eric.statman@hoganlovells.com | E-mail: rcs@stanleyreuter.com |
| matthew.galvin@hoganlovells.com | tpo@stanleyreuter.com |
| Telephone: 212-918-3000 | |
| Facsimile: 212-918-3100 | **Attorneys for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.** |

### CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Reconsideration has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of October, 2011.

                                                          /s/ Thomas P. Owen Jr.