UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAGISTRATE JUDGE <br> *  JOSEPH C. WILKINSON, JR. <br> * |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *All Cases*

### NOTICE OF SUBMISSION

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 26, 2011, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion for Reconsideration of the Court's September 9, 2011 "Order & Reasons" concerning personal jurisdiction discovery ("Motion") filed by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. As previously indicated by the Court, this Motion will be decided on briefs.

Date: October 7, 2011

Respectfully submitted,

| | |
|---|---|
| Joe Cyr | */s/* Thomas P. Owen Jr. |
| Frank T. Spano | Richard C. Stanley (La. Bar No. 8487) |
| Eric Statman | Thomas P. Owen, Jr. (La. Bar No. 28181) |
| HOGAN LOVELLS US LLP | STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC |
| 875 Third Avenue | |
| New York, New York 10022 | 909 Poydras Street, Suite 2500 |
| E-mail: Joe.cyr@hoganlovells.com | New Orleans, Louisiana 70112 |
| Frank.spano@hoganlovells.com | Telephone: 504-523-1580 |
| Eric.statman@hoganlovells.com | Facsimile: 504-524-0069 |
| Telephone: 212-918-3000 | E-mail: rcs@stanleyreuter.com |
| Facsimile: 212-918-3100 | tpo@stanleyreuter.com |
| *Attorneys for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* | *Attorneys for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of October, 2011.

*/s/* Thomas P. Owen Jr.