UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *    MDL No. 2047
DRYWALL PRODUCTS LIABILITY     *
                                *    LITIGATION * SECTION "L"
                                *
THIS DOCUMENT RELATES TO:     *    JUDGE FALLON
Robert W. Block, III, et al.        *
vs. *                       *    MAG. JUDGE WILKINSON
Gebrueder Knauf
Verwaltungsgesellschaft, KG., et al.         *
Case No. 11-1263            *
* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, hereby enters an appearance on behalf of defendant **Carl F. Gonzales** reserving all rights to object to jurisdiction, venue or service and preserving all defenses.

Respectfully submitted,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By: /s/ Amy C. Lambert
       Harry J. "Skip" Philips (#2047)
       Amy C. Lambert (#24348)
       John M. Parker, Jr. (#32629)
       451 Florida Street, 8th Floor
       P.O. Box 2471
       Baton Rouge, LA 70821
       Phone: 225-387-3221
       Fax: 225-346-8049
       Skip.philips@taylorporter.com
       Amy.Lambert@taylorporter.com
       **Attorneys for Defendant Carl F. Gonzales**

587586.1

## CERTIFICATE OF SERVICE


I hereby certify that the above and foregoing Notice of Appearance has been served on plaintiff's liaison counsel Russ Herman and Defendant liaison counsel, Kerry Miller by Email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 7th day of October, 2011.


<u>      s/Amy C. Lambert      </u>

587586.1