UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO

LAURA HAYA, et al., v. TAISHAN GYPSUM CO., LTD., et al.
CASE NO. 11-1077

## NOTICE OF LIMITED APPEARANCE

COME NOW the undersigned, James A. Kee, Jr. and Lucy W. Jordan of the law firm of KEE LAW FIRM, LLC, give notice of their limited appearance as counsel of record for NORTHSTAR HOMES, LLC.  NORTHSTAR HOMES, LLC reserves all rights to object to jurisdiction, venue, and service and preserves all defenses.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this notice.

Respectfully submitted,

 /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for Northstar Homes, LLC

OF COUNSEL:

KEE LAW FIRM, LLC
3800 Colonnade Parkway
Suite 550
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*
Email:  jk@keelawfirm.com
             lj@keelawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 10th day of October, 2011.

                                                                            /s/ Lucy W. Jordan
                                                                            OF COUNSEL