# EXHIBIT "B"

BNBM 2011 1st Issue of Short-term Financing Bonds Prospectus (Translation)

1. Taishan Gypsum Co., Ltd.

Taishan Gypsum Co., Ltd., registered in Taian, Shandong, with RMB 155,625,000 yuan of registered capital, mainly engages in research, development, production and sales of gypsum board. At the end of 2010, its total assets are RMB 3,229,630,300 yuan, net assets are RMB 1,398,523,000 yuan; business income realized in the current year is RMB 2,900,466,400 yuan, the net profits attributed to the parent company are RMB 493,746,000 yuan.

2. BNBM Taicang Co., Ltd.

BNBM Taicang Co., Ltd., registered in Taicang, Jiangsu, with RMB 60 million yuan of registered capital, mainly engages in the production, processing and sales of gypsum board. At the end of 2010, its total assets are RMB 267,520,900 yuan, net assets are RMB 88,869,300 yuan; business income realized in the current year is RMB 141,651,700 yuan, the net profits attributed to the parent company are RMB 25,596,000 yuan.

3. BNBM Ningbo Co., Ltd.

BNBM Ningbo Co., Ltd., registered in Ningbo, Zhejiang, with RMB 15 million yuan of registered capital, mainly engages in the production, processing and sales of gypsum board. At the end of 2010, its total assets are RMB 152,536,100 yuan, net assets are RMB 42,835,900 yuan; business income realized in the current year is RMB 143,791,800 yuan, the net profits attributed to the parent company are RMB 23,404,600 yuan.

4. BNBM Building Plastic Co., Ltd.

BNBM Building Plastic Co., Ltd., registered in Beijing, with RMB 100 million yuan of registered capital, mainly engages in the production and business of PVC profiles. At the end of 2010, its total assets are RMB 124,069,100 yuan, and its net assets are RMB 28,021,900 yuan.

5. BNBM Homes Co., Ltd.

BNBM Homes Co., Ltd., registered in Beijing, with RMB 200 million yuan of registered capital, mainly engages in the production of industrialized homes. At the end of 2010, its total assets are RMB 133,978,000 yuan, and its net assets are RMB 123,065,300 yuan.

6. BNBM Suzhou Co., Ltd.

BNBM Suzhou Co., Ltd., registered in Suzhou, Jiangsu, with RMB 80 million yuan of registered capital, mainly engages in production and sales of wall materials. At the end of 2010, its total assets are RMB 207,112,100 yuan, and its net assets are RMB 83,722,800 yuan.

7. Beijing New Residential Industry Co., Ltd.

Beijing New Residential Industry Co., Ltd., registered in Miyun, Beijing, with RMB 50 million yuan of registered capital, mainly engages in production and sales of housing components (for example: plastic profiles, plastic doors and windows, aluminum profiles, medium-and-high-grade aluminum alloy doors and windows). At the end of 2010, its total assets are RMB 111,782,000 yuan, and its net assets are RMB 48,484,600 yuan.

iii. **Measures of the Company for management and control of the wholly-owned subsidiaries and other subsidiaries**

1、泰山石膏股份有限公司

泰山石膏股份有限公司注册地为山东省泰安市，注册资本15,562.5万元人民币，主要从事纸面石膏板的研发、生产和销售。2010年末，泰山石膏总资产为322,963.03万元，净资产为139,852.30万元；当年实现营业收入290,046.64万元、归属于母公司的净利润为49,374.60万元。

2、太仓北新建材有限公司

太仓北新建材有限公司注册地为江苏省太仓市，注册资本6,000万元人民币，主要从事纸面石膏板的生产、加工和销售。2010年末，太仓北新总资产为26,752.09万元，净资产为8,886.93万元；当年实现营业收入为14,165.17万元、归属于母公司的净利润为2,559.60万元。

3、宁波北新建材有限公司

宁波北新建材有限公司注册地为浙江省宁波市，注册资本1,500万元人民币，主要从事纸面石膏板的生产、加工和销售。2010年末，宁波北新总资产为15,253.61万元，净资产为4,283.59万元；当年实现营业收入为14,379.18万元，归属于母公司的净利润为2,340.46万元。

4、北新建塑有限公司

北新建塑有限公司注册地为北京，注册资本10,000万元人民币，主要从事塑钢型材生产经营。2010年末，北新建塑有限公司总资产为12,406.91万元，净资产为2,802.19万元。

5、北新房屋有限公司

北新房屋有限公司注册地为北京，注册资本为20,000万元人民币，主要从事工厂化房屋生产。2010年末，北新房屋有限公司总资产为13,397.80万元，净资产为12,306.53万元。

6、苏州北新建材有限公司

苏州北新建材有限公司注册地为江苏省苏州市，注册资本为8,000万元人民币，主要从事墙体材料的制造销售。2010年末，苏州北新建材有限公司总资产为20,711.21万元，净资产为8,372.28万元。

7、北新住宅产业有限公司

北新住宅产业有限公司注册地为北京市密云县，注册资本为5,000万元人民币，主要从事住宅产品（如塑料型材、塑钢门窗、铝塑型材、中高档铝塑合金门窗等）的制造销售。2010年末，北新住宅产业有限公司总资产为11,178.20万元，净资产为4,848.46万元。

（三）公司对全资及控股子公司的管控措施

Through dispatch of directors, supervisors and senior managers, the Company strengthens participation in management and decision making of subsidiaries, strengthens the exercise of shareholder's rights, the Company has defined the responsibilities and powers of directors, supervisors and managers that are dispatched to the subsidiaries, to effectively maintain the interests of the Company.

The Company conducts dynamic monitoring over and analyzes business operations of the wholly owned subsidiaries and the other subsidiaries through requesting them to timely submit the resolutions of the Board of Directors and the General Meeting and other important documents, as well as requesting them to regularly report financial statements, etc.

In addition, the Company focuses on the control of the wholly owned subsidiaries and the other subsidiaries in the aspects of connected transactions, external borrowing and lending, external guarantee, significant investment, information disclosure, etc. The wholly owned subsidiaries and the other subsidiaries shall, before getting new loans and credit lines, submit written application materials to the Company, be subject to approval of the Company first, and then can submit the applications for new loans or credit lines to their own Boards of Directors for examination and approval; no wholly-owned subsidiary and no subsidiary may provide guarantee to any entities that are neither the parent company, nor the wholly-owned subsidiaries or other levels of subsidiaries of the Company.

### VII. Introduction of directors, supervisors and managers of the Issuer

At the end of 2010, the particulars of Directors, Supervisors and Managers of the Company are as follows:

Chart 4-4:

| Name | Sex | Age | Position | Beginning and expiry date of office |
|---|---|---|---|---|
| Wang Bing | Male | 38 | Chairman | August 2009 to present |
| | | | Director | July 2008 to present |
| Chen Yu | Male | 32 | Director | September 2009 to present |
| | | | General Manager | August 2009 to present |
| | | | (Acting) Secretary to the Board | August 2009 to present |
| Jia Tongchun | Male | 50 | Director | July 2008 to present |
| | | | Deputy General Manager | July 2008 to present |
| Cui Lijun | Female | 50 | Director | July 2008 to present |
| Chang Zhangli | Male | 40 | Director | July 2008 to present |
| Zhang Nailing | Male | 56 | Director | July 2008 to present |
| | | | Deputy General Manager | July 2008 to present |
| Xu Jingchang | Male | 45 | Independent Director | July 2008 to present |
| Qin Qinghua | Male | 45 | Independent Director | July 2008 to present |
| Zheng Jiayun | Male | 40 | Independent Director | July 2008 to present |
| Cao Jianglin | Male | 44 | Chief Supervisor | September 2009 to present |
| Hu Jinyu | Female | 41 | Supervisor | July 2008 to present |
| Qi Yingchen | Male | 48 | Supervisor | July 2008 to present |
| Zhou Huan | Male | 56 | Deputy General Manager | July 2008 to present |
| Yang Yanjun | Female | 43 | Deputy General Manager | July 2008 to present |
| | | | Chief Financial Officer | July 2008 to present |
| Wu Fade | Male | 43 | Deputy General Manager | July 2008 to present |
| Zou Yunxiang | Male | 51 | Deputy General Manager | July 2008 to present |

#### i. Directors

Chairman: Mr. Wang Bing is currently the Chairman of the Company, the Vice President of China National Building Material Co., Ltd., and the Chairman of BNBM Homes Co., Ltd. He was the General Manager of the Company.

Director: Mr. Chen Yu is currently the Director, General Manager and Secretary of the Board of the Company. He was the Deputy General Manager and Secretary of the Board of China Fiberglass Co., Ltd., and the Director and General Manager of BNBM Papua New Guinea Co., Ltd.

北新集团建材股份有限公司 2011 年度第一期短期融资券募集说明书

公司通过派出董事、监事及高管加强对子公司管理决策的参与，加强股东权利的行使，公司明确了向控股子公司委派的董事、监事及重要高级管理人员的职责权限，有效维护公司利益。

公司通过要求全资及控股子公司及时报送董事会决议、股东大会决议等重要文件，定期上报财务报表等措施，对其进行动态监控和经营情况分析。

同时，公司重点加强了对全资及控股子公司关联交易、对外借款、对外担保、重大投资、信息披露等活动的控制。全资及控股子公司在新增借款和授信额度前须向公司提出书面申请材料，经公司批准后方可报其董事会审批；各全资子公司及控股子公司不得对母公司、其他全资子公司及各级控股公司以外单位提供担保。

七、发行人董事、监事及高级管理人员简介

2010年末，公司董事、监事、高级管理人员情况如下：

表4-4：

| 姓名 | 性别 | 年龄 | 职务 | 任期起止日期 |
|---|---|---|---|---|
| 王兵 | 男 | 38 | 董事长 | 2009.08 至今 |
|  |  |  | 董事 | 2008.07 至今 |
| 陈雨 | 男 | 32 | 董事 | 2009.09 至今 |
|  |  |  | 总经理 | 2009.08 至今 |
|  |  |  | 董秘（代） | 2009.08 至今 |
| 贾同春 | 男 | 50 | 董事 | 2008.07 至今 |
|  |  |  | 副总经理 | 2008.07 至今 |
| 崔丽君 | 女 | 50 | 董事 | 2008.07 至今 |
| 常张利 | 男 | 40 | 董事 | 2008.07 至今 |
| 张乃岭 | 男 | 56 | 董事 | 2008.07 至今 |
|  |  |  | 副总经理 | 2008.07 至今 |
| 徐经长 | 男 | 45 | 独立董事 | 2008.07 至今 |
| 秦庆华 | 男 | 45 | 独立董事 | 2008.07 至今 |
| 郑家运 | 男 | 40 | 独立董事 | 2008.07 至今 |
| 曹江林 | 男 | 44 | 监事会主席 | 2009.09 至今 |
| 胡金玉 | 女 | 41 | 监事 | 2008.07 至今 |
| 齐英臣 | 男 | 48 | 监事 | 2008.07 至今 |
| 周桓 | 男 | 56 | 副总经理 | 2008.07 至今 |
| 杨艳军 | 女 | 43 | 副总经理 | 2008.07 至今 |
|  |  |  | 财务负责人 | 2008.07 至今 |
| 武发德 | 男 | 43 | 副总经理 | 2008.07 至今 |
| 邹云翔 | 男 | 51 | 副总经理 | 2008.07 至今 |

（一）董事

董事长：王兵先生，现任公司董事长、中国建材股份有限公司副总裁、北新房屋有限公司董事长。曾任公司总经理。

董事：陈雨先生，现任公司董事、总经理、董事会秘书，曾任中国玻纤股份有

北新集团建材股份有限公司 2011 年度第一期短期融资券募集说明书

限公司副总经理、董事会秘书，北新巴布亚新几内亚有限公司董事、总经理。

==董事：贾同春先生，现任公司董事、副总经理，兼任泰山石膏股份有限公司董事长、总经理。==

董事：崔丽君女士，现任公司董事，兼任中国建材股份有限公司董事、北新建材（集团）有限公司副董事长、董事、总经理，中国玻纤股份有限公司监事长；曾任北新建材（集团）有限公司财务总监、中国玻纤股份有限公司董事。

董事：常张利先生，现任公司董事，兼任中国建材股份有限公司副总裁与董事局秘书、中国玻纤股份有限公司董事；曾任北新集团建材股份有限公司董事会秘书、副总经理。

董事：张乃岭先生，现任公司董事兼副总经理。

独立董事：徐经长先生，现任公司独立董事，任中国人民大学商学院会计系教授、副主任。

独立董事：秦庆华先生，现任公司独立董事，任北京市凯文律师事务所合伙人。

独立董事：郑家运先生，现任公司独立董事，任北京市世方永泰律师事务所律师、主任、合伙人。

（二）监事

监事会主席：曹江林先生，现任公司监事会主席，兼任中国建材股份有限公司执行董事及副总裁、中国建筑材料集团公司董事、北新建材（集团）有限公司监事会主席、中建材投资有限公司董事长、中国玻纤股份有限公司董事长；曾任北新集团建材股份有限公司监事会召集人及董事长、中国建筑材料集团公司副总经理、北新建材（集团）有限公司副董事长、北新房屋有限公司董事长。

监事：胡金玉女士，现任公司监事，兼任中国建材股份有限公司审计部总经理；曾任公司财务部经理、副总经理、财务负责人。

监事：齐英臣先生，现任公司监事，兼任肇庆北新建材有限公司联合车间主任。

（三）高级管理人员

总经理：陈雨先生，简历详见"（一）董事"。

副总经理：贾同春先生，简历详见"（一）董事"。

副总经理：张乃岭先生，简历详见"（一）董事"。

副总经理：周桓先生，现任公司副总经理。

副总经理：杨艳军女士，现任公司副总经理兼财务负责人；曾任公司监事、北新建材（集团）有限公司财务部经理。

副总经理：武发德先生，现任公司副总经理；曾任公司总经理助理、公司矿棉吸声板厂厂长。

28

BNBM 2011 1st Issue of Short-term Financing Bonds Prospectus (Translation)

Director: Mr. Jia Tongchun is currently the Director and Deputy General Manager of the Company, and he is concurrently the Chairman and General Manager of Taishan Gypsum Co., Ltd.
Director Ms Cui Lijun is currently the Director of the Company, and she is concurrently the Director of China National Building Material Co., Ltd., the Vice Chairman, Director and General Manager of Beijing New Building Materials (Group) Co., Ltd., the Chief Supervisor of China Fiberglass Co., Ltd.; she was the Chief Financial Office of Beijing New Building Materials (Group) Co., Ltd., and the Director of China Fiberglass Co., Ltd.
Director: Mr. Chang Zhangli is currently the Director of the Company, he is concurrently the Vice President and Secretary to the Board of China National Building Material Co., Ltd., and the Director of China Fiberglass Co., Ltd.; he was the Secretary to the Board of Beijing New Building Materials Public Limited Company.
Director: Mr. Zhang Nailing is currently the Director and Deputy General Manager of the Company.
Independent Director: Mr. Xu Jingchang is currently the Independent Director of the Company, and he is the professor and deputy director of the Renmin University of China Business School Accounting Department.
Independent Director: Mr. Qin Qinghua is currently the Independent Director of the Company, and he is the partner of Beijing Kaiwen Law Firm.
Independent Director: Mr. Zheng Jiayun is currently the Independent Director of the Company, and he is the attorney, director and partner of Beijing Ever Peace Law Firm.

### ii. Supervisors

Chief Supervisor: Mr. Cao Jianglin is currently the Chief Supervisor of the Company, he is concurrently the Executive Director and Vice President of China National Building Material Co., Ltd., the Director of China National Building Material Group Corporation, the Chief Supervisor of Beijing New Building Materials (Group) Co., Ltd., the Chairman of CNBM Investment Co., Ltd., the Chairman of China Fiberglass Co., Ltd.; he was the Convener of the Board of Supervisors and the Chairman of Beijing New Building Materials Public Limited Company, the Deputy General Manager of China National Building Material Group Corporation, the Vice Chairman of Beijing New Building Materials (Group) Co., Ltd., and the Chairman of BNBM Homes Co., Ltd.
Supervisor: Ms. Hu Jinyu is currently the Supervisor of the Company, she is concurrently the General Manager of China National Building Material Co., Ltd. Audit Department; she was the Chief Financial Officer and the Deputy General Manager of the Company.
Supervisor: Mr. Qi Yingchen is currently the Supervisor of the Company.

### iii. Senior Managers

General Manager: Mr. Chen Yu, see the details of "i: Directors" for his resume.
Deputy General Manager: Mr. Jia Tongchun, see the details of "i: Directors" for his resume.
Deputy General Manager: Mr. Zhang Nailing, see the details of "i: Directors" for his resume.
Deputy General Manager: Mr. Zhou Huan, he is currently the Deputy General Manager of the Company.
Deputy General Manager: Ms. Yang Yanjun, she is currently the Deputy General Manager and Chief Financial Officer of the Company; she was the Supervisor of the Company and the Chief Financial Officer of Beijing New Building Materials (Group) Co., Ltd.
Deputy General Manager: Mr. Wu Fade, he is currently the Deputy General Manager of the Company; he was the assistant to the General Manager of the Company and the President of the mineral fiber ceiling factory of the Company.