MINUTE ENTRY
FALLON, J.
OCTOBER 11, 2011

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the status of discovery requested upon the Taishan entities. Lenny Davis participated on behalf of the Plaintiffs' Steering Committee's ("PSC"). Frank Spano participated on behalf of the Taishan entities. The Taishan entities reported that they received new discovery requests last week in the form of interrogatories and requests for production. After hearing from the parties, the Court indicated this discovery is likely untimely and unnecessary, but directed the parties to meet-and-confer to resolve their dispute.

The Taishan entities have also filed their Motion for Reconsideration of the Court's last Order & Reasons regarding the discovery dispute between the parties. The PSC indicated it would be filing a response in opposition shortly.

The parties also discussed logistical issues involving the depositions scheduled for January 2012.

The Court directed the parties to provide a subsequent report on the status of discovery at the next monthly status conference on October 18, 2011.

JS10(00:15)