UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ------------------------------------------------------- x<br>　<br>LAURA HAYA, ET AL.　　　　　　　　　　　　　x<br>　　　　　　　　　　　　　　　　　　　　　　　x<br>　　　　　v.　　　　　　　　　　　　　　　　　x<br>　　　　　　　　　　　　　　　　　　　　　　　x<br>　　　　　　　　　　　　　　　　　　　　　　　x<br>TAISHAN GYPSUM CO., LTD. f/k/a　　　　　　　x<br>SHANDONG TAIHE DONGXIN CO., LTD.　　　　x<br>et al.　　　　　　　　　　　　　　　　　　　x<br>　　　　　　　　　　　　　　　　　　　　　　　x<br>------------------------------------------------------- x | | CASE NO: 11-1077 SECTION L |

### ORDER

Upon consideration of the Second Motion for Extension of Time to Respond to the Profile Forms, filed herein by WEST COAST DRYWALL CONSTRUCTION, INC.

IT IS HEREBY ORDERED that the Second Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant WEST COAST DRYWALL CONSTRUCTION, INC. shall be granted until November 28, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-1077, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

4306191v1