UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| Robert Block et al. v. Knauf Gips, KG, et al. | * | |
| Case No. 11-cv-1363 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL FOR
## TRIANGLE DRYWALL SUPPLY, INC.

Notice is hereby given that undersigned counsel enter their appearance on behalf of Defendant Triangle Drywall Supply, Inc. made a defendant in *Robert W. Block, III, et al. v. Gebrueder Knauf et al.*, Case No.: 2:11-cv-1363, Sec. L, Mag. 2, via Plaintiffs' Complaint (Rec. Doc. 1).

Triangle Drywall Supply, Inc. requests that it be served via its counsel with all documents. It reserves all of its defenses without exception.

Respectfully submitted,

s/Lisa A. Easterling
Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
William M. Burst (La. Bar #32372)
**KEAN MILLER LLP**
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 585-3050 (telephone)
(504) 585-3051 (facsimile)
glenn.orgeron@keanmiller.com
lisa.easterling@keanmiller.com

Attorneys for Defendant
Triangle Drywall Supply, Inc.

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel for Triangle Drywall Supply, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of October, 2011.

s/Lisa A. Easterling

2672826