UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>JUDGE ELDON E. FALLON |
| This Document Relates to:<br>   Robert W. Block, III et al<br>          Plaintiffs, | * * * | SECTION: "L" |
| versus | * * | MAGISTRATE JUDGE WILKINSON |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al<br>          Defendants | * * * | |
| Civil Action No.  11-1363 | * | |

**********************************************

## NOTICE OF LIMITED APPEARANCE AS COUNSEL

Robert F. Lakey of Boggs, Loehn & Rodrigue hereby files a Notice of Appearance as counsel of record for Phillip W. Giles Drywall, LLC, and reserves all rights to object to jurisdiction, venue or service and preserves all defenses.  Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address:

BOGGS, LOEHN & RODRIGUE

_____
Robert F. Lakey
3616 South I-10 Service Road, West
Suite 109
Metairie, LA 70001
Telephone: (504)828-1202
Fax: (504)828-1208
E-mail: Rlakey@boggsloehnrodrigue.com
Attorney for Defendant,
Phillip W. Giles Drywall, LLC.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 12th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mial and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____
ROBERT F. LAKEY