**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL DOCKET: 2047
     PRODUCTS LIABILITY LITIGATION

                                                  SECTION:  L

                                                  JUDGE FALLON
                                                  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

**MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF**
**PRE-TRIAL ORDER NO. 1(I) ON PRESERVATION OF PHYSICAL EVIDENCE**

The Homebuilders' Steering Committee, on behalf of various homebuilders ("Homebuilders"), by and through undersigned counsel, respectfully submits this Motion for the Entry of Pre-Trial Order No. 1(I) on Preservation of Physical Evidence, and in support thereof states:

1.      This Court entered Pre-Trial Order No. 1(B) on October 9, 2009, which sets forth certain requirements for the preservation of physical evidence by "those persons or entities that intend to seek recovery for damages in connection with repairs to properties that contain allegedly defective Chinese-manufactured drywall, or recovery for damages to personal property contained in such a property, or personal injury from allegedly defective Chinese-manufactured drywall."

2.      Since that time, the Homebuilders have repaired thousands of homes containing defective Chinese-manufactured drywall.  Through this process, the Homebuilders have warehouses filled with literally hundreds of thousands of HVAC coils, plumbing components,

electrical components, and other building materials from these homes, as required by the current evidence preservation protocol.

3.      At this stage of the Chinese-drywall litigation, there is little dispute regarding the effect of the defective Chinese-manufactured drywall on the various building materials and components, and the appropriate protocol for the repair of homes containing defective Chinese-manufactured drywall.

4.      Accordingly, the Homebuilders respectfully submit to the Court a proposed revised order for the preservation of physical evidence, which allows homebuilders to photograph, rather than retain, certain physical evidence in connection with their repair of homes that contain defective Chinese-manufactured drywall, such as HVAC coils, plumbing components, electrical components, and other building materials.  A copy of proposed Pre-Trial Order 1(I), which sets forth these proposed revised requirements, is attached hereto as Exhibit "A."

5.      The Homebuilders previously addressed with the Court certain modifications to the existing requirements for the preservation of physical evidence and the Court recognized the burden, expense, and limited benefit in continuing to require Homebuilders to comply with Pre-Trial Order No. 1(B).  Kerry Miller, the Defendants' Liaison Counsel and counsel for the Knauf Entities, has stated that the Knauf Entities have no objection to the Court's entry of this proposed order.  The Homebuilders' Steering Committee has presented this proposed order to the PSC, which is still considering whether, and to what extent, the PSC agrees with the proposed order.

Dated:  October 12, 2011                              Respectfully submitted,


**STONE PIGMAN WALTHER WITTMANN**          **GREENBERG TRAURIG, P.A.**
*Local Lead Counsel of the HSC*                      *Lead Counsel of the HSC*
546 Carondelet Street                                333 Avenue of the Americas, Ste. 4400
New Orleans, LA  70130                               Miami, Florida 33131
Telephone: (504) 593-0804                            Telephone: (305) 579-0500
Facsimile: (504) 593-0804                            Facsimile:  (305) 579-0717
E-mail: pwittmann@stonepigman.com                    Email: bassh@gtlaw.com
                                                     Email: salkym@gtlaw.com
                                                     Email: foslida@gtlaw.com


By:     /s/ Phillip A. Wittmann                      By:____/s/ Hilarie Bass_____
        PHILLIP A. WITTMANN                                 HILARIE BASS
        Louisiana Bar No. 13625                             Florida Bar No. 334323
                                                            MARK A. SALKY
                                                            Florida Bar No. 058221
                                                            ADAM M. FOSLID
                                                            Florida Bar No. 682284


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.


                                            _____s/ Hilarie Bass_____
                                                     Hilarie Bass