UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |
| _____/ | |

**NOTICE OF SUBMISSION**

Please take notice that the Homebuilders' Steering Committee's Motion for Entry of Pre-Trial Order No. 1(I) on Preservation of Physical Evidence will be brought on for hearing on October 18, 2011, immediately following the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

1072396v.1

Dated: October 12, 2011                                    Respectfully submitted,

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN** | **GREENBERG TRAURIG, P.A.** |
| *Local Lead Counsel of the HSC* | *Lead Counsel for the HSC* |
| 546 Carondelet Street | 1221 Brickell Avenue |
| New Orleans, LA 70130 | Miami, Florida 33131 |
| Telephone: (504) 593-0804 | Telephone: (305) 579-0500 |
| Facsimile: (504) 593-0804 | Facsimile: (305) 579-0717 |
| E-mail: pwittmann@stonepigman.com | Email: bassh@gtlaw.com |
| | Email: salkym@gtlaw.com |

By:     /s/ Phillip A. Wittmann
           PHILLIP A. WITTMANN
           Louisiana Bar No. 13625

By:     /s/ Hilarie Bass
           HILARIE BASS
           Florida Bar No. 334323
           MARK A. SALKY
           Florida Bar No. 058221


| | |
|---|---|
| **SIVYER BARLOW & WATSON** | **KING & SPALDING LLP** |
| *Member of the HSC* | *Member of the HSC* |
| 100 S Ashley Drive, Suite 2150 | 1180 Peachtree Street, NE |
| Tampa, FL 33602 | Atlanta, GA 30309 |
| Telephone: (813) 221-4242 | Telephone: (404) 572-4600 |
| Facsimile: (813) 227-8598 | Facsimile: (404) 572-5100 |
| Email: nsivyer@sbwlegal.com | Email: kbuster@kslaw.com |

By:     /s/ Neal Allen Sivyer
           NEAL A. SIVYER
           Florida Bar No. 373745

By:     /s/ J Kevin Buster
           J. KEVIN BUSTER
           Georgia Bar No. 099267

1072396v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass

1072396v.1