UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | |

**HOMEBUILDERS' STEERING COMMITTEE'S MOTION AND
INCORPORATED MEMORANDUM FOR EXPEDITED
CONSIDERATION OF MOTION FOR ENTRY OF PRE-TRIAL
ORDER NO. 1(I) ON PRESERVATION OF PHYSICAL EVIDENCE**

The Homebuilders' Steering Committee ("HSC"), by and through undersigned counsel, respectfully moves this Court for entry of an Order setting for hearing on an expedited basis its Motion for Entry of Pre-Trial Order No. 1(I) on Preservation of Physical Evidence [Rec. Doc. 10809].  Specifically, the HSC requests that its motion be set for hearing immediately following the monthly status conference on October 18, 2011.  An expedited hearing is warranted so that this proposed modification to Pre-Trial Order No. 1(B), can be implemented as soon as possible. Pre-Trial Order No. 1(B) requires that homebuilders store certain samples of drywall, HVAC coil materials, plumbing component samples, and electrical component samples in quantities that have become increasingly burdensome and expensive to preserve and store.  Proposed Pre-Trial Order No. 1(I) eases these requirements and allows homebuilders that preserved physical evidence pursuant to the requirements of Pre-Trial Order No. 1(B) to dispose of all physical evidence that they would not be required to preserve under the proposed order, after providing notice of its intention to dispose of such physical evidence.  The HSC further requests that all oppositions to this motion be filed timely in advance of the date of the hearing set by the Court.

Dated: October 12, 2011                              Respectfully submitted,

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN** | **GREENBERG TAURIG, P.A.** |
| *Local Lead Counsel of the HSC* | *Lead Counsel for the HSC* |

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel of the HSC*
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:     /s/ Phillip A. Wittmann
          PHILLIP A. WITTMANN
          Louisiana Bar No. 13625

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com

By:     /s/ Hilarie Bass
          HILARIE BASS
          Florida Bar No. 334323
          MARK A. SALKY
          Florida Bar No. 058221


**SIVYER BARLOW & WATSON**
*Member of the HSC*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:     /s/ Neal Allen Sivyer
          NEAL A. SIVYER
          Florida Bar No. 373745

**KING & SPALDING LLP**
*Member of the HSC*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:     /s/ J Kevin Buster
          J. KEVIN BUSTER
          Georgia Bar No. 099267

1072385v.1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 12, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                        /s/ Hilarie Bass
                                        Hilarie Bass

1072385v.1