UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

**ORDER**

Considering the foregoing Homebuilders' Steering Committee's Motion and Incorporated Memorandum for Expedited Hearing on Motion for Entry of Pre-Trial Order No. 1(I) on Preservation of Physical Evidence,

IT IS ORDERED the motion be heard on an expedited basis on October 18, 2011, immediately following the monthly status conference scheduled for at 9:00 o'clock a.m.

IT IS FURTHER ORDERED that any opposition to the motion be filed with the Court and served on counsel by October ____, 2011.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
ELDON E. FALLON
United States District Court Judge