**COURT RECORD LOAN FORM**
(Please Print)
U.S. District Court

11-30619

*THIS PORTION REMAINS WITH COURT RECORDS*

No. **09-2047** Short Title **Chinese - Manufactured** Date **10-11-11**

To: **James Garner (Southern Homes)**
Name

**Sher Garner**
Address
**909 Poydras St - 28th F/R**

**N.O.       LA         70112**
City         State      Zip

Documents Enclosed:
- ☑ Record Vols: **22**
- ☐ Exhibits ☐ Env. _____
- ☐ Box: _____ ☐
- ☐ Supp. Record Vols. _____
- ☐ Second Supp. Record Vols. _____
- ☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

**Attorney Return** — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To: Clerk, 5th Circuit

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 11 2011
LORETTA G. WHYTE
CLERK

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case are returned to Clerk
Name: _____
Date: _____

---

**Clerk's Receipt** — ✂ Cut Here — To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.

No. _____ Short Title _____

District: _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

---

**Attorney Forwarding Receipt** — ✂ Cut Here — If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. _____ Short Title _____

To: Clerk, U.S. District Court

District: _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case forwarded to
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

---

**Attorney Receipt** — ✂ Cut Here — The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

No. _____ Short Title _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

To: Clerk, U.S. District Court

District: _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case listed received
Judge/Attorney Name: _____
Date: _____