**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 12, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* No. 10-1113

A telephone status conference was held in this date in the Chambers of Judge Eldon Fallon regarding the above-captioned matter. The conference was scheduled to discuss the status of the case, including the pending motions. After hearing from the parties the Court directed them to, (1) work together on a sampling process for identifying the manufacturers of the Chinese drywall in the subject properties, and (2) focus on the pending legal issues. In furtherance of the latter, the Court directed the parties to continue compliance with the current Scheduling Order in effect, including filing motions until the January 15, 2012 deadline. *See* (R. Doc. 9847). However, it clarified that the discovery involving the third-party claims by RCR against Arch is to be similarly limited to appropriate threshold legal issues and should not be a full-blown discovery on the merits of the claims.

Additionally, the Court stated it would address and resolve the pending motions in this matter as follows:

1

JS10(00:40)

With regard to RCR's Motion for Limited Relief from PTO 1(B) (R. Doc. 8759), IT IS ORDERED that this Motion is DENIED AS MOOT.

With regard to Arch's Motion to Dismiss (R. Doc. 9978), IT IS ORDERED that this Motion is scheduled for hearing with oral argument following the monthly status conference on November 10, 2011, at 9:00 a.m.  IT IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by October 28, 2011.

With regard to Arch's Motion to Modify Scheduling Order (R. Doc. 10063), IT IS ORDERED that this Motion is DENIED, but that the clarification as to the Scheduling Order in this Minute Entry applies.  IT IS FURTHER ORDERED that the accompanying Motion for Expedited Consideration (R. Doc. 10738) is DENIED AS MOOT.

With regard to Arch's Motion to Modify Scheduling Order (R. Doc. 10305), IT IS ORDERED that this Motion is DENIED.  IT IS FURTHER ORDERED that the accompanying Motion for Expedited Consideration (R. Doc. 10661) is DENIED AS MOOT.