UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering that no timely opposition has been filed in response to Chartis' Motion to Lift Stay with Regard to its Unopposed Motion for an Order Requiring Knauf Plasterboard (Tianjin) Co., Ltd. to Produce Certain Documents (R. Doc. 10235), this Motion is deemed to be unopposed, and furthermore, it appearing to the Court that the Motion is grounded in law and fact, IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana, this 12th day of October, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE