UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. :

**THIS DOCUMENT RELATES TO ALL CASES**


**<u>ORDER</u>**


On this date, the Court met with Philip Garrett, CPA, regarding the Plaintiffs' Steering Committee's required time and cost submissions.  The Court learned from Mr. Garrett that several members of the PSC have not been timely with these submissions.  Accordingly, IT IS ORDERED that the PSC members with outstanding time and cost submissions are to file these submissions immediately and properly or otherwise forego reimbursement.



New Orleans, Louisiana, this 13th  day of October 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE