UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

**DEFENDANT DIVERSIFIED GENERAL CONTRACTORS, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Defendant Diversified General Contractors, Inc. ("Diversified"), pursuant to Federal

Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page

Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court

enter an Order allowing Diversified to exceed the twenty-five (25) page limitation for its

Motion for the reasons set forth in the attached Memorandum of Law filed in support of this

Motion.

WHEREFORE, Defendant Diversified General Contractors, Inc. respectfully requests

that the instant Motion be granted and that an Order be entered permitting Diversified's

Motion to exceed the twenty-five (25) page limitation, together with such other and further

relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
DIVERSIFIED GENERAL
CONTRACTORS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/Charles B. Long*
CHARLES B. LONG