UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al. | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-1363 | * * * * | MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT NEW MILLENNIUM**
**BUILDERS, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant New Millennium Builders, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE