UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

### IAN KOOLIK

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of New Millennium Builders, Inc. ("NMB") and, as such, has personal knowledge of the following based on his review of records maintained by NMB in the regular course of business.

2. NMB is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Palm Beach County, Florida.

3. NMB is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. NMB has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. NMB has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT A

6. NMB does not have an agent for service of process in Louisiana.

7. NMB does not have any bank accounts in Louisiana or own any property in Louisiana.

8. NMB does not solicit business in Louisiana and has never transacted business in Louisiana.

9. NMB has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. NMB does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. NMB has never received any business from any contacts in Louisiana, whether individual customers or business customers.

12. NMB never anticipated it would be haled into court in Louisiana.

IAN KOOLIK

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY OF September, 2011.

NOTARY PUBLIC

PENNY GORDON
Notary Public - State of Florida
My Comm. Expires May 8, 2014
Commission # DD 985209
Bonded Through National Notary Assn.