UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L(2) |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* | * | MAG. WILKINSON |
| Case No.:  2:11-CV-1077 (E.D.La.) | * | |
| *   *   *   *   *   *   *   *   * | | |

### E<small>X</small> P<small>ARTE</small> M<small>OTION FOR</small> S<small>ECOND</small> E<small>XTENSION OF</small> T<small>IME</small>
### <small>TO</small> S<small>UBMIT</small> B<small>UILDER</small> P<small>ROFILE</small> F<small>ORM</small>

BFS Townhomes, LLC moves this Honorable Court for an additional ten (10) days until October 24, 2011 within which to submit is Builder Profile Form without waiving and preserving all rights to object to jurisdiction, venue and service, and without waiving and preserving all defenses that BFS Townhomes, LLC may have.  Undersigned counsel represents that BFS Townhomes, LLC continues to gather insurance policies and related information required for completion of the Builder Profile Form and needs additional time to complete the Form; that this is the second extension requested; and that the extension will not unduly delay the progress of this case.

WHEREFORE, BFS Townhomes, LLC prays for an extension of time of an additional ten (10) days until October 24, 2011 to submit its Builder Profile Form as required by the Court.

Respectfully submitted,

s/ Timothy W. Hassinger

_____

TIMOTHY W. HASSINGER, T.A. (#25085)
B. WESLEY PITTS (#23899)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana  70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
E-mail:  thassinger@gjtbs.com
E-mail:  wpitts@gjtbs.com

and

PHILLIP S. HOWELL (Fla. Bar No. 377030)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida  33602
Telephone:  (813) 977-1200
Facsimile:  (813) 977-1288
E-mail:  phowell@gjtbs.com
**COUNSEL FOR BFS TOWNHOMES, LLC**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Submit Builder Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of October, 2011.

s/ Timothy W. Hassinger
_____
TIMOTHY W. HASSINGER