UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIAIBLITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION L |
| This Document Relates to: | * <br> * JUDGE FALLON |
| Case No: 09-5830 and Plaintiff Dean L. Hopper | * MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes, plaintiff, Dean L. Hopper, who request that Paul A. Lea, Jr., be substituted as counsel of record for Gerald E. Meunier.

WHEREFORE, plaintiff requests the substitution of counsel as referenced above thereby allowing Paul A. Lea, Jr. to be substituted as counsel of record for the plaintiff.

Respectfully submitted:

s/Gerald E. Meunier
Gerald E. Meunier, La. Bar # 9471
1100 Poudras St. – Suite 2800
New Orleans, Louisiana 70163
E-Mail: gmeunier@gainsben.com
Telephone: (504) 522-2304
Telecopy: (504) 528-9973
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on this 18th day of October 2011.

s/Gerald E. Meunier
Gerald E. Meunier