UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIAIBLITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION L <br> * |
| This Document Relates to: | * <br> * JUDGE FALLON |
| Case No: 09-5830 and Plaintiff Dean L. Hopper | * MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the forgoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Paul A. Lea, Jr. be, and he is hereby is substituted as counsel of record for Gerald E. Meunier.

New Orleans, Louisiana, this ____ day of _____ 2011.

_____
JUDGE