## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, ET AL | * * * |
| VERSUS | * JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL | * * * |
| CASE NO. 11-1363 | * MAG. WILKINSON (4) * |

**************************************************

### NOTICE OF LIMITED APPEARANCE AS COUNSEL

Douglas A. Kewley, of Gardner & Kewley, APLC hereby files this Notice of Appearance as counsel of record for Defendant J.C.T. Construction Company, Inc. ("JCT"). JCT reserves all rights to object to jurisdiction and preserves all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

GARDNER & KEWLEY, APLC

/s/Douglas A. Kewley
DOUGLAS A. KEWLEY (#7355)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
E-Mail: kewley@bayoulaw.com

**ATTORNEY FOR DEFENDANT:
J.C.T. CONSTRUCTION
COMPANY, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller via U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically field with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Douglas A. Kewley
DOUGLAS A. KEWLEY