UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| PAYTON , ET AL. v. KNAUF GIPS KG, ET AL. CASE NO.: 2:2009-cv-07628 (E.D. LA.) | JUDGE FALLON |
| ROGERS, ET AL. v. KNUAF GIPS, KG, ET AL. CASE NO.: 2:2010 cv-00362 (E.D. LA.) | MAGISTRATE: JUDGE WILKERSON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO. CASE NO.: 2:2010-cv-00932 (E.D. LA.) | |
| HAYA v. TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD, ET AL CASE NO.: 2:2011-cv-11-1077 (E.D. LA.) _____/ | |

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by MARK A. BOYLE, SR., ESQUIRE of the law firm of Boyle, Gentile, Leonard & Crockett, P.A., as attorneys of record for Defendant, THE STERLING COLLECTION, INC. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, THE STERLING COLLECTION, INC. reserves all rights and defenses, including to object to the jurisdiction of venue of this Honorable Court.  Defendant, THE STERLING COLLECTION, INC., further avers that this Notice does not constitute as a waiver of service.

Respectfully submitted,

Dated: October 14, 2011

/s/ Mark A. Boyle, Sr.
Mark A. Boyle, Sr.
FBN:  0005885
Boyle, Gentile, Leonard & Crockett, P.A.
2050 McGregor Boulevard
Fort Myers, Florida 33967
Tel:  (239) 337-1303
Fax: (239) 337-7674
MBoyle@BoyleGentileLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047.

/s/ Mark A. Boyle, Sr.
Mark A. Boyle, Sr.