UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.: 2047
SECTION: L
JUDGE FALLON
MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on
behalf of all others similarly situated v. GEBRUEDER
KNAUF  VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

## ORDER

Upon consideration of the Motion to Dismiss filed herein by Defendant, WILLIAMS-

BROWN, INC.;

IT IS HEREBY ORDERED that the Motion to Dismiss be and the same is hereby

GRANTED.  Plaintiffs have failed to establish jurisdiction over this Defendant.


New Orleans, Louisiana, this ____ day of _____, 2011.


_____
Eldon E. Fallon
United States District Court Judge