# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD AND CAROL BENOIT,** *et al.*, | MDL No. 2047 |
| Plaintiffs, | SECTION: "L" |
| v. | JUDGE FALLON |
| **LAFARGE S.A.,** *et al.*, | MAG. JUDGE WILKINSON |
| Defendants. | JURY TRIAL DEMAND |
| CASE NO. 2:11-CV-1893 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Carmelite M. Bertaut** and **Jackie M. McCreary,** Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, 504-581-3200, cbertaut@stonepigman.com and jmccreary@stonepigman.com, and **Dwight J. Davis**, **S. Stewart Haskins**, **Zachary A. McEntyre, Catherine G. Lucas, and Elizabeth D. Adler,** King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, ddavis@kslaw.com, shaskins@kslaw.com, zmcentyre@kslaw.com, klucas@kslaw.com, eadler@kslaw.com hereby enter their appearance as counsel of record for Defendant The Home Depot U.S.A., Inc. in the captioned matter.

Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

*/s/ Jackie M. McCreary*
Carmelite S. Bertaut, 3054
 cbertaut@stonepigman.com
Jackie M. McCreary, 28676
 jmccreary@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

and

Dwight J. Davis, Georgia Bar No. 208055
 ddavis@kslaw.com
S. Stewart Haskins, Georgia Bar No. 336104
 shaskins@kslaw.com
Zachary A. McEntyre, Georgia Bar No. 653571
 zmcentyre@kslaw.com
Catherine G. Lucas, Georgia Bar No. 567369
 klucas@kslaw.com
Elizabeth D. Adler, Georgia Bar No. 558185
 eadler@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax:    (404) 572-5139

*Counsel for The Home Depot, U.S.A., Inc.*

1073037v.1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 19th day of October, 2011.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of October, 2011.

*/s/Jackie M. McCreary*
