UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

**DEFENDANT LITTLE'S CONSTRUCTION OF CENTRAL
FLORIDA, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Defendant Little's Construction of Central Florida, Inc. ("Little's Construction"),
pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion
to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests
that this Court enter an Order allowing Little's Construction to exceed the twenty-five (25)
page limitation for its Motion for the reasons set forth in the attached Memorandum of Law
filed in support of this  Motion.

WHEREFORE, Defendant Little's Construction of Central Florida, Inc. respectfully
requests that the instant Motion be granted and that an Order be entered permitting Little's
Construction's Motion to exceed the twenty-five (25) page limitation, together with such other
and further relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:      504-299-3570
Facsimile:       504-299-3582
E-mail:           clong@kfplaw.com
E-mail:           tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
LITTLE'S CONSTRUCTION OF
CENTRAL FLORIDA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Charles B. Long*
CHARLES B. LONG

2