UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * * * | JUDGE FALLON<br><br><br><br><br>MAG. WILKINSON |

**DEFENDANT LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.'S**
**MEMORANDUM IN SUPPORT OF MOTION TO EXCEED PAGE LIMITATION**

Defendant Little's Construction of Central Florida, Inc. ("Little's Construction"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Memorandum in Support of its Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing Little's Construction to exceed the twenty-five (25) page limitation for its Motion, and as grounds therefore states as follows:

1. Local Rule 7.8.1E states that "[e]xcept with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length." L.R. 7.8.1E.

2. Due to the complex nature of this action, Little's Construction's Motion exceeds the twenty-five (25) page limitation. Little's Construction has made efforts to edit its Motion to comply with the page limitation, but found that eliminating the extensive arguments and case

law cited therein would have compromised its substance.

WHEREFORE, Defendant Little's Construction of Central Florida, Inc. requests that the instant Motion be granted and that an Order be entered permitting Little's Construction's Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

    KREBS, FARLEY & PELLETERI, P.L.L.C.

    /s/ Charles B. Long
    CHARLES B. LONG (#22824)
    THOMAS H. PEYTON (#32635)
    400 Poydras Street, Suite 2500
    New Orleans, Louisiana   70130
    Telephone:    504-299-3570
    Facsimile:     504-299-3582
    E-mail:        clong@kfplaw.com
    E-mail:        tpeyton@kfplaw.com
    ATTORNEYS FOR DEFENDANT LITTLE'S
    CONSTRUCTION OF CENTRAL FLORIDA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

    /s/ Charles B. Long
    CHARLES B. LONG