UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED          *          MDL No. 2047
DRYWALL PRODUCTS LIABILITY            *
LITIGATION                            *
                                      *
THIS DOCUMENT RELATES TO:             *          JUDGE FALLON
                                      *
ALL CASES                             *
                                      *
                                      *
                                      *
                                      *

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MICHAEL W. LITTLES

who, being duly sworn, upon his oath deposed and stated as follows:

1.      He is the President for Littles Construction of Central Florida, Inc. ("Littles

Construction"), and as such, has personal knowledge of the following based on his

review of records maintained by Littles Construction in the regular course of business.

2.      Littles Construction is a corporation organized and existing under the laws of the State

of Florida and has its principal place of business in Polk County, Florida.

3.      Littles Construction is a home builder that contracts with third party vendors for the

construction of single-family homes and/or sells completed single-family homes.



EXHIBIT
"A"

2011-09-21 17:16       LITTLES CONSTRUCTION      8639670048 >>      5042993582                                                                                    P 3/3

4.      Littles Construction has never built a residence in the State of Louisiana nor had any

         contracts or subcontracts with companies located in Louisiana.

5.      Littles Construction has never been licensed or registered to do business in Louisiana or

         ever had any offices or employees in Louisiana.

6.      Littles Construction does not have an agent for service of process in Louisiana.

7.      Littles Construction does not have any bank accounts in Louisiana or own any property

         in Louisiana.

8.      Littles Construction does not solicit business in Louisiana or ever transacted business in

         Louisiana.

9.      Littles Construction has never maintained a telephone line in Louisiana or kept a post

         office box or otherwise received mail in Louisiana.

10.     Littles Construction does not maintain an office, store, headquarters, shop, warehouse,

         or any other facility in the State of Louisiana.

11.     Littles Construction has never received any business from any contacts in Louisiana,

         whether individual customers, or business customers.

12.     Consequently, Littles Construction never anticipated it would be haled into court in

         Louisiana.



MICHAEL W. LITTLES

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF _____, 2011.

NOTARY PUBLIC

2

Courtnay McCarter
Commission # DD 944107
Expires December 3, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

## CONSTRUCTION AGREEMENT

THIS AGREEMENT made and entered into on __May 25, 2007_____, by and between **LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.** a Florida corporation, hereinafter referred to as "Contractor" and __Mr. & Mrs. Richard Vayda_____ SS#_____ DOB_____
_____ SS#_____ DOB_____
whose address is: __368 ½ Recker Highway, ~~Winter Haven FL 33880~~__ hereinafter referred to as "Owner(s)".
Auburndale Fl 33823

The Contractor agrees to build a single-family dwelling on the Owners Lot or the Contractors Lot. Legal Description of the Property/Lot #. __Property ID# - 252815000000032170_____

IT IS THEREFORE AGREED:

### Construction and Plans

1. The Contractor shall construct a single-family dwelling in substantial compliance with the plans, specifications, and drawings that have been agreed on by the Contractor and the Owner, and that are attached to this Agreement; __Custom__, and on the terms set forth in this Agreement. Minor modifications or variances from the plans, specifications, and drainage shall be accepted by Owner, provided there is substantial compliance with the floor plan and no substantial deviation from square footage. The party providing the plans shall be responsible for insuring that the plans and specifications comply with the applicable building codes. The Owner shall be responsible to insure that the plans, specifications, and layout of the home complies with all deed covenants and restrictions, including setbacks and zoning. All plans, specifications, and drawings are and shall remain the exclusive property of the Contractor, if provided by the Contractor. They are not to be used by the Owner in any manner whatsoever, nor is the Owner permitted to share the plans, specifications, drawings, or information acquired therefore with any third parties, without the prior written consent of the Contractor. All necessary labor and materials and performance of all work whatsoever to be done in the erection of the following residence shall be provided by the Contractor. Owner shall not be permitted to provide labor and/or materials for same unless specified hereinafter or approved in writing by Contractor.

### Price

2. The total price to be paid by the Owner to the Contractor for the completed residence is $ __48,800.00__

3. The Owner shall pay or shall authorize the Owner's Mortgagee to pay, directly to the Contractor, the following sums at the following times that shall be credited against the total price;

   (a) __(10%) $4,880.00__ shall be paid down upon execution of this agreement.
   (b) The balance shall be paid as follows: __(15%) $7,320.00 upon completion of slab__
   __(15%) $7,320.00 upon completion of framing__
   __(20%) $9,760.00 upon completion of drywall__
   __(15%) $7,320.00 upon completion of trim & painting__
   __(15%) $7,320.00 upon completion of flooring__
   __(10%) $4,880.00 upon final inspection__

The Owner or Owner's Mortgagee shall make these payments at the office of the Contractor within two (2) days after the date of completion of the work required for the draw.

Should the Owner's Mortgagee demand sworn statements before making payments at each state of completion as required above, Contractor shall not under any circumstances be required to waive any future lien rights that it may have by reason of work or materials furnished. The final payment of the price shall take place at the office of the Owner's Mortgagee within ten (10) days after the completion of construction of the Project as defined in Paragraph 6 of this Agreement.

### Deposits and Financing

4. (a) The Buyer of a One-Family or Two-Family dwelling unit has the right to have all deposit funds (up to 10% percent of the purchase price) deposited in an interest bearing escrow account, unless waived in writing by Buyer. By execution of the contract, Owner hereby expressly waives the right and acknowledges that the

1



EXHIBIT
"B"

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

earnest money deposit and future deposits have been or will in the future be paid directly to Contractor for deposit in Contractor's general accounts to be used for the acquisition, construction, or equipping of the property being constructed for herein. Owner acknowledges that the broker, if any, has no responsibility to account for the deposit funds paid directly to the Contractor.

(b) This contract is contingent.___is / _X__ is not contingent upon Owner obtaining a mortgage loan commitment within thirty (30) days from the date of the contract, as stated above, for a term not to exceed thirty (30) years of the prevailing market interest rate at time of closing. Owner must make a good faith effort to obtain said mortgage loan commitment, including but not limited to, presenting a completed mortgage application to a lender acceptable to Contractor within seven (7) days of the date of this contract, the payment of any credit appraisal, inspection fees, document preparation fee, or other fees required by lenders, the disclosure of complete personal financial information as requested by lender, verification of sufficient cash necessary to close (including down payment and closing costs), and the execution of any and all documents necessary for the loan to be processed and closed. Owner's failure to comply with the provisions of this paragraph shall constitute a default by Owner of the provisions of this contract. Owner's failure to obtain financing based on his inability to sell or lease other Property is not a condition of this contract and shall constitute a default hereunder. Owner hereby authorizes Lender to disclose to Contractor and his agents and representatives any and all financial commitment within the time specified above, Contractor, at it's option, may extend the period in which Owner is to obtain a financing commitment or terminate this contract.

In the event Contractor terminates the contract due to Owner's inability to obtain financing, Contractor shall refund Owner's deposit(s) paid hereunder less any expense incurred by Contractor for credit reports, appraisals, building permits, surveys, plans and specs, etc. Contractor shall not be liable to Owner for nay damages suffered by Owner as a result of Owner's inability to obtain financing.

## Time for Completion

5. The Project shall be completed by the Contractor within a reasonable time for such construction from the date of closing of any construction loan or the date of execution of this agreement, whichever is later, provided, however, that the Contractor shall not be responsible for delays due to acts of God, inclement weather, strikes, lockouts, material shortages, lack of availability of utility services, fire, storm, theft, vandalism, or other cause beyond the Contractor's control. The financial inability of the Contractor to perform any act shall not deemed beyond the control of the Contractor.

## Completion and Certificate of Occupancy

6. (a) The Owner agrees that on completion of inspections and issuance of a Certificate of Occupancy by the proper governmental authority, the Project shall be deemed complete, provided, however, that as an additional condition precedent to the acceptance of the Project as being complete, the Contractor shall furnish to the Owner and the Owner's Mortgagee completed lien waivers if requested by them.

(b) The Contractor shall furnish to the Owner assignments of all warranties in connection with any and all fixtures, equipment, appliances, and personal property installed by the Contractor on or about the Project. The Contractor shall be entitled to possession of the premises described in this Agreement until the full purchase price has been paid to the Contractor. The Owner shall not occupy the premises until the Project is complete and payment of the final installment of the price has been made pursuant to Paragraph 3 of this Agreement, except as provided in Paragraph 14 of this Agreement.

## Changes and Extras

7. Any and all additions, changes or extras desired by the Owner shall be expressly communicated in the Pre-Construction Meeting and paid for in full by the Owner at cost or as otherwise agreed to in writing prior to the additions, changes, or extras being constructed or installed by the Contractor. Any further additions, changes or extras requested after the Pre-Construction Meeting shall have a $250 Change Order Fee (Per Item) applied to the item cost, plus (18%) percent. Contractor shall be under no obligation to agree to changes, extras, or additions and shall not be held accountable for delays in construction which may occur.

## Insurance During Construction

2

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

8.   (a) The Owner shall procure and maintain "all risk" insurance against loss of or damage to all work performed and materials delivered to the Project including, but not limited to, losses caused by fire, theft, vandalism, and malicious mischief, in the amount of the total cost of the work, to insure the parties and the Mortgagee as their interest may appear. A certificate of such insurance shall be furnished to the Contractor. Or:

(b) The Contractor shall procure and maintain in effect during the term of this Agreement the following insurance: Builders' Risk Insurance.

(c) The Contractor shall comply with the workers' compensation laws of the State of Florida.

## Materials and Remedy of Defects

9.   The Contractor warrants and guarantees to the Owner that all materials and fixtures will be new unless otherwise specified, and that all work will be of good quality and free from faults or defects and in substantial accordance with the requirements of the plan, specifications, and drawings. After final payment is made pursuant to this Agreement and prior to the expiration of one year after the date of completion, as defined in Paragraph 6 of this Agreement, on notice from the Owner, the Contractor shall, without cost to the Owner, remedy in workmanship, provided, however, that the Contractor shall not be responsible for conditions, defects or damage to the Project that are the result of contraction, expansion, other normal or ordinary characteristics of building materials, or normal wear and tear. Contractor shall further not be responsible for defects that are the result of characteristics common to the materials used, damages caused by weather, cracking of concrete not resulting in structural damage, septic failures due to soil conditions, ground settling after final grade is complete, or defects caused by soil movement or settling. Contractors warranties are not transferable and terminate upon Owners sale of the residence. This warranty is in lieu of all other warranties, statutory or otherwise, express or implied, all representations made by Contractor, and all other obligations or liabilities respecting the residence. Contractor shall not be liable for punch list items disclosed to Contractor after Owner occupies the residence.

## Utilities During Construction

10.  The Contractor shall pay for water, electricity, and fuel needed for the Project until the Contractor obtains a Certificate of Occupancy.

## Permits and Fees

11.  The Contractor shall pay for all permits and permit bonds necessary for the construction of the Project to be constructed pursuant to this Agreement. Owner shall be responsible for all impact fees, which shall be in addition to the purchase price.

## Allowances

12.  Owner shall be responsible for all amounts spent in excess of allowances as set forth in the specifications or other documents attached hereto:

## Contractor's Power to Terminate Contract

13.  If the Owner fails to pay to the Contractor any amount payable pursuant to this Agreement within ten (10) days after it becomes due, the Contractor may, by giving ten (10) days written notice to the Owner, terminate its services under this Agreement and stop work on the Project until all past-due payments have been received by it and the Owner has posted a bond satisfactory to the Contractor for the payment of all amounts that will thereafter become due to the Contractor under this Agreement; or the Contractor may elect, at its option, to declare a forfeiture of this Agreement and retain any payments received as liquidated damages. Any amounts owned Contractor and not paid within 10 days of the due date shall bear interest at the rate of 18% per annum. The remedies provided for in this Paragraph shall not prevent the Contractor from exercising its rights under the mechanics' lien laws of the State of Florida or any other rights it may have at law or in equity.

## Exhibition by Contractor

14.  The Contractor shall, at all times prior to receiving the full purchase price required pursuant to Paragraph 3 of this Agreement, have the right to exhibit the single-family residence being constructed pursuant to

3

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

this Agreement to any and all persons, in addition to permitting representatives of governmental authorities, financial institutions, and the Owner to inspect the residence.

## Governing Law

15. This Agreement is being executed and delivered in the State of Florida and shall be governed by and constructed enforced in accordance with the laws of the State of Florida.

## Attorney Fees and Costs

16. In any litigation arising out of this contract, the prevailing party shall be entitled to recover reasonable attorney fees and costs.

## Paragraph Headings

17. The paragraph headings are inserted in this Agreement only for convenience, and in no way define, limit, or describe the scope or intent of any provision of this Agreement.

## Unenforceable Provisions

18. If any term, covenant, warranty, paragraph, clause, condition, or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired, or invalidated, and this Agreement shall be construed as if the invalid, void, unenforceable provisions were omitted.

## Heirs and Assigns

19. This Agreement shall be binding on and inure to the benefit of the parties and their respective heirs, personal representatives, devises, legatees, successors, and assigns.

## Notices

20. Any notice, demand, or other communication required or desired to be given under this Agreement ("Notice") shall be in writing and shall be deemed to have been sufficiently given or served, for all purposes, if sent by certified or registered mail, return receipt requested, postage prepaid, to the following address:

Contractor: **305 Pontotoc Plaza**
**Auburndale, Florida 33823**


Owner:  ~~368 ½ Recker Highway Winter Haven, FL 33880~~  *Auburndale Fl 33823*

Any party may change the address to which a Notice is to be sent to them by Notice in writing to the other parties as provided above.

## Remedies Not Exclusive

21. All of the rights, benefits, and remedies provided to the Owner and the Contractor by this Agreement, or by any instrument or document executed pursuant to this Agreement, shall be cumulative and shall not be exclusive of any rights, remedies, and benefits allowed by law or equity to the Owner and the Contractor, except as, expressly provided herein.

## No Waive of Rights

22. Failure by the Contractor to insist on or enforce any of its rights shall not constitute a waiver o those rights by the Contractor, and nothing shall constitute a waiver of the Contractor's right to insist on strict compliance with the provisions of this Agreement.

## Interpretation of Pronouns

23. Wherever in this Agreement, words, including pronouns, are used in the masculine, they shall be read and construed in the feminine or neuter whenever they would so apply; and wherever in this Agreement, words,

4

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

including pronouns, are used in the singular or plural, they shall be read and construed in the plural or singular, respectively, wherever they would so apply.

### Supersedes All Previous Agreements
24. This Agreement supersedes any and all previous agreements, either oral or in writing, between the parties with respect to the subject matter of this Agreement.

### Changes in Writing
25. No changes or modifications of this Agreement shall be valid unless in writing and signed by all of the parties to this Agreement. No waiver of any provision of this Agreement shall be valid unless in writing and signed by the person or party against whom charged.

Executed at ___Little's Construction Of Central Florida, Inc.___ on ___May 25,2006_____

OWNER(S)

LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

By:

Its_____President_____

Date:____5/25/07_____

5

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

**ADDENDUM - A**
**TO CONSTRUCTION AGREEMENT**

Made this _____ day of _____ by and between, LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC. "Contractor" and _____ "Buyer/Owner".

ALL PARTIES AGREE TO THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**BUYER/OWNER SIGNATURE**                    **DATE**

**BUYER/OWNER SIGNATURE**                    **DATE**

**SALESPERSON LITTLE'S  HOMES SIGNATURE**    **DATE**

6

LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

| | | |
|---|---|---|
| BUYER SIGNATURE | SOCIAL SECURITY # | WITNESS |
| BUYER SIGNATURE | SOCIAL SECURITY # | WITNESS |
| LITTLE'S CONSTRUCTION OF CENTRAL FL, INC., PRESIDENT | | DATE |

7

# LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

## Exhibit "A"

A) Included in base bid amount:

1) Building permits/blueprints
2) Final cleaning
3) Builders Risk Insurance
4) Temporary facilities
5) Clean up & hauling
6) R-30 Blown Fiberglass insulation in ceiling, attic rulers & baffles
7) R-11 & 19 insulation on exterior walls
8) Termite treatment
9) Interior trim labor and material to include all interior doors, casing. (3 ¼ "colonial base, 2 ¼ " colonial casing, colonial interior doors w/hardware)
10) Double pane insulated windows
11) Marble window sills
12) ½" OSB roof decking
13) Relocate French doors
14) Demo existing bedroom & pantry area
15) 1yr Builders Warranty
16) 2-course stem wall or monolithic slab on remodel only
17) Square corner bead
18) Labor & material to erect 2x4 exterior walls with ½" OSB for stucco (by owner)
19) Labor & Material to install flooring in remodel only ($2200.00 budget)
20) Labor & Material to roof new addition to match existing roof
21) Aluminum soffit & fascia
22) Labor & Material to tie into existing A/C system
23) Labor & Material to paint the interior of remodel only
24) Labor & Material to install pre-engineered trusses with ½" OSB decking

B) Excluded from base bid amount :

1) Property, closing cost and property taxes
2) Window treatments
3) Wall coverings
4) Improvement surveys
5) Security system
6) Landscape, sod, irrigation
7) Temporary water & electric (supplied by owner)
8) Exterior Finish (stucco) supplied by owner

8

LITTLE'S CONSTRUCTION OF CENTRAL FLORIDA, INC.

_Richard Wayda_      _5-29-07_
_Rita Wayda_      Date
     _5-29-07_
     Date _5/25/07_
Little's Construction of Central Florida, Inc.      Date

9