UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JUAN MENENDEZ

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of MJF Construction Corp. ("MJF Construction") and, as such, has personal knowledge of the following based on his review of records maintained by MJF Construction in the regular course of business.

2. MJF Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Dade County, Florida.

3. MJF Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. MJF Construction never built a residence in the State of Louisiana.



EXHIBIT "A"

5. MJF Construction has never been licensed or registered to do business in Louisiana nor ever had any offices or employees in Louisiana.

6. MJF Construction does not have an agent for service of process in Louisiana.

7. MJF Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. MJF Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. MJF Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. MJF Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. MJF Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, MJF Construction never anticipated it would be haled into court in Louisiana.

JUAN MENENDEZ

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY OF OCTOBER, 2011

_____
NOTARY PUBLIC



NANCY TAM AGUILERA
MY COMMISSION # EE 101842
EXPIRES: July 9, 2015
Bonded Thru Notary Public Underwriters

2