## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

JUDGE FALLON
MAG. JUDGE WILKINSON

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

THIS DOCUMENT RELATES TO: ROBERT W. BLOCK III,  et al.
v.
GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, et al.

Case No. 11-1363

## NOTICE OF LIMITED APPEARANCE

COME NOW the undersigned, Greer B. Mallette and Edgar M. Elliott of the

law firm of Christian & Small LLP, and give notice of their limited appearance as

counsel of record for BGS & Associates, Inc. in this case.  This Notice of Limited

Appearance is being made, and is expressly subject to and without waiver of, any

and all objections to venue, service of process and/or jurisdiction.  However, please

direct all future pleadings and correspondence to the undersigned.

Respectfully submitted,

*/s/ Greer B. Mallette*
Edgar M. Elliott
Greer B. Mallette
Attorneys for  BGS & Associates, Inc.

<u>OF COUNSEL</u>:
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
E-mail:      emelliott@csattorneys.com
             gbmallette@csattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ *Greer B. Mallette*
Greer B. Mallette