UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.<br>CASE NO.: 11-2349 (Omni XII) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm and Leslie Miller Tomczak, of Akerman Senterfitt hereby file their Notice of Appearance as counsel of record for Defendant, Avatar Properties, Inc. and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

                AKERMAN SENTERFITT
                Las Olas Centre II, Suite 1600
                350 East Las Olas Boulevard
                Fort Lauderdale, Florida 33301-2229
                Telephone: (954) 463-2700
                Facsimile: (954) 463-2224

                /s/ Stacy Bercun Bohm
                  STACY BERCUN BOHM
                  Florida Bar Number: 022462
                  Email: stacy.bohm@akerman.com
                  LESLIE MILLER TOMCZAK
                  Florida Bar No.: 126489
                  Email: leslie.tomczak@akerman.com

                *Attorneys for Defendant Avatar Properties, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, **Russ M. Herman, Esquire**, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, rherman@hhke.com; and Defendants' Liaison Counsel, **Kerry Miller, Esquire**, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2011.

/s/ Stacy Bercun Bohm