UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-cv-6690 (L)(2) | * * * * | |

* * * * * * * * * * * * * * * * * * * *

### STEELER INC.'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY ON ITS MOTION TO DISMISS FOR LACK OF PLAINTIFF

**MAY IT PLEASE THE COURT:**

Defendant, Steeler, Inc. ("Steeler'), submits the following Memorandum in Support of its Motion to Lift Stay on its Motion to Dismiss for Lack of Plaintiff.

In 2009 Steeler was named as a defendant in the *Gross* litigation. Despite the two year pendency of *Gross*, to date no plaintiff has been identified as having Chinese drywall supplied by Steeler. In fact, Steeler has not been sued by any plaintiff in any forum (state or federal) regarding Chinese drywall.

Steeler's odd predicament is unique in this MDL proceeding. Counsel is unaware of any other defendant which has no identifiable plaintiff nor has the Plaintiffs' Steering Committee identified any other such scenario.

Because Steeler's situation is indeed unique, there is no justification for postponing a decision on its Motion to Dismiss for Lack of Plaintiff. Thus, the Court should lift the stay and set Steeler's Motion to Dismiss for hearing following the Court's upcoming November 10, 2011 Status Conference.

Furthermore, a dismissal of Steeler prejudices no plaintiffs since none assert a claim

-1-

against Steeler.

For the foregoing reasons, the Court should lift the stay and schedule Steeler's Motion to Dismiss for Lack of Plaintiff for hearing following the November 10, 2011 Status Conference or at such time as the Court may fix.

Respectfully submitted,

/s/ Betty Mullin

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999
Attorneys for Steeler, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum in Support of Motion to Lift Stay on its Motion to Dismiss for Lack of Plaintiff has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2011.

/s/ Betty F. Mullin

Betty F. Mullin