UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 11-1077<br><br>MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Docket # 11-1077 (Omni IX)<br>Laura Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | MAGISTRATE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL FOR COMMON GROUND RELIEF, INC.

NOW COMES Benjamin C. Varadi, to appear as counsel of record for Common Ground Relief, Inc. which reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Common Ground Relief, Inc. respectfully requests all pleadings, documents, notices and correspondence in connection with this action be served upon undersigned counsel.

This 21st day of October, 2011.

                                              Respectfully,

                                              */s/ Benjamin C. Varadi*

                                              Benjamin C. Varadi (#33421)
                                              Varadi, Hair & Checki, LLC
                                              650 Poydras St., Ste. 1535
                                              New Orleans, LA 70130
                                              Telephone: (504) 684-5200
                                              Fax: (310) 893-6726
                                              Email: varadi@vhclaw.com

                                              **Attorney for Common Ground Relief, Inc.**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 21, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

               */s/ Benjamin C. Varadi*

               Benjamin C. Varadi (#33421)
               Varadi, Hair & Checki, LLC
               650 Poydras St., Ste. 1535
               New Orleans, LA 70130
               Telephone: (504) 684-5200
               Fax: (310) 893-6726
               Email: varadi@vhclaw.com

               ***Attorney for Common Ground Relief, Inc.***