UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION                           JUDGE FALLON
                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:            CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on
behalf of all others similarly situated v. GEBRUEDER
KNAUF  VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

## MOTION FOR EXTENSION OF TIME TO SUBMIT
## BUILDER PROFILE FORM

Defendant, WILLIAMS-BROWN, INC., by and through its undersigned counsel moves this

Honorable Court and file this, its Motion for Extension of Time to Submit Builder Profile Form and

hereby states the following:

1.      Defendant, WILLIAMS-BROWN, INC., has been diligently collecting the

information needed to file the Builder Profile Form but has not yet received all of the information

needed from third party sources.

2.      Specifically, the Profile Form calls for information specific to each property that

WILLIAMS BROWN, INC. performed work on, if any, however, WILLIAMS-BROWN, INC. needs

further time in order to review their records and ascertain which specific properties they performed

work on if any in order to adequately respond to the profile forms.

3.      Defendant, WILLIAMS-BROWN, INC., would hereby request an extension of time

of twenty (20) days from the date of this Motion to complete the Builder Profile Form for the

aforementioned reasons.

4.      Thereby making this Defendant's Builder Profile Form due on November 10, 2011.

5.      This extension of responding to the Profile Form will not prejudice any of the parties.

WHEREFORE, Defendant, WILLIAMS-BROWN, INC., hereby requests this Honorable

Court to grant this motion and any other relief the Court deems just and proper.

                              Respectfully submitted,

                              FULMER LeROY ALBEE BAUMANN, P.L.C.
                              Attorneys for Defendant,
                              WILLIAMS-BROWN, INC.
                              2866 East Oakland Park Boulevard
                              Fort Lauderdale, FL  33306
                              (954) 707-4430  phone
                              (954) 707-4431  fax


                              BY: /s/ *Gary F. Baumann*
                                    GARY F. BAUMANN
                                    Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2011, the foregoing Motion for Extension of Time to Submit Builder profile Form has been served upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN