UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY          SECTION: L
LITIGATION                          JUDGE FALLON
                                    MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:           CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on
behalf of all others similarly situated v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### ORDER

Upon consideration of the Motion for Extension of Time to Submit Builder Profile Form, filed herein by Defendant, WILLIAMS-BROWN, INC.;

IT IS HEREBY ORDERED that the Motion for Extension of Time to Submit Builder Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant, WILLIAMS-BROWN, INC., shall be granted until November 10, 2011 within which to submit its Builder Profile Form in the above captioned matter, Civil Action No. 11-1363, within MDL No. 2047.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge