UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:   L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Payton, et al. v. Knauf Gips KG, et al.<br>Case No. 09-7628 (E.D.La.), and,<br>Amato, et al. v. Liberty Mutual Insurance Co., Et al.<br>Case No. 10-932 (E.D.La.) | * * * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

**NOW INTO COURT** comes, Leonard A. Davis, and the law firm of Herman, Herman, Katz & Cotlar, L.L.P., counsel of record for Plaintiffs, CLARENCE BARROW and MARION BARROW, pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana, and prays this honorable Court enter an Order granting leave to withdraw as counsel for the Plaintiffs. Written notice of the proposed withdrawal has been served on Plaintiffs, whose present addresses are 3443 Esplanade Avenue, Apartment 739, New Orleans, Louisiana 70119, and 3170 St. Bernard Avenue, New Orleans, Louisiana 70119, and whose telephone numbers are known to be (504) 324-3348 or (504) 452-5196. See, Exhibit A.

**WHEREFORE**, the undersigned respectfully requests that this honorable Court grant the Motion to Withdraw as Counsel Without Substitution for Plaintiffs, Clarence and Marion Barrow, in the above referenced cases.

Respectfully submitted,

Dated: October 24, 2011

**/s/ Leonard A. Davis**
_____
RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
JEREMY S. EPSTEIN, La. Bar No. 32135

1

**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and Motion to Withdraw As Counsel Without Substitution has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Clarence and Marion Barrow, 3443 Esplanade Avenue, Apartment 739, New Orleans, Louisiana 70119, , and at 3170 St. Bernard Avenue, New Orleans, Louisiana 70119 on this 24th of October, 2011.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS