UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Payton, et al. v. Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.), and, | * | |
| Amato, et al. v. Liberty Mutual | * | |
| Insurance Co., Et al. | * | |
| Case No. 10-932 (E.D.La.) | * | |
| | * | |

*******************************************

**MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**

**NOW INTO COURT** comes Leonard A. Davis and the law firm of Herman, Herman, Katz & Cotlar, L.L.P., as attorneys of record for Plaintiffs, CLARENCE BARROW and MARION BARROW, and who file this Memorandum of Law in Support of the Motion to withdraw as counsel for Plaintiffs for the following reasons, to wit:

Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana states:

> "The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission only upon joint motion (of current counsel and new counsel of record) to substitute counsel or upon written motion served on opposing counsel and the client. If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service , including a statement that the client has been notified of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made." Local Rule 83.2.11 (E.D.La.).

1

The instant Motion to Withdraw complies with all requirements of Local Rule 83.2.11 and should be granted. *See, Bryson v. State Farm and Casualty Insurance Company*, **2011 WL 1557949, *4 (2011 E.D.La.)**. In the present case, the rights of the Plaintiffs are represented by the Plaintiff Steering Committee, and the Plaintiffs are participating in the Knauf Pilot Program. Therefore, the effect of counsel's withdrawal, if any, would be minimal, and should not prevent the granting of counsel's Motion to Withdraw. *See, Cameco Industries, Inc. v. Louisiana Cane Manufacturing, Inc.,* **1995 WL 529847 (1995 E.D.La.); and,** *Zurich American Insurance Co. v. Harken, Ltd.*, **1999 WL 307612 (1999 E.D.La.).**

**WHEREFORE,** undersigned counsel respectfully requests that this honorable Court grant the Motion to Withdraw as Counsel Without Substitution for Plaintiffs, CLARENCE BARROW and MARION BARROW, in the above captioned cases.

Respectfully submitted,

Dated: October 24, 2011

/s/ Leonard A. Davis
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**STEVEN J. LANE, La. Bar No. 7554**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:    (504) 561-6024
*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and Motion to Withdraw As Counsel Without Substitution has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Clarence and Marion Barrow, 3443 Esplanade Avenue, Apartment 739, New Orleans, Louisiana 70119, and at 3170 St. Bernard Avenue, New Orleans, Louisiana 70119 on this 24th day of October, 2011.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS