# HERMAN HERMAN KATZ & COTLAR
##### L.L.P.
### ATTORNEYS AT LAW
##### Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: 504.581.4892
f: 504.561.6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein
Aaron Z. Ahlquist
Craig M. Robinson
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans
and Covington, Louisiana

This firm and its partners are also partners in Herman, Gerel, L.L.P. (formerly known as Herman, Mathis, Casey, Kitchens & Gerel, L.L.P.)

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

October 12, 2011

**<u>VIA CERTIFIED MAIL</u>**
*7011 0110 0001 6092 6241; 7011 0110 0001 6092 4926*

Clarence and Marion Barrow
3443 Esplanade Avenue, Apartment 739
New Orleans, Louisiana 70119

-and-

3170 St. Bernard Avenue
New Orleans, Louisiana 70119

Re:   Your Chinese Drywall Claim Re: Property Located at
3170 St. Bernard Avenue, New Orleans, Louisiana 70119
Our File: 27688.0085

Dear Mr. and Mrs. Barrow:

On August 4, 2011, we sent you a letter terminating our representation of you for your Chinese Drywall claims. We advised you of pending deadlines and that you should obtain other counsel at that time, and we recommended several other attorneys. We further advised that we would be withdrawing from representation of you for your Chinese Drywall claims pending in the Chinese Drywall MDL 2047, Omnibus I, styled as *Sean and Beth Payton, et. al. v. Knauf Gips KG, et al.*, Case No. 09-7628, in the Omnibus V, styled as *Amato, et al. v.. Liberty Mutual Insurance Co., et al.*, Case No. 10-932, filed in the United States District Court for the Eastern District of Louisiana, and from your case styled, *Clarence Barrow and Marion Barrow v. Hilliard Butler Construction Co., Inc., et al.*, Case No. 2010-9182, pending in the Civil District Court for the Parish of Orleans. We assume that you have retained other counsel and will be filing the enclosed Motions for Withdrawal in the above captioned cases.

Sincerely,

Jeremy S. Epstein, Esq.

Enclosures


EXHIBIT A

cc: Steven J. Lane
    Russ M. Herman
    Leonard A. Davis

# Herman Herman Katz & Cotlar L.L.P.
## ATTORNEYS AT LAW
### Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: 504.581.4892
f: 504.561.6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein
Aaron Z. Ahlquist
Craig M. Robinson
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans
and Covington, Louisiana

This firm and its partners are also partners in Herman, Gerel, LLP. (formerly known as Herman, Mathis, Casey, Kitchens & Gerel, LLP)

\* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

October 12, 2011

**VIA CERTIFIED MAIL**
*7011 0110 0001 6092 6241; 7011 0110 0001 6092 4926*

Clarence and Marion Barrow
3443 Esplanade Avenue, Apartment 739

[Certified mail return receipt cards showing delivery signatures "C. Barrow" dated 10/13/11, article numbers 7011 0110 0001 6092 6241 and 7011 0110 0001 6092 4926, addressed to Clarence and Marion Barrow at 3443 Esplanade Ave. Apt. 739, New Orleans, Louisiana 70119 and at 3170 St. Bernard Ave., New Orleans, LA 70119]