UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br>Section L |
| This Document Relates to<br>ALL CASES and specifically<br>AMATO v. LIBERTY MUTUAL INS. CO., et al<br>(OMNI V) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Defendant Markel Insurance Company's ("Markel") Motion for Summary Judgment [Rec. No. 8362], filed on March 24, 2011 and the consent of the Parties;

**IT IS HEREBY ORDERED** by this Court that Markel Insurance Company's Motion for Final Summary Judgment is **GRANTED** and that Markel Insurance Company is hereby **DISMISSED**, without prejudice, as the alleged insurer of Mayeaux Construction Company in this matter.

New Orleans, Louisiana, this 21st day of October, 2011.

_____
U.S. District Judge