UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>Richard BENOIT et al., v. LAFARGE S.A., et al.<br>Case No. 11-1893 (Omni XI) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to the Court's Pretrial Order Nos. 1 (¶ 12), 1F, and 6, and Local Rule 11.2, Mark S. Raffman, Jeffrey D. Skinner, and Andrew S. Hudson of Goodwin Procter, LLP, hereby enter their appearance in the above-captioned matter as counsel of record for Lafarge North America Inc. and request that all notices, pleadings, and orders entered in this matter be sent to them.

Respectfully submitted,

Dated: October 25, 2011

/s/ *Andrew S. Hudson*
Mark S. Raffman, (T.A.) (DC Bar #414578)
mraffman@goodwinprocter.com
Jeffrey D. Skinner (DC Bar #494808)
jskinner@goodwinprocter.com
Andrew S. Hudson (DC Bar #996294)
ahudson@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for Defendant Lafarge North America Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25 day of October, 2011.

                  /s/ *Andrew S. Hudson*
                  Andrew S. Hudson