UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

This documents relates to
*Robert W. Block, III, et al v. Gebrueder Knauf, et al*

Case No. 2:11-cv-01363

## NOTICE OF APPEARANCE AS COUNSEL

Patricia A. Krebs and Skelly B. McCay of the law firm of King Krebs & Jurgens, PLLC hereby file a Notice of Appearance and enroll as counsel of record for David E. Diggs. It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

/s/ Skelly B. McCay

PATRICIA A. KREBS (#2035)
SKELLY B. McCAY (#33267)
KING KREBS & JURGENS, PLLC
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800

*Attorneys for David E. Diggs*

{N0503524 -}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of October, 2011.

/s/ Skelly B. McCay
_____

{N0503524 -}