UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Gross v. Knauf Gips, KG, et al.* | |
| Case No. 09-6690-EEF-JCW | MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S MARY BEATRICE ELLIOTT'S CLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff, Mary Beatrice Elliott, hereby voluntarily dismisses without prejudice all of her claims in this lawsuit.  The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Mary Beatrice Elliott, dated October 3, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

October 26, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2011.

                              /s/ Leonard A. Davis
                              Leonard A. Davis, Esquire
                              Herman, Herman, Katz & Cotlar, LLP
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              LDavis@hhkc.com
                              Plaintiffs' Liaison Counsel
                              MDL 2047