# MORGAN & MORGAN®
## Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

October 3, 2011

**VIA U.S. MAIL AND FACSIMILE TO: (504) 561-6024**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: *In re: Chinese Manufactured Drywall Product Liability Litig.*
Our Client: **Mary Beatrice Elliott**
Case No. 09-6690-EEF-JCW
Our File No.: 192593

Dear Russ & Lenny:

    We represent Mary Beatrice Elliott. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal Without Prejudice. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

PVA/aam

Enclosure

www.forthepeople.com

ATLANTA, GA  ◆  DAVIE, FL  ◆  FT. MYERS, FL  ◆  JACKSON, MS  ◆  JACKSONVILLE, FL  ◆  KISSIMMEE, FL  ◆  MEMPHIS, TN
NAPLES, FL  ◆  ORLANDO, FL  ◆  ST. PETERSBURG, FL  ◆  TAMPA, FL  ◆  TAVARES, FL  ◆  WINTER HAVEN, FL