UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | Section  L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE WILKINSON |
| ALL CASES | : | |
| | : | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
SHAMROCK BUILDING MATERIALS, INC. d/b/a SHAMROCK TRADING**

Edward J. Briscoe, Esq. and the law firm of Fowler White Burnett, P.A., hereby give notice

of their appearance as counsel of record for Defendant, SHAMROCK BUILDING MATERIALS,

INC. d/b/a SHAMROCK TRADING, incorrectly named as "Shamrock Building Materials, Inc. d/b/a

Shamrock Trading and Overseas Building Supply, L.C.," in all cases in which it has been served or

is served in the future.  This appearance is submitted reserving all defenses, and without waiving any

objections to service of process, venue, or jurisdiction.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case No:  MDL No.  2047
Page 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2011.

*/s/Edward J. Briscoe* _____
Edward J. Briscoe