UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1361 | |

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, DEDICATED BUILDERS, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff Rita Daniels, hereby dismisses without prejudice all of her claims against Defendant DEDICATED BUILDERS, LLC, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff Rita Daniels, shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, Baron & Budd, P.C., counsel for Plaintiff, dated October 3, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                      Respectfully submitted,

Dated: October 26, 2011            /s/ Russ M. Herman
                                      Russ M. Herman, Esquire (Bar No. 6819)
                                      Leonard A. Davis, Esquire (Bar No. 14190)
                                      Stephen J. Herman, Esquire (Bar No. 23129)
                                      HERMAN, HERMAN, KATZ & COTLAR, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2011.

                        /s/ Leonard A. Davis_____
                        Leonard A. Davis, Esquire
                        Herman, Herman, Katz & Cotlar, LLP
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        LDavis@hhkc.com
                        Plaintiffs' Liaison Counsel
                        MDL 2047