# EXHIBIT A

| BARON **B** BUDD, P.C.® | | | |
|---|---|---|---|
| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
| | | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

October 3, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
**Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**
**Cause No. 11-1361; MDL-2047; Eastern District of Louisiana**

Dear Russ and Lenny:

My client, Rita Daniels, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP, to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against Defendant, Dedicated Builders, LLC, in the above matter, reserving her rights and claims against any and all other defendants therein.

Sincerely,

Bruce Steckler