**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Robert W. Block, III, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 11-1363 | |

**JOHN AND ZENIA OSSI'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT, GATOR GYPSUM, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, John and Zenia Ossi, hereby dismiss without prejudice all of their claims against Defendant, Gator Gypsum, Inc. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.   Plaintiffs, John and Zenia Ossi, shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for  Plaintiffs, John and Zenia Ossi, dated October 7, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: October 26, 2011        /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2011.

                                          /s/ Leonard A. Davis
                                          Leonard A. Davis, Esquire
                                          Herman, Herman, Katz & Cotlar, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          LDavis@hhkc.com
                                          Plaintiffs' Liaison Counsel
                                          MDL 2047