## ALLISON GRANT, P.A.
### ATTORNEY AT LAW

---

950 Peninsula Corporate Circle
Suite 2011
Boca Raton, Florida 33487
Phone: 561.994.9646
Fax: 561.431.4627
agrant@allisongrantpa.com

October 10, 2011

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation
Robert W. Block, III, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., Case No. 11-1363

Dear Mr. Herman and Mr. Davis:

My client(s), John and Zenia Ossi, hereby authorize Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Gator Gypsum, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

Allison Grant, Esq.