UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *Payton v. Knauf Plasterboard Tianjin Co.,* | * | |
|  *Ltd., et al.* | * | MAG. JUDGE 2 |
| | * | |
| Case No.: 09-7628 | * | |

**************************************

### BRAD AND KERRY KELLER'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT THE RYLAND GROUP, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Brad and Kerry Keller, hereby dismiss with  prejudice all of their claims against Defendant, The Ryland Group, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated October 12, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

By:     /s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

2

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal With Prejudice** document has been served on The Ryland Group Inc., by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2011.


<u>/s/ Leonard A. Davis</u>