UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Gross v. Knauf Gips KG, et al.* Case No. 09-6690 | * * * | MAG. JUDGE WILKINSON |

**************************************

## PLAINTIFF'S GOVIND SINGH'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS D.R. HORTON, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Govind Singh, hereby dismisses with prejudice all of his claims against DEFENDANTS D.R. HORTON, INC., in Plaintiffs' Omnibus Complaint, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated October 12, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                                              Respectfully submitted,

By:    /s/ Leonard A. Davis
           RUSS M. HERMAN, ESQ. (#6819)
           LEONARD A. DAVIS, ESQ. (#14190)
           STEPHEN J. HERMAN, ESQ. (#23129)
           Herman, Herman, Katz & Cotlar, LLP
           820 O'Keefe Avenue
           New Orleans, LA 70113
           Telephone: (504) 581-4892
           Facsimile: (504) 561-6024
           LDavis@hhkc.com
           *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal With Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2011.

                                          <u>/s/ Leonard A. Davis</u>