**PWA** **Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

October 12, 2011

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Re: Chinese Manufactured Drywall Products Liability Litigation
Gross v. Knauf Gips KG, et al. Case No. 09-6690

Dear Lenny and Russ:

My client, Govind Singh, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, with prejudice, Defendant DR Horton Inc., in the above-referenced matter, reserving his rights and claims against any all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information..

Very truly yours,
Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/ip