# EXHIBIT A

# BARON BUDD, P.C.®  DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

October 26, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  **Re: In re: Chinese Manufactured Drywall Products Liability Litigation
    Kenneth Abel, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe
    Dongxin Co., Ltd., et al; Cause No. 11-080**

Dear Russ and Lenny:

  My client, Kenneth and Cynthia Burke, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Ashton Woods, LLC, in the above matter, reserving their rights and claims against any and all other defendants therein.

             Very truly yours,

             Bruce Steckler