UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DANIEL ABREU, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * * * | JUDGE FALLON (L) |
| Case No. 11-252 | * | MAG. WILKINSON (4) |

### ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Hansen Homes of South Florida, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __26th__ day of October, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE