UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DANIEL ABREU, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-252 | * * * * * * * | JUDGE FALLON (L) |
| | * | MAG. WILKINSON (4) |

**NOTICE OF SUBMISSION**

**TAKE NOTICE** that Defendant Hansen Homes of South Florida, Inc.'s Motion to Dismiss will be submitted for consideration on November 9, 2011 at 9:00 a.m.

                              KREBS, FARLEY & PELLETERI, P.L.L.C.

                              */s/ Charles B. Long*
                              CHARLES B. LONG (#22824)
                              THOMAS H. PEYTON (#32635)
                              400 Poydras Street, Suite 2500
                              New Orleans, Louisiana   70130
                              Telephone:   504-299-3570
                              Facsimile:   504-299-3582
                              E-mail:   clong@kfplaw.com
                              E-mail:   tpeyton@kfplaw.com

                              ATTORNEYS FOR DEFENDANT
                              HANSEN HOMES OF SOUTH FLORIDA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

            */s/Charles B. Long*
            CHARLES B. LONG