UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al Case No. 2:10-CV-362 | * * * * * | JUDGE FALLON<br><br><br><br>MAGISTRATE WILKINSON |

**ORDER GRANTING DEFENDANT MJF CONSTRUCTION CORP.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant MJF Construction Corp.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 26th day of October, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE