UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.), and, Amato, et al. v. Liberty Mutual Insurance Co., Et al. Case No. 10-932 (E.D.La.) | * * * * * * | |

******************************************

## ORDER

Considering the foregoing Motion to Withdraw as Counsel Without Substitution, and the Court finding good grounds exist to grant the same, accordingly;

**IT IS ORDERED** that Leonard A. Davis and the law firm of Herman, Herman, Katz & Cotlar, L.L.P. be and they are hereby withdrawn as counsel of record for Clarence Barrow and Marion Barrow in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this  26th  day of    October   , 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**