UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURA HAYA, ET AL. | x | CASE NO: 11-1077 SECTION L |
| v. | x | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD. et al. | x | MDL 2047 |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by C.A. STEELMAN, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. STEELMAN, INC. shall be granted until November 10, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-1077, within MDL No. 2047.

New Orleans, Louisiana, this 26th day of October 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

4423374v1