UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL              MDL No. 2047
        PRODUCTS LIABILITY LITIGATION

                                                   SECTION: L

THIS DOCUMENT RELATES TO:                          JUDGE FALLON
                                                   MAG. JUDGE WILKINSON

*Benoit, et al. v. LaFarge S.A., et al.*
Case No. 2:11-cv-01893 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant Lennar Homes, LLC.  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: October 26, 2011                            Respectfully submitted,

                                                   **GREENBERG TRAURIG, P.A.**
                                                   *Attorneys for Lennar Homes, LLC*
                                                   333 Avenue of the Americas
                                                   (333 S.E. 2nd Avenue), Suite 4400
                                                   Miami, Florida 33131
                                                   Telephone: (305) 579-0500
                                                   Facsimile:  (305) 579-0717
                                                   E-mail: bassh@gtlaw.com
                                                   E-mail: salkym@gtlaw.com

                                                   By:    s/ Mark A. Salky
                                                          HILARIE BASS
                                                   Florida Bar No. 334323
                                                          MARK A. SALKY
                                                   Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller, Homebuilders' and Installers' Liaison Counsel Phillip A. Wittman, and Insurer Defendants' Lead Counsel Judy Y. Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2011.

                                                          s/ Mark A. Salky
                                                          MARK A. SALKY