UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT W. BLOCK, III, ET AL. | x | CASE NO: 11-1363 SECTION L |
| v. | x | |
| | x | MDL 2047 |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al. | x | |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Forms, filed herein by F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Forms be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendants F. VICINO AND COMPANY, INC. and F. VICINO DRYWALL, INC. shall be granted until November 10, 2011 within which to respond to the Profile Forms served in the above-captioned matter, Civil Action No. 11-1363, within MDL No. 2047.

New Orleans, Louisiana, this __26th__ day of October, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

4419995.1