UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Robert W. Block, III, et al. v. Gebrueder Knauf, et al.*, Case No. 11-1363, Sect. L Mag. 2 | MAG. JUDGE WILKINSON |

_____/

**ORDER ON DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

Upon consideration of Defendant, Sixty Fifth and One LLC's, *Ex Parte* Motion for Extension of Time to Submit Builder Profit Form,

IT IS HEREBY ORDERED that Defendant, Sixty Fifth and One LLC's, *Ex Parte* Motion is GRANTED, and Defendant shall have up to and including October 31, 2011, to submit its Builder Profile Form to Liaison Counsel.

New Orleans, Louisiana this  26th  day of        October        , 2011

*[signature]*
_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**