UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |
| _____ | ) | |

## <u>ORDER</u>

Considering the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw as Counsel for Plaintiff Francisco Oves,

IT IS ORDERED that the Motion to Withdraw is GRANTED and the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane is permitted to withdraw as counsel for Plaintiff Francisco Oves in the above captioned case.

New Orleans, Louisiana, this 26th day of _____October_____, 2011.

Eldon E. Fallon
United States District Court Judge