## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                           SECTION l

**Laura Haya, et al vs. Taishan Gypsum**                            JUDGE FALLON
**Co., Ltd. f/k/a Shandong Taihe Dongxin**
**Co., Ltd., et al**                                                MAGISTRATE JUDGE WILKINSON
**Case No. 11-1077**
_____/

### ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, Patricia Schandelmeier, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiff, Patricia Schandelmeier, is hereby granted and that Bruce W. Steckler, Esquire at the firm of Baron & Budd, P.C., Jeremy W. Alters, Esquire at the firm of Alters Law Firm, P.A., and Allison Grant, Esquire at the firm of Allison Grant, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Plaintiff, Patricia Schandelmeier. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff, Patricia Schandelmeier, 88 Boundary Blvd., Apt. 134, Rotanda West, FL 33947.

New Orleans, Louisiana this ___26th___ day of ___October___ 2011.

_____
HONORABLE ELDON E. FALLON
U. S. DISTRICT COURT JUDGE