UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L(2) |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* | * | MAG. WILKINSON |
| Case No.:  2:11-CV-1077 (E.D.La.) | * | |

* * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion;

IT IS HEREBY ORDERED THAT the Ex Parte Motion for Extension of Time to Submit Builder Profile Form is GRANTED.

IT IS FURTHER ORDERED THAT BFS Townhomes, LLC shall have an additional ten (10) days until October 24, 2011 within which to submit its Builder Profile Form.

New Orleans, Louisiana this  26th  day of    October   , 2011.

_____
J U D G E