OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 10/21/11

Amorin, et al

vs.

Taishan Gypsum Co, Ltd, et al

Case No. 11-1395   Section L
09-6690   11-1673
11-1672

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Beijing New Building Materials Public Limited Co (BNBM)
   (address) No. A-11 Sanlihe Rd, Haidian District, Beijing 100037

2. (name) Beijing New Building Materials Group Co, Ltd (BNBM Group)
   (address) No. A-11 Sanlihe Rd, Haidian District, Beijing 100037

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Plaintiffs

Address   LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697