IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED      ) | | |
|      DRYWALL PRODUCTS                   ) | MDL NO. 2047 | |
|      LIABILITY LITIGATION              ) | | |
|   ) | | |
| THIS DOCUMENT RELATES TO:         ) | SECTION: L | |
|   ) | | |
| Hobbie, et al. v.                                         ) | JUDGE FALLON | |
| RCR Holdings II, LLC, et al.,                     ) | | |
| No. 10-1113                                             ) | | |
|   ) | MAG. JUDGE WILKINSON | |
| _____ ) | | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO ARCH INSURANCE COMPANY'S MOTION TO DISMISS THIRD-PARTY COMPLAINT OR ALTERNATIVELY TO TRANSFER VENUE**

Plaintiff Wendy Lee Hobbie, on behalf of herself and the 140 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* No. 10-1113 (E.D. La.) (collectively, "Plaintiffs"), files her Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue. Although Plaintiffs are not parties in RCR Holdings II's Third-Party Complaint against Arch, they concur in and adopt by reference, as if fully set forth herein, all arguments made by RCR Holdings II in its Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue, August 30, 2011, Doc. 10209.

DATED: October 27, 2011        /s/ Gary E. Mason
                               Gary E. Mason
                               MASON LLP
                               1625 Massachusetts Ave., NW, Suite 605
                               Washington, D.C.  20036
                               Telephone:  (202) 429-2290
                               Facsimile:  (202) 429-2294

                               Adam C. Linkhorst, Esq.
                               LINKHORST & HOCKIN P.A.
                               4495 Military Trail, Suite 106
                               Jupiter, Florida 33458
                               Telephone:   561.626.8880 / 954.776.5990
                               Facsimile:  561.626.8885

                               Joel R. Rhine
                               RHINE LAW FIRM
                               314 Walnut Street, Suite 1000
                               Wilmington, NC  28401
                               Telephone:  (910) 772-9960
                               Facsimile:   (910) 772-9062

                               Daniel K. Bryson
                               LEWIS & ROBERTS
                               3700 Glenwood Avenue, #410
                               Raleigh, NC 27612
                               Telephone: (888) 981-0939
                               Facsimile: (919) 981-0199

                               Chris Coffin
                               PENDLEY BAUDIN & COFFIN, LP
                               24110 Eden Street
                               Plaquemine, Louisiana 70765
                               Telephone:  (225) 687-6396

                               Stephen Mullins
                               LUCKEY & MULLINS
                               2016 Bienville Blvd
                               P.O. Box 990
                               Ocean Springs, MS 39564
                               Telephone:  (228) 875-3175
                               Facsimile:   (228) 872-4719

                               Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6 on this 27th day of October, 2011.

/s/ Gary E. Mason
Gary E. Mason