UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 11-1363 |

ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### ORDER

Upon consideration of the Ex Parte Motion to Supplement its Motion to Dismiss, filed herein by Defendant, WILLIAMS-BROWN, INC.;

IT IS HEREBY ORDERED that the Ex Parte Motion to Supplement its Motion to Dismiss be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant, WILLIAMS-BROWN, INC.'s, Memorandum of Law in Support of its Motion to Dismiss shall be deem filed.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge