UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................ | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

IT IS ORDERED that the monthly status conference originally scheduled for November 10, 2011, is CONTINUED to November 16, 2011, at 2:00 p.m. The Court will hold its pre-conference meeting with liaison counsel at 1:30 that same day.

IT IS FURTHER ORDERED that all motions scheduled for hearing following the November 10, 2011 monthly status conference are also CONTINUED to November 16, 2011, to be heard following the conference.

The Court will issue a new conference call number for those who plan to monitor the conference via telephone. This information can be found on the Court's MDL website on the Calendar page, http://www.laed.uscourts.gov/Drywall/Calendar.htm.

New Orleans, Louisiana, this 28th day of October, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE