MORGAN & MORGAN®

Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

October 18, 2011

**SENT VIA U.S. MAIL**
**AND FACSIMILE TO: (504) 561-6024**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Client: David Brown**
***In re: Chinese Manufactured Drywall Product Liability Litig.***
Case No.: 11-1077
Our File No.: 1282036

Dear Russ & Lenny:

We represent David Brown. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our client is dismissing with prejudice his claims against Dobson Construction, Inc. only. He will continue to pursue his claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

PVA/aam

www.forthepeople.com

ATLANTA, GA ◆ DAVIE, FL ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL
MEMPHIS, TN ◆ NAPLES, FL ◆ ORLANDO, FL ◆ ST. PETERSBURG, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL