UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL       PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:  Case No. 11-1893 *Richard Benoit, et al. v. LaFarge, S.A., et al.* | | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendant: Centerline Homes Construction, Inc. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

                                          Respectfully submitted,

                                          By: __/s/ Vanessa M. Serrano_____
                                              PETER R. GOLDMAN
                                              Florida Bar No. 860565
                                              VANESSA M. SERRANO
                                              Florida Bar No. 51555
                                              BROAD AND CASSEL
                                              100 S.E. Third Ave., Suite 2700
                                              Fort Lauderdale, Florida  33394
                                              Telephone: (954) 764-7060
                                              Facsimile:  (954) 761-8135
                                              pgoldman@broadandcassel.com
                                              vserrano@broadandcassel.com

                                              *Counsel for Centerline Homes Construction, Inc.,*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of October 2011.

                                                __/s/ Vanessa M. Serrano_____
                                                Vanessa M. Serrano

4840-2696-2701.1
34720/0132