Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Albanese-Popkin The Oaks Development Group, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8th day of March, 20 11, at 4:25 o'clock P. M

**Place of Service:** at 1200 S. Rogers Circle, Ste. 11, in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Albanese-Popkin The Oaks Development Group, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Donna Sanberg, Executive Vice President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 50 ; Approx. Height 5'4" ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this
9th day of March, 20 11

Jonathan Levy
Notary Public      (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**