Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0168

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ashton Tampa Residential, LLC, dba Ashton Woods Homes
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Alo, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of March, 20 11, at 1040 o'clock A M

**Place of Service:** at 515 East Park Avenue, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on: Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Ashton Tampa Residential, LLC, dba Ashton Woods Homes
By delivering them into the hands of an officer or managing agent whose name and title is: Kim Hancock - process clerk

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Br; Facial Hair ___
Approx. Age 36; Approx. Height 5'8; Approx. Weight 151

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

3-7-11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 7 day of March, 20 11

Notary Public                 (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019