Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109397-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Banner Supply Co.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2Nd._ day of _March_, 20 _11_, at _10:36_ o'clock _A_ M

Place of Service: at  GY Corporate Services, Inc. , in   Miami, FL  33131
Two South Biscayne Blvd., Ste. 3400

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**

**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**

**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**

**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co.**

Person Served, and By delivering them into the hands of an officer or managing agent whose name and
Method of Service: title is: _Mattesh Nanwani  V.P. of GY Corp. Services_

Description of The person receiving documents is described as follows:
Person Receiving Sex _M_ ; Skin Color _BROWN_ ; Hair Color _BROWN_ ; Facial Hair _NO_
Documents: Approx. Age _45_ ; Approx. Height _6'2_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.       _3_ day of _March_ , 20 _11_

_____       _____
Signature of Server          Notary Public       (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission # DD763471
Expires:   FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.