Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Banner Supply International, LLC
Court Case No. 11-080 Section L

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 09-Mar-2011 11:55 am

**Place of Service:** at 7195 N.W. 30th St., city of Miami, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply International, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is
**Mike Dopson, Operations Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **white** ; Facial Hair **beard**
Approx. Age **65** ; Approx. Height **6'02"** ; Approx. Weight **300**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this **15** day of **March**, 20 **11**

Notary Public                   (Commission Expires)

APS File: 109397-287

Notary Public State of Florida
Yudelis Garcia
My Commission DD919285
Expires 08/23/2013