Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0226

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bass Homes, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ~~Virginia~~ Alabama ) ss.
County of: Elmore )

**Name of Server:** Robert S. Joiner, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of March, 20 11, at 2:30 o'clock P M

**Place of Service:** at 34661 Highway 59 South, in Stapleton, AL 36578

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Agent - Tina Kramer

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Dark ; Facial Hair N/A
Approx. Age 38 ; Approx. Height 5'8" ; Approx. Weight 130

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Robert S. Joiner_
Signature of Server

Subscribed and sworn to before me this 15 day of March, 20 11
_Sheila M Parsons_
Notary Public           (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 4, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

APS International, Ltd.