Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0195

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BE Wholesale
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Georgia** ) ss.
County of: **Cobb** )

Name of Server: **Lance Robinson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10th** day of **March**, 20 **11**, at **3:14** o'clock **P** M

Place of Service: at **81 Golden Property Road**, in **Bremen, GA 30110**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**BE Wholesale**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sherri Ceci**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair ___
Approx. Age **50-55** ; Approx. Height **5'6"** ; Approx. Weight **130-140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **14th** day of **March**, 20 ___

_Signature of Server_

_Notary Public_

**APS International, Ltd.**