Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Blanchard Homes, Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Lake_ )

Name of Server: _Lawrence F. Lyons_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _March_, 20 _11_, at _3:35_ o'clock _P_ M

Place of Service: at _796 Aberdeen Run_, in _The Villages, FL 32162_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Blanchard Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Shelley Blanchard as wife of David Blanchard, Registered Agent of Blanchard Homes, Inc. in the absence of the RA at his home address._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _N_
Approx. Age _54_; Approx. Height _5' 11"_; Approx. Weight _175_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lawrence F. Lyons_
Signature of Server

Subscribed and sworn to before me this _14_ day of _March_, 20 _11_

_Linda M. Topping_
Notary Public   (Commission Expires)

APS International, Ltd.



LINDA M. TOPPING
MY COMMISSION # DD 991184
EXPIRES: June 22, 2014
Bonded Thru Budget Notary Services