Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Service of Process by

APS File #:  109397-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Builder's Depot
Court Case No. 11-080 Section L

State of: **Texas** ) ss.

County of: **Bowie** )

**Name of Server:** **William Perry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21st** day of **March**, 20 **11**, at **10:55** o'clock **A** M

**Place of Service:** at **101 S. Robinson Road**, in **Texarkana, TX  75501**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Builder's Depot**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joe Beck, Asst. Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **None**
Approx. Age **20** ; Approx. Height **6'** ; Approx. Weight **170**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
**21st** day of **March**, 20 **11**
_____  8/20/13
Notary Public   (Commission Expires)

**APS International, Ltd.**



VICKIE CUMMINGS
Notary Public, State of Texas
My Commission Expires
August 20, 2013