Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Building Supply House, L.L.C.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.

Parish County of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11th_ day of _March_ , 20 _11_ , at _10:05_ o'clock _A_ M

**Place of Service:** at  8550 United Plaza Blvd., Ste. 1001  , in  Baton Rouge, LA  70809

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**

**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**

**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**

**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Building Supply House, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Brandon A Lagarde, Attorney_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _35yo_; Approx. Height _5'10_ ; Approx. Weight _165 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _14TH_ day of _MARCH_ , 20 _11_

_[signature]_  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**