UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Robert W. Block, III, et al. v. Gebrueder Knauf, et al.,* Case No. 11-1363, Sect. L Mag. 2 | JUDGE FALLON MAG. JUDGE WILKINSON |

### SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

Defendant, Sixty Fifth and One LLC, by and through undersigned counsel and without waiving all rights to object to jurisdiction, venue, and/or service of process, moves this Honorable Court for an order granting it an additional thirty (30) days, through and including November 30, 2011, within which to submit its Builder Profile Form to Liaison Counsel, and in support thereof states as follows:

1. Defendant, Sixty Fifth and One LLC ("SFO"), was served with Plaintiffs' Complaint in this matter on or about August 22, 2011.

2. On May 27, 2010, this Court entered Pre-Trial Order 1G, which among other things, states that defendants shall provide to liaison counsels the appropriate profile form within forty (40) days after service of a Complaint on a Defendant.

3. Under the guidelines contained in Pre-Trial Order 1G, the profile form for SFO in this matter were due to be submitted on September 30, 2011.

4.  On September 30, 2011, SFO moved for an extension of time within which to submit its profile form to liaison counsels. On October 26, 2011, this Court granted SFO's Motion for Extension of Time, which allowed SFO up to and including October 31, 2011, to submit the appropriate profile form.

5.  The undersigned is diligently working to gather all the information necessary to complete the appropriate profile form but will be unable to gather all necessary information by the current due date of October 31, 2011.

6.  Defendant SFO hereby requests a second extension of time, through and including November 30, 2011, to submit the appropriate profile form to liaison counsels.

7.  The extension requested herein will not prejudice any party nor delay this matter.

8.  This Court has authority to grant the relief sought herein under Federal Rule of Civil Procedure 6(b)(1).

WHEREFORE, Sixty Fifth and One LLC hereby requests this Honorable Court to grant this motion for extension of time through and including November 30, 2011, to submit its Builder Profile Form and such further relief the Court deems just and proper.

Dated: October 31, 2011

> s/ Ryan E. Baya
> **JEFFREY M. PASKERT, ESQ.**
> Florida Bar No. 846041
> jpaskert@mpdlegal.com
> **RYAN E. BAYA, ESQ.**
> Florida Bar No. 0052610
> rbaya@mpdlegal.com
> MILLS PASKERT DIVERS
> 100 N. Tampa Street, Suite 2010
> Tampa, Florida 33602
> (813) 229-3500 – Telephone
> (813) 229-3502 – Facsimile
> *Attorneys for Sixty Fifth and One LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 31, 2011, this document was served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

             s/ Ryan E. Baya
             Attorney