UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Robert W. Block, III, et al. v. Gebrueder Knauf, et al.*, Case No. 11-1363, Sect. L Mag. 2 | MAG. JUDGE WILKINSON |

**ORDER ON DEFENDANT'S SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

Upon consideration of Defendant, Sixty Fifth and One LLC's, Second *Ex Parte* Motion for Extension of Time to Submit Builder Profit Form,

IT IS HEREBY ORDERED that Defendant, Sixty Fifth and One LLC's, Second *Ex Parte* Motion is GRANTED, and Defendant shall have up to and including November 30, 2011, to submit its Builder Profile Form to Liaison Counsel.

New Orleans, Louisiana this _____ day of _____, 2011

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**