## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
        PRODUCTS LIABILITY LITIGATION      SECTION L

THIS DOCUMENT RELATES TO:             JUDGE FALLON

LAURA HAYA, DANIEL HAYA and          MAG. JUDGE WILKINSON
IRENE HAYA, et al. v.
TAISHAN GYPSUM CO., LTD., et al.;
Case No. 11-1077 (Omni IX)
_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that, upon pleadings and other matters of record, the undersigned moves the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel can be heard, for an order for hearing on **Shoma Development Corp.'s** Motion to Dismiss, With Prejudice, the Claims Brought Against it in the Second Amended Haya Omnibus Class Action Complaint (Omni IX) and for such other and further relief as the Court may deem just and appropriate.

{20880296;1}

Dated:  October 27, 2011

Respectfully submitted,

**AKERMAN SENTERFITT**
      /s/ Stacy Bercun Bohm
BY:  Stacy Bercun Bohm (Fla. Bar No. 022462)
      Las Olas Centre II, Suite 1600
      350 East Las Olas Boulevard
      Fort Lauderdale, Florida 33301-2229
      Telephone: (954) 463-2700
      Telecopier: (954) 463-2224
      Email:  stacy.bohm@akerman.com
      *Attorneys for Shoma Development Corp*

*- and –*

**SHOMA DEVELOPMENT CORP.**
BY:      /s/ Frank Silva
      Frank Silva (Fla. Bar No.925888)
      3470 N.W. 82nd Avenue Suite 988
      Miami, Florida 33122
      Telephone: (786) 437-8674
      Telecopier: (786) 437-8606
      Email: fsilva@shomagroup.com
      *In-House Counsel for Shoma Development Corp .*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the foregoing *Notice of Submission* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>31</u>st day of October, 2011.

       _____/s/ Stacy Bercun Bohm_____