Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C&G Development Group, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11th day of March, 20 11, at 10:00 o'clock A M

Place of Service: at 1229 Caper Coral Parkway E, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
C&G Development Group, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Eugene Ged as manager

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Black; Facial Hair ___
Approx. Age 35-40; Approx. Height 5'9"; Approx. Weight 175
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

Subscribed and sworn to before me this 16th day of March, 20 11

_____ Notary Public (Commission Expires)

**APS International, Ltd.**

999