Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109397-0166

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cali-Florida Investments
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Duval** )

**Name of Server:** **Mike McMenamy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **March**, 20 **11**, at **8:45** o'clock **PM**

**Place of Service:** at **3869 Grande Blvd.**, in **Jacksonville, FL 32250**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cali-Florida Investments**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Heather Quick, Corporate Secretary**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **No**
Approx. Age **40+**; Approx. Height **5'6"**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **17th** day of **March**, 20 **11**

*[signature]* Michelle E. Reels
Notary Public          (Commission Expires)

Notary Public State of Florida
Michelle E Reels
My Commission DD924721
Expires 09/13/2013

