| | |
|---|---|
| Kennth Abel, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:   109397-0227

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Caliber Homes, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: __ALABAMA__ ) ss.
County of: __ELMORE__ )

**Name of Server:** __Robert S. Joiner__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __March__, 20__11__, at __3:20__ o'clock __P__ M

**Place of Service:** at ~~39180 State Highway 225~~ __42100 Duck Ln.__, in __Bay Minett, AL  36507__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Caliber Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __OFFICER - April Johnson__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __W__ ; Skin Color __F__ ; Hair Color __Brown__ ; Facial Hair __N/A__
Approx. Age __35__ ; Approx. Height __5'3__ ; Approx. Weight __170__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __15__ day of __March__, 20__11__

_____
Notary Public         (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 4, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**APS International, Ltd.**