Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Centerline Homes, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _BROWARD_ )

**Name of Server:** _Felix Onate_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _March_ , 20 _11_ , at _11:15_ o'clock _A_ M

**Place of Service:** at _825 Coral Ridge Drive_ , in _Coral Springs, FL 33071_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Gisela Rogers   Receptionist_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'7_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_signature_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_9_ day of _March_ , 20 _11_

_signature_
Notary Public     (Commission Expires)

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013