Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0173

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Clayton's Drywall, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __Indian River__ )

Name of Server: __H. MAYES PS 07-09__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __11__ day of __MARCH__, 20 __11__, at __10:55__ o'clock __A__ M

Place of Service: at __6405 61st Court__, in __Vero Beach, FL 32967__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Clayton's Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __CINDY CROSIER  SPOUSE OF CLAYTON__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __BROWN__; Facial Hair ____
Approx. Age __68__; Approx. Height __5' 4"__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __11__ day of __MARCH__, 20 __11__

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**



DAVID L. BRESSETT
MY COMMISSION # EE 029508
EXPIRES: September 28, 2014
Bonded Thru Budget Notary Services