Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cornerstone Construction of SW Florida, Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __March__, 20 __11__, at __3:30__ o'clock __P__ M

**Place of Service:** at __8416 Mallow Lane__, in __Naples, FL  34113__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cornerstone Construction of SW Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Daniel Russetto, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Brown__; Facial Hair ____
Approx. Age __40__; Approx. Height __5'8"__; Approx. Weight __170__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157299
**APS International, Ltd.**

Subscribed and sworn to before me this __11th__ day of __March__, 20 __11__
__Elena Alvarado__
Notary Public            (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission [illegible]
Expires [illegible]

1019