Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0230

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Custom Drywall
Court Case No. 11-080 Section L

State of: Louisiana ) ss.
County of: Jefferson )

**Name of Server:** Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of March, 20 11, at 4:25 o'clock P M

**Place of Service:** at 7925 Simon Street, in Metairie, LA 70003

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand; Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants; Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1; Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Custom Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Crystal A. Martinez

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color ____; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is ~~true and~~ correct.

[signature]
Signature of Server

Subscribed and sworn to before me this 18 day of March, 2011

[signature] 23032
Notary Public (Commission Expires)

**APS International, Ltd.**