Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109397-0236

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Dalbert J. Poree, Individually
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **Orleans** )

**Name of Server:** **Dwayne M. Jeanjacques**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12** day of **March**, 20 **11**, at **1:45** o'clock **P** M

**Place of Service:** at **1919 Frenchmen Street**, in **New Orleans, LA 70119**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:
Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Dalbert J. Poree, Individually**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **Tye Waller**, a person of suitable age, who verified, or who upon questioning stated, that he/**she** resides with
**Dalbert J. Poree, Individually**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color ____; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of **March** 20 **11**

Notary Public    23032 (Commission Expires)