Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109397-0042

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deangelis Diamond Construction, Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

Name of Server: __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __15th__ day of __March__, 20 __11__, at __11:15__ o'clock __A__ M

Place of Service: at __4001 Tamiami Trail N. #250__, in Naples, FL __34103__

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Deangelis Diamond Construction, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __James Morey, Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __6'0"__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __22nd__ day of __March__, 20 __11__

Signature of Server  #157299

__Elsa Alvarado__
Notary Public        (Commission Expires)

APS International, Ltd.

1018