## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED          MDL DOCKET:  2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                            SECTION:  L
                                      JUDGE FALLON
                                      MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Robert W. Block v. Gebrueder Knauf*
*Verwaltunggesellschaft, KG, et al.*
CASE NO.: 11-1363 Sect. L. Mag. 2

_____

## NOTICE OF UNAVAILABILITY

   Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from December 19, 2011 through January 2, 2012.  Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

         Respectfully submitted,

         PETERSON & ESPINO, P.A.
         Attorneys for Defendant, Banner Supply Co.
          Port St. Lucie, LLC
         10631 Southwest 88th Street, Suite 220
         Miami, Florida  33176
         Telephone: (305) 270-3773
         Facsimile: (305) 275-7410

    By:   _____/s/_____
         Michael P. Peterson, Esq.
         Florida Bar No. 982040

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the date set forth below, Defendant, Banner Supply Co. Port St. Lucie, LLC's, Notice of Unavailability has been electronically uploaded and successfully transmitted the foregoing document to LexisNexis File & Serve, which will generate and transmit Notices of Electronic Filing for service on all parties in the manner authorized for each registered user in accordance with the Electronic Service Order entered in this action. I further certify that on the date set forth below, the original signed document was mailed to the Court this 1<u>st</u> day of November, 2011.

_____/s/_____

Michael P. Peterson
