Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0206

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Devon International Industries, Inc., f/k/a Devon International Trading, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: PA ) ss.
County of: Berks )

**Name of Server:** Eric Afflerbach, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of March, 20 11, at 10:40 o'clock A M

**Place of Service:** at 1100 First Avenue, Ste. 100, in King of Prussia, PA 19406

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Devon International Industries, Inc., f/k/a Devon International Trading, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Teresa Dumont - Admin Asst, Authorized

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair
Approx. Age 46 ; Approx. Height 5'5 ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 11 day of March, 2011

Notary Public (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa A. Minzola, Notary Public
Washington Twp., Berks County
My Commission Expires Dec. 5, 2013