UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                      SECTION L
                      JUDGE FALLON
                      MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628
_____/

## NOTICE OF UNAVAILABILITY

      Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from December 19, 2011 through January 2, 2012.  Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

                      Respectfully submitted,

                      PETERSON & ESPINO, P.A.
                      Attorneys for Banner Supply Co.,
                        Port St. Lucie, L.L.C.
                      10631 Southwest 88th Street, Suite 220
                      Miami, Florida 33176
                      Telephone:   (305) 270-3773
                      Facsimile:   (305) 275-7410

      By:      /s/_____
                      Michael P. Peterson, Esq.
                      Fla. Bar No. 982040

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Unavailability and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this  1st  day of November, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  1st  day of November, 2011.

/s/ Michael P. Peterson