UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO AMATO, et al.<br>vs.<br>LIBERTY MUTUAL INSURANCE COMPANY, et al.<br>CASE NO. 10-cv-0932<br>_____/ | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF UNAVAILABILITY

      Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from December 19, 2011 through January 2, 2012.  Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

      Respectfully submitted,

      PETERSON & ESPINO, P.A.
      Attorneys for Banner Supply Co. Port St. Lucie, LLC
      10631 Southwest 88th Street, Suite 220
      Miami, Florida   33176
      Telephone:     (305) 270-3773
      Facsimile:      (305) 275-7410
      mpeterson@petersonespino.com

By:   /s/ Michael P. Peterson,
       Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Unavailability has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6, on this 1st day of November, 2011.  I FURTHER CERTIFY that the above and foregoing Notice of Unavailability was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing an accordance with the procedures established by in MDL 2047, on this 1st day of November, 2011.

    /s/ Michael P. Peterson
    Michael P. Peterson