Case 2:09-md-02047-EEF-MBN  Document 10987  Filed 11/01/11  Page 1 of 1

Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0029

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Enchanted Homes, Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Donald Skipper II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8th day of March, 2011, at 2:20 o'clock P M

Place of Service: at 11915 King James Court, in Cape Coral, FL  33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Charles Frazier, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color blond/balding ; Facial Hair
Approx. Age 50 ; Approx. Height 6'0" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157197

Subscribed and sworn to before me this 16th day of March, 2011

Notary Public   (Commission Expires)

**APS International, Ltd.**

997