Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0215

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Drywall, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** _Joseph E Carrano_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _March_, 20 _11_, at _3_ o'clock _P_ M

**Place of Service:** at _5000_ Palm Avenue, in Cocoa, FL 32926

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Florida Drywall, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Wanda Ryburn, Secretary_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _BR_ ; Facial Hair _N_
Approx. Age _60's_ ; Approx. Height _5' 7"_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _11th_ day of _March_, 20 _11_

_Alfred S Pulaski_  4/4/14

Signature of Server              Notary Public         (Commission Expires)

**APS International, Ltd.**

ALFRED S. PULASKI
MY COMMISSION # DD 976287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services