UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al | * * * | |
| VS. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * | |
| CASE NO. 11-1363 | * | MAG. WILKINSON (4) |

**NOTICE OF LIMITED APPEARANCE AS COUNSEL**

Joseph M. Guillot of Christovich & Kearney, L.L.P. hereby files this Notice of Limited Appearance as counsel of record for Defendant Hammer Commercial Services, LLC ("Hammer Commercial Services"). Hammer Commercial Services reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

Respectfully submitted:

*/s/ Joseph M. Guillot*
**JOSEPH M. GUILLOT - BAR #24443**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for Hammer Commercial Services, LLC

## **C E R T I F I C A T E**

    I do hereby certify that on the 1st day of November, 2011, I served Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                        */s/ Joseph M. Guillot*
                                                        **JOSEPH M. GUILLOT**