UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL NO. 09-2047 |
| IN RE: CHINESE-MANUFACTURED DRYWALL | * |  |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
|  | * |  |
|  | * | JUDGE FALLON |
|  | * |  |
|  | * | MAG. JUDGE |
|  | * | WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

**RICHARD AND CAROL BENOIT, ET AL vs. LAFARGE S.A., ET AL;**
**CASE NO.:  11-1893**

---

### NOTICE OF APPEARANCE

---

NOW COMES, BEN L. MAYEAUX, ROBERT E. TORIAN, WILL MONTZ and SARA RODRIGUE of the Laborde & Neuner law firm, One Petroleum Center, Suite 200, 1001 W. Pinhook Road, Lafayette, LA 70503, to appear as counsel of record for **SUNCOAST BUILDING MATERIALS, INC.** and reserves all rights to object to jurisdiction, venue and service and preserves all defenses.  Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated this 1st day of November, 2011.

                                      Respectfully submitted,

**LABORDE & NEUNER**

/s/Robert E. Torian
**BEN L. MAYEAUX (#19042)**
**ROBERT E. TORIAN (#18468)**
**WILL MONTZ (#29355)**
**SARA RODRIGUE (#32660)**
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
Email:  bmayeaux@LN-Law.com
             rtorian@LN-Law.com
             wmontz@LN-Law.com
             srodrigue@LN-Law.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of November, 2011.

                                       /s/Robert E. Torian
                                       COUNSEL