# EXHIBIT F



Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                             MAG. JUDGE WILKINSON

| For Internal Use Only |
| --- |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing the Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent this form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Brian Lambert
Address of Affected Property: 444 SE 13th Place
Cape Coral, FL 33990

Is this Property:* ☒ Residential   ☐ Commercial   ☐ Governmental
Name of Person Completing this Form: Brian Lambert
Is above your primary residence? ☒ Yes   No ☐
Mailing Address (if different): N/A

Phone: (215) 317 - 1613
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Circle one: ☒ Owner-Occupant   ☐ Owner Only   ☐ Renter-Occupant
Represented By: Jordan M. Torry
Address: Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622 - 7271
Case No. /Docket Info: 11-252

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Brian Lambert
Policy #: OL30005273
Agent: Richard O Barton & Assoc Inc
Address: 447 Cape Coral Parkway
Cape Coral, FL 33094
Phone: (239) 542 - 5300

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- |
| Brian Lambert | 12 01 06 | / / | ☒ M / F | 09 01 69 | ☐ Yes  No ☒ | Owner-Occupant |
| Jennifer Byrd | 07 01 08 | / / | M / ☒ F | 07 21 74 | ☐ Yes  No ☒ | Occupant or Renter Only |
| Ashley Byrd | 07 01 08 | / / | M / ☒ F | 01 15 94 | ☐ Yes  No ☒ | Occupant or Renter Only |
| Brian Byrd | 07 01 08 | / / | ☒ M / F | 09 21 96 | ☐ Yes  No ☒ | Occupant or Renter Only |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |
|  | / / | / / | M / F | / / | ☐ Yes  No ☐ |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Lambert, B 0001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ○

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Brian Lambert, Owner

    1.2. When did the inspection take place?   `09 22 10`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⊙ Yes   No ○

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Paul Homes, Owners Bob Knight & Gary Paul

    2.2. When was this determination made?   `09 29 10`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Information can be obtained by Paul Homes, Builder/Contractor Knauf Drywall | "Knauf" | Throughout home |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2322 | | | |
| Estimated Sq. Ft. of Drywall | 2322 | Occupied | | |
| Height of Interior Walls | 18' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | NO | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | X | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | 09 22 05 | Completion Date | | 10 01 06 |
| Move in Date: | 12 10 06 | Date Acquired Home | | 11 01 06 |

Date Range for Renovations: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | | / / |
| Move in Date: | / / | | | |

| | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

    Paul Homes

Address:  Gary Paul & Bob Knight

    1406 Cape Coral Parkway Weset

    Cape Coral, FL 33904

Phone:  (239 ) 542 - 0607

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

    Information can be obtained by the Builder/ Contractor, Paul Homes

Address:

    unknown

Phone:  (  )

**Section X. Drywall Supplier**

Drywall Supplier's Name:

    unknown

Address:

Phone:  (  ) -

Lambert, B 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 10-19-10 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Lambert, B 0003

# FLOOR PLAN

Lambert_B_0004



# HOME OWNER'S INSURANCE

Lambert_R 0006



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
*EFFECTIVE 10/05/10*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | | Agency |
|---|---|---|---|---|---|
| OL30005273 | 10/05/10 | 10/05/11 | *12:01 AM STANDARD TIME* | | 0907400 |

NAMED INSURED AND ADDRESS

AGENT

*BRIAN LAMBERT*

*444 SE 13TH PL*
*CAPE CORAL      FL 33990-2627*

*RICHARD D BARTON & ASSOC INC*
*447 CAPE CORAL PARKWAY*
*CAPE CORAL         FL 33904*

*PHONE # 239-542-5300*

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | POLICY ASSESSMENT | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $1,376.00 | $529.00 | | $27.00 | $46.00 | $1,978.00 |

------------------------------------------------ LOCATION 001 -------------------------------------------------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $1000 | HO-3 | MA | N | 02-2006 | 1 | Owner |

HURRICANE DEDUCTIBLE    2% =    $8,152

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 04 | 554 | 71 | Primary |

MORTGAGEE(S) THAT APPLY:    1

------------------------ COVERAGE LIMITS AND PREMIUMS - SECTION I -------------------

| | | |
|---|---|---|
| Coverage -A- (Dwelling) | $407,600 | $3,611.00 |
| Coverage -B- (Other Structures) | $8,152 | Incl |
| Coverage -C- (Personal Property) | $203,800 | Incl |
| Coverage -D- (Loss of Use) | $40,760 | Incl |
| Hurricane Premium ------- | $943 | Incl |

------------------------ COVERAGE LIMITS AND PREMIUMS - SECTION II -------------------

| | | |
|---|---|---|
| Coverage -E- (Personal Liability) | $300,000 | $18.00 |
| Coverage -F- (Medical Payments) | $1,000 | Incl |

------------------------ POLICY CHARGES AND CREDITS -------------------

| | | |
|---|---|---|
| 2% Hurricane Deductible | $8,152 | Incl |
| Mitigation Device Credit | | $2,253.00- |
| MGA Policy Fee | | $25.00 |
| Emergency Management Trust Fund Surcharge | | $2.00 |
| Florida Hurricane Catastrophe Fund | | |
| Regular Assessment (1%) | | $19.00 |
| Citizens Property Insurance Corporation 2005 | | |
| High Risk Account Emergency Assessment (1.4%) | | $27.00 |

------------------------ LOCATION(S) OF PROPERTY INSURED -------------------

*444 SE 13TH PL*
*CAPE CORAL        FL 33990-2627*



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
*EFFECTIVE 10/05/10*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | | Agency |
|---|---|---|---|---|---|
| L30005273 | 10/05/10 | 10/05/11 | 12:01 AM STANDARD TIME | | 0907400 |

**NAMED INSURED AND ADDRESS**                                    **AGENT**

BRIAN LAMBERT

·444 SE 13TH PL
CAPE CORAL          FL 33990-2627

*RICHARD D BARTON & ASSOC INC*
*447 CAPE CORAL PARKWAY*
*CAPE CORAL          FL 33904*

PHONE # 239-542-5300

----------------------- MORTGAGEE(S) -----------------------

MORTGAGEE    001
   SUNTRUST MORTGAGE INC
   ISAOA
   PO BOX 57028
·  IRVINE          CA 92619-7028
   LOAN # 0035436708

----------------- POLICY FORMS AND ENDORSEMENTS -----------------

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|
| HO 03 34 | 05-03 | Limited Fungi,Wet/Dry Rot | | |
| HO 04 96 | 10-00 | No Sec II/Home Day Care | | |
| IL P 001 | 01-04 | OFAC Advisory Notice | | |
| *OIR·B1-1655 | 02-10 | Hurricane Loss Mitigation | | |
| OIR-B1-1670 | 01-06 | Checklist of Coverages | | |
| OL DO | 06-07 | Deductible Options Notice | | |
| OL GLB | | Privacy Notice | | |
| OL J1 | 06-07 | Homeowners Policy Jacket | | |
| OL OC | 05-09 | Outline of Coverage | | |
| OLHO LO | 06-07 | Ordinance or Law Sel. | | |
| OLHO 100 | 05-09 | Special Provisions - FL | | |
| OLHO 101 | 06-07 | Animal Liability Excl EN | | |
| OLHO 140 | 06-07 | CAT Ground Cover Collapse | | |
| HO 03 52 | 01-06 | Calendar Yr Hurricane Ded | | |
| HO0003ID | 10-00 | HO-3 Special Form | | |
| OLHO 120 | 06-07 | Existing Damage Exclusion | | |
| OLHO0416 | 06-07 | Premises Alarm or Fire | | $77.00· |
| OLHO0490 | 06-07 | Pers Prop Repl Cost Cov | | $606.00 |

***Coverage is provided where premium and limit of liability are shown.**
**Flood coverage is not provided by this policy.**

ICI   00101/2007

# "COPY"

# OF LETTER TO

# BUILDER

Lambert B 0009

September 29, 2010

Paul Homes
1406 Cape Coral Parkway West
Cape Coral, FL
Bob Knight, Owner
Gary Paul, Owner



RE: 444 SE 13TH PLACE, CAPE CORAL FL 33990
CHINESE DRYWALL COMPLAINT LETTER

To Whom It May Concern:

My home located at the above-referenced location was built in 2006. It does indeed appear that my home has Chinese drywall, which you were able to determine by doing your own inspection of my home on 09/29/2010.

The following signs indicate Chinese drywall in my home:

- Odor/sulfur smells when entering the home.
- Blackening corrosion of air conditioning evaporator coils. A new air conditioning unit was installed on 09/29/2010. Please see attached pictures of the (under 4-year-old) air conditioning unit as the pictures will show corrosion of the coils.
- Electrical wiring has exhibited sulfide corrosion.
- Metal faucets have exhibited sulfide corrosion.
- Decorative items in the home (dive helmet, etc.) have corrosion.
- Fan motor in the living room has had to be replaced twice and fan motor in the master bedroom has been replaced once.
- Dishwasher repaired a couple of months ago.

Based on the above, my home meets the criteria of drywall associated corrosion. I appreciate you taking the time to come out to my home on Wednesday, 09/29/2010 to inspect for yourself. If you have any questions, please do not hesitate to contact me at 215-317-1613. Thank you for your time in this matter.

Sincerely,

Brian Lambert
Owner

Lambert B 0010

# PROPERTY

# APPRAISER

# INFORMATION

Lee County Property Appraiser - Online Parcel Inquiry                              Page 1 of 5

## Property Data for Parcel 18-44-24-C3-01456.0160

**Owner Of Record**

LAMBERT BRIAN
444 SE 13TH PL
CAPE CORAL FL 33990

**Site Address**

444 SE 13TH PL
CAPE CORAL FL 33990

**Legal Description**

CAPE CORAL UNIT 16
BLK 1456 PB 13 PG 82
LOTS 16 + 17

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01

[ Viewer ] Tax Map [ Print ]



{ Pictometry Aerial Viewer }

Image of Structure



« Photo Date December of 2006 »

| Property Values (2010 Tax Roll) | | Exemptions | | Attributes | |
|---|---|---|---|---|---|
| Just | 201,718 | Homestead | 25,000 | Land Units of Measure | UT |
| Assessed | 201,718 | Additional Homestead | 25,000 | Total Number of Land Units | 1.0 |
| Portability Applied | 0 | Widow | 0 | Frontage | 80 |
| Assessed SOH | 201,718 | Widower | 500 | Depth | 138 |
| Taxable | 151,218 | Disability | 0 | Total Number of Buildings | 1 |
| Building | 180,592 | Wholly | 0 | Total Bedrooms | 3 |
| Building Features | Incl. in bldg value | Senior | 0 | Total Bathrooms | 2.5 |
| Land | 21,126 | Agriculture | 0 | Total Buildings Sq Ft | 4,681 |
| Land Features | Incl. in land value | | | 1st Year Building on Tax Roll | 2006 |
| SOH Difference | 0 | | | Historic District | No |

## Property Value History



| Tax Year | Just | Market Assessed | SOH Assessed | Taxable | Building | Land | Source |
|---|---|---|---|---|---|---|---|
| 1996 | 11,020 | 11,020 | 11,020 | 11,020 | 0 | 11,020 | ROLL |
| 1997 | 11,020 | 11,020 | 11,020 | 11,020 | 0 | 11,020 | ROLL |
| 1998 | 11,020 | 11,020 | 11,020 | 11,020 | 0 | 11,020 | ROLL |
| 1999 | 13,870 | 13,870 | 13,870 | 13,870 | 0 | 13,870 | ROLL |
| 2000 | 13,870 | 13,870 | 13,870 | 13,870 | 0 | 13,870 | ROLL |
| 2001 | 7,750 | 7,750 | 7,750 | 7,750 | 0 | 7,750 | ROLL |
| 2002 | 12,650 | 12,650 | 12,650 | 12,650 | 0 | 12,650 | ROLL |
| 2003 | 22,520 | 22,520 | 22,520 | 22,520 | 0 | 22,520 | ROLL |
| 2004 | 44,860 | 44,860 | 44,860 | 44,860 | 0 | 44,860 | ROLL |
| 2005 | 71,790 | 71,790 | 71,790 | 71,790 | 0 | 71,790 | ROLL |
| 2006 | 110,250 | 110,250 | 110,250 | 110,250 | 0 | 110,250 | ROLL |
| 2007 | 372,600 | 372,600 | 372,600 | 347,600 | 288,600 | 84,000 | SOH |
| 2008 | 314,370 | 314,370 | 314,370 | 263,870 | 277,620 | 36,750 | SOH |
| 2009 | 209,150 | 209,150 | 209,150 | 158,650 | 190,250 | 18,900 | SOH |
| 2010 | 201,718 | 201,718 | 201,718 | 151,218 | 180,592 | 21,126 | SOH |

The Just value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The Market Assessed value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (F.S. 193.011). For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (F.S. 193.461 (6) (a)). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.
(i.e. Market Assessed = Just - Agricultural Exemption)

Lee County Property Appraiser - Online Parcel Inquiry

The **Capped (SOH)** Assessed value is the *Market Assessment* after any *Save Our Homes* cap is applied. This assessment cap is applied to all Homesteaded properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower. Some *Homestead Exempt* taxing authorities use this assessment to calculate a parcel's taxes.
(i.e. Capped (SOH) Assessed = Market Assessed - SOH Cap)

The **Taxable** value is the *Capped (SOH) Assessment* after any personal exemptions, such as *Homestead,* are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped (SOH) Assessed - Exemptions)

The **Land** value is the total value of all land and features that add value to the land (or don't add value to improvements). The Land is the "non-wasting" portion of real property. Land values typically appreciate and therefore naturally trend upward. Changes in the desirability of the parcel's location can cause land values to fluctuate greatly either up or down.

The **Building** value is the total value of all improvements and features that add value to improvements. The Building is the "wasting" portion of real property and is subject to various forms of depreciation. It is this depreciation that causes building values to trend downward. Additions to or remodeling of a building or building features can cause the building value to suddenly increase.

## Taxing Authorities
CITY OF CAPE CORAL / 057

Lee County Property Appraiser - Online Parcel Inquiry

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 100.00 | 09/12/2008 | 2008000252764 | 01 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | I |
| 100.00 | 08/13/2008 | 2008000217399 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 100.00 | 03/17/2008 | 2008000070770 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 100.00 | 02/28/2008 | 2008000053743 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 100.00 | 02/25/2008 | 2008000178909 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 0.00 | 12/01/2007 | 2008000065902 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 100.00 | 07/16/2007 | 2007000226300 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 190,000.00 | 06/23/2005 | 4800/1673 | 06 | Sales qualified and included for sales ratio analysis<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 129,900.00 | 02/01/2005 | 4580/3824 | 08 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamps Greater than .70/SP Gr. than $100) | V |
| 5,700.00 | 09/01/1980 | 1456/1109 | 06 | Sales qualified and included for sales ratio analysis<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 7,800.00 | 10/01/1976 | 1052/1154 | 06 | Sales qualified and included for sales ratio analysis<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |

## Building/Construction Permit Data

| Permit Number | Permit Type | Issued | Finaled |
|---|---|---|---|
| 05-38623 | Pool & Spa | 09/26/2006 | |
| 05-26789 | Boathouse, Dock & Shoreline | 08/23/2005 | |
| 05-30797 | Residential | 12/14/2005 | 10/02/2006 |
| 05-26749 | Plumbing | 08/23/2005 | |
| 06-20613 | Landscape / Irrigation | 08/24/2006 | |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Renumber Reason | Renumber Date |
|---|---|---|
| 18-44-24-A1-01456.0160 | Reserved for Renumber ONLY | 01/26/1997 |

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|
| UNKNOWN | | | 0 | 0.00 |

## Elevation Information

Flood Insurance [ FIRM Look-up ]

Storm Surge Category

Lee County Property Appraiser - Online Parcel Inquiry

| | | Rate Code | Community | Panel | Version | Date |
|---|---|---|---|---|---|---|
| 89 | 3 | | 125095 | 0265 | F | 8/28/2008 |

## Appraisal Details

### Land

#### Land Tracts

| Use Code | Use Code Description | Number of Units | Unit of Measure |
|---|---|---|---|
| 131 | Single Family Residential, Canal | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| IRRIGATION SYSTEM LAWN | 2006 | 1 |
| BOAT RAMP | 2006 | 1 |
| SEAWALL - CONCRETE | 2006 | 95 |
| A/C-POOL HEATERS | 2006 | 1 |
| SLAB - CONCRETE | 2008 | 480 |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 3 | 2.5 | 2006 | 2006 |

#### Building Subareas

| Description | Area (Sq Ft) |
|---|---|
| | 2,322 |
| BAS - BASE | 588 |
| FGR - FINISHED GARAGE | 266 |
| FOP - FINISHED OPEN PORCH | 139 |
| FOP - FINISHED OPEN PORCH | 1,366 |
| PS1 - 1 STORY SCREEN ENCL | |

#### Building Features

| Description | Year Added | Units |
|---|---|---|
| | 2006 | 360 |
| POOL - RESIDENTIAL | 2006 | 1,006 |
| PATIO - BRICK AND TILE | 2006 | 1 |
| JACUZZI - TYPE B | 2006 | 1 |
| DISAPPEARING EDGE | 2006 | 1 |
| OUTDOOR SHOWER | 2006 | 1 |
| HEAT EXCHANGER | | |

Building Front Photo                    Building Footprint

Lee County Property Appraiser - Online Parcel Inquiry



Photo Date : December of 2006



# PROPERTY

# TAX

# INFORMATION

Lambert_B.0017

Lee County Tax Collector - Print Results

 

## Real Property Information

| Account | Tax Year | Status |
|---|---|---|
| 18-44-24-C3-01456.0160 | 2009 | PAID |
| Original Account | Instrument No | |
| 18-44-24-C3-01456.0160 | 2008000252764 | |

**Owner**
LAMBERT BRIAN

| Physical Address | Mailing Address |
|---|---|
| 444 SE 13TH PL | 444 SE 13TH PL |
| CAPE CORAL FL  33990 | CAPE CORAL FL  33990 |
| | USA |

**Legal Description**
CAPE CORAL UNIT 16 BLK 1456 PB 13 PG 82 LOTS 16 + 17

| Outstanding Balance as of 10/20/2010 | $0.00 |
|---|---|

| District | 057 |
|---|---|
| Market Assessed Value | $209,150 |
| Cap Assessed Value | $209,150 |
| Homestead Exemption Value | $50,000 |
| Other Exemption Value | $500 |
| Taxable Value | $158,650 |
| Combined Tax & Assessment Amount | $3,819.02 |

### Ad Valorem Taxes

| Taxing Authority | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|
| LEE COUNTY CAPITAL IMP | 0.5000 | 209,150 | 50,500 | 158,650 | $79.33 |
| LEE COUNTY GENERAL REVENUE | 3.6506 | 209,150 | 50,500 | 158,650 | $679.17 |
| LEE COUNTY LIBRARY FUND | 0.2844 | 209,150 | 50,500 | 158,650 | $45.12 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | 209,150 | 25,500 | 183,650 | $412.85 |
| PUBLIC SCHOOL - BY STATE LAW | 5.2600 | 209,150 | 25,500 | 183,650 | $966.00 |
| CITY OF CAPE CORAL - GENERAL FUNDS | 7.9702 | 209,150 | 50,500 | 158,650 | $1,264.47 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 0.2086 | 209,150 | 50,500 | 158,650 | $33.09 |
| LEE COUNTY ALL HAZARDS - MSTU | 0.0693 | 209,150 | 50,500 | 158,650 | $10.99 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 0.2797 | 209,150 | 50,500 | 158,650 | $44.37 |
| SFL WATER MGMT-DISTRICT LEVY | 0.2549 | 209,150 | 50,500 | 158,650 | $40.44 |
| SFL WATER MGMT-EVERGLADE CONST | 0.0894 | 209,150 | 50,500 | 158,650 | $14.18 |
| LEE COUNTY HYACINTH CONTROL | 0.0277 | 209,150 | 500 | 208,650 | $5.78 |
| LEE COUNTY MOSQUITO CONTROL | 0.2132 | 209,150 | 500 | 208,650 | $44.46 |
| WEST COAST INLAND WATERWAY | 0.0394 | 209,150 | 50,500 | 158,650 | $6.25 |

### Non-Ad Valorem Assessments

| Taxing Authority | Rate | Basis | Amount |
|---|---|---|---|
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 1.0000 | ACTL LEVY | $190.00 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 1.0000 | ACTL LEVY | $82.50 |

| Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 |
|---|---|---|---|---|
| $3,666.26 | $3,704.45 | $3,742.64 | $3,780.83 | $3,819.02 |

**Additional Options:**

  Tax Detail
  Payments Made
  All Unpaid Taxes
  Tax History
  Link to Property Appraiser's Tax Estimator

See also:

# DEED

lambert n 0010

INSTR # 2008000252764, Doc Type D, Pages 2, Recorded 09/23/2008 at 02:55 PM,
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $0.70 Rec. Fee
$18.50 Deputy Clerk SPINNACE

THIS INSTRUMENT PREPARED BY:
Lowell S. Schoenfeld, Esq.
Green Schoenfeld & Kyle LLP
1380 Royal Palm Square Blvd.
Ft. Myers, FL 33919
(239) 936-7200

Parcel I.D. No. 18-44-24-C3-01456.0160

## PERSONAL REPRESENTATIVE'S DEED AND RELEASE OF REAL PROPERTY

THIS INDENTURE, made this _12_ day of _Sept._____, 2008, between
Brian R. Lambert, as Personal Representative of the Estate of Madeleine Twining, deceased,
having an address of 444 S. E. 13th Place, Cape Coral, FL 33990, as GRANTOR, and Brian R.
Lambert, as GRANTEE, having an address of 444 S. E. 13th Place, Cape Coral, FL 33990.

WITNESSETH, that the GRANTOR, in consideration of Ten Dollars and other good and
valuable consideration, to him in hand paid by the said GRANTEE, the receipt whereof is hereby
acknowledged, has granted, bargained and sold to the said GRANTEE, the following described
land, situate, lying and being in the County of Lee, State of Florida, to-wit:

Undivided 50% interest in Lots 16 and 17, in Block 1456, of Unit 16, Cape Coral
Subdivision, according to the Plat thereof, as recorded in Plat Book 13, at Pages
76 through 88, inclusive, of the Public Records of Lee County, Florida.

TOGETHER with all the tenements, hereditaments and appurtenances, with every
privilege, right, title, interest and estate, dower and right of dower, reversion, remainder and
easement thereto belonging or in anywise appertaining and the Personal Representative hereby
releases the property being conveyed from all rights and powers of the Personal Representative:

TO HAVE AND TO HOLD the same in fee simple forever.

INSTR # 2008000252764 Page Number: 2 of 2

IN WITNESS WHEREOF, the said GRANTOR has executed this instrument the day and year first above written.

_____
First Witness

*Chris Lambert*
Printed name of witness

_____
Second Witness

*Jennifer L. Byrd*
Printed name of witness

_____
Brian R. Lambert, as Personal Representative
of the Estate of Madeleine Twining, deceased

STATE OF FLORIDA
COUNTY OF LEE

The foregoing instrument was acknowledged before me this 12th day of September, 2008, by Brian R. Lambert, as Personal Representative of the Estate of Madeleine Twining, deceased, who is personally known to me or who has produced Personally Known to me, as identification and who did take an oath.

COLLEEN M. HENARY
MY COMMISSION # DD 612916
EXPIRES: August 10, 2012
Bonded Thru Notary Public Underwriters

Notary's Seal

*Colleen M Henary*          09-12-08
Notary Public
My commission expires: August 10, 2012

**THIS INSTRUMENT WAS PREPARED WITHOUT TITLE EXAMINATION**