# PHOTOS

Photo #1:  A/C unit (Old unit)

Photo #2:  A/C unit (Old unit)

Photo #3:  A/C unit (Old Unit)

Photo #4:  A/C unit (Old unit)

Photo #5:  "NEW" A/C unit, installed 09/22/2010

Photo #6:  Copper Dive Helmet (Blackened, corroding)

Photo #7:  Electrical Outlet (Living Room)

Photo #8:  Electrical Outlet (Living Room)

Photo #9:  Electrical Outlet (Breakfast Room)

Photo #10:  Electrical Outlet (Living Room)

Photo #11:  Electrical Outlet

Photo #12:  Shower Head (Master Bedroom)

Lambert B 0043

Lambert 00011





Lambert B 0046

Lambert, B 0047



Lambert, B 0049

Lambert B 0050

Lambert R 0051





Lambert R 0053

Lambert B 0054