# EXHIBIT D

# CONSTRUCTION CONTRACT

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN
LAW (SECTIONS 713.001-713.37, FLORIDA
STATUTES), THOSE WHO WORK ON YOUR
PROPERTY OR PROVIDE MATERIALS AND ARE NOT
PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR
CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.
THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.
IF YOUR CONTRACTOR OR SUBCONTRACTOR FAILS
TO PAY SUBCONTRACTORS, SUB-
SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR
NEGLECTS TO MAKE OTHER LEGALLY REQUIRED
PAYMENTS, THE PEOPLE WHO ARE OWED MONEY
MAY LOOK TO YOUR PROPERTY FOR PAYMENT,
EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN
FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR,
YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON
YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED
YOUR PROPERTY COULD BE SOLD AGAINST YOUR
WILL TO PAY FOR LABOR, MATERIALS, OR OTHER
SERVICES THAT YOUR CONTRACTOR OR A
SUBCONTRACTOR MAY HAVE FAILED TO PAY.
FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX
AND IT IS RECOMMENDED THAT WHENEVER A
SPECIFIC PROBLEM ARISES, YOU CONSULT AN
ATTORNEY.

Initials

**FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.**

2

Initials _____

Contractor's License #
CRC018069

## CONSTRUCTION AGREEMENT

THIS AGREEMENT made this the 12th day of January, 2005, by and between WOODLAND ENTERPRISES, INC., (hereinafter referred to as "Contractor") whose address is 15592 Jupiter Farms Road, Jupiter Florida 33478 and Dr. Liaquddin and Rukhsana Shaikh (hereinafter referred to as "Purchaser") whose address is _____
Home phone _____

## WITNESSETH

CONTRACTOR and Purchaser for good and valuable consideration as hereinafter set forth do mutually agree as follows:

1.     SCOPE OF WORK:  Contractor agrees to furnish all materials, labor, building permit and services necessary to construct a single family residence on the property described in Paragraph 2 below and agrees to build and construct said residence in a workman like manner in accordance with all applicable building codes and in substantial compliance with those plans and specifications.

2.     CONSTRUCTION LOCATION: The Contractor agrees to construct said residence upon the property legally described as follows: Lot 6, Estates of Longwood, St. Lucie County, (hereinafter called the "Property" or "Premises"), pursuant to plans and specifications agreed to by the Purchaser and the Contractor which together with this agreement are the "Contract Documents".

2a.     STRUCTURE TO BE BUILT:  Custom design with L.A.: 2,937; Garage: 480; Entry: 72; Lanai: 320; Total: 3,809 -- Plans dated 1/03/05.

3.     PAYMENT:  The total purchase price for the subject single family residence described above, including improvements, selected options, limited fill and lot prep as set forth herein shall be:

| | |
|---|---|
| Basic Price Of House | $ 324,956.00 |
| Selected Options: (See Description Below) | $  15,732.75 |
| Cost Of Lot (If Applicable) | $      N/A |
| Lot Prep. Allowance | $  24,500.00 |
| Total Purchase Price | $ 365,188.75 |
| Deposit Due Upon Execution Of Contract | $ _____ |
| Additional Deposit Due Upon Construction Mortgage Closing | $ _____ |
| Balance Of Contract Due In Accordance With Draw Schedule Set Forth In Paragraph 6. | $ _____ |

## SELECTED OPTIONS AND COSTS THEREOF ARE AS FOLLOWS:

| | |
|---|---|
| - 1 set of living room French door w/ sidelites | $1,200.00 |
| - Allowance for 4 columns in dining room | $3,200.00 allow. |
| - 1 set of 4'0 interior French doors | $900.00 |
| - Additional tile in living room, dining room, halls, family room, nook, and pantry | $5,282.75 |
| - Future summer kitchen stub out (electric and plumbing) | $550.00 |
| - Additional monies toward appliances ($2,835.00 total allow.) | $1,000.00 |

3

Initials RS / RS

Cabinet for double oven                            $500.00
(21) 8' interior doors                             $2,100.00
R-30 insulation                                    $1,000.00
**\* The above selected options supersede the standard specifications
listed on pages 11, 12 and 14 (where applicable).**

Any options or extras not mentioned above shall be at an additional cost and shall be paid in
accordance with the terms set forth below.

4.    ~~FINANCING: If the Purchase price or any part of it is to be financed by a third party loan,
this Contract is conditioned upon Purchaser obtaining a written commitment for a construction
loan and permanent financing loan within _____ days from the date hereof, for a fixed or
adjustable rate loan, for the principle amount of _____
($_____) at the prevailing interest rate. Purchaser agrees to make application within five (5)
days of executing this agreement and use reasonable diligence to obtain said Commitment and
thereafter, to satisfy the terms and conditions of the commitment and close the loan. Purchaser
shall pay all loan expenses. If Purchaser fails to obtain the commitment or fails to waive his
rights under this subparagraph within the time for obtaining the commitment, or after diligent
effort fails to meet the terms and the conditions of the commitment, then either party by written
notice to the other, may cancel this agreement~~

~~a.    Upon written notification that the Purchaser has obtained a firm Commitment for
the construction loan and permanent loan, satisfactory to Contractor, providing that
Purchaser has paid all deposits required under this Contract, and further provided that
the Purchaser has approved the plans and specifications, Contractor will: Secure all
required building permits; and construction will commence not more than 60 days after
issuance of said permits.~~

~~b.   In the event the Purchaser through no fault of its own fails to obtain a firm
commitment for a construction and permanent loan within the time provided,
Contractor shall return to Purchaser all deposits paid under the Contract, less any
actual expenses incurred by the Contractor, in which event the Contract shall be null
and void and both parties released of all further liability hereunder. If Purchaser
intentionally or negligently fails and refuses to obtain a firm commitment for a
construction loan and permanent financing, Within the time provided or fails to pay all
deposits due under this Agreement the Contractor may at its discretion retain all
deposits received as liquidated damages or at its sole option may pursue any other
rights it may have at law or equity.~~

5.   **CONSTRUCTION:**

a.   Having commenced construction, Contractor will complete same as expediently
as conditions will permit. Delivery date shall be approximately 180 working days
after the slab is poured.  Contractor will not be held in default by any delay
caused by circumstances not within the Contractors control. Purchaser expressly
agrees that Contractor will not be responsible for any loss, damage, expenses or
inconvenience alleged to have been incurred or sustained by Purchaser directly
or indirectly as a result of delayed completion of the proposed improvements and
delivery to the Purchaser. Contractor unconditionally guarantees to Purchaser
that the home or unit shall be completed and available for occupancy within two
(2) years from the date the slab is poured and time shall be of the essence as to
this two year period.

b.  **CLEAN UP:** The Contractors shall keep the Premises and surrounding area
free from accumulation of waste materials or rubbish caused by the operations
under this Contract.  After the completion of the work, the Contractor shall remove
from the Premises waste materials, rubbish, the Contractor's tools, construction

Initials _____ / _____

equipment, machinery, and surplus materials.

   c.  **BEFORE OR AFTER SUBSTANTIAL COMPLETION:** The Contractor shall promptly correct work failing to conform to the requirements of the Contract Documents, whether discovered before or after substantial completion and whether or not fabricated, installed or completed. Costs of correcting such rejected work, including additional testing and inspections and reasonable compensation for any architectural services and expenses made necessary thereby shall be at the Contractor's expense.

   d.  **ACCEPTANCE OF NON-CONFORMING WORK:** If the Purchaser prefers to accept work which is not in accordance with the requirements of the Contract Documents, the Purchaser may do so instead of requiring its removal and correction, in which case the total purchase price will be reduced as appropriate and equitable.

6.   **DRAW SCHEDULE**: See Exhibit "A" attached hereto (hereinafter referred to as "Draw Schedule"). The Purchaser shall make payments to the Contractor in accordance with the Draw Schedule when notified by the Contractor that the work contemplated under that Draw has been completed. Payment shall be due within 3 days of Contractor's notification to the Purchaser that the work contemplated under that Draw has been completed and time shall be of the essence as it relates to this paragraph. The Purchaser shall have no obligation to pay or see to the payment of money to any subcontractor, material man or laborer.

7.   **POSSESSION:** It is acknowledged by the parties hereto that Contractor and its agents have exclusive possession of the premises during construction, in order to minimize the risk of loss to Purchaser and to maximize performance of the Contractor's employees and subcontractors. Therefore, Purchaser shall not enter the premises during the construction period or prior to acceptance of the completed residence except without reasonable notice to the Contractor. Contractor shall deliver possession of the premises at completion of the residence in accordance with the terms of this agreement and upon payment in full of the Contract sum plus all work change orders. Final inspection by the building department or building inspector having jurisdiction and the issuance of the Certificate of Occupancy or Certificate of Completion shall be deemed substantial Completion of all improvements. Purchaser agrees not to take possession of the residence or property until all monies have been paid in full. Purchasers taking possession of the premises prior to the Contractor being paid in full shall be deemed to have taken the residence in "As Is" condition, unconditionally accepting any and all unfinished items or defective work as properly completed and waiving all warranties herein and shall remain fully liable for all unpaid balances.

8.   **HEALTH PERMITS:** Contractor is hereby authorized to take all necessary action to make application for a permit from the County Health Department having jurisdiction of said property to install a septic system in the above described real property (if a septic system is applicable). Said application generally requires an engineering survey, a 6 ft. deep hole and an application fee, all of which costs approximately _____. The Purchaser as described above shall pay cost of the Health Permit in the event the Contract is canceled prior to construction beginning.

9.   **WELL WATER:** ~~If the premises described herein shall not be served by a public water supply, Contractor shall provide Purchaser a well, including casing up to 60 feet deep, pump and all required pipe so as to flow sufficient fresh water to serve the premises. However, the Contractor makes no warranties, expressly or implied as to the quality of the water supplied which will be provided, and specifically said quality is not represented to be potable or otherwise suitable for drinking, nor is the quality of said water provided warranted, express or implied to meet the limitations or standards for drinking water as set forth by the United States Public Service, the State of Florida Department of Heath & Rehabilitative Services, any County Department of Health, or those of any other agency or branch of the United States, State of~~

Initials _RD_ / _RD_

~~Florida or County having jurisdiction over said property, or any other governmental authority claiming jurisdiction over the property described herein.~~

10.   **SUBSTITUTION & CHANGES:** Contractor shall have the right to substitute building materials, appliances and fixtures of other like kind, quality and to make minor structural changes in keeping with all applicable building codes and on the basis of good design standards. Except for the right of Contractor to make such substitution, there shall be no changes or variance from the referenced drawings and specifications and selection sheet except as specifically provided herein.

   A.   **CONDITIONS FOR CHANGES:**

      1.   The home will be built substantially in accordance with the plans and specifications referred to above and will incorporate all options selected and shown on this Contract and Addendum hereto. Any deviations must be acknowledged in writing by the Contractor. If any changes are made after execution of this agreement which effect if the price herein agreed to, Purchaser will be charged a minimum of $100.00 for each change made to cover processing and documentation costs for said change in addition to any charges incurred as a result of the change requested. The Purchaser must pay the cost of the change in full at the time the change work order is executed.

      2.   Contractor will clear and grade the entire lot.

      3.   Any change request will include an extension of time, which extends the date. Any change request, which does not mention a change in time, will implicitly increase the delivery date by five (5) days.

   B.   All trees will be removed that are within 5 feet of the house or in the driveway or walks, or in the direct path of water, sewer or septic tank area, electric lines or in a future drainage swale on the side of the house. Contractor and Purchaser will arrange a meeting to discuss tree removal prior to the start of the construction.

   Contractor reserves the right to remove any trees within the area described above, or trees which Contractor in, at its sole discretion, judges that the roots are so damaged by construction that the tree would be expected to die. Contractor will not be required to remove trees for the Purchasers convenience or remove trees outside the area affected by construction.

   C.   The elevation of the house may necessitate the Contractor to fill around trees when establishing the final grade of the lot. It is the Purchasers responsibility to remove excess dirt around trees that have been graded higher than the original grade to establish a well so that the roots may continue to breath.

   Contractor does not guarantee the life or growth of any tree.

11.   **FINAL GRADING:**   Purchaser recognizes that the County Health Department dictates the elevation at which the sewer invert leaves the foundation and also the lot drainage plan; and that the Building Department having jurisdiction of the construction dictates the elevation at which the culvert height must be set. Contractor must comply with the elevations as directed. Purchaser understands that such requirements determine the floor of the house and driveway elevations. Contractor will provide limited fill and limited grading of the lot to comply with elevation and drainage plans as established by local governing authorities. See paragraph 12 for Contractor's allowance.

Initials 

12. **FILL, GRADING & CLEARING ALLOWANCE**: Contractor has allowed a total of $24,000.00 for clearing (clearing consists of brush and tree removal within five feet of house), grading, fill dirt, house pad, septic sand and culvert.

The following tree species must be eradicated from site prior to certificate of occupancy: A. Melaleuca, B. Brazilian Pepper, C. Australian Pine, D. Earleaf Acacia**. Should additional cost be incurred for removal of these species, customer shall be responsible for said cost. If additional trees must be purchased for lot to meet county codes, cost of same shall be the responsibility of customer. Lot prep is allowance only: Due to Building and Health Dept. changing elevations and standing water regulations, an exact elevation cannot be determined at this time. Any additional costs incurred for fill, customer agrees to pay out-of-pocket. Any amount above this will be paid by the Purchaser as an extra, prior to the additional clearing, grading and/or fill being provided.

13. **SOD:** Upon completion of the construction, driveway and grade established, Contractor will provide and install see allow. of sod. It shall be the Purchasers responsibility to water, maintain and establish the lawn growth. Contractor does not guarantee the life or growth of the sod.

14. **LOT BOUNDARIES:** Purchaser shall at his/her expense supply a survey showing the dimension of the lot and approximate location of the house on the lot and septic locations.

15. **OCCUPANCY**: Occupying of any part of the property by the Purchaser shall be deemed to constitute an acknowledgment of complete, unqualified, irrevocable and satisfactory performance by the Contractor of the construction according to this Contract, and concurrence that any and all balances outstanding are due and payable to the Contractor.

16. **FINAL PAYMENT**: Final Payment shall be due when the Certificate of Occupancy or Certificate of Completion is issued by the applicable building department. Owner shall not take possession of the premises prior to full payment being made to the Contractor.

In the event any payment is delayed for any reason not attributable to the fault of the Contractor, Purchaser shall pay Contractor, in addition to all other sums called for hereunder, interest upon the unpaid balance due under the Agreement. Said interest shall be at a rate of 18% per annum or the maximum interest allowed by law, whichever is greater, and shall begin to accrue the day payment is due and unpaid.

17. **LIMITED WARRANTY:** See attached Exhibit "C".

18. **EXECUTION**: If the parties do not execute this agreement simultaneously, then the party who has not signed shall have 72 hours with which to sign this contract or this Contract can be declared null and void by notification in writing to the party who has not executed the Contract. Time shall be of the essence of this Contract.

19. **ANTICIPATORY BREACH**: If Purchaser, before Contractor starts construction, without legal excuse, attempts to breach this Contract and prevent Contractor from beginning construction of said residence, the Contractor shall be reimbursed by the Purchaser for the actual expense incurred up to the time of the breach, and for all profit which would have naturally flowed from this Contract, as if it had been fully completed, in addition to any legal fees incurred in order to collect same.

20. **GOVERNING LAW**: This Contract shall be construed in accordance with the laws of the State of Florida and venue shall be deemed proper in St. Lucie County, Florida.

21. **DEFAULT -LIQUIDATED DAMAGES**: All monies paid to the Contractor pursuant to this contract will be applied to the Purchase Price so long as Purchasers are not in default under the terms of this Agreement. In the event the Purchaser or its lender fails and refuses to make any

7

Initials

payment when due as provided herein, such unpaid balance shall earn interest (at a rate of 18% per annum, or the maximum allowed by law whichever is greater) from the date of Purchasers or its lenders failure to pay. Any and all monies previously paid by Purchaser or its lender may be retained by the Contractor and applied to said interest charge, which application shall in no way prejudice the rights of Contractor to sue for additional damages incurred. In the event Purchaser defaults hereunder, Contractor shall have the option to terminate this Contract and retain all monies previously paid by the Purchaser as its liquidated damages with five (5) days written notice to the Purchaser, or Contractor at its option, may sue for its damages or pursue any other legal or equitable remedy it may have.

22.   **UNUSUAL FORMATIONS**:  The Contractor reserves the right to cancel this contract and refund all monies in the event any geological or physical formations make it impractical or impossible to construct the type of house selected on the real property referred to above. Unusual formations shall include but not be limited to muck and shell rock. Contractor may at its option continue with this Contract where owners execute a work change order contemplating rectifying the unusual formation problem and agreeing to pay Contractor for the cost thereof.

23.   **RADON GAS**:  Radon is a naturally occurring radioactive gas, that when accumulated in a building in sufficient quantities, may present health risk the persons who are exposed to it over time. Levels of Radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding Radon and Radon testing may be obtained from your County Public Health Unit.

24.   **ENTIRE AGREEMENT**:  It is understood by and between the parties hereto that this Contract including the plans, specifications, selection sheets referred to above and any addendum to the contract which have been signed by the parties, contain all terms and conditions agreed upon between the parties, there being no oral conditions, representations, warranties or any other agreement made by the Contractor or any agent of the Contractor not contained herein.  Any subsequent conditions, representations or warranties or other agreements shall not be valid and binding upon the parties hereto unless made in writing and 'signed by both Purchaser and Contractor. Any representations made by any Realtor or any other agent of any Realtor is in no way binding upon the Contractor.

25.   **REALTOR**:   The parties agree that no real estate broker or salesmen was involved in the formation of this agreement and if any claim is made by the aforesaid individuals the Purchasers shall be fully responsible and indemnify the Contractor for any commissions claimed.

26.   **TIME**: Time is of the essence in this Contract.

27.   **PAYMENT DIRECTLY TO CONTRACTOR**: If any of the Construction funds concerning this project are supplied by a third party lender, Purchasers agree to execute any and all documents that authorize the lending institution to make all construction draw checks payable directly and solely to Contractor after each phase of completion and a favorable inspection by the lending institution, without any further written authorization by the Purchasers.

28.   **ATTORNEYS FEES**: In the event of litigation or binding arbitration, to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees and costs incurred.

29.   **RIGHT TO RECORD AGREEMENT**:  Purchaser specifically gives the Contractor the right to file in the Public Records all documents referred to herein in this Agreement.

30.   **PUNCH LIST ITEMS**:  The fact that there may be items to be corrected or completed as listed on a punch list will not prevent release of the final draw if a Certificate of Occupancy or Certificate of Completion has been issued. Purchaser shall not be entitled to possession until Purchaser, or his authorized agent shall have inspected the residence in the company of an

8                                                      Initials 𝒜𝒟 / 𝐵𝑜

authorized representative of the Contractor for the purpose of specifying complaints concerning the physical condition of the residence. Any physical defect or alleged defects not so specified on the punch list at the time shall be deemed to have occurred after said date, while the residence was in possession of the Purchaser. Purchaser and Contractor's representative shall sign said punch list. Failure of the Purchaser to make inspection when requested shall not delay release of last draw and shall be deemed a waiver of Purchaser's right to correction of said deficiencies. Contractor shall have 90 days from execution of the punch list to correct those items, which in its sole discretion, deems legitimate defects.

31.   **NOTICES**: Whenever any notice to Purchaser is required same may be either delivered or mailed by Certified Mail, addressed to Purchaser, at the address set forth in this Agreement. Whenever notice to Contractor is required the same shall be mailed by Certified Mail to Contractor addressed to Contractor at its address set forth in this Agreement. All notices shall be deemed and considered delivered when mailed as herein provided.

32.   **CAPTIONS**:   The titles of various paragraphs of this Agreement are for the convenience and reference only and in no way define, limited, effect or describe the scope of the paragraph.

33.   **REPRESENTATIONS**:   Purchaser represents that he has not relied upon any statement, verbal, or written published by or under the authority of Contractor in any advertising and promotional matter, not limited to brochures, newspaper or radio or television advertisements, but has based his decision on personal investigation, observation and the materials provided herewith. Changes or amendments to the residence, including but not limited to the plans, specifications, equipment and legal description of lot may be made from time to time which do not materially effect the rights of the Contractor, the value of the residence, without the approval of the Purchaser. Such changes or amendments, which do not materially affect the rights and liabilities of the Parties of this agreement, shall not be a cause or reason for termination or rescission by any party.

34.   **DEFAULT BY CONTRACTOR**: ~~In the even. of a default by contractor, the sole remedy of Purchaser shall be to file an action for specific performance. In no event shall Contractor be liable to Purchaser for any damages of any nature, which Purchaser may sustain.~~

35.   **FEES AND ASSESSMENTS**: Purchaser is responsible for any and all Federal, State, Municipal, city or town fees and assessments pertaining to sewer, water, gas, electric, storm drainage, impact and homeowners association related costs.

36.   **SELECTIONS**:   Purchaser agrees to promptly make any color or optional item selections from choices provided by Contractor. Any selection shall be final, unless the selection becomes unavailable to Contractor and Contractor requests Purchaser to make an alternate selection. If Purchaser fails to make any selection within 10 days after Contractors request to do so, then Contractor may at its option, make the selection on Purchasers behalf, without further notice and such selection shall be binding upon Purchaser. In connection with texture of furnished materials, Purchaser recognizes that the color and texture of it are not always true and therefore, Contractor shall not be responsible or liable for any variation thereof.

37.   **CERTIFIED FUNDS**:   In the event that there is no third party financing for the construction of this residence, all funds paid by Purchaser to Contractor will be paid by cash, certified check or cashier's check. ~~Purchaser shall establish a checking or savings account in both the Purchaser's and Contractor's Name and deposit the contract amount therein, less any deposits paid upon the execution of this agreement.~~

38.   **CHANGES IN CODE**: Any additional costs for labor, services and materials required by the building, zoning, health department and/or other governmental authority through a change in the code shall be the responsibility of the Purchaser. Purchaser further agrees to purchase a builder's risk policy on said residence naming Contractor as an additional insured. If Purchasers

9

Initials _____

fail to do so, Contractor at its option, and without any responsibility to do so, may purchase it and the cost of the policy shall be borne solely by the Purchaser.

38a.   **INSURANCE**:  Purchaser further agrees to purchase a Builder's Risk Policy on said residence naming Contractor as an additional insured.  If Purchaser fails to do so, Contractor at its option and without any responsibility to do so, may purchase said policy and the cost of the policy shall be borne solely by the Purchaser.

Contractor shall purchase from and maintain in a company or companies lawfully authorized to do business in the jurisdiction in which the Premises is located such insurance as will protect the Contractor from claims set forth below which may arise out of or result from Contractor's operation under the Contract and for which the Contractor may be legally liable, whether such operation be by the Contractor or a Subcontractor or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable:

a.   Claims Under Worker's Compensation, Disability Benefit and/or similar employee benefit acts which are applicable for the work to be performed;

b.   Claims for damages because of bodily injury, occupational sickness or disease, or death of the Contractor's employees;

c.   Claims for damages because of bodily injury, sickness or disease or death of any person other than the Contractor's employees;

d.   Claims for damages insured by usual personal injury liability coverage;

e.   Claims for damages other than to the work itself; because of injury to or destruction of tangible property including loss of use resulting there from:

f.   Claims for damages because of bodily injury, death of a person or property damage arising out of Ownership, maintenance or use of motor vehicle; and

g.   Claims for bodily injury or property damage arising out of completed operations.

39.   **THE RISK OF LOSS**:  Any loss and/or damage to said residence including but not limited to fire, theft, vandalism, rain, wind or any act of nature shall be borne solely by the Purchaser.

40.   **BINDING EFFECT**:  The parties expressly agree that this contract shall be binding upon their respective heirs, administrators and/or assigns.

41.   **NO WAIVER**:  The failure of the Contractor to insist in anyone or more instances upon the strict performance of anyone or more obligations under this contract or to exercise any election shall not be construed as a waiver or relinquishment for the future performance of such one or more obligations under this contract.

42.   **WAIVER OF JURY**:  Purchaser hereby does waive trial by jury in any action, proceeding, claim or counter-claim brought by Purchaser on any matters arising out of or in any way connected with this Agreement.

43.   **ASSIGNMENT**:  The Purchaser may not assign This Agreement without the prior written consent of the Contractor.

44.   **SEVERABILITY**:  The provisions of this Agreement shall be deemed severable, and the invalidity or enforceability of anyone or more of the provisions of this Agreement shall not affect the validity and enforceability of the other provisions.

Initials 

45.    **VENUE**:  Venue for all litigation shall be in St. Lucie County, Florida, unless otherwise dictated by Statute.

46.    **MATERIALS:** All materials will be provided by Woodland Enterprises, Inc. or their approved suppliers.

47.    **ELECTRICAL DISCONNECT CHARGE:** A charge of four hundred ($400.00) dollars will be required if electrical panel cannot be placed back-to-back with Florida Power and Light's electrical service.

48.    **COSTS:** Labor and material costs for construction of this home/improvement are based on current known costs and building codes.  Additional costs, in excess of 3% incurred through national emergency, acts of nature, or price increases over which Contractor has no control, shall be the responsibility of Owner.

49.    **WOOD/ LAMINATE FLOORING:** Woodland Enterprises, Inc. is not responsible for floor preparation needed to install wood or laminate flooring. There will be an additional charge if purchaser requests the baseboard be installed after the wood/laminate to cover painting and possible caulking of baseboard to the wood/laminate floor.  Woodland Enterprises, Inc. is not responsible for damage to flooring should the purchaser take the responsibility to provide the flooring.  Furthermore, wood/laminate flooring will increase the construction time of your home.

50.    ~~**PUMPS:** If Woodland Enterprises, Inc. cannot gain enough access for concrete trucks to pour concrete and a boom pump is required, the purchaser agrees to cover such costs.~~

51.    **SEPTIC SYSTEMS:** Information concerning the proper use and maintenance of your septic system is included in purchaser warranty package.  The care of the system lies solely with the Owners.  Woodland Enterprises, Inc. warrants that the soil and installation of the septic system meet code.  No other warranties are expressed or implied by Woodland Enterprises, Inc.

**NOTICE TO PURCHASER:**

THE BUYER OF A ONE FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT. THE BUYER MAY WAIVE THIS RIGHT IN WRITING.

I UNDERSTAND THAT I MAY REQUEST TO ESCROW ALL DEPOSITS (UP TO 10% OF THE PURCHASE PRICE). AS PROVIDED IN THE STATE ESCROW LAW, SECTION 501.1375, FLORIDA STATUTES. I FURTHER UNDERSTAND THAT IF I REQUIRE THE FUNDS TO BE HELD IN ESCROW, YOU MAY CHARGE ME THE COST OF A PREMIUM FOR SURETY BOND, OR MAY CHARGE ME THE INTEREST THAT YOU PAY TO BORROW MONEY IN THE AMOUNT EQUAL TO THE FUNDS HELD IN THE ESCROW ACCOUNT. SUCH ADDITIONAL CHARGES FOR PLACING THE DEPOSIT ESCROW WILL BE PAID BY ME AT CLOSING.

ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAYBE USED FOR CONSTRUCTION PURPOSES.

**PLEASE CHECK AN OPTION:**

_____          We the undersigned Purchasers hereby waive our right to have our money held in an interest bearing escrow account as allowed by law.

X _____  Initials          X _____  Initials

11                              Initials _____ , _____

We the undersigned Purchasers request our deposit monies be held in an interest bearing escrow account, with interest to be paid to the Contractor.

_____ Initials        _____ Initials

## NOTICE TO PURCHASER:

In accordance with Florida Statute section 489.1425 Contractor hereby gives Notice to Purchaser of the CONSTRUCTION INDUSTRY RECOVERY FUND.

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRY RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE LICENCED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONT ACT THE FLORIDA CONSTRUCTION INDUSTRY LICENCING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

CONSTRUCTION INDUSTRY LICENSING BOARD
7960 ARLINGTON EXPRESSWAY, SUITE 300
JACKSONVILLE, FL 32211

TELE: 904-727 5630

In witness whereof the parties hereto set their hand and seals as of the day and year indicated below:

WITNESS:

_____        By: _____ 2/21/05
                                 Contractor            Date

_____        X L. Shaikh  2/22/05
                                 Purchaser            Date

_____        X Rukhsana Shaikh 2/22/05
                                 Purchaser            Date

12                                    Initials ___/___

# WOODLAND ENTERPRISES, INC.
## UPGRADED SPECIFICATIONS FOR THE SHAIKH RESIDENCE
366 Day Full Service Builder Warranty
Impact Fees & Permits

## CONSTRUCTION & DESIGN INCLUDES:
Steel Reinforced Monolithic Slab
Concrete Block & Steel Construction
Subterranean Soil treatment
Energy Efficient Attic Ventilation
5/8" CDX Plywood Roofing
Interior Metal 16" OC Studs
Hurricane-Resistant Engineered Wood Trusses
Truss Covered porches (per plans)
Wire Lath & Stucco Soffits and Porch Ceilings
Copper Water Lines
Hollow Core Masonite 6 Panel Colonist Interior Doors Painted White
Vinyl Coated Ventilated Closet shelving (1 shelve clothes, 4 shelves linen)
Hollow Core Masonite Raised Panel Interior Bi-Fold Closet doors Painted White
3 ¼" Colonial Baseboards painted white and installed before flooring
2 ¼"Trim Painted White
Carrera Marble Window Sills (white and grey)
Knock Down finish Ceilings with 5/8" Drywall
Interior walls painted white w/ one coat orange peel and
one coat latex paint (Colorwheel: 200I interior flat)
Interior trim painted white w/ 2 coats semi gloss latex paint (Colorwheel: 360 optima)
Bronze or white single hung windows with bronze or white trim (screens included)
Tempered sliding glass doors 2000 series (per plan)
Recessed "no drip" Washer Connection
Air Conditioned Walk-In Closets and Baths
Tray Ceiling in Master Bedroom (Per plan)
10' ceilings

## ELECTRICAL FEATURES INCLUDE
220 Volt Dryer Outlet
All Copper Electrical Wiring
Prewire 6 TV & 6 Telephone Outlets
Smoke Detectors
Security System (2 keypads, sensors on all movable openings, prewire only for smoke and motion
detector)
200 AMP Electrical Service
GFI Outlets in Kitchen & Baths
Recessed Lights (per plan)
White outlet covers
12 recessed lights

## TOTAL ENERGY SAVING PACKAGE INCLUDES:
10 SEER High Efficiency Central AC
R-19 Batt Ceiling Insulation
Exterior Exhausted Dryer Vent

13

Initials

# WOODLAND ENTERPRISES, INC.
## UPGRADED SPECIFICATIONS FOR THE SHAIKH RESIDENCE

52 Gallon Quick Recovery H.W.
Insulated Attic A/C Duct
All Ext. Doors & Windows are Weather Stripped
Doors are Sealed on all 4 Sides
All Ext. Joints, Windows & Doors are Caulked

## KITCHEN & BATH INCLUDES:
Ceramic Floor Tile in Kitchen and Baths
Kenmore Deluxe 30" Range with Self Cleaning Oven and Timer (Smooth Top) (22-95302)
Kenmore 5 Cycle Dishwasher (22-14582)
Kenmore disposer (42-6012)
Kenmore 22 CF F.F. Refrigerator w/ Icemaker (46-52212)
Kenmore Built-In Microwave (20-61612)
Double Bowl Porcelain Kitchen Sink in white, almond, or bisque
Category 1 Granite w/ 4" backsplash and standard edging
Moen Deluxe Spray Head #7385 in glacier, sand, chrome, or chrome and glacier for Kitchen
Master Bath Faucets: Vanity: 4550CP+97558; Shower: 3127CP+97463, Roman Tub: T950CP+97373
Moen Deluxe Single Level Faucets in all other baths: #4621 – chrome
Moen tub/shower valve or shower valve (as applicable) in all baths except master #2353/#2352
Raised Panel Maple, Oak, Hickory or Foil Cabinets w/ 42" uppers in kitchen and
34 ½" high vanities in master bathroom
Cultured Marble Vanity Tops / Cultured Marble Whirlpool Tub in Master
Ceramic Tile in wet areas of bath to be installed approx. 7 ft. up from floor
Universal-Rundle elongated water saver toilets in white or bone
Universal-Rundle enamel steel tubs in white or bone
Full Width Vanity Mirrors to light fixture (approx. 40" up from vanity)
Ceramic Towel Bars and Soap Holders
Vented Exhaust Fans to Exterior

## OUTSIDE YOUR HOME INCLUDES:
Entegra Estates Roll Cement Roof Tile (Category 1)
Landscape Plantings, Irrigation Time Clock & Sod (see allowance)
25 x 17 Concrete Parking Pad
Pump/Well: 3/4 H.P. with tank, 2" well (up to 45ft. deep), up to 60 ft. suction line (where applicable)
3 Exterior Hose Bibbs / 3 GFI Weatherproof Exterior Electrical Outlets
Steel Garage Door with Hurricane Bracing and Electric Door Opener (2 controls)
Steel foam filled exterior Prem doors
Exterior walls painted with Colorwheel 110 optima latex acrylic flat
Exterior doors painted with Colorwheel 350 optima exterior latex acrylic semigloss
Hurricane Shutters – Galvanized Steel
Septic System (where applicable)

## QUALITY CONSTRUCTION FEATURES:
Full 2ft. Overhang on Perimeter of Home
2 x 8 Fascia
Wicking Paper Used Under All Tile Floors
Interior/Exterior Brass Hardware

14

Initials

## Exhibit A

1) Deposit upon signing Agreement (10%)      $

2) Additional deposit due when permits issued (10%)      $

3) When Slab is complete (20%)      $

4) When Roof is sheathed (30%) *30% at*      $

5) When rough Air Conditioning, and
    Electric are installed (20%)      $

6) When Standing Trim is set (10%)      $

7) Upon Completion of Contract by the Contractor (5%)      $

**TOTAL CONTRACT SUM**    *10% at*    **$365,188.75**

*Release of Lien Affidavit
will be supplied upon receipt
of Final Payment   W.F.R.*

15

Initials _____ *LD / RD*

## Exhibit B

## ALLOWANCES

- Ceramic Tile:     $2.00 sq. ft. allow. (tile only) - tile to be installed entry, kitchen, baths, living room, dining room, halls, family room, nook, and pantry
- Carpet:     $15.50 per yd. (L & M)
- Light & Fan:     $2,000.00
- Landscaping Pack.: $9,500.00 (to include Plantings, Irrigation Time Clock & Sod)

## SPECIAL NOTES

- All surveys and soil tests are the responsibility of the owner

- The following items will be paid out-of-pocket should the purchaser decide to go with these items:

  1.     Paver driveway
  2.     Columns at driveway
  3.     Electric for Columns

Initials *RD, RD*

**Woodland Enterprises, Inc.**
**15592 Jupiter Farms Road**
**Jupiter, FL  33478**

Authorization of Owner (or Owners) to:

_ST. LUCIE_  County Building & Zoning
_ST. LUCIE_  County Health Dept.
_ST. LUCIE_  County Concurrency

The Undersigned do hereby authorize Woodland Enterprises, Inc. to act on my (their) behalf and to make representations on my (their) behalf.  In authorizing the agent of Woodland Enterprises, Inc. to represent (me) (us), the owner (s) attest that the application is made in good faith and that any information by the owner (s) is accurate and complete.

State of Florida
County of _ST. LUCIE_

The foregoing instrument was acknowledged before me this  _3-24-05_  by
_LIAQUDDIN SHAIKH_                                                who is personally known to
me or who has produced  _P.K._  (type of identification) as identification and who did
(did not) take an oath.

_Carol Anne Gache_                              X _L. Shaikh_
Notary Public Signature                        Signature of Owner

_CAROL ANNE GACHE_                        _____
Notary Public Name Printed                    Owner's Name (Print)

(Notary Seal)

CAROL ANNE GACHE
MY COMMISSION # DD 350881
EXPIRES: September 24, 2008
Bonded Thru Notary Public Underwriters

                                               _____
                                               Signature of Owner

                                               _____
                                               Owner's Name (Print)

                                               _____
                                               Street Address

                                               _____
                                               City, State, Zip Code

                                               _____
                                               Telephone

Initials

Exhibit C
## LIMITED WARRANTY

WOODLAND ENTERPRISES. INC. warrants to purchasers ("Buyer") of homes sold and constructed by the COMPANY that such home is constructed in a good and workmanlike manner; is fit for the purpose for which it was intended and has been constructed in accordance with accepted building practices. It has been inspected by our trained personnel and by the building department of the area in which it is situated.

1. The warranty set forth in this Limited Warranty commences on the date that title to your home is conveyed to you (the "closing") and applies only to those items set forth in paragraphs 6.a and 6.b hereof. Any time periods specified herein will not be extended by any acts or inaction on the part of buyer or Seller, and are not waived or extended by any repairs, delays in repairs or requests for repairs unless said extension is specifically made in writing signed by the COMPANY.

2. Any request for service under this Limited Warranty must be sent in writing during the period of the applicable portion of this Limited Warranty to our office at the address appearing below on the signature line of the Limited Warranty. The request for service must set forth the nature of your warranty claim and a description of the alleged problem. Any request for service should also indicate times during normal business hours when you will be available at your home so that we can schedule an inspection and the appropriate work.

3. This Limited Warranty runs in favor only of the original Buyer of the home and is non-transferable. Any obligations under this Limited Warranty terminate if the property is resold or is no longer occupied by the homeowner to whom it is originally issued.

4. The Limited Warranty shall be automatically void in the event you or any person, firm or entity retained or authorized by you adds to or in any manner modifies any items constructed or supplied by the COMPANY, or if you make any structural or other changes.

5. Warranty work under this Limited Warranty will be performed only by the undersigned or by a contractor provided by the undersigned. There will be no charge to Buyer for labor, materials or transportation on the warranty work covered by this limited Warranty.

6. WARRANTED ITEMS:
   a. For a period of one (1) year after Closing. We will repair or replace whichever we determine to be appropriate in our sole judgment, any structural defects in workmanship or materials in the following:
      1) Plumbing
      2) Electrical System
      3) Air Conditioning system and heating system

   b. We hereby assign and pass through to you the manufacturer's warranty, if any, for appliances and equipment such as refrigerator, range, hot water heater, washing machine, clothes dryer, garbage disposal, ventilating fan, air conditioner and like items. Such items are excluded from this Limited Warranty. It will be your responsibility to timely assert any claim against the manufacturer.

7. NON-WARRANTED ITEMS: This Limited Warranty expressly excludes and there will be no implied assumption of responsibility for:
a. Exterior Walls;
b. Cracked and/or broken tile;
c. Burned out fuses, circuit breakers and light bulbs;
d.  Broken glass or torn screens unless called to the COMPANY's attention prior to closing;
e.  Mirror defects. unless called to the COMPANY's attention prior to closing;
f. Repainting of walls or ceilings, or refinishing of woodwork or cabinets unless any defects are called to the COMPANY's attention in writing, at or prior to closing;
g  Spots or imperfections in carpeting included in the home, unless called to the COMPANY'S attention in writing, at or prior to closing;
h. Any items not specifically listed as a warranted item in paragraph 6.a. and 6.b. of this Limited Warranty;
i. Landscaping and lawn; The COMPANY assumes no responsibility for these items; however, the COMPANY will replace any dead landscaping called to its attention in writing, at or prior to the closing;
j. Concrete coloring;
k. Ceramic tile or grout cracking;
l. Any item where the claimed defect or malfunction was caused by the buyer or any third party; the Buyer failing to provide necessary maintenance; or if caused by acts of God.
m. Any coating, paint, or stain, on garage floors,

8.  THERE ARE NO WARRANTIES THAT EXTEND BEYOND THE DESCRIPTION OF THE FACE HEREOF. THIS LIMITED WARRANTY IS THE ONLY EXPRESSED WARRANTY GIVEN. THIS LIMITED WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING. BUT NOT LIMITED TO, IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR THAT THE HOME WILL BE CONSTRUCTED IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS ON FILE WITH ANY GOVERNMENTAL AUTHORITY, WHETHER ARISING FROM CUSTOM, USAGE, COURSE OF TRADE, STATUTES, CASE LAW OR OTHERWISE, AND SHALL BE LIMITED TO THE WARRANTY PERIODS SET FORTH ABOVE. THE UNDERSIGNED DISCLAIMS ANY LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, INABILITY TO POSSESS THE UNIT, INCONVENIENCE, STORAGE COSTS, LOSS OF TIME, PERSONAL INJURY, DAMAGE TO IMPROVEMENTS MADE BY YOU, OR ANY OF YOUR PERSONAL PROPERTY.

9.  If you seek to pursue any claim or denied request for service under this Limited Warranty, you must give us notice of your intent to make a claim and the estimated amount of the claim in writing. Thereafter, we may notify you within thirty (30) days from receipt of said notice of our election to have the claim settled by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. In the event that we fail to so notify you within said thirty (30) day period, then you may proceed to commence an action for such claim in the courts of the State of Florida. In the event that we prevail on your claim, whether said claim be arbitrated or litigated, you shall be liable for all costs and expenses incurred by us on said claim, which sum shall include reasonable attorneys' fees.

AGREED AND ACCEPTED:
BUYERS (S):                                                  COMPANY: Woodland Enterprises, Inc.

_____ Dated:_____          BY: _____ Dated: 2/2x/05

18                                                        Initials ___ / ___

# EXHIBIT E



# CERTIFICATE OF OCCUPANCY

This Certificate is issued pursuant to the requirements of the Florida Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of St. Lucie County regulating building construction or use. For the following:

| Building Permit No. -   0504-1450 |
|---|

Parcel/Folio Nbr: 2433-502-0006-000/9

Lot # 6                                   Block:

Subdivision: Estates of Longwood

Occupancy: Residential - 1 & 2 family dwellings

Building Address: 3706 PROMENADE WAY

Legal Description: ESTATES OF LONGWOOD LOT 6 (0.35 AC) (OR 1514-1834)

Permit Job Description: CONSTRUCT SINGLE FAMILY RESIDENCE - 4/3

Permit Finaled: 01/05/2007

| Contractor | ERIC TOWNSEND | WOODLAND ENTERPRISES INC | (561) 575-4714 |
|---|---|---|---|
| | 15663 MELLEN LANE | JUPITER, FL 33478 | |

DENNIS M. GRIM, CBO                                Friday, January 05, 2007

Building Official                                          Date Printed

NOTE:

This Certificate of Occupancy is issued to the above named, for building at the above named location only upon the express provision that the applicant will abide by and comply with all the conditions of the Zoning Ordinances and all Ordinances or Building Codes of Saint Lucie County pertaining to the erection, construction or remodeling of buildings or structures.

This also certifies that the electrical wiring and/or equipment, and the plumbing work have been inspected and approved. The issuance of this Certificate grants permission to occupy and use the property described herein only for the use indicated. Any change in use will require a new Certificate of Occupancy.

## POST IN A CONSPICUOUS PLACE

# EXHIBIT F

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Liaquddin and Rukhsana Shaikh
Address of Affected Property: 3706 Promenade Way
Ft. Pierce, FL 34982

Is this Property? [X] Residential  [ ] Commercial  [ ] Governmental
Name of Person Completing this Form:
Is above your primary residence? (•) Yes   No ( )
Mailing Address (if different):

Phone: (772) 468 - 3673

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

Represented By: Baron & Budd, P.C
Address: 3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281

Phone: (214) 521 - 3605
Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner Renter Insurer: State Farm
Policy #: 59-TQ-3142-3B
Agent: Larry Lee Jr.
Address: 4075 Virginia Ave. Form
Ft. Pierce, FL 34981
Phone: (772) 461 - 6622

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Liaquddin Shaikh | 01 / / 07 | / / | X / F | 03 02/46 | (•)Yes  No( ) | Owner-Occupant |
| Rukhsana Shaikh | 01 / / 97 | / / | M / X | 05 02/53 | ( )Yes  No( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

ShaikhL00001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ⊗   No ○

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Chinese Drywall Screening, LLC

**1.2.** When did the inspection take place?   01 23 /10

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   ○ Yes   No ○

**2.1.** If "Yes" to Question 2.0, Section IV. Who made this determination?   Chinese Drywall Screening, LLC

**2.2.** When was this determination made?   01 23 /10

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf-Tianjin | KNAUF-TIANJIN | Throughout Home |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3800 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | |
| Height of Interior Walls | | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | 05 / /05 | Completion Date | 01 /07 /07 |
|---|---|---|---|
| Move in Date: | 01 / /07 | Date Acquired Home | 01 /01 /07 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ☒ |
| First Floor: Full Wall of drywall replaced | | | ☒ |
| Second Floor: Any drywall replaced | | | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Woodland Enterprises

Address:

Phone: ( )

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

## Section IX. Drywall Installer

Drywall Installer's Name:
Unknown

Address:

Phone: ( )

## Section X. Drywall Supplier

Drywall Supplier's Name:
Unknown

Address:

Phone: ( )

Page 2

ShaikhL00002

Patient Profile Form - Residential Properties

Section IV. Verification of Patient Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Patient Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in the declaration to the extent that such documents are in my possession, custody or control.

R. Shaikh,        1/29/2010
Claimant's Signature        Date Signed              Claimant's Signature        Date Signed

Rukhsana Shaikh        1/29/2010
Claimant's Signature        Date Signed              Claimant's Signature        Date Signed

Claimant's Signature        Date Signed              Claimant's Signature        Date Signed

TOTAL P.04

ShaikhL00003

MAY-21-2010 11:30 From:DR SHAIKH          772 466 1184          To:13055718558          P.3/9

A Stock Company With Home Offices in Winter Haven, Florida

7401 Cypress Gardens Blvd.
Winter Haven, FL 33888-0007
Named Insured                    K-19-2372-F597 F H

SHAIKH, LIAQUDDIN &
RUKHSANA
3706 PROMENADE WAY
FORT PIERCE FL 34982-8910

## DECLARATIONS PAGE

| Policy Number | 59-TQ-3142-3 | |
|---|---|---|
| Policy Period | Effective Date | Expiration Date |
| 12 Months | JAN 24 2007 | JAN 24 2008 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

## HOMEOWNERS POLICY

**Automatic Renewal** - If the policy period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagees/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Fungus (Including Mold) Limited Coverage : $15,000

Zone: 33   Construction: Masonry

| Coverages & Property | Limits of Liability | Inflation Coverage Index: 210.2 | |
|---|---|---|---|
| **SECTION I** | | Deductibles - Section I | |
| A Dwelling | $ 400,000 | Other Losses  1% | $ 4,000 |
| Dwelling Extension   up to | $ 40,000 | Hurricane 2.00% | $ 8,000 |
| B Personal Property | $ 300,000 | | |
| C Loss of Use | Actual Loss Sustained | | |
| **SECTION II** | | | |
| L Personal Liability | $ 100,000 | | |
| (Each Occurrence) | | In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy. Also see Hurricane Notice on Reverse Side of Page. | |
| Damage to Property | $ 500 | | |
| of Others | | | |
| M Medical Payments to | $ 1,000 | | |
| Others (Each Person) | | | |

| Loss Settlement Provision (See Policy) | | |
|---|---|---|
| A1 Replacement Cost - Similar Construction | | |
| B1 Limited Replacement Cost - Coverage B | | |

| | | |
|---|---|---|
| Non-Hurricane | $ | 468.60 |
| Hurricane Prem | $ | 3,436.40 |
| Policy Premium | $ | 3,905.00 |

Forms, Options, & Endorsements
| | |
|---|---|
| Homeowners Policy | FP-7955, FL |
| Fungus (Including Mold) Limit | FE-5475 |
| Hurricane Deductible | FE-5703.3 |
| Policy Endorsement | FE-5320 |
| Fungus (Including Mold) Excl | FE-5453 |
| Motor Vehicle Endorsement | FE-5396 |
| Back-Up of Sewer or Drain | FE-5702.1 |
| Amendatory Collapse | FE-5714 |

| | | |
|---|---|---|
| FHCF Assessment | $ | 39.05 |
| FL Emps Fund Surchg | $ | 2.00 |
| Total Amount | $ | 3,946.05 |

Discounts Applied:
Continued on Reverse

For questions, problems, or to obtain information about coverage call: 772-461-6622

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7002.5Q                    Continued on Reverse

2202   161 I
N 83,85,65,65,15,          Prepared   FEB 09 2007

LARRY LEE JR
772-461-6622

ShaikhL00004

FEB-01-2010 12:20 From:DR SHAIKH          772 466 1104          To:4777722          P.5/7
   JAN.29, 2010  4:04PM                                                      No.4507  P. 2


                              LARRY LEE, JR,
                              AGENT
                              4075 VIRGINIA AVENUE
                              FORT PIERCE, FL 34801
                              (772)461-8822
                              (772)461-3663                    JANUARY 29, 2010
                         Fire Policy Status
                                            H Ph. (772)468-3673

SHAIKH, LIAQUDDIN &          SFFL Policy: 59-TQ-3142-3 B     Yr issd: 2007
RUKHSANA                         Xref:                      YRs with SF: 3
3706 PROMENADE WAY
FORT PIERCE FL  34982-8910

                              Term: CONT
Type:  HO - HOMEOWNERS                              Renew date: JAN-24-11
Coverage information          Premium:   2,535.14   Written date: JAN-23-07
A-DWELLING    433700                                Estimate Num: T9G3-F4AA-0
DWELL EXT     43370
B-PERS PROP   325275
C-LOSS USE ACT LOSS

L-PERS LIAB   100000          Amount due:       SFPP
DMG TO PROP      500          Date due:         SFPP
M-MED/PERS      1000          Bill to:          SFPP

                              Prev prem:      1,729
Prev risk:    421,000         SFPP acct:1073-2739-19

Deductibles applied:  1% OTH PER 4337  2.00%  HURR 8674

Messages:                              ↗ 3%WH $  233/-    BCDS 5203
                                       ↗ HA      /-       MLD
   Year built: 2007    Constr: MASONRY        Premium Tax Surcharges
                       Home alert: SA DB FE   FHCF ASMT        24.25
                                              CITIZEN05EM      33.94
        Zone: 33                              05 FIGA EM       22.31
     Sub zone: 01                             CITIZN05R        27.64
     Families:01                              FL EMPAS          2.00


                         Roof Material: OTHER

Bldng Grade : 03
      Insp   :               Rating claims: 00
      Imprvd:                 Clean slate: 01-24-02
      Amt   :  -164
Pri  Pnt  :r -7.000: N
Move-in: 0   Entry: FEB-09-07    FMP seg: 07

ShaikhL00005



Woodland Enterprises, Inc.
15592 Jupiter Farms Road
Jupiter, Florida 33478
(561) 575-7585 | (800) 574-8162 | sales@woodland-enterprises.com

Copyright © 2008 Woodland Enterprises, Inc. All Rights Reserved.

ShaikhL00006

# Drywall Investigation Report

## 3706 Promenade Way, Fort Pierce, FL  34982

Inspection Date:

1-23-10

Property Owner:

Liaquaddin Shaikh

Report Number:

FL15-0130

CDS Inspector:

Carlos Trejo



CHINESE DRYWALL | SCREENING LLC

A trustworthy advocate for the concerned homeowner

ShaikhL00007



January 27, 2010

Liaquaddin Shaikh
3706 Promenade
Fort Pierce, FL 34982

RE: Report Number FL15-0130

Dear Dr. Shaikh,

At your request, an inspection of the subject property was performed on January 23, 2010. Chinese Drywall Screening, LLC is providing the enclosed report for your use. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations coupled with known affects from reactive drywall, Chinese Drywall Screening, LLC is of the opinion that reactive drywall <u>is</u> present in the above referenced property and the following type(s) of drywall were found:

      MDL 2046 Index No. #: 9 – KNAUF-TIANJIN

Pursuant to your agreement with Chinese Drywall Screening, LLC, we cannot guarantee the presence or absence of reactive drywall or the levels in which it may be present without exhaustive destructive testing and laboratory analysis.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

*Howard Ehrsam*

Howard Ehrsam, EI, CDP, LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC

Enclosures

ShaikhL00008



# Overview

## Overview of Subject Property



**Property Owner:** Liaquaddin Shaikh

**Address:**   3706 Promenade
Fort Pierce, FL  34982

**Subdivision:**  Estates of Longwood

**Builder:**  Woodland Enterprises

**Completion date:**  2006

**Size:** +/-4,000 sf

**Conclusion:** Based on our visual observations, experience and current state of knowledge in the industry, Chinese Drywall Screening, LLC is of the opinion that reactive drywall **is** present in the subject property.

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00009



# Scope of Investigation

## Scope of Investigation Services Performed

Chinese Drywall Screening, LLC (CDS) conducted a visual investigation of the various elements within the property for the presence of reactive drywall.

Investigative services typically include, but are not limited to:
- Verification of a sulfur attack on various components of the property
- Visual inspection of the drywall markings in respective areas of the sulfur attack
- Documentation of findings
- Samples of reactive drywall prepared for future laboratory analysis

CDS provided the above investigation in multiple areas throughout the home. However, we can not guarantee all types of reactive drywall within the subject property were identified.

The inspection required removal of various sections of drywall to be utilized as visual access points.  These access points were sealed upon completion.  For each unique variety of drywall discovered, at least one sample piece of drywall was preserved for future lab testing to be held by the homeowner.

The corroded elements along with any discovered drywall markings were documented during the inspection.  Observations were recorded and photographed.   Refer to the narratives and photo comments for details.

The following engineering report is utilized as a reference in regards to the sulfur attack on copper: Unified Engineering Report File 4050 dated March 17, 2009. Unified Engineering, Inc; 3056 Weber Drive, Aurora, IL 60502

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00010



# Case Narrative

## Narrative of information and observations

### Information obtained from client:

**Primary complaints related to the home and personal property within the home include, but are not limited to:**

June 4, 2009 replaced evaporator coil; replaced condensing coil due to leak. Microwave and TV stopped working; lights flicker; fixtures are pitted.

**Primary health complaints include, but are not limited to:**

Sinus congestion; dry nose; dry throat.

### Information summary of inspector observations:

**Odor associated with reactive Chinese drywall:**

Odor associated with reactive Chinese drywall was noticed throughout inspection.

**Visual observations of the affects associated with reactive Chinese drywall:**

Soot or "black deposits" as defined by Unified Engineering File No. 4050 associated with reactive were observed in various areas of the home confirming the presence of reactive drywall. Soot was observed on the A/C evaporator coils but not on the refrigerant line outside the unit. Ground wires of the inspected receptacles and switches had a soot residue. Copper refrigerator components had a soot residue. Desilvering and/or halos were observed on mirrors. Soot was observed on the copper water lines under the kitchen sink. Soot was not observed on the control wires of the garage door opener. The water heater is in the garage and the pipe fittings had no soot residue. Visual signs of corrosive affects were not observed in the garage. Garage ceiling drywall contained 5/8" sheetrock stamp on back of drywall.

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00011



# Conclusion

## Conclusion with Recommendations

Based on our visual observations, experience and current state of knowledge in the industry, Chinese Drywall Screening, LLC is of the opinion that reactive drywall **is** present in the subject property.  Below is an opinion summary of areas in regards to the presence of reactive Chinese drywall:

- Interior walls: Reactive drywall is prevalent throughout
- Interior ceiling: 5/8" Sheet Rock, Red/White label observed
- Garage walls:  No evidence of reactive drywall
- Garage ceiling: 5/8" Sheet Rock, Red/White label observed

The above general summary is based on visual inspections plus various pieces of information gathered.  Although rare, there have been cases of improper installation and mixing of $^5/_8$" and ½" on ceilings and walls which could affect some of the conclusions.  Further testing is recommended for confirmation of reactive areas prior to remediation.

It is the intent of CDS to inform and empower the Client with enough knowledge to make the best, well informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.  In addition, we recommend you to consult with an attorney <u>before</u> you notify your homeowner's insurance.  If you live in a condominium, we also recommend that you notify your Association.

<u>What you can do today:</u>  Heat and humidity exacerbate the issue.  Therefore, running the A/C cooler and getting a dehumidifier should help. Two primary items to consider for immediate action are 1) Mortgage forbearance if applicable and 2) Property tax reduction.  It is critical to understand the implications with these and we recommend contacting an attorney for details.

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00012



# Corrosion Evidence

## Observations and Evidence of Corrosion

**Observations of the affects associated with reactive Chinese drywall:**

Soot or "black deposits" as defined by Unified Engineering File No. 4050 associated with reactive drywall were observed on the AC evaporator coils and on the external refrigerant line.



**Additional photos continue on next page.......**

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00013



# Corrosion Evidence

## Observations and Evidence of Corrosion



AC Unit 2

Copper oxide/sulfide coating on copper coils



Kitchen Receptacle, East wall

Copper oxide/sulfide coating on copper ground wire

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00014



# Corrosion Evidence

## Observations and Evidence of Corrosion



Kitchen Receptacle, North wall

Copper oxide/sulfide coating on copper ground wire



Dining Room Receptacle, South wall

Copper oxide/sulfide coating on copper ground wire

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00015



# Corrosion Evidence

## Observations and Evidence of Corrosion



Living Room Receptacle,
Ease wall

Copper oxide/sulfide
coating on copper
ground wire



Hallway Receptacle,
South wall

Copper oxide/sulfide
coating on copper
ground wire

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00016



# Drywall Markings

## Observations of Drywall Markings

### Observations:

Interior Ceiling Drywall Stamp from Master Bedroom Attic. KNAUF-TIANJIN label observed is positive match to MDL Index No. 9



Interior Ceiling Drywall Stamp from Master Bedroom Attic

### Conclusions:

Manufacturer/MDL-2047 Index:  **No. 9 – KNAUF-TIANJIN**

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

Shaikh L00017



# Drywall Markings

## Observations of Drywall Markings

### Observations:

Interior Wall Drywall Stamp from Dining Room.  KNAUF-TIANJIN label observed is positive match to MDL Index No. 9



Interior Wall Drywall Stamp from Dining Room

### Conclusions:

Manufacturer/MDL-2047 Index:  No. 9 – KNAUF-TIANJIN

Additional photos continue on next page…….

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00018



# Drywall Markings

## Observations of Drywall Markings (cont.)

### Observations:

Interior Ceiling Drywall Label from Master Bedroom Attic.  KNAUF-TIANJIN label observed is positive match to MDL Index No. 9



Interior Ceiling Drywall Label from Master Bedroom Attic

### Conclusions:

Manufacturer/MDL-2047 Index:  No. 9 – KNAUF-TIANJIN

Additional photos continue on next page.......

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00019



# Drywall Markings

## Observations of Drywall Markings (cont.)

**Observations:**

Interior Ceiling Drywall Label from Master Bedroom Attic. KNAUF-TIANJIN label observed is positive match to MDL Index No. 9



**Conclusions:**

Manufacturer/MDL-2047 Index: **No. 9 – KNAUF-TIANJIN**

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00020



# Drywall Markings Index

## Reference for Drywall Markings

Multi District Litigation No. 2047 was created for the Chinese-manufactured drywall products liability litigation. United States District Court, Eastern District of Louisiana developed a compilation of photograph examples that CDS utilized as a reference for developing conclusions in the identification of the origin of the reactive drywall in the subject property. These photographs are available at: http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm or click on the individual links below.

### Chinese Drywall Markings Index
*Last Updated: September 23, 2009*

| No. | Chinese Manufactured Drywall | | |
|---|---|---|---|
| 1 | Bedrock Gypsum | 19 | Unknown |
| 2 | Beijing New Building Materials PLC (BNBM) | 20 | Unknown |
| 3 | C&K Gypsum | 21 | Unknown |
| 4 | Crescent City Gypsum | 22 | Unknown |
| 5 | Dragon Brand Drywall | 23 | Unknown |
| 6 | IMG Drywall | 24 | Unknown |
| 7 | International Materials Trading (IMT) Gypsum | 25 | Unknown |
| 8 | Knauf Dongguan | 26 | Venture Supply Inc. (Taihe/Taihe) |
| 9 | Knauf Tianjin | **No.** | **Non-Chinese Manufactured Drywall** |
| 10 | Knauf WuHu | 27 | Georgia Pacific |
| 11 | Pro Wall | 28 | Lafarge |
| 12 | Taihe | 29 | National Gypsum |
| 13 | Taian Taishan | 30 | USG |
| 14 | Taishan | **No.** | **Drywall From Unknown Origins** |
| 15 | Unknown | 31 | Pro-Roc |
| 16 | Unknown | 32 | Unknown |
| 17 | Unknown | 33 | Unknown (Palatka, FL) |
| 18 | Unknown | 34 | Unknown |
| | | 35 | Unknown |

Liaquaddin Shaikh
FL15-0130

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

ShaikhL00021