AO 440 (Rev. 12/09) Summons in a Civil Action

**RETURN**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Kenneth Abel, et al )
_Plaintiff_ )
)
v. )  Civil Action No. 11-080 Section L
)
Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe )
Dongxin Co., Ltd, et al )
_Defendant_ )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gulf South Drywall
~~9551 Lancaster Road~~
~~Theodore, AL 36582~~

/o David Rogers, Jr.
10332 Parison Station Ct.
Theodore AL. 36582
(251) 554-1504

C/O: ~~Jimmy D. Gilmore, Jr.~~
or David Rogers, Jr. ~~or anybody~~
~~claiming to be Registered Agent.~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: January 18, 2011

*Signature of Clerk or Deputy Clerk*

I SERVED A COPY OF THIS SUMMONS to MR. DAVID RODGERS on 07 FEBRUARY 2011 @ 9:58 AM IN FRONT OF 1700 SPRINGHILL AVE MOBILE AL. 36606

D.L. Vinson
PRIVATE PROCESS SERVER
2/7/11 9:58 AM

David Rogers, Jr.