Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hanover Homes, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __St Lucie__ )

**Name of Server:** __Bradley A Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4__ day of __March__, 20 __11__, at __1025__ o'clock __A__ M

**Place of Service:** at __2407 SW Monterrey Lane__, in __Port St. Lucie, FL 34953__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Hanover Homes, Inc.**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Marilyn Petrozzelli, Vice president__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __D. Blonde__; Facial Hair __No__
Approx. Age __55+__ ; Approx. Height __5'5"__ ; Approx. Weight __130 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __8__ day of __March__, 20 __11__

__Amy M. Kreyling__  9/25/14
Notary Public      (Commission Expires)

**APS International, Ltd.**

