Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0188

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Home Depot U.S.A., Inc.
Court Case No. 11-080 Section L

---

State of: **Delaware** ) ss.

County of: **New Castle** )

Name of Server: **Robert DeLacy, III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **March**, 2011, at **1:26** o'clock **P** M

Place of Service: at **2711 Centerville Road, Ste. 400**, in **Wilmington, DE  19808**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on:   A true and correct copy of the aforesaid document(s) was served on:
Person Served, and   **Home Depot U.S.A., Inc.**
Method of Service:   By delivering them into the hands of an officer or managing agent whose name and title is: **Paul Matthews  (Litigation Support)**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:  N/A
Sex _____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this

**10** day of **Mar**, 20 **11**

_____
Notary Public  (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION
EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE