Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0271

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--James & Vita. L.L.C.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_       ) ss.
Parish
County of: _St. Tammany_    )

| | |
|---|---|
| **Name of Server:** | _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _12_ day of _March_, 20 _11_, at _9:25_ o'clock _A_ M |
| **Place of Service:** | at _140 Rue Acadian_, in _Slidell, LA 70461_ |
| **Documents Served:** | the undersigned served the documents described as: |

**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**

**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**

**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**

**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:

**James & Vita. L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ken James_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Olive_ ; Hair Color _Dark_ ; Facial Hair _None_
Approx. Age _50_ ; Approx. Height _6'0_ ; Approx. Weight _200_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this _18_ day of _March_ 20 _11_

_(signature)_
Notary Public

_23032_
(Commission Expires)

**APS International, Ltd.**