Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0221

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Johnson Lumber Company, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MADISON** )

**Name of Server:** **MICHELLE WALLACE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **MARCH**, 20 **11**, at **11:16** o'clock **A** M

**Place of Service:** at 110 Andrew Street, in Albertville, AL 35950

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Johnson Lumber Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **GEORGE LILES (MANAGER)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **DARK/GRAY** Facial Hair **N/A**
Approx. Age **60**; Approx. Height **6'0"**; Approx. Weight **200 LB**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Michelle Wallace_
Signature of Server

Subscribed and sworn to before me this **9th** day of **March**, 20 **11**

_Nina R. Rich_
Notary Public     (Commission Expires)

MY COMMISSION EXPIRES 6-25-2014

**APS International, Ltd.**