Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109397-0250

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Joseph Scott
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

**Name of Server:** Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of March, 20 11, at 11:55 o'clock A M

**Place of Service:** at 4967 Brittany Court, in New Orleans, LA 70128

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Joseph Scott**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Joseph Scott** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of March, 20 11

Notary Public    (Commission Expires)
23032