Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0171

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Port St. Lucie, LLC, nka KB Home Treasure Coast, LLC, c/o Corporation Service Company
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Plus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _March_, 20 _11_, at _9:00_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**KB Home Port St. Lucie, LLC, nka KB Home Treasure Coast, LLC, c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Mackley - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair ____
Approx. Age _42_; Approx. Height _5'8_; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_3-2-11_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _2_ day of _March_, 20 _11_

Notary Public     (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019