Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0213

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KC Gypsum, d/b/a Rew Materials
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: JOHNSON ) ss.
County of: KANSAS )

**Name of Server:** THOMAS A SPRIGGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of MARCH, 20 11, at 4:58 o'clock p. M

**Place of Service:** at 15720 W. 108th Street, Ste. 100, in Lenexa, KS 66219

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
KC Gypsum, d/b/a Rew Materials

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SARAH BORKOHSH  P/A  (H.R.)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color RED ; Facial Hair ___
Approx. Age 26-35 ; Approx. Height 6'0"+ ; Approx. Weight 150 LBS+

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of MAR 16 2011, 20

Signature of Server

APS International, Ltd.

Notary Public   (Commission Expires)

TAMMIE BURTON
MY COMMISSION EXPIRES
February 17, 2013
NOTARY SEAL
#09753463
JACKSON COUNTY
NOTARY PUBLIC, STATE OF MISSOURI