Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0191

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation, d/b/a Seacoast Supply Company
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of March, 2011, at 2:00 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
L&W Supply Corporation, d/b/a Seacoast Supply Company
By delivering them into the hands of an officer or managing agent whose name and title is: Scott LaScala Operations Mngr)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color cauc ; Hair Color brn ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this 10 day of Mar, 20 11

_Notary Public_

(Commission Expires)
GIOVANNA LESSA
EXPIRES JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE

**APS International, Ltd.**