Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by

## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0275

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Laporte Family Properties, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
Parish
County of: _St. Tammany_ )

Name of Server: _Kyle Ehrenreich_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14_ day of _March_ , 20 _11_ , at _8:55_ o'clock _A_ M

Place of Service: at _950 West Causeway Approach_ , in _Mandeville, LA  70471_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**

**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**

**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**

**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Laporte Family Properties, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Megan Bagley Front office_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Blonde_; Facial Hair _—_
Approx. Age _36_ ; Approx. Height _5'6"_ ; Approx. Weight _120_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _N_ day of _March_ 20 _11_

_23032_

Signature of Server                        Notary Public                    (Commission Expires)

**APS International, Ltd.**