Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Legend Custom Builders Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **March**, 20 **11**, at **9:45** o'clock **A** M

**Place of Service:** at **1429 Colonial Blvd, Ste 201**, in **Fort Myers, FL  33907**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Eric Belisle, Forrester Hart Belisle Whitaker, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Black**; Facial Hair ____
Approx. Age **45**; Approx. Height **6'0"**; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Raymond V. Laakso*
Signature of Server  #157154

Subscribed and sworn to before me this **8th** day of **March**, 20 **11**

*[signature]*
Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775941
Expires 04/05/2012

987