| | |
|---|---|
| Kennth Abel, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 109397-0162

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MacGlen Builders, Inc., c/o Claudette Crawford, Registered Agent
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.
County of: _Baker_ )

**Name of Server:** _Patricia Loughery_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _March_, 20 _11_, at _12:45_ o'clock _P_ M

**Place of Service:** at _5985 South River Circle_, in _Macclenny, FL 32063_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
MacGlen Builders, Inc., c/o Claudette Crawford, Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Claudette Crawford  Reg. Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Auburn_; Facial Hair ___
Approx. Age _60_; Approx. Height _5'6"_; Approx. Weight _145_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _8_ day of _Mar_, 20 _11_

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
Fl. Notary Discount Assoc. Co.