UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JOYCE ROGOLINO

who, being duly sworn, upon her oath deposed and stated as follows:

1. She is the Managing Member of Pat's Construction, LLC. ("Pat's Construction"), and as such, has personal knowledge of the following based on her review of records maintained by Pat's Construction in the regular course of business.

2. Pat's Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in St. Lucie County, Florida.

3. Pat's Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Pat's Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Pat's Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT "A"

6. Pat's Construction does not have an agent for service of process in Louisiana.

7. Pat's Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Pat's Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Pat's Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Pat's Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Pat's Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Pat's Construction never anticipated it would be haled into court in Louisiana.

_____
JOYCE ROGOLINO

STATE OF FLORIDA
COUNTY OF ST. LUCIE

SWORN TO AND SUBSCRIBED BEFORE ME THIS 9th DAY OF May, 2011. By Joyce Rogolino, who presented FL DRIV. LIC. as identification.

_____
NOTARY PUBLIC — Tammy M. Crandell



TAMMY M. CRANDELL
Notary Public - State of Florida
My Comm. Expires Sep 16, 2011
Commission # DD 710057

2