Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MC Contractors, Inc
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of March, 20 11, at 6:10 o'clock P M

**Place of Service:** at 4040 16 Avenue SE, in Naples, FL 34117

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
MC Contractors, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Martha Cardona as spouse of Jose Abin Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Brown ; Hair Color Brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'3" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Joseph R. Cripe
#157299
APS International, Ltd.

Subscribed and sworn to before me this 10th day of March, 20 11
Elena Alvarado
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1017