UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
Dorothy Arndt, et al. v. Gebrueder Knauf, et al.,     MAG. JUDGE WILKINSON
Case No. 11-2349, Sect. L Mag. 2

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Ryan E. Baya of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Sixty Fifth And One LLC and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court. This Notice of Appearance is submitted reserving all defenses and objections related to service of process, venue, and/or jurisdiction.

Dated: November 2, 2011

                               s/ Ryan E. Baya
                               JEFFREY M. PASKERT
                               Florida Bar No. 846041
                               jpaskert@mpdlegal.com
                               RYAN E. BAYA
                               Florida Bar No. 0052610
                               rbaya@mpdlegal.com
                               MILLS PASKERT DIVERS
                               100 N. Tampa Street, Suite 2010
                               Tampa, Florida 33602
                               (813) 229-3500 – Telephone
                               (813) 229-3502 – Facsimile
                               *Attorneys for Sixty Fifth and One LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 2nd, 2011, this document has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                      s/ Ryan E. Baya
                                                     Attorney