UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, et al. | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-1363 | * * * * | MAG. WILKINSON (4) |

## **DEFENDANT ASSOCIATED BUILDERS AND DEVELOPERS, INC.'S MOTION TO DISMISS**

NOW INTO COURT, through special appearance of undersigned counsel appearing only for the purpose of this Motion to Dismiss, comes Defendant Associated Builders and Developers, Inc. ("Associated") who moves this Court for an order dismissing the Omnibus Class Complaint and action against Associated for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or, alternatively, to transfer venue to the Southern District of Florida pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404.

WHEREFORE, Associated Builders and Developers, Inc. prays that its Motion to Dismiss pursuant to FED. R. CIV. PRO. R. 12 be granted, and this Court dismiss Plaintiff's claims against it or, alternatively, transfer venue to the Southern District of Florida.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
ASSOCIATED BUILDERS AND DEVELOPERS, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of November, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG