Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--MW Johnson Construction of Florida, Inc.
Court Case No. 11-080 Section L

State of: Minnesota ) ss.
County of: Hennepin )

**Name of Server:** Kimberly Kes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 12-Mar-2011 07:45 pm

**Place of Service:** at 16823 Island Avenue, city of Lakeville, state of MN

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
MW Johnson Construction of Florida, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Lisa Johnson, Wife of Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F  ; Skin Color  White  ; Hair Color  brown  ; Facial Hair  N/A
Approx. Age  33  ; Approx. Height  5'10"  ; Approx. Weight  130

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 18th day of March, 20 11

Notary Public          (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 109397-187



Jessica Lynn Kimmes
Notary Public
Minnesota
My Commission Expires January 31, 2012