Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0294

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--North Pacific Group, ATTN: MICHAEL G HALLIGAN
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Oregon ) ss.
County of: Multnomah )

**Name of Server:** Paul Bahr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30th day of March, 20 11, at 12:42 o'clock PM

**Place of Service:** at 1000 SW BROADWAY STE 1400, in Portland, OR 97205

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
North Pacific Group, ATTN: MICHAEL G HALLIGAN

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Michael Halligan, Authorized Rep.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ____ ; Skin Color ____ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 1st day of April, 20 11

Notary Public       (Commission Expires)

APS International, Ltd.



OFFICIAL SEAL
WALLY E LEMKE
NOTARY PUBLIC-OREGON
COMMISSION NO. 436239
MY COMMISSION EXPIRES MARCH 17, 2013