Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0290

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Osprey-Gulf Shore Building Materials, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **March**, 20 **11**, at **2:00** o'clock **P** M

Place of Service: at **945 Wagner Plaza**, in **Fort Pierce, FL 34982**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand; Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants; Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1; Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Person Served, and **Osprey-Gulf Shore Building Materials, Inc.**
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Vince Price - Regional Inventory Manager**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair —
Approx. Age **50**; Approx. Height **6'3"**; Approx. Weight **200-220 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

Subscribed and sworn to before me this **31** day of **March**, 20 **11**

_____
Notary Public      **7-14-12**
(Commission Expires)



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

APS International, Ltd.