Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pat's Construction, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** _Amy M. Kreyling_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **March**, 20**11**, at **2:15** o'clock **P** M

**Place of Service:** at **6396 Citrus Avenue**, in **Ft. Pierce, FL 34982**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Pat's Construction, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: **Joyce Rogolino - Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair —
Approx. Age **60ish**; Approx. Height **5'3"**; Approx. Weight **150-160 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Amy M. Kreyling_
Signature of Server

Subscribed and sworn to before me this **31** day of **March**, 20**11**

_[signature]_
Notary Public      7-14-12
(Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services