Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109397-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Picayune Discount Building Supply
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: MISSISSIPPI ) ss.
County of: PEARL RIVER )

**Name of Server:**  STEVEN SCHOLTES, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the 15 day of MARCH, 20 11, at 248 o'clock P M

**Place of Service:**  at 1919 Palestine Road, in Picayune, MS 39466

**Documents Served:**  the undersigned served the documents described as:

Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Picayune Discount Building Supply**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and title is: BRANDI MERRELL, Manager

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BROWN ; Facial Hair NO
Approx. Age 26 ; Approx. Height 5'4 ; Approx. Weight 143
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16 day of MARCH, 20 11

_____
Signature of Server

Karlan K. Yordy 6-1-2012
Notary Public
(Commission Expires)

**APS International, Ltd.**

KARLAN K. YORDY
NOTARY PUBLIC
HANCOCK, MISSISSIPPI
EXPIRES 06-01-2012
#74014