Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0103

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.D.S. Construction
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SHANNA SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of March, 20 11, at 8:33 o'clock P M

**Place of Service:** at 11629 Greensleeve Avenue, in Tampa, FL 33626

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**R.D.S. Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: GINA DROUET - Authorized obo Rodrigo Drouet, Director

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Brown ; Hair Color Brown ; Facial Hair ———
Approx. Age 38 yrs; Approx. Height 5'5" ; Approx. Weight 135 lbs
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _____ day of March, 20 11

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Notary Assn., Inc.

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Notary Assn., Inc.