Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0174

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --RCL Development, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Indian River** )

**Name of Server:** William Bressett, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of March, 2011, at 10:05 o'clock A M

**Place of Service:** at 5099 Highway A1A, Ste. 20, in Vero Beach, FL 32963

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
RCL Development, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Charles A. Garrett, Jr., **Vice President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **m**; Skin Color **w**; Hair Color **Gray**; Facial Hair **n**
Approx. Age **64**; Approx. Height **6'**; Approx. Weight **180**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 14 day of MARCH, 20 11

Notary Public    3/1/14 (Commission Expires)

APS International, Ltd.



DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537