Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0163

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC/The St. Joe Company
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL**
Name of Server: **RODNEY J. DENSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **MARCH**, 20 **11**, at **2:10** o'clock **P** M

Place of Service: at **245 Riverside Ave., Ste. 500**, in **Jacksonville, FL 32202**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC/The St. Joe Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **DELORES BEAMON - ADMIN. ASST.**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **BLACK**; Hair Color **BLACK**; Facial Hair **—**
Approx. Age **40**; Approx. Height **5'1"**; Approx. Weight **160**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **11** day of **March**, 20 **11**

Notary Public   (Commission Expires)



Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012