Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0046

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--S.A.M. Drywall, Inc
Court Case No. 11-080 Section L

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of March, 20 11, at 11:00 o'clock A M

**Place of Service:** at 5147 Castello Drive, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand; Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants; Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1; Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**S.A.M. Drywall, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mark Slack, Managing Member at Corporate Registered Agent, as Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair ____
Approx. Age 45; Approx. Height 6'0"; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299

**APS International, Ltd.**

Subscribed and sworn to before me this 22nd day of March, 20 11
Elena Alvarado
Notary Public (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775481
Expires 04/06/2012

1013