# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Case No. 2:11-cv-2349 Dorothy Arndt, *et al*, v. Gebrueder Knauf Verwaltungsgesellschaft, KG. *et al.* | | |

*************************************************

## NOTICE OF BANKRUPTCY FILING

Rivercrest, LLC (improperly identified in the Complaint as Rivercrest LLC/The St. Joe Company) ("Debtor") provides the court with notice of its filing for protection under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-17612-MGW. In accordance therewith and pursuant to the provisions of 11 U.S.C. § 362, all actions against the Debtor, including this case, are stayed until further order of the Bankruptcy Court.

The Debtor respectfully requests that this Court and all parties to this action take note of the filing of the bankruptcy petition by Debtor and of the applicability of the automatic stay.

Respectfully submitted,

*/s/ D. Matthew Allen*
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513

21353795.1

CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:     (813) 223-7000
Fax:               (813) 229-4133
ccoutroulis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com
*Attorneys for Rivercrest, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Bankruptcy Filing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of November, 2011.

/s/ D. Matthew Allen