Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smokey Mountain Materials, Inc., c/o National Registered Agents, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Tennessee** ) ss.
County of: **Davidson** )

Name of Server: **Lee A. Miller**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15th** day of **March**, 20**11**, at **1:20** o'clock **P** M

Place of Service: at **2300 Hillsboro Road, Ste. 305**, in **Nashville, TN 37212**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Smokey Mountain Materials, Inc., c/o National Registered Agents, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Deborah Hickerson, RA**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Caucasian** ; Hair Color **red blond** ; Facial Hair **Ø**
Approx. Age **60** ; Approx. Height **5'7"** ; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lee A. Miller_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **21st** day of **March**, 20**11**

Notary Public   (Commission Expires)