UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:   11-2349 (Arndt) | Judge Fallon |
| _____/ | Mag. Judge Wilkinson |

## NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente and Carlton Fields, P.A. hereby notice their appearance as counsel on behalf of David Weekley Homes, LLC, one of the defendants in <u>Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.</u>, and request that all correspondence and pleadings be directed to them.  David Weekley Homes, LLC files this notice of appearance per Court order, and specifically reserves all rights to object to sufficiency of process, service of process, venue, and the jurisdiction of this Court.

          Respectfully submitted,

          /s/Jaret J. Fuente
          Jaret J. Fuente
          Florida Bar No. 0146773
          CARLTON FIELDS, P.A.
          Corporate Center Three, International Plaza
          4221 West Boy Scout Blvd., Suite 1000
          Tampa, FL  33607
          Telephone:  (813) 223-7000
          Facsimile:  (813) 229-4133
          E-mail:  jfuente@carltonfields.com

*Counsel for David Weekley Homes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this <u>3rd</u> day of November, 2011.

/s/Jaret J. Fuente
Attorney