Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0217

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Community Homes, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Marion_ )

**Name of Server:** _Ernest V. Martinez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16_ day of _March_, 20_11_, at _11_ o'clock _A_ M

**Place of Service:** at _1900 SW 97th Place_, in _Ocala, FL 34476_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Southern Community Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Shawn Eberly - Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Blond_; Facial Hair _N_
Approx. Age _48_; Approx. Height _5'7_; Approx. Weight _166_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_ #87-22

Subscribed and sworn to before me this _16_ day of _March_, 20_11_

_Notary Public_  6-15-11  (Commission Expires)
KENNETH W KELLEY, JR
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7010

**APS International, Ltd.**