Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0276

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Star Construction Company, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
Parish
County of: _St. Tammany_ )

**Name of Server:** _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14_ day of _March_, 20 _11_, at _8:56_ o'clock _A_ M

**Place of Service:** at _950 W. Causeway Approach_, in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Southern Star Construction Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Megan Bagley Front Office_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Blonde_ ; Facial Hair _—_
Approx. Age _36_ ; Approx. Height _5'6_ ; Approx. Weight _130_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Kyle Ehrenreich_
Signature of Server

Subscribed and sworn to before me this _18_ day of _March_, 20 _11_

_[Notary signature]_
Notary Public

23032
(Commission Expires)

**APS International, Ltd.**