Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0161

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Taurus Homes, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

Name of Server: **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **March**, 20 **11**, at **4:35** o'clock **P.** M

Place of Service: at **3563 Windsor Forest Court**, in **Pace, FL  32571**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Taurus Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James Gonzalez, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color _____ ; Facial Hair _____
Approx. Age **41** ; Approx. Height **5'6"** ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **3rd** day of **March**, 20 **11**

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm Expires May 19, 2013
Commission # DD 891064