Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

Name of Server: **RODNEY J. DENSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **MARCH**, 20 **11**, at **2:00** o'clock **P** M

Place of Service: at **111 Riverside Avenue**, in **Jacksonville, FL 32202**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**The Haskell Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **VANESSA MCMILLAN - DIRECTOR OF RISK MANAGEMENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **—**
Approx. Age **60**; Approx. Height **5'2"**; Approx. Weight **135**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Rodney J. Denson*
Signature of Server

Subscribed and sworn to before me this **11** day of **March**, 20 **11**

*Michele M. Burnett*
Notary Public        (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012