Kennth Abel, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109397-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--The Jade Organization, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida    ) ss.
County of: Broward    )

**Name of Server:**    Jesse Picone    , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**    that on the 10th day of March, 20 11, at 7:32 o'clock A. M

**Place of Service:**    at 2101 N. Commerce Parkway, in Weston, FL 33326

**Documents Served:**    the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**    A true and correct copy of the aforesaid document(s) was served on:
**The Jade Organization, Inc.**

**Person Served, and Method of Service:**    By delivering them into the hands of an officer or managing agent whose name and title is: Bernie Paines, President

**Description of Person Receiving Documents:**    The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair _____
Approx. Age 45 ; Approx. Height 5'8" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**    Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this
14th day of March , 20 11

Jonathan Levy
Notary Public    (Commission Expires)

**APS International, Ltd.**