Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0264

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Thompson Wood Products, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )   Parish

| | |
|---|---|
| **Name of Server:** | Kyle Ehrenreich, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 12 day of MARCH, 20 11, at 2:20 o'clock P M |
| **Place of Service:** | at 78290 Hwy. 1083, in Bush, LA 70431 |
| **Documents Served:** | the undersigned served the documents described as: |

**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**

**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**

**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**

**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

| | |
|---|---|
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Thompson Wood Products, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Wayne Thompson |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color Cauc ; Hair Color Gray ; Facial Hair — Approx. Age 66 ; Approx. Height 5'9" ; Approx. Weight 150 |

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**    Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 18 day of March 20 11

Signature of Server

Notary Public          (Commission Expires)   23032

**APS International, Ltd.**