Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0190

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--US Home Corporation, a Delaware Corporation, The Corporation Trust Company
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Delawar___ ) ss.
County of: __New Castle__ )

**Name of Server:** __Robert DeLacy, III__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10__ day of __March__, 20__11__, at __2:00__ o'clock __p__ M

**Place of Service:** at Corporation Trust Center
1209 Orange Street , in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
US Home Corporation, a Delaware Corporation, The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Scott LaScala (Operations Mngr)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __cauc__ ; Hair Color __brn__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __6"__ ; Approx. Weight __230__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __10__ day of __March__, 20 __11__

Notary Public (Commission Expires)
EXPIRES JULY 9, 2012

**APS International, Ltd.**