Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0050

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venus Street, LLC, c/o Sandor Genet, Esq.;Sandor F. Genet & Associates, P.A.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **March**, 20 **11**, at **10:20** o'clock **A** M

**Place of Service:** at **99 NE 167th Street**, in **North Miami Beach, FL 33162**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Venus Street, LLC, c/o Sandor Genet, Esq.;Sandor F. Genet & Associates, P.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Doe Secretary**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ___
Approx. Age **50**; Approx. Height **5'5**; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **9** day of **March**, 20 **11**

Notary Public                (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013