Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0285

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--WB Howland Co., LLC, c/o William C. Howland
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Suwannee** )

**Name of Server:** James L. Silcox, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **March**, 20**11**, at **11:00** o'clock **A** M

**Place of Service:** at **610 11th Street**, in **Live Oak, FL 32064**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
WB Howland Co., LLC, c/o William C. Howland
By delivering them into the hands of an officer or managing agent whose name and title is: **William C Howland / OWNER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Wht** ; Hair Color **Gry** ; Facial Hair **/**
Approx. Age **50-60** ; Approx. Height **5'9"-10"** ; Approx. Weight **210-230**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*James L Silcox*
Signature of Server

Subscribed and sworn to before me this **17** day of **March**, 20**11**

*Jo F Anderson* 09/18/2011
Notary Public    (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Jo F. Anderson
Commission # DD912570
Expires: SEP. 18, 2013
BONDED THRU ATLANTIC BONDING CO., INC.