Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0219

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wolf & Bear Distributors, d/b/a Wolf & Bear Holdings Corp.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **HERNANDO** )

**Name of Server:** **FRANK M. VULPIS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17th** day of **MARCH**, 20 **11**, at **3** o'clock **P** M

**Place of Service:** at **5124 Kirkwood Avenue**, in **Springhill, FL 34608**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Wolf & Bear Distributors, d/b/a Wolf & Bear Holdings Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: **DONALD MACKEY    CEO**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **GRAY** ; Facial Hair _____
Approx. Age **63** ; Approx. Height **6'3"** ; Approx. Weight **300**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Frank M. Vulpis_
Signature of Server

Subscribed and sworn to before me this **21st** day of **March**, 20**11**

_Gail Gagliardi_
Notary Public          (Commission Expires)

GAIL GAGLIARDI
Commission DD 669163
Expires June 8, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

APS International, Ltd.