Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Wyman Stokes Builder, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ___Florida___ ) ss.
County of: ___Lee___ )

Name of Server: ___Raymond V. Laaltso___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the ___16th___ day of ___March___, 20 __11__, at ___9:55___ o'clock __A__ M

Place of Service: at ___9340 College Parkway___, in ___Fort Myers, FL 33919___

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Person Served, and
Method of Service:
**Wyman Stokes Builder, LLC**

By delivering them into the hands of an officer or managing agent whose name and title is: ___Wyman Stokes, President___

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __65__ ; Approx. Height __6'0"__ ; Approx. Weight __185__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___22nd___ day of ___March___, 20 __11__

___Raymond V. Laaltso___
Signature of Server  #157154

___Elena Alvarado___
Notary Public          (Commission Expires)

**APS International, Ltd.**


Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1004