UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 <br> ) <br> ) SECTION: L <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | ) <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDE WILKINSON <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **P. SHANE O'NEILL**, soneill@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326 hereby enters this notice of appearance as counsel of record for the Defendants Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities"). Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted this 3rd day of November, 2011.

        Respectfully submitted,

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        /s/ P. Shane O'Neill
        **P. SHANE O'NEILL**
        Georgia Bar No: 297849
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        404-876-2700
        *Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 3rd day of November, 2011.

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        /s/ P. Shane O'Neill
        **P. SHANE O'NEILL**