**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO v. LIBERTY MUTUAL INS. CO. | |
| CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

<u>**AMENDED LIMITED NOTICE OF APPEARANCE**</u>

NOTICE IS HEREBY GIVEN that Jane M. Byrne, Michael B. Carlinsky, Stephen R. Neuwirth, Carey R. Ramos, Jake M. Shields, Richard T. Vagas, Julia M. Guaragna, and Brad E. Rosen of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, make an appearance as counsel of record for:

     1.     American Home Assurance Company as the alleged insurer of the following defendants:

          a.     Gryphon Construction, LLC; and

          b.     Gryphon Corporation.

     2.     Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.) as the alleged insurer of the following defendants:

          a.     L&W Supply Corporation (d/b/a Seacoast Supply Company); and

          b.     USG Corporation.

     3.     Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) as the alleged insurer of the following defendants:

     a.     Banner Supply Company; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

     b.     Interior/Exterior Building Supply, LP; and Interior/Exterior Enterprises, LLC;

     c.     Taylor Morrison, Inc.; Taylor Morrison of Florida, Inc.; Taylor Morrison Services, Inc. (d/b/a Morrison Homes, Inc.); and Morrison Homes, Inc.; and

     d.     Taylor Woodrow, Inc.; and Taylor Woodrow Communities at Vasari, LLC (a/k/a Taylor Morrison Construction Company).

4.     Illinois National Insurance Company as the alleged insurer of the following defendants:

     a.     Banner Supply Company; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

     b.     L&W Supply Corporation (d/b/a Seacoast Supply Company); and

     c.     USG Corporation.

5.     The Insurance Company of the State of Pennsylvania as the alleged insurer of defendants:

     a.     Centerline Homes, Inc.; Centerline Homes Construction, Inc.; Completed Communities II, LLC[1]; Centerline Homes at Georgetown, LLC; Centerline Homes at Delray,

---

[1] Plaintiffs allege that Completed Communities II, LLC is the successor by merger of Centerline Homes at B&A, LLC; Centerline Homes at Tradition, LLC; and Centerline Port St. Lucie, Ltd.

Inc.; Centerline Homes at Port St. Lucie, LLC; Centerline Port St. Lucie, Ltd.; Centerline Homes at Tradition, LLC; and Centerline Homes at Vizcaya, Inc.; and

        b.     Sun Construction, LLC; Sunrise Custom Homes & Construction, LLC; Sunrise Construction & Development, LLC; Sunrise Homes/Sun Construction; Sunrise Construction; and Sunrise Homes.

    6.     Lexington Insurance Company as the alleged insurer of the following defendants:

        a.     L&W Supply Corporation (d/b/a Seacoast Supply Company); and

        b.     USG Corporation.

    7.     National Union Fire Insurance Company of Pittsburgh, Pa., erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh, as the alleged insurer of the following defendants:

        a.     F. Vicino and Company, Inc.;

        b.     Banner Supply Company; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

        c.     L&W Supply Corporation (d/b/a Seacoast Supply Company); and

        d.     USG Corporation.

Appearances on behalf of the above-listed defendants are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses.  Undersigned counsel

respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

      Respectfully submitted this 4th day of November, 2011.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jane M. Byrne*
**JANE M. BYRNE (S.D.N.Y JB-6748)**
**MICHAEL B. CARLINSKY (S.D.N.Y. MC-6594)**
**STEPHEN R. NEUWIRTH (S.D.N.Y. SN-5367)**
**CAREY R. RAMOS (S.D.N.Y. CR-7880)**
**JAKE M. SHIELDS (S.D.N.Y. JS-1985)**
**RICHARD T. VAGAS (S.D.N.Y. RV-1978)**
**JULIA M. GUARAGNA (S.D.N.Y. JG-0879)**
**BRAD E. ROSEN (S.D.N.Y. BR-1337)**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
E-mail: janebyrne@quinnemanuel.com
       michaelcarlinsky@quinnemanuel.com
       stephenneuwirth@quinnemanuel.com
       careyramos@quinnemanuel.com
       jakeshields@quinnemanuel.com
       richardvagas@quinnemanuel.com
       juliabeskin@quinnemanuel.com
       bradrosen@quinnemanuel.com

*Counsel for American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.* (to the extent noted above)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Amended Limited Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve, in accordance with Pretrial Order No. 6 on this 4th day of November, 2011.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jane M. Byrne*
**JANE M. BYRNE**