UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO.: 2047
SECTION: L
JUDGE FALLON
MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

## ORDER

Upon consideration of the Ex Parte Motion to Supplement its Motion to Dismiss, filed herein by Defendant, WILLIAMS-BROWN, INC.;

IT IS HEREBY ORDERED that the Ex Parte Motion to Supplement its Motion to Dismiss be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant, WILLIAMS-BROWN, INC.'s, Memorandum of Law in Support of its Motion to Dismiss shall be deem filed.

New Orleans, Louisiana, this 3rd day of November, 2011.

Eldon E. Fallon
United States District Court Judge