UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DANIEL ABREU, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * * * | JUDGE FALLON (L) |
| Case No. 11-252 | * | MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT WYMAN STOKES BUILDER, INC.'S**
**<u>MOTION TO EXCEED PAGE LIMITATION</u>**

Considering Defendant Wyman Stokes Builder, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  3rd   day of November, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE