UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**PRE-TRIAL ORDER 25**
**(Deadline for Submission of Profile Forms)**

Pursuant to various Pretrial Orders[1] issued by this Court, each party  in MDL-2047

is required to complete and return to the appropriate Liaison Counsel a completed profile form

providing certain specific information regarding that party and information regarding any claim by

that party or against that party.  The profile forms were intended to replace initial disclosures

Pursuant to Federal Rule 26.  The information required by the profile form is important for the Court

and the parties to properly address issues in this case.  It has come to this Court's attention that a

number of parties, both plaintiffs and defendants, have failed to either provide a profile form or have

failed to provide all information required by the profile forms.  In order to assure that all parties

timely and fully complete profile forms,

**IT IS HEREBY ORDERED** that every party  in this litigation that has not

completed and returned to Liaison Counsel a profile form, shall provide such completed profile form

to the appropriate Liaison Counsel by November 15, 2011.  Profile forms for  plaintiffs, defendants

---

[1] Pre-Trial Order Nos. 11, 12, 12(A), 14, 14(A), 21 and 23.

and insurers may be downloaded from the Court's website located at: **www.laeduscourts.gov/drywall/orders/orders.htm**. Plaintiffs shall provide their fully complete profile forms to Plaintiffs' Liaison Counsel, Russ Herman, either electronically to **drywall@hhkc.com**, or in hard copy to, Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113. Defendants shall provide their fully completed profile forms to Defendants' Liaison Counsel, Kerry Miller, either electronically to **kmiller@frilot.com**, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163. Insurers shall provide their fully completed profile forms to Insurance Liaison Counsel, Judy Y. Barrasso, either electronically to **cdwinsurance@barrassousdin.com**, or in hard copy to, Judy Y. Barrasso, Insurance Liaison Counsel, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, Louisiana 70112, (504) 589-9700 and fax (504) 589-9701. Questions concerning profile forms and completion shall be directed to the appropriate Liaison Counsel.

Failure to complete and provide a profile form shall subject any party to sanctions to be ordered by this Court, which may include dismissal of a plaintiff's claim or default judgment being entered against a defendant, the striking of any claims or defenses, or other sanctions applicable, for any party that fails to comply with this Order. This Order shall also apply to any party who has already submitted a profile form, but has not fully completed the form. Moreover, the Court will no longer grant motions for extensions to submit completed profile forms.

As to additional Complaints that are filed in this matter in the future, the new

plaintiffs shall submit a Plaintiff Profile Form within forty (40) days of the filing of such Complaint,

and the defendants shall respond to the appropriate profile form within forty (40) days after service

of a Complaint on a defendant.  Profile forms shall be provided to appropriate Liaison Counsel and

are not filed with the Court and are not served on LexisNexis File & Serve.


New Orleans, Louisiana, this 3rd day of November, 2011.


ELDON E. FALLON
UNITED STATES DISTRICT JUDGE