UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED     \*     MDL No. 2047
DRYWALL PRODUCTS LIABILITY    \*
LITIGATION                        \*
                                   \*
THIS DOCUMENT RELATES TO:      \*     JUDGE FALLON
                                   \*
ALL CASES                          \*

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

VINCENT VALICENTI

who, being duly sworn, upon his oath deposed and stated as follows:

1.    He is the President of Associated Builders and Developers, Inc. ("Associated Builders"),

and as such, has personal knowledge of the following based on his review of records

maintained by Associated Builders in the regular course of business.

2.    Associated Builders is a corporation organized and existing under the laws of the State

of Florida and has its principal place of business in St. Lucie County, Florida.

3.    Associated Builders is a home builder that contracts with third party vendors for the

construction of single-family homes and/or sells completed single-family homes.

4.    Associated Builders has never built a residence in the State of Louisiana nor has it ever

had any contracts or subcontracts with companies located in Louisiana.

5.    Associated Builders has never been licensed or registered to do business in Louisiana or

ever had any offices or employees in Louisiana.

6.    Associated Builders does not have an agent for service of process in Louisiana.



EXHIBIT

"A"

7.   Associated Builders does not have any bank accounts in Louisiana or own any property

in Louisiana.

8.   Associated Builders does not solicit business in Louisiana and has never transacted

business in Louisiana.

9.   Associated Builders has never maintained a telephone line in Louisiana or kept a post

office box or otherwise received mail in Louisiana.

10.   Associated Builders does not maintain an office, store, headquarters, shop, warehouse,

or any other facility in the State of Louisiana.

11.   Associated Builders has never received any business from any contacts in Louisiana,

whether individual customers, or business customers.

12.   Associated Builders never anticipated it would be haled into court in Louisiana.

VINCENT VALICENTI

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 22nd DAY OF September, 2011.

NOTARY PUBLIC

NICOLE CIUFO
Notary Public - State of Florida
My Comm. Expires May 31, 2014
Commission # DD 959067
Bonded Through National Notary Assn.

2

# HOME CONSTRUCTION AGREEMENT

This agreement is made between **Rivermar Properties, LLC, Marcel Pradel, President,** of 1104 S.E. Westchester Drive, Port St Lucie, 34952, called "Owner," and **ASSOCIATED BUILDERS AND DEVELOPERS, INC.,** of 1413 S.E. Village Green Drive Port St Lucie Fl 34952, called "Project Manager," as follows:

### Section I. Description of Work

The Project Manager agrees to furnish all materials and services necessary to build and construct the house, as set forth in the contract documents, contract plans and specifications (collectively called "contract documents") attached as Addendum "A" and made a part of this agreement on the following described property ("contract property"):

REPLAT OF
(Legal description of Property)  **Lot 8, Block 7, River Vista Subdivision**

With a street address of  **3355 S.E. River Vista Drive**

Project Manager agrees to build the house in a workmanlike manner, in accordance with all building codes and permits in accordance with the contract documents.

Project Manager shall provide all labor and materials for and during the construction of the house on the contract property. Owner shall not provide or contract for any labor or materials for the construction of the house, unless Project Manager and Owner agree in writing to any labor or materials provided by Owner. Owner may not provide or contract for any labor and materials to construct any structure or item on the contract property while Project Manager is constructing the house without the prior written agreement of Project Manager.

Owner shall not be entitled to any credits or moneys for any labor or materials provided in the construction of the house without the written agreement of Project Manager.

### Section II. Contract Sum or Agreed Payment to Project Manager
**1. Terms of Sale**

| | | |
|---|---|---|
| (a) Base Purchase Price | (a) | $589,785 |
| (b) Options – Addendum "B" attached | (b) | $29,033 |
| (c) Contractor Allowances – Addendum "C" attached | (c) | Included in Purchase Price |
| (d) Permit and Impact Fees | (d) | Included in Purchase Price |
| (e) Mortgage financing allowance | (e) | N/A |
| (f) Lot purchase and sale | (f) | N/A |
| (g) Other | (g) | |

**CONTRACT PRICE**      $618,818

**OWNER'S FINANCING AMOUNT**      $613,018

The Owner agrees to pay the Property Manager the **CONTRACT PRICE** of **$618,818**

**EXHIBIT "B"**

**2. Deposits and Down Payment:**

(a) Owner has made a down payment deposit of **$5,800** prior to this agreement by check to Project Manager. Project Manager shall earn the down payment deposit on acceptance of this agreement by Project Manager, and completion of the conditions of paragraph 2(b). The down payment deposit is a non-refundable minimum fee to Project Manager for Project Manager's acceptance prior to this agreement and completion of the conditions of paragraph 2(b). If Project Manager does not accept this agreement or the conditions of paragraph 2(b) are not completed, then Owner shall be entitled to reimbursement of the down payment deposit, less any costs or expenses incurred by Project Manager. Owner specifically acknowledges and waives any entitlement to any interest earnings on the deposit funds.

(b) Conditions precedent to effectiveness of this agreement, if any, are listed in Addendum "D". If the conditions listed in Addendum "D" are not completed by the date required in the agreement, then this contract shall be void. Project Manager shall return any deposits, less any costs or expenses incurred on behalf of Owner under this contract.

<b>Section III. Progress Payments</b>

(a) Owner shall make progress payments on account of the contract sum to the Project Manager in accordance with the following schedule:

| Item | Payment Amount | Payment Base |
|---|---|---|
| Commencement of Construction or Closing of Interim Financing | 20% | Contract Sum |
| Slab Pour | 20% | Owner's Financing Amount |
| Roof Dried-IN | 20% | Owner's Financing Amount |
| Drywall installed | 20% | Owner's Financing Amount |
| Driveway poured or completed | 10% | Owner's Financing Amount |
| Certificate of Occupancy delivered | 10% | Owner's Financing Amount |

(b) If Owner's financing institution funds construction and disburses funds to Project Manager, only the financing institution will review progress payments and invoices. Owner shall assure that the financing agent or institution disburses progress payments in accordance with the agreed schedule of this Section III. All progress payment disbursement checks shall be one-party checks payable directly to Project Manager. If the financial institution makes payment, Owner may not dispute or withhold payment under any circumstance.

(c) Payment of the progress payment is due on receipt and must be received by Project Manager within five (5) days of receipt of Project Managers invoice for the progress item. Any payment received after five (5) days after receipt of Project Manager's invoice is a late payment. Late payments shall accrue interest at a rate of one and one-half percent (1½%) per month, not to exceed the maximum legal amount, from the billing date until paid. If Owner or Owner's financing institution fails to pay any progress payment when due, then Project Manager, without limitation of any other remedy, shall be entitled to collect in addition to any unpaid balances and interest, any sums expended on collection services, including but not limited to reasonable attorney fees and court costs expended to collect amounts due.

(d) All payments shall at the option of Project Manager be paid either by ~~certified~~ CASHIER'S check payable to the order of Project Manager at Project Manager's business address, or by wire transfer of funds to Project

Manager's financial institution. Project Manager shall provide all account numbers to Owner or Owner's lender to facilitate wire transfer of funds.

## Section IV. Certificate of Completion and Final Payment

The Project Manager shall notify the Owner or Owner's lender in writing when the work is completed and a Certificate of Occupancy ("CO") has been issued. Within five (5) days after receipt of notice of completion and issuance of the CO, the Owner shall personally inspect the work ("walk through inspection") and provide a "punch-list" of items mutually agreed by Owner and Project Manager to be repaired or corrected. The walk through inspection shall be at a reasonable time established by Project Manager for purpose of preparing the punch-list. On completion of the walk through inspection and punch-list, Owner shall issue a final certificate stating that the Owner has accepted the work as fully performed under the terms of the agreement, and that the final payment, consisting of the entire balance of the contract sum, is due to the Project Manager. The Owner shall make the final payment within seven days after notice of the issuance of the Certificate of Occupancy. Owner shall not occupy the premises until Project Manager has received the final payment and cleared by Project Manager's financial institution.

**OWNER MAY NOT WITHHOLD ISSUANCE OF THE FINAL CERTIFICATE AND FINAL PAYMENT OF THE CONTRACT SUM FOR ANY REASON AFTER ISSUANCE OF THE CERTIFICATE OF OCCUPANCY, INCLUDING BUT NOT LIMITED TO COMPLETION OF THE PUNCH LIST BY PROJECT MANAGER.**

By making final payment, the Owner waives all claims except those rising out of:
(a) Faulty work appearing after the Owner's certificate of completion has been granted;
(b) Work that does not comply with the contract documents;
(c) Outstanding claims of lien; or
(d) Failure of the Project Manager to comply with any special guarantees required by the contract documents or
(e) Completion of the items on the "punch-list"

## Section V. Starting Dates

Construction under this contract shall begin on receipt of all permits and execution of commencement of construction affidavit by Owner. The contract shall be complete on Project Manager's notice of completion, issuance of the Certificate of Occupancy, and final payment of the contract sum, provided that Project Manager shall continue to repair and correct "punch-list" items, and any other repairs pursuant to Project Manager's warranties after the issuance of the Certificate of Occupancy, as provided in this contract.

## Section VI. Contract Documents

The contract documents on which the agreement between the Owner and Project Manager is based, which contain the plans and specifications in accordance with which the work is to be done are as follows:
1.  Contract Agreement
        Addendum "A"-Scope of Work
        Addendum "B"-House Additions
        Addendum "C"-Allowances
        ~~Addendum "D"-Financing and Conditions~~
2.  House Floor Plan

Duplicate originals of the contract documents are to be separately executed by the Owner and Project Manager.

The contract documents together form the contract for the work described in this agreement. The parties intend that the documents include provisions for all labor, materials, equipment, supplies, and other items necessary for the execution and completion of the work, and all terms and conditions of payment.

The documents also include all work and procedures not specifically mentioned that are necessary for proper execution of this project.

## Section VII. Duties and Rights of Owner

(a) The Owner shall give all instructions to the Project Manager, shall furnish all necessary surveys for the work, and shall secure and pay for easements for permanent structures or permanent changes in existing structures or facilities on the work site, or which are necessary for proper completion of the work.

(b) Owner shall not enter the construction site without providing reasonable prior notice to Project Manager. On reasonable prior notice, Project Manager shall escort Owner to inspect and review the construction site. Owner agrees to indemnify and hold harmless Project Manager, and their agents and employees, from and against all claims, damages, losses, and expenses, including reasonable attorney's fees in case it shall be necessary to file an action, arising out of entry on the construction site unaccompanied by Project Manager, which are (1) for bodily injury, illness, or death, or for property damage, including loss of use, and (2) caused in whole or in part by the Owner's entry on the construction site unescorted by Project Manager.

(c) Owner shall be responsible and shall pay all real estate, property, and ad valorem taxes related to ownership of the property and fixtures on the property.

## Section VIII. Duties and Rights of Project Manager

The Project Manager 's duties and rights in connection with the project are as follows:

(a) *Responsibility for and Supervision of Construction.* The Project Manager shall be solely responsible for all construction under this contract, including the techniques, sequences, procedures, and means, and for coordination of all work. It shall supervise and direct the work to the best of its ability, and give the work all attention necessary for such proper supervision and direction.

(b) *Discipline and Employment.* The Project Manager shall maintain at all times strict discipline among its employees, and agrees not to employ for work on the project any person unfit or without sufficient skill to perform the job for which that person was employed.

(c) *Furnishing of Labor, Materials, Etc.* The Project Manager shall provide and pay for all labor, materials, and equipment, including tools, construction equipment, and machinery, utilities, including water, transportation, and all other facilities and services necessary for the proper completion of work on the project in accordance with the contract documents.

(d) *Payment of Taxes; Procurement of Licenses and Permits.* The Project Manager shall pay all taxes required by law in connection with work on the project in accordance with this contract including sales, use, and similar taxes, and shall secure and pay the fees for all licenses and permits necessary for proper completion of the work. Project Manager shall not be responsible for payment of any real estate, property, or ad valorem taxes on the lot, property, and fixtures.

(e) *Compliance with Construction Laws and Regulations.* The Project Manager shall comply with all laws and ordinances, and the rules, regulations, or orders of all public authorities relating to the performance of the work. If any of the contract documents are at variance with any such requirements, the Project Manager shall notify the architect promptly on discovery of the variance.

(f) *Clean-up.* The Project Manager agrees to keep the work premises and adjoining ways free of waste material and rubbish caused by its work or that of its subcontractors. The Project Manager further agrees to remove all waste material and rubbish on termination of the project, together with all its tools, equipment, machinery and surplus materials.

## Section IX. Time of Essence; Extension of Time

All times stated in this agreement or in the contract documents are of the essence to the contract.

The contract times may be extended by a change order from the Owner for a reasonable time that the Project Manager may determine, when in the Project Manager's opinion the Project Manager is delayed in work progress by changes ordered, labor disputes, fire, prolonged transportation delays, injuries, or other causes beyond the Project Manager 's control or that justify the delay.

### Section X. Insurance

(a) *Project Manage 's Liability Insurance*. The Project Manager agrees to pay for and keep in force during the entire period of construction on the project liability insurance that will protect it from claims, under workers' compensation and other employee benefit laws, for bodily injury and death, and for property damage, that may arise out of work under this contract, whether directly or indirectly by the Project Manager, or directly or indirectly by a subcontractor. The minimum liability limits of the insurance shall not be less than the limits specified in the contract documents or by law for that type of damage claim. The insurance shall include contractual liability insurance applicable to the Project Manager 's obligations under this contract.

(b) *Owner's Liability Insurance*. The Owner agrees to maintain in force its own liability insurance during the construction on this project, and reserves the right to purchase additional insurance that, in its opinion, is necessary to protect it against claims arising out of the Project Manager 's operation, without diminishing Project Manager 's obligation to carry the insurance required by this agreement.

(c) *Property Damage Insurance on Work Site*. The Owner agrees to maintain at its expense during construction of the project property damage insurance on the work, materials, supplies, buildings, and fixtures at the site to its full insurable value, including interests of the Owner, Project Manager, and subcontractors, against fire, vandalism, and other perils ordinarily included in extended coverage. Losses under that insurance will be adjusted with and made payable jointly to the Owner and the parties insured as their interests appear. The Owner shall file a copy of all such policies with the Project Manager within a reasonable time after construction begins.

### Section XI. Work Changes

The Owner reserves the right to request work changes in the nature of additions, deletions, or modifications, without invalidating the contract, and agrees to make corresponding adjustments in the contract price and time of construction. All requested changes will be authorized by a written change request signed by the Owner. The change request will include conforming changes in the contract and construction time.

Any requested change requires the written agreement of Project Manager before becoming effective. Work shall be changed, and the contract price and construction time shall be modified only as set out in the written change request and executed by Owner and Project Manager.  No change request shall commence prior to execution of the written change request by Owner and Project Manager.

### Section XII. Termination, Default, Forfeiture, Disputes

(a) *Project Manage' s Termination*. The Project Manager may, on written notice to the Owner, terminate this contract before the completion of construction when for a period of 30 days after a progress payment is due, through no fault of the Project Manager, the Project Manager fails to receive a progress payment. On termination under these circumstances, the Project Manager may recover from the Owner payment for all work completed and for any loss sustained by the Project Manager for materials, equipment, tools, or machinery to the extent of the actual loss plus a reasonable profit.

Project Manager may, on written notice to the Owner, terminate this agreement at any time without penalty to Project Manager.  Project Manager shall refund all funds paid by Owner up to the time of

termination less expenses and costs incurred by Project Manager, including but not limited to overhead expenses, labor, materials, and amounts owed to subcontractors.

(b) *Owner's Termination.* The Owner may, on written notice to the Project Manager, terminate this contract before the completion of construction without prejudice to any other remedy the Owner may have, when the Project Manager defaults in performance of any provision of the contract or fails to carry out the construction in accordance with the provisions of the contract documents. On termination under these circumstances, the Owner may take possession of the work site and all materials on it and finish the work in whatever way the Owner deems expedient.

(c) *Project Manager Default.* If Owner believes that Project Manager is in default in performance of this contract, then Owner shall provide written notice to Project Manager listing all items of default. Project Manager shall have 30 days on which to cure any claimed default. Project Manager may protest the claimed default by written notice to Owner within 30 days of receipt of Owner's notice of default. If Project Manager cures the default or provides written notice denying default, the contract shall not be deemed in default for purposes of this agreement. On default by the Project Manager, the Owner may elect not to terminate the contract, and in that event the Owner may make good the deficiency that the default has caused and deduct the costs from the progress payment then or to become due to the Project Manager.

(d) *Forfeiture.* The parties acknowledge that Owner paid deposit and down payment money for performance of an executory contract and has authorized Project Manager to use those funds to begin his performance on the project. The parties also agree that the deposit funds were paid for allocation of Project Manager's time and resources to Owner's project to the exclusion of others. The parties agree that if Owner terminates or defaults on the contract, Project Manager shall be damaged as a result of such termination or default. The amount of damages is reasonably determined to include actual costs and expenses incurred by Project Manager and 15% ~~of the contract price~~ *OF PROJECT COSTS & EXPENSES* as overhead and profit to compensate Project Manager for any termination and/or default by Owner, ~~Project Manager shall be entitled to payment for actual costs expenses incurred by Project Manager and 15% of the contract price as overhead as damages for any termination and/or default by Owner. Project Manager shall be entitled to use any and all of any deposit or down payment monies to recover amounts under this paragraph~~.

(e) *Disputes.* The parties agree that all disputes, claims, controversies, or differences that may exist after issuance of the Certificate of Occupancy relating to this contract and claims regarding construction workmanship negligence , breach of contract, product liability, or any other claim or dispute that cannot be resolved by negotiation or other actions of the parties shall be forwarded to William N. Swift to mediate the dispute.

If the dispute occurs prior to issuance of the Certificate of Occupancy, then Project Manager may discontinue construction on the project, and Owner shall reimburse Project Manager for any additional costs, including but not limited to corrective work, permits, and delays for such discontinued construction during the dispute.

## Section XIII.  Project Manager's Warranties

(a) Project Manager certifies that the materials used in the improvements are new and of construction grade quality, and that the work performed is workmanship quality to meet the general standards of home construction in the area. Project Manager guarantees the materials and workmanship for a period of one (1) year from the date of the issuance of the Certificate of Occupancy. In Project Manager's sole discretion and opinion, Project Manager shall repair, replace, or no-charge Owner for any component of the improvements that is found defective.

(b) Project Manager shall provide Owner with all manufacturer warranties of appliances and goods used in the construction of the improvements. Project Manager's warranty for appliances and goods having a manufacturer's warranty is limited to the terms of the manufacturer's warranty.

(c) Project Manager's warranty does not cover turf or sod, plants and living landscaping materials, naturally occurring Marcite discoloration, minor expansion, contraction and settling cracks normal to South

Florida construction, cosmetic defects that are a natural result of aging or exposure to natural elements, or damages or defects caused by Owner.

(d) Project Manager's warranty for ceramic tile replacement is limited to one (1) year from issuance of the Certificate of Occupancy. If the ceramic tile to be replaced is not available in the particular style, make, color, or model number, Project Manager will not be responsible for replacement of ceramic tile, regardless of the reason or cause for replacement.

(e) **PROJECT MANAGER MAKES NO WARRANTY OF THE FITNESS AND/OR MERCHANTABILITY FOR ANY PURPOSE OF SUCH FURNISHINGS, EQUIPMENT AND GOODS SOLD UNDER THIS AGREEMENT. ALL IMPLIED WARRANTIES OF FITNESS AND/OR MERCHANTABILITY ARE EXCLUDED FROM THE SALE OF ALL GOODS INCLUDED IN THIS AGREEMENT.**

### Section XIII. Miscellaneous

(a) This agreement constitutes the whole agreement between the parties. The parties acknowledge and represent that they have not relied on any representation, oral or otherwise, made by any person that is not included in this agreement. No modification or change to this agreement or the contract documents unless made and executed in

(b) This agreement is not binding until executed within five (5) days of execution by Owner by an officer of Project Manager.

(c) This agreement shall be interpreted under the laws of the State of Florida, and venue for any litigation or dispute shall be St. Lucie County, Florida.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

In witness, the parties have executed this agreement on ____4/7/05____.

By: _____

ASSOCIATED BUILDERS AND DEVELOPERS, INC., Project Manager

By: _____
                                    , Owner

By: _____
                                    , Owner

Addendum "A"

Construction agreement dated _____4/7/05_____ by and between

Associated Builders & Developers, Inc. and Rivermar Properties, LLC Marcel Pradel, President, Owner

Scope of Work

## SPECIFICATIONS

### I. GRADING

**1. LOT GRADIN**(By Builder (See allowances) _____

**2. FOUNDATION**

| | | |
|---|---|---|
| A. | Footing, Concrete: | 3000 PSI/ Fibermesh |
| B. | Footing, Reinf: | 2 - #5 Ribar steel continuous or 3 #5 on 2nd story |
| C. | Foundation Wall: | N/A |
| D. | Foundation Wall Reinf | N/A |
| E. | Piers: | N/A |
| F. | Termite Protection: | yes, to code |
| G. | Ground Cover (Crawl Spac | N/A |

### II. FRAMING

**1. FLOOR FRAMING**

    A. Wood 1st Floor:

| | | | | |
|---|---|---|---|---|
| (1.)Support Wall | CBS | | (4.) Subfloor | 3/4" T & G glued and nailed |
| (2.)Girder | N/A | | | |
| (3.)Joist | 16" SY4Z | | (5.) Bridging | Yes |

    B. Wood 2nd Floor:

| | | | | |
|---|---|---|---|---|
| (1.)Joist | N/A | | (3.) Subfloor | N/A |
| (2.)Bridgin | N/A | | | |

**2. WALL FRAMING (Exterior)**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | Bottom Pla | 2" x 4" Pressure treated | F. | Box Sill Flashing | N/A |
| B. | Studs | 2" x 4" wood studs 16" OC | G. | Window Flashing | N/A |
| C. | Top Plate | 2" x 4" S.P.F. | H. | Mud Sill | N/A |
| D. | Corner Bra | 1/2" 4ply CDX | I. | Box Sill | N/A |
| E. | Sheathing | 1/2" 4ply CDX | J. | Ledger | N/A |

**3. CEILING FRAMING**

| | | | | | |
|---|---|---|---|---|---|
| A. | Joist 1st Fl | 16" SY42 | D. | Stiff Back | (As Req.by SBC & E) |
| B. | Joist 2nd Fl | N/A | E. | Roof Bracin | (As Req.by SBC & E) |
| C. | Bridging | (as required by Southern Building Code and Engineering) | | | |

**4. ROOF FRAMING**

| | | |
|---|---|---|
| A. | Rafters | Pre-engineered Trusses |
| B. | Sheathing | 5/8" 4ply CDX |
| C. | Shingles | |

1 Installation of a 30 # felt base
2 90#ASTM tile under layment, hot mopped & back
   nailed every foot
3 Complete installation of a standard color 12" flat or roll cement
   tile using polyset foam tile adhesive for maximum uplift

**5. ROOF TRUSS** Pre-engineered Trusses 24" O.C. Attic trusses in garage with 22' x 50"
pull down access with full plywood decking.

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Fascia Boar | 2 x 8" RSC with 1x4 RSC | **D.** | Vents | Every 8' |
| **B.** | Soffit | Level stucco | **E.** | Overhang | as per plan |
| **C.** | Freeze Boar | N/A | **F.** | Dentils | N/A |

**7. SIDING**       CBS walls with lentil system.  Stucco will be light textured in
natural grey and then painted with an elastomeric paint.  Bands on front
elevation only. (Front & rear porch
ceiling to be stuccoed)

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Type | Single hung | **C.** | Manufacturer | P.G.T. |
| **B.** | Material | Aluminum (white or bronze) | **D.** | Screens | Included |

\* (All windows and doors to be tinted bronze or grey tint)

**9. SHUTTERS**

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Location | N/A | **B.** | Style | N/A |

**10. DOORS - OUTSII** All exterior doors will be 8'-0 high  (Unless noted on plans)

**A.**   **Front Door:**
PGT aluminum door with aluminum frame.  Several glass  tints available

**B.**   **All Other Doors the same as above except the garage side door which is a
6 panel steel door with a wood frame**

**C.   Garage Door**

| | | | | | |
|---|---|---|---|---|---|
| (1) Size | 16' x 7' | | (3) | Model # | N/A |
| (2) Style | Steel Panel insulated | | (4) | Misc. | Genie garage door opener with 2 remotes |

**11. POSTS**

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Porch | (Front) | | | |
| | (1.)Size | 2'-4" x 8" | | (2.) Type | CBS |
| **B.** | Porch | (rear) | | | |
| | (1.)Size | 1'8" x 1'-8" | | (2.) Type | CBS |

**12. INSULATION**

| | | |
|---|---|---|
| **A.** | Walls | R-8.2 3/4" foam board |
| **B.** | Ceilings | R-30 batt |
| **C.** | Other | R-19 insulation between 1st & 2nd floors |
| **D.** | Other | N/A |

**13. GUTTERS**
(6" gutters)

A. Location    N/A
B. Downspouts
                    N/A

14. FLASHING

A. Roof        26 gauge
B. Chimney     N/A

15. TELEPHONE

A. Location    As per plans

16. DECK        N/A

17. OUTSIDE RAN/A

## III INSIDE FINISH

| LOCATION | WALLS | FLOOR | TRIM BASE |
|---|---|---|---|
| Stairs | Painted | Wood | Painted |
| Entry/Foyer | Painted | Tile | Painted |
| Study | Painted | Tile | Painted |
| Kitchen | Painted | Tile | Painted |
| Breakfast Nook | Painted | Tile | Painted |
| Bedroom Hall      (Guest) | Painted | Tile | Painted |
| Master Bedroom | Painted | Tile | Painted |
| Bedroom      (Guest) | Painted | Tile | Painted |
| Bedroom      (Maid Quarters) | Painted | Tile | Painted |
| Loft | Painted | Wood | Painted |
| Master bed hall | Painted | Tile | Painted |
| Master Bath | Painted | Tile | Painted |
| Bath #2    (Guest bedroom) | Painted | Tile | Painted |
| Bath #3    (Powder room) | Painted | Tile | Painted |
| Bath #4    (Study) | Painted | Tile | Painted |
| Utility/Laundry | Painted | Tile | Painted |
| Garage/Carport/Rear porch/entry | Painted | Concrete | Painted |
| Bath #5    (Maid Quarters) | Painted | Tile | Painted |
| All Bedroom closets | Painted | Tile | Painted |

2 INSIDE TRIM

A. Jambs    Fingerjoint Pine        B. Casing and Trim
                                        3 1/2 Victorian casing
3. INSIDE DOORS                         5180 baseboard

   A. Doors
      (1.)Style   6 panel masonite 8' high)    (2.) Hardware   Kwikset knob or lever
                                                               (Kwikset Max. series)
   B. Closet Door(Bifold)
      (1.)Style   6 panel masonite            (2.) Hardware   Wood knobs

   C. Misc. Door:All interior doors to be 8'.0 high
                Study door only interior door to be a French glass door

4. STAIRS

      A. Treads   Wood              E. Rail       Standard stained oak

| | | | | | | |
|---|---|---|---|---|---|---|
| B. | Risers | Luan painted | | F. | Wall | Paint grade skirt |
| C | Newel Post | Standard post to post | | G. | Disappearing | N/A |
| D. | Balusters | Traditional pre-painted | | H. | Other | N/A |

## 5. MIRRORS

| | | | | | |
|---|---|---|---|---|---|
| A. | Master Bath | Standard | D. | Bath (Study) | Standard |
| B | Bath/Guest | Standard | E. | Bath (Maid) | Standard |
| C. | Bath/Powder | Standard | | | |

## 6. CABINETS

**A. Kitchen**
- (1) Material or Manf — Custom
- (2) Style — As per owners request
- (3) Top — Granite
- (4) Hardware — Owners choice w/cabinet allowance

**B. Master Bath**
- (1.) Material or Manf — Custom
- (2.) Style — As per owners request
- (3.) Top & Backsplash — Cultured Marble (by builder)
- (4) Hardware — Owners choice w/cabinet allowance

**C. Bath #2 (Guest)**
- (1.) Material or Manf. — Custom
- (2.) Style — As per owners request
- (3.) Top & Backsplash — Cultured Marble (by builder)
- (4.) Hardware — Owners choice w/cabinet allowance

**D. Bath #3 (Study, maid quarters)**
- (1.) Material or Manf. — Custom
- (2.) Style — As per owner request
- (3.) Top & Backsplash — Cultured marble (by builder)
- (4.) Hardware — Owners choice w/cabinet allowance

**E. Laundry**
- (1.) Material or Manf — Custom
- (2.) Style — As per owners request
- (3.) Top & Backsplash — Formica or granite
- (4.) Hardware — Owners choice w/cabinet allowance

## 7. SHOWER/TUB ENCLOSURES

| | | | | |
|---|---|---|---|---|
| A. | Master Bath | | Yes (Shower) | ($1,600 allowance on all 3) |
| B. | Bath #2 | Guest | Yes (Shower) | |
| C. | Bath #3 | Maid Qrts | Yes (Shower) | |
| D. | Bath #4 | | | |

## 8. BEAMS

| | | | | | |
|---|---|---|---|---|---|
| A. | Location | Front Porch | Size | 8"x 16" CBS | |
| B. | Location | Back Porch | Size | 4" x 12" wood | |



## IV. CONCRETE - BRICK

**1. CONCRETE**

    **A.**  **House, Garage, Carport Slab:**

| | | | |
|---|---|---|---|
| (1.)Concret | 3000 PSI | (5.) Dimensions | See plans |
| (2.)Thickne | Average 4" | (6.) Fill | As needed by owner |
| (3.)Reinf. | Fibermesh | (7.) Insulation | N/A |
| (4.)Membr: | 6 mil Visqueen | (8.) Finish | Machine Toweled |

    **B.**  **Driveway:**

| | | | |
|---|---|---|---|
| (1.)Concret | 3000 PSI | (5.) Dimensions | See #10 other |
| (2.)Thickne | Average 4" | | (On back page) |
| (3.)Reinf. | N/A | | |
| (4.)Membr: | N/A | (6.) Fill | As needed by owner |

    **C.**  **Walks:**

| | | | |
|---|---|---|---|
| (1.)Concret | 3000 PSI | (4.) Dimensions | 4' wide |
| (2.)Thickne | Average 4" | (5.) Finish | Light broom |
| (3.)Reinf. | Wire Mesh | (6.) Locations | As per plans |

    **D.**  **Patio:**

| | | | |
|---|---|---|---|
| (1.)Concret | 3000 PSI | (5.) Dimensions | As per plans |
| (2.)Thickne | Average 4" | (6.) Finish | Light Broom |
| (3.)Reinf. | Fiber mesh | (7.) Location | As per plans |
| (4.)Fill | As needed by owner | | |

    **E.**  **Stoops:**  N/A

| | | |
|---|---|---|
| (1.)Concrete | (3.) Dimensions | |
| (2.)Thickness | (4.) Finish | |

    **F.**  **Condensing Unit Pad:**

| | | | |
|---|---|---|---|
| (1.)Con ret: | 3000 PSI | (3.) Dimensions | As needed |
| (2.)Thickne | Average 4" | (4.) Finish | Light Broom |

    **G.**  **Steps:**

| | | | |
|---|---|---|---|
| (1.)Concret | N/A | (4.) Width | N/A |
| (2.)Tread | N/A | (5.) Finish | N/A |
| (3.)Risers | N/A | (6.) Location | N/A |

**2. BRICK**

    **A.**  **Face Brick:** N/A

| | |
|---|---|
| (1)Manufacturer | (2.) Color |

    **B.**  **Mortor**   N/A
        **Color**        (2.) Joint

    **C.**  **Foundation** N/A
        (1.)Type       (2.) Paint

    **D.**  **Fireplace:** See #10 Other (R on Back page)

(1.)Description          (4.) Mantel
(2.)Location             (5.) Hearth
(3.)Face                 (6.) Size

## V. ELECTRICAL

**1. WIRING AND SERVICE**    Single phase, 300 amp.

**2. OUTSIDE:**    Meter panel and disconnect

**3. INTERCOM:**    N/A

| | | | | |
|---|---|---|---|---|
| A. | Manufactu N/A | C. | Spreaders, Inside | N/A |
| B. | Master Set N/A | D. | Spreaders, Inside | N/A |

**4. 220 VOLT OUTLETS:**

| | | | | |
|---|---|---|---|---|
| A. | Dryer | One | C. | Surface Unit | One |
| B. | Oven | One | D. | Heating and A/C | One |

**5. DOOR BELL**

A.   Push Button Location  Front Entry
B.   Door chime Location   To be determined

**6. VENTS AND FANS**

A.   Location   Kitchen vented through floor and all bathrooms will have fan/light combo vented through roof

**7. MISC (By Builder)** As per plans and specifications
**$12,200 allowance on all electrical  ( I will price out electrical once electrical plan is complete)**

## VI. HEATING AND AIR CONDITIONING

**1. EQUIPMENT & SERVICE**    Trane 10 ton 12 S.E.E.R. heat pump system

**2. NUMBER OF SEPARATE UNI** (2) units with 6 return air

**3. LOCATIONS**              As per plans

**4. THERMOSTAT**             White Rodgers digital

## VII. PLUMBING

**1. PLUMBING FIXTURES**

A.   Water Clos American Standard Colony elongated

B.   **Manufacturer of Faucets**

| | |
|---|---|
| (1.)Master IMoen # 64625 faucet | (4.) Bath #4    Moen #64625 |
| (2.)Bath #2 Moen # 64625 faucet | (5.) Bath #5    Moen #64625 |
| (3.)Bath#3  Moen # 64625 faucet | (6.) Kitchen    Moen stone sink #28350W with Moen pull out spray faucet #7385W |

       C.   **Trim**     Chrome

       D.   Garbage Disposal

       E.   American Standard Colony bidet in master bath
            American Standard Colony pedestal lavatory in powder room
            15"x15" S/S bar sink and faucet in loft and rough-in future plumbing in loft

**2. HOT WATER** **A.**  Size        50 gal. in garage         **B.**  **Location**   As per plans
                          Tankless W.H. upstairs

**3. HOSE BIBBS**  A.  No.       4                   **B.**  **Location**   To be determined

**4. GAS LOCATIONS:** N/A

**5. REFRIGERATOR WATER:**  Yes

**6. WASHER AND DRYER CONN**  Yes

**7. FIREPLACE GAS CONNECTI**   N/A

**8. LAUNDRY SINK:**        Yes (drop in counter type with chrome faucet in laundry)

## VIII. CERAMIC TILE

1. Durock behind all wall tile and wicking paper under all floor tile.

| BATHS | Mst bath | Guest | Study/Maid | Powder Room |
|---|---|---|---|---|
| A.  FLOOR | Yes | Yes | Yes | Yes |
| B.  BASE | No | No | No | No |
| C.  WALLS | No | No | No | No |
| D.  TUB ENCLOSU | No | No | No | No |
| E.  SHOWER | Yes | Yes | Yes | No |
| F.  ACCESSORIES | Yes | Yes | Yes | No |

2.  ENTRY       Tile

3. KITCHEN      Tile

## IX. PAINTING

1. OUTSIDE:    **Walls:**      1 coat masonry sealer and 1 coat elastomeric
               **Fascia:**     1 coat oil base paint, 1 coat latex paint on R.S.C. fascia (Benjamin Moore paint)

**2. INSIDE -**          5/8" drywall ceilings, 1/2" drywall walls, ceiling textured, knock down spray design
**SHEETROCK**
       A.  Ceiling painted with 2 coats of Benjamin Moore Regal Wall Satin (flat white)
       B.  Walls painted with 2 coats of Benjamin Moore Regal Wall Satin (flat white)
       C.  One color paint throughout house (flat white)

## X. ALLOWANCES

1. SHINGLES:

       A.  Grade                      **B.**  Color     Owners choice

**2. BRICK:**          N/A

        **A.**   Manufacturer          **B.**   Color

**3. LIGHTING:**          $2,500 allowance to include all hanging lights, coach lights, fans etc.)

**4. WALLPAPER:**      N/A
        Includes all wallpaper used exclusive of labor.

**5. CARPETING:**
        Amt. per yd.                Total # of yds:
        Includes carpeting, pad, installation, and metal stripping.

**6. VINYL FLOORING**N/A
                       Total # of yds:
        Includes vinyl flooring, installation, and metal stripping.

**7. APPLIANCES:**      $6,000 allowance

        All appliances to be selected by owner.

**8. LANDSCAPIN**$15,000 allowance
        To be used towards: Sod and code trees or association landscaping, sprinkler system,
           well, well permit, pump, garden drains and electrical.

**9. PAINTING**      N/A

**10. OTHER:**

        **A.**   $1,500 allowance; For city water & city sewer hookup fee and plumbing contractor to
           run water line from city water meter to house and to run sewer line from city system to
           stub out by road. Allowance includes tapping sewer line and possibly sleeving
           driveway.

        **B.**   Permit, plan review, impact and city engineering fee's ($11,500 allowance)

        **C.**   All surveys ($950 allowance)

        **D.**   Tile allowance for all wall and floor tile; $2.50 per sq foot (Tile only). Labor, grout, adhesive,
           wicking paper and fixtures provided by builder.  All wall tile will have an
           additional $100 per unit allowance to be used towards Listellos and/or deco tiles, labor
           & material.(Wall tile will be 8'-0' high) and have an allowance not to exceed $1.75 per linear
           foot "for wall tile bullnose. All floor tile to be on a straight design. Some porcelain
           wall & floor tile will have an extra labor charge due to the method in which it has
           to be installed

        **E**   Alarm allowance $1,800

        **F**   Full Construction cleaning and trash hauling

        **G**   42" x72" x 19" deep cultured marble tub in master bathroom (47 colors available)

        **H**   O.G. Marble window sills

        **I**   Cultured marble vanity top in master, guest, maid quarters and study bathroom
           (47 vanity colors and 4 standard bowl colors selections available)

J    All flooring and wall tile will be purchased at builders cost not "retail"

K    Shelving: $600 allowance

L    Cabinet allowance $25,000.00 to be used toward kitchen cabinets and cabinets tops, all laundry cabinets, all bathroom units excluding vanity tops and wet bar cabinet and tops

M    Garage wall; (drywall on all garage walls)

N    Storm shutter or upgrade windows to impact glass $8,000 allowance.

O    Driveway allowance: Since a survey with house location is not complete, an allowance on driveway will be as follows: The driveway, all walkways, all utility pads and all concrete outside the house slab will have an allowance of no more than 2000 square feet of 4" concrete. If additional concrete is needed price will be $2.50 per sq.ft. which includes labor & material

P    Stairs: Treads wil be the same as loft wood floor. The following will be paint grade: Luen rises, side skirt boards and casing trim. All typical railings will be stained oak to match traditional newel post. Traditional balusters are prepainted only.

Q    Wood floor allowance: Loft wood floor will have an allowance of $10 per square foot. This includes labor and material.

R    Fireplace: Fireplace to be a 42" majestic unit. Face of fireplace will be drywall. A mantle allowance of $500 includes labor and material and staining or painting. A facing and hearth allowance of $1,500 includes labor and material.

S    Pool allowance $35,000 to include the following pool & pool deck, screen enclosure, all equipment and electrical.

T    Lot preparation & site work .$25,000 allowances .Included but not limited to the following: Cleaning of debris on lot, fill, compaction and test, digging of septic hole and septic sand if necessary and all tractor work including setting of culvert. Lot preparation can also include any special drains to relieve trapped water, installation of swale liner and retention walls if severe elevation occurs.

U    "Lot preparation owner responsibility" Life span of trees that owner does not want removed will be at the owner's own risk. There will be an additional charge to remove trees at a later date. Project manager is not responsible and owner agrees to reimburse project manager for demucking and for removal of materials and labor brought to or installed on the property prior to the discovery of that condition or any other geological or physical condition of property.

V    There will be NO change order fees. A simple 12% profit will be applied to any extra that requires field supervision. The 12% profit will be waived on extras that require no field supervision at builders discretion. If an allowance goes above the contract, a 12% profit will be applied. Also if any allowance is not used in full it can be applied to another allowance item or refunded to customer.

W    All allowances include applicable taxes

**Project Manager will not be responsible for the following:**

1 2 canvas units above guest bedroom & garage window
2 Association fees

3  Water softeners
4  Florida Power & Light bill during construction
5  Crane service: If crane is required for any reason to bring in concrete due to
   poor lot conditions, the owner agrees to pay for the material and labor.

**Project Manager's Authorized Suppliers and Owner's Use of Non-Authorized Suppliers:**
Project Manager must first agree and approve use of any materials or goods from a non-
authorized supplier.  If Owner desires to use any materials or goods from suppliers not authorized
by Project Manager, the Owner bears all risk of defect in such materials and goods, and Project
Manager's warranty shall not be applicable to such materials or goods.  Owner shall reimburse for
any costs or expenses incurred from use of non-authorized supplier's materials or goods,
including costs to reschedule work due to delivery schedules, additional costs to install
the materials or goods, and any other item causing additional expenses or costs from use
of the non-authorized suppliers materials or goods.

In witness, the parties have executed this agreement on_____4/7/05_____

By: _____          By: _____
                                                      ,Owner


By: _____          By: _____
    ASSOCIATGED BUILDERS AND                          ,Owner
    DEVELOPERS, INC., PROJECT MANAGER

ADDENDUM "B"

## CONSTRUCTION AGREEMENT, dated ___4/7/06___

By and between ASSOCIATED BUILDERS AND DEVELOPERS, INC., Project
Manager , and
Rivermar Properties, LLC, Marcel Pradel, President, Owner

ADDITIONS, CHANGES & PRICE INCREASES
SUPPLEMENTAL PAGES

| ITEM NO. | DESCRIPTION | NO. UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | $589,785 price dated May 5, 2004 $175,015 Allowances $414,770 X 7% Increase $29,033 Increase | | | $29,033 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| | | | TOTAL | $29,033 |

In witness, the parties have executed this agreement on _____

By: _____       By: _____
                           Witness                              , Owner

By: _____       By: _____
ASSOCIATED      BUILDERS      AND                           , Owner
DEVELOPERS, INC., Project Manager

ADDENDUM "C"
CONSTRUCTION AGREEMENT, dated _____4/7/08_____
By and between ASSOCIATED BUILDERS AND DEVELOPERS, INC., Project Manager, and
Rivermar Properties, LLC, Marcel Pradel, President, Owner

## ALLOWANCES

| ITEM NO. | DESCRIPTION | NO. UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | Cabinets and tops | | | $25,000 |
| 2 | Shower enclosure | 3 | | $1,600 |
| 3 | Rough Electrical | | | $12,200 |
| 4 | Roof | | | $26,365 |
| 5 | Lighting | | | $2,500 |
| 6 | Appliances | | | $6,000 |
| 7 | City Water and Sewer | | | $1,500 |
| 8 | Permit, plan review | | | $11,500 |
| 9 | Survey | | | $950 |
| 10 | Tile | | $2.50 sq.ft | TBD |
| 11 | Alarm | | | $1,800 |
| 12 | Shelving | | | $600 |
| 13 | Storm Shutters | | | $8,000 |
| | | | | |

In witness, the parties have executed this agreement on _____4/7/0 6_____

By: _____
                                    , Witness

By: _____
ASSOCIATED       BUILDERS       AND
DEVELOPERS, INC., PROJECT MANAGER

By: _____
                                    , Owner

By: _____
                                    , Owner

ADDENDUM "C"

CONSTRUCTION AGREEMENT, dated _____ 4/7/05

By and between ASSOCIATED BUILDERS AND DEVELOPERS, INC., Project Manager, and
Rivermar Properties, LLC, Marcel Pradel, President, Owner

ALLOWANCES

| ITEM NO. | DESCRIPTION | NO. UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 14 | Wood Floor | | $10 per sq. Ft. | TBD |
| 15 | Fireplace mantel | | | $500 |
| 16 | Fireplace face (Labor & Material) | | | $1,500 |
| 17 | Pool allowance | | | $35,000 |
| 18 | Lot preparation | | | $25,000 |
| 19 | Landscaping | | | $15,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $175,015 |

In witness, the parties have executed this agreement on _____ 4/7/05

By: _____ ,Witness

By: _____
ASSOCIATED      BUILDERS      AND
DEVELOPERS, INC., PROJECT MANAGER

By: _____ , Owner

By: _____ , Owner

## ADDENDUM TO HOME CONSTRUCTION AGREEMENT

THIS ADDENDUM to that certain Home Construction Agreement (hereinafter referred to as "Contract"), is entered into this __7__ day of April, 2005, by and between RIVERMAR PROPERTIES, LLC, a Florida limited liability company (hereinafter referred to as "Owner") and ASSOCIATED BUILDERS AND DEVELOPERS, INC., a Florida corporation, hereinafter referred to as "Project Manager").

NOW THEREFORE, the parties do hereby agree that the Contract is hereby amended by and shall incorporate therein the following:

1. Owner hereby designates Sylvio de Bartoli as its agent for the determination of correctness of progress payments due hereunder, and in addition Owner hereby reserves unto its members the right to make such determination, and the right to appoint an alternate agent for the determination thereof. Any such agent shall have the right to enter the property for inspections without notice to Project Manager.

2. Project Manager agrees to indemnify and hold harmless the Owner and its agents and employees, from and against all claims, damages, losses, and expenses, including reasonable attorney's fees in case it shall be necessary to file an action, arising out of the performance of the work herein, which is (1) for bodily injury, illness, or death, or for property damage, including loss of use, and (2) caused in whole or in part by Project Manager's negligent act or omission, or that of a subcontractor, or that of anyone employed by them or for whose act Project Manager or subcontractor may be liable.

3. Construction under this Contract shall commence within two (2) weeks from the date of obtaining Building Permits, and receipt of certified copy of Notice of Commencement, and shall in any event be completed on or before one year from the date of the Contract (The Completion Date), time being of the essence thereof. Completion shall constitute the issuance of a Certificate of Occupancy and all Contract items in place and in operating condition.

4. On items for which there is an allowance, the owner shall receive a credit for any unused portion of said allowance.

5. The Project Manager warrants that it is a Florida corporation in good standing in the State of Florida, and that said Project Manager shall be shall be responsible to insure that the General Contractor for the construction herein contemplated is a duly licensed General Contractor in the State of Florida.

6. Project Manager agrees that all materials and supplies ordered for the construction herein contemplated, whether installed or erected or not, shall be the property of the Owner at the time said materials and supplies become incorporated and made a part of the premises being constructed.

7. Progress payments may be withheld if:

    A. Work is found defective and not remedied;

    B. Project Manager does not make prompt and proper payments to sub-contractors;

    C. Project Manager does not make prompt and proper payment for labor, materials, or equipment furnished him;

    D. Claims or liens are filed on the job;

    E. Owner shall have the right to pay any such claimants by check payable to the Claimant and the Project Manager jointly and apply such payment to the purchase price herein required.

8. Progress payments shall be made in accordance with the schedule attached hereto as Exhibit "A". The initial 10% upon commencement of construction shall be reduced by the initial deposit of $5,800.00 made by Owner.

9. Owner is not financing the construction hereof. Progress payments shall be disbursed by Owner's attorney, Diana Goldman, P.A., unless Project Manager is otherwise notified.

10. Project Manager shall cause to have furnished to Owner a final Contractor's Affidavit in accordance with Florida's Construction Lien Laws before payment of the final Draw due under the Contract, which Affidavit shall attest to the payment in full for all labor, materials, and equipment for which a lien could be filed.

11. Prior to notification of completion pursuant to Section IV of the Contract, Project Manager shall, at least 45 days prior to said completion, notify Owner of the anticipated date thereof in order that Owner has sufficient time to make travel arrangements in order to complete the walk through inspection.

12. In addition to the warranties provided under the terms of the Contract, Contractor and Project Manager shall provide standard builders' warranties to Owner.

13. John P. McFall shall serve as the Contractor on behalf of the Owner. The purchase price of the Contract includes any remuneration due or payable to said Contractor, and shall be the sole responsibility of the Project Manager. Contractor shall provide Owner with proof of all insurance required by Project Manager hereunder.

14. In the event of a conflict between the terms and provisions of the Contract and any Addendum thereto and the terms and provisions of this Addendum, the terms and provisions of this Addendum shall control.

IN WITNESS WHEREOF, the undersigned have, on behalf of the parties hereto, set their

respective hands and seals on the date set forth hereinbelow.

**OWNER**                                      **PROJECT MANAGER**

RIVERMAR PROPERTIES, LLC          ASSOCIATED BUILDERS AND
                                               DEVELOPERS, INC.

By:                                            By: _____  4/7/0r
_____                     Vincent Valicenti, President    Date
Marcel Pradel, President      Date

## ACCEPTANCE OF TERMS OF CONTRACT

THE UNDERSIGNED CONTRACTOR, by his signature hereto, does hereby signify his acceptance of the terms of the attached Contract and all Addendums and attachments thereto.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 07 day of April, 2005.

_____
John P. McFall

EXHIBIT "A"

Stage 1
_____ Commencement of Construction (10%)

Stage 2
_____ Foundation (20%)
- ☐  Site excavation complete
- ☐  Footings & Foundation in place
- ☐  Underground plumbing/septic system
- ☐  Concrete slab or flat work complete

Stage 3
_____ Rough Framing (20%)
- ☐  Rough framing cement block complete
- ☐  Roof dried in
- ☐  Windows and exterior doors installed

Stage 4
_____ Rough Finish (20%)
- ☑  Roof and framing complete
- ☑  Rough plumbing complete
- ☑  Rough electrical complete
- ☑  Rough heating and air conditioning complete
- ☑  External insulation and sheathing complete
- ☐  Exterior complete
- ☑  Interior plastering and/or drywall complete

Stage 5
_____ Finish Work (20%)
- ☐  Garage doors installed
- ☐  All interior doors hung
- ☐  All cabinets installed and countertops complete
- ☐  All floors and floor coverings complete
- ☐  All appliances installed
- ☐  All major bathroom fixtures installed
- ☐  All painting, interior and exterior complete
- ☐  All driveways, walks and landscaping complete    21,000

Stage 6
_____ Final Disbursement (10%)
- ☐  Property is complete
- ☐  Certificate of Occupancy or equivalent has been issued.
- ☐  There are no liens on the project.