UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 Section L |
| This Document Relates To ALL CASES and specifically AMATO V. LIBERTY MUTUAL INSURANCE CO., et al. (OMNI V) | JUDGE FALLON MAG. JUDGE WILKINSON |

**ORDER**

Considering Defendant Quanta Indemnity Company's Motion for Partial Summary Judgment for Lack of a Policy Filed Pursuant to Court Order of March 3, 2011 [Rec. No. 8334] filed on March 24, 2011 and the consent of the Parties;

**IT IS HEREBY ORDERED** by this Court that Quanta Indemnity Company's Motion is **GRANTED IN PART** and that all claims against Quanta Indemnity Company as alleged insurer of Northstar Homes, Inc. and Northstar Homebuilders, Inc. are **DISMISSED**, without prejudice. The remainder of the Motion addressing claims against Quanta Indemnity Company as alleged insurer of Sterling Communities Realty, Inc. is **DEFERRED** for later resolution.

New Orleans, Louisiana, this 4th day of November, 2011.

_____
U.S. District Judge