IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to: David Gross, Cheryl Gross, and Louis Velez, et al. v. Knauf Gips KG, et al., Case No. 2:09-cv-06690-EEF-JCW (E.D. La.) | ) ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

**MOTION TO DISMISS TRIPLE E CORPORATION
UNDER F.R.C.P. 12b(2) FOR LACK OF PERSONAL JURISDICTION**

COMES NOW the third-party defendant, Triple E Corporation, and moves this Court to dismiss this action under F.R.C.P. 12b(2) for lack of personal jurisdiction. This third-party defendant would show unto the Court the following:

1. The third-party plaintiff, Woodland Enterprises, Inc., who has sued Triple E Corporation, is a Florida corporation and the houses at issue are in Florida (see Third-Party Complaint).

2. Triple E Corporation is a Florida corporation that has never done business in the State of Louisiana (Exh. 1; Paul East Affidavit).

3. Triple E Corporation does not have minimum contacts with the State of Louisiana (Exh. 1; Paul East Affidavit).

4. The entire transaction between Triple E Corporation and the third-party plaintiff, Woodland Enterprises, Inc., took place in the State of Florida.

5. Triple E Corporation has not submitted to, and is not subject to, jurisdiction in this Court.

1943298 v1

6.	In the absence of any contact between Triple E Corporation, and the State of Louisiana, this Court does not have personal jurisdiction over Triple E Corporation on claims that arise from real property located in the State of Florida.

WHEREFORE, this third-party defendant requests that this Third-Party Complaint against Triple E Corporation be dismissed under F.R.C.P. 12b(2) and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

						s/ S. Greg Burge
						S. Greg Burge (AL Bar# ASB-0558-B37S)
						gburge@burr.com

						Attorney for Defendant
						TRIPLE E CORPORATION

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of November, 2011.

						s/ S. Greg Burge
						OF COUNSEL