IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | ) MDL Docket No. 2047 ) |
| This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, et al. v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-06690-EEF-JCW (E.D. La.) | ) SECTION L<br>) JUDGE FALLON<br>) MAG. JUDGE WILKINSON<br>)<br>) |

### AFFIDAVIT OF PAUL EAST

STATE OF FLORIDA   )
COUNTY OF MARTIN   )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Paul East, who states under oath as follows:

1. My name is Paul East. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Florida at 2723 Horseshoe Trail, Palm City, FL 33490.

3. I was in the drywall business for over 15 years. I operate Triple E Corporation, which is a Florida corporation.

4. Triple E Corporation always maintained its business at 2723 Horseshoe Trail, Palm City, FL 33490.

5. Triple E Corporation was in the business of installing drywall in Florida residences.

6. Triple E Corporation has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any

1943307 v1

business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7. Triple E Corporation has never been licensed or registered to do business in Louisiana, nor has Triple E Corporation ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8. Triple E Corporation does not have an agent for service of process in Louisiana.

9. Triple E Corporation does not have any bank accounts in Louisiana or own any property in Louisiana.

10. Triple E Corporation has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. Triple E Corporation has never received any business from any contacts in Louisiana.

12. Triple E Corporation has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

13. All the residences that are alleged to have Chinese drywall supplied by Triple E Corporation are located in Palm Beach County, Florida.

14. The work products of Triple E Corporation are stationary and stay fixed to the house on the real estate on which they are built.

15. The work product of Triple E Corporation involved purchasing the drywall from a supplier for a specific job. Triple E Corporation purchased as much drywall as it needed for a job and did not store any drywall on site, or at any other location.

16. Triple E Corporation was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

17. This entire alleged transaction took place in the State of Florida and has no relationship to the State of Louisiana.

**FURTHER AFFIANT SAITH NOT.**

DATED: 10/24/11

By *[signature]*
Paul East

I, Terri East, a Notary Public in and for said County in said State, hereby certify that Paul East, whose name is signed to the foregoing AFFIDAVIT OF PAUL EAST, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date. *Personally Known to me.*

Given under my hand and seal, this 27 day of Oct, 2011.

*[signature]* Terri East
NOTARY PUBLIC

[SEAL] TERRI EAST
Commission # DD 859095
Expires March 28, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

My Commission Expires: 3/28/13

1943307 v1                                3