IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, et al. v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-06690-EEF-JCW (E.D. La.) | ) SECTION L<br>) JUDGE FALLON<br>) MAG. JUDGE WILKINSON<br>) ) |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on the 23rd day of November, 2011, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, the attached Motion to Dismiss will be brought for hearing.

                                       s/ S. Greg Burge
                                       S. Greg Burge (AL Bar# ASB-0558-B37S)
                                       gburge@burr.com

                                       Attorney for Defendant
                                       TRIPLE E CORPORATION

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Notice has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of November, 2011.

                                       s/ S. Greg Burge
                                       OF COUNSEL

1943324 v1