UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION                           JUDGE FALLON
                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:            CASE NO.: 11-2349

DOROTHY ARNDT, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF  VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT, WILLIAMS BROWN, INC.

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which

hereby files its Notice of Appearance as counsel on behalf of Defendant, WILLIAMS BROWN,

INC.  It is respectfully requested that all pleadings, documents and correspondence be served upon

the undersigned counsel in connection with these actions

                    Respectfully submitted,

                    FULMER  LeROY  ALBEE  BAUMANN, P.L.C.
                    Attorneys for Defendant,
                    WILLIAMS-BROWN, INC.
                    2866 East Oakland Park Boulevard
                    Fort Lauderdale, FL  33306
                    (954) 707-4430  phone
                    (954) 707-4431  fax


                    BY:  /s/ Gary F. Baumann
                         GARY F. BAUMANN
                         Fla. Bar. No.:  089052

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 7, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


BY: */s/ Gary F. Baumann*
GARY F. BAUMANN