**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Joint Motion to Set Joint Motion for Approval of Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders for Hearing filed by the PSC and the Knauf Entities;

IT IS ORDERED BY THE COURT that the Joint Motion for Approval of Term Sheet Agreement With the Knauf Entities Regarding Their Settlements With Homebuilders [Rec. Doc. 10227-3] be and is hereby set for hearing following the monthly status conference on November 16, 2011 at 9:00 o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge