# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| | * * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * * | |
| Case No. 11-1893 Richard and Carol Benoit, *et al*, v. LaFarge S.A., *et al.* | * * * | |

**************************************************

## NOTICE OF APPEARANCE

D. Matthew Allen, Wm. Cary Wright, and Carlton Fields, P.A. hereby give notice of their appearance as counsel of record for Thomas F. Gray Construction, Inc. in this case and respectfully request that copies of all pleadings served in this case be served upon the undersigned in connection with this action.

        Respectfully submitted,

        /s/ D. Matthew Allen
        D. Matthew Allen
        Florida Bar No. 866326
        Wm. Cary Wright.
        Florida Bar No 862797
        CARLTON FIELDS
        P.O. Box 3239
        Tampa, Florida 33601-3239
        Telephone:    (813) 223-7000
        Fax:    (813) 229-4133
        mallen@carltonfields.com
        cwright@carltonfields.com

        *Counsel for Thomas F. Gray Construction, Inc.*

21380813.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of November, 2011.

        /s/ D. Matthew Allen