UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|  | : | SECTION: L |
|  | : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

At the suggestion of the Plaintiffs' Liaison Counsel, the Court seeks to appoint Robert M.

Johnston of Johnston, Hoefer, Holwadel & Eldridge, 400 Poydras Street, Suite 2450, New

Orleans, Louisiana 70130, as a *pro se* curator to assist the growing number of *pro se* claimants in

the MDL litigation who are seeking information and/or representation. Accordingly, IT IS

ORDERED that this Order serves as Notice pursuant to Federal Rule of Civil Procedure

53(b)(1), announcing the Court's recommendation of Mr. Johnston as a *pro se* curator. IT IS

FURTHER ORDERED that any objections and/or comments to this Notice are to be filed by

November 11, 2011, and will be addressed by the Court following the monthly status conference

on November 16, 2011. Mr. Johnston's required Rule 53 affidavit is attached to this Order.

New Orleans, Louisiana, this ___ day of November 2011.

U.S. District Judge