UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**AFFIDAVIT OF ROBERT M. JOHNSTON**
**TENDERED PURSUANT TO FED. R. CIV. P. 53**

STATE OF LOUISIANA )
) s.s. AFFIDAVIT
PARISH OF ORLEANS )

Robert M. Johnston, being first duly sworn according to law, states the following:

1. I have thoroughly familiarized myself with the issues involved in the multidistrict litigation captioned *In Re: Chinese Manufactured Drywall Products Liability Litigation*, No. 05-1657, which is pending in the United States District Court for the Eastern District of Louisiana. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for my disqualification under 28 U.S.C. § 455 that would prevent me from serving as Curator in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____

Sworn to before me and subscribed in my presence this __31st__ day of October, 2011.

_____
Notary Public

Heather A. England Reznik
#29175
Commission expires upon death