UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO DOROTHY ARNDT, et al | * | JUDGE FALLON |
| vs. | * | MAG. JUDGE WILKINSON |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al. | * | |
| Case No. 2:11-cv-02349 | * | |

\*       \*       \*       \*       \*       \*       \*

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian

A. D'Arcy of the law firm of Shields Mott Lund L.L.P. who hereby enter their appearance on

behalf of defendant, Design Drywall of South Florida, LLC.  It is respectfully requested that

copies of all future pleadings, orders, notices, motions, documents and correspondence in

connection with this action be served upon them in accordance with the address and contact

information below.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
ajvicknair@shieldsmottlund.com
aadarcy@shieldsmottlund.com

Attorneys for
  Design Drywall of South Florida, LLC

# CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 9th day of November, 2011.


/s/ Elizabeth L. Gordon

62065-02\Pleadings\Notice of Appearance.wpd