UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Payton, et al v. Knauf Gips, KG, et al. EDLA 09-07628 | * * | MAG. JUDGE WILKINSON |
| Rogers, et al. v. Knauf Gips, KG, et al. EDLA 2:10-cv-00362 | * | |
| *    *    *    *    *    * | * | |

_____

**CONSENT MOTION TO WITHDRAW COUNSEL AND SUBSTITUTE COUNSEL OF RECORD ON BEHALF OF TUSCAN-HARVEY ESTATE HOMES, INC.**
_____

NOW INTO COURT, through undersigned counsel, comes defendant, Tuscan-Harvey Estate Homes, Inc. (hereinafter, "Tuscan-Harvey"), which respectfully suggests to this Honorable Court that it desires that Nicolas B. Harvey (FL Bar No. 58975) of the law firm of Siegel, Hughes & Ross be substituted as counsel of record for said defendant, in the place and stead of Leigh Ann Schell (LA Bar No. 19811) and Michele Hale DeShazo (LA Bar No. 29893) of the law firm of Kuchler, Polk, Schell, Weiner & Richeson, LLC. Defendant certifies to this Court that this substitution is not interposed for delay and will not retard the progress of this matter.

WHEREFORE, Tuscan-Harvey Estate Homes, Inc. prays that this Honorable Court substitute Nicolas B. Harvey (FL Bar No. 58975) of the law firm of Siegel, Hughes & Ross as counsel of record in the place of Leigh Ann Schell (LA Bar No. 19811) and Michele Hale DeShazo (LA Bar No. 29893) of the law firm of Kuchler, Polk, Schell, Weiner & Richeson, LLC.

Respectfully submitted,

/s/ Nicolas B. Harvey
Nicolas B. Harvey (FL Bar No. 58975)
Siegel, Hughes & Ross
4046 W. Newberry Road
Gainesville, FL 32607
Telephone: (352) 375-7700
Facsimile: (352) 375-1080
nharvey@shrlawfirm.com


/s/ Michele Hale DeShazo
Leigh Ann Schell (LA Bar No. 19811)
Michele Hale Deshazo (LA Bar No. 29893)
Kuchler, Polk, Schell, Weiner & Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
lschell@kuchlerpolk.com
mdeshazo@kuchlerpolk.com


Attorneys for Tuscan-Harvey Estate Homes, Inc.

CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Consent Motion to Withdraw Counsel and Substitute Counsel of Record on Behalf of Tuscan-Harvey Estate Homes, Inc.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 10th day of November, 2011.

/s/ Michele Hale DeShazo