UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| LAURA HAYA, et al. | * | |
| vs. | * | |
| | * | |
| TAISHAN GYPSUM CO., LTD. | * | |
| et al | * | |
| Case No. 11-1077 | * | MAG. WILKINSON (4) |

**DEFENDANT RADD BUILDERS, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Defendant Radd Builders, Inc. ("Radd Builders"), pursuant to Federal Rule of Civil

Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for

its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order

allowing Radd Builders to exceed the twenty-five (25) page limitation for its Motion for the

reasons set forth in the attached Memorandum of Law filed in support of this  Motion.

WHEREFORE, Defendant Radd Builders, Inc. respectfully requests that the instant

Motion be granted and that an Order be entered permitting Radd Builders' Motion to exceed

the twenty-five (25) page limitation, together with such other and further relief that the Court

deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana    70130
Telephone:    504-299-3570
Facsimile:    504-299-3582
E-mail:        clong@kfplaw.com
E-mail:        tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
RADD BUILDERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG