UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

WALTER M. RADD

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President of Radd Builders, Inc. ("Radd Builders") and, as such, has personal knowledge of the following based on his review of records maintained by Radd Builders in the regular course of business.

2. Radd Builders is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Hillsborough County, Florida.

3. Radd Builders is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Radd Builders has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Radd Builders has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.


EXHIBIT "A"

6. Radd Builders does not have an agent for service of process in Louisiana.

7. Radd Builders does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Radd Builders does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Radd Builders has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Radd Builders does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Radd Builders has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Radd Builders never anticipated it would be haled into court in Louisiana.

_Walter M. Radd_
Walter M. Radd

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 25TH DAY OF August, 2011.

_____
NOTARY PUBLIC

Notary Public State of Florida
Michael D Mock
My Commission DD742036
Expires 01/12/2012

**RADD BUILDERS, INC.**
3005 LITHIA PINECREST ROAD
VALRICO, FLORIDA 33594

## PURCHASE AGREEMENT

FOR CUSTOM HOMES

THIS AGREEMENT MADE AND ENTERED INTO THIS __8th__ DAY OF __March, 2008__
BY AND BETWEEN __David E. Sparkman and Elizabeth F. Sparkman__
HEREINAFTER REFERRED TO AS THE **PURCHASER**, AND RADD BUILDERS, INC., A FLORIDA CORPORATION, HEREINAFTER REFERRED TO AS THE **SELLER/CONTRACTOR**.

THE **EFFECTIVE DATE** OF THIS AGREEMENT IS THE DATE WHEN THE LAST ONE OF THE **PURCHASER** AND **SELLER/CONTRACTOR** HAS SIGNED THIS AGREEMENT.
TIME IS OF THE ESSENCE OF THIS CONTRACT.

THE **PURCHASER** AND **SELLER/CONTRACTOR** AGREE AS FOLLOWS:
   FOLIO#205162.1786

1. SELLER/CONTRACTOR AGREES TO CONSTRUCT FOR BUYERS A DWELLING ON THE FOLLOWING DESCRIBED REAL PROPERTY:   3014 Via Parma Street
                                                                Plant City, Fl 33566

OR LEGAL DESCRIPTION:   **METES & BOUNDS SEE ATTACHED**
_Lot 10, Block 3_   _DES_  _EJS_

IN ACCORDANCE WITH THE PROVISIONS, TERMS, AND CONDITIONS OF THIS AGREEMENT, THE SPECIFICATIONS ATTACHED HERETO AND ADDITIONS AND MODIFICATIONS HEREAFTER REFERRED TO AS **"CHANGE ORDERS"** AGREED UPON IN WRITING, ALL OF THIS AGREEMENT.

2. THE PURCHASE PRICE IS                          $ __235,900.00__

2A. DEPOSIT                                       __3,000.00__
    10% START UP DRAW TO CONTRACTOR
    DATE: **AT CLOSING FROM MORT. CO.**          $ __TBD__

2B. MORTGAGE AMOUNT                               $ __TBD__

2C. AMOUNT DUE AT CLOSING                         $ __PER MORT. CO +__ CLOSING COSTS

3. THE PROPOSED DWELLING IS TO BE CONSTRUCTED UPON LAND:
   (CHECK)
   ☐ A) PRESENTLY OPTIONED BY CONTRACTOR
   ☒ B) OWNED BY CONTRACTOR
   ☐ C) OWNED BY BUYER
   ☐ D) TO CLOSE SIMULTANEOUS WITH HOUSE

* IF LOT IS OPTIONED BY **SELLER/CONTRACTOR**, THEN THIS AGREEMENT IS CONTINGENT UPON THE ACTUAL PURCHASE OF SAID LOT.

**HOMEOWNERS ASSOCIATION:**
4. IF APPLICABLE, **PURCHASER** ACKNOWLEDGES REVIEW AND RECEIPT OF THE HOMEOWNER'S ASSOCIATION DISCLOSURE STATEMENT WHICH IS ATTACHED TO AND MADE A PART OF THIS AGREEMENT.

EXHIBIT "B"

5. THE **SELLER/CONTRACTOR** SHALL EXAMINE THE BUILDING PLANS AND SPECIFICATIONS. IF CHANGES ARE TO BE MADE FROM ORIGINAL PLAN, **PURCHASER** SHALL APPROVE SUCH PLANS BY ENDORSING EACH PAGE. IF THE **PURCHASER** DESIRES TO MAKE ADDITIONS, DELETIONS, OR OTHER REVISIONS TO THE WORK, **PURCHASER** AGREES TO COMPENSATE **SELLER/CONTRACTOR** FOR CHANGES, THE VALUE OF WHICH SHALL BE DETERMINED BY THE **SELLER/CONTRACTOR**. ANY DELETIONS WILL BE AT COST OF **SELLER/CONTRACTOR**. THE **SELLER/CONTRACTOR** SHALL NOT BE AUTHORIZED TO PROCEED WITH ANY CHANGES IN THE WORK UNLESS AND UNTIL THE SAME HAS BEEN DIRECTED BY **WRITTEN CHANGE ORDER, SIGNED BY PURCHASER, PAID FOR IN FULL,** AND ACCEPTED BY THE SELLER/CONTRACTOR SPECIFYING THE **ADJUSTMENT, IF ANY IN THE COMPENSATION AND TIME FOR PERFORMANCE OCCASIONED THEREBY. ANY CHANGE ORDERS SUBMITTED AFTER THE DATE OF FINAL APPROVAL OF PLANS BY PURCHSER SHALL HAVE AN ADMINISTRATION FEE OF $150.00 PLUS THE COST OF ANY CHANGES ORDERED BY PURCHASER.**

5A. COLOR COORDINATOR FOR **SELLER/CONTRACTOR** SHALL ASSIST **PURCHASER** WITH SELECTIONS FOR COLORS THROUGHOUT THE HOME. RADD BUILDERS HAS CONTRACTED FOR 4 HOURS OF ASSISTANCE WITH THE COLOR COORDINATOR. THIS AMOUNT OF TIME SHOULD BE MORE THAN SUFFICIENT. IF EXTRA TIME IS DESIRED BY **PURCHASER** ARRANGEMENTS WITH THE COLOR COORDINATOR MAY BE MADE AND PAID FOR DIRECTLY BY **PURCHASER** AT THE HOURLY RATE OF COLOR COORDINATOR. AFTER FINAL SELECTIONS HAVE BEEN MADE, **PURCHASER** SHALL APPROVE BY SIGNING JOB ORIGINATION FORM. ANY DELETIONS, REVISIONS, OR CHANGES TO JOB ORIGINATION FORM WILL BE KNOWN AS WRITTEN **"CHANGE ORDERS"**. EACH WRITTEN **CHANGE ORDER** SHALL HAVE AN ADMINISTRATION FEE OF $150.00 PLUS THE COST OF ANY CHANGES ORDERED BY **PURCHASER.**

6. SHOULD THE SLOPE OR ELEVATION OF THE LOT BE SUCH THAT REQUIRES EXTRA FOUNDATION BLOCK OR FILL UNDER THE SLAB, POOL DECK, PATIO, DRIVES, OR WALKS OVER THAT WHICH WOULD BE REQUIRED FOR THE NORMAL THREE COARSE FOUNDATION, THE EXPENSE OF SAME WILL BE BORNE BY **PURCHASER.**
THE **SELLER/CONTRACTOR** WILL FURNISH A DRIVEWAY AS PER PLANS AND/OR SPECIFICATIONS. MACHINE GRADING OF THE BUILDING SITE UP TO 1/3 ACRE OF THE LOT IS INCLUDED. SHOULD CONCEALED CONDITIONS ENCOUNTERED IN THE PERFORMANCE OF THE WORK OR UNKNOWN CONDITION IN AN EXISTING STRUCTURE BE AT VARIANCE WITH THE CONDITIONS INDICATED BY THE CONTRACT DOCUMENTS OR UNDERSTOOD BY THE **SELLER/CONTRACTOR** TO BE THE CASE, CONTRACT SUMS SHALL BE EQUITABLY ADJUSTED BY THE CHANGE ORDER UPON CLAIM BY EITHER PARTY MADE WITHIN (30) DAYS AFTER FIRST OBSERVANCE OF THE CONDITIONS.



6A. **BEFORE CONSTRUCTION BEGINS, PURCHASER MAY HAVE THE SOIL TESTED OF SUBJECT PROPERTY AT THE EXPENSE OF PURCHASER IN ORDER TO DETERMINE ANY UNKNOWN DEFECTS IN SAID PROPERTY. NEITHER SELLER/CONTRACTOR – RADD BUILDERS, INC., NOR IT'S EMPLOYEES, ASSOCIATES OR REPRESENTATIVES THEREOF ARE TO BE HELD RESPONSIBLE FOR ANY SUB-SOIL CONDITIONS. INITIALS** _____

**FUNDING/FINANCING:**
7. SHOULD THE **PURCHASER** ELECT TO OBTAIN A MORTGAGE (THIRD PARTY LOAN) TO PAY FOR ANY PORTION OF THE PURCHASE PRICE, THEN THIS AGREEMENT IS CONTINGENT UPON THE **PURCHASER** OBTAINING A WRITTEN LOAN COMMITMENT, SATISFACTORY TO **SELLER**, FOR A FIXED OR ADJUSTABLE RATE LOAN WITHIN **45 DAYS** OF THE **EFFECTIVE DATE** OF THIS AGREEMENT WITH A MAXIMUM PRINCIPAL AMOUT TO INCLUDE HOME AND "HOMESITE, IF APPLICABLE", EXCLUDING **PURCHASER** OPTIONS WHICH MAY BE DETERMINED AT A LATER DATE.

7A. IT IS EXPRESSLY UNDERSTOOD THAT THE BASE PRCE OF THE **HOME** AND **"HOMESITE, IF APPLICABLE"**, (EXCLUSIVE OF ANY AND ALL OPTIONS SELECTED BY **PURCHASER**) SHALL BE USED TO DETERMINE WHETHER OR NOT **PURCHASER** IS QUALIFIED FOR A MORTGAGE AS SET FORTH HEREIN.

7B. A WRITTEN LOAN COMMITMENT LETTER SHALL BE SUPPLIED **PRIOR TO** THIS AGREEMENT OR WITHIN **10 DAYS** OF THE EFFECTIVE DATE OF THIS AGREEMENT AND A CONSTRUCTION LOAN SHALL BE CLOSED ON WITHIN **45 DAYS** OF THE **EFFECTIVE DATE** OF THIS AGREEMENT, UNLESS OTHERWISE EXTENDED AT THE OPTION OF **SELLER/CONTRACTOR. SELLER/CONTRACTOR** MAY EXTEND CLOSING BEYOND THIS DATE PROVIDED **PURCHASER** PAYS THE THEN CURRENT SALE PRICE OF THE **HOME** AND **"HOMESITE, IF APPLCABLE"**, AS DETERMINED BY **SELLER/CONTRACTOR**.

8. **FOR CONSTRUCTION-PERM LOANS:**
*IT IS EXPRESSLY AGREED THAT SELLER/CONTRACTOR WILL NOT OBTAIN PERMITS AND COMMENCE CONSTRUCTION UNTIL PURCHASER HAS FINANCING IN PLACE AND HAS SIGNED OFF ON PLANS.* AT SUCH TIME AS FINANCING HAS BEEN ARRANGED AND VERIFICATION OF SAME HAS BEEN PRESENTED TO **SELLER/CONTRACTOR**, CONSTRUCTION SHALL THEREAFTER BEGIN: SUCH CONSTRUCTION SHALL BE DILIGENTLY PURSUED. **SELLER/CONTRACTOR** SHALL USE HIS BEST EFFORTS TO ACHIEVE COMPLETION OF THE WORK WITHIN 8 TO 10 MONTHS FROM DATE OF THE FOOTER INSPECTION. HOWEVER, **SELLER/CONTRACTOR** WILL NOT BE RESPONSIBLE FOR ANY DELAYS FROM ANY CAUSE BEYOND THE CONTROL OF **SELLER/CONTRACTOR** INCLUDING, BUT NOT LIMITED TO, RAIN, WIND, FLOOD, AND OTHER SIMILAR OCCURRENCES OR SUPER NATURAL ACTS: STRIKES, LOCK OUTS, BOYCOTTS, OR OTHER LABOR ACTIVITIES; EXTRA WORK ORDERED BY OR OTHER ACTS OF **PURCHASER**, THEFT, VANDALISM, OR THE WRONGFUL ACTS OF THIRD PARTIES: ECONOMIC OR ACTUAL UNAVAILABILITY OF MATERIALS OR LABOR, IMPOSITION OF GOVERNMENT CONTROLS, AND INSPECTIONS OR CHANGES ORDERED BY ANY GOVERNMENT AGENCY OR SUBDIVISION DEVELOPER.

9. **PURCHASER** AGREES THAT **SELLER/CONTRACTOR** HAS THE RIGHT TO SUBSTITUTE MATERIALS WITH ITEMS OF EQUAL QUALITY IF ORIGINAL MATERIALS ARE UNOBTAINABLE BY REASON OF STRIKE OR DISCONTINUANCE OF PRODUCTION. **SELLER/CONTRACTOR** RESERVES THE RIGHT TO APPROVE EXTERIOR COLORS.

10. AS USED HEREIN, THE WORD "COMPLETION" SHALL MEAN SUBSTANTIAL COMPLETION. THE DATE OF SUBSTANTIAL COMPLETION OF THE WORK IS THE DATE WHEN CONSTRUCTION IS SUFFICIENTLY COMPLETE, IN ACCORDANCE WITH THE CONTRACT DOCUMENTS, SO THE **PURCHASER** CAN OCCUPY OR UTILIZE THE WORK OR DESIGNATED PORTIONS THEREOF FOR THE USE FOR WHICH IT IS INTENDED.

11. THE **SELLER/CONTRACTOR** IS RESPONSIBLE FOR THE EXPENSE OF ALL REQUIRED CONSTRUCTION SURVEYS. THE **PURCHASER** SHALL BE RESPONSIBLE FOR THE BOUNDARY SURVEY.

**PURCHASER RESPONSIBILITY:**
12. AT CLOSING **PURCHASER** SHALL PAY TO THE LENDING INSTITUTION ANY DEPOSITS REQUIRED TO ESTABLISH AN ESCROW ACCOUNT FOR PAYMENT OF TAXES, CASUALTY INSURANCE, AND MORTGAGE GUARANTEE INSURANCE AS REQUIRED BY THE LENDING INSTITUTION. AT CLOSING **SELLER/CONTRACTOR** TO PAY **NONE (IF PURCHASER ELECTS TO USE RADIANT MORTGAGE CO A $500 CREDIT TOWARD PURCHASER UPGRADES WILL BE GIVEN)** OF **PURCHASER'S** CLOSING COSTS ACTUALLY INCURRED IN CONNECTION WITH THIS TRANSACTION AND THE MORTGAGE FINANCING THEREOF, INCLUDING BUT NOT LIMITED TO: DOCUMENTARY STAMPS AND SURTAX STAMPS ON THE DEED, NOTES AND MORTGAGES; ANY ASSUMPTION OR TRANSFER FEE REQUIRED TO ASSUME AN EXISTING MORTGAGE; ANY COSTS INCIDENT TO A PURCHASE MONEY MORTGAGE, ANY TITLE INSURANCE FEE, ORIGINATION FEES, AND INTEREST AFTER CONSTRUCTION.

13. REAL PROPERTY TAXES AND ASSESSMENTS, OTHER TAXES AND ASSESSMENTS, PREPAID RENTS AND PREPAID INSURANCE PREMIUMS SHALL BE PAID BY **PURCHASER**.

14. THE **SELLER/CONTRACTOR** SHALL PAY ALL CONSTRUCTION INTEREST WHILE DWELLING IS UNDER CONSTRUCTION WITH CONSTRUCTION-PERM LOAN. UPON COMPLETION OF DEWELLING AND ISSUANCE OF CERTIFICATE OF OCCUPANCY **PURCHASER** SHALL BE RESPONSIBLE FOR ALL INTEREST ON CONSTUCTION-PERM LOAN SEVEN DAYS FOLOWING EFFECTIVE DATE OF CO AND THEREAFTER.

14A. THE **PURCHASER** SHALL APPLY FOR AND SHALL PAY FOR ALL EXPENSES IN CONNECTION WITH A PERMANENT LOAN. FINANCING SHALL BE AS SET FORTH IN ARTICLES 7, 7A AND 7B OF THIS AGREEMENT.

14B. THE CONSTRUCTION LOAN (IF APPLICABLE) SHALL BE DISBURSED ACCORDING TO THE STANDARD DRAW SCHEDULE OF THE FINANCING ENTITY SELECTED BY **PURCHASER**, SUBJECT TO THE INSPECTION AND APPROVAL OF **SELLER/CONTRACTOR**.

15. THE RESIDENCE SHALL BE DELIVERED TO **PURCHASER** WHEN CONSTRUCTION IS COMPLETE AND THE FULL PURCHASE PRICE (INCLUDING CHANGE ORDERS) HAS BEEN PAID TO THE **SELLER/CONTRACTOR**. **PURCHASER** SHALL CLOSE WITHIN (3) THREE WORKING DAYS AFTER THE DATE OF THE CERTIFICATE OF OCCUPANCY. **PURCHASER** WILL NOT OCCUPY, MOVE ANY ITEMS INTO OR OTHERWISE TAKE POSSESSION OF THE RESIDENCE UNTIL THE FULL PURCHASE PRICE (INCLUDING CHANGE ORDERS) HAS BEEN PAID IN FULL TO **SELLER/CONTRACTOR**.

**GENERAL:**

16. **PURCHASER** SHALL INDEMNIFY AND HOLD HARMLESS THE **SELLER/CONTRACTOR** AND IT'S EMPLOYEES FROM AND AGAINST ALL CLAIMS, DAMAGES, LOSSES AND EXPENSES FROM ACTS OR OMISSIONS ON THE PART OF THE **PURCHASER**. THIS OBLIGATION SHALL NOT BE CONSTRUED TO NEGATE, ABRIDGE, OR OTHERWISE REDUCE ANY OTHER RIGHT OR OBLIGATION OF INDEMNITY WHICH OTHERWISE MAY EXIST.

17. **SELLER/CONTRACTOR** INCLUDES AN ALLOWANCE TOWARDS A WELL AND A SEPTIC TANK OR THE COUNTY WATER AD SEWER SYSTEM CONNECTION FEES OF UP TO **$8,600.00. IF THE ALLOWANCE IS NOT SUFFICIENT TO COVER THESE COSTS THE OVERAGE IS TO BE BORNE BY THE PURCHASER. INITIALS** __N/A__

18. **SELLER/CONTRACTOR WARRANTY:** THERE ARE NO WARRANTIES, EXPRESSED OR IMPLIED OR OTHERWISE ARISING UNDER CONTRACT, STATE OR FEDERAL LAW, EXCEPT THOSE SPECIFICALLY SET FORTH IN THAT DOCUMENT COMMONLY KNOWN AS "THE PREFERRED BUILDER'S WARRANTY" A COPY OF WHICH:
    A. IS AVAILABLE FOR EXAMINATION AT THE OFFICE OF "RADD BUILDERS".
    B. IS ATTACHED _[signature]_

RADD BUILDERS, INC. INCLUDES A BUILDER WARRANTY FOR ONE (1) YEAR FROM CERTIFICATE OF OCCUPANCY FOR ANY REPAIRS EXISTING FROM CONSTRUCTION. THE WARRANTIES OF MANUFACTURERS EQUIPMENT AND APPLIANCES SUPPLIED WITH THE HOME WILL BE PASSED TO THE **PURCAHSER** AT THE TIME OF SETTLEMENT. BEFORE THE BUILDER (1) YEAR WARRANTY IS UP, THE BUILDER WILL NOT ACCEPT A BUILDER INSPECTION FROM AN OUTSIDE SOURCE HIRED BY THE **PURCHASER** TO GIVE WARRANTY ISSUES. IF **PURCHASER** HAS A HOME INSPECTOR WALK THRU THE HOME BEFORE MODIFICATION, HE MUST SEND COPIES OF LICENSE & LIABILITY INSURANCE

**18A. THE CONSTRUCTION INDUSTRY STANDARDS CONCERNING CONCRETE (SLABS, DRIVEWAYS, WALKWAYS AND POOL DECKING):** HAIRLINE CRACKS LESS THAN ¼ INCH IN WIDTH ARE COMMON, AND ARE USUALLY THE RESULT OF EXPANSION AND CONTRACTION. THESE CRACKS ARE NORMAL AND USUALLY COSMETIC IN NATURE. IF A CRACK IS LARGER THAN 1/4 INCH THAN IT WILL BE INSPECTED BY THE BUILDERS PREFERRED WARRANTY TO DETERMINE IF IT IS COSMETIC OR STRUCTURAL.

**19. APPLIES ONLY TO CONTRACTS THAT INCLUDE POOLS:**
NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE ENTIRE CONTRACT, (INCLUDING ADDENDUM), ONCE THE POOL DEPOSIT AS DENOTED IN "2B" OF THE CONTRACT IS TENDERED, ALL DEPOSITS GIVEN TOWARDS THIS CONTRACT BECOME NON-CONTINGENT ON FINANCING OR HOUSE TO SEE PROVISIONS, IF ANY. THE POOL DEPOSIT MUST BE TENDERED PRIOR TO COMMENCEMENT OF POOL CONSTRUCTION WHICH WILL TAKE APPROXIMATELY 50 DAYS. LENDING INSTITUTION CHOSEN BY **PURCHASER** MUST ALLOW POOL HOLDBACK AND **PURCHASER** MUST CLOSE ON HOUSE WHEN **SELLER/CONTRACTOR** HAS CERTIFICATE OF OCCUPANCY EVEN THOUGH POOL MIGHT NOT YET BE COMPLETE.

20. THIS AGREEMENT REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES AND SUPERSEDES ANY AND ALL PRIOR NEGOTIATION, REPRESENTATIONS OR MAY NOT BE AMENDED, MODIFIED OR ASSIGNED OTHER THAN BY WRITTEN AGREEMENT BETWEEN THE PARTIES. THE VALIDITY OR ENFORCEABILITY OF ANY PARTICULAR WERE NOT CONTAINED IN THIS AGREEMENT. THE RIGHTS AND REMEDIES OF **SELLER/CONTRACTOR** UNDER THIS AGREEMENT WILL BE CUMULATIVE AND NOT EXCLUDE ANY OTHER RIGHT OR REMEDIES PROVIDED TO IT BY LAW.

SHOULD **SELLER/CONTRACTOR** BE REQUIRED TO INSTITUTE A LEGAL PROCEEDING AS A RESULT OF THE BREACH OF THIS AGREEMENT BY **PURCHASER, PURCHASER** HEREBY UNDERTAKE AND AGREE TO PAY **SELLER/CONTRACTOR** HIS REASONABLE ATTORNEY'S FEES PLUS COURT COST INCLUDING AN APPEAL.

21. **CONCERNING BROKERAGE, IF APPLICABLE: SELLER/CONTRACTOR** AND **PURCHASER** ACKNOWLEDGE THAT THIS SALE WAS BROUGHT ABOUT BY REAL ESTATE AGENT _Elisa Westlund_ OF _Preferred Proffessionals_ WHO IS ENTITLED TO A SALES COMMISSION OF _3_ %. **CONCERNING INSIDE SALES PERSONNEL OF THE CONTRACTOR/OWNER DEVELOPER NAMED RADD BUILDERS, INC., IF APPLICABLE: SELLER/CONTRACTOR** AND **PURCHASER** ACKNOWLEDGE THAT THIS SALE TRANSACTION WAS BROUGHT ABOUT UNDER THE ADMINISTRATION OF **SALES ASSOC NAME(S)** WHO IS ENTITLED TO A SALES FEE OF ____%. IN EITHER CASE, THE COMMISSION OR SALES FEE IS TO BE PAID IN FULL **AT CLOSING** BY THE **SELLER/CONTRACTOR**.

22. SHOULD EITHER PARTY TO THIS CONTRACT SUFFER INJURY OR DAMAGE TO PERSON OR PROPERTY BECAUSE OF ANY ACT OR OMISSION OF THE OTHER PARTY OR OF HIS EMPLOYEES, AGENTS, OR OTHERS FOR WHOSE ACTS HE IS LEGALLY LIABLE, A CLAIM SHALL BE MADE IN WRITING TO SUCH OTHER PARTY WITHIN A REASONABLE TIME AFTER THE FIRST OBSERVANCE OF SUCH INJURY OR DAMAGE.

23. THIS CONTRACT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF FLORIDA.

24. **PURCHASER** AGREES NOT TO ENTER INTO CONTRACTS WITH OTHER CONTRACTORS OR SUBCONTRACTORS FOR WORK ON SAID HOME UNTIL FINAL CLOSING UNLESS APPROVED IN WRITING BY **RADD BUILDERS, INC.**

**DISCLOSURES:**
25. **PURCHASER** ACKNOWLEDGES THAT THEY HAVE RECEIVED A <u>GOOD FAITH ESTIMATE</u> OF THE CLOSING COSTS INCURRED IN THIS TRANSACTION.
_____ INITIALS.

26. ALL CLAIMS OR DISPUTES BETWEEN **SELLER/CONTRACTOR** AND **PURCHASER** ARISING

THEREOF SHALL BE DECIDED BY ARBITRATION IN ACCORDANCE WITH THE **CONSTRUCTION INDUSTRY ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION** THEN PREVAILING UNLESS THE PARTIES MUTUALLY AGREE OTHERWISE. RADD BUILDERS, INC. IS A MEMBER OF THE BETTER BUSINESS BUREAU AND PARTICIPATES IN MEDIATION WITH PURCHASER TO RESOLVE ANY UNRESOLVED ISSUES.

26A. **CONSTRUCTION INDUSTRIES RECOVERY FUND:** PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 1940 NORTH MONROE STREET, TALLAHASSEE, FL 32399-0783 (850) 487-1395.

26B. **PURCHASER** ACKNOWLEDGES THEY HAVE READ ARTICLE 26A CONCERNING THE **CONSTRUCTION INDUSTRIES RECOVERY FUND:** _/X/_ _/s/_ **INITIALS**

27. **REAL PROPERTY DISCLOSURE:** SELLER REPRESENTS THAT SELLER DOES NOT KNOW OF ANY MATERIAL FACTS WHICH AFFECT THE VALUE OF THE PROPERTY OTHER THAN THOSE WHICH PURCHASER CAN READILY OBSERVE OR WHICH ARE KNOW BY OR HAVE BEEN DISLOSED TO PURCHASER.
    A. **ENERGY EFFICIENCY:** PURCHASER MAY, PRIOR TO THE COMMENCEMENT OF CONSTRUCTION, HAVE THE PROPERTY'S ENERGY EFFICIENCY RATING DETERMINED.
    B. **RADON GAS:** RADON IS A NATURALLY OCCURRING RADIOACTIVE GAS THAT, WHEN IT HAS ACCUMULATED IN A BUILDING IN SUFFICIENT QUANTITIES MAY PRESENT HEALTH RISKS TO PERSONS WHO ARE EXPOSED TO IT OVER TIME. LEVELS OF RADON THAT EXCEED FEDERAL AND STATE GUIDELINES HAVE BEEN FOUND IN FLORIDA. ADDITIONAL INFORMATIONAL INFORMATION REGARDING RADON AND RADON TESTING MAY BE OBTAINED FROM YOUR COUNTY PUBLIC HEALTH UNIT. PURCHASER MAY, WITHIN THE INSPECTION PERIOD, HAVE AN APPROPRIATELY LICENSED PERSON TEST THE PROPERTY FOR RADON. IF THE RADON LEVEL EXCEEDS ACCEPTABLE EPA STANDARDS, PURCHASER MAY CHOOSE TO REDUCE THE RADON LEVEL TO AN ACCEPTABLE EPA LEVEL, FAILING WHICH EITHER PARTY MAY CANCEL THIS CONTRACT.
    C. **FLOOD ZONE:** IF THE PROPERTY IS IN A FLOOD ZONE, PURCHASER IS ADVISED TO VERIFY BY SURVEY, WITH THE LENDER AND WITH APPROPRIATE GOVERNMENT AGENCIES WHETHER FLOOD INSURANCE IS REQUIRED AND WHAT RESTRICTIONS APPLY TO IMPROVING THE PROPERTY AND REBUILDING IN THE EVENT OF CASUALTY.
    D. **SURFACE SOIL CONDITIONS:** PURCHASER MAY, PRIOR TO THE START OF CONSTRUCTION AND PRIOR TO THE PASSAGE OF TITLE CONDUCT TESTS OF THE SUBSURFACE SOIL CONDITIONS, ALL AT PURCHASER'S EXPENSE. IF THE RESULTS OF SUCH TESTS SHOW THAT THE SUBSURFACE SOIL CONDITIONS REQUIRE EXCAVATION, FILL OR EXTRAORDINARY COMPACTION, THE COSTS OF SUCH CONSTRUCTION SHALL BE PAID BY THE PURCHASER.
    E. **GEOLOGICAL CONDITIONS:** PURCHASER HAS INSPECTED AND APPROVED THE LOT. PURCHASER ACKNOWLEDGES THAT SELLER MADE NO GEOLOGICAL OR ENVIROMENTAL TESTS OF THE PROPERTY OR THE IMPROVEMENTS AND MAKES NO WARRANTIES OR REPRESENTATIONS CONCERNING GEOLOGICAL OR ENVIRONMENTAL MATTERS SUCH AS SINK HOLES, DETERIORATION OR COMPACTION OF SUBSURFACE SOILS AND SELLER SPECIFICALLY EXCLUDES SUCH MATTERS FROM ANY WARRANTY GIVEN UNDER THIS AGREEMENT.
    F. **SUBDIVISION RESTRICTIONS:** PURCHASERS ACKNOWLEDGE THAT THE PROPERTY BEING PURCHASED IS SUBJECT TO COVENANTS CONDITIONS AND

RESTRICTIONS, INCLUDING BUT NOT LIMITED TO THE SUBDIVION PLAT AND HOMEOWNER'S ASSOCIATION DOCUMENTS. HOMEOWNERS ASSOCIATION DOCUMENTS REQUIRE MEMBERSHIP IN AND PAYMENT OF COSTS AND FEES TO THE HOMEOWNERS ASSOCIATION. PURCHASERS HAVE REVIEWED AND ACCEPT THE CONDITIONS OF THESE DOCUMENTS.

G. **ARCHITECTURAL CONTROL COMMITTEE OF THE ASSOCIATION:** PURCHASERS ACKNOWLEDGE THAT ALL NEW CONSTRUCTION AND MODIFICATION OR EXTERIOR IMPROVEMENT OF EXISTING CONSTRUCTION WITHIN THE COMMUNITY IS SUBJECT TO THE PRIOR WRITTEN APPROVAL OF THE ARCHITECTURAL CONTROL COMMITTEE OF THE ASSOCIATION. PURCHASERS AGREE NOT TO COMMENCE ANY CONSTRUCTION, IMPROVEMENT OR MODIFICATION, INCLUDING BUT NOT LIMITED TO LANDSCAPING AND LANDSCAPE IRRIGATION, UPON ANY PROPERTY WITHIN THE COMMUNITY UNTIL AFTER THE ACC HAS GIVEN ITS WRITTEN APPROVAL. PURCHASERS AGREE TO COMPLY WITH ALL RULES AND REGULATIONS OF THE ACC AS THE SAME EXIST AND MAY BE AMENDED FROM TIME TO TIME.

H. **PROPERTY TAX:** PURCHASER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE PURCHASER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

28. **HOMEOWNER ASSOCIATION DISCLOSURE:** IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

_____
BUYER

_____
PRESIDENT, RADD BUILDERS, INC.

_____
BUYER    Elizabeth S. Sparkman

3-8-08
DATE

BUYER'S CURRENT ADDRESS:

_____
_____
_____

BUYER'S CONTACT TELEPHONE #'S:

HOME_____
WORK_____
CELL _____
FAX  _____

**DAVID E. SPARKMAN OR**
**ELIZABETH F. SPARKMAN**
2103 COUNTRY CLUB CT.   813-754-6975
PLANT CITY, FL 33563

1222
63-1441/631

Date 3-1-08

Pay to the Order of: Radd Builders      $ 1,000.00

One thousand and no/100 ———— Dollars

**Hillsboro BANK**
509 West Alexander St., Plant City, FL 33563

For _____

⑆06314412⑆   2128060 1⑈   1222

© Clarke American

```
                                                                              1224
        DAVID E. SPARKMAN OR
        ELIZABETH F. SPARKMAN                                               63-1441/631
     2103 COUNTRY CLUB CT.  813-754-6975    Date  3-8-08                          1
            PLANT CITY, FL 33563
```

Pay to the Order of _Radd Builders, LLC._ | $ _2,000.00_

_Two Thousand and no/100_ ——————— Dollars

**Hillsboro BANK**
509 West Alexander St., Plant City, FL 33563

For _____

⑆063114412⑆    2128060 1⑉ 1224

©Clarke American

**RADD BUILDERS, INC.**
3005 LITHIA PINECREST ROAD
VALRICO, FLORIDA 33594

## PURCHASE AGREEMENT

### FOR CUSTOM HOMES

THIS AGREEMENT MADE AND ENTERED INTO THIS <u>1ST</u>  DAY OF  <u>FEBRUARY, 2006</u>
BY AND BETWEEN **BUYERS: LEONG T. LEE**
HEREINAFTER REFERRED TO AS THE **PURCHASER**, AND RADD BUILDERS, INC., A FLORIDA
CORPORATION, HEREINAFTER REFERRED TO AS THE **SELLER/CONTRACTOR**.

THE **EFFECTIVE DATE** OF THIS AGREEMENT IS THE DATE WHEN THE LAST ONE OF THE
**PURCHASER** AND **SELLER/CONTRACTOR** HAS SIGNED THIS AGREEMENT.
TIME IS OF THE ESSENCE OF THIS CONTRACT.

THE **PURCHASER** AND **SELLER/CONTRACTOR** AGREE AS FOLLOWS:
   FOLIO# 92044.0052

1. SELLER/CONTRACTOR AGREES TO CONSTRUCT FOR BUYERS A DWELLING ON THE
   FOLLOWING DESCRIBED REAL PROPERTY:   3702 RALSTON RD.
                                        PLANT CITY, FL 33566

   OR LEGAL DESCRIPTION:   LOT 1, RALSTON COUNTRY ESTATES, ACCORDING TO
                           THE MAP OR PLAT THEREOF AS RECORDED IN PLAT
                           BOOK 103, PAGE 254, OF THE PUBLIC RECORDS OF
                           HILLSBOROUGH COUNTY, FLORIDA.

IN ACCORDANCE WITH THE PROVISIONS, TERMS, AND CONDITIONS OF THIS AGREEMENT,
THE SPECIFICATIONS ATTACHED HERETO AND ADDITIONS AND MODIFICATIONS
HEREAFTER REFERRED TO AS **"CHANGE ORDERS"** AGREED UPON IN WRITING, ALL OF
THIS AGREEMENT.

2. THE PURCHASE PRICE IS                       $390,437.00

2A. DEPOSIT                                    $   3,000.00
    10% START UP DRAW TO CONTRACTOR
    DATE: **AT CLOSING FROM MORT. CO.**        $ 39,043.70
                                               $ TBD

2B. MORTGAGE AMOUNT

2C. AMOUNT DUE AT CLOSING                      $ PER MORT. CO + CLOSING COSTS

3. THE PROPOSED DWELLING IS TO BE CONSTRUCTED UPON LAND:
   (CHECK)
           ☐  A) PRESENTLY OPTIONED BY CONTRACTOR
           ☐  B) OWNED BY CONTRACTOR
           ☒  C) OWNED BY BUYER
           ☐  D) TO CLOSE SIMULTANEOUS WITH HOUSE

* IF LOT IS OPTIONED BY **SELLER/CONTRACTOR**, THEN THIS AGREEMENT IS CONTINGENT
UPON THE ACTUAL PURCHASE OF SAID LOT.

**HOMEOWNERS ASSOCIATION:**
4. IF APPLICABLE, **PURCHASER** ACKNOWLEDGES REVIEW AND RECEIPT OF THE
   HOMEOWNER'S ASSOCIATION DISCLOSURE STATEMENT WHICH IS ATTACHED TO AND
   MADE A PART OF THIS AGREEMENT.

5. THE **SELLER/CONTRACTOR** SHALL EXAMINE THE BUILDING PLANS AND SPECIFICATIONS. IF CHANGES ARE TO BE MADE FROM ORIGINAL PLAN, **PURCHASER** SHALL APPROVE SUCH PLANS BY ENDORSING EACH PAGE. IF THE **PURCHASER** DESIRES TO MAKE ADDITIONS, DELETIONS, OR OTHER REVISIONS TO THE WORK, **PURCHASER** AGREES TO COMPENSATE **SELLER/CONTRACTOR** FOR CHANGES, THE VALUE OF WHICH SHALL BE DETERMINED BY THE **SELLER/CONTRACTOR**. ANY DELETIONS WILL BE AT COST OF **SELLER/CONTRACTOR**. THE **SELLER/CONTRACTOR** SHALL NOT BE AUTHORIZED TO PROCEED WITH ANY CHANGES IN THE WORK UNLESS AND UNTIL THE SAME HAS BEEN DIRECTED BY **WRITTEN CHANGE ORDER, SIGNED BY PURCHASER, PAID FOR IN FULL, AND ACCEPTED BY THE SELLER/CONTRACTOR** SPECIFYING THE ADJUSTMENT, IF ANY IN THE COMPENSATION AND TIME FOR PERFORMANCE OCCASIONED THEREBY. ANY CHANGE ORDERS SUBMITTED AFTER THE DATE OF FINAL APPROVAL OF PLANS BY PURCHSER SHALL HAVE AN ADMINISTRATION FEE OF $150.00 PLUS THE COST OF ANY CHANGES ORDERED BY PURCHASER.

5A. COLOR COORDINATOR FOR **SELLER/CONTRACTOR** SHALL ASSIST **PURCHASER** WITH SELECTIONS FOR COLORS THROUGHOUT THE HOME. RADD BUILDERS HAS CONTRACTED FOR 4 HOURS OF ASSISTANCE WITH THE COLOR COORDINATOR. THIS AMOUNT OF TIME SHOULD BE MORE THAN SUFFICIENT. IF EXTRA TIME IS DESIRED BY **PURCHASER** ARRANGEMENTS WITH THE COLOR COORDINATOR MAY BE MADE AND PAID FOR DIRECTLY BY **PURCHASER** AT THE HOURLY RATE OF COLOR COORDINATOR. AFTER FINAL SELECTIONS HAVE BEEN MADE, **PURCHASER** SHALL APPROVE BY SIGNING JOB ORIGINATION FORM . ANY DELETIONS, REVISIONS, OR CHANGES TO JOB ORIGINATION FORM WILL BE KNOWN AS WRITTEN **"CHANGE ORDERS"**. EACH WRITTEN **CHANGE ORDER** SHALL HAVE AN ADMINISTRATION FEE OF $150.00 PLUS THE COST OF ANY CHANGES ORDERED BY **PURCHASER**.

6. SHOULD THE SLOPE OR ELEVATION OF THE LOT BE SUCH THAT REQUIRES EXTRA FOUNDATION BLOCK OR FILL UNDER THE SLAB, POOL DECK, PATIO, DRIVES, OR WALKS OVER THAT WHICH WOULD BE REQUIRED FOR THE NORMAL THREE COARSE FOUNDATION, THE EXPENSE OF SAME WILL BE BORNE BY **PURCHASER**.
THE **SELLER/CONTRACTOR** WILL FURNISH A DRIVEWAY AS PER PLANS AND/OR SPECIFICATIONS. MACHINE GRADING OF THE BUILDING SITE UP TO 1/3 ACRE OF THE LOT IS INCLUDED. SHOULD CONCEALED CONDITIONS ENCOUNTERED IN THE PERFORMANCE OF THE WORK OR UNKNOWN CONDITION IN AN EXISTING STRUCTURE BE AT VARIANCE WITH THE CONDITIONS INDICATED BY THE CONTRACT DOCUMENTS OR UNDERSTOOD BY THE **SELLER/CONTRACTOR** TO BE THE CASE, CONTRACT SUMS SHALL BE EQUITABLY ADJUSTED BY THE CHANGE ORDER UPON CLAIM BY EITHER PARTY MADE WITHIN (30) DAYS AFTER FIRST OBSERVANCE OF THE CONDITIONS.

6A. BEFORE CONSTRUCTION BEGINS, PURCHASER MAY HAVE THE SOIL TESTED OF SUBJECT PROPERTY AT THE EXPENSE OF PURCHASER IN ORDER TO DETERMINE ANY UNKNOWN DEFECTS IN SAID PROPERTY. NEITHER SELLER/CONTRACTOR – RADD BUILDERS, INC., NOR IT'S EMPLOYEES, ASSOCIATES OR REPRESENTATIVES THEREOF ARE TO BE HELD RESPONSIBLE FOR ANY SUB-SOIL CONDITIONS. INITIALS_____

**FUNDING/FINANCING:**
7. SHOULD THE **PURCHASER** ELECT TO OBTAIN A MORTGAGE (THIRD PARTY LOAN) TO PAY FOR ANY PORTION OF THE PURCHASE PRICE, THEN THIS AGREEMENT IS CONTINGENT UPON THE **PURCHASER** OBTAINING A WRITTEN LOAN COMMITMENT, SATISFACTORY TO **SELLER,** FOR A FIXED OR ADJUSTABLE RATE LOAN WITHIN **45 DAYS** OF THE **EFFECTIVE DATE** OF THIS AGREEMENT WITH A MAXIMUM PRINCIPAL AMOUT TO INCLUDE HOME AND "HOMESITE, IF APPLICABLE", EXCLUDING **PURCHASER** OPTIONS WHICH MAY BE DETERMINED AT A LATER DATE.

7A. IT IS EXPRESSLY UNDERSTOOD THAT THE BASE PRCE OF THE **HOME** AND "**HOMESITE, IF APPLICABLE"**, (EXCLUSIVE OF ANY AND ALL OPTIONS SELECTED BY **PURCHASER**) SHALL BE USED TO DETERMINE WHETHER OR NOT **PURCHASER** IS QUALIFIED FOR A MORTGAGE AS SET FORTH HEREIN.

7B. A WRITTEN LOAN COMMITMENT LETTER OR A CONSTRUCTION LOAN FOR THIS AGREEMENT SHALL BE SUPPLIED OR CLOSED ON WITHIN **45 DAYS** OF THE **EFFECTIVE DATE** OF THIS AGREEMENT, UNLESS OTHERWISE EXTENDED AT THE OPTION OF **SELLER/CONTRACTOR. SELLER/CONTRACTOR** MAY EXTEND CLOSING BEYOND THIS DATE PROVIDED **PURCHASER** PAYS THE THEN CURRENT SALE PRICE OF THE **HOME** AND "**HOMESITE, IF APPLCABLE**", AS DETERMINED BY **SELLER/CONTRACTOR**.

8. **FOR CONSTRUCTION-PERM LOANS:**
*IT IS EXPRESSLY AGREED THAT SELLER/CONTRACTOR WILL NOT OBTAIN PERMITS AND COMMENCE CONSTRUCTION UNTIL PURCHASER HAS FINANCING IN PLACE AND HAS SIGNED OFF ON PLANS.* AT SUCH TIME AS FINANCING HAS BEEN ARRANGED AND VERIFICATION OF SAME HAS BEEN PRESENTED TO **SELLER/CONTRACTOR**, CONSTRUCTION SHALL THEREAFTER BEGIN: SUCH CONSTRUCTION SHALL BE DILIGENTLY PURSUED. **SELLER/CONTRACTOR** SHALL USE HIS BEST EFFORTS TO ACHIEVE COMPLETION OF THE WORK WITHIN 6 TO 8 MONTHS FROM DATE OF THE FOOTER INSPECTION. HOWEVER, **SELLER/CONTRACTOR** WILL NOT BE RESPONSIBLE FOR ANY DELAYS FROM ANY CAUSE BEYOND THE CONTROL OF **SELLER/CONTRACTOR** INCLUDING, BUT NOT LIMITED TO, RAIN, WIND, FLOOD, AND OTHER SIMILAR OCCURRENCES OR SUPER NATURAL ACTS: STRIKES, LOCK OUTS, BOYCOTTS, OR OTHER LABOR ACTIVITIES; EXTRA WORK ORDERED BY OR OTHER ACTS OF **PURCHASER**, THEFT, VANDALISM, OR THE WRONGFUL ACTS OF THIRD PARTIES: ECONOMIC OR ACTUAL UNAVAILABILITY OF MATERIALS OR LABOR, IMPOSITION OF GOVERNMENT CONTROLS, AND INSPECTIONS OR CHANGES ORDERED BY ANY GOVERNMENT AGENCY OR SUBDIVISION DEVELOPER.

9. **PURCHASER** AGREES THAT **SELLER/CONTRACTOR** HAS THE RIGHT TO SUBSTITUTE MATERIALS WITH ITEMS OF EQUAL QUALITY IF ORIGINAL MATERIALS ARE UNOBTAINABLE BY REASON OF STRIKE OR DISCONTINUANCE OF PRODUCTION. **SELLER/CONTRACTOR** RESERVES THE RIGHT TO APPROVE EXTERIOR COLORS.

10. AS USED HEREIN, THE WORD "COMPLETION" SHALL MEAN SUBSTANTIAL COMPLETION. THE DATE OF SUBSTANTIAL COMPLETION OF THE WORK IS THE DATE WHEN CONSTRUCTION IS SUFFICIENTLY COMPLETE, IN ACCORDANCE WITH THE CONTRACT DOCUMENTS, SO THE **PURCHASER** CAN OCCUPY OR UTILIZE THE WORK OR DESIGNATED PORTIONS THEREOF FOR THE USE FOR WHICH IT IS INTENDED.

11. THE **SELLER/CONTRACTOR** IS RESPONSIBLE FOR THE EXPENSE OF ALL REQUIRED CONSTRUCTION SURVEYS. THE **PURCHASER** SHALL BE RESPONSIBLE FOR THE BOUNDARY SURVEY.

**PURCHASER RESPONSIBILITY:**
12. AT CLOSING **PURCHASER** SHALL PAY TO THE LENDING INSTITUTION ANY DEPOSITS REQUIRED TO ESTABLISH AN ESCROW ACCOUNT FOR PAYMENT OF TAXES, CASUALTY INSURANCE, AND MORTGAGE GUARANTEE INSURANCE AS REQUIRED BY THE LENDING INSTITUTION. AT CLOSING **SELLER/CONTRACTOR** TO PAY **NONE (IF PURCHASER ELECTS TO USE RADIANT MORTGAGE CO A $500 CREDIT TOWARD PURCHASER UPGRADES WILL BE GIVEN)** OF **PURCHASER'S** CLOSING COSTS ACTUALLY INCURRED IN CONNECTION WITH THIS TRANSACTION AND THE MORTGAGE FINANCING THEREOF, INCLUDING BUT NOT LIMITED TO: DOCUMENTARY STAMPS AND SURTAX STAMPS ON THE DEED, NOTES AND MORTGAGES; ANY ASSUMPTION OR TRANSFER FEE REQUIRED TO ASSUME AN EXISTING MORTGAGE; ANY COSTS INCIDENT TO A PURCHASE MONEY MORTGAGE, ANY TITLE INSURANCE FEE, ORIGINATION FEES, AND INTEREST AFTER CONSTRUCTION.

13. REAL PROPERTY TAXES AND ASSESSMENTS, OTHER TAXES AND ASSESSMENTS, PREPAID RENTS AND PREPAID INSURANCE PREMIUMS SHALL BE PAID BY **PURCHASER**.

14. THE **PURCHASER** SHALL PAY ALL CONSTRUCTION INTEREST WHILE DWELLING IS UNDER CONSTRUCTION WITH CONSTRUCTION-PERM LOANS. IF DESIRED THE **SELLER/CONTRACTOR** OR HIS AGENT WILL ASSIST THE **PURCHASER** IN THEIR EFFORTS TO OBTAINING FINANCING.

14A. THE **PURCHASER** SHALL APPLY FOR AND SHALL PAY FOR ALL EXPENSES IN CONNECTION WITH A PERMANENT LOAN. FINANCING SHALL BE AS SET FORTH IN ARTICLES 7, 7A AND 7B OF THIS AGREEMENT.

14B. THE CONSTRUCTION LOAN (IF APPLICABLE) SHALL BE DISBURSED ACCORDING TO THE STANDARD DRAW SCHEDULE OF THE FINANCING ENTITY SELECTED BY **PURCHASER**, SUBJECT TO THE INSPECTION AND APPROVAL OF **SELLER/CONTRACTOR**.

15. THE RESIDENCE SHALL BE DELIVERED TO **PURCHASER** WHEN CONSTRUCTION IS COMPLETE AND THE FULL PURCHASE PRICE (INCLUDING CHANGE ORDERS) HAS BEEN PAID TO THE **SELLER/CONTRACTOR**. **PURCHASER** SHALL CLOSE WITHIN (3) THREE WORKING DAYS AFTER THE DATE OF THE CERTIFICATE OF OCCUPANCY. **PURCHASER** WILL NOT OCCUPY, MOVE ANY ITEMS INTO OR OTHERWISE TAKE POSSESSION OF THE RESIDENCE UNTIL THE FULL PURCHASE PRICE (INCLUDING CHANGE ORDERS) HAS BEEN PAID IN FULL TO **SELLER/CONTRACTOR**.

**GENERAL:**

16. **PURCHASER** SHALL INDEMNIFY AND HOLD HARMLESS THE **SELLER/CONTRACTOR** AND IT'S EMPLOYEES FROM AND AGAINST ALL CLAIMS, DAMAGES, LOSSES AND EXPENSES FROM ACTS OR OMISSIONS ON THE PART OF THE **PURCHASER**. THIS OBLIGATION SHALL NOT BE CONSTRUED TO NEGATE, ABRIDGE, OR OTHERWISE REDUCE ANY OTHER RIGHT OR OBLIGATION OF INDEMNITY WHICH OTHERWISE MAY EXIST.

17. **SELLER/CONTRACTOR** INCLUDES AN ALLOWANCE TOWARDS A WELL AND A SEPTIC TANK OR THE COUNTY WATER AD SEWER SYSTEM CONNECTION FEES OF UP TO $8,600.00. IF THE ALLOWANCE IS NOT SUFFICIENT TO COVER THESE COSTS THE OVERAGE IS TO BE BORNE BY THE PURCHASER. INITIALS ____

18. **SELLER/CONTRACTOR WARRANTY:** THERE ARE NO WARRANTIES, EXPRESSED OR IMPLIED OR OTHERWISE ARISING UNDER CONTRACT, STATE OR FEDERAL LAW, EXCEPT THOSE SPECIFICALLY SET FORTH IN THAT DOCUMENT COMMONLY KNOWN AS "THE PREFERRED BUILDER'S WARRANTY" A COPY OF WHICH:
    A. IS AVAILABLE FOR EXAMINATION AT THE OFFICE OF "RADD BUILDERS".
    B. IS ATTACHED _____.

RADD BUILDERS, INC. INCLUDES A BUILDER WARRANTY FOR ONE (1) YEAR FROM CERTIFICATE OF OCCUPANCY FOR ANY REPAIRS EXISTING FROM CONSTRUCTION. THE WARRANTIES OF MANUFACTURERS EQUIPMENT AND APPLIANCES SUPPLIED WITH THE HOME WILL BE PASSED TO THE **PURCAHSER** AT THE TIME OF SETTLEMENT. BEFORE THE BUILDER (1) YEAR WARRANTY IS UP, THE BUILDER WILL NOT ACCEPT A BUILDER INSPECTION FROM AN OUTSIDE SOURCE HIRED BY THE **PURCHASER** TO GIVE WARRANTY ISSUES. IF **PURCHASER** HAS A HOME INSPECTOR WALK THRU THE HOME BEFORE MODIFICATION, HE MUST SEND COPIES OF LICENSE & LIABILITY INSURANCE TO THE OFFICE OF SELLER/CONTRACTOR. BUILDER WILL HAVE 2 WEEKS TO ADDRESS ISSUES FOUND BY HOME INSPECTOR.

19. **APPLIES ONLY TO CONTRACTS THAT INCLUDE POOLS:**
NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE ENTIRE CONTRACT, (INCLUDING ADDENDUM), ONCE THE POOL DEPOSIT AS DENOTED IN "2B" OF THE CONTRACT IS TENDERED, ALL DEPOSITS GIVEN TOWARDS THIS CONTRACT BECOME NON-CONTINGENT ON FINANCING OR HOUSE TO SEE PROVISIONS, IF ANY. THE POOL DEPOSIT MUST BE TENDERED PRIOR TO COMMENCEMENT OF POOL CONSTRUCTION WHICH WILL TAKE APPROXIMATELY 50 DAYS. LENDING INSTITUTION CHOSEN BY **PURCHASER** MUST ALLOW POOL HOLDBACK AND **PURCHASER** MUST CLOSE ON HOUSE WHEN **SELLER/CONTRACTOR** HAS CERTIFICATE OF OCCUPANCY EVEN THOUGH POOL MIGHT NOT YET BE COMPLETE.

20. THIS AGREEMENT REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES AND SUPERSEDES ANY AND ALL PRIOR NEGOTIATION, REPRESENTATIONS OR MAY NOT BE AMENDED, MODIFIED OR ASSIGNED OTHER THAN BY WRITTEN AGREEMENT BETWEEN THE PARTIES. THE VALIDITY OR ENFORCEABILITY OF ANY PARTICULAR WERE NOT CONTAINED IN THIS AGREEMENT. THE RIGHTS AND REMEDIES OF **SELLER/CONTRACTOR** UNDER THIS AGREEMENT WILL BE CUMULATIVE AND NOT EXCLUDE ANY OTHER RIGHT OR REMEDIES PROVIDED TO IT BY LAW.

SHOULD **SELLER/CONTRACTOR** BE REQUIRED TO INSTITUTE A LEGAL PROCEEDING AS A RESULT OF THE BREACH OF THIS AGREEMENT BY **PURCHASER**, **PURCHASER** HEREBY UNDERTAKE AND AGREE TO PAY **SELLER/CONTRACTOR** HIS REASONABLE ATTORNEY'S FEES PLUS COURT COST INCLUDING AN APPEAL.

21. **CONCERNING BROKERAGE, IF APPLICABLE:** **SELLER/CONTRACTOR** AND **PURCHASER** ACKNOWLEDGE THAT THIS SALE WAS BROUGHT ABOUT BY REAL ESTATE AGENT __DENNIS SCOTT__ OF __BAY VISTA REALITY & INVESTMENT, INC.__ WHO IS ENTITLED TO A SALES COMMISSION OF __2__%. CONCERNING INSIDE SALES PERSONNEL OF THE CONTRACTOR/OWNER DEVELOPER NAMED RADD BUILDERS, INC., IF APPLICABLE: **SELLER/CONTRACTOR** AND **PURCHASER** ACKNOWLEDGE THAT THIS SALE TRANSACTION WAS BROUGHT ABOUT UNDER THE ADMINISTRATION OF __N/A__ WHO IS ENTITLED TO A SALES FEE OF __N/A__%. IN EITHER CASE, THE COMMISSION OR SALES FEE IS TO BE PAID IN FULL **AT CLOSING** BY THE **SELLER/CONTRACTOR**.

22. SHOULD EITHER PARTY TO THIS CONTRACT SUFFER INJURY OR DAMAGE TO PERSON OR PROPERTY BECAUSE OF ANY ACT OR OMISSION OF THE OTHER PARTY OR OF HIS EMPLOYEES, AGENTS, OR OTHERS FOR WHOSE ACTS HE IS LEGALLY LIABLE, A CLAIM SHALL BE MADE IN WRITING TO SUCH OTHER PARTY WITHIN A REASONABLE TIME AFTER THE FIRST OBSERVANCE OF SUCH INJURY OR DAMAGE.

23. THIS CONTRACT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF FLORIDA.

24. **PURCHASER** AGREES NOT TO ENTER INTO CONTRACTS WITH OTHER CONTRACTORS OR SUBCONTRACTORS FOR WORK ON SAID HOME UNTIL FINAL CLOSING UNLESS APPROVED IN WRITING BY **RADD BUILDERS, INC.**

**DISCLOSURES:**
25. **PURCHASER** ACKNOWLEDGES THAT THEY HAVE RECEIVED A <u>GOOD FAITH ESTIMATE</u> OF THE CLOSING COSTS INCURRED IN THIS TRANSACTION.
_____ **INITIALS**

26. ALL CLAIMS OR DISPUTES BETWEEN **SELLER/CONTRACTOR** AND **PURCHASER** ARISING OUT OF OR RELATING TO THE CONTRACT DOCUMENTS OR THE BREACH

THEREOF SHALL BE DECIDED BY ARBITRATION IN ACCORDANCE WITH THE **CONSTRUCTION INDUSTRY ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION** THEN PREVAILING UNLESS THE PARTIES MUTUALLY AGREE OTHERWISE. RADD BUILDERS, INC. IS A MEMBER OF THE BETTER BUSINESS BUREAU AND PARTICIPATES IN MEDIATION WITH PURCHASER TO RESOLVE ANY UNRESOLVED ISSUES.

26A. **CONSTRUCTION INDUSTRIES RECOVERY FUND:** PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 1940 NORTH MONROE STREET, TALLAHASSEE, FL 32399-0783 (850) 487-1395.

26B. **PURCHASER** ACKNOWLEDGES THEY HAVE READ ARTICLE 26A CONCERNING THE **CONSTRUCTION INDUSTRIES RECOVERY FUND.** _____ INITIALS

27. **REAL PROPERTY DISCLOSURE:** SELLER REPRESENTS THAT SELLER DOES NOT KNOW OF ANY MATERIAL FACTS WHICH AFFECT THE VALUE OF THE PROPERTY OTHER THAN THOSE WHICH PURCHASER CAN READILY OBSERVE OR WHICH ARE KNOW BY OR HAVE BEEN DISLOSED TO PURCHASER.
   A. **ENERGY EFFICIENCY:** PURCHASER MAY, PRIOR TO THE COMMENCEMENT OF CONSTRUCTION, HAVE THE PROPERTY'S ENERGY EFFICIENCY RATING DETERMINED.
   B. **RADON GAS:** RADON IS A NATURALLY OCCURRING RADIOACTIVE GAS THAT, WHEN IT HAS ACCUMULATED IN A BUILDING IN SUFFICIENT QUANTITIES MAY PRESENT HEALTH RISKS TO PERSONS WHO ARE EXPOSED TO IT OVER TIME. LEVELS OF RADON THAT EXCEED FEDERAL AND STATE GUIDELINES HAVE BEEN FOUND IN FLORIDA. ADDITIONAL INFORMATIONAL INFORMATION REGARDING RADON AND RADON TESTING MAY BE OBTAINED FROM YOUR COUNTY PUBLIC HEALTH UNIT. PURCHASER MAY, WITHIN THE INSPECTION PERIOD, HAVE AN APPROPRIATELY LICENSED PERSON TEST THE PROPERTY FOR RADON. IF THE RADON LEVEL EXCEEDS ACCEPTABLE EPA STANDARDS, PURCHASER MAY CHOOSE TO REDUCE THE RADON LEVEL TO AN ACCEPTABLE EPA LEVEL, FAILING WHICH EITHER PARTY MAY CANCEL THIS CONTRACT.
   C. **FLOOD ZONE:** IF THE PROPERTY IS IN A FLOOD ZONE, PURCHASER IS ADVISED TO VERIFY BY SURVEY, WITH THE LENDER AND WITH APPROPRIATE GOVERNMENT AGENCIES WHETHER FLOOD INSURANCE IS REQUIRED AND WHAT RESTRICTIONS APPLY TO IMPROVING THE PROPERTY AND REBUILDING IN THE EVENT OF CASUALTY.
   D. **SURFACE SOIL CONDITIONS:** PURCHASER MAY, PRIOR TO THE START OF CONSTRUCTION AND PRIOR TO THE PASSAGE OF TITLE CONDUCT TESTS OF THE SUBSURFACE SOIL CONDITIONS, ALL AT PURCHASER'S EXPENSE. IF THE RESULTS OF SUCH TESTS SHOW THAT THE SUBSURFACE SOIL CONDITIONS REQUIRE EXCAVATION, FILL OR EXTRAORDINARY COMPACTION, THE COSTS OF SUCH CONSTRUCTION SHALL BE PAID BY THE PURCHASER.
   E. **GEOLOGICAL CONDITIONS:** PURCHASER HAS INSPECTED AND APPROVED THE LOT. PURCHASER ACKNOWLEDGES THAT SELLER MADE NO GEOLOGICAL OR ENVIROMENTAL TESTS OF THE PROPERTY OR THE IMPROVEMENTS AND MAKES NO WARRANTIES OR REPRESENTATIONS CONCERNING GEOLOGICAL OR ENVIRONMENTAL MATTERS SUCH AS SINK HOLES, DETERIORATION OR COMPACTION OF SUBSURFACE SOILS AND SELLER SPECIFICALLY EXCLUDES SUCH MATTERS FROM ANY WARRANTY GIVEN UNDER THIS AGREEMENT.
   F. **SUBDIVISION RESTRICTIONS:** PURCHASERS ACKNOWLEDGE THAT THE PROPERTY BEING PURCHASED IS SUBJECT TO COVENANTS CONDITIONS AND RESTRICTIONS, INCLUDING BUT NOT LIMITED TO THE SUBDIVION PLAT AND

HOMEOWNER'S ASSOCIATION DOCUMENTS. HOMEOWNERS ASSOCIATION DOCUMENTS REQUIRE MEMBERSHIP IN AND PAYMENT OF COSTS AND FEES TO THE HOMEOWNERS ASSOCIATION. PURCHASERS HAVE REVIEWED AND ACCEPT THE CONDITIONS OF THESE DOCUMENTS.

G. **ARCHITECTURAL CONTROL COMMITTEE OF THE ASSOCIATION:** PURCHASERS ACKNOWLEDGE THAT ALL NEW CONSTRUCTION AND MODIFICATION OR EXTERIOR IMPROVEMENT OF EXISTING CONSTRUCTION WITHIN THE COMMUNITY IS SUBJECT TO THE PRIOR WRITTEN APPROVAL OF THE ARCHITECTURAL CONTROL COMMITTEE OF THE ASSOCIATION. PURCHASERS AGREE NOT TO COMMENCE ANY CONSTRUCTION, IMPROVEMENT OR MODIFICATION, INCLUDING BUT NOT LIMITED TO LANDSCAPING AND LANDSCAPE IRRIGATION, UPON ANY PROPERTY WITHIN THE COMMUNITY UNTIL AFTER THE ACC HAS GIVEN ITS WRITTEN APPROVAL. PURCHASERS AGREE TO COMPLY WITH ALL RULES AND REGULATIONS OF THE ACC AS THE SAME EXIST AND MAY BE AMENDED FROM TIME TO TIME.

H. **PROPERTY TAX:** PURCHASER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE PURCHASER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

**28. HOMEOWNER ASSOCIATION DISCLOSURE:** IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

_____  
BUYER  
_____  
PRESIDENT, RADD BUILDERS, INC.

BUYER _____  
DATE 7-13-06

BUYER'S CURRENT ADDRESS:  
_____  
_____  
_____  
_____

BUYER'S CONTACT TELEPHONE #'S:  
HOME 240 683 8812  
WORK _____  
CELL 703 929 4233  
FAX _____