UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED   ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY    ) | |
| LITIGATION                    ) | SECTION "L" |
|                               ) | |
| THIS DOCUMENT RELATES TO:     ) | JUDGE FALLON |
|                               ) | |
|                               ) | MAG. JUDGE WILKINSON |
| Dean and Dawn Amato, et al.   ) | |
| v.                            ) | |
| Liberty Mutual Insurance Co., et al.  ) | |
| Case No. 10-932               ) | |
|                               ) | |
| Sean and Beth Payton, et al.  ) | |
| v.                            ) | |
| Knauf Gips KG, et al.         ) | |
| Case No. 09-7628              ) | |
| _____) | |

**LLOYD RAMSARRAN AND DINAH RAMSARRAN'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JM INTERIORS, INC. WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Lloyd Ramsarran and Dinah Ramsarran, hereby dismiss without prejudice all claims or causes of action against Defendant JM Interiors, Inc. ("JM") in Plaintiffs' Omnibus Complaints (I) and (V), only, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs, Lloyd Ramsarran and Dinah Ramsarran shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

1

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2011.

/s/ Leonard A. Davis_____