

NATALIE M. RICO

November 2, 2011

**VIA E-MAIL/REGULAR MAIL AND FAX**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

      RE:    **Chinese Manufactured Drywall Products Liability Litigation MDL No. 2047, Notice of Voluntary Dismissal Without Prejudice of JM Interiors, Inc. in the Payton Omni I and Amato Omni V Complaints for Claimants Lloyd Ramsarran and Dinah Ramsarran**

Dear Mr. Davis,

      We write to request that you file the attached notice of voluntary dismissal in the Omni I complaint. Should you have any questions, please do not hesitate to contact us.

      Very truly yours,

      NATALIE M. RICO
      PATRICK S. MONTOYA

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Mathews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706