IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

==============================================

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Arch Insurance Company's Motion to Postpone Hearing on Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings, LLC, or Alternatively to Transfer Venue, will be submitted for consideration on November 30, 2011 at 9:00 a.m.

Dated: November 11, 2011.

Respectfully Submitted,

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone: 954-370-1681

By:   /s/ Edward Etcheverry
Edward Etcheverry
Fla. Bar No. 856517
Guy Harrison
Fla. Bar No. 368806

MDL No. 2047
Case No. 2:10-cv-1113

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 11th day of November, 2011.

By:  /s/ Edward Etcheverry
Edward Etcheverry
Fla. Bar No. 856517