UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DANIEL ABREU, et al vs. GEBREUDER KNAUF VERWALTUNGSGSESLLSCHAFT, KG, et al. Case No. 2:11-CV-00252 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

_____

**MOTION FOR EXTENSION OF TIME
TO FILE PROFILE FORMS**

_____

NOW INTO COURT, through undersigned counsel, appearing specially herein solely for the purpose of this motion and reserving all rights as to jurisdiction, comes Cornerstone Construction of Southwest Florida, Inc. ("Cornerstone"), sought to be made defendant herein, which requests that this Court grant it a 30-day extension of time from November 15, 2011, or until December 15, 2011, to file defendant's profile forms. Undersigned counsel filed its limited appearance in this matter on November 9, 2011.

Undersigned counsel has spoken with a representative of Plaintiff's Liaison Counsel who represented that they neither agree nor disagree with this request, but defer the request to Judge Fallon's descretion.

WHEREFORE, Cornerstone does not file this motion as a means of delay and will work diligently to provide all information required in the profile form on or before December 15, 2011. Cornerstone respectfully requests until December 15, 2011 to file its profile forms. Again, mover preserves all of its rights and defenses in this matter (including defenses based on personal jurisdiction), and waives none of those.

    Respectfully submitted,

    /s/ Elizabeth L. Gordon
    Lloyd N. Shields (La. Bar No. 12022)
    Elizabeth L. Gordon (La. Bar No. 21619)
    Andrew G. Vicknair (La. Bar No. 28448)
    Adrian A. D'Arcy (La. Bar No. 29137)
    Shields Mott Lund L.L.P.
    650 Poydras Street, Suite 2600
    New Orleans, Louisiana 70130
    Telephone: (504) 581-4445
    Facsimile: (504) 584-4440
    lnshields@shieldsmottlund.com
    elgordon@shieldsmottlund.com
    agvicknair@shieldsmottlund.com
    aadarcy@shieldsmottlund.com

    Attorneys for
      Cornerstone Construction of Southwest Florida, Inc.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Motion for Extension of Time to File Profile Forms* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 11th day of November, 2011.

/s/ Elizabeth L. Gordon

W:\Clients\62065-11\Pleadings\Abreu\Motion for Extension.Profile Forms.wpd

3