**Colson Hicks Eidson**

NATALIE M. RICO

November 2, 2011

**VIA E-MAIL/REGULAR MAIL AND FAX**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

      **RE:**   **Chinese Manufactured Drywall Products Liability Litigation MDL No. 2047, Notice of Voluntary Dismissal Without Prejudice of JM Interiors, Inc. in the Abreu Omni VIII Complaint for Claimant Anne Marie Hays- Nail**

Dear Mr. Davis,

      We write to request that you file the attached notice of voluntary dismissal in the Omni VIII complaint.  Should you have any questions, please do not hesitate to contact us.

Very truly yours,

NATALIE M. RICO
PATRICK S. MONTOYA

Enclosures:  As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Mathews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse  |  Coral Gables, Florida  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: colson.com
| 2101 L Street, N.W.  |  10th Floor  |  Washington, DC  |  20037
| T: 202.386.6706  |  F: 202.386.6706