UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| AMATO, et al. | * | |
| VS. | * | |
| LIBERTY MUTUAL INS. CO., et al | * | |
| CASE NO. 10-932 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S SECOND AMENDED NOTICE OF CORPORATE DISCLOSURE

Pursuant to changes in corporate structure effective October 25, 2011, North American Specialty Insurance Company submits this amended Notice of Corporate Disclosure.

North American Specialty Insurance Company is a subsidiary of Westport Insurance Corporation, a Missouri company. Westport Insurance Corporation is a subsidiary of SR Corporate Solutions American Holding Corporation, a Delaware company. SR Corporate Solutions American Holding Corporation is a subsidiary of Swiss Re Corporate Solutions Limited, a Swiss company. Swiss Re Corporate Solutions Limited, is a subsidiary of Swiss Reinsurance Company Limited, a Swiss company.  Swiss Reinsurance Company Limited, is a subsidiary of Swiss Re Limited, a Swiss company.

        Respectfully submitted,

        S/ DORIS T. BOBADILLA_____
        **DORIS T. BOBADILLA, LA Bar No. 24025**
        Email: dbobadilla@gjtbs.com
        **ANDREA L. ALBERT, LA Bar No. 27353**
        Email: aalbert@gjtbs.com
        **SHANNON T. BROWN, LA Bar No. 32366**
        Email: sbrown@gjtbs.com
        **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH**
        #3 Sanctuary Boulevard, Suite 301
        Mandeville, Louisiana 70471
        Phone: (985) 674-6680
        Facsimile: (985) 674-6681

        COUNSEL FOR DEFENDANT,
        North American Specialty Insurance Company

## **CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing *Notice of Corporate Disclosure* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 14th day of November, 2011.

        S/ DORIS T. BOBADILLA_____
        **DORIS T. BOBADILLA**