UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                SECTION:  L
THIS DOCUMENT RELATES TO:

                                                JUDGE FALLON
Arndt, et al v. Gebrueder Knauf, KG, et al.,     MAG. WILKINSON
Case No. 11-2349

_____/

## NOTICE OF APPEARANCE

        Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their

appearance as counsel of record for Shelby Building Corp. with respect to the claims asserted

against Shelby Building Corp. in the current Omnibus Class Complaint and request that copies of

all pleadings, filings, and other documents served in this case be served upon the undersigned

pursuant to the procedures established by the Court.

        Dated:  November 14, 2011.


                                        s/ Adam C. King
                                        JEFFREY M. PASKERT
                                        Florida Bar No. 846041
                                        jpaskert@mpdlegal.com
                                        ADAM C. KING
                                        Florida Bar No. 156892
                                        aking@mpdlegal.com
                                        MILLS PASKERT DIVERS
                                        100 N. Tampa Street, Suite 2010
                                        Tampa, Florida  33602
                                        (813) 229-3500 − Telephone
                                        (813) 229-3502 − Facsimile
                                        *Attorneys for Shelby Building Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on November 14, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

<u>s/ Adam C. King</u>
Attorney