UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 Section L |
| | * | Judge Fallon |
| This document relates to All Cases | * * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR NOVEMBER 16, 2011 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. INSURANCE ISSUES

IV. HOME BUILDERS FEES AND COSTS

V. STATE/FEDERAL COORDINATION

VI. OMNIBUS CLASS ACTION COMPLAINTS

VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VIII. PILOT PROGRAM

IX. TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

X. REMEDIATED HOMES

XI. CLASS CERTIFICATION HEARINGS

XII. KNAUF DEFENDANTS

XIII. TAISHAN DEFENDANTS

XIV.    INTERIOR EXTERIOR DEFENDANT

XV.     BANNER DEFENDANTS

XVI.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XVII.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XVIII.  FREQUENTLY ASKED QUESTIONS

XIX.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XX.     *PRO SE* CLAIMANTS

XXI.    NEXT STATUS CONFERENCE