MINUTE ENTRY
FALLON, J.
NOVEMBER 10, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the status of discovery and depositions of the Taishan entities. Lenny Davis, Chris Seeger, Fred Longer, Richard Serpe, and Matt Gaughan participated on behalf of the Plaintiffs' Steering Committee's ("PSC"). Frank Spano, Joe Cyr, and Tom Owen participated on behalf of the Taishan entities. Dorothy Wimberly and Hilarie Bass participated on behalf of the Homebuilders' Steering Committee. Ken Hardt participated on behalf of Venture Supply. J. Brian Slaughter participated on behalf of Atlantic Homes, LLC.

The Questioners (representing the parties who are receiving discovery from the Taishan entities and will be questioning these entities at the January 2012 depositions) informed the Court that they recently received production of numerous documents from the Taishan entities and are in the process of reviewing and translating these documents. The Taishan entities informed the Court that they will be submitting an affidavit in the near future regarding this production of discovery.

JS10(01:10)

The parties also informed the Court they are working on a stipulation regarding evidentiary issues pertaining to exhibits to be used at the depositions, for example business records and hearsay. Also with regard to these exhibits, the Court directed the parties to reach a compromise between disclosure of exhibits and protecting litigation strategy by narrowing down the number of possible exhibits.

With regard to Rule 30(b)(6) Notice of topics, the PSC is to provide its proposed Notice to the Taishan entities, who are to comment and/or object thereto, within the next week. Thereafter, but before the Thanksgiving holiday, if necessary, the Court will resolve any disputes.

With regard to witnesses, the parties agreed that the depositions of Apollo Yang and David Wei will _not_ be taken. They agree that the depositions of Bill Cher, Frank Clem, Fu Tinghuan, Peng Shi Liang, and Jia Tongchun will be taken, with Jia Tongchun's deposition to take place on January 9-10, 2012. As for Cao Jianglin, Taishan is working on making him available for deposition, but it has not received confirmation and will update the Court on this issue. The Court warned all counsel that it would not permit any "fishing expeditions" during the depositions. Taishan agreed to make all witnesses available on standby for questioning during the week of January 9, 2012, so as to eliminate delay in between each.

With regard to the questioning during the depositions, the parties agreed that Taishan will be allotted three hours of re-direct. Additionally, Taishan asked that the number of questioning counsel be limited to five; the Questioners indicated that they have approximately five now. The Court directed the Questioners to consider having only a limited number of counsel to question each witness.

With regard to other logistics, the parties informed the Court that the conference room has been booked, the court reporter retained, internet access is set up, and the parties are working out

their individual travel accommodations. With regard to interpreters, the parties have narrowed down the options to three and should have one retained shortly.