## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | | MAG. JUDGE WILKINSON |

## ORDER

Considering Scottsdale Insurance Company's Motion for Summary Judgment [Rec. No. 8384], filed on March 24, 2011 and the consent of the Parties;

**IT IS HEREBY ORDERED** by this Court that Scottsdale Insurance Company's Motion for Summary Judgment is **GRANTED** and that Scottsdale Insurance Company is hereby **DISMISSED**, without prejudice, as the alleged insurer of Black Bear Gypsum, LLC in this matter.

Signed this 14th day of November, 2011 in New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE