UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC*, **No. 10-1113**

## ORDER

Considering Arch Insurance Company's Motion to Reschedule Hearing on its Motion to Dismiss (R. Doc. 11180), IT IS ORDERED that this Motion is GRANTED and the hearing on the Motion to Dismiss is continued until further order from the Court.

New Orleans, Louisiana, this 14th day of November, 2011.

_____
U.S. District Judge