UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT W. BLOCK, III, Individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"]<br><br>**Plaintiffs**<br><br>v.<br><br>GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GmbH; KNAUF AMF GMBH & CO. KG; KNAUF SO BRASIL LTD., PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN), CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.; [ADDITIONAL DEFENDANT LISTED ON SCHEDULE OF DEFENDANTS ATTACHED HERETO AS EXHIBIT "B"]<br><br>**Defendants** | CASE NO. SECT.L MAG 2<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMAND<br><br>CIVIL ACTION NO. 11-1363<br>SECTION L |

## DEFENDANT CHASE DRYWALL'S ORIGINAL ANSWER

COMES NOW, CHASE DRYWALL LTD., and file this its Original Answer to the above referenced complaint and would show this Court as follows:

1)  Defendant does not dispute Paragraphs 1-3.

2)  Defendant is without knowledge to admit or deny the allegations of Paragraphs 4-8 but do not dispute same.

3)  Defendant is without knowledge to admit or deny Paragraphs 9 thru 23, but admits CHASE DRYWALL LTD., is an installer of drywall operating in Houston, TX.

4)     Defendant denies the content of Paragraphs 24 thru 90.

5)     Defendant is without knowledge to admit or deny Paragraphs 91 thru 151.

6)     Defendant denies Paragraphs 152 thru 173.

WHEREFORE PREMISES CONSIDRED, CHASE DRYWALL LTD., prays that Plaintiff's take nothing against this Defendant.

Respectfully submitted,

_____
CHUCK PORTZ
PORTZ & PORTZ
SBOT No. 16162335
1314 Texas Avenue, Suite 1001
Houston TX 77002
Telephone (713) 223-5299
Facsimile (713) 223-1901

### CERTIFICATE OF SERVICE

I hereby certify that on November __8__, 2011 a true and correct copy of the foregoing DEFENDANT'S ORGINAL ANSWER was serve via facsimile to LEONARD DAVIS at 54-561-6024

_____
CHUCK PORTZ