UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| THIS DOCUMENT RELATES TO: | * | WILKINSON |
| | * | |
| *ALL CASES* | * | |

* * * * * * * * *  * * * * * * * * * * * *

## MOTION FOR LEAVE

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), move this Court to allow them to file Supplemental Response to Plaintiffs' Steering Committee and The Knauf Entities' Joint Motion for Approval of Term Sheet Agreement. Since the time the PSC and the Knauf Entities originally moved this Court to approve the above-referenced Term Sheet Agreement [Rec. 102273] and since Southern Homes filed its initial response on September 12, 2011 [Rec. 10303], the Knauf Entities and the Homebuilders' Steering Committee have made certain representations to Southern Homes that necessitate supplementation of Southern Homes' Response.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of November, 2011.

/s/ James M. Garner
JAMES M. GARNER

2