## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 2047<br>SECTION: L |
| | *<br>* | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | *<br>*<br>* | MAGISTRATE JUDGE WILKINSON |
| *ALL CASES* | * | |

* * * * * * * *   * * * * * * * * * * * *

### ORDER

Considering the Motion for Leave to file Supplemental Response to Plaintiffs' Steering Committee and The Knauf Entities' Joint Motion for Approval of Term Sheet Agreement ("Supplemental Response") filed by Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), Southern Homes is granted leave, and its Supplemental Response is accepted into the Record.

New Orleans, Louisiana this _____ day of November, 2011.

                                                                _____
                                                              **JUDGE ELDON E. FALLON**