IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: David Gross, et al vs. Knauf Gips KG, et al | * * * | |
| Case No. 09-6690, Sect. L MAG 2 | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**

COMES NOW, Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., attorneys of record for Defendant, Residential Drywall, Inc., pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Sellars, Marion & Bachi, P.A. was retained to represent Residential Drywall, Inc. by insurance for the Defendant.

2. Insurance for the Defendant has since withdrawn coverage for this incident.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the Defendant by certified mail, return receipt requested. The letter advises the Defendant:

    a. Sellars, Marion & Bachi, P.A. is withdrawing as counsel;

    b. substitution counsel will need to be retained; and

c.    notifies Defendant of all upcoming hearings and deadlines.

5.    The Defendant's last known address, phone number and email are:

Address: 2818 Safe Harbor Drive, Tampa, FL 33618

Phone Number: (813) 930-9200

Email: mike@resdrywall.com

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Defendant in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION has been served by certified and regular mail, and by fax and email upon Residential Drywall, Inc. c/o Mike Mobley, 2818 Safe Harbor Drive, Tampa, FL 33618 and on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 15th day of November, 2011.

SELLARS, MARION & BACHI, P.A.

By:    /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994