UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L(2) |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Dorothy Arndt, et al v. Gebrueder Knauf* | * | MAG. WILKINSON |
| *Verwaltungsgesellschaft, KG, et al* | * | |
| Case No.:  2:11-CV-2349 (E.D. La.) | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF LIMITED APPEARANCE AS COUNSEL

Timothy W. Hassinger, B. Wesley Pitts and Phillip S. Howell hereby file their Notice of Limited Appearance as Counsel for BFS Townhomes, LLC, which:  (1) objects on the bases of lack of personal jurisdiction, improper venue, insufficiency of service of process, and failing to state a claim upon which relief can be granted; (2) reserves all rights that BFS Townhomes, LLC may have to object to jurisdiction, venue and/or service; and (3) reserves all other objections and defenses that BFS Townhomes, LLC may have.  Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

Respectfully submitted,

/s/ B. Wesley Pitts

_____
TIMOTHY W. HASSINGER, T.A. (#25085)
B. WESLEY PITTS (#23899)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana  70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
E-mail:  thassinger@gjtbs.com
E-mail:  wpitts@gjtbs.com
**COUNSEL FOR BFS TOWNHOMES, LLC**

PHILLIP S. HOWELL (Fla. Bar No. 377030)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida  33602
Telephone:  (813) 977-1200
Facsimile:  (813) 977-1288
E-mail:  phowell@gjtbs.com
**COUNSEL FOR BFS TOWNHOMES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Limited Appearance as Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of November, 2011.

/s/ B. Wesley Pitts

_____
B. WESLEY PITTS