UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Payton, et al v. Knauf Gips, KG, et al. EDLA 09-07628 | * * | MAG. JUDGE WILKINSON |
| Rogers, et al. v. Knauf Gips, KG, et al. EDLA 2:10-cv-00362 | * | |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Consent Motion to Withdraw Counsel and Substitute Counsel of Record on behalf of Tuscan-Harvey Estate Homes, Inc.,

IT IS ORDERED by the Court that Nicolas B. Harvey of the law firm of Siegel, Hughes & Ross be and is hereby substituted as counsel of record in the place of Leigh Ann Schell and Michele Hale DeShazo of the law firm of Kuchler, Polk, Schell, Weiner & Richeson, LLC.

New Orleans, Louisiana, this __14th__ day of __November__, 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA