UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>*AMATO, ET. AL. V. LIBERTY MUTUAL INSURANCE COMPANY, ET. AL.*<br><br>CASE NO. 2:10-cv-00932 (E.D.LA.) | MAG: JUDGE WILKINSON |

_____/

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys of record for Defendant, THE STERLING COLLECTION, INC., pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP was retained to represent Defendant, The Sterling Collection, Inc., by insurance for the Defendant.

2. Insurance for the Defendant, The Sterling Collection, Inc., has since withdrawn coverage for this incident based on an exclusion clause contained in the policy.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for the Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the Defendant, The Sterling Collection, Inc., by certified mail. The letter advises the Defendant:

    a. Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP is withdrawing as counsel,

    b. substitution counsel will need to be retained, and

    c. notifies the Defendant of all upcoming hearings and deadlines.

5. The Defendant, The Sterling Collection, Inc.'s, last known address, email address and phone number are:

> 4707 SE 9th Place
> Cape Coral, Florida 33904
>
> Email: gary@aubuchonhomes.com
>
> Telephone: (239) 549-6358

WHEREFORE, the undersigned respectfully request that the court grant the Motion to Withdrawal as Counsel for Defendant; in the above case.

                                  Respectfully submitted,

Dated:  November 15, 2011

                                 /s/ Addison J. Meyers
                                 Addison J. Meyers, Esquire
                                 MINTZER SAROWITZ ZERIS
                                 LEDVA & MEYERS, LLP
                                 The Waterford at Blue Lagoon
                                 1000 NW 57th Court, Suite 300
                                 Miami, FL  33126
                                 Tel:   305-774-9966
                                 Fax:  305-774-7743
                                 ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to The Sterling Collection, Inc., 4707 S.E. 9th Place, Cape Coral, Florida 33904, Attn: Gary Aubuchon, on this 15th day of November, 2011.

/s/ Addison J. Meyers
Addison J. Meyers