UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*AMATO, ET. AL. V. LIBERTY MUTUAL INSURANCE COMPANY, ET. AL.*<br><br>**CASE NO. 2:10-cv-00932 (E.D.LA.)** | |

_____/

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, THE STERLING COLLECTION, INC., in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, The Sterling Collection, Inc., is hereby granted and that Addison J. Meyers, Raul R. Loredo, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, The Sterling Collection, Inc. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, The Sterling Collection, Inc., at: 4707 S.E. 9th Place, Cape Coral, Florida 33904.

It is ORDERED this ____ day of October, 2011.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE