UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**THE KNAUF DEFENDANTS' MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM TO SOUTHERN HOMES'S SUPPLEMENTAL RESPONSE
TO PLAINTIFFS' STEERING COMMITTEE AND THE KNAUF ENTITIES' JOINT
MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF
ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS**

**COME NOW** the Knauf Defendants, appearing through undersigned counsel, who move this Honorable Court for leave to file its Reply Memorandum to Southern Homes's Supplemental Response to Plaintiffs' Steering Committee and the Knauf Entities' Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders. The Knauf Defendants wish to address the misrepresentations contained in Southern Homes's response, which may more fully assist the Court in its ruling.  The Knauf Defendants' Reply is attached hereto as Exhibit "A."

Respectfully submitted,


By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA, JR. (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com


**COUNSEL FOR THE KNAUF DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,on this 15th day of November, 2011.

/s/ Kyle Spaulding