UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047<br><br>SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |

**THE KNAUF DEFENDANTS' REPLY MEMORANDUM
TO SOUTHERN HOMES'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS'
STEERING COMMITTEE AND THE KNAUF ENTITIES' JOINT MOTION FOR
APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES
<u>REGARDING THEIR SETTLEMENT WITH HOMEBUILDERS</u>**

The Knauf Defendants submit this Reply Memorandum to Southern Homes's Supplemental Response to Plaintiffs' Steering Committee and the Knauf Entities' Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders (Doc. 11196). Contrary to Southern Homes's response, the Term Sheet Agreement principally addresses homes built by large homebuilders that have not been remediated because of their litigation status. The Term Sheet Agreement is abundantly clear and Southern Homes's response is misguided. Moreover, upon information and belief, the Homebuilder Steering Committee no longer objects to the entry of an Order approving the Term Sheet Agreement.

1

Accordingly, the Knauf Entities request that this Court approve and oversee the implementation of the PSC-Knauf Homebuilders Agreement.

        Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA, JR. (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

**COUNSEL FOR THE KNAUF DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,on this 15th day of November, 2011.

/s/ Kyle Spaulding