UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum to to Southern Homes's Supplemental Response to Plaintiffs' Steering Committee and the Knauf Entities' Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders;

**IT IS ORDERED** that the Knauf Defendants be and hereby are GRANTED leave to file the attached Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**JUDGE ELDON E. FALLON**