UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

Dorothy Arndt, individually, and on behalf of
all others similarly situated, [ADDITIONAL
PLAINTIFFS LISTED ON SCHEDULE OF
PLAINTIFFS, ATTACHED HERETO AS
EXHIBIT "A"],

                Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG;
KNAUF INTERNATIONAL GmbH; KNAUF
INSULATION GmbH; KNAUF UK GMBH;
KNAUF AMF GMBH & CO. KG; KNAUF DO
BRASIL LTD.; PT KNAUF GYPSUM INDONESIA;
KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD; KNAUF PLASTERBOARD
(WUHU) CO., LTD; GUANGDONG KNAUF NEW
BUILDING MATERIAL PRODUCTS CO., LTD;
[ADDITIONAL DEFENDANTS LISTED ON
SCHEDULE OF DEFENDANTS, ATTACHED
HERETO AS EXHIBIT "B"],

                Defendants.

CASE NO.: 11-2349

MDL NO. 2047

SECTION "L"

JUDGE FALLON

MAG. JUDGE WILKINSON

             /

## **NOTICE OF APPEARANCE AS COUNSEL**

       Tammy B. Denbo of Masten, Lyerly, Peterson & Denbo, LLC hereby files her Notice of Appearance as counsel of record for Defendant, NU WAY DRYWALL, LLC, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number:

**TAMMY B. DENBO, ESQUIRE**

Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
(813) 217-9367/fax

By: /s/ Tammy B. Denbo
**TAMMY B. DENBO, ESQUIRE**
Florida Bar No. 0163597
Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
TBD/dam
(813) 217-9367/fax
Attorneys for Defendant, NU WAY DRYWALL, LLC

**I HEREBY CERTIFY** that on this 16 day of November, 2011 this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esquire**; Defendants' Liaison Counsel, **Kerry Miller, Esquire**; and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittmann, Esquire**, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Tammy B. Denbo