UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

KENNETH ABEL, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],

Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAOTAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],

Defendants.

CASE NO.: 11-080

_____/

## NOTICE OF APPEARANCE AS COUNSEL

Tammy B. Denbo of Masten, Lyerly, Peterson & Denbo, LLC hereby files her Notice of Appearance as counsel of record for Defendants, D & W DRYWALL, INC.; JAMES DRYWALL, LLC; AND MC CONTRACTORS, INC., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number:

**TAMMY B. DENBO, ESQUIRE**

Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
(813) 217-9367/fax

By: /s/ Tammy B. Denbo
**TAMMY B. DENBO, ESQUIRE**
Florida Bar No. 0163597
Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
TBD/dam
(813) 217-9367/fax
Attorneys for Defendant, D & W DRYWALL, INC.; JAMES DRYWALL, LLC; AND MC CONTRACTORS, INC.

**I HEREBY CERTIFY** that on this 16 day of November, 2011 this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esquire**; Defendants' Liaison Counsel, **Kerry Miller, Esquire**; and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittmann, Esquire**, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Tammy B. Denbo