UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS (ROBERT AND SANDRA TAYLOR & CURTIS AND MONSUE WALLEY) MOTION TO DISMISS All CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND HOME DEPOT, USA, INC. PURSUANT TO FED.R.CIV. P. 41(a)**

Plaintiffs (Robert and Sandra Taylor & Curtis and Monsue Walley) are moving to dismiss all of their claims, including their claims against the Knauf defendants and Home Depot USA, Inc. (hereafter the "Defendants), pursuant to Fed.R.Civ.P. 41(a).  Notwithstanding Plaintiffs diligence at the time their claims against the Defendants were commenced, Plaintiffs wish to dismiss their claims since it now appears the drywall in their home is not defective and/or was manufactured domestically.  Plaintiffs request that the dismissal be without prejudice.

At the time Plaintiffs claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiffs.

Since the filing of Plaintiffs claims against Defendants, Plaintiffs have uncovered evidence suggesting their claims against Defendants should be dismissed.  Plaintiffs believe the dismissal of their claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant their motion to dismiss pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted,

Dated: November 16, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*