# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley**\*
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

October 28, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: In re: Chinese Manufactured Drywall Products Liability Litigation
    David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.
    Case No.  09-6690

Dear Russ and Lenny:

 My clients, listed below, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file PLAINTIFFS MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND HOME DEPOT USA, INC., PURSUANT TO FED.R.CIV. P. 41(a) on their behalf:

 Robert and Sandra Taylor
 Curtis and Monsue Walley

        Very truly yours,

        DON BARRETT, P.A.

        *David McMullan*

        David McMullan

DM/pt