**BARON BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

October 31, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
              **Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**
              **Cause No. 11-1363; MDL-2047; Eastern District of Louisiana**

Dear Russ and Lenny:

      My clients, Ducasse and Mercegrace Saintil, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, GL Homes of Florida, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

                                                                 Sincerely,

                                                                 Bob Brown