# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile (662) 834-2628

November 3, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: In re: Chinese Manufactured Drywall Products Liability Litigation
      David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.
      Case No.  09-6690

Dear Russ and Lenny:

  My clients, listed below, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file PLAINTIFFS MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND HOME DEPOT USA, Inc., PURSUANT TO FED.R.CIV. P. 41(a) on their behalf:

    Osizy and Margie McCrory
    Bobby and Celia McTigue
    Virgil and Rosetta Mitchell
    George and Deborah Stewart

        Very truly yours,

        DON BARRETT, P.A.

        *David McMullan*

        David McMullan

DM/pt