*Yasmin*

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 20th day of __April__, 2005 , by and between Steven Aboulafia and Unruean Aboulafia,his wife, as Owners, whose present mailing address is: 1068 Beach Burr Court, Henderson, NV, 89015  and Aranda Homes, Inc., as Contractor.

FIRST:   The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 3735 Yucatan Parkway, Cape Coral, Florida, 33993 situated in __LEE__ County, State of Florida Owned by Steven and Unruean  Aboulafia.

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Fifty Four Thousand Six Hundred and Ninty Five DollarsXX/100 ( $  254,695.00  )

U.S. Dollars in the following manner: one percent. 1% $  2546.95 Deposit, with signing of the contract

- 1. $  22,922.55_____     (9%) as down payment, by check subject to collection,  prior to start of construction.
- 2. $ _____     (25%) when plumbing is roughed in and slab is poured.
- 3. $ _____     (25%) when masonry walls are complete and lintel poured.
- 4. $ _____     (25%) when sub-roof is on and electrical roughed in.
- 5. $ _____     (10%) when interior drywall is complete.
- 6. $ _____     (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____June 6th_____ , 2005  , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489,126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

*3735 Yucatan Pkwy*
*06-44-23-C1-06259.0290*

THIRD:         The said residence to be Contractor's Vista home with all details of material and construction to be equal to or better then those used in the model home at 3201 SW 4th Lane, Cape Coral , Florida 33991 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

FOURTH:       Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:         All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:         The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:      It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

**TWELFTH:** The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners  lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

**THIRTEENTH:** OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

**FOURTEENTH:** IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, UWAVYU OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

**FIFTEENTH:** CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDAⅡS CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

**SIXTEENTH:** NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**SEVENTEENTH:** Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:** This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____

_____
Aranda Homes, Inc.

3

Addendum #1

NAME: Steven & Unruean Aboulafia

ADDRESS:1068 Beach Burr Court

CITY, STATE: Henderson, NV, 89015

TELEPHONE(702) 434-9827

MODEL: Vista

DATE: 4/20/05

Blk: 4259

Lot: 29

Unit: 60

CITY: Cape Coral

PRICE $ 239,000.00

### ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted ~~per model~~ 03-505/03-506. | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Floritam Sod for corner 3 lot site. | $ 3750.00 |
| 9. Sprinkler System with auto rain shut-off for corner 3 lot site. | $ 1200.00 |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8000.00 |
| 13. Culvert (If required) | $ 795.00 |
| 14. Add pool bath. | $ 1950.00 |

TOTAL HOME IMPROVEMENTS        $ 254,695.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                                                     PURCHASER

_____                    _____
Aranda Homes, Inc.                                                          PURCHASER

4

Addendum #2
NAME:   Steve & Unruean Aboulafia
ADDRESS:1068 Beach Butt Ct.
CITY, STATE:Henderson, NV, 89015
TELEPHONE:702-434-9827
MODEL:Vista

DATE: 4/21/05
BLK : 4259
LOT: 29
UNIT:60
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

1. Upgrade to Double wall oven ( 2 @ 30") with cook-top            $ 1600.00

2. Upgrade to cabinet for wall ovens.                              $ 935.00

3. Upgrade to  cabinet for cook-top                                $ 560.00

TOTAL HOME IMPROVEMENTS     $ 3095.00

ADDENDUM – Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc

_____
PURCHASER

_____
PURCHASER

6

Addendum #3                                     DATE: 5/24/05
NAME: Steve & Unruean Aboulafia           BLK :4259
ADDRESS: 1068 Beach Burr Court            LOT: 29
CITY, STATE:Henderson, NV, 89015          UNIT: 60
TELEPHONE: (702) 434-9827                 CITY: Cape Coral
MODEL: Vista

ADDITIONS, CHANGES AND IMPROVEMENTS


1. Additional Driveway costs.                                $ 1020.00




                              TOTAL HOME IMPROVEMENTS     $ 1020.00


ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.



_____              _____
                                                        PURCHASER


_____              _____
Aranda Homes, Inc.                                      PURCHASER




7

Addendum #4
NAME: Steve & Uarnean Aboulafia
ADDRESS: 1068 Beach Burr Court
CITY, STATE: Henderson, NV, 89015
TELEPHONE: (702) 434-9827
MODEL: Vista

DATE: 6/2/05
BLK : 4259
LOT: 29
UNIT: 60
CITY: Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

1. Add (4) Four additional TV/Phone lines per plan.                    $ 160.00

                                        TOTAL HOME IMPROVEMENTS     $ 160.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                    PURCHASER

Aranda Homes, Inc.                                  _____
                                                    PURCHASER

## PROFILE SHEET

NAME: Steven & unruean Aboulafia                                          Lot: 29

Model: Vista                                                                    Unit: 60

1. Legal Description:                                                       Block : 4259

2. Lot Dimension:                                                          Oversized

3. Seawall:                                                                     Yes

4. Fill Requirements                                                      T.B.D

5. Impact Fee:                                                                City

6. Deed Restriction                                                        No

7. Well                                                                          Yes

8. Septic                                                                        Yes

9. City/Water/Sewer                                                     No

10. Culvert Pipe:                                                           T.B.D

11. Survey:                                                                    3

12. Financing: Donna Carpenter, Riverside Bank              Yes

13. Swimming Pool: San Juan Pools pool Package             Yes

14. Strap:                                                                       064423C1042590290

15. Salesperson                                                             Yasmin

16. Co-Broke: Lucille Curtis- Century 21 Sunbelt              Yes


    ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

    All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 4/20/05

Customer: _____   Date:

5

BUILDING AGREEMENT

Articles of Agreement made and entered into this 19 day of June , 2005 , by and between Florencio Botelho and Maria Botelho , his wife, as Owners, whose present mailing address is: 78 Greystone Ave. N. Dartmouth, MA. 02747, and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 1819 S.W. 47th St. Cape Coral, Fl.situated in _____ Lee _____ County, State of Florida Owned by

Florencio Botelho  and Maria Botelho, his wife.

SECOND:  That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Sixty Three Thousand One Hundred DollarsXX/100 ( $ 263.100.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2,631.00  Deposit, with signing of the contract
1. $ 23,679.00               (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____         (25%) when plumbing is roughed in and slab is poured.
3. $ _____         (25%) when masonry walls are complete and lintel poured.
4. $ _____         (25%) when sub-roof is on and electrical roughed in.
5. $ _____         (10%) when interior drywall is complete.
6. $ _____         (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein in on or about  180_ days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party. venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through  Aug 5 , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:        The said residence to be Contractor's Vista

1819 SW 47 Street

09-45-23-C3-04660-0220

home with all details of material and construction to be equal to or better than those used in the model home at 3201 S.W. 4th Lane Cape Coral, FL. except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:       Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:       All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:       The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance .Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:       It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:       This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:       The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:       The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50 per square foot.
 Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:       The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners  lot is not located on public water or sewer, the cost of installing a septic tank, water well,

2

and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:      IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:      CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Florencia Botth_

                                                    _Aranda Homes, Inc_

Purchaser: _Maria Botelho_

3

Addendum #1
NAME: Botelho
ADDRESS: 108 Tucker
CITY, STATE: N. Dartmouth,MA. 02747
TELEPHONE:
MODEL: Vista

DATE: 6/19/05
BLK 4660
LOT 22-23
UNIT 70
CITY Cape Coral
PRICE        $ 255,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Tile deck pkg. | $ Included |
| 13. Water/sewer/impact fees | $ Included |
| 14. Fill/stemwall(allowance) | $ 8,000.00 |

TOTAL HOME IMPROVEMENTS  $ 263,100.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                                    PURCHASER

_____                    _____
Aranda Homes, Inc.                                               PURCHASER

4

Addendum #2                                   DATE: 7-16-05
NAME: Botelho                                 BLK 4660
ADDRESS: ~~7~~ *78 GREYSTONE AVE*             LOT 22-23
CITY, STATE: N Dartmouth, MA. 02747  *SIP CODE SAME*   UNIT 70
TELEPHONE:                                    CITY Cape Coral
MODEL: Vista                                  PRICE    $ 255,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

15. Pool bath/summer kitchen on lanai                      $ 4,800.00

16. Raised bar top in kitchen                              $   495.00

17. pavers i/l/o stamped drive,walkway, entry             $   720.00

18. plumb to dock                                          $   250.00

19. 100 amp subpanel                                       $   795.00

TOTAL HOME IMPROVEMENTS  $ 270,160.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____            _____
                                                          PURCHASER

Aranda Homes, Inc.                         _____
                                                          PURCHASER

6

FROM :                    FAX NO. :                    Jul   2005 11:54AM P1

JUL-7-2002  08:50  FROM HONDA   KTH MODEL 239 203 4445        TO  742021077        P:2/2

Addendum #2                               DATE: 7-16-05
NAME: Botelho                             BLK 4660
ADDRESS: 108 Tucker                       LOT 22-23
CITY, STATE: N Dartmouth, MA. 02747       UNIT 70
TELEPHONE:                                CITY Cape Coral
MODEL: Vista                              PRICE       $ 255,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

15. Pool bath/summer kitchen on lanal                      $ 4,800.00

16. Raised bar top in kitchen                              $   495.00

17. pavers i/l/o stamped drive,walkway, entry              $   720.00

18. plumb to dock                                          $   250.00

19. 100 amp subpanel                                       $   795.00


TOTAL HOME IMPROVEMENTS  $ 270,160.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____            _____
                                                      PURCHASER
                                         _____
Aranda Homes, Inc.                                    PURCHASER

Addendum #2
NAME: Botelho
ADDRESS: 78 Greystone Ave
CITY, STATE: N. Dartmouth, MA 02747
TELEPHONE:
MODEL: Vista

DATE: 11-15-05
BLK 4660
LOT 22-23
UNIT 70
CITY Cape Coral
PRICES

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Delete pavers - stamped included | $ <600.00> |
| 2. Solid surface top w/sink on summer kitchen | $ 600.00 |
| 3. | $ |
| 4. | $ |
| 5. | $ |
| 6. | $ |
| 7. | $ |
| 8. | $ |
| 9. | $ |
| 10. | $ |
| 11. | $ |
| 12. | $ |
| 13. | $ |
| 14. | $ |
| 15. | $ |

TOTAL HOME IMPROVEMENTS $ 0

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    X Florencio Botelho
Aranda Homes, Inc.                              PURCHASER

_____                    _____
                                                PURCHASER

Addendum # 2
NAME: Botelho
ADDRESS: 78 Greystone Ave
CITY, STATE: N Dartmouth MA 02747
TELEPHONE:
MODEL: Vista

DATE: 11-15-05
BLK 4660
LOT 22-23
UNIT 70
CITY Cape Coral
PRICE $

**ADDITIONS, CHANGES AND IMPROVEMENTS**

1. Delete pavers - stamped included          $ ⟨600.00⟩
2. Solid surface top w/sink on summer kitchen  $ 600.00
3.                                              $
4.                                              $
5.                                              $
6.                                              $
7.                                              $
8.                                              $
9.                                              $
10.                                             $
11.                                             $
12.                                             $
13.                                             $
14.                                             $
15.                                             $

TOTAL HOME IMPROVEMENTS   $ 0

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____        _____
                                                                      PURCHASER
Aranda Homes, Inc.                      _____
                                                                      PURCHASER

6

Strap 09 fb-23-C3-046600220

## PROFILE SHEET

NAME: Botelho _____                    Lot 22-23
Model: Vista
Salesperson: Deb                                  Unit 70

1. Legal Description:                             Block 4660

2. Lot Dimension:                                 80x125

3. Seawall:                                       Done

4. Fill Requirements                              T.B.D

5. Impact Fee:                                    City

6. Deed Restriction                               No

7. Well                                           No

8. Septic                                         No

9. City/Water/Sewer                               Yes

10. Culvert Pipe:                                 T.B.D

11. Survey:                                       2 lot-
                                                  Standard

12. Financing:                                    Yes
13. Pool                                          Yes

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _Thomas Botelho_____ Date:

Customer: _Maria Botelho_____ Date:

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this __31st__ day of __May__ , __2005__ , by and between __David K. Cramer__ and __Denise Cramer__ , his wife, as Owners, whose present mailing address is: 173 E. Mariana Ave. , N. Ft. Myers, FL 33917

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:
_2521 SW 52nd Ln., Cape Coral Unti 72 BLK 5042 PB 23 PG 16 Lots 42 + 43_
Strap # 17-45-23-C3-05042.0420

_____ situated in ___Lee___ County, State of Florida Owned by
__David K. Cramer__ and __Denise Kaseman (Cramer)__ , his wife.

SECOND:    That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Seventy Four Thousand One Hundred Thirty Five--------XX/100 ($274,135.00)

U.S. Dollars in the following manner: one percent, 1% $ __2,741.35__ Deposit, with signing of the contract
1. $ __24,672.15__ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about __180__ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through __July 18th__ , __2005__ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , _Fla. Stat._ that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in __501.1375__, _Fla. Stat._

1

*2521 SW 52 Lane*
*17-45-23-C3-05042-0420*

**THIRD:** The said residence to be Contractor's __Vista Model_____ home with all details of material and construction to be equal to or better than those used in the model home at __3201 Sw 4th Ln, Cape Coral_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

**FOURTH:** Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:** All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:** The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:** It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:** This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, (the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:** The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:** The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to __800__ square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

**TWELFTH:** The Contractor will connect to public water and sewer lines to a

2

distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

**THIRTEENTH:** OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

**FOURTEENTH:**     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

**FIFTEENTH:**    CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN EXPERT.

**SIXTEENTH:**  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**SEVENTEENTH:**       Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:** This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____          _____

                                             Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME: David & Denise Cramer
ADDRESS: 173 E. Mariana Ave
CITY, STATE:N, Ft. Myers, FL 33917
TELEPHONE:239-995-6034
MODEL: Vista

DATE: 5/31/05
BLK   5042
LOT   42&43
UNIT   72
CITY   Cape Coral
PRICE $ 247,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Floortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12.Fill Allowance | $ 6,000.00 |
| 13.Culvert (if needed) | $   795.00 |
| 14. 3-Car garage | $ 13,500.00 |
| 15. 3-Car stamped drive | $ 2,590.00 |
| 16. Arched entry instead of pidgeon holes | $ N/C |
| 17. Delete Wall Unit | $  (600.00) |
| 18. Credit for surveys (customer is a surveyor, signed Buyers Subcontract) | $  (850.00) |
| 19. Tile in all rooms except for office | $ 5,600.00 |

TOTAL HOME IMPROVEMENTS $27,035.00
Total  $274,135.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                      PURCHASER

Aranda Homes, Inc.                            _____
                                                      PURCHASER

4

Addendum #2
NAME: David & Denise Cramer
ADDRESS: 173 E. Mariana Ave
CITY, STATE:N. Ft. Myers, FL 33917
TELEPHONE:239-995-6034
MODEL: Vista

DATE: 7/10/05
BLK   5042
LOT    42&43
UNIT   72
CITY   Cape Coral
PRICE $274,135.00

ADDITIONS, CHANGES AND IMPROVEMENTS

20. Change tray ceiling to coffer ceiling in master bdrm                          $   N/C

21. Cabinet to accommodate wine chiller in kitchen
Dimension of wine chiller 38-1/2" H X 20" W X 22-1/2" D                          $   N/C

22. Add outlet for wine cooler inside of cabinet                                 $   40.00

23. Add outlet in pantry                                                         $   40.00

24. Credit for stamped 3-car drive                                              $ (2,590.00)

25. Paver for 3-car drive                                                        $ 3,620.00

TOTAL HOME IMPROVEMENTS  $1110.00
Total      $275,245.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
                                                     PURCHASER
                                           _____
Aranda Homes, Inc.                                   PURCHASER

6

Addendum #3
NAME: David & Denise Cramer
ADDRESS: 173 E. Mariana Ave
CITY, STATE:N. Ft. Myers, FL 33917
TELEPHONE:239-995-6034
MODEL: Vista

DATE: 8/20/05
BLK   5042
LOT    42&43
UNIT    72
CITY   Cape Coral
PRICE $275,245.00

ADDITIONS, CHANGES AND IMPROVEMENTS

26. Additional allowance for fill calculated from survey                    $ 6,000.00

27. FRONT DOOR SELECTION   03-405

TOTAL HOME IMPROVEMENTS   $6,000.00
                                   Total   $281,245.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                          _____
Aranda Homes, Inc                                         PURCHASER

                                                          _____
                                                          PURCHASER

7

## PROFILE SHEET

NAME: David & Denise Cramer

| | |
|---|---|
| Model: Vista | **Lot** 42 & 43 |
| Salesperson: Pamela K. May | **Unit** 72 |
| 1. Legal Description: | **Block** 5042 |
| 2. Lot Dimension: | _80 X 125_ |
| 3. Seawall: | No |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | City |
| 6. Deed Restriction | No |
| 7. Well | NO |
| 8. Septic | No |
| 9. City/Water/Sewer | Yes |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | 2 lot-Standard |
| 12. Financing: | Suncoast Federal |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _[signature]_          Date: 5/31/05

Customer: _[signature]_          Date: 5/31/05

5

## *Aranda Homes Inc.*

### Building Agreement

Articles of Agreement made and entered into this ___17th___ day of ___June___ , ___2005___ by and between ___Lewis J. and Marcia S. D'Agresto___ , as Owners, whose present mailing address is ___280 Mountain Road Gill, MA 01354___ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as ___3419 SW 27th Ave Cape Coral, Fl 33914___ situated in ___LEE___ County, State of Florida. Owned by ___Lewis J. and Marcia D'Agresto___ ,his Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Ninety Five Thousand One Hundred and Thirty Dollars XX/100——————($295,130.00) .

U.S. Dollars in the following manner: One percent, 1% $(2,951.30) Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 26,561.17 | 9% as down payment, by check subject to collection, prior to start of construction. |
| 2. $ | 25% when plumbing is roughed in and slab is poured. |
| 3. $ | 25% when masonry walls are complete and lintel poured. |
| 4. $ | 25% when sub-roof is on and dried in. |
| 5. $ | 10% when interior drywall is installed. |
| 6. $ | 5% when completely finished and ready for delivery to Owners. |

**This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.**

Subject to the provisions of this agreement, the Contractor agrees to use his best effort to deliver the completed residence specified herein on or about ___180___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through ___August 1st___ , ___2005___ , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price or not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

*3419 SW 27 Avenue*
*05-45-23-C2-04895-0250*

THIRD: The said residence to be Contractor's _____ Veranda _____ home with all details of material and construction to be equal to or better than hose used in the model home at 4801 SW 24th Place Cape Coral, Florida 33914 _____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.  Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guaranties or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which liability terminates five years from the date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish _____ Concrete _____ driveway of up to _____ 800 _____ square feet.  Additional driveway will be charged to the Owner at $ 3.50 _ per square foot.  Machine grading of lot of up to 10,000 square feet total area is included.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following; slabs, wall, patios, sidewalks, driveways and stucco. Tile testing or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OT OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____         _____
                                            Aranda Homes, Inc.

Purchaser: Marcia S. Dfarrst _____

ADDENDUM #1
NAME: Lewis J, Marcia S. D'Agresto
ADDRESS: 280 Mountain Rd,
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda 3-car Plan

DATE:          06/17/05
BLOCK          4895
LOT            25-26
UNIT           74
CITY           Cape Coral

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | |
|---|---|---|
| | | $ 256,100.00 |
| 1. FLAT Tile Roof Vs barrel | | $ 3,500.00 |
| 2. Tile floors as per model | | $ Included |
| 3. Solid surface kitchen counter tops | | $ Included |
| 4. All Appliances as per model | | $ Included |
| 5. Front Doors sandblasted as per plan | | $ Included |
| 6. Security system as per model | | $ Included |
| 7. Tile deck package as per model | | $ Included |
| 8. 3-car Stamped Concrete driveway, walkway and entry area | | $ 2,590.00 |
| 9. All Cape Coral Impact fees and Hook-up fees | | $ Included |
| 10. All Surveys | | $ Included |
| 11. Floriam sod for Standard 85'x125' lot | | $ 500.00 |
| 12. Sprinkler system with auto rain shut-off for Standard 85'x125' lot | | $ 115.00 |
| 13. Fill allowance | | $ 8,000.00 |
| 14. Vent micro-wave | | $ 395.00 |
| 15. Credit for 4 recessed lights in kitchen owner to supply hanging type lights | | $<160.00> |
| 16. Add central vac system with power head | | $ 1,890.00 |
| 17. Intercom system with speakers in each room and 1 on patio. Add coaxial for cd player. | | $ 1,550.00 |
| 18. Add 1 pocket door to hallway in master bed rm. And 1 pocket Vs swing door in master | | $ 420.00 |
| 19. Add Generator disconnect crossover box | | $ 695.00 |
| 20. Under sink RO, water filter | | $ 695.00 |
| 21. Add water and 110v electric to boat dock | | $ 595.00 |
| 22. Add electric for boat lift 10,000 lbs 100 amp service | | $ 1,370.00 |
| 23. Stove to be LP gas with LP gas tank and lines as per plan | | $ 1,975.00 |
| 24. Add 3-car garage | | $ 14,900.00 |
| TOTAL HOME IMPROVEMENTS | | $ 295,130.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

ARANDA HOMES INC.

PURCHASER

Addendum #2
NAME: Lewis & Marcia D'Agresto
ADDRESS: 280 Mountain Rd
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda

DATE:7/14/05
BLK 4895
LOT 25 & 26
UNIT 74
CITY Cape Coral
PRICE $ 295,130.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 25. 50 Amp service for pool heater | $ 595.00 |
| 26. 2 extra intercoms | $ 230.00 |
| 27. Add switch and outlet to all 3 vanities in all 3 baths for future lighting | $ 240.00 |
| 28. Disc lighting under kitchen cabinets w/switch | $ 220.00 |
| 29. Add GFI outlet to garage | $ 70.00 |
| 30. Add switch in entry | $ 40.00 |
| 31. Add switch in kitchen | $ 40.00 |
| 32. Ventilation fan w/switch in mstrbath | $ 175.00 |
| 33. (2) recessed lights in garage w/switch | $ 210.00 |
| 34. (1) recessed light outside master shower w/switch | $ 125.00 |
| 35. (1) recessed light bathroom #3 shower w/switch | $ 125.00 |
| 36. (1) recessed light bathroom #2 tub w/switch | $ 125.00 |
| 37. Granite Tops - Kitchen | 3850.00 |
| 7 - 38. Credit For (1) Pocket Door Addendum #1 Item #19 | (210.00) |
| 7 - 39. Switches For Bathroom #2 - Per Model | N/C |

TOTAL HOME IMPROVEMENTS  $~~5865.00~~
Total  $~~297,355.00~~
$~~2,225.00~~
300,995.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER
PURCHASER

38 - What Poc. Door is out?

39 - How Are Sw, in 6 Bath #2 ?

Addendum #3
NAME: Lewis & Marcia D'Agresto
ADDRESS: 280 Mountain Rd
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda

DATE: 8/20/05
BLK 4895
LOT 25 & 26
UNIT 74
CITY Cape Coral
PRICE $ 297,355.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| 37. Add on security for automatic fire protection | $ 250.00 |
| 38. Per Sherry Lucas a credit for intercom | $ (100.00) |
| 39. Surround sound cinema – 6 speaker pkg | $ 1,635.00 |
| 40. Lanai Stereo w/volume control | $ 455.00 |

TOTAL HOME IMPROVEMENTS  $ 2,340.00
Total  $299,695.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____ PURCHASER

_____ PURCHASER

6

## PROFILE SHEET

NAME: <u>Lewis and Marcia D'Agresto</u>

SALESPERSON: Pamela K May

Model: <u>Veranda 3 -car garage  model</u>

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City Water and Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: <u>Donna Carpenter at Riverside Bank</u>

13. Swimming Pool: San Juan Pools  pool package

14. Strap number

Lots   <u>25-26</u>

Subdivision <u>C.C.</u>

Unit   <u>74</u>

Block   <u>4895</u>

<u>85x125</u> Oversized

<u>On water</u> By owner  Heac

<u>T.B.D</u>

<u>Lee County</u>

<u>Cape Coral</u>

<u>No</u>

<u>No</u>

<u>Yes</u>

<u>T.B.D</u>

<u>3</u>

<u>Yes</u>

<u>Yes</u>

<u>054523c2048950250</u>

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST,
IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND
PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN
OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced
and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will
Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE
BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 6-17-05

Customer: _____   Date: 6/17/05

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this____6th____ day of____January____, 2006___by and between____Frank and Deborah DeBenedictis_____, as Owners, whose present mailing address is___ 950 Hancock Creek Blvd #211 Cape Coral, Fl. 33909____ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after-mentioned finish and deliver a residence on land known as 4408 SW 20th Ave Cape Coral Fl 33914____ situated in____ LEE_____ County, State of Florida. Owned by_____ Frank DeBenedictis and Deborah DeBenedictis_____, his wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Three Hundred Six Thousand Two Hundred and Twenty Five dollars   XX/100·------------------.($306,225.00).

U.S. Dollars in the following manner: One percent, 1% $ 3,062.25 Deposit, with signing of the contract.

1. $ 27,560.25   9% as down payment, by check subject to collection, prior to start of construction.
2. $                25% when plumbing is roughed in and slab is poured.
3. $                25% when masonry walls are complete and lintel poured.
4. $                25% when sub-roof is on and dried in.
5. $                10% when interior drywall is installed.
6. $                5% when completely finished and ready for delivery to Owners.

### This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about___180__ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract price has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. (At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through___March 6th____, 2006 , or until start of construction if such start is delayed beyond this time by the Owners. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of, any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If, adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489,126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY, OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

**THIRD:** The said residence to be Contractor's _____ Vista _____ home with all details of material and construction to be equal to or better than those used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914 _____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

**FOURTH:** Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:** All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:** The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy. Special insurance notice-due to liability insurance requirements, only contractors and their employees may be on the property during the hours of 7:00 am and 5:00 pm  Monday through Saturday. Owners and other non-construction persons may not enter onto the property during these hours unless accompanied bay an employee of Aranda Homes, Inc. Aranda Homes, Inc. has the right to stop all work any time unauthorized persons enter upon the property during these hours.

**SEVENTH:** It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:** This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:** The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:** The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractors, direct the subcontractor's work or otherwise interfere with the Contractor's control and supervision of the subcontractor and the work. In the event owner directs any subcontractor in any manner, or directs a subcontractor to change or alter the work, all work performed by such subcontractor will not be included in any warranty provided by Contractor, the Subcontractor will no longer be deemed a Subcontractor of Contractor, but will be deemed in direct contract with the Owner, and Owner shall be directly and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted for Contractor's scope of work and no longer the responsibility of Contractor.

**THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW.** It is an express condition precedent to the delivery, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

**ELEVENTH:** The Contractor will furnish _____ Concrete _____ driveway of up to _____ 800 _____ square feet. Additional driveway will be charged to the Owner at $ 3.50  per square foot.  Machine grading of lot of up to 10,000 square feet total area is included.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also

cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest Florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____        _____ Armida Homes, Inc.

Purchaser: _____

ADDENDUM #1                                      DATE:      01/06/05
NAME: Frank and Deborah DeBenedictis           BLOCK      4757
ADDRESS: 950 Hancock Creek Blvd. #211           LOT        43&44
CITY, STATE: Cape Coral, Fl 33909               UNIT       70
TELEPHONE: 574-7154                             CITY       Cape Coral
MODEL: Vista Plan

ADDITIONS, CHANGES AND IMPROVEMENTS             PRICE      $ 306,100.00

1. Tile Roof as per model                                  $ Included

2. Tile floors as per model                                $ Included

3. Solid surface kitchen counter tops                      $ Included

4. All Appliances as per plan                              $ Included

5. Front Doors sandblasted as per plan                     $ Included

6. Security system as per model                            $ Included

7. Tile deck package as per model                          $ Included

8. Stamped Concrete driveway, walkway and entry area       $ Included

9. All Impact fees, well ,aerator, softener and septic system   $ Included

10. All Surveys                                            $ Included

11. Floriam sod for Standard 80'x125' lot                 $ Included

12. Sprinkler system with auto rain shut-off for Standard 80'x125' lot   $ Included

13. $10,000.00 Fill allowance                             $ Included

14. Credit for Built-In entertainment center              $ <600.00>

15. Add tile wall apron/top #1 shower and relocated shower head as per plan   $ 350.00

16. Add Bar top to kitchen counter top as per plan        $ 575.00

17. Credit for 6 arches 3 above built-in and 3 above kitchen   $ <200.00>

18. Move all switches to industry standard height         $ No Charge

                    TOTAL HOME IMPROVEMENTS               $ 306,225.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                         PURCHASER
ARANDA HOMES INC.                        _____
                                         PURCHASER

## *Aranda Homes Inc.*

| | | |
|---|---|---|
| ADDENDUM #2 | DATE: | 01/07/06 |
| NAME: Frank and Deborah DeBenedictis | BLOCK | 4757 |
| ADDRESS: 950 Hancock Creek Blvd. #211 | LOT | 43&44 |
| CITY, STATE: Cape Coral, Fl 33909 | UNIT | 70 |
| TELEPHONE: 574-7154 | CITY | Cape Coral |

MODEL: Vista Plan

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add Drywall to the front of Kitchen Island as per plan | | $ No Charge |
| 2. Credit Tile Deck, Pool deck and Patio to be SPRAY DECK | | $<1,100.00> |
| 3. Add 4' to Bedroom #2 as per plan | | $ 4,465.00 |
| 4. Delete Line 15 on addendum #1 Master shower to be just like model | | $<350.00> |
| | TOTAL HOME IMPROVEMENTS | $ 3,015.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____               _____
ARANDA HOMES INC.                           PURCHASER

                                            _____
                                            PURCHASER

*Dad, Please*
*Take to contruct*
*Office. Corrected*
*Strap # on*
*profile sheet*

## *Aranda Homes Inc.*

| | | | |
|---|---|---|---|
| ADDENDUM #3 | DATE: | 02/29/06 | |
| NAME: Frank and Deborah DeBenedictis | BLOCK | 4757 | |
| ADDRESS: 950 Hancock Creek Blvd. #211 | LOT | 43&44 | |
| CITY, STATE: Cape Coral, Fl 33909 | UNIT | 70 | |
| TELEPHONE: 574-7154 | CITY | Cape Coral | |

MODEL: Vista Plan

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add 1200 series cherry doors to kitchen | | $2,315.00 |
| 2. Add wood doors to master bath | | $1,350.00 |
| | TOTAL HOME IMPROVEMENTS | $3,665.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER

_____
ARANDA HOMES INC.

_____
PURCHASER

## PROFILE SHEET

| | |
|---|---|
| NAME: Frank and Deborah DeBenedictis | Lots   43-44 |
| NOTE: ***LOT IS IN A SECONDARY EAGLE ZONE*** | Subdivision C.C. |
| Model: Vista model | Unit   70 |
| 1. Legal Description: | Block   4757 |
| 2. Lot Dimension: | 80x125 |
| 3. Seawall: | OFF water |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | Lee County |
| 6. Deed Restriction | Cape Coral |
| 7. Well | No |
| 8. Septic | No |
| 9. City Water and Sewer | Yes |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | 3 |
| 12. Financing:  Fifth-Third Bank Francis Neives   549-4760 | Yes |
| 13. Swimming Pool: San Juan Pools  pool package | Yes |
| 14. Strap number | 094523C404570430  094523C40475 70430 |
| 15. Salesperson | Joe |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST;
IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND
PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN
OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced
and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will
Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE
BUILDING DEPARTMENT FOR PERMIT APPROVAL NO CHANGES CAN BE MADE:

Customer: _____ Date: 1/7/06

Customer: _____ Date: 1/7/06

# Aranda Homes, Inc.

BUILDING AGREEMENT

Articles of Agreement made and entered into this 13 day of July , 2005 , by and between Larry Frazier _and Dorothy Frazier , his wife, as Owners, whose present mailing address is: 2621 S.W. 9th Ave. Cape Coral, FL. and ARANDA HOMES, INC., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 927 S.W. 4th Ave. situated in Lee County, State of Florida Owned by Larry Frazier and Dorothy Frazier , his wife.

SECOND:   That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirty Nine Thousand Eight Hundred Sixty DollarsXX/100 ( $ 239,860.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2,398.60  Deposit, with signing of the contract

1. $ 21,587.40 _____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of Ono liens☐ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through  Sept. 11 , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay to the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges that construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla.Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:      The said residence be Contractor's Viscaya home with all details of material and construction to be equal to or better than those used in the model home at 4808 S.W. 24th Pl. Cape Coral, FL. except for changes such as specified herein.  Plans and specifications

1

927 SW 4 Ave.
23-44-23-C3- 01967- 0520

of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:     Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:     All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:     The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:     It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:     This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:     The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:     The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT
BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S
GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY
GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY
INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE
EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY
MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS
CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL
MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE
NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE
GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT
LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE
NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS
713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE
MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR
PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF
YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-
SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY
REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR
PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU
FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR
PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST
YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR
CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S
CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A
SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION
DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST
DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A
WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND
PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS
THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN
OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT
OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY
SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES
AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high
humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.
Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are
incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal
protection to the premises while under construction to safeguard from water and weather conditions.
Contractor has no control over the manufacturing and storage practices of material suppliers and
subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air
conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to
the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior
agreements, both oral and written, are void and of no effect.  This agreement may only be modified in
writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a
replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals
the day and year written above.

Purchaser: _Larry Frazier_                        _____

                                                           ARANDA HOMES, INC.

Purchaser: _Dorothy A. Frazier_

Addendum #1
NAME: Frazier
ADDRESS: 2621 S.W. 9th Ave.
CITY, STATE: Cape Coral, Fl. 33914
TELEPHONE: 242-4217
MODEL: Viscaya

DATE: 7/13/05
BLOCK 1967
LOT 52-53-54
UNIT 28
CITY Cape Coral
PRICE                $ 227,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 3 lot | $ 2,760.00 |
| 9. Sprinkler System with auto rain shut-off for 80x125 | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans and light fixtures per model | $ Included |
| 12. Tile deck pkg. | $ Included |
| 13. Water/sewer/impact fees | $ Included |
| 14. Fill/stemwall(allowance) | $ 10,000.00 |

TOTAL HOME IMPROVEMENTS  $ 239,860.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
ARAXBA HOMES INC.

_____
PURCHASER

_____
PURCHASER

4

Addendum #2 *Frazier*
NAME:
ADDRESS:
CITY, STATE:
TELEPHONE:
MODEL:

DATE: 7-23-05
BLK 1967
LOT 52-54
UNIT 28
CITY
PRICE $

ADDITIONS, CHANGES AND IMPROVEMENTS     227,100

1. Add raised panel    $
2. Cabinet doors to    $ 340.00
3. 2 Bathrooms and the    $ 360.00
4. Utility room    $
5. $
6. $
7. $
8. TOTAL    $ 700.00
9. $
10. $
11. $
12. $
13. $
14. $
15. $

TOTAL HOME IMPROVEMENTS    $ 227,800

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER
Aranda Homes, Inc.

*Dorothy A. Frazier*
PURCHASER

_____
PURCHASER

6

## PROFILE SHEET

NAME: Frazier            Lot 52-53-54
Model: Viscaya          Unit 28
Salesperson: Ann *Pam*

1. Legal Description:       Block 1967

2. Lot Dimension:       120x125

3. Seawall:       N/A

4. Fill Requirements       T.B.D

5. Impact Fee:       City

6. Deed Restriction       No

7. Well       No

8. Septic       No

9. City/Water/Sewer       Yes

10. Culvert Pipe:       T.B.D

11. Survey:       3 lot-

12. Financing: Riverside       Yes
13. Pool       Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *Dorothy A. Frazier*    Date: July 14-05

Customer: *Larry H. Frazier*    Date: July 14-05

5

# Riverside Bank
## Addendum

The owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of _____ $ 239,860.00 _____ US Dollars in the following manner:
One percent 1% 2398.60 _____ Deposit with signing of the contract.

___ $ 11,993.00 ___ Five Percent (5%) for Government and Impact Fees by check and subject to collection, prior to start of construction.

___ 21,587.40 ___ Nine Percent (9%) as down payment by check subject to collection, prior to start of construction.


_____
Aranda Homes, Inc.

_____
Purchaser

_____
Purchaser

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 20th day of May 2005 , by and between Richard L. Giggey and Linda J. Giggey, his wife, whose present mailing address is: 33 Jupiter Drive, Seymour, CT, 06483 and Aranda Homes, Inc., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:1813 NE 23rd Ave, Cape Coral, Florida, 33909 Block:2230, Lots: 23-25 Unit: 33 situated in  LEE  County, State of Florida Owned by Richard L. and Linda J. Giggey.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Eighty Two Thousand Eight Hundred and Ten DollarsXX/100 ($ 282,810.00 )

U.S. Dollars in the following manner: one percent, 1½ $ 2828.10 Deposit, with signing of the contract
1. $ 25,452.90 _____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund If you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____ July 5th _____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

1813  NE  23  Ave.

32-43-24-C3- 02230- 0230

**THIRD:**       The said residence to be Contractor's  Veranda home with all details of material and  construction to be equal to or better then those used in the model home at  4801 SW 24th Place, Cape Coral , Florida 33914  except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**       Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**       All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**       The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**       It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**       This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**       The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**       The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an to lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH: The Contractor will furnish a concrete driveway of up to 800** square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.  Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco.  Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

2

**TWELFTH:**     The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

**THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.**

**FOURTEENTH:**     **IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, DWAVYD OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.**

**FIFTEENTH:**     CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDAOS CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

**SIXTEENTH:**     NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**SEVENTEENTH:**     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:** This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____     _____

                                                              Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME: Richard & Linda Giggey
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE:(203)888-5522
MODEL: Veranda

DATE: 5/20/05
Blk: 2230
Lot: 23-25
Unit: 33
CITY: Cape Coral
PRICE: 248,100.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted # 03-505 / 03-506 | $ Included |
| 5. Security System per model | $ Included |
| 6. 3 Car Stamped concrete driveway, walkway, and entry | $ 2950.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for 3 lot site. | $ 2760.00 |
| 9. Sprinkler System with auto rain shut-off for 3 lot site. | $ 800.00 |
| 10. Tile package in Living & Dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 10,000.00 |
| 13. Culvert (If required) | $ 1050.00 |
| 14. Add 3rd Car garage per plan | $ 14,000.00 |
| 15. Delete fixed glass in Master shower, wall & tile per plan | $ 300.00 |
| 16. Upgrade all bathroom cabinets to raised/foil doors. | $ 630.00 |
| 17. Add (3) Three 220v outlets to garage per plan. | $ 330.00 |
| 18. Add (2) Two GFI outlets to garage per plan. | $ 140.00 |

TOTAL HOME IMPROVEMENTS          Continued next page

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER

_____
Aranda Homes, Inc.

_____
PURCHASER

4

Addendum #2
NAME: Richard & Linda GIGGEY
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE: (203) 888-5522
MODEL: Veranda

DATE: 5/20/05
BLK : 2230
LOT: 23-25
UNIT: 33
CITY: Cape Coral

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 19. Add (5) Five 110v outlets to Garage per plan. | $   200.00 |
| 20. Add Intercom system per Advanced security. | $ 1495.00 |
| 21. Add Coax cable for Intercom system. | $     55.00 |

TOTAL HOME IMPROVEMENTS     $ 282,810.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                               PURCHASER

                                                                          _____
                                                                          PURCHASER

6

Addendum #3
NAME: Richard & Linda Giggy
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE: (203) 888-8522

DATE: 6/9/05
BLK: 2250
LOT: 23-25
UNIT: 33
CITY: Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Balance of Advanced sereurity proposal | |
| 2. Credit for foil/raised kitchen cabinets into Maple cabinets. | $ 148.00 |
| 3. Install (3) Three pre-wire for flood lights by owner with (1) switch. | $ <500.00> |
| 4. Pre-wire for future heat pump (50 amp) with concrete pad. | $ 325.00 |
| 5. Delete Master shower change, go back to standard shower (glass now frosted) | $ 595.00 |
| 6. Add (4) Four additional GFI outlets per plan. | $ <300.00> |
| 7. Add (2) two additional TV/Phone outlets per plan. | $ 280.00 |
| 8. Note existing GFI on garage exterior wall has been relocated. | $ 80.00 |
| 9. Note relocation of water heater NOT permitted due to heat recovery unit. | $ N/C |
| | $ N/A |
| TOTAL HOME IMPROVEMENTS | $ 628.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
Arunda Homes, Inc.                              PURCHASER

                                           _____
                                                PURCHASER

7

Addendum #3
NAME:Richard & Linda Giggy
ADDRESS: 33 Jupiter Drive
CITY, STATE:Seymour, CT, 06483
TELEPHONE: (203) 888-5522

DATE:6/9/05
BLK :2230
LOT:23-25
UNIT:33
CITY: Cape Coral

MODEL:Veranda

ADDITIONS, CHANGES AND IMPROVEMENTS

| | | |
|---|---|---|
| 1. Balance of Advanced sercurity proposal | $ | 148.00 |
| 2. Credit for foil/raised kitchen cabinets i/l/o Maple cabinets. | $ | <500.00> |
| 3. Install (3) Three pre-wire for flood lights by owner with (1) switch. | $ | 325.00 |
| 4. Pre-wire for future heat pump (50 amp) with concrete pad. | $ | 595.00 |
| 5. Delete Master shower change, go back to standard shower (glass now frosted) | $ | <300.00> |
| 6. Add (4) Four additional GFI outlets per plan. | $ | 280.00 |
| 7. Add (2) two additional TV/Phone outlets per plan. | $ | 80.00 |
| 8. Note existing GFI on garage extieror wall has been relocated. | $ | N/C |
| 9. Note relocation of water heater NOT permitted due to heat recovery unit. | $ | N/A |

TOTAL HOME IMPROVEMENTS    $   628.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____         _____
                                PURCHASER

_____         _____

Aranda Homes, Inc.              PURCHASER


7

ADDENDUM #: *052305l*          DATE: *5/28/08*

NAME: *Richard & Linda Giggey*          BLOCK

ADDRESS: *33 Jupiter Drive*          LOT

CITY, STATE: *Seymour CT 06483*          City

TELEPHONE:          S/D

MODEL: *Veranda*          TOTAL PRICE  *$4010.00*

ADDITIONS, CHANGES AND IMPROVEMENTS

*Granite Kitchen Tops*
*Blue Pearl*
*Pearl Edge*
*DB 50/50 Stainless*

TOTAL HOME IMPROVEMENTS  *$4010.00*

ADDENDUM – THIRTEEN – ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric once final payment.

_____          *Richard & Linda Giggey*
Aranda Homes, Inc.                              PURCHASER

_____          _____

<u>PROFILE SHEET</u>

| | |
|---|---|
| NAME:Richard & Linda Giggey | Lot:23-25 |
| Model: Veranda | Unit: 33 |
| 1. Legal Description: | <u>Block</u> : 2230 |
| 2. Lot Dimension: | 120 X 125 |
| 3. Seawall: | Yes |
| 4. Fill Requirements | <u>T.B.D</u> |
| 5. Impact Fee: | <u>City</u> |
| 6. Deed Restriction | No |
| 7. Well | Yes |
| 8. Septic | Yes |
| 9. City/Water/Sewer | No |
| 10. Culvert Pipe: | <u>T.B.D</u> |
| 11. Survey: | 3 |
| 12. Financing: Donna Carpenter, Riverside Bank | Yes |
| 13. Swimming Pool: San Juan Pools pool Package | Yes |
| 14. Strap: | 324324C3022300230 |
| 15. Salesperson | Yasmin |

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

<u>CHANGE ORDER AGREEMENT</u>

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _Richard L Giggey_ Date: 5-20-05

Customer: _Linda J Giggey_ Date: 5-20-05

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 22ᵗʰ day of August 2005, by and between Ernest. F. Henandez whose present mailing address is: 2307 W. 69 Street. B-2, Hialeah, Fl, 33016 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 409 N.W 38ᵗʰ Ave, Cape Coral, Florida, 33993. Block: 4142, Lots: 21 + 22, Unit: 59, Strap: 07-44-23-C1-04142.situated in LEE County, State of Florida Owned by Ernest. F. Hernandez

SECOND:     That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty One Thousand Four Hundred and Sixty DollarsXX/100 ( $ 247,245.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2472.45 Deposit, with signing of the contract

1. $  22,252.05            (9%) as down payment, prior to start of construction.
2. $ _____      (25%) when plumbing is roughed in and slab is poured.
3. $ _____      (25%) when masonry walls are complete and lintel poured.
4. $ _____      (25%) when sub-roof is on and electrical roughed in.
5. $ _____      (10%) when interior drywall is complete.
6. $ _____       (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about 180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ▢no liens▢ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite # 3 Tallahassee, Florida 32399-1039.(850)487-1395.

The above price is guaranteed to the Owners through _____ October 21th _____, 2005, or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in .501.1375, Fla. Stat.

1

**THIRD:**      The said residence to be Contractor's Viscaya home with all details of material and construction to be equal to or better then those used in the model home at 4805 SW 24th Place, Cape Coral , Florida 33914 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**      Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**      All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**      The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**      It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**      This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**      The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**      The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

2

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners□ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:     CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:     NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____          _____
                                                                 Aranda Homes, Inc.

Purchaser: _____

Addendum #1
NAME:Ernest. F. HERNANDEZ
ADDRESS: 2307 W. 69ᵗʰ St.  B-2
CITY, STATE:Hialeah, Fl, 33016
TELEPHONE (305) 240-1021
MODEL: Viscaya

DATE: 8/22/05
Blk: 4142
Lot: 21 + 22
Unit: 59
CITY: Cape Coral
PRICE: 231,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.  Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator,washer & dryer per model. | $ Included |
| 4. Delete Front doors sandblasted per model | $ <500.00> |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry | $ Included |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard 80 x 125 lot. | $ Included |
| 9. Sprinkler System with auto rain shut-off for 80 x 125 lot. | $ Included |
| 10. Tile package in Whole house | $ 5600.00 |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 10,000.00 |
| 13. Culvert (If required) | $    795.00 |
| 14. Water to dock. | $    250.00 |
| 15. Upgrade Front doors to solid doors i/l/o glass doors | $    N/C |

TOTAL HOME IMPROVEMENTS          $ 247,245.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____
PURCHASER

_____
Aranda Homes, Inc.

_____
PURCHASER

4

Addendum #3
NAME: Ernest F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl. 33016
TELEPHONE (954) 817-4375
MODEL: Vizcaya

DATE: 9/26/05
BLK : 1318
LOT: 32 + 33
UNIT: 18
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

17. Additional Floritam Sod for oversized lot. ( 85 X 125 )        $   325.00

18. Additional Sprinkler system for oversized lot ( 85 X 125 )     $   200.00

TOTAL HOME IMPROVEMENTS   $   525.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_Ernest F. Hernandez_                    _C.F.F. Wong_
                                         PURCHASER

Aranda Homes, Inc.                       PURCHASER

Addendum #3
NAME: Ernest. F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE (954) 517-4375
MODEL:Viscaya

DATE: 9/26/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | | |
|---|---|---|
| 17. Additional Floritam Sod for oversized lot. ( 85 X 125 ) | $ | 325.00 |
| 18. Additional Sprinkler system for oversized lot ( 85 X 125 ) | $ | 200.00 |
| TOTAL HOME IMPROVEMENTS | $ | 525.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          PURCHASER _____

Aranda Homes, Inc.                                PURCHASER _____

*Readable Copy*

6

Addendum #2
NAME: Ernest F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE (954) 517-4375
MODEL: Viscaya

DATE: 8/23/05
BLK.: 1328
LOT: 32 + 33
UNIT: 18
CITY: Cape Coral
PRICE: 247,245.00

ADDITIONS, CHANGES AND IMPROVEMENTS

16. Pre-wire 50 amp electric for future heat pump by owner.                    $     595.00

                                   TOTAL HOME IMPROVEMENTS          $ 247,840.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                                   PURCHASER

Aranda Homes, Inc.                                  _____
                                                                   PURCHASER

6

TOTAL P.03

Addendum #2
NAME: Ernest. F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE (954) 517-4375
MODEL:Viscaya

DATE: 8/22/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY:Cape Coral
PRICE: 247,245.00

ADDITIONS, CHANGES AND IMPROVEMENTS

16. Pre-wire 50 amp electric for future heat pump by owner.     $    595.00

TOTAL HOME IMPROVEMENTS    $ 247,840.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____      _____  PURCHASER

Arando Homes, Inc.     _____  PURCHASER

6

## PROFILE SHEET

NAME: Ernest. F. Hernandez                                    Lot: 21 + 22

Model: Viscaya                                                Unit: 59

1. Legal Description:                                         Block : 4142

2. Lot Dimension:                                             80 X 125

3. Seawall:                                                   Yes

4. Fill Requirements                                          T.B.D

5. Impact Fee:                                                City

6. Deed Restriction                                           No

7. Well                                                       Yes

8. Septic                                                     Yes

9. City/Water/Sewer                                           No

10. Culvert Pipe:                                             T.B.D

11. Survey:                                                   3

12. Financing: donna Carpenter- Riverside Bank               Yes

13. Swimming Pool: San Juan Pools pool Package               Yes

14. Strap:                                                    074423C1041420210

15. Salesperson                                               Yasmin

16. Co-Broke-Donna Eastman- Miloff Aubuchon                  Yes


ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _____   Date: 8-17-05

Customer: _____   Date: _____

5

BUILDING AGREEMENT

Articles of Agreement made and entered into this __15__ day of _January_____, 2006_, by and between _Elena R. Holmes_____and_____, as Owners, whose present mailing address is: __16948 Captains Drive, Bokeelia, FL 33922_____ and Arauda Homes, Inc., as Contractor.

FIRST:   The Contractor promises and agrees to the Owners that he will for the consideration hereinafter

mentioned finish and deliver a residence on land known as: 7407 Cobb Road, Bokeelia, Fl, 33922 _Rapid No.1 Unit A, Lot 26, PB12 PG 5_____31-43-22-01-00000.0260

situated in _Lee___
_____County, State of Florida Owned by
_____Elena R. Holmes_____ and _____

SECOND:   That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Eighty One Thousand Seven Hundred Sixty DollarsXX/100 ( $ _281,760.00_____ )

U.S. Dollars in the following manner: one percent, 1% $ _2,817.60_____ Deposit, with signing of the contract
1. $ _25,358.40_____ (9%) as down payment, by check; subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about _180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Arauda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of (Ino liens() covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _March 17_____, 2006_, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after

1

*7407 Cobb Road, Bokeelia*

*31-43-22-01-00000.0260.*

Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits *no more than* thirty days after receipt of Owner's deposit.  THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in .501.1375, *Fla. Stat.*

      THIRD:      The said residence to be Contractor's _____Viscaya_____ home with all details of material and construction to be equal to or better than those used in the model home at _4800 SW 24th Place, Cape Coral, FL 33914_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

      FOURTH:      Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer or subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

      FIFTH:      All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

      SIXTH:      The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

      SPECIAL INSURANCE NOTICE-DUE TO LIABILITY INSURANCE REQUIREMENTS, ONLY CONTRACTORS AND THEIR EMPLOYEES MAY BE ON THE PROPERTY DURING THE HOURS OF 7:00AM AND 5:00PM, MONDAY THROUGH SATURDAY. OWNERS AND OTHER NON-CONSTRUCTION PERSONS MAY NOT ENTER ONTO THE PROPERTY DURING THESE HOURS UNLESS ACCOMPANIED BY AN EMPLOYEE OF ARANDA HOMES, INC. ARANDA HOMES, INC. HAS THE RIGHT TO STOP ALL WORK ANY TIME UNAUTHORIZED PERSONS ENTER UPON THE PROPERTY DURING THESE HOURS.

      SEVENTH:      It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

      EIGHTH:      This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

      NINTH: MORTGAGE PURCHASE:      The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and

2

appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY, NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractor, direct the subcontractor's work, or otherwise interfere with Contractor's control and supervision of the subcontractor and the work. In the event Owner directs any subcontractor in any manner, or directs a subcontractor to change or alter the work, all work performed by such contractor will not be included in any warranty provided by Contractor, the subcontractor will no longer be deemed a subcontractor of contractor, but will be deemed in direct contract with Owner, and Owner shall be directly and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted from Contractor's scope of work and no longer the responsibility of Contractor.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Arauda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. The tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:        The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:        OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, GWAYYO OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:        CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDAS

3

CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

    SIXTEENTH:   NOTICE AND RIGHT TO CURE

    FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

    SEVENTEENTH:    Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

    EIGHTEENTH:    This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

    IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

_____
Aranda Homes, Inc.

Purchaser: _____

4

Addendum #1                                           DATE: January 15, 2006

NAME: Elena R. Holmes
ADDRESS: 16948 Captains Drive                               LOT : 26
CITY, STATE: Bokeelia, FL 33922
                                                     Rapid No.1 Unit A
TELEPHONE: Home # (239) 283-4399
          Cell # (407) 421-5143                      CITY:  Bokeelia
MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS              PRICE: $267,100.00

1. Pine Island water allowance                            1,860.00
2. Standard septic system                                 Included
3. Additional impact fee allowance                        2,200.00
4. Three course stem wall                                 Included
5. Fill allowance $9,000.00                               Included
6. Additional fill/final grade                            3,000.00
7. Shingle roof                                           Included
8. Tile living and dining areas                           Included
9. Solid surface kitchen tops                             Included
10.Washer and dryer                                       Included
11.Front doors sandblasted as per model                   Included
12.Security system                                        Included
13.Fans and light fixtures                                Included
14.Tile deck package                                      Included
15.Stamped driveway, walk, and entry                      Included
16.Floratam sod standard lot size 80 x 125                Included
17.Sprinkler system with auto rain shutoff standard lot size 80 x 125   Included
18.Surveys                                                Included
19.Floor outlet in great room                             Included
20.16 x 16 size tile                                      Included
21.Tile throughout house  including closets               6,450.00


              TOTAL HOME IMPROVEMENTS:          Continued


ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.


_____          _____
                                                     PURCHASER

_____
Aranda Homes, Inc.                        _____
                                                     PURCHASER

                          5

Addendum #2

NAME: Elena R. Holmes

ADDRESS: 16948 Captains Drive

CITY, STATE: Bokeelia, FL 33922

TELEPHONE: Home # (239) 283-4399

           Cell # (407) 421-5143

MODEL: Viscaya

DATE: January 15, 2006

LOT : 26

Rapid No.1 Unit A

CITY:  Bokeelia

ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE: $267,100.00

| | |
|---|---|
| 1. Obscure windows in master bathroom shower | Included |
| 2. Antique brass handles | Included |
| 3. Culvert pipe allowance if needed | 800.00 |
| 4. Garage door opener with two transmitters | 350.00 |

TOTAL HOME IMPROVEMENTS:        $281,760.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____

_____

Aranda Homes, Inc.

_____

PURCHASER

_____

PURCHASER

5

## PROFILE SHEET

NAME:  Elena R. Holmes

Salesperson: Arlene Steinweg
Co-Broke Realtor : Elena R. Holmes
Model:   Viscaya

Rapid No.1 Unit A
PB12 PG5

Secondary Eagle Protection Zone

| | | |
|---|---|---|
| 1. Legal Description: | 7407 Cobb Road<br>Bokeelia, FL 33922 | Lot 26 |
| 2. Lot Dimension | | 80 x 140 |
| 3. Seawall: | | N/A |
| 4. Fill Requirements | | T.B.D. |
| 5. Impact Fee: | | County |
| 6. Deed Restriction | | County |
| 7. Well | | N/A |
| 8. Septic | | Yes |
| 9. Pine Island water | | Yes |
| 10. Culvert Pipe: | | T.B.D. |
| 11. Survey: | | Needed |
| 12. Financing: | Bank Of America=Debbie Tedder<br>(239) 283-1031 | Yes |
| 13. Pool | San Juan | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.
THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.
Customer: _Elena R. Holmes_     Date: _1/15/06_

Customer: _____     Date: _____

6

Addendum #3
NAME: Elena R. Holmes
ADDRESS: 16948 Captains Drive
CITY, STATE: Bokeelia, FL 33922

DATE: February 28, 2006

LOT : 26

Rapid No.1 Unit A

TELEPHONE: Home # (239) 283-4399
            Cell # (407) 421-5143
MODEL: Viscaya

CITY:  Bokeelia

ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE: $267,100.00

**CHANGE FROM ADDENDUM #2**

1. Nickel  handles and hinges interior doors            465.00

TOTAL HOME IMPROVEMENTS:        $465.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                _____
                                                  PURCHASER

_____                _____
Aranda Homes, Inc.                                     PURCHASER

5