MAY. 27. 2005 8:35AM WEST_GLEN ENDOSCOPY &233 4445    NO. 365   P. 2

## Aranda Homes Inc.
### Building Agreement

Articles of Agreement made and entered into this ___26th___ day of ___May___, ___2005___ by and between ___Douglas O. and Debra K. Jackson___ as Owners, whose present mailing address is ___1891 Pryather Rd. Apt 1810 Ft. Myers, Fl. 33907___ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as ___Unit 9, Block 5324 Lot 9-10 Cape Coral Fl.___ situated in ___LEE___ County, State of Florida.

Owned by ___Douglas O. and Debra K. Jackson___ his Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreement being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the sum set price of Two Hundred Sixty Thousand Six Hundred and Fifty dollars   XX/100.
-------------( $260,650.00 )

U.S. Dollars in the following manner: One percent, 1% $ 2,606.50 Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 23,458.50 | 9% as down payment, by check subject to collection, prior to start of construction. |
| 2. $ | 25% when plumbing is roughed in and slab is poured. |
| 3. $ | 25% when masonry walls are complete and lintel poured. |
| 4. $ | 25% when roof is on and dried in. |
| 5. $ | 10% when interior drywall is installed. |
| 6. $ | 6% when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent upon Satisfactory Financing and Your Plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___120___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconvenience caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract price has been paid to the Contractor. Cash draws will be due 2 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no lien" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite3 Tallahassee, Florida 32359-1039 (850)487-1395.

. The above price is guaranteed to the Owners through ___July 1st___, ___2005___, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority ; or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price or not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays Initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

_Well, Septic, Pool_

_3714 SW 4 Lane_

_18-44-23-C4-05324.0090_

_5324   Lots 9-10_

MAY. 27.2005·7 8:36AM·t FR WEST_GLEN ENDOSCOPY& ×× ××5 ×4×6     TO:1××××××××× NO. 365   P. 3

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's _____ Vista _____ home with all details of material and construction to be equal to or better than home used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914 _____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owner at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way to be void by affect or make void the Agreement but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then proceed production prints for distribution to subcontractors and suppliers. Should changes be required by developer or subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over construction practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All costs on addendum sheets cannot be deleted and will be completed by Arnada Homes subcontractors. Each charge requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $100.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause its subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh cut level of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two courses foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of muck dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs are on the building necessitated by power company pole location and regulation, or underground electric and/or high-line service when required will be borne by the Owners. Access accepted by Arnada Homes to property and to the building site on the property are as to provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certification, flood insurance, abstract or title insurance premium together with the amount now due at or at the time of the closing. It is agreed Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability hereto terminates one year from date of delivery, except with regard to the basic structural components all of he home on which liability terminates five years from the date of delivery. All manufacturers' warranties shall continue in force and effect according to their term. Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the seller, provision and of enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish _____ Concrete _____ driveway of up to _____ 900 _____ square feet. Additional driveway will be charged at the rate of $ 3.50 _____ per square foot. Machine grading of lot up to 10,000 square feet limit area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and is not possible to completely produce crack-free concrete. Therefore Arnada Homes, Inc. cannot be responsible for cracks in the following: slabs, walk, patios, sidewalks, driveways and aprons. The cracking of over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer warranties. Should the overflows of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

MAY. 27. 2005₹. 8:36AM₹ ₹WEST_GLEN ENDOSCOPY₹ ₹3 4465          TO:18002790856₹NO. 565   P₹  4

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 60 feet. Cost of lines required over 60 feet and any connection fees will be paid by the Owner. Where Owner's lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owner. Cost of electrical and plumbing connection to the pump will be borne by the Owner.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY EXPRESS WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND THE NECESSITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE.
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH: Owner acknowledges that Southwest Florida is a area of high humidity and high mold count. Molds and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and natural care to ensure that materials provided by suppliers that are incorporated into the premises are carefully accumulated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing could be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands the day and year written above.

Purchaser: _Douglas J Jackson_

Purchaser: X _Debra J Jackson_

Around Homes, Inc.

MAY. 27. 2005  8:37AM  FROM WEST. GLEN ENDOSCOPY 283 4445          TO: 18888988885 NO. 365  P. 5

ADDENDUM #1                                          DATE:      05/25/05
NAME: Douglas and Debra Jackson                     BLOCK      5334
ADDRESS: 1801 Brantley Rd Apt. 1610                 LOT        9-10
CITY, STATE:   Ft. Myers Fl 33907                   UNIT       68
TELEPHONE: 816-419-4661                             CITY       Cape Coral
MODEL: Vista Plan

ADDITIONS, CHANGES AND IMPROVEMENTS                 PRICE      $ 247,100.00

1. Tile Roof as per model                                      $ Included

2. Tile floors as per model                                    $ Included

3. Solid surface kitchen counter tops                          $ Included

4. All Appliances as per model                                 $ Included

5. Front Doors sandblasted as per plan                         $ Included

6. Security system as per model                                $ Included

7. Tile deck package as per model                              $ Included

8. Stamped Concrete, driveway, walkway and entry area          $ Included

9. All Impact fees, well, aerator, softener and septic system  $ Included

10. All Surveys                                                 $ Included

11. Floratam sod for Standard 80'x125' lot                     $ Included

12. Sprinkler system with auto rain shut-off for Standard 80'x125' lot  $ Included

13. Fill Allowance                                             $ 8,000.00

14. Add Granite kitchen counter tops to Kitchen as per plan   $ 2,500.00

15. Add Stainless Steel to Refrigerator, Range, Microwave and Dishwasher  $ 2,200.00

16. 2 windows in master bathroom shower to be Obscured glass  $ No Charge

17. Add basic Rain shower Overhead with on/off valve as per plan  $  850.00

                          TOTAL HOME IMPROVEMENTS    $ 260,650.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents
has made no representations or promises except those contained herein and that this agreement contains all
items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or
representations unless incorporated in this agreement. Written change orders, however, even though accepted
by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or
connection will not be ordered until final payment has been made and usually it takes about seven working days
for power company to connect electric after final payment.

ARONOX HOMES INC.

PURCHASER

PURCHASER

06/10/2005  13:14    4892114            CDH AND PH                    PAGE  01/01
06/10/2005  14:29    239-573-F    3        CCH MICROBIOLOGY   9        PAGE  01/01
JUN-11-2002 10:12  FROM:ARANDA HOMES SOUTH M 2399436644        TO:ur05479        P:1/1

ATTN: Joe

Attn: Doug

## Aranda Homes Inc.

| ADDENDUM #2 | | DATE: | 06/09/05 |
|---|---|---|---|
| NAME: Douglas and Debra Jackson | | BLOCK | 5324 |
| ADDRESS: 1801 Brantley Rd Apt. 1610 | | LOT | 9-10 |
| CITY, STATE:   Ft. Myers Fl 33907 | | UNIT | 58 |
| TELEPHONE: 816-419-4461 | | CITY | Cape Coral |
| MODEL: Vista Plan | | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add 2 outlets up in planter box with one switch turning on both outlets as per plan | | $ 120.00 |
| 2. Add water jets to master bathroom tub | | $ 695.00 |
| 3. Built-in for TV in Great room to be 62" high by 48" to width, per owners request | | S No Change |

TOTAL HOME IMPROVEMENTS          $ 815.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or provisions except those contained herein and that this Agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by provisions or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Fax 945-6644

ARANDA HOMES INC.

B. Douglas L Jackson
PURCHASER

Debra K Jackson
PURCHASER

*Attn: Doug*

# *Aranda Homes Inc.*

ADDENDUM #2
NAME: Douglas and Debra Jackson
ADDRESS: 1801 Brantley Rd Apt. 1610
CITY, STATE:    Ft. Myers Fl 33907
TELEPHONE: 816-419-4461
MODEL: Vista Plan

DATE:         06/09/05
BLOCK        5324
LOT           9-10
UNIT          58
CITY          Cape Coral

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add 2 outlets up in planter box with one switch turning on both outlets as per plan | | $ 120.00 |
| 2. Add water jets to master bathroom tub | | $ 695.00 |
| 3. Built-In for TV in Great room to be 62" high by 48" to width, per owners request | | $ No Charge |
| TOTAL HOME IMPROVEMENTS | | $ 815.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

*Fax 945 - 6644*

_____
PURCHASER

_____           _____
ARANDA HOMES INC.                          PURCHASER

MAY. 27. 2005  8:37AM    WEST. GLEN ENDOSCOPY                    NO. 365  5-6 P. 6

## PROFILE SHEET

NAME: Douglas and Debra Jackson                    Lot: 9-10

                                                   Subdivision Cape Coral

Model: Vista model                                 Unit   58

1. Legal Description                               Block  5324

2. Lot Dimension                                   BB+125

3. Setwalk                                         Offwater

4. FED Requirements                                TBD

5. Impact Fees                                     Lee County

6. Deed Restriction                                Cape Coral

7. Well                                            Yes

8. Septic                                          Yes

9. City Water and Sewer                            No

10. Culvert Pipe                                   TBD

11. Survey:                                        S

12. Financing    Deena Carpenter Riverside Bank    Yes

13. Swimming Pool: San Juan Pool, pool package     Yes

14. Scrap number                                   18542(C405)340990

15. Salesperson                                    Joe

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC
TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY
AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being
priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full
they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE
BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer X _____ Date 3/24/05

Customer X _Debra R. Jackson_ X Date 3/24/05

# *Aranda Homes Inc.*

| | | |
|---|---|---|
| ADDENDUM #3 | DATE: | 06/09/05 |
| NAME: Douglas and Debra Jackson | BLOCK | 5324 |
| ADDRESS: 1801 Brantley Rd Apt. 1610 | LOT | 9-10 |
| CITY, STATE:   Ft. Myers Fl 33907 | UNIT | 58 |
| TELEPHONE: 816-419-4461 | CITY | Cape Coral |
| MODEL: Vista Plan | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Builder to pay closing cost up to | | $ 5,100.00 |
| TOTAL HOME IMPROVEMENTS | | $ 5,100.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

ARANDA HOMES INC.

PURCHASER

PURCHASER



## BUILDING AGREEMENT

Articles of Agreement made and entered into this 1 day of August , 2005 , by and between Charlotte Jamison , as Owner, whose present mailing address is: 85 Brooklyn Ave. Spotswood, NJ, 08884 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 2301 S.E. 10th PL Cape Coral, FL_situated in _____ Lee _ County, State of Florida Owned by Charlotte Jamison.

SECOND:    That the Owners promise and agree to and with the Contractor as specified, they will and shall in consideration of the agreements being executed and performed by the Contractor that pay or cause to be paid to the Contractor the contract price of Two Hundred Thirty Nine Thousand Three Hundred Forty DollarsXX/100 ( $ 239,340.00  )

U.S. Dollars in the following manner: one percent, 1% $ 2,393.40  Deposit, with signing of the contract

| | | |
|---|---|---|
| 1. $ 21,540.60 | | (9%) as down payment, by check subject to collection,  prior to start of construction. |
| 2. $ _____ | | (25%) when plumbing is roughed in and slab is poured. |
| 3. $ _____ | | (25%) when masonry walls are complete and lintel poured. |
| 4. $ _____ | | (25%) when sub-roof is on and electrical roughed in. |
| 5. $ _____ | | (10%) when interior drywall is complete. |
| 6. $ _____ | | (5%) when completely finished and ready for delivery to Owners. |

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180, days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party. venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through Oct. 1 , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price is this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:     The said residence to be Contractor's  Viscaya
home with all details of material and construction to be equal to or better than those used in the model home

_669_
_7-8_

_2301 SE 10 Place_
_30-44-24-C4-00669-0070_

at 4805 S.W. 24th PL Cape Coral, FL except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction prior approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance .Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:   The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners  lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing

2

connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:          IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, OWAYYD OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:  CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDAUS CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:          Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occuring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Charlotte Jameson_      _____
                                    Aranda Homes, Inc.


Purchaser: _____


3

Addendum #1
NAME: Jamison
ADDRESS: 85 Brooklyn Ave.
CITY, STATE: Spotswood, N.J. 08884
TELEPHONE: 732-251-0391
MODEL: Viscaya

DATE: 8/01/05
BLK  669
LOT 7-8
UNIT 21
CITY Cape Coral
PRICE        $ 227,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Florlam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Tile deck pkg. | $ Included |
| 13. Water/sewer/impact fees | $ Included |
| 14. Fill/stemwall(allowance) | $ 8,000.00 |
| 15. Culvert(if needed) | $  795.00 |

TOTAL HOME IMPROVEMENTS  cont.

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_Charlotte Jamison_
PURCHASER

_Aranda Homes, Inc._

PURCHASER

4

Addendum #2
NAME: Jamison
ADDRESS: 85 Brooklyn Ave.
CITY, STATE: Spotswood, N.J. 08884
TELEPHONE: 732-251-0391
MODEL: Viscaya

DATE: 8/01/05
BLK  669
LOT 7-8
UNIT 21
CITY Cape Coral
PRICE        $ 227,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 16. Boom pump(allowance) | $   800.00 |
| 17. delete door to guest bath from bed 2 | $   N/C |
| 18. build niche behind pantry to floor | $   N/C |
| 19. credit garden tub w/jetts in master bath | $ <890.00> |
| 20. 50 Amp service for future spa | $   595.00 |
| 21. 14x10 screen area off lanai – FLAT SCREW WALLS & ROOF | $ 2,940.00 |

T.V. OPEN 54"

TOTAL HOME IMPROVEMENTS  $ 239,340.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                   PURCHASER

                                                              _____
                                                              PURCHASER

6

Addendum #3
NAME: *Jenison)*                          DATE: *2-11-06*
ADDRESS:                                   BLK
CITY, STATE:                               LOT
TELEPHONE:                                 UNIT
MODEL:                                     CITY
                                           PRICE $

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | | |
|---|---|---|
| 1. | *Tree removal* | $ *500.00* |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | | $ |
| 10. | | $ |
| 11. | | $ |
| 12. | | $ |
| 13. | | $ |
| 14. | | $ |
| 15. | | $ |

TOTAL HOME IMPROVEMENTS

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____
PURCHASER

_____     *Charlotte Jenison*     *3/21/06*
Aranda Homes, Inc.            PURCHASER

7

*Stri-b #t 30 44 24 C d-00669 2070*

## PROFILE SHEET

NAME: <u>Jamison</u>                                      <u>Lot 7-8</u>
Model: Viscaya
Salesperson: Avis                                      <u>Unit</u> 21

1. Legal Description:                            <u>Block</u> 669

2. Lot Dimension:                                80x125

3. Seawall:                                      N/A

4. Fill Requirements                             <u>T.B.D</u>

5. Impact Fee:                                   <u>City</u>

6. Deed Restriction                              No

7. Well                                          <u>No</u>

8. Septic                                        <u>No</u>

9. City/Water/Sewer                              Yes

10. Culvert Pipe:                                <u>T.B.D</u>

11. Survey:                                      <u>2 lot-</u>
                                                 <u>Standard</u>

12. Financing: Busey-Josh                        Yes
13. Pool                                         No

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: *Charlatte Jamison*   Date: *8/01/05*

Customer: _____      Date: _____

5

*Yasmin.*

## BUILDING AGREEMENT

Articles of Agreement made and entered into this _30th_ day of _April_ 2005_, by and between Richard J. Kampf and Patricia A. Kampf, his wife, whose present mailing address is: 1800 Emerson Street, Philadelphia,PA,19152 and Aranda Homes, Inc., as Contractor.

    FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 233 SE 44th Ter, Cape Coral, Florida, 33904
                Block: 209, Lots: 35-37 Unit: 2 part 1 situated in _LEE_ County, State of Florida Owned
                by Richard J. and Patricia A. Kampf.
    SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Seventy One Thousand Five Hundred and Sixty Five DollarsXX/100 ( $ _271,565.00_ )

U.S. Dollars in the following manner: one percent, 1% $ _2715.65_ Deposit, with signing of the contract
1. $ _24,440.85_____   (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____   (25%) when plumbing is roughed in and slab is poured.
3. $ _____   (25%) when masonry walls are complete and lintel poured.
4. $ _____   (25%) when sub-roof is on and electrical roughed in.
5. $ _____   (10%) when interior drywall is complete.
6. $ _____    (5%) when completely finished and ready for delivery to Owners.

                Contingent upon plan approval
                Contingent upon financing

    Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

    Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party. venue shall lie in Lee County, Florida.

    Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through  _____June 14th_____ , 2005_, or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

1

233 SE 44 TERR.
12-45-23-C4-00209-0350

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ⬚WAVY⬚ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA⬚S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser:

Aranda Homes   Inc.

Purchaser:

3

Addendum #1                                      DATE: 4/30/05
NAME:Richard J. & Patricia A. Kampf              Blk: 209
ADDRESS: 1800 Emerson Street.                    Lot: 35-37
CITY, STATE:Philadelphia, PA, 19152              Unit: 2 Part 1.
TELEPHONE(215)266-5856                           CITY: Cape Coral
MODEL: Veranda                                   PRICE: 240,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Upgrade to Paver driveway, walkway, and entry | $ 720.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for 3 lot site. | $ 2760.00 |
| 9. Sprinkler System with auto rain shut-off for 3 lot site. | $ 800.00 |
| 10. Tile package for whole house | $ 4500.00 |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8000.00 |
| 13. Culvert (If required) | $ 795.00 |
| 14. Add pool bath. | $ 1950.00 |
| 15. Add Hot / Cold shower to outside of pool bath per plan. | $ 495.00 |
| 16. Upgrade all bathroom cabinets to raised/foil doors. | $ 630.00 |
| 17. Add  8' Doors (5) to house per plan. | $ 975.00 |
| 18. Add three (3) dimmer switches per plan. | $ 120.00 |

TOTAL HOME IMPROVEMENTS          Continued next page

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____            PURCHASER

Aranda Homes, Inc.                          PURCHASER

4

Addendum #2
NAME: Richard J. & Patricia A. KAMPF
ADDRESS: 1800 Emerson street
CITY, STATE: Philadelphia,PA,19152
TELEPHONE: (215)266-5856
MODEL:Veranda

DATE: 4/30/05
BLK :209
LOT:35-37
UNIT:2 Part 1
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 19. Upgrade lanai opening to Accordion shutter i/l/o panels (allowance) | $ 6300.00 |
| 20. Upgrade Family room slider to Accordion shutter i/l/o panels (allowance) | $ 3000.00 |
| 21. Upgrade kitchen cabinet draws to wood sides i/l/o metal sides | $  520.00 |

TOTAL HOME IMPROVEMENTS    $ 271,565.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

PURCHASER

6

## PROFILE SHEET

NAME:Richard & Patricia KAMPF

Lot:35-37

Model: ~~Vista~~ *VERANDA*

Unit: 2 part 1

1. Legal Description:

<u>Block</u> : 209

2. Lot Dimension:

120 X 125

3. Seawall:

No

4. Fill Requirements

<u>T.B.D</u>

5. Impact Fee:

<u>City</u>

6. Deed Restriction

No

7. Well

No

8. Septic

No

9. City/Water/Sewer

Yes

10. Culvert Pipe:

<u>T.B.D</u>

11. Survey:

3

12. Financing: Donna Carpenter, Riverside Bank

Yes

13. Swimming Pool: San Juan Pools pool Package

Yes

14. Strap:

124523C4002090350

15. Salesperson

Yasmin

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *Richard J Kampf*      Date: *April 30, 2005*

Customer: *Patricia A Kampf*      Date: *April 30, 2005*

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this  11th  day of  November , 2005 , by and between  William D. Lake  and  Jacqueline L. Lake , his wife, as Owners, whose present mailing address is: 23 Erica Ave., Middleboro, MA 02346  and Aranda Homes, Inc., as Contractor.

FIRST:   The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

2542 SW 27th PL , Cape Coral, FL 33914 Cape Coral Unit 93 BLK 5973 PB 25 PG 16 Lots 34 & 35 Strap # 32-44-23-C1-05973.0340

situated in   Lee   County, State of Florida Owned by

William Lake   and   Jacqueline L. Lake , his wife.

SECOND:   That the Owners promise and agree to and with the Contractor as specified, they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Sixty Five Thousand————00/100 ($265,000.00)

U.S. Dollars in the following manner: one percent, 1¾ $  2,650.00   Deposit, with signing of the contract
1. $  23,850.00  (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180  days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ( no liens() covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 33399-1039 (850)487-1395.

The above price is guaranteed to the Owners through   January 11th  , 2006 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.
THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:   The said residence to be Contractor's _Viscaya Model _____ home with all details of material and construction to be equal to or better than those used in the model home at  4805 Sw 24th Pl, Cape Coral  except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

*2542 S.W. 21 Place*
*32-44-23-C1- 05973-0340*

**FOURTH:**     Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**     All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IF IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**     The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding. Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SPECIAL INSURANCE NOTICE-DUE TO LIABILITY INSURANCE REQUIREMENTS, ONLY CONTRACTORS AND THEIR EMPLOYEES MAY BE ON THE PROPERTY DURING THE HOURS OF 7:00AM AND 5:00PM, MONDAY THROUGH SATURDAY. OWNERS AND OTHER NON-CONSTRUCTION PERSONS MAY NOT ENTER ONTO THE PROPERTY DURING THESE HOURS UNLESS ACCOMPANIED BY AN EMPLOYEE OF ARANDA HOMES, INC. ARANDA HOMES, INC. HAS THE RIGHT TO STOP ALL WORK ANY TIME UNAUTHORIZED PERSONS ENTER UPON THE PROPERTY DURING THESE HOURS.**

**SEVENTH:**     It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**     This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and/or to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**     The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**     The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractor, direct the subcontractor's work, or otherwise interfere with Contractor's control and supervision of the subcontractor and the work. In the event Owner directs any subcontractor to any manner, or directs a subcontractor to change or alter the work, all work performed by such contractor will not be included in any warranty provided by Contractor, the subcontractor will no longer be deemed a subcontractor of contractor, but will be deemed in direct contract with Owner, and Owner shall be directly and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted from Contractor's scope of work and no longer the responsibility of Contractor.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to

2

crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:   The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:   IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, DWAVYO OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDAßS CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:   Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arbing from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _William S. Lake_    _____
Aranda Homes, Inc.

Purchaser: _Jacquiline S. Lake_

3

Addendum #1
NAME: William & Jacqueline Lake
ADDRESS: 23 Erica Ave
CITY, STATE: Middleboro, MA 02346
TELEPHONE: 508-947-3604
MODEL: Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 11/11/05
BLOCK  5973
LOT  34 & 35
UNIT  93
CITY  Cape Coral
PRICE $265,000.00

| | |
|---|---|
| 1. Dimensional Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Florium Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. 3-Course Stemwall | $ Included |
| 12. Fill Allowance of ___ $9000.00 ___ | $ Included |
| 13. | $ |
| 14. | $ |
| 17. | $ |

TOTAL HOME IMPROVEMENTS  $265,000.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_William E Lake_____
PURCHASER
_Jacqueline J Lake_____
PURCHASER

4

Addendum #2
NAME: William & Jacqueline Lake
ADDRESS: 23 Erica Ave
CITY, STATE: Middleboro, MA 02346
TELEPHONE: 508-947-3604
MODEL: Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 11/17/05
BLOCK   5973
LOT   34 & 35
UNIT   93
CITY   Cape Coral
PRICE $265,000.00

| | |
|---|---|
| 13. Prewire & plumb for dock stub outs only | $ 250.00 |
| 14. Add (1) GFI outlet side of garage | $ 70.00 |
| 15. Add (3) outlets to top of wall unit (not the plant shelf) w/switch | $ 160.00 |
| 16. credit for Jacuzzi tub (garden tub only) | $ (325.00) |
| 17. Square off opening of unit above TV unit in the wall unit (on print) | $ N/C |

TOTAL HOME IMPROVEMENTS  $155.00
Total      $265,155.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_William E Lake_
PURCHASER

_Jacqueline Lake_
PURCHASER

Aranda Homes, Inc.

6

Addendum #4
NAME: William & Jacqueline Lake
ADDRESS: 23 Erica Ave
CITY, STATE: Middleboro, MA 02346
TELEPHONE: 508-947-3604
MODEL: Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 2/4/06
BLOCK  5973
LOT   34 & 35
UNIT  93
CITY  Cape Coral
PRICE $265,750.00

19. Upgraded kitchen cabinets to Maple                              $ 1,895.00

TOTAL HOME IMPROVEMENTS  $1,895.00
Total       $267,645.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_William S Lake_  2-13-06
PURCHASER

_Jacqueline Lake_
PURCHASER

_____
Aranda Homes, Inc.

8

## PROFILE SHEET

NAME: William & Jacqueline Lake          Lot 34 & 35
Model: Viscaya                           Unit 93
                                         Block 5973

Salesperson: Pamela K. May

1. Legal Description:

2. Lot Dimension:                        80 X 125

3. Seawall:                              Yes

4. Fill Requirements                     T.B.D

5. Impact Fee:                           City

6. Deed Restriction                      No

7. Well                                  No

8. Septic                                No

9. City/Water/Sewer                      Yes

10. Culvert Pipe:                        T.B.D

11. Survey:                              2 lot-Standard

12. Financing:                           Yes

13. Pool                                 Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _William E Lake_      Date:

Customer: _Jacqueline L Lake_   Date: 11/0/05

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this __31__ day of __March__ , 200_5_ , by and between Donald R. Lewis

as Owners, whose present mailing address is:        44 Donnybrook Road, Brighton, MA 02135
and ARANDA HOMES, INC., as Contractor.
FIRST:          The Contractor promises and agrees to the Owners that he will for the consideration
hereinafter
mentioned finish and deliver a residence on land known as: 4110 SW 22nd CT, Cape Coral, FL 33914
Unit 70, Block 4679, Lot 63-64        094523C1046790630

situated in __Lee__        County, State of Florida Owned by
__Donald R. Lewis__        and
SECOND:        That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of ($269,420.00) Two Hundred Sixty Nine Thousand
Four Hundred Twenty Dollars XX/00
Contingent upon plan approval.
U.S. Dollars in the following manner: one deposit, 1% $ _2,694.20_        Deposit, with signing of the
contract
1. $ _24,247.80_        (9%) as down payment, by check subject to collection, prior to start  construction
2. $ _67,355.00_        (25%) when plumbing is roughed in and slab is poured.
3. $ _67,355.00_        (25%) when masonry walls are complete and lintel poured.
4. $ _67,355.00_        (25%) when sub-roof is on and electrical roughed in.
5. $ _26,942.00_        (10%) when interior drywall is complete.
6. $ _13,471.00_        (5%) when completely finished and ready for delivery to Owners.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about __180__        days from start of construction. However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.
Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed
and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda
Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and
that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final
payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners,
the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been
paid to the Contractor. ( At the time of such final settlement an affidavit of (no liens0) covering all materials and
labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are
not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such
final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the
Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event
of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in
Lee County, Florida.
Construction Industries Recovery Fund - payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :
CILB Recovery
1940 North Monroe Street Suite #3
Tallahassee, FL 32399-1039
Tel: (850)487-1395
The above price is guaranteed to the Owners through __May 15__        , 2005  , or until
start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction
be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or
by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by
Builder to allow for labor or material price increases that occur between the last date of guaranteed price and
the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10)
days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any

1

*4110 S.W. 22 Court*
*09-45-23-C1-04679-0630*

the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489,126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

THIRD:          The said residence to be Contractor's __Vista_____ home with all details of material and construction to be equal to or better than those used in the model home at __3201 SW 4ᵗʰ Lane, Cape Coral, FL 33991_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:          Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:          All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:          The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's  and that in the event of any claim under the Builders Risk Insurance policy, Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:          It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:          This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:          The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.

2

Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:          The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile testing or cracking over concrete under or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:          The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners□ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:          OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, DOES TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:          IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, DWAVYO OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:          CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:          NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE

3

ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

   SEVENTEENTH:   Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

   EIGHTEENTH:   This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

   IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____     ARAMAX HOMES, INC.

Purchaser: _____

4

**ADDENDUM #1**

**NAME:** Donald R. Lewis

**ADDRESS:** 44 Donnybrook Road

**CITY, STATE :** Brighton, MA 02135

**TELEPHONE:** Cell#(617) 270-4505

**MODEL : Vista**

**DATE: 3/31/05**

**Block 4679**

**LOT 63-64**

**City: Cape Coral**

**S/D**

**TOTAL PRICE     $ 234,000.00**

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. City water and sewer hook-up | Included |
| 2. City of Cape Coral impact fees | Included |
| 3. Tile roof=standard colors | Included |
| 4. Tiled great room and kitchen | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer and dryer | Included |
| 7. Front doors sandblasted | Included |
| 8. Security system | Included |
| 9. Tile deck package | 720.00 |
| 10. Pravers vs. stamped driveway, walk, and entry | Included |
| 11. Floratam sod standard lot 80 x 125 | Included |
| 12. Sprinkler system with auto rain shutoff for standard lot | 700.00 |
| 13. Garage door openers with  transmitters | 9,000.00 |
| 14. Additional fill allowance | 695.00 |
| 15. R.O. system under kitchen sink and ice line to refrigerator | Included |
| 16. Side window in master bathroom obsurce | 13,550.00 |
| 17. Third car garage | 3,620.00 |
| 18. Additional pravers for third car garage driveway | 1,050.00 |
| 19. Culvert pipe for three car driveway | N/C |
| 20. Change in front elevation | |

TOTAL HOME IMPROVEMENTS                     Continued

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection for connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Arnold Homes, Inc                                        PURCHASER

5

ADDENDUM #12

NAME: Donald R. Lewis

ADDRESS: 44 Donnybrook Road

CITY, STATE : Brighton, MA 02135

TELEPHONE: Cell(617) 270-4505

MODEL : Vista

DATE: 3/31/05

Block 4679

LOT 63-64

City: Cape Coral

S/D

TOTAL PRICE    $ 234,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Additional tile for extended pool deck & riser | 2,325.00 |
| 2. Slider vs. window in guest bedroom #3 | 590.00 |
| 3. Pool bath as per plan | 1,950.00 |
| 4. Air jets in master bathroom tub | 1,175.00 |
| 5. Additional tile in master bedroom as per plan | 350.00 |
| 6. Credit built in entertainment center in great room & shelf above | (600.00) |
| 7. 100 AMP sub-panel | 795.00 |

TOTAL HOME IMPROVEMENTS        $269,420.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____        _____
Aranda Homes, Inc.                          PURCHASER

5

ADDENDUM #3

NAME: Donald R. Lewis

ADDRESS: 44 Donnybrook Road

CITY, STATE : Brighton, MA 02135

TELEPHONE: Cell#(617) 270-4505

MODEL : Vista

DATE: 5/11/05

Block 4679

LOT 63-64

City: Cape Coral

S/D

TOTAL PRICE      $ 234,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Credit front sandblasted doors=credit included in total price
of house agreement already.

TOTAL HOME IMPROVEMENTS                    $(500.00)

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                          PURCHASER

_____                    _____

5

ADDENDUM #5                                    DATE: 8/3/05

NAME: Donald R. Lewis                          Block 4679

ADDRESS: 44 Donnybrook Road                    LOT 63-64

CITY, STATE : Brighton, MA 02135               City: Cape Coral

TELEPHONE: Cell#(617) 270-4505                 S/D

MODEL : Vista                          TOTAL PRICE     $ 234,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

　1. Interior pocket door in master bedroom as per plans              150.00


TOTAL HOME IMPROVEMENTS                        $150.00


ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____                        _____
Aranda Homes, Inc.                                   PURCHASER

_____                        _____

5

Addendum #6
NAME: Donald R. Lewis
ADDRESS:  44 Donnybrook Road
CITY, STATE: Brighton, MA 02135

DATE:  March 6, 2006

Block: 4679

Lot: 63-64

TELEPHONE: (617) 270-4505

CITY:  Cape Coral

MODEL: Vista

ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE: $234,000.00

1. Delete additional tile in master bedroom from addendum #2                      (350.00)

2. Upgrade to granite kitchen counter tops                                              3,350.00

3.Change on color sheet=Pool bath to have white pedestal sink                      N/C

*on print it shows Norman cabinet with sink*

TOTAL HOME IMPROVEMENTS:              $3,000.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                          _____

                                                                       PURCHASER

_____

Aranda Homes, Inc.

5

PROFILE SHEET

| | | |
|---|---|---|
| NAME: Donald R. Lewis | | Lot 63-64 |
| Model: ___Vista___ | | Unit 70 |
| 1. Legal Description: | 4110 SW 22nd Ct<br>Cape coral, FL 33914 | Block 4678 |
| 2. Lot Dimension: | | 80 x 125 |
| 3. Seawall: | | Completed |
| 4. Fill Requirements | | T.B.D. |
| 5. Impact Fee: | | City |
| 6. Deed Restriction | | City |
| 7. Well : | | N/A |
| 8. Septic | | N/A |
| 9. Water/ Sewer | | Yes |
| 10. Culvert Pipe: | | T.B.D. |
| 11. Survey | | Needed |
| 12. Financing | | NO |
| 13. Pool | San Juan | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Donald Lewis_   Date: 5/3/05

Customer: _____   Date:

6

*yasmin*

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 28th day of May 2005 , by and between Richard M. Lundberg & Kathleen K. Lundberg, his wife, whose present mailing address is 636 Pinewood Drive, Shoreview, MN, 55126 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:2116 S.W. 28th Lane, Cape Coral, Florida,33914 Block:6044, Lots: 45-46 Unit: 96 situated in _LEE_ County, State of Florida Owned by  Richard & Kathleen Lundberg.

SECOND: That the Owners promise and agree to and with the Contractor thatthey will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty One Thousand Four Hundred and Fifty Nine Dollars XX/100 ( $ 241,459.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2414.59 Deposit, with signing of the contract

1. $ 21,731.31          (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ 60,364.75 _____  (25%) when plumbing is roughed in and slab is poured.
3. $ 60,364.75 _____  (25%) when masonry walls are complete and lintel poured.
4. $ 60,364.75 _____  (25%) when sub-roof is on and electrical roughed in.
5. $ 24,145.90 _____  (10%) when interior drywall is complete.
6. $ 12,072.95 _____   (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that Aranda Homes will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____July 13th_____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

*2116 SW 28 Lane*
*33-44-23-C4-06044-0450*

THIRD:        The said residence to be Contractor's Viscaya home with all details of material
and  construction to be equal to or better then those used in the model home at  4805 SW 24th Place, Cape
Coral , Florida 33914  except for any changes such as specified herein. Plans and specifications of this home
are subject to any change necessitated by Governmental Regulations.
FOURTH:        Should the owners at any time during the progress of said residence
require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they
shall have the right and power to make such change or changes when practicable, and the same in no way
injuriously affect or make void the Agreement; but the difference shall be added to the amount of the
Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the
construction plans. Contractor may then produce production prints for distribution to subcontractors and
suppliers. Should changes be required by developer of subdivision where said lot is located or by competent
municipal or other governmental authority having jurisdiction over constructive practices on said lot, such
changes shall be made at the Owners' expense.
FIFTH:        All items on addendum sheets cannot be deleted and will be completed
by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction
print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change
requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE
ACCEPTED AFTER THE FOOTER IS POURED.
SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of
this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in
place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and
agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders
Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.
SEVENTH:        It is hereby agreed that the installation of water meter and necessary
surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay
utility company bills for electricity and water used during construction. Should electricity or water not be
available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the
Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is
not part of the agreement.
EIGHTH:        This agreement covers construction of the above described residence
on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block
or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for
the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill
dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt
and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses
caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service
runs across the building necessitated by power company pole locations and regulation, or underground
electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda
Homes to property and to the building site on the property are to be provided by owners, any expenses
necessary for this access and for maintaining this access will be borne by owners.
NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make
application, when directed, with an approved bonafide lending institution and to execute all necessary papers
for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees
to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.
The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance,
abstract or title insurance premium together with the amount owing the seller at the time of the closing.
Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and
appraisal fees and loan charges made by the lending institution, including prepaid interest and interest
during construction.
TENTH:        The Contractor guarantees all workmanship and material. This
guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one
year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their
titles. Purchaser may not assign this contract without the prior written consent to the Contractor.
THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED
WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF
HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED
WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY
STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement
of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.
ELEVENTH: The Contractor will furnish a concrete driveway of up to 800
square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
Any other driveway material selected by Owner shall be an upgrade and change order that will be priced
separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to
crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot
be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or
cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or
manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a
proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square
feet total area is included.

2

**TWELFTH:**   The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

**THIRTEENTH:** OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

**FOURTEENTH:**   IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

**FIFTEENTH:**   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

**SIXTEENTH:**   <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**SEVENTEENTH:**   Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:** This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____                Aranda Homes, Inc.

3

Addendum #1
NAME: Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE: Shoreview, MN, 55126
TELEPHONE (651)481-0138
MODEL: Viscaya

DATE: 5/28/05
Blk: 6044
Lot: 45-46
Unit: 96
CITY: Cape Coral
PRICE: 213,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Delete etching on Front doors | $ <500.00> |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry for 3 Car garage | $ 2590.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard lot. | $ Included |
| 9. Sprinkler System with auto rain shut-off for standard lot. | $ Included |
| 10. Tile package in Living & Dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8,000.00 |
| 13. Culvert (If required) | $ 1050.00 |
| 14. Add 3rd car garage | $ 13,400.00 |
| A. 15. Delete Tile for pool area & lanai. | $ <1000.00> |
| B. 15. Add pool bath to lanai per plan. | $ 1950.00 |
| 16. Add Hot/Cold shower to pool bath per plan. | $ 495.00 |
| 17. 8' x 6' French door i/l/o slider in Master bedroom. | $ 950.00 |
| TOTAL HOME IMPROVEMENTS | $ Continued |

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

PURCHASER

Aranda Homes, Inc.

4

Addendum #2
NAME:Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE:Shoreview, MN, 55126
TELEPHONE: 651-481-0138

DATE: 5/28/05
BLK : 663
LOT:  77-78
UNIT:  21
CITY:Cape Coral

MODEL:Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS

19. Upgrade to raised/foil cabinets in ALL bathrooms per plan.    $   630.00

20. Delete master shower plant shelves and raise master shower ceiling 4" per plan.   $   N/C

21. Add (1) one additional Great room floor outlet   $   295.00

22. Upgrade (2) two master ^shower windows to single hung per plan. (allowance)   $   400.00

23. Delete fixed window in master bed, add (2) single hung windows per plan.   $   N/C

24. Add Humidisat   $   99.00

TOTAL HOME IMPROVEMENTS    $ 241,459.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____ PURCHASER

_____ PURCHASER

_____
Aranda Homes, Inc

6

Addendum #3
NAME:Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE: Shoreview, MN, 55126
TELEPHONE: (651) 481-0138
MODEL:Viscaya

DATE: 7/11/05
BLK: 6044
LOT: 45-46
UNIT: 96
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Change (5) Doors to 2'-8" l/l/o 2'-6" per plan. | $ 400.00 |
| 2. Master bed door revision to keep an angle and hallway to bathroom also at 2'-8" with space needed taken from greatroom wall unit. | $ N/A |
| 3. Add garage service door to rear of 3rd Car garage per plan. | $ 640.00 |
| 4. Add concrete pad on rear of garage to pool door per plan. | $ 680.00 |
| 5. Extend ½ hot switch in each guest bedroom to 2nd outlet per plan. | $ 80.00 |
| 6. Revise Master bedroom windows to original window per plan. | $ N/C |
| 7. Add waterproof light and switch in master shower per plan. | $ 135.00 |
| 8. Add mullions to front entry doors. (French doors) | $ 200.00 |
| 9. Guest bathroom changes per plan including whole wall mirror. | $ 150.00 |
| 10. Add additional TV outlet to lanai. | $ 40.00 |
| 11. Add switch in utility room and wiring for 3 way lights for garage/entry. | $ 80.00 |
| 12. Upgrade to 200 amp service with 42 full width circuit breakers | $ 275.00 |
| 13. Add (2) GFI outlets ( rear of home and guest bath) per plan. | $ 140.00 |
| 14. Add switch and wiring for 3 way lights in guest bath. | $ 80.00 |
| 15. PLEASE note that this is a GARAGE LEFT. (Flip Plan) | $ N/C |

TOTAL HOME IMPROVEMENTS     $ 2900.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____     _____
                            PURCHASER


_____     _____
Aranda Homes, Inc.          PURCHASER

Addendum #3
NAME: Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE: Shoreview, MN, 55126
TELEPHONE: (651) 481-0138
MODEL: Viscaya

DATE: 7/11/05
BLK: 6944
LOT: 45-46
UNIT: 96
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Change (5) Doors to 2'-8" I/o 2'-6" per plan. | $ 400.00 |
| 2. Master bed door revision to keep an angle and hallway to bathroom also at 2'-8" with space needed taken from greatroom wall unit. | $ N/A |
| 3. Add garage service door to rear of 3rd Car garage per plan. | $ 640.00 |
| 4. Add concrete pad on rear of garage to pool door per plan. | $ 680.00 |
| 5. Extend ½ hot switch in each guest bedroom to 2nd outlet per plan. | $ 80.00 |
| 6. Revise Master bedroom windows to original window per plan. | $ N/C |
| 7. Add waterproof light and switch in master shower per plan. | $ 135.00 |
| 8. Add mullions to front entry doors. (French doors) | $ 200.00 |
| 9. Guest bathroom changes per plan including whole wall mirror. | $ 150.00 |
| 10. Add additional TV outlet to lanai. | $ 40.00 |
| 11. Add switch to utility room and wiring for 3 way lights for garage/entry. | $ 80.00 |
| 12. Upgrade to 200 amp service with 42 full width circuit breakers. | $ 275.00 |
| 13. Add (2) GFI outlets ( rear of home and guest bath) per plan. | $ 140.00 |
| 14. Add switch and wiring for 3 way lights in guest bath. | $ 80.00 |
| 15. PLEASE note that this is a GARAGE LEFT. (Flip Plan) | $ N/C |

TOTAL HOME IMPROVEMENTS   $ 2900.00

ADDENDUM – Nineteenth – ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                                         PURCHASER

_____          _____
Aranda Homes, Inc.                              PURCHASER

7

## PROFILE SHEET

NAME: Richard & Kathleen Lundberg                                   Lot: 45-46

Model: Viscaya                                                      Unit: 96

1. Legal Description:                                               Block : 6044

2. Lot Dimension:                                                   80 X 125

3. Seawall:                                                         Yes

4. Fill Requirements                                                T.B.D

5. Impact Fee:                                                      City

6. Deed Restriction                                                 No

7. Well                                                             No

8. Septic                                                           No

9. City/Water/Sewer                                                 Yes

10. Culvert Pipe:                                                   T.B.D

11. Survey:                                                         3

12. Financing: CASH                                                 No

13. Swimming Pool: San Juan Pools pool Package                      Yes

14. Strap:                                            334423C4060440450

15. Salesperson                                                     Yasmin


   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _Richard Lundberg_          Date: 5/28/05

Customer: _Kathleen Lundberg_         Date: May. 28, 2005

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this __27__ day of __April_____, 200_5_, by and between Neil R. Rehrig _____

_ as Owners, whose present mailing address is:   414 Coral Drive, Cape Coral, FL 33904 _____ and ARANDA HOMES, INC., as Contractor.

FIRST:        The Contractor promises and agrees to the Owners that he will for the consideration hereinafter
mentioned finish and deliver a residence on land known as:  3512 SE 1ST Place, Cape Coral, Fl 33904
              Unit 26, Block 850, Lots 20-21-22   PB14 PG 123        01-45-23-C1-00850.0200

          situated in __Lee_____ County, State of Florida Owned by
          Neil R. Rehrig_____
SECOND:        That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of  ($224,690.00) Two Hundred Twenty Four Thousand
Six Hundred Ninety Dollars XX /00
Contingent upon plan approval. Contingent upon financing.
U.S. Dollars in the following manner: one percent, 1% $ _2,246.90_____ Deposit, with signing of the
contract
1. $ __20,222.10___        (9%) as down payment, by check subject to collection, prior to start  construction
2. $ _56,172.50___        (25%) when plumbing is roughed in and slab is poured.
3. $ _56,172.50___        (25%) when masonry walls are complete and lintel poured.
4. $ _56,172.50___        (25%) when sub-roof is on and electrical roughed in.
5. $ _22,469.00___        (10%) when interior drywall is complete.
6. $ _11,234.50___        (5%) when completely finished and ready for delivery to Owners.

          Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about __180____ days from start of construction.  However, the
Contractor cannot and will no[t]
complete the residence specifi[              ]
Start of construction is define[                ]
slab, the day rough plumbing.
          Possession of the pre[              ]   259,662.09
and the full contract prices ha[              ]   23,369.59
Homes same as bank draws. [                  ]    2,246.90
that the Owners shall, within [              ]
payment is not paid to the Co[            ]       234,045.60
the full amount of the final p[            ]                        11702.28
paid to the Contractor. ( At t[            ]     58,511.40
labor will be presented to the[              ]   58,511.40
not to occupy or otherwise ta[            ]
final settlement unless writte[            ]     58,511.40
Contractor, and the Owners,[              ]
of a dispute under this contra[            ]      23,404.56
Lee County, Florida.
          Construction Indu[              ]
Industries Recovery Fund I[f you lose money on a project performed under this contract, under the terms to su]e
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :
          CILB Recovery
          1940 North Monroe Street Suite #3
          Tallahassee, FL 32399-1039
          Tel: (850)487-1395
          The above price is guaranteed to the Owners through __June 10_____, 200_5_, or until
start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction
be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or
by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by
Builder to allow for labor or material price increases that occur between the last date of guaranteed price and
the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10)

26/0850/20-22        3512¹ SE 1 Place
                     01-45-23-C1-000850-0200

Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract. Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:        The said residence to be Contractor's ___Viscaya_____ home with all details of material and construction to be equal to or better than those used in the model home at ___4805 SW 24ᵗʰ Place, Cape Coral , FL 33914_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy. Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

2

Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:      The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:      The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owner(s) lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:      OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:      IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, DWAYYO OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:      CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.   IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE

3

ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

      SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

      EIGHTEENTH:      This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

      IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

                             ARENDA HOMES, INC.

Purchaser: _____

4

ADDENDUM #1

NAME: Neil R. Rehrig

ADDRESS: 414 Coral Drive

CITY, STATE : Cape Coral, FL 33904

TELEPHONE: (239) 542-4960
~~June (239) 573-6838~~ - Trisha
MODEL : Viscaya

DATE: 4/27/05

Block 850

LOT 20-21-22

City: Cape Coral

S/D

TOTAL PRIC $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 1. City water | Included |
| 2. Sewer hook-up | Included |
| 3. Surveys | Included |
| 4. Tiled great room and kitchen | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer and dryer | Included |
| 7. Credit front doors sandblasted | (500.00) |
| 8. Security system | Included |
| 9. Tile deck package as model | Included |
| 10. Dimensional shingle roof | Included |
| 11. Floratam sod standard lot 80 x 125 | Included |
| 12. Sprinkler system with auto rain shutoff for standard lot | Included |
| 13. Credit stamped driveway, walk, and enty | (2,500.00) |
| 14. Fans and light fixtures | Included |
| 15. Floor outlet in great room as per plan | Included |
| 16. Additional Floratam sod for oversized lot 120 x 125 | 2,760.00 |
| 17. Additional sprinkler system for oversized lot 120 x 125 | 1,200.00 |
| 18. Additional fill allowance | 8,000.00 |
| 19. Garage door opener with two transmitters | 350.00 |
| 20. Circular driveway standard concrete 12' wide | 2,150.00 |

TOTAL HOME IMPROVEMENTS                    Continued

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Armand Homes, Inc.                         PURCHASER

5

ADDENDUM #2                                    DATE: 4/27/05

NAME: Neil R. Rehrig                           Block 850

ADDRESS: 414 Coral Drive

CITY, STATE : Cape Coral, FL 33904             LOT 20-21-22

                                               City: Cape Coral

TELEPHONE: (239) 542-4960                      S/D
          June(239) 573-6820
MODEL : Vizcaya                                TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Slider vs. window in guest bedroom #3                   590.00
2.Obsurce windows in master bathroom shower           Included
3.Shower vs. tub in guest bathroom with shower door       800.00
4.Delete fixed glass above master bedroom door           (90.00)
5.Electric fireplace -BREF-36 allowance as per plan     4,200.00
6.Floor outlet in great room                          Included
7.Cabinet under desk area                                 440.00
8.(100) AMP sub-panel                                     795.00
9.Water and electric to dock                              495.00

                TOTAL HOME IMPROVEMENTS            $224,690.00

    ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
    Owner acknowledges that contractor or any of its agents has made no representations or promises
    except those contained herein and that this agreement contains all items agreed upon by the parties.
    Contractor will not be bound under any circumstances by promises or representations unless
    incorporated in this agreement.  Written change orders, however, even though accepted by
    Contractor, are subject to work not having started or ordered on affected items.  Final electrical
    inspection or connection will not be ordered until final payment has been made and usually it takes
    about seven working days for power company to connect electric after final payment.


_____              _____
Aranthia Homes, Inc.                              PURCHASER

_____              _____

                               5

ADDENDUM #3

NAME: Neil R. Rehrig

ADDRESS: 414 Coral Drive

CITY, STATE : Cape Coral, FL 33904

TELEPHONE: (239) 542-4960
        Just(239) 573-6820
MODEL : Viscaya

DATE: 5/31/05

Block 850

LOT 20-21-22

City: Cape Coral

S/D

TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Master bedroom =mirror by-pass doors | 350.00 |
| 2. Mica base cabinet doors under sit down area in master bathroom | 410.00 |
| 3. Delete fixed window in master bedroom | (100.00) |
| 4. Pocket slider vs. window in breakfast area with raiser | 800.00 |
| 5. Obscure windows vs. door in guest bathroom | 285.00 |
| 6. Credit concrete along side of house | (195.00) |
| 7. Service garage door, pad, & light | Included |
| 8. Additional two feet of concrete for extended driveway | 225.00 |
| 9. Pre-wire for future sound system | 675.00 |
| 10.Delete Laundry sink= GFI outlet for future refrigerator | (190.00) |
| 11.Five interior recess lights as per plan=wall unit | 550.00 |
| 12.Two additional switches as per plan | 80.00 |
| 13.Three additional outlets as per plan | 120.00 |
| 14.Three additional GFI outlets as per plan | 255.00 |
| 15.Pre-wire for future light kit on six interior fans | 240.00 |
| 16.Rostats vs. switches on seven fans | 280.00 |
| 17.Dimmers vs. switches on six interior fans | 240.00 |
| 18.One additional T.V. outlet as per plan | 40.00 |
| 19.Waterproof light in guest bathroom shower *delete* | 95.00 |

TOTAL HOME IMPROVEMENTS                     $4,160.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____              _____
Aranda Homes, Inc.                              PURCHASER

_____              _____

5

ADDENDUM #4                                    DATE: 6/7/05

NAME: Neil R. Rehrig                           Block 850

ADDRESS: 414 Coral Drive                       LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904             City: Cape Coral

TELEPHONE: (239) 542-4960                      S/D
          June(239) 573-6820
MODEL : Viscaya                                TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS


1. Credit waterproof light in guest shower from addendum #3         (95.00)
2. Additional phone pre-wire in guest bedroom #2                     40.00
3. Dimmer vs. switch for recess lights in kitchen                    40.00
4. Dimmer vs. switch for lights in wall unit                         40.00
5. Water line in laundry room for future refrigerator               150.00




                    TOTAL HOME IMPROVEMENTS                 $175.00




    ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
    Owner acknowledges that contractor or any of its agents has made no representations or promises
    except those contained herein and that this agreement contains all items agreed upon by the parties.
    Contractor will not be bound under any  circumstances by promises or representations unless
    incorporated in this agreement.  Written change orders, however, even though accepted by
    Contractor, are subject to work not having started or ordered on affected items.  Final electrical
    inspection or connection will not be ordered until final payment has been made and usually it takes
    about seven working days for power company to connect electric after final payment.



    Aranda Homes, Inc                           PURCHASER



                          5

ADDENDUM #5                                DATE: 7/14/05

NAME: Neil R. Rehrig                       Block 850

ADDRESS: 414 Coral Drive                   LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904         City: Cape Coral

TELEPHONE: (239) 542-4960                  S/D
          Jane(239) 573-6820
MODEL : Viscaya                            TOTAL PRIC  $ 206,060.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Addendum to agreement for wiring for sound system:

   One master bedroom "TT" with one VC

   Two lanai flush mounts with one VC

   Two exterior wall mounts on extended lanai with one VC

   Two wire reens in conduit to boat dock and installed, one VC for same


            TOTAL HOME IMPROVEMENTS              $2,425.00


     ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
     Owner acknowledges that contractor or any of its agents has made no representations or promises
     except those contained herein and that this agreement contains all items agreed upon by the parties.
     Contractor will not be bound under any circumstances by promises or representations unless
     incorporated in this agreement.  Written change orders, however, even though accepted by
     Contractor, are subject to work not having started or ordered on affected items.  Final electrical
     inspection or connection will not be ordered until final payment has been made and usually it takes
     about seven working days for power company to connect electric after final payment.


     _____              _____
     Aranda Homes, Inc.                   PURCHASER


                           5

ADDENDUM #6                                      DATE: 7/24/05

NAME: Neil R. Rehrig                             Block 850

ADDRESS: 414 Coral Drive                         LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904                 City: Cape Coral

TELEPHONE: (239) 542-4960                        S/D
           June(239) 573-6820
MODEL : Viscaya                                  TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Raised foil doors in both bathrooms | 310.00 |
| 2. Granite kitchen tops | 3,150.00 |
| 3. Six school house light kits on fans | 234.00 |
| 4. Plast-Pro oak stainable grain 6'8"front doors AG 81 | 1,290.00 |
| 5. Credit sound system from Advanced Security agreement | ( 675.00) |

                TOTAL HOME IMPROVEMENTS           $4,309.09

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                               _Carla Ferrel_
                                                 PURCHASER

5

ADDENDUM #7                                    DATE: 9/15/05

NAME: Nell R. Rehrig                           Block 850

ADDRESS: 414 Coral Drive                       LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904             City: Cape Coral

TELEPHONE: (239) 542-4960                      S/D
            June(239) 573-6820
MODEL : Viscaya                                TOTAL PRIC $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Privacy wall and screen on master side of lanai                 495.00

TOTAL HOME IMPROVEMENTS            $495.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____          _____
Aranda Homes, Inc.                                 PURCHASER

_____          _____

5

#1

ADDENDUM #: 0075051          DATE: 7-5-05

NAME: Nicli Nail Rehrig       BLOCK

ADDRESS: 414 Coral DR        LOT 20-22

CITY, STATE: Cape Coral Fla   City Cape Coral

TELEPHONE: 549-4960          S/D

MODEL: Viscaya    TOTAL PRICE 3150.00

ADDITIONS, CHANGES AND IMPROVEMENTS

Granite Kitchen
Baltic Brown
Bevel Edge Stainless Steel
60/40 Sink

TOTAL HOME IMPROVEMENTS $3150.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection, will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                          PURCHASER

_____                    _____

Addendum #9A                                    DATE: November 21, 2005

NAME: Neil R. Rehrig
ADDRESS: 414 Coral Drive                        LOT: 20-21-22
CITY, STATE: Cape Coral, FL 33904
                                                Unit: 26
TELEPHONE: (239) 542-4960
        Carla cell #(239) 357-6047             CITY: Cape Coral

MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS             PRICE: $259,662.89

Draw schedule :

                                                    $23,369.59

                        58,511.40  $64,915.51

                        58,511.40  $64,915.51

                        58,511.40  $64,915.51

                        23,404.56  $25,966.21

                        11,702.28  $12,983.10

TOTAL HOME IMPROVEMENTS

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on effected items.  Final electrical inspection power service will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

                                        _Carla Ferrel by Ned Rehrig_
                                                PURCHASER

_____                       _____
Aranda Homes, Inc.                              PURCHASER

                        5

PROFILE SHEET

NAME: Neil R. Rehrig                                         Lot 20-21-22
Salesperson: Arlene Steinweg
Model: ___Viscaya___                                        Unit 26

1. Legal Description:          3512 SE 1ST, Place
                               Cape Coral, FL 33904          Block 850

2. Lot Dimension:                                            120 x 125

3. Seawall:                                                  Completed

4. Fill Requirements                                         T.B.D.

5. Impact Fee:                                               City

6. Deed Restriction                                          City

7. Well :                                                    N/A

8. Septic                                                    N/A

9. Water                                                     Yes

10. Culvert Pipe:                                            T.B.D.

11. Survey                                                   Needed

12. Financing                                                Yes

13. Pool          San Juan                                   Yes


   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC
TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF
SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE
EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

                         CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject to the change being
priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in
full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN
THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer_____  Date: 4/27/05

Customer_____  Date:

6

# Aranda Homes, Inc.
### BUILDING AGREEMENT

Articles of Agreement made and entered into this 20 day of Dec. , 2004, by and between Jorge H. Verissimo and Maria G. Verissimo , his wife, as Owners, whose present mailing address is: 22 Beechwood Dr. South Dartmouth, MA. 02748  and ARANDA HOMES, INC., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 1815 S.W. 47th St. Cape Coral, FL. situated in Lee County, State of Florida Owned by Jorge H. Verissimo and Maria G. Verissimo , his wife.

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirty Nine Thousand Seven Hundred Ninety Five Dollars XX/100 ( $ 239,795.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2,397.95   Deposit, with signing of the contract
1. $ 21,581.55 _____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180  days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through  Feb. 4  , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:        The said residence to be Contractor's  Vista home with all details of material and construction to be equal to or better than those used in the model home at 3201 S.W. 4th Lane Cape Coral,Fl.  except for changes such as specified herein.  Plans and specifications of

1

*1815 SW 47th St*

*0945-23-C3. 0466.0240*

this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:        The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S

2

GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.   IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Jorge Veirisimo_

Purchaser _Maria Veirisimo_

ARANDA HOMES, INC.

3

Addendum #1                    DATE: 12/20/04
NAME:  Verissimo            BLOCK 4660
ADDRESS: 22 Beechwood Dr.     LOT 24-25
CITY, STATE: South Dartmouth, MA. 02748    UNIT 70
TELEPHONE: 774-202-1077        CITY Cape Coral
MODEL: Vista                  PRICE     $ 224,900.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Paver driveway, walkway, and entry l/l/o stamped | $   600.00 |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans and light fixtures per model | $ Included |
| 12. Water/sewer/impact fees | $ Included |
| 13.  Fill/stemwall(allowance) | $ 8,000.00 |
| 14. Raised bar top in kitchen | $     450.00 |
| 15. 100 Amp Subpanel | $   795.00 |
| 16. cold water to dock | $   250.00 |
| 17. Summerkitchen/cabana bath | $ 4,800.00 |

TOTAL HOME IMPROVEMENTS $ 239,795.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____         _Jorge Verissimo_
                              PURCHASER
                              _Maria Verissima_
ARANDA HOMES, INC.             PURCHASER

4

<u>PROFILE SHEET</u>

| | |
|---|---|
| NAME: <u>Verissimo</u> | <u>Lot</u>  24-25 |
| Model: Vista | <u>Unit</u> 70 |
| 1.  Legal Description: | <u>Block</u>  4660 |
| 2.  Lot Dimension: | 80x125 |
| 3.  Seawall: | Done |
| 4.  Fill Requirements | <u>T.B.D</u> |
| 5.  Impact Fee: | <u>City</u> |
| 6.  Deed Restriction | No |
| 7.  Well | <u>No</u> |
| 8.  Septic | <u>No</u> |
| 9.  City/Water/Sewer | Yes |
| 10.  Culvert Pipe: | <u>T.B.D</u> |
| 11.  Survey: | <u>2 lot-</u><br><u>Standard</u> |
| 12.  Financing: | |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

<u>CHANGE ORDER AGREEMENT</u>

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Jorge Verissimo_          Date: 1/03/05

Customer: _Maria Verissimo_          Date: 1/03/05

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this _29th_ day of _July_, _2005_, by and between _Gregory M. Vanasse_ and _Linda Vanasse_, his wife, as Owners, whose present mailing address is _621 SW 9th Ave, Cape Coral, FL 33991_ and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

_1103 NE 2nd Ter Cape Coral Unit 46 BLK 3607 PB 17 PG 126 Lots 27 & 28_

_Strap #07-44-24-C4-03607.0270_

situated in _Lee_ County, State of Florida Owned by

_Gregory M. Vanasse and Linda Vanasse, his wife._

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **Two Hundred Seventy Five Thousand Twelve Dollars----------XX/100**

U.S. Dollars in the following manner: one percent, 1% $ _2,750.12_ Deposit, with signing of the contract

1. $ _24,751.08_ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _68,753.00_ (25%) when plumbing is roughed in and slab is poured.
3. $ _68,753.00_ (25%) when masonry walls are complete and lintel poured.
4. $ _68,753.00_ (25%) when sub-roof is on and electrical roughed in.
5. $ _27,501.20_ (10%) when interior drywall is complete.
6. $ _13,750.80_ (5%) when completely finished and ready for delivery to Owners.

### Contingent upon plan approval
### Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about _180_ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _September 29th_, _2005_, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract. Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.** Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in , 501.1375, *Fla. Stat.*

1

*[handwritten]* 1103 NE 2 Ter.
07-44-24-C4-03607-0270

THIRD:          The said residence to be Contractor's ___Vista Model_____
home with all details of material and construction to be equal to or better than those used in the model home
at  3201 Sw 4th Ln, Cape Coral, FL _____ except for changes such as specified
herein.  Plans and specifications of this home are subject to any change necessitated by Governmental
Regulation.
          FOURTH:          Should the owners at any time during the progress of said residence
require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they
shall have the right and power to make such change or changes when practicable, and the same in no way
injuriously affect or make void the Agreement; but the difference shall be added to the amount of the
Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the
construction plans.  Contractor may then produce production prints for distribution to subcontractors and
suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent
municipal or other governmental authority having jurisdiction over constructive practices on said lot, such
changes shall be made at the Owners' expense.
          FIFTH:          All items on addendum sheets cannot be deleted and will be completed
by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction
print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change
requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE
ACCEPTED AFTER THE FOOTER IS POURED.
          SIXTH:          The contractor will furnish Builders Risk Insurance in full amount of
this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in
place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and
agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders
Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.
          SEVENTH:          It is hereby agreed that the installation of water meter and necessary
surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay
utility company bills for electricity and water used during construction.  Should electricity or water not be
available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the
Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is
not part of the agreement. .  .
          EIGHTH:          This agreement covers construction of the above described residence
on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block
or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for
the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill
dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt
and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses
caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service
runs across the building necessitated by power company pole locations and regulation, or underground
electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda
Homes to property and to the building site on the property are to be provided by owners, any expenses
necessary for this access and for maintaining this access will be borne by owners.
          NINTH: MORTGAGE PURCHASE:          The Purchaser agrees to make
application, when directed, with an approved bonafide lending institution and to execute all necessary papers
for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees
to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.
The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance,
abstract or title insurance premium together with the amount owing the seller at the time of the closing.
Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and
appraisal fees and loan charges made by the lending institution, including prepaid interest and interest
during construction.
          TENTH:          The Contractor guarantees all workmanship and material.  This
guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one
year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their
titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.
THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED
WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF
HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED
WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY
STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement
of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.
          ELEVENTH: The Contractor will furnish a concrete driveway of up to 800
square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.
 · Any other driveway material selected by Owner shall be an upgrade and change order that will be priced
separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to
crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot
be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or
cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or
manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a
proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square
feet total area is included.

TWELFTH:      The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners□ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:      IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Gregory M Vanasse_

_____
Aranda Homes, Inc.

Purchaser: _Linda Vanasse_

Addendum #1
NAME:Gregory M. & Linda Vanasse
ADDRESS: 621 SW 9th Ave
CITY, STATE:Cape Coral, FL 33991
TELEPHONE:239-645-0496
MODEL: Vista

DATE: 7/29/05
BLK  3607
LOT   27 & 28
UNIT  46
CITY   Cape Coral
PRICE $ 261,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Fill Allowance | $ 7,000.00 |
| 13. Culvert (if needed) | $   795.00 |
| 14. Upgrade kitchen counters to granite | $ 3,350.00 |
| 15. Granite backsplash in kitchen | $   820.00 |
| 16. Upgrade mstrbth vanity tops to granite | $ 1,448.00 |
| 17. Upgrade Guest bath vanity to granite | $   499.00 |
| 18. | $ |
| 19. | |

TOTAL HOME IMPROVEMENTS $ 13,912.00
Total  $ 275,012.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc

*Gregory M Vanasse*
PURCHASER

*Linda Vanasse*
PURCHASER

4

## PROFILE SHEET

NAME:_Gregory M. & Linda Vanasse____          Lot    27 & 28

Model:            Vista_____            Unit    46
Salesperson: Pamela K. May
1. Legal Description:                        Block  3607

2. Lot Dimension:                            _80 X 125___

3. Seawall:                                    Yes

4. Fill Requirements                         T.B.D

5. Impact Fee:                               City

6. Deed Restriction                          No

7. Well                                      No

8. Septic                                    No

9. City/Water/Sewer                          Yes

10. Culvert Pipe:                            T.B.D

11. Survey:                                  2 lot-
                                             Standard

12. Financing:                               Cash

13. Pool by San Juan                         _Yes___

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer:_Gregory M Vanasse_      Date:

Customer:_Linda Vanasse_  Date:

5