UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

### PLAINTIFFS (RAYMOND AND ROSE FRAZIER, GERALDINE GALLOWAY, JEFFREY AND LAUREN KING, JOSEPH AND SHERRY LOPER, TERRI AND TERRY MARANOCI, GREGORY MARSHALL, THOMAS C. RANDLE AND ANN RANDLE POCHE, VALERIE SHERROD ) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a)

NOW COME the Plaintiffs (Raymond and Rose Frazier, Geraldine Galloway, Jeffrey and Lauren King, Joseph and Sherry Loper, Terri and Terry Maranoci, Gregory Marshall, Thomas C. Randle and Ann Randle Poche, Valerie Sherrod) who hereby move for this Honorable Court to dismiss all of their claims, including their claims against the Knauf defendants, pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully request  that the Court grant the instant Motion to Dismiss. Attached hereto as Exhibit "A" is correspondence from Don Barrett, P.A., counsel for Plaintiffs, dated November 3, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Dated: November 17, 2011

Respectfully submitted,

/s/ Russ. M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of November, 2011.

            /s/ Leonard A. Davis
            Russ M. Herman, Esquire
            Leonard A. Davis, Esquire
            HERMAN, HERMAN, KATZ & COTLAR, LLP
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            *Plaintiffs' Liaison Counsel MDL 2047*