UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

### MEMORANDUM OF LAW IN SUPPORT OF WAYNE CLARKE'S MOTION TO DISMISS All CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC. , PURSUANT TO FED.R.CIV. P. 41(a)

Plaintiff, Wayne Clarke, is moving to dismiss all of his claims, including his claims against the Knauf defendants and Colvin Homes, Inc.(hereafter the "Defendants), pursuant to Fed.R.Civ.P. 41(a). Notwithstanding Plaintiff's diligence at the time his claims against the Defendants were commenced, Plaintiff wishes to dismiss his claims since it now appears the drywall in his home is not defective and/or was manufactured domestically. Plaintiff requests that the dismissal be without prejudice.

At the time Plaintiff's claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiff.

Since the filing of Plaintiff's claims against Defendants, Plaintiff has uncovered evidence suggesting his claims against Defendants should be dismissed. Plaintiff believes the dismissal of his claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court grant his motion to dismiss pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted,

Dated: November 17, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*