# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawgroup.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 4, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:    In re: Chinese Manufactured Drywall Products Liability Litigation**
> **David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.**
> **Case No.  09-6690**

Dear Russ and Lenny:

My client, Wayne Clarke, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file WAYNE CLARKE'S MOTION TO DISMISS ALL CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC., PURSUANT TO FED.R.CIV. P. 41(a) on his behalf.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt