UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  *   MDL No. 2047
DRYWALL PRODUCTS LIABILITY   *
LITIGATION                   *
                             *
THIS DOCUMENT RELATES TO:    *   JUDGE FALLON
                             *
ALL CASES                    *

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JOSEPH S. DIMAURO

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is a Director of J.S.D. Builders, Inc. ("J.S.D. Builders"), and as such, has personal knowledge of the following based on his review of records maintained by J.S.D. Builders in the regular course of business.

2. J.S.D. Builders is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Palm Beach County, Florida.

3. J.S.D. Builders is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. J.S.D. Builders has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. J.S.D. Builders has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. J.S.D. Builders does not have an agent for service of process in Louisiana.

EXHIBIT A

7. J.S.D. Builders does not have any bank accounts in Louisiana or own any property in Louisiana.

8. J.S.D. Builders does not solicit business in Louisiana nor has it ever transacted business in Louisiana.

9. J.S.D. Builders has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. J.S.D. Builders does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. J.S.D. Builders has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, J.S.D. Builders never anticipated it would be haled into court in Louisiana.

JOSEPH S. DiMAURO

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10 DAY OF OCTOBER, 2011.

NOTARY PUBLIC-STATE OF FLORIDA
Angelina Jean DeName
Commission # DD917196
Expires: AUG. 17, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

Angelina Jean DeName

2