UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

### CHARLES COLEMAN'S MOTION TO DISMISS ALL CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND PAUL ENGLAND CONSTRUCTION, PURSUANT TO FED.R.CIV. P.  41(a)

NOW COMES the Plaintiff, Charles Coleman, who hereby moves for this Honorable Court to dismiss all of his claims, including his claims against the Knauf defendants and Paul England Construction, pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiff respectfully requests  that the Court grant the instant Motion to Dismiss.  Attached hereto as Exhibit "A" is correspondence from Don Barrett, P..A., counsel for Plaintiff, dated November 4, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Respectfully submitted,

Dated: November 17, 2011

/s/ Russ. M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of November, 2011.

                        /s/ Leonard A. Davis
                        Russ M. Herman, Esquire
                        Leonard A. Davis, Esquire
                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        *Plaintiffs' Liaison Counsel MDL 2047*