# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley**\*
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 4, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re:  In re: Chinese Manufactured Drywall Products Liability Litigation
> David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.
> Case No.  09-6690

Dear Russ and Lenny:

    My clients, Perry and Deborah Dixon, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file PERRY AND DEBORAH DIXON'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND DAVE'S DRYWALL, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf.

    Very truly yours,

    DON BARRETT, P.A.

    *David McMullan*

    David McMullan

DM/pt