# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

## ORDER

Upon consideration of PERRY AND DEBORAH DIXON'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND DAVE'S DRYWALL, PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs, Perry and Deborah Dixon, claims against all defendants, including their claims against the Knauf Defendants and Dave's Drywall, are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                                                                              _____<br>
                                                                                                                              Eldon E. Fallon<br>
                                                                                                                              United States District Court Judge