IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *     MDL NO. 2047
DRYWALL PRODUCTS LITIGATION     *
    *
_____     *     SECTION: "L"
    *
THIS DOCUMENT RELATES TO:     *
Kenneth and Barbara Wiltz, et al     *
    *     JUDGE FALLON
Case No. 10-361, Sect. L MAG 2     *     MAG. JUDGE WILKINSON
    *
    *

**************************************************

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

This matter came before the Court on the Motion to Withdraw as Counsel of Record for

Defendant, Al Brothers, Inc., in the above civil action. The Court, having considered the Motion and

Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on

behalf of Defendant, Al Brothers, Inc., is hereby granted and that Jeremy D. Bertsch, Esquire and

the law firm of Sellars, Marion & Bachi, P.A., are hereby discharged from their obligations of

representation in this case and relieved of any further appearance in this case on behalf of Defendant,

Al Brothers, Inc. Until such time as a Notice of Appearance is filed by new counsel, all pleadings

shall be served on Defendant, Al Brothers, Inc., at 919 Charlotte Street, Lombard, IL 60148.

New Orleans, Louisiana, this _____ day of _____, 2011.

HONORABLE ELDON E. FALLON

_____
U.S. DISTRICT COURT JUDGE