UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Abel, et al. v. Taishan Gypsum Co., Ltd. et al | * * * | JUDGE FALLON |
| Case No. 11-080, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

*************************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., attorneys of record for Defendant, Al Brothers, Inc., pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Sellars, Marion & Bachi, P.A. was retained to represent Al Brothers, Inc. by insurance for the Defendant.

2. Insurance for the Defendant has since withdrawn coverage for this incident.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the Defendant by certified mail, return receipt requested. The letter advises the Defendant:

   a. Sellars, Marion & Bachi, P.A. is withdrawing as counsel;

   b. substitution counsel will need to be retained; and

    c.      notifies Defendant of all upcoming hearings and deadlines.

5.      The Defendant's last known address, phone number and email are:

Address: 919 Charlotte Street, Lombard, IL 60148

Phone Number: (630) 306-9200

Email: Drywallplus@sbcglobal.com

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Defendant in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION has been served by certified and regular mail, and by fax and email upon Al Brothers, Inc., c/o Alan Jostes, 919 Charlotte Street, Lombard, IL 60148, and on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 17th day of November, 2011.

                              SELLARS, MARION & BACHI, P.A.

                              By:      /s/ Jeremy D. Bertsch
                                    Florida Bar No.: 0043308
                                    811 North Olive Avenue
                                    West Palm Beach, FL 33401
                                    Telephone: (561) 655-8111
                                    Facsimile: (561) 655-4994