# EXHIBIT A

| PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:09-CV-07628 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Ace Drywall | 2/4/10 | |
| Adam Carpenter | 2/3/10 | |
| Alana Development Corporation | 2/23/10 | |
| Alternative Source, Inc. | 3/30/10 | |
| American Dream Builders, Inc. | 2/8/10 | |
| Anthony Raggs | 2/4/10 | |
| Anthony Skrmetti | 2/6/10 | |
| Arizen Homes, Inc. | 5/6/10 | |
| B&W Complete Construction, Inc. | 2/6/10 | |
| BDG Waterstone, LLC | 2/5/10 | |
| Belmont Lakes Investments, LLC | 2/3/10 | |
| Blackhawk Partners, LLC | 2/26/10 | |
| Bonita Beachwalk, LLC | 7/15/10 | |
| Bove Company | 2/5/10 | |
| Brian Papania | 2/9/10 | |
| Centurion Homes of Louisiana, LLC | 2/22/10 | |
| Chabot Enterprises, Inc. | 2/10/10 | |
| Chris Billot | 2/8/10 | |
| Craftsmen Builders, Inc. | 2/10/10 | |
| David Ray Gavins | 2/5/10 | |
| Design Contractors, LLC | 2/4/10 | |
| Drywall Service | 2/5/10 | |
| Drywall Service, Inc. | 2/4/10 | |
| E.B. Developers, Inc. | 2/3/10 | |
| Elite Construction Co. SW Inc. | 5/27/10 | |
| Elite Home Construction Inc. | 5/27/10 | |
| Enchanted Homes, Inc. | 2/5/10 | |
| Executive Home Builders, LLC | 2/8/10 | |
| First Choice Drywall Services, Inc. | 2/23/10 | |

**PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.**
**CASE NO. 2:09-CV-07628 (E.D.LA.)**
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| First Construction Corporation | 3/12/10 | |
| Fusion Building Concepts, Inc. | 10/8/10 | |
| G. Drywalls Corporation | 2/3/10 | |
| Garram Homes, Inc. | 2/26/10 | |
| Gateway Drywall, Inc. | 2/4/10 | |
| Genesis Residential Group, Inc | 2/4/10 | |
| George Meza | 2/10/10 | |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation | 10/12/10 | |
| Gooden Homes, LLC | 7/12/10 | |
| Greystoke Homes at South Point II LLC | 2/4/10 | |
| Gwen Core | 2/23/10 | |
| H & H Custom Homebuilders | 6/16/10 | |
| Hutchinson Homes, Inc. | 2/10/10 | |
| J&H Distributers | 6/16/10 | |
| Jim Walter Homes, Inc. | 6/28/10 | |
| John Eschete | 2/4/10 | |
| Jon A. Wilder, Inc. | 2/5/10 | |
| JP Drywall, LLC | 2/5/10 | |
| JST Properties, LLC of Mississippi | 2/22/10 | |
| Just-Rite Supply | 2/4/10 | |
| Kemah Construction, Inc. | 2/3/10 | |
| La Homes, Inc. | 4/20/10 | |
| Land Resources LLC | 10/4/10 | |
| Las Playas LLC | 2/5/10 | |
| Last Minute Properties, LLC | 2/4/10 | |
| Legend Custom Builders, Inc. | 2/4/10 | |
| Louran Builders, Inc. | 2/6/10 | |
| Louran Gips KG | 2/6/10 | |
| Lucra Investments, Inc. | 3/30/10 | |
| Manuel Gonzales Terra Group, Intl. | 2/26/10 | |
| Master Builders of South Florida, Inc. | 9/26/11 | |

2

| PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL. |
| --- | --- | --- |
| CASE NO. 2:09-CV-07628 (E.D.LA.) |
| DEFENDANTS WHO ARE IN DEFAULT |
| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| Methodical Builders, Inc. | 2/10/10 | |
| Millennium Homes and Development, Inc. | 2/24/10 | |
| Nathanial Crump | 2/6/10 | |
| Northeast Drywall | 2/3/10 | |
| Oak Avenue, LLC | 4/26/10 | |
| Ocean Springs Lumber Company, LLC | 10/1/10 | |
| Paragon Homes Corporation | 4/21/10 | |
| Parish Home Center | 2/3/10 | |
| Paul Hyde Homes | 2/9/10 | |
| Philip Latapie | 3/12/10 | |
| Pioneer Construction, LLC | 5/27/10 | |
| Ponce Siding & Remodeling | 2/23/10 | |
| Premier Communities, Inc. | 2/3/10 | |
| Premier Plastering of Naples | 2/3/10 | |
| Punta Gorda Partners, LLC | 4/15/10 | |
| Reed Builders, LLC | 2/3/10 | |
| Richardson Drywall | 2/5/10 | |
| Right Way Finishing, Inc. | 10/6/10 | |
| RJM Builders North, Inc. | 3/9/10 | |
| Rookery Park Estates, LLC | 2/3/10 | |
| Sampson Drywall | 2/9/10 | |
| Saturno Construction AB Inc. | 2/6/10 | |
| Scott Colson | 10/4/10 | |
| Sea Coast Construction, LLC | 2/2/10 | |
| Signature Series Homes, Inc. | 12/16/10 | |
| Southwell Homes, LLC | 2/9/10 | |
| Stephen Steiner d/b/a Steiner Drywall | 3/9/10 | |
| Stonebrook Homes LLC | 3/1/10 | |
| Sundown Development | 2/8/10 | |
| Supreme Builders | 10/12/10 | |
| Tad Brown | 10/6/10 | |

| ***PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*** <br> CASE NO. 2:09-CV-07628 (E.D.LA.) <br> **DEFENDANTS WHO ARE IN DEFAULT** |||
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Tepeyac, LLC | 2/5/10 | |
| The New Morning, LLC | 2/5/10 | |
| Tikal Construction Co. | 4/16/10 | |
| United Home Builders, Inc. | 3/20/10 | |
| Velvet Pines Construction, LLC | 3/13/10 | |
| Vicinity Drywall, Inc. | 2/6/10 | |
| Waterways Joint Venture IV, LLC | 10/5/10 | |
| Wellington Drywall, Inc. | 4/30/10 | |