# EXHIBIT C

# Exhibit "C"

| *Gross, et al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-6690 (E.D.La.)<br>**Defendants Who Are In Default** | | |
|---|---|---|
| **Defendant (List Full Legal Name)** | **Service was Made** | **Comments** |
| Aarco, LLC | 5/20/10 | |
| Adams Homes Realty, Inc. | 5/27/10 | |
| Albert Howard, Jr. | 5/27/10 | |
| All County Drywall Service, Inc. | 5/22/10 | |
| American Gallery Development Group, LLC | 6/21/10 | |
| Angel Developments, LLC | 5/25/10 | |
| Avalon Building Corporation of Tampa Bay | 5/22/10 | |
| Bailey Lumber & Supply Company of Biloxi | 5/25/10 | |
| Beijing New Building Materials Public Limited Company (BNBM) | 4/23/10 (IDC) | Previously held in default. See Doc. No. 7302 and 7736. |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | 2/25/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Bell Construction | 4/5/10 | |
| Building Supply House, LLC | 5/24/10 | |
| Burmon Properties, LLC | 5/21/10 | |
| Changzhou Yinhe Wood Industry Co., Ltd. | 6/27/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Chase Construction, Inc. | 5/20/10 | |
| China National Building Material Group Corporation (CNBM Group) | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| China National Building Materials Co., Ltd. (CNBM) | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| Cornerstone Builders, LLC | 5/21/10 | |
| David W. Stewart, Inc. | 5/20/10 | |
| Done-Rite Construction | 5/26/10 | |
| Dynamic Contractors | 5/21/10 | |
| First Choice Drywall Services, Inc. | 6/2/10 | |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | 3/4/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Gant & Shivers | 5/26/10 | |

1

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.) |||
|---|---|---|
| **DEFENDANTS WHO ARE IN DEFAULT** |||
| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
| Garraway's Stores, Inc. | 6/1/10 | |
| George Meza | 5/25/10 | |
| Gulf South Drywall | 3/10/11 | |
| Hanover Homes, Inc | 5/25/10 | |
| Homes of Merit, Inc. | 6/14/10 | |
| Hubei Taishan Building Material Co., Ltd. | 2/8/10 (IDC)<br><br>2/24/11 (III) | Previously held in default. See Doc. No. 7302. |
| Inman Construction Services, Inc. | 5/25/10 | |
| International Materials Trading, Incorporated | 11/13/09 (IDC)<br><br>8/26/10 (III) | |
| J & S Drywall | 5/22/10 | |
| J.W. Allen & Company Incorporated | 8/25/10 | |
| Jeff Laporte | 5/20/10 | |
| Jinan Run & Fly New Materials Co., Ltd. | 2/8/10 (IDC)<br><br>3/7/11 (III) | Previously held in default. See Doc. No. 7302. |
| John P. Gregg | 5/20/10 | |
| Johnny Weary | 5/20/10 | |
| K&B Homes, Inc. | 5/22/10 | |
| KC2 Investments, LLC | 5/28/10 | |
| Kenneth Campo | 6/3/10 | |
| L & J Builders, Inc. | 6/9/10 | |
| L & W Supply Corporation d/b/a Seacoast Supply Company | 8/25/10 | |
| Lawrence McCorvey | 5/25/10 | |
| Legend Custom Builders, Inc. | 5/20/10 | |
| Leon Ramsey | 5/26/10 | |
| MacGlen Builders, Inc. | 5/27/10 | |
| Martinez Drywall & Painting, LLC | 5/24/10 | |
| Master Builders of South Florida, Inc. | 8/17/10 | |
| MATSA Construction | 5/20/10 | |
| McCar Homes - Tampa, LLC | 5/19/10 | |

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| McLean Drywall | 7/1/10 | |
| Metro Resources Corp. | 11/12/09 (IDC) <br><br> 8/23/10 (III) | |
| MGB Construction | 5/21/10 | |
| Mitchell Homes, Inc. | 5/19/10 | |
| MW Johnson Construction of Florida, Inc. | 6/28/10 | |
| Nanhai Silk Imp. & Exp. Corporation | 3/12/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Negotiable Remodeling | 6/1/10 | |
| Norman Gannon | 5/25/10 | |
| Ocean Springs Lumber Company, L.L.C. | 4/2/10 | |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | 11/3/10 (IDC) | |
| Palm Isles Holdings, LLC | 5/19/10 | |
| Parkview Homes Realty, Inc. | 5/24/10 | |
| Paul England Construction | 5/27/10 | |
| Picayune Discount Building Supply | 6/1/10 | |
| Pine Ridge Real Estate Enterprises, L.L.C. | 5/27/10 | |
| Pingyi Baier Building Materials Co., Ltd. | 2/25/10 (IDC) <br><br> 2/15/11 (III) | Previously held in default. See Doc. No. 7302. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | 2/25/10 (IDC) <br><br> 3/16/11 (III) | Previously held in default. See Doc. No. 7302. |
| POD Homes, LLC | 6/16/10 | |
| Qingdao Yilie International Trade Co., Ltd | 2/22/10 (IDC) <br><br> 1/30/11 (III) | Previously held in default. See Doc. No. 7736 |
| Qinhuangdao Taishan Building Material Co., Ltd | 2/9/10 (IDC) <br><br> 6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| R & B Housing, LLC | 5/20/10 | |
| Renfrow Insulation & Supply | 5/24/10 | |
| Renfrow Insulation I | 5/25/10 | |
| Rocky Ruckman | 5/28/10 | |

3

| | | |
|---|---|---|
| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Roman Gonzalez | 5/25/10 | |
| Sands Construction Group, LLC | 5/20/10 | |
| Sedgwick Developers, Inc. | 5/21/10 | |
| Shaanxi Taishan Gypsum Co., Ltd. | 12/17/10 | Previously held in default. See Doc. No. 7302. |
| Shandong Oriental International Trading Co., Ltd. | 2/25/10 (IDC)<br><br>1/31/11 (III) | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 3/8/10 (IDC)<br><br>1/26/11 (III) | Previously held in default. See Doc. No. 7736. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 2/26/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 3/10/10 (IDC)<br><br>1/27/11 (III) | Previously held in default. See Doc. No. 7736. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | 4/30/10 (IDC)<br><br>2/15/11 (III) | Previously held in default. See Doc. No. 7302. |
| Sorrento Lumber Co., Inc. | 5/22/10 | |
| Steve Harrington Homes, Inc. | 6/21/10 | |
| Sunrise Building Materials Ltd. | 12/7/09 (IDC) | Previously held in default. See Doc. No. 7302. |
| Tai'an Jindun Building Material Co., Ltd. | 2/4/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Tai'an Kangyijia Building Materials Co., Ltd. | 3/1/10 (IDC) | |
| Tai'an Taishan Gypsum Board Co., Ltd. | 2/4/10 (IDC) | |
| Taishan Gypsum (Baotou) Co., Ltd. | 3/3/10 (IDC)<br><br>8/23/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Chongqing) Co., Ltd. | 2/9/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Henan) Co., Ltd. | 3/25/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Hengshui) Co., Ltd. | 6/27/11 | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Jiangyin) Co., Ltd. | 7/29/10 (IDC) | Previously held in default. See Doc. No. 7302. |

***GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.***
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Taishan Gypsum (Pingshan) Co., Ltd. | 3/11/10 (IDC) <br><br> 6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Pizhou) Co., Ltd. | 3/3/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Tongling) Co., Ltd. | 2/20/10 (IDC) <br><br> 4/18/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Wenzhou) Co., Ltd. | 5/14/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Xiangtan) Co., Ltd. | 3/24/10 (IDC) <br><br> 2/22/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum Co., Ltd. Lucheng Branch | 3/26/10 (IDC) | Previously held in default. See Doc. No. 7736. |
| The China Corporation, LTD | 7/15/11 | |
| Tianjin Tianbao Century Development Co., Ltd. | 2/8/10 (IDC) <br><br> 1/21/11 (III) | |
| TMO Global Logistics, LLC | 8/24/10 | |
| Tov Trading Inc. | 11/18/09 (IDC) | |
| Triorient Trading, Inc. | 11/13/09 (IDC) <br><br> 8/25/10 (III) | |
| Trust America Homes, Inc. | 5/27/10 | |
| United Home Builders, Inc. | 5/20/10 | |
| USG Corporation | 8/25/10 | |
| Veal Enterprises, Inc. | 5/28/10 | |
| Venture Homes | 5/27/10 | |
| Waterways Joint Venture IV | 6/22/10 | |
| Waterways Joint Venture IV, LLC | 6/22/10 | |
| WB Construction Company, Inc. | 5/21/10 | |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | 4/7/10 (IDC) <br><br> 3/10/11 (III) | Previously filed Motion for Default against them |