# EXHIBIT F

# Exhibit "F"

| *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*<br>CASE NO. 2:11-CV-252 (E.D.LA.)<br>DEFENDANTS WHO ARE IN DEFAULT ||| 
|---|---|---|
| **DEFENDANT** | **SERVED** | **COMMENTS** |
| 1st Drywall, LLC | 5/19/11 | |
| Adams Homes, L.L.C. | 6/3/11 | |
| Adams Homes of Northwest Florida, Inc. | 5/25/11 | |
| Barony Homes, Inc. | 5/25/11 | |
| BDG Waterstone, LLC | 5/26/11 | |
| Builder's Line, Inc. | 6/23/11 | |
| BV 6334, LLC | 5/24/11 | |
| Chase Drywall, Ltd. | 5/27/11 | |
| Cornerstone Construction of S.W. Florida, Inc. | 6/2/11 | |
| Darling Homes, LLC | 5/25/11 | |
| David E. Smith d/b/a Ruelas Drywall | 5/26/11 | |
| Deer Creek Estates II, LLC | 5/24/11 | |
| Estate Homes, Inc. | 5/23/11 | |
| GGG Edinburgh Estates, LLP | 5/26/11 | |
| Grande Valley Homes, LLC d/b/a Casa Linda Home | 5/25/11 | |
| Hampton Homes, LLC | 6/1/11 | |
| Hometown Concepts, Inc. a/k/a Hampton Homes | 6/1/11 | |
| Hovnanian Enterprises, LLC d/b/a Brighton Homes | 5/25/11 | |
| Hutchinson Homes, Inc. | 5/25/11 | |
| J.M.G. Drywall, Inc. | 5/21/11 | |
| K. Hovnanion Developments of New Jersey, Inc. | 5/26/11 | |
| L&W Supply Corporation d/b/a Seacoast Supply | 5/19/11 | |
| Lancer Enterprises, Inc. | 6/7/11 | |
| Larry A. Brooks Company, L.L.C. d/b/a Great American Homes | 6/17/11 | |

***ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG***
CASE NO. 2:11-CV-252 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Lennar Corporation | 5/19/11 | |
| Levitt and Sons of Manatee County, LLC | 5/23/11 | |
| Lifeway Homes, Inc. | 5/26/11 | |
| Lifeway Homes, LP | 5/26/11 | |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction | 5/23/11 | |
| M J F Construction Corp. | 5/24/11 | |
| Meeks Drywall & Stucco, Inc. | 5/24/11 | |
| Mercedes Homes, LLC | 5/20/11 | |
| Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC | 5/23/11 | |
| Pembroke Park, L.L.C. | 5/24/11 | |
| Renar Homes, Inc. | 6/3/11 | |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials | 8/3/11 | |
| Royal Homes, LLC | 5/27/11 | |
| Sheridan 87, LLC | 5/26/11 | |
| Southern Homes, LLC | 5/27/11 | |
| Springhill, LLC | 5/27/11 | |
| Stuart South Group, L.C. d/b/a Treasure Coast Homes | 6/1/11 | |
| Sun Construction, LLC d/b/a Sunrise Homes | 6/10/11 | |
| Supreme Builders, Ltd. | 5/26/11 | |
| Trafalgar Associates, Inc. | 5/26/11 | |
| Timberline Builders, Inc. | 5/25/11 | |
| Treasure Coast Communities, L.L.C. | 6/8/11 | |
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. | 5/25/11 | |
| Waterways Joint Venture IV, LLC | 5/26/11 | |
| USG Corporation | 5/27/11 | |