# EXHIBIT G

## Exhibit "G"

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*<br>*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*<br>CASE No. 11-CV-1077 (E.D.LA.)<br>DEFENDANTS WHO ARE IN DEFAULT | | | |
|---|---|---|---|
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| 704 N. Ocean Blvd. Associates, Ltd. | 8/31/11 | 8/31/11 | |
| Ability Construction, Inc. | 7/19/11 | 7/19/11 | |
| Adams Homes of Northwest Florida, Inc. | 7/12/11 | 7/12/11 | |
| AHJV, LLC | 7/1/11 | 7/1/11 | |
| AL Brothers, Inc. | 7/5/11 | 7/5/11 | |
| All Florida Drywall Supplies, Inc. | 7/7/11 | 7/7/11 | |
| American Gallery Development Group, LLC | 7/15/11 | 7/15/11 | |
| American Homes, LLC | 6/28/11 | 6/28/11 | |
| American Housing Corporation | 7/6/11 | 7/6/11 | |
| Angel Developments LLC | 7/14/11 | 7/14/11 | |
| Area Builders of Tidewater, Inc. | 6/30/11 | 6/30/11 | |
| Atlantic Homes, LLC | 7/1/11 | 7/1/11 | |
| Aubuchon Homes, Inc. | 7/7/11 | 7/7/11 | |
| Avalon Building Corporation of Tampa Bay | 7/7/11 | 7/7/11 | |
| B & B Stucco, Inc. | 7/6/11 | 7/6/11 | |
| Bass Homes, Inc. | 7/6/11 | 7/6/11 | |
| Black Bear Gypsum, LLC | 7/5/11 | 7/5/11 | |
| Black Bear Gypsum Supply, Inc. | 7/5/11 | 7/5/11 | |
| Boardwalk Drywall, Inc. | 9/14/11 | 9/14/11 | |
| Bradford Lumber & Supply, Inc. | 8/10/11 | 8/10/11 | |
| Brooks & Freund, LLC | 7/6/11 | 7/6/11 | |
| Brownstone Builders, Inc. | 6/28/11 | 6/28/11 | |
| Builder's Depot | 6/27/11 | 6/27/11 | |
| Cape Cement & Supply, Inc. | 7/6/11 | 7/6/11 | |
| Castillo Azul Developers, Inc. | 7/8/11 | 7/8/11 | |
| Cemex, Inc. | 6/24/11 | 6/24/11 | |

## *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
## *SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
## CASE NO. 11-CV-1077 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Central Drywall Contractors, Incorporated | 7/6/11 | 7/6/11 | |
| Chase Construction, Inc. | 7/6/11 | 7/6/11 | |
| Comfort Home Builders, Inc. | 7/6/11 | 7/6/11 | |
| Coral Plastering & Wall Systems, Inc. | 7/9/11 | 7/9/11 | |
| Core Construction, LLC | 7/8/11 | 7/8/11 | |
| Core Construction Services Southeast, Inc. | 6/28/11 | 6/28/11 | |
| Custom Construction, Inc | 9/21/11 | 9/21/11 | |
| Cypress Corporation of Southwest Florida Inc. | 7/7/11 | 7/7/11 | |
| Dan Spires Floor Covering, Inc. | 6/28/11 | 6/28/11 | |
| Deerfield Court Townhomes, LLC | 7/7/11 | 7/7/11 | |
| Dollaway Drywall, Inc. | 7/15/11 | 7/15/11 | |
| Donald Wayne Tindle | 7/13/11 | 7/13/11 | |
| Double D. Investments of Broward LLC | 6/28/11 | 6/28/11 | |
| DSG Construction, Inc. | 7/12/11 | 7/12/11 | |
| European Quality Builders, LLC | 7/7/11 | 7/7/11 | |
| Everglades Lumber and Building Supplies, LLC | 7/11/11 | 7/11/11 | |
| Excel Construction of S.W. Florida, Inc. | 7/7/11 | 7/7/11 | |
| F. Development, LLC | 7/11/11 | 7/11/11 | |
| F. Vicino Drywall II, Inc. | 7/15/11 | 7/15/11 | |
| Fly System, Inc. | 7/14/11 | 7/14/11 | |
| Gulfeagle Supply, Inc. | 7/11/11 | 7/11/11 | |
| Hanover Homes, Inc. | 7/12/11 | 7/12/11 | |
| Harrell's Drywall, Inc. | 7/7/11 | 7/7/11 | |
| Haven Properties, Inc. | 6/29/11 | 6/29/11 | |
| HHJV, LLC | 7/1/11 | 7/1/11 | |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes | 7/8/11 | 7/8/11 | |

*HAYA, ET AL v. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| HPH Properties, LLC | 6/30/11 | 6/30/11 | |
| Island Coast Drywall and Stucco, LLC | 7/6/11 | 7/6/11 | |
| J & A Brothers Drywall & Stucco, Inc. | 7/27/11 | 7/27/11 | |
| J.B.C. Builders, Inc. | 7/27/11 | 7/27/11 | |
| J.K. Lassitter Construction, LLC | 7/7/11 | 7/7/11 | |
| James Drywall LLC | 9/21/11 | 9/21/11 | |
| K Hovnanian of Palm Beach XIII, Inc. | 7/8/11 | 7/8/11 | |
| KB Homes, Inc. | 7/6/11 | 7/6/11 | |
| L&W Supply Corporation d/b/a Seacoast Supply Company | 6/24/11 | 6/24/11 | |
| La Suprema Enterprises | 7/8/11 | 7/8/11 | |
| Lavish Holding Corp. | 7/7/11 | 7/7/11 | |
| Legend Custom Builders, Inc. | 7/11/11 | 7/11/11 | |
| Lennar Corporation | 6/24/11 | 6/24/11 | |
| Malphus and Sons | 7/5/11 | 7/5/11 | |
| Manclar Builders, Inc. | 7/23/11 | 7/23/11 | |
| Marr Development of Central Florida, Inc. | 7/20/11 | 7/20/11 | |
| Master Builders of South Florida, Inc. | 7/15/11 | 7/15/11 | |
| MC Contractors, Inc. | 7/12/11 | 7/12/11 | |
| McCar Homes, Inc. | 6/24/11 | 6/24/11 | |
| Meritage Homes of Florida, Inc. | 6/27/11 | 6/27/11 | |
| Morales Carpentry | 9/21/11 | 9/21/11 | |
| Next Level Group, LLC | 6/30/11 | 6/30/11 | |
| Nicholas & Co. Construction | 6/29/11 | 6/29/11 | |
| Paramount Quality Homes Corp. | 7/9/11 | 7/9/11 | |
| Parkview Homes Realty, Inc. | 7/7/11 | 7/7/11 | |
| Prime Homes at Portofino Falls, Ltd. | 7/27/11 | 7/27/11 | |
| ProBuild Company, LLC | 6/24/11 | 6/24/11 | |
| Quality Builders of North Florida, Inc. | 7/8/11 | 7/8/11 | |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Ray Horvath Drywall, Inc. | 7/5/11 | 7/5/11 | |
| Regency Homes Group, LLC | 7/8/11 | 7/8/11 | |
| Residential Concepts, Ltd. | 7/8/11 | 7/8/11 | |
| Residential Drywall, Inc. | 8/17/11 | 8/17/11 | |
| Reve Development Corporation | 7/9/11 | 7/9/11 | |
| RJL Drywall Inc. | 10/12/11 | 10/12/11 | |
| Roy Harris Drywall, Inc. | 7/6/11 | 7/6/11 | |
| Schmidth Brothers Homes, Inc. | 7/15/11 | 7/15/11 | |
| Sheridan 87, LLC | 7/11/11 | 7/11/11 | |
| Smokey Mountain Materials, Inc. | 6/28/11 | 6/28/11 | |
| South Bay Development Corporation | 8/4/11 | 8/4/11 | |
| Stadelman Drywall | 6/29/11 | 6/29/11 | |
| Standard Pacific of South Florida GP, Inc. | 6/27/11 | 6/27/11 | |
| Starlifter Homes, Inc. | 7/9/11 | 7/9/11 | |
| Sterling Communities at Talavera, LLC | 7/8/11 | 7/8/11 | |
| Sterling Communities, Inc. | 7/8/11 | 7/8/11 | |
| Steven R. Carter, Inc. | 7/6/11 | 7/6/11 | |
| Stock Building Supply | 8/10/11 | 8/10/11 | |
| Stock Building Supply of Florida, LLC | 8/10/11 | 8/10/11 | |
| Stuart South Group, LLC | 7/7/11 | 7/7/11 | |
| Sumaj Builders Corporation | 7/8/11 | 7/8/11 | |
| TFH Corp. | 7/6/11 | 7/6/11 | |
| The Porter-Blaine Corp. | 7/1/11 | 7/1/11 | |
| Timberline Builders, Inc. | 7/6/11 | 7/6/11 | |
| Tindle Homes | 7/13/11 | 7/13/11 | |
| Trafalgar Associates, Inc. | 7/11/11 | 7/11/11 | |
| Treasure Coast Communities, LLC | 6/29/11 | 6/29/11 | |
| United Homes, Inc. | 7/11/11 | 7/11/11 | |