# EXHIBIT H

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| USG Corporation | 6/28/11 | 6/28/11 | |
| Venture Supply, Inc. | 7/1/11 | 7/1/11 | |
| Villa Homes of Southwest Florida | 7/7/11 | 7/7/11 | |
| Vision Homes of SW, FL, Inc. | 7/5/11 | 7/5/11 | |
| Waterways Joint Venture IV, LLC | 7/11/11 | 7/11/11 | |
| WB Howland Co., LLC | 7/8/11 | 7/8/11 | |
| Will Davis d/b/a D&W Home Restoration | 7/1/11 | 7/1/11 | |
| William L. Perry Plastering & Drywall, Inc. | 7/28/11 | 7/28/11 | |
| Woodside Stoneybrook, LLC | 6/30/11 | 6/30/11 | |
| Zaccaria Construction, LLC | 7/12/11 | 7/12/11 | |
| Zamora Homes Corporation | 7/8/11 | 7/8/11 | |

Exhibit "H"

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.* CASE NO. 11-CV-1363 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| 1st Drywall, LLC | 8/16/11 | |
| 616, LLC | 8/18/11 | |
| Acadian Builders and Contractors, LLC | 8/18/11 | |
| Adams Homes of Northwest Florida, Inc. | 8/10/11 | |
| AI Brothers, Inc. | 8/17/11 | |
| Alvin R. Savoie & Associates, Inc. dba Savoie Construction & Development, L.L.C. | 10/15/11 | |
| American Homes, LLC | 8/9/11 | |
| Amerimex Construction of Palm Beach Inc. | 8/27/11 | |
| Angel Developments, LLC | 8/17/11 | |
| Anthony F. Marino General Contractor, LLC | 10/14/11 | |
| Aranda Homes, Inc. | 8/22/11 | |
| ATCO Int. Corp. | 8/18/11 | |
| B & B Stucco, Inc. | 8/23/11 | |
| B & E Construction of Miami Corp. | 8/27/11 | |
| Barnett Drywall | 9/1/11 | |
| Bellew Plastering | 9/28/11 | |
| BJ&K Condo Construction, Inc. | 8/19/11 | |
| Bo Builders, LLC | 10/15/11 | |
| Boynton Village Associates, Ltd. | 8/22/11 | |
| Building Materials Wholesale, Inc. | 8/10/11 | |
| C&D Plastering & Stucco, Inc. | 10/3/11 | |
| Caceres Drywall Corp | 8/27/11 | |
| Caliber Properties, LLC | 8/8/11 | |
| Caribbean Custom Homes, Inc. | 8/24/11 | |
| Caribe Central LLC | 8/18/11 | |
| Caribe Homes Corp. | 9/12/11 | |
| Castle Rock Builders, LLC | 8/12/11 | |
| Castlerock Communities, LLP | 8/9/11 | |
| Centurion Homes of Louisiana, LLC | 10/13/11 | |

1

***BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.***
**CASE NO. 11-CV-1363 (E.D.LA.)**
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Chris P. Roberts | 8/9/11 | |
| Christopher Duet | 8/8/11 | |
| Coastal Construction of South Florida, Inc. | 8/18/11 | |
| Coastal Living Homes, L.L.C. | 9/13/11 | |
| Core Construction, LLC | 8/22/11 | |
| Cornerstone Construction of S.W. Florida, Inc. | 9/28/11 | |
| Coscan Homes, LLC | 8/22/11 | |
| Courtside Development, Inc. | 8/9/11 | |
| Creola Ace Hardware, Inc. | 9/1/11 | |
| Daelen of Tangipahoa, L.L.C. | 10/13/11 | |
| Dima Homes, Inc. | 8/5/11 | |
| Dove Enterprises Contractor & Design, Inc. | 8/10/11 | |
| Drywall Services | 8/21/11 | |
| Ed Price Building Materials | 8/8/11 | |
| Eddleman Homes, LLC | 8/9/11 | |
| F. Vicino and Company, Inc. | 8/22/11 | |
| F. Vicino Drywall, Inc. | 8/30/11 | |
| Foster Coatings & Contracting | 9/1/11 | |
| Fountain Homes | 8/9/11 | |
| Galloway Home Builders, Inc. | 9/28/11 | |
| Gant & Shivers Homes, LLC | 8/10/11 | |
| GEM Builders, Inc. | 9/1/11 | |
| Grove Hammocks Investments LLC | 8/18/11 | |
| Gulf Breeze Construction, Inc. | 8/9/11 | |
| Hanover Homes, Inc. | 8/18/11 | |
| Hessen Construction, Corp. | 8/20/11 | |
| Highland Lakes Homes, LLC d/b/a Eddleman Homes, LLC | 8/9/11 | |
| Holder Construction Co., Inc. | 8/8/11 | |
| Home Town Lumber & Supply, Inc. | 8/9/11 | |
| Horizon Builders, Inc. | 8/20/11 | |

2

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Horvath & Horvath Drywall, Inc. | 8/9/11 | |
| HPH Properties, LLC | 8/9/11 | |
| Hubert Seals and Sarah Seals dba Seals Drywall | 8/8/11 | |
| Innovative Custom Builders Inc | 8/16/11 | |
| Ironwood Properties, Inc. | 8/18/11 | |
| J-Bec Homes of Diamondhead, LLC | 9/7/11 | |
| J&E Developers, Inc. | 9/19/11 | |
| John's Drywall Service | 9/1/11 | |
| JSK Construction, Inc. | 8/17/11 | |
| Just-Rite Supply, Inc. | 8/9/11 | |
| Kaye Homes, Inc. | 9/5/11 | |
| Kemah Construction, Inc. | 9/14/11 | |
| L&W Supply Corporation d/b/a Seacoast Supply Company | 8/8/11 | |
| La Suprema Enterprise, Inc. | 8/19/11 | |
| La Suprema Trading, Inc. | 8/19/11 | |
| Lennar Corporation | 8/8/11 | |
| Lennicx Builders, Inc. | 9/7/11 | |
| Likness Construction Corp. of Southwest Florida | 8/27/11 | |
| M. Carbine Restorations, Ltd. | 9/28/11 | |
| MAC Construction, LLC | 8/30/11 | |
| Mark Drake | 8/9/11 | |
| Mandy Drywall, Inc. | 8/18/11 | |
| Maronda Homes, Inc. of Florida | 8/11/11 | |
| Marriott Development, LLC | 8/18/11 | |
| Mastercraft Homes, LLC | 8/12/11 | |
| Matmo Construction, L.L.C. | 10/13/11 | |
| Meeks Drywall & Stucco, Inc. | 8/31/11 | |
| Milton Construction Company | 8/22/11 | |
| Morgan Homes, Inc. | 8/30/11 | |

| BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL. CASE NO. 11-CV-1363 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT |||
| --- | --- | --- |
| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| Ocean Springs Lumber Company, LLC | 8/9/11 | |
| Precision Drywall, Inc. | 8/11/11 | |
| Ray Horvath Drywall, Inc. | 8/9/11 | |
| RCR Holdings II, LLC | 8/22/11 | |
| Renar Development Co. | 8/18/11 | |
| Renar Homes, Inc. | 8/1811 | |
| Residential Drywall, Inc. | 8/12/11 | |
| Residential Drywall of Ft. Myers, Inc. | 8/12/11 | |
| Richard Jones Construction Company, Inc. | 8/18/11 | |
| River Oaks I, LLC | 8/19/11 | |
| RJL Drywall, Inc. | 8/31/11 | |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials | 8/22/11 | |
| Royal Homes, L.L.C. | 10/14/11 | |
| S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall | 9/6/11 | |
| Santa Barbara Estates, Inc. | 8/18/11 | |
| Schenley Park Homes, LLC | 8/27/11 | |
| SGS Construction, Inc. | 10/13/11 | |
| Shane Heitzman | 8/8/11 | |
| State Lumber & Supply Company, Inc. | 8/17/11 | |
| Stephen Steiner d/b/a Steiner Drywall | 8/9/11 | |
| Steve Corbett, Inc. | 8/8/11 | |
| Stonelake Ranch, LLC | 8/12/11 | |
| Streamline Homes, Inc. | 8/15/11 | |
| Stuart South Group, LLC | 8/18/11 | |
| Summit Homes Of LA, Inc. | 10/13/11 | |
| Supreme Builders | 8/11/11 | |
| Supreme Builders, Ltd. | 8/11/11 | |
| T&T Enterprises of SWFL, Inc. | 8/19/11 | |
| Tallow Creek, LLC | 10/13/11 | |
| The St. Joe Company | 8/10/11 | |

***BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.***
CASE NO. 11-CV-1363 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) | 8/17/11 | |
| Timberline Builders, Inc. | 8/22/11 | |
| Timberline Homes, Inc. | 8/18/11 | |
| Toll Estero Limited Partnership d/b/a Toll Brothers | 8/8/11 | |
| United Homes, Inc. | 8/18/11 | |
| United Homes International, Inc. | 8/18/11 | |
| USG Corporation | 8/8/11 | |
| Velvet Pines Construction, LLC | 10/14/11 | |
| Waterways Joint Venture IV, LLC | 8/23/11 | |
| W.S. Keel Lumber Co., Inc. | 8/9/11 | |
| Windship Homes of Florida Inc | 8/19/11 | |
| Woodside Stoneybrook, LLC | 8/10/11 | |
| Ybarzabal Contractors, LLC | 10/14/11 | |