UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.) | |

### DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1. I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of

Pennsylvania. I submit this declaration in support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. During the course of this litigation the Plaintiffs' Steering Committee ("PSC") filed numerous omnibus class action complaints as well as intervention complaints against the manufacturers and other parties responsible for the defective Chinese manufactured drywall that is installed in plaintiffs' homes. The PSC commenced service of these complaints promptly after they were filed with the court. Many of the named defendants who have been served with the omnibus and intervention complaints are in default since they have failed to timely enter an appearance and/or otherwise defended themselves after service of the applicable complaint. These defendants shall be referred to hereafter as the "Defaulting Defendants".

3. The dates each of the Defaulting Defendants were served with the omnibus class action complaints are set forth in Exhibits "A" (*Payton*), "B" (*Wiltz*), "C" (*Gross*), "D" (*Rogers*), "E" (*Abel*), "F" (*Abreu*), "G" (*Haya*), and "H" (*Block*) to Plaintiffs' motion for entry of preliminary default judgement. The PSC has filed affidavits of service with the Court evidencing service of the omnibus complaints on the Defaulting Defendants as set forth in Exhibits "A" through "H".

4. With respect to the intervention complaints, service of these complaints on the Defaulting Defendants has been attempted or perfected. Service on the foreign defendants has been attempted or perfected consistent with the requirements of the Hague Convention. The overwhelming majority of these Defaulting Defendants have been served with the intervention complaints. The PSC has filed affidavits of service with the Court evidencing service of the intervention complaints on the Defaulting Defendants.

5. To date, the Defaulting Defendants have failed to enter an appearance, answer, or

otherwise respond to Plaintiffs' complaints.

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 18th day of November, 2011, at Philadelphia, Pennsylvania.

_____
ARNOLD LEVIN