UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of the Plaintiffs' Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the defendants with whom

they are aligned as follows:

1. With respect to the proceedings in *Payton* (inclusive of the intervention complaints by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A) - document 5578), Benjamin and Jennifer Abt (Omnibus I(B) - document # 6563), and Bonnie and John H. Adams, III (Omnibus I(C) - document # 7181)), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "A" hereto;

2. With respect to the proceedings in *Wiltz* (inclusive of the intervention complaints by Kenneth and Cynthia Burke (Omnibus II(A) - document # 5579), Eduardo and Carmen Armorin (Omnibus II(B) - document # 6567), and Clifford Abromatts and Janice Worobec (Omnibus II(C) - document # 7182)), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "B" hereto;

3. With respect to the proceedings in *Gross* (inclusive of the intervention complaints by Mary Anne Benes (Omnibus III - document # 2187) and Ruben Jaen (Omnibus III(A) - document # 5580)), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "C" hereto;

4. With respect to the proceedings in *Rogers* (inclusive of the intervention complaints by Kathleen and Mariss Barbee (Omnibus IV(A) - document 5575), Roxanne Burey (Omnibus IV(B) - document # 6568), and Alfons and Dawn Bucaj (Omnibus IV(C) - document # 7178)), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "D" hereto;

5. With respect to the proceedings in *Abel*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "E" hereto;

6. With respect to the proceedings in *Abreu*, Plaintiffs are awarded default judgment

against the defendants identified in Exhibit "F" hereto;

7. With respect to the proceedings in *Haya*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "G" hereto; and

8. With respect to the proceedings in *Block*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "H" hereto.

Plaintiffs and the class they seek to represent are entitled to the entry of default and preliminary default judgment against the Defaulting Defendants with whom they are aligned on liability, with damages to be determined on further submission according to proof.

By the Court,

_____ J.