# EXHIBIT B

# Exhibit "B"

| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Aces Towing Enterprises, L.L.C. | 4/16/10 | |
| American Gallery Development Group, LLC | 8/23/10 | |
| Arizen Homes, Inc. | 5/6/10 | |
| Barony Homes, Inc. | 4/27/10 | |
| BDG Waterstone, LLC | 4/13/10 | |
| BE Wholesale | 4/15/10 | |
| Beijing New Building Materials Public Limited Co. | 8/25/10 | Previously held in default. See Doc. No. 7735. |
| Bush Construction Corp. | 4/15/10 | |
| Cajun Construction & Design, Inc. | 4/19/10 | |
| CB Creek, Inc. | 4/15/10 | |
| Chase Construction, Inc. | 4/20/10 | |
| Country Walk Sales, LLC | 4/14/10 | |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd | 7/28/10 | |
| Crossroad Homes, Inc. | 4/13/10 | |
| Curb Appeal Home Builders, Inc. | 4/16/10 | |
| Delgado's Painting | 4/15/10 | |
| DELTA-EDEN, INC. | 4/20/10 | |
| Development Co. of Boca, Inc. d/b/a Boca Developers | 4/14/10 | |
| Drive Enterprises, Inc. | 1/26/11 | |
| E.B. Developers, Inc. | 4/15/10 | |
| Enchanted Homes, Inc. | 4/17/10 | |
| Five Star Drywall, inc. | 4/19/10 | |
| G. Drywalls Corporation | 4/15/10 | |
| G&B Roofing & Construction, Inc. | 4/15/10 | |

| \\ | \\ | \\ |
|---|---|---|
| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Gryphon Corporation | 4/28/10 | |
| Harrell's Drywall, Inc. | 4/14/10 | |
| Inman Construction Services, Inc. | 5/13/10 | |
| J. Galloway Construction, Inc. | 4/23/10 | |
| K&B HOMES, INC. | 4/16/10 | |
| Kevin Burton | 4/24/10 | |
| Lopez Drywall, Inc. | 4/22/10 | |
| MacGlen Builders, Inc. | 4/23/10 | |
| McCar Homes, Inc. | 4/16/10 | |
| Millennium Builders, Inc. | 5/6/10 | |
| Millennium Homes & Development, Inc. | 4/16/10 | |
| MW Johnson Construction of Florida, Inc. | 6/28/10 | |
| Northstar Holdings at B & A, LLC | 5/7/10 | |
| Oscar Jiles d.b.a. JJ Construction | 4/16/10 | |
| Palm Isles Holdings, LLC | 4/13/10 | |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 10/15/10 | |
| Ray Turner Drywall, LLC | 4/17/10 | |
| Safeway Contractors, L.L.C. | 4/19/10 | |
| Stone Development, LLC | 4/15/10 | |
| Taylor Morrison of Florida, Inc. | 4/16/10 | |
| Touchstone At Rapallo, Inc. | 4/16/10 | |
| United Homes, Inc. | 4/13/10 | |
| Vizcaya Custom Homes, Inc. | 4/23/10 | |