# EXHIBIT D

Exhibit "D"

| ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:10-CV-00362 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
| 3180 Lamb Court Acquisition, LLC | 4/29/10 | |
| Angel Developments, LLC | 6/8/10 | |
| B & E Construction of Miami Corp. | 4/30/10 | |
| Cajun Construction & Development, LLC | 5/6/10 | |
| Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) | 4/29/10 | |
| Comfort Home Builders, Inc. | 4/30/10 | |
| Davis General Contractors | 4/30/10 | |
| Enchanted Homes, Inc. | 5/4/10 | |
| Freemar Homes, Inc. | 4/29/10 | |
| Gomez Interiors, Inc. | 8/9/10 | |
| Grand Palazzo Hendricks, LLC | 4/28/10 | |
| Hanover Homes | 4/29/10 | |
| J. Cherry and Sons, Inc. | 7/29/10 | |
| Jim Walter Homes, Inc. | 6/28/10 | |
| Joseph E. Clouse, Inc. | 5/7/10 | |
| KB Homes | 4/29/10 | |
| L&W Supply Corporation d/b/a Seacoast Supply Company | 4/27/10 | |
| Laporte Builders, Inc. | 4/29/10 | |
| Liberty Home Builders, Inc. | 4/29/10 | |
| LifeScape Buildings, LLC | 6/28/10 | |
| Linel Consulting, LLC | 4/29/10 | |
| LPR Builders, Inc. | 4/27/10 | |
| P N K Builders, LLC | 8/25/10 | |
| Palm Isles Holdings, LLC | 4/26/10 | |
| Pine Ridge Real Estate Enterprises, LLC | 4/29/10 | |
| RCR Holdings I and II, LLC | 4/28/10 | |
| Southern Homes, LLC | 5/11/10 | |
| Sovereign Homes, LLC | 5/4/10 | |

1

| ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:10-CV-00362 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT |||
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Summit Contractors, Inc. | 5/11/10 | |
| Symphony Builders, Inc. | 4/29/10 | |
| The Kabar Group, LLC | 5/18/10 | |
| Treasure Coast | 5/4/10 | |
| USG Corporation | 4/27/10 | |
| Venus Street, LLC | 4/29/10 | |
| Waterways Joint Venture IV, LLC | 6/22/10 | |
| Waterways Joint Venture IV | 6/22/10 | |
| Woodside f/k/a GHO Properties | 5/3/10 | |