# EXHIBIT E

### Exhibit "E"

| *ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)* **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS/COUNSEL** |
| Adams Homes Realty, Inc. | 3/3/11 | |
| Advantage Builders of America, Inc. | 3/3/11 | |
| Albanese-Popkin The Oaks Development Group, Inc. | 3/8/11 | |
| Albert Howard, Jr. | 3/11/11 | |
| American Building Materials, Inc. | 3/9/11 | |
| American Homes, LLC | 3/4/11 | |
| Antilles Vero Beach, LLC | 3/8/11 | |
| Ashton Woods, LLC | 3/31/11 | |
| ATCO Int. Corp. | 4/4/11 | |
| Avalon Building Corporation of Tampa Bay | 4/27/11 | |
| Bayou Contracting, LLC | 3/11/11 | |
| BE Wholesale | 3/10/11 | |
| Black Bear Gypsum, LLC | 3/7/11 | |
| Bradford Lumber & Supply, Inc. | 3/12/11 | |
| Brandhurst Construction & Maintenance Co., Inc. | 3/11/11 | |
| Broadmoor Development Corp. | 3/14/11 | |
| Building Supply House, L.L.C. | 3/11/11 | |
| C&G Development Group, LLC | 3/11/11 | |
| Cali-Florida Investments, Inc. | 3/16/11 | |
| Citrus Park Development Group, LLC | 3/9/11 | |
| Coastal Living Homes, L.L.C. | 3/22/11 | |
| Cornerstone Construction of SW Florida, Inc. | 3/8/11 | |
| Custom Drywall | 3/11/11 | |
| Dalbert J. Poree, Individually | 3/12/11 | |
| Dalbert Poree' General Repairs & Renovations | 3/12/11 | |
| Darius Henry | 3/12/11 | |
| David W. Stewart, Inc. | 3/14/11 | |
| Deangelis Diamond Construction, Inc. | 3/15/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Deangelis Diamond Homes, Inc. | 3/15/11 | |
| Deerfield Court Townhomes, LLC | 3/4/11 | |
| Delgado's Painting | 3/12/11 | |
| Design Drywall of South Florida, LLC | 3/4/11 | |
| Drive Enterprises, Inc. | 4/2/11 | |
| Enchanted Homes, Inc. | 3/8/11 | |
| Eric Manuel | 3/12/11 | |
| Florida Drywall, Inc. | 3/10/11 | |
| Florida Walls, Inc. | 3/8/11 | |
| G. Drywalls Corporation | 3/11/11 | |
| G.L. Homes of Boynton Beach Associates IX, Ltd. | 3/7/11 | |
| G.L. Homes of Davie Associates, III, Ltd. | 3/7/11 | |
| G&B Roofing | 3/12/11 | |
| Hanover Homes, Inc. | 3/4/11 | |
| Harrell's Drywall, Inc. | 3/8/11 | |
| HC Seals Drywall Partners | 3/15/11 | |
| Heights Custom Homes, LLC | 3/16/11 | |
| Ironwood Properties, Inc. | 3/8/11 | |
| J&A Brothers, Inc. | 3/15/11 | |
| Jade Organization General Contractor, LLC | 3/10/11 | |
| James & Vita, L.L.C. | 3/12/11 | |
| James Drywall, LLC | 3/12/11 | |
| Jim Walter Homes, Inc. | 3/1/11 | |
| Johnson Lumber Co., Inc. | 3/9/11 | |
| Joseph E. Bellande | 3/12/11 | |
| Joseph Scott | 3/12/11 | |
| Kenneth Campo | 3/12/11 | |
| Kevin McCusker | 3/12/11 | |
| Kimball Hill Homes Florida, Inc. | 2/28/11 | |
| L&J Builders, Inc. | 3/5/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)*
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| L&W Supply Corporation d/b/a Seacoast Supply Company | 3/10/11 | |
| Laporte Family Properties, LLC | 3/14/11 | |
| Lavish Holding Corp. | 3/7/11 | |
| Legend Custom Builders, Inc. | 3/7/11 | |
| Lennar Corporation | 3/1/11 | |
| Lonnie Vollentine | 3/14/11 | |
| MacGlen Builders, Inc. | 3/4/11 | |
| Madussa, LLC | 3/23/11 | |
| Maranatha Construction, Inc. | 3/14/11 | |
| Maronda Homes, Inc. of Florida | 3/3/11 | |
| MC Contractors, Inc. | 3/10/11 | |
| Meeks Drywall & Stucco, Inc. | 3/9/11 | |
| Millennium Builders, Inc. | 3/11/11 | |
| MW Johnson Construction of Florida, Inc. | 3/12/11 | |
| Palm Isle Holdings, LLC | 6/17/11 | |
| Preferred Homes | 3/14/11 | |
| R.D.S. Construction | 3/10/11 | |
| Richard Jones Construction Company, Inc. | 3/5/11 | |
| Rightway Drywall, LLC | 3/8/11 | |
| Rinker Materials of Florida, Inc. | 3/9/11 | |
| Robertsdale Ace Home Center | 3/14/11 | |
| Roman Gonzalez | 3/11/11 | |
| S.A.M. Drywall, Inc. | 3/15/11 | |
| Safeway Contractors, L.L.C. | 3/11/11 | |
| Shear, Corp. | 3/7/11 | |
| Smith Family Homes Corporation | 3/8/11 | |
| Smokey Mountain Materials, Inc. | 3/15/11 | |
| Smokey Mountain Materials, Inc. | 3/3/11 | |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes | 3/14/11 | |
| Southern Bay Homes, Inc. | 3/4/11 | |

3

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)*

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Southern Community Homes, Inc. | 3/16/11 | |
| Southern Homes of Broward XI, Inc. | 3/11/11 | |
| Sterling Communities at Talavera, LLC | 4/15/11 | |
| Sterling Communities, Inc. | 4/15/11 | |
| Steve Harrington Homes, Inc. | 3/2/11 | |
| Streamline Homes, Inc. | 3/4/11 | |
| Struggler Drywall, LLC | 3/19/11 | |
| Stuart South Group, L.C. | 3/19/11 | |
| Supreme Builders, Inc. | 6/13/11 | |
| Taurus Homes, Inc. | 3/2/11 | |
| The Jade Organization, Inc. | 3/10/11 | |
| Thompson Wood Products, Inc. | 3/12/11 | |
| Timberline Builders, Inc. | 3/4/11 | |
| Tommy Hawk aka Tommy Hawk d/b/a DKT Construction | 3/12/11 | |
| Treasure Coast Communities, LLC | 3/3/11 | |
| Troy Patterson Drywall, LLC | 3/2/11 | |
| United Home Builders, Inc. | 3/3/11 | |
| US Home Corporation, a Delaware corporation | 3/10/11 | |
| USG Corporation | 3/15/11 | |
| Venus Street, LLC | 3/7/11 | |
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings Corp. | 3/17/11 | |