**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                                          SECTION:  L
THIS DOCUMENT RELATES TO:

                                                                          JUDGE FALLON
Robert W. Block et al. v. Gebrueder Knauf
Verwaltungsgesellschaft et al.,                             MAG. JUDGE WILKINSON
Case No. 11-1363

_____/


**<u>NOTICE OF APPEARANCE</u>**

        The law firm of Murai, Wald, Biondo & Moreno, P.A., hereby files its appearance as

counsel of record on behalf of Defendants CARIBE HOMES CORPORATION and CARIBE

CENTRAL, LLC and requests that copies of all pleadings, notices, motions, orders and other

documents filed in this proceeding be sent to the undersigned counsel pursuant to the procedures

established by this Court.


                                        Respectfully submitted,

                                        MURAI, WALD, BIONDO
                                        & MORENO, P.A.
                                        1200 Ponce de Leon Boulevard
                                        Coral Gables, FL  33134
                                        Tel:  (305) 444-0101
                                        Fax: (305) 444-0174


                                        By:_____s/ Allen P. Pegg_____.
                                            Allen P. Pegg
                                            Florida Bar No. 597821
                                            apegg@mwbm.com
                                            Gerald B. Wald
                                            Florida Bar No. 215112
                                            gwald@mwbm.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on November 18, 2011, the foregoing Notice has been served on all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court by using the CM/ECF system this 18th day of November, 2011, which will serve a Notice of Filing on all counsel of record in accordance with the procedures established in MDL 2047.

By:   s/ Allen P. Pegg                .