UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 11-cv-1077 (E.D.La.) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____ /

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Ogden, Sullivan & O'Connor, P.A., and hereby files its Notice of Appearance as counsel on behalf of Defendant R.J.L. DRYWALL, INC. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

                                              Respectfully submitted,

By:   /s/ Kieran F. O'Connor
        KIERAN F. O'CONNOR, ESQUIRE
        Florida Bar No. 896829
        koconnor@ogdensullivan.com
        DEREK J. ANGELL, ESQUIRE
        Florida Bar No. 73449
        dangell@ogdensullivan.com
        OGDEN, SULLIVAN & O'CONNOR, P.A.
        111 North Orange Avenue
        Suite 850
        Orlando, Florida 32801
        Telephone: (407) 843-2100
        Facsimile: (407) 843-2061
        *Attorneys for Defendant R.J.L. Drywall, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of November, 2011.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esquire