# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawgroup.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 4, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

>    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
>            David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.
>            Case No.  09-6690

Dear Russ and Lenny:

    My clients, Gregory and Diane Fletcher, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file GREGORY AND DIANE FLETCHER'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND M & M CONSTRUCTION, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf.

                                        Very truly yours,

                                        DON BARRETT, P.A.

                                        *David McMullan*

                                        David McMullan

DM/pt