UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE FALLON<br>*<br>*  MAG. JUDGE WILKINSON |
| **This document relates to:**<br>*PAYTON, et al. v. KNAUF GIPS KG, et al.*<br>*Case No. 09-07628 (E.D.La.)* | *<br>*<br>* |

*GROSS, et al. v. KNAUF GIPS KG, et al.*
*Case No. 09-6690 (E.D.La.)*

*BLOCK, et al. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG et al.*
*Case No. 11-1363(E.D.La.)*

### OCEAN SPRING LUMBER COMPANY, LLC'S CORPORATE DISCLOSURE

Ocean Springs Lumber Company, LLC, by and through undersigned counsel, files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

Ocean Springs Lumber Company, LLC is not a publicly traded company. It has no subsidiaries, and no parent corporation. No publicly traded company owns 10% or more of the stock of Ocean Springs Lumber Company, LLC.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.* _____
Richard G. Duplantier, Jr. #18874
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com /bgrau@gjtbs.com /
ceiselen@gjtbs.com
*Counsel for Ocean Springs Lumber Company, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 18th day of November, 2011.

*/s/ Richard G. Duplantier, Jr.* _____
RICHARD G. DUPLANTIER, JR.