UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DOROTHY ARNDT, et al | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * | |
| Case No. 2:11-cv-2349-EEF-JCW | * | MAG. WILKINSON (4) |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Baywood Construction, Inc.'s Motion to Dismiss will be submitted for consideration on December 14, 2011 at 9:00 a.m.

                                                KREBS, FARLEY & PELLETERI, P.L.L.C.

                                                */s/ Charles B. Long*
                                                CHARLES B. LONG (#22824)
                                                THOMAS H. PEYTON (#32635)
                                                400 Poydras Street, Suite 2500
                                                New Orleans, Louisiana   70130
                                                Telephone:   504-299-3570
                                                Facsimile:    504-299-3582
                                                E-mail:        clong@kfplaw.com
                                                E-mail:        tpeyton@kfplaw.com
                                                ATTORNEYS FOR DEFENDANT
                                                BAYWOOD CONSTRUCTION, INC.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 18th day of November, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

            /s/*Charles B. Long*
            CHARLES B. LONG