

**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766 3102 Oak Lawn Avenue
tel 214.521.3605 Suite 1100
fax 214.520.1181 Dallas, TX 75219-4281

November 10, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
              **Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1361**
              **Plaintiff:   Georgina Gomez**

Dear Russ and Lenny:

      My client, Georgina Gomez, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant, Timberline Homes, Inc. in the above matter, reserving her rights and claims against any and all other defendants therein.

                                                 Very truly yours,

                                                 Bob Brown