## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690**

### ORDER

Upon consideration of DAVID AND BETTY MARTIN'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, HOME DEPOT USA, INC., AND OCEAN SPRINGS LUMBER COMPANY, LLC, PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs, David and Betty Martin , claims against all defendants, including their claims against the Knauf Defendants, Home Depot USA, Inc., and Ocean Springs Lumber Company, LLC, are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge