# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 16, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: In re: Chinese Manufactured Drywall Products Liability Litigation
     David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.
     Case No.  09-6690

Dear Russ and Lenny:

  My clients, James and Patricia Mingto (Mingo), authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file JAMES AND PATRICIA MINGTO (MINGO)'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND GULF COAST SUPPLY, INC., PURSUANT TO FED.R.CIV. P. 41(a) on their behalf.

           Very truly yours,

           DON BARRETT, P.A.

           *David McMullan*

           David McMullan

DM/pt