UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED | * Case No. 11-2349 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * MDL No. 09-2047 |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| | * |
| Docket # 11-1363 (Omni X) | * MAGISTRATE WILKINSON |
| Robert W. Block, III, et v. Gebrueder Knauf | * |
| Verwaltungsgesellschaft, KG,, et al | * |

## NOTICE OF APPEARANCE

NOW COMES, Kerry J. Miller, Kyle Spaulding and T. Louis Colletta, Jr. of Frilot, L.L.C., to appear as counsel of record for Alvin R. Savoie & Associates, Inc. d/b/a Savoie Construction & Development, LLC and reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 18th day of November, 2011.

Respectfully submitted,

BY:    */s/Kyle A. Spaulding*
       KERRY J. MILLER (#24562)
       KYLE A. SPAULDING (#29000)
       THOMAS LOUIS COLLETTA, JR. (#26851)
       FRILOT L.L.C.
       1100 Poydras Street
       Suite 3700
       New Orleans, LA 70163
       Telephone: (504)599-8194
       Facsimile: (504)599-8145
       Email: kmiller@frilot.com
       **ATTORNEYS FOR ALVIN R. SAVOIE & ASSOCIATES, INC. d/b/a SAVIOE CONSTRUCTION & DEVELOPMENT, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

       /s/*Kyle A. Spaulding*
       **KYLE A. SPAULDING**