UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>* SECTION: L |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| *DANIEL ABREU, ET AL. V. GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.,*<br>Case No.: 11-252 (Omni VIII) | * MAGISTRATE JUDGE WILKINSON |
| *ROBERT W. BLOCK, III, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.*<br>Case No.: 11-1363 (Omni X) | |
| *DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL.*<br>Case No.: 11-2349 (Omni XII) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW David W. Medack, dmedack@heardmedackpc.com, of Heard & Medack, P.C., 9494 Southwest Freeway, Suite 700, Houston, Texas 77074, who hereby enters this Notice of Appearance as counsel of record for Defendant, CastleRock Communities, L.P. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with the above-captioned actions be served in accordance with the address and contact information below.

Respectfully submitted,

HEARD & MEDACK, P.C.

By: /s/ David W. Medack
David W. Medack
Federal Bar No. 15597
Texas Bar No. 13892950
9494 Southwest Freeway, Suite 700

Houston, Texas 77074<br>
(713) 772-6400 – Telephone<br>
(713) 772-6495 – Facsimile<br>

*Attorneys for Defendant CastleRock Communities, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of November, 2011.

By: /s/ David W. Medack<br>
David W. Medack<br>
Federal Bar No. 15597<br>
Texas Bar No. 13892950<br>
9494 Southwest Freeway, Suite 700<br>
Houston, Texas 77074<br>
(713) 772-6400 – Telephone<br>
(713) 772-6495 – Facsimile<br>

*Attorneys for Defendant CastleRock Communities, L.P.*