UNITED STATES
DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  <br> *  MDL NO. 09-2047 <br> * <br> *  SECTION: L <br> * <br> *  JUDGE FALLON <br> *  MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> Laura Haya, et al., v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 11-1077 <br> Section L (Omni IX) (E.D.La.) | * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SOUTHERN ATLANTIC SUPPLY DIVISION CORP.'S RENEWED MOTION TO DISMISS

COMES NOW, Defendant Allied Building Products Corp., d/b/a Southern Atlantic Supply Division Corp. (incorrectly identified as Southern Atlantic Supply Division Corp. d/b/a Allied Building Products Corp.) ("Defendant") and hereby files its Renewed Motion to Dismiss in response to Plaintiffs' Second Amended Omnibus Class Action Complaint.

Defendant hereby moves this Honorable Court to issue an Order dismissing the claims of Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons stated in the memorandum of law filed herewith. Specifically, Defendant respectfully asserts that it is not subject to, nor has it submitted to, the jurisdiction of this Court. Additionally, because the Court does not have personal jurisdiction over Defendant, the Eastern District of

Louisiana is an improper venue for the proceedings against Defendant.

In support of its Renewed Motion to Dismiss, Defendant submits the Affidavit of Eugene B. Mack, attached hereto and incorporated herein as **Exhibit 1.**

WHEREFORE, Defendant prays that its Renewed Motion to Dismiss be granted, and that this Honorable Court dismiss Plaintiffs' claims against Defendant.

This 18th day of November, 2011.

/s/ M. Craig Hall
M. Craig Hall
GBN:   319220
Counsel for Defendant

Oldcastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5300
(facsimile) 770/392/5305
Craig.Hall@Oldcastlelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

This 18th day of November, 2011.

/s/ M. Craig Hall
M. Craig Hall
GBN:  319220
Counsel for Defendant

Oldcastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5300
(facsimile) 770/392/5305
Craig.Hall@Oldcastlelaw.com