UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     *     MDL NO. 09-2047
       PRODUCTS LIABILITY LITIGATION     *
           *     SECTION: L
           *
           *     JUDGE FALLON
           *
           *     MAG. JUDGE
           *     WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
ALL CASES

---

### NOTICE OF APPEARANCE

---

Notice is hereby given that:

H. DAVID VAUGHAN II of the firm of **PLAUCHE', SMITH & NIESET, L.L.C.**, 1123 Pithon Street (70601), Post Office Drawer 1705, Lake Charles, LA 70602-1705, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the following incorrectly named defendant:

"Courtside Development, Inc."

Dated this 18th day of November, 2011

Respectfully submitted,

**PLAUCHE', SMITH & NIESET, L.L.C.**
(A Limited Liability Company)

BY: _____
H. DAVID VAUGHAN II
LA BAR ROLL #19194
1123 Pithon Street (70601)
Post Office Drawer 1705
Lake Charles, LA 70602-1705
Telephone: 337/436-0522
Facsimile: 337/436-9637
Email: dvaughan@psnlaw.com

Attorney for defendant, Courtside Development, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of November, 2011.

**PLAUCHE', SMITH & NIESET, L.L.C.**
(A Limited Liability Company)

BY: _____
H. DAVID VAUGHAN II
LA BAR ROLL #19194
1123 Pithon Street (70601)
Post Office Drawer 1705
Lake Charles, LA 70602-1705
Telephone: 337/436-0522
Facsimile: 337/436-9637
Email: dvaughan@psnlaw.com