UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DOROTHY ARNDT, et al.,

    Plaintiffs,

vs.                                                      CASE NO. 11-2349
                                                               Section L

Gebrueder KNAUF Verwaltungsgesellschaft,
KG, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Charles Wachter of the law firm of Holland & Knight LLP, enters his appearance as counsel of record on behalf of Defendant, First Home Builders of Florida I, LLC, ("First Home") in the above-styled cause, and requests that copies of all further pleadings, documentation or notices filed shall be provided to the undersigned counsel. First Home does not consent to jurisdiction and preserves all of its rights. Counsel further notes that, according to Judge Fallon's Pre-Trial Order No. 1G in MDL Case No. 2047, it appears that no response to the Complaint filed against First Home [PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)] is necessary at this time. If a response needs to be filed, First Home will move to dismiss for lack of personal jurisdiction.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Charles Wachter
Charles Wachter
Florida Bar No. 509418
charles.wachter@hklaw.com
P.O. Box 1288, Tampa FL 33601-1288
100 N. Tampa St., Suite 100
Tampa FL 33602
813-227-8500
813-299-0134 fax

*Counsel for Defendant First Home Builders of Florida I, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **18th** day of **November, 2011**, a copy of the foregoing was filed electronically by using the U.S. District Court's CM/ECF system and will be electronically served via the *LexisNexis File & Serve* program. Notice of this filing will be sent via email to all counsel of record registered to receive electronic service of pleadings in this MDL case.

/s/ Charles Wachter
Attorney

#10737798_v1

2