UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL: | : | MDL NO. 2047 |
| PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Robert & June Wischler | : | |
| CASE NO.: 11-90 (Abel   ) | : | NOTICE OF REMEDIATION |

NOW INTO COURT, through undersigned counsel, come Robert & June Wischler who wishes to inform the parties, that Plaintiffs wish to start remediating their home located at 3387 DeSaix Blvd, New Orleans, LA 70119. Plaintiffs allege that their drywall was manufactured by Taishan, and was supplied by Interior Exterior Supply.

Respectfully Submitted:

/s/Salvadore Christina, Jr._____
Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel by depositing same in the U.S. Mail on this the 21th day of November 2011 via LexisNexus fileserve.

/s/ Salvadore Christina, Jr.
Salvadore Christina