007028.000005

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * MDL NO. 09-2047 |
| | * SECTION: L |
| **THIS DOCUMENT APPLIES TO:** | * JUDGE FALLON |
| *KENNETH AND BARBARA WILTZ, et al.*<br>*vs.*<br>*BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.*<br>*CASE NO.: 10-361* | * MAG. JUDGE WILKINSON |
| *KENNETH ABEL, et al.*<br>*vs.*<br>*TAISHAN GYPSUM CO., LTD.*<br>*f/k/a SHANDONG TAIHE DONGXIN CO., LTD, et al.*<br>*CASE NO.: 11-080* | |
| *LAURA HAYA, DANIEL HAYA AND IRENE HAYA, et al.*<br>*vs.*<br>*TAISHAN GYPSUM CO., LTD.*<br>*f/k/a SHANDONG TAIHE DONGXIN CO., LTD, et al.*<br>*CASE NO.: 11-1077* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW Addison J. Meyers and Brian A. Eves of MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, to appear as counsel of record for CORE Construction Services, Southeast, Inc. d/b/a CORE Construction (*not to be mistaken for Core Construction, LLC*)**,** and requests that copies of all future correspondence, pleadings, discovery and all other written items and/or communications in this case be directed to the undersigned.

Dated: November 21, 2011

>Respectfully submitted,
>
>By: */s/ Addison J. Meyers*
>Addison J. Meyers (Bar No. 267041)
>Brian A. Eves (Bar No. 43794)
>MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP
>1000 N.W. 57th Court, Suite 300
>Miami, FL  33126
>Phone    (305) 774-9966
>Fax:       (305) 774-7743
>Email:    ameyers@defensecounsel.com
>              beves@defensecounsel.com
>
>*Counsel for CORE Construction Services, Southeast, Inc. d/b/a CORE Construction*

### CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 21st day of November, 2011.

>*/s/ Addison J. Meyers*
>Addison J. Meyers