UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Thirteenth Motion to Lift Stay, ons,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

1. The Plaintiffs' Omnibus Motion for Preliminary Default Judgment [Document #11234]

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on December 15, 2011, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge