UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER APPROVING TERM SHEET AGREEMENT FOR THE KNAUF ENTITIES SETTLEMENT AGREEMENTS WITH HOMEBUILDERS

Upon consideration of the Joint Motion of the Plaintiffs' Steering Committee ("PSC") and Counsel for Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Product Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebrueder Knauf Verwaltungsgesellschaft, KG, P.T. Knauf Gypsum Indonesia, and Knauf Gips KG (collectively, the "Knauf Entities") for approval of the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders (with exhibits) (the "PSC-Knauf Homebuilders Agreement"), attached as Exhibit A to the Joint Motion, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that the PSC-Knauf Homebuilders Agreement is approved by the Court.

New Orleans, Louisiana, this   16th   day of   November  , 2011.

_____
ELDON E. FALLON
United States District Court Judge