UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY             SECTION: L
LITIGATION                             JUDGE FALLON
                                       MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:              CASE NO.: 11-1893

RICHARD AND CAROL BENOIT, individually, and on
behalf of all others similarly situated v. LAFARGE BORAL
GYPSUM IN ASIA (LBGA), ET AL.

_____/

## DEFENDANT, KARR DRYWALL, INC.'S
## MOTION TO DISMISS

Defendant, KARR DRYWALL, INC., (hereinafter "KARR DRYWALL") by and through its undersigned counsel moves this Honorable Court for an Order dismissing Plaintiffs' Complaint and action against KARR DRYWALL for lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure  Rule 12(b)(2) for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) , or alternatively, to transfer venue to the Southern District of Florida pursuant to 288 U.S.C. § 1406(a), and 288 U.S.C. § 1401.

1.      The Plaintiffs, JOHN AND CHARLOTTE DEARBORN and NORBERT AND SVELTY DILLINGER, who have sued KARR DRYWALL is a Florida resident and the house at issue is in Florida (see Complaint).

2.      KARR DRYWALL is a Florida corporation that has never done business in the State of Louisiana.

3.      KARR DRYWALL does not have minimum contacts with the State of Louisiana.

4.      The entire transaction between KARR DRYWALL and the Plaintiffs, JOHN AND CHARLOTTE DEARBORN and NORBERT AND SVELTY DILLINGER, took place in the State of Florida.

5.      KARR DRYWALL has not submitted to and is not subject to, jurisdiction in this Court.

6.      In the absence of any contact between KARR DRYWALL and the State of Louisiana, this Court does not have personal jurisdiction over KARR DRYWALL on claims that arise from real property located in the State of Florida.

**WHEREFORE**, this Defendant, KARR DRYWALL, INC., respectfully requests this Honorable Court to enter an Order dismissing Plaintiffs' cause of action against KARR DRYWALL, INC. for the reasons cited above, and requests any further relief as this Honorable Court deems necessary and appropriate.

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
KARR DRYWALL, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
         GARY F. BAUMANN
         Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN