UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY   SECTION: L
LITIGATION   JUDGE FALLON
   MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:   CASE NO.: 11-1893

RICHARD AND CAROL BENOIT, individually, and on
behalf of all others similarly situated v. LAFARGE BORAL
GYPSUM IN ASIA (LBGA), ET AL.

_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, KARR DRYWALL, INC.'S, Motion to Dismiss will be submitted for consideration on December 14, 2011 at 9:00 a.m.

Respectfully submitted,
FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
KARR DRYWALL, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ Gary F. Baumann
   GARY F. BAUMANN
   Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN