UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> ) <br> This Document relates to: ) <br> ) <br> Dean and Dawn Amato et al vs. Liberty Mutual Ins. Co., et al ) <br> (10-0932) ) <br> _____) | MDL No. 2047 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE <br> WILKINSON |

## USG CORPORATION AND L&W SUPPLY CORPORATION'S
## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that W. David Conner, Esq. and Moffatt G. McDonald, Esq. of the law firm of Haynsworth Sinkler Boyd, P. A. hereby confirm their appearance on behalf of Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply Corporation. All pleadings and other papers in this case should be served upon undersigned counsel.

**HAYNSWORTH SINKLER BOYD, P. A.**

BY: \_\_\_\_\_/s/ W. David Conner_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3226
(864) 240-3300 (fax)
dconner@hsblawfirm.com
mgmcdonald@hsblawfirm.com

November 21, 2011

1

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of November, 2011.

                                                    /s/   W. David Conner_____