UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| Case No.: 10-361 | : | MAG. JUDGE WILKINSON |
| *Kenneth and Barbara Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.* | : : | |
| _____ | : | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Northstar Holdings at B & A, LLC and Northstar Homes, Inc (hereinafter referred to as "Northstar Entities"). It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses, and without waiting any objections to service of process, venue or jurisdiction.

Dated: November 21, 2011.

                        BROAD and CASSEL
                        *Attorneys for Northstar Entities*

                        By:  */S/ Michael K. Wilson*
                              MICHAEL K. WILSON, P.A.
                              Florida Bar No.: 657069
                              JEREMY T. SPRINGHART, ESQ.
                              Florida Bar No.: 506052
                              L. KENT KOCH, ESQ.
                              Florida Bar No.: 0710091
                              390 No. Orange Avenue, Suite 1400
                              Orlando, FL 32801
                              Tel: (407) 839-4200
                              Fax: (407) 425-8377

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by First Class U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of November, 2010.

        BROAD and CASSEL
        *Attorneys for Northstar Entities*

        By: /S/ Michael K. Wilson
            MICHAEL K. WILSON, P.A.
            Florida Bar No.: 657069

4852-0798-1070.1
42357/0002 HLL hll