
ORIGINAL

UNITED STATES ~~BANKRUPTCY~~ DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| Dorothy Arndt, et al.<br><br>    Plaintiff,<br>v.<br><br>Gebrueder Knauf<br>Verwaltungsgesellschaft,<br>KG, et al. | Civil Action No. 11-2349<br>Section L |

## DEFENDANT STAR HOMES, LLC.'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

**COMES NOW,** the Defendant, Star Homes, LLC., and files this Motion for Extension of Time to File Answer to Plaintiff's Complaint, and in support thereof states:

1. Defendant was improperly served as a Defendant in the above-referenced action. Defendant, Star Homes, LLC., is a business that owns three rental properties in Florida. Defendant is not a builder. Defendant has not remodeled any homes. Defendant is not named specifically as against any individual Plaintiff in the case. Defendant believes and therefore alleges that it was named because it has a similar name to Start Homes of Florida, LLC. Star Homes of Florida, LLC., is a named Defendant in the case and has specific Plaintiff's listed making claims against it.

2. Defendant is a small business and cannot afford the expense of hiring counsel in Louisiana. If required to do so, Defendant will seek attorney's fees from the named Plaintiffs.

3. Defendant requests an extension of time to allow local counsel to contact Plaintiff's counsel to come to a settlement dropping the Defendant prior to additional expenses being incurred on either side, or in the alternative, hiring local counsel to answer the Complaint, file a Motion to Dismiss, and pursue attorney's fees against the Plaintiff for filing a baseless claim against the Defendant.

TENDERED

NOV 17 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**WHEREFORE,** Defendant prays this Court will issue its Order granting the extension of time to file a responsive pleading in this cause and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: *Lenka Valenzuela*

Lenka Venazuela-Owner Star Homes, LLC
3502 Bruton Rd.
Plant City, Florida 33565

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed to the person listed below on November 10, 2011.
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113

*Lenka Valenzuela*
Lenka Venazuela

# THE WYNNE LAW GROUP, PLLC

1001 EAST BAKER STREET SUITE 101
PLANT CITY, FLORIDA 33563
TELEPHONE: (813) 567-5894
FAX: (813) 567-5896
WWW.WYNNELAWGROUP.COM
kwynne@wynnelawgroup.com

November 10, 2011

U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:  Dorothy Ardnt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.
     *Civil Action No. 11-2349*

Dear Sir or Madam:

Please file the attached Motion to Extend Time to Respond to Complaint signed by Defendant Star Homes, LLC., in the above referenced case.

Sincerely,

Keith William Wynne

Cc:
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113