UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

THIS DOCUMENT RELATES TO: DOROTHY ARNDT, et al.
v.
GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, et al.

Case No. 11-2349

## NOTICE OF LIMITED APPEARANCE

COME NOW the undersigned, Greer B. Mallette and Edgar M. Elliott of the law firm of Christian & Small LLP, and give notice of their limited appearance as counsel of record for Defendant, The David Group, Inc., in this case. This Notice of Limited Appearance is being made, and is expressly subject to and without waiver of any and all objections to venue, service of process and/or jurisdiction. However, please direct all future pleadings and correspondence to the undersigned.

Respectfully submitted,

/s/ *Greer B. Mallette*
Edgar M. Elliott
Greer B. Mallette
ATTORNEYS FOR THE DAVID GROUP INC.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL  35203
Telephone: (205) 795-6588

Facsimile: (205) 328-7234
E-mail:  emelliott@csattorneys.com
gbmallette@csattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of November, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ *Greer B. Mallette*
Greer B. Mallette