**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: ALL CASES AND | SECTION: L |
| *Silva, et al. v. Interior Exterior Supply, LP, et al.* Case No. 09-08030 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Silva, et al. v. Arch Insurance Company, et al.* Case No. 09-08034 (E.D. La.) | |
| *Payton, et al. v. Knauf Gips, KG,, et al.* Case No. 09-07628 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-6690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Ins. Co., et al.* Case No. 2:10-cv-00932 (E.D. La.) | |
| *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-080 (E.D. La.) | |
| *Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,, et al.* Case No. 2:11-252 (E.D. La.) | |

## ORDER ADJOURNING THE FORMAL FAIRNESS HEARING AND EXTENDING THE OPT-OUT/OBJECTION PERIOD

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

The Court's Preliminary Approval Order dated May 13, 2011 [Rec. Doc. 8818], preliminarily approving the Settlement Agreement Regarding Claims Against Interior-Exterior in MDL 2047 dated April 25, 2011 (the "InEx Settlement") and the Court's subsequent Order Adjourning the Formal Fairness Hearing and Extending the Opt-Out/Objection Period from August 29, 2011 until December 18, 2011 [Rec. Doc. 10185], are amended in order to further adjourn the formal Fairness Hearing and extend the Opt-Out/Objection Period as follows:

1. The last day of the Opt-Out/Objection Period is extended from December 18, 2011 until January 18, 2012. Any class member wishing to opt out of or object to the InEx Settlement must notify Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Counsel for InEx, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith, One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139) in writing, postmarked no later than January 18, 2012, in compliance with the relevant provisions of the InEx Settlement.

2. Any class member who has already objected to or opted out from the InEx Settlement prior to the date of the Order may withdraw or modify said objection or opt-out notice prior to the end of the Opt-Out/Objection Period (*i.e.,* prior to January 18, 2012) by notifying in writing Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Counsel for InEx, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith, One Shell Square, 701 Poydras Street, 40th

Floor, New Orleans, LA 70139), of their intention to withdraw or modify their objection or opt-out notice.

3.   The formal Fairness Hearing is adjourned until March 7, 2012 at 9:00 a.m., in order to consider comments on and objections to the proposed InEx Settlement and to consider whether (a) to approve thereafter the class settlement as fair, reasonable and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure, (b) to finally certify the settlement class, and (c) to enter the Order and Judgment provided in paragraph 1.20 of the InEx Settlement.

4.   Notice of this Order, the adjournment of the formal Fairness Hearing and the extension of the Opt-Out/Objection Period shall be posted on the Court's Chinese Drywall MDL website.  Additionally, Class Counsel shall request that Notice of this Order, the adjournment of the formal Fairness Hearing and the extension of the Opt-Out/Objection Period be posted the CPSC website, and the Department of Health websites for Alabama, Louisiana, Mississippi, and Texas.

**NEW ORLEANS, LOUISIANA,** this 18th day of November, 2011.

*[signature: Eldon E. Fallon]*

ELDON E. FALLON
United States District Court Judge