UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
CHINESE MANUFACTURED DRYWALL                MDL NO.: 2047
PRODUCTS LIABILITY LITIGATION

                                            SECTION: L
THIS DOCUMENT RELATES TO:
                                            JUDGE: FALLON
HAYA v. TAISHAN GYPSUM CO., LTD
f/k/a SHANDONG TAIHE DONGXIN CO., LTD, ET AL.   MAGISTRATE:
CASE NO.: 2:2011-CV-1077 (E.D. LA.)         JUDGE WILKERSON

_____/

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by MARK A. BOYLE, SR., ESQUIRE of the law firm of Boyle, Gentile, Leonard & Crockett, P.A., as attorney of record for Defendant, AUBUCHON HOMES, INC.  The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, AUBUCHON HOMES, INC., reserves all rights and defenses, including to object to the jurisdiction of venue of this Honorable Court.  Defendant, AUBUCHON HOMES, INC., further avers that this Notice does not constitute as a waiver of service.

                                            Respectfully submitted,

Dated:  November 21, 2011                   /s/ Mark A. Boyle, Sr., Esq.
                                            Mark A. Boyle, Sr., Esq.
                                            FBN:  0005886
                                            Boyle, Gentile, Leonard & Crockett, P.A.
                                            2050 McGregor Boulevard
                                            Fort Myers, Florida  33967
                                            Tel: (239) 337-1303
                                            Fax; (239) 337-7674
                                            MBoyle@BoyleGentileLaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail and upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, Which will send a notice of electronic filing in accordance with procedures established in MDL 3047.

/s/ Mark A. Boyle, Sr., Esq.
Mark A. Boyle, Sr., Esq.