UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| This document relates to: | JUDGE FALLON |
| PAYTON, SEAN AND BETH, ET AL. v. KNAUF GIPS KG., ET AL. | |
| CASE NO. 2:09-cv-07628 (E.D. La.) | MAGISTRATE WILKINSON |

## LIMITED NOTICE OF APPEARANCE

Lisa Young, and the law firm of **VASQUEZ & TOSKO, LLP**, and Brian L. Reboul, and the law firm of **BRIAN REBOUL & ASSOCIATES, LLC,** make an appearance as counsel of record for:

1. **Vicinity Drywall, Inc.**

Appearances on behalf of the above-listed defendant are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated November 21, 2011.

Respectfully submitted,

**VASQUEZ & TOSKO, LLP**

By: ___/s/ Lisa Young___
    **Lisa Young, Atty. at Law**
    Florida Bar No.: 935395
Landmark Center Two
225 E. Robinson St., Suite 525
Orlando, FL 32801
Tel: 1 (407) 481-9300 / Fax: 1 (407) 481-9171
Email: lyoung17@cfl.rr.com

***BRIAN REBOUL & ASSOCIATES, L.L.C.***

By: ___/s/ Brian Reboul___
    **Brian L. Reboul, Esq.**
    (Bar No. 02064)
2805 Division Street, Suite 102
Metairie, Louisiana 70002
Tel: (504) 457-2557 / Fax: (504) 457-2559
Email: brian@reboullaw.com

*Attorneys for Defendant,*
*Vicinity Drywall, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of November, 2011.

/s/ Lisa Young
**LISA YOUNG**

/s/ Brian L. Reboul
**BRIAN L. REBOUL**