UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, behalf of all others, similarly situated, et al., | CASE NO.: 11-1077<br>SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., et al., | |
| Defendants. / | |

## J. HELM CONSTRUCTION, INC.'S MOTION TO STAY OR DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE HAYA SECOND AMENDED OMNIBUS CLASS ACTION COMPLAINT (OMNI IX)

For the reasons discussed in the supporting Memorandum, Defendant J. Helm Construction, Inc. ("J. Helm"), pursuant to Chapter 558, Florida Statutes, and Federal Rule of Civil Procedure 12(b)(6), hereby moves to stay or, alternatively, to dismiss the Second Amended Omnibus Class Action Complaint (Omni IX) served by Plaintiffs Steven and Cathy Etter ("Plaintiffs"), with prejudice.[1]

---

[1] The Memorandum of Law in support of this Motion is attached hereto as **Exhibit A**. Also, per the Local Rules, a Notice of Hearing is attached as **Exhibit B**.

{20937038;1}

Dated: November 21, 2011

                      Respectfully submitted,

                      **AKERMAN SENTERFITT**

                BY:  /s/ Michael A. Sayre
                      Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
                      Samantha J. Kavanaugh (Fla. Bar. No. 0194662)
                      Michael Sayre, Esq. (Fla. Bar No. 17607)
                      One Southeast Third Avenue, 25th Floor
                      Miami, FL 33131-1714
                       Phone: (305) 374-5600
                       Fax: (305) 374-5095
                       Email: valerie.greenberg@akerman.com
                                samantha.kavanaugh@akerman.com
                                michael.sayre@akerman.com

                  *Attorneys for J. Helm Construction, Inc.*

Co-Counsel for J. Helm Construction, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

{20937038;1}

                    2

## CERTIFICATE OF SERVICE

I hereby certify that *J. Helm Construction, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Second Amended Omnibus Class Action Complaint (Omni IX)* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of November, 2011.

/s/ Michael A. Sayre