UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     *     MDL NO. 09-2047
        PRODUCTS LIABILITY LITIGATION     *
                                                                 *     SECTION: L
                                                                 *
                                                                 *     JUDGE FALLON
                                                                 *
                                                                 *     MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO :
ALL CASES
And Robert W. Block III, et al Case No.: 11-1363
Omnibus Class Action Complaint X

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, MICHAEL W. SWITZER and RODNEY J. JANIS and of Wilson Elser Moskowitz Edelman & Dicker, 222 Lakeview Avenue, Suite 500, West Palm Beach, Florida, 33401, are designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of the following named defendant: ROSEN BUILDING SUPPLIES, INC, including but not limited to ROSEN BUILDING SUPPLIES, INC d/b/a ON-SITE MATERIALS.

Dated this 22 day of November, 2011.

By:     /s/ Michael W. Switzer
         Rodney J. Janis, Esquire
         Fla. Bar No. 647896
         Michael W. Switzer, Esquire
         Fla. Bar No. 728268
         WILSON ELSER MOSKOWITZ EDELMAN
         & DICKER
         222 Lakeview Ave., Suite 500
         West Palm Beach, Florida 33401
         Telephone: (561) 515-4000
         Facsimile:(561)515-4001

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer

4829475v.1