UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 09-2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO :
ALL CASES
And Dorothy Arndt, et al. Case No.: 11-2349
Omnibus Class Action Complaint XII

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, MICHAEL W. SWITZER and RODNEY J. JANIS and of Wilson Elser Moskowitz Edelman & Dicker, 222 Lakeview Avenue, Suite 500, West Palm Beach, Florida, 33401, are designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of the following named defendant: ANDREWS HARDWARE COMPANY, INC, including but not limited to ANDREWS HARDWARE COMPANY, INC d/b/a ANDREWS ACE HARDWARE

Dated this 22 day of November, 2011.

By: /s/ Michael W. Switzer
Rodney J. Janis, Esquire
Fla. Bar No. 647896
Michael W. Switzer, Esquire
Fla. Bar No. 728268
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
222 Lakeview Ave., Suite 500
West Palm Beach, Florida 33401
Telephone: (561) 515-4000
Facsimile:(561)515-4001

4829597v.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer

4829597v.1