UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*,
Case No. 2:11-cv-252 (E.D. La.)

*Haya, et al. v. Taishan Gypsum Co., Ltd., et al.*,
Case No. 2:11-cv-1077 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendants, Meritage Homes of Florida, Inc., and Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC, in the above-referenced cases in which these entities are named as a defendant. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

Dated: November 22, 2011    Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Meritage Homes*
333 Avenue of the Americas
Suite 4100
Miami, Florida  33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:    s/ Mark A. Salky
          HILARIE BASS
      Florida Bar No. 334323
         MARK A. SALKY
      Florida Bar No.  058221

3

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 22, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                                     s/ Mark A. Salky
                                                    MARK A. SALKY