UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L(2) |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Robert W. Block, III, et al v. Knauf Gips GP, et al* | * | MAG. WILKINSON |
| Case No.: 2:11-CV-1363 (E.D.La.) | * | |
| * * * * * * * * * | | |

## NOTICE OF LIMITED APPEARANCE AS COUNSEL

Doris T. Bobadilla and Andrew J. Gibson hereby file their Notice of Limited Appearance as Counsel for Timberline Homes, Inc., which: (1) objects on the bases of lack of personal jurisdiction, improper venue, and failing to state a claim upon which relief can be granted; (2) reserves all rights Timberline Homes, Inc. may have to object to jurisdiction, venue and/or service; and (3) reserves all other objections and defenses that Timberline Homes, Inc. may have. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

Respectfully submitted,

s/ Doris T. Bobadilla
_____
DORIS T. BOBADILLA, (#24025)
ANDREW J. GIBSON (#29583)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana 70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
E-mail: dbobadilla@gjtbs.com
E-mail: agibson@gjtbs.com
**COUNSEL FOR TIMBERLINE HOMES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Limited Appearance as Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

s/ Doris T. Bobadilla
_____
DORIS T. BOBADILLA