UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
       PRODUCTS LIABILITY LITIGATION
                                        SECTION: L

THIS DOCUMENT RELATES TO:               JUDGE FALLON
                                        MAG. JUDGE WILKINSON

*Block, et al., v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*,
Case No. 2:11-cv-1363 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant, Toll Estero Limited Partnership d/b/a Toll Brothers. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: November 22, 2011                Respectfully submitted,

                                        **GREENBERG TRAURIG, P.A.**
                                        *Attorneys for Toll Estero Limited Partnership d/b/a Toll Brothers*
                                        333 Avenue of the Americas
                                        Suite 4100
                                        Miami, Florida  33131
                                        Telephone: (305) 579-0500
                                        Facsimile:  (305) 579-0717
                                        E-mail: bassh@gtlaw.com
                                        E-mail: salkym@gtlaw.com

                                        By:   s/ Mark A. Salky
                                              HILARIE BASS
                                          Florida Bar No. 334323
                                              MARK A. SALKY
                                          Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 22, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                            s/ Mark A. Salky
                                            MARK A. SALKY