UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL         MDL No. 2047
          PRODUCTS LIABILITY LITIGATION

                                                                    SECTION: L

THIS DOCUMENT RELATES TO:                          JUDGE FALLON
                                                                    MAG. JUDGE WILKINSON

*Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*,
Case No. 2:11-cv-080 (E.D. La.)

*Payton, et al. v. Knauf GIPS KG, et al.*,
Case No. 2:09-cv-07628 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendants, GL Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd., and G.L. Homes of Davie Associates, III, Ltd., in any of the above-referenced cases in which these entities are named as a defendant.  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

Dated: November 22, 2011

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for G.L. Homes*
333 Avenue of the Americas
Suite 4100
Miami, Florida  33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:    s/ Mark A. Salky
      HILARIE BASS
   Florida Bar No. 334323
     MARK A. SALKY
   Florida Bar No.  058221

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 22, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                                              s/ Mark A. Salky
                                                              MARK A. SALKY