MINUTE ENTRY
FALLON, J.
NOVEMBER 21, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss discovery and depositions of the Taishan entities. Lenny Davis, Arnold Levin, and Fred Longer participated on behalf of the Plaintiffs' Steering Committee's ("PSC"). Joe Cyr and Frank Spano participated on behalf of the Taishan entities.

The conference was transcribed by official court reporter, David Zarek. Copies of the transcript may be purchased by contacting Mr. Zarek at (504) 523-6062.

At the conclusion of the conference, the Court directed the Taishan entities to report to the Court at the latest on Monday, November 28, 2011[1], as to whether the depositions will be proceeding and any other information relevant to the depositions.

---

[1] During the conference the Court inadvertently selected December 5, 2011 as the deadline for reporting to the Court. However, the Court realizes this is far too long a delay to provide this crucial information.

JS10(00:30)