UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

      At past monthly status conferences the Plaintiffs' Liaison Counsel has expressed concern regarding the growing number of *pro se* claimants who are seeking information and/or representation regarding the MDL litigation and has requested that the Court appoint a *pro se* curator to address these issues.  On November 8, 2011, the Court issued an Order declaring its intent to appoint Robert M. Johnston as a Federal Rule of Civil Procedure 53 *pro se* curator, published Mr. Johnston's Rule 53-required affidavit, and invited comments and objections to this appointment.  *See* (R. Doc. 11167).  No timely comments or objections were filed by the indicated deadline.  The Court announced at the November monthly status conference it would in fact appoint Mr. Johnston.

      Accordingly, IT IS ORDERED that the Court hereby appoints Robert M. Johnston of Johnston, Hoefer, Holwadel & Eldridge, 400 Poydras Street, Suite 2450, New Orleans, Louisiana 70130, as *pro se* curator.  As demonstrated by the previously-submitted affidavit, Mr. Johnston's appointment does not present grounds for disqualification under 28 U.S.C. § 455.  This appointment is made pursuant to Rule 53 and the inherent authority of the Court.  The Court sets forth below the circumstances giving rise to the appointment and the duties and terms of the appointment.

      On May 13, 2011, the Court issued a Preliminary Approval Order (R. Doc. 8818) of the

Interior Exterior Class Action Settlement Agreement. Thereafter, on August 11, 2011, the Court issued a Preliminary Approval Order of another settlement, the Banner Class Action Settlement Agreement (R. Doc. 10064). Notice for each of these settlements has been issued. The final fairness hearings of each class action settlement agreement are scheduled for February 3, 2012. *See* (R. Doc. 10185). The Court anticipates more settlement agreements to be reached in the near future. Because these agreements affect the rights of numerous individuals and entities, including many without representation, the Court finds the appointment of Mr. Johnston to assist with the unrepresented interests appropriate.

Mr. Johnston's rights and responsibilities in his capacity as *pro se* curator include:

(1) Explaining to *pro se* claimants the important deadlines in the settlement agreements and their options regarding prosecution of their claims, including whether to participate in the class settlements or not.

(2) Making available to *pro se* claimants important documents, including the class settlement agreements, notice of these agreements, and related information, and assisting with any questions regarding these documents.

(3) Informing *pro se* claimants that they may retain separate counsel and if appropriate, providing the name and contact information for counsel handling MDL matters in the jurisdiction in which the claimant resides.

(4) If a *pro se* claimant seeks to participate in the class settlement agreements, assisting he or she with doing so.

(5) Engaging support and administrative personal to assist with the discharge of his duties upon approval from Judge Eldon E. Fallon.

(6) If appropriate, initiating contact and communicating with *pro se* claimants, parties, or

counsel for any plaintiff.

(7) Receiving compensation from the Court-appointed Plaintiffs' Steering Committee ("PSC") at a rate of $250.00 per hour, $175.00 per hour for his associates, and $95.00 per hour for his paralegals. Such payments are to be accounted for as costs for common benefit and to be reimbursed subject to future orders of the Court.

(8) Keeping detailed time records regarding his service as curator. Submitting itemized bills on a quarterly basis to Judge Eldon E. Fallon for approval. Copies of records and bills are to be sent to the Plaintiffs' Liaison Counsel and Philip A. Garrett, the Court-appointed CPA.

(9) Submitting monthly reports to the Court, with copies to the parties, regarding his responsibilities as curator.

(10) Maintaining a log of calls from *pro se* claimants, including the name and contact information for each claimant and the date of communication. Retaining all written information obtained from *pro se* claimants.

New Orleans, Louisiana, this 21st day of November 2011.

                                                        */s/ Eldon E. Fallon*
                                                       UNITED STATES DISTRICT JUDGE