UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Leave to file Supplemental Response to Plaintiffs' Steering Committee and The Knauf Entities' Joint Motion for Approval of Term Sheet Agreement ("Supplemental Response") filed by Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), Southern Homes is granted leave, and its Supplemental Response is accepted into the Record.

New Orleans, Louisiana this ____21st____ day of November, 2011.

_____
**JUDGE ELDON E. FALLON**