**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL NO. 2047 SECTION: L  JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| *ALL CASES* | | |

* * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' STEERING COMMITTEE AND THE KNAUF ENTITIES' JOINT MOTION FOR APPROVAL OF TERM SHEET AGREEMENT WITH THE KNAUF ENTITIES REGARDING THEIR SETTLEMENTS WITH HOMEBUILDERS**

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), submit the following supplemental response to the above-referenced joint motion by the Plaintiffs' Steering Committee ("PSC") and the Knauf Entities.[1]

Since the time the PSC and the Knauf Entities originally moved this Court to approve the above-referenced Term Sheet Agreement [Doc. 102273] and since Southern Homes filed its initial

---

[1] Southern Homes previously filed a response on September 12, 2011. [Rec. 10303]

response on September 12, 100, the following representations have been made to Southern Homes by the Knauf Entities and the Homebuilders' Steering Committee.  First, **no** property originally constructed by Southern Homes or having had Knauf-manufactured drywall installed therein by Southern Homes after original construction has been listed on either of the exhibits filed under seal in connection with the Term Sheet Agreement.  Second, the Term Sheet Agreement addresses existing and potential settlement agreements between the Knauf Entities and builders that have **already** remediated homes of drywall manufactured by the Knauf Entities.  Third, the Term Sheet Agreement does **not** affect or impact negotiations or future settlement agreements between the Knauf Entities and homebuilders who have not yet remediated homes of drywall manufactured by the Knauf Entities, including, without limitation, Southern Homes.

As the manufacturers of a defective product, the Knauf Entities are responsible under Louisiana law for all damages and attorney's fees incurred by Southern Homes and other Louisiana builders in connection with their defective product.

        Respectfully submitted,

        /s/ James M. Garner
        JAMES M. GARNER, T.A. (# 19589)
        MARTHA Y. CURTIS (# 20446)
        MATTHEW C. CLARK (#31102)
        **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
        909 Poydras Street, 28th Floor
        New Orleans, Louisiana 70112-1033
        Telephone: (504) 299-2100
        Facsimile: (504) 299-2300
        COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Supplemental Response to Plaintiffs' Steering Committee and the Knauf Entities' Joint Motion for Approval of Term Sheet Agreement with the Knauf Entities Regarding Their Settlements with Homebuilders has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of November, 2011.

        /s/ James M. Garner
        JAMES M. GARNER