**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

PAYTON, SEAN AND BETH, ET AL. v.
KNAUF GIPS KG, ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:09-cv-07628 (E.D. La.)

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

MAY IT PLEASE THE COURT:

Defendant, **Vicinity Drywall, Inc.**, by and through undersigned counsel, hereby files this Opposition to Plaintiffs' Omnibus Motion for Preliminary Default Judgment. Defendant, **Vicinity Drywall, Inc.** has not submitted to the jurisdiction of this Court; and, specifically reserves its rights to contest jurisdiction; and, the filing of this Memorandum in Opposition should not be construed as a waiver of jurisdiction.

Defendant, **Vicinity Drywall, Inc.**, has previously filed a Limited Notice of Appearance in the consolidated class action entitled "*Amato, et al v. Liberty Mutual Ins. Co., et al*, USDC E.D. of La. No. 2:10-cv-00932."

Defendant, **Vicinity Drywall, Inc.**, has been named a defendant by two (2) plaintiffs, Aurora Barcia (*Amato* Petition, plaintiff #36); and, Lynn Lukaszewski (*Amato* Petition, plaintiff #253).

1

On or about October 25, 2010, **Vicinity Drywall, Inc.** filed a Notice of Appearance and Corporate Disclosure in the *Amato* litigation (Lexis/Nexis Transaction #33985762).

Apparently, the same plaintiffs, Lynn Lukaszewski and Aurora Barcia have filed an identical cause of action against **Vicinity Drywall, Inc.** in the above entitled litigation, *Payton, et al v. Knauf GIPS KG., et al*, USDC – E.D. of La. #2:09-cv-07628.  In the *Payton* litigation, the plaintiff's identification number for Lynn Lukaszewski is 195; and, the plaintiff, Aurora Barcia's identification number is 2041.

Plaintiffs, Aurora Barcia and Lynn Lukaszewski have now moved this Court for a Preliminary Default Judgment because **Vicinity Drywall, Inc.** has not filed a Notice of Appearance in the above entitled litigation, *i.e., Payton, et al v. Knauf GIPS KG., et al*, USDC – E.D. of La. #2:09-cv-07628.

Defendant, **Vicinity Drywall, Inc.** has now filed its Notice of Appearance in *Payton v. Knauf* case, transaction #11303.  Accordingly, **no Default Judgment should be entered against Vicinity Drywall, Inc.** in this case or in any other consolidated class action matter.

Dated November 22, 2011.

Respectfully submitted,

**BRIAN REBOUL & ASSOCIATES, L.L.C.**


By:  ___/s/  Brian Reboul_____
     **Brian L. Reboul, Esq.**
     Louisiana Bar No. 02064
2805 Division Street, Suite 102
Metairie, Louisiana 70002
Tel:  (504) 457-2557 Fax:  (504) 457-2559
Email:  brian@reboullaw.com

VASQUEZ & TOSKO, LLP

By:  ___/s/_Lisa Young_____
      **Lisa Young, Atty. at Law**
      Florida Bar No.:  935395
Landmark Center Two
225 E. Robinson St., Suite 525
Orlando, FL  32801
Tel:  1 (407) 481-9300
Fax:  1 (407) 481-9171
Email:  lyoung17@cfl.rr.com

*Attorneys for Defendant,*
*Vicinity Drywall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum in Opposition to Plaintiffs' Omnibus Motion for Preliminary Default Judgment** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

_/s/ Brian L. Reboul_
**BRIAN L. REBOUL**

_/s/ Lisa Young_
**LISA YOUNG**