UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

## ORDER

Upon consideration of PLAINTIFFS (OSIZY AND MARGIE MCCRORY, BOBBY AND CELIA MCTIGUE, VIRGIL AND ROSETTA MITCHELL, GEORGE AND DEBORAH STEWART) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND HOME DEPOT USA, INC., PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs, (Osizy and Margie McCrory, Bobby and Celia McTigue, Virgil and Rosetta Mitchell, George and Deborah Stewart), claims against all defendants, including their claims against the Knauf Defendants and Home Depot USA, Inc., are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this 21st day of November, 2011.

Eldon E. Fallon
United States District Court Judge