UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

## ORDER

Upon consideration of PLAINTIFFS (RAYMOND AND ROSE FRAZIER, GERALDINE GALLOWAY, JEFFREY AND LAUREN KING, JOSEPH AND SHERRY LOPER, TERRI AND TERRY MARANOCI , GREGORY MARSHALL, THOMAS C. RANDLE AND ANN RANDLE POCHE, VALERIE SHERROD) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS , PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs, (Raymond and Rose Frazier, Geraldine Galloway, Jeffrey and Lauren King, Joseph and Sherry Loper, Terri and Terry Maranoci, Gregory Marshall, Thomas C. Randle and Ann Randle Poche, Valerie Sherrod), claims against all defendants, including their claims against the Knauf Defendants, are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
Eldon E. Fallon
United States District Court Judge