UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

## ORDER

Upon consideration of PLAINTIFFS (JOEY AND AMANDA GALLE, JOSEPH AND DEBBIE GALLE) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, OCEAN SPRINGS LUMBER COMPANY, LLC, AND BAILEY LUMBER & SUPPLY COMPANY OF BILOXI, PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs, (Joey and Amanda Galle, Joseph and Debbie Galle), claims against all defendants, including their claims against the Knauf Defendants, Ocean Springs Lumber Company, LLC, and Bailey Lumber & Supply Company of Biloxi, are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
Eldon E. Fallon
United States District Court Judge