UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED * MDL No. 2047
DRYWALL PRODUCTS LIABILITY *
LITIGATION *
 *
THIS DOCUMENT RELATES TO: * JUDGE FALLON (L)
 *
ALL CASES *
 *
 * MAGISTRATE WILKINSON (4)

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

EDUARDO G. GOUDIE

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Gregan Construction, Inc., ("Gregan Construction "), and as such, has personal knowledge of the following based on his review of records maintained by Gregan Construction in the regular course of business.

2. Gregan Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Miami-Dade County, Florida.

3. Gregan Construction is a general contractor that contracts with third party vendors for the construction of homes.

4. Gregan Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Gregan Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT "A"

6. Gregan Construction does not have an agent for service of process in Louisiana.

7. Gregan Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Gregan Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Gregan Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Gregan Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Gregan Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Gregan Construction never anticipated it would be haled into court in Louisiana.

_____
EDUARDO G. GOUDIE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 28 DAY OF October, 2011

_____
NOTARY PUBLIC

SARA JAZMIN RUIZ
Notary Public - State of Florida
My Comm. Expires Apr 10, 2015
Commission # EE 70355
Bonded Through National Notary Assn