## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**David and Cheryl Gross, et al. v.**<br>**Knauf Gips, KG, et al.**<br>**Case No. 09-6690** | |

## ORDER

Upon consideration of WAYNE CLARKE'S MOTION TO DISMISS ALL CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC., PURSUANT TO FED.R.CIV. P. 41(a), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiff, Wayne Clark, claims against all defendants, including his claims against the Knauf Defendants and Colvin Homes, Inc., are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction over the parties and claims to address issues pertaining to the entitlement to and amount of reasonable attorney's fees, if any, to be awarded, including common benefit awards attributable to any appropriate parties.

New Orleans, Louisiana, this 21st day of _____November_____, 2011.

_____

Eldon E. Fallon
United States District Court Judge