UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECT. L, MAG 2 |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 11-1077<br>*Haya, Et Al v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd Et Al.* | ) ) ) ) ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz Law Group and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Deerfield Court Townhomes, LLC, pursuant to Plaintiffs' Second Amended Complaint. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, FL 33487
Ph: 561-395-4747
Fx: 561-367-1550
sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of November, 2011.

                                                                       /s/ Steven G. Schwartz_____
                                                                       Steven G. Schwartz, Esq.

l:\open files\100492\pleadings\haya\n-appearance-complaint-deerfield court.doc