UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION: L |
| *Abel v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>**Civil Action No. 11-080** | ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF COUNSEL
FOR COASTAL LIVING HOMES, L.L.C. AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW the undersigned law firm of Pugh, Accardo, Haas, Radecker, Carey & Hymel, L.L.C. and hereby files this notice that Donna M. Young, whose contact information appears below, is appearing as counsel on behalf of Defendant, Coastal Living Homes, LLC ("**Coastal Living**"). Coastal Living expressly reserves all rights and defenses, including objection to jurisdiction or venue of this Honorable Court. Coastal Living further avers that this Notice does not constitute a waiver of service. It is respectfully requested that all future pleadings, documents, and correspondence in connection with this action be served upon Donna M. Young.

This the 22nd day of November 2011.

>Respectfully submitted,
>
>PUGH, ACCARDO, HAAS, RADECKER,
>CAREY & HYMEL, L.L.C.
>
>BY:   */s/ Donna M. Young*
>      DONNA M. YOUNG, T.A. (LA #20936)
>      1100 Poydras Street, Suite 3200
>      New Orleans, Louisiana 70163-1132
>      Telephone:   (504) 799-4500
>      Facsimile:   (504) 799-4520
>      E-mail:   dyoung@pugh-law.com
>
>*Attorney for Coastal Living Homes, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Notice of Appearance of Counsel for Coastal Living Homes, LLC and Request for Service of All Documents and Pleadings** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

>      */s/ DONNA M. YOUNG*
>      DONNA M. YOUNG (LA #20936)