# EXHIBIT B



31672673

Jun 16 2010
2:38PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | Section  L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | : | |
| ALL CASES | : | MAG. JUDGE WILKINSON |
| | : | |

## NOTICE OF APPEARANCE

COME NOW Edward J. Briscoe, Esq., Donald W. Hardeman, Esq. and Elizabeth J. Ferry,

Esq. of the law firm Fowler White Burnett, P.A., and hereby give notice of their appearance as

counsel for Defendant BLACK BEAR GYPSUM, LLC, and request that copies of all motions,

pleadings, orders, and other documents filed in the instant case be served upon them at the address

as set forth below.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Donald W. Hardeman
Fla. Bar No. 180982
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

IN RE: CHINESE-MANUFACTURED                                    MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION                          Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2010.

/s/Edward J. Briscoe
Edward J. Briscoe

W:\79857\NOTAPP75-obo Black Bear Gypsum LLC.SMH