# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED : MDL No. 2047
DRYWALL PRODUCTS LIABILITY : Section L
LITIGATION :
: JUDGE FALLON
: MAG. JUDGE WILKINSON
THIS DOCUMENT RELATES TO: :
:
ALL CASES :

### DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: Black Bear Gypsum Supply, Inc.

B. Distributor's Address: P.O. Box 17406, Clearwater, FL 33762

C. Website: www.bbgypsum.com

D. Headquarters if Foreign: Not applicable.

E. Address of USA Headquarters: None. Defendant company has dissolved.

F. Name of supervisor at USA Headquarters: Gina Milinovich

G. Principal Place of Business in USA: None. Defendant company has dissolved.

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
No.

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.
No.

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.
B. Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131
C. Phone Number: (305) 789-9200
D. Fax Number: (305) 789-9201
E. E-Mail: ebriscoe@fowler-white.com


A. Name: Michelle Krone, Kubicki Draper
B. Address: 13350 Metro Parkway, Suite 401, Fort Myers, FL 33966
C. Phone Number: (239) 334-8403
D. Fax Number: (239) 939-0700
E. E-Mail: mmk@kubickidraper.com


## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: La Suprema Enterprise, Inc.
   1. Name of Chinese Drywall Manufacturer, if known: Unknown
   2. Address of Chinese Drywall Manufacturer, if known: Unknown
   3. Name of Chinese Drywall Product, if known: Unknown
   4. Dates of purchase(s): March 2006
   5. Total Volume of Received Chinese Drywall Product: 3,420 pieces
   6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): Unknown
   7. List all trademarks of the product, if known: Unknown
   8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: Unknown

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

   Name of entity providing storage: <u>Unknown</u>

   Address of entity providing storage: <u>Unknown</u>

   Dates product was stored:

   <u>Unknown</u> (Month/Day/Year) to <u>Unknown</u> (Month/Day/Year)

   Quantity of product stored: <u>Unknown</u>

   Price paid for storage: <u>Unknown</u>

   Name of contact person at storage facility: <u>Unknown</u>

   Phone number: <u>Unknown</u>

   Email address: <u>Unknown</u>

   List any complaints made or received regarding storage of the product:

   <u>Unknown</u>

B. Source: <u>Independent Builders Supply Association</u>

   1. Name of Chinese Drywall Manufacturer, if known: <u>Unknown.</u>
   2. Address of Chinese Drywall Manufacturer, if known: <u>Unknown.</u>
   3. Name of Chinese Drywall Product, if known: <u>Unknown.</u>
   4. Dates of purchase(s): <u>July 2006</u>
   5. Total Volume of Received Chinese Drywall Product: <u>3,332 pieces</u>
   6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): <u>Unknown.</u>
   7. List all trademarks of the product, if known: <u>Unknown.</u>
   8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: <u>North Pacific</u>

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: <u>Unknown</u>

Address of entity providing storage: <u>Unknown</u>

Dates product was stored:

<u>Unknown</u> (Month/Day/Year) to <u>Unknown</u> (Month/Day/Year)

Quantity of product stored: <u>Unknown</u>

Price paid for storage: <u>Unknown</u>

Name of contact person at storage facility: <u>Unknown</u>

Phone number: <u>Unknown</u>

Email address: <u>Unknown</u>

List any complaints made or received regarding storage of the product:

<u>Unknown</u>

C. Source: <u>Independent Builders Supply Association</u>

1. Name of Chinese Drywall Manufacturer, if known: <u>Unknown.</u>
2. Address of Chinese Drywall Manufacturer, if known: <u>Unknown.</u>
3. Name of Chinese Drywall Product, if known: <u>Unknown.</u>
4. Dates of purchase(s): <u>August - October 2006</u>
5. Total Volume of Received Chinese Drywall Product: <u>66,000 pieces</u>
6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): <u>Unknown.</u>
7. List all trademarks of the product, if known: <u>Unknown.</u>
8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: <u>Metro Resources Corp.</u>

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: <u>Material was stored by Metro Resources Corp.</u>

Address of entity providing storage: <u>1103 N. 22nd Street, Tampa, FL 33605</u>

Dates product was stored:

<u>Unknown</u> to <u>Unknown</u> (Month/Day/Year)

Quantity of product stored: <u>Unknown</u>

Price paid for storage: <u>Unknown</u>

Name of contact person at storage facility: <u>Unknown</u>

Phone number: <u>Unknown</u>

Email address: <u>Unknown</u>

List any complaints made or received regarding storage of the product:

<u>Unknown</u>

## IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

<u>Black Bear did not track shipments of this product or any other during the time period at issue. Black Bear sells primarily to contractors and delivers material to the contractors' job sites. This material made up only a small portion of the same size and type of drywall Black Bear sold at the time.</u>

## V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

    1. For each policy, identify the following:

Insurer: <u>Zurich North American</u>

Dates policy in effect:

<u>8/30/02</u> to <u>8/30/05</u> (Month/Day/Year)

Policy Numbers: <u>PAS 041145096 (8/30/02-8/30/04); PAS 00131278 ((8/30/04 - 8/30/05)</u>

Type of Policy: <u>General Liability</u>

Insurance Agent: <u>Wallace Welch & Willingham; Northeast Underwriters</u>

Policy Coverage Limits: <u>$1,000,000.00 per occurrence; $2,000,000.00 aggregate</u>

Insurer: <u>Scottsdale Insurance</u>

Dates policy in effect:

<u>8/30/05</u> to <u>12/4/05</u> (Month/Day/Year)

Policy Number: <u>Unknown</u>

Type of Policy: <u>General Liability</u>

Insurance Agent: <u>Unknown</u>

Policy Coverage Limits: <u>$1,000,000.00 per occurrence; $2,000,000.00 aggregate</u>

---

[1] Listing policies does not purport to represent coverage status.

Insurer: Travelers Property Casualty Company of America

Dates policy in effect:

11/22/05 to 11/22/07 (Month/Day/Year)

Policy Numbers: Y-630-918K1987-TIL-05 (11/22/05-11/22/06)

Y-630-918K1987-TIL-06 (11/22/06-11/22/07)

Type of Policy: General Liability

Insurance Agent: Northeast Underwriters

Policy Coverage Limits: $1,000,000.00 per occurrence; $2,000,000.00 aggregate

Insurer: FCCI

Dates policy in effect:

11/22/07 to 3/12/08 (Month/Day/Year)

Policy Numbers: CP00041251; GL00064731; CA00097271; CM00035291

Type of Policy: General Liability

Insurance Agent: Wallace Welch & Willingham

Policy Coverage Limits: $1,000,000.00 per occurrence; $2,000,000.00 aggregate

Insurer: Safeco (Liberty Mutual)

Dates policy in effect:

9/3/08 to 12/4/09 (Month/Day/Year)

Policy Number: Unknown

Type of Policy: General Liability

Insurance Agent: Unknown

Policy Coverage Limits: $1,000,000.00 per occurrence; $2,000,000.00 aggregate

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: 9-8-09

_____
Black Bear Gypsum Supply, Inc.

By: Gina Milinovich

Its: President