# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED : MDL No. 2047
DRYWALL PRODUCTS LIABILITY : Section L
LITIGATION :
: JUDGE FALLON
: MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

## GENERAL STATEMENT

Although the above-named entity is named as a distributor defendant in Chinese drywall litigation pending in the U.S. District Court for the Eastern District of Louisiana, at no time was this entity, which was first formed and registered May 6, 2009, ever involved in any transaction of Chinese drywall. This entity did not buy or sell any drywall, of foreign or domestic manufacture, and thus this entity is improperly named in the instant litigation. Therefore, the following questions are not applicable to this entity and are answered as such.

## I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: __Black Bear Gypsum, LLC__

B. Distributor's Address: __P.O. Box 17406, Clearwater, FL 33762__

C. Website: __Not applicable__

D. Headquarters if Foreign: __Not applicable__

E. Address of USA Headquarters: __None. Defendant company has dissolved.__

F. Name of supervisor at USA Headquarters: __Gina Milinovich__

G. Principal Place of Business in USA: __None. Defendant company has dissolved.__

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
__No.__

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.
__Not applicable. See General Statement above. This entity did not install drywall.__

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: __Edward J. Briscoe, Fowler White Burnett, P.A.__

B. Address: __1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131__

C. Phone Number: __(305) 789-9200__

D. Fax Number: __(305) 789-9201__

E. E-Mail: __ebriscoe@fowler-white.com__

## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: __Not applicable. See General Statement above.__

   1. Name of Chinese Drywall Manufacturer, if known: _____

   2. Address of Chinese Drywall Manufacturer, if known: _____

   3. Name of Chinese Drywall Product, if known: _____

   4. Dates of purchase(s): _____

   5. Total Volume of Received Chinese Drywall Product: _____

   6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number,

serial number, color markings, UPC codes, etc.):_____

_____

7. List all trademarks of the product, if known:_____

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

_____

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:_____

Address of entity providing storage:_____

Dates product was stored:

___/___/_____ (Month/Day/Year) to ___/___/_____ (Month/Day/Year)

Quantity of product stored:_____

Price paid for storage:_____

Name of contact person at storage facility:_____

Phone number:_____

Email address:_____

List any complaints made or received regarding storage of the product:

_____

_____

## IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

___Not applicable. See General Statement above._____

## V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

    Not applicable. See General Statement above.

1. For each policy, identify the following:

   Insurer:_____

   Dates policy in effect:

   ___/___/___ (Month/Day/Year) to ___/___/___ (Month/Day/Year)

   Policy Number:_____

   Type of Policy:_____

   Insurance Agent:_____

   Policy Coverage Limits:_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Date: 7-30-10

Black Bear Gypsum, LLC
By Gina Milinovich, Managing Member

7/30/10

[1] Listing policies does not purport to represent coverage status.



Notary Public State of Florida
Cheryl Stocks
My Commission DD598053
Expires 09/24/2010