# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          :          MDL No. 2047
DRYWALL PRODUCTS LIABILITY           :          Section L
LITIGATION                           :
_____    :
                                     :          JUDGE FALLON
                                     :          MAG. JUDGE WILKINSON
THIS DOCUMENT RELATES TO:            :
                                     :
ALL CASES                            :
_____    :

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

## I.   IDENTIFICATION AND CONTACT INFORMATION

A.  Distributor's Name: Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials

B.  Distributor's Address: 8040 N. Palafox Street, Pensacola, FL 32534

C.  Website: www.ecbmfl.com

D.  Headquarters if Foreign: Not applicable.

E.  Address of USA Headquarters: 5218 South National Drive, Knoxville, TN 37914

F.  Name of supervisor at USA Headquarters: Mike Colvin

G.  Principal Place of Business in USA: 5218 South National Drive, Knoxville, TN 37914

H.  Has Distributor operated under any other names from 2001 to 2009? If so, please list and
    explain for each different locale.
    No.

I.   Did Distributor also install Chinese drywall?  If so, describe involvement as an installer.

No.

## II.   COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.

B. Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131

C. Phone Number: (305) 789-9200

D. Fax Number: (305) 789-9201

E. E-Mail: ebriscoe@fowler-white.com

## III.   DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: North Pacific

1.  Name of Chinese Drywall Manufacturer, if known: Taian Taishan Plasterboard Co. Ltd. (per information obtained from North Pacific)

2.  Address of Chinese Drywall Manufacturer, if known: Unknown.

3.  Name of Chinese Drywall Product, if known: ½" x 4' x 12' Regular Drywall

4.  Dates of purchase(s): July 27, 2006 through August 23, 2006

5.  Total Volume of Received Chinese Drywall Product: 11,900 pieces (571,200 sq. ft.)

6.  Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): "Made in China"

7.  List all trademarks of the product, if known: Unknown.

8.  The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

Importer: Devon International Trading, Inc. a/k/a Devon International Industries, Inc.

1100 1st Avenue, Suite 100, King of Prussia, PA 19406

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: <u>Port of Pensacola / Pate Stevedore Co. (Material was</u>

<u>stored for Devon International and was picked up by Smoky Mountain at Port of</u>

<u>Pensacola.)</u>

Address of entity providing storage: <u>700 S. Barracks Street, Pensacola, FL 32502</u>

Dates product was stored:

<u>Unknown</u>  (Month/Day/Year) to <u>Unknown</u>  (Month/Day/Year)

Quantity of product stored: <u>Unknown</u>

Price paid for storage: <u>Unknown</u>

Name of contact person at storage facility: <u>Unknown</u>

Phone number: <u>Port of Pensacola: (850) 436-5070  Pate Stevedore Co.: (850) 438-3648</u>

Email address: <u>Unknown</u>

List any complaints made or received regarding storage of the product:

<u>None.</u>

## IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall.  If yes, provide names and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

<u>Smoky Mountain did not track shipments of this product or any other during the time period at</u>

<u>issue.  Smoky Mountain sells primarily to contractors and delivers material to the contractors'</u>

<u>job sites.  This material made up only a small portion of the same size and type of drywall</u>

<u>Smoky Mountain sold at the time.</u>

## V.  INSURANCE

A.  Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

    1.  For each policy, identify the following:

Insurer: Travelers Property Casualty Company of America

Insurance Agent: William Hamilton, Willis of Tennessee, P.O. Box 19820, Knoxville, TN 37919

Dates policy in effect: 6/01/06 to 6/01/07 (Month/Day/Year)

Policy Number: 630962J0712

Type of Policy: General Liability

Policy Coverage Limits: $1,000,000.00 per occurrence, $2,000,000.00 aggregate


Dates policy in effect: 6/01/06 to 6/01/07 (Month/Day/Year)

Policy Number: CUP6378C577

Type of Policy: Umbrella

Policy Coverage Limits: $5,000,000.00


Dates policy in effect: 6/01/07 to 6/01/08 (Month/Day/Year)

Policy Number: 630962J0712

Type of Policy: General Liability

Policy Coverage Limits:  $1,000,000.00 per occurrence, $2,000,000.00 aggregate


Dates policy in effect: 6/01/07 to 6/01/08 (Month/Day/Year)

Policy Number: CUP6378C577

Type of Policy: Umbrella

Policy Coverage Limits: $10,000,000.00

---

[1]   Listing policies does not purport to represent coverage status.

Insurer: Wausau General Insurance Company

Insurance Agent: William Hamilton, Willis of Tennessee, P.O. Box 19820, Knoxville, TN 37919

Dates policy in effect: 6/01/08 to 6/01/09 (Month/Day/Year)

Policy Number: TBKZ91449505028

Type of Policy: General Liability

Policy Coverage Limits: $1,000,000.00 per occurrence, $2,000,000.00 aggregate


Dates policy in effect: 6/01/08 to 6/01/09 (Month/Day/Year)

Policy Number: THCZ91449505048

Type of Policy: Umbrella

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: 9-8-09

Emerald Coast Building Materials

By: William B. Batting

Its: General Manager