# EXHIBIT F

## Victoria W. Khonsary

**From:** Jim Reeves <jrr@lumpkinreeves.com>
**Sent:** Friday, January 08, 2010 12:53 PM
**To:** Donald W. Hardeman
**Cc:** BSTECKLE@baronbudd.com; bgordon@levinlaw.com
**Subject:** CDW -- Smokey Mountain/Emerald Coast & Black Bear

Mr. Hardeman:

Ben Gordon, Bruce Steckler and I will be taking the deposition of the above entities in this case. Would you please provide us with potential dates for the 30(b)(6) depositions sometime within the next month?

It might be productive to schedule them back-to-back, and it may be more convenient for all to do them in one city. We would be available to take them in Pensacola, New Orleans, Atlanta. I understand Smokey Mountain is based in Carolina. Let me know your thoughts and I look forward to working with yhou.


Jim Reeves
Lumpkin & Reeves, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@lumpkinreeves.com; khs@lumpkinreeves.com

1

# Victoria W. Khonsary

**From:** Grand, Jeff <jgrand@seegerweiss.com>
**Sent:** Wednesday, January 13, 2010 2:34 PM
**To:** Donald W. Hardeman
**Subject:** RE: Smokey Mountain Chinese Drywall Discovery

I'm still waiting on the list from Lennar that I think will work for multiple defendants. I'll send as soon as I receive final list.

---

**From:** Donald W. Hardeman [mailto:DWH@FOWLER-WHITE.COM]
**Sent:** Wednesday, January 13, 2010 2:13 PM
**To:** Grand, Jeff
**Subject:** RE: Smokey Mountain Chinese Drywall Discovery

Jeff, the test ESI search was limited to emails because all of the rest of Smoky Mountain's production responses were submitted in hard copy. Whatever was created in word processing was located, copied and produced.

Have you been able to get your hands on a proposed order establishing ESI search parameters for defendants similarly situated as Smoky Mountain (i.e. small fry distributors?)

In my absence, attorney Ed Briscoe of this office will be attending the MDL status conference tomorrow by phone. If he has questions, can he contact you at 888-584-0411?

Donald W. Hardeman, Jr.
Fowler White Burnett, PA
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Direct (305)789-9293
Fax (305)789-9201
dhardeman@fowler-white.com

>>> "Grand, Jeff" <jgrand@seegerweiss.com> 1/12/2010 3:28 PM >>>

Are you saying there is no correspondence, spreadsheets, or memoranda that would have been created and existed in a word processing document?

---

**From:** Donald W. Hardeman [mailto:DWH@FOWLER-WHITE.COM]
**Sent:** Tuesday, January 12, 2010 3:24 PM
**To:** Grand, Jeff
**Subject:** RE: Smokey Mountain Chinese Drywall Discovery

1

Jeff, since Smoky Mountain earlier provided hard copies of all of their production responses to the PSC's requests for production, this ESI search was for emails only. You should have everything else except for those items that are subject to a privilege log.

Donald W. Hardeman, Jr.
Fowler White Burnett, PA
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Direct (305)789-9293
Fax (305)789-9201
dhardeman@fowler-white.com


>>> "Grand, Jeff" <jgrand@seegerweiss.com> 1/12/2010 2:11 PM >>>

Don, use of the boolean searches provided by the PSC should eliminate many false positives. Also, please verify that these searches were conducted on all categories of documents and not just emails. Thanks.


**From:** Victoria W. Khonsary [mailto:VWK@FOWLER-WHITE.COM]
**Sent:** Tuesday, January 12, 2010 12:52 PM
**To:** Grand, Jeff
**Cc:** Donald W. Hardeman
**Subject:** Smokey Mountain Chinese Drywall Discovery


Please see the attached letter from Donald Hardeman regarding the above matter.

Thank you.


Victoria W. Khonsary
Legal Assistant to James P. Murray
and Donald W. Hardeman
Fowler White Burnett P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL  33131
Phone:  (305) 789-9200
Facsimile:  (305) 789-9201
E-mail:  vwk@fowler-white.com


Note: The Fowler White Burnett, P.A. disclaimer is only added to internet email.


**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance

2

with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.\*\*\*

\*\*\*Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

Note: The Fowler White Burnett, P.A. disclaimer is only added to internet email.

\*\*TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.\*\*\*

\*\*\*Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

Note: The Fowler White Burnett, P.A. disclaimer is only added to internet email.

\*\*TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any

transaction or matter addressed herein. If you would like such advice, please contact us.\*\*\*

\*\*\*Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

# Victoria W. Khonsary

| | |
|---|---|
| **From:** | Victoria W. Khonsary |
| **Sent:** | Tuesday, January 12, 2010 12:52 PM |
| **To:** | jgrand@seegerweiss.com |
| **Cc:** | Donald W. Hardeman |
| **Subject:** | Smokey Mountain Chinese Drywall Discovery |
| **Attachments:** | 2386_001.pdf |

Please see the attached letter from Donald Hardeman regarding the above matter.

Thank you.

Victoria W. Khonsary
Legal Assistant to James P. Murray
and Donald W. Hardeman
Fowler White Burnett P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Phone: (305) 789-9200
Facsimile: (305) 789-9201
E-mail: vwk@fowler-white.com

1



**FOWLERWHITE**
ATTORNEYS AT LAW
**BURNETT**

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

DONALD W. HARDEMAN, JR.
DIRECT PHONE No.: (305) 789-9293
DIRECT FACSIMILE No.: (305) 728-7593
DHARDEMAN@FOWLER-WHITE.COM

January 12, 2010


VIA EMAIL

Jeffrey Grand, Esquire
Seeger Weiss LLP
One William Street
New York, NY 10004

Re: Smokey Mountain Chinese Drywall Discovery

Dear Mr. Grand:

In an effort to supplement Smokey Mountain's earlier response to the plaintiff's steering committee's request for production, Smokey Mountain's outside IT vendor did a preliminary search of Smokey Mountain's computers to assist in establishing search term parameters that would be most helpful in responding to the committee's request (see enclosed). I have been advised that the search terms "air cond", "fail" and "copper" all gave a lot of false positive responses.

There were only four people at Smokey Mountain whose computers were thought to be relevant for this email search. A cursory review by the IT vendor demonstrated that of the 1,357 emails, about 60% are probably irrelevant. This leaves an estimated 600 to 700 emails that would be responsive (these responses, of course, would have to be reviewed for privileged information). It is the defendant's preference to produce the results of this email search in PDF format.

Once you have had an opportunity to review this information, I would appreciate hearing from you.

Very truly yours,

*Donald W. Hardeman, Jr.*

Donald W. Hardeman, Jr.

Enclosure
W:\79523\LETTR625-Jeff Grand.DWH