UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT W. BLOCK, III, ET AL. | ) | CIVIL ACTION NO. 11-cv-1363 |
| | ) | |
| VERSUS | ) | SECTION L |
| | ) | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | ) ) ) | |

### MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel comes defendant, M. Carbine Restorations, Ltd. ("Carbine"), who now moves this Court for an extension of time of fifteen (15) days to file any responsive pleadings herein. Undersigned counsel was recently retained as local counsel for Carbine and requires a brief extension of time to file responsive pleadings. Plaintiffs' counsel has been notified and there have been no previous formal extensions of time granted for this defendant.

Wherefore, defendant, M. Carbine Restorations, Ltd. requests that it be granted an additional fifteen (15) days or until December 7, 2011 to respond to plaintiffs' Complaint and Jury Demand.

Respectfully submitted this _22_ day of November, 2011.

_____
RICHARD B. EHRET (16901)
BOYKIN EHRET & UTLEY
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail, postage pre-paid or facsimile transmission, this \_\_11\_\_ day of November, 2011.

_____
RICHARD B. EHRET