UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT W. BLOCK, III, ET AL.  ) | CIVIL ACTION NO.  11-cv-1363 |
|  ) | |
| VERSUS  ) | SECTION L |
|  ) | |
| GEBRUEDER KNAUF  ) | |
| VERWALTUNGSGESELLSCHAFT, KG,  ) | |
| ET AL.  ) | |

### ORDER

Considering the foregoing Motion for Extension of Time to Plead;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that defendant, M. Carbine Restorations, Ltd., be granted an extension of time of fifteen (15) days or December 7, 2011 to respond to plaintiffs' Complaint and Jury Demand.

New Orleans, Louisiana this _____ day of November, 2011.

_____
JUDGE, UNITED STATES DISTRICT COURT