**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

*****************************************************************************

THIS DOCUMENT RELATES TO ALL CASES AND:

*PAYTON V. KNAUF GIPS KG, ET AL.,*
CASE NO. 09-CV-7628

*WILTZ V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET AL.,*
CASE NO. 2:10-CV-361

*GROSS v. KNAUF GIPS KG, ET AL.,*
CASE NO. 09-CV-6690

*ROGERS V. KNAUF GIPS KG, ET AL.,*
CASE NO. 2:10-CV-362

*ABEL V. TAISHAN GYPSUM CO, LTD., ET AL.,*
CASE NO. 2:11-CV-80

*ABREU V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.,*
CASE NO. 2:11-CV-252

*BLOCK V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.,*
CASE NO. 2:11-CV-1363

---

**LIMITED NOTICE OF APPEARANCE**
**AS COUNSEL FOR SOUTHERN HOMES, LLC;**
**SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN**

PLEASE TAKE NOTICE that James M. Garner, Martha Y. Curtis, Matthew C. Clark and

the law firm of SHER, GARNER, CAHILL, RICHTER, KLEIN & HILBERT, L.L.C. do hereby

make a limited appearance as attorneys of record for the Defendants, Southern Homes, LLC,

Springhill, LLC, Tallow Creek, LLC, and Adrian Kornman, in the above referenced matters. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above referenced case be served upon the undersigned counsel.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by depositing same in the United States Mail and e-mail upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System and LexisNexis File & Serve, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

/s/ James M. Garner
JAMES M. GARNER