UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |

*Haya, et al. v. Taishan Gypsum Co., Ltd., et al.,*
Case No.. 2:11-cv-1077 (E.D. La.)

*Wiltz, et al. v. Beijing New Buildings Materials Public Limited Co., et al.*
Case No. 2:10-cv-00361 (E.D. La.)

*Gross, et al, v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (E.D. La.)

## NOTICE OF APPEARANCE

Mark B. Yeslow of Yeslow & Koeppel, P.A., hereby files his Notice of Appearance as counsel of record for Defendant, Coral Plastering & Wall Systems, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq. and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

YESLOW & KOEPPEL, P.A.
Attorneys for Coral Plastering & Wall Systems, Inc.
P.O. Box 9266
Fort Myers, FL 33902
(239) 337-4343
mark@yklegal.com

By: /s/ Mark B. Yeslow
Mark B. Yeslow
Florida Bar No. 614701