# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE ON BEHALF
OF DEFENDANT GULFSIDE SUPPLY, INC.**

Edward J. Briscoe, Esq. and the law firm of Fowler White Burnett, P.A., hereby give notice of their appearance as counsel of record for Defendant, GULFSIDE SUPPLY, INC., in all cases in which they have been served or are served in the future. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case No: MDL No. 2047
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of July, 2011.

/s/Edward J. Briscoe
Edward J. Briscoe