# EXHIBIT B

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION

CASE NO. 09-200,000 (42)

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

ALL CASES

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name:  Gulfside Supply, Inc.

B. Distributor's Address: 2900 7th Avenue East, Suite 200, Tampa, Florida 33605

C. Website:  www.GulfeagleSupply.com

D. Headquarters if Foreign: Not applicable.

E. Address of USA Headquarters: 2900 7th Avenue East, Suite 200, Tampa, Florida 33605

F. Name of supervisor at USA Headquarters:  J.S. Resch

-1-

G. Principal Place of Business in USA: 501 N. Reo Street, Tampa, Florida 33609

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
   Gulfeagle Supply; JEH Eagle Supply

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.
   No.

## II.  COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.

B. Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131

C. Phone Number: (305) 789-9200

D. Fax Number: (305) 789-9201

E. E-Mail: ebriscoe@fowler-white.com

## III.  DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: La Suprema Enterprise, Inc.

   1. Name of Chinese Drywall Manufacturer, if known:  Unknown

   2. Address of Chinese Drywall Manufacturer, if known:  Unknown

   3. Name of Chinese Drywall Product, if known:  Unknown

   4. Dates of purchase(s):  Unknown

   5. Total Volume of Received Chinese Drywall Product:  Unknown

   6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):  Unknown

   7. List all trademarks of the product, if known:  Unknown

   8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:
      La Suprema Enterprise, Inc.

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: _____ Unknown _____

Address of entity providing storage: _____

Dates product was stored: _____

_____ (Month/Day/Year) to _____ (Month/Day/Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product:

_____

## IV.  DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Gulfside Supply did not track shipments of this product or any other by manufacturer during the

time period at issue.

-3-

## V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

1. For each policy, identify the following:

   Insurer: Travelers Property Casualty Company of America

   Dates policies in effect:

   1/01/05 to 1/01/06 (Month/Day/Year)

   Policy Numbers: Y-630-917K7612-TIL-05

   Type of Policy: General Liability

   Insurance Agent: Comcover

   Policy Coverage Limits: $1,000,000.00 per occurrence; $3,000,000.00 aggregate

   Insurer: Travelers Property Casualty Company of America

   Dates policies in effect:

   1/01/06 to 1/01/07 (Month/Day/Year)

   Policy Numbers: Y-630-917K7612-TIL-06

   Type of Policy: General Liability

   Insurance Agent: Comcover

   Policy Coverage Limits: $1,000,000.00 per occurrence; $3,000,000.00 aggregate

   Insurer: Travelers Property Casualty Company of America

   Dates policies in effect:

   5/01/07 to 5/01/08 (Month/Day/Year)

   Policy Numbers: Y-630-5081C471-TIL-07

   Type of Policy: General Liability

   Insurance Agent: Comcover

   Policy Coverage Limits: $1,000,000.00 per occurrence; $3,000,000.00 aggregate

---

[1] Listing policies does not purport to represent coverage status.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: 1/5/11

Gulfside Supply, Inc.
By: J.S. Resch
Chief Executive Officer