# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

## NOTICE OF LIMITED APPEARANCE

COME NOW Edward J. Briscoe, Esq., Elizabeth J. Ferry, Esq., Helaine S. Goodner, Esq. and James P. Murray, Esq. of the law firm Fowler White Burnett, P.A., and hereby give notice of their limited appearance as counsel for Defendant ALL FLORIDA DRYWALL SUPPLIES, INC., subject to all reservations of rights and without waiver of any defenses, including but not limited to jurisdiction and process. The undersigned request that copies of all motions, pleadings, orders, and other documents filed in the instant case be served upon them at the address as set forth below.

/s/Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
Helaine S. Goodner
Fla. Bar No. 462111
James P. Murray
Fla. Bar No. 328960
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

IN RE: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION  Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ____ day of November, 2010.

/s/Edward J. Briscoe
Edward J. Briscoe

W:\81681\NOTAPP1J-Not of Appearance obo All Fla Drywall Supplies.SMJ1

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131-3302 • (305) 789-9200