# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br>Section L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | : : : : | |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

### I.  IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: <u>All Florida Drywall Supplies, Inc.</u>

B. Distributor's Address: <u>8503 Sunstate Street, Tampa, FL 33634</u>

C. Website: <u>Not applicable.</u>

D. Headquarters if Foreign: <u>Not applicable.</u>

E. Address of USA Headquarters: <u>None. Defendant company has dissolved.</u>

F. Name of supervisor at USA Headquarters: <u>Deborah Harrell</u>

G. Principal Place of Business in USA: <u>None. Defendant company has dissolved.</u>

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
<u>      No      </u>

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.

_____No_____

**II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR**

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.

B. Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131

C. Phone Number: (305) 789-9200

D. Fax Number: (305) 789-9201

E. E-Mail: ebriscoe@fowler-white.com

**III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

A. Source: York Building Supply Co., LLC via HLK Industries, LLC

   1. Name of Chinese Drywall Manufacturer, if known: Shandong Chenxiang G.B.M. Co., Ltd.

   2. Address of Chinese Drywall Manufacturer, if known: Unknown

   3. Name of Chinese Drywall Product, if known: Unknown

   4. Dates of purchase(s): July 2007 - November 2008

   5. Total Volume of Received Chinese Drywall Product: Approx. 70,000 sheets

   6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): CK

   7. List all trademarks of the product, if known: Unknown

   8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: _____

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: _____Not applicable_____

Address of entity providing storage: _____

Dates product was stored: _____

_____ (Month/Day/Year) to _____ (Month/Day/Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product:

## IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

All Florida did not track shipments of this product or any other during the time period at issue. All Florida sells primarily to contractors and delivers material to the contractors' job sites.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: 1-25-2011

*Deborah Harrell*
All Florida Drywall Supplies, Inc.
By: Deborah Harrell, President