# EXHIBIT D

Case 2:09-md-02047-EEF-JCW   Document 3348   Filed 05/28/10   Page 1 of 4



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | | JUDGE FALLON MAG. JUDGE WILKINSON |

**PRE-TRIAL ORDER NO. 1G**
**(Response Times for Complaints)**

In Pre-Trial Order Nos. 1C, 1D, and 1E, the Court lifted the stay on motion practice in the MDL proceedings and clarified the status of motion practice and stay of responsive pleadings in *Gross, et al. v. Knauf Gips, KG, et al.,* No. 09-6690 (R. Docs. 509, 718 and 1078). Since that time, plaintiffs have filed other large Omnibus complaints and numerous individual actions. In order to clarify the deadline dates and to alleviate the need for defendants to move for extensions of time in which to respond, the Court adopted Pre-Trial Order No. 1F, which sets forth certain deadlines applicable to all cases and requires that counsel shall enter their appearance on behalf of their client(s) within twenty (20) days after service of a Complaint on a defendant; that each plaintiff shall submit a plaintiff profile form within forty (40) days of filing a complaint; and that defendants shall respond to the appropriate profile form within forty (40)days after service of a Complaint on a defendant.

Plaintiffs have now filed amended Omnibus complaints in the *Gross, Payton, Wiltz* and *Amato* actions, and plan to further amend the Omnibus complaints in the future. In order to conserve judicial, attorney and client resources and to avoid filing responses to complaints that will be amended, the Court hereby enters the following Order that applies to the five Omnibus

1014853v.1

complaints collectively and to all other cases in this MDL proceeding which shall be held in abeyance until such time as the suspension described in this Order is terminated:

IT IS ORDERED that counsel shall enter their appearance on behalf of their client(s) within twenty (20) days after service of a Complaint on a defendant.

IT IS FURTHER ORDERED that each plaintiff shall submit a plaintiff profile form within forty (40) days of filing a complaint.

IT IS FURTHER ORDERED that defendants shall respond to the appropriate profile form within forty (40)days after service of a Complaint on a defendant. Once completed, the profile form is to be provided to Liaison Counsel. Profile forms are not filed with the Court and are not served on Lexis Nexis File & Serve.

IT IS FURTHER ORDERED the deadlines for responding to any of the Omnibus complaints be and they hereby are suspended.

IT IS FURTHER ORDERED that, once all amendments to the Omnibus complaints are completed, the PSC will file a Notice of Completion of Amendments to Omni Complaints. Thereafter, counsel will be required to file responsive pleadings to any applicable original and amended complaints within thirty (30) days after filing and service of the Notice.

IT IS FURTHER ORDERED that this suspension of the deadlines for responding to complaints shall be equally applicable to *all other cases in this MDL proceeding*. Accordingly, after the PSC files its Notice of Completion of Amendments to Omni Complaints, counsel in all other cases in the MDL will also be required to file responsive pleadings to any applicable original and amended complaints within thirty (30) days after filing and service of the Notice.

Counsel are directed to the Court's website (www.laed.uscourt.gov/Drywall) to review all Pre-Trial Orders and for the answers to Frequently Asked Questions (FAQS). Additionally, any

questions regarding the suspension of response deadlines and/or proper filing techniques should be directed to a party's respective Liaison Counsel. Liaison Counsel can be reached as follows:

For the Plaintiffs:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
phone: 504-581-4892
fax:    504-561-6024
email: drywall@hhkc.com

For the Defendants generally:

Kerry J. Miller
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
phone: 504-599-8194
fax:    504-599-8145
email: kmiller@frilot.com

For the Homebuilder and Installer Defendants:

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
phone: 504-581-3200
fax:    504-581-3361
email: pwittmann@stonepigman.com

For the Insurer Defendants:

Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
phone: 504-589-9700
fax:    504-589-9701
email: jbarrasso@barrassousdin.com

1014853v.1

NEW ORLEANS, LOUISIANA, this \_\_\_\_27th\_\_\_\_ day of May, 2010.

*[signature: Eldon E. Fallon]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE