# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2047<br>Section L |
| | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL CASES | : : | |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name:  Everglades Lumber & Building Supply, LLC  ("Everglades")

B. Distributor's Address:  6991 SW 8th Street, Miami, Florida 33144

C. Website: www.evergladeslumber.com

D. Headquarters if Foreign: Not applicable.

E. Address of USA Headquarters:  6991 SW 8th Street, Miami, Florida 33144

F. Name of supervisor at USA Headquarters:  Carlos Aragon, purchasing agent

G. Principal Place of Business in USA:  6991 SW 8th Street, Miami, Florida 33144

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
Distributor has operated under the following other names:

Gator Lumber & Building Supply, Inc. (2001 - 2005 – now dissolved)

Century Everglades LLC (2000 - present)

DHWH LLC (2004 - present)

Everglades Holdings, LLC (2003 - present)

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.

No.

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.

B. Address: 1395 Brickell Ave., 14th Floor, Miami, Florida 33131

C. Phone Number: (305) 789-9200

D. Fax Number: (305) 789-9201

E. E-Mail: ebriscoe@fowler-white.com

## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: Wholesale Building Products, LLC ("Wholesale")

1. Name of Chinese Drywall Manufacturer, if known: Per information from Wholesale, same purchased some imported drywall from Taian Taishan Plasterboard Co., Inc. via Metro Resources Corp. It is unknown whether any of that drywall was supplied to Everglades.

2. Address of Chinese Drywall Manufacturer, if known:

3. Name of Chinese Drywall Product, if known:

4. Dates of purchase(s): Unknown.

5. Total Volume of Received Chinese Drywall Product: Unknown.

6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): Unknown.

7. List all trademarks of the product, if known: Unknown.

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: See Line III.A.1. above.

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:_____

Address of entity providing storage:_____

Dates product was stored:

___/___/_____ (Month/Day/Year) to ___/___/_____ (Month/Day/Year)

Quantity of product stored:_____

Price paid for storage:_____

Name of contact person at storage facility:_____

Phone number:_____

Email address:_____

List any complaints made or received regarding storage of the product:

_____

_____

## IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Everglades Lumber & Building Supply did not track shipments of this product or any other specific product during the time period at issue. Everglades sells drywall to retail customers as well as supplies to contractors, and delivers materials to the job site as well as making delivery at its retail location. Everglades does not distinguish between manufacturers of drywall or country of origin of drywall in its sales records.

## V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

    1. For each policy, identify the following:

Insurer: Travelers Property Casualty Company of America

Dates policy in effect:

6/1/05 to 6/1/07 (Month/Day/Year)

Policy Number: Y-630-3131B623-TIL-05, Y-660-3131B623-TIL-06

Type of Policy: Commercial General Liability

Insurance Agent: Comcover Insurance Group

Policy Coverage Limits: $1,000,000 per occurrence / $2,000,000 aggregate

Insurer: Wausau Underwriters Insurance Company

Dates policy in effect:

6/1/07 to 6/1/08 (Month/Day/Year)

Policy Number: TBJ-Z91-445848-017

Type of Policy: Commercial General Liability

Insurance Agent: Comcover Insurance Group

Policy Coverage Limits: $1,000,000 per occurrence / $2,000,000 aggregate

Insurer: Wausau Business Insurance Company

Dates policy in effect:

6/1/08 to 6/1/10 (Month/Day/Year)

Policy Number: TBK-Z91-445848-018, TBK-Z91-445848-019

Type of Policy: Commercial Gerneral Liability

Insurance Agent: Comcover Insurance Group

Policy Coverage Limits: $1,000,000 per occurrence / $2,000,000 aggregate

---

[1] Listing policies does not purport to represent coverage status.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Date: 6/28/10

Everglades Lumber & Building Supply, LLC
By Carlos Aragon, Purchasing Agent