UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  　　　　　MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION  　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:  　　　　　　JUDGE FALLON
ALL CASES AND  　　　　　　　　　　　　　MAG. JUDGE WILKINSON

*Peyton, et al. v. Knauf Gips, KG., et al.*
Case No. 09-07628 (E.D. La.)

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Case No. 2:10-cv-00361 (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (E.D. La.)

*Rogers, et al. v. Knauf Gips, KG, et al*
Case No. 2:10-cv-00362 (E.D. La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*
Case No. 2:11-080 (E.D. La.)

*Daniel Abreau, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.,*
Case No. 2:11-252 (E.D. La.)

*Haya, et al. v. Taishan Gypsum Co., Ltd., et al.,*
Case No. 2:11-cv-1077 (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, K.G., et al.*
Case No. 2:11-cv-1363 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

　　NOTICE IS HEREBY GIVEN that Steven G. Koeppel, Esq. of the law firm of Yeslow & Koeppel, hereby enters his appearance on behalf of Defendant, Timberline Builders, Inc. in the above-referenced cases in which this entity is named as a defendant.  All pleadings and other

papers in this case should be served upon undersigned counsel.  This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

                                    Respectfully submitted,

                                    YESLOW & KOEPPEL

                                    /s/ Steven G. Koeppel_____
                                    STEVEN G. KOEPPEL (0602851)
                                    1617 Hendry Street #205
                                    Fort Myers, Florida 33901
                                    Telephone:  (239) 337-4343
                                    Facsimile:  (239) 337-5762
                                    E-mail:  steve@yklegal.com
                                    Attorney for Defendant, Timberline Builders, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22st day of November, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorthoy Wimberly, Esq. and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. Mail and/or e-mail and I electronically filed the foregoing document the Clerk of Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6

/s/ Steven G. Koeppel
Steven G. Koeppel