UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| *Haya, et al. v. Taishan Gypsum, et al.* (Case No. 11-1077) ) ) ) ) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al.* (Case No. 10-361) ) ) ) ) | |

## NOTICE OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT ALL FLORIDA DRYWALL SUPPLIES, INC.

Edward J. Briscoe, Esq., Helaine Goodner, Esq., Elizabeth J. Ferry, Esq. and the law firm of Fowler White Burnett, P.A., hereby give notice of their limited appearance as counsel of record for Defendant, ALL FLORIDA DRYWALL SUPPLIES, INC., subject to all reservations of rights and without waiver of any defenses, including but not limited to service of process, venue, and jurisdiction. The undersigned previously filed a Notice of Appearance for this Defendant in MDL 2047 applicable to all cases in MDL 2047 on November 30, 2010. The undersigned request that copies of all motions, pleadings, orders, and other documents filed in the instant case be served upon them at the address as set forth below.

Respectfully submitted,

*/s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
Elizabeth J. Ferry
Fla. Bar No. 43823
eferry@fowler-white.com

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION - MDL NO. 2047
Page 2

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing has been served this 22nd day of November, 2011, upon Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, via email and upon all other parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ *Edward J. Briscoe*
Edward J. Briscoe
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201
*Counsel for All Florida Drywall Supplies, Inc.*