UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH ABEL, Individually and on behalf** | * | **CASE NO. 11-080** |
| **of all others similarly situated** | * | |
| | * | **MDL NO. 2047** |
| **VERSUS** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **TAISHAN GYPSUM CO., LTD, ET AL** | * | |
| | * | **MAG.  JUDGE WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendants Dalbert Poreé, individually and Dalbert Poreé General Repairs & Renovations, Inc.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated:  November 22, 2011.

                                            Respectfully submitted,

                                            **UNGARINO & ECKERT, L.L.C.**

                                            By:  /s/ Matthew J. Ungarino
                                            Matthew J. Ungarino
                                            3850 N. Causeway Boulevard
                                            Suite 1280
                                            Metairie, LA   70002
                                            Telephone:  (504) 836-7565
                                            Facsimile:  (504) 836-7566
                                            E-Mail: mungarino@ungarino-eckert.com
                                            *Attorney for Dalbert Poreé, individually and Dalbert Poreé General Repairs & Renovations, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 22nd day of November, 2011, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino