IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| This Document Relates to: | |
| Docket # 11-1363   (Omni X) Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,  et al. | |

Case No. 11-1363

MDL No. 09-2047

JUDGE FALLON

MAGISTRATE WILKINSON

## MOTION TO DISMISS YARCO, INC. UNDER F.R.C.P. 12b(2) FOR LACK OF PERSONAL JURISDICTION

COMES NOW the defendant, Yarco, Inc., and moves this Court to dismiss this action under F.R.C.P. 12b(2) for lack of personal jurisdiction.  This defendant would show unto the Court the following:

1. Each plaintiff who has sued Yarco, Inc. is complaining about drywall being installed in Pensacola, Florida.  Yarco, Inc. is an Alabama corporation and all the property at issue as to Yarco, Inc. is in Florida (see Exh. A to plaintiff's Complaint).

2. Yarco, Inc. is an Alabama corporation that has never done business in the State of Louisiana (Exh. 1; Carlton Yarbrough Affidavit).

3. Yarco, Inc. does not have minimum contacts with the State of Louisiana (Exh. 1; Carlton Yarbrough Affidavit).

4. The entire transaction between Yarco, Inc. and any alleged plaintiff took place in the State of Alabama.

5. Yarco, Inc. has not submitted to, and is not subject to, jurisdiction in this Court.

1955089 v1

6. In the absence of any contact between Yarco, Inc. and the State of Louisiana, this Court does not have personal jurisdiction over Yarco, Inc. on claims that arise from real property located in the State of Florida.

WHEREFORE, this defendant requests that this Complaint against Yarco, Inc. be dismissed under F.R.C.P. 12b(2) and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

>s/ S. Greg Burge
>S. Greg Burge (AL Bar# ASB-0558-B37S)
>gburge@burr.com
>
>Attorney for Defendant
>YARCO, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

>s/ S. Greg Burge
>OF COUNSEL