IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 11-1363 |
| | MDL No. 09-2047 |
| This Document Relates to: | JUDGE FALLON |
| Docket # 11-1363   (Omni X) Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | MAGISTRATE WILKINSON |

### AFFIDAVIT OF CARLTON YARBROUGH

STATE OF ALABAMA   )

COUNTY OF BALDWIN   )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Carlton Yarbrough, who states under oath as follows:

1. My name is Carlton Yarbrough. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Alabama at 24889 Wolf Bay Terrace, Orange Beach, AL 36561.

3. I have been in the drywall business for over 35 years. I operate Yarco, Inc., which is an Alabama corporation.

4. Yarco, Inc. always maintained its business in Orange Beach, Alabama.

5. Yarco, Inc. is in the business of installing drywall in Florida and Alabama residences.

1955063 v1

6. Yarco, Inc. has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7. Yarco, Inc. has never been licensed or registered to do business in Louisiana, nor has Yarco, Inc. ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8. Yarco, Inc. does not have an agent for service of process in Louisiana.

9. Yarco, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

10. Yarco, Inc. has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. Yarco, Inc. has never received any business from any contacts in Louisiana.

12. Yarco, Inc. has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

13. All the residences that are alleged to have Chinese drywall supplied by Yarco, Inc. are located in Alabama.

14. The work products of Yarco, Inc. are stationary and stay fixed to the house on the real estate on which they are built.

15. The work product of Yarco, Inc. involved purchasing the drywall from a supplier for a specific job. Yarco, Inc. purchased as much drywall as it needed for a job and did not store any drywall on site, or at any other location.

16. Yarco, Inc. was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

17. This entire alleged transaction took place in the State of Alabama and has no relationship to the State of Louisiana.

18. All the drywall at issue as to Yarco, Inc. was purchased from Interior Exterior in the State of Alabama.

**FURTHER AFFIANT SAITH NOT.**

DATED: 11-14-011

By _____
Carlton Yarbrough

I, _____, a Notary Public in and for said County in said State, hereby certify that Carlton Yarbrough, whose name is signed to the foregoing AFFIDAVIT OF CARLTON YARBROUGH, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 14th day of November, 2011.

_____
NOTARY PUBLIC

[SEAL]

My Commission Expires: Feb. 26, 2012

1955063 v1

3