# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) Case No. 11-1363 ) ) MDL No. 09-2047 ) |
| This Document Relates to: | ) JUDGE FALLON ) ) |
| Docket # 11-1363 (Omni X) Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | ) MAGISTRATE WILKINSON ) ) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on the 14th day of December, 2011, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, the attached Motion to Dismiss will be brought for hearing.

    s/ S. Greg Burge
    S. Greg Burge (AL Bar# ASB-0558-B37S)
    gburge@burr.com

    Attorney for Defendant
    YARCO, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

    s/ S. Greg Burge
    OF COUNSEL

1955101 v1