UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| ROBERT W. BLOCK, III, et al VS. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al CASE NO. 2:09-cv-7628 | * * * * * * * | |

## NOTICE OF LIMITED APPEARANCE AS COUNSEL

COMES now Russell Q. Allison of the law firm of Carr Allison, 100 Vestavia Parkway, Birmingham, Alabama 35216, and enters his limited appearance as counsel for Defendant, Building Materials Wholesale, Inc. ("BMW"), in the above styled action. BMW reserves all rights to object to jurisdiction, venue and/or service, and preserves all defenses. The undersigned requests all parties to add Russell Q. Allison as counsel for this defendant in the above styled action.

Respectfully submitted,

 /s/ Russell Q. Allison
RUSSELL Q. ALLISON (ALL034)
Attorney for the defendant,
Building Materials Wholesale, Inc.

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway, Suite 200
Birmingham, Alabama  35216
(205)822-2006

## **CERTIFICATE OF SERVICE**

  I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 23RD day of November, 2011.

             /s/ Russell Q. Allison
               Of Counsel