IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | Section L |
| LITIGATION | : | |
| _____/ | : | |
| | : | |
| This Document Relates to: | : | JUDGE FALLON |
| Block, 11-1363 | : | MAGISTRATE JUDGE WILKINSON |
| Haya, 11-1077 | : | |
| | : | |

**LIMITED NOTICE OF APPEARANCE OF
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC AS COUNSEL FOR
LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.**

PLEASE TAKE NOTICE that EDUARDO I. RASCO, ESQ. and the law firm of
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC, do hereby make a limited appearance as
attorneys of record for the Defendants, LA SUPREMA TRADING, INC. and LA SUPREMA
ENTERPRISE, INC. in the above-referenced matter(s). This Limited Notice of Appearance is
being made without waiver of, and expressly subject to, any and all applicable objections to
service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence and any other
filings made in the above-referenced cases be served upon the undersigned counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison
Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail
or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis
Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was
electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2011.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
*Attorneys for Defendants* **LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.**
One Aventura, Suite 600
20900 Northeast 30th Avenue
Aventura, FL 33180
Tel: (305) 937-0300   Fax: (305) 937-1311


By:_____
    EDUARDO I. RASCO, ESQUIRE
    Florida Bar No. 646326
    STEVE BIMSTON, ESQUIRE.
    Florida Bar No. 179205

# 188314 - 1

2