**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: JOYCE W. ROGERS, *et al.* v. KNAUF GIPS, KG, et al. Case No. 2:10-cv-362-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |
| _____/ | |

**NOTICE OF APPEARANCE AS COUNSEL**

Edwin Mortell of Peterson Bernard hereby files hisNotice of Appearance as counsel of record for Defendant CAN-AM DRYWALL, INC., successor to Baystate Drywall, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

                                        PETERSON BERNARD
                                        Attorneys for Defendant Can-Am Drywall, Inc.
                                        416 Flamingo Ave.
                                        Stuart, FL  34996
                                        Phone: (772) 286-9881
                                        Fax:    (772) 220-1784


                                        By: /s/ Edwin E. Mortell, III
                                              EDWIN E. MORTELL, III
                                              Florida Bar No.  832758
                                              E-mail:  edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on November 23, 2011 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Edwin E. Mortell, III