UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Silva, et al. v. Interior Exterior Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.)<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>Case No. 09-08034 (E.D. La.)<br><br>*Payton, et al. v. Knauf Gips, KG,, et al.*<br>Case No. 09-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-6690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Ins. Co., et al.*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-080 (E.D. La.)<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,, et al.*<br>Case No. 2:11-252 (E.D. La.)<br><br>*Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,, et al.*<br>Case No. 2:11-1363 (E.D. La.) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

**COME NOW** James Ryan III and Timothy T. Roniger of the law firm of James Ryan III &

Associates, LLC, who state that they are admitted to practice before this Honorable Court, and hereby appear as attorneys of record for Hubert Seals and Sarah Seals, d/b/a Seals Drywall (the "Seals," improperly named as "Hc Seals Drywall Partners"). Notwithstanding this Notice of Appearance, the Seals hereby reserve all rights and defenses, whether at law or in equity, including but not limited to any objections to service, venue, and jurisdiction.

Respectfully submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

_____
JAMES RYAN III (#1558)
TIMOTHY T. RONIGER (#11443)
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:    (504) 599-5990
Facsimile:    (504) 599-5991

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon, Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email, and to all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record in accordance with the procedures established in MDL 2047, on this the 23rd day of November 2011.

_____
JAMES RYAN III

{00125006-1 }

2