UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Thirteenth Motion to Lift Stay, ons,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

    1.    The Plaintiffs' Omnibus Motion for Preliminary Default Judgment [Document #11234]

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion following the monthly status conference on December 15, 2011.

Responses in opposition are to be filed by December 8, 2011.

New Orleans, Louisiana, this  22nd  day of _____November_____, 2011.

_____
Eldon E. Fallon
United States District Court Judge