UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO KENNETH ABEL, et al vs. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al. Case No. 2:11-CV-00080 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

_____

**ORDER**

_____

CONSIDERING the Ex Parte Consent Motion for Extension of Time of Cornerstone Construction of Southwest Florida, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Cornerstone Construction of Southwest Florida, Inc. to file its profile forms is extended until December 15, 2011.

New Orleans, Louisiana this 22nd day of November, 2011.

_____
U. S. District Court Judge

4