UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DANIEL ABREU, et al vs. GEBREUDER KNAUF VERWALTUNGSGSESLLSCHAFT, KG, et al. Case No. 2:11-CV-00252 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

———

**ORDER**

———

CONSIDERING the Ex Parte Consent Motion for Extension of Time of Cornerstone Construction of Southwest Florida, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Cornerstone Construction of Southwest Florida, Inc. to file its profile forms is extended until December 15, 2011.

New Orleans, Louisiana this 22nd day of November, 2011.

_____
U. S. District Court Judge

4