UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) ) SECTION: L |
| THIS DOCUMENTS RELATES TO: | ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) |

### NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Regen J. Shanzer of The Rosenthal Law Firm, P.A., hereby enters her appearance as counsel for Defendant LPR Builders, Inc. ("LPR"), and reserves all rights to object to jurisdiction, venue, and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, papers, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated this 24th day of November 2011.

        Respectfully submitted,

        THE ROSENTHAL LAW FIRM, P.A.
        200 S. Biscayne Blvd.
        Ste. 2790
        Miami, Florida 33131
        Telephone: (305) 755-9300
        Facsimile: (305) 755-9590
        rshanzer@therosenthallaw.com

        /s/ Regen J. Shanzer
        Regen J. Shanzer, Esq.
        Florida Bar No.: 0051558
        **Attorneys for LPR Builders, Inc.**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of November, 2011.

                                                  /s/ Regen J. Shanzer
                                                  Regen J. Shanzer