UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | MAG: WILKINSON |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * * | |
| *Payton, et al v. Knauf GIPS KG, et al* Docket No. 09-7628 | * * * | |
| *Gross, et al v. Knauf GIPS KG, et al* Docket No. 09-6690 | * * * | |
| *Rogers, et al v. Knauf GIPS KG, et al* Docket No. 10-362 | * * * | |
| *Wiltz, et al v. Beigin New Building Materials Public Limited Co., et al* Docket No. 10-361 | * * * * | |
| *Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG* Docket No. 11-252 | * * * * | |
| *Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Docket No. 11-1077 | * * * * | |
| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al* Docket No. 11-1363 | * * * | |

*********************************************************************

### MEMORANDUM REGARDING PSC'S
### OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

**MAY IT PLEASE THE COURT:**

Plaintiffs' Steering Committee ("PSC") has recently moved for a preliminary default judgment against several hundred defendants involved in the Chinese Drywall Multi-District

00274441-1

Litigation. *See* Rec. Doc. 11234. Specifically in the *Abel* case, 2:11-cv-080, PSC moved for a default judgment against Rightway Drywall, L.L.C., and Florida Drywall, Inc. Through undersigned counsel, defendants Rightway Drywall, Inc., and Swedberg Enterprises, Inc. d/b/a Florida Drywall appear before this Honorable Court simply to inform the Court that these two entities are not related in any way to the defendants against whom the motion has been brought. Indeed, the PSC has not brought any motion against either Rightway Drywall, Inc., or Swedberg Enterprises, Inc. d/b/a Florida Drywall. However, because the names of the defendants included in the default motion are so close in title to the names of the defendants represented by the undersigned, the undersigned, out of an abundance of caution, felt it necessary to point out the distinction to the Court. Both Rightway Drywall, Inc., and Swedberg Enterprises, Inc. d/b/a Florida Drywall have answered the PSC's complaint with a Rule 12(b) Motion to Dismiss, so any default judgment against those two entities would be wholly improper.

          Respectfully submitted,

          **DUPLASS, ZWAIN, BOURGEOIS,**
          **PFISTER, & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK (#18495)**
          **PAUL J. VERLANDER (#19196)**
          **PHILIP G. WATSON (#31356)**
          3838 N. Causeway Boulevard, Suite 2900
          Metairie, Louisiana 70002
          Telephone: (504) 832-3700
          Fax: (504) 837-3119
          andreww@duplass.com
          pverlander@duplass.com
          pwatson@duplass.com
          **Counsel for Defendant, Rightway Drywall, Inc. and Swedberg Enterprises, Inc. d/b/a Florida Drywall**

**C E R T I F I C A T E**

I hereby certify that the above and foregoing Memorandum Regarding PSC's Omnibus Motion for Preliminary Default Judgment has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of November, 2011.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
**andreww@duplass.com**

00274441-1