UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

AMATO        NO. 10-932

## NOTICE OF APPEARANCE

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, notice is made by Thomas L. Gaudry, Jr. and Wade A. Langlois, III of the law firm Gaudry, Ranson, Higgins & Gremillion, LLC, to appear on behalf of the Defendant, Summit Contractors, Inc., in the above described action. Counsel are members of the bar of this Court in good standing and request that any notices, orders, motions, pleadings, etc. be served upon them as counsel of record for Summit Contractors, Inc.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS
AND GREMILLION, LLC**

_/s/ Thomas L. Gaudry, Jr._
THOMAS L. GAUDRY, JR. T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Counsel for Summit Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of November, 2011.

_/s/ Thomas L. Gaudry, Jr._
Thomas L. Gaudry, Jr., LSBA #5980

G:\2918\0067\Pleadings\Notice of Appearance.2.wpd