UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * | MAG: WILKINSON |

*****************************************************************************

## MOTION TO ENROLL CO-COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Rightway Drywall, Inc., who requests that this Honorable Court allow Andrew W. Weinstock and Philip G. Watson of Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 North Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002, to be allowed to enroll as co-counsel in the above captioned matter for Defendant, Rightway Drywall, Inc.

Respectfully submitted,

/s/ ***William W. Simmons***
William W. Simmons
Mississippi Bar No: 99237
will@gloveryoung.com
Glover, Young, Walton
and Simmons, PLLC
1724a 23rd Ave.
Meridian, MS 39305
Telephone (601) 693-1301
Facsimile (610) 693-1363
***Attorney for Rightway Drywall, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Enroll Co-Counsel** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of November, 2011.

_____/s/ ***William W. Simmons***_____
WILLIAM W. SIMMONS

00274086-1