UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     *    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION     *
    *    SECTION: L
    *
    *    JUDGE FALLON
    *
    *    MAG. JUDGE
    *    WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

*Payton, et al v. Knauf GIPS KG, et al*
Case No. 2:09-cv-07628 (E.D.La.)

*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al*
Case No. 2:10-cv-00361 (E.D.La.)

*Gross, et al v. Knauf GIPS KG, et al,*
Case No. 2:09-cv-6690 (E.D.La.)

*Rogers, et al v. Knauf GIPS KG, et al*
Case No. 2:10-cv-00362 (E.D.La.)

*Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 2:11-cv-080 (E.D.La.)

*Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, K.G.*
Case No. 2:11-cv-252 (E.D.La.)

*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 11-cv-1077 (E.D.La.)

*Block, et al v. Gebreuder Knauf*
*Verwaltungsgesellschaft, K.G., et al*
Case No. 11-cv-1363 (E.D.La.)

---

### NOTICE OF APPEARANCE

---

Notice is hereby given that:

H. DAVID VAUGHAN II of the firm of **PLAUCHE', SMITH & NIESET, L.L.C.**, 1123 Pithon Street (70601), Post Office Drawer 1705, Lake Charles, LA 70602-1705, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the following named defendant:

"Kaye Homes, Inc."

Dated this 28th day of November, 2011.

        Respectfully submitted,

        **PLAUCHE', SMITH & NIESET, L.L.C.**
        **(A Limited Liability Company)**

        BY: /s/ H. David Vaughan II
           **H. DAVID VAUGHAN II**
           **LA BAR ROLL #19194**
           1123 Pithon Street (70601)
           Post Office Drawer 1705
           Lake Charles, LA 70602-1705
           Telephone: 337/436-0522
           Facsimile: 337/436-9637
           Email: dvaughan@psnlaw.com

        Attorney for defendant, Kaye Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of November, 2011.

        **PLAUCHE', SMITH & NIESET, L.L.C.**
        **(A Limited Liability Company)**

        BY: /s/ H. David Vaughan II
            **H. DAVID VAUGHAN II**
            **LA BAR ROLL #19194**
            1123 Pithon Street (70601)
            Post Office Drawer 1705
            Lake Charles, LA 70602-1705
            Telephone: 337/436-0522
            Facsimile: 337/436-9637
            Email: dvaughan@psnlaw.com