UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 09-6690 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 2:11-cv-80 | : | |
| Abel, et al v. Taishan Gypsum Co., Ltd., | : | JUDGE FALLON |
| f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | : | |
| | : | MAG. JUDGE WILKINSON |

****************************************************************************

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow enter an appearance in this Court as counsel of record for BAYOU BUILDING PRODUCTS, LLC. Notwithstanding this Notice, all rights are reserved to object to jurisdiction, venue, and service, as well as all defenses.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's address and firm affiliation are as follows:

>Keogh, Cox & Wilson, Ltd.
>701 Main Street
>Baton Rouge, LA 70802
>Post Office Box 1151
>Baton Rouge, Louisiana 70821
>Telephone: (225) 383-3796
>Facsimile: (225) 343-9612
>www.kcwlaw.com

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/Christopher K. Jones
JOHN P. WOLFF, III, T.A., Bar #14504,
jwolff@kcwlaw.com
NANCY B. GILBERT, Bar #23095,
ngilbert@kcwlaw.com
CHRISTOPHER K. JONES, Bar #28101,
cjones@kcwlaw.com
STEPHEN M. WHITLOW, Bar #21945
swhitlow@kcwlaw.com
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Telecopier: (225) 343-9612
*Counsel for Bayou Building Products, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Plaintiffs' Liason Counsel, Russ Herman, by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Baton Rouge, Louisiana, this 28th day of November, 2011.

   s/Christopher K. Jones
JOHN P. WOLFF, III
NANCY B. GILBERT
CHRISTOPHER K. JONES
STEPHEN M. WHITLOW