UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED       :       09-6690
PRODUCTS LIABILITY LITIGATION     :
                                  :       SECTION: L
This Relates to Case: 2:11-cv-80  :
Abel, et al v. Taishan Gypsum Co., Ltd.,       :       JUDGE FALLON
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.  :
                                  :       MAG. JUDGE WILKINSON
*******************************************************************

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert

and Stephen M. Whitlow enter an appearance in this Court as counsel of record for

BRADFORD LUMBER & SUPPLY, INC.  Notwithstanding this Notice, all rights are

reserved to object to jurisdiction, venue, and service, as well as all defenses.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's

address and firm affiliation are as follows:

Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
www.kcwlaw.com

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:     s/Christopher K. Jones
          JOHN P. WOLFF, III, T.A., Bar #14504,
          jwolff@kcwlaw.com
          NANCY B. GILBERT, Bar #23095,
          ngilbert@kcwlaw.com
          CHRISTOPHER K. JONES, Bar #28101,
          cjones@kcwlaw.com
          STEPHEN M. WHITLOW, Bar #21945
          swhitlow@kcwlaw.com
          701 Main Street
          Post Office Box 1151
          Baton Rouge, Louisiana  70821
          Telephone:  (225) 383-3796
          Telecopier: (225) 343-9612
          *Counsel for Bradford Lumber & Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Plaintiffs' Liason

Counsel, Russ Herman, by e-mail, and upon all parties by electronically uploading the same

to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047.

Baton Rouge, Louisiana, this 28th day of November, 2011.

s/Christopher K. Jones
JOHN P. WOLFF, III
NANCY B. GILBERT
CHRISTOPHER K. JONES
STEPHEN M. WHITLOW