UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 11-cv-1363 | : | |
| Block, et al v. Gebrueder Knauf | : | JUDGE FALLON |
| Verwaltungsgesellsschaft, KG, et al. | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow enter an appearance in this Court as counsel of record for HOMETOWN LUMBER, INC.  Notwithstanding this Notice, all rights are reserved to object to jurisdiction, venue, and service, as well as all defenses.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's address and firm affiliation are as follows:

>Keogh, Cox & Wilson, Ltd.
>701 Main Street
>Baton Rouge, LA 70802
>Post Office Box 1151
>Baton Rouge, Louisiana  70821
>Telephone: (225) 383-3796

       Facsimile: (225) 343-9612
       www.kcwlaw.com

       Respectfully submitted by:

       **KEOGH, COX & WILSON, LTD.**

    BY:   s/Christopher K. Jones
           JOHN P. WOLFF, III, T.A., Bar #14504,
           jwolff@kcwlaw.com
           NANCY B. GILBERT, Bar #23095,
           ngilbert@kcwlaw.com
           CHRISTOPHER K. JONES, Bar #28101,
           cjones@kcwlaw.com
           STEPHEN M. WHITLOW, Bar #21945
           swhitlow@kcwlaw.com
           701 Main Street
           Post Office Box 1151
           Baton Rouge, Louisiana  70821
           Telephone:  (225) 383-3796
           Telecopier: (225) 343-9612
           *Counsel for Hometown Lumber, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Plaintiffs' Liason Counsel, Russ Herman, by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Baton Rouge, Louisiana, this 28th day of November, 2011.

                                                  s/Christopher K. Jones
                                                  JOHN P. WOLFF, III
                                                  NANCY B. GILBERT
                                                  CHRISTOPHER K. JONES
                                                  STEPHEN M. WHITLOW