UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | § § § § § | MDL No. 2047 |
| | § | SECTION: L |
| This Document Relates to: | § | Judge Fallon |
| Payton, et al v. Knauf GIPS KG, et al, | § | Mag. Judge Wilkinson |
| Case No.: 2:09-cv-07628 (E.D.La.) | § § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## NOTICE OF BANKRUPTCY

NOW INTO COURT, through undersigned counsel, comes Louisiana Lumber, LLC, and who provides the Court with its notice of filing for protection under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Louisiana, New Orleans, as Case No. 11-12005. In accordance therewith and pursuant to the provisions of 11 U.S.C. 362 all actions against the Debtor, including this case, are stayed until further order of the Bankruptcy Court.

The Debtor respectfully requests that this Court and all parties to this action take not of the filing of the bankruptcy petition by Debtor and the applicability of the automatic stay.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By:  /Kay B. Baxter
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Second Extension of Time to Submit Profile Formhas been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29TH day of November, 2011.

  /Kay B. Baxter
**KAY B. BAXTER**