UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 11-2349 <br> * <br> * MDL No. 09-2047 <br> * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON <br> * |
| Docket # 11-2349 (Omni XII) <br> Arndt, et al v. Gerbrueder Knauf Verwaltungsgesellschaft KG, et al | * MAGISTRATE WILKINSON <br> * <br> * |

_____

## NOTICE OF APPEARANCE

NOW COMES, Kerry J. Miller, Kyle Spaulding and T. Louis Colletta, Jr. of Frilot, L.L.C., to appear as counsel of record for Sun Construction LLC d/b/a Sunrise Homes and reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 29th day of November, 2011.

Respectfully submitted,

BY:  /s/Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA, JR. (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com
**ATTORNEYS FOR SUN CONSTRUCTION LLC d/b/a SUNRISE HOMES**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Kyle A. Spaulding*
**KYLE A. SPAULDING**