UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 09-2047<br>*<br>*  SECTION:  L<br>*<br>*  JUDGE FALLON<br>*<br>*  MAG. JUDGE<br>*  WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

*GROSS, et al. v. KNAUF GIPS KG, et al.*
CASE NO.:  2:09-cv-6690

*and*

**INTERVENTION COMPLAINT FILED BY MARY ANNE BENES**
**IN** *GROSS, et al. v. KNAUF GIPS KG, et al.* **(Omnibus III)**
CASE NO.:  2:09-cv-6690

*and*

**INTERVENTION COMPLAINT FILED BY RUBEN JAEN, et al.**
**IN** *GROSS, et al. v. KNAUF GIPS KG, et al.* **(Omnibus III(A))**
CASE NO.:  2:09-cv-6690

**AMENDED NOTICE OF APPEARANCE**

BEN L. MAYEAUX, ROBERT E. TORIAN, WILL MONTZ and SARA RODRIGUE of the Laborde & Neuner law firm, One Petroleum Center, Suite 200, 1001 W. Pinhook Road, Lafayette, LA 70503, who have previously been substituted as counsel of record on behalf of **TMO GLOBAL LOGISTICS, LLC** (Doc. No: 10021), now come and appear as counsel of record for **TMO GLOBAL LOGISTICS, LLC**, and file this Amended Notice of Appearance, amending Doc. No: 557. Counsel reserve all rights to object to jurisdiction, venue and service; preserve all defenses; and respectfully request that all pleadings, documents, notices, and correspondence be served upon the undersigned in connection with this action.

Dated this 28th day of November, 2011.

Respectfully submitted,

**LABORDE & NEUNER**

/s/Ben L. Mayeaux
**BEN L. MAYEAUX (#19042)**
**ROBERT E. TORIAN (#18468)**
**WILL MONTZ (#29355)**
**SARA RODRIGUE (#32660)**
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
Email:  bmayeaux@LN-Law.com
         rtorian@LN-Law.com
         wmontz@LN-Law.com
         srodrigue@LN-Law.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Amended Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of November, 2011.

                /s/Ben L. Mayeaux
                COUNSEL