UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * * | JUDGE:  FALLON |
| **This document related to:** | * * | |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * | MAG:  WILKINSON |

*************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Notice of Appearance for Rightway Drywall, LLC;

**IT IS ORDERED** that undersigned counsel's Motion to Withdraw Notice of Appearance for Rightway Drywall, LLC (Rec. Doc. 11443) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00275455-1