IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:

| | | |
|---|---|---|
| CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATED TO: | ) | |
| | ) | |
| | ) | |
| ROGERS, et al. v. Knauf GIPS KG, et al., | ) | |
| Case No.: 2:10-cv-0362 (E.D.La.) | ) | |
| | ) | |

**LIFESCAPE BUILDERS, LLC'S MEMORANDUM REGARDING PSC'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

May it please the Court:

Plaintiffs' Steering Committee ("PSC") has recently moved for a preliminary default judgment against several hundred defendants involved in the Chinese drywall multi-district litigation. See Rec. Doc. 11234. Specifically, in the *Rogers* case, Docket No.: 10-362, PSC moved for a default judgment against Lifescape Building, LLC (correctly named "Lifescape Builders, LLC"). Through undersigned counsel, Defendant, Lifescape Builders, has filed a Motion to Dismiss that remains pending before this Court. (*See* pleadings filed on behalf of Lifescape Builders, Inc., attached hereto). Due to the fact that Lifescape Builders has filed a responsive pleading with regards to the Plaintiff's Complaint, any default judgment against this entity would be wholly improper.

{B1365171}

**WHEREFORE, PREMISES CONSIDERED**, Lifescape Builders, LLC (incorrectly named "Lifescape Building, LLC") moves this Court to deny the PSC's Motion for Default.

          Respectfully submitted,

          /s/ Philip G. Piggott
          Philip G. Piggott

          One of the Attorneys for
          Lifescape Builders, Inc.

**OF COUNSEL:**

Philip G. Piggott, Esq.
Starnes Davis Florie LLP
100 Brookwood Place, Seventh Floor
P.O. Box 598512
Birmingham, AL   35259-8512

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29th day of November, 2011.

          /s/ Philip G. Piggott
          OF COUNSEL

{B1365171}