IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  09-2047<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

******************************************************************

### DEFENDANT, LIFESCAPE BUILDERS, LLC'S NOTICE OF COMPLIANCE WITH COURT ORDER [DOC. #8006]

**COMES NOW** the Defendant, Lifescape Builders, LLC, and hereby gives notice of its compliance with this Court's Orders of March 9, 2011, and August 22, 2011, by informing the Court that it has hereby deposited the sum of Four Thousand Nine Hundred Fifty and no/100 ($4,950.00) Dollars with the Clerk of the Courts.

Submitted on this the 29th day of November, 2011.

                Respectfully submitted,

                /s/ Philip G. Piggott
                Philip G. Piggott

                One of the Attorneys for
                Lifescape Builders, LLC.

OF COUNSEL:

Philip G. Piggott
William Anthony Davis, III
P. Andrew Laird, Jr. (#100273)
STARNES DAVIS FLORIE, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL   35259-8512
Telephone:  (205) 868-6000
Fax:  (205) 868-6099

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant, Lifescape Builders, LLC's Notice of Compliance with Court Order [Doc. #8006], by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29th day of November, 2011.

/s/ Philip G. Piggott
OF COUNSEL

{B1339577}

2