FORM
Exhibit A

Name:        Lifescape Builders, LLC

Address:     Liberty Park Joint Venture
             8000 Liberty Parkway, Suite 114
             Birmingham, AL 35242

Counsel's name and address:     Philip G. Piggott
                                Starnes Davis Florie LLP
                                100 Brookwood Place, 7th Floor
                                P.O. Box 598512
                                Birmingham, AL   35259-8512

Amount deposited:  $4,950.00.

Number of Homes in the MDL:   22

(Please see list of homeowners and addresses attached hereto)

**Homes Constructed by Lifescape Builders, LLC in Compliance with Court Order [Doc. #8006] Dated March 9, 2011.**

**Sean Payton v. Lifescape Builders, et al;**, CV No.: 2009-7628, Sect. L Mag. 2:

Stephen and Jennifer Bennett, 812 Boulder Lake Court, Vestavia, Alabama 35242;

Johnny Lee Edmonds, 805 Boulder Lake Court, Vestavia, Alabama 35242;

Samuel Goldstein, 809 Boulder Lake Court, Vestavia, Alabama 35242;

Jim and Jennifer Harbour, 801 Boulder Lake Court, Vestavia, Alabama 35242;

Bob Pittman, 817 Boulder Court, Vestavia, Alabama 35242;

Steven and Lauren Stastny, 4357 Boulder Lake Circle, Vestavia, Alabama 35242;

Darrell and Tammy Trott, 4346 Boulder Lane, Vestavia, Alabama 35242; and

Andrew and Romney Valezquez, 4361 Boulder Lake Circle, Vestavia, Alabama 35242.

{B1339670}

2. **Joyce Rogers, et al v Lifescape Builders LLC, et al.**, CV No. 2010-0362
   Section L:

   Charles Baldone, 813 Boulder Lake Court, Vestavia, Alabama 35242;

   Steve Bennett, 812 Boulder Lake Court, Vestavia, Alabama 35242;

   John Crutcher, 816 Boulder Lake Drive, Vestavia, Alabama 35242;

   Ralph and Donna Grosfeld, 715 Boulder Lake Lane, Vestavia, Alabama 35242;

   Bryance Methany, 4337 Boulder Lake Circle, Vestavia, Alabama 35242;

   S. Jason and Rhonda Nabors, 773 Hampden Place Circle, Vestavia, Alabama 35242;

   Andrea Nunes and Andre Ferreira, 4347 Boulder Lake Circle, Vestavia, Alabama 35242;

   Robert and Robin Pittman, 817 Boulder Lake Court, Vestavia, Alabama 35242;

   James and Leigh Rice, 723 Boulder Lake Lane, Vestavia, Alabama 35242;

   Sam Sumner, 4364 Boulder Lake Circle, Vestavia, Alabama 35242;

   Beck and Julie Taylor, 4327 Boulder Lake Circle, Vestavia, Alabama 35242;

   Chuck Trierwiler, 808 Boulder Lake Court, Vestavia, Alabama 35242;

   Chris Williamson, 712 Boulder Lake Lane, Vestavia, Alabama 35242; and

   Miriam and Chris Wood, 816 Boulder Lake Court, Vestavia, Alabama 35242.

cc: U.S. Mail and Electronic Mail
Dorothy H. Wimberly (dwimberly@stonepigman.com)
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

{B1339670}