# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of GEORGIA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
IN RE: GERMANO, ET AL.
vs.
Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

CPP2011007400

For: Ervin A. Gonzalez Esq.
    COLSON HICKS EIDSON ^

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on DELMAR LOGISTICS (GA), INC. THROUGH ITS REGISTERED AGENT JOHN P. HUTCHINS, 600 PEACHTREE STREET, NE, #5200, ATLANTA, GA 30308. I, _BERHANE TASSAW_, being duly sworn, depose and say that on the _22_ day of _NOVEMBER_, 20_11_ at _3:30_ pm., executed service by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _JOHN HUTCHINS_ as _REGISTERED AGENT_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _28_ day of _Nov_, _11_ by the affiant who is personally known to me.

NOTARY PUBLIC

MARC ALLARD
MY COMMISSION EXPIRES
NOV. 07 2015
GWINNETT CO., GEORGIA
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2011007400