# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

CPP2011007420

Plaintiff:
**IN RE: GERMANO, ET AL.**

vs.

Defendant:
**TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.**

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL  33134

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on **B AMERICA CORPORATION REGISTERED AGENT COPROLITE CORPORATION, 1 SE 3RD AVENUE, SUITE 2103, MIAMI, FL 33131**.

I, HUGO MATA, do hereby affirm that on the **22nd day of November, 2011 at 3:15 pm, I:**

SERVED the within named corporation by delivering a **SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00** with the date and hour of service endorsed thereon by me to STEPHEN BLASS as VICE PRESIDENT or any employee of defendant corporation or of the Registered Agent in the absence of any superior officer as defined in Fl. Statute Section 48.081 its Registered Agent on whom maybe served as required by Fl. Statute Section 48.091.

**Additional Information pertaining to this Service:**
CORRECT SUITE #2130

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



_____
**HUGO MATA**
CPS#324

**CIVIL PROCESS, LLC.**
**Televisa Building**
**6355 N.W. 36th Street, Suite 203**
**Virginia Gardens, FL 33166**
**(305) 375-9111**
Our Job Serial Number: CPP-2011007420

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m