# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
IN RE: GERMANO, ET AL.

vs.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

CPP2011007418

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on CARN CONSTRUCTION CORP. REGISTERED AGENT: CARLOS A. RIOS, 1374 CANARY ISLAND DRIVE, WESTON, FL 33327.

I, NASSIM T. GUERRA, do hereby affirm that on the 23rd day of November, 2011 at 11:10 am, I:

SERVED the within named corporation by delivering a SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 with the date and hour of service endorsed thereon by me to CARLOS A. RIOS as REGISTERED AGENT or any employee of defendant corporation or of the Registered Agent in the absence of any superior officer as defined in Fl. Statute Section 48.081 its Registered Agent on whom maybe served as required by Fl. Statute Section 48.091.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



NASSIM T. GUERRA
CPS#2105

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011007418

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m