## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA


CPP2011007417

Plaintiff:
IN RE: GERMANO, ET AL.

vs.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL  33134

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on **ONYX GBH CORPORATION BY SERVING ITS REGISTERED AGENT RAFAEL SARDI, 17620 SW 91ST AVENUE, PALMETTO BAY, FL 33157**.

I, JUAN M. LOPEZ, do hereby affirm that on the **22nd day of November, 2011 at 3:32 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00** with the date and hour of service endorsed thereon by me, to: **ERICKA SARDI** as **WIFE/CO-RESIDENT** at the address of: **17620 SW 91ST AVENUE, PALMETTO BAY, FL 33157**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes F.S. 48.031(1)(a)

Additional Information pertaining to this Service:
Service address is a residential address. Registered Agent was not available.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)

JUAN M. LOPEZ
Process Server #1981

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011007417

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m