## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

CPP2011007421

Plaintiff:
**IN RE: GERMANO, ET AL.**

vs.

Defendant:
**TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.**

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL  33134

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on **ORIENTAL TRADING COMPANY, LLC. REGISTERED AGENT AG CORPORATE SERVICES, LLC., 5805 BLUE LAGOON DRIVE, SUITE 200, MIAMI, FL 33126.**

I, HUGO MATA, do hereby affirm that on the **22nd day of November, 2011 at 11:45 am, I:**

served an AUTHORIZED entity by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 with the date and hour of service endorsed thereon by me, to: BEATRICE ORDONEZ as ADMINISTRATIVE ASSISTANT at the address of: **5805 BLUE LAGOON DRIVE, SUITE 200, MIAMI, FL 33126,** who stated they are authorized to accept service for ORIENTAL TRADING COMPANY, LLC., and informed said person of the contents therein, in compliance with state statutes.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



HUGO MATA
CPS#324



CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011007421