# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

CPP2011007416

Plaintiff:
IN RE: GERMANO, ET AL.
vs.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134

Received by CIVIL PROCESS, LLC. on the 22nd day of November, 2011 at 9:00 am to be served on WOLF & BEAR DISTRIBUTORS OWNERS: WOLF & BEAR HOLDINGS CORP., 2881 EAST OAKLAND PARK BLVD, SUITE 411, FORT LAUDERDALE, FL 33306.

I, NASSIM T. GUERRA, do hereby affirm that on the 22nd day of November, 2011 at 2:30 pm, I:

NON-SERVED the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 for the reason that I failed to find WOLF & BEAR DISTRIBUTORS OWNERS: WOLF & BEAR HOLDINGS CORP. or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
Server attempted service at given address. This company is no longer at this address.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)

NASSIM T. GUERRA
CPS#2105

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011007416



Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m