UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

JOYCE W. ROGERS, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 10-362 Section L

_____/

### NOTICE OF APPEARANCE

COMES NOW, Michele I. Nelson, Esq. with the law firm of Paxton & Smith, P.A. and hereby enters her appearance as counsel for Defendant, LAPORTE BUILDERS, INC.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30TH day of November, 2011.

Respectfully submitted,

**PAXTON & SMITH PA**

BY: _____
Michele I. Nelson (Fla. Bar No. 436194)
The Barristers Building, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 648-2121
Telecopier: (561) 684-6855
Email: min@paxsmith.com

**ATTORNEYS FOR DEFENDANT,
LAPORTE BUILDERS, INC.**

2