UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
PRODUCTS LIABILITY LITIGATION                SECTION L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

JOYCE W. ROGERS, *et al.* v.
KNAUF GIP KG, *et al.*,
Case No. 10-362 Section L

_____/

## LAPORTE BUILDERS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

LAPORTE BUILDERS, INC., by and through its undersigned attorneys, in response to the Plaintiffs' Omnibus Motion for Preliminary Default Judgment, says:

1. LAPORTE BUILDERS, INC. entered an appearance in this matter by way of its Motion to Dismiss the Amended Omnibus Class Action Complaint with Incorporated Memorandum of Law on June 23, 2010. Subsequently, LAPORTE also filed an Amended Motion to Dismiss with accompanying Memorandum of Law.

2. Notwithstanding its prior appearance, without waiving jurisdictional arguments, the undersigned has entered a separate appearance as counsel for Defendant, LAPORTE BUILDERS, INC., concurrently with this response.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically

MDL No. 02047
SECTION L

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29TH day of November, 2011.

Respectfully submitted,

**PAXTON & SMITH PA**

BY: _____
Michele I. Nelson (Fla. Bar No. 436194)
The Barristers Building, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 648-2121
Telecopier: (561) 684-6855
Email: min@paxsmith.com

**ATTORNEYS FOR DEFENDANT,
LAPORTE BUILDERS, INC.**