UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *MDL NO. 09-2047 |
| | *SECTION L |
| THIS DOCUMENT APPLIES TO: | |
| | *JUDGE FALLON |
| KENNETH AND BARBARA WILTZ, et al. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. CASE NO.: 10-361 | *MAG. JUDGE WILKINSON |
| KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al. CASE NO.: 11-080 | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Robert E. Couhig, Jr., Jonathan P. Lemann, Jason A. Cavignac, and Claire E. Pontier of the firm Couhig Partners, LLC enter their appearances as counsel of record for American Building Materials, Inc., and request that copies of all future correspondence, pleadings, discovery and all other written items and/or communications in this case be directed to the undersigned.

Dated: November 30, 2011.

                                                                  Respectfully submitted:

                                                                   */s/ Claire E. Pontier*_____
                                                                   Robert E. Couhig, Jr., Bar No. 4439
                                                                   Jonathan P. Lemann, Bar No. 26380
                                                                   Jason A. Cavignac, Bar No. 27990
                                                                   Claire E. Pontier, Bar No. 32025

                                                                   **Please see next page for firm and service information.**

*Couhig Partners, LLC*
643 Magazine Street, Suite 300
New Orleans, Louisiana 70130
Telephone: 504-588-1288
Facsimile: 504-588-9750
Email:  couhigre@couhigpartners.com
              lemannjp@couhigpartners.com
              jcavignac@couhigpartners.com
              cpontier@couhigpartners.com

### CERTIFICATE OF SERVICE

I, Claire E. Pontier, hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email, or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File & Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of November 2011.

/s/ Claire E. Pontier_____
Claire E. Pontier

4843-3294-5422, v. 1