UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2:09-MD-02047 SECTION L |
| | * | JUDGE FALLON |
| **This document related to:** | * * | MAG. JUDGE WILKINSON |
| *Laura Haya et al v. Taishan Gypsum Co., Ltd. et al* Case No.: 11-1077 | * * * * | |

*******************************************************************************************

## NOTICE OF APPEARANCE FOR DEFENDANT, W. B. HOWLAND, CO., L.L.C.

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **James W. Prevatt, Jr.,** Prevatt Law Firm, P.L., 123 East Howard Street, Live Oak, FL 32064, hat@prevattlaw.com, hereby enters his appearance as counsel of record for Defendant, W. B. Howland, Co., L.L.C., in the captioned matter.  Defendant, W. B. Howland, Co., L.L.C., expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

        Respectfully submitted,

        */s/ James W. Prevatt, Jr.*
        James W. Prevatt, Jr.
        Florida Bar No.: 0352012
        hat@prevattlaw.com
        PREVATT LAW FIRM, P.L.
        123 East Howard Street
        Live Oak, FL 32064
        Phone: (386) 362-7979
        Fax: (386) 362-7971
        *Attorney for W. B. Howland Co.,L.L.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman and Defendant's Liaison, Kerry Miller, by U.S. Mail and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 30th day of November, 2011.

      I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2011.

                                         */s/ James W. Prevatt, Jr.*