UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

SECTION l

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Rogers, et al v. Knauf Gips, Kg, et al;
Cause No. 10-0362

MAGISTRATE JUDGE WILKINSON

_____/

### ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiffs, Donald Ambroise, Juan Carlos Castaneda and Herold and Gauty Athouriste, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

1. It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiffs, Donald Ambroise, Juan Carlos Castaneda and Herold and Gauty Athouriste, is hereby granted and the Robert W. Brown Esquire at the firm of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Jeremy W. Alters, Esquire at the firm of Alters Law Firm, P.A., are hereby discharged from their obligations of representation in this case and relived of any further appearance in this case on behalf of Plaintiffs, Donald Ambroise, Juan Carlos Castaneda and Herold and Gauty Athouriste. Until such time as a Notice of Appearance is Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139.

It is ORDERED this _____ day of November, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE