UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Gross, et al v. Knauf Gips KG, et al; Cause
No. 09-6690

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Robert B. Brown, Esquire at the firm of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo), counsel of record for Plaintiff Odette A. Myers, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray for this Court to enter an Order granting leave to withdraw as counsel for the Plaintiff for the following reasons:

1. Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) were retained to represent Odette A. Myers, whose home was allegedly constructed with Chinese Drywall.

2. The undersigned counsel have been discharged by the Plaintiff and undersigned counsel therefore seeks to withdraw as counsel for the Plaintiff, Odette A. Myers. Plaintiff has retained Victor Diaz, Esquire, to represent her and Mr. Diaz has been made aware of our withdrawal.

3. Plaintiffs' new counsel has been appraised of our withdrawal, to wit: Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Plaintiff, Odette Myers in the above case.

Dated: November 30, 2011               Respectfully submitted,

By: /s/ Robert B. Brown
Robert B. Brown
Baron & Budd, P.C.
2665 South Bayshore Drive, Suite 220
Miami, Florida 33133
Phone: (786) 837-5444
Fax: (786) 837-5445
bbrown@baronbudd.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,

and mail to Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139, on this 30th day of November, 2011.

/s/ Robert B. Brown
Robert B. Brown
Baron & Budd, P.C.
2665 South Bayshore Drive, Suite 220
Miami, Florida 33133
Phone: (786) 837-5444
Fax: (786) 837-5445
bbrown@baronbudd.com