UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL   PRODUCTS   LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

SECTION: L

**Gross, et al vs. Knauf GIPS KG, et al**
**Case No. 09-6690**

JUDGE FALLON

_____/

MAGISTRATE JUDGE WILKINSON

### AFFIDAVIT OF ROBERT B. BROWN, ESQUIRE

I, ROBERT B. BROWN, ESQUIRE, being duly sworn, deposes and says that:

1.       The law firms of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown, Rash & Culmo) have been discharged by the Plaintiff, Odette A. Myers.

2.       Plaintiff has retained Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139, to represent her in her claims.

3.       As the three law firms no longer represent the Plaintiff, and Mr. Diaz does now represent her, it would be improper to contact her directly as called for by Local Rule 83.2.11.

4.       Mr. Diaz has been advised of our desire to withdraw, and, as a former member of the Plaintiff's Steering Committee, is fully aware of the deadlines and other rules of this court.

_____
ROBERT B. BROWN, ESQUIRE

STATE OF FLORIDA            :
                            :
COUNTY OF MIAMI-DADE        :

SWORN TO and subscribed before me on this ____ day of November, 2011.
Personally known by me __✓_; Produced Identification Type: _____.

(SEAL)

DONNA DEMICHAEL
MY COMMISSION # EE 006652
EXPIRES: November 3, 2014
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC