UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 11-1077 |
| LAURA HAYA, DANIEL HAYA and IRENE HAYA, individually, and on behalf of all others similarly situated v. TAISHAN GYPSUM CO., LTD., ET AL.<br>_____/ | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, KARR DRYWALL, INC.

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which hereby files its Notice of Appearance as counsel on behalf of Defendant, KARR DRYWALL, INC. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
KARR DRYWALL, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
　　　GARY F. BAUMANN
　　　Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN