UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO KENNETH ABEL, et al vs. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al. Case No. 2:11-CV-000800 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law firm of Shields Mott Lund L.L.P. who hereby enter their appearance on behalf of defendant, Design Drywall of South Florida, LLC. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in

connection with this action be served upon them in accordance with the address and contact information below.

                                          Respectfully submitted,

                                          /s/ Elizabeth L. Gordon
                                          Lloyd N. Shields (La. Bar No. 12022)
                                          Elizabeth L. Gordon (La. Bar No. 21619)
                                          Andrew G. Vicknair (La. Bar No. 28448)
                                          Adrian A. D'Arcy (La. Bar No. 29137)
                                          Shields Mott Lund L.L.P.
                                          650 Poydras Street, Suite 2600
                                          New Orleans, Louisiana 70130
                                          Telephone: (504) 581-4445
                                          Facsimile: (504) 584-4440
                                          lnshields@shieldsmottlund.com
                                          elgordon@shieldsmottlund.com
                                          ajvicknair@shieldsmottlund.com
                                          aadarcy@shieldsmottlund.com

                                          Attorneys for
                                              Design Drywall of South Florida, LLC

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 1st day of December, 2011.

/s/ Elizabeth L. Gordon

62065-02\Pleadings\Abel\Notice of Appearance.wpd