UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIBILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| JOYCE W. ROGERS, et al | * | |
| VS. | * | |
| KNAUF GIPS KG, el al | * | |
| CASE NO. 2:10-cv-0362 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AS COUNSEL

An appearance is hereby filed by Lysa M. Friedlieb, Esquire of the Firm of Luks, Santaniello, Petrillo, & Jones, as attorney of record for Defendant, RCR Holdings II LLC. The filing of this Attorney Appearance Form in the Rogers MDL action, Case No. 2:10-cv-0362, and is also done in compliance with MDL 2047 Pretrial Orders 11 and 12, and Defendant RCR Holdings II LLC, reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, RCR Holdings II LLC, further avers that this Notice does not constitute as a waiver of service.

Respectfully Submitted:

LUKS, SANTANIELLO
PEREZ, PETRILLO, GOLD & JONES

By: *Lysa M. Friedlieb*
Lysa M. Friedlieb (#898538)
Stonegate Bank Plaza
301 Yamato Road, Suite 1234
Boca Raton, FL  33431
Telephone:  (561) 893-9088
  Facsimile:  (561) 893-9048

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047; additionally such Notice was also filed in the Rogers MDL action, bearing Case No. 2:10-cv-0362 on this __1st____ day of December, 2011.

/s Lysa M. Friedlieb
By: Lysa M. Friedlieb