UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2047 & TITLE – IN RE: Chinese Drywall Litigation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA and IRENE HAYA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; et al.<br><br>Defendants, | )<br>)<br>)<br>) CASE NO.: 11-1077<br>)<br>) SECT. L MAG. 2<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

COMES NOW, F. A. Branscomb Beavers, and hereby enters his appearance as counsel for the Plaintiff, Lake Crest Townhomes, LLC, in the above styled cause and notifies the Clerk of the Panel of his designation as the attorney to file and receive service of all pleadings, notices, orders, and other papers relating to the practice before the Judicial Panel on Multidistrict Litigation on behalf of the Plaintiff indicated.

/s/ F.A. Branscomb Beavers
F. A. Branscomb Beavers (BEA 077)
Attorney for Plaintiff
Lake Crest Townhomes, LLC

OF COUNSEL:
F.A. Branscomb Beavers, Esq. (ASB-9384-A61B)
Beavers Law Firm, Inc.
3118 Bellwood Drive, Ste. 110
P.O. Box 43521
Birmingham, AL 35243
Telephone (205) 567-9133
Facsimile (205) 967-8178
branscombbeavers@att.net

T. Michael Brown (BRO105)
Bradley Arrant Boult Cummings LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8462
Facsimile: (205) 488-6462
mbrown@babc.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by United States Mail, first-class postage prepaid and addressed to the regular mailing address, hand delivery, fax, email or via LexisNexis File & Serve.

                                  /s/ F.A. Branscomb Beavers
                                  F.A. Branscomb Beavers
                                  Attorney for Plaintiff
                                  Lake Crest Townhomes, LLC