# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
**IN RE: GERMANO, ET AL.**

vs.

Defendant:
**TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.**

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134


CPP2011007532

Received by CIVIL PROCESS, LLC. on the 29th day of November, 2011 at 6:00 pm to be served on **DENISE ROMANO, 1534 SOPERA AVENUE, CORAL GABLES, FL 33134**.

I, JUAN M. LOPEZ, do hereby affirm that on the **30th day of November, 2011** at **12:44 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF DENISE ROMANO W/F $45.00** with the date and hour of service endorsed thereon by me, to: **DENISE ROMANO** at the address of: **1534 SOPERA AVENUE, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



JUAN M. LOPEZ
Process Server #1981

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011007532

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



## INVOICE

Invoice #CPP-2011007532
11/30/2011



Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134

**Send Payments To:**
CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
Phone: (305) 375-9111
Fax: (305) 444-0454

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
IN RE: GERMANO, ET AL.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

Received: 11/29/2011   Served: 11/30/2011 12:44 pm  .INDIVIDUAL/PERSONAL
To be served on: DENISE ROMANO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Dade | 1.00 | 80.00 | 80.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | $125.00 |
| **BALANCE DUE:** | | | $125.00 |

This invoice is assigned to, owned by and only payable to LIQUID CAPITAL EXCHANGE, INC. P.O.Box 17000, Greenville, SC 29606 Any disputes, claims, etc. must be reported to LIQUID CAPITAL EXCHANGE, INC. at 972-550-3976 immediately upon receipt of this invoice.

THIS INVOICE IS DUE IN FULL IMMEDIATELY. THE PROCESS SERVER HAS EXECUTED AN AFFIDAVIT OF SERVICE FOR THE JUDGE. PLEASE ROUTE TO ACCOUNTING FOR PROCESSING AND PAYMENT. THERE IS A $20 PER MONTH LATE FEE IF UNPAID AFTER 30 DAYS.   THANK YOU KINDLY.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m