UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION L

*********************************************

THIS DOCUMENT RELATES TO:
Dean and Dawn Amato, et al.
Case No. 2:10-cv-00932

JUDGE FALLON

MAG. JUDGE WILKINSON

## JOINT MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

S. Michael Cooper, current counsel for Clarendon America Insurance Company, Praetorian Specialty Insurance Company, and QBE Specialty Insurance Company, and Kerry J. Miller, Kyle Spaulding and Louis Colletta, move to enroll Kerry J. Miller, Kyle Spaulding, Louis Colletta and the law firm of Frilot, LLC as additional counsel of record for Defendants Clarendon America Insurance Company, Praetorian Specialty Insurance Company, and QBE Specialty Insurance Company, and request that copies of all pleadings served in this case be served upon undersigned at the following office.

Respectfully submitted,

BY: s/Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
T. LOUIS COLLETTA (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

BY: s/ S. Michael Cooper
S. MICHAEL COOPER (#24057)
PETTIETTE, ARMAND
400 Texas Street, Suite 400
Shreveport, LA 71101
Telephone: (318)221-1800
Facsimile: (318)226-0390
Email: mcooper@padwbc.com
COUNSEL FOR CLARENDON,
PRAETORIAN, QBE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                           s/Kerry J. Miller