**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE |
| | * | WILKINSON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| Case No.09-6690 | * | |
| David Gross, *et al*, v. | * | |
| Knauf Gips KG., *et al*. | * | |
| | * | |

*************************************************

<u>**NOTICE OF APPEARANCE**</u>

Chris S. Coutroulis, Mark A. Smith, D. Matthew Allen, Lannie D. Hough, Jr., and Carlton Fields, P.A., and Dorothy H. Wimberly and Stone Pigman Walther Wittman, L.L.C. hereby give notice of their appearance as counsel of record for "K & B Homes," which should have been identified as KB HOME Tampa LLC, in this cases and respectfully request that copies of all pleadings served in this cases be served upon the undersigned in connection with this action.  KB Home Tampa LLC reserves all rights to object to sufficiency of process, service of process, proper identification, proper venue and/or the jurisdiction of this Court.


Respectfully submitted,

 /s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Lannie D. Hough, Jr.
Florida Bar No.  0149470
CARLTON FIELDS

P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:     (813) 223-7000
Fax:             (813) 229-4133
ccoutroulis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
lhough@carltonfields.com

and

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-3200
Fax:             (504) 581-3361

*Counsel for KB HOME Tampa LLC, improperly identified as "K&B Homes"*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2011.

/s/ D. Matthew Allen