IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED　　　　　　　MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION　　　　　　　　　　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON

This Document Relates to <u>Haya et al, v. Taishan Gypsum
Co., Ltd., et al</u>; Case No.  2:11-CV-1077　　　　　MAG. JUDGE WILKINSON

_____/

### **NOTICE OF APPEARANCE**

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, Hovstone Properties Florida, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: December 1, 2011

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BILZIN SUMBERG BAENA PRICE
　　　　　　　　　　　　　　　& AXELROD LLP
　　　　　　　　　　　　　　　1450 Brickell Avenue
　　　　　　　　　　　　　　　Suite 2300
　　　　　　　　　　　　　　　Miami, Florida 33131-3456

　　　　　　　　　　　　　　　Tel.: (305)374-7580   Fax: (305)374-7593

　　　　　　　　　　　　　　　BY:　　/s/ *Melissa Pallett-Vasquez*
　　　　　　　　　　　　　　　　　　ROBERT W. TURKEN, ESQ.
　　　　　　　　　　　　　　　　　　Florida Bar No. 306355
　　　　　　　　　　　　　　　　　　rturken@bilzin.com
　　　　　　　　　　　　　　　　　　ADAM F. HAIMO, ESQ.
　　　　　　　　　　　　　　　　　　Florida Bar No. 502731
　　　　　　　　　　　　　　　　　　ahaimo@bilzin.com
　　　　　　　　　　　　　　　　　　MELISSA PALLETT-VASQUEZ, ESQ.
　　　　　　　　　　　　　　　　　　Florida Bar No.  715816
　　　　　　　　　　　　　　　　　　mpallett@bilzin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2011.

      By: *Melissa Pallett-Vasquez*
           Melissa Pallett-Vasquez