## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-MD-02047 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: Kenneth Abel, et al. v. Taishan, et al CASE NO:  2:11-CV-080 | * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *  *

## NOTICE OF APPEARANCE

Kevin R. Tully, H. Carter Marshall, and W. Nicholas Dietzen, IV of Christovich & Kearney, LLP hereby file this Notice of Appearance as counsel of record for American Building Materials, Inc. in the above-captioned action and request copies of all pleadings served in this case be served upon the undersigned counsel at the following office and telephone number.

Respectfully Submitted:

*/s/Kevin R. Tully*

**KEVIN R. TULLY - #1627, T.A.**
**H. CARTER MARSHALL - #28136**
**W. NICHOLAS DIETZEN, IV -#31135**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for American Building Materials, Inc**.**

## **CERTIFICATE**

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Courts ECF System, and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

        */s/Kevin R. Tully*
        **KEVIN R. TULLY**
        **H. CARTER MARSHALL**

CK_DOCS 474758v1