**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 30, 2011**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. The conference was transcribed by official court reporter, Toni Tusa. Copies of the transcript may be purchased by contacting Ms. Tusa at (504) 589-7778.

Lenny Davis and Chris Seeger participated on behalf of the Questioners. Joe Cyr and Frank Spano participated on behalf of the Taishan entities. A number of other attorneys participated and monitored the call.

The conference was scheduled to discuss discovery and depositions of the Taishan entities, particularly the exhibits which will be used at the depositions, the identification and order of witnesses, noticed deposition topics, and logistics for the depositions. The Questioners have approximately 300 exhibits which they may use at the depositions. The Court directed the Questioners to divide these exhibits into two categories to ease the burden on Taishan; category one is exhibits the Questioners know they will use, and category two is exhibits the Questioners may use. The Court further directed the Questioners to produce these exhibits on a rolling basis as soon as

JS10(00:30)

possible, but beginning no later than December 15, 2011 and ending on December 23, 2011. With regard to Taishan's exhibits, it agrees to produce exhibits by December 9, 2011.

Prior to the conference, Taishan sent correspondence to the Court stating that it will be voluntarily producing for deposition the following witnesses: Mssrs. Jia, Peng W., Che, Peng Shiliang, and Fu. The Court directed the parties to reach an agreement on the order these witnesses will be deposed. Immediately after the conference, the Court was informed that these witnesses will be deposed in the following order: (1) Mr. Jia, (2) Mr. Fu, (3) Mr. Peng Shiliang, (4) Mr. Che, and (5) Mr. Peng W. The depositions are scheduled to begin January 9, 2012 and continue through the week, in Hong Kong at a located selected by the parties. The Court will preside over the depositions.

With regard to the deposition topics, Taishan expressed concern that there are too many topics to cover in a week of depositions, many of the topics were covered in prior depositions, and the witnesses may not have knowledge regarding many of the topics. The Court recognized Taishan's concerns and advised Taishan that if its witnesses lack knowledge on the requested topics, then they are to say so, but the Questioners are not precluded from asking questions within the requested topics.

Finally, the parties informed the Court that their stipulation on business records is forthcoming and they have selected an interpreter. The Court will contact the interpreter and designate he or she under Rule 706.