TOTAL P.002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Laura Haya, et al )
)
Plaintiff )
v. ) Civil Action No. 11-1077 Section L
Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe )
Dongxin Co., Ltd., et al )
Defendant )

## SUMMONS IN A CIVIL ACTION

Second Amended Complaint

TRUE COPY SERVED
DATE: 11/18/11
TIME: 4:11 YCBM
BY: GAS
#: DPS 9DDC
CERTIFIED, SHERIFF
APPOINTED PROCESS SERVER

To: (Defendant's name and address) Boardwalk Drywall, Inc.
~~704 West Bay Street~~
~~Tampa, FL 33606~~
4231 Grand Blvd
New Port Richey, FL
34652

W-07 CIRCUIT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: September 2, 2011

Signature of Clerk or Deputy Clerk



EXHIBIT "A"