UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ALL CASES ) <br> ) <br> ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

### PRE-TRIAL ORDER NO. 1F

In Pre-Trial Order Nos. 1C, 1D, and 1E, the Court lifted the stay on motion practice in the MDL proceedings and clarified the status of motion practice and stay of responsive pleadings in *Gross, et al. v. Knauf Gips, KG, et al.*, No. 09-6690 (R. Docs. 509, 718 and 1078). Since that time, plaintiffs have filed other large Omnibus complaints and numerous individual actions. In order to clarify the deadline dates and to alleviate the need for defendants to move for extensions of time in which to respond, the Court hereby adopts the following deadlines that apply in all cases:

IT IS ORDERED all defendants be and they hereby are granted an automatic extension of time in which to respond to Complaints in the MDL. Responsive pleadings are now due fifty (50) days after service of a Complaint on a defendant.

IT IS FURTHER ORDERED that counsel shall enter their appearance on behalf of their client(s) within twenty (20) days after service of a Complaint on a defendant.

IT IS FURTHER ORDERED that each plaintiff shall submit a plaintiff profile form within forty (40) days of filing a complaint.

IT IS FURTHER ORDERED that defendants shall respond to the appropriate profile form within forty (40)days after service of a Complaint on a defendant. Once completed, the profile form is to be provided to Liaison Counsel. Profile forms are not filed with the Court and



1009893v.1

are not served on Lexis Nexis File & Serve. The Court has approved a Plaintiff Profile Form, a Defendant Manufacturers' Profile Form, a Contractor/Installer Profile Form, a Builder Defendant Profile Form, a Defendant Distributor Profile Form, and the Importer/Exporter/Broker Profile Form. See Pre-Trial Order Nos. 11, 12A, and 14. Profile forms for other defendants are still under discussion.

Any questions regarding these deadlines and/or proper filing techniques should be directed to a party's respective Liaison Counsel.

NEW ORLEANS, LOUISIANA, this ___9th___ day of March, 2010.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE