UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering Steeler, Inc.'s Motion to Lift Stay on Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff (Doc. # 10195),

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

1. Steeler Inc.'s Motion to Dismiss for Lack of Plaintiff

IT IS FURTHER ORDERED that this Motion is set for submission on the briefs for December 14, 2011. Responses in opposition are to be filed consistent with the Local Rules.

New Orleans, Louisiana, this 2nd day of December, 2011.

Eldon E. Fallon
United States District Court Judge

N:\DATA\N\44805001\pleadings\lift stay order 10-21-11.wpd

-1-