UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *Kenneth Abel, et al v. Taishan Gypsum Ltd., et al* Docket No. 11-080 | * * | MAG: WILKINSON |

******************************************************************************

### **O R D E R**

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that **Andrew W. Weinstock** and **Philip G. Watson**, of **Duplass, Zwain, Bourgeois, Pfister & Weinstock**, be and the same are hereby enrolled as additional counsel of record for Defendant, Rightway Drywall, Inc.

New Orleans, Louisiana, this  2nd  day of      December     , 2011.

_____
**UNITED STATES DISTRICT COURT**

00274086-1