UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Court previously ordered all insurers to meet with mediator John Perry to discuss possible global resolution of the MDL litigation. *See* (R. Doc. 7414). That Order was later vacated by the Court. (R. Doc. 7642). The Court now finds the time is appropriate to reschedule this mediation with Mr. Perry. Accordingly, IT IS HEREBY ORDERED that the following individuals are to meet with Mr. Perry within the next two (2) weeks to discuss the possibility of global resolution:

   Lead Counsel for the Homebuilders (Hillary Bass)

   Liaison Counsel for the Installers (Bob Fitzsimmons)

   Liaison Counsel for the Insurers (Judy Barrasso or Minor Pipes)

   Lead Counsel for the Plaintiffs' Steering Committee ("PSC") (Arnold Levine)

   Liaison Counsel for the PSC (Russ Herman)

In addition, if Liaison Counsel for the Insurers determines it would assist these discussion, he or she may appoint a sub-committee of counsel for insurers who provide coverage for builders, installers, and/or suppliers (not to exceed four (4) additional counsel) to also attend and participate in these discussions.

New Orleans, Louisiana this 2nd day of December 2011.

*[signature: Eldon E. Fallon]*
_____
U.S. District Judge