## Purchase and Sales Contract
Lakeland, Florida

Date: 3-12-07

Receipt is hereby acknowledged of the sum of: 1000 00

From: JARVIS FORMAN _____ hereinafter called Purchaser,

Address: 2927 DUNHILL CIRCLE LAKELAND 33810 _____ Phone: 529 3053

For the purchase of house (located) (to be located) on the following described property:
24. Copper Ridge Pointe AKA 2859 Dunhill Circle Lakeland

Total Purchase price of the property described above shall be: $ 269,000 00

PAYABLE AS FOLLOWS:

| | | |
|---|---|---|
| DEPOSIT ABOVE | | $ 1000.00 |
| BALANCE OF DOWN PAYMENT 19350 | | $ 25,900.00 @ CLOSING |
| APPROXIMATE CLOSING COST 2860 | | $ 6652.00 BY SELLER |
| MORTGAGE APPLIED FOR 20650.00 | | $ 242,100.00 |
| TOTAL | | $ 269,000 00 |

### TERMS AND CONDITIONS

1. Contract price does not include allowances for Financing, Closing or Payments.

2. It is understood and agreed that if a conventional mortgage loan is not obtained, then the above deposit will be returned, less actual expenses incurred and a $10.00 processing fee.

3. If Contract Price Includes the land as legally described above, conveyance of title is to be by warranty deed free and clear of liens and encumbrances, except the mortgage, applied for, restrictions of record, legal zoning requirements, and taxes for the year 20 , which shall be prorated as of the date of closing.

4. In the event the Seller is for any reason whatsoever, unable to obtain necessary building materials, said Seller shall have the right and privilege of refunding the aforesaid deposit in full and of thereafter cancelling this contract.

5. If this Contract contemplates construction not already completed, the plans and specifications shall be initialed by the Purchaser and become part of this Contract.

6. All modifications or additions to this contract are enumerated below and the completed text of said modifications or additions is signed by the Purchaser and Seller and attached hereto:
    1. CLOSE on or BEFORE 4-2-07
    2. _____
    3. _____

7. In the event that the Purchaser fails or refuses to execute all the documents required of him promptly and when requested by Seller or fails or refuses to pay such sum due as set forth above, then in either event, the deposit this day paid by the Purchaser to the Seller as above shall be retained by the Seller as the agreed to or liquidated damages suffered by the Seller.

EXTRAS: Purchaser agrees to pay for any extras authorized by him or required by lending agency's commitment, which are not included in the plans, specifications and/or contract. Payment for such extras will be made when construction is completed, prior to occupancy.

(I), (We) agree to sell said property to the above named Purchaser on the terms and conditions stated above.

SELLER _Rederick_____   SELLER _____

(I), (We) agree to purchase this property on the terms and conditions above stated.

BUYER X _____   BUYER _____

BUYER X _____   BUYER _____

**RICK STRAWBRIDGE, INC.**
5120 SOUTH LAKELAND DRIVE, SUITE 2
LAKELAND, FLORIDA 33813
PHONE: (863) 646-9332  FAX: (863) 644-8202

```
INSTR # 2007069897
BK 07232 PGS 1160-1161 PG(s)2
RECORDED 04/02/2007 03:31:31 PM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,883.00
RECORDING FEES 18.50
RECORDED BY V Epperson
```

Prepared by and return to:
Richard A. Miller, Esquire/emj

Miller, Crosby & Miller, P.A.
2323 South Florida Avenue
Lakeland, FL 33803
863-688-7038
File Number: 4-22029
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

This Warranty Deed made this 29th day of March, 2007 between RICK STRAWBRIDGE, INC., a Florida corporation whose post office address is 5120 South Lakeland Drive, Suite# 2, Lakeland, FL 33813, grantor, and Janis A. Furman whose post office address is 2859 Dunhill Circle, Lakeland, FL 33810, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Polk County, Florida to-wit:

Lot 24 of COPPER RIDGE POINTE, according to the map or plat thereof as recorded in Plat Book 126, Page 22 of the public records of Polk County, Florida.

Parcel Identification Number: 102723-000828-000240

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2006.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: CHRISTINA M. JOHNSON

Witness Name: MARIE E. WARNER

Rick Strawbridge Inc.
By: _____
Gary T. Morrison, Vice President

(Corporate Seal)

State of Florida
County of Polk

The foregoing instrument was acknowledged before me this 29th day of March, 2007 by Gary T. Morrison, Vice President of Rick Strawbridge Inc., a Florida corporation, on behalf of the corporation. He/she [x_] is personally known to me or [ ] has produced a driver's license as identification.

[Notary Seal]



Notary Public

Printed Name: CHRISTINA M. JOHNSON

My Commission Expires: _____

CHRISTINA M. JOHNSON
MY COMMISSION # DD 562697
EXPIRES: July 19, 2010
Bonded Thru Notary Public Underwriters

Warranty Deed - Page 2

DoubleTime®



Prepared By and Return To:
Cathy Morrison
Companion Title Services, LLC
620 Robin Road
Lakeland, FL 33803

File No. CB08-01-012

Property Appraiser's Parcel I.D. (folio) Number(s)
23-27-10-000828-000240

```
INSTR # 2008215750
BK 07786 PGS 0405-0406 PG(s)2
RECORDED 12/30/2008 11:19:42 AM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,189.30
RECORDING FEES 18.50
RECORDED BY S Wilson
```

# WARRANTY DEED

THIS WARRANTY DEED dated December 17, 2008, by Janis Forman, a single person hereinafter called the grantor, to Joel Cartagena, a married man joined by his wife Quadalupe Cartagena, whose post office address is 2859 Dunhill Circle, Lakeland, FL 33810, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $169,900.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Polk County, Florida, viz:

Lot 24, Copper Ridge Pointe, according to the plat thereof as recorded in Plat Book 126, Page 22, of the Public Records of Polk County, Florida.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2008

Warranty Deed (Individual to Individual)
Rev. (3/00)

## WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

(Witness Signature) *Cathy L. Morrison*

(Witness Signature) *Barbara Ditorio*

*Janis Forman*

6119 Sandpiper Dr.
(Address)

Lakeland, FL  33809
(Address)

STATE OF Florida

COUNTY OF Polk

I, Cathy L. Morrison, a Notary Public of the County and State first above written, do hereby certify that Janis Forman, a single person  personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 17th day of December, 2008.

Notary Public

My Commission Expires

(SEAL)

*Cathy L. Morrison*
*Commission # DD381104*
*Expires February 19, 2009*
*bonded Troy Fain - Insurance, Inc  800-385-7019*

Warranty Deed (Individual to Individual)
Rev. (3/00)