# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, et. al,

        Plaintiffs,

v.

GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et. al,

        Defendants.
_____/

CASE NO.: 11-1363
SECT. L MAG. 2

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that defendant, Rick Strawbridge, Inc.'s Motion to Dismiss with Prejudice the Claims Brought Against it in the Block Omnibus Class Action Complaint (Omni X) and accompanying Memorandum of Law in Support, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 15th day of February, 2012 at 9:00 a.m. or as soon thereafter as counsel may be heard.

{22721263;1}

Dated:  December 2, 2011

                             **AKERMAN SENTERFITT**

                      BY:  /s/    Valerie Greenberg
                            Valerie Greenberg, Esq.
                            Fla. Bar No. 026514
                            Stacy Harrison, Esq.
                            Fla. Bar No. 44109
                            One Southeast Third Avenue, 25th Floor
                            Miami, FL  33131-1714
                            Phone:  (305) 374-5600
                            Fax:  (305) 374-5095
                            Email:  valerie.greenberg@akerman.com
                            Email:  stacy.harrison@akerman.com

                 *Attorneys for Rick Strawbridge, Inc.*


*Co-Counsel for Rick, Strawbridge, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
         Susie.morgan@phelps.com
         Skylar.rosenbloom@phelps.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2011.

/s/     Valerie Greenberg