**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctcorporation.com



November 23, 2011

Louisiana Eastern District, United States District Court
500 Poydras Street, Room C-151,
New Orleans, LA  70130

Re:  Chinese-Manufactured Drywall Products Liability (See Proposed Order for Additional Cases) // To: McCar Homes, Inc.

Case No.   MDL No. 2047      L

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Donna Moch
Service of Process Manager

Log# 519535574

FedEx Tracking# 795439634391

cc:  Russ M. Herman
     Herman, Herman, Katz & Cotlar, LLP
     820 O'Keefe Avenue,
     New Orleans, LA  70113