

| | | | | |
|---|---|---|---|---|
| DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI |

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281  

November 30, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

**Re:     In re: Chinese Manufactured Drywall Products Liability Litigation  
Kenneth Abel, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe  
Dongxin Co., Ltd., et al; Cause No. 11-080**

Dear Russ and Lenny:

My client, Christopher Doerre, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP, to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant, Heights Custom Homes, LLC, in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

Bob Brown