# EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, et. al, | CASE NO.: 11-1363<br>SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et. al, | |
| Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Robert/Charles Builders, Inc.'s Motion to Dismiss With Prejudice the Claims Against it in the Block Omnibus Class Action Complaint (Omni X), and accompanying Memorandum of Law in Support, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 14th day of December, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

{20959538;1}

Dated: December 2, 2011

        Respectfully submitted,

        **AKERMAN SENTERFITT**

        BY: /s/ Michael A. Sayre
           Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
           Samantha J. Kavanaugh, Esq. (Fla. Bar No.0194662)
           Michael A. Sayre, Esq. (Fla. Bar No. 17607)
           One Southeast Third Avenue, 25th Floor
           Miami, FL 33131-1714
           Phone: (305) 374-5600
           Fax: (305) 374-5095
           Email: valerie.greenberg@akerman.com
                    samantha.kavanaugh@akerman.com
                    michael.sayre@akerman.com

        *Attorneys for Robert/Charles Builders, Inc.*

*Co-Counsel for Robert/Charles Builders, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2011.

/s/ Michael A. Sayre