UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES AND: | MAG. JUDGE WILKINSON |

*Payton, et al. v. Knauf Gips, KG, et al.*
Case No. 09-07628 (E.D. La.)

*Rogers, et al. v. Knauf Gips, KG, et al.*
Case No. 2:10-cv-00362 (E.D.La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-080 (E.D. La.)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that subject to all reservations of right and without waiver of any defenses, Brent E. Kinchen, of the law firm of Kinchen, Walker, Bienvenu, Bargas & Reed, hereby enters his appearance as attorney of record for Jim Walter Homes, LLC, and Jim Walter Homes, Inc. Please update and add the undersigned to all of your service and distribution lists in this matter. Defendant further avers that this notice does not constitute a waiver of service or any other of the rights or defenses of Jim Walter Homes, LLC, and Jim Walter Homes, Inc.

RESPECTFULLY SUBMITTED,

KINCHEN, WALKER, BIENVENU,
BARGAS & REED, L.L.C.
6421 Perkins Road
Building C, Suite A
Baton Rouge, LA 70808
Telephone: (225) 757-0001
Facsimile: (225) 757-0002

BY:___S/BRENT E. KINCHEN_____
BRENT E. KINCHEN, La. Bar Roll #07383

## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, and Phillip A. Wittmann, Stone, Pigman, Walther, Wittman, L.L.C., 546 Carondelet Street, New Orleans, 70130, pwittman@stonepigman.com, by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on the 5th day of December, 2011.

BY:   S/BRENT E. KINCHEN  
       BRENT E. KINCHEN