# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL       *<br>        PRODUCTS LIABILITY LITIGATION       *<br>                                                                       *<br>                                                              *<br>                                                              *<br>                                                              *<br>                                                              *<br>THIS DOCUMENT RELATES TO:       *<br>                                                               *<br>Laura Haya, et al., v. Taishan Gypsum Co., Ltd       *<br>f/k/a Shandong Taihe Dongxin Co., Ltd., et al.       *<br>Case No. 11-1077 (E.D.La.)       *<br>************************************************ | MDL NO. 09-2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE AS COUNSEL

      J. Brian Slaughter and George J. Dancigers hereby file their Notice of Appearance as Counsel of record for Defendant Residential Concepts, Ltd., and hereby request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number. The filing of this Notice of Appearance is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant Residential Concepts, Ltd., reserves all rights to object to the jurisdiction of this Honorable Court.

                                    RESIDENTIAL CONCEPTS, LTD.

                                    By:_____/s/_____
                                                      Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant Residential Concepts, Ltd.
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant Residential Concepts, Ltd.
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

      I hereby certify that on this  5th  day of December, 2011, the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                      /s/