IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: David Gross, et al vs. Knauf Gips KG, et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-6690, Sect. L MAG 2 | * * * | MAG. JUDGE WILKINSON |

**************************************************

## MOTION TO WITHDRAW AS CO-COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., attorneys of record for Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as co-counsel for the Defendant for the following reasons:

1. Sellars, Marion & Bachi, P.A. was retained to represent Swedberg Enterprises, Inc. d/b/a Florida Drywall by insurance for the Defendant.

2. Insurance for the Defendant has since withdrawn coverage for this incident.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as co-counsel for Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known good address for the Defendant by certified mail, return receipt requested. The letter advises the Defendant:

   a. Sellars, Marion & Bachi, P.A. is withdrawing as co-counsel;

        b.      notifies Defendant of all upcoming hearings and deadlines.

5.    The Defendant's last known address, phone number and email are:

Address: 8811 State Road 52, Suite 26, Hudson, FL 34667

Phone Number: (727) 861-2283

6.    Defendant continues to be represented by Andrew D. Weinstock, Esquire and Elizabeth L. Gordon, Esquire.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Co-Counsel for Defendant in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS CO-COUNSEL WITHOUT SUBSTITUTION has been served by certified and regular mail, and by fax and email upon Swedberg Enterprises, Inc. d/b/a Florida Drywall, c/o Steve Voitlein, 8811 State Road 52, Suite 26, Hudson, FL 34667, and on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 1st day of December, 2011.

                                    SELLARS, MARION & BACHI, P.A.

                                    By: /s/ Jeremy D. Bertsch
                                            Florida Bar No.: 0043308
                                            811 North Olive Avenue
                                            West Palm Beach, FL 33401
                                            Telephone: (561) 655-8111
                                            Facsimile: (561) 655-4994