IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: David Gross, et al vs. Knauf Gips KG, et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-6690, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |
| | * * | |

************************************************

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

This matter came before the Court on the Motion to Withdraw as Co-Counsel of Record for

Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall, in the above civil action. The Court,

having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and

should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Co-Counsel of Record

on behalf of Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall, is hereby granted and that

Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., are hereby discharged

from their obligations of representation in this case and relieved of any further appearance in this

case on behalf of Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall.

New Orleans, Louisiana, this _____ day of _____, 2011.

HONORABLE ELDON E. FALLON

_____
U.S. DISTRICT COURT JUDGE