**Steven G. Schwartz**

| | |
|---|---|
| From: | Steven G. Schwartz |
| Sent: | Saturday, May 08, 2010 12:23 PM |
| To: | rherman@hhkc.com |
| Cc: | VICTOR M. DIAZ; 'Gonzalez, Ervin' |
| Subject: | Payton FL Deposition-Palm Isles Holdings May 13 |

Russ: In view of the recent settlement of the claims against South Kendall Construction and its affiliate Palm Isles Holdings I confirm that your earlier noticed Palm Isles Holdings deposition set for May 13 at the Colson Hicks offices is cancelled.

Steven G. Schwartz, Esq.
Schwartz & Horwitz, PLC
6751 N. Federal Highway, Suite 400
Boca Raton, Florida 33487
Phone (561)395-4747
Fax (561)367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.

**Exhibit "B"**