## Steven G. Schwartz

| | |
|---|---|
| **From:** | Steven G. Schwartz |
| **Sent:** | Tuesday, December 28, 2010 9:51 AM |
| **To:** | RHERMAN@hhkc.com |
| **Cc:** | vdiaz@podhurst.com; 'Gonzalez, Ervin'; 'fallon@kfallonlaw.com'; 'Joel Tabas' |
| **Subject:** | CDW-Payton & Rogers /South Kendall Construction & Palm Isles Holdings |
| **Attachments:** | [Untitled]_new271.pdf; [Untitled]_new273.pdf; [Untitled]_new275.pdf; SKCC Final Executed Term Sheet.pdf; Order Preliminarily Approving Settlement as to South Kendall and Palm Isles.pdf |

Russ: I was provided the attached service of new summons on South Kendall Construction and Palm Isles Holdings which I trust were issued by mistake. These two Florida defendants were earlier dismissed from all drywall litigation as part of a global settlement first entered in the Florida Miami Harrell action as well as the Florida US Bankruptcy Court pertaining to South Kendall claims, though as I understand it dismissal orders from the various MDL's have not yet been entered. Please advise how best to arrange for necessary dismissal orders in the MDL's to conform with the prior settlements. I will take no action with regard to filing of some responsive pleadings concerning your new summonses just issued. For ready reference I have attached a copy of your prior executed settlement agreement and the class action approval order in the Miami action pertaining to South Kendall and Palm Isles.

Exhibit "C"

11/22/2011