## Steven G. Schwartz

| | |
|---|---|
| From: | Steven G. Schwartz |
| Sent: | Thursday, June 30, 2011 1:11 PM |
| To: | RHERMAN@hhkc.com |
| Cc: | 'Victor Diaz'; 'Gonzalez, Ervin'; Adriana G. Piazzese |
| Subject: | PALM ISLES NEW SUIT--ABEL MDL OMNIBUS COMPLAINT |
| Attachments: | Harrell Class Action - 79 Approved Claims.pdf; Term Sheet 05-04-2010.pdf; SKCC Final Executed Term Sheet.pdf; Order - Settlement.pdf; Order Approving Settlement.pdf; Order Preliminarily Approving Settlement as to South Kendall and Palm Isles.pdf; Summons_newAA.pdf |

      

Harrell Class  Term Sheet  SKCC Final  Order -  Order  Order  Summons_n
ction - 79 App4-2010.pdf (3uted Term Sh ment.pdf (75 ing Settlemen inarily Approw AA.pdf (47 K

Russ: Your office recently commenced yet another MDL Omnibus class action with Abel as lead plt, this time naming Palm Isles Holdings as a defendant and serving it with a summons. Palm Isles was to be dismissed from all possible Chinese drywall causes of actions as part of the prior Harrell/Vickers-South Kendall Construction settlements. I attach for ease of reference your Abel summons serving Palm Isles, the prior South Kendall/Palm Isles settlement term sheet (signed by you among others), as well as related Miami pleadings approving the South Kendall/Palm Isles settlements. Pls note that Anna Pelligra, named as a plt in your Abel action as the only possible claimant against Palm Isles, was a Harrell approved class member (#56 on the approved Harrell Class Action members list).

I want to present to the court a simple dismissal order as to South Kendall and Palm Isles in all MDL's, a request I presented multiple times in the past and plainly overdue. I also want your office to non-suit palm Isles and remove it from the schedule of parties in your Abel action.

Please confirm your agreement to do all this within the next 10 days so I need not file motions to do so.

Steven G. Schwartz, Esq.
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: (561) 395-4747
Fx: (561) 367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.

Exhibit "D"