007028.000004

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 |
| | * SECTION: L |
| THIS DOCUMENT APPLIES TO: | * JUDGE FALLON |
| SEAN and BETH PAYTON, et al<br>vs.<br>KNAUF GIPS KG, et al.<br>CASE NO.: 09-7628 | * MAG. JUDGE WILKINSON |

KENNETH AND BARBARA WILTZ, et al.
vs.
BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.
CASE NO.: 10-361

DAVID GROSS, et al.
vs.
KNAUF GIPS KG, et al.
CASE NO.: 09-6690

JOYCE W. ROGERS, et al.
vs.
KNAUF GIPS KG, et al.
CASE NO.: 10-362

LAURA HAYA, DANIEL HAYA AND IRENE HAYA, et al.
vs.
TAISHAN GYPSUM CO., LTD.
f/k/a SHANDONG TAIHE DONGXIN CO., LTD, et al.
CASE NO.: 11-1077

ROBERT W. BLOCK, III, et al.
vs.
GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.
CASE NO.: 11-1363
************************************************************************

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW Addison J. Meyers and Brian A. Eves of MINTZER SAROWITZ ZERIS

LEDVA & MEYERS, LLP, to appear as counsel of record for Coastal Construction Group of South Florida, Inc., and requests that copies of all future correspondence, pleadings, discovery and all other written items and/or communications in this case be directed to the undersigned.

Dated: December 5, 2011

          Respectfully submitted,

By: */s/ Addison J. Meyers*
Addison J. Meyers (Bar No. 267041)
Brian A. Eves (Bar No. 43794)
MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP
1000 N.W. 57th Court, Suite 300
Miami, FL  33126
Phone    (305) 774-9966
Fax:     (305) 774-7743
Email:   ameyers@defensecounsel.com
         beves@defensecounsel.com

*Counsel for Coastal Construction Group of South Florida, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 5th day of December, 2011.

          */s/ Addison J. Meyers*
          Addison J. Meyers