UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: L |
| This document relates to: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Laura Haya et.al. v. Taishan Gypsum Co., Ltd., et.al.*<br>Case No.: 11-1077 | * * * | |

*******************************************

### DEFENDANT BOARDWALK DRYWALL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1[1]

Defendant, BOARDWALK DRYWALL, INC., by and through its undersigned counsel and pursuant to Rule 7.1 of Federal Rules of Civil Procedure, hereby discloses the following:

1. Boardwalk Drywall, Inc. is a non-governmental corporate entity, organized and existing under the laws of the State of Florida.

2. Boardwalk Drywall, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

[SIGNATURE AND CERTIFICATE OF SERVICE ON NEXT PAGE]

---

[1] By filing this Corporate Disclosure Statement, Boardwalk Drywall, Inc., does not waive any and specifically reserves all of its objections to the jurisdiction of this Honorable Court.

Respectfully submitted,

DERREVERE, HAWKES, BLACK & COZAD

/s/ Bryan W. Black

---

BRYAN W. BLACK (#573868)
JON D. DERREVERE (#330132)
2005 Vista Parkway, Suite #210
West Palm Beach, FL  33411
Telephone:  561/684-3222
Facsimile:   561/640-3050
bwb@derreverelaw.com
**Counsel for BOARDWALK DRYWALL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that that above and foregoing Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of December, 2011.

/s/ Bryan W. Black