## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                      **SECTION L**
                      **JUDGE FALLON**
                      **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

### NOTICE OF LIMITED APPEARANCE

       PLEASE TAKE NOTICE that the law firm of Sachs Sax Caplan hereby enters its limited appearance as counsel of record for the Defendant, STONEBROOK ESTATES, INC. This Limited Notice of Appearance is being made, and is expressly subject to and without waiver of, any and all objections to venue, service of process and/or jurisdiction. However, please direct all future pleadings and correspondence to the undersigned.

### CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of December, 2011.

                    SACHS SAX CAPLAN
                    Attorneys for Defendant, Stonebrook Estates, Inc.
                    6111 Broken Sound Parkway NW, Suite 200
                    Boca Raton, Florida 33487
                    Tele:   (561) 994-4499
                    Fax:   (561) 994-4985

                    By:  /s/    Jill G. Weiss_____
                          Jill G. Weiss
                          Fla. Bar No: 648639
                          Jweiss@ssclawfirm.com