UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.) | * <br> * <br> * |

*************************************************

## NOTICE OF APPEARANCE AS COUNSEL

J. Brian Slaughter and George J. Dancigers hereby file their Notice of Appearance as Counsel of record for Defendants Area Builders of Tidewater, Inc., and Next Level Group, LLC, and hereby request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number. The filing of this Notice of Appearance is done in compliance with all MDL 2047 Pre-Trial Orders and proceedings, and Defendants Area Builders of Tidewater, Inc., and Next Level Group, LLC, reserve all rights to object to the jurisdiction of this Honorable Court.

AREA BUILDERS OF TIDEWATER, INC.,
and NEXT LEVEL GROUP, LLC

By: _____
                           Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendants, Area Builders of Tidewater,
Inc., and Next Level Group, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendants, Area Builders of Tidewater,
Inc., and Next Level Group, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance as counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __6th__ day of December, 2011.