UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION NO. 09-7628 |
| THIS DOCUMENT RELATES TO: | * | SECTION L |
| | * | JUDGE FALLON |
| BLOCK, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | |
| | * | |
| GEBRUEDER KNAUF | * | |
| VERWALTUNGSGESELLSCHAFT, KG, ET AL. | * | |

**DEFENDANT ED PRICE BUILDING MATERIALS, INC.'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

Defendant, Ed Price Building Materials, Inc. ("Ed Price"), improperly named as Ed Price Building Materials, by and through undersigned counsel, opposes the Plaintiffs' Omnibus Motion for Preliminary Default Judgment ("default motion") (Rec. Doc. 11234), for the following reasons:

On November 18, 2011, the plaintiffs filed their default motion against numerous defendants alleging that certain "defaulting defendants" had failed to make a timely notice of appearance and respond to the suit after being properly served with the complaint. *See* Rec. Doc. 11234. In that default motion, the plaintiffs allege that Ed Price has failed to timely appear and respond to the complaint in *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* ("*Block* suit"). Specifically, the plaintiffs allege in Exhibit "H" to the default motion that Ed Price was served with the complaint on August 8, 2011. However, contrary to the plaintiffs' assertions, Ed Price submits that it has never been served with the *Block* suit. *See* Rec. Doc. 11234-9. *See also* Exhibit A, attached hereto, Affidavit of Richard Kostal. Further, counsel for Ed Price has

1

searched the court records and has not found any Affidavit of Service filed by the plaintiffs concerning proof of service of the *Block* suit on Ed Price.

In addition, it should be noted that Ed Price has timely appeared and responded to every other omnibus complaint it has been served with, including complaints and interventions in which it is not even a named defendant. In all other suits filed in this Chinese Drywall MDL, Ed Price is represented by undersigned counsel and has made timely appearances, timely filed profile forms and timely responded to the allegations. Further, Pretrial Order 1(G), which is still in effect, has suspended all defendants' obligations to file responsive pleadings to the omnibus complaints filed by plaintiffs. *See* Pre-Trial Order 1(G). Thus, Ed Price is not required to file an answer to the *Block* suit until such order is lifted by this Court.

Based upon the foregoing, Ed Price Building Materials, Inc. respectfully requests that this Court deny the plaintiffs' Omnibus Motion for Preliminary Default Judgment filed against it as Ed Price has never been served with the *Block* suit.

Respectfully submitted,

*/s/ Elizabeth Haecker Ryan*
Elizabeth Haecker Ryan, T.A. (La. Bar No. 6404)
C. Kieffer Johnson (La. Bar No. 31206)
LEMLE & KELLEHER, L.L.P.
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, LA 70130
Tel: 504.584.9138
Fax: 504.584.9142
E-mail: eryan@lemle.com
E-mail: kjohnson@lemle.com
**ATTORNEYS FOR ED PRICE BUILDING MATERIALS, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition of Ed Price Building Materials, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at KMiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day December, 2011.

/s/ *Elizabeth Haecker Ryan*

763470_1.doc