STATE OF MISSISSIPPI

Harrison COUNTY

## AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, personally came and appeared

**RICHARD KOSTAL**

Who after being duly sworn, did depose and state that he has personal knowledge of the following facts:

1. He is the Chief Operating Officer of Ed Price Building Materials, Inc., a Mississippi corporation domiciled in Gulfport, MS with its principal business office located in Baton Rouge, LA.

2. In his capacity as Chief Operating Officer he is familiar with the Chinese Drywall Litigation and the suits currently pending against Ed Price Building Materials, Inc. (improperly named in those suits as Ed Price Building Materials) ("Ed Price").

3. He has thoroughly searched the records of Ed Price and did not find any evidence that Ed Price was ever served with the complaint of *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

4. He has no knowledge of Ed Price Building Materials, Inc. being served with the complaint of *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

5. Further, affiant sayeth not.

_____
RICHARD KOSTAL

Sworn to and subscribed before me this 5th day of December, 2011

_____
NOTARY PUBLIC

EXHIBIT A