UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

Pursuant to Federal Rule of Evidence 706, IT IS ORDERED that Sunny Wang is

designated as a court-appointed expert interpreter and authorized, with the approval of the

parties, to serve as the interpreter for the Taishan depositions scheduled for the week of January

9, 2012 in Hong Kong.  Ms. Wang has consented to this appointment.  Ms. Wang's duties

include, but are not limited to: (1) providing accurate interpretation of the deposition testimony,

and (2) informing the Court and parties if she is unable to translate certain testimony.  Ms. Wang

has reached a compensation agreement with the Plaintiffs' Steering Committee and will be paid

according to the terms therein.


New Orleans, Louisiana this 6th day of ____ December 2011.

_____

U.S. District Judge