UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO.: 2:09-MD-02047 |
| | * | SECTION L |
| **This document relates to:** | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Benoit, et al. v. LaFarge, S.A., et al.* Case No.: 11-1893 | * * * | |

**************************************

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, BOARDWALK DRYWALL, INC.

COMES NOW the law firm of DERREVERE, HAWKES, BLACK & COZAD, reserving all rights including the right to object to the jurisdiction of this Court, on behalf of Defendant, BOARDWALK DRYWALL, INC., and hereby enters its appearance for and on behalf of said Defendant in the above-styled cause.

It is requested that all future pleadings be copied to the undersigned, Attention: BRYAN W. BLACK, ESQUIRE.

It is requested that DERREVERE, HAWKES, BLACK & COZAD be added to the Certificate of Service list effective immediately.

Respectfully submitted,

DERREVERE, HAWKES, BLACK & COZAD

*/s/ Bryan W. Black*

---

BRYAN W. BLACK (#573868)
JON D. DERREVERE (#330132)
2005 Vista Parkway, Suite #210
West Palm Beach, FL 33411
Telephone: 561/684-3222
Facsimile: 561/640-3050
bwb@derreverelaw.com
fminchew@derreverelaw.com
**Counsel for BOARDWALK DRYWALL**

## CERTIFICATE OF SERVICE

I hereby certify that that above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of December, 2011.

*/s/ Bryan W. Black*
_____