UNITED STATES DISTRICT CORUT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT W. BLOCK, III, ET AL. | ) | CIVIL ACTION NO. 11-1363 |
| | ) | |
| VERSUS | ) | SECTION L |
| | ) | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | ) ) ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned law firm of Boykin Ehret & Utley which hereby files its Notice of Appearance as counsel on behalf of defendant, M. Carbine Restorations, Ltd. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted this ____ day of December, 2011.

_____
RICHARD B. EHRET (16901)
BOYKIN EHRET & UTLEY
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Facsimile: (504) 527-5436

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that M. Carbine Restorations, Ltd.'s above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7 day of December, 2011.

_____
RICHARD B. EHRET