UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| Case No. 10-362 | ) | |
| *Joyce W. Rogers v. Knauf GIPS KG, et al.* | ) | |
| (Barbee Intervening Complaint-IV(A)) | ) | |
| _____ | ) | |

### MANDY DRYWALL NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz Law Group and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Mandy Drywall, Inc. pursuant to Plaintiffs' Kathleen and Mariss Barbee, *et al.*, Omnibus Class Action Complaint in Intervention (IV(A)).  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

                        Respectfully submitted,

                        MANDY DRYWALL, INC.,
                        Defendant,

                        By:   s/ Steven G. Schwartz
                            Steven G. Schwartz, Esquire
                            Schwartz Law Group
                            6751 N. Federal Highway, #400
                            Boca Raton, FL 33487
                            Ph:  561-395-4747
                            Fx:  561-367-1550
                            sgs@theschwartzlawgroup.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.

                                            /s/ Steven G. Schwartz
                                            Steven G. Schwartz, Esq.

l:\open files\100526\pleadings\mandy-mdl\rogers-barbee (intervening)\n-appearance-complaint in intervention iv(a).doc