UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO RESET HEARING ON ARCH INSURANCE COMPANY'S
MOTION TO DISMISS THIRD PARTY COMPLAINT**

Third Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"), by and through its undersigned counsel, submits the following Memorandum in Support of its Motion to Reset Hearing on Arch Insurance Company's Motion to Dismiss Third Party Complaint, filed concurrently herewith.

Arch has actively attempted to prevent RCR from conducting discovery of, or engaging in motion practice related to, Arch's defenses to RCR's Third Party Complaint in contravention of this Court's Scheduling Order [D.E. 9847]; therefore, this Court should reset the hearing on Arch's Motion to Dismiss for the next available hearing date. On July 18, 2011, the Court ordered that the "parties have until December 15, 2011, to conduct discovery on the … defenses raised in RCR Holdings II's Third Party Complaint against Arch Insurance Co. for breach of contract" and file motions related to the same "on or before January 15, 2012."  [D.E. 9847]

Immediately thereafter, Arch filed its Motion to Dismiss RCR's Third Party Complaint [D.E. 9941], and its Motion to Modify Scheduling Order [D.E. 10063], demanding in the latter that the Court forestall any discovery or action on RCR's claims against Arch.  On October 12,

2011, the Court denied Arch's Motion to Modify Scheduling Order and set Arch's Motion to Dismiss for hearing on November 10, 2011. [D.E. 10814] However, on November 11, 2011, Arch moved this Court to continue the hearing on its own Motion to Dismiss [D.E. 11180], in response to which the Court continued the hearing on Arch's Motion to Dismiss "until further order from the Court." [D.E. 11194].

Arch has actively prevented RCR from taking any discovery or filing any motions related to Arch's defenses to RCR's Third Party Complaint by filing its Motion to Dismiss then preventing the hearing on the same from going forward. Specifically, the Court's Scheduling Order provides that the parties will conduct discovery on Arch's defenses and file motions related to the same on or before January 15, 2011. Arch avoided providing RCR with its defenses by filing its Motion to Dismiss challenging the jurisdiction of this Court to take any action in this matter, thereby preventing discovery or motions related to Arch's defenses. Arch further delayed providing its defenses, assumedly after reading RCR's Response to Arch's Motion to Dismiss, by moving to postpone the hearing on its own Motion. Arch argued for the postponement because it felt it would be unfair to have the Court hear its Motion to Dismiss while other threshold motions are pending. The clear distinction with Arch's threshold Motion to Dismiss is that Arch's defenses to RCR's Third Party Complaint are specifically subject to the Court's Scheduling Order. Arch's disingenuous Motion to Postpone was simply further dilatory conduct intended to prevent Arch's defenses from being at issue and therefore not subject to discovery or motions pursuant to the Court's Scheduling Order. RCR can neither conduct discovery nor engage in motion practice related to Arch's defenses until this Court resolves

Arch's jurisdictional Motion to Dismiss, and RCR is prejudiced from the same until Arch's Motion to Dismiss is resolved.

WHEREFORE, RCR respectfully requests the Court to reset Arch's Motion to Dismiss for hearing at the next available hearing date, for the reasons more fully outlined in the Memorandum in Support filed herewith, and for any further relief this Court deems appropriate.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Email: gweiss@leopoldkuvin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RESET HEARING ON ARCH INSURANCE COMPANY'S MOTION TO DISMISS THIRD PARTY COMPLAINT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No.: 163430