UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Third Party Plaintiff, RCR HOLDINGS II, LLC ("RCR") will bring for submission its Motion to Reset Hearing on Arch Insurance Company's Motion to Dismiss Third Party Complaint on January 4, 2012 at 9:00 a.m.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD~KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Email: gweiss@leopoldkuvin.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.

s/GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No.: 163430