UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY        SECTION: L
LITIGATION                                  JUDGE FALLON
                                            MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:        CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on
behalf of all others similarly situated v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### DEFENDANT, MILTON CONSTRUCTION COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Defendant, MILTON CONSTRUCTION COMPANY, (hereinafter "MILTON" by and through undersigned counsel hereby provides the following Response in Opposition to Plaintiffs' Omnibus Motion for Preliminary Default Judgment and states the following:

1.      MILTON CONSTRUCTION COMPANY was served on August 22, 2011 in the matter of Robert W. Block, III, et al. v. Milton Construction Company, et al., 11-cv-1363 (E.D.La.).

2.      Pursuant to Pre Trial Order 1(F), Defendant, MILTON, would have had fifty (50) days to provide a responsive pleading to the Omnibus Complaint.

3.      Personal counsel for MILTON, Robert Frankel, Esq., sent a letter dated August 26, 2011 requesting an extension of time to file a response to the Plaintiffs' Omnibus Class Action Complaint while he attempted to secure an agreement from MILTON's insurance carriers to provide a defense to MILTON CONSTRUCTION COMPANY in this matter. See letter attached hereto as Exhibit "A".

4.      MILTON's construction carrier, John Catizone, Esq., counsel for First Specialty Insurance Company, advised MILTON by telephone on November 21, 2011 they were refusing to provide a defense under their insurance policy.

5.      Undersigned counsel was then retained just before the Thanksgiving holiday on or about November 23, 2011.    A Notice of Appearance was filed on behalf of MILTON CONSTRUCTION COMPANY at the earliest available opportunity and was filed with the Court on November 29, 2011.  See attached Notice of Appearance attached hereto as Exhibit "B".

6.      MILTON has also submitted his profile form to liaison counsel, a copy of which is attached hereto as Exhibit "C".  MILTON is in the process of preparing its response to the Omnibus Complaint and it attempting to file same prior to the December 15, 2011 monthly status conference.

## MEMORANDUM OF LAW

In Bilbe v. Elsom, 2006 U.S. Dist. LEXIS 84580, Plaintiff's counsel took a preliminary default against a State Farm agent without first contacting counsel for Co-Defendant, State Farm, which was represented by the same counsel.  The Court noted that the motion to vacate the preliminary default would not have been necessary, "had Plaintiff's counsel shown its opposing counsel the courtesy of a phone call to confirm that the extension did not also apply to the other client represented by defense counsel.  Counsel is advised to read and adhere to the Code of Professionalism adopted by this Court, which can be found on the court's website, www.laed.uscourts.gov.  Bilbe, 2006 U.S. Dist. LEXIS 84580, at 2.  The same is true here.

Plaintiffs cannot claim that they were unaware of Attorney Frankel's representation of MILTON CONSTRUCTION COMPANY given correspondence attached hereto as Exhibit "A".

WHEREFORE, Defendant, MILTON CONSTRUCTION COMPANY, respectfully request that Plaintiffs' Omnibus Motion for Preliminary Default Judgment be denied as to the MILTON CONSTRUCTION COMPANY Defendants and any other relief the Court deems just and proper.

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: _/s/ Gary F. Baumann_
        GARY F. BAUMANN
        Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


BY: _/s/ Gary F. Baumann_
    GARY F. BAUMANN

## ROBERT P. FRANKEL & ASSOCIATES, P.A.
CITY NATIONAL BANK BUILDING · SUITE 900
25 WEST FLAGLER STREET
MIAMI, FLORIDA 33130

TELEPHONE (305) 358-5690
FACSIMILE  (305) 358-2306

ROBERT P. FRANKEL
robert@frankelpa.com

August 26, 2011

REMIT TO:
POST OFFICE BOX 01-9610
MIAMI, FLORIDA 33101-9610

RALPH MORA
rmora@frankelpa.com

*VIA FAX 504-561-6024*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire Ldavis@hhkc.com
Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *Milton Construction Company adv. Robert W. Block, et.al.*
       *Our File No. 4871.3*

Dear Messrs. Herman and Davis:

This will acknowledge receipt of a complaint, civil action 11-1363 section L in the case of Block, III v. Verwaltungsgesellschaft.

My client is Milton Construction Company. I am not admitted to practice law in the State of Louisiana. I previously sent you a letter in this regard on another lawsuit filed against one of my other clients from South Florida, F. Development, LLC.

Please be advised that I have notified my client's general liability insurance companies on this date of the lawsuit and have asked them to make arrangements to hire counsel in Louisiana to defend the case.

I would appreciate it very much if you would not take any action to obtain a default against my client without providing me with proper and sufficient notice.

If this is a problem, please let me know as soon as possible.

Sincerely yours,
Robert P. Frankel & Associates, P.A.

By: _____
        ROBERT P. FRANKEL

RPF:kga



DEFENDANT'S EXHIBIT
A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY      SECTION: L
LITIGATION      JUDGE FALLON
    MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:      CASE NO.: 11-1363

ROBERT W. BLOCK, III, individually, and on
behalf of all others similarly situated v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT, MILTON CONSTRUCTION COMPANY

    COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which

hereby files its Notice of Appearance as counsel on behalf of Defendant, MILTON

CONSTRUCTION COMPANY.   It is respectfully requested that all pleadings, documents and

correspondence be served upon the undersigned counsel in connection with these actions

                        Respectfully submitted,

                        FULMER LeROY ALBEE BAUMANN, P.L.C.
                        Attorneys for Defendant,
                        MILTON CONSTRUCTION COMPANY
                        2866 East Oakland Park Boulevard
                        Fort Lauderdale, FL  33306
                        (954) 707-4430  phone
                        (954) 707-4431  fax

                        BY: _/s/ Gary F. Baumann_
                             GARY F. BAUMANN
                             Fla. Bar. No.:  089052


DEFENDANT'S EXHIBIT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ Gary F. Baumann
GARY F. BAUMANN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.      CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM

      A.    Builder Name _Milton Construction Company_

      B.    Address _3911 S.W. 27TH Street, Miami, FL. 33134_

      C.    Web site _www.milton-construction.com_

      D.    Headquarters if Foreign _N.A._

      E.    Address of USA Headquarters _Same As Above_

      F.    Principal Place of Business in USA _Same As Above_

      (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.      COUNSEL INFORMATION OF BUILDER DEFENDANT

      A.    Name: _Fulmer Le Roy Albee Baumann_

      B.    Address: _2866 East Oakland Park Blvd., Ft. Lauderdale, FL., 33306_

      C.    Phone Number: _954-707-4430_

      D.    Fax Number: _954-707-4431_

      E.    E-Mail: _dcaleca@fulmerleroy.com_

III.      INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT

      A.    Name _See Attached Exhibit :_

      B.    Address of Affected Property:



DEFENDANT'S EXHIBIT<br>C

C.    Case Docket No. 2:11-CV-2349
2:11-CV-1363

IV. INFORMATION ON SPECIFIC PROPERTIES

A. For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1. Have you performed any inspection(s), testing or analysis of the property?

Yes _____ No ✓

If yes, provide the following information:

Date of inspection, testing or analysis: ____/____/_____ (Month / Day / Year)

Who performed the inspection, testing or analysis? _____

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____ _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _____ No _____

Were you able to determine any of the following information for the subject property:

a. Manufacturer(s) of the Chinese Drywall

*According to Plaintiff's Council: KNAUF Plasterboard, Et. Al.*

b. Importer/Distributor into the US

*According to Plaintiff's Council: Various - See Attached Exhibit*

c. Builder/Developer

*Beta Credit Management, LLC.; 444 Brickell Ave, St # 210, Miami, FL, 33131*

d. Installer/Contractor

*G.C.: Milton Construction Company; Sub Contractor: J.V.P. Drywall & Finish*

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _____ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_____

3

2.   Have any samples of the drywall been taken from the property?

Yes _____ No ___✓___

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.   Have any statements been taken in connection with the property or claim?

Yes _____            No ___✓___

If yes, provide the following information:

Who provided the statement?

_____

4.   Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No ___✓___

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.   Have you received a request from anyone to repair the subject property?

Yes ___✓___ No_____

If so, from whom did you receive the request?

_Baron & Budd, P.C. ; Allers Law, P.A. ; Allison Grant, P.A. } Council for San Lorenzo Condo Association_

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:
_According to Plaintiff's Council: Knauf Plasterboard, Et. Al._

B.   Address of Chinese Drywall manufacturer:_____

C.   Who installed the Chinese Drywall at the subject property?
_J.V.P. Drywall & Finish_

D.   Address of installer _7292 N.W. 8th Street, Miami, FL., 33126_

E.   Name and address from whom the installer purchased the Chinese Drywall?
_____ _See Attached Exhibit_

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____ ✓

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product stored? _Not Applicable_____

    2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.   PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____ ✓

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____ ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____ ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____ ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____ ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____ ✓

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall? If so, please identify all such individuals, companies, or entities: explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties. _____ *No .* _____

VII.                                                                                **INSURAN**
CE

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:

Insurer: _____ *See Attached Exhibit*

Dates policy in effect: ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

<u>CERTIFICATION</u>

   I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____    _____    _____
Signature                 Print Name                Date

*Alexander Milton, Sec. VP.*    *Alexander Milton, Sec. VP.*    *11-23-2011*
*Milton Constr. Co.*           *Milton Construction Co.*

6

## San Lorenzo Condominium

### GL Policies

| From: | To: | Carrier | Policy # | |
|---|---|---|---|---|
| 06/19/2004 | 06/19/2005 | First Specialty Insurance Company | 2004-NIB-0619 | G/L |
| 06/19/2004 | 06/19/2005 | First Specialty Insurance Company | 2004-NIB-0619 | Umbrella |
| | | | | |
| 06/19/2005 | 06/19/2006 | First Specialty Insurance Company | IRG-995171 | Renewal - G/L |
| 06/19/2005 | 06/19/2006 | First Specialty Insurance Company | IRU-995181 | Renewal - Umbrella |
| | | | | |
| 06/19/2006 | 06/19/2007 | Crum & Forster | GLO-091205 | G/L |
| 06/19/2006 | 06/19/2007 | Crum & Forster | XSO-061-004 | Umbrella |
| | | | | |
| 06/19/2007 | 06/19/2008 | Crum & Forster | GLO-091205 or GLO 101357 | G/L |
| 06/19/2007 | 06/19/2008 | Crum & Forster | XSO-061-004 or XSO 071026 | Umbrella |

### GL Policies  Drywall Sub: J.V.P. Drywall & Finish Inc.

| From: | To: | Carrier | Policy # | |
|---|---|---|---|---|
| 01/30/2006 | 01/30/2007 | Bankers Insurance | 09 4869462 9 03 | G/L |
| | | | | |
| 01/30/2007 | 01/30/2008 | Bankers Insurance | 09-000-4869462-9-06 | G/L |

### Builders Risk  Owner: Beta Credit Management

| | | | | |
|---|---|---|---|---|
| | | Zurich NA | EC51974575 | |
| | | Agent: Bida Ward: 1-813-354-7417 | | BidaWard@ZurichNA.com |

*SAN LORENZO*
*Notice to Owners*

PROJECT: SAN LORENZO

| | | | | |
|---|---|---|---|---|
| 305-556-6251 | AC-1 SUPPLY | 03/23/2007 | JVP DRYWALL & FINISH | FINAL |
| 305-821-0086 | ALL INTERIOR SUPPLY | 05/01/2006 | JVP DRYWALL & FINISH | FINAL |
| 954-587-1900 | ALLSTEEL GYPSUM | 10/26/2006 | JVP DRYWALL & FINISH | FINAL |
| 305-593-2946 | BANNER SUPPLY | 05/31/2006 | JVP DRYWALL & FINISH | FINAL |
| 305-685-5010 | INTERNATIONAL BUILDING | 11/20/2006 | JVP DRYWALL & FINISH | FINAL |
| 239-561-1155 | REW MATERIALS | 11/20/2006 | JVP DRYWALL & FINISH | FINAL |
| 305-558-0315 | RINKER MATERIALS | 10/02/2006 | JVP DRYWALL & FINISH | FINAL |



BARON B BUDD, P.C.™        DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE

800.222.2766        3102 Oak Lawn Avenue
tel 214.521.3605              Suite 1100
fax 214.520.1181       Dallas TX 75219-4281

May 13, 2011

NOTICE OF CLAIM AND OPPORTUNITY TO REPAIR
PURSUANT TO CHAPTER 558 OF THE FLORIDA STATUTES

Via Certified Mail/return Receipt Requested and Regular Mail

Beta Credit Management, LLC
c/o Ocean Silver, LLC, Registered Agent
5775 Blue Lagoon Drive, Suite 300
Miami, Florida 33126
CMRRR 71603901984847084090

Milton Construction Company
c/o Robert I. Weissler, Registered Agent
150 Flagler Street, Suite 2200
Miami, Florida 33130
CMRRR 71603901984847084113

JVP Drywall & Finish, Inc.
c/o Jose V. Perez, Registered Agent
2475 N.W. 16th Street Road, Suite 506
Miami, Florida 33125
CMRRR 71603901984847084120

Re:   San Lorenzo Condominium

Dear Gentlemen:



Please be advised that the undersigned, Alters Law, P.A. and Allison Grant, P.A. represent the San Lorenzo Condominium Association.   Pursuant to Fla. Stat. §558.004, you are hereby placed on notice that the units[1] below contain imported drywall ("Chinese drywall"):

          4th Floor: Units 5
          5th Floor: Units 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 14
          6th Floor: Units 1, 2, 3, 8, 9, 11, 12, and 14
          7th Floor: Units 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12 and 14
          8th Floor: Units 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 14
          9th Floor: Units 1, 2, 3, 5, 7, 8, 9, 10, 11, 12 and 14
          10th Floor: Units 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 14

We also represent the following homeowners who have suffered damages to their personal property and other economic damages as a result of the Chinese drywall:

          Acuna, Juan: Unit 501
          Amalfi Investments LLC, Units 510,
          Arango, Maria Teresa DeNarvaez: Unit 909
          Caluma Properties: Unit 705
          Dillon, Phillip and Lloye: Unit 609
          Escobar, Flavio: Unit 711
          Gomez, Benny: Unit 603
          Gomez, Miguel A.: Unit 802
          Gonzalez, Mario: Unit 901
          Herman, Brandon: Unit 712
          Hernandez, Nataly: Unit 902
          Ingco, Aguedo and Caridad: Unit 514
          Irsula, Orlando and Belinda: Unit  1012
          Ligero, Judith: Unit 512
          Loureiro, Roberto: Unit  602
          Rodriguez, Tomas: Unit  608
          Salemi, Jack: Unit 803
          San Lorenzo J&H, LLC, Units 504, 507, 807, 814, 1010
          Senzur Holdings, LLC: Unit 506
          Shaheen Investments , LLC.: Unit 708
          Smith, Patrick: Unit 808
          Suman, Michael : Unit 910
          Tumanik, Tatyana: Unit 1004
          Valls, Juan Felipe: Unit 903
          Valiente, Tanyas: Unit 714
          Zakharia, Alex: Unit 1007

---

1.  There are also several units which are suspect including 401, 402, 404, 408, 412, 605, 706, and 904.  These units have signs of infiltration or indications that Chinese drywall could be present, however, Chinese drywall was not discovered within the unit during our inspection.



Zakharia, Kareem: Unit 508
Zakharia, Yara: Unit 1003
Chavez, Luis: Unit 811

We hereby demand that you remove and replace all of the drywall in the above properties and all affected common areas, as well as all electrical wiring, all air conditioning units (including duct work and grills), all flooring, all cabinetry, all mirrors, all insulation, all damaged appliances, and any and all other damaged/affected systems, structures and components. You are also liable for repair and/or replacement of any damaged personal property, as well as consequential damages such as the cost of comparable temporary housing during the required repairs and associated moving and storage expenses, and for some, loss of rental income. My clients have also suffered economic damages from the diminution in value of their properties as a result of the stigma associated with Chinese drywall.

Pursuant to Fla. Stat. 558.004, please provide a copy of this letter to all sub-contractors, suppliers, distributors and manufacturers who, by virtue of their business relationship with you, were also part of the chain of distribution that resulted in the Chinese Drywall being used in my clients' properties. By putting you on notice, we hereby intend to notify all legal entities with which you have a legal relationship.

Pursuant to Fla. Stat. §558.004(5), within forty-five (45) days after receiving this notice of claim, you must serve a written response upon the undersigned advising whether you will agree to make the necessary repairs and/or settle the above claims. If you have not already inspected the above properties, in accordance with Fla. Stat. §558.004(2), you shall be given reasonable access during normal working hours, however, all inspections should be coordinated in advance through my office.

This letter also serves as our request that you provide us with any and all information in your possession related to the Chinese drywall installed in the above referenced properties including, but not limited to, expert reports, laboratory results, photographs, videotapes and information and documentation received from your sub-contractors, suppliers and/or distributors pursuant to Fla. Stat. §558.004(15). Please note that Chapter 558 authorizes sanctions for failure to provide such discoverable evidence.

Finally, pursuant to Fla. Stat. §627.4137, demand is hereby made for any policies of insurance (including excess policies) which may afford coverage to you in connection with this Notice of Claim including the name of each insurer, the name of each insured, coverage limits, a statement of any policy or coverage defense which any insurer believes is available, and a copy of the policy or policies. Please furnish these documents to me within thirty (30) days. In addition, please notify all of your insurer(s) from the date of installation to the present of our clients' claims and forward them a copy of this letter.



Thank you for your anticipated cooperation.   Do not hesitate to contact me should you have any questions or wish to discuss this matter further.

Sincerely,

Robert Brown, III

cc:   Allison Grant, Esq.
      Clients

      Beta Credit Management, LLC
      c/o Ocean Silver, LLC, Registered Agent
      5775 Blue Lagoon Drive, Suite 300
      Miami, Florida 33126

      Milton Construction Company
      c/o Robert I. Weissler, Registered Agent
      150 Flagler Street, Suite 2200
      Miami, Florida 33130

      JVP Drywall & Finish, Inc.
      c/o Jose V. Perez, Registered Agent
      2475 N.W. 16th Street Road, Suite 506
      Miami, Florida 33125

1 of 2

### San Lorenzo Chinese Drywall Claim
### Under Both Robert Block & Dorothy Arndt Civil Action

| Plaintif Plaintif # Units | Units in Robert Block Civil Action | Units in Dorothy Arndt Civil Action | Units in Both Civil Actions | | |
|---|---|---|---|---|---|
| 1 | 401 | | | | |
| 2 | 402 | 402 | 402 | 2 | Claims Filed |
| 3 | 404 | | | | |
| 4 | 405 | | | | |
| 5 | | 406 | | | |
| 6 | 408 | 408 | 408 | 2 | Claims Filed |
| 7 | | 409 | | | |
| 8 | | 411 | | | |
| 9 | 412 | | | | |
| 10 | 501 | | | | |
| 11 | 502 | 502 | 502 | 2 | Claims Filed |
| 12 | 503 | | | | |
| 13 | 504 | | | | |
| 14 | 505 | 505 | 505 | 2 | Claims Filed |
| 15 | 506 | | | | |
| 16 | 507 | | | | |
| 17 | 508 | | | | |
| 18 | 509 | 509 | 509 | 2 | Claims Filed |
| 19 | 510 | | | | |
| 20 | 511 | 511 | 511 | 2 | Claims Filed |
| 21 | 512 | | | | |
| 22 | 514 | | | | |
| 23 | 601 | 601 | 601 | 2 | Claims Filed |
| 24 | 602 | | | | |
| 25 | 603 | | | | |
| 26 | 605 | 605 | 605 | 2 | Claims Filed |
| 27 | | 606 | | | |
| 28 | 607 | | | | |
| 29 | 608 | | | | |
| 30 | 609 | | | | |
| 31 | 610 | 610 | 610 | 2 | Claims Filed |
| 32 | 611 | 611 | 611 | 2 | Claims Filed |
| 33 | 612 | 612 | 612 | 2 | Claims Filed |
| 34 | 614 | | | | |
| 35 | 701 | | | | |
| 36 | 702 | | | | |
| 37 | 703 | 703 | 703 | 2 | Claims Filed |
| 38 | 704 | 704 | 704 | 2 | Claims Filed |
| 39 | 705 | | | | |
| 40 | | 706 | | | |
| 41 | 707 | | | | |
| 42 | 708 | | | | |
| 43 | 709 | | | | |
| 44 | 710 | 710 | 710 | 2 | Claims Filed |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 711 | | | | | |
| 46 | 712 | | | | | |
| 47 | 714 | | | | | |
| 48 | 801 | 801 | | 801 | 2 | Claims Filed |
| 49 | 802 | | | | | |
| 50 | 803 | | | | | |
| 51 | 804 | 804 | | 804 | 2 | Claims Filed |
| 52 | 805 | 805 | | 805 | 2 | Claims Filed |
| 53 | 806 | | | | | |
| 54 | 807 | | | | | |
| 55 | 808 | | | | | |
| 56 | 809 | | | | | |
| 57 | 810 | | | | | |
| 58 | 811 | | | | | |
| 59 | 812 | 812 | | 812 | 2 | Claims Filed |
| 60 | 814 | | | | | |
| 61 | 901 | | | | | |
| 62 | 902 | 902 | | 902 | 2 | Claims Filed |
| 63 | 903 | | | | | |
| 64 | 904 | | | | | |
| 65 | 905 | 905 | | 905 | 2 | Claims Filed |
| 66 | | 906 | | | | |
| 67 | 907 | | | | | |
| 68 | 908 | | | | | |
| 69 | 909 | | | | | |
| 70 | 910 | | | | | |
| 71 | 911 | 911 | | 911 | 2 | Claims Filed |
| 72 | 912 | 912 | | 912 | 2 | Claims Filed |
| 73 | 914 | 914 | | 914 | 2 | Claims Filed |
| 74 | 1001 | | | | | |
| 75 | 1002 | | | | | |
| 76 | 1003 | | | | | |
| 77 | 1004 | | | | | |
| 78 | 1005 | 1005 | | 1005 | 2 | Claims Filed |
| 79 | 1006 | | | | | |
| 80 | 1007 | 1007 | | 1007 | 2 | Claims Filed |
| 81 | 1008 | | | | | |
| 82 | 1009 | | | | | |
| 83 | 1010 | | | | | |
| 84 | 1011 | 1011 | | 1011 | 2 | Claims Filed |
| 85 | 1012 | | | | | |
| 86 | 1014 | 1014 | | 1014 | 2 | Claims Filed |
| Totals: | 80 | 33 | | 27 | 54 | |

Note 1: 86 units represented in both claims. --->

| | |
|---|---|
| Total # of Claims: | 113 |
| Total # of Units: | 86 |
| Total # of Retail: | |
| Claims in Excess: | 27 |

San Lorenzo Chinese Drywall Claim - Under Dorothy Arndt Civil Action

1 of 1

| Plaintif # / Units | San Lorenzo Condo Assoc. Inc. 49 | San Lorenzo J&H, LLC 48 | AMALFI Investments - Alejandro Villamizar 23 | Los Balsamos Investments, Inc. 41 | Sweet Pea Inv, Inc. 53 | Others Individual Claims 34 | Units with Multiple Claims (2 Claims Files) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | 402 | | | | |
| 3 | | | 406 | | | | |
| 4 | | | | | | 408 | |
| 5 | | | | | | 409 | |
| 6 | | | | | | 411 | |
| 7 | | | | 502 | 502 | 505 | 502 |
| 8 | | | | | | 509 | |
| 9 | | | | | | 511 | |
| 10 | | | | | | 601 | |
| 11 | | | | | | 605 | |
| 12 | | | 606 | | | | |
| 13 | | | 610 | | | | |
| 14 | | | | | | 611 | |
| 15 | | | | | | 612 | |
| 16 | 703 | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | 704 | |
| 19 | | | | | | 706 | |
| 20 | | | | | | 710 | |
| 21 | | | | | | 801 | |
| 22 | | | | | | 804 | |
| 23 | | | | | | 805 | |
| 24 | | | | | | 812 | |
| 25 | | | | | | 902 | |
| 26 | | | | | | 905 | |
| 27 | | 906 | | | | | |
| 28 | | | | 911 | | | |
| 29 | | | | | | 912 | |
| 30 | | | | | | 914 | |
| 31 | | | | | | 1005 | |
| 32 | | | | | | 1007 | |
| 33 | | | | 1014 | | 1011 | |
| Totals: | 1 | 1 | 4 | 3 | 1 | 24 | 1 / 2 |

Note 1: ──────> 

Note 1: 33 units represented in this claim.

Total # of Claims: 34
Total # of Units: 33
Total # of Retail: 1
Claims in Excess: 1

1 of 2

## San Lorenzo Chinese Drywall Claim - Under Robert Block Civil Action

| Plaintif # / Units | San Lorenzo Condo Assoc. Inc. 210 | San Lorenzo J&H, LLC 211 | AMALFI Investments - Alejandro Villamizar 298 | San Lorenzo Condo Assoc. Inc. 315 | Caluma Properties 60 | Senzur Holdings 212 | Shaheen Investments 214 | Others Individual Claims | Units with Multiple Claims | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 401 | | | | | | | 401 | 401 | 2 Claims Files |
| 2 | 402 | | | | | | | | | |
| 3 | 404 | | | | | | | | | |
| 4 | 405 | | | | | | | | | |
| 5 | 406 | | | | | | | | | |
| 6 | 408 | | | | | | | 412 | | |
| 7 | 501 | | | 501 | | | | 501 | 501 | 3 Claims Files |
| 8 | 502 | | | 502 | | | | | 502 | 2 Claims Files |
| 9 | 503 | | | 503 | | | | | 503 | 2 Claims Files |
| 10 | 504 | 504 | | 504 | | | | | 504 | 3 Claims Files |
| 11 | 505 | | | 505 | | | | | 505 | 2 Claims Files |
| 12 | 506 | | | 506 | | 506 | | | 506 | 3 Claims Files |
| 13 | 507 | 507 | | 507 | | | | | 507 | 3 Claims Files |
| 14 | 508 | | | 508 | | | | 508 | 508 | 3 Claims Files |
| 15 | 509 | | | 509 | | | | | 509 | 2 Claims Files |
| 16 | 510 | | 510 | 510 | | | | | 510 | 3 Claims Files |
| 17 | 511 | | | 511 | | | | | 511 | 2 Claims Files |
| 18 | 512 | | | 512 | | | | 512 | 512 | 3 Claims Files |
| 19 | 514 | | | 514 | | | | 514 | 514 | 3 Claims Files |
| 20 | 601 | | | | | | | | | |
| 21 | 602 | | | 602 | | | | 602 | 602 | 3 Claims Files |
| 22 | 603 | | | | | | | 603 | 603 | 2 Claims Files |
| 23 | 605 | | | | | | | | | |
| 24 | | | | | | | | 607 | | |
| 25 | 608 | | | 608 | | | | 608 | 608 | 3 Claims Files |
| 26 | 609 | | | 609 | | | | 609 | 609 | 3 Claims Files |
| 27 | 610 | | | | | | | | | |
| 28 | 611 | | | | | | | | | |
| 29 | 612 | | | | | | | | | |
| 30 | 614 | | | 614 | | | | | 614 | 2 Claims Files |
| 31 | 701 | | 701 | 701 | | | | | 701 | 3 Claims Files |
| 32 | 702 | | | 702 | | | | | 702 | 2 Claims Files |
| 33 | 703 | | | | | | | | | |
| 34 | 704 | | | 704 | | | | | 704 | 2 Claims Files |
| 35 | 705 | | | 705 | 705 | | | | 705 | 3 Claims Files |
| 36 | 707 | | | 707 | | | | | 707 | 3 Claims Files |
| 37 | 708 | | | 708 | | | 708 | | 708 | 2 Claims Files |
| 38 | 709 | | | 709 | | | | | 709 | 2 Claims Files |
| 39 | 710 | | | 710 | | | | | 710 | 2 Claims Files |
| 40 | 711 | | | 711 | | | | 711 | 711 | 2 Claims Files |
| 41 | 712 | | | 712 | | | | 712 | 712 | 3 Claims Files |

2 of 2

| | | | | | | | | Unit | Claims Files |
|---|---|---|---|---|---|---|---|---|---|
| 42 | | | | 714 | | | 714 | 714 | 3 Claims Files |
| 43 | | | | 801 | | | | 801 | 3 Claims Files |
| 44 | | | | 802 | | | 802 | 802 | 3 Claims Files |
| 45 | | | | 803 | | | 803 | 803 | 3 Claims Files |
| 46 | | | | 804 | | | | 804 | 3 Claims Files |
| 47 | | | | 805 | | | | 805 | 2 Claims Files |
| 48 | | | | 806 | | | | 806 | 2 Claims Files |
| 49 | 807 | | | 807 | | | | 807 | 3 Claims Files |
| 50 | | | | 808 | | | 808 | 808 | 3 Claims Files |
| 51 | | | | 809 | | | | 809 | 3 Claims Files |
| 52 | | 810 | | 810 | | | | 810 | 3 Claims Files |
| 53 | | | | 811 | | | 811 | 811 | 3 Claims Files |
| 54 | | | | 812 | | | | 812 | 2 Claims Files |
| 55 | 814 | | | 814 | | | | 814 | 3 Claims Files |
| 56 | | | | 901 | | | 901 | 901 | 3 Claims Files |
| 57 | | | | 902 | | | | 902 | 2 Claims Files |
| 58 | | | | 903 | | | 903 | 903 | 3 Claims Files |
| 59 | | | | 904 | | | | | |
| 60 | | | | 905 | | | | | |
| 61 | | | | 907 | | | | 907 | 2 Claims Files |
| 62 | | | | 908 | | | | 908 | 3 Claims Files |
| 63 | | 908 | | 909 | | | 909 | 909 | 3 Claims Files |
| 64 | | | | 910 | | | 910 | 910 | 3 Claims Files |
| 65 | | | | 911 | | | | 911 | 2 Claims Files |
| 66 | | | | 912 | | | | 912 | 2 Claims Files |
| 67 | | | | 914 | | | | 914 | 2 Claims Files |
| 68 | | | | 1001 | | | | 1001 | 2 Claims Files |
| 69 | | | | 1002 | | | | 1002 | 3 Claims Files |
| 70 | | | | 1003 | | | 1003 | 1003 | 3 Claims Files |
| 71 | | | | 1004 | | | 1004 | 1004 | 3 Claims Files |
| 72 | | | | 1005 | | | | 1005 | 2 Claims Files |
| 73 | | | | 1006 | | | | 1006 | 2 Claims Files |
| 74 | | | | 1007 | | | | 1007 | 2 Claims Files |
| 75 | | | | 1008 | | | | 1008 | 2 Claims Files |
| 76 | | | | 1009 | | | | 1009 | 3 Claims Files |
| 77 | | | | 1010 | | | | 1010 | 3 Claims Files |
| 78 | 1010 | | | 1011 | | | | 1011 | 3 Claims Files |
| 79 | | | | 1012 | | | 1012 | 1012 | 2 Claims Files |
| 80 | | | | 1014 | | | | 1014 | 2 Claims Files |
| Totals: | 5 | 4 | 78 | 64 | 1 | 1 | 25 | 66 | 165 |

Note 1: 80 units represented in this claim.

Note 1: ------->

| | |
|---|---|
| Total # of Claims: | 179 |
| Total # of Units: | 80 |
| Total # of Retail: | |
| Claims in Excess: | 99 |

## San Lorenzo Chinese Drywall Claim
## Under Both Robert Block & Dorothy Arndt Civil Action

| Plaintif | Units in Robert Block Civil Action | Units in Dorothy Arndt Civil Action | | Units in Both Civil Actions | | |
|---|---|---|---|---|---|---|
| Plaintif # | | | | | | |
| Units | | | | | | |
| 1 | 401 | | | | | |
| 2 | 402 | 402 | | 402 | 2 | Claims Filed |
| 3 | 404 | | | | | |
| 4 | 405 | | | | | |
| 5 | | 406 | | | | |
| 6 | 408 | 408 | | 408 | 2 | Claims Filed |
| 7 | | 409 | | | | |
| 8 | | 411 | | | | |
| 9 | 412 | | | | | |
| 10 | 501 | | | | | |
| 11 | 502 | 502 | | 502 | 2 | Claims Filed |
| 12 | 503 | | | | | |
| 13 | 504 | | | | | |
| 14 | 505 | 505 | | 505 | 2 | Claims Filed |
| 15 | 506 | | | | | |
| 16 | 507 | | | | | |
| 17 | 508 | | | | | |
| 18 | 509 | 509 | | 509 | 2 | Claims Filed |
| 19 | 510 | | | | | |
| 20 | 511 | 511 | | 511 | 2 | Claims Filed |
| 21 | 512 | | | | | |
| 22 | 514 | | | | | |
| 23 | 601 | 601 | | 601 | 2 | Claims Filed |
| 24 | 602 | | | | | |
| 25 | 603 | | | | | |
| 26 | 605 | 605 | | 605 | 2 | Claims Filed |
| 27 | | 606 | | | | |
| 28 | 607 | | | | | |
| 29 | 608 | | | | | |
| 30 | 609 | | | | | |
| 31 | 610 | 610 | | 610 | 2 | Claims Filed |
| 32 | 611 | 611 | | 611 | 2 | Claims Filed |
| 33 | 612 | 612 | | 612 | 2 | Claims Filed |
| 34 | 614 | | | | | |
| 35 | 701 | | | | | |
| 36 | 702 | | | | | |
| 37 | 703 | 703 | | 703 | 2 | Claims Filed |
| 38 | 704 | 704 | | 704 | 2 | Claims Filed |
| 39 | 705 | | | | | |
| 40 | | 706 | | | | |
| 41 | 707 | | | | | |
| 42 | 708 | | | | | |
| 43 | 709 | | | | | |
| 44 | 710 | 710 | | 710 | 2 | Claims Filed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 711 | | | | | |
| 46 | 712 | | | | | |
| 47 | 714 | | | | | |
| 48 | 801 | 801 | | 801 | 2 | Claims Filed |
| 49 | 802 | | | | | |
| 50 | 803 | | | | | |
| 51 | 804 | 804 | | 804 | 2 | Claims Filed |
| 52 | 805 | 805 | | 805 | 2 | Claims Filed |
| 53 | 806 | | | | | |
| 54 | 807 | | | | | |
| 55 | 808 | | | | | |
| 56 | 809 | | | | | |
| 57 | 810 | | | | | |
| 58 | 811 | | | | | |
| 59 | 812 | 812 | | 812 | 2 | Claims Filed |
| 60 | 814 | | | | | |
| 61 | 901 | | | | | |
| 62 | 902 | 902 | | 902 | 2 | Claims Filed |
| 63 | 903 | | | | | |
| 64 | 904 | | | | | |
| 65 | 905 | 905 | | 905 | 2 | Claims Filed |
| 66 | | 906 | | | | |
| 67 | 907 | | | | | |
| 68 | 908 | | | | | |
| 69 | 909 | | | | | |
| 70 | 910 | | | | | |
| 71 | 911 | 911 | | 911 | 2 | Claims Filed |
| 72 | 912 | 912 | | 912 | 2 | Claims Filed |
| 73 | 914 | 914 | | 914 | 2 | Claims Filed |
| 74 | 1001 | | | | | |
| 75 | 1002 | | | | | |
| 76 | 1003 | | | | | |
| 77 | 1004 | | | | | |
| 78 | 1005 | 1005 | | 1005 | 2 | Claims Filed |
| 79 | 1006 | | | | | |
| 80 | 1007 | 1007 | | 1007 | 2 | Claims Filed |
| 81 | 1008 | | | | | |
| 82 | 1009 | | | | | |
| 83 | 1010 | | | | | |
| 84 | 1011 | 1011 | | 1011 | 2 | Claims Filed |
| 85 | 1012 | | | | | |
| 86 | 1014 | 1014 | | 1014 | 2 | Claims Filed |
| Totals: | 80 | 33 | | 27 | 54 | |

Note 1: 86 units represented in both claims. --->

| | |
|---|---|
| Total # of Claims: | 113 |
| Total # of Units: | 86 |
| Total # of Retail: | |
| Claims in Excess: | 27 |