**BARON** **B** **BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
|---|---|---|---|
| | | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

November 21, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
     **OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al**
     **Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

  My client, David Virden, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant Cabot Homes, LLC (improperly identified as Cabot Homes in the complaint) in the above matter, reserving his rights and claims against any and all other defendants therein.

                 Very truly yours,

                 Bruce Steckler