**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | :MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | :Section L |
| _____ | : |
| This Document Relates to | :JUDGE FALLON |
| Germano, et al. v. Taishan Gypsum Co., | :MAG. JUDGE WILKINSON |
| Ltd. f/k/a Shandong Taihe Dongxin Co. | |
| Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.) | |

**VENTURE SUPPLY, INC. AND THE
PORTER-BLAINE CORPORATION'S CROSS-NOTICE OF CONTINUED
ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO. AND
TAIAN TAISHAN PLASTERBOARD CO., LTD.;
AND NOTICE OF DEPOSITION OF OTHER
TAISHAN-RELATED WITNESSES**

TO:
**Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., and
Taian Taishan Plasterboard, Co., Ltd.**
Through its attorney
Richard C. Stanley, Esq.
Stanley Reuter Ross Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Please take notice that Venture Supply, Inc. ("Venture") and The Porter-Blaine

Corporation ("PB"), by counsel, pursuant to Rule 30(b)(6) and the Federal Rules of Civil

Procedure, will continue to take the depositions of Taishan Gypsum Co., Ltd., f/k/a Shandong

Taihe Dongxin Co.,  and Taian Taishan Plasterboard Co., Ltd. beginning on Monday, January 9,

2012, and continuing for the entirety of the week until the deposition can be concluded, starting

at 9:00 a.m. (Hong Kong Time) each day, at Executive Centre, Level 3, Pacific Place, 1 Queen's

Road East, Hong Kong, or at another location mutually agreed upon by the parties.

Pursuant to Fed. R. Civ. P. 30(b)(6), Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin

Co. and Taian Taishan Plasterboard Co., Ltd. shall designate and produce a designated

representative or representatives, as may be required, to testify on behalf of Taishan Gypsum

Co., Ltd. f/k/a Shandong Taihe Dongxin Co. and Taian Taishan Plasterboard Co., Ltd.,

respectively, concerning the topics identified in Schedule A attached to the PSC's Re-Notice of

Oral and Videotaped Deposition Pursuant to Fed. R. Civ. Pro. 30(b)(6) directed at Taishan

Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., dated November 23, 2011 (Docket

No. 11411 ("Re-Notice").

   The notice and instructions to other parties set forth in the Re-Notice are incorporated

herein by reference.

   Please also take notice that the following additional witnesses offered by Taishan

Gypsum Co., Ltd. and/or Taian Taishan Plasterboard Co., Ltd., will also be taken on the above

noted dates and at the above noted place:

   a. Bill Cher (Che Gang)
   b. Fu Tinghuan (Supervisor of Sales Department and Frank's and Apollo's
      supervisor)
   c. Peng Shi Liang (Chairman of TTP Board)
   d. Cao Jianglin (President of CNBM & Supervisor of Taishan)

   The depositions will be taken before a person authorized by law to administer oaths,

pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court

recognized holidays, unless agreed to by the parties, until the examination is completed.

   Pursuant to directives provided at the status conference on May 27, 2010, a brief

explanation of the subject matter expected at this deposition is as follows. This brief explanation

is with full reservation of all rights by the noticing party and is not intended to limit in any way

the scope of the deposition noticed herein. Counsel should be aware that all matters may be

discovered in the deposition beyond the following and that the following explanation is made

solely in accordance with the directives provided at the status conference. This is a deposition in

the above mentioned action with respect to jurisdiction and corporate structures, and may be

used for other purposes as authorized by the Rules or by agreement of the parties.

This the 7th day of December, 2011.

Respectfully submitted,


By:   _____/s/_____

Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*


**CERTIFICATE OF SERVICE**


I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison

Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail

or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.


_____/s/_____

Kenneth F. Hardt