

**BARON BUDD, P.C.**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

December 6, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

>    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation  
>          Laura Haya, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe Dongxin  
>          Co., Ltd., et al; Cause No. 11-1077

Dear Russ and Lenny:

   My client, George Freudiger, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against Aubuchon Homes, Inc. in the above matter.

                              Very truly yours,

                              Bob Brown