UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Dorothy Arndt, et al
Plaintiff

vs                                                    Civil Action No. 11-2349 Section

Gebrueder Knauf Verwaltungsgesellschaft KG, et al
Defedant

### RESPOSE TO PLAINTIFFS' OMINIBUS CLASS ACTION COMPLAINT (XII)

AL BROTHERS, INC has been named in this action as a defendant in CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION. To all parties concerned this is to serve notice that AL BROTHERS, INC. no longer exists. The corporation was dissolved before being served any notice of litigation in products liability. See attached documentation.

Dated: 11/28/11                                       Respectfully Submitted,

                                                      _____
                                                      Alan R Jostes
Certificate of service                                919 S Charlotte St
I hereby certify that I have served copy of this      Lombard IL 60148
document on all counsel of record either in           630-495-9925
person or by mailing it postage paid on this

28th day of November 2011

_____

TENDERED FOR FILING

DEC -5 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

www.sunbiz.org – Department of State

# Florida Department of State
# Division of Corporations

| Home | Contact Us | E-Filing Services | |
|---|---|---|---|

Previous on List    Next on List    Return To List

Events    **No Name History**

## Detail by Entity Name

### Florida Profit Corporation

AL BROTHERS, INC.

### Filing Information

**Document Number** S67811
**FEI/EIN Number** 650273301
**Date Filed** 07/22/1991
**State** FL
**Status** INACTIVE
**Last Event** ADMIN DISSOLUTION FOR ANNUAL RE
**Event Date Filed** 09/26/2008
**Event Effective Date** NONE

### Principal Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Mailing Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Registered Agent Name & Address

JOSTES, ALAN R.
2512 SW 22ND PL
CAPE CORAL FL 33914

Address Changed: 01/26/2004

### Officer/Director Detail

**Name & Address**

Title SEC

JOSTES, AL

2512 SW 22ND PL
CAPE CORAL FL 33914 US

http://www.sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_n...q=&names_r