UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Robert W Block, III, et al
Plaintiff

vs

Gebrueder Knauf Verwaltungsgesellschaft KG, et al
Defedant

Civil Action No. 11-1363
MDL NO 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

### RESPOSE TO PLAINTIFFS' OMINIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

AL BROTHERS, INC has been named in this action as a defendant in CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION. To all parties concerned this is to serve notice that AL BROTHERS, INC. no longer exists. The corporation was dissolved before being served any notice of litigation in products liability. See attached documentation.

Dated: 11/28/11

Respectfully Submitted,

_Alan R Jostes_
Alan R Jostes
919 S Charlotte St
Lombard IL 60148
630-495-9925

Certificate of service
I hereby certify that I have served copy of this document on all counsel of record either in person or by mailing it postage paid on this

28th day of November 2011

_Alan R Jostes_

TENDERED FOR FILING
DEC -5 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List              Entity Name Search

Events    **No Name History**                                   | Submit |

## Detail by Entity Name

### Florida Profit Corporation

AL BROTHERS, INC.

### Filing Information

**Document Number** S67811
**FEI/EIN Number** 650273301
**Date Filed** 07/22/1991
**State** FL
**Status** INACTIVE
**Last Event** ADMIN DISSOLUTION FOR ANNUAL REPORT
**Event Date Filed** 09/26/2008
**Event Effective Date** NONE

### Principal Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Mailing Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Registered Agent Name & Address

JOSTES, ALAN R.
2512 SW 22ND PL
CAPE CORAL FL 33914

Address Changed: 01/26/2004

### Officer/Director Detail

**Name & Address**

Title SEC

JOSTES, AL

2512 SW 22ND PL
CAPE CORAL FL 33914 US