UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Laura Haya, et al
Plaintiff

vs

Taishan Gypsum Corp. Ltd., et al
Defedant

Civil Action No. 11-1077
MDL NO 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

## RESPOSE TO PLAINTIFFS' OMINIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

AL BROTHERS, INC has been named in this action as a defendant in CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION. To all parties concerned this is to serve notice that AL BROTHERS, INC. no longer exists. The corporation was dissolved before being served any notice of litigation in products liability. See attached documentation.

Dated: 11/28/11

Respectfully Submitted,

_[signature]_
Alan R Jostes
919 S Charlotte St
Lombard IL 60148
630-495-9925

Certificate of service
I hereby certify that I have served copy of this document on all counsel of record either in person or by mailing it postage paid on this

28th day of November 2011

_[signature]_

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                        Entity Name Search

Events              No Name History                                                       [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation

AL BROTHERS, INC.

### Filing Information

Document Number    S67811
FEI/EIN Number     650273301
Date Filed         07/22/1991
State              FL
Status             INACTIVE
Last Event         ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed   09/26/2008
Event Effective Date NONE

### Principal Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Mailing Address

2512 SW 22ND PL
CAPE CORAL FL 33914

Changed 01/23/2003

### Registered Agent Name & Address

JOSTES, ALAN R.
2512 SW 22ND PL
CAPE CORAL FL 33914

Address Changed: 01/26/2004

### Officer/Director Detail

**Name & Address**

Title SEC

JOSTES, AL

2512 SW 22ND PL
CAPE CORAL FL 33914 US

Title P

JOSTES, AL
2512 SW 22ND PL
CAPE CANAL FL 33914 US

Title VP