UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO. 11-1893 Section L

Richard and Carol Benoit, et al

     Plaintiff

vs.

Lafarge S.A.,, et. al

     Defendants,

_____/

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF MARTIN

ON THIS DAY personally appeared before me, the undersigned officer duly authorized to administer oaths and take acknowledgments in the State of Florida, Gary Carothers, who, being by me first duly sworn upon his oath, deposes and says:

1.    I am an officer of one of the defendants in the above Matter, P.D.S. of the Treasure Coast, Inc. d/b/a Paul Davis Systems/Treasure Coast. ("PDS").

2.    I have personal knowledge of the matters set forth herein.

3.    After receiving the Summons in the instant matter I identified PDS listed in two places on the attachments: on page 1 of 10 of Exhibit "A" as the Contractor/Installer Defendant(s) for the Plaintiffs Charles and Lynn Dimon and for the Builder South Bay Development Corporation, Inc. (The Dimons are identified as currently living at 482 NW Emilia Way, Jensen Beach, FL 34957) and as the 22nd defendant Contractor listed at page 3 of 5 of Exhibit "A".

4.    PDS is a General Contractor primarily engaged in restoration construction, does not build new construction or generally perform work for builder/developers engaging in new

Page 1 of 3

construction, including the installation of drywall.

5.     As an officer of PDS I was able to search the company's files for any work PDS would have performed for Charles and Lynn Dimon, for South Bay Development Corporation, Inc, or upon the Dimons' listed residence at 482 NW Emilia Way Jensen Beach, FL.

6.     The search revealed the following:

a.     There are no records of PDS performing any work for South Bay Development Corporation, Inc. in any capacity, ever.

b.     There are no records of PDS installing drywall at the Dimon's current residence (482 NW Emilia Way Jensen Beach, FL) when it was originally constructed in 2001 by South Bay Development Corporation, Inc.

c.     Records do exist for work performed in 2004 at 482 NW Emilia Way, Jensen Beach, FL 34957 for then owner Mollie K. Wilson which included, amount other things, cleaning, sealing and painting certain portions of the residence (primarily the garage) that had been previously damaged in a fire originating in the garage.

d.     There are no other records of PDS performing any other work at 482 NW Emilia Way, Jensen Beach, FL 34957.

FURTHER AFFIANT SAYETH NAUGHT.


Intentionally left blank


Page 2 of 3

P.D.S. of the Treasure Coast, Inc. d/b/a Paul Davis
Systems/Treasure Coast

By: Gary Carothers, Treasurer and Director

STATE OF FLORIDA
COUNTY OF MARTIN

Sworn to and subscribed before me this __28__ day of _Oct, 2011_ by Gary Carothers who is personally known to me or produced ___✓___ as identification, and did take an oath.

_____Nancy J. Shea_____
(name of notary public)

Seal

NANCY J. SHEA
Notary Public - State of Florida
My Comm. Expires Oct 19, 2013
Commission # DD 919980

Page 3 of 3