**BARON B BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
|---|---|---|---|
|  |  | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

December 6, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
              Richard and Carol Benoit, et al v. LaFarge S. A., et al;
              Cause No. 11-1893; MDL-2047, Eastern District of Louisiana

Dear Russ and Lenny:

      My clients, Charles and Lynn Dimon, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Paul Davis Systems of the Treasure Coast, in the above matter, reserving their rights and claims against any and all other defendants therein.

                                                  Sincerely,

                                                  Bob Brown