UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 09-2047  SECTION:  L  JUDGE FALLON  MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

*GROSS, et al. v. KNAUF GIPS KG, et al.*
**CASE NO.:  2:09-cv-6690**

*and*

**INTERVENTATION COMPLAINT FILED BY MARY ANNE BENES**
**IN** *GROSS, et al. v. KNAUF GIPS KG, et al.* **(Omnibus III)**
**CASE NO.:  2:09-cv-6690**

*and*

**INTERVENTATION COMPLAINT FILED BY RUBEN JAEN, et al.**
**IN** *GROSS, et al. v. KNAUF GIPS KG, et al.* **(Omnibus III(A))**
**CASE NO.:  2:09-cv-6690**

**TMO GLOBAL LOGISTICS, L.L.C.'S RESPONSE TO THE PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

Defendant, TMO GLOBAL LOGISTICS, L.L.C., was erroneously named in the Plaintiffs' Omnibus Motion for Preliminary Default.  Pursuant to undersigned counsel's informal agreement with plaintiffs' liaison counsel, TMO should be included on the plaintiffs' errata to be

- 1 -

- 2 -

filed with the Court, and the Plaintiffs' Omnibus Motion for Preliminary Default Judgment should be dismissed as to TMO.

TMO is named as a defendant in the Amended *Gross* Complaint, Omnibus III, 2:09-cv-6690, as well as the *Gross* interventions filed by Mary Anne Benes and Ruben Jaen. [Rec. Doc Nos: 366, 2187 and 5580][1] TMO is not named as a defendant in any other Omnibus Complaint or interventions. TMO filed a Notice of Appearance in the *Gross* matter on December 4, 2009. [Rec. Doc. No: 557][2] In March 2010, TMO filed an Answer and Affirmative Defenses [Rec. Doc No: 1575], and a Motion to Dismiss. [Rec. Doc No: 1566]

Plaintiffs' liaison counsel has reviewed these documents and has informally agreed to include TMO on the errata to be filed with the Court, dismissing TMO from the Omnibus Motion for Preliminary Default Judgment. However, because the errata will not be filed before the December 8, 2011 deadline for filing oppositions, TMO filed this response out of an abundance of caution.

WHEREFORE, the defendant, TMO Global Logistics, L.L.C., requests that it be included on the plaintiffs' errata and that the Plaintiffs' Omnibus Motion for Preliminary Default Judgment be dismissed as to TMO.

---

[1] Rec. Doc Nos: 366, 2187 and 5580.
[2] An Amended Notice of Appearance was filed on November 29, 2011, amending the prior Notice of Appearance to name undersigned counsel as TMO's counsel of record. Rec. Doc No: 11445.

Respectfully submitted,

**LABORDE & NEUNER**

/s/Ben L. Mayeaux
**BEN L. MAYEAUX (#19042)**
**ROBERT E. TORIAN (#18468)**
**WILL MONTZ (#29355)**
**SARA RODRIGUE (#32660)**
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
Email:  bmayeaux@LN-Law.com
    rtorian@LN-Law.com
    wmontz@LN-Law.com
    srodrigue@LN-Law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.

/s/Ben L. Mayeaux
COUNSEL