# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 *  * SECTION: L *  * JUDGE FALLON * MAG. JUDGE WILKINSON * |
| THIS DOCUMENT RELATES TO: | * * |
| Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.) | * * * |

**************************************************

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA

CITY OF SUFFOLK

BEFORE ME, the undersigned authority, personally came and appeared:

### JOHN W. IULIANO, III

who, after being duly sworn did depose and state, as follows:

1. He is the President of **Area Builders of Tidewater, Inc.**, a Virginia Corporation, with its principal place of business located in Suffolk, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Area Builders of Tidewater, Inc.**.

3. That he is of proper age, and of sound mind, and capable of providing this affidavit.

-1-

4.  **Area Builders of Tidewater, Inc.** is not authorized to do, and has never done, any business in the State of Louisiana.

5.  **Area Builders of Tidewater, Inc.** is a residential home construction company and is in the business of building residential homes within the borders of the Commonwealth of Virginia.

6.  **Area Builders of Tidewater, Inc.** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its buildings.

7.  **John W. Iuliano, III** is not personally, nor in his capacity as president of **Area Builders of Tidewater, Inc.**, aware of **Area Builders of Tidewater, Inc.** performing any contracting, building or construction-related work in the State of Louisiana.

8.  **Area Builders of Tidewater, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9.  **Area Builders of Tidewater, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Area Builders of Tidewater, Inc.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Area Builders of Tidewater, Inc.** does not, and has never, solicited any

business in the State of Louisiana.

By: *[signature]*
John W. Iuliano, III
President
Area Builders of Tidewater, Inc.

**SWORN TO AND SUBSCRIBED
BEFORE ME THIS** 20th **DAY OF** JULY , 2011.

*[signature]*
NOTARY PUBLIC

```
ROBIN A. DEIGHAN
Notary Public
Commonwealth of Virginia
361120
My Commission Expires Aug 31, 2013
```