# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * * | MDL NO. 09-2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.) | | |

**************************************************

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

CITY OF SUFFOLK

BEFORE ME, the undersigned authority, personally came and appeared:

### JOHN W. IULIANO, III

who, after being duly sworn did depose and state, as follows:

1. He is the Managing Member of **Next Level Group, LLC**, a Virginia Limited Liability Company, with its principal place of business located in Suffolk, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Next Level Group, LLC**.

3. That he is of proper age, and of sound mind, and capable of providing this affidavit.

-1-

4.   **Next Level Group, LLC** is not authorized to do, and has never done, any business in the State of Louisiana.

5.   **Next Level Group, LLC** is a residential home construction company and is in the business of building residential homes within the borders of the Commonwealth of Virginia.

6.   **Next Level Group, LLC** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its buildings.

7.   **John W. Iuliano, III** is not personally, nor in his capacity as manging member of **Next Level Group, LLC,** aware of **Next Level Group, LLC** performing any contracting, building or construction-related work in the State of Louisiana.

8.   **Next Level Group, LLC** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9.   **Next Level Group, LLC** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10.  **Next Level Group, LLC** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11.  **Next Level Group, LLC** does not, and has never, solicited any business in the State of Louisiana.

By: _____
John W. Iuliano, III
Managing Member
Next Level Group, LLC

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 20ᵗʰ DAY OF JULY , 2011.

_____
NOTARY PUBLIC

ROBIN A. DEIGHAN
Notary Public
Commonwealth of Virginia
361120
My Commission Expires Aug 31, 2013

-3-