UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     *    MDL NO. 09-2047
      PRODUCTS LIABILITY LITIGATION           *
                                                           *    SECTION: L
                                                           *
                                                           *    JUDGE FALLON
                                                           *
                                                           *    MAG. JUDGE
                                                           *    WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

*Payton, et al v. Knauf GIPS KG, et al*
Case No. 2:09-cv-07628 (E.D.La.)

*Wiltz, et al v. Beijing New Building Materials*
*Public Limited Co., et al*
Case No. 2:10-cv-00361 (E.D.La.)

*Gross, et al v. Knauf GIPS KG, et al,*
Case No. 2:09-cv-6690 (E.D.La.)

*Rogers, et al v. Knauf GIPS KG, et al*
Case No. 2:10-cv-00362 (E.D.La.)

*Abel, et al v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 2:11-cv-080 (E.D.La.)

*Abreu, et al v. Gebrueder Knauf*
*Verwaltungsgesellschaft, K.G.*
Case No. 2:11-cv-252 (E.D.La.)

*Haya, et al v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al*
Case No. 11-cv-1077 (E.D.La.)

*Block, et al v. Gebreuder Knauf Verwaltungsgesellschaft, K.G., et al*
Case No. 11-cv-1363 (E.D.La.)

## NOTICE OF APPEARANCE

Notice is hereby given that:

H. DAVID VAUGHAN II of the firm of **PLAUCHE', SMITH & NIESET, L.L.C.**, 1123 Pithon Street (70601), Post Office Drawer 1705, Lake Charles, LA 70602-1705, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the following named defendant:

"Custom Homes by Kaye, Inc."

Dated this 7th day of December, 2011.

Respectfully submitted,

**PLAUCHE', SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
 **H. DAVID VAUGHAN II**
 **LA BAR ROLL #19194**
 1123 Pithon Street (70601)
 Post Office Drawer 1705
 Lake Charles, LA 70602-1705
 Telephone: 337/436-0522
 Facsimile: 337/436-9637
 Email: dvaughan@psnlaw.com

Attorney for defendant, Kaye Homes, Inc.