UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF DOCUMENT PRODUCTION**

Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd., by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give this notice of production. The documents, Bates labeled TG 0026001 – TG 0026003, were produced to the PSC in electronic format by Federal Express and by electronic mail through Secure File Transfer on December 7, 2011.

The documents may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the documents should be made by contacting Courtney Colligan via email at courtney.colligan@hoganlovells.com.

December 7, 2011

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com


Joe Cyr
Frank T. Spano
Eric D. Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100


**Attorneys for Taishan Gypsum Co. Ltd.
and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Production by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by Federal Express and/or email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, on this 7th day of December, 2011.

/s/ Thomas P. Owen Jr.