# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.) | * <br> * <br> * <br> * <br> * |

**************************************************

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

CITY OF CHESAPEAKE

BEFORE ME, the undersigned authority, personally came and appeared:

### DAVID S. GREGORY

who, after being duly sworn did depose and state, as follows:

1. He is the President of **DSG Construction, Inc.**, a Virginia Corporation, with its principal place of business located in Chesapeake, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **DSG Construction, Inc.**.

3. That he is of proper age, and of sound mind, and capable of providing this affidavit.

-1-

4. **DSG Construction, Inc.** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **DSG Construction, Inc.** is a subcontractor, and is in the business of providing construction-related subcontracting services within the borders of the Commonwealth of Virginia.

6. **DSG Construction, Inc.** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its construction-related subcontracting projects.

7. **David S. Gregory** is not personally, nor in his capacity as President of **DSG Construction, Inc.**, aware of **DSG Construction, Inc.** performing any contracting, building or construction-related work in the State of Louisiana.

8. **DSG Construction, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **DSG Construction, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **DSG Construction, Inc.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **DSG Construction, Inc.** does not, and has never, solicited any business in the State of Louisiana.

By: _____
David S. Gregory
President
DSG Construction, Inc.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __4th__ DAY OF __August__, 2011.

_____
NOTARY PUBLIC

[Notary Seal: Sharon J. Barlow, Commonwealth of Virginia, Registration No. 7210250, My Comm. Expires 08/31/2012, Notary Public]

-3-