# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * |
| THIS DOCUMENT RELATES TO: <br><br> Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. <br> Case No. 11-1077 (E.D.La.) | * <br> * <br> * <br> * <br> * |

**************************************************

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA

CITY OF NORFOLK

BEFORE ME, the undersigned authority, personally came and appeared:

### NICHOLAS VANDERGRIFT

who, after being duly sworn did depose and state, as follows:

1. He is the Managing Member of **Nicholas & Co. Construction, LLC**, a Virginia Limited Liability Company, with its principal place of business located in Norfolk, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Nicholas & Co. Construction, LLC**.

3. That he is of proper age, and of sound mind, and capable of providing this

affidavit.

4. **Nicholas & Co. Construction, LLC** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Nicholas & Co. Construction, LLC** is a contractor, and is in the business of providing construction-related contracting services within the borders of the Commonwealth of Virginia.

6. **Nicholas & Co. Construction, LLC** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its construction-related projects.

7. **Nicholas Vandergrift** is not personally, nor in his capacity as managing member of Nicholas & Co. Construction, LLC, aware of **Nicholas & Co. Construction, LLC** performing any contracting, building or construction-related work in the State of Louisiana.

8. **Nicholas & Co. Construction, LLC** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Nicholas & Co. Construction, LLC** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Nicholas & Co. Construction, LLC** does not maintain an office, headquarters,

warehouse, or any other physical facility within the bounds of the State of Louisiana.

11.   **Nicholas & Co. Construction, LLC** does not, and has never, solicited any business in the State of Louisiana.

By: _____
Nicholas Vandergrift
Managing Member
Nicholas & Co. Construction, LLC

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___18th___ DAY OF _____July_____, 2011.

_____
NOTARY PUBLIC

```
EMILY RULOPH
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #246034
My Commission Expires  11-30-15
```

-3-