UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 09-2047 <br> * <br> *  SECTION: L <br> * <br> *  JUDGE FALLON <br> *  MAG. JUDGE WILKINSON <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. <br> Case No. 11-1077 (E.D.La.) | * <br> * <br> * |

**************************************************

## MOTION TO DISMISS

NOW INTO COURT, through the undersigned counsel, come Defendants Atlantic Homes, LLC, AHJV, LLC and HHJV, LLC, who move this Honorable Court to issue an Order dismissing the claims of the plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, these Defendants are not subject to, nor have they submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Defendants Atlantic Homes, LLC, AHJV, LLC and HHJV, LLC.

WHEREFORE, Defendants Atlantic Homes, LLC, AHJV, LLC and HHJV, LLC, pray that their Motion to Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Defendants Atlantic Homes, LLC, AHJV, LLC and HHJV, LLC, as this Court does not have personal jurisdiction over these Defendants, and the Eastern District of Louisiana is an improper venue for any claims against Defendants Atlantic Homes, LLC, AHJV, LLC and HHJV, LLC.

ATLANTIC HOMES, LLC, and
AHJV, LLC, and HHJV, LLC

By: _____
                    Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendants Atlantic Homes,
LLC, AHJV, LLC and HHJV, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendants Atlantic Homes,
LLC, AHJV, LLC and HHJV, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.