UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| This document related to: ALL CASES | * * * | |
| | * | MAG: WILKINSON |

*************************************************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, R & H Masonry Contractors, Inc., who moves this Honorable Court for an order substituting PHILIP G. WATSON, of the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK, as additional counsel of record for this action, in lieu and in place of PAUL J. VERLANDER, of the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK, who is withdrawing as counsel of record for said defendant.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

_____
**PAUL J. VERLANDER (#19196)**
3838 North Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700

00278738-1

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK

_____
PHILIP G. WATSON (#31356)
3838 North Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700

### CERTIFICATE

I hereby certify that the above and foregoing **Motion to Substitute Counsel** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

_____
PHILIP G. WATSON

00278738-1