# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Dorothy Arndt, et al. v. Knauf Gips KG, et al. | * | |
| Case No. 11-2349 (E.D.La.) | * | |
| | * | |

**********************************************

## NOTICE OF ERRATA

NOTICE OF IS HEREBY given that the correct address of the property affected by Chinese Drywall for Plaintiff, Renee M. Gisclair is 425 W. Harrison Avenue, New Orleans, LA 70124, and the correct current address for Plaintiff in the above captioned matter is 2129 12th Street, Port Neches, TX  77651.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:      (504) 581-4892
Fax No.:         (504) 561-6024
*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Errata, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

                                              /s/ Leonard A. Davis
                                              _____
                                              LEONARD A. DAVIS