007028.000007

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*KENNETH AND BARBARA WILTZ, et al.*
*vs.*
*BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.*
*CASE NO.: 10-361*

*** MDL NO. 09-2047**

*** SECTION: L**

*** JUDGE FALLON**

*** MAG. JUDGE WILKINSON**

*****************************************************************************

**JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THE UNDERSIGNED, pursuant to LR 83.2.11, hereby move the Court for an Order permitting the withdrawal of JOHN B. DUNLAP III, JENNIFER A. FIORE, SUSAN N. ECCLES and DUNLAP FIORE, L.L.C. as counsel of record, and substituting ADDISON J. MEYERS, ESQ., BRIAN EVES, ESQ., and MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, as Counsel of Record for Defendant, CORE CONSTRUCTION SERVICES, SOUTHEAST, INC. D/B/A CORE CONSTRUCTION in this lawsuit.

Accordingly, all pleadings, notices, and correspondence should be hereinafter sent to MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, The Waterford at Blue Lagoon, 1000 N.W. 57th Court, Suite 300, Miami, FL 33126, Ph. 305.774.9966, Fax 305.774.7743. DUNLAP FIORE, L.L.C., and MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP consent to such withdrawal and substitution of counsel.

Dated this 8th day of December, 2011

Brian Eves
Florida Bar No.: 43794
Addison J. Meyers
Florida Bar No.: 267041
MINZTER, SAROWTIZ, ZERIS, LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court, Suite 300
Miami, Florida 33126
Ph. 305.774.9966
Fx. 305.774.7743

Dated this 7th day of December, 2011

Susan Eccles
LA Bar Roll No.: 29847
John B. Dunlap III
LA Bar Roll No.: 19431
Jennifer A. Fiore
LA Bar Roll No.: 28038
DUNLAP FIORE, L.L.C.,
One American Place,
Suite 810
Baton Rouge, LA 70810
Ph. 225.282.0658
Fx. 225.282.0680

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 8th day of December, 2011.

*/s/ Addison J. Meyers*
Addison J. Meyers

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*KENNETH AND BARBARA WILTZ, et al.*
*vs.*
*BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.*
*CASE NO.: 10-361*

*** MDL NO. 09-2047**

*** SECTION: L**

*** JUDGE FALLON**

*** MAG. JUDGE WILKINSON**

*****************************************************************************

**ORDER APPROVING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court on stipulation of counsel and the court being otherwise fully appraised in the premises, it is hereby,

ORDERED AND ADJUDGED that JOHN B. DUNLAP III, JENNIFER A. FIORE, SUSAN N. ECCLES and the law firm of DUNLAP FIORE, L.L.C., are hereby withdrawn as attorneys of record for the Defendant(s), CORE Construction Services, Southeast, Inc. d/b/a CORE Construction, in this matter. ADDISON J. MEYERS, ESQ., BRIAN EVES, ESQ., and the law firm of MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, are substituted as attorneys of record for Defendant, CORE Construction Services, Southeast, Inc. d/b/a CORE Construction. All further correspondence, pleadings, notices and communications are to be directed to: MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, 1000 N.W. 57th Court, Suite 300, Miami, FL 33126, Ph. 305.774.9966, Fax 305.774.7743.

It is ORDERED this ____ day of December, 2011.

______________________________
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

1385428