Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Ashton Woods, LLC
Court Case No. 11-080 Section L

State of: Florida ) ss.
County of: Lake )

**Name of Server:** Lawrence F. Lyons, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 31-Mar-2011 12:20 pm

**Place of Service:** at 2360 Burleigh Avenue, city of Eustis, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Ashton Woods, LLC
By delivering them into the hands of an officer or managing agent whose name and title is
Richard Rojas, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Hispanic ; Hair Color Brown ; Facial Hair No
Approx. Age 44 ; Approx. Height 5'10" ; Approx. Weight 240

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Lawrence F. Lyons
Signature of Server

Subscribed and sworn to before me this 7th day of April, 20 11

Notary Public                (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 109397-293

LISA NEUHAUSER-WELLING
MY COMMISSION # DD 928989
EXPIRES: September 29, 2013
Bonded Thru Budget Notary Services