Kennth Abel, et. al., Plaintiff(s)

vs.

Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109397-0086

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Avalon Building Corporation of Tampa Bay
Court Case No. 11-080  Section L

> LEVIN, FISHBEIN, ET AL
> Ms. Jennifer Lascio
> 510 Walnut St., Ste. 500
> Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Hillsborough_ )

Name of Server: _Lydia Velez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27th_ day of _April_, 20 _11_, at _9:28_ o'clock _A_ M

Place of Service: at _905 MLK Jr Dr., #250_, in _Tarpon Springs, FL_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Avalon Building Corporation of Tampa Bay**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Peggy Sargent, Account manager_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair
Approx. Age _54_ ; Approx. Height _5' 4"_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_  4/28/11
Signature of Server

Subscribed and sworn to before me this _28th_ day of _April_, 20 _11_

_Elaine F. Jones_
Notary Public   (Commission Expires) _3/2/13_

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters