Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0100

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Citrus Park Development Group, LLC
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Shanna Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of March, 2011, at 8:39 o'clock P M

**Place of Service:** at 10103 Hayfield Way, in Tampa, FL 33626

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Citrus Park Development Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Scott Doster  Managing Member  Authorized Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Wht; Hair Color Black; Facial Hair ——
Approx. Age 39; Approx. Height 6'0"; Approx. Weight 180 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 11th day of March, 20 11

Signature of Server                    Notary Public          (Commission Expires)

**APS International, Ltd.**



JAMIE SNYDER
Commission # DD069851
Expires 7/24/2011
Bonded through
Florida Notary Assn., Inc.