Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0300

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rightway Drywall, Inc., c/o Michael S. Jenkins, President
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **GA** ) ss.
County of: **BIBB**

Name of Server: **J. WAYNE DOWNS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **APRIL**, 20**11**, at **10:30** o'clock **A** M

Place of Service: at **7425 Cochran Street**, in **Macon, GA 31216**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rightway Drywall, Inc., c/o Michael S. Jenkins, President**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **CINDY TAYLOR, Office Manager**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brn**; Facial Hair **No**
Approx. Age **55**; Approx. Height **5'6"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _____ day of _____, 20___

Notary Public        (Commission Expires)

**APS International, Ltd.**