UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  　　　MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY  　　　　SECTION: L
LITIGATION  　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:  　　　　CASE NO.: 11-1077

LAURA HAYA, DANIEL HAYA and IRENE HAYA,
individually, and on behalf of all others similarly
situated v. TAISHAN GYPSUM CO., LTD., ET AL.

_____/

### AMENDED NOTICE OF APPEARANCE AS CO-COUNSEL
### ON BEHALF OF DEFENDANT, KARR DRYWALL, INC.

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which hereby files this, its Amended Notice of Appearance as Co-Counsel on behalf of Defendant, KARR DRYWALL, INC. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　FULMER LeROY ALBEE BAUMANN, P.L.C.
　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　KARR DRYWALL, INC.
　　　　　　　　　　　　　　　2866 East Oakland Park Boulevard
　　　　　　　　　　　　　　　Fort Lauderdale, FL 33306
　　　　　　　　　　　　　　　(954) 707-4430  phone
　　　　　　　　　　　　　　　(954) 707-4431  fax


　　　　　　　　　　　　　BY: /s/ Gary F. Baumann
　　　　　　　　　　　　　　　GARY F. BAUMANN
　　　　　　　　　　　　　　　Fla. Bar. No.: 089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN