Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  112885-0025

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diamond Court Homes, Inc., c/o Lance Collins, Registered Agent

Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

**Name of Server:** __Bradley A Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10__ day of __October__, 20__11__, at __6:07__ o'clock __P__ M

**Place of Service:** at __2112 SE Bersell Road__, in __Port St. Lucie, FL  34952__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Diamond Court Homes, Inc., c/o Lance Collins, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lance Collins, President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Black__; Facial Hair __No__
Approx. Age __48__; Approx. Height __6'0"__; Approx. Weight __180__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ BAP_
Signature of Server

Subscribed and sworn to before me this __11__ day of __October__, 20 __11__

_Amy M. Kreyling_  9/25/14
Notary Public    (Commission Expires)

**APS International, Ltd.**



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.