Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   112885-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Depot U.S.A., Inc., Corporation Service Company
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of:_____Delaware_____ ) ss.

County of:_____New Castle_____ )

Name of Server:     _____ADAM GOLDEN_____ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:   that on the   5   day of   October   , 20 11 , at 2:45 o'clock p. M

Place of Service:   at  2711 Centerville Rd., Ste. 400   , in   Wilmington, DE  19808

Documents Served:   the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**

**Exhibit A; Exhibit B**

Service of Process on:   A true and correct copy of the aforesaid document(s) was served on:
**Home Depot U.S.A., Inc., Corporation Service Company**

Person Served, and
Method of Service:   By delivering them into the hands of an officer or managing agent whose name and
title is: SUE RHEA, AUTHORIZED TO ACCEPT SERVICE

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color   W   ; Hair Color   BROWN   ; Facial Hair _____
Approx. Age   40   ; Approx. Height  5'5   ; Approx. Weight   115  lb

XX To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
5 day of   Oct   , 20 11

_____
Notary Public   (Commission Expires)

EXPIRES
MARCH 14, 2015
NOTARY PUBLIC
STATE OF DELAWARE