Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L & W Supply, d/b/a Seacoasst Supply, Corporation Trusts Center
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of October, 20 11, at 2:25 o'clock P. M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;
Exhibit A; Exhibit B

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
L & W Supply, d/b/a Seacoasst Supply, Corporation Trusts Center

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, AUTHORIZED TO ACCEPT SERVICE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BROWN ; Facial Hair
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230 lb

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5 day of Oct, 20 11

Notary Public   My Commission Expires

EXPIRES MARCH 14, 2015

**APS International, Ltd.**