Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0010

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Lafarge North America Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Maryland__ ) ss.
County of: __Howard__ )

**Name of Server:** __Bernard L Schoberg__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6__ day of __October__, 20 __11__, at __10:50__ o'clock __A__ M

**Place of Service:** at __7 St. Paul Street, Ste. 1660__, in __Baltimore, MD 21202__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;
Exhibit A; Exhibit B

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lafarge North America Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Nancy Grueninger, Team Leader__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Red__ ; Facial Hair ____
Approx. Age __35-40__ Approx. Height __5'6"__ ; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __11__ day of __October__, 20 __11__

Signature of Server

_Sherry Schober_
Notary Public   (Commission Expires)

APS International, Ltd.

SHERRY SCHOBER
NOTARY PUBLIC
MY COMMISSION EXPIRES 5/11/2012
HOWARD COUNTY, MD