Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Davis Systems of the Treasure Coast
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13** day of **October**, 20 **11**, at **3:00** o'clock **P** M

Place of Service: at **1950 SW Biltmore Street**, in **Port St. Lucie, FL 34984**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;
Exhibit A; Exhibit B

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Paul Davis Systems of the Treasure Coast**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gary Carothers - Director**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **—**
Approx. Age **55-60**; Approx. Height **5'8"**; Approx. Weight **200 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Perron*
Signature of Server

Subscribed and sworn to before me this **13** day of **October**, 20 **11**

*BMP*   7-14-12
Notary Public   (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services