Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0027

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Bay Development Corporation, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **October**, 20 **11**, at **5:30** o'clock **P** M

**Place of Service:** at **721 NW Sunset Drive**, in **Stuart, FL  34994**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**South Bay Development Corporation, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Frank Giacobbe, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair —
Approx. Age **45**; Approx. Height **5'8"**; Approx. Weight **185 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Perron*
Signature of Server

Subscribed and sworn to before me this **13** day of **October**, 20 **11**

*[signature]*   **7-14-12**
Notary Public           (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services